IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISON

| | | |
|---|---|---|
| NETLIST, INC., | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:22 CV 293 |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | JURY TRIAL DEMANDED |
| INC., SAMSUNG SEMICONDUCTOR, | § | |
| INC., | § | |
|     DefendantS, | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Jennifer L. Truelove, Texas State Bar 24012906, of McKool Smith, P.C., 104 East Houston Street, Suite 300, Marshall, Texas, 75670, (903) 923-9000 [Tel], (903) 923-9099 [Fax] hereby enters an appearance as one of the attorneys for the Plaintiff, Netlist, Inc.

DATED: August 2, 2022

                                                                                                      Respectfully submitted,

                                                                                                      *s/ Jennifer Truelove*
                                                                                                       Samuel F. Baxter
                                                                                                        Texas State Bar No. 01938000
                                                                                                        Email: sbaxter@mckoolsmith.com
                                                                                                        Jennifer L. Truelove
                                                                                                        Texas State Bar No. 24012906
                                                                                                        Email:jtruelove@mckoolsmith.com
                                                                                                        MCKOOL SMITH, P.C.
                                                                                                        104 E. Houston Street, Suite 300
                                                                                                        Marshall, Texas 75670
                                                                                                        Telephone: (903) 923-9000
                                                                                                        Facsimile: (903) 923-9099

                                                                                                        **ATTORNEYS FOR PLAINTIFF**
                                                                                                        **NETLIST, INC.**

**CERTIFICATE OF SERVICE**

      I certify that counsel of record who are deemed to have consented to electronic service are being served on August 2, 2022, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel with be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

                                              /s/ Jennifer L. Truelove
                                              Jennifer L. Truelove