AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| NETLIST, INC. <br><br> *Plaintiff(s)* <br> v. <br> SAMSUNG ELECTRONICS CO., LTD., <br> SAMSUNG ELECTRONICS AMERICA, INC., <br> SAMSUNG SEMICONDUCTOR, INC. <br><br> *Defendant(s)* | Civil Action No. 2:22-cv-00293-JRG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Samsung Semiconductor, Inc., by and through its agent for service
National Registered Agents, Inc.
1999 Bryan Street, Suite 900
Dallas, Texas, 75201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sam Baxter, McKool Smith, P.C., 104 East Houston Street, Suite 300, Marshall, TX, 75670.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/2/22

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-00293-JRG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Samsung Semiconductor, Inc. was received by me on *(date)* Aug 8, 2022, 12:15 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kirk Atkins, Intake Specialists, who is designated to accept service of process on behalf of *(name of organization)* National Registered Agents, Inc., registered agent at 1999 Bryan St., Suite 900, Dallas, TX 75201 on *(date)* Mon, Aug 08 2022 at 2:11pm ; or

☐ I returned the summons unexecuted because: _____

☐ Other: _____

My fees are $0 for travel and $85.00 for services, for a total of $85.00.

I declare under penalty of perjury that this information is true.

Date: August 8, 2022

_____
*Server's signature*

Keith Lowery, process server   PSC802

_____
*Printed name and title*

PO Box 495842, GARLAND, TX 75049

_____
*Server's address*