UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **NETLIST, INC.** <br>    Plaintiff, <br><br> vs. <br><br> **SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC.** <br><br>    Defendants. | § § § § § § § § § § § § § | Civil Action No. 2:22 CV 293 <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF COMPLIANCE WITH LOCAL RULE P.R. 4-2

Pursuant to Local Rule P.R. 4-2, Plaintiff Netlist Inc. files its Notice of Compliance.  The undersigned certifies that on August 5, 2022, Plaintiff Netlist, Inc. served counsel for the Defendants with Netlist's Preliminary Claim Constructions and Extrinsic Evidence.

Dated: August 11, 2022

                 Respectfully submitted,

                 /s/ *Jennifer Truelove*
                 Samuel F. Baxter
                 Texas State Bar No. 01938000
                 sbaxter@mckoolsmith.com  Jennifer L. Truelove
                 Texas State Bar No. 24012906
                 jtruelove@mckoolsmith.com
                 **MCKOOL SMITH, P.C.**
                 104 East Houston Street Suite 300 Marshall, TX 75670
                 Telephone: (903) 923-9000
                 Facsimile: (903) 923-9099
                 Jason G. Sheasby (pro hac vice)
                 jsheasby@irell.com
                 Annita Zhong, PhD (pro hac vice)
                 hzhong@irell.com

2 | P a g e

Thomas C. Werner (pro hac vice)
twerner@irell.com
Yanan Zhao (pro hac vice)
yzhao@irell.com
Michael W. Tezyan (pro hac vice)
mtezyan@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900 Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199
**Attorneys for Plaintiff Netlist, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 11th day of August 2022.

   */s/ Jennifer Truelove*
   Jennifer Truelove