UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?    Yes
                                                                    No

    If no, please indicate which application this represents:    Second
                                                                                Third
                                                                                Other _____

Date of Service of Summons:

Number of days requested:    30 days
                             15 days
                             Other \_\_\_\_\_ days

New Deadline Date:    *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

    Full Name:
    State Bar No.:
    Firm Name:
    Address:



    Phone:
    Fax:
    Email:

A certificate of conference does not need to be filed with this unopposed application.