# EXHIBIT 18





Goods, and Notions Merchant Wholesalers , Beer, Wine, and Distilled Alcoholic Beverage Merchant Wholesalers , Chemical and Allied Products Merchant Wholesalers , Drugs and Druggists' Sundries Merchant Wholesalers , Farm Product Raw Material Merchant Wholesalers , Furniture and Home Furnishing Merchant Wholesalers , Grocery and Related Product Merchant Wholesalers , Hardware, and Plumbing and Heating Equipment and Supplies Merchant Wholesalers

View More

Revenue: Modelled

Year Started:

ESG ranking:

ESG industry average:

What is D&B's ESG Ranking?

Is this your business? Contact us to understand how D&B calculated your company's specific ESG Ranking, provide new or updated information to ensure your company's ESG Ranking remains accurate and up to date, or dispute your current ranking.

**Popular Search:**

Professional and Commercial Equipment and Supplies Merchant Wholesalers

Merchant Wholesalers, Durable Goods

Wholesale Trade

Unlock full sales materials and reports





**The full profile for Samsung Electronics America is at your fingertips with these three Sales & Marketing Solutions.**

Let's get started with the one that's best for you.



**D&B Hoovers**

The shortcut to reach buyers and win deals

for Sales teams



**D&B Hoovers Audience Builder**

Discover, target, and activate ideal audiences

for Marketing and RevOps teams



**D&B Hoovers Essentials**

Rich company and contact insights

for individual growth leaders

## Contacts

Get in Touch with 10 Contacts*

| Ann Diep  Senior IC Layout Engineer | 🔒  🔒 | 🔒  🔒 | 🔒  🔒 |

See All Contacts ⧉

## Try Accessing All Contacts For Free

The key to smarter prospecting is having the right data about your target account. Don't waste time fishing around when D&B Hoovers can help you find contacts in one easy-to-use, self-service platform—backed by the unparalleled Dun & Bradstreet Data Cloud.

### Hoovers and Data Cloud includes:

- Find and prioritize your best prospects, including decision-makers and buying groups.
- Boost your sales productivity by engaging with the right buyers, at the right time.
- 441M + Contacts, 45M+ Emails, 54M+ C-level Contacts, 17M Direct Dials, 455M+ Business Entities

The Dun & Bradstreet Data Cloud gives you access to the world's most comprehensive set of business data & analytical insights.

Request a Free Trial





D&B Hoovers

Dynamic search and list-building capabilities
Real-time trigger alerts
Comprehensive company profiles
Valuable research and technology reports

Get a D&B Hoovers Free Trial

## Financial Data

Dun & Bradstreet collects private company financials for more than 23 million companies worldwide. Find out more.

🔓 Get a D&B credit report on this company ›

**Sales in USD**

**ANNUAL SALES**



**Stay on top of your Business Credit File**
Get full access to view your D&B business credit file now for just $39/month!

View D&B Scores & Ratings ⧉

## Similar Companies Nearby



Unlock more company and contact details with your D&B Hoovers Free Trial

Find and prioritize your best prospects, boost your sales productivity, and win more deals with D&B Hoovers.

Get a D&B Hoovers Free Trial

## Credit Reports

See detailed business credit reports on other business or your own.

Need 12 or more business credit reports? Look at DNBi ›

Detailed business credit reports and tools to simplify credit decisions and manage risk

Buy Credit Reports ›

Tools to help you monitor your company's business credit scores and ratings

Monitor, Manage, and Build Your Business Credit ›

## Frequently asked questions

See more information about Samsung Electronics America ›

Where is Samsung Electronics America's headquarters?

What is Samsung Electronics America's industry?

What is Samsung Electronics America's phone number?

How many employees does Samsung Electronics America have?

Who is Samsung Electronics America's key principal?

What year was Samsung Electronics America started?

How much does Samsung Electronics America generate in sales?

Who are Samsung Electronics America's top competitors?

## Get full access to D&B Hoovers

With a Hoovers subscription you can get a comprehensive view of Samsung Electronics America





Samsung Electronics America*

**10**

Contacts

Reach the right people with access to detailed contact information.

**9**

See similar companies for insight and prospecting.

Start Your Free Trial

*Contacts and Principals counts are estimates and may differ from the actual number of contacts available in D&B Hoovers.

If Samsung Electronics America is your company and you would like to remove it from the D&B Business Directory, please contact us.



dun & bradstreet

**Discover**
Content Hub
Perspectives
Solutions
Products
About Us
D-U-N-S Number
Careers
Resources
Videos
Newsroom
Investor Relations

**Connect**
Update Company Information
Customer Service
Contact Us
Communication Preferences
Provide Website Feedback
Partners
Events
Our World Wide Network

**Other D&B Sites**
Developer

Policies & Codes of Conduct   D&B Third Party Standard Contractual Clauses   Privacy Notice   Accessibility   Terms of Use   Data Source Attribution   Data Transparency   Site Map

© Dun & Bradstreet, Inc. 2000 - 2022. All rights reserved.

What company are you attempting to contact?