IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>  Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC.<br><br>  Defendants. | Civil Action No. 2:21-cv-00463-JRG |

**ORDER GRANTING SAMSUNG'S OPPOSED MOTION TO
(1) SEVER AND TRANSFER THE '912 PATENT TO THE N.D. CAL.; AND
(2) STAY THE REMAINING PATENTS PENDING NINTH CIRCUIT APPEAL**

Before the Court is Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.'s SAMSUNG'S Opposed Motion To (1) Sever and Transfer The '912 Patent to the N.D. Cal.; and (2) Stay the Remaining Patents Pending Ninth Circuit Appeal, or (3) Alternatively, Consolidate with Civil Action No. 2:21-CV-463. After considering same, the Court is of the opinion that the Motion should be **GRANTED** as to (1) Sever and Transfer The '912 Patent to N.D. Cal.; and (2) Stay the Remaining Patents Pending Ninth Circuit Appeal.