# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 2:22-cv-293-JRG ) |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., | ) JURY TRIAL DEMANDED ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF NETLIST, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE NETLIST'S OPPOSITION TO DEFENDANTS' MOTION TO SEVER, STAY, OR CONSOLIDATE (DKT. 20) AND EXHIBIT 1 ATTACHED THERETO UNDER SEAL**

Plaintiff Netlist, Inc., ("Netlist") respectfully requests leave to file Netlist's Opposition to Defendants' Motion to Sever, Stay, or Consolidate (Dkt. 21) and Exhibit 1 attached thereto under seal. In support of its Motion, Plaintiff states as follows:

On September 20, 2022, Defendants filed the Opposed MOTION TO (1) SEVER AND TRANSFER THE '912 PATENT TO THE N.D. CAL.; AND (2) STAY THE REMAINING PATENTS PENDING NINTH CIRCUIT APPEAL, OR (3) ALTERNATIVELY, CONSOLIDATE WITH CIVIL ACTION NO. 2:21-CV-463. Dkt. 20.

Plaintiff's Opposition to Defendants' Motion to Sever, Stay, or Consolidate (Dkt. 21) and Exhibit 1 attached thereto contain confidential information regarding the parties' former licensing agreement, the disclosure of which may cause prejudice to Plaintiff.

Counsel for the parties have met and conferred regarding the requested relief. Defendants do not oppose Plaintiff's request to file the Opposition under seal.

Dated: October 6, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Samuel F. Baxter*

　　　　　　　　　　　　　　　　　　　　Samuel F. Baxter
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 01938000
　　　　　　　　　　　　　　　　　　　　sbaxter@mckoolsmith.com
　　　　　　　　　　　　　　　　　　　　Jennifer L. Truelove
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24012906
　　　　　　　　　　　　　　　　　　　　jtruelove@mckoolsmith.com
　　　　　　　　　　　　　　　　　　　　**MCKOOL SMITH, P.C.**
　　　　　　　　　　　　　　　　　　　　104 East Houston Street Suite 300
　　　　　　　　　　　　　　　　　　　　Marshall, TX 75670
　　　　　　　　　　　　　　　　　　　　Telephone: (903) 923-9000
　　　　　　　　　　　　　　　　　　　　Facsimile: (903) 923-9099

　　　　　　　　　　　　　　　　　　　　Jason G. Sheasby (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　jsheasby@irell.com
　　　　　　　　　　　　　　　　　　　　Annita Zhong, Ph.D. (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　hzhong@irell.com

　　　　　　　　　　　　　　　　　　　　**IRELL & MANELLA LLP**
　　　　　　　　　　　　　　　　　　　　1800 Avenue of the Stars, Suite 900
　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067
　　　　　　　　　　　　　　　　　　　　Tel. (310) 277-1010
　　　　　　　　　　　　　　　　　　　　Fax (310) 203-7199

　　　　　　　　　　　　　　　　　　　　***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on October 6, 2022, a copy of the foregoing was served to all counsel of record.

　　　　　　　　　　　　　　　　　　　　*/s/ Jennifer Truelove*
　　　　　　　　　　　　　　　　　　　　Jennifer Truelove

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff has conferred with counsel for Defendants, and Defendants do not oppose this Motion.

　　　　　　　　　　　　　　　　　　　　*/s/ Jennifer Truelove*
　　　　　　　　　　　　　　　　　　　　Jennifer Truelove