# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-cv-293-JRG |
| | ) |
| | ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD., | ) |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC., SAMSUNG SEMICONDUCTOR, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before this Court is Plaintiff Netlist, Inc., ("Netlist") Unopposed Motion to File Opposition to Defendants' Motion to Sever, Stay, or Consolidate (Dkt. 21) and Exhibit 1 attached Thereto Under Seal. For the reasons stated in the Motion, the Court **GRANTS** the Motion.

Accordingly, **IT IS ORDERED** the Plaintiffs may file the Opposition under seal.