# Exhibit 4

| | |
|---|---|
| **From:** | Michael McKeon <McKeon@fr.com> |
| **Sent:** | Wednesday, August 24, 2022 8:39 AM |
| **To:** | Sheasby, Jason; Frank Albert |
| **Cc:** | Katherine Reardon; Zhong, Annita; ~Baxter, Samuel; #Netlist-Samsung-E.D.Tex; jtruelove@mckoolsmith.com; Samsung-Netlist-FISH; ~Smith, Melissa; tom@gillamsmithlaw.com |
| **Subject:** | RE: Netlist v. Samsung: Samsung MFL to File Sur-Sur Reply |

Jason:

We certainly agree that efficiency makes sense. To that end, as we discussed by phone before you added the two new patents to the 912 case, the 912 patent case does not belong in EDTX and should proceed in California consistent with Judge Andrews' opinion and the numerous statements Netlist made to Judge Andrews. We intend to request transfer of the case. In the meantime, we can agree to scheduling modifications of the case as it now stands if you agree to consolidate the two cases in EDTX with equitable adjustments to the existing schedule. Otherwise we will just answer on behalf of the Samsung US entities under the current dates.

Thanks, Mike.

**Michael J. McKeon** :: Fish & Richardson P.C. :: 202-626-6448

---

**From:** Sheasby, Jason <JSheasby@irell.com>
**Sent:** Wednesday, August 24, 2022 11:15 AM
**To:** Frank Albert <Albert@fr.com>
**Cc:** Michael McKeon <McKeon@fr.com>; Katherine Reardon <reardon@fr.com>; Zhong, Annita <HZhong@irell.com>; Sam Baxter <sbaxter@mckoolsmith.com>; #Netlist-Samsung-E.D.Tex <Netlist-Samsung-E.D.Tex@irell.com>; jtruelove@mckoolsmith.com; Samsung-Netlist-FISH <Samsung-Netlist-FISH@fr.com>; melissa@gillamsmithlaw.com; tom@gillamsmithlaw.com
**Subject:** Re: Netlist v. Samsung: Samsung MFL to File Sur-Sur Reply

All.

We want to be collaborative but because of the pending Micron cases we would like Microns cases and this case set on similar schedule for efficiency.

Would you agree to filing a joint notice of readiness for scheduling now if we agree to the extension

Best
JS

1