# Exhibit 6

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>David Perlson (CA Bar No. 209502)<br>davidperlson@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Jared Newton (admitted *pro hac vice*)<br>jarednewton@quinnemanuel.com<br>Deepa Acharya (CA Bar No. 267654)<br>deepaacharya@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br><br>*Attorneys for Defendant Google LLC* | IRELL & MANELLA LLP<br>Jason G. Sheasby (CA SBN 205455)<br>jsheasby@irell.com<br>Andrew J. Strabone (CA SBN 301659)<br>astrabone@irell.com<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>*Attorneys for Plaintiff Netlist, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETLIST, INC.,<br>      Plaintiff,<br>v.<br>GOOGLE LLC,<br>      Defendant. | Case No. 3:09-CV-05718-RS<br><br>**JOINT MOTION, STIPULATION, AND [PROPOSED] ORDER RE: STAY OF ACTION** |

Pursuant to Civil Local Rule 7-12, Plaintiff Netlist Inc. ("Plaintiff") and Defendant Google LLC ("Defendant"), through their respective attorneys, hereby stipulate and move the Court as follows:

WHEREAS, on June 3, 2022, Google filed a motion to stay this action until resolution of *Samsung Electronics Co., Ltd. et al. v. Netlist, Inc.*, No. 1:21-cv-01453-RGA, pending in the District of Delaware before Judge Richard G. Andrews (the "Delaware Action") (Dkt. 292);

WHEREAS, on July 13, 2022, the Court granted-in-part Google's motion to stay and ordered that "the action shall be stayed for a period of 90 days" and "[t]he stay will expire at that time unless a motion to extend the same is filed prior to its expiration" (Dkt. 325 at 17);

WHEREAS, on August 1, 2022, Judge Andrews entered an order dismissing, *inter alia*, Samsung's declaratory judgment claims against U.S. Patent No. 7,619,912 (the "'912 Patent") from the Delaware Action;

WHEREAS, on August 1, 2022, Netlist filed a complaint for infringement of the '912 Patent against Samsung in the Eastern District of Texas, *Netlist, Inc. v. Samsung Elecs. Co., Ltd. et al.*, No. 2:22-cv-00293-JRG (the "Texas Action").

NOW THEREFORE, the parties jointly stipulate and move the Court to continue the stay of this action until resolution of the Texas Action, including any appeal thereof.

IT IS SO STIPULATED.

1
2
3  DATED: October 4, 2022          Respectfully submitted,
4                                           IRELL & MANELLA LLP
5
                                  By   */s/ Jason G. Sheasby*
6                                      Jason G. Sheasby
                                       *Attorney for Plaintiff*
7                                      Netlist, Inc.
8
   DATED: October 4, 2022          Respectfully submitted,
9                                           QUINN EMANUEL URQUHART
                                              & SULLIVAN
10
11
                                  By   */s/ David Perlson*
12                                     David Perlson
                                       *Attorney for Defendant*
13                                     Google LLC
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, David Perlson, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

By  */s/ David Perlson*
      David Perlson

# [PROPOSED] ORDER

Pursuant to stipulation of the parties, the Court hereby **ORDERS** that this action shall remain stayed until resolution of *Netlist, Inc. v. Samsung Elecs. Co., Ltd. et al.*, No. 2:22-cv-00293-JRG, including any appeal thereof.

**IT IS SO ORDERED**.

Dated: _____, 2022        _____
                               Honorable Richard Seeborg
                               United States Chief District Judge