# Exhibit 18

| | |
|---|---|
| **From:** | Jared Newton <jarednewton@quinnemanuel.com> |
| **Sent:** | Monday, September 26, 2022 2:03 PM |
| **To:** | #Netlist-Google [Int] |
| **Cc:** | QE-NetlistvGoogle |
| **Subject:** | Netlist v. Google - 3:09-cv-05718-RS (ND Cal) |

Counsel,

As noted in Chief Judge Seeborg's Order (Dkt. No. 325), the current stay of this case will expire 90 days from the date of the order unless a motion to extend is filed.  Google believes the stay should remain in effect in view of the infringement action Netlist has filed against Samsung asserting the '912 Patent.  *See Netlist v. Samsung*, No. 2:22-cv-00293-JRG (E.D. Tex.).  Allowing the Samsung case to proceed will streamline the issues in this case while avoiding the potential inefficiencies noted in Judge Seeborg's order.  Accordingly, Google intends to file a motion to extend the stay.  Please let us know if Netlist will agree to join—or not to oppose—the motion.

Best Regards,

**Jared Newton**
*Partner,*
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202-538-8108 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
jarednewton@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.