# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 22-cv-293-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD., | ) | |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC., SAMSUNG SEMICONDUCTOR, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER DENYING DEFENDANTS' MOTION TO SEVER, STAY, OR CONSOLIDATE (Dkt. 20)

The Court, having considered the briefing on Defendants' Motion to Sever, Stay, or Consolidate (Dkt. 20), Plaintiff's Opposition, and supporting documents attached thereto, is of the opinion that said motion should be denied.

**IT IS SO ORDERED.**