Revised: 9/3/2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
<u>   Marshall   </u> DIVISION
APPLICATION TO APPEAR PRO HAC VICE

*APPROVED*
*By Nakisha Love at 1:53 pm, Oct 05, 2022*

1. This application is being made for the following: Case # <u>2:22-cv-293-JRG</u>
Style/Parties: <u>Netlist, Inc. v. Samsung Electronics Co., Ltd. et al</u>
2. Applicant is representing the following party/ies: <u>Netlist, Inc.</u>
3. Applicant was admitted to practice in <u>CA</u> (state) on <u>02/04/2021</u> (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ●has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ●has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ●has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
<u>USDC Northern District of California</u>
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, <u>Michael Tezyan</u> do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date <u>10/05/2022</u>   Signature <u>/s/ Michael Tezyan</u> (/s/Signature)

Application Continued on Page 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Michael Tezyan

Bar Number /State 334915 / California

Firm Name: Irell & Manella LLP

Address/P.O. Box: 1800 Avenue of the Stars, Suite 900

City/State/Zip: Los Angeles, CA 90067

Telephone #: 310-203-7536

Fax #: 310-237-7199

E-mail Address: mtezyan@irell.com

Secondary E-Mail Address:

This application has been approved for the court on: 10/5/22

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By *NakishaLove*

Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website http://www.txed.uscourts.gov/

Email Application