UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.<br>AND SAMSUNG SEMICONDUCTOR, INC.,<br><br>Defendants. | Civil Case No. 2:22-cv-00293-JRG<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Ruffin B. Cordell of Fish & Richardson P.C. enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc., (collectively, "Defendants") and consents to electronic service of all papers in this action.

Ruffin B. Cordell may receive all communication from the Court and from other parties at Fish & Richardson P.C., 1000 Maine Avenue, S.W., Suite 1000, Washington, D.C.  20024; Telephone: (202) 783-5070; Facsimile (202) 783-2331; Email: cordell@fr.com.


Date: October 7, 2022

Respectfully submitted,

*/s/ Ruffin B. Cordell*
Ruffin B. Cordell
DC Bar No. 459780
cordell@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024

1

Telephone: 202-783-5070
Facsimile:  202-783-2331

*Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

2

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on October 7, 2022. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                                          */s/ Ruffin B. Cordell*