UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.<br>and SAMSUNG SEMICONDUCTOR, INC.,<br><br>　　　　　Defendants. | Civil Case No. 2:22-cv-00293-JRG<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT OF
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC., AND SAMSUNG SEMICONDUCTOR, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Semiconductor, Inc. ("SSI"), (collectively, "Defendants"), by and through their undersigned counsel, state as follows:

　　　　1.　　　SEC is a publicly held corporation organized under the laws of the Republic of Korea. SEC has no parent corporation and no publicly held corporation owns 10% or more of SEC's stock;

　　　　2.　　　SEA is a wholly-owned subsidiary of SEC. No other publicly held corporation owns 10% or more of SEA's stock; and

　　　　3.　　　SSI is a wholly-owned subsidiary of SEA. No other publicly held corporation owns 10% or more of SSI's stock.

1

Date: October 7, 2022                                 Respectfully submitted,

*/s/ Michael J. McKeon*
Ruffin B. Cordell
DC Bar No. 459780
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

*Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on October 7, 2022. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Michael J. McKeon*