IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO, LTD, | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG SEMICONDUCTOR | § | |
| INC, | § | |
| | § | |
| *Defendants*. | § | |

# **ORDER**

Before the Court is Court is Plaintiff Netlist, Inc.'s ("Netlist") Unopposed Motion for Leave to File Netlist's Opposition to Defendants' Motion to Sever, Stay, or Consolidate (Dkt. 20) and Exhibit 1 Attached Thereto Under Seal (the "Motion to Seal"). (Dkt. No. 22.) In the Motion to Seal, Netlist moves to file its Opposition to Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.'s (together, "Samsung") Opposed Motion to (1) Sever and Transfer the '912 Patent to the N.D. Cal.; and (2) Stay the Remaining Patents Pending Ninth Circuit Appeal, or (3) Alternatively, Consolidate with Civil Action No. 2:21-cv-463 (Dkt. No. 20) under seal because it contains confidential information regarding the parties' former licensing agreement. (Dkt. No. 22 at 1.)

Having considered the Motion to Seal, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Plaintiff's Opposition (Dkt. No. 21) and Exhibit 1 attached thereto are hereby **SEALED**.

**So Ordered this**

**Oct 11, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE