UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.<br>and SAMSUNG SEMICONDUCTOR, INC.,<br><br>    Defendants. | Civil Case No. 2:22-cv-00293-JRG |

## DEFENDANTS' UNOPPOSED MOTION TO FILE UNDER SEAL

Pursuant to Eastern District of Texas Local Rule 5(a)(7)(C), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. ("Samsung"), move to file the following documents under seal: Samsung's Reply in Support of Opposed Motion to (1) Sever and Transfer the '912 Patent to The N.D. Cal.; and (2) Stay The Remaining Patents Pending Ninth Circuit Appeal, or (3) Alternatively, Consolidate With Civil Action No. 2:21-Cv-463 (Dkt. No. 21). There is good cause for this document to be filed under seal. There is currently no Protective Order entered in this matter, and the Reply contains sensitive information relating to business operations, including information regarding license agreements, which is deemed confidential. Accordingly, to preserve the confidentiality of that information, Samsung requests the document identified above be filed under seal.

Date: October 12, 2022                                    Respectfully submitted,

/s/ Melissa R. Smith
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
DC Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:   (903) 934-9257

*Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 12, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff. Counsel for Plaintiff indicated that it is unopposed to this motion.

*/s/ Melissa R. Smith*
Melissa R. Smith