UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>       Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.<br>and SAMSUNG SEMICONDUCTOR, INC.,<br><br>       Defendants. | Civil Case No. 2:22-cv-00293-JRG |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO FILE UNDER SEAL**

Before the Court is Defendants' Unopposed Motion to File Under Seal. The Court, having considered same, is of the opinion the motion should be GRANTED.