IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO, LTD, | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG SEMICONDUCTOR | § | |
| INC, | § | |
| | § | |
| *Defendants*. | § | |

# **ORDER**

Before the Court is Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.'s (together, "Samsung") Unopposed Motion to File Under Seal (the "Motion to Seal"). (Dkt. No. 33.) In the Motion to Seal, Samsung moves to file the following documents under seal: Samsung's Reply in Support of Opposed Motion to (1) Sever and Transfer the '912 Patent to the N.D. Cal.; and (2) Stay the Remaining Patents Pending Ninth Circuit Appeal, or (3) Alternatively, Consolidate with Civil Action No. 2:21-CV-463 (Samsung's "Reply"). Samsung represents that there is good cause for this document to be filed under seal because there is currently no protective order entered in this matter and the Reply contains sensitive information relating to business operations, including information regarding license agreements, which is deemed confidential. (Dkt. No. 33 at 1.)

Having considered the Motion to Seal, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Samsung's Reply (Dkt. No. 34) are hereby **SEALED**.

2

**So ORDERED and SIGNED this 13th day of October, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE