# **EXHIBIT 22**

## CourtAlert® Case Management

**From:** ded_nefreply@ded.uscourts.gov
**Sent:** 9/20/2022 3:24:06 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:21-cv-01453-RGA Samsung Electronics Co., Ltd. et al v. Netlist, Inc. Oral Order

**[EXTERNAL]**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Delaware

### Notice of Electronic Filing

The following transaction was entered on 9/20/2022 at 11:22 AM EDT and filed on 9/20/2022
**Case Name:** Samsung Electronics Co., Ltd. et al v. Netlist, Inc.
**Case Number:** 1:21-cv-01453-RGA
**Filer:**
**Document Number:** 51(No document attached)

**Docket Text:**
**ORAL ORDER: The request to reschedule the 9/22/2022, Rule 16(b) Scheduling Conference (D.I. [50]) is GRANTED. The conference will be rescheduled for a date to be determined. Ordered by Judge Richard G. Andrews on 9/22/2022. (nms)**

**1:21-cv-01453-RGA Notice has been electronically mailed to:**

Jack B. Blumenfeld Â  Â  Jbbefiling@mnat.com

Rodger Dallery Smith, II Â  Â  rdsefiling@mnat.com, rsmith@mnat.com

Karen Elizabeth Keller Â  Â  kkeller@shawkeller.com, cal@shawkeller.com

Jason G. Sheasby Â  Â  jsheasby@irell.com

Thomas C. Werner Â  Â  twerner@irell.com

Thomas Garten     tgarten@cov.com, docketing@cov.com

Hong Annita Zhong     hzhong@irell.com

Alice J. Ahn     aahn@cov.com

Peter A. Swanson     pswanson@cov.com

Brian Nester     bnester@cov.com, Samsung-Netlist-COV@cov.com

Nathan Roger Hoeschen     nhoeschen@shawkeller.com, cal@shawkeller.com

Emily DiBenedetto     edibenedetto@shawkeller.com, cal@shawkeller.com

Yanan Zhao     yzhao@irell.com, jkgriffin@irell.com

Michael Tezyan     mtezyan@irell.com

**1:21-cv-01453-RGA Filer will deliver document by other means to:**