UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>           Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>           Defendants. | Civil Case No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>           Plaintiffs,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>           Defendants. | Civil Case No. 2:22-cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Lauren A. Degnan of Fish & Richardson P.C. enters her appearance in this matter for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc., (collectively, "Defendants") and consents to electronic service of all papers in this action.

Lauren A. Degnan may receive all communication from the Court and from other parties at Fish & Richardson P.C., 1000 Maine Avenue, S.W., Suite 1000, Washington, D.C. 20024; Telephone: (202) 783-5070; Facsimile (202) 783-2331; Email: LAD@fr.com.

Date: October 25, 2022				Respectfully submitted,

				*/s/ Lauren A. Degnan*
				Lauren A. Degnan
				DC Bar No. 452421
				LAD@fr.com
				FISH & RICHARDSON P.C.
				1000 Maine Avenue, S.W., Suite 1000
				Washington, DC 20024
				Telephone: 202-783-5070
				Facsimile:  202-783-2331

				*Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on October 25, 2022.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

/s/ Lauren A. Degnan