# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-293-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; ) | (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, ) | |
| INC.; SAMSUNG SEMICONDUCTOR ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-294-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON ) | |
| SEMICONDUCTOR PRODUCTS, INC.; ) | |
| MICRON TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff Netlist, Inc. ("Netlist"), Defendants Samsung Technology Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively "Samsung"), and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively "Micron") respectfully jointly move for a two-week extension of the deadline for Netlist to comply with P.R. 3-1 and 3-2 (preliminary infringement contentions) and a four-week extension of the deadline for Samsung and Micron to comply with P.R. 3-3 and 3-4 (invalidity contentions) in the above-captioned cases. The parties request that the deadlines be extended as follows:

| Events | Current Deadline | Requested Extended Deadline |
|---|---|---|
| Comply with P.R. 3-1 and 3-2 (Preliminary Infringement Contentions) | November 3, 2022 (two weeks before scheduling conference) | November 17, 2022 |
| Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) | December 29, 2022 (six weeks after scheduling conference) | January 26, 2023 |

The parties seek this extension for good cause in light of counsel's scheduling conflicts. None of the parties seeks this extension for purpose of delay. A proposed order is attached.

Dated: November 2, 2022                                  Respectfully submitted,

                                                        */s/ Samuel F. Baxter*

                                                        Samuel F. Baxter
                                                        Texas State Bar No. 01938000
                                                        sbaxter@mckoolsmith.com
                                                        Jennifer L. Truelove
                                                        Texas State Bar No. 24012906
                                                        jtruelove@mckoolsmith.com
                                                        **MCKOOL SMITH, P.C.**
                                                        104 East Houston Street Suite 300
                                                        Marshall, TX 75670
                                                        Telephone: (903) 923-9000
                                                        Facsimile: (903) 923-9099

                                                        Jason G. Sheasby (*pro hac vice*)
                                                        jsheasby@irell.com
                                                        Annita Zhong, Ph.D. (*pro hac vice*)
                                                        hzhong@irell.com
                                                        Thomas C. Werner (*pro hac vice*)
                                                        twerner@irell.com
                                                        Yanan Zhao (*pro hac vice*)
                                                        yzhao@irell.com
                                                        Michael W. Tezyan (*pro hac vice*)
                                                        mtezyan@irell.com
                                                        **IRELL & MANELLA LLP**
                                                        1800 Avenue of the Stars, Suite 900
                                                        Los Angeles, CA 90067
                                                        Tel. (310) 277-1010
                                                        Fax (310) 203-7199
                                                        ***Attorneys for Plaintiff Netlist, Inc.***

By: /s/ *Katherine Reardon*

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Katherine Reardon
NY Bar No. 5196910
kreardon@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St., NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile:  (404) 892-5002

Francis J. Albert
CA Bar No. 247741
albert@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Lauren A. Degnan
DC Bar No. 452421
LAD@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: 202-783-5070
Facsimile: 202-783-2331

Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: 202-783-5070

Facsimile: 202-783-2331

Melissa Richards Smith
melissa@gillamsmith.com
**GILLAM & SMITH, LLP**
303 South Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

*Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

By: /s/ *Michael R. Rueckheim*

Michael R. Rueckheim
**Winston & Strawn LLP**
255 Shoreline Drive, Ste. 520
Redwood City, CA 94065
Telephone: 650-858-6500
Facsimile: 650-858-6559
Email: mrueckheim@winston.com

Natalie Lynn Arbaugh
**Winston & Strawn LLP**
2501 N. Harwood St
17th Floor
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400
Email: narbaugh@winston.com

Andrea Leigh Fair
**Ward, Smith & Hill, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323
Email: andrea@wsfirm.com

Charles Everingham , IV
**Ward, Smith & Hill, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323
Email: ce@wsfirm.com

Jack Wesley Hill
**Ward, Smith & Hill, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323
Email: wh@wsfirm.com

*Attorneys for Defendants*
*Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record by email on November 1, 2022.

*/s/ Jennifer L. Truelove*
Jennifer L. Truelove

## CERTIFICATE OF CONFERENCE

The undersigned hereby that the relief requested in this motion is unopposed.

*/s/ Jennifer L. Truelove*
Jennifer L. Truelove
