# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

## ORDER

Before this Court is the parties' Joint Motion to Extend Deadlines. Having considered the same, the Court is of the opinion the motion should be **GRANTED**. Accordingly, the deadline for the Plaintiff, Netlist, Inc. to comply with P.R. 3-1 and 3-2 (preliminary infringement contentions) in the above-captioned cases is extended up to and through November 17, 2022, and the Defendants' deadline to comply with P.R. 3-3 and 3-4 (invalidity contentions) in the above-captioned cases is extended up to and through January 26, 2023.

**IT IS SO ORDERED.**