IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO, LTD, | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG SEMICONDUCTOR | § | |
| INC, | § | |
| | § | |
| *Defendants*. | § | |

# ORDER

Before the Court is the Joint Motion to Extend Deadlines (the "Motion") filed by Plaintiff Netlist, Inc. ("Netlist") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.'s (together, "Samsung") and Defendants Micron Technology, Inc. Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (together, "Micron"). (Dkt. No. 46.) In the Motion, the parties jointly move for a two-week extension of the deadline for Netlist to comply with P.R. 3-1 and 3-2 (preliminary infringement contentions) and a four-week extension of the deadline for Samsung and Micron to comply with P.R. 3-3 and 3-4 (invalidity contentions) in the above-captioned cases. (*Id.* at 1–2.) The parties represent that they seek this extension for good cause in light of counsel's scheduling conflicts, and not for purpose of delay. (*Id.* at 2.)

Having considered the Motion, and in light of its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Netlist to comply with P.R. 3-1 and 3-2 (preliminary infringement contentions) is extended up to and

2

including **November 17, 2022**, and Samsung and Micron's deadline to comply with P.R. 3-3 and 3-4 (invalidity contentions) is extended up to and including **January 26, 2023**.

    **So ORDERED and SIGNED this 3rd day of November, 2022.**

_____<br>
RODNEY GILSTRAP<br>
UNITED STATES DISTRICT JUDGE