# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:22-cv-293-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; | ) | (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC.; SAMSUNG SEMICONDUCTOR | ) | |
| INC., | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:22-cv-294-JRG |
| | ) | |
| MICRON TECHNOLOGY, INC.; MICRON | ) | JURY TRIAL DEMANDED |
| SEMICONDUCTOR PRODUCTS, INC.; | ) | |
| MICRON TECHNOLOGY TEXAS LLC, | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Jonathan Lindsay of Irell & Manella LLP hereby enters his appearance on behalf of Plaintiff Netlist, Inc. in this matter as additional counsel.

Jonathan Lindsay may receive all communications from the Court and from other parties at Irell & Manella, LLP, 840 Newport Center Drive, Newport Beach, California 92660; Telephone: (949) 760-0991; Facsimile: (949) 760-5200; e-mail: jlindsay@irell.com.

Dated:  November 17, 2022                    Respectfully submitted,

                                             */s/ Jonathan Lindsay*
                                             Jonathan Lindsay
                                             (CA State Bar No. 208840)
                                             **IRELL & MANELLA LLP**
                                             840 Newport Beach Drive, Suite 400
                                             Newport Beach, CA 92660
                                             Telephone:  (949) 760-0991
                                             Facsimile:  (949) 760-5200
                                             Email:  jlindsay@irell.com

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 17th day of November, 2022, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                             */s/  Jonathan Lindsay*
                                             Jonathan Lindsay