# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-cv-293-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; | ) (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC.; SAMSUNG SEMICONDUCTOR | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-cv-294-JRG |
| | ) |
| | ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON | ) |
| SEMICONDUCTOR PRODUCTS, INC.; | ) |
| MICRON TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER**

The above captioned cases are consolidated for all pretrial issues. Dkt. 39.

Pursuant to the Court's sample Docket Control Order, Federal Rule of Civil Procedure 16(b)(4), and this Court's Consolidation Order (Dkt. 39), Plaintiff Netlist, Inc. ("Netlist"); Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor Inc. (collectively "Samsung"); and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively "Micron") file this motion for entry of an agreed Docket Control Order ("DCO"). A copy of the agreed DCO is attached herewith.

At the Scheduling Conference, this Court set the claim construction hearing for October 5, 2023, deadlines to file dispositive motions for January 22, 2024, and trial for April 15, 2024. The parties' proposed changes to the schedule do not affect any of these dates, nor any other date that requires a showing of good cause.

Accordingly, the Parties request that the Court enter an order setting the following deadlines as set forth in the accompanying agreed DCO:

| Proposed Modification | Court's Deadlines | Items |
|---|---|---|
| | April 15, 2024 | *Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| | 7 days before Jury Selection | *Defendant to disclose final invalidity theories, final prior art references/combinations, and final equitable defenses |
| | 10 days before Jury Selection | *Plaintiff to disclose final election of asserted claims |
| | March 18, 2024 | * If a juror questionnaire is to be used, an editable (in Microsoft Word format) questionnaire shall be jointly submitted to the Deputy Clerk in Charge by this date. |
| | March 11, 2024 | * Pretrial Conference – 9:00 am in **Marshall, Texas** before Judge Roy Payne |
| | March 4, 2024 | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| | March 4, 2024 | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |

|   | February 26, 2024 | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
|---|---|---|
|   | February 20, 2024 | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
|   | February 20, 2024 | Serve Objections to Rebuttal Pretrial Disclosures |
|   | February 12, 2024 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
|   | January 29, 2024 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
|   | January 22, 2024 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order. Motions for Summary Judgment shall comply with Local Rule CV-56. |
|   | January 8, 2024 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
|   | January 8, 2024 | *File Dispositive Motions |

| | | |
|---|---|---|
| | | No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7. <u>Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties.</u> |
| December 23, 2023 | January 2, 2024 | Deadline to Complete Expert Discovery |
| December 11, 2023 | December 18, 2023 | Serve Disclosures for Rebuttal Expert Witnesses |
| November 13, 2023 | November 27, 2023 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| November 13, 2023 | November 27, 2023 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| | October 26, 2023 | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |
| | October 5, 2023 | *Claim Construction Hearing – 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| | September 21, 2023 | *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| | September 14, 2023 | *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |
| | September 7, 2023 | Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) |
| | August 24, 2023 | Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any)<br><br>Good cause must be shown to submit technical tutorials after the deadline to comply with P.R. 4-5(a). |
| | August 24, 2023 | Deadline to Substantially Complete Document Production and Exchange Privilege Logs<br><br>Counsel are expected to make good faith efforts to produce all required documents as soon as they are |

| | | |
|---|---|---|
| | | available and not wait until the substantial completion deadline. |
| | August 10, 2023 | Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery) |
| | August 3, 2023 | File Response to Amended Pleadings |
| | July 20, 2023 | *File Amended Pleadings<br><br>It is not necessary to seek leave of Court to amend pleadings prior to this deadline unless the amendment seeks to assert additional patents. |
| | July 13, 2023 | Comply with P.R. 4-3 (Joint Claim Construction Statement) |
| | June 22, 2023 | Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) |
| | June 1, 2023 | Comply with P.R. 4-1 (Exchange Proposed Claim Terms) |
| | December 29, 2022 | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |
| January 26, 2023 (Approved Dkt. 47) | December 29, 2022 | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |
| | December 8, 2022 | *File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures)<br><br>The Proposed Protective Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. |
| | December 1, 2022 | *File Proposed Docket Control Order and Proposed Discovery Order<br><br>The Proposed Docket Control Order and Proposed Discovery Order shall be filed as separate motions with the caption indicating whether or not the proposed order is opposed in any part. |
| | November 25, 2022 | Join Additional Parties |
| November 17, 2022 (approved, Dkt. 47) | November 3, 2022 | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |

The parties respectfully request that that Court enter the proposed DCO filed herewith.

Dated:  December 1, 2022                                   Respectfully submitted,

/s/ Samuel F. Baxter

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

Dated December 1, 2022                                   Respectfully submitted,

/s/ Daniel A. Tishman

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780

mckeon@fr.com
Lauren A. Degnan
DC Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:    (903) 934-9257

***Attorneys for Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc***.

Dated December 1, 2022

Respectfully submitted,

By: */s/ Mike Rueckheim*

Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com

- 7 -

        WINSTON & STRAWN LLP
        2121 N. Pearl Street, Suite 900
        Dallas, TX 75201
        Telephone: (214) 453-6500
        Facsimile: (214) 453-6400

        Michael R. Rueckheim
        State Bar No. 24081129
        MRueckheim@winston.com
        WINSTON & STRAWN LLP
        255 Shoreline Drive, Ste 520
        Redwood City, CA 9405
        Telephone: (650) 858-6500
        Facsimile: (650) 858-6559

        David Enzminger
        *Pro Hac Vice Pending*
        DEnzminger@winston.com
        WINSTON & STRAWN LLP
        333 S. Grand Avenue
        Los Angeles, CA 90071-1543
        Telephone: (213) 615-1700
        Facsimile: (213) 615-1750

        Matthew Hopkins
        *Pro Hac Vice Pending*
        mhopkins@winston.com
        WINSTON & STRAWN LLP
        1901 L Street, NW
        Washington, DC 20036
        Telephone: (202) 282-5862
        Facsimile: (202) 282-5100

        William Logan
        State Bar No. 24106214
        WLogan@Winston.com
        Juan Yaquian
        JYaquian@Winston.com
        State Bar No. 24110559
        *Pro Hac Vice Pending*
        WINSTON & STRAWN LLP
        800 Capital Street, Suite 2400
        Houston, TX 77002
        Telephone: (713) 651-2600
        Facsimile: (713) 651-2700

        ***Attorneys for Micron Technology, Inc.,***
        ***Micron Semiconductor Products,***


*Inc.*, and *Micron Technology Texas, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record by email on December 1, 2022.

                                              */s/ Yanan Zhao*
                                              Yanan Zhao

## CERTIFICATE OF CONFERENCE

The undersigned hereby that the relief requested in this motion is unopposed.

                                              */s/ Yanan Zhao*
                                              Yanan Zhao