**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:22-cv-293-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; | ) | (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC.; SAMSUNG SEMICONDUCTOR | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 2:22-cv-294-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON | ) | |
| SEMICONDUCTOR PRODUCTS, INC.; | ) | |
| MICRON TECHNOLOGY TEXAS LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT MOTION FOR ENTRY OF AGREED DISCOVERY ORDER**

Pursuant to local rules, this Court's sample Discovery Order, and Federal Rule of Civil Procedure 16, Plaintiff Netlist, Inc. ("Netlist); Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor Inc. (collectively "Samsung"); and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC (collectively "Micron") file this unopposed Motion for Entry of Agreed Discovery Order.  A copy of the agreed proposed Discovery Order is attached hereto.

The Parties respectfully request that the Court enter the proposed Discovery Order filed herewith.

Dated:  December 1, 2022                                Respectfully submitted,

                                                        /s/ Samuel F. Baxter

                                                        Samuel F. Baxter
                                                        Texas State Bar No. 01938000
                                                        sbaxter@mckoolsmith.com
                                                        Jennifer L. Truelove
                                                        Texas State Bar No. 24012906
                                                        jtruelove@mckoolsmith.com
                                                        **MCKOOL SMITH, P.C.**
                                                        104 East Houston Street Suite 300
                                                        Marshall, TX 75670
                                                        Telephone: (903) 923-9000
                                                        Facsimile: (903) 923-9099

                                                        Jason G. Sheasby (*pro hac vice*)
                                                        jsheasby@irell.com
                                                        Annita Zhong, PhD (*pro hac vice*)
                                                        hzhong@irell.com
                                                        Thomas C. Werner (*pro hac vice*)
                                                        twerner@irell.com
                                                        Yanan Zhao (*pro hac vice*)
                                                        yzhao@irell.com
                                                        Michael W. Tezyan (*pro hac vice*)
                                                        mtezyan@irell.com

                                                        **IRELL & MANELLA LLP**
                                                        1800 Avenue of the Stars, Suite 900
                                                        Los Angeles, CA 90067
                                                        Tel. (310) 277-1010
                                                        Fax (310) 203-7199

                                                        ***Attorneys for Plaintiff Netlist, Inc.***


Dated December 1, 2022                                   Respectfully submitted,

                                                        /s/ Daniel A. Tishman

                                                        Ruffin B. Cordell
                                                        TX Bar No. 04820550

2

cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
DC Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:    (903) 934-9257

***Attorneys for Samsung Electronics Co., Ltd.;
Samsung Electronics America, Inc.; and
Samsung Semiconductor, Inc.***

Dated December 1, 2022                    Respectfully submitted,

By: */s/ Mike Rueckheim*
Thomas M. Melsheimer

3

State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Ste 520
Redwood City, CA 9405
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

David Enzminger
*Pro Hac Vice Pending*
DEnzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Matthew Hopkins
*Pro Hac Vice Pending*
mhopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 282-5862
Facsimile: (202) 282-5100

William Logan
State Bar No. 24106214
WLogan@Winston.com
Juan Yaquian
JYaquian@Winston.com
State Bar No. 24110559
*Pro Hac Vice Pending*

4

WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

***Attorneys for Micron Technology, Inc.,
Micron Semiconductor Products,
Inc., and Micron Technology Texas,
LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of

record by email on December 1, 2022.

*/s/ Yanan Zhao*
Yanan Zhao

## CERTIFICATE OF CONFERENCE

The undersigned hereby that the relief requested in this motion is unopposed.

*/s/ Yanan Zhao*
Yanan Zhao

5