AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| NETLIST, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:22-cv-293 |
| Samsung Electronics Co, LTD et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC.

Date: 12/06/2022

/s/ Thomas M. Melsheimer
*Attorney's signature*

Thomas M. Melsheimer; State Bar No. 13922550
*Printed name and bar number*

2121 N. Pearl Street, Suite 900
Dallas, TX 75201

*Address*

TMelsheimer@winston.com
*E-mail address*

(214) 453-6500
*Telephone number*

(214) 453-6400
*FAX number*