# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | CIVIL ACTION NO. 2:22-cv-00293 <br><br> JURY TRIAL DEMANDED |

## **ORDER**

CAME TO BE CONSIDERED the Unopposed Motion to Correct Lead Attorney Designation. After consideration, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Thomas M. Melsheimer is designated as lead attorney for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC effective the date of this order.