# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

Pursuant to local rules, this Court's Docket Control Order, and Federal Rule of Civil Procedure 26(c), Plaintiff Netlist, Inc. ("Netlist"); Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor Inc. (collectively "Samsung"); and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC (collectively "Micron") file this Joint Motion for Entry of Agreed Protective Order. A copy of the agreed proposed Protective Order is attached hereto.

The Parties respectfully request that the Court enter the proposed Protective Order filed herewith.

Dated: December 8, 2022                                   Respectfully submitted,

/s/ *Samuel F. Baxter*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*


 Respectfully submitted,

/s/ *Daniel A. Tishman*

Ruffin B. Cordell
TX Bar No. 04820550

2

cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
DC Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:   (903) 934-9257

***Attorneys for Samsung Electronics Co., Ltd.;
Samsung Electronics America, Inc.; and
Samsung Semiconductor, Inc***.


 Respectfully submitted,

By: */s/ Mike Rueckheim*
Thomas M. Melsheimer

3

State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Ste 520
Redwood City, CA 9405
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

David Enzminger
*Pro Hac Vice Pending*
DEnzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Matthew Hopkins
*Pro Hac Vice Pending*
mhopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 282-5862
Facsimile: (202) 282-5100

William Logan
State Bar No. 24106214
WLogan@Winston.com
Juan Yaquian
JYaquian@Winston.com
State Bar No. 24110559
*Pro Hac Vice Pending*

4

>WINSTON & STRAWN LLP
>800 Capital Street, Suite 2400
>Houston, TX 77002
>Telephone: (713) 651-2600
>Facsimile: (713) 651-2700
>
>***Attorneys for Micron Technology, Inc.,
>Micron Semiconductor Products,
>Inc., and Micron Technology Texas,
>LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record by email on December 8, 2022.

>*/s/ Yanan Zhao*
>Yanan Zhao

## CERTIFICATE OF CONFERENCE

The undersigned hereby that the relief requested in this motion is unopposed.

>*/s/ Yanan Zhao*
>Yanan Zhao

5