# Exhibit 4

| | |
|---|---|
| **From:** | Daniel Tishman <tishman@fr.com> |
| **Sent:** | Thursday, January 12, 2023 7:01 AM |
| **To:** | Chestney, Isabella; Ruffin Cordell; Michael McKeon; Lauren Degnan; Frank Albert; Katherine Reardon; ~Smith, Melissa |
| **Cc:** | #Netlist-Samsung-E.D.Tex; Samsung-Netlist-FISH |
| **Subject:** | RE: Netlist's Second Amended Complaint 22-cv-293 |

Hi Isabella – Samsung opposes this motion. Please let us know if you have any questions.

Best regards,
Dan

**Daniel Tishman** :: Fish & Richardson P.C. :: +1 (202) 626-7725

**From:** Daniel A. Tishman
**Sent:** Tuesday, January 03, 2023 10:05 PM
**To:** 'Chestney, Isabella' <ichestney@irell.com>; Ruffin Cordell <RBC@fr.com>; Michael McKeon <McKeon@fr.com>; Lauren Degnan <LAD@fr.com>; Frank Albert <Albert@fr.com>; Katherine Reardon <reardon@fr.com>; melissa@gillamsmithlaw.com
**Cc:** #Netlist-Samsung-E.D.Tex <Netlist-Samsung-E.D.Tex@irell.com>
**Subject:** RE: Netlist's Second Amended Complaint 22-cv-293

Hi Isabella – thanks for your email and the draft. Samsung is evaluating your request and will follow up soon.

Best regards,
Dan

**Daniel A. Tishman** :: Fish & Richardson P.C. :: +1-202-626-7725

**From:** Chestney, Isabella <ichestney@irell.com>
**Sent:** Tuesday, December 27, 2022 1:37 PM
**To:** Ruffin Cordell <RBC@fr.com>; Michael McKeon <McKeon@fr.com>; Lauren Degnan <LAD@fr.com>; Daniel A. Tishman <tishman@fr.com>; Frank Albert <Albert@fr.com>; Katherine Reardon <reardon@fr.com>; melissa@gillamsmithlaw.com
**Cc:** #Netlist-Samsung-E.D.Tex <Netlist-Samsung-E.D.Tex@irell.com>
**Subject:** Netlist's Second Amended Complaint 22-cv-293

[This email originated outside of F&R.]

Counsel,

Netlist intends to amend its complaint in 22-cv-293 to add claims as to U.S. Patent No. 10,268,608. Please let us know if Samsung opposes Netlist's amendment. For your reference, here attached is a draft of Netlist's motion for leave to amend. We are available to meet and confer this week.

1

Thank you,

**Isabella Chestney**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
www.irell.com

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

```
***********************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
***********************************************************************************************
```