UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **NETLIST, INC.**<br><br>    **Plaintiff,**<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG SEMICONDUCTOR, INC.,**<br><br>    **Defendants.** | Civil Case No. 2:22-cv-00293-JRG<br><br>JURY TRIAL DEMANDED<br>(Lead Case) |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiff Netlist, Inc. ("Netlist"); Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor Inc. (collectively "Samsung"); and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC (collectively "Micron") respectfully submit this Joint Motion to Amend the Docket Control Order.

On Saturday, January 21, 2023, Netlist informed Samsung and Micron of its intent to move to amend its L.R. 3-1 and 3-2 contentions to identify additional "conception and reduction to practice documents" that they located prior to the November 27, 2022 contention deadline. Netlist plans to move to amend its L.R. 3-1 and 3-2 contentions to identify these documents and has informed Samsung and Micron that it will agree to an extension of time for Samsung and Micron's L.R. 3-3 and 3-4 contentions. Netlist is diligently preparing its proposed amended contentions, and the parties will meet and confer regarding Netlist's request after Netlist serves its proposed amended contentions, including the amount of time for an additional extension of time for Samsung and Micron's L.R. 3-3 and 3-4

contentions.  The parties thus jointly seek a one-week extension of time for Samsung and Micron's L.R. 3-3 and 3-4 contentions to allow the parties time to negotiate regarding Netlist's request.

Accordingly, the Parties respectfully request that the Court extend the deadlines as reflected in the attached proposed Amended Docket Control Order.

Dated: January 24, 2023 

Respectfully submitted,

/s/ Melissa R. Smith
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
DC Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400

San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

**COUNSEL FOR DEFENDANTS SAMSUNG**

<u>/s/ Michael R. Rueckheim</u>
Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Ste 520
Redwood City, CA 9405
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

David Enzminger
Pro Hac Vice Pending
DEnzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Matthew Hopkins
Pro Hac Vice Pending
mhopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 282-5862
Facsimile: (202) 282-5100
William Logan

State Bar No. 24106214
WLogan@Winston.com
Juan Yaquian
JYaquian@Winston.com
State Bar No. 24110559
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

***Attorneys for Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC***

*/s/ Jason G. Sheasby*
Jason G. Sheasby (pro hac vice)
jsheasby@irell.com
Annita Zhong, PhD (pro hac vice)
hzhong@irell.com
Thomas C. Werner (pro hac vice)
twerner@irell.com
Yanan Zhao (pro hac vice)
yzhao@irell.com
Michael W. Tezyan (pro hac vice)
mtezyan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
MCKOOL SMITH, P.C.
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 24th day of January, 2023.

/s/ Melissa R. Smith
Melissa R. Smith

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Plaintiff and Counsel for Defendants have complied with the meet and confer requirement in Local Rule CV-7(h) regarding this Motion. The Parties are in agreement and are seeking joint relief.

/s/ Melissa R. Smith
Melissa R. Smith