# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § § § § | |
| *Plaintiff*, | | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00293-JRG (LEAD CASE) |
| SAMSUNG ELECTRONICS CO, LTD, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR INC., | § § § § § § | |
| *Defendants*. | § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00294-JRG (MEMBER CASE) |
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS LLC, | § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC's (together, "Micron") Unopposed Motion to Correct Lead Attorney Designation (the "Motion"). (Dkt. No. 58.) In the Motion, Micron requests to change the designation of lead attorney for Micron from Natalie Arbaugh, who was inadvertently designated on the docket sheet as lead attorney for Micron in its filing of the initial pleading in the member case, to Thomas M. Melsheimer, who was listed first on the signature block of the pleading and should have been so designated.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Thomas M. Melsheimer is designated Lead Counsel for Micron.

**So ORDERED and SIGNED this 25th day of January, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE