UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>   Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>  Defendants. | Civil Case No. 2:22-cv00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>   Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>  Defendants. | Civil Case No. 2:22-cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND DEADLINES

  Plaintiff Netlist, Inc. ("Netlist") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Semiconductor Inc. (collectively "Samsung") file this joint motion and request that the Court extend the existing briefing deadlines for the following: (1) Samsung's opposition to Netlist's Motion for Leave to File Second Amended Complaint (Dkt. No. 62) to February 10, 2022; and (2) Netlist's reply in support of same to February 24, 2023.

  Samsung's current deadline to oppose Netlist's Motion for Leave to File Second Amended Complaint is February 3, 2023, and Netlist's deadline to file its reply would be 7 days after Samsung's opposition (i.e., February 10, 2023, assuming Samsung filed on February 3, 2023).

The parties have agreed on these extensions to accommodate the schedule of the parties' counsel and provide additional time for response.

WHEREFORE, the parties respectfully request that the Court enter an order extending the following deadlines:

| Event | Current | Proposed |
|---|---|---|
| Response to Motion for Leave to File Second Amended Complaint | February 3, 2023 | February 10, 2023 |
| Reply to Motion for Leave to File Second Amended Complaint | February 10,2023 | February 24, 2023 |

Dated: January 25, 2023

Respectfully submitted,

 */s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
DC Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000

Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

***COUNSEL FOR DEFENDANTS
SAMSUNG***

*/s/ Jennifer L. Truelove*
Jason G. Sheasby (pro hac vice)
jsheasby@irell.com
Annita Zhong, PhD (pro hac vice)
hzhong@irell.com
Thomas C. Werner (pro hac vice)
twerner@irell.com
Yanan Zhao (pro hac vice)
yzhao@irell.com
Michael W. Tezyan (pro hac vice)
mtezyan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

3

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
MCKOOL SMITH, P.C.
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**Attorneys for Plaintiff Netlist, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 25th day of January, 2023.

*/s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Plaintiff and Counsel for Defendants have complied with the meet and confer requirement in Local Rule CV-7(h) regarding this Motion.  The Parties are in agreement and are seeking joint relief.

*/s/ Melissa R. Smith*
Melissa R. Smith