UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>　　　　　Defendants. | Civil Case No. 2:22-cv00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>　　　　　Defendants. | Civil Case No. 2:22-cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

### **ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES**

Before the Court is the Parties' Joint Motion to Extend Deadlines. The Court, having considered same, is of the opinion the motion should be GRANTED.

Accordingly, IT IS THEREFORE ORDERED that the Parties' Joint Motion to Extend Deadlines is GRANTED, and the deadlines are extended as set forth below:

| Event | Current | Proposed |
|---|---|---|
| Response to Motion for Leave to File Second Amended Complaint | February 3, 2023 | February 10, 2023 |
| Reply to Motion for Leave to File Second Amended Complaint | February 10, 2023 | February 24, 2023 |

IT IS SO ORDERED.