# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SAMSUNG ELECTRONICS CO, LTD; )<br>SAMSUNG ELECTRONICS AMERICA, )<br>INC.; SAMSUNG SEMICONDUCTOR )<br>INC., )<br>)<br>Defendants. ) | Case No. 2:22-cv-293-JRG<br><br>JURY TRIAL DEMANDED<br>(Lead Case) |
| NETLIST, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICRON TECHNOLOGY, INC.; MICRON )<br>SEMICONDUCTOR PRODUCTS, INC.; )<br>MICRON TECHNOLOGY TEXAS LLC, )<br>)<br>Defendants. )<br>) | Case No. 2:22-cv-294-JRG<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff Netlist, Inc. ("Netlist") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively "Samsung"), Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively "Micron") respectfully file this Joint Motion to Amend the Docket Control Order.

On January 31, 2023, Netlist served the First Supplemental Preliminary Infringement Contentions ("PICs"). Samsung and Micron do not object to Netlist serving amended PICs after the deadline for serving PICs, in exchange for Netlist's agreement to an extension of

time for their invalidity contentions and related deadlines, in order to allow them sufficient time to address Netlist's amended contentions. In connection with the supplemental PICs, Netlist is concurrently filing an unopposed motion for leave to amend the PICs.

The parties respectfully jointly request that the Court extend the deadline for Samsung and Micron to serve its invalidity contentions for ten weeks, amending the deadline as proposed below:

| Current Deadline | Amended Deadline | Event |
|---|---|---|
| February 2, 2023 | April 13, 2023 | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |

Dated: February 2, 2023

Respectfully submitted,

/s/ Samuel F. Baxter

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

- 2 -

                                    **IRELL & MANELLA LLP**
                                    1800 Avenue of the Stars, Suite 900
                                    Los Angeles, CA 90067
                                    Tel. (310) 277-1010
                                    Fax (310) 203-7199

                                    *Attorneys for Plaintiff Netlist, Inc.*

Dated February 2, 2023                         Respectfully submitted,

                                                */s/ Daniel A. Tishman*

                                                Ruffin B. Cordell
                                                TX Bar No. 04820550
                                                cordell@fr.com
                                                Michael J. McKeon
                                                D.C. Bar No. 459780
                                                mckeon@fr.com
                                                Lauren A. Degnan
                                                DC Bar No. 452421
                                                degnan@fr.com
                                                Daniel A. Tishman
                                                DC Bar No. 1013923
                                                tishman@fr.com
                                                FISH & RICHARDSON P.C.
                                                1000 Maine Avenue, S.W., Suite 1000
                                                Washington, DC 20024
                                                Telephone: (202) 783-5070
                                                Facsimile:  (202) 783-2331

                                                Francis J. Albert
                                                CA Bar No. 247741
                                                albert@fr.com
                                                John W. Thornburgh
                                                CA Bar No. 154627
                                                thornburgh@fr.com
                                                FISH & RICHARDSON P.C.
                                                12860 El Camino Real, Ste. 400
                                                San Diego, CA  92130
                                                Telephone: (858) 678-5070
                                                Facsimile: (858) 678-5099

                                                Melissa Richards Smith
                                                melissa@gillamsmith.com
                                                GILLAM & SMITH, LLP
                                                303 South Washington Ave.

        Marshall, Texas 75670
        Telephone:  (903) 934-8450
        Facsimile:    (903) 934-9257

***Attorneys for Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc***.

Dated February 2, 2023        Respectfully submitted,

        By: */s/ Mike Rueckheim*

        Thomas M. Melsheimer
        State Bar No. 13922550
        TMelsheimer@winston.com
        Natalie Arbaugh
        State Bar No. 24033378
        NArbaugh@winston.com
        WINSTON & STRAWN LLP
        2121 N. Pearl Street, Suite 900
        Dallas, TX 75201
        Telephone: (214) 453-6500
        Facsimile: (214) 453-6400

        Michael R. Rueckheim
        State Bar No. 24081129
        MRueckheim@winston.com
        WINSTON & STRAWN LLP
        255 Shoreline Drive, Ste 520
        Redwood City, CA 9405
        Telephone: (650) 858-6500
        Facsimile: (650) 858-6559

        David Enzminger
        *Pro Hac Vice Pending*
        DEnzminger@winston.com
        WINSTON & STRAWN LLP
        333 S. Grand Avenue
        Los Angeles, CA 90071-1543
        Telephone: (213) 615-1700
        Facsimile: (213) 615-1750

        Matthew Hopkins
        *Pro Hac Vice Pending*
        mhopkins@winston.com
        WINSTON & STRAWN LLP
        1901 L Street, NW

Washington, DC 20036  
Telephone: (202) 282-5862  
Facsimile: (202) 282-5100  

William Logan  
State Bar No. 24106214  
WLogan@Winston.com  
Juan Yaquian  
JYaquian@Winston.com  
State Bar No. 24110559  
*Pro Hac Vice Pending*  
WINSTON & STRAWN LLP  
800 Capital Street, Suite 2400  
Houston, TX 77002  
Telephone: (713) 651-2600  
Facsimile: (713) 651-2700  

***Attorneys for Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC***

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel have complied with the meet and confer requirement in Local Rule CV-7(h) and this Court's Orders and that all parties join in this motion.

/s/ *Jennifer Truelove*  
Jennifer Truelove

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on February 2, 2023 on all counsel who have consented to electronic service.

/s/ *Jennifer Truelove*  
Jennifer Truelove