# EXHIBIT 6

| | |
|---|---|
| **From:** | Zhao, Yanan <yzhao@irell.com> |
| **Sent:** | Saturday, January 21, 2023 11:55 AM |
| **To:** | Winston-Micron-Netlist; andrea@wsfirm.com; ce@wsfirm.com; wh@wsfirm.com; Samsung-Netlist-FISH; tom@gillamsmithlaw.com; melissa@gillamsmithlaw.com |
| **Cc:** | #Netlist-Samsung-E.D.Tex; #Netlist-Micron [Int]; Sam Baxter; jtruelove@mckoolsmith.com |
| **Subject:** | Supplement Production and PICs \| Netlist v. Samsung, 22-cv-293; Netlist v. Micron, 22-cv-294 (EDTX) |

[This email originated outside of F&R.]

Counsel:

We have determined that there was an error in our production. When we located additional conception and reduction to practice documents in November last year, we produced them in one litigation, but not in this consolidated action. The production will be released as soon as possible. Netlist also intends to supplement its preliminary infringement contentions to include the relevant information.

Because this case is still at an early stage, and no claim construction or deposition has taken place, we don't believe any extension is necessary. However, we will agree to the extensions reasonably necessary to address Netlist's production and amended preliminary infringement contentions.

Best,
Yanan Zhao

**Yanan Zhao**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
DID: 310-277-7065 | yzhao@irell.com

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.