# EXHIBIT 7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| ONPOINT SYSTEMS, LLC<br><br>　　　Plaintiff,<br><br>v.<br><br>PROTECT ANIMALS WITH SATELLITES, LLC<br><br>　　　Defendant. | CASE NO. 4:20-cv-00657<br>Judge Mazzant<br><br>**JURY TRIAL DEMANDED** |

## PATENT SCHEDULING ORDER

Before the Court is the Joint Motion of Plaintiff OnPoint Systems, LLC ("OPS") and Defendant Protect Animals With Satellites, LLC ("PAWS") for entry of a Scheduling Order (Dkt. #22). Having considered the Motion, the Court finds it should be **GRANTED**.

It is therefore **ORDERED** that, unless otherwise ordered by the Court, the foregoing schedule is entered for the remainder of this action:

| Event | Deadline |
|---|---|
| P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions (and P.R. 3-2 document production) to be served | 3/18/21<br>*(already completed)* |
| Amended P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions (and P.R. 3-2 document production) to be served (amendment contemplates addition of the '329 patent to the case)[1] | 4/7/2021<br>*(already completed)* |

---

[1] OPS served its P.R. 3-1 and P.R. 3-2 Disclosures relating to the '295 patent on March 18, 2021 in accordance with the parties' prior jointly-proposed schedule. (Dkt. No. 14-1, 17). The Court hereby grants, *nunc pro tunc*, OPS leave to amend its original P.R. 3-1 and P.R. 3-2 disclosures solely to address the '329 patent.

| Event | Deadline |
|---|---|
| P.R. 3-3 Invalidity Contentions (and P.R. 3-4 document production) to be served (for '295 patent) | 4/30/2021 |
| Exchange Initial Mandatory Disclosures on all issues, including damages | 5/21/2021 |
| P.R. 3-3 Amended Invalidity Contentions (and P.R. 3-4 document production) to be served (for '329 patent)[2] | 5/28/2021 |
| Join Additional Parties | 6/11/2021 |
| Parties to exchange proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112, ¶ 6 (P.R. 4-1) | 6/11/2021 |
| Privilege Logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents) | 6/4/2021 |
| Parties' Final Amended Pleadings (**A motion for leave is required**.) | 6/11/2021 |
| Parties to exchange preliminary proposed claim construction and extrinsic evidence supporting same (P.R. 4-2) | 7/1/2021 |
| Mediation<br><br>The Court will appoint a mediator. | By 7/16/2021 |
| Respond to Final Amended Pleadings | 6/25/2021 |
| Joint Claim Construction and Prehearing Statement to be filed (P.R. 4-3)<br><br>Provide an estimate of how many pages are needed to brief the disputed claims. | 7/23/2021 |

---

[2] The Court hereby grants PAWS leave to amend its original P.R. 3-3 and P.R. 3-4 disclosures solely to address the '329 patent.

| Event | Deadline |
|---|---|
| Completion date for discovery on claim construction (P.R. 4-4) | 8/20/2021 |
| Comply with P.R. 3-7 (Designation of Willfulness Opinions) | 8/20/2021 |
| Opening claim construction brief (P.R. 4-5(a)) | 9/3/2021 |
| Responsive claim construction brief (P.R. 4-5(b)) | 9/17/2021 |
| Reply claim construction brief (P.R. 4-5(c)) | 9/24/2021 |
| Submit technology synopsis/tutorial (both hard copy and disk) | 10/1/2021 |
| Parties to file joint claim construction and chart (P.R. 4-5(d)). Parties shall work together to agree on as many claim terms as possible. | 10/15/2021 |
| **Claim construction hearing** | **11/12/2021 at 9:00 a.m.** at Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090 |
| Deadline for Initial Mandatory Disclosure of all persons, documents, data compilations and tangible things, which are relevant to a claim or defense of any party and which has not previously been disclosed. This deadline is not an extension of earlier deadlines set out in this court's order or the Patent Rules, nor an excuse to delay disclosure of information. It is a "catchall" deadline for provision of all remaining information which may be relevant to a claim or defense of any party at trial. | 12/9/2021 |
| Fact discovery deadline<br><br>All fact discovery must be served in time to be completed by this date. | 1/20/2022 |

| Event | Deadline |
|---|---|
| Parties with burden of proof to designate Expert Witnesses other than claims construction experts and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(a)(2)(B). | 2/3/2022 |
| Parties to Designate Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness report, to include for ALL experts all information set out in Rule 26(2)(B). | 3/3/2022 |
| Expert Discovery Deadline<br><br>All discovery must be served in time to be completed by this date. | 3/24/2022 |
| File Dispositive Motions and any other motions that may require a hearing.<br><br>Regardless of how many dispositive motions a party files, each party is limited to a total of sixty pages for such motions. Each individual motion shall comply with Local Rule CV-7. **Responses to motions shall be due in accordance with Local Rule CV-7(e).** | 4/7/2022 |
| File *Daubert* motion or any other objections to experts<br><br>**Note: Objections to any expert, including *Daubert* motions are limited to ten pages each.** | 4/7/2022 |
| Notice of intent to offer certified records | 7/21/2022 |
| Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order<br>(See www.txed.uscourts.gov) and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases). | 7/21/2022 |

| Event | Deadline |
|---|---|
| Video Deposition Designation due<br><br>Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered.<br><br>All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those which cannot be resolved shall<br>be presented to the court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the Court's rulings on objections. | 7/28/2022 |
| Motions *in limine* due.<br><br>File Joint Final Pretrial Order.<br><br>Exchange Exhibits and deliver copies to the Court. At this date, all that is required to be submitted to the court is a hyperlinked exhibit list on disk (2 copies) and no hard copies. | 7/26/2022 |
| Response to motions *in limine* due<br><br>File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order. (This does not extend the deadline to object to expert witnesses). If numerous objections are filed, the Court may set a hearing prior to the final pretrial conference.<br><br>File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law) | 8/11/2022 |
| **Final Pretrial Conference at 9:00 a.m.** at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090. | 8/25/2022 |
| Jury Selection and Trial at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. | TBD |

5

If Parties will be requesting daily copy of the transcript during trial, they must notify the Court's court reporter, Chris Bickham, Chris_Bickham@txed.uscourts.gov, by July 26, 2022.

**IT IS SO ORDERED.**
**SIGNED this 13th day of April, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE