UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>      Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>      Defendants. | Civil Case No. 2:22cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>      Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>      Defendants. | Civil Case No. 2:22cv-0024-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. 62).

Having considered the motion, and for good cause shown, the motion is hereby DENIED.

IT IS SO ORDERED.