**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:22-CV-00293-JRG |
| | § | (LEAD CASE) |
| SAMSUNG ELECTRONICS CO, LTD, | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC.,  SAMSUNG SEMICONDUCTOR | § | |
| INC., | § | |
| | § | |
| *Defendants.* | § | |
| v. | § | CIVIL ACTION NO.  2:21-CV-00294-JRG |
| | § | (MEMBER CASE) |
| MICRON TECHNOLOGY, INC., | § | |
| MICRON SEMICONDUCTOR | § | |
| PRODUCTS, INC.,  MICRON | § | |
| TECHNOLOGY TEXAS LLC, | § | |
| | § | |
| *Defendants.* | § | |

## <u>ORDER</u>

Before the Court is the Joint Motion to Extend Deadlines (the "Motion") filed by Plaintiff

Netlist, Inc. ("Netlist") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics

America, Inc. and Samsung Semiconductor Inc. (together, "Samsung").  (Dkt. No. 65.)  In the

Motion, Netlist and Samsung request that the Court extend the existing briefing deadlines for: (1)

Samsung's opposition to Netlist's Motion for Leave to File Second Amended Complaint (Dkt. No.

62) to February 10, 2022; and (2) Netlist's reply in support of same to February 24, 2023.  (*Id.* at

1.)  The parties have agreed on these extensions to accommodate the schedule of the parties'

counsel and provide additional time for response.  (*Id.* at 2.)

Having considered the Motion, and in light of its joint nature, the Court finds that it should

be and hereby is **GRANTED**.  Accordingly, it is **ORDERED** that the deadline for Samsung to file

its opposition to Netlist's Motion for Leave to File Second Amended Complaint is extended to **February 10, 2023**; and the deadline for Netlist to file its reply to the same is **extended** to **February 24, 2023**.

    **So ORDERED and SIGNED this 14th day of February, 2023.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE