# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br><br> LEAD CASE <br> JURY TRIAL DEMANDED |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST, INC.'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT AGAINST SAMSUNG**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Reply in Support of Motion for Leave to File its Second Amended Complaint. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct copy of Netlist's preliminary infringement contentions for U.S. Patent. No. 10,268,608 (the "'608 patent") served on Samsung on February 2, 2023 in this Action.

3. The investigation of Samsung's accused infringing activities as to the '608 patent started no later than October 2022, shortly after the USPTO denied Micron's IPR petition of the '608 patent. IPR2022-237.

4. Attached as **Exhibit 2** is a true and correct copy of Netlist's supplemental preliminary infringement contentions for U.S. Patent. No. 10,860,506 served on Samsung on November 16, 2023 in connection with *Netlist, Inc. v. Samsung Elec. Co., Ltd.*, No. 21-cv-463 (E.D. Tex.) ("Samsung I").

5. Attached as **Exhibit 3** is a true and correct copy of a chart titled "Comparison of Netlist's Asserted Independent Claims of the '506 and '608 Patents."

6. Attached as **Exhibit 4** is a true and correct copy of the transcript of the January 19, 2023 Motion Hearing in connection with *Samsung I* action.

7. Attached as **Exhibit 5** is a true and correct copy of the declaration of Dr. William Mangione-Smith submitted in *Netlist, Inc. v. Micron Tech., Inc.*, No. 22-cv-203-JRG, Dkt. 32-1 (Sept. 26, 2022).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

- 3 -

Executed on February 24, 2023, in Los Angeles, California.

By */s/ Jason G. Sheasby*
Jason G. Sheasby