## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**NOTICE OF COMPLIANCE REGARDING PLAINTIFF'S P.R. 4-1 IDENTIFICATION OF CLAIM TERMS REQUIRING CONSTRUCTION**

Plaintiff Netlist, Inc. ("Netlist") hereby notifies the Court that on June 1, 2023, Netlist has complied with the Court's Docket Control Order (Dkt. No. 66) by serving its 4-1 Identification of Claim Terms Requiring Construction on counsel for Defendants via electronic mail.

Dated: June 2, 2023

Respectfully submitted,

*/s/ Hong Zhong*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com

Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on June 2, 2023, I caused the electronic filing of the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record who are registered with the CM/ECF system.

*/s/ Jason Sheasby*
Jason Sheasby
