UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>    Defendants. | Civil Case No. 2:22cv00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>    Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>    Defendants. | Civil Case No. 2:22cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## **NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Brian Livedalen of Fish & Richardson P.C. enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.  (collectively, "Defendants") and consents to electronic service of all papers in this action.

Brian Livedalen may receive all communication from the Court and from other parties at Fish & Richardson P.C., 1000 Maine Avenue, SW, Suite 1000, Washington, D.C., Telephone: (202) 783-5070; Facsimile: (202) 783-2331; Email: livedalen@fr.com.

1

|  |  |
|---|---|
| Date: June 5, 2023 | Respectfully submitted,<br><br>*/s/ Brian Livedalen*<br>Brian Livedalen<br>DC Bar No. 1002699<br>livedalen@fr.com<br>FISH & RICHARDSON P.C.<br>1000 Maine Avenue, SW, Suite 1000<br>Washington, D.C. 20024<br>Telephone: (202) 783-5070<br>Facsimile:  (202) 783-2331<br><br>*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on June 5, 2023. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Brian Livedalen*
