UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>Defendants. | Civil Case No. 2:22cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>Defendants. | Civil Case No. 2:22cv-0024-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

Before the Court is Samsung's Motion for Partial Summary Judgment Regarding its Absolute Intervening Rights Defense.

Having considered the motion, and for good cause shown, the motion is hereby GRANTED.

IT IS SO ORDERED.