UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO, LTD;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.; SAMSUNG SEMICONDUCTOR<br>INC.,<br><br>    Defendants. | Case No. 2:22-cv-293-JRG<br><br>JURY TRIAL DEMANDED<br>(Lead Case) |
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>MICRON TECHNOLOGY, INC.; MICRON<br>SEMICONDUCTOR PRODUCTS, INC.;<br>MICRON TECHNOLOGY TEXAS LLC,<br><br>    Defendants. | Case No. 2:22-cv-294-JRG<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO AMEND THE BRIEFING SCHEDULE REGARDING
DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT. 81)**

Plaintiff Netlist, Inc. ("Netlist") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor Inc. (collectively "Samsung") file this joint motion requesting the Court to extend the existing briefing deadlines for (1) Netlist's Opposition to Samsung's Motion for Partial Summary Judgment Regarding its Absolute Intervening Rights Defense (Dkt. 81) to July 6, 2023; and (2) Samsung's Reply in support of the same to July 20, 2023.

Netlist's current deadline to oppose Samsung's Motion for Partial Summary Judgment is June 21, 2023, and Samsung's deadline to file its Reply would be 7 days after Netlist's

opposition. The parties have agreed to extend these deadlines to accommodate the schedule of the parties' counsel and provide additional time for response.

WHEREFORE, the parties respectfully request that the Court enter an order extending the following deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Response to Motion for Partial Summary Judgment Regarding Absolute Intervening Rights Defense | June 21, 2023 | July 6, 2023 |
| Reply to Motion for Partial Summary Judgment Regarding Absolute Intervening Rights Defense | June 28, 2023 | July 20, 2023 |

Dated: June 8, 2023

Respectfully submitted,

*/s/ Samuel F. Baxter*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Jonathan M. Lindsay (*pro hac vice*)
jlindsay@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Benjamin Monnin (*pro hac vice*)
bmonnin@irell.com

        Yanan Zhao (*pro hac vice*)
        yzhao@irell.com
        Michael W. Tezyan (*pro hac vice*)
        mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Netlist, Inc.***

Dated: June 8, 2023        Respectfully submitted,

*/s/ Daniel A. Tishman*

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
DC Bar No. 452421
degnan@fr.com
Brian Livedalen
DC Bar No. 1002699
livedalen@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com

FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400

        San Diego, CA  92130
        Telephone: (858) 678-5070
        Facsimile: (858) 678-5099

        Melissa Richards Smith
        melissa@gillamsmith.com
        GILLAM & SMITH, LLP
        303 South Washington Ave.
        Marshall, Texas 75670
        Telephone:  (903) 934-8450
        Facsimile:   (903) 934-9257

        ***Attorneys for Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc***.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system on June 8, 2023.

        */s/ Yanan Zhao*
        Yanan Zhao

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties met and conferred regarding the issues raised in this the joint motion.

        */s/ Yanan Zhao*
        Yanan Zhao