# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-293-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; ) | (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, ) | |
| INC.; SAMSUNG SEMICONDUCTOR ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-294-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON ) | |
| SEMICONDUCTOR PRODUCTS, INC.; ) | |
| MICRON TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Before this Court is the parties' Joint Motion to Extend Deadlines. Having considered the same, the Court is of the opinion the motion should be **GRANTED**.

IT IS THEREFORE ORDERED that the deadlines are extended as set forth below:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Response to Motion for Partial Summary Judgment Regarding Absolute Intervening Rights Defense | June 21, 2023 | July 6, 2023 |
| Reply to Motion for Partial Summary Judgment | June 28, 2023 | July 20, 2023 |

- 2 -

| Regarding Absolute Intervening Rights Defense | | |

**IT IS SO ORDERED.**

- 2 -