# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| | § | (LEAD CASE) |
| SAMSUNG ELECTRONICS CO, LTD, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR INC., | § § § § § | |
| *Defendants*. | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00294-JRG |
| | § | (MEMBER CASE) |
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS LLC, | § § § § § | |
| *Defendants*. | § § | |

# **ORDER**

Before the Court is the Joint Motion to Amend the Briefing Schedule Regarding Defendants' Motion for Partial Summary Judgment (the "Motion") filed by Plaintiff Netlist, Inc. ("Netlist") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Semiconductor Inc. (together, "Samsung"). (Dkt. No. 86.) In the Motion, Netlist and Samsung request that the Court extend the existing briefing deadlines for: (1) Netlist's Opposition to Samsung's Motion for Partial Summary Judgment Regarding its Absolute Intervening Rights Defense ("Samsung's SJ Motion") (Dkt. No. 81) to July 6, 2023; and (2) Samsung's Reply in support of the same to July 20, 2023. (Dkt. No. 86 at 1.) The parties have agreed on these extensions to accommodate the schedule of the parties' counsel and provide additional time for response. (*Id.* at 2.)

Having considered the Motion, and in light of its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Netlist to file its opposition to Samsung's SJ Motion is extended to **July 6, 2023**; and the deadline for Samsung to file its reply to the same is **extended** to **July 20, 2023**.

**So ORDERED and SIGNED this 9th day of June, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE