OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**RECEIVED**

NOV 07 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NIXIE        220    SE    1          7211/01/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 94102348999    2027N305151-03097

Addressee Unknown
& not in our suite

Jared Weston Newton
1299 Pennsylvania Ave NW
Suite 825
Washington, DC 20004


09-cv-05718-RS