# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 2:22-cv-293-JRG |
| vs. | ) ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., | ) ) ) LEAD CASE |
| Defendants. | ) ) ) |
| NETLIST, INC., | ) ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 2:22-cv-294-JRG |
| vs. | ) ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF NETLIST, INC.'S OPPOSITION TO SAMSUNG DEFENDANTS' MOTION TO STAY (Dkt. 88)**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Opposition to Samsung Defendants' Motion to Stay. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct copy of the cover of Netlist's Preliminary Infringement Contentions served on Samsung in this Action dated November 21, 2022.

3. Attached as **Exhibit 2** is a true and correct copy of the calculation of estimated expiration dates of U.S. Patent Nos. 11,093,417 and 9,858,215 based on the USPTO Patent Term Calculator.

4. Attached as **Exhibit 3** is a true and correct copy of an excerpt of Samsung's Invalidity Contentions dated April 13, 2023.

5. Attached as **Exhibit 4** is a true and correct copy of an excerpt of an invalidity chart served by Samsung in this Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 30, 2023, in Los Angeles, CA.

By */s/ Jason G. Sheasby*
Jason G. Sheasby