# EXHIBIT 2



# PATENT TERM CALCULATOR

If this estimate is for either a **reexamination** or a **reissue** you must use the **original** patent's information.

NOTE: If you wish to save this file for future reference, please retype the date in this calculated field.

| | MM | DD | YYYY |
|---|---|---|---|
| Today's date is: | 6 | 29 | 2023 |

For what type of patent are you calculating a term?  utility

(NOTE: if a **reexamination** or **reissue**, base calculations on the **original** patent's information)

| | MM | DD | YYYY |
|---|---|---|---|
| What is the filing date of the patent (U.S. or 371 International Date, if applicable)? | 5 | 18 | 2015 |

**Domestic Benefit**

Does the patent claim any domestic benefit?  ● Yes  ○ No

| | MM | DD | YYYY |
|---|---|---|---|
| If the patent claims any domestic benefit, what is the Earliest Effective Filing Date? | 3 | 7 | 2005 |

*Domestic Benefit = Continuation, Continuation-in-Part, or Divisional*

| | MM | DD | YYYY |
|---|---|---|---|
| What is the grant date of the patent? | 1 | 2 | 2018 |

| | | |
|---|---|---|
| How much 154 PTA is the patent entitled to (days)? If none, enter '0' | 192 | days of 154 PTA |
| How much 156 PTE is the patent entitled to (days)? If none, enter '0' | 0 | days of 156 PTE |

**Terminal Disclaimers**

Does the patent have any terminal disclaimers?  ○ Yes  ● No

| | MM | DD | YYYY |
|---|---|---|---|
| If there are any terminal disclaimers, what is the earliest TD-based expiration date? | | | |

**Timely Payment of Maintenance Fees**

NOTE: For patents that are not designs or plants, maintenance fees must be paid on time to preserve the full patent term. Maintenance fees are due three times during the life of a patent, and may be paid without surcharge 3 to 3.5 years, 7 to 7.5 years, and 11 to 11.5 years after the date of issue and cannot be paid early. Maintenance fees may also be paid with a surcharge during the "grace periods" of 3.5 to 4 years, 7.5 to 8 years, and 11.5 to 12 years after the date of issue. **The dates below reflect the latest possible payment date, including grace periods.**

| | MM | DD | YYYY |
|---|---|---|---|
| Your first Maintenance Fee should be paid no later than 4 years after issue: | 1 | 2 | 2022 |
| **Did you pay this fee?** | yes | | |
| Your second Maintenance Fee should be paid no later than 8 years after issue: | 1 | 2 | 2026 |
| | yes | | |
| Your third Maintenance Fee should be paid no later than 12 years after issue: | 1 | 2 | 2030 |

NOTICE: This calculator is only an educational tool. It was developed based on assumptions that may or may not apply in a particular case. It does not provide a determination of any kind by USPTO. It is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by a party against the United States, its departments, agencies, instrumentalities, entities, officers, employees or agents, or any other person.

| | MM | DD | YYYY |
|---|---|---|---|
| **The calculated expiration date for this patent is** | 9 | 15 | 2025 |

ERROR CONTROL SUMMARY - The above calculation is based upon the following date information:

| | |
|---|---|
| Date Filed | 5/18/2015 |
| Earliest Effective Filing Date | 3/7/2005 |
| Grant Date | 1/2/2018 |
| Terminally Disclaimed to | |
| Combined days of 35 USC 154 PTA, 35 USC 154 PTE and 35 USC 156 PTE additions. | 192 |
| Expiration due to Missed Maintenance Fee Payment | |

| | |
|---|---|
| Patent Number: | 9,858,215 |
| Application Number: | 14/715,486 |



# PATENT TERM CALCULATOR

If this estimate is for either a **reexamination** or a **reissue** you must use the **original** patent's information.

NOTE: If you wish to save this file for future reference, please retype the date in this calculated field.

| | MM | DD | YYYY |
|---|---|---|---|
| Today's date is: | 6 | 29 | 2023 |

For what type of patent are you calculating a term?   utility

(NOTE: if a **reexamination** or **reissue**, base calculations on the **original** patent's information)

| | MM | DD | YYYY |
|---|---|---|---|
| What is the filing date of the patent (U.S. or 371 International Date, if applicable)? | 11 | 25 | 2019 |

**Domestic Benefit**

Does the patent claim any domestic benefit?   ● Yes   ○ No

| | MM | DD | YYYY |
|---|---|---|---|
| If the patent claims any domestic benefit, what is the Earliest Effective Filing Date? | 3 | 7 | 2005 |

*Domestic Benefit = Continuation, Continuation-in-Part, or Divisional*

| | MM | DD | YYYY |
|---|---|---|---|
| What is the grant date of the patent? | 8 | 17 | 2021 |

| | | |
|---|---|---|
| How much 154 PTA is the patent entitled to (days)? If none, enter '0' | 41 | days of 154 PTA |
| How much 156 PTE is the patent entitled to (days)? If none, enter '0' | 0 | days of 156 PTE |

**Terminal Disclaimers**

Does the patent have any terminal disclaimers?   ○ Yes   ● No

| | MM | DD | YYYY |
|---|---|---|---|
| If there are any terminal disclaimers, what is the earliest TD-based expiration date? | | | |

**Timely Payment of Maintenance Fees**

*NOTE: For patents that are not designs or plants, maintenance fees must be paid on time to preserve the full patent term. Maintenance fees are due three times during the life of a patent, and may be paid without surcharge 3 to 3.5 years, 7 to 7.5 years, and 11 to 11.5 years after the date of issue and cannot be paid early. Maintenance fees may also be paid with a surcharge during the "grace periods" of 3.5 to 4 years, 7.5 to 8 years, and 11.5 to 12 years after the date of issue.* **The dates below reflect the latest possible payment date, including grace periods.**

| | MM | DD | YYYY |
|---|---|---|---|
| Your first Maintenance Fee should be paid no later than 4 years after issue: | 8 | 17 | 2025 |

yes

| | MM | DD | YYYY |
|---|---|---|---|
| Your second Maintenance Fee should be paid no later than 8 years after issue: | 8 | 17 | 2029 |

yes

| | MM | DD | YYYY |
|---|---|---|---|
| Your third Maintenance Fee should be paid no later than 12 years after issue: | 8 | 17 | 2033 |

NOTICE: This calculator is only an educational tool. It was developed based on assumptions that may or may not apply in a particular case. It does not provide a determination of any kind by USPTO. It is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by a party against the United States, its departments, agencies, instrumentalities, entities, officers, employees or agents, or any other person.

| | MM | DD | YYYY |
|---|---|---|---|
| **The calculated expiration date for this patent is** | 4 | 17 | 2025 |

ERROR CONTROL SUMMARY - The above calculation is based upon the following date information:

| | |
|---|---|
| Date Filed | 11/25/2019 |
| Earliest Effective Filing Date | 3/7/2005 |
| Grant Date | 8/17/2021 |
| Terminally Disclaimed to | |
| Combined days of 35 USC 154 PTA, 35 USC 154 PTE and 35 USC 156 PTE additions. | 41 |
| Expiration due to Missed Maintenance Fee Payment | |

| | |
|---|---|
| Patent Number: | 11,093,417 |
| Application Number: | 16/695,020 |