**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:22-cv-293-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; | ) | (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC.; SAMSUNG SEMICONDUCTOR | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:22-cv-294-JRG |
| | ) | |
| MICRON TECHNOLOGY, INC.; MICRON | ) | JURY TRIAL DEMANDED |
| SEMICONDUCTOR PRODUCTS, INC.; | ) | |
| MICRON TECHNOLOGY TEXAS LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT 4-3 CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to Local P.R. 4-3 and the Court's Docket Control Order (Dkt. 66), Plaintiff

Netlist, Inc. ("Netlist") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics

America, Inc., and Samsung Semiconductor Inc. (collectively "Samsung") and Micron

Technology Inc. ("Micron Technology"), Micron Semiconductor Products, Inc. ("Micron

Semiconductor"), and Micron Technology Texas, LLC ("Micron Texas") (collectively, "Micron")

submit this Joint Claim Construction and Prehearing Statement with regard to the following

patents:

U.S. Pat. No 7,619,912 (the "'912 patent");

U.S. Pat. No 9,858,215 (the "'215 patent");

U.S. Pat. No 11,093,417 (the "'417 patent"); and

U.S. Pat. No 10,268,608 (the "'608 patent").[1]

## I.    P.R. 4-3(a)(1): Agreed Constructions

### A.  '912 patent

N/A.

### B.  '215 patent

| Claim(s) | Term | Agreed Construction |
|---|---|---|
| 1 | "A memory module operable in a computer system to communicate data with a memory controller of the computer system via a memory bus in response to memory commands received from the memory controller, the memory commands including a first memory command and a subsequent second memory command, the first memory command to cause the memory module to receive or output a first data burst and the second memory command to cause the memory module to receive or output a second data burst, the memory module comprising" | The preamble is limiting. |
| 21 | "A method of operating a memory module coupled to a memory controller via a memory bus, the memory module comprising memory | The preamble is limiting. |

---

[1] Herein, Samsung does not identify any proposed constructions or extrinsic evidence for U.S. Patent No. 10,268,608 ("the '608 patent") because the patent is not asserted in Netlist's operative complaint in this action.  The Court has not ruled on Netlist's motion to amend its complaint to add the '608 patent, which Samsung opposes.  Dkt. 62.  Samsung objects to Netlist's identification of terms for a patent that has not been added to the case.  Samsung reserves the right to identify proposed terms for constructions, preliminary constructions, and extrinsic evidence if the '608 patent is permitted to be added to the case in the future.

| Claim(s) | Term | Agreed Construction |
|---|---|---|
|  | integrated circuits arranged in ranks and mounted on a printed circuit board having a plurality of edge connections coupled to the memory bus, the memory integrated circuits including at least one first memory integrated circuit in a first rank and at least one second memory integrated circuit in a second rank, the method comprising" |  |

### C. '417 patent

| Claim(s) | Term | Agreed Construction |
|---|---|---|
| 1 | "A memory module operable in a computer system to communicate data with a memory controller of the computer system via a N-bit wide data bus in response to memory commands received from the memory controller, the memory bus including address and control signal lines and data signal lines, the memory module comprising" | The preamble is limiting. |

### D. '608 patent[2]

N/A.

## II.   P.R. 4-3(a)(2): Disputed Terms

Exhibits A, B and C attached hereto contain respectively, Netlist, Samsung and Micron's proposed constructions for each disputed term, phrase, or clause together with the intrinsic and extrinsic evidence that the parties contend support their proposed constructions.

## III.   P.R. 4-3(a)(3): Anticipated Length of Time for the Claim Construction Hearing

---

[2]    Asserted against Samsung only.

The parties agree and expect that 3 hours will provide sufficient time to conduct the claim construction hearing.

**IV.    P.R. 4-3(a)(4): Anticipated Witnesses at the Claim Construction Hearing**

The parties may present testimony from the parties' experts opining on claim construction issues in the form of written declarations and/or deposition testimony, to aid the Court in making its findings.

**V.    P.R. 4-3(a)(5): Other Issues to be Addressed at the Claim Construction Hearing**

Currently, the parties do not believe that there are any other issues that might be appropriately addressed at a prehearing conference prior to the claim construction hearing.


Dated: July 13, 2023                              Respectfully submitted,

/s/ *Jason G. Sheasby*
Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
H. Annita Zhong (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
**IRELL & MANELLA LLP**

1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Netlist, Inc.***

*/s/ Daniel A. Tishman*
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
D.C. Bar No. 452421
degnan@fr.com
Brian Livedalen
DC Bar No. 1002699
livedalen@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Katherine H. Reardon
NY Bar No. 5196910
kreardon@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St., NE, 21st Floor
Atlanta, GA 30309
Telephone: 404-892-5005
Facsimile:  404-892-5002

- 5 -

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:   (903) 934-9257

***Attorneys for Defendants Samsung Electronics
Co., Ltd.; Samsung Electronics America, Inc.;
and Samsung Semiconductor, Inc.***

*/s/ Michael R. Rueckheim*
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Ste 520
Redwood City, CA 9405
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

David Enzminger
*Pro Hac Vice*
DEnzminger@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Juan Yaquian
State Bar No. 24110559
*Pro Hac Vice*
JYaquian@winston.com
**WINSTON & STRAWN LLP**
800 Capital Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

***Attorneys for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., Micron Technology Texas LLC***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, July 13, 2023, a copy of the foregoing was served to all counsel of record.

*/s/ Yanan Zhao*
Yanan Zhao