# EXHIBIT 1

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Jason Lo
Direct: +1 213.229.7153
Fax: +1 213.229.6153
JLo@gibsondunn.com

Client: 66889-00003

October 15, 2020

VIA ELECTRONIC MAIL

Ekwan E. Rhow
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Licenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561

General Counsel
Samsung Semiconductor, Inc
3655 North First Street
San Jose, California 95134-1713

Re:   Notice of Infringement

Dear Counsel:

As you are aware, the Joint Development and License Agreement between Netlist, Inc. ("Netlist") and Samsung Electronics Co., Ltd. ("Samsung") has been terminated, and Samsung no longer is licensed to any of Netlist's portfolio of patents. Netlist is the owner of over 100 patents and patent applications related to memory technologies, including Load Reduced Dual In-line Memory Modules ("LRDIMMs") and Registered Dual In-line Memory Modules ("RDIMMs"). Since its inception, Netlist has spent a considerable amount of resources in research and development, as well as to acquire the intellectual property associated with those efforts.

Despite the termination of the Joint Development and License Agreement, Samsung continues to unlawfully utilize Netlist's innovations and to infringe Netlist's patents, including United States Patent Nos. 10,217,523, 10,474,595, and 9,858,218.

Netlist requests that Samsung and its subsidiaries honor third-party intellectual property rights, and as such, we ask that you or another Samsung representative contact me to discuss this matter further, and to embark on formal licensing discussions. Netlist reserves all rights and remedies.

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

NETLIST_SAMSUNG_EDTX00190254

# GIBSON DUNN

Ekwan E. Rhow
General Counsel
October 15, 2020
Page 2

Thank you.

Sincerely,

Jason Lo

JCL/llg

cc: Marc J. Frechette, Esq.

104131242.2