**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO, LTD;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.; SAMSUNG SEMICONDUCTOR<br>INC., | Civil Case No.: 2:22-cv-293-JRG |

**NOTICE OF APPEARANCE**

Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and

Samsung Semiconductor, Inc. ("Samsung"), files this Notice of Appearance and notifies the

Court and all parties of record that Brian Nester  of the law firm Covington & Burling LLP, One

CityCenter, 850 Tenth Street, NW, Washington, DC 20001-4956, is appearing as counsel for

Samsung in the above-referenced matter, and is authorized to receive service on all pleadings,

notices, orders, and other papers in the above-captioned matter on behalf of Samsung.

Dated: July 20, 2023                                    Respectfully submitted,


By */s/ Brian R. Nester*
    Brian R. Nester
    D.C. Bar No. 460225
    COVINGTON & BURLING LLP
    One CityCenter
    850 Tenth Street, NW
    Washington, DC 20001-4956
    Telephone:  (202)-662-6000
    E-mail:  bnester@cov.com

    ***Attorney for Defendants Samsung Electronics***
    ***Co., Ltd.; Samsung Electronics America, Inc.;***
    ***and Samsung Semiconductor, Inc***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of the foregoing document via the

Court's CM/ECF system per Local Rule CV-5(a)(3) this 20th day of July 2023.

/s/ *Brian Nester*
Brian Nester