UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>Defendants. | Civil Case No. 2:22cv00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>            Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>            Defendants. | Civil Case No. 2:22cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Grant Schmidt, of the law firm Hilgers Graben PLLC, enters his appearance for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc., and consents to electronic service of all papers in this action.

Date: July 21, 2023                                 /s/ *Grant Schmidt*
                                                    Grant Schmidt
                                                    Texas State Bar No. 24084579
                                                    gschmidt@hilgersgraben.com

                                                    HILGERS GRABEN PLLC
                                                    7859 Walnut Hill Lane, Suite 335
                                                    Dallas, Texas 75230
                                                    Phone: (469) 751-2819

                                                    *Attorney for Defendants Samsung Electronics Co., Ltd Samsung Electronics America, Inc. and Samsung Semiconductor, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 21, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                    /s/ *Grant Schmidt*
                                                    Grant Schmidt