UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>　　　　　Defendants. | Civil Case No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., et al.<br><br>　　　　　Defendants. | Civil Case No. 2:22-cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, William M. Logan is entering his appearance in the above-captioned action as counsel for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc. and Micron Technology Texas LLC, and respectfully requests service of pleadings and other papers filed in this action, and any orders and notices from this Court.

Dated: July 21, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ William M. Logan*
　　　　　　　　　　　　　　　　　　　　William M. Logan
　　　　　　　　　　　　　　　　　　　　State Bar No. 24106214
　　　　　　　　　　　　　　　　　　　　wlogan@winston.com

1

2

WINSTON & STRAWN LLP
800 Capitol Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2766
Facsimile: (713) 651-2700

**ATTORNEYS FOR DEFENDANTS MICRON TECHNOLOGY, INC. MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS LLC**

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2023, the foregoing document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ William M. Logan*
William M. Logan
