**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC.<br><br>        Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>        Defendants. | Civil Case No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>        Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., et al.<br><br>        Defendants. | Civil Case No. 2:22-cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Michael R. Rueckheim is entering his appearance in the above-captioned action as counsel for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc. and Micron Technology Texas LLC, and respectfully requests service of pleadings and other papers filed in this action, and any orders and notices from this Court.


Dated: July 21, 2023

                                                Respectfully submitted,

                                                */s/ Michael R. Rueckheim*
                                                Michael R. Rueckheim
                                                State Bar No. 24081129
                                                MRueckheim@winston.com

WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858 6500
Facsimile: (650) 858 6559

**ATTORNEYS FOR DEFENDANTS
MICRON TECHNOLOGY, INC.
MICRON SEMICONDUCTOR
PRODUCTS, INC., MICRON
TECHNOLOGY TEXAS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2023, the foregoing document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Michael R. Rueckheim
Michael R. Rueckheim