Revised: 9/3/2015

**APPROVED**
By Nakisha Love at 4:54 pm, Jul 25, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
__Marshall__ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __2:22-cv-00293__
Style/Parties: __Netlist, Inc. v. Samsung Electronics Co., Ltd., et al.__
2. Applicant is representing the following party/ies: __Samsung Defendants__
3. Applicant was admitted to practice in __CA & DC__ (state) on __11/29/2010 (CA); 11/4/2011 (DC)__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ⦿has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ⦿has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ⦿has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__Supreme Court of California 11/29/2010; Continued on attachment.__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Alice Juwon Ahn__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __07/25/2023__    Signature __/s/ Alice Juwon Ahn__ (/s/Signature)

Application Continued on Page 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

**APPLICATION TO APPEAR PRO HAC VICE** (Continued)

Name (please print): Alice Juwon Ahn
Bar Number /State: CA 271399 / DC 1004350
Firm Name: Covington & Burling LLP
Address/P.O. Box: 415 Mission Street, Suite 5400
City/State/Zip: San Francisco, CA  94105
Telephone #: (415) 591-7091
Fax #: (415) 955-6571
E-mail Address: aahn@cov.com
Secondary E-Mail Address: jromanow@cov.com

This application has been approved for the court on: **7/25/23**

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By *NakishaLove*
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website http://www.txed.uscourts.gov/

Email Application

**Continued**:

11. Applicant has been admitted to practice in the following courts:

Superior Court Of The District Of Columbia, 11/04/2011

U.S. District And Bankruptcy Courts for the District of Columbia, 08/04/2014

United States Court Of Appeals For The Federal Circuit, 10/20/2016

U.S. District Court For New Mexico, 04/03/2023