# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**JOINT MOTION TO AMEND THE BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT. 81)**

Plaintiff Netlist, Inc. ("Netlist") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor Inc. (collectively "Samsung") file this joint motion requesting the Court to extend the existing briefing deadline for Netlist's Sur-Reply in Opposition to Samsung's Motion for Partial Summary Judgment Regarding its Absolute Intervening Rights Defense (Dkt. 81) to July 31, 2023.

Netlist's current deadline to file its Sur-Reply in Opposition to Samsung's Motion for Partial Summary Judgment is July 27, 2023. Netlist and Samsung have agreed to extend these deadlines to accommodate the schedule of Netlist's counsel in light of the claim construction

hearing on July 26, 2023 in *Netlist, Inc. v. Micron Technology, Inc. et al*, 2:22-cv-00203-JRG-RSP (E.D. Tex.).

WHEREFORE, the parties respectfully request that the Court enter an order extending the following deadline:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Sur-Reply to Motion for Partial Summary Judgment Regarding Absolute Intervening Rights Defense | July 27, 2023 | July 31, 2023 |

Dated:  July 26, 2023

Respectfully submitted,

*/s/ Jason Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Jonathan M. Lindsay (*pro hac vice*)
jlindsay@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Benjamin Monnin (*pro hac vice*)
bmonnin@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

                                  **IRELL & MANELLA LLP**
                                  1800 Avenue of the Stars, Suite 900
                                  Los Angeles, CA 90067
                                  Tel. (310) 277-1010
                                  Fax (310) 203-7199

                                  *Attorneys for Plaintiff Netlist, Inc.*

Dated: July 26, 2023                      Respectfully submitted,

                                  */s/ Daniel A. Tishman*

                                  Ruffin B. Cordell
                                  TX Bar No. 04820550
                                  cordell@fr.com
                                  Michael J. McKeon
                                  D.C. Bar No. 459780
                                  mckeon@fr.com
                                  Lauren A. Degnan
                                  DC Bar No. 452421
                                  degnan@fr.com
                                  Daniel A. Tishman
                                  DC Bar No. 1013923
                                  tishman@fr.com
                                  Brian Livedalen
                                  DC Bar No. 1002699
                                  livedalen@fr.com

                                  FISH & RICHARDSON P.C.
                                  1000 Maine Avenue, S.W., Suite 1000
                                  Washington, DC 20024
                                  Telephone: (202) 783-5070
                                  Facsimile:  (202) 783-2331

                                  Francis J. Albert
                                  CA Bar No. 247741
                                  albert@fr.com
                                  John W. Thornburgh
                                  CA Bar No. 154627
                                  thornburgh@fr.com
                                  FISH & RICHARDSON P.C.
                                  12860 El Camino Real, Ste. 400
                                  San Diego, CA  92130
                                  Telephone: (858) 678-5070
                                  Facsimile: (858) 678-5099

Melissa Richards Smith<br>
melissa@gillamsmith.com<br>
GILLAM & SMITH, LLP<br>
303 South Washington Ave.<br>
Marshall, Texas 75670<br>
Telephone:  (903) 934-8450<br>
Facsimile:   (903) 934-9257

*Attorneys for Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc*.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system on July 26, 2023.

*/s/ Michael Tezyan*
Michael Tezyan

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties met and conferred regarding the issues raised in this the joint motion.

*/s/ Michael Tezyan*
Michael Tezyan