# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br>　　　　Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br>(Lead Case) |
| NETLIST, INC., <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br>　　　　Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

## ORDER

Before this Court is the parties' Joint Motion to Extend Deadlines. Having considered the same, the Court is of the opinion the motion should be **GRANTED**.

IT IS THEREFORE ORDERED that the deadline is extended as set forth below:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Sur-Reply to Motion for Partial Summary Judgment Regarding Absolute Intervening Rights Defense | July 27, 2023 | July 31, 2023 |

**IT IS SO ORDERED.**