# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| | § | (LEAD CASE) |
| SAMSUNG ELECTRONICS CO, LTD, | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG SEMICONDUCTOR | § | |
| INC., | § | |
| | § | |
| *Defendants*. | § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00294-JRG |
| | § | (MEMBER CASE) |
| MICRON TECHNOLOGY, INC., | § | |
| MICRON SEMICONDUCTOR | § | |
| PRODUCTS, INC., MICRON | § | |
| TECHNOLOGY TEXAS LLC, | § | |
| | § | |
| *Defendants*. | § | |

# **ORDER**

Before the Court is the Joint Motion to Amend the Briefing Schedule Regarding Defendants' Motion for Partial Summary Judgment (the "Motion") filed by Plaintiff Netlist, Inc. ("Netlist") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Semiconductor Inc. (together, "Samsung"). (Dkt. No. 107.) In the Motion, Netlist requests that the Court extend the existing briefing deadlines for Netlist's Sur-Reply in Opposition to Samsung's Motion for Partial Summary Judgment Regarding its Absolute Intervening Rights Defense ("Samsung's SJ Motion") (Dkt. No. 81) to July 31, 2023. (Dkt. No. 86 at 1.) The parties have agreed on these extensions to accommodate the schedule of Netlist's counsel. (*Id.* at 1–2.)

Having considered the Motion, and in light of its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Netlist to file its sur-reply in opposition to Samsung's SJ Motion is extended to **July 31, 2023**.

**So Ordered this**
**Jul 27, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE