IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO, LTD, | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG SEMICONDUCTOR | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Netlist, Inc's Unopposed Motion for Leave to Supplement Its P.R. 3-1 and 3-2 Disclosures (the "Motion"). (Dkt. No. 68.) In the Motion, Plaintiff Netlist, Inc. ("Netlist") requests leave to supplement its infringement contentions because good cause exists, citing the factors outlined in *Keranos, LLC v. Silicon Storage Tech., Inc.*, 797 F.3d 1025 (Fed. Cir. 2015). (Dkt. No. 68 at 2–4.) Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor Inc. (together, "Samsung") and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (together, "Micron") do not oppose the Motion. (*Id.* at 3, 5.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Netlist's First Supplemental Infringement Contentions are deemed served.

**So Ordered this**

**Jul 28, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE