UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>Defendants. | Civil Case No. 2:22cv00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>Defendants. | Civil Case No. 2:22cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## **NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Kathryn Quisenberry of Fish & Richardson P.C. enters her appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants") and consents to electronic service of all papers in this action.

Kathryn Quisenberry may receive all communication from the Court and from other parties at Fish & Richardson P.C., 909 Fannin Street Suite 2100, Houston, TX 77010, Telephone: 713-654-5300; Email: quisenberry@fr.com.

1

Date: July 31, 2023                                    Respectfully submitted,

                                                       */s/ Kathryn Quisenberry*

                                                       Kathryn Quisenberry
                                                       TX Bar No. 24105639
                                                       quisenberry@fr.com
                                                       FISH & RICHARDSON P.C.
                                                       909 Fannin Street Suite 2100
                                                       Houston, TX 77010
                                                       Telephone: 713-654-5300

                                                       *Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on July 31, 2023. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Kathryn Quisenberry*