**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO, LTD,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC., SAMSUNG SEMICONDUCTOR<br>INC.,<br>Defendants. | CIVIL ACTION NO. 2:22-cv-00293<br>LEAD CASE<br><br><br><br>JURY TRIAL DEMANDED |
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON<br>SEMICONDUCTOR PRODUCTS, INC.,<br>AND<br>MICRON TECHNOLOGY TEXAS LLC,<br><br>Defendants. | CIVIL ACTION NO. 2:22-cv-00294<br>MEMBER CASE<br><br><br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S SECOND AMENDED COMPLAINT**

Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology

Texas, LLC ("Defendants") hereby file this Unopposed Motion to extend the deadline to move,

answer, or otherwise respond to Plaintiff's Second Amended Complaint (Dkt. 101).

Defendants' deadline to move, answer, or otherwise respond is currently August 4, 2023.

Defendants respectfully request that the Court enter an Order extending the deadline to move,

answer, or otherwise respond to Plaintiff's Second Amended Complaint until and including

August 11, 2023.  This extension is not sought for the purpose of delay and will allow Defendants

more time to prepare an appropriate response.

Counsel for Plaintiff does not oppose the requested extension. A proposed order is submitted herewith.

Dated: August 3, 2023                    Respectfully submitted,

                                         By: /s/ Thomas M. Melsheimer by permission
                                         Wesley Hill
                                         Thomas M. Melsheimer – LEAD ATTORNEY
                                         State Bar No. 13922550
                                         TMelsheimer@winston.com
                                         Natalie Arbaugh
                                         State Bar No. 24033378
                                         NArbaugh@winston.com
                                         Barry K. Shelton
                                         State Bar No. 24055029
                                         BShelton@winston.com
                                         WINSTON & STRAWN LLP
                                         2121 N. Pearl Street, Suite 900
                                         Dallas, TX 75201
                                         Telephone: (214) 453-6500
                                         Facsimile: (214) 453-6400

                                         Michael R. Rueckheim
                                         State Bar No. 24081129
                                         MRueckheim@winston.com
                                         WINSTON & STRAWN LLP
                                         255 Shoreline Drive, Suite 520
                                         Redwood City, CA 94065
                                         Telephone: (650) 858-6500
                                         Facsimile: (650) 858-6559

                                         Matthew Hopkins
                                         *Pro Hac Vice*
                                         State Bar No. 1500598
                                         MHopkins@winston.com
                                         WINSTON & STRAWN LLP
                                         1901 L Street, N.W.
                                         Washington, D.C. 20036-3506
                                         Telephone: (202) 282-5000
                                         Facsimile: (202) 282-5100

                                         Juan C. Yaquian
                                         *Pro Hac Vice*

2

State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Wesley Hill
State Bar No. 24032294
Andrea Fair
State Bar No. 24078488
Charles Everingham IV
State Bar No. 00787447
WARD, SMITH & HILL, PLLC
P.O. Box 1231
Longview, Texas 75606-1231
Telephone:  (903) 757-6400
Facsimile:   (903) 757-2323
Email:  wh@wsfirm.com
            andrea@wsfirm.com
            ce@wsfirm.com

**Attorneys for Defendants**
**Micron Technology, Inc.,**
**Micron Semiconductor Products,**
**Inc., and Micron Technology Texas,**
**LLC**

3

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record by email on this 3rd day of August, 2023.

/s/ Wesley Hill

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

/s/ Wesley Hill