# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO, LTD, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR INC., <br> Defendants. | CIVIL ACTION NO. 2:22-cv-00293 <br> LEAD CASE <br><br><br><br> JURY TRIAL DEMANDED |
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, <br> Defendants. | CIVIL ACTION NO. 2:22-cv-00294 <br> MEMBER CASE <br><br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the Court is Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC's ("Defendants") Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint (Dkt. 101). After consideration, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that the deadline for Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC to move, answer, or otherwise respond to Plaintiff's Second Amended Complaint is extended until and including August 11, 2023.