**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:22-CV-293-JRG |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., | ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS AMERICA, | ) | (Lead Case) |
| INC., SAMSUNG SEMICONDUCTOR, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:22-CV-294-JRG |
| | ) | |
| MICRON TECHNOLOGY, INC.; MICRON | ) | JURY TRIAL DEMANDED |
| SEMICONDUCTOR PRODUCTS, INC.; | ) | |
| MICRON TECHNOLOGY TEXAS LLC, | ) | |
| | ) | |
| Defendants | ) | |

## UNOPPOSED MOTION FOR LEAVE TO TAKE CLAIM CONSTRUCTION DEPOSITION OUT OF TIME

Plaintiff Netlist, Inc. ("Netlist") files this unopposed motion for leave to take a claim construction expert deposition out of time on or before August 23, 2023.

On July 13, 2023, Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively "Micron") served an expert declaration by Dr. Harold Stone in support of Micron's claim construction positions.  Netlist's opening claim construction brief is due August 24, 2023.  Dkt. 66 at 4.  The deadline to complete claim construction discovery is August 10, 2023.  *Id.*  Because of scheduling conflicts, the parties are unable to schedule a deposition of Micron's expert Dr. Stone before claim construction discovery closes on August 10, 2023.  Accordingly, Netlist respectfully requests leave to take Dr. Stone's deposition out of time on or before August 23, 2023.  Netlist's request would not affect the claim construction briefing deadlines, the date of the claim construction hearing, or other deadlines that require a showing of good cause to amend.

Counsel for Micron does not oppose the requested relief.  A proposed order is submitted herewith.

Dated: August 3, 2023                Respectfully submitted,

                                     */s/ Jason Sheasby*
                                     _____

                                     Samuel F. Baxter
                                     Texas State Bar No. 01938000
                                     sbaxter@mckoolsmith.com
                                     Jennifer L. Truelove
                                     Texas State Bar No. 24012906
                                     jtruelove@mckoolsmith.com
                                     **MCKOOL SMITH, P.C.**
                                     104 East Houston Street Suite 300
                                     Marshall, TX 75670
                                     Telephone: (903) 923-9000
                                     Facsimile: (903) 923-9099

                                     Jason G. Sheasby (*pro hac vice*)
                                     jsheasby@irell.com
                                     Annita Zhong, Ph.D. (*pro hac vice*)
                                     hzhong@irell.com

Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 3, 2023, a copy of the foregoing was served to all counsel of record.

*/s/ Michael Tezyan*
Michael Tezyan

## CERTIFICATE OF CONFERENCE

I hereby certify that, on August 3, 2023, counsel for the parties met and conferred via e-mail on the issues raised in this joint motion.

*/s/ Michael Tezyan*
Michael Tezyan