# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil Action No. 2:22-CV-293-JRG ) |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., | ) JURY TRIAL DEMANDED ) (Lead Case) ) ) ) |
| Defendants. | ) ) |
| NETLIST, INC., | ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 2:22-CV-294-JRG ) |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED ) ) ) |
| Defendants | ) ) |

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO TAKE DEPOSITION OUT OF TIME

Before the Court is Plaintiff Netlist, Inc.'s Unopposed Motion for Leave to Take Claim Construction Deposition Out of Time. Having considered the motion, the motion is hereby **GRANTED**.

**IT IS SO ORDERED.**