# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| | § | (LEAD CASE) |
| SAMSUNG ELECTRONICS CO, LTD, | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG SEMICONDUCTOR | § | |
| INC., | § | |
| | § | |
| *Defendants*. | § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00294-JRG |
| | § | (MEMBER CASE) |
| MICRON TECHNOLOGY, INC., | § | |
| MICRON SEMICONDUCTOR | § | |
| PRODUCTS, INC., MICRON | § | |
| TECHNOLOGY TEXAS LLC, | § | |
| | § | |
| *Defendants*. | § | |

## **ORDER**

Before the Court is the Unopposed Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint (the "Motion") filed by Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC (together, "Micron"). (Dkt. No. 114.) In the Motion, requests that its deadline to respond to Plaintiff's Second Amended Complaint (Dkt. No. 101) be extended up to and including August 11, 2023. (Dkt. No. 114 at 1.)

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Micron to file Answer to Plaintiff's Second Amended Complaint is **extended** to **August 11, 2023**.

**So Ordered this**

**Aug 5, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE