IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO, LTD, § SAMSUNG ELECTRONICS AMERICA, § INC.,  SAMSUNG SEMICONDUCTOR § INC., § § *Defendants*. § | CIVIL ACTION NO.  2:22-CV-00293-JRG (LEAD CASE) |
| v. § § MICRON TECHNOLOGY, INC., § MICRON SEMICONDUCTOR § PRODUCTS, INC.,  MICRON § TECHNOLOGY TEXAS LLC, § § *Defendants*. § | CIVIL ACTION NO.  2:21-CV-00294-JRG (MEMBER CASE) |

## **ORDER**

Before the Court is the Unopposed Motion for Leave to Take Claim Construction Deposition Out of Time (the "Motion") filed by Plaintiff Netlist, Inc. ("Netlist").  (Dkt. No. 115.) In the Motion, Netlist requests leave to take a claim construction expert deposition of Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC's (together, "Micron") expert, Dr. Harold Stone, out of time on or before August 23, 2023. (*Id.* at 2.)  Netlist represents because of scheduling conflicts, the parties are unable to schedule a deposition of Dr. Stone before claim construction discovery closes on August 10, 2023.  Netlist represents that its request "would not affect the claim construction briefing deadlines, the date of the claim construction hearing, or other deadlines that require a showing of good cause to amend." (*Id.*)

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Netlist has leave to take Dr. Stone's deposition on or before **August 13, 2023**.

**So Ordered this**

**Aug 5, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE