# EXHIBIT 9

1          UNITED STATES PATENT AND TRADEMARK OFFICE

2          BEFORE THE PATENT TRIAL AND APPEAL BOARD

3

4              SAMSUNG ELECTRONICS CO., LTD.,

5                   Petitioner,

6                      v.

7                  NETLIST, INC.,

8                 Patent Owner,

9          _____

10             Case No. IPR2022-00615

11             Patent No. 7,619,912

12         _____

13

14

15

16     REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF

17                ANDREW WOLFE, PH.D.

18             WEDNESDAY, JANUARY 4, 2023

19

20

21   Reported by:

22   Ashala Tylor, CSR #2436, CLR, CRR, RPR

23   JOB NO. 5621734

24

25   PAGES 1 - 233

                                              Page 1

1 something that could be implemented as a                10:52
2 point-to-point link, but there's also a discussion      10:52
3 of other kinds of links as well.                        10:52
4        MR. CHANDLER: We have been going about       10:52
5 two hours. Whenever you are at a good breaking          10:53
6 point, it might be a nice time for a break.              10:53
7        MS. ZHONG: Sure.                             10:53
8    Q. Why don't we take a look at your               10:53
9 declaration, Exhibit 1003, page 77, paragraph 133.      10:53
10        Are you there?                              10:53
11   A. Yes.                                           10:53
12   Q. So for the specific citation that you          10:53
13 quoted here, which I believe we discussed earlier,      10:53
14 that is a distinct signaling scheme from the JEDEC      10:54
15 compliant signaling scheme; is that correct?           10:54
16        MR. CHANDLER: Objection. Form.              10:54
17        THE WITNESS: As I said, I'm not familiar   10:54
18 off the top of my head with every JEDEC standard.      10:54
19 But the particular example that's quoted in            10:54
20 paragraph 133 that's from column 13, line 54, is        10:54
21 describing something that's distinct from JESD21-C.    10:54
22 BY MS. ZHONG:                                        
23   Q. So what's described -- what you quoted in      10:54
24 paragraph 133 is a different signaling scheme than     10:54
25 that is used for the RDIMM described in                 10:54

Page 66

1 Exhibit 1032; is that correct?                         10:55
2    A. It is not an identical signaling              10:55
3 mechanism, but it does have teachings that are          10:55
4 applicable to the signaling mechanism used for DDR2.    10:55
5    Q. Okay. So, for example, it does not have       10:55
6 the CS signal, the CAS, RAS -- let's go to page 16      10:55
7 of Exhibit 1032.                                       10:55
8    A. Uh-huh.                                        10:55
9    Q. For example, the signaling scheme             10:55
10 described in 133 would not have the signals that's     10:55
11 listed on the left-hand side of the register box; is   10:55
12 that correct?                                         10:56
13   A. I think it would have those signals. It        10:56
14 just wouldn't necessarily have them in the exact       10:56
15 same physical form. It would have them in a way        10:56
16 that has a different physical implementation. But      10:56
17 certainly a person of ordinary skill in the art        10:56
18 would understand how the teachings apply to both.      10:56
19   Q. Okay. So they will be a different             10:56
20 physical implementation that's different than what's   10:56
21 described on Exhibit 1032, page 16; is that right?      10:56
22   A. That's true with respect to that one          10:56
23 particular statement. If you look at the teaching      10:56
24 as a whole, it's broad enough to encompass what's in   10:56
25 1032.                                                 10:56

Page 67

1        MS. ZHONG: We can take a break. How long    10:56
2 do you want it to be?                                  10:56
3        Why don't we get off the record and then     10:57
4 we can discuss how long the breaks needs to be.       
5        MR. CHANDLER: Okay.                          10:57
6        (Recess.)                                    11:08
7        (Off record: 10:57 a.m.)                      11:08
8        (On record: 11:16 a.m.)                       11:08
9        MS. ZHONG: We can go back on the record.     11:16
10   Q. Dr. Wolfe, can you go back to your            11:17
11 declaration, Exhibit 1003, page 93?                   11:17
12   A. Okay.                                          11:17
13   Q. Do you see Table 10, the command truth        11:17
14 table?                                                11:17
15   A. Yes.                                           11:17
16   Q. Is the content in that command truth table   11:17
17 something that had a person of ordinary skill in the   11:17
18 art would be familiar with at the time of the '912     11:17
19 inventions?                                           11:17
20   A. Yes.                                           11:18
21   Q. So, for example, they would know, for a       11:18
22 DDR SDRAM, a write operation would include bank       11:18
23 address information; is that correct?                  11:18
24   A. Yes, for things that are compliant within     11:18
25 JEDEC Standard 79-2.                                  11:18

Page 68

1    Q. So they would know that in order for the      11:18
2 SDRAM to perform a write operation the DIMM has to     11:18
3 receive the bank address signals, correct?            11:18
4    A. Was the question that the DIMM has to         11:18
5 receive the bank address signals?                      11:18
6    Q. Correct.                                       11:18
7    A. That's from JESD79-2, which does not          11:19
8 require a DIMM. But if that particular chip were on    11:19
9 a DIMM, then the DIMM would need to receive the bank   11:19
10 address signals.                                     11:19
11   Q. Okay. And so if a DDR or DDR2 device is      11:19
12 on the DIMM, does that DIMM have to receive a bank    11:19
13 address signal in order to perform a read operation?   11:19
14   A. If you're using a JEDEC Standard 79-2         11:19
15 memory on a DIMM, then that DIMM would need a bank   11:19
16 address signal.                                       11:19
17   Q. Are you aware of DRAMs that do not use        11:19
18 bank address signals for read or write operation?     11:19
19   A. Yes.                                           11:20
20   Q. Which kind of DRAMs do not use bank          11:20
21 address signals for read and write operation?         11:20
22   A. I'd have to go back and look at the           11:20
23 specific specifications. But, based on my             11:20
24 recollection, perhaps the Burst EDO DRAMs may not     11:20
25 have used them, or it may be a previous generation.   11:20

Page 69

18 (Pages 66 - 69)

1   Q. Okay. What about DDR2, DDR SDRAMs? Are   11:20
2 you aware of any such memory devices that do not use   11:20
3 bank address signals for read or write operation?   11:20
4   A. If by DDR and DDR2 you mean things that   11:20
5 are compliant with JESD79 or JESD79-2, in that case   11:20
6 I'm not aware of any that don't use a bank address   11:20
7 signal at the memory chip device itself. It doesn't   11:21
8 necessarily have to be provided to anything else on   11:21
9 the DIMM.   11:21
10   Q. So how can the bank address signals be   11:21
11 provided to the SDRAM if the signal is not sent to   11:21
12 the DIMM on which the SDRAM is sent on?   11:21
13   A. There are lots of different ways. You   11:21
14 could do a design. You could generate them on the   11:21
15 DIMM hypothetically, depending on what you were   11:21
16 using the DIMM for and what you were trying to   11:21
17 accomplish.   11:21
18   Q. Okay. So according to you, it is not   11:21
19 necessary for DIMM to receive, for example, bank   11:22
20 address signals, RAS, CAS -- let me withdraw and   11:22
21 ask.   11:22
22   Is -- would it also be the case that for a   11:22
23 read and write operation that's to be performed by a   11:22
24 DDR, a DDR2 SDRAM, it is not necessary for the DIMM   11:22
25 on which the SDRAM is set on to receive a chip   11:22

Page 70

1 select signal?   11:22
2   A. It would not be necessary, but it would be   11:22
3 ordinary for the DIMM to receive a chip select   11:22
4 signal.   11:22
5   Q. And would it be ordinary for the DIMM to   11:23
6 receive a bank address signal for a read and write   11:23
7 operation?   11:23
8   A. If it were a memory DIMM that used memory   11:23
9 chips compliant with JESD79 or JESD79-2, it would be   11:23
10 ordinarily for that DIMM to be provided with a bank   11:23
11 address signal. That bank address signal, in the   11:23
12 simplest case, would go directly to the memory   11:23
13 devices.   11:23
14   Q. What if it is a registered DIMM? Would   11:23
15 that bank address signal go to the register on the   11:23
16 DIMM side then?   11:23
17   A. Again, we'd have to look at the particular   11:23
18 standards. But in the case of, for example, the   11:23
19 JESD21-C registered DIMMs, bank address signals   11:23
20 would go to a register typically.   11:24
21   Q. Were DDR2 or DDR SDRAMs common at the time   11:24
22 of the '912 invention?   11:24
23   A. By "common" do you mean generally   11:24
24 available?   11:24
25   Q. When someone says a DRAM device in 2004   11:24

Page 71

1 and 2005, would the person of ordinary skill in the   11:24
2 art that DDR2 -- (indiscernible.)   11:24
3   THE REPORTER: I'm sorry. Excuse me,   11:25
4 Counsel. I lost you on that one. Repeat your   11:25
5 question, please.   11:25
6 BY MS. ZHONG:   11:25
7   Q. So in 2004 and 2005, when a person with   11:25
8 ordinary skill in the art mentions a DRAM device,   11:25
9 would others understand that the DRAM device they   11:25
10 refer to would include DDR2 or DDR device?   11:25
11   A. I think they would understand that it   11:25
12 could include a DDR or DDR2 device, especially if   11:25
13 they were in the context of a general purpose   11:25
14 computer.   11:26
15   Q. Okay. And if the person -- the   11:26
16 description for that DRAM device also include things   11:26
17 such as chip select signals, would that also be   11:26
18 consistent with the reference to a DDR or DDR2   11:26
19 device?   11:26
20   A. If I understand your question correctly,   11:26
21 the use of chip select signals on a DDR or DDR2   11:26
22 memory device is ordinary.   11:26
23   Q. What do you mean by "ordinary"?   11:26
24   A. For the most commonly available devices   11:27
25 would -- that are DDR or DDR2 in the 2004, 2005,   11:27

Page 72

1 2006 time frame -- would be compliant with JESD79 or   11:27
2 JESD79-2 and would include a chip select input.   11:27
3   Q. So if a DRAM device is described as   11:27
4 including a chip select signal, would that indicate   11:27
5 to a person of ordinary skill in the art that device   11:27
6 is likely a DDR2 or DDR device?   11:27
7   A. No, that would generally not be a   11:28
8 identifying or distinguishing characteristic.   11:28
9   Q. And you said that if the DRAM device was   11:28
10 used in connection with a personal computer, then a   11:28
11 person of ordinary skill in the art would understand   11:28
12 that a DRAM device could be a DDR2 or DDR device,   11:28
13 correct?   11:28
14   A. That would be true in the 2000 to 2006   11:28
15 time frame.   11:28
16   Q. Okay. And then they would understand that   11:28
17 if those are DDR and DDR2 device, in order for the   11:29
18 DDR -- in order for the memory device to perform a   11:29
19 read, write, bank activation operation, it would be   11:29
20 ordinary for the computer system to send signals   11:29
21 such as bank address signal, chip select signals,   11:29
22 CAS bar, RAS bar, and write enable bar; is that   11:29
23 correct?   11:29
24   A. It would be ordinary to send those to an   11:29
25 ordinary personal computer in DDR or DDR2 module at   11:29

Page 73

19 (Pages 70 - 73)

| | | |
|---|---|---|
| Page 74 | | Page 76 |

**Page 74**

1 that time.                                    11:30
2    Q.   What do you mean by "It would be ordinary    11:30
3 to send those to an ordinary personal computer in    11:30
4 DDR or DDR2 module"?                           11:30
5    A.   One could -- one can use these chips in    11:30
6 many different ways and build many different kinds    11:30
7 of memory modules.  But there were typical memory    11:30
8 modules at the time that were JEDEC compliant with    11:30
9 various JEDEC standards.                        11:30
10    Q.   Are you saying those CAS bar, RAS bar, WE,    11:30
11 and chip select and bank address signals are sent to    11:30
12 the personal computer instead of being sent from the    11:30
13 personal computer to the memory modules?        11:30
14       MR. CHANDLER:  Vague.                    11:31
15       THE WITNESS:  No.                        11:31
16 BY MS. ZHONG:                                  11:31
17    Q.   Hello?                                11:31
18    A.   Yes.  I answered, "no."               11:31
19    Q.   You are saying that it would be ordinary    11:31
20 for a personal computer to send CAS bar, RAS bar, WE    11:31
21 bar, chip select signals and bank address signals to    11:31
22 the memory module for a read and write operation at    11:31
23 the time of the invention; is that correct?      11:31
24    A.   Yes, I think that's fair.  And then one    11:31
25 would have to look at how those are then connected    11:32

**Page 75**

1 on the memory module to figure out whether or not    11:32
2 that's at all relevant to these claims.          11:32
3    Q.   Is that something a person of ordinary    11:32
4 skill in the art would understand?              11:32
5    A.   Yes.                                   11:32
6    Q.   Can you pull up Exhibit 1034.          11:33
7       (Exhibit 1034 was marked for             11:33
8         identification and attached            11:33
9         hereto.)                               11:33
10       THE WITNESS:  Okay.                      11:33
11 BY MS. ZHONG:                                  11:33
12    Q.   Can you please go to page 2 of          11:33
13 Exhibit 1034.                                  11:33
14    A.   Okay.                                 11:33
15    Q.   The last paragraph on the right hand,    11:33
16 "disables the chip select bus."  Do you see that?    11:33
17    A.   Yes.                                  11:33
18    Q.   So according to this paper, the chip    11:33
19 select bus is essential in the JEDEC-style memory    11:34
20 system.  Do you agree with that?               11:34
21    A.   In the context that's being used in this    11:34
22 paper where it's talking about DIMMs in a        11:34
23 traditional computer, I do think that the chip    11:34
24 select bus is essential in as far as it needs to    11:34
25 exist.                                         11:34

**Page 76**

1    Q.   In the Rambus memory module that you are    11:34
2 familiar with, there isn't a chip select bus; is    11:34
3 that correct?                                  11:34
4    A.   There is not a distinct chip select bus.    11:34
5 It's subsumed into the -- into the Rambus channel.    11:34
6    Q.   And what's your understanding of the chip    11:35
7 select bus in the context of Exhibit 1034?       11:35
8    A.   I think that it's simply saying that in a    11:35
9 conventional PC-type memory system as of 2002 -- and    11:35
10 by "conventional," that's not the Rambus type --    11:35
11 that there is a chip select signal provided for    11:35
12 every rank of memory in order to control the timing    11:35
13 of that rank with respect to responding to commands.    11:35
14    Q.   So what's the difference between a bus    11:35
15 versus the point-to-point architecture described in    11:36
16 Perego?                                        11:36
17    A.   A bus can be used broadly here.  I think    11:36
18 in this particular reference, I think "bus" simply    11:36
19 is being used to refer to a collection of wires.    11:36
20       The -- again, and Perego does disclose    11:36
21 buses as alternatives to point-to-point.  It       11:36
22 discloses both kinds of embodiments numerous times.    11:36
23       But in his point-to-point description in    11:36
24 Perego, he talks about things that have one       11:36
25 transceiver on each end, where in Perego buses used    11:36

**Page 77**

1 a thing -- described things that can have more than    11:36
2 one transceiver.                               11:36
3       I'm not sure that it's being used in     11:36
4 exactly the same way here.  It's quite possible    11:36
5 that -- that this particular chip select bus the way    11:36
6 it would normally be implemented would be         11:36
7 point-to-point.                                11:37
8       And it's also common to use the term "bus"    11:37
9 to simply refer to a collection of wires.  And I    11:37
10 believe that's what's being done in 1034 in the area    11:37
11 that we referred to.                           11:37
12    Q.   Okay.  So in the 2004 and 2005 time    11:37
13 period, a conventional PC system would send chip    11:37
14 select signals, CAS bar, RAS bar, write enable bar,    11:37
15 clock, bank address signals to a DIMM; is that    11:37
16 correct?                                       11:37
17    A.   I don't know if it would send all of    11:37
18 those.                                         11:37
19    Q.   Which signals you don't think it would    11:37
20 send?                                          11:38
21    A.   I don't think it's just a clock at that    11:38
22 time frame.  I think it tends to be a little more    11:38
23 complicated, and there are a number of --        11:38
24    Q.   Okay.                                 11:38
25    A.   -- timing signals that are sent.       11:38

20 (Pages 74 - 77)