# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiff Netlist, Inc.'s ("Netlist's") Unopposed Motion for Extension of Time to Respond to Micron Defendants' Answer and Counterclaims. After consideration, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that the deadline for Netlist to move, answer, or otherwise respond to Micron Defendants' Answer to Netlist's Second Amended Complaint and Counterclaims is extended until and including September 19, 2023.