# Exhibit 4

```
 1                UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF TEXAS
 3                     MARSHALL DIVISION
 4                       ---oOo---
 5    NETLIST, INC.,                )
                                    )
 6          Plaintiff.             )
                                    )
 7    vs.                          ) No. 2:22-cv-293-JRG
                                    )
 8    SAMSUNG ELECTRONICS CO,      )
      LTD; SAMSUNG ELECTRONICS     )
 9    AMERICA, INC.; SAMSUNG       )
      SEMICONDUCTOR INC.,          )
10                                  )
            Defendants.            )
11    _____)
                                    )
12    NETLIST, INC.,                )
                                    )
13          Plaintiff.             )
                                    )
14    vs.                          ) No. 2:22-cv-294-JRG
                                    )
15    MICRON TECHNOLOGY, INC.;     )
      MICRON SEMICONDUCTOR         )
16    PRODUCTS, INC.; MICRON       )
      TECHNOLOGY TEXAS LLC,        )
17                                  )
            Defendants.            )
18    _____)
19        VIDEOTAPED DEPOSITION OF HAROLD S. STONE, Ph.D.
20                 REMOTE PROCEEDINGS
21               FRIDAY, AUGUST 18, 2023
22
23    STENOGRAPHICALLY REPORTED BY:
24    ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~ CSR
      LICENSE NO. 9830
25    JOB NO. 6045577


                                          Page 1
```

## Page 2

```
 1   A P P E A R A N C E S :
 2
 3      FOR PLAINTIFF:
 4         IRELL & MANELLA LLP
 5         BY:  JASON SHEASBY, Esq.
 6         1800 Avenue of the Stars, Suite 900
 7         Los Angeles, California  90067
 8         310.277.1010
 9         jsheasby@irell.com
10
11
12      FOR DEFENDANT MICRON:
13         WINSTON & STRAWN LLP
14         BY:  MICHAEL R. RUECKHEIM, Esq.
15            JASON LIN, Esq.
16         255 Shoreline Drive, Suite 520
17         Redwood City, California 94065
18         650.858.6433
19         mrueckheim@winston.com
20
21
22
23
24
25
```

## Page 3

```
 1   A P P E A R A N C E S :
 2
 3
 4      FOR DEFENDANT SAMSUNG:
 5         FISH & RICHARDSON PC
 6         BY:  CHRIS DRYER, Esq.
 7         1000 Maine Avenue SW
 8         Washington, DC 20024
 9         202.626.7728
10         dryer@fr.com
11
12
13      ALSO PRESENT:  Tony Nokes, Videographer
14            George Libbares, Concierge
15
16            ---oOo---
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1                  I N D E X
 2
 3   WITNESS:  HAROLD S. STONE, Ph.D.
 4
 5
 6   EXAMINATION                      PAGE
 7   BY MR. SHEASBY                     7
 8
 9            ---oOo---
10
11            E X H I B I T S
12   EXHIBIT                          PAGE
13   Exhibit 1   U.S. Patent 7,619,912      19
14   Exhibit 2   U.S. Patent 9,858,215      21
15   Exhibit 5   Jury Trial Demanded        36
16   Exhibit 8   What is a Memory Rank?      39
17   Exhibit 10  logic gate (AND, OR, XOR, NOT,   7
18            NAND, NOR and XNOR)
19   Exhibit 12  U.S. Patent 9,858,215        82
20   Exhibit 2058 FAQs Bank versus Rank       22
21
22            ---oOo---
23
24
25
```

## Page 5

```
 1        REMOTE DEPOSITION PROCEEDINGS
 2            9:00 A.M.
 3            ---oOo---
 4
 5       THE VIDEOGRAPHER:  Good morning.  We are    09:01
 6   going on the record at 9:01 a.m. on August 18, 2023.  09:01
 7       Please note that this deposition is being    09:01
 8   conducted virtually.  Quality of recording depends on  09:02
 9   the quality of camera and Internet connection of     09:02
10   participants.  What is seen and heard from the witness  09:02
11   on screen is what will be recorded.         09:02
12       Audio and video recording will continue to   09:02
13   take place unless all parties agree to go off the    09:02
14   record.               09:02
15       This is Media Unit 1 of the video-recorded   09:02
16   deposition of Dr. Harold Stone taken by counsel for   09:02
17   the Plaintiff in the matter of Netlist, Inc. versus   09:02
18   Micron Technology, Inc. et al., filed in the United   09:02
19   States District Court For the Eastern District of    09:02
20   Texas, Marshall District.  Case No.         09:02
21   2:22-CV-293-JRG-RSP                09:02
22       This deposition is being conducted remotely.  09:02
23   The witness is appearing from Kirkland, Washington.  09:02
24       My name is Tony Nokes.  I am the         09:03
25   videographer.  The court reporter is Andrea Ignacio.  09:03
```

2 (Pages 2 - 5)

**Page 6**

1 We're here from the firm Veritext Legal Solutions.    09:03
2     I am not related to any party in this action,    09:03
3 nor am I financially interested in the outcome.  If    09:03
4 there are any objections to proceeding, please state    09:03
5 them at the time of your appearance.    09:03
6     Counsel and all present will now state their    09:03
7 appearance and affiliations for the record, beginning    09:03
8 with the noticing attorney.    09:03
9     MR. SHEASBY:  Jason Sheasby for Plaintiff.    09:03
10     MR. RUECKHEIM:  Michael Rueckheim of    09:03
11 Winston & Strawn for the Micron Defendants.  And with    09:03
12 me is Counsel James Lin, also Winston & Strawn.    09:03
13     THE VIDEOGRAPHER:  Thank you.    09:03
14     MR. DRYER:  Chris Dryer of Fish & Richardson,    09:03
15 on behalf of the Samsung witnesses.    09:03
16     THE VIDEOGRAPHER:  Thank you.    09:03
17     We may continue.    09:03
18     Will the court reporter please swear in the    09:03
19 witness.    09:03
20
21     HAROLD S. STONE, Ph.D.,
22     having been sworn as a witness,
23     by the Certified Shorthand Reporter,
24     testified as follows:
25

**Page 7**

1     EXAMINATION
2 BY MR. SHEASBY:
3     Q  Good morning, sir.    09:04
4     Can you state your full name for the record.    09:04
5     A  My name is Harold Stuart Stone.    09:04
6     Q  And who are you -- who are you representing    09:04
7 in this matter?    09:04
8     A  I am representing Micron.    09:04
9     Q  And you've been asked to serve as an expert    09:04
10 witness for Micron -- Micron; is that correct?    09:04
11     A  That's correct.    09:04
12     Q  And your expert -- and the expert witness is    09:04
13 on sort of the plain and ordinary meaning of certain    09:04
14 terms in the specifications of the Netlist patents; is    09:04
15 that correct?    09:04
16     A  I believe that's correct.  I didn't catch the    09:04
17 beginning of your statement.  Can you repeat, please.    09:04
18     Q  Sure.    09:04
19     You've been asked to opine on what a person    09:04
20 of ordinary skill in the art would understand certain    09:04
21 terms in the Netlist patent to mean; is that correct?    09:04
22     A  That is correct.    09:05
23     (Document remotely marked Exhibit 10    09:05
24     for identification.)    09:05
25     MR. SHEASBY:  Q.  I'd like you to look at    09:05

**Page 8**

1 Exhibit 10.    09:05
2     A  I didn't hear that.    09:05
3     Q  I'd like you to look at Exhibit 10.    09:05
4     A  You're what -- I'm sorry.  You're -- you're    09:05
5 breaking up on my audio.  You're asking me to do what?  09:05
6     Q  Look at Exhibit 10.    09:05
7     A  Oh, look at Exhibit 10.  Got it.  Okay.  I    09:05
8 will look at Exhibit 10.    09:05
9     CONCIERGE:  You'll need to either refresh    09:05
10 your browser or click on the marked folder for it to    09:05
11 come up.    09:05
12     THE WITNESS:  Yeah, I got it.  I'm now    09:05
13 opening Exhibit 10.  I'm going to download Exhibit 10.  09:05
14     So if you'll bear with me while I download,    09:06
15 I'll be ready to move on.  I -- it's coming up slowly    09:06
16 on my browser.  I thought I had downloaded it.  Let me  09:06
17 check again.    09:06
18     I apologize for taking the extra time.  Once    09:07
19 I get this set up, everything will be faster.    09:07
20     Okay.  Everything will go faster now.  It's    09:08
21 coming up on my screen.    09:08
22     I see Exhibit 10.    09:08
23     MR. SHEASBY:  Okay.    09:08
24     Q  So Exhibit 10 is just a tutorial, and there's    09:08
25 no magic of it.  I -- I literally just randomly pulled    09:08

**Page 9**

1 one of these off the Internet last night, Dr. Stone.    09:08
2 I think there are a number of them.    09:08
3     You understand that logic has gates,    09:08
4 sometimes referred to as transistors, AND, OR, XOR,    09:08
5 NOT, NAND, NOR, and XNOR?    09:08
6     A  I am familiar --    09:08
7     MR. RUECKHEIM:  Objection to the form.    09:08
8     THE WITNESS:  Okay.  I am familiar with this.    09:08
9     MR. SHEASBY:  Q.  Are you aware of any other    09:08
10 types of gates that are used to create logic?    09:08
11     A  There may be others.    09:08
12     Q  Once in a while there's also memory gates    09:08
13 that are used to create logic; fair?    09:08
14     A  There are many different gates with -- with    09:09
15 many different representations.  These are the basic    09:09
16 ones that one would see in an introductory course.    09:09
17     Q  And you're -- there's a distinction that's    09:09
18 drawn in the art between logic circuitry and memory    09:09
19 circuitry?    09:09
20     MR. RUECKHEIM:  Object to the form.    09:09
21     THE WITNESS:  It's vague what you're asking.    09:09
22 I -- if you can clarify it, I'd be able to answer    09:09
23 that.  I'm not sure how to answer what you've asked.    09:09
24     MR. SHEASBY:  Okay.    09:09
25     Q  So I've heard of -- of -- of memory circuitry  09:09

3 (Pages 6 - 9)

**Page 10**

1 before. For instance -- for example, DRAM.    09:09
2    A  I understand. The -- the term "memory    09:09
3 circuitry" may be construed in many different ways.    09:09
4    Okay. So you're -- your construction for    09:10
5 memory circuitry is by giving an example of DRAM. Now    09:10
6 I understand what you mean.    09:10
7    Q  Okay. And then there's also logic circuitry    09:10
8 correct?    09:10
9    A  You -- you're distinguishing logic circuitry    09:10
10 from memory circuitry. I need to have you clarify    09:10
11 that for me.    09:10
12    Q  Tell me what clarification you need.    09:10
13    A  Well, logic may include memory circuitry, if    09:10
14 you have a broad definition of logic. For example,    09:10
15 you can make memory out of logic. So I'm not sure    09:10
16 what you have in mind.    09:10
17    Q  Okay. Do you know what logic circuitry is?    09:10
18    A  I do.    09:10
19    Q  What is it?    09:10
20    A  Logic circuitry is circuitry that performs a    09:10
21 Boolean logic.    09:10
22    Q  Okay. And do you know what memory circuitry    09:10
23 is?    09:11
24    A  I -- I have my own view of what memory    09:11
25 circuitry is. I'm not sure of what your -- what your    09:11

**Page 11**

1 view is.    09:11
2    Q  All right. Give me your view.    09:11
3    A  My view of memory circuitry is a    09:11
4 configuration of logic that has a state associated    09:11
5 with it.    09:11
6    Q  Okay. And for the definition that you gave    09:11
7 of logic, can you just restate that for me one more    09:11
8 time so I can write it down.    09:11
9    A  Can you --    09:11
10    MR. RUECKHEIM: Object to the form.    09:11
11    THE WITNESS: Can you just read it off the    09:11
12 transcript? I might not get the words right.    09:11
13    MR. SHEASBY: Okay.    09:11
14    Q  Well, I don't have real-time. We'll ask --    09:11
15 it's not a test. Give it the best you can.    09:11
16    What's the -- what's your definition of    09:11
17 logic?    09:11
18    A  My definition of logic -- you mean computer    09:11
19 logic?    09:11
20    Q  Yes.    09:11
21    A  Okay. My definition of computer logic is    09:11
22 circuitry that performs Boolean operations.    09:12
23    Q  And the patents in this case are dealing    09:12
24 with -- with what would broadly be described as    09:12
25 computer logic?    09:12

**Page 12**

1    MR. RUECKHEIM: Object to the form.    09:12
2    THE WITNESS: It's -- the problem I have with    09:12
3 answering that is that I'm not sure if you're -- if    09:12
4 you're saying that's what it is about or if it allows    09:12
5 for other -- other things to be in.    09:12
6    It's -- it's a complex case with many things    09:12
7 in it.    09:12
8    MR. SHEASBY: It's a -- what are the other    09:12
9 definitions of logic that you're aware of?    09:12
10    THE WITNESS: I would -- I would have to look    09:12
11 this up to see what other people have used, what the    09:12
12 definitions are in dictionaries. But basically,    09:12
13 computer logic are circuits that can do boolean    09:13
14 operations.    09:13
15    Q  And that's in contrast to sort of, like, what    09:13
16 we think of as -- as philosophical logic, for example,    09:13
17 or human logic?    09:13
18    A  What was the first one? I have human logic.    09:13
19 What was the first example?    09:13
20    Q  Philosophical logic.    09:13
21    A  Oh, philosophic logic and human logic.    09:13
22    Well, my wife is -- is actually a logician,    09:13
23 and we have discussions we often revert back to the    09:13
24 meanings of and, or, not, because she's very good at    09:13
25 that. So I -- I don't know how to differentiate human    09:13

**Page 13**

1 logic from what we call computer logic, except that    09:13
2 computers do it with devices and humans do it with,    09:13
3 yeah, intellect.    09:13
4    Q  Is there a def- -- is there a different    09:13
5 definition of computer logic in the context of memory    09:13
6 modules?    09:14
7    MR. RUECKHEIM: Object to the form.    09:14
8    THE WITNESS: Well, the problem is that    09:14
9 computer logic may have no states associated with it    09:14
10 in a particular circuit. And then in which case I    09:14
11 would say that part of computer logic is not memory    09:14
12 logic. But you can configure things like flip flops,    09:14
13 memory cells, and so on out of computer logic. So    09:14
14 computer logic can encompass memory logic, and I    09:14
15 can't -- because of that, I can't quite answer your    09:14
16 question.    09:14
17    MR. SHEASBY: All right.    09:14
18    Q  Let me ask it this way: Memory modules can    09:14
19 have computer logic on them?    09:14
20    A  Yes, memory modules can have computer logic    09:14
21 on them.    09:14
22    Q  And examples of computer logic are FP- --    09:14
23 FPGAs; is that correct?    09:15
24    A  Well, I have to ask if you're differentiating    09:15
25 computer logic from memory logic.    09:15

4 (Pages 10 - 13)

**Page 14**

1    If you're saying is an FPGA computer logic    09:15
2  without memory logic, I cannot answer that.    09:15
3    Q  No, that's not what I'm saying.    09:15
4    I'm just saying -- so you just said there's    09:15
5  memory logic and computer logic; is that correct?    09:15
6    A  I -- I said those are terms.  I was trying to    09:15
7  figure out how you were using those terms.    09:15
8    Q  All right.    09:15
9    And you understand that programmable logic    09:15
10  devices are a type of logic -- logic; is that correct?    09:15
11    A  They are a type of logic, yes.    09:15
12    Q  And they involve both memory logic and    09:16
13  computer logic; correct?    09:16
14    A  That's correct.  They -- they have -- well,    09:16
15  the problem I have, again, is what are you talking    09:16
16  about as computer logic?    09:16
17    If you mean computer logic to be stateless    09:16
18  logic, then an FPGA has both state -- logic with state    09:16
19  and logic without state.    09:16
20    Q  All right.    09:16
21    A  That's the best I can do.    09:16
22    Q  All right.    09:16
23    And you gave me those definitions of memory    09:16
24  logic and computer logic earlier?    09:16
25    A  I -- I'm not sure I defined it for you.  I    09:16

**Page 15**

1  was trying to figure out what you meant.  And I -- at    09:16
2  the moment, I believe that by "computer logic," you    09:16
3  mean logic without state; and that by "memory logic,"    09:16
4  you mean logic that has state.    09:16
5    Q  All right.  And --    09:16
6    A  Go ahead.    09:16
7    Q  And a -- programmable logical devices has    09:16
8  logic with state and logic without state; correct?    09:17
9    A  That is correct.    09:17
10    Q  And so do ASICs; is that correct?    09:17
11    A  No.  Because ASICs can be anything, and so    09:17
12  they don't have to have memory with state -- logic    09:17
13  with state.  Nor do they have to have -- they can have    09:17
14  all logic with state without having any logic without    09:17
15  state.    09:17
16    I mean, I don't know.    09:17
17    Q  That's -- that's exactly my point, which is    09:17
18  that ASICs can have logic with state and/or logic    09:17
19  without state?    09:17
20    A  Is that a question?    09:17
21    Q  Yes.    09:17
22    A  The answer is yes.    09:17
23    Q  And field programmable arrays can have logic    09:17
24  with state and logic without state?    09:17
25    A  Field programmable arrays can have both.    09:18

**Page 16**

1    Q  Let me ask you --    09:18
2    A  Just a moment.    09:18
3    Because they're field programmable and they    09:18
4  can be -- you can make it in -- the way you'd like.    09:18
5  You may make them so that they only have logic with    09:18
6  state and they have no logic without state.  That's a    09:18
7  matter of how you construct them.    09:18
8    But because they're field programmable, they    09:18
9  have state.    09:18
10    Q  And logic encompassing both computer and    09:18
11  memory logic is created using circuit structures; is    09:18
12  that correct?    09:18
13    MR. RUECKHEIM:  Object to the form.    09:18
14    THE WITNESS:  I need you to repeat that    09:18
15  question.    09:18
16    MR. SHEASBY:  Sure.    09:18
17    Q  We talked about logic as encompassing both    09:18
18  memory logic and computer logic.    09:18
19    A  I'm sorry.  You're using the term "computer    09:18
20  logic" again.    09:18
21    Does that -- computer logic, does that have    09:18
22  state? or not state? or both?  That's what the problem    09:18
23  is for me.    09:19
24    Q  Sure.    09:19
25    Let me ask it this way:  Logic includes    09:19

**Page 17**

1  circuitry with state and circuitry -- circuity without    09:19
2  state?    09:19
3    A  Yes.    09:19
4    MR. RUECKHEIM:  Object to the form.    09:19
5    THE WITNESS:  Logic -- computer logictry may    09:19
6  have state and may not have state.    09:19
7    MR. SHEASBY:  Q.  And circuitry with state    09:19
8  and circuitry without state, those are actual    09:19
9  structures; right?  You can go to textbooks and look    09:19
10  those up.    09:19
11    MR. RUECKHEIM:  Object to the form.    09:19
12    THE WITNESS:  Those are actual structures.    09:19
13  I -- I believe, if you show me structures, I can    09:19
14  decide whether they have state or not.    09:19
15    MR. SHEASBY:  Okay.    09:19
16    A  If you show -- if you say this -- what is a    09:19
17  structure of -- of computer logic with state, I cannot    09:19
18  -- that's too -- too broad.  There are too many -- too    09:19
19  many different possibilities.  I don't know exactly    09:19
20  how to do that.    09:20
21    Q  No, no.  I understand that.  I'm asking it in    09:20
22  the opposite way, which is that, you can go and look    09:20
23  and physically see if the circuitry is logical    09:20
24  circuitry; circuitry with state and circuitry without    09:20
25  state?    09:20

5 (Pages 14 - 17)

Page 18

```
 1    A  I can.  If -- if I have all of the          09:20
 2  information available to me, I can make that       09:20
 3  determination.                                     09:20
 4    Q  Okay.  Do you know what type of products are  09:20
 5  accused of infringement in this case?              09:21
 6    A  I didn't get the first three words.           09:21
 7      Could you repeat your question.                09:21
 8    Q  Sure.                                         09:21
 9      Do you know what types of products are         09:21
10  accused of infringement in this case?              09:21
11    A  Do I know what type of products are accused   09:21
12  of infringement in this case?                      09:21
13      That's your question; is that correct?         09:21
14    Q  Yes, that's -- that's my question.            09:21
15    A  I have -- I have not studied the infringement 09:21
16  contentions.  It's only my belief that they have all 09:21
17  memory modules, but I do not -- I -- I have not      09:21
18  prepared on this.                                   09:21
19    Q  One second, people.  I may have lost my        09:22
20  Exhibit Share.  Yeah, it looks like I did.  Hold on. 09:22
21      Okay.  I got it back.  Give me one more         09:24
22  second.                                            09:24
23      Let's go to the '912 patent.                   09:25
24    A  Do you have an exhibit for that, please?      09:25
25    Q  I believe the '912 patent has been marked as  09:25
```

Page 19

```
 1  Exhibit 1.                                         09:25
 2      (Document remotely marked Exhibit 1             09:25
 3      for identification.)                           09:25
 4      MR. RUECKHEIM:  Counsel, I have Exhibit 1 as   09:25
 5  Dr. Stone's declaration.                           09:25
 6      MR. SHEASBY:  You're in the wrong -- wrong     09:25
 7  Harold Stone deposition.                           09:25
 8      CONCIERGE:  It should be in today's.  The      09:25
 9  date is there.                                     09:25
10      MR. RUECKHEIM:  I don't know how to do that.   09:25
11      THE VIDEOGRAPHER:  Counsel, would you like to  09:25
12  go off the record for a moment.                    09:25
13      MR. SHEASBY:  No problem.                      09:25
14      THE VIDEOGRAPHER:  Thank you.  We're going     09:25
15  off --                                             09:25
16      MR. RUECKHEIM:  Okay.                          09:25
17      THE VIDEOGRAPHER:  Thank you.  We're going     09:25
18  off the record.                                    09:26
19      This is the end of Media Unit 1.  The time is  09:26
20  9:26 a.m.                                          09:26
21      (Recess taken.)                                09:26
22      THE VIDEOGRAPHER:  We are back on the record.  09:26
23      This is the beginning of Media Unit 2.  The    09:26
24  time is 9:26 a.m.                                  09:26
25      MR. SHEASBY:  Okay.                            09:26
```

Page 20

```
 1    Q  So we're in Exhibit 1, which is the '912      09:26
 2  patent; is that correct?                           09:26
 3    A  That's correct.                               09:26
 4    Q  Do you know what DDR is?                      09:26
 5    A  Yes, I do.                                    09:27
 6    Q  DDR is defined by JEDEC; correct?             09:27
 7    A  There are standards that involve DDR by       09:27
 8  JEDEC.  The -- the original definition, I don't    09:27
 9  believe it was due to JEDEC -- JEDEC.              09:27
10    Q  No.  What I'm asking is, like, at some point  09:27
11  in time, DDR became a memory that was defined by   09:27
12  JEDEC.                                             09:27
13    A  Let me rephrase my understanding.            09:27
14      At some point in time, JEDEC proposed a       09:27
15  standard for DDR.                                  09:27
16    Q  And that's -- those standard -- that standard 09:27
17  was adopted; is that correct?                      09:27
18    A  I believe that's the case.  I --             09:27
19    Q  Okay.                                         09:27
20    A  -- did not determine that to be the case, but 09:27
21  I believe -- that's my belief.                     09:27
22    Q  And at the time of the '912 patent, there was 09:27
23  a JEDEC standard adopted for -- for DDR; correct?  09:28
24    A  Well, I've not been asked to opine on         09:28
25  the '912 patent, so I haven't prepared the -- for -- 09:28
```

Page 21

```
 1  to know its priority date and things like that.    09:28
 2      Yeah, I will -- I will just say I -- I have    09:28
 3  not determined if there was a DDR standard in place at 09:28
 4  the time of the '912.                              09:28
 5    Q  All right.  So we'll just deal with one you   09:28
 6  have prepared.  That will be less controversial.   09:28
 7  We'll do the '215 patent, which is Exhibit 2.      09:28
 8    A  Okay.  So on the '215 patent, what is your    09:28
 9  question again?                                    09:28
10    Q  '215 patent has a priority date as of 2005,   09:28
11  if you see that.                                   09:28
12    A  All right.  I don't see it on the screen, but 09:28
13  I'll accept that.                                  09:29
14    Q  If you go to page 2.  You shouldn't accept    09:29
15  anything.  We should always dig in.               09:29
16    A  Okay.  Let me see the 2 -- the '215 patent.   09:29
17      Is that an exhibit?                            09:29
18    Q  It is.  It's Exhibit 2.                       09:29
19    A  Okay.                                         09:29
20      (Document remotely marked Exhibit 2            09:29
21      for identification.)                           09:29
22      THE WITNESS:  It's coming up.  I'm going to    09:29
23  download it when I see it.  I'm downloading Exhibit 2, 09:29
24  and now I can -- I can view Exhibit 2 on my computer. 09:29
25      MR. SHEASBY:  Okay.                            09:29
```

6 (Pages 18 - 21)

1   Q  Why don't you go to page 2 to look at the   09:29
2 date.   09:29
3   A  Okay. I'm on page 2. And it claims a   09:29
4 provisional application filed on 2005.   09:30
5     So that's presumably a claim priority date.   09:30
6 I don't know if that's been accepted.   09:30
7   Q  I understand that. So it's a claim priority   09:30
8 date.   09:30
9     You understand that JEDEC had defined what --   09:30
10 what DDR is by that date?   09:30
11   A  There was a JEDEC standard by that date for   09:30
12 DDR, yes.   09:30
13   Q  Okay. But...   09:30
14     (Document remotely marked Exhibit 2058   09:31
15     for identification.)   09:31
16   MR. SHEASBY: Q. Okay. I marked a new   09:31
17 exhibit. It's Exhibit 2058.   09:31
18   A  Okay. Just a moment.   09:31
19     I have Exhibit 3. Is that the one you have   09:32
20 for the '417?   09:32
21   Q  No. If you refresh, you'll see Exhibit 2058.   09:32
22   A  Okay. I got it. FAQs; right?   09:32
23     I am downloading it now. I see the exhibit.   09:32
24   Q  And this is from a Micron website. You can   09:33
25 see that by looking in the middle of the page.   09:33

1   A  I see the Micron in the middle of the page,   09:33
2 yes.   09:33
3   Q  And if you scroll down, it says:   09:33
4     (As read):   09:33
5     "What's the difference between bank and a   09:33
6 rank?"   09:33
7     Do you see that?   09:33
8   A  I see what is a rank; is that what you're   09:33
9 referring to?   09:33
10   Q  It says:   09:33
11     (As read):   09:33
12     "What is the difference between a bank and a   09:33
13 rank?"   09:33
14     Do you see that?   09:33
15   A  Yeah, I encountered the other one first. So   09:33
16 shall I click on that?   09:33
17   Q  I don't think it's active. I think it's just   09:34
18 the -- what -- what comes up is right below that.   09:34
19   A  Okay. May I read that?   09:34
20   Q  Yes, please.   09:34
21   A  (As read):   09:34
22     "Banks are specific to individual DRAM   09:34
23 components and refer to subarrays within the DRAM   09:34
24 component. Ranks are specific to memory modules and   09:34
25 refer to a subarray made of multiple DRAM   09:34

1 components."   09:34
2   Q  Do you disagree with Micron's definition of   09:34
3 banks and ranks?   09:34
4   MR. RUECKHEIM: Object to the form.   09:34
5   THE WITNESS: I believe that many   09:34
6 definitions -- in fact, competing and inconsistent   09:34
7 definitions -- exist for banks and ranks. What I read   09:34
8 here is credible.   09:34
9   MR. SHEASBY: Q. What are the competing   09:34
10 definition of banks and ranks?   09:34
11   MR. RUECKHEIM: Objection to form.   09:35
12   THE WITNESS: Well, one definition that I   09:35
13 used in my book was for a bank. And that's in my book   09:35
14 on "Microcomputer Interfacing." And I did not use   09:35
15 bank in the sense that banks are specific to   09:35
16 individual DRAM components and refer to subarrays   09:35
17 within the DRAM as opposed to memory modules, because   09:35
18 my book occurred before there were memory modules.   09:35
19     And at the time I wrote the book, banks and   09:35
20 ranks were more or less used as terms interchangeably.   09:35
21 So there's an example.   09:35
22   MR. SHEASBY: Q. When did you write your   09:35
23 book?   09:35
24   A  In 1980, first edition.   09:35
25   Q  And you understand that after -- that after   09:35

1 you created your book, memory -- memory modules came   09:35
2 to existence?   09:36
3   MR. RUECKHEIM: Object to the form.   09:36
4   THE WITNESS: I believe that's the case, yes.   09:36
5   MR. SHEASBY: Q. What's a memory module?   09:36
6   A  A memory module is a module that contains   09:36
7 memory.   09:36
8   Q  That's the only requirement?   09:36
9   A  I'm not sure why there's a requirement.   09:36
10 That -- if I had a module in my hand, and I looked at   09:36
11 it to see if it had memory, I would say, "Hey, that's   09:36
12 a memory module."   09:36
13     When we come to a question saying, Is this a   09:36
14 standard memory module? that's a different question;   09:36
15 and then you would -- and whatever is required to meet   09:36
16 the definition for that standard.   09:36
17     As you asked the question generically, I   09:36
18 would say a module with memory.   09:36
19   Q  And it's not a module with memory that serves   09:36
20 as a doorstop; right?   09:36
21   A  A memory module is a module with memory that   09:37
22 is connectable to the computer system and can be   09:37
23 controlled by a memory controller?   09:37
24   A  That's a module, yes.   09:37
25   Q  Do you know of any memory modules that aren't   09:37

**Page 26**

1 connected to a computer system -- 09:37
2 A Yes. 09:37
3 Q What memory modules are not connectable to a 09:37
4 computer system? 09:37
5 A If I hold up my phone -- here. Let me get 09:37
6 this on the screen. I'm trying to get it on the 09:37
7 screen. Okay. Better. 09:37
8 This phone has a memory module in it that I 09:37
9 installed myself. 09:37
10 Q You put in a memory card? 09:37
11 A I put in a -- a small memory module. 09:37
12 Q A memory card? 09:37
13 A No, it's called a module. 09:37
14 Q What is -- what is that you put in? 09:38
15 A I can take it out. Perhaps I can probably 09:38
16 show you an example of one. 09:38
17 The -- what -- it's called a microSD card. 09:38
18 Q And that microSD card interfaces with the 09:38
19 computer processor in the chip; correct? 09:38
20 A It does. 09:38
21 Q And it interfaces with a memory controller on 09:38
22 that computer processor; correct? 09:38
23 A That is correct. 09:38
24 Q So like I said, memory modules interface with 09:38
25 memory controllers and computer systems, or computer 09:38

**Page 27**

1 processor. Maybe that's a better way of saying it. 09:38
2 A I just gave you an example of one that I 09:38
3 believe was not what you had intended to say. You 09:38
4 were talking about computers, I had a phone. So I 09:38
5 didn't know how to answer. I think I answered 09:38
6 correctly. 09:39
7 Q Let me do -- you understand that phones have 09:39
8 computer processors in them now, correct? 09:39
9 A I do. 09:39
10 Q All right. So memory modules are modules of 09:39
11 memory that connect to computer processors and memory 09:39
12 controllers? 09:39
13 MR. RUECKHEIM: Object to the form. 09:39
14 THE WITNESS: In general, but not 09:39
15 necessarily. 09:39
16 MR. SHEASBY: Okay. 09:39
17 Q Give me an example of a memory module that 09:39
18 doesn't connect to a computer processor and a memory 09:39
19 controller. 09:39
20 A I have in my house Kasa videos. They have 09:39
21 memory modules in them. Now, it's hard for me to say 09:39
22 that the Kasa camera is a computer and has a processor 09:39
23 in there. It has something that can read and write 09:39
24 the memory module. 09:39
25 Q You have Kasa -- what are these things? 09:39

**Page 28**

1 A I'm sorry. Would you repeat your question. 09:39
2 Q Kasa, are these house cameras? Is that -- is 09:39
3 that what you're saying? 09:39
4 A That's correct. 09:39
5 Q And those house cameras have memory modules 09:39
6 in them; correct? 09:40
7 A They do. I put one in. 09:40
8 Q And those memory modules record video; is 09:40
9 that correct? 09:40
10 A They do. 09:40
11 Q And what controls when the video records and 09:40
12 doesn't record? 09:40
13 A A digital camera. 09:40
14 Q And the digital camera has a processor in it; 09:40
15 correct? 09:40
16 A I believe -- it probably does. I can't 09:40
17 confirm for sure. 09:40
18 Q And it has a controller for that memory; 09:40
19 correct? 09:40
20 A There is something in the camera that is able 09:40
21 to process the video and place it onto the memory 09:40
22 card. 09:40
23 Q What are the patents in the -- the patents in 09:40
24 the -- in this case are directed to memory modules 09:40
25 that -- that are used in servers; correct? 09:40

**Page 29**

1 A I don't know their use. I haven't studied 09:40
2 that. 09:40
3 Q You don't know what the use is of the memory 09:40
4 modules in the patents-in-suit are? 09:41
5 MR. RUECKHEIM: Object to the form. 09:41
6 THE WITNESS: It was -- I have not reviewed 09:41
7 anything regarding the accused modules. So I'm not 09:41
8 sure where they're used or how they're used or 09:41
9 anything like that. I have only looked at the -- in 09:41
10 this case, the patents and some relevant information 09:41
11 about the patents. 09:41
12 MR. SHEASBY: Q. So if you go down to 09:41
13 the '215 patent it says "field of invention" on 09:41
14 page 1; do you see that? 09:41
15 THE WITNESS: All right. Let me do that. 09:41
16 Just a moment. I am in the '215 patent and I'm 09:41
17 looking. And you -- page 1? 09:41
18 Q Yes. Column 1, PDF page 1. 09:41
19 A Got it. 09:41
20 Q It says: 09:41
21 (As read:) 09:41
22 "Field of invention, this present invention 09:41
23 relates to..." 09:42
24 Do you see that? 09:42
25 A On page 1 of the '215, the present... 09:42

8 (Pages 26 - 29)

1    Can you advise me as to where -- it's in the    09:42
2  middle or bottom or -- I don't --    09:42
3    Q  Column 1 -- oh, left-hand side, because it's    09:42
4  not a column.    09:42
5    A  Okay.    09:42
6    Q  And -- and I think -- no, wait.  One second.    09:42
7  Now my -- my Adobe Reader has frozen.    09:42
8    Look for "Field of invention," while my    09:42
9  reader wakes itself up again.    09:42
10    A  Okay.  I'm looking for...    09:42
11    Q  It says "Background of invention."  It's on    09:42
12  page 2.    09:42
13    A  Oh, page 2.  Sorry.    09:42
14    Q  Page 2 column 1, it looks like.  "Background    09:42
15  of invention."  "Field of invention."    09:43
16    A  On page 2, I don't see "Field of the    09:43
17  Invention."    09:43
18    I see -- is it highlighted?  Is it in bold?    09:43
19    Q  One sec.  I'm going to access my Adobe    09:43
20  Acrobat and get back in.    09:43
21    So we're in Exhibit 2.  That's the '215    09:43
22  patent; correct?    09:43
23    A  That's correct.    09:43
24    Q  And if you go to -- oh, I see what the    09:43
25  problem is.    09:44
                                              Page 30

1    Apparently my pagination had frozen.  It's    09:44
2  nowhere near page 2.    09:44
3    Go to column 1, which is on PDF page 35.    09:44
4    A  Okay.  I am on column 1.    09:44
5    Q  It says "field of the invention"; do you see    09:44
6  that?    09:44
7    A  I do.    09:44
8    Q  It says:    09:44
9    (As read):    09:44
10    "The present invention relates generally to    09:44
11  memory modules of a computer system."    09:44
12    Do you see that?    09:44
13    A  I do.    09:44
14    Q  And memory modules of computer systems can    09:44
15  connect to memory controllers on those computer    09:44
16  systems; correct?    09:45
17    A  In general, yes.    09:45
18    Q  Do you know of any memory modules for    09:45
19  computer systems that can't connect to the memory    09:45
20  controller on the computer system?    09:45
21    A  Well, I do, but that's because there are many    09:45
22  different ways you can put memory modules into a    09:45
23  computer system.  Some of them don't involve going to    09:45
24  the controller that you're referring to.  There may be    09:45
25  many memory controllers so I can't -- I can't say for    09:45
                                              Page 31

1  certain that the controller that you have in mind can    09:45
2  connect to all of the memory modules.    09:45
3    Q  You think I was limiting it to one particular    09:45
4  memory controller?    09:45
5    A  I only heard memory controller in the    09:45
6  singular.    09:45
7    Q  Memory modules of a computer system will be    09:45
8  able to connect to a memory controller; correct?    09:46
9    MR. RUECKHEIM:  Object to the form.    09:46
10    THE WITNESS:  Are you saying that in every    09:46
11  instance, if there's a memory module in a computer    09:46
12  system, it will be able to connect to a memory    09:46
13  controller?  Is that your question?    09:46
14    MR. SHEASBY:  No.    09:46
15    Q  My question is:  In the context of -- of    09:46
16  computer systems, what are the attributes of memory    09:46
17  modules?    09:46
18    MR. RUECKHEIM:  Object to the form.    09:46
19    THE WITNESS:  Could you repeat your question.    09:46
20    MR. SHEASBY:  Sure.    09:46
21    Q  In the context of -- of computer systems,    09:46
22  what are the attributes of memory modules?    09:46
23    A  In the context of computer systems, what are    09:46
24  the attributes of memory modules?    09:46
25    Q  Yes.    09:46
                                              Page 32

1    A  Is that your question?    09:46
2    Q  That is my question.    09:46
3    A  A memory module in a computer system can    09:47
4  store -- can store data.  I'll just leave it at that.    09:47
5    Q  And is it possible to store data without    09:47
6  being able to communicate with the computer system?    09:47
7    A  If I were charged with building such a    09:47
8  device, I could.  But I don't think that's what your    09:47
9  question pertains to.    09:47
10    So I -- your -- I can't answer your question    09:47
11  as asked because there are too many ways to respond.    09:47
12    Q  So you think that in the patents-in-suit in    09:47
13  this case it's contemplating memory modules that are    09:47
14  not interfacing with computer systems?    09:47
15    MR. RUECKHEIM:  Object to the form.    09:47
16    THE WITNESS:  I -- I believe that the modules    09:47
17  in these patents are directed to modules that can --    09:47
18  are -- are in computer systems and can interact with    09:48
19  the computer system.    09:48
20    MR. SHEASBY:  Okay.    09:48
21    Q  Now, if we go down to the claims -- and you    09:48
22  did review the claims; correct?    09:48
23    A  I did.    09:48
24    Q  And we'll just go to the '215 patent, for    09:48
25  example.    09:48
                                              Page 33

9 (Pages 30 - 33)

1    So as of 2005, which is the filing of          09:48
2  the '215 patent and the '417 patent, do you have any    09:48
3  understanding of rank that is different from what      09:48
4  Micron presented?                                      09:49
5         MR. RUECKHEIM:  Object to the form.            09:49
6         THE WITNESS:  I have not been asked to opine   09:49
7  on rank and bank, or meaning of rank in this patent.   09:49
8  So I would have to review the materials and determine  09:49
9  what they mean by "rank" and -- and look at all the    09:49
10 information I have to make an opinion on what rank      09:49
11 means for this patent.  I have not done that.  I've     09:49
12 not been asked to do that.                              09:49
13        MR. SHEASBY:  Okay.                             09:49
14     Q  I'm just asking you, as a person of ordinary   09:49
15 skill, as of 2005, do you disagree with Micron's       09:49
16 definition of rank?                                    09:49
17        MR. RUECKHEIM:  Same objection.                09:49
18        THE WITNESS:  I believe that Micron's          09:49
19 definition is -- is compatible with many other ways to 09:49
20 define "rank" for modules.  I don't know that it was    09:49
21 unique or only or the correct one.                     09:49
22     It -- it's -- it's -- it's a credible             09:50
23 definition, but I can't opine to say that I agree or    09:50
24 disagree.                                              09:50
25        MR. SHEASBY:  All right.                        09:50

Page 34

1     Q  So you believe that Micron's definition of     09:50
2  rank is a credible definition of rank as of the field  09:50
3  of memory modules in 2005?                             09:50
4     A  It is credible, yes.                            09:50
5         MR. RUECKHEIM:  Object to the form.            09:50
6         MR. SHEASBY:  Okay.                            09:50
7     Q  And are you aware of any, in your experience,   09:50
8  as of specifically as of memory modules in the -- and, 09:50
9  by the way, you agree the patents-in-suit are directed 09:50
10 at JEDEC memory modules; correct?                      09:50
11    A  I'm sorry.  There were two questions that       09:50
12 you're asking at the same time.  And I -- I want a      09:50
13 clearer question asked.                                09:50
14    Q  All right.                                      09:50
15       You -- you agree that the patents are           09:50
16 directed at JEDEC memory modules?                       09:50
17    A  I don't know if I agree with that.  I know      09:50
18 that they're cited in there.                           09:50
19    Q  They're -- the patents are directed at          09:50
20 JEDEC-style memory modules.                            09:50
21    A  I -- I understand that they're referenced in   09:50
22 here, yes.  I don't -- they may be directed at other   09:51
23 kinds of memory modules as well.  I don't know.        09:51
24    Q  Are the patents intended to be understood by   09:51
25 folks who are familiar with the JEDEC specifications   09:51

Page 35

1  that existed at the time?                               09:51
2     A  I believe that a person familiar with JEDEC     09:51
3  specifications at the time will be qualified to read    09:51
4  and understand the patent.                             09:51
5     Q  And the -- the -- patents were developed with  09:51
6  the goal of complying with JEDEC standards; correct?   09:51
7         MR. RUECKHEIM:  Object to the form.            09:51
8         THE WITNESS:  I don't know what the goals of   09:51
9  the inventors were at the time.                         09:51
10        MR. SHEASBY:  Okay.                            09:51
11    Q  Well, why don't we go to your declaration.     09:51
12 I'll pull that up.                                     09:51
13    A  Okay.  Is that in the exhibits now?            09:51
14    Q  It will be shortly.  Okay.  It's been          09:51
15 uploaded.  It's Exhibit 5.  Let me know when you get    09:52
16 it.                                                    09:52
17    (Document remotely marked Exhibit 5              09:52
18     for identification.)                              09:52
19        THE WITNESS:  I see it.  I'm in the process    09:52
20 of loading it into the computer and downloading it.    09:52
21 It has reached my computer.  I'm now downloading it.    09:52
22    Okay.  And now I'm opening it on my computer.      09:53
23 I have it.                                             09:53
24        MR. SHEASBY:  Q.  And if you go to            09:53
25 paragraph 44.                                          09:53

Page 36

1     By the way, did you write your declaration?     09:53
2     A  I did.  Well, when you say "write," obviously  09:53
3  there's interaction what -- on -- when I sign for       09:53
4  something, I always commit to either writing it or --  09:53
5  or agreeing with everything that's said.              09:53
6     Okay.  Here's 44.                                  09:53
7     Q  Go ahead and read the first two sentences.     09:53
8     A  I should read them to you; right?              09:54
9     Q  You can read them to yourself.                09:54
10    A  Okay.                                          09:54
11       Okay.  I have that.                             09:54
12    Q  Does this refresh your rec- -- your            09:54
13 recollection that you opined that persons of ordinary  09:54
14 skill in the art dealing with these patents would be    09:54
15 approaching them with the standpoint of being in       09:54
16 compliance with JEDEC?                                 09:54
17        MR. RUECKHEIM:  Object to the form of the      09:54
18 question.                                              09:54
19        THE WITNESS:  Yes, I -- when I -- you asked a  09:54
20 question about what was the intent of the inventors.   09:54
21 I didn't know what that was.                           09:54
22    This says that the patents -- memory             09:54
23 technology in the field was developed primarily        09:54
24 with -- with an understanding and a goal of complying  09:54
25 with the underlying standards.  Okay.                   09:54

Page 37

10 (Pages 34 - 37)

1     MR. SHEASBY:  Yeah.                  09:54
2     Q  So basically you agree the patents at issue    09:55
3  in this case, a POSA would approach them with the    09:55
4  understanding with the end goal of complying with the    09:55
5  preexisting JEDEC standards?                  09:55
6     A  My statement, in general, about memory    09:55
7  technology is these patents are specific.  They may    09:55
8  agree with what was going on, in general; but, again,    09:55
9  I can't confirm exactly what was in the minds of the    09:55
10  inventors.                  09:55
11     Q  Yeah, I'm not talking about what is in the    09:55
12  minds of the inventors.  To a POSA, a POSA reading    09:55
13  these patents would understand them as being -- as    09:55
14  creating technology that would be compliant with JEDEC  09:55
15  standards?                  09:55
16     A  Yes, that is --                  09:55
17     MR. RUECKHEIM:  Object to the form.           09:55
18     THE WITNESS:  A POSA would believe that these    09:55
19  patents were supposed to comply with JEDEC standards.    09:56
20     MR. SHEASBY:  Okay.                  09:56
21     Q  And Micron makes products that comply with    09:56
22  JEDEC standards; correct?                  09:56
23     A  To my understanding, yes, but I have not    09:56
24  confirmed that.                  09:56
25     Q  So now let's go back to Micron's definition    09:56

Page 38

1  of rank.                  09:56
2     A  Okay.  I have that.                  09:56
3     Q  And let's go to -- I'm going to add another    09:56
4  exhibit.                  09:57
5     A  Let's go to where?                  09:57
6     Q  I'm going to add another exhibit.  Give me    09:57
7  one moment.                  09:57
8     A  Okay.                  09:57
9     (Document remotely marked Exhibit 8    09:57
10     for identification.)                  09:57
11     MR. SHEASBY:  It's Exhibit 8.  Let me know    09:57
12  when you get it and you can pull it up.                  09:57
13     A  Exhibit 8 appears in my -- on my directory.    09:57
14  I've asked for it to come to the computer.  It's on    09:57
15  its way.  I see it.  I'm now going to download it to    09:57
16  my computer.  And it's on my computer and I'm going to  09:57
17  open it.                  09:58
18     Okay.  I can see it.                  09:58
19     Q  And this is a doc-- document from Micron,    09:58
20  you can see that, if you go down to the -- the last    09:58
21  page.                  09:58
22     A  Page 2; is that right?                  09:58
23     Q  Yes.                  09:58
24     A  Mine is kind of messy.  I -- what am I    09:58
25  looking for?                  09:58

Page 39

1     I see a copyright to Micron Technology.  Is    09:58
2  that what I'm supposed to look at, the copyright?           09:58
3     Q  Sure.                  09:58
4     A  Okay.  I see the copyright.                  09:58
5     Q  At the top it says "What is a memory rank";    09:58
6  do you see that?                  09:58
7     A  Yes.                  09:58
8     Q  It says:                  09:58
9     (As read):                  09:58
10     "The term 'rank' was created by JEDEC, the    09:58
11  memory industry standards group, to distinguish    09:59
12  between number of memory banks in a module as to the    09:59
13  number" -- "as opposed to the number of memory banks    09:59
14  on a component or memory chip."                  09:59
15     A  I see that.                  09:59
16     Q  And it says:                  09:59
17     (As read):                  09:59
18     "A memory rank is a block or area of data    09:59
19  that is created using some or all of the memory chips    09:59
20  in a module."                  09:59
21     Do you see that?                  09:59
22     A  I see that.                  09:59
23     Q  And that's consistent with the previous    09:59
24  definition of rank that we saw that Micron gave;    09:59
25  correct?                  09:59

Page 40

1     MR. RUECKHEIM:  Object to the form.           09:59
2     MR. SHEASBY:  Q.  This was Exhibit --           09:59
3     A  Okay.                  10:00
4     Q  -- 2-- Exhibit 2058.                  10:00
5     A  I understand.  I'm looking at this.  Okay.    10:00
6  I'm looking at that, and I'm going to correct    10:00
7  Exhibit 2058, but I do have a problem.                  10:00
8     They are different.  The two -- the two    10:00
9  exhibits are different.  And they -- you can combine    10:00
10  them to get something.  But I cannot say -- I don't    10:01
11  know what your question is.  But I -- all I can say is    10:01
12  that they're different.                  10:01
13     Q  Yeah.  My question is:  Are they consistent?    10:01
14     MR. RUECKHEIM:  Object to the form.           10:01
15     THE WITNESS:  Well, I can't be sure.  And    10:01
16  that depends what you do when use Exhibit 8.           10:01
17     MR. SHEASBY:  Tell me what you mean.           10:01
18     A  Banks are defined in Exhibit 2058.  Is that    10:01
19  it?  2058?                  10:01
20     Q  Uh-huh.                  10:01
21     A  Yeah.  It says what a bank is.  Banks aren't    10:01
22  defined in Exhibit 8, to my knowledge.  I'm looking at  10:01
23  it.                  10:01
24     To the best I can do, I haven't read it    10:01
25  thoroughly, I'm looking for a definition of bank.  I    10:01

Page 41

11 (Pages 38 - 41)

1 cannot find one. If there is, please let me know. It 10:01
2 may be possible that bank is defined differently 10:02
3 within the minds of whoever wrote this, and 10:02
4 differently from Exhibit 2058. I can't tell. So I 10:02
5 can't tell if it's consistent or inconsistent. 10:02
6 It's -- it's uncertain. 10:02
7     Q. Okay. Is the definition of ranks in the two 10:02
8 documents consistent? 10:02
9        MR. RUECKHEIM: Same objection. 10:02
10       THE WITNESS: Since I haven't seen these 10:02
11 before, I'm trying to do the best I can. 10:02
12       MR. SHEASBY: Q. Well, take as much -- we 10:02
13 have seven hours, so you should take as much time as 10:02
14 you need. 10:02
15    A. I hope I don't use all of them, but it's not 10:02
16 easy. And the answer is that they don't seem to be 10:02
17 consistent. I can't be for -- say for sure. 10:03
18    Q. Why don't they seem to be consistent? 10:03
19    A. Well, I'm looking now at Exhibit 8. I'm 10:03
20 looking at the second paragraph. It says: 10:03
21       (As read): 10:03
22       "Depending on how a memory module is 10:03
23 engineered, it may have one, two, or four blocks of 10:03
24 64-bit wide areas," et cetera. 10:03
25       And a memory rank is a block of area of data 10:03
                                                    Page 42

1 that is created using some or all of the memory chips 10:03
2 on a module. According to what I read here, a memory 10:03
3 rank can be one or two or four of the blocks. That's 10:04
4 not consistent with 2058, if I read it correctly, but 10:04
5 I'm not sure. 10:04
6    Q. Why isn't it consistent? 10:04
7    A. Ranks are -- I'm reading now to 2058. 10:04
8       (As read): 10:04
9       "Ranks are specific to memory modules and 10:04
10 refer to a subarray made of multiple DRAM 10:04
11 components." 10:04
12       Now, that is singular, "a subarray." Okay? 10:04
13       So a rank is one thing, and it's a subarray. 10:04
14       Now we go to Exhibit 8. It says that you may 10:04
15 have one four-block area and that can be -- later it 10:05
16 says this is referred to as a single rank. That's not 10:05
17 a subarray. 10:05
18    Q. You don't think a one-block is a subarray? 10:05
19    A. No, if you have one block, and you only have 10:05
20 one block on the board, it's not a subarray. 10:05
21    Q. Oh, I get your point. 10:05
22       And how many chips will you have in that one 10:05
23 block? 10:05
24    A. I don't know. I mean you have 72 bits. 10:05
25    Q. Is there any system in which a single chip 10:05
                                                    Page 43

1 can give you 72 bits, can allow for 72 -- 10:05
2    A. No, but -- no, but the chips are different 10:05
3 widths. You asked how many chips. I don't know. 10:05
4    Q. It will be a number greater than 1? 10:05
5    A. Right now? I don't know of any right now, 10:05
6 but next year, maybe. 10:06
7    Q. At any time in the past, it has always been a 10:06
8 number greater than 1? 10:06
9    A. Well, the problem is this is a definition of 10:06
10 memory rank for present, past, and future, and you're 10:06
11 asking me about the past only. And I'm talking about 10:06
12 what about the future. 10:06
13    Q. Right. But I'm -- but you have to answer my 10:06
14 question because that's the rules. 10:06
15       And so, in the present and past, rank has 10:06
16 always been more than one chip? 10:06
17       MR. RUECKHEIM: Object to the form. 10:06
18       THE WITNESS: In the present and past for 10:06
19 this definition of rank, for this definition, it has 10:06
20 been more than one chip. 10:06
21       MR. SHEASBY: Okay. 10:06
22    Q. And for rank in the context of -- of JEDEC, 10:06
23 in the present and past, there's always been more than 10:06
24 one chip? 10:06
25       MR. RUECKHEIM: Object to the form. 10:06
                                                    Page 44

1       THE WITNESS: In the context of JEDEC, you 10:06
2 know, there are many JEDEC standards in the past. I 10:06
3 haven't studied that. I don't know. 10:07
4       MR. SHEASBY: All right. 10:07
5    Q. As a general rule, you have some -- you 10:07
6 consider yourself a person of skill in the art in the 10:07
7 field of JEDEC memory modules; correct? 10:08
8    A. I do. 10:07
9    Q. Okay. So as a person of ordinary skill in 10:07
10 the art in the field of JEDEC memory modules, the rank 10:07
11 has always meant, in the past and in the present, as 10:07
12 more than one chip? 10:07
13       MR. RUECKHEIM: Object to the form. 10:07
14       THE WITNESS: Look, you're asking me to give 10:07
15 an opinion on something that I have not prepared. I 10:07
16 don't know the whole history of all the JEDEC memory 10:07
17 modules. Even though I claim that I am an expert in 10:07
18 JEDEC memory modules relevant to these patents, you're 10:07
19 asking me something well beyond what I prepared for. 10:07
20       MR. SHEASBY: I understand that. 10:07
21    Q. Now answer my question: As a person of 10:07
22 ordinary skill in the art who purports to be an expert 10:07
23 in JEDEC, plain and ordinary meaning of rank, in the 10:07
24 present and past, has always been more than one chip? 10:07
25       MR. RUECKHEIM: Object to the form of the 10:08
                                                    Page 45

12 (Pages 42 - 45)

1 question.                                      10:08
2      THE WITNESS: I -- I can't answer for all the  10:08
3 JEDEC in the past. I just simply cannot do that.  10:08
4      MR. SHEASBY: Q. As far as you understand  10:08
5 it.                                      10:08
6      MR. RUECKHEIM: Same objection.            10:08
7      THE WITNESS: Well, let me -- you know, let  10:08
8 me give you an example out of my book. At the last  10:08
9 definition, I showed what are banks, which at that  10:08
10 time could be called ranks, and they were 8-bits wide.  10:08
11 Okay. So I didn't have 72-bit-wide memory. I had  10:08
12 8-bit-wide bytes. Okay.                    10:08
13      So, you know, things change. Along the line,  10:08
14 between then in 1980 and whenever JEDEC started doing  10:08
15 their standards, there could have been memory modules  10:08
16 with 16-bits wide or 32-bits wide.            10:08
17      MR. SHEASBY: Yep.                     10:08
18      THE WITNESS: Okay. And now we're talking  10:08
19 about would those memory modules have multiple chips  10:08
20 in a rank? You know, I have to look that up. I  10:09
21 could, but I have not done that.              10:09
22      MR. SHEASBY: Fair point. Let me ask it this  10:09
23 way: Once JEDEC was created and they began to specify  10:09
24 memory -- DDR memory devices, the width was either 64  10:09
25 or 72; correct?                           10:09

Page 46

1      A In the DDR and the DDR2 standards, the widths  10:09
2 are 64 and 72, that is correct.              10:09
3      Q Okay. And for widths of 64 and 72, that --  10:09
4 in the context of JEDEC DDR, a rank is always more  10:09
5 than one chip?                            10:09
6      MR. RUECKHEIM: Object to the form.         10:09
7      THE WITNESS: Again, in the past it has been  10:09
8 more than one chip and --                  10:09
9      MR. SHEASBY: Okay. Great. Thank you.       10:09
10      Q Now, JEDEC doesn't allow the -- the width of  10:09
11 memory devices to dynamically change; correct? If  10:10
12 you're dealing with JEDEC -- in the context of JEDEC,  10:10
13 the width of the memory device is going to be defined.  10:10
14 People can't just randomly change it. It's either  10:10
15 going to be 64 or 72.                     10:10
16      A We're -- you know, your question makes no  10:10
17 sense to me.                            10:10
18      Q Okay. Let me try it this way: When people  10:10
19 are designing memory devices in the context in the  10:10
20 background of -- of JEDEC, they understand that the  10:10
21 way -- the width is either going to be 64 or 72,  10:10
22 depending on the DDR specification?           10:10
23      A The width of what?                   10:10
24      Q Of the -- the DDR memory devices.        10:10
25      A Doesn't make any sense.               10:11

Page 47

1      Q What does 64- and 72-bits wide mean -- mean  10:11
2 to you in the context of DDR?                10:11
3      A Memory rank.                        10:11
4      Q In the constant of -- in the context of JEDEC  10:11
5 DDR -- -- POSAs understand that memory rank is defined  10:11
6 in advance as either 64 or 72 bits. There's no other  10:11
7 options?                                10:11
8      MR. RUECKHEIM: Object to the form.         10:11
9      THE WITNESS: I have not explored that        10:11
10 question for DDR and DDR2. I believe if I explored it  10:11
11 I would find that it's probably the case. So        10:11
12 provisionally, I would say, yeah, it could be the     10:11
13 case. I have not -- I've not confirmed that.        10:11
14      MR. SHEASBY: Q. In terms of building JEDEC  10:11
15 DDR devices, has there been an innate -- instance when  10:11
16 you're aware of where people have altered the rank     10:11
17 of -- the width of the -- the bit width of the ranks  10:11
18 from either 64 or 72?                     10:12
19      A I have.                          10:12
20      Q For JEDEC-compliant memory devices?       10:12
21      A Yes.                            10:12
22      Q When was that?                     10:12
23      A I plug in a 64-bit module. I take it out, I  10:12
24 plug in a 72-bit module.                   10:12
25      Q Okay. You understand that on the module     10:12

Page 48

1 level, it's either 64 or 72; correct?         10:12
2      A And we're talking -- for the DDR, DDR2, it's  10:12
3 my understanding, but I have not confirmed it, that  10:12
4 they're either 64 or 72.                   10:12
5      Q Okay. How about for DDR3, DDR4, and DDR5?  10:12
6      A I have not been asked to opine on those. I  10:12
7 have not studied those.                    10:12
8      Q Okay. Let's go to the '215 patent.        10:12
9      A Okay. Let's pull it.                  10:13
10      Okay. I have it up.                    10:13
11      Q And I'm -- why don't you go ahead and read  10:13
12 column 3, lines 25 to 43, to yourself.         10:13
13      A Okay. I have read that.               10:13
14      Q The -- one of the techniques that's described  10:14
15 in the 2Y -- '215 patent is the creating -- creating a  10:15
16 buffer that can control one integrated circuit on the  10:15
17 rank; correct?                          10:15
18      MR. RUECKHEIM: Object to the form.         10:15
19      THE WITNESS: Can you show me that?        10:15
20      MR. SHEASBY: Q. Well, that's -- so -- well,  10:15
21 that's what I'm asking you. I just had you read a     10:15
22 passage, and I'm asking whether that passage is       10:15
23 describing a technique in which the -- you can create  10:15
24 a circuit that can control only one integrated circuit  10:15
25 on the rank, can buffer only one integrated circuit on  10:15

Page 49

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1 the rank?                                    10:15
2        MR. RUECKHEIM:  Same objection.        10:15
3        THE WITNESS:  Your use of the word "buffer"   10:15
4 in your question, can you repeat your question.   10:16
5        MR. SHEASBY:  Sure.  I'm saying -- I will.   10:16
6   Q   So this passage in the specification is    10:16
7 defining a design in which you can have a buffer   10:16
8 circuit that is buffering only one of the integrated   10:16
9 circuits on the rank?                         10:16
10   A   That's not what's said here.            10:16
11   Q   What's being said here?                 10:16
12   A   You can buffer the --                   10:16
13        MR. RUECKHEIM:  Object to the form.     10:16
14        THE WITNESS:  -- I'm looking at lines 28 and   10:16
15 below.                                        10:16
16        (As read):                            10:16
17        "The register is configured to receive and   10:16
18 buffer the first command and address signals."   10:16
19        And I'm looking -- I don't see any other use   10:16
20 of the word "buffer" in that.  Is that your -- your   10:17
21 question did not indicate what the context the buffer   10:17
22 was when you first asked it.  And later it just -- it   10:17
23 lost all the context.  So I don't know how you mean   10:17
24 they have buffer.                             10:17
25        MR. SHEASBY:  Q.  What is this passage    10:17
                                          Page 50

1 describing, column 3, lines 25 through 43?      10:17
2   A   At a very high level, it describes sending a   10:17
3 first and a second memory command to a memory module.   10:17
4 And, again, at a very high level, it says that the   10:17
5 first memory command receives data or sends data to   10:17
6 one of the ranks and not the other.  And the second   10:17
7 command sends or receives data from the second rank,   10:17
8 but not the other.                            10:17
9   Q   And this contradicts what you said previously   10:18
10 because in this design the rank need only include one   10:18
11 integrated circuit; correct?                  10:18
12   A   I didn't contradict anything.  I'm just    10:18
13 reading from this patent.                     10:18
14   Q   Sir, in this design, there only needs to be   10:18
15 one memory-integrated circuit in each rank; correct?   10:19
16        MR. RUECKHEIM:  Object to the form.     10:19
17        THE WITNESS:  In this particular patent, it   10:19
18 says that a rank has at least one, and I believe the   10:19
19 interpretation of that for -- in litigation would be   10:19
20 one would suffice.  That's what it says.  And I --   10:19
21 whether this -- whether it contradicts anything I said   10:19
22 earlier or not is not relevant, because I didn't say   10:19
23 this.  This is what the patent says.          10:19
24        MR. SHEASBY:  Okay.  Let's go to column 37.   10:19
25   Q   Did you look at the claims?            10:19
                                          Page 51

1   A   I did.                                 10:19
2   Q   By the way, a memory-integrated circuit is   10:20
3 broader and encompasses more than JEDEC or DDR;   10:20
4 correct?                                      10:20
5   A   I'm sorry.  I don't know what you mean by   10:20
6 "encompasses more than."  What is meant by -- this   10:20
7 is -- I can't understand your question.        10:20
8   Q   Okay.  So you understand -- you know what   10:20
9 memory devices are, DDR memory devices; correct?   10:20
10   A   I do.                                  10:20
11   Q   DDR memory devices are devices -- DDR is   10:20
12 defined by JEDEC?                             10:20
13   A   They're --                            10:20
14        MR. RUECKHEIM:  Objection.             10:20
15        THE WITNESS:  -- defined by JEDEC, okay.   10:20
16        Are you asking specifically about DDR devices   10:20
17 defined by JEDEC, or are you defining something more   10:20
18 broadly than that?                            10:20
19        MR. SHEASBY:  Q.  JEDEC defines DDR memory   10:20
20 devices; correct?                             10:20
21   A   That is correct.                       10:20
22   Q   Okay.  And -- but memory-integrated circuits   10:20
23 is broader than just memory devices or DDR memory   10:20
24 devices; correct?                             10:20
25   A   Well, you have two questions in there, and if   10:21
                                          Page 52

1 you want to break them apart, that's fine.  But that's   10:21
2 a compound question.  I'll try to answer each   10:21
3 individually, so why don't you try to ask again.   10:21
4   Q   Memory devices/DDR memory devices are defined   10:21
5 by JEDEC?                                     10:21
6   A   Again --                              10:21
7        MR. RUECKHEIM:  Object to form.         10:21
8        THE WITNESS:  Again, that's compound.    10:21
9 take -- one side is flash and the other side is flash,   10:21
10 and I can answer that.                        10:21
11        MR. SHEASBY:  Q.  DDR memory devices is   10:21
12 defined by JEDEC?                             10:21
13   A   Yes.                                  10:21
14   Q   Memory integrated circuits is a broader term   10:21
15 than DDR memory devices?                      10:21
16   A   Yes, because some memory-integrated circuits   10:21
17 are memory devices that are not defined by a JEDEC   10:22
18 standard.  That's correct.                    10:22
19   Q   In other words, there are some             10:22
20 memory-integrated circuits that are not DDR memory   10:22
21 devices?                                      10:22
22   A   That is correct, there are some           10:22
23 memory-integrated circuits that are not JEDEC DDR   10:22
24 devices.                                      10:22
25   Q   Okay.  And now let's go on and look at    10:22
                                          Page 53

14 (Pages 50 - 53)

## Page 54

1  Claim 1 of the patent of the '215.                10:22
2      A  Okay.                                      10:22
3      Q  If you look at Claim 1 of the patent in    10:22
4  the '215, you'll see -- go ahead and read the claim to 10:22
5  yourself.  It will make it easier and faster.     10:22
6      A  Okay.                                      10:24
7      Q  This is talking about a buffer coupled     10:24
8  between the -- at least one first memory-integrated 10:24
9  circuit in the memory bus in between at least one  10:24
10 second memory-integrated circuit in the memory bus; do 10:24
11 you see that?                                      10:24
12     A  I do.                                       10:24
13     Q  So this doesn't limit the number of buffers 10:24
14 that can exist; correct?                           10:24
15     A  So there's some legal things that I'm not  10:24
16 familiar with, okay.                               10:25
17        I look -- it says "at least one first     10:25
18 memory-integrated circuit," and I understand there's a 10:25
19 legal position that "at least one" means one or more. 10:25
20 When it says "a buffer," and it doesn't say "at least 10:25
21 one buffer," I don't know legally if that means you 10:25
22 can have two or more or one.  I would have to rely on 10:25
23 counsel on that.                                   10:25
24     Q  What does "a" mean, in your understanding, in 10:25
25 patent law?                                        10:25

## Page 55

1      A  In patent law, I'm not going to answer    10:25
2  because I'm not a patent lawyer.                   10:25
3      Q  Okay.  In -- in sort of understanding of a 10:25
4  POSITA, "a" means one or more; correct?           10:25
5      A  It -- it -- in ordinary language, "a" means 10:25
6  one or more, yes.  So my -- my final answer, I thought 10:26
7  you were asking me something that requires a legal 10:26
8  opinion, and I'm not qualified for that.           10:26
9      Q  No, I was asking a technical standpoint.   10:26
10 From a technical standpoint, this would allow for each 10:26
11 memory-integrated circuit and the rank to have its own 10:26
12 buffer?                                            10:26
13        MR. RUECKHEIM:  Object to the form.        10:26
14        THE WITNESS:  Well, there is also an      10:26
15 ambiguity when you say "buffer."  Because a buffer can 10:26
16 comprise many different components, each of which is a 10:26
17 buffer.  So that ambiguity is one of the things I'm 10:26
18 considering.  I mean, I might have eight chips forming 10:26
19 a buffer and I will say all eight chips, that's a 10:26
20 buffer.                                            10:26
21        So it -- because of that ambiguity, I'm not 10:26
22 just sure how to answer your question.             10:26
23        MR. SHEASBY:  Explain that ambiguity to me 10:26
24 again.                                             10:27
25     A  An eight-chip buffer could be referred to as 10:27

## Page 56

1  a buffer, in the singular, even though it comprises 10:27
2  eight chips.  And each chip could be described as a 10:27
3  buffer.  Because each -- each chip buffers something. 10:27
4  That's the ambiguity.                              10:27
5      Q  Of what -- I understand.                   10:27
6        There could be separate chips that provide 10:27
7  buffering functionality to each of the separate     10:27
8  memory-integrated circuit devices in each ranks     10:27
9  according to this claim?                           10:27
10        MR. RUECKHEIM:  Object to the form.         10:27
11        THE WITNESS:  Again, you asked a question  10:27
12 that has an ambiguity.  Can you rephrase your       10:27
13 question.                                          10:27
14        MR. SHEASBY:  What's the ambiguity?        10:27
15     A  You said to each chip.  Now, the question was 10:27
16 refers you may have more than one buffer.           10:28
17        Are you saying, then, each chip can have more 10:28
18 than one buffer, or because you have more than one   10:28
19 chip, each chip could have one buffer and in totality 10:28
20 have more than one buffer?  I don't know.           10:28
21     Q  So we have ranks; correct?                  10:28
22     A  Yes.                                        10:28
23     Q  Ranks have multiple memory devices in them; 10:28
24 correct?                                           10:28
25     A  That --                                     10:28

## Page 57

1         MR. RUECKHEIM:  Object to the form.         10:28
2         THE WITNESS:  -- in -- my understanding is  10:28
3  that they could have multiple memory devices.       10:28
4         MR. SHEASBY:  Okay.                         10:28
5      Q  And in this claim, there can be a dedicated 10:28
6  buffer for each memory-integrated circuit in the rank? 10:28
7      A  Well, first of all, the claim applies to one 10:28
8  memory device, okay.                               10:28
9      Q  By "memory device," are you meaning        10:28
10 memory-integrated circuit, or do you -- do you mean -- 10:28
11     A  Go ahead.                                   10:28
12     Q  You said "memory device."  Now that's       10:28
13 ambiguous to me.                                    10:29
14     A  Okay.  I should say at least one first      10:29
15 memory-integrated circuit.                          10:29
16     Q  Okay.                                       10:29
17     A  And that you may have only one of those.    10:29
18     Q  You may have only one memory-integrated     10:29
19 circuit?                                            10:29
20     A  That's correct.  And then you need to have at 10:29
21 least one of the second.  So you may have only one   10:29
22 memory -- memory-integrated circuit, and that's      10:29
23 buffered, according to this claim.                  10:29
24     Q  Right.  So now I'm asking the -- the -- the 10:29
25 question is:  Does this allow for there to be a      10:29

1  separate buffer for each memory-integrated circuit?    10:29
2      MR. RUECKHEIM:  Object to the form.    10:29
3      THE WITNESS:  It's not specified in the    10:29
4  claim, and so I would have to look elsewhere to see if    10:29
5  such a structure were permitted.    10:29
6      MR. SHEASBY:  Q.  Do you know what the input    10:29
7  control signals are in JEDEC memory modules?    10:29
8  A  I do.    10:30
9  Q  You do?    10:30
10  A  I -- I know what the input control signals    10:30
11  are.    10:30
12  Q  What are they?    10:30
13  A  Okay.  Which -- first of all, the inputs to    10:30
14  the devices, the integrated memory devices, or the    10:30
15  input to the module?    10:30
16  Q  Let's start with integrated to the module.    10:30
17  A  Okay.  We can go to the figure that shows    10:30
18  them.  I think Figure 1 of this patent shows it.    10:30
19  Q  And "this patent," just for the record,    10:30
20  you're referring to the '215; is that correct?    10:30
21  A  That's correct.    10:30
22  Q  Okay.  What are the input signals to the    10:30
23  memory module?    10:30
24      MR. RUECKHEIM:  Object to the form.    10:30
25      STENOGRAPHIC REPORTER:  I didn't get your    10:30

Page 58

1  answer.    10:30
2      THE WITNESS:  Are you asking for all input    10:30
3  signals or control signals?    10:30
4      MR. SHEASBY:  Q.  Control signals.    10:30
5  A  Those are identified by -- by at least the    10:31
6  lines that say CS with a crosshatch, AD for address,    10:31
7  and the ampersand and control.  So those are the    10:31
8  control signals.  And -- and some people may consider    10:31
9  the DQS signals, the strobes, also as control signals.    10:31
10  Q  So it would be at least the row/column    10:31
11  address, the bank address, and the chip select signal?    10:31
12  A  And the control.    10:31
13  Q  Yes.    10:31
14  A  And your question is:  Do I consider those    10:31
15  the input control signals?    10:31
16  Q  Yes, sir.    10:31
17  A  I do.    10:31
18  Q  And -- and as an alternative to using the    10:32
19  control signals, you can also use packetized    10:32
20  information that is decoded by on-module logic;    10:32
21  correct?    10:33
22      MR. RUECKHEIM:  Object to the form.    10:33
23      THE WITNESS:  It's not shown this way in the    10:33
24  figure and it's not mentioned in the patent in the --    10:33
25  in the claims.  Are you asking me if I use packetized    10:33

Page 59

1  control signals with the practice of the patent?  Is    10:33
2  that your question?    10:33
3      MR. SHEASBY:  That's actually not my    10:33
4  question.    10:33
5  Q  What I'm saying is, the patent talks about    10:33
6  these control signals; correct?    10:33
7  A  It does.    10:33
8  Q  And there's an alternative to using control    10:33
9  signals, which is that you can use packetized    10:33
10  information that is then decoded on the -- on the    10:33
11  module?    10:33
12  A  The context of your question, it says, "you    10:33
13  can use."  Of course I could use.  But there's some    10:33
14  hidden context there.    10:33
15      Is that with respect to practicing the patent    10:33
16  or not practicing the patent?    10:34
17  Q  No, no, I -- it has nothing to do with    10:34
18  practicing the patent -- or practicing the patent.    10:34
19  A  POSA just understood -- understands that in    10:34
20  addition to the traditional JEDEC control signals,    10:34
21  there's also an ability to send packetized control    10:34
22  information?    10:34
23      MR. RUECKHEIM:  Object to the form.    10:34
24      THE WITNESS:  And there's also an ability --    10:34
25  are you asking within the -- any JEDEC standard, or in    10:34

Page 60

1  general?    10:34
2      MR. SHEASBY:  Q.  In general.  In general.    10:34
3  A  In general.    10:34
4  Q  In -- in JEDEC context, there's these four    10:34
5  control signals, they travel in four lines to the    10:34
6  memory module; fair?    10:34
7  A  If -- if you're asking me, as one of skill in    10:34
8  the art, can I build a device in which I send    10:34
9  packetized control signals to a module, the answer is,    10:34
10  yes, I could.    10:34
11      So if -- if that's the question, the answer    10:34
12  is yes.  But I don't know if there's a context that's    10:34
13  hidden, so I can't be sure of what you mean.    10:35
14  Q  All right.    10:35
15      So the context, this is -- JEDEC doesn't do    10:35
16  that.  JEDEC uses the four control signals traveling    10:35
17  on four wires?    10:35
18  A  And that's because of the timing in this --    10:35
19  okay.    10:35
20      In my understanding, the DDR and the DDR2    10:35
21  standards have timing for the control signals.  And    10:35
22  that timing, whatever it is, is -- the control signals    10:35
23  are sent as control.  In some cases, it may take --    10:35
24  take more than one clock to get eight commands across;    10:35
25  okay.    10:35

Page 61

16 (Pages 58 - 61)

Page 62

```
 1        So I -- is that packetized?  I -- packetized   10:35
 2  is not defined in the standard, and I'm aware of    10:35
 3  instances where it takes more than one clock cycle to  10:35
 4  send a command.                     10:35
 5     Q   Right.                      10:35
 6        I guess what I'm saying is, as an alternative   10:35
 7  to the JEDEC method of sending the control signals,   10:35
 8  there's also -- you could also -- an alternative way   10:36
 9  of doing it would be to use packetized information    10:36
10  that is then decoded by the ON-logic.          10:36
11     A   It's my understanding that DDR and DDR2, in  10:36
12  some instances, send commands over more than one clock  10:36
13  cycle and decodes them; and, therefore, it's my    10:36
14  understanding, that's packetized.            10:36
15     Q   So you -- you think JEDEC uses packetized   10:36
16  control information?                 10:36
17     A   I -- I'm not saying that.  I'm trying to    10:36
18  figure out if -- if what JEDEC does satisfies your   10:36
19  words "packetized."                 10:36
20     Q   Let me ask you this:  You understand that you  10:36
21  can send a signal; right?               10:36
22     A   Yes.                      10:36
23     Q   Signal is one clock cycle; correct?       10:36
24     A   A signal is interpreted over one clock cycle,  10:36
25  yes.                         10:36
```

Page 63

```
 1     Q   And in addition to sending a signal, you can  10:36
 2  also send packetized control information; correct?    10:36
 3        MR. RUECKHEIM:  Object to the form.      10:36
 4        THE WITNESS:  In addition to; but that's not  10:36
 5  in addition to.                    10:37
 6        MR. SHEASBY:  All right.           10:37
 7     Q   So if -- if the data that you're transmitting  10:37
 8  is over more than one clock cycle, then it ends up   10:37
 9  becoming packetized.  It's not just a signal?     10:37
10     A   That's what you say.  But that's okay.  If   10:37
11  that's what you say, I'll accept it.  That's what you  10:37
12  mean by "packetized."               10:37
13     Q   No, I'm trying to get at your understanding  10:37
14  of "packetized."                  10:37
15     A   I'm trying to get at yours.          10:37
16     Q   That's irrelevant.             10:37
17     A   It is -- it is -- let's agree on this:  It is  10:37
18  the case that DDR/DDR2 sends commands over more than  10:37
19  one cycle and decodes them on the memory module.  That  10:37
20  is the case.                    10:37
21     Q   Right.                    10:37
22        And it also has the ability to send a single  10:37
23  signal within one clock cycle?            10:37
24        MR. RUECKHEIM:  Object to the form.      10:37
25        THE WITNESS:  It does.  It sends a single   10:37
```

Page 64

```
 1  signal within one clock cycle.  In fact, it has better  10:37
 2  than that.  It can send two signals in one clock    10:37
 3  cycle.                        10:38
 4        MR. SHEASBY:  Q.  So in addition to send --  10:38
 5  using -- passing control information over signals, it  10:38
 6  can also pass control information packetized?     10:38
 7     A   Your word is "packetized."  It can send -- it  10:38
 8  can send commands over more than one clock cycle.   10:38
 9  That's my testimony.                10:38
10     Q   And you describe that -- that can be      10:38
11  described as packetized?              10:38
12     A   No, you described it packetized.  I never --  10:38
13  I'm asking you if it satisfies your definition.     10:38
14     Q   I don't --                  10:38
15     A   You're calling that packetized.        10:38
16     Q   All right.                  10:38
17        So what is packetized control and address   10:38
18  information for you?                 10:38
19     A   I'm sorry.  I haven't prepared that for this  10:38
20  deposition.  I don't -- I gather that packetized is   10:38
21  sending something over more than one clock cycle.    10:38
22     Q   Okay.  That's the common understanding of   10:38
23  packetized?                     10:38
24     A   That is --                  10:38
25        MR. RUECKHEIM:  Object to the form.      10:38
```

Page 65

```
 1        THE WITNESS:  -- I think that a person of    10:38
 2  ordinary skill in the art would say that when      10:38
 3  something is packetized it takes more than one cycle   10:39
 4  to send that information, yes.            10:39
 5        MR. SHEASBY:  Okay.              10:39
 6     Q   JEDEC styles memory module systems feature   10:39
 7  for distinct buses; is that correct?          10:39
 8        MR. RUECKHEIM:  Object to the form.      10:39
 9        THE WITNESS:  Well, if you don't mind telling  10:39
10  the four distinct bus.  I want to know what's in your  10:40
11  mind in that question.  I can't answer it as asked.   10:40
12        MR. SHEASBY:  Sure.              10:40
13     Q   For the SDRAMs in -- okay.  We'll do it in   10:40
14  pieces.                       10:40
15        You know what DRAM circuits are; right?    10:40
16  They're these monolithic DRAM chips.          10:40
17     A   Such as in Figure 1, the Device 32.       10:40
18     Q   So you accept that as what a DRAM circuit is;  10:40
19  correct?                       10:40
20     A   I accept it.  I -- I will -- Device 32 will   10:40
21  be a DRAM -- a DRAM circuit, yes.           10:40
22     Q   Okay.  So we have DRAM circuits which are   10:40
23  monolithic chips containing DRAM cells; correct?    10:40
24     A   DRAM cells, you said.             10:40
25     Q   DRAM cells, yes.               10:40
```

17 (Pages 62 - 65)

1    A  So 30 is a DRAM cell?                10:41
2    Q  No, no.  I'm just trying to get some -- some  10:41
3  common -- what's a DRAM circuit?          10:41
4    A  A DRAM circuit, as an integrated chip, would  10:41
5  be an integrated chip that contains DRAM memory cells.  10:41
6    Q  A monolithic DRAM memory cell?        10:41
7        MR. RUECKHEIM:  Object to the form.   10:41
8        MR. SHEASBY:  Q.  Here's what I'm asking:  Do  10:41
9  you consider a chip that has embedded DRAM on it to be  10:41
10  a DRAM circuit?                          10:41
11    A  It depends.                         10:41
12    Q  Tell me why.                        10:41
13    A  I can build a FPGA that mimics a DRAM.  After  10:41
14  I program it to mimic the DRAM, I would consider it a  10:41
15  DRAM circuit.                            10:41
16    Q  What about a processor that has embedded DRAM  10:41
17  on it?                                   10:41
18    A  Oh, I understand.  It could have more than  10:42
19  just DRAM and you would have a complex chip of some  10:42
20  sort.  I understand that.  That could happen.  10:42
21    Q  So if you have more than just DRAM and DRAM  10:42
22  circuitry on it, it no longer -- you understand that's  10:42
23  not a DRAM circuit?                      10:42
24    A  I just can't --                     10:42
25        MR. RUECKHEIM:  Object to the form.   10:42

Page 66

1        THE WITNESS:  -- presume that I would  10:42
2  understand it is, that is --              10:42
3        STENOGRAPHIC REPORTER:  I'm sorry.  I'm  10:42
4  sorry.  If you can please start that over.  The  10:42
5  objection.  Covered you.                  10:42
6        MR. RUECKHEIM:  Object to the form.   10:42
7        MR. SHEASBY:  Go ahead.             10:42
8        THE WITNESS:  I gave an example just a moment  10:42
9  ago of an FPGA that have more than just DRAM on it,  10:42
10  program to mimic a DRAM.  And at that point, I call it  10:42
11  a DRAM circuit.  And it fit your definition of things  10:42
12  that I would not call a DRAM circuit.  So I think I  10:42
13  would still call that a DRAM circuit.  So I -- I would  10:42
14  answer your question no.                 10:42
15        MR. SHEASBY:  Q.  A circuit that is complex  10:42
16  functionality beyond that that is just used to store  10:43
17  information in DRAM memory cells is not a DRAM  10:43
18  circuit?                                 10:43
19        MR. RUECKHEIM:  Object to the form.   10:43
20        THE WITNESS:  If that complex functionality  10:43
21  is used just for programming the FPGA and then it's no  10:43
22  longer used, you still have a DRAM circuit.  10:43
23        So I know what you're trying to get at, but  10:43
24  your questions don't allow me to say yes.   10:43
25        MR. SHEASBY:  I understand.  I'll work on it  10:43

Page 67

1  and I appreciate you -- you keeping me precise.  10:43
2    Q  Chips that have functionality on them that is  10:43
3  other than the functionality that is used to store  10:43
4  memory, store information in memory is something  10:43
5  different than a DRAM circuit?           10:43
6        MR. RUECKHEIM:  Object to the form.   10:43
7        THE WITNESS:  That still fits a FPGA that --  10:43
8  that is programmed to be a DRAM.  So I can't answer  10:44
9  "yes" to your -- your question.          10:44
10        MR. SHEASBY:  Okay.                 10:44
11    Q  So chips that do have information -- have  10:44
12  structure on them other than structure that's used to  10:44
13  program them to act like a DRAM, or to actually have  10:44
14  DRAM memory cells on them, those are not DRAM  10:44
15  circuits?                               10:44
16        MR. RUECKHEIM:  Same objection.     10:44
17        THE WITNESS:  Vague as to what you mean by  10:44
18  the other circuitry.                     10:44
19        If you sharpen that up, I'll be able to  10:44
20  answer the question.  I can't answer it with --  10:44
21  without knowing what's going on in these chips.  10:44
22        MR. SHEASBY:  Q.  If you have chips that do  10:44
23  things like have -- do you know -- you know the  10:44
24  complex structure that's used in -- in -- to connect  10:45
25  chips together using TSV; correct?       10:45

Page 68

1    A  What kind of chips?                  10:45
2        MR. RUECKHEIM:  Object to form.      10:45
3        MR. SHEASBY:  Q.  That -- chips connecting  10:45
4  chips, stacked chips, together using TSVs,  10:45
5  through-silicon vias.                    10:45
6        Are you familiar with the technology?  10:45
7    A  Your acronym is vague.  It's either FPG,  10:45
8  or -- can you spell out your acronym so I know exactly  10:45
9  what acronym you're using?               10:45
10    Q  Through-silicon via.                 10:45
11    A  Ah, TSVs.  Yes, I'm familiar with that, yes.  10:45
12    Q  And you understand that to be able to  10:45
13  transfer information between chips in TSVs it takes  10:45
14  significant functionality on the chip?    10:45
15    A  I don't know how to answer your question.  10:45
16  What chip are you talking about has -- what  10:46
17  functionality?  I don't understand what you're -- what  10:46
18  your question is.                        10:46
19    Q  All right.  Let me get at it this way, this  10:46
20  may be easier, SDRAMs have memory buses, data address  10:46
21  control, and chip select buses; correct?   10:46
22    A  That's correct.                      10:46
23    Q  And when -- when a logic element receives the  10:46
24  four control signals we've talked about from the  10:46
25  memory system, not all four of those signals may be  10:47

Page 69

18 (Pages 66 - 69)

1  used in any one instance; is that correct?        10:47
2      A  First of all, we need to identify the control   10:47
3  signals again just so I know what question I'm asking.  10:47
4  But there's more than four control systems going to   10:47
5  the chip so I'm confused already.                10:47
6      Q  I'm not talking about the chip, I'm talking    10:47
7  about the memory module.                         10:47
8      A  To the memory module, there's more than four   10:47
9  control signals.                                 10:47
10     Q  All right.  You don't need to use all of the   10:47
11 memory -- all the control signals that are sent to the 10:47
12 memory module for any one act; correct?          10:47
13     A  Why don't you specify the signals that you    10:47
14 want to use and the signals that you don't want to use 10:47
15 so I know how to answer -- what question I'm answering. 10:47
16     Q  So what are all the control signals that are   10:47
17 sent to the memory module?                       10:47
18     A  To that, we would bring up --               10:47
19         MR. RUECKHEIM:  Object to form.           10:47
20         THE WITNESS:  -- a DDR standard.  I can show 10:47
21 you that.  Do you have a DDR standard for a memory   10:47
22 module?                                          10:48
23         MR. SHEASBY:  Q.  Give me the ones you know. 10:48
24     A  The ones I have?                           10:48
25     Q  The ones we've talked about previously.     10:48

1      A  DDR --                                     10:48
2      Q  We talked about --                         10:48
3      A  DDR, let's see.  DDR and DDR2; the DIMM      10:48
4  standards, we looked at that.                    10:48
5      Q  Maybe this is an easier way of doing it.    10:48
6  When looking at the patent, we've identified control  10:48
7  signals that go from the memory module, go from the   10:48
8  system to the memory module, or the controller to the 10:48
9  memory module; correct?                          10:48
10     A  Okay.                                      10:48
11     Q  And those can involve chip select as well as 10:48
12 bank select; is that correct?                    10:48
13     A  That is correct.                           10:48
14     Q  And even though all those four signals are   10:48
15 sent, for any one signal that is passed on to a device 10:48
16 you may not use -- a memory device, you may not use   10:48
17 all four of those signals to control the memory      10:48
18 device?                                          10:48
19     A  What do you mean by "may not use"?          10:49
20     Q  For example, you may not use the bank       10:49
21 address.                                         10:49
22     A  The bank add- -- bits that go in, do        10:49
23 something.  They control logic.  I believe they are   10:49
24 used.                                            10:49
25     Q  Even if they may not be passed on to the    10:49

1  individual device?                               10:49
2      A  Okay.  Now, when you say they are not used,  10:49
3  and you're saying they're not used on the module or   10:49
4  not used on the device?  I have to understand your -- 10:49
5      Q  Not used on the device.                    10:49
6      A  On the device.  So it may be the case --    10:49
7  these, we're talking about bank selects; right?       10:49
8      Q  Yes, sir.                                  10:49
9      A  It may be the case that the bank selects were 10:50
10 not passed on to devices without modification, but   10:50
11 those bank selects will be used on the module and    10:50
12 cause some things to change or cause some -- some    10:50
13 information to be sent to the memory devices.        10:50
14     Q  But they may not be sent to the memory      10:50
15 devices; correct?                                10:50
16        Here's -- let me give you an example, and   10:50
17 this may be the starkest.  You receive bank address   10:50
18 signals and chip address -- chip select signals from  10:50
19 the -- from the memory controller?                10:50
20     A  Yes.                                       10:50
21     Q  You don't use the bank address signal to    10:50
22 generate the chip select signal that goes on -- that  10:50
23 goes to the chip?                                10:50
24     A  I'm not aware of that ever happening.       10:50
25     Q  Okay.                                      10:51

1         THE VIDEOGRAPHER:  Counsel Sheasby, this is  10:51
2  the videographer.  May we take a media break in the   10:51
3  next five minutes?                               10:51
4         MR. SHEASBY:  Sure.  Let's do it now.       10:51
5         THE VIDEOGRAPHER:  Thank you.               10:51
6         Is that okay, Counsel Rueckheim?            10:51
7         MR. RUECKHEIM:  Yes.                        10:51
8         THE VIDEOGRAPHER:  We're going off the      10:51
9  record.  This is the end of Media Unit 2.  The time is 10:51
10 10:51 a.m.                                       10:51
11        (Recess taken.)                            10:51
12        THE VIDEOGRAPHER:  We're back on the record. 11:00
13 This is the beginning of Media Unit 3.  The time is   11:00
14 11:00 a.m.                                       11:00
15        MR. SHEASBY:  Q.  What is CAS?              11:00
16     A  CAS is the name for one of the signals that  11:00
17 control a chip.  It is -- the name is column address  11:00
18 strobe, and it -- it has a historical significance.    11:01
19 It's a little less significant today.  They left the  11:01
20 name alone as they changed the function.         11:01
21     Q  What is the current function?               11:01
22     A  It's used to -- as part of the protocol for  11:01
23 selecting chips and sending data.                11:01
24     Q  And what is latency in the context of CAS?  11:01
25     A  I think the easiest thing to do to see, a    11:01

1 timing diagram showing that latency, and I wonder 11:01
2 if -- I don't think the '215 and '417 patent have such 11:01
3 a timing diagram. I'd like to have something in front 11:01
4 of me. It's easier to explain. Do you happen to have 11:01
5 a -- 11:01
6   Q  The '912 may have a timing diagram in it. 11:01
7   A  That would be excellent. I know the '912. 11:02
8 Let's bring that up. 11:02
9   Q  I think Figure 5 has a timing diagram in it. 11:02
10   A  Okay. I have the '912 on my screen. 11:02
11   Q  And there's a number of timing diagrams in 11:02
12 Figure 4 and Figure 5. Let me know if those help you. 11:02
13 My guess is the Figure 5 timing diagram is the one 11:02
14 that is going to help. 11:02
15   A  Okay. These -- these show the latency, but 11:02
16 not the CAS latency. So I -- let me do -- let me 11:03
17 pretend that there's a CAS signal and I can talk about 11:03
18 CAS -- CAS latency, and I'm going to work with 11:03
19 Figure 4. 11:03
20   Q  Go for it. 11:03
21   A  Okay. There's a command line that says "Read 11:03
22 A" that's a command to do a read. 11:03
23       Let us suppose that the command has been 11:03
24 issued earlier and what we see where it says "Read 11:03
25 A" is a CAS single, which is a single to the chips 11:03

Page 74

1 that now is the time just to go through your 11:03
2 machinations to produce data. 11:03
3       You see where it says "Data A"? 11:03
4   Q  Yes. 11:04
5   A  Okay. Data A has now been produced at the 11:04
6 output of that chip as a result of the CAS single, the 11:04
7 pseudo-CAS single that I have inserted in Read A. And 11:04
8 the time between the Read A and the appearance of the 11:04
9 data is called the CAS latency. 11:04
10       Basically, that's the time that it takes the 11:04
11 chip to produce the data once it has been found that 11:04
12 it has to produce the data. Okay. 11:04
13       I -- I have better pictures of that 11:04
14 elsewhere. 11:04
15   Q  Yeah, I should have brought in a better 11:04
16 picture as well, it's true. 11:04
17       The CAS latency can apply to both read and 11:04
18 write; is that correct? 11:04
19   A  It -- it's a related to the write. CAS 11:05
20 latency, they're usually in the DDR specifications. 11:05
21 They speak of a read CAS latency and a write CAS 11:05
22 latency. And if we're going to do that, let's bring 11:05
23 up those standards so we can see what they're talking 11:05
24 about. 11:05
25   Q  Let's actually go to column 22 of the '215 11:05

Page 75

1 patent. 11:05
2   A  Okay. I'm in column 22. 11:05
3   Q  Actually, I think column 20. I think I got 11:05
4 it wrong. Let me find it again. 11:05
5   A  I'm in column 20. 11:05
6   Q  Let me do a word search. 11:05
7       Yeah, it's column 20. If you read through 11:06
8 column 20, lines 21 through 49, or 48. 11:06
9   A  That's the paragraph that starts "in certain 11:06
10 embodiments, the Circuit 40 comprises"; is that 11:06
11 correct? 11:06
12   Q  Yes. 11:06
13   A  Okay. And I should read that to myself? 11:06
14   Q  Yes. 11:07
15   A  Okay. 11:07
16   Q  This passage is indicating that CAS latency 11:07
17 can relate to both read and write data transfers? 11:08
18   A  That's correct. 11:08
19       MR. RUECKHEIM: Object to the form. 11:08
20       MR. SHEASBY: Okay. 11:08
21   Q  Now, let's go to Figure 6A of the '215 11:08
22 patent. And I believe that's also -- well, yeah, 11:08
23 let's go to 6A. 11:08
24   A  I'm at Figure 6A. 11:08
25   Q  And let's also look at column 11, lines 38 11:08

Page 76

1 through 57. 11:08
2   A  Okay. Just a moment. That's the paragraph 11:09
3 that begins "in certain embodiment when the second 11:09
4 read command..." et cetera? 11:09
5   Q  I know it's the paragraph above that, I 11:09
6 think. Wait. Actually, why don't you go ahead and 11:09
7 read column 38, through -- column 11, lines 38, 11:09
8 through column 12, lines 4? 11:09
9   A  All right. Column 11. And 38 begins "Due to 11:09
10 their synchronous nature, DDR SDRAM..." that's where 11:10
11 you start? 11:10
12   Q  Yes, sir. 11:10
13   A  And how far do I read? 11:10
14   Q  To column 12, line 2. 11:10
15   A  Okay. Okay. 11:10
16   Q  Give me one second. 11:11
17       What's a strobe suggest signal? 11:11
18   A  Please give me context because there's many 11:12
19 different contexts. 11:12
20   Q  What's a data strobe signal? 11:12
21   A  A data strobe signal. Okay. Let's go to the 11:12
22 figure you have. Figure, is it 6 that you're looking 11:12
23 at? 11:12
24   Q  Sure. 11:12
25   A  Okay. One moment. 11:12

Page 77

20 (Pages 74 - 77)

1  Q  I think I was looking at Figure 7, but you     11:13
2  can use Figure 6 if you prefer.                         11:13
3     A  I'm trying to rotate it on my screen.  Just a     11:13
4  moment.  Got it.  Figure 6 works better for me at the     11:13
5  moment.                                                         11:13
6     Q  Sure.                                                     11:13
7     A  This is fairly simplified.  I'm looking at     11:13
8  Figure 6A.  There's a clock that goes up and down, up     11:13
9  and down.  A cycle on the clock is an up period     11:13
10  followed by a down period, and the length of a cycle     11:13
11  is indicated by the vertical dashed lines.     11:13
12        You see the signal called DQS.  That's a     11:13
13  strobe.  The strobe provides the timing for reading     11:13
14  the data and a double data rate.  So the preamble on a     11:14
15  burst of strobes starts with the strobe going down.     11:14
16  Otherwise, you see it's at an intermediate point?     11:14
17  Okay.  So the signal that you're going to start a     11:14
18  burst is the drop that occurs in the third cycle in     11:14
19  Figure 6A.                                                     11:14
20        The data is timed to start appearing after     11:14
21  the strobe.  Now, this time at which it appears is a     11:14
22  function of the latency -- of the CAS latency of the     11:14
23  device.                                                         11:14
24        So earlier, when a read command comes in and     11:14
25  then the CAS latency appears to the device, it starts     11:14

1  counting clock cycles, and it expects the data to     11:15
2  appear, at its input pin, the amount of that read     11:15
3  latency.                                                         11:15
4        Write commands work similarly, but not quite     11:15
5  the same.  If that write command were where the first     11:15
6  Read A is -- sorry -- the write command issued earlier     11:15
7  and then the read command were the CAS, the CAS     11:15
8  control command for the right, then the -- again, the     11:15
9  device would start counting cycles.  And it would     11:15
10  expect the data from the computer to appear on its     11:15
11  input a certain number of cycles later.  And that     11:15
12  would be the write CAS latency.  It need not be the     11:16
13  same as the read CAS latency.                       11:16
14        Well, given that the data will either be     11:16
15  generated from the chip on a read or generated from     11:16
16  the computer and sent to the chip on the write, we now     11:16
17  have DQ bits appearing on a bus.                   11:16
18        Okay.  On the write, that's -- we're going to     11:16
19  pretend we have a write, the chip will look at the     11:16
20  strobe, the DQS signals, and it will sample the data     11:16
21  on the falling edge of a DQS and the rising edge of a     11:16
22  DQS.                                                            11:16
23        So you see in the fourth clock cycle, the     11:16
24  strobe falls and then rises and the two bits from the     11:16
25  computer are written into the memory, into the DDR     11:17

1  memory device.  And that continues through the length     11:17
2  of the burst.  We get two for the price of one because     11:17
3  we have an up and a down.  That's why it's called     11:17
4  double data rate.                                             11:17
5        Reads work a little differently.  When you     11:17
6  wait the required read CAS latency, the chip produces     11:17
7  the bits on its output.  And with that, it also     11:17
8  produces the strobe signals.  They're generated at the     11:17
9  chip.  And they go out to the memory.            11:17
10        You could, in theory, have one strobe --     11:17
11  strobe for each bit, but that's not the usual case.     11:17
12        Normally it's one strobe for every eight or     11:18
13  one strobe for every four, and the standards can     11:18
14  change.                                                         11:18
15        And the reason for the strobe is that path     11:18
16  lengths differ depending on where you are in the 64-     11:18
17  or 72-bit chain.                                             11:18
18        So instead of having one clock that could be     11:18
19  received by all devices at different times, you send     11:18
20  the clock that goes along the same length pathway as     11:18
21  the bits that it's controlling, and that's why we have     11:18
22  strobes.                                                        11:18
23        So in this case, for the read command, those     11:18
24  strobes follow the bits through the memory module out     11:18
25  to the computer, and the computer receives the bits at     11:18

1  the time it expects it and writes those bits into     11:18
2  memory according to the strobe's falling edge, rising     11:18
3  edge.  So that's -- that's latency and that's strobes.     11:18
4        How's that?                                            11:18
5     Q  Sure.  That's fine.                             11:19
6        And you see what I've drawn here in this red     11:19
7  box?                                                            11:19
8     A  I -- I have to -- I'm looking at my own copy.     11:19
9  So let me know -- see what we're looking at.  Is it on     11:19
10  the screen?                                                   11:19
11     Q  Yes.                                                   11:19
12     A  I have to bring that up.  Okay.  I got it.  I     11:19
13  see a red box.                                               11:19
14     Q  This is a series of data strobes; is that     11:19
15  correct?                                                        11:19
16     A  That's correct.                                   11:19
17     Q  And it leads to a gapless read of data; is     11:19
18  that correct?                                               11:19
19     A  That -- I'd have to look at what the text of     11:19
20  the patent says.  I believe that's a gap -- gapless     11:19
21  read, but I need to confirm that.  I see no gap.     11:19
22     Q  Okay.  Go ahead and confirm that.            11:19
23        But by -- by "this" I -- I -- the red box     11:19
24  is -- that I've drawn here is a continuous series of     11:19
25  data strobes.                                               11:20

21 (Pages 78 - 81)

| | | |
|---|---|---|
| 1 | A It is. | 11:20 |
| 2 | Q Okay. | 11:20 |
| 3 | A It is. | 11:20 |
| 4 | Q And I'll mark this as the next exhibit. I'll | 11:20 |
| 5 | mark this as Exhibit 12 now. | 11:20 |
| 6 | (Document remotely marked Exhibit 12 | 11:20 |
| 7 | for identification.) | 11:20 |
| 8 | THE WITNESS: Okay. | 11:20 |
| 9 | MR. SHEASBY: Q. And I'll let you go ahead, | 11:20 |
| 10 | and you were going to review. | |
| 11 | A 6A. I have to shrink the screen. I'm going | 11:20 |
| 12 | to be very careful. I'm having difficulty shrinking | 11:20 |
| 13 | my screen so I can read the 6A. If you can bring the | 11:21 |
| 14 | description 6A on your screen, that would be easier | 11:21 |
| 15 | for me. | 11:21 |
| 16 | Q Give me one second. I'm just adding this | 11:21 |
| 17 | exhibit and then I will do that next. | 11:21 |
| 18 | A Okay. | 11:21 |
| 19 | Q Okay. You wanted me to show you on my | 11:21 |
| 20 | screen -- | 11:21 |
| 21 | A Oh, I can do it on mine. I learned how to do | 11:21 |
| 22 | it. | 11:21 |
| 23 | Q I'll tell you what, I will put up Figure 6 -- | 11:21 |
| 24 | A Okay. | 11:21 |
| 25 | Q -- on my screen, and then you can have the | 11:21 |

Page 82

| | | |
|---|---|---|
| 1 | text on your screen. | 11:22 |
| 2 | A Okay. I've got the text, and I... | 11:22 |
| 3 | I see Figure 6A. I'll read the pertinent | 11:22 |
| 4 | parts so we understand what I'm looking at. | 11:22 |
| 5 | (As read:) | 11:22 |
| 6 | "Figure 6A shows exemplary" -- "an exemplary | 11:22 |
| 7 | timing diagram of this gapless read burst for a | 11:23 |
| 8 | back-to-back adjacent read condition from one memory | 11:23 |
| 9 | device." | 11:23 |
| 10 | Okay. All right. I believe that's my answer | 11:23 |
| 11 | to your question. | 11:23 |
| 12 | Q So it's a continuous burst of -- of reads? | 11:23 |
| 13 | MR. RUECKHEIM: Object to the form. | 11:23 |
| 14 | THE WITNESS: It's a continuous burst -- let | 11:23 |
| 15 | me think about that. | 11:23 |
| 16 | I'm only going to agree to what the patent | 11:23 |
| 17 | says. It says it's a gapless read burst. | 11:23 |
| 18 | MR. SHEASBY: Okay. | 11:23 |
| 19 | Q And that gapless read burst is based on a | 11:23 |
| 20 | burst of continuous data strobes that we see in the | 11:23 |
| 21 | red box anyway; correct? | 11:23 |
| 22 | A It's a continuous date -- ah, that's an | 11:23 |
| 23 | interesting question. | 11:23 |
| 24 | Q Let me ask it this way -- let me ask it this | 11:23 |
| 25 | way -- actually, you know what, we need to take our | 11:24 |

Page 83

| | | |
|---|---|---|
| 1 | break. Well, let's go a couple more minutes and then | 11:24 |
| 2 | we can take a break. | 11:24 |
| 3 | If you go down to -- you said you read | 11:24 |
| 4 | the '912 patent; is that correct? You said you're | 11:24 |
| 5 | familiar with it? | 11:24 |
| 6 | A I'm familiar with which patents now? | 11:24 |
| 7 | Q The '912 patent. | 11:24 |
| 8 | A The two patents that I'm familiar with that | 11:24 |
| 9 | I'm testifying on are the '215 and the '417. | 11:24 |
| 10 | Q I know, but, I mean, you read the '912 patent | 11:24 |
| 11 | as well; correct? | 11:24 |
| 12 | A I've not prepared -- I have read it and | 11:24 |
| 13 | looked at it, but I haven't prepared for the | 11:24 |
| 14 | deposition of reading it. | 11:24 |
| 15 | Q Okay. So let's go to the '215 and look at | 11:24 |
| 16 | the claims. And look at Claim 1 of the '215 patent. | 11:24 |
| 17 | A Okay. I don't have the whole Claim 1 on my | 11:25 |
| 18 | screen. Do you want me to do it on mine? I'll read | 11:25 |
| 19 | it on my screen. | 11:25 |
| 20 | Q Let me go ahead and stop sharing, because | 11:25 |
| 21 | that's going to be confusing. | 11:25 |
| 22 | A Okay. You want me to read all of Claim 1; is | 11:25 |
| 23 | that correct? | 11:25 |
| 24 | Q To yourself. | 11:25 |
| 25 | A Okay. | 11:25 |

Page 84

| | | |
|---|---|---|
| 1 | Q To yourself. | 11:25 |
| 2 | A Okay. | 11:27 |
| 3 | Q So you're looking at -- Claim 1 of the '215 | 11:27 |
| 4 | patent is not limited to DDR memory devices; correct? | 11:28 |
| 5 | MR. RUECKHEIM: Object to the form. | 11:28 |
| 6 | THE WITNESS: Well, it does not say it's | 11:28 |
| 7 | limited to DDR memory devices. So presumably there | 11:28 |
| 8 | may be memory devices that are not DDR that might | 11:28 |
| 9 | practice the claims of the patent, claim -- of | 11:28 |
| 10 | Claim 1. | 11:28 |
| 11 | MR. SHEASBY: Okay. Let's take a break. | 11:28 |
| 12 | I'll need 10 or 15 minutes. | 11:28 |
| 13 | THE WITNESS: Okay. Thank you. | 11:28 |
| 14 | THE VIDEOGRAPHER: We're going off the | 11:28 |
| 15 | record. This is the end of Media Unit 3. The time is | 11:28 |
| 16 | 11:28 a.m. | 11:28 |
| 17 | (Recess taken.) | 11:28 |
| 18 | THE VIDEOGRAPHER: We are back on the record. | 11:46 |
| 19 | This is the beginning of Media Unit 4. The | 11:46 |
| 20 | time is 11:46 a.m. | 11:46 |
| 21 | MR. SHEASBY: Q. Dr. Stone, did you have any | 11:46 |
| 22 | discussions with your counsel on any of the breaks? | 11:46 |
| 23 | A No, I have not. | 11:46 |
| 24 | MR. SHEASBY: I pass the witness. | 11:46 |
| 25 | MS. FINN: Sorry. Let's take just a | 11:46 |

Page 85

22 (Pages 82 - 85)

---

**Page 86**

1  five-minute break.  11:46
2      THE VIDEOGRAPHER:  Thank you.  11:46
3      We're going off the record.  This is the end  11:46
4  of Media Unit 4.  The time is 11:46 a.m.  11:46
5      (Recess taken.)  11:46
6      THE VIDEOGRAPHER:  We're back on the record.  11:54
7  This is the beginning of Media Unit 5.  The  11:54
8  time is 11:54 a.m.  11:54
9      MR. RUECKHEIM:  No questions for the Micron  11:54
10  petitioners -- Micron Defendants.  Sorry.  11:54
11  Dr. Stone, thank you for your time.  11:54
12      THE VIDEOGRAPHER:  May I go off the record  11:54
13  for the day, Counsel?  11:54
14      MR. SHEASBY:  Yes.  11:54
15      MR. DRYER:  Also, no questions for the  11:54
16  Samsung defendants.  11:54
17      THE VIDEOGRAPHER:  Thank you very much.  11:54
18      We are off the record at 11:54 a.m., and this  11:54
19  concludes today's testimony given by Dr. Harold Stone.  11:54
20  The total number of media used was five and will be  11:55
21  retained by Veritext Legal Solutions.  11:55
22      (The following was not on the video  11:55
23  recording:)  11:55
24      MR. SHEASBY:  Can I get a rough of this as  11:55
25  soon as possible?  11:55

**Page 87**

1      STENOGRAPHIC REPORTER:  Yes.  11:55
2  Counsel, would you like one as well?  11:55
3      MR. RUECKHEIM:  I'll take one as well.  11:55
4      STENOGRAPHIC REPORTER:  And regular  11:55
5  turnaround okay?  11:55
6      MR. SHEASBY:  No.  I think we need a rush.  11:55
7      STENOGRAPHIC REPORTER:  When would you like  11:55
8  it?  11:55
9      MR. SHEASBY:  Monday.  11:55
10      STENOGRAPHIC REPORTER:  Sure.  11:55
11      MS. FINN:  Same for Micron.  11:55
12      STENOGRAPHIC REPORTER:  Counsel, would you  11:55
13  like it expedited?  11:55
14      MR. RUECKHEIM:  Yeah, I'll take whatever  11:55
15  Jason says.  11:57
16      (WHEREUPON, the deposition ended  11:57
17  at 11:57 a.m.)  11:57
18      ---oOo---  12:36
19  12:36
20
21
22
23
24
25

**Page 88**

1      CERTIFICATE OF STENOGRAPHIC REPORTER
2
3      I, ANDREA M. IGNACIO, hereby certify that the
4  witness in the foregoing remote deposition was by me
5  sworn to tell the truth, the whole truth, and nothing
6  but the truth in the within-entitled cause;
7      That said remote deposition was taken in
8  shorthand by me, a disinterested person, at the time
9  and place therein stated, and that the testimony of
10  the said witness was thereafter reduced to
11  typewriting, by computer, under my direction and
12  supervision;
13      That before completion of the deposition,
14  review of the transcript [ ] was [x] was not
15  requested.  If requested, any changes made by the
16  deponent (and provided to the reporter) during the
17  period allowed are appended hereto.
18      I further certify that I am not of counsel or
19  attorney for either or any of the parties to the said
20  deposition, nor in any way interested in the event of
21  this cause, and that I am not related to any of the
22  parties thereto.
23  Dated: August 20, 2023
24
25  ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830

**Page 89**

1  Mr. Jason Sheasby, Esq.
2  jsheasby@irell.com
3      August 20, 2023
4  RE: NETLIST, INC. vs. SAMSUNG ELECTRONICS CO, LTD
5  August 18, 2023, Harold S. Stone, Ph.D. (JOB NO. 6045577)
6  The above-referenced transcript has been
7  completed by Veritext Legal Solutions and
8  review of the transcript is being handled as follows:
9  __ Per CA State Code (CCP 2025.520 (a)-(e)) -- Contact Veritext
10      to schedule a time to review the original transcript at
11      a Veritext office.
12  __ Per CA State Code (CCP 2025.520 (a)-(e)) -- Locked .PDF
13      Transcript - The witness should review the transcript and
14      make any necessary corrections on the errata pages included
15      below, noting the page and line number of the corrections.
16      The witness should then sign and date the errata and penalty
17      of perjury pages and return the completed pages to all
18      appearing counsel within the period of time determined at
19      the deposition or provided by the Code of Civil Procedure.
20  __ Waiving the CA Code of Civil Procedure per Stipulation of
21      Counsel - Original transcript to be released for signature
22      as determined at the deposition.
23  __ Signature Waived -- Reading & Signature was waived at the
24      time of the deposition.
25

23 (Pages 86 - 89)

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1   __ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF
2   Transcript - The witness should review the transcript and
3   make any necessary corrections on the errata pages included
4   below, noting the page and line number of the corrections.
5   The witness should then sign and date the errata and penalty
6   of perjury pages and return the completed pages to all
7   appearing counsel within the period of time determined at
8   the deposition or provided by the Federal Rules.
9   _X_ Federal R&S Not Requested - Reading & Signature was not
10  requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 90

1   NETLIST, INC. vs. SAMSUNG ELECTRONICS CO, LTD
2   Harold S. Stone, Ph.D. (JOB NO. 6045577)
3        E R R A T A   S H E E T
4   PAGE_____ LINE_____ CHANGE_____
5   _____
6   REASON_____
7   PAGE_____ LINE_____ CHANGE_____
8   _____
9   REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____  _____
24  WITNESS              Date
25
                                                    Page 91

                                          24 (Pages 90 - 91)

**[& - 8]**

| & |
|---|
| **&**   2:4,13 3:5 6:11,12,14 89:23 90:9 |

| 1 |
|---|
| **1**   4:13 5:15 19:1,2,4,19 20:1 29:14,17 29:18,18,25 30:3,14 31:3,4 44:4,8 54:1,3 58:18 65:17 84:16,17,22 85:3,10 90:1 |
| **10**   4:17 7:23 8:1,3,6,7,8,13 8:13,22,24 85:12 |
| **1000**   3:7 |
| **11**   76:25 77:7,9 |
| **12**   4:19 77:8,14 82:5,6 |
| **15**   85:12 |
| **16**   46:16 |
| **18**   1:21 5:6 89:5 |
| **1800**   2:6 |
| **19**   4:13 |
| **1980**   24:24 46:14 |

| 2 |
|---|
| **2**   4:14 19:23 21:7,14,16,18 21:20,23,24 |

22:1,3 30:12
30:13,14,16,21
31:2 39:22
41:4 73:9
77:14
**20**   76:3,5,7,8
88:23 89:3
**20024**   3:8
**2005**   21:10
22:4 34:1,15
35:3
**202.626.7728**
3:9
**2023**   1:21 5:6
88:23 89:3,5
**2025.520**   89:9
89:12
**2058**   4:20
22:14,17,21
41:4,7,18,19
42:4 43:4,7
**21**   4:14 76:8
**215**   21:7,8,10
21:16 29:13,16
29:25 30:21
33:24 34:2
49:8,15 54:1,4
58:20 74:2
75:25 76:21
84:9,15,16
85:3
**22**   4:20 75:25
76:2
**25**   49:12 51:1

**255**   2:16
**28**   50:14
**293**   1:7 5:21
**294**   1:14
**2:22**   1:7,14
5:21
**2y**   49:15

| 3 |
|---|
| **3**   22:19 49:12 51:1 73:13 85:15 |
| **30**   66:1 90:1 |
| **310.277.1010** 2:8 |
| **32**   46:16 65:17 65:20 |
| **35**   31:3 |
| **36**   4:15 |
| **37**   51:24 |
| **38**   76:25 77:7,7 77:9 |
| **39**   4:16 |

| 4 |
|---|
| **4**   74:12,19 77:8 85:19 86:4 |
| **40**   76:10 |
| **417**   22:20 34:2 74:2 84:9 |
| **43**   49:12 51:1 |
| **44**   36:25 37:6 |
| **48**   76:8 |
| **49**   76:8 |

| 5 |
|---|
| **5**   4:15 36:15,17 74:9,12,13 86:7 |
| **520**   2:16 |
| **57**   77:1 |

| 6 |
|---|
| **6**   77:22 78:2,4 82:23 |
| **6045577**   1:25 89:5 91:2 |
| **6345**   88:24 |
| **64**   42:24 46:24 47:2,3,15,21 48:1,6,18,23 49:1,4 80:16 |
| **650.858.6433** 2:18 |
| **6a**   76:21,23,24 78:8,19 82:11 82:13,14 83:3 83:6 |

| 7 |
|---|
| **7**   4:7,17 78:1 |
| **7,619,912**   4:13 |
| **72**   43:24 44:1,1 46:11,25 47:2 47:3,15,21 48:1,6,18,24 49:1,4 80:17 |

| 8 |
|---|
| **8**   4:16 39:9,11 39:13 41:16,22 42:19 43:14 |

Page 1

[8 - areas]

| | | | |
|---|---|---|---|
| 46:10,12 | **acrobat**  30:20 | **agreeing**  37:5 | 46:2 53:2,10 |
| **82**  4:19 | **acronym**  69:7,8 | **ah**  69:11 83:22 | 55:1,6,22 59:1 |
| **9** | 69:9 | **ahead**  15:6 | 61:9,11 65:11 |
| **9,858,215**  4:14 | **act**  68:13 70:12 | 37:7 49:11 | 67:14 68:8,20 |
| 4:19 | **action**  6:2 | 54:4 57:11 | 68:20 69:15 |
| **900**  2:6 | **active**  23:17 | 67:7 77:6 | 70:15 83:10 |
| **90067**  2:7 | **actual**  17:8,12 | 81:22 82:9 | **answered**  27:5 |
| **912**  18:23,25 | **actually**  12:22 | 84:20 | **answering**  12:3 |
| 20:1,22,25 | 60:3 68:13 | **al**  5:18 | 70:15 |
| 21:4 74:6,7,10 | 75:25 76:3 | **allow**  44:1 | **apart**  53:1 |
| 84:4,7,10 | 77:6 83:25 | 47:10 55:10 | **apologize**  8:18 |
| **94065**  2:17 | **ad**  59:6 | 57:25 67:24 | **apparently** |
| **9830**  1:24 | **add**  39:3,6 | **allowed**  88:17 | 31:1 |
| 88:25 | 71:22 | **allows**  12:4 | **appear**  79:2,10 |
| **9:00**  5:2 | **adding**  82:16 | **altered**  48:16 | **appearance**  6:5 |
| **a** | **addition**  60:20 | **alternative** | 6:7 75:8 |
| **a.m.**  5:2,6 | 63:1,4,5 64:4 | 59:18 60:8 | **appearing**  5:23 |
| 19:20,24 73:10 | **address**  50:18 | 62:6,8 | 78:20 79:17 |
| 73:14 85:16,20 | 59:6,11,11 | **ambiguity** | 89:18 90:7 |
| 86:4,8,18 | 64:17 69:20 | 55:15,17,21,23 | **appears**  39:13 |
| 87:17 | 71:21 72:17,18 | 56:4,12,14 | 78:21,25 |
| **ability**  60:21,24 | 72:21 73:17 | **ambiguous** | **appended** |
| 63:22 | **adjacent**  83:8 | 57:13 | 88:17 |
| **able**  9:22 28:20 | **adobe**  30:7,19 | **america**  1:9 | **application** |
| 32:8,12 33:6 | **adopted**  20:17 | **amount**  79:2 | 22:4 |
| 68:19 69:12 | 20:23 | **ampersand** | **applies**  57:7 |
| **above**  77:5 | **advance**  48:6 | 59:7 | **apply**  75:17 |
| 83:21 89:6 | **advise**  30:1 | **andrea**  1:24 | **appreciate**  68:1 |
| **accept**  21:13,14 | **affiliations**  6:7 | 5:25 88:3,25 | **approach**  38:3 |
| 63:11 65:18,20 | **ago**  67:9 | **angeles**  2:7 | **approaching** |
| **accepted**  22:6 | **agree**  5:13 | **answer**  9:22,23 | 37:15 |
| **access**  30:19 | 34:23 35:9,15 | 13:15 14:2 | **area**  40:18 |
| **accused**  18:5 | 35:17 38:2,8 | 15:22 27:5 | 42:25 43:15 |
| 18:10,11 29:7 | 63:17 83:16 | 33:10 42:16 | **areas**  42:24 |
| | | 44:13 45:21 | |

Page 2

**[arrays - buffer]**

**arrays** 15:23,25
**art** 7:20 9:18
  37:14 45:6,10
  45:22 61:8
  65:2
**asics** 15:10,11
  15:18
**asked** 7:9,19
  9:23 20:24
  25:17 33:11
  34:6,12 35:13
  37:19 39:14
  44:3 49:6
  50:22 56:11
  65:11
**asking** 8:5 9:21
  17:21 20:10
  34:14 35:12
  44:11 45:14,19
  49:21,22 52:16
  55:7,9 57:24
  59:2,25 60:25
  61:7 64:13
  66:8 70:3
**associated** 11:4
  13:9
**attorney** 6:8
  88:19
**attributes**
  32:16,22,24
**audio** 5:12 8:5
**august** 1:21 5:6
  88:23 89:3,5
**available** 18:2

**avenue** 2:6 3:7
**aware** 9:9 12:9
  35:7 48:16
  62:2 72:24

**b**

**b** 4:11 90:1
**back** 12:23
  18:21 19:22
  30:20 38:25
  73:12 83:8,8
  85:18 86:6
**background**
  30:11,14 47:20
**bank** 4:20 23:5
  23:12 24:13,15
  34:7 41:21,25
  42:2 59:11
  71:12,20,22
  72:7,9,11,17,21
**banks** 23:22
  24:3,7,10,15,19
  40:12,13 41:18
  41:21 46:9
**based** 83:19
**basic** 9:15
**basically** 12:12
  38:2 75:10
**bear** 8:14
**becoming** 63:9
**began** 46:23
**beginning** 6:7
  7:17 19:23
  73:13 85:19
  86:7

**begins** 77:3,9
**behalf** 6:15
**belief** 18:16
  20:21
**believe** 7:16
  15:2 17:13
  18:25 20:9,18
  20:21 24:5
  25:4 27:3
  28:16 33:16
  34:18 35:1
  36:2 38:18
  48:10 51:18
  71:23 76:22
  81:20 83:10
**best** 11:15
  14:21 41:24
  42:11
**better** 26:7
  27:1 64:1
  75:13,15 78:4
**beyond** 45:19
  67:16
**bit** 42:24 46:11
  46:12 48:17,23
  48:24 80:11,17
**bits** 43:24 44:1
  46:10,16,16
  48:1,6 71:22
  79:17,24 80:7
  80:21,24,25
  81:1
**block** 40:18
  42:25 43:15,18
  43:19,20,23

**blocks** 42:23
  43:3
**board** 43:20
**bold** 30:18
**book** 24:13,13
  24:18,19,23
  25:1 46:8
**boolean** 10:21
  11:22 12:13
**bottom** 30:2
**box** 81:7,13,23
  83:21
**break** 53:1 73:2
  84:1,2 85:11
  86:1
**breaking** 8:5
**breaks** 85:22
**bring** 70:18
  74:8 75:22
  81:12 82:13
**broad** 10:14
  17:18
**broader** 52:3
  52:23 53:14
**broadly** 11:24
  52:18
**brought** 75:15
**browser** 8:10
  8:16
**buffer** 49:16,25
  50:3,7,12,18,20
  50:21,24 54:7
  54:20,21 55:12
  55:15,15,17,19
  55:20,25 56:1

Page 3

[buffer - claim]

56:3,16,18,19
56:20 57:6
58:1
**buffered** 57:23
**buffering** 50:8
56:7
**buffers** 54:13
56:3
**build** 61:8
66:13
**building** 33:7
48:14
**burst** 78:15,18
80:2 83:7,12
83:14,17,19,20
**bus** 54:9,10
65:10 79:17
**buses** 65:7
69:20,21
**bytes** 46:12

**c**

**c** 2:1 3:1
**ca** 89:9,12,20
**california** 2:7
2:17
**call** 13:1 67:10
67:12,13
**called** 26:13,17
46:10 75:9
78:12 80:3
**calling** 64:15
**camera** 5:9
27:22 28:13,14
28:20

**cameras** 28:2,5
**card** 26:10,12
26:17,18 28:22
**careful** 82:12
**cas** 73:15,16,24
74:16,17,18,18
74:25 75:6,7,9
75:17,19,21,21
76:16 78:22,25
79:7,7,12,13
80:6
**case** 5:20 11:23
12:6 13:10
18:5,10,12
20:18,20 25:4
28:24 29:10
33:13 38:3
48:11,13 63:18
63:20 72:6,9
80:11,23
**cases** 61:23
**catch** 7:16
**cause** 72:12,12
88:6,21
**ccp** 89:9,12
**ccrr** 1:24 88:25
**cell** 66:1,6
**cells** 13:13
65:23,24,25
66:5 67:17
68:14
**certain** 7:13,20
32:1 76:9 77:3
79:11

**certificate** 88:1
**certified** 6:23
**certify** 88:3,18
**cetera** 42:24
77:4
**chain** 80:17
**change** 46:13
47:11,14 72:12
80:14 91:4,7
91:10,13,16,19
**changed** 73:20
**changes** 88:15
**charged** 33:7
**check** 8:17
**chip** 26:19
40:14 43:25
44:16,20,24
45:12,24 47:5
47:8 55:25
56:2,3,15,17,19
56:19 59:11
66:4,5,9,19
69:14,16,21
70:5,6 71:11
72:18,18,22,23
73:17 75:6,11
79:15,16,19
80:6,9
**chips** 40:19
43:1,22 44:2,3
46:19 55:18,19
56:2,6 65:16
65:23 68:2,11
68:21,22,25
69:1,3,4,4,13

73:23 74:25
**chris** 3:6 6:14
**circuit** 13:10
16:11 49:16,24
49:24,25 50:8
51:11,15 52:2
54:9,10,18
55:11 56:8
57:6,10,15,19
57:22 58:1
65:18,21 66:3
66:4,10,15,23
67:11,12,13,15
67:18,22 68:5
76:10
**circuitry** 9:18
9:19,25 10:3,5
10:7,9,10,13,17
10:20,20,22,25
11:3,22 17:1,1
17:7,8,23,24,24
17:24 66:22
68:18
**circuits** 12:13
50:9 52:22
53:14,16,20,23
65:15,22 68:15
**circuity** 17:1
**cited** 35:18
**city** 2:17
**civil** 89:19,20
**claim** 22:5,7
45:17 54:1,3,4
56:9 57:5,7,23
58:4 84:16,17

Page 4

[claim - considering]

84:22 85:3,9 85:10
**claims** 22:3 33:21,22 51:25 59:25 84:16 85:9
**clarification** 10:12
**clarify** 9:22 10:10
**clearer** 35:13
**click** 8:10 23:16
**clock** 61:24 62:3,12,23,24 63:8,23 64:1,2 64:8,21 78:8,9 79:1,23 80:18 80:20
**clr** 1:24 88:25
**code** 89:9,12,19 89:20
**column** 29:18 30:3,4,14 31:3 31:4 49:12 51:1,24 59:10 73:17 75:25 76:2,3,5,7,8,25 77:7,7,8,9,14
**combine** 41:9
**come** 8:11 25:13 39:14
**comes** 23:18 78:24
**coming** 8:15,21 21:22

**command** 50:18 51:3,5,7 62:4 74:21,22 74:23 77:4 78:24 79:5,6,7 79:8 80:23
**commands** 61:24 62:12 63:18 64:8 79:4
**commit** 37:4
**common** 64:22 66:3
**communicate** 33:6
**compatible** 34:19
**competing** 24:6 24:9
**completed** 89:7 89:17 90:6
**completion** 88:13 90:10
**complex** 12:6 66:19 67:15,20 68:24
**compliance** 37:16
**compliant** 38:14 48:20
**comply** 38:19 38:21
**complying** 36:6 37:24 38:4

**component** 23:24 40:14
**components** 23:23 24:1,16 43:11 55:16
**compound** 53:2 53:8
**comprise** 55:16
**comprises** 56:1 76:10
**computer** 11:18,21,25 12:13 13:1,5,9 13:11,13,14,19 13:20,22,25 14:1,5,13,16,17 14:24 15:2 16:10,18,19,21 17:5,17 21:24 25:22 26:1,4 26:19,22,25,25 27:8,11,18,22 31:11,14,15,19 31:20,23 32:7 32:11,16,21,23 33:3,6,14,18,19 36:20,21,22 39:14,16,16 79:10,16,25 80:25,25 88:11
**computers** 13:2 27:4
**concierge** 3:14 8:9 19:8

**concludes** 86:19
**condition** 83:8
**conducted** 5:8 5:22
**configuration** 11:4
**configure** 13:12
**configured** 50:17
**confirm** 28:17 38:9 81:21,22
**confirmed** 38:24 48:13 49:3
**confused** 70:5
**confusing** 84:21
**connect** 27:11 27:18 31:15,19 32:2,8,12 68:24
**connectable** 25:22 26:3
**connected** 26:1
**connecting** 69:3
**connection** 5:9
**consider** 45:6 59:8,14 66:9 66:14
**considering** 55:18

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[consistent - cycle]**

**consistent**
40:23 41:13
42:5,8,17,18
43:4,6
**constant** 48:4
**construct** 16:7
**construction**
10:4
**construed** 10:3
**contact** 89:9
**containing**
65:23
**contains** 25:6
66:5
**contemplating**
33:13
**contentions**
18:16
**context** 13:5
32:15,21,23
44:22 45:1
47:4,12,19
48:2,4 50:21
50:23 60:12,14
61:4,12,15
73:24 77:18
**contexts** 77:19
**continue** 5:12
6:17
**continues** 80:1
**continuous**
81:24 83:12,14
83:20,22
**contradict**
51:12

**contradicts**
51:9,21
**contrast** 12:15
**control** 49:16
49:24 58:7,10
59:3,4,7,8,9,12
59:15,19 60:1
60:6,8,20,21
61:5,9,16,21,22
61:23 62:7,16
63:2 64:5,6,17
69:21,24 70:2
70:4,9,11,16
71:6,17,23
73:17 79:8
**controlled**
25:23
**controller**
25:23 26:21
27:19 28:18
31:20,24 32:1
32:4,5,8,13
71:8 72:19
**controllers**
26:25 27:12
31:15,25
**controlling**
80:21
**controls** 28:11
**controversial**
21:6
**copy** 81:8
**copyright** 40:1
40:2,4

**correct** 7:10,11
7:15,16,21,22
10:8 13:23
14:5,10,13,14
15:8,9,10
16:12 18:13
20:2,3,6,17,23
26:19,22,23
27:8 28:4,6,9
28:15,19,25
30:22,23 31:16
32:8 33:22
34:21 35:10
36:6 38:22
40:25 41:6
45:7 46:25
47:2,11 49:1
49:17 51:11,15
52:4,9,20,21,24
53:18,22 54:14
55:4 56:21,24
57:20 58:20,21
59:21 60:6
62:23 63:2
65:7,19,23
68:25 69:21,22
70:1,12 71:9
71:12,13 72:15
75:18 76:11,18
81:15,16,18
83:21 84:4,11
84:23 85:4
**corrections**
89:14,15 90:3
90:4

**correctly** 27:6
43:4
**counsel** 5:16
6:6,12 19:4,11
54:23 73:1,6
85:22 86:13
87:2,12 88:18
89:18,21 90:7
**counting** 79:1,9
**couple** 84:1
**coupled** 54:7
**course** 9:16
60:13
**court** 1:1 5:19
5:25 6:18
**covered** 67:5
**create** 9:10,13
49:23
**created** 16:11
25:1 40:10,19
43:1 46:23
**creating** 38:14
49:15,15
**credible** 24:8
34:22 35:2,4
**crosshatch**
59:6
**crr** 1:24 88:25
**cs** 59:6
**csr** 1:24,24
88:25
**current** 73:21
**cv** 1:7,14 5:21
**cycle** 62:3,13
62:23,24 63:8

Page 6

**[cycle - devices]**

63:19,23 64:1
64:3,8,21 65:3
78:9,10,18
79:23
**cycles** 79:1,9,11

**d**

**d** 4:1
**dashed** 78:11
**data** 33:4,5
40:18 42:25
51:5,5,7 63:7
69:20 73:23
75:2,3,5,9,11
75:12 76:17
77:20,21 78:14
78:14,20 79:1
79:10,14,20
80:4 81:14,17
81:25 83:20
**date** 19:9 21:1
21:10 22:2,5,8
22:10,11 83:22
89:16 90:5
91:24
**dated** 88:23
**day** 86:13
**dc** 3:8
**ddr** 20:4,6,7,11
20:15,23 21:3
22:10,12 46:24
47:1,4,22,24
48:2,5,10,15
49:2 52:3,9,11
52:11,16,19,23
53:4,11,15,20

53:23 61:20
62:11 63:18
70:20,21 71:1
71:3,3 75:20
77:10 79:25
85:4,7,8
**ddr2** 47:1
48:10 49:2
61:20 62:11
63:18 71:3
**ddr3** 49:5
**ddr4** 49:5
**ddr5** 49:5
**deal** 21:5
**dealing** 11:23
37:14 47:12
**decide** 17:14
**declaration**
19:5 36:11
37:1
**decoded** 59:20
60:10 62:10
**decodes** 62:13
63:19
**dedicated** 57:5
**def** 13:4
**defendant** 2:12
3:4
**defendants**
1:10,17 6:11
86:10,16
**define** 34:20
**defined** 14:25
20:6,11 22:9
41:18,22 42:2

47:13 48:5
52:12,15,17
53:4,12,17
62:2
**defines** 52:19
**defining** 50:7
52:17
**definition**
10:14 11:6,16
11:18,21 13:5
20:8 24:2,10
24:12 25:16
34:16,19,23
35:1,2 38:25
40:24 41:25
42:7 44:9,19
44:19 46:9
64:13 67:11
**definitions** 12:9
12:12 14:23
24:6,7
**demanded** 4:15
**depending**
42:22 47:22
80:16
**depends** 5:8
41:16 66:11
**deponent** 88:16
**deposition** 1:19
5:1,7,16,22
19:7 64:20
84:14 87:16
88:4,7,13,20
89:19,22,24
90:8,10

**describe** 64:10
**described**
11:24 49:14
56:2 64:11,12
**describes** 51:2
**describing**
49:23 51:1
**description**
82:14
**design** 50:7
51:10,14
**designing**
47:19
**determination**
18:3
**determine**
20:20 34:8
**determined**
21:3 89:18,22
90:7
**developed** 36:5
37:23
**device** 33:8
47:13 57:8,9
57:12 61:8
65:17,20 71:15
71:16,18 72:1
72:4,5,6 78:23
78:25 79:9
80:1 83:9
**devices** 13:2
14:10 15:7
46:24 47:11,19
47:24 48:15,20
52:9,9,11,11,16

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[devices - encompasses]**

52:20,23,24
53:4,4,11,15,17
53:21,24 56:8
56:23 57:3
58:14,14 72:10
72:13,15 80:19
85:4,7,8
**diagram** 74:1,3
74:6,9,13 83:7
**diagrams** 74:11
**dictionaries**
12:12
**differ** 80:16
**difference** 23:5
23:12
**different** 9:14
9:15 10:3 13:4
17:19 25:14
31:22 34:3
41:8,9,12 44:2
55:16 68:5
77:19 80:19
**differentiate**
12:25
**differentiating**
13:24
**differently** 42:2
42:4 80:5
**difficulty** 82:12
**dig** 21:15
**digital** 28:13,14
**dimm** 71:3
**directed** 28:24
33:17 35:9,16
35:19,22

**direction** 88:11
**directory** 39:13
**disagree** 24:2
34:15,24
**discussions**
12:23 85:22
**disinterested**
88:8
**distinct** 65:7,10
**distinction** 9:17
**distinguish**
40:11
**distinguishing**
10:9
**district** 1:1,2
5:19,19,20
**division** 1:3
**doc** 39:19
**document** 7:23
19:2 21:20
22:14 36:17
39:9,19 82:6
**documents**
42:8
**doing** 46:14
62:9 71:5
**doorstop** 25:20
**double** 78:14
80:4
**download** 8:13
8:14 21:23
39:15
**downloaded**
8:16

**downloading**
21:23 22:23
36:20,21
**dq** 79:17
**dqs** 59:9 78:12
79:20,21,22
**dr** 5:16 9:1
19:5 85:21
86:11,19
**dram** 10:1,5
23:22,23,25
24:16,17 43:10
65:15,16,18,21
65:21,22,23,24
65:25 66:1,3,4
66:5,6,9,10,13
66:14,15,16,19
66:21,21,23
67:9,10,11,12
67:13,17,17,22
68:5,8,13,14,14
**drawn** 9:18
81:6,24
**drive** 2:16
**drop** 78:18
**dryer** 3:6,10
6:14,14 86:15
**due** 20:9 77:9
**dynamically**
47:11

**e**

**e** 2:1,1 3:1,1 4:1
4:11 89:9,12
90:1 91:3,3,3

**earlier** 14:24
51:22 74:24
78:24 79:6
**easier** 54:5
69:20 71:5
74:4 82:14
**easiest** 73:25
**eastern** 1:2
5:19
**easy** 42:16
**edge** 79:21,21
81:2,3
**edition** 24:24
**eight** 55:18,19
55:25 56:2
61:24 80:12
**either** 8:9 37:4
46:24 47:14,21
48:6,18 49:1,4
69:7 79:14
88:19
**electronics** 1:8
1:8 89:4 91:1
**element** 69:23
**embedded** 66:9
66:16
**embodiment**
77:3
**embodiments**
76:10
**encompass**
13:14
**encompasses**
52:3,6

Page 8

**[encompassing - form]**

| | | | |
|---|---|---|---|
| **encompassing** 16:10,17 | 8:1,3,6,7,8,13 8:13,22,24 | **f** | **filing** 34:1 |
| **encountered** 23:15 | 18:20,24 19:1 19:2,4 20:1 | **fact** 24:6 64:1 | **final** 55:6 |
| **ended** 87:16 | 21:7,17,18,20 | **fair** 9:13 46:22 61:6 | **financially** 6:3 |
| **ends** 63:8 | 21:23,24 22:14 | **fairly** 78:7 | **find** 42:1 48:11 76:4 |
| **engineered** 42:23 | 22:17,17,19,21 22:23 30:21 | **falling** 79:21 81:2 | **fine** 53:1 81:5 |
| **entitled** 88:6 | 36:15,17 39:4 | **falls** 79:24 | **finn** 85:25 87:11 |
| **errata** 89:14,16 90:3,5 | 39:6,9,11,13 41:2,4,7,16,18 | **familiar** 9:6,8 35:25 36:2 | **firm** 6:1 |
| **esq** 2:5,14,15 3:6 89:1 | 41:22 42:4,19 43:14 82:4,5,6 | 54:16 69:6,11 84:5,6,8 | **first** 12:18,19 18:6 23:15 |
| **et** 5:18 42:24 77:4 | 82:17 | **faqs** 4:20 22:22 | 24:24 37:7 50:18,22 51:3 |
| **event** 88:20 | **exhibits** 36:13 41:9 | **far** 46:4 77:13 | 51:5 54:8,17 57:7,14 58:13 |
| **exactly** 15:17 17:19 38:9 69:8 | **exist** 24:7 54:14 | **faster** 8:19,20 54:5 | 70:2 79:5 |
| **examination** 4:6 7:1 | **existed** 36:1 | **feature** 65:6 | **fish** 3:5 6:14 |
| **example** 10:1,5 10:14 12:16,19 | **existence** 25:2 | **federal** 90:1,8,9 | **fit** 67:11 |
| 24:21 26:16 27:2,17 33:25 | **expect** 79:10 | **field** 15:23,25 16:3,8 29:13 | **fits** 68:7 |
| 46:8 67:8 71:20 72:16 | **expects** 79:1 81:1 | 29:22 30:8,15 30:16 31:5 | **five** 73:3 86:1 86:20 |
| **examples** 13:22 | **expedited** 87:13 | 35:2 37:23 45:7,10 | **flash** 53:9,9 |
| **excellent** 74:7 | **experience** 35:7 | **figure** 14:7 15:1 58:17,18 | **flip** 13:12 |
| **except** 13:1 | **expert** 7:9,12 7:12 45:17,22 | 59:24 62:18 65:17 74:9,12 | **flops** 13:12 |
| **exemplary** 83:6 83:6 | **explain** 55:23 74:4 | 74:12,13,19 76:21,24 77:22 | **folder** 8:10 |
| **exhibit** 4:12,13 4:14,15,16,17 4:19,20 7:23 | **explored** 48:9 48:10 | 77:22 78:1,2,4 78:8,19 82:23 | **folks** 35:25 |
| | **extra** 8:18 | 83:3,6 | **follow** 80:24 |
| | | **filed** 5:18 22:4 | **followed** 78:10 |
| | | | **following** 86:22 |
| | | | **follows** 6:24 89:8 |
| | | | **foregoing** 88:4 |
| | | | **form** 9:7,20 11:10 12:1 13:7 16:13 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[form - harold]**

17:4,11 24:4
24:11 25:3
27:13 29:5
32:9,18 33:15
34:5 35:5 36:7
37:17 38:17
41:1,14 44:17
44:25 45:13,25
47:6 48:8
49:18 50:13
51:16 53:7
55:13 56:10
57:1 58:2,24
59:22 60:23
63:3,24 64:25
65:8 66:7,25
67:6,19 68:6
69:2 70:19
76:19 83:13
85:5
**forming** 55:18
**found** 75:11
**four** 42:23 43:3
43:15 61:4,5
61:16,17 65:10
69:24,25 70:4
70:8 71:14,17
80:13
**fourth** 79:23
**fp** 13:22
**fpg** 69:7
**fpga** 14:1,18
66:13 67:9,21
68:7

**fpgas** 13:23
**fr.com** 3:10
**frcp** 90:1
**friday** 1:21
**front** 74:3
**frozen** 30:7
31:1
**full** 7:4
**function** 73:20
73:21 78:22
**functionality**
56:7 67:16,20
68:2,3 69:14
69:17
**further** 88:18
**future** 44:10,12

**g**

**gap** 81:20,21
**gapless** 81:17
81:20 83:7,17
83:19
**gate** 4:17
**gates** 9:3,10,12
9:14
**gather** 64:20
**general** 27:14
31:17 38:6,8
45:5 61:1,2,2,3
**generally** 31:10
**generate** 72:22
**generated**
79:15,15 80:8
**generically**
25:17

**george** 3:14
**give** 11:2,15
18:21 27:17
39:6 44:1
45:14 46:8
70:23 72:16
77:16,18 82:16
**given** 79:14
86:19
**giving** 10:5
**go** 5:13 8:20
15:6 17:9,22
18:23 19:12
21:14 22:1
29:12 30:24
31:3 33:21,24
36:11,24 37:7
38:25 39:3,5
39:20 43:14
49:8,11 51:24
53:25 54:4
57:11 58:17
67:7 71:7,7,22
74:20 75:1,25
76:21,23 77:6
77:21 80:9
81:22 82:9
84:1,3,15,20
86:12
**goal** 36:6 37:24
38:4
**goals** 36:8
**goes** 72:22,23
78:8 80:20

**going** 5:6 8:13
19:14,17 21:22
30:19 31:23
38:8 39:3,6,15
39:16 41:6
47:13,15,21
55:1 68:21
70:4 73:8
74:14,18 75:22
78:15,17 79:18
82:10,11 83:16
84:21 85:14
86:3
**good** 5:5 7:3
12:24
**great** 47:9
**greater** 44:4,8
**group** 40:11
**guess** 62:6
74:13

**h**

**h** 4:11 91:3
**hand** 25:10
30:3
**handled** 89:8
**happen** 66:20
74:4
**happening**
72:24
**hard** 27:21
**harold** 1:19 4:3
5:16 6:21 7:5
19:7 86:19
89:5 91:2

**[hear - jedec]**

| | | | |
|---|---|---|---|
| **hear** 8:2 | **include** 10:13 | **instance** 10:1 | **internet** 5:9 9:1 |
| **heard** 5:10 9:25 | 51:10 | 32:11 48:15 | **interpretation** |
| 32:5 | **included** 89:14 | 70:1 | 51:19 |
| **help** 74:12,14 | 90:3 | **instances** 62:3 | **interpreted** |
| **hereto** 88:17 | **includes** 16:25 | 62:12 | 62:24 |
| **hey** 25:11 | **inconsistent** | **integrated** | **introductory** |
| **hidden** 60:14 | 24:6 42:5 | 49:16,24,25 | 9:16 |
| 61:13 | **indicate** 50:21 | 50:8 51:11,15 | **invention** 29:13 |
| **high** 51:2,4 | **indicated** 78:11 | 52:2,22 53:14 | 29:22,22 30:8 |
| **highlighted** | **indicating** | 53:16,20,23 | 30:11,15,15,17 |
| 30:18 | 76:16 | 54:8,10,18 | 31:5,10 |
| **historical** 73:18 | **individual** | 55:11 56:8 | **inventors** 36:9 |
| **history** 45:16 | 23:22 24:16 | 57:6,10,15,18 | 37:20 38:10,12 |
| **hold** 18:20 26:5 | 72:1 | 57:22 58:1,14 | **involve** 14:12 |
| **hope** 42:15 | **individually** | 58:16 66:4,5 | 20:7 31:23 |
| **hours** 42:13 | 53:3 | **intellect** 13:3 | 71:11 |
| **house** 27:20 | **industry** 40:11 | **intended** 27:3 | **irell** 2:4 |
| 28:2,5 | **information** | 35:24 | **irell.com** 2:9 |
| **how's** 81:4 | 18:2 29:10 | **intent** 37:20 | 89:2 |
| **huh** 41:20 | 34:10 59:20 | **interact** 33:18 | **irrelevant** |
| **human** 12:17 | 60:10,22 62:9 | **interaction** | 63:16 |
| 12:18,21,25 | 62:16 63:2 | 37:3 | **issue** 38:2 |
| **humans** 13:2 | 64:5,6,18 65:4 | **interchangea...** | **issued** 74:24 |
| | 67:17 68:4,11 | 24:20 | 79:6 |
| **i** | 69:13 72:13 | **interested** 6:3 | |
| | **infringement** | 88:20 | **j** |
| **identification** | 18:5,10,12,15 | **interesting** | |
| 7:24 19:3 | **innate** 48:15 | 83:23 | **james** 6:12 |
| 21:21 22:15 | **input** 58:6,10 | **interface** 26:24 | **jason** 2:5,15 |
| 36:18 39:10 | 58:15,22 59:2 | **interfaces** | 6:9 87:15 89:1 |
| 82:7 | 59:15 79:2,11 | 26:18,21 | **jedec** 20:6,8,9,9 |
| **identified** 59:5 | **inputs** 58:13 | **interfacing** | 20:12,14,23 |
| 71:6 | **inserted** 75:7 | 24:14 33:14 | 22:9,11 35:10 |
| **identify** 70:2 | **installed** 26:9 | **intermediate** | 35:16,20,25 |
| **ignacio** 1:24 | | 78:16 | 36:2,6 37:16 |
| 5:25 88:3,25 | | | 38:5,14,19,22 |
| | | | 40:10 44:22 |

**[jedec - looked]**

45:1,2,7,10,16
45:18,23 46:3
46:14,23 47:4
47:10,12,12,20
48:4,14,20
52:3,12,15,17
52:19 53:5,12
53:17,23 58:7
60:20,25 61:4
61:15,16 62:7
62:15,18 65:6
**job**  1:25 89:5
91:2
**jrg**  1:7,14 5:21
**jsheasby**  2:9
89:2
**jury**  4:15

**k**

**kasa**  27:20,22
27:25 28:2
**keeping**  68:1
**kind**  39:24 69:1
**kinds**  35:23
**kirkland**  5:23
**know**  10:17,22
12:25 15:16
17:19 18:4,9
18:11 19:10
20:4 21:1 22:6
25:25 27:5
29:1,3 31:18
34:20 35:17,17
35:23 36:8,15
37:21 39:11
41:11 42:1

43:24 44:3,5
45:2,3,16 46:7
46:13,20 47:16
50:23 52:5,8
54:21 56:20
58:6,10 61:12
65:10,15 67:23
68:23,23 69:8
69:15 70:3,15
70:23 74:7,12
77:5 81:9
83:25 84:10
**knowing**  68:21
**knowledge**
41:22

**l**

**language**  55:5
**latency**  73:24
74:1,15,16,18
75:9,17,20,21
75:22 76:16
78:22,22,25
79:3,12,13
80:6 81:3
**law**  54:25 55:1
**lawyer**  55:2
**leads**  81:17
**learned**  82:21
**leave**  33:4
**left**  30:3 73:19
**legal**  6:1 54:15
54:19 55:7
86:21 89:7
**legally**  54:21

**length**  78:10
80:1,20
**lengths**  80:16
**level**  49:1 51:2
51:4
**libbares**  3:14
**license**  1:24
**limit**  54:13
**limited**  85:4,7
**limiting**  32:3
**lin**  2:15 6:12
**line**  46:13
74:21 77:14
89:15 90:4
91:4,7,10,13,16
91:19
**lines**  49:12
50:14 51:1
59:6 61:5 76:8
76:25 77:7,8
78:11
**literally**  8:25
**litigation**  51:19
**little**  73:19 80:5
**llc**  1:16
**llp**  2:4,13
**loading**  36:20
**locked**  89:12
90:1
**logic**  4:17 9:3
9:10,13,18
10:7,9,13,14,15
10:17,20,21
11:4,7,17,18,19
11:21,25 12:9

12:13,16,17,18
12:20,21,21
13:1,1,5,9,11
13:12,13,14,14
13:19,20,22,25
13:25 14:1,2,5
14:5,9,10,10,11
14:12,13,16,17
14:18,18,19,24
14:24 15:2,3,3
15:4,8,8,12,14
15:14,18,18,23
15:24 16:5,6
16:10,11,17,18
16:18,20,21,25
17:5,17 59:20
62:10 69:23
71:23
**logical**  15:7
17:23
**logician**  12:22
**logictry**  17:5
**longer**  66:22
67:22
**look**  7:25 8:3,6
8:7,8 12:10
17:9,22 22:1
30:8 34:9 40:2
45:14 46:20
51:25 53:25
54:3,17 58:4
76:25 79:19
81:19 84:15,16
**looked**  25:10
29:9 71:4

Page 12

**[looked - micron]**

| | | | |
|---|---|---|---|
| 84:13 | 39:9 82:6 | 10:22,24 11:3 | 52:23,23 53:4 |
| **looking** 22:25 | **marshall** 1:3 | 13:5,11,13,14 | 53:4,11,14,15 |
| 29:17 30:10 | 5:20 | 13:18,20,25 | 53:16,17,20,20 |
| 39:25 41:5,6 | **materials** 34:8 | 14:2,5,12,23 | 53:23 54:8,9 |
| 41:22,25 42:19 | **matter** 5:17 7:7 | 15:3,12 16:11 | 54:10,10,18 |
| 42:20 50:14,19 | 16:7 | 16:18 18:17 | 55:11 56:8,23 |
| 71:6 77:22 | **mean** 7:21 10:6 | 20:11 23:24 | 57:3,6,8,9,10 |
| 78:1,7 81:8,9 | 11:18 14:17 | 24:17,18 25:1 | 57:12,15,18,22 |
| 83:4 85:3 | 15:3,4,16 34:9 | 25:1,5,6,7,11 | 57:22 58:1,7 |
| **looks** 18:20 | 41:17 43:24 | 25:12,14,18,19 | 58:14,23 61:6 |
| 30:14 | 48:1,1 50:23 | 25:21,21,23,25 | 63:19 65:6 |
| **los** 2:7 | 52:5 54:24 | 26:3,8,10,11,12 | 66:5,6 67:17 |
| **lost** 18:19 | 55:18 57:10 | 26:21,24,25 | 68:4,4,14 |
| 50:23 | 61:13 63:12 | 27:10,11,11,17 | 69:20,25 70:7 |
| **m** | 68:17 71:19 | 27:18,21,24 | 70:8,11,12,17 |
| | 84:10 | 28:5,8,18,21,24 | 70:21 71:7,8,9 |
| **m** 1:24 88:3,25 | **meaning** 7:13 | 29:3 31:11,14 | 71:16,17 72:13 |
| **machinations** | 34:7 45:23 | 31:15,18,19,22 | 72:14,19 79:25 |
| 75:2 | 57:9 | 31:25 32:2,4,5 | 80:1,9,24 81:2 |
| **made** 23:25 | **meanings** | 32:7,8,11,12,16 | 83:8 85:4,7,8 |
| 43:10 88:15 | 12:24 | 32:22,24 33:3 | **mentioned** |
| **magic** 8:25 | **means** 34:11 | 33:13 35:3,8 | 59:24 |
| **maine** 3:7 | 54:19,21 55:4 | 35:10,16,20,23 | **messy** 39:24 |
| **make** 10:15 | 55:5 | 37:22 38:6 | **method** 62:7 |
| 16:4,5 18:2 | **meant** 15:1 | 40:5,11,12,13 | **michael** 2:14 |
| 34:10 47:25 | 45:11 52:6 | 40:14,18,19 | 6:10 |
| 54:5 89:14 | **media** 5:15 | 42:22,25 43:1 | **microcomputer** |
| 90:3 | 19:19,23 73:2 | 43:2,9 44:10 | 24:14 |
| **makes** 38:21 | 73:9,13 85:15 | 45:7,10,16,18 | **micron** 1:15,15 |
| 47:16 | 85:19 86:4,7 | 46:11,15,19,24 | 1:16 2:12 5:18 |
| **manella** 2:4 | 86:20 | 46:24 47:11,13 | 6:11 7:8,10,10 |
| **mark** 82:4,5 | **meet** 25:15 | 47:19,24 48:3 | 22:24 23:1 |
| **marked** 7:23 | **memory** 4:16 | 48:5,20 51:3,3 | 34:4 38:21 |
| 8:10 18:25 | 9:12,18,25 | 51:5,15 52:2,9 | 39:19 40:1,24 |
| 19:2 21:20 | 10:2,5,10,13,15 | 52:9,11,19,22 | 86:9,10 87:11 |
| 22:14,16 36:17 | | | |

**[micron's - obviously]**

| | | **n** | 74:11 79:11 |
|---|---|---|---|
| **micron's** 24:2 34:15,18 35:1 38:25 | 71:8,9 72:3,11 80:24 | **n** 2:1 3:1 4:1 | 86:20 89:15 90:4 |
| **microsd** 26:17 26:18 | **modules** 13:6 13:18,20 18:17 23:24 24:17,18 | **name** 5:24 7:4 7:5 73:16,17 73:20 | **o** |
| **middle** 22:25 23:1 30:2 | 25:1,25 26:3 26:24 27:10,10 | **nand** 4:18 9:5 **nature** 77:10 | **object** 9:20 11:10 12:1 13:7 16:13 |
| **mimic** 66:14 67:10 | 27:21 28:5,8 28:24 29:4,7 | **near** 31:2 **necessarily** | 17:4,11 24:4 25:3 27:13 |
| **mimics** 66:13 | 31:11,14,18,22 32:2,7,17,22,24 | 27:15 **necessary** | 29:5 32:9,18 33:15 34:5 |
| **mind** 10:16 32:1 65:9,11 | 33:13,16,17 34:20 35:3,8 | 89:14 90:3 **need** 8:9 10:10 | 35:5 36:7 37:17 38:17 |
| **minds** 38:9,12 42:3 | 35:10,16,20,23 43:9 45:7,10 | 10:12 16:14 42:14 51:10 | 41:1,14 44:17 44:25 45:13,25 |
| **mine** 39:24 82:21 84:18 | 45:17,18 46:15 46:19 58:7 | 57:20 70:2,10 79:12 81:21 | 47:6 48:8 49:18 50:13 |
| **minute** 86:1 | **moment** 15:2 16:2 19:12 | 83:25 85:12 87:6 | 51:16 53:7 55:13 56:10 |
| **minutes** 73:3 84:1 85:12 | 22:18 29:16 39:7 67:8 77:2 | **needs** 51:14 **netlist** 1:5,12 | 57:1 58:2,24 59:22 60:23 |
| **modification** 72:10 | 77:25 78:4,5 | 5:17 7:14,21 89:4 91:1 | 63:3,24 64:25 65:8 66:7,25 |
| **module** 25:5,6 25:6,10,12,14 | **monday** 87:9 **monolithic** | **never** 64:12 **new** 22:16 | 67:6,19 68:6 69:2 70:19 |
| 25:18,19,21,21 25:24 26:8,11 | 65:16,23 66:6 **morning** 5:5 | **night** 9:1 **nokes** 3:13 5:24 | 76:19 83:13 85:5 |
| 26:13 27:17,24 32:11 33:3 | 7:3 **move** 8:15 | **normally** 80:12 **notating** 89:15 | **objection** 9:7 24:11 34:17 |
| 40:12,20 42:22 43:2 48:23,24 | **mrueckheim** 2:19 | 90:4 **note** 5:7 | 42:9 46:6 50:2 52:14 67:5 |
| 48:25 51:3 58:15,16,23 | **multiple** 23:25 43:10 46:19 | **noticing** 6:8 **number** 9:2 | 68:16 **objections** 6:4 |
| 59:20 60:11 61:6,9 63:19 | 56:23 57:3 | 40:12,13,13 44:4,8 54:13 | **obviously** 37:2 |
| 65:6 70:7,8,12 70:17,22 71:7 | | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[occurred - patent]

| | | | |
|---|---|---|---|
| **occurred** 24:18 | 61:19,25 63:10 | **opposite** 17:22 | **pages** 89:14,17 |
| **occurs** 78:18 | 64:22 65:5,13 | **options** 48:7 | 89:17 90:3,6,6 |
| **office** 89:11 | 65:22 68:10 | **ordinary** 7:13 | **pagination** |
| **oh** 8:7 12:21 | 71:10 72:2,25 | 7:20 34:14 | 31:1 |
| 30:3,13,24 | 73:6 74:10,15 | 37:13 45:9,22 | **paragraph** |
| 43:21 66:18 | 74:21 75:5,12 | 45:23 55:5 | 36:25 42:20 |
| 82:21 | 76:2,13,15,20 | 65:2 | 76:9 77:2,5 |
| **okay** 8:7,20,23 | 77:2,15,15,21 | **original** 20:8 | **part** 13:11 |
| 9:8,24 10:4,7 | 77:25 78:17 | 89:10,21 | 73:22 |
| 10:17,22 11:6 | 79:18 81:12,22 | **outcome** 6:3 | **participants** |
| 11:13,21 17:15 | 82:2,8,18,19,24 | **output** 75:6 | 5:10 |
| 18:4,21 19:16 | 83:2,10,18 | 80:7 | **particular** |
| 19:25 20:19 | 84:15,17,22,25 | **own** 10:24 | 13:10 32:3 |
| 21:8,16,19,25 | 85:2,11,13 | 55:11 81:8 | 51:17 |
| 22:3,13,16,18 | 87:5 | **p** | **parties** 5:13 |
| 22:22 23:19 | **once** 8:18 9:12 | **p** 2:1,1 3:1,1 | 88:19,22 |
| 26:7 27:16 | 46:23 75:11 | **packetized** | **parts** 83:4 |
| 30:5,10 31:4 | **ones** 9:16 70:23 | 59:19,25 60:9 | **party** 6:2 |
| 33:20 34:13 | 70:24,25 | 60:21 61:9 | **pass** 64:6 85:24 |
| 35:6 36:10,13 | **ooo** 1:4 3:16 | 62:1,1,9,14,15 | **passage** 49:22 |
| 36:14,22 37:6 | 4:9,22 5:3 | 62:19 63:2,9 | 49:22 50:6,25 |
| 37:10,11,25 | 87:18 | 63:12,14 64:6 | 76:16 |
| 38:20 39:2,8 | **open** 39:17 | 64:7,11,12,15 | **passed** 71:15 |
| 39:18 40:4 | **opening** 8:13 | 64:17,20,23 | 71:25 72:10 |
| 41:3,5 42:7 | 36:22 | 65:3 | **passing** 64:5 |
| 43:12 44:21 | **operations** | **page** 4:6,12 | **past** 44:7,10,11 |
| 45:9 46:11,12 | 11:22 12:14 | 21:14 22:1,3 | 44:15,18,23 |
| 46:18 47:3,9 | **opine** 7:19 | 22:25 23:1 | 45:2,11,24 |
| 47:18 48:25 | 20:24 34:6,23 | 29:14,17,18,25 | 46:3 47:7 |
| 49:5,8,9,10,13 | 49:6 | 30:12,13,14,16 | **patent** 4:13,14 |
| 51:24 52:8,15 | **opined** 37:13 | 31:2,3 39:21 | 4:19 7:21 |
| 52:22 53:25 | **opinion** 34:10 | 39:22 89:15 | 18:23,25 20:2 |
| 54:2,6,16 55:3 | 45:15 55:8 | 90:4 91:4,7,10 | 20:22,25 21:7 |
| 57:4,8,14,16 | **opposed** 24:17 | 91:13,16,19 | 21:8,10,16 |
| 58:13,17,22 | 40:13 | | 29:13,16 30:22 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[patent - processors]**

33:24 34:2,2,7
34:11 36:4
49:8,15 51:13
51:17,23 54:1
54:3,25 55:1,2
58:18,19 59:24
60:1,5,15,16,18
60:18 71:6
74:2 76:1,22
81:20 83:16
84:4,7,10,16
85:4,9
**patents** 7:14
11:23 28:23,23
29:4,10,11
33:12,17 35:9
35:15,19,24
36:5 37:14,22
38:2,7,13,19
45:18 84:6,8
**path** 80:15
**pathway** 80:20
**pc** 3:5
**pdf** 29:18 31:3
89:12 90:1
**penalty** 89:16
90:5
**people** 12:11
18:19 47:14,18
48:16 59:8
**performs** 10:20
11:22
**period** 78:9,10
88:17 89:18
90:7

**perjury** 89:17
90:6
**permitted** 58:5
**person** 7:19
34:14 36:2
45:6,9,21 65:1
88:8
**persons** 37:13
**pertains** 33:9
**pertinent** 83:3
**petitioners**
86:10
**ph.d.** 1:19 4:3
6:21 89:5 91:2
**philosophic**
12:21
**philosophical**
12:16,20
**phone** 26:5,8
27:4
**phones** 27:7
**physically**
17:23
**picture** 75:16
**pictures** 75:13
**pieces** 65:14
**pin** 79:2
**place** 5:13 21:3
28:21 88:9
**plain** 7:13
45:23
**plaintiff** 1:6,13
2:3 5:17 6:9
**please** 5:7 6:4
6:18 7:17

18:24 23:20
42:1 67:4
77:18
**plug** 48:23,24
**point** 15:17
20:10,14 43:21
46:22 67:10
78:16
**posa** 38:3,12,12
38:18 60:19
**posas** 48:5
**posita** 55:4
**position** 54:19
**possibilities**
17:19
**possible** 33:5
42:2 86:25
**practice** 60:1
85:9
**practicing**
60:15,16,18,18
**preamble** 78:14
**precise** 68:1
**preexisting**
38:5
**prefer** 78:2
**prepared** 18:18
20:25 21:6
45:15,19 64:19
84:12,13
**present** 3:13
6:6 29:22,25
31:10 44:10,15
44:18,23 45:11
45:24

**presented** 34:4
**presumably**
22:5 85:7
**presume** 67:1
**pretend** 74:17
79:19
**previous** 40:23
**previously** 51:9
70:25
**price** 80:2
**primarily**
37:23
**priority** 21:1
21:10 22:5,7
**probably** 26:15
28:16 48:11
**problem** 12:2
13:8 14:15
16:22 19:13
30:25 41:7
44:9
**procedure**
89:19,20
**proceeding** 6:4
**proceedings**
1:20 5:1
**process** 28:21
36:19
**processor**
26:19,22 27:1
27:18,22 28:14
66:16
**processors** 27:8
27:11

Page 16

**[produce - record]**

| produce | q | | |
|---|---|---|---|

**produce** 75:2
  75:11,12
**produced** 75:5
**produces** 80:6
  80:8
**products** 1:16
  18:4,9,11
  38:21
**program** 66:14
  67:10 68:13
**programmable**
  14:9 15:7,23
  15:25 16:3,8
**programmed**
  68:8
**programming**
  67:21
**proposed** 20:14
**protocol** 73:22
**provide** 56:6
**provided** 88:16
  89:19 90:8
**provides** 78:13
**provisional**
  22:4
**provisionally**
  48:12
**pseudo** 75:7
**pull** 36:12
  39:12 49:9
**pulled** 8:25
**purports** 45:22
**put** 26:10,11,14
  28:7 31:22
  82:23

**q**

**qualified** 36:3
  55:8
**quality** 5:8,9
**question** 13:16
  15:20 16:15
  18:7,13,14
  21:9 25:13,14
  25:17 28:1
  32:13,15,19
  33:1,2,9,10
  35:13 37:18,20
  41:11,13 44:14
  45:21 46:1
  47:16 48:10
  50:4,4,21 52:7
  53:2 55:22
  56:11,13,15
  57:25 59:14
  60:2,4,12
  61:11 65:11
  67:14 68:9,20
  69:15,18 70:3
  70:15 83:11,23
**questions** 35:11
  52:25 67:24
  86:9,15
**quite** 13:15
  79:4

**r**

**r** 2:1,14 3:1
  91:3,3
**r&s** 90:1,9
**randomly** 8:25
  47:14

**rank** 4:16,20
  23:6,8,13 34:3
  34:7,7,9,10,16
  34:20 35:2,2
  39:1 40:5,10
  40:18,24 42:25
  43:3,13,16
  44:10,15,19,22
  45:10,23 46:20
  47:4 48:3,5,16
  49:17,25 50:1
  50:9 51:7,10
  51:15,18 55:11
  57:6
**ranks** 23:24
  24:3,7,10,20
  42:7 43:7,9
  46:10 48:17
  51:6 56:8,21
  56:23
**rate** 78:14 80:4
**reached** 36:21
**read** 11:11 23:4
  23:11,19,21
  24:7 27:23
  29:21 31:9
  36:3 37:7,8,9
  40:9,17 41:24
  42:21 43:2,4,8
  49:11,13,21
  50:16 54:4
  74:21,22,24
  75:7,8,17,21
  76:7,13,17
  77:4,7,13

**record**

  78:24 79:2,6,7
  79:13,15 80:6
  80:23 81:17,21
  82:13 83:3,5,7
  83:8,17,19
  84:3,10,12,18
  84:22
**reader** 30:7,9
**reading** 38:12
  43:7 51:13
  78:13 84:14
  89:23 90:9
**reads** 80:5
  83:12
**ready** 8:15
**real** 11:14
**reason** 80:15
  91:6,9,12,15,18
  91:21
**rec** 37:12
**receive** 50:17
  72:17
**received** 80:19
**receives** 51:5,7
  69:23 80:25
**recess** 19:21
  73:11 85:17
  86:5
**recollection**
  37:13
**record** 5:6,14
  6:7 7:4 19:12
  19:18,22 28:8
  28:12 58:19
  73:9,12 85:15

Page 17

**[record - rules]**

85:18 86:3,6
86:12,18
**recorded** 5:11
5:15
**recording** 5:8
5:12 86:23
**records** 28:11
**red** 81:6,13,23
83:21
**reduced** 88:10
**redwood** 2:17
**refer** 23:23,25
24:16 43:10
**referenced**
35:21 89:6
**referred** 9:4
43:16 55:25
**referring** 23:9
31:24 58:20
**refers** 56:16
**refresh** 8:9
22:21 37:12
**regarding** 29:7
**register** 50:17
**regular** 87:4
**relate** 76:17
**related** 6:2
75:19 88:21
**relates** 29:23
31:10
**released** 89:21
**relevant** 29:10
45:18 51:22
**rely** 54:22

**remote** 1:20 5:1
88:4,7
**remotely** 5:22
7:23 19:2
21:20 22:14
36:17 39:9
82:6
**repeat** 7:17
16:14 18:7
28:1 32:19
50:4
**rephrase** 20:13
56:12
**reported** 1:23
**reporter** 5:25
6:18,23 58:25
67:3 87:1,4,7
87:10,12 88:1
88:16
**representations**
9:15
**representing**
7:6,8
**requested**
88:15,15 90:1
90:9,10
**required** 25:15
80:6
**requirement**
25:8,9
**requires** 55:7
**respect** 60:15
**respond** 33:11
**restate** 11:7

**result** 75:6
**retained** 86:21
**return** 89:17
90:6
**revert** 12:23
**review** 33:22
34:8 82:10
88:14 89:8,10
89:13 90:2
**reviewed** 29:6
**richardson** 3:5
6:14
**right** 11:2,12
13:17 14:8,20
14:22 15:5
17:9 21:5,12
22:22 23:18
25:20 27:10
29:15 34:25
35:14 37:8
39:22 44:5,5
44:13 45:4
57:24 61:14
62:5,21 63:6
63:21 64:16
65:15 69:19
70:10 72:7
77:9 79:8
83:10
**rises** 79:24
**rising** 79:21
81:2
**rotate** 78:3
**rough** 86:24

**row** 59:10
**rpr** 1:24 88:25
**rsp** 5:21
**rueckheim** 2:14
6:10,10 9:7,20
11:10 12:1
13:7 16:13
17:4,11 19:4
19:10,16 24:4
24:11 25:3
27:13 29:5
32:9,18 33:15
34:5,17 35:5
36:7 37:17
38:17 41:1,14
42:9 44:17,25
45:13,25 46:6
47:6 48:8
49:18 50:2,13
51:16 52:14
53:7 55:13
56:10 57:1
58:2,24 59:22
60:23 63:3,24
64:25 65:8
66:7,25 67:6
67:19 68:6,16
69:2 70:19
73:6,7 76:19
83:13 85:5
86:9 87:3,14
**rule** 45:5
**rules** 44:14
90:8

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[rush - shortly]

| | | | |
|---|---|---|---|
| **rush** 87:6 | 82:11,13,14,20 | 72:18,22 | 8:23 9:9,24 |
| **s** | 82:25 83:1 | **selecting** 73:23 | 11:13 12:8 |
| **s** 1:19 2:1 3:1 | 84:18,19 | **selects** 72:7,9 | 13:17 16:16 |
| 4:3,11 6:21 | **scroll** 23:3 | 72:11 | 17:7,15 19:6 |
| 89:5 91:2,3 | **sdram** 77:10 | **semiconductor** | 19:13,25 21:25 |
| **sample** 79:20 | **sdrams** 65:13 | 1:9,15 | 22:16 24:9,22 |
| **samsung** 1:8,8 | 69:20 | **send** 60:21 61:8 | 25:5 27:16 |
| 1:9 3:4 6:15 | **search** 76:6 | 62:4,12,21 | 29:12 32:14,20 |
| 86:16 89:4 | **sec** 30:19 | 63:2,22 64:2,4 | 33:20 34:13,25 |
| 91:1 | **second** 18:19 | 64:7,8 65:4 | 35:6 36:10,24 |
| **satisfies** 62:18 | 18:22 30:6 | 80:19 | 38:1,20 39:11 |
| 64:13 | 42:20 51:3,6,7 | **sending** 51:2 | 41:2,17 42:12 |
| **saw** 40:24 | 54:10 57:21 | 62:7 63:1 | 44:21 45:4,20 |
| **saying** 12:4 | 77:3,16 82:16 | 64:21 73:23 | 46:4,17,22 |
| 14:1,3,4 25:13 | **see** 8:22 9:16 | **sends** 51:5,7 | 47:9 48:14 |
| 27:1 28:3 | 12:11 17:23 | 63:18,25 | 49:20 50:5,25 |
| 32:10 50:5 | 21:11,12,16,23 | **sense** 24:15 | 51:24 52:19 |
| 56:17 60:5 | 22:21,23,25 | 47:17,25 | 53:11 55:23 |
| 62:6,17 72:3 | 23:1,7,8,14 | **sent** 61:23 | 56:14 57:4 |
| **says** 23:3,10 | 25:11 29:14,24 | 70:11,17 71:15 | 58:6 59:4 60:3 |
| 29:13,20 30:11 | 30:16,18,24 | 72:13,14 79:16 | 61:2 63:6 64:4 |
| 31:5,8 37:22 | 31:5,12 36:19 | **sentences** 37:7 | 65:5,12 66:8 |
| 40:5,8,16 | 39:15,18,20 | **separate** 56:6,7 | 67:7,15,25 |
| 41:21 42:20 | 40:1,4,6,15,21 | 58:1 | 68:10,22 69:3 |
| 43:14,16 51:4 | 40:22 50:19 | **series** 81:14,24 | 70:23 73:1,4 |
| 51:18,20,23 | 54:4,11 58:4 | **serve** 7:9 | 73:15 76:20 |
| 54:17,20 60:12 | 71:3 73:25 | **servers** 28:25 | 82:9 83:18 |
| 74:21,24 75:3 | 74:24 75:3,23 | **serves** 25:19 | 85:11,21,24 |
| 81:20 83:17,17 | 78:12,16 79:23 | **set** 8:19 | 86:14,24 87:6 |
| 87:15 | 81:6,9,13,21 | **seven** 42:13 | 87:9 89:1 |
| **schedule** 89:10 | 83:3,20 | **share** 18:20 | **shoreline** 2:16 |
| **screen** 5:11 | **seem** 42:16,18 | **sharing** 84:20 | **shorthand** 6:23 |
| 8:21 21:12 | **seen** 5:10 42:10 | **sharpen** 68:19 | 88:8 |
| 26:6,7 74:10 | **select** 59:11 | **sheasby** 2:5 4:7 | **shortly** 36:14 |
| 78:3 81:10 | 69:21 71:11,12 | 6:9,9 7:2,25 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[show - stone]**

| | | | |
|---|---|---|---|
| **show** 17:13,16 26:16 49:19 70:20 74:15 82:19 | **signature** 88:24 89:21,23,23 90:9 | **sort** 7:13 12:15 55:3 66:20 | **stars** 2:6 |
| | | **speak** 75:21 | **start** 58:16 67:4 77:11 78:17,20 79:9 |
| **showed** 46:9 | **significance** 73:18 | **specific** 23:22 23:24 24:15 38:7 43:9 | |
| **showing** 74:1 | | | **started** 46:14 |
| **shown** 59:23 | **significant** 69:14 73:19 | **specifically** 35:8 52:16 | **starts** 76:9 78:15,25 |
| **shows** 58:17,18 83:6 | **silicon** 69:5,10 | | **state** 6:4,6 7:4 11:4 14:18,18 14:19 15:3,4,8 15:8,12,13,14 15:15,18,19,24 15:24 16:6,6,9 16:22,22 17:1 17:2,6,6,7,8,14 17:17,24,25 89:9,12 |
| **shrink** 82:11 | **similarly** 79:4 | **specification** 47:22 50:6 | |
| **shrinking** 82:12 | **simplified** 78:7 | **specifications** 7:14 35:25 36:3 75:20 | |
| **side** 30:3 53:9,9 | **simply** 46:3 | | |
| **sign** 37:3 89:16 90:5 | **single** 43:16,25 63:22,25 74:25 74:25 75:6,7 | **specified** 58:3 | |
| | | **specify** 46:23 70:13 | |
| **signal** 59:11 62:21,23,24 63:1,9,23 64:1 71:15 72:21,22 74:17 77:17,20 77:21 78:12,17 | **singular** 32:6 43:12 56:1 | **spell** 69:8 | |
| | | | **stated** 88:9 |
| | **sir** 7:3 51:14 59:16 72:8 77:12 | **stacked** 69:4 | **stateless** 14:17 |
| | | **standard** 20:15 20:16,16,23 21:3 22:11 25:14,16 53:18 60:25 62:2 70:20,21 | **statement** 7:17 38:6 |
| | **skill** 7:20 34:15 37:14 45:6,9 45:22 61:7 65:2 | | **states** 1:1 5:19 13:9 |
| **signals** 50:18 58:7,10,22 59:3,3,4,8,9,9 59:15,19 60:1 60:6,9,20 61:5 61:9,16,21,22 62:7 64:2,5 69:24,25 70:3 70:9,11,13,14 70:16 71:7,14 71:17 72:18,18 73:16 79:20 80:8 | | | **stenographic** 58:25 67:3 87:1,4,7,10,12 88:1 |
| | **slowly** 8:15 | **standards** 20:7 36:6 37:25 38:5,15,19,22 40:11 45:2 46:15 47:1 61:21 71:4 75:23 80:13 | |
| | **small** 26:11 | | |
| | **solutions** 6:1 86:21 89:7 | | **stenographic...** 1:23 |
| | **soon** 86:25 | | **stipulation** 89:20 |
| | **sorry** 8:4 16:19 28:1 30:13 35:11 52:5 64:19 67:3,4 79:6 85:25 86:10 | **standpoint** 37:15 55:9,10 | **stone** 1:19 4:3 5:16 6:21 7:5 9:1 19:7 85:21 86:11,19 89:5 |
| | | **starkest** 72:17 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[stone - thing]

91:2
**stone's** 19:5
**stop** 84:20
**store** 33:4,4,5
67:16 68:3,4
**strawn** 2:13
6:11,12
**strobe** 73:18
77:17,20,21
78:13,13,15,21
79:20,24 80:8
80:10,11,12,13
80:15
**strobe's** 81:2
**strobes** 59:9
78:15 80:22,24
81:3,14,25
83:20
**structure** 17:17
58:5 68:12,12
68:24
**structures**
16:11 17:9,12
17:13
**stuart** 7:5
**studied** 18:15
29:1 45:3 49:7
**style** 35:20
**styles** 65:6
**subarray** 23:25
43:10,12,13,17
43:18,20
**subarrays**
23:23 24:16

**suffice** 51:20
**suggest** 77:17
**suit** 29:4 33:12
35:9
**suite** 2:6,16
**supervision**
88:12
**suppose** 74:23
**supposed** 38:19
40:2
**sure** 7:18 9:23
10:15,25 12:3
14:25 16:16,24
18:8 25:9
28:17 29:8
32:20 40:3
41:15 42:17
43:5 50:5
55:22 61:13
65:12 73:4
77:24 78:6
81:5 87:10
**sw** 3:7
**swear** 6:18
**sworn** 6:22
88:5
**synchronous**
77:10
**system** 25:22
26:1,4 31:11
31:20,23 32:7
32:12 33:3,6
33:19 43:25
69:25 71:8

**systems** 26:25
31:14,16,19
32:16,21,23
33:14,18 65:6
70:4

**t**

**t** 4:11 91:3,3
**take** 5:13 26:15
42:12,13 48:23
53:9 61:23,24
73:2 83:25
84:2 85:11,25
87:3,14
**taken** 5:16
19:21 73:11
85:17 86:5
88:7
**takes** 62:3 65:3
69:13 75:10
**talk** 74:17
**talked** 16:17
69:24 70:25
71:2
**talking** 14:15
27:4 38:11
44:11 46:18
49:2 54:7
69:16 70:6,6
72:7 75:23
**talks** 60:5
**technical** 55:9
55:10
**technique**
49:23

**techniques**
49:14
**technology**
1:15,16 5:18
37:23 38:7,14
40:1 69:6
**tell** 10:12 41:17
42:4,5 66:12
82:23 88:5
**telling** 65:9
**term** 10:2
16:19 40:10
53:14
**terms** 7:14,21
14:6,7 24:20
48:14
**test** 11:15
**testified** 6:24
**testifying** 84:9
**testimony** 64:9
86:19 88:9
**texas** 1:2,16
5:20
**text** 81:19 83:1
83:2
**textbooks** 17:9
**thank** 6:13,16
19:14,17 47:9
73:5 85:13
86:2,11,17
**theory** 80:10
**thereto** 88:22
**thing** 43:13
73:25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[things - used]**

| | | | |
|---|---|---|---|
| **things** 12:5,6 13:12 21:1 27:25 46:13 54:15 55:17 67:11 68:23 72:12 | **timed** 78:20 **times** 80:19 **timing** 61:18,21 61:22 74:1,3,6 74:9,11,13 78:13 83:7 | 42:11 62:17 63:13,15 66:2 67:23 78:3 **tsv** 68:25 **tsvs** 69:4,11,13 **turnaround** 87:5 | 54:18 56:5 62:20 66:18,20 66:22 67:2,25 69:12,17 72:4 83:4 **understanding** |
| **think** 9:2 12:16 23:17,17 27:5 30:6 32:3 33:8 33:12 43:18 58:18 62:15 65:1 67:12 73:25 74:2,9 76:3,3 77:6 78:1 83:15 87:6 | **today** 73:19 **today's** 19:8 86:19 **together** 68:25 69:4 **tony** 3:13 5:24 **top** 40:5 **total** 86:20 **totality** 56:19 **traditional** 60:20 | **tutorial** 8:24 **two** 35:11 37:7 41:8,8 42:7,23 43:3 52:25 54:22 64:2 79:24 80:2 84:8 **type** 14:10,11 18:4,11 **types** 9:10 18:9 **typewriting** 88:11 | 20:13 34:3 37:24 38:4,23 49:3 54:24 55:3 57:2 61:20 62:11,14 63:13 64:22 **understands** 60:19 **understood** 35:24 60:19 **unique** 34:21 |
| **third** 78:18 **thoroughly** 41:25 **thought** 8:16 55:6 **three** 18:6 **time** 6:5 8:18 11:8,14 19:19 19:24 20:11,14 20:22 21:4 24:19 35:12 36:1,3,9 42:13 44:7 46:10 73:9,13 75:1,8 75:10 78:21 81:1 85:15,20 86:4,8,11 88:8 89:10,18,24 90:7 | **transcript** 11:12 88:14 89:6,8,10,13,13 89:21 90:2,2 **transfer** 69:13 **transfers** 76:17 **transistors** 9:4 **transmitting** 63:7 **travel** 61:5 **traveling** 61:16 **trial** 4:15 **true** 75:16 **truth** 88:5,5,6 **try** 47:18 53:2 53:3 **trying** 14:6 15:1 26:6 | **u** **u.s.** 4:13,14,19 **uh** 41:20 **uncertain** 42:6 **under** 88:11 **underlying** 37:25 **understand** 7:20 9:3 10:2,6 14:9 17:21 22:7,9 24:25 27:7 35:21 36:4 38:13 41:5 45:20 46:4 47:20 48:5,25 52:7,8 | **unit** 5:15 19:19 19:23 73:9,13 85:15,19 86:4 86:7 **united** 1:1 5:18 **uploaded** 36:15 **use** 24:14 29:1 29:3 41:16 42:15 50:3,19 59:19,25 60:9 60:13,13 62:9 70:10,14,14 71:16,16,19,20 72:21 78:2 **used** 9:10,13 12:11 24:13,20 28:25 29:8,8 67:16,21,22 |

Page 22

**[used - wrote]**

68:3,12,24
70:1 71:24
72:2,3,4,5,11
73:22 86:20
**uses** 61:16
62:15
**using** 14:7
16:11,19 40:19
43:1 59:18
60:8 64:5
68:25 69:4,9
**usual** 80:11
**usually** 75:20

**v**

**vague** 9:21
68:17 69:7
**veritext** 6:1
86:21 89:7,9
89:11
**versus** 4:20
5:17
**vertical** 78:11
**vias** 69:5
**video** 5:12,15
28:8,11,21
86:22
**videographer**
3:13 5:5,25
6:13,16 19:11
19:14,17,22
73:1,2,5,8,12
85:14,18 86:2
86:6,12,17
**videos** 27:20

**videotaped**
1:19
**view** 10:24 11:1
11:2,3 21:24
**virtually** 5:8
**vs** 1:7,14 89:4
91:1

**w**

**wait** 30:6 77:6
80:6
**waived** 89:23
89:23
**waiving** 89:20
**wakes** 30:9
**want** 35:12
53:1 65:10
70:14,14 84:18
84:22
**wanted** 82:19
**washington** 3:8
5:23
**way** 13:18 16:4
16:25 17:22
27:1 35:9 37:1
39:15 46:23
47:18,21 52:2
59:23 62:8
69:19 71:5
83:24,25 88:20
**ways** 10:3
31:22 33:11
34:19
**we've** 69:24
70:25 71:6

**website** 22:24
**wide** 42:24
46:10,11,12,16
46:16 48:1
**width** 46:24
47:10,13,21,23
48:17,17
**widths** 44:3
47:1,3
**wife** 12:22
**winston** 2:13
6:11,12
**winston.com**
2:19
**wires** 61:17
**witness** 4:3
5:10,23 6:19
6:22 7:10,12
8:12 9:8,21
11:11 12:2,10
13:8 16:14
17:5,12 21:22
24:5,12 25:4
27:14 29:6,15
32:10,19 33:16
34:6,18 36:8
36:19 37:19
38:18 41:15
42:10 44:18
45:1,14 46:2,7
46:18 47:7
48:9 49:19
50:3,14 51:17
52:15 53:8
55:14 56:11

57:2 58:3 59:2
59:23 60:24
63:4,25 65:1,9
67:1,8,20 68:7
68:17 70:20
82:8 83:14
85:6,13,24
88:4,10 89:13
89:16 90:2,5
91:24
**witnesses** 6:15
**wonder** 74:1
**word** 50:3,20
64:7 76:6
**words** 11:12
18:6 53:19
62:19
**work** 67:25
74:18 79:4
80:5
**works** 78:4
**write** 11:8
24:22 27:23
37:1,2 75:18
75:19,21 76:17
79:4,5,6,12,16
79:18,19
**writes** 81:1
**writing** 37:4
**written** 79:25
**wrong** 19:6,6
76:4
**wrote** 24:19
42:3

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[x - yep]**

| x |
|---|
| **x**   4:1,11 88:14 90:9 |
| **xnor**   4:18 9:5 |
| **xor**   4:17 9:4 |

| y |
|---|
| **yeah**   8:12 13:3 18:20 21:2 23:15 38:1,11 41:13,21 48:12 75:15 76:7,22 87:14 |
| **year**   44:6 |
| **yep**   46:17 |

Page 24

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.