# Exhibit 8

# JEDEC STANDARD

## DDR2 SDRAM SPECIFICATION

## JESD79-2

**SEPTEMBER 2003**

**JEDEC SOLID STATE TECHNOLOGY ASSOCIATION**





Electronic Industries Alliance

Samsung Electronics Co., Ltd.
Ex. 1029, Cover Page

# NOTICE

JEDEC standards and publications contain material that has been prepared, reviewed, and approved through the JEDEC Council level and subsequently reviewed and approved by the EIA General Counsel.

JEDEC standards and publications are designed to serve the public interest through eliminating misunderstandings between manufacturers and purchasers, facilitating interchangeability and improvement of products, and assisting the purchaser in selecting and obtaining with minimum delay the proper product for use by those other than JEDEC members, whether the standard is to be used either domestically or internationally.

JEDEC standards and publications are adopted without regard to whether or not their adoption may involve patents or articles, materials, or processes. By such action JEDEC does not assume any liability to any patent owner, nor does it assume any obligation whatever to parties adopting the JEDEC standards or publications.

The information included in JEDEC standards and publications represents a sound approach to product specification and application, principally from the solid state device manufacturer viewpoint. Within the JEDEC organization there are procedures whereby a JEDEC standard or publication may be further processed and ultimately become an EIA standard.

No claims to be in conformance with this standard may be made unless all requirements stated in the standard are met.

Inquiries, comments, and suggestions relative to the content of this JEDEC standard or publication should be addressed to JEDEC Solid State Technology Association, 2500 Wilson Boulevard, Arlington, VA 22201-3834, (703)907-7559 or www.jedec.org.

Published by

JEDEC Solid State Technology Association 2001
2500 Wilson Boulevard
Arlington, VA 22201-3834

This documentmay be downloaded free of charge, however JEDEC retains the copyright on this material. By downloading this file the individual agrees not to charge for or resell the resulting material.

**Price: Please refer to the current**
**Catalog of JEDEC Engineering Standards and Publications or call Global Engineering Documents, USA and Canada (1-800-854-7179), International (303-397-7956)**

Printed in the U.S.A.
All rights reserved

Samsung Electronics Co., Ltd.
Ex. 1029, Notice

PLEASE!

DON'T VIOLATE
THE
LAW!

This document is copyrighted by the Electronic Industries Alliance and may not be reproduced without permission.

Organizations may obtain permission to reproduce a limited number of copies through entering into a license agreement.  For information, contact:

JEDEC Solid State Technology Association
2500 Wilson Boulevard
Arlington, Virginia 22201-3834
or call  (703) 907-7559

Samsung Electronics Co., Ltd.
Ex. 1029, Copyright

# DDR2 SDRAM SPECIFICATION

**Contents**

**Page**

**1  Package Pinout & Addressing** ............................................................................................. 1
1.1    DDR2 SDRAM Package Ballout .......................................................................................... 1
1.2    Input/Output Functional Description ................................................................................... 6
1.3    DDR2 SDRAM Addressing .................................................................................................. 7

**2  Functional Description** ........................................................................................................ 9
2.1    Simplified State Diagram ..................................................................................................... 9
2.2    Basic Functionality ............................................................................................................ 10
2.2.1    Power up and Initialization ............................................................................................ 10
2.2.2    Programming the Mode and Extended Mode Registers ................................................ 11
2.2.3    Bank Activate Command ............................................................................................... 23
2.2.4    Read and Write Access Modes ..................................................................................... 24
2.2.5    Precharge Operation ..................................................................................................... 33
2.2.6    Auto Precharge Operation ............................................................................................ 37
2.2.7    Refresh Command ......................................................................................................... 41
2.2.8    Self Refresh Operation .................................................................................................. 42
2.2.9    Power-Down ................................................................................................................... 43
2.2.10    Asynchronous CKE Low Event .................................................................................... 47
2.2.11    Input Clock Frequency Change during Precharge Power Down .................................. 48
2.2.12    No Operation Command .............................................................................................. 48
2.2.13    Deselect Command ...................................................................................................... 48

**3  Truth Tables** ....................................................................................................................... 49

**4  Absolute Maximum DC Ratings** ....................................................................................... 51

**5  AC & DC Operating Conditions** ........................................................................................ 51

**Figures**

1    DDR2 SDRAM x4 Ballout Using MO-207 ............................................................................. 1
2    DDR2 SDRAM x8 Ballout Using MO-207 ............................................................................. 2
3    DDR2 SDRAM x16 Ballout Using MO-207 ........................................................................... 3
4    Stacked/Dual-Die DDR2 SDRAM x4 Ballout Using MO-TBD. ............................................. 4
5    Stacked/Dual-Die DDR2 SDRAM x8 Ballout Using MO-TBD .............................................. 5
6    DDR2 SDRAM Simplified State Diagram .............................................................................. 9
7    Initialization Sequence after Power Up ............................................................................... 11
8    DDR2 SDRAM Mode Register Set (MRS) ........................................................................... 12
9    EMRS(1) Programming ........................................................................................................ 14
10    EMRS(2) Programming: Reserved .................................................................................... 15
11    EMRS(3) Programming: Reserved .................................................................................... 15
12    OCD Impedance Adjustment ............................................................................................. 16
13    OCD Adjust Mode .............................................................................................................. 17
14    OCD Drive Mode ................................................................................................................ 18
15    Functional Representation of ODT ..................................................................................... 19
16    ODT Timing for Active/Standby Mode ............................................................................... 19
17    ODT Timing for Powerdown Mode ..................................................................................... 20
18    ODT Timing Mode Switch at Entering Power Down Mode ................................................ 21
19    ODT Timing Mode Switch at Exiting Power Down Mode ................................................... 22
20    Bank Activate Command Cycle: tRCD = 3, AL = 2, tRP = 3, tRRD = 2, tCCD = 2 ........... 23
21    Example 1: Read Followed by a Write to the Same Bank .................................................. 24

Samsung Electronics Co., Ltd.

Ex. 1029, p. i

# DDR2 SDRAM SPECIFICATION

### Contents (cont'd)

**Page**

22  Example 2: Read Followed by a Write to the Same Bank ................................................................. 25
23  Data Output (Read) Timing ............................................................................................................... 26
24  Burst Read Operation: RL = 5 (AL = 2, CL = 3, BL = 4) .................................................................. 27
25  Burst Read Operation: RL = 3 (AL = 0 and CL = 3, BL = 8) ............................................................ 27
26  Burst Read Followed by Burst Write: RL = 5, WL = (RL-1) = 4, BL = 4 ........................................... 28
27  Seamless Burst Read Operation: RL = 5, AL = 2, and CL = 3, BL = 4 ............................................ 28
28  Read Burst Interrupt Timing Example: (CL=3, AL=0, RL=3, BL=8) .................................................. 29
29  Data Input (Write) Timing ................................................................................................................. 30
30  Burst Write Operation: RL = 5, WL = 4, tWR = 3 (AL=2, CL=3), BL = 4 ........................................ 30
31  Burst Write Operation: RL = 3, WL = 2, tWR = 2 (AL=0, CL=3), BL = 4 ........................................ 30
32  Burst Write Followed by Burst Read: RL = 5 (AL=2, CL=3), WL = 4, tWTR = 2, BL = 4 ................ 31
33  Seamless Burst Write Operation: RL = 5, WL = 4, BL = 4 ............................................................... 31
34  Write Burst Interrupt Timing Example: (CL=3, AL=0, RL=3, WL=2, BL=8) ..................................... 32
35  Write Data Mask .............................................................................................................................. 33
36  Example 1: Burst Read Operation Followed by Precharge:
        RL = 1, CL = 3, BL = 4, tRTP <= 2 clocks ........................................................................... 34
37  Example 2: Burst Read Operation Followed by Precharge:
        RL = 4, AL = 1, CL = 3, BL = 8, tRTP <= 2 clocks                                                    35
38  Example 3: Burst Read Operation Followed by Precharge:
        RL = 5, AL = 2, CL = 3, BL = 4, tRTP <= 2 clocks                                                    35
39  Example 4: Burst Read Operation Followed by Precharge:
        RL = 6, AL = 2, CL = 4, BL = 4, tRTP <= 2 clocks                                                    36
40  Example 5: Burst Read Operation Followed by Precharge:
        RL = 4, AL = 0, CL = 4, BL = 8, tRTP > 2 clocks                                                     36
41  Example 1: Burst Write followed by Precharge: WL = (RL-1) =3 ...................................................... 37
42  Example 2: Burst Write followed by Precharge: WL = (RL-1) = 4 .................................................... 37
43  Example 1: Burst Read Operation with Auto Precharge:
        RL = 4, AL = 1, CL = 3, BL = 8, tRTP <= 2 clocks                                                    38
44  Example 2: Burst Read Operation with Auto Precharge:
        RL = 4, AL = 1, CL = 3, BL = 4, tRTP > 2 clocks                                                     39
45  Example 3: Burst Read with Auto Precharge
        Followed by an Activation to the Same Bank(tRC Limit):
        RL = 5 (AL = 2, CL = 3, internal tRCD = 3, BL = 4, tRTP <= 2 clocks) ................................. 39
46  Example 4: Burst Read with Auto Precharge
        Followed by an Activation to the Same Bank (tRP Limit):
        RL = 5 (AL = 2, CL = 3, internal tRCD = 3, BL = 4, tRTP <= 2 clocks)                                40
47  Burst Write with Auto-Precharge (tRC Limit): WL = 2, tWR =2, BL = 4, tRP=3 .............................. 40
48  Burst Write with Auto-Precharge (tWR + tRP): WL = 4, tWR =2, BL = 4, tRP=3 ............................ 41
49  Refresh Command .......................................................................................................................... 41
50  Self Refresh Operation ................................................................................................................... 42
51  Basic Power Down Entry and Exit Timing Diagram ........................................................................ 43
52  Read to Power Down Entry ............................................................................................................. 44
53  Read with Autoprecharge to Power Down Entry ............................................................................. 45
54  Write to Power Down Entry ............................................................................................................. 45
55  Write with Autoprecharge to Power Down Entry ............................................................................. 46
56  Refresh Command to Power Down Entry ........................................................................................ 46
57  Active Command to Power Down Entry ........................................................................................... 46
58  Precharge/Precharge all Command to Power Down Entry .............................................................. 47

Samsung Electronics Co., Ltd.
Ex. 1029, p. ii

# DDR2 SDRAM SPECIFICATION

### Contents (cont'd)

Page

59  MRS/EMRS Command to Power Down Entry ................................................ 47
60  Asynchronous CKE Low Event .................................................................... 47
61  Clock Frequency Change in Precharge Power Down Mode .......................... 48
62  AC Input Test Signal Waveform .................................................................. 53
63  Differential signal levels ............................................................................ 53
64  AC Overshoot and Undershoot Definition for Address and Control Pins ........ 54
65  AC Overshoot and Undershoot Definition for Clock, Data, Strobe, and Mask Pins ...... 55
66  DDR2 Default Pulldown Characteristics for Full Strength Driver ................... 58
67  DDR2 Default Pullup Characteristics for Full Strength Output Driver ........... 59
68  AC Timing Reference Load .......................................................................... 69
69  Slew Rate Test Load ................................................................................... 69
70  Data Input (Write) Timing ........................................................................... 70
71  Data Output (Read) Timing ......................................................................... 70

### Tables

1   256Mb Addressing ..................................................................................... 7
2   512Mb Addressing ..................................................................................... 7
3   1Gb Addressing ......................................................................................... 7
4   2Gb Addressing ......................................................................................... 7
5   4 Gb Addressing ........................................................................................ 8
6   Off- Chip-Driver program ........................................................................... 15
7   Off- Chip-Driver Program ........................................................................... 17
8   Burst Length and Sequence ....................................................................... 25
9   Bank Selection for Precharge by Address Bits ............................................ 34
10  Command truth table. ................................................................................ 49
11  Clock Enable (CKE) Truth Table for Synchronous Transitions ..................... 50
12  DM Truth Table .......................................................................................... 50
13  Recommended DC Operating Conditions (SSTL_1.8) ................................. 51
14  ODT DC Electrical Characteristics ............................................................. 52
15  Input DC Logic Level ................................................................................. 52
16  Input AC Logic Level ................................................................................. 52
17  AC Input Test Conditions ........................................................................... 52
18  Differential Input AC logic Level ................................................................ 53
19  Differential AC output parameters ............................................................. 54
20  AC Overshoot/Undershoot Specification for Address and Control Pins
        A0-A15, BA0-BA2, CS, RAS, CAS, WE, CKE, ODT ................................ 54
21  AC Overshoot/Undershoot Specification for Clock, Data, Strobe, and Mask Pins
        DQ, DQS, DM, CK, CK ......................................................................... 54
22  Characteristics for Input Only Pins with Clamps ........................................ 55
23  Output AC Test Conditions ........................................................................ 56
24  Output DC Current Drive ........................................................................... 56
25  OCD Default Characteristics ...................................................................... 56
26  Full Strength Default Pulldown Driver Characteristics ................................ 57
27  Full Strength Default Pullup Driver Characteristics .................................... 58
28  Full Strength Calibrated Pulldown Driver Characteristics ........................... 60
29  Full Strength Calibrated Pullup Driver Characteristics ............................... 60

Samsung Electronics Co., Ltd.

Ex. 1029, p. iii

# DDR2 SDRAM SPECIFICATION

**Contents (cont'd)**

**Page**

30  IDD Specification Parameters and Test Conditions
        (IDD values are for full operating range of Voltage and Temperature, Notes 1 - 5).............. 60
31  IDD Testing Parameters ........................................................................................................ 62
32  Input/Output capacitance...................................................................................................... 63
33  Refresh Parameters by Device Density.................................................................................. 63
34  DDR2 SDRAM Standard Speed Bins and tRCD, tRP and tRC for Corresponding Bin.................. 64
35  Timing Parameters by Speed Grade (DDR2-400 and DDR2-533).................................................. 64
35  Timing Parameters by Speed Grade (DDR2-667 and DDR2-SS800) ............................................ 67

**Annex A (informative)Revision Log** ................................................................................................. **72**

Samsung Electronics Co., Ltd.
Ex. 1029, p. iv

# DDR2 SDRAM SPECIFICATION

## 1  Package Pinout & Addressing

### 1.1  DDR2 SDRAM Package Ballout

(Top view: see balls through package)



Variation DJ-z without support balls

Variation DM-z with support balls

Variation DJ-z (x4 x8)

Variation DM-z (x4/x8)
with support balls

O Populated ball
+ Ball not populated

**Figure 1 — DDR2 SDRAM x4 Ballout Using MO-207**

Samsung Electronics Co., Ltd.
Ex. 1029, p. 1

## 1 Package Pinout & Addressing (cont'd)

### 1.1 DDR2 SDRAM Package Ballout (cont'd)

(Top view: see balls through package)

| Variation DJ-z without support balls | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Variation DM-z with support balls |
|---|---|---|---|---|---|---|---|---|---|---|
| | NC | NC | | | | | | NC | NC | A |
| | | | | | | | | | | B |
| | | | | | | | | | | C |
| | | | | | | | | | | D |
| A | VDD | NU/$\overline{\text{RDQS}}$ | VSS | | | | VSSQ | $\overline{\text{DQS}}$ | VDDQ | E |
| B | DQ6 | VSSQ | DM/RDQS | | | | DQS | VSSQ | DQ7 | F |
| C | VDDQ | DQ1 | VDDQ | | | | VDDQ | DQ0 | VDDQ | G |
| D | DQ4 | VSSQ | DQ3 | | | | DQ2 | VSSQ | DQ5 | H |
| E | VDDL | VREF | VSS | | | | VSSDL | CK | VDD | J |
| F | | CKE | $\overline{\text{WE}}$ | | | | $\overline{\text{RAS}}$ | $\overline{\text{CK}}$ | ODT | K |
| G | NC, BA2 | BA0 | BA1 | | | | $\overline{\text{CAS}}$ | $\overline{\text{CS}}$ | | L |
| H | | A10/AP | A1 | | | | A2 | A0 | VDD | M |
| J | VSS | A3 | A5 | | | | A6 | A4 | | N |
| K | | A7 | A9 | | | | A11 | A8 | VSS | P |
| L | VDD | A12 | NC, A14 | | | | NC, A15 | NC, A13 | | R |
| | | | | | | | | | | T |
| | | | | | | | | | | U |
| | | | | | | | | | | V |
| | NC | NC | | | | | | NC | NC | W |

Variation DM-z (x4/x8)
with support balls

Variation DJ-z (x4 x8)

**Figure 2 — DDR2 SDRAM x8 Ballout Using MO-207**

## 1 Package Pinout & Addressing (cont'd)

1.1 DDR2 SDRAM Package Ballout (cont'd)

(Top view: see balls through package)

Variation DK-z without support balls (row labels at left); Variation DL-z with support balls (row labels at right)

| DK-z | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | DL-z |
|---|---|---|---|---|---|---|---|---|---|---|
| | NC | NC | | | | | | NC | NC | A |
| | | | | | | | | | | B |
| | | | | | | | | | | C |
| A | VDD | NC | VSS | | | | VSSQ | $\overline{\text{UDQS}}$ | VDDQ | D |
| B | DQ14 | VSSQ | UDM | | | | UDQS | VSSQ | DQ15 | E |
| C | VDDQ | DQ9 | VDDQ | | | | VDDQ | DQ8 | VDDQ | F |
| D | DQ12 | VSSQ | DQ11 | | | | DQ10 | VSSQ | DQ13 | G |
| E | VDD | NC | VSS | | | | VSSQ | $\overline{\text{LDQS}}$ | VDDQ | H |
| F | DQ6 | VSSQ | LDM | | | | LDQS | VSSQ | DQ7 | J |
| G | VDDQ | DQ1 | VDDQ | | | | VDDQ | DQ0 | VDDQ | K |
| H | DQ4 | VSSQ | DQ3 | | | | DQ2 | VSSQ | DQ5 | L |
| J | VDDL | VREF | VSS | | | | VSSDL | CK | VDD | M |
| K | | CKE | $\overline{\text{WE}}$ | | | | $\overline{\text{RAS}}$ | $\overline{\text{CK}}$ | ODT | N |
| L | NC, BA2 | BA0 | BA1 | | | | $\overline{\text{CAS}}$ | $\overline{\text{CS}}$ | | P |
| M | | A10/AP | A1 | | | | A2 | A0 | VDD | R |
| N | VSS | A3 | A5 | | | | A6 | A4 | | T |
| P | | A7 | A9 | | | | A11 | A8 | VSS | U |
| R | VDD | A12 | NC, A14 | | | | NC, A15 | NC, A13 | | V |
| | | | | | | | | | | W |
| | | | | | | | | | | X |
| | NC | NC | | | | | | NC | NC | AA |

**Figure 3 — DDR2 SDRAM x16 Ballout Using MO-207**

## 1 Package Pinout & Addressing (cont'd)

### 1.1 DDR2 SDRAM Package Ballout (cont'd)

(Top view: see balls through package)

Variation tbd. without support balls (left row labels) / Variation tbd. with support balls (right row labels)

| Row (without support balls) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Row (with support balls) |
|---|---|---|---|---|---|---|---|---|---|---|
| | NC | NC | | | | | | NC | NC | A |
| | | | | | | | | | | B |
| | | | | | | | | | | C |
| | | | | | | | | | | D |
| A | VDD | NC | VSS | | | | VSSQ | $\overline{DQS}$ | VDDQ | E |
| B | NC | VSSQ | DM | | | | DQS | VSSQ | NC | F |
| C | VDDQ | DQ1 | VDDQ | | | | VDDQ | DQ0 | VDDQ | G |
| D | NC | VSSQ | DQ3 | | | | DQ2 | VSSQ | NC | H |
| E | VDDL | VREF | VSS | | | | VSSDL | CK | VDD | J |
| F | | CKE0 | $\overline{WE}$ | | | | $\overline{RAS}$ | $\overline{CK}$ | ODT0 | K |
| G | NC, BA2 | BA0 | BA1 | | | | $\overline{CAS}$ | $\overline{CS0}$ | $\overline{CS1}$ | L |
| H | CKE1 | A10/AP | A1 | | | | A2 | A0 | VDD | M |
| J | VSS | A3 | A5 | | | | A6 | A4 | ODT1 | N |
| K | | A7 | A9 | | | | A11 | A8 | VSS | P |
| L | VDD | A12 | NC, A14 | | | | NC, A15 | NC, A13 | | R |
| | | | | | | | | | | T |
| | | | | | | | | | | U |
| | | | | | | | | | | V |
| | NC | NC | | | | | | NC | NC | W |

NOTE This stacked ballout does not represent the nonstacked ballout; it is intended only for use in a stacked package.

**Figure 4 — Stacked/Dual-Die DDR2 SDRAM x4 Ballout Using MO-TBD.**

## 1 Package Pinout & Addressing (cont'd)

### 1.1 DDR2 SDRAM Package Ballout (cont'd)

(Top view: see balls through package)

Left row labels: Variation tbd. without support balls. Right row labels: Variation tbd. with support balls.

| Variation tbd. without support balls | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Variation tbd. with support balls |
|---|---|---|---|---|---|---|---|---|---|---|
| | NC | NC | | | | | | NC | NC | A |
| | | | | | | | | | | B |
| | | | | | | | | | | C |
| | | | | | | | | | | D |
| A | VDD | NU/$\overline{RDQS}$ | VSS | | | | VSSQ | $\overline{DQS}$ | VDDQ | E |
| B | DQ6 | VSSQ | DM/RDQS | | | | DQS | VSSQ | DQ7 | F |
| C | VDDQ | DQ1 | VDDQ | | | | VDDQ | DQ0 | VDDQ | G |
| D | DQ4 | VSSQ | DQ3 | | | | DQ2 | VSSQ | DQ5 | H |
| E | VDDL | VREF | VSS | | | | VSSDL | CK | VDD | J |
| F | | CKE0 | $\overline{WE}$ | | | | $\overline{RAS}$ | $\overline{CK}$ | ODT0 | K |
| G | NC, BA2 | BA0 | BA1 | | | | $\overline{CAS}$ | $\overline{CS0}$ | $\overline{CS1}$ | L |
| H | CKE1 | A10/AP | A1 | | | | A2 | A0 | VDD | M |
| J | VSS | A3 | A5 | | | | A6 | A4 | ODT1 | N |
| K | | A7 | A9 | | | | A11 | A8 | VSS | P |
| L | VDD | A12 | NC, A14 | | | | NC, A15 | NC, A13 | | R |
| | | | | | | | | | | T |
| | | | | | | | | | | U |
| | | | | | | | | | | V |
| | NC | NC | | | | | | NC | NC | W |

NOTE This stacked ballout is intended for use only in a stacked package, it does not represent the nonstacked package.

**Figure 5 — Stacked/Dual-Die DDR2 SDRAM x8 Ballout Using MO-TBD**

JEDEC Standard No. 79-2
Page 6

## 1  Package Pinout & Addressing (cont'd)

### 1.2  Input/Output Functional Description

| Symbol | Type | Function |
|---|---|---|
| CK, $\overline{CK}$ | Input | **Clock:** CK and CK are differential clock inputs. All address and control input signals are sampled on the crossing of the positive edge of CK and negative edge of CK. Output (read) data is referenced to the crossings of CK and CK (both directions of crossing). |
| CKE | Input | **Clock Enable:** CKE HIGH activates, and CKE Low deactivates, internal clock signals and device input buffers and output drivers. Taking CKE Low provides Precharge Power-Down and Self Refresh operation (all banks idle), or Active Power-Down (row Active in any bank). CKE is synchronous for power down entry and exit, and for self refresh entry. CKE is asynchronous for self refresh exit. CKE must be maintained high throughout read and write accesses. Input buffers, excluding CK, CK, ODT and CKE are disabled during power-down. Input buffers, excluding CKE, are disabled during self refresh. |
| $\overline{CS}$ | Input | **Chip Select:** All commands are masked when $\overline{CS}$ is registered HIGH. $\overline{CS}$ provides for external Rank selection on systems with multiple Ranks. CS is considered part of the command code. |
| ODT | Input | On Die Termination: ODT (registered HIGH) enables termination resistance internal to the DDR2 SDRAM. When enabled, ODT is only applied to each DQ, DQS, DQS, RDQS, RDQS, and DM signal for x4/x8 configurations. For x16 configuration ODT is applied to each DQ, UDQS/UDQS, LDQS/LDQS, UDM, and LDM signal. The ODT pin will be ignored if the Extended Mode Register (EMRS) is programmed to disable ODT. |
| $\overline{RAS}$, $\overline{CAS}$, $\overline{WE}$ | Input | **Command Inputs:** $\overline{RAS}$, $\overline{CAS}$ and $\overline{WE}$ (along with $\overline{CS}$) define the command being entered. |
| DM (UDM), (LDM) | Input | **Input Data Mask:** DM is an input mask signal for write data. Input data is masked when DM is sampled HIGH coincident with that input data during a Write access. DM is sampled on both edges of DQS. Although DM pins are input only, the DM loading matches the DQ and DQS loading. For x8 device, the function of DM or RDQS/RDQS is enabled by EMRS command. |
| BA0 - BA2 | Input | **Bank Address Inputs:** BA0 and BA1 for 256 and 512Mb, BA0 - BA2 define to which bank an Active, Read, Write or Precharge command is being applied. Bank address also determines if the mode register or extended mode register is to be accessed during a MRS or EMRS cycle. |
| A0 - A15 | Input | **Address Inputs:** Provided the row address for Active commands and the column address and Auto Precharge bit for Read/Write commands to select one location out of the memory array in the respective bank. A10 is sampled during a Precharge command to determine whether the Precharge applies to one bank (A10 LOW) or all banks (A10 HIGH). If only one bank is to be precharged, the bank is selected by BA0, BA1. The address inputs also provide the op-code during Mode Register Set commands. |
| DQ | Input/Output | **Data Input/ Output:** Bi-directional data bus. |
| DQS, ($\overline{DQS}$) (UDQS), ($\overline{UDQS}$) (LDQS), ($\overline{LDQS}$) (RDQS), ($\overline{RDQS}$) | Input/Output | **Data Strobe:** output with read data, input with write data. Edge-aligned with read data, centered in write data. For the x16, LDQS corresponds to the data on DQ0-DQ7; UDQS corresponds to the data on DQ8-DQ15. For the x8, an RDQS option using DM pin can be enabled via the EMRS(1) to simplify read timing. The data strobes DQS, LDQS, UDQS, and RDQS may be used in single ended mode or paired with optional complementary signals DQS, LDQS, UDQS, and RDQS to provide differential pair signaling to the system during both reads and writes. An EMRS(1) control bit enables or disables all complementary data strobe signals. |
| NC | | **No Connect:** No internal electrical connection is present. |
| $V_{DDQ}$ | Supply | **DQ Power Supply:** 1.8V +/- 0.1V |
| $V_{SSQ}$ | Supply | **DQ Ground** |
| $V_{DDL}$ | Supply | **DLL Power Supply:** 1.8V +/- 0.1V |
| $V_{SSDL}$ | Supply | **DLL Ground** |
| $V_{DD}$ | Supply | **Power Supply:** 1.8V +/- 0.1V |
| $V_{SS}$ | Supply | **Ground** |
| $V_{REF}$ | Supply | **Reference voltage** |

In this data sheet, "differential DQS signals" refers to any of the following with  A10 = 0 of EMRS(1)
      x4 DQS/$\overline{DQS}$
      x8 DQS/$\overline{DQS}$            if EMRS(1)[A11] = 0
      x8 DQS/$\overline{DQS}$, RDQS/$\overline{RDQS}$,     if EMRS(1)[A11] = 1
      x16 LDQS/$\overline{LDQS}$ and UDQS/$\overline{UDQS}$
    "single-ended DQS signals" refers to any of the following with A10 = 1 of EMRS(1)
      x4 DQS
      x8 DQS          if EMRS(1)[A11] = 0
      x8 DQS, RDQS,     if EMRS(1)[A11] = 1
      x16 LDQS and UDQS

## 1  Package Pinout & Addressing (cont'd)

### 1.3   DDR2 SDRAM Addressing

**Table 1 —  256Mb Addressing**

| Configuration | 64Mb x4 | 32Mb x 8 | 16Mb x16 |
|---|---|---|---|
| # of Bank | 4 | 4 | 4 |
| Bank Address | BA0,BA1 | BA0,BA1 | BA0,BA1 |
| Auto precharge | A10/AP | A10/AP | A10/AP |
| Row Address | A0 ~ A12 | A0 ~ A12 | A0 ~ A12 |
| Column Address | A0 ~ A9,A11 | A0 ~ A9 | A0 ~ A8 |
| Page size [*1] | 1 KB | 1 KB | 1 KB |

**Table 2 —  512Mb Addressing**

| Configuration | 128Mb x4 | 64Mb x 8 | 32Mb x16 |
|---|---|---|---|
| # of Bank | 4 | 4 | 4 |
| Bank Address | BA0,BA1 | BA0,BA1 | BA0,BA1 |
| Auto precharge | A10/AP | A10/AP | A10/AP |
| Row Address | A0 ~ A13 | A0 ~ A13 | A0 ~ A12 |
| Column Address | A0 ~ A9,A11 | A0 ~ A9 | A0 ~ A9 |
| Page size [*1] | 1 KB | 1 KB | 2 KB |

**Table 3 —  1Gb Addressing**

| Configuration | 256Mb x4 | 128Mb x 8 | 64Mb x16 |
|---|---|---|---|
| # of Bank | 8 | 8 | 8 |
| Bank Address | BA0 ~ BA2 | BA0 ~ BA2 | BA0 ~ BA2 |
| Auto precharge | A10/AP | A10/AP | A10/AP |
| Row Address | A0 ~ A13 | A0 ~ A13 | A0 ~ A12 |
| Column Address | A0 ~ A9,A11 | A0 ~ A9 | A0 ~ A9 |
| Page size [*1] | 1 KB | 1 KB | 2 KB |

**Table 4 —  2Gb Addressing**

| Configuration | 512Mb x4 | 256Mb x 8 | 128Mb x16 |
|---|---|---|---|
| # of Bank | 8 | 8 | 8 |
| Bank Address | BA0 ~ BA2 | BA0 ~ BA2 | BA0 ~ BA2 |
| Auto precharge | A10/AP | A10/AP | A10/AP |
| Row Address | A0 ~ A14 | A0 ~ A14 | A0 ~ A13 |
| Column Address | A0 ~ A9,A11 | A0 ~ A9 | A0 ~ A9 |
| Page size [*1] | 1 KB | 1 KB | 2 KB |

JEDEC Standard No. 79-2
Page 8

**1  Package Pinout & Addressing (cont'd)**

**1.3  DDR2 SDRAM Addressing (cont'd)**

**Table 5 — 4 Gb Addressing**

| Configuration | 1 Gb x4 | 512Mb x 8 | 256Mb x16 |
|---|---|---|---|
| # of Bank | 8 | 8 | 8 |
| Bank Address | BA0 ~ BA2 | BA0 ~ BA2 | BA0 ~ BA2 |
| Auto precharge | A10/AP | A10/AP | A10/AP |
| Row Address | tbd | tbd | tbd |
| Column Address | tbd | tbd | tbd |
| Page size [*1] | tbd | tbd | tbd |

NOTE    Page size is the number of bytes of data delivered from the array to the internal sense amplifiers when an ACTIVE command is registered. Page size is per bank, calculated as follows:

$$\text{page size} = 2^{\text{COLBITS}} * \text{ORG} \div 8$$

where

COLBITS = the number of column address bits
ORG = the number of I/O (DQ) bits

Samsung Electronics Co., Ltd.
Ex. 1029, p. 8

## 2    Functional Description

### 2.1    Simplified State Diagram



**Figure 6 — DDR2 SDRAM Simplified State Diagram**

NOTE   Use caution with this diagram. It is indented to provide a floorplan of the possible state transitions and the commands to control them, not all details. In particular situations involving more than one bank, enabling/disabling on-die termination, Power Down entry/exit - among other things - are not captured in full detail.

JEDEC Standard No. 79-2
Page 10

## 2  Functional Description (cont'd)

### 2.2  Basic Functionality

Read and write accesses to the DDR2 SDRAM are burst oriented; accesses start at a selected location and continue for a burst length of four or eight in a programmed sequence. Accesses begin with the registration of an Active command, which is then followed by a Read or Write command. The address bits registered coincident with the active command are used to select the bank and row to be accessed (BA0-BA2 select the bank; A0-A15 select the row). The address bits registered coincident with the Read or Write command are used to select the starting column location for the burst access and to determine if the auto precharge command is to be issued.

Prior to normal operation, the DDR2 SDRAM must be initialized. The following sections provide detailed information covering device initialization, register definition, command descriptions and device operation.

### 2.2.1  Power up and Initialization

DDR2 SDRAMs must be powered up and initialized in a predefined manner. Operational procedures other than those specified may result in undefined operation.

### 2.2.1.1  Power-up and Initialization Sequence

The following sequence is required for POWER UP and Initialization.

1. Apply power and attempt to maintain CKE below 0.2*VDDQ and ODT[*1] at a low state (all other inputs may be undefined.)

    - VDD, VDDL and VDDQ are driven from a single power converter output, AND
    - VTT is limited to 0.95 V max, AND
    - Vref tracks VDDQ/2.

      or

    - Apply VDD before or at the same time as VDDL.
    - Apply VDDL before or at the same time as VDDQ.
    - Apply VDDQ before or at the same time as VTT & Vref.

      at least one of these two sets of conditions must be met.

2. Start clock and maintain stable condition.

3. For the minimum of 200 us after stable power and clock (CK, $\overline{\text{CK}}$), then apply NOP or deselect & take CKE high.

4. Wait minimum of 400ns then issue precharge all command. NOP or deselect applied during 400ns period.

5. Issue EMRS(2) command. (To issue EMRS(2) command, provide "Low" to BA0 and BA2, "High" to BA1.)

6. Issue EMRS(3) command. (To issue EMRS(3) command, provide "Low" to BA2, "High" to BA0 and BA1.)

7. Issue EMRS to enable DLL. (To issue "DLL Enable" command, provide "Low" to A0, "High" to BA0 and "Low" to BA1-2 and A13~A15.)

8. Issue a Mode Register Set command for "DLL reset".
   (To issue DLL reset command, provide "High" to A8 and "Low" to BA0-2, and A13~15.)

9. Issue precharge all command.

**2.2.1  Power up and Initialization (cont'd)**

**2.2.1.1  Power-up and Initialization Sequence (cont'd)**

10. Issue 2 or more auto-refresh commands.

11. Issue a mode register set command with low to A8 to initialize device operation. (i.e. to program operating parameters without resetting the DLL.)

12. At least 200 clocks after Step 8, execute OCD Calibration (Off Chip Driver impedance adjustment). If OCD calibration is not used, EMRS OCD Default command (A9=A8= A7=1) followed by EMRS OCD Calibration Mode Exit command (A9=A8=A7=0) must be issued with other operating parameters of EMRS.

13. The DDR2 SDRAM is now ready for normal operation.

   *1) To guarantee ODT off, VREF must be valid and a low level must be applied to the ODT pin.



**Figure 7 —  Initialization Sequence after Power Up**

**2.2.2   Programming the Mode and Extended Mode Registers**

For application flexibility, burst length, burst type, $\overline{CAS}$ latency, DLL reset function, write recovery time(tWR) are user defined variables and must be programmed with a Mode Register Set (MRS) command. Additionally, DLL disable function, driver impedance, additive CAS latency, ODT (On Die Termination), single-ended strobe, and OCD (off chip driver impedance adjustment) are also user defined variables and must be programmed with an Extended Mode Register Set (EMRS) command. Contents of the Mode Register (MR) or Extended Mode Registers (EMR(#)) can be altered by re-executing the MRS and EMRS Commands. If the user chooses to modify only a subset of the MRS or EMRS variables, all variables must be redefined when the MRS or EMRS commands are issued.

MRS, EMRS and Reset DLL do not affect array contents, which means reinitialization including those can be executed any time after power-up without affecting array contents.

JEDEC Standard No. 79-2
Page 12

### 2.2.2  Programming the Mode and Extended Mode Registers (cont'd)

#### 2.2.2.1  DDR2 SDRAM Mode Register Set (MRS)

The mode register stores the data for controlling the various operating modes of DDR2 SDRAM. It controls $\overline{CAS}$ latency, burst length, burst sequence, test mode, DLL reset, tWR and various vendor specific options to make DDR2 SDRAM useful for various applications. The default value of the mode register is not defined, therefore the mode register must be written after power-up for proper operation. The mode register is written by asserting low on $\overline{CS}$, $\overline{RAS}$, $\overline{CAS}$, $\overline{WE}$, BA0 and BA1, while controlling the state of address pins A0 ~ A15. The DDR2 SDRAM should be in all bank precharge with CKE already high prior to writing into the mode register. The mode register set command cycle time (tMRD) is required to complete the write operation to the mode register. The mode register contents can be changed using the same command and clock cycle requirements during normal operation as long as all banks are in the precharge state. The mode register is divided into various fields depending on functionality. Burst length is defined by A0 ~ A2 with options of 4 and 8 bit burst lengths. The burst length decodes are compatible with DDR SDRAM. Burst address sequence type is defined by A3, $\overline{CAS}$ latency is defined by A4 ~ A6. The DDR2 doesn't support half clock latency mode. A7 is used for test mode. A8 is used for DLL reset. A7 must be set to low for normal MRS operation. Write recovery time tWR is defined by A9 ~ A11. Refer to Figure 8 for specific codes.



1.   BA2 and A13~A15 are reserved for future use and must be programmed to 0 when setting the mode register.

2.   WR(write recovery for autoprecharge) min is determined by tCK max and WR max is determined by tCK min. WR in clock cycles is calculated by dividing tWR (in ns) by tCK (in ns) and rounding up to the next integer (WR[cycles] = tWR(ns)/tCK(ns)). The mode register must be programmed to this value. This is also used with tRP to determine tDAL.

**Figure 8 —  DDR2 SDRAM Mode Register Set (MRS)**

**2.2.2   Programming the Mode and Extended Mode Registers (cont'd)**

**2.2.2.2   DDR2 SDRAM Extended Mode Register Set**

**EMRS(1)**

The extended mode register(1) stores the data for enabling or disabling the DLL, output driver strength, additive latency, ODT, DQS disable, OCD program, RDQS enable. The default value of the extended mode register(1) is not defined, therefore the extended mode register(1) must be written after power-up for proper operation. The extended mode register(1) is written by asserting low on $\overline{CS}$, $\overline{RAS}$, $\overline{CAS}$, $\overline{WE}$, high on BA0 and low on BA1, while controlling the states of address pins A0 ~ A15. The DDR2 SDRAM should be in all bank precharge with CKE already high prior to writing into the extended mode register(1). The mode register set command cycle time (tMRD) must be satisfied to complete the write operation to the extended mode register(1). Mode register contents can be changed using the same command and clock cycle requirements during normal operation as long as all banks are in the precharge state. A0 is used for DLL enable or disable. A1 is used for enabling a half strength output driver. A3~A5 determines the additive latency, A7~A9 are used for OCD control, A10 is used for $\overline{DQS}$ disable and A11 is used for RDQS enable. A2 and A6 are used for ODT setting.

**DLL Enable/Disable**

The DLL must be enabled for normal operation. DLL enable is required during power up initialization, and upon returning to normal operation after having the DLL disabled. The DLL is automatically disabled when entering self refresh operation and is automatically re-enabled upon exit of self refresh operation. Any time the DLL is enabled (and subsequently reset), 200 clock cycles must occur before a Read command can be issued to allow time for the internal clock to be synchronized with the external clock. Failing to wait for synchronization to occur may result in a violation of the tAC or tDQSCK parameters.

## 2.2.2.2    DDR2 SDRAM Extended Mode Register Set (cont'd)

| BA2 | BA1 | BA0 | A15 ~ A13 | A12 | A11 | A10 | A9 | A8 | A7 | A6 | A5 | A4 | A3 | A2 | A1 | A0 | Address Field |
|-----|-----|-----|-----------|-----|-----|-----|----|----|----|----|----|----|----|----|----|----|---------------|

| 0*1 | 0 | 1 | 0*1 | Qoff | RDQS | DQS | OCD program | | Rtt | Additive latency | | | Rtt | D.I.C | DLL | Extended Mode Register |
|-----|---|---|-----|------|------|-----|-------------|---|-----|------------------|---|---|-----|-------|-----|------------------------|

| BA1 | BA0 | MRS mode |
|-----|-----|----------|
| 0 | 0 | MRS |
| 0 | 1 | EMRS(1) |
| 1 | 0 | EMRS(2): Reserved |
| 1 | 1 | EMRS(3): Reserved |

| A6 | A2 | Rtt (NOMINAL) |
|----|----|---------------|
| 0 | 0 | ODT Disabled |
| 0 | 1 | 75 ohm |
| 1 | 0 | 150 ohm |
| 1 | 1 | Reserved |

| A0 | DLL Enable |
|----|------------|
| 0 | Enable |
| 1 | Disable |

| A9 | A8 | A7 | OCD Calibration Program |
|----|----|----|-------------------------|
| 0 | 0 | 0 | OCD Calibration mode exit; maintain setting |
| 0 | 0 | 1 | Drive(1) |
| 0 | 1 | 0 | Drive(0) |
| 1 | 0 | 0 | Adjust mode[a] |
| 1 | 1 | 1 | OCD Calibration default [b] |

a: When Adjust mode is issued, AL from previously set value must be applied.
b: After setting to default, OCD mode needs to be exited by setting A9-A7 to 000. Refer to the following 2.2.2.3 section for detailed information

| A5 | A4 | A3 | Additive Latency |
|----|----|----|------------------|
| 0 | 0 | 0 | 0 |
| 0 | 0 | 1 | 1 |
| 0 | 1 | 0 | 2 |
| 0 | 1 | 1 | 3 |
| 1 | 0 | 0 | 4 |
| 1 | 0 | 1 | Reserved |
| 1 | 1 | 0 | Reserved |
| 1 | 1 | 1 | Reserved |

| A12 | Qoff (Optional)[a] |
|-----|--------------------|
| 0 | Output buffer enabled |
| 1 | Output buffer disabled |

a. Outputs disabled - DQs, DQSs, DQSs, RDQS, RDQS. This feature is used in conjunction with dimm IDD meaurements when IDDQ is not desired to be included.

| A1 | Output Driver Impedance Control | Driver Size |
|----|----------------------------------|-------------|
| 0 | Normal | 100% |
| 1 | Weak | 60% |

| A10 | DQS |
|-----|-----|
| 0 | Enable |
| 1 | Disable |

| A11 | RDQS Enable |
|-----|-------------|
| 0 | Disable |
| 1 | Enable |

* If RDQS is enabled, the DM function is disabled. RDQS is active for reads and don't care for writes.

| A11 (RDQS Enable) | A10 (DQS Enable) | Strobe Function Matrix | | | |
|-------------------|------------------|------------------------|------|-----|-----|
| | | RDQS/DM | RDQS | DQS | DQS |
| 0 (Disable) | 0 (Enable) | DM | Hi-z | DQS | DQS |
| 0 (Disable) | 1 (Disable) | DM | Hi-z | DQS | Hi-z |
| 1 (Enable) | 0 (Enable) | RDQS | RDQS | DQS | DQS |
| 1 (Enable) | 1 (Disable) | RDQS | Hi-z | DQS | Hi-z |

* BA2 and A13~A15 are reserved for future use and must be programmed to 0 when setting the mode register.

**Figure 9 —  EMRS(1) Programming**

## 2.2.2.2  DDR2 SDRAM Extended Mode Register Set (cont'd)

**EMRS(2)**
1



EMRS(2) is reserved for future use and all bits except BA0 and BA1 must be programmed to 0 when setting the mode register during initialization.

**Figure 10 — EMRS(2) Programming: Reserved**

**EMRS(3)**
1



EMRS(3) is reserved for future use and all bits except BA0 and BA1 must be programmed to 0 when setting the mode register during initialization.

**Figure 11 — EMRS(3) Programming: Reserved**

### 2.2.2.3  Off-Chip Driver (OCD) Impedance Adjustment

DDR2 SDRAM supports driver calibration feature and the flow chart below is an example of sequence. Every calibration mode command should be followed by "OCD calibration mode exit" before any other command being issued. MRS should be set before entering OCD impedance adjustment and ODT (On DieTermination) should be carefully controlled depending on system environment

**Extended Mode Register Set for OCD impedance adjustment**

OCD impedance adjustment can be done using the following EMRS mode. In drive mode all outputs are driven out by DDR2 SDRAM and drive of RDQS is dependent on EMRS bit enabling RDQS operation. In Drive(1) mode, all DQ, DQS (and RDQS) signals are driven high and all $\overline{DQS}$ signals are driven low. In drive(0) mode, all DQ, DQS (and RDQS) signals are driven low and all $\overline{DQS}$ signals are driven high. In adjust mode, BL = 4 of operation code data must be used. In case of OCD calibration default, output driver characteristics have a nominal impedance value of 18 ohms during nominal temperature and voltage conditions. Output driver characteristics for OCD calibration default are specified in Table 6. OCD applies only to normal full strength output drive setting defined by EMRS(1) and if half strength is set, OCD default output driver characteristics are not applicable. When OCD calibration adjust mode is used, OCD default output driver characteristics are not applicable. After OCD calibration is completed or driver strength is set to default, subsequent EMRS commands not intended to adjust OCD characteristics must specify A9-A7 as '000' in order to maintain the default or calibrated value.

**Table 6 — OCD Drive Mode Program**

| A9 | A8 | A7 | Operation |
|----|----|----|-----------|
| 0 | 0 | 0 | OCD calibration mode exit |
| 0 | 0 | 1 | Drive(1) DQ, DQS, (RDQS) high and $\overline{DQS}$ low |
| 0 | 1 | 0 | Drive(0) DQ, DQS, (RDQS) low and $\overline{DQS}$ high |
| 1 | 0 | 0 | Adjust mode |
| 1 | 1 | 1 | OCD calibration default |

JEDEC Standard No. 79-2
Page 16

**2.2.2.3  Off-Chip Driver (OCD) Impedance Adjustment (cont'd)**

.



Figure 12 —  OCD Impedance Adjustment

**OCD Impedance Adjust**

To adjust output driver impedance, controllers must issue the ADJUST EMRS command along with a 4bit burst code to DDR2 SDRAM as in Table 7. For this operation, Burst Length has to be set to BL = 4 via MRS command before activating OCD and controllers must drive this burst code to all DQs at the same time. DT0 in table X means all DQ bits at bit time 0, DT1 at bit time 1, and so forth. The driver output impedance is adjusted for all DDR2 SDRAM DQs simultaneously and after OCD calibration, all DQs of a given DDR2 SDRAM will be adjusted to the same driver strength setting. The maximum step count for adjustment is 16 and when the limit is reached, further increment or decrement code has no effect. The default setting may be any step within the 16 step range. When Adjust mode command is issued, AL from previously set value must be applied.

### 2.2.2.3  Off-Chip Driver (OCD) Impedance Adjustment (cont'd)

**Table 7 —  OCD Adjust Mode Program**

| 4bit burst code inputs to all DQs | | | | Operation | |
|---|---|---|---|---|---|
| DT0 | DT1 | DT2 | DT3 | Pull-up driver strength | Pull-down driver strength |
| 0 | 0 | 0 | 0 | NOP (No operation) | NOP (No operation) |
| 0 | 0 | 0 | 1 | Increase by 1 step | NOP |
| 0 | 0 | 1 | 0 | Decrease by 1 step | NOP |
| 0 | 1 | 0 | 0 | NOP | Increase by 1 step |
| 1 | 0 | 0 | 0 | NOP | Decrease by 1 step |
| 0 | 1 | 0 | 1 | Increase by 1 step | Increase by 1 step |
| 0 | 1 | 1 | 0 | Decrease by 1 step | Increase by 1 step |
| 1 | 0 | 0 | 1 | Increase by 1 step | Decrease by 1 step |
| 1 | 0 | 1 | 0 | Decrease by 1 step | Decrease by 1 step |
| Other Combinations | | | | Reserved | |

For proper operation of adjust mode, WL = RL - 1 = AL + CL - 1 clocks and tDS/tDH should be met as shown in Figure 13. For input data pattern for adjustment, DT0 - DT3 is a fixed order and "not affected by MRS addressing mode (i.e. sequential or interleave).



**Figure 13 —  OCD Adjust Mode**

**Drive Mode**

Drive mode, both Drive(1) and Drive(0), is used for controllers to measure DDR2 SDRAM Driver impedance. In this mode, all outputs are driven out tOIT after "enter drive mode" command and all output drivers are turned-off tOIT after "OCD calibration mode exit" command as shown in Figure 14.

JEDEC Standard No. 79-2
Page 18

**2.2.2.3   Off-Chip Driver (OCD) Impedance Adjustment (cont'd)**



**Figure 14 —  OCD Drive Mode**

**2.2.2.4   ODT (On Die Termination)**

On Die Termination (ODT) is a feature that allows a DRAM to turn on/off termination resistance for each DQ, DQS/$\overline{DQS}$, RDQS/$\overline{RDQS}$, and DM signal for x4x8 configurations via the ODT control pin. For x16 configuration ODT is applied to each DQ, UDQS/$\overline{UDQS}$, LDQS/$\overline{LDQS}$, UDM, and LDM signal via the ODT control pin. The ODT feature is designed to improve signal integrity of the memory channel by allowing the DRAM controller to independently turn on/off termination resistance for any or all DRAM devices.

The ODT function is supported for ACTIVE and STANDBY modes. ODT is turned off and not supported in SELF REFRESH mode.

**2.2.2.4  ODT (On Die Termination) (cont'd)**



Switch sw1 or sw2 is enabled by ODT pin.
Selection between sw1 or sw2 is determined by "Rtt (nominal)" in EMRS
Termination included on all DQs, DM, DQS, $\overline{DQS}$, RDQS, and $\overline{RDQS}$ pins.
Target Rtt (ohm) = (Rval1) / 2 or (Rval2) / 2

**Figure 15 —  Functional Representation of ODT**



**Figure 16 —  ODT Timing for Active/Standby Mode**

JEDEC Standard No. 79-2
Page 20

**2.2.2.4  ODT (On Die Termination) (cont'd)**



Figure 17 —  ODT Timing for Powerdown Mode

**2.2.2.4  ODT (On Die Termination) (cont'd)**



**Figure 18 —  ODT Timing Mode Switch at Entering Power Down Mode**

JEDEC Standard No. 79-2
Page 22

## 2.2.2.4  ODT (On Die Termination) (cont'd)



**Figure 19 —  ODT Timing Mode Switch at Exiting Power Down Mode**

Samsung Electronics Co., Ltd.
Ex. 1029, p. 22

### 2.2.3    Bank Activate Command

The Bank Activate command is issued by holding $\overline{CAS}$ and $\overline{WE}$ high with $\overline{CS}$ and $\overline{RAS}$ low at the rising edge of the clock. The bank addresses BA0 ~ BA2 are used to select the desired bank. The row address A0 through A15 is used to determine which row to activate in the selected bank. The Bank Activate command must be applied before any Read or Write operation can be executed. Immediately after the bank active command, the DDR2 SDRAM can accept a read or write command on the following clock cycle. If a R/W command is issued to a bank that has not satisfied the tRCDmin specification, then additive latency must be programmed into the device to delay when the R/W command is internally issued to the device. The additive latency value must be chosen to assure tRCDmin is satisfied. Additive latencies of 0, 1, 2, 3 and 4 are supported. Once a bank has been activated it must be precharged before another Bank Activate command can be applied to the same bank. The bank active and precharge times are defined as tRAS and tRP, respectively. The minimum time interval between successive Bank Activate commands to the same bank is determined by the RAS cycle time of the device (t$_{RC}$). The minimum time interval between Bank Activate commands is t$_{RRD}$.

In order to ensure that 8 bank devices do not exceed the instantaneous current supplying capability of 4 bank devices, certain restrictions on operation of the 8 bank devices must be observed. There are two rules, one for restricting the number of sequential ACT commands that can be issued and another for allowing more time for $\overline{RAS}$ precharge for a Precharge All command. The rules are as follows:

1.  8 bank device Sequential Bank Activation Restriction: No more than 4 banks may be activated in a rolling 4 * tRRD + 2 * tCK window. tRRD must be converted to clocks prior to multiplying by 4 and prior to adding 2*tCK. Converting to clocks is done by dividing tRRD(ns) by tCK(ns) and rounding up to next integer value.

2.  8 bank device Precharge All Allowance: tRP for a Precharge All command for an 8 Bank device will equal to tRP + 1 * tCK, where tRP is the value for a single bank pre-charge.



**Figure 20 —  Bank Activate Command Cycle: tRCD = 3, AL = 2, tRP = 3, tRRD = 2, tCCD = 2**

## 2.2.4   Read and Write Access Modes

After a bank has been activated, a read or write cycle can be executed. This is accomplished by setting RAS high, CS and CAS low at the clock's rising edge. WE must also be defined at this time to determine whether the access cycle is a read operation (WE high) or a write operation (WE low).

The DDR2 SDRAM provides a fast column access operation. A single Read or Write Command will initiate a serial read or write operation on successive clock cycles. The boundary of the burst cycle is strictly restricted to specific segments of the page length. For example, the 32Mbit x 4 I/O x 4 Bank chip has a page length of 2048 bits (defined by CA0-CA9, CA11). The page length of 2048 is divided into 512 or 256 uniquely addressable boundary segments depending on burst length, 512 for 4 bit burst, 256 for 8 bit burst respectively. A 4-bit or 8 bit burst operation will occur entirely within one of the 512 or 256 groups beginning with the column address supplied to the device during the Read or Write Command (CA0-CA9, CA11). The second, third and fourth access will also occur within this group segment, however, the burst order is a function of the starting address, and the burst sequence.

A new burst access must not interrupt the previous 4 bit burst operation in case of BL = 4 setting. However, in case of BL = 8 setting, two cases of interrupt by a new burst access are allowed, one reads interrupted by a read, the other writes interrupted by a write with 4 bit burst boundary respectively. The minimum CAS to CAS delay is defined by tCCD, and is a minimum of 2 clocks for read or write cycles.

### 2.2.4.1   Posted CAS

Posted CAS operation is supported to make command and data bus efficient for sustainable bandwidths in DDR2 SDRAM. In this operation, the DDR2 SDRAM allows a CAS read or write command to be issued immediately after the RAS bank activate command (or any time during the RAS-CAS-delay time, tRCD, period). The command is held for the time of the Additive Latency (AL) before it is issued inside the device. The Read Latency (RL) is controlled by the sum of AL and the CAS latency (CL). Therefore if a user chooses to issue a R/W command before the tRCDmin, then AL (greater than 0) must be written into the EMRS(1). The Write Latency (WL) is always defined as RL - 1 (read latency -1) where read latency is defined as the sum of additive latency plus CAS latency (RL=AL+CL). Read or Write operations using AL allow seamless bursts (refer to seamless operation timing diagram examples in Read burst and Write burst section).

**Examples of posted CAS operation**



**Figure 21 —   Example 1: Read Followed by a Write to the Same Bank
[AL = 2 and CL = 3, RL = (AL + CL) = 5, WL = (RL - 1) = 4, BL = 4]**

#### 2.2.4   Read and Write Access Modes (cont'd)

#### 2.2.4.1   Posted $\overline{\text{CAS}}$  (cont'd)



**Figure 22 —   Example 2: Read Followed by a Write to the Same Bank**
**[AL = 0 and CL = 3, RL = (AL + CL) = 3, WL = (RL - 1) = 2, BL = 4]**

#### 2.2.4.2   Burst Mode Operation

Burst mode operation is used to provide a constant flow of data to memory locations (write cycle), or from memory locations (read cycle). The parameters that define how the burst mode will operate are burst sequence and burst length. DDR2 SDRAM supports 4 bit burst and 8 bit burst modes only. For 8 bit burst mode, full interleave address ordering is supported, however, sequential address ordering is nibble based for ease of implementation. The burst type, either sequential or interleaved, is programmable and defined by the address bit 3 (A3) of the MRS, which is similar to the DDR SDRAM operation. Seamless burst read or write operations are supported. Unlike DDR devices, interruption of a burst read or write cycle during BL = 4 mode operation is prohibited. However in case of BL = 8 mode, interruption of a burst read or write operation is limited to two cases, reads interrupted by a read, or writes interrupted by a write. Therefore the Burst Stop command is not supported on DDR2 SDRAM devices.

**Table 8 —   Burst Length and Sequence**

| Burst Length | Starting Address (A2 A1 A0) | Sequential Addressing (decimal) | Interleave Addressing (decimal) |
|---|---|---|---|
| 4 | 0 0 0 | 0, 1, 2, 3 | 0, 1, 2, 3 |
|  | 0 0 1 | 1, 2, 3, 0 | 1, 0, 3, 2 |
|  | 0 1 0 | 2, 3, 0, 1 | 2, 3, 0, 1 |
|  | 0 1 1 | 3, 0, 1, 2 | 3, 2, 1, 0 |
| 8 | 0 0 0 | 0, 1, 2, 3, 4, 5, 6, 7 | 0, 1, 2, 3, 4, 5, 6, 7 |
|  | 0 0 1 | 1, 2, 3, 0, 5, 6, 7, 4 | 1, 0, 3, 2, 5, 4, 7, 6 |
|  | 0 1 0 | 2, 3, 0, 1, 6, 7, 4, 5 | 2, 3, 0, 1, 6, 7, 4, 5 |
|  | 0 1 1 | 3, 0, 1, 2, 7, 4, 5, 6 | 3, 2, 1, 0, 7, 6, 5, 4 |
|  | 1 0 0 | 4, 5, 6, 7, 0, 1, 2, 3 | 4, 5, 6, 7, 0, 1, 2, 3 |
|  | 1 0 1 | 5, 6, 7, 4, 1, 2, 3, 0 | 5, 4, 7, 6, 1, 0, 3, 2 |
|  | 1 1 0 | 6, 7, 4, 5, 2, 3, 0, 1 | 6, 7, 4, 5, 2, 3, 0, 1 |
|  | 1 1 1 | 7, 4, 5, 6, 3, 0, 1, 2 | 7, 6, 5, 4, 3, 2, 1, 0 |

NOTE    Page length is a function of I/O organization and column addressing.

**2.2.4   Read and Write Access Modes (cont'd)**

**2.2.4.3   Burst Read Command**

The Burst Read command is initiated by having $\overline{CS}$ and $\overline{CAS}$ low while holding $\overline{RAS}$ and $\overline{WE}$ high at the rising edge of the clock. The address inputs determine the starting column address for the burst. The delay from the start of the command to when the data from the first cell appears on the outputs is equal to the value of the read latency (RL). The data strobe output (DQS) is driven low 1 clock cycle before valid data (DQ) is driven onto the data bus. The first bit of the burst is synchronized with the rising edge of the data strobe (DQS). Each subsequent data-out appears on the DQ pin in phase with the DQS signal in a source synchronous manner. The RL is equal to an additive latency (AL) plus $\overline{CAS}$ latency (CL). The CL is defined by the Mode Register Set (MRS), similar to the existing SDR and DDR SDRAMs. The AL is defined by the Extended Mode Register Set (1)(EMRS(1)).

DDR2 SDRAM pin timings are specified for either single ended mode or differential mode depending on the setting of the EMRS "Enable DQS" mode bit; timing advantages of differential mode are realized in system design. The method by which the DDR2 SDRAM pin timings are measured is mode dependent. In single-ended mode, timing relationships are measured relative to the rising or falling edges of DQS crossing at $V_{REF}$. In differential mode, these timing relationships are measured relative to the crosspoint of DQS and its complement, $\overline{DQS}$. This distinction in timing methods is guaranteed by design and characterization. Note that when differential data strobe mode is disabled via the EMRS, the complementary pin, $\overline{DQS}$, must be tied externally to VSS through a 20 ohm to 10 Kohm resistor to insure proper operation.



**Figure 23 —  Data Output (Read) Timing**

**2.2.4.3   Burst Read Command (cont'd)**



**Figure 24 —  Burst Read Operation: RL = 5 (AL = 2, CL = 3, BL = 4)**



**Figure 25 —  Burst Read Operation: RL = 3 (AL = 0 and CL = 3, BL = 8)**

### 2.2.4.3   Burst Read Command (cont'd)



The minimum time from the burst read command to the burst write command is defined by a read-to-write-turn-around-time, which is 4 clocks in case of BL = 4 operation, 6 clocks in case of BL = 8 operation.

**Figure 26 —  Burst Read Followed by Burst Write: RL = 5, WL = (RL-1) = 4, BL = 4**



The seamless burst read operation is supported by enabling a read command at every other clock for BL = 4 operation, and every 4 clock for BL = 8 operation. This operation is allowed regardless of same or different banks as long as the banks are activated.

**Figure 27 —  Seamless Burst Read Operation: RL = 5, AL = 2, and CL = 3, BL = 4**

**Reads Interrupted by a Read**

Burst read can only be interrupted by another read with 4 bit burst boundary. Any other case of read interrupt is not allowed.

### 2.2.4.3  Burst Read Command (cont'd)



NOTE 1  Read burst interrupt function is only allowed on burst of 8. Burst interrupt of 4 is prohibited.
NOTE 2  Read burst of 8 can only be interrupted by another Read command. Read burst interruption by Write command or Precharge command is prohibited.
NOTE 3  Read burst interrupt must occur exactly two clocks after previous Read command. Any other Read burst interrupt timings are prohibited.
NOTE 4  Read burst interruption is allowed to any bank inside DRAM.
NOTE 5  Read burst with Auto Precharge enabled is not allowed to interrupt.
NOTE 6  Read burst interruption is allowed by another Read with Auto Precharge command.
NOTE 7  All command timings are referenced to burst length set in the mode register. They are not referenced to actual burst. For example, Minimum Read to Precharge timing is AL + BL/2 where BL is the burst length set in the mode register and not the actual burst (which is shorter because of interrupt).

**Figure 28 —  Read Burst Interrupt Timing Example: (CL=3, AL=0, RL=3, BL=8)**

### 2.2.4.4  Burst Write Operation

The Burst Write command is initiated by having $\overline{CS}$, $\overline{CAS}$ and $\overline{WE}$ low while holding $\overline{RAS}$ high at the rising edge of the clock. The address inputs determine the starting column address. Write latency (WL) is defined by a read latency (RL) minus one and is equal to (AL + CL -1). A data strobe signal (DQS) should be driven low (preamble) one clock prior to the WL.   The first data bit of the burst cycle must be applied to the DQ pins at the first rising edge of the DQS following the preamble. The tDQSS specification must be satisfied for write cycles. The subsequent burst bit data are issued on successive edges of the DQS until the burst length is completed, which is 4 or 8 bit burst. When the burst has finished, any additional data supplied to the DQ pins will be ignored. The DQ Signal is ignored after the burst write operation is complete. The time from the completion of the burst write to bank precharge is the write recovery time (WR).

DDR2 SDRAM pin timings are specified for either single ended mode or differential mode depending on the setting of the EMRS "Enable DQS" mode bit; timing advantages of differential mode are realized in system design. The method by which the DDR2 SDRAM pin timings are measured is mode dependent. In single ended mode, timing relationships are measured relative to the rising or falling edges of DQS crossing at $V_{REF}$. In differential mode, these timing relationships are measured relative to the crosspoint of DQS and its complement, $\overline{DQS}$. This distinction in timing methods is guaranteed by design and characterization. Note that when differential data strobe mode is disabled via the EMRS, the complementary pin, $\overline{DQS}$, must be tied externally to VSS through a 20 ohm to 10 Kohm resistor to insure proper operation.

**2.2.4.4  Burst Write Operation (cont'd)**



**Figure 29 —  Data Input (Write) Timing**



**Figure 30 —  Burst Write Operation: RL = 5, WL = 4, tWR = 3 (AL=2, CL=3), BL = 4**



**Figure 31 —  Burst Write Operation: RL = 3, WL = 2, tWR = 2 (AL=0, CL=3), BL = 4**

### 2.2.4.4  Burst Write Operation (cont'd)



The minimum number of clock from the burst write command to the burst read command is [CL - 1 + BL/2 + tWTR]. This tWTR is not a write recovery time (tWR) but the time required to transfer the 4bit write data from the input buffer into sense amplifiers in the array. tWTR is defined in AC spec table of this data sheet.

**Figure 32 — Burst Write Followed by Burst Read: RL = 5 (AL=2, CL=3), WL = 4, tWTR = 2, BL = 4**



The seamless burst write operation is supported by enabling a write command every other clock for BL = 4 operation, every four clocks for
BL = 8 operation. This operation is allowed regardless of same or different banks as long as the banks are activated.

**Figure 33 — Seamless Burst Write Operation: RL = 5, WL = 4, BL = 4**

**Writes Interrupted by a Write**

Burst write can only be interrupted by another write with 4 bit burst boundary. Any other case of write interrupt is not allowed.

JEDEC Standard No. 79-2
Page 32

**2.2.4.4  Burst Write Operation (cont'd)**



NOTE 1   Write burst interrupt function is only allowed on burst of 8. Burst interrupt of 4 is prohibited.

NOTE 2   Write burst of 8 can only be interrupted by another Write command. Write burst interruption by Read command or Precharge command is prohibited.

NOTE 3   Write burst interrupt must occur exactly two clocks after previous Write command. Any other Write burst interrupt timings are prohibited.

NOTE 4   Write burst interruption is allowed to any bank inside DRAM.

NOTE 5   Write burst with Auto Precharge enabled is not allowed to interrupt.

NOTE 6   Write burst interruption is allowed by another Write with Auto Precharge command.

NOTE 7   All command timings are referenced to burst length set in the mode register. They are not referenced to actual burst. For example, minimum Write to Precharge timing is WL+BL/2+tWR where tWR starts with the rising clock after the un-interrupted burst end and not from the end of actual burst end.

**Figure 34 —  Write Burst Interrupt Timing Example: (CL=3, AL=0, RL=3, WL=2, BL=8)**

#### 2.2.4.5  Write Data Mask

One write data mask (DM) pin for each 8 data bits (DQ) will be supported on DDR2 SDRAMs, consistent with the implementation on DDR SDRAMs. It has identical timings on write operations as the data bits, and though used in a uni-directional manner, is internally loaded identically to data bits to insure matched system timing. DM of x4 and x16 bit organization is not used during read cycles. However DM of x8 bit organization can be used as RDQS during read cycles by EMRS(1) setting.

**Data Mask Timing**



**Data Mask Function, WL=3, AL=0, BL = 4 shown**
**Case 1: min $t_{DQSS}$**



**Figure 35 —  Write Data Mask**

#### 2.2.5  Precharge Operation

The Precharge Command is used to precharge or close a bank that has been activated. The Precharge Command is triggered when $\overline{CS}$, $\overline{RAS}$ and $\overline{WE}$ are low and $\overline{CAS}$ is high at the rising edge of the clock. The Precharge Command can be used to precharge each bank independently or all banks simultaneously. Three address bits A10, BA0 and BA1 for 256Mb and 512Mb and four address bits A10, BA0 ~ BA2 for 1Gb and higher densities are used to define which bank to precharge when the command is issued. For 8 bank devices, refer to Section 2.2.3 of this data sheet.

JEDEC Standard No. 79-2
Page 34

## 2.2.5  Precharge Operation (cont'd)

### Table 9 —  Bank Selection for Precharge by Address Bits

| A10 | BA2 | BA0 | BA1 | Precharged Bank(s) | Remarks |
|-----|-----|-----|-----|--------------------|---------|
| LOW | LOW | LOW | LOW | Bank 0 only | |
| LOW | LOW | LOW | HIGH | Bank 1 only | |
| LOW | LOW | HIGH | LOW | Bank 2 only | |
| LOW | LOW | HIGH | HIGH | Bank 3 only | |
| LOW | HIGH | LOW | LOW | Bank 4 only | 1 Gb and higher |
| LOW | HIGH | LOW | HIGH | Bank 5 only | 1 Gb and higher |
| LOW | HIGH | HIGH | LOW | Bank 6 only | 1 Gb and higher |
| LOW | HIGH | HIGH | HIGH | Bank 7 only | 1 Gb and higher |
| HIGH | DON'T CARE | DON'T CARE | DON'T CARE | All Banks | |

### 2.2.5.1  Burst Read Operation Followed by Precharge

Minimum Read to precharge command spacing to the same bank = AL + BL/2 clocks
For the earliest possible precharge, the precharge command may be issued on the rising edge which is "Additive latency(AL) + BL/2 clocks" after a Read command. A new bank active (command) may be issued to the same bank after the RAS precharge time ($t_{RP}$). A precharge command cannot be issued until $t_{RAS}$ is satisfied.

The minimum Read to Precharge spacing has also to satisfy a minimum analog time from the rising clock edge that initiates the last 4-bit prefetch of a Read to Precharge command. This time is called tRTP (Read to Precharge). For BL = 4 this is the time from the actual read (AL after the Read command) to Precharge command. For BL = 8 this is the time from AL + 2 clocks after the Read to the Precharge command.



### Figure 36 —  Example 1: Burst Read Operation Followed by Precharge:
### RL = 4, AL = 1, CL = 3, BL = 4, $t_{RTP}$ <= 2 clocks

**2.2.5.1  Burst Read Operation Followed by Precharge (cont'd)**



**Figure 37 —  Example 2: Burst Read Operation Followed by Precharge:
RL = 4, AL = 1, CL = 3, BL = 8, $t_{RTP}$ <= 2 clocks**



**Figure 38 —  Example 3: Burst Read Operation Followed by Precharge:
RL = 5, AL = 2, CL = 3, BL = 4, $t_{RTP}$ <= 2 clocks**

#### 2.2.5.1  Burst Read Operation Followed by Precharge (cont'd)



**Figure 39 —  Example 4: Burst Read Operation Followed by Precharge:**
**RL = 6, AL = 2, CL = 4, BL = 4, t$_{RTP}$ <= 2 clocks**



*: rounded to next integer

**Figure 40 —  Example 5: Burst Read Operation Followed by Precharge:**
**RL = 4, AL = 0, CL = 4, BL = 8, t$_{RTP}$ > 2 clocks**

#### 2.2.5.2   Burst Write followed by Precharge

Minimum Write to Precharge Command spacing to the same bank = WL + BL/2 clks + tWR

For write cycles, a delay must be satisfied from the completion of the last burst write cycle until the Precharge Command can be issued. This delay is known as a write recovery time (tWR) referenced from the completion of the burst write to the precharge command. No Precharge command should be issued prior to the tWR delay.

**2.2.5.2  Burst Write followed by Precharge (cont'd)**



**Figure 41 —  Example 1: Burst Write followed by Precharge: WL = (RL-1) =3**

**Figure 42 —  Example 2: Burst Write followed by Precharge: WL = (RL-1) = 4**

**2.2.6  Auto Precharge Operation**

Before a new row in an active bank can be opened, the active bank must be precharged using either the Precharge command or the auto-precharge function. When a Read or a Write command is given to the DDR2 SDRAM, the $\overline{CAS}$ timing accepts one extra address, column address A10, to allow the active bank to automatically begin precharge at the earliest possible moment during the burst read or write cycle. If A10 is low when the READ or WRITE command is issued, then normal Read or Write burst operation is executed and the bank remains active at the completion of the burst sequence. If A10 is high when the Read or Write command is issued, then the auto-precharge function is engaged. During auto-precharge, a Read command will execute as normal with the exception that the active bank will begin to precharge on the rising edge which is $\overline{CAS}$ latency (CL) clock cycles before the end of the read burst.

Auto-precharge is also implemented during Write commands. The precharge operation engaged by the Auto precharge command will not begin until the last data of the burst write sequence is properly stored in the memory array.

JEDEC Standard No. 79-2
Page 38

**2.2.6   Auto Precharge Operation (cont'd)**

This feature allows the precharge operation to be partially or completely hidden during burst read cycles (dependent upon $\overline{CAS}$ latency) thus improving system performance for random data access. The $\overline{RAS}$ lockout circuit internally delays the Precharge operation until the array restore operation has been completed (tRAS satisfied) so that the auto precharge command may be issued with any read or write command.

**2.2.6.1   Burst Read with Auto Precharge**

If A10 is high when a Read Command is issued, the Read with Auto-Precharge function is engaged. The DDR2 SDRAM starts an Auto Precharge operation on the rising edge which is (AL + BL/2) cycles later than the read with AP command if tRAS(min) and tRTP(min) are satisfied.

If tRAS(min) is not satisfied at the edge, the start point of auto-precharge operation will be delayed until tRAS(min) is satisfied.

If tRTP(min) is not satisfied at the edge, the start point of auto-precharge operation will be delayed until tRTP(min) is satisfied.

In case the internal precharge is pushed out by tRTP, tRP starts at the point where the internal precharge happens (not at the next rising clock edge after this event). So for BL = 4 the minimum time from Read_AP to the next Activate command becomes AL + (tRTP + tRP)* (see example 2) for BL = 8 the time from Read_AP to the next Activate is AL + 2 + (tRTP + tRP)*, where "*" means: "rounded up to the next integer". In any event internal precharge does not start earlier than two clocks after the last 4-bit prefetch.

A new bank activate (command) may be issued to the same bank if the following two conditions are satisfied simultaneously.
(1) The $\overline{RAS}$ precharge time (tRP) has been satisfied from the clock at which the auto precharge begins.
(2) The $\overline{RAS}$ cycle time (tRC) from the previous bank activation has been satisfied.



**Figure 43 —  Example 1: Burst Read Operation with Auto Precharge:**
**RL = 4, AL = 1, CL = 3, BL = 8, $t_{RTP}$ <= 2 clocks**

Samsung Electronics Co., Ltd.
Ex. 1029, p. 38

**2.2.6.1  Burst Read with Auto Precharge (cont'd)**



Figure 44 —  Example 2: Burst Read Operation with Auto Precharge:
RL = 4, AL = 1, CL = 3, BL = 4, $t_{RTP}$ > 2 clocks



Figure 45 —  Example 3: Burst Read with Auto Precharge
Followed by an Activation to the Same Bank(tRC Limit):
RL = 5 (AL = 2, CL = 3, internal tRCD = 3, BL = 4, $t_{RTP}$ <= 2 clocks)

JEDEC Standard No. 79-2
Page 40

**2.2.6.1  Burst Read with Auto Precharge (cont'd)**



Figure 46 —  Example 4: Burst Read with Auto Precharge
Followed by an Activation to the Same Bank (tRP Limit):
RL = 5 (AL = 2, CL = 3, internal tRCD = 3, BL = 4, $t_{RTP}$ <= 2 clocks)

**2.2.6.2  Burst Write with Auto-Precharge**

If A10 is high when a Write Command is issued, the Write with Auto-Precharge function is engaged. The DDR2 SDRAM automatically begins precharge operation after the completion of the burst write plus write recovery time (tWR). The bank undergoing auto-precharge from the completion of the write burst may be reactivated if the following two conditions are satisfied.

1) The data-in to bank activate delay time (WR + tRP) has been satisfied.
2) The RAS cycle time (tRC) from the previous bank activation has been satisfied.



Figure 47 —  Burst Write with Auto-Precharge (tRC Limit): WL = 2, tWR =2, BL = 4, tRP=3

**2.2.6.2  Burst Write with Auto-Precharge (cont'd)**



**Figure 48 —  Burst Write with Auto-Precharge (tWR + tRP): WL = 4, tWR =2, BL = 4, tRP=3**

**2.2.7  Refresh Command**

When $\overline{CS}$, $\overline{RAS}$ and $\overline{CAS}$ are held low and $\overline{WE}$ high at the rising edge of the clock, the chip enters the Refresh mode (REF). All banks of the DDR2 SDRAM must be precharged and idle for a minimum of the Precharge time (tRP) before the Refresh command (REF) can be applied. An address counter, internal to the device, supplies the bank address during the refresh cycle. No control of the external address bus is required once this cycle has started.

When the refresh cycle has completed, all banks of the DDR2 SDRAM will be in the precharged (idle) state. A delay between the Refresh command (REF) and the next Activate command or subsequent Refresh command must be greater than or equal to the Refresh cycle time (tRFC).

To allow for improved efficiency in scheduling and switching between tasks, some flexibility in the absolute refresh interval is provided. A maximum of eight Refresh commands can be posted to any given DDR2 SDRAM, meaning that the maximum absolute interval between any Refresh command and the next Refresh command is 9 * tREFI.



**Figure 49 —  Refresh Command**

JEDEC Standard No. 79-2
Page 42

**2.2.8  Self Refresh Operation**

The DDR2 SDRAM device has a built-in timer to accommodate Self Refresh operation. The Self Refresh Command is defined by having $\overline{CS}$, $\overline{RAS}$, $\overline{CAS}$ and CKE held low with $\overline{WE}$ high at the rising edge of the clock. ODT must be turned off before issuing Self Refresh command, by either driving ODT pin low or using EMRS command. Once the Command is registered, CKE must be held low to keep the device in Self Refresh mode. When the DDR2 SDRAM has entered Self Refresh mode all of the external signals except CKE, are "don't care". The clock is internally disabled during Self Refresh Operation to save power. The user may change the external clock frequency or halt the external clock one clock after Self-Refresh entry is registered, however, the clock must be restarted and stable before the device can exit Self Refresh operation. Once Self Refresh Exit command is registered, a delay equal to or longer than the tXSNR or tXSRD must be satisfied before a valid command can be issued to the device. CKE must remain high for the entire Self Refresh exit period tXSRD for proper operation. NOP or deselect commands must be registered on each positive clock edge during the Self Refresh exit interval. ODT should also be turned off during tXSRD.



- Device must be in the "All banks idle" state prior to entering Self Refresh mode.
- ODT must be turned off tAOFD before entering Self Refresh mode, and can be turned on again when tXSRD timing is satisfied.
- tXSRD is applied for a Read or a Read with autoprecharge command
- tXSNR is applied for any command except a Read or a Read with autoprecharge command.

**Figure 50 —  Self Refresh Operation**

### 2.2.9  Power-Down

Power-down is synchronously entered when CKE is registered low (along with Nop or Deselect command). CKE is not allowed to go low while mode register or extended mode register command time, or read or write operation is in progress. CKE is allowed to go low while any of other operations such as row activation, precharge or autoprecharge, or auto-refresh is in progress, but power-down IDD spec will not be applied until finishing those operations. Timing diagrams are shown in Figures 51 through 59 with details for entry into power down.

The DLL should be in a locked state when power-down is entered. Otherwise DLL should be reset after exiting power-down mode for proper read operation.

If power-down occurs when all banks are idle, this mode is referred to as precharge power-down; if power-down occurs when there is a row active in any bank, this mode is referred to as active power-down. Entering power-down deactivates the input and output buffers, excluding CK, $\overline{CK}$, ODT and CKE. Also the DLL is disabled upon entering precharge power-down or slow exit active power-down, but the DLL is kept enabled during fast exit active power-down. In power-down mode, CKE low and a stable clock signal must be maintained at the inputs of the DDR2 SDRAM, and ODT should be in a valid state but all other input signals are "Don't Care". CKE low must be maintained until tCKE has been satisfied. Power-down duration is limited by 9 times tREFI of the device.

The power-down state is synchronously exited when CKE is registered high (along with a Nop or Deselect command). CKE high must be maintained until tCKE has been satisfied. A valid, executable command can be applied with power-down exit latency, tXP, tXARD, or tXARDS, after CKE goes high. Power-down exit latency is defined at AC spec table of this data sheet.



**Figure 51 —  Basic Power Down Entry and Exit Timing Diagram**

**2.2.9  Power-Down (cont'd)**



**Figure 52 —  Read to Power Down Entry**

## 2.2.9  Power-Down (cont'd)



**Figure 53 —  Read with Autoprecharge to Power Down Entry**

**Figure 54 —  Write to Power Down Entry**

Samsung Electronics Co., Ltd.
Ex. 1029, p. 45

### 2.2.9  Power-Down (cont'd)



* 1: WR is programmed through MRS

**Figure 55 —  Write with Autoprecharge to Power Down Entry**



**Figure 56 —  Refresh Command to Power Down Entry**



**Figure 57 —  Active Command to Power Down Entry**

### 2.2.9  Power-Down (cont'd)



**Figure 58 —  Precharge/Precharge all Command to Power Down Entry**



**Figure 59 —  MRS/EMRS Command to Power Down Entry**

### 2.2.10    Asynchronous CKE Low Event

DRAM requires CKE to be maintained "HIGH" for all valid operations as defined in this data sheet. If CKE asynchronously drops "LOW" during any valid operation DRAM is not guaranteed to preserve the contents of array. If this event occurs, memory controller must satisfy DRAM timing specification tDelay before turning off the clocks. Stable clocks must exist at the input of DRAM before CKE is raised "HIGH" again. DRAM must be fully re-initialized (steps 4 thru 13) as described in initialization sequence. DRAM is ready for normal operation after the initialization sequence. See Table 35 for tDelay specification.



**Figure 60 —  Asynchronous CKE Low Event**

**2.2.11    Input Clock Frequency Change during Precharge Power Down**

DDR2 SDRAM input clock frequency can be changed under following condition:

DDR2 SDRAM is in precharged power down mode. ODT must be turned off and CKE must be at logic LOW level. A minimum of 2 clocks must be waited after CKE goes LOW before clock frequency may change. SDRAM input clock frequency is allowed to change only within minimum and maximum operating frequency specified for the particular speed grade. During input clock frequency change, ODT and CKE must be held at stable LOW levels. Once input clock frequency is changed, stable new clocks must be provided to DRAM before precharge power down may be exited and DLL must be RESET via EMRS after precharge power down exit. Depending on new clock frequency an additional MRS command may need to be issued to appropriately set the WR, CL etc. During DLL re-lock period, ODT must remain off. After the DLL lock time, the DRAM is ready to operate with new clock frequency.



**Figure 61 —  Clock Frequency Change in Precharge Power**

**2.2.12    No Operation Command**

The No Operation command should be used in cases when the DDR2 SDRAM is in an idle or a wait state. The purpose of the No Operation command (NOP) is to prevent the DDR2 SDRAM from registering any unwanted commands between operations. A No Operation command is registered when $\overline{CS}$ is low with $\overline{RAS}$, $\overline{CAS}$, and $\overline{WE}$ held high at the rising edge of the clock. A No Operation command will not terminate a previous operation that is still executing, such as a burst read or write cycle.

**2.2.13    Deselect Command**

The Deselect command performs the same function as a No Operation command. Deselect command occurs when $\overline{CS}$ is brought high at the rising edge of the clock, the $\overline{RAS}$, $\overline{CAS}$, and $\overline{WE}$ signals become don't cares.

## 3   Truth Tables

**Table 10 —  Command truth table.**

| Function | CKE | | $\overline{CS}$ | $\overline{RAS}$ | $\overline{CAS}$ | $\overline{WE}$ | BA0 BA1 BA2 | A15-A11 | A10 | A9 - A0 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Previous Cycle | Current Cycle | | | | | | | | | |
| (Extended) Mode Register Set | H | H | L | L | L | L | BA | OP Code | | | 1,2 |
| Refresh (REF) | H | H | L | L | L | H | X | X | X | X | 1 |
| Self Refresh Entry | H | L | L | L | L | H | X | X | X | X | 1 |
| Self Refresh Exit | L | H | H | X | X | X | X | X | X | X | 1,7 |
| | | | L | H | H | H | | | | | |
| Single Bank Precharge | H | H | L | L | H | L | BA | X | L | X | 1,2 |
| Precharge all Banks | H | H | L | L | H | L | X | X | H | X | 1 |
| Bank Activate | H | H | L | L | H | H | BA | Row Address | | | 1,2 |
| Write | H | H | L | H | L | L | BA | Column | L | Column | 1,2,3, |
| Write with Auto Precharge | H | H | L | H | L | L | BA | Column | H | Column | 1,2,3, |
| Read | H | H | L | H | L | H | BA | Column | L | Column | 1,2,3 |
| Read with Auto-Precharge | H | H | L | H | L | H | BA | Column | H | Column | 1,2,3 |
| No Operation | H | X | L | H | H | H | X | X | X | X | 1 |
| Device Deselect | H | X | H | X | X | X | X | X | X | X | 1 |
| Power Down Entry | H | L | H | X | X | X | X | X | X | X | 1,4 |
| | | | L | H | H | H | | | | | |
| Power Down Exit | L | H | H | X | X | X | X | X | X | X | 1,4 |
| | | | L | H | H | H | | | | | |

NOTE 1   All DDR2 SDRAM commands are defined by states of $\overline{CS}$, $\overline{RAS}$, $\overline{CAS}$, $\overline{WE}$ and CKE at the rising edge of the clock.

NOTE 2   Bank addresses BA0, BA1, BA2 (BA) determine which bank is to be operated upon. For (E)MRS BA selects an (Extended) Mode Register.

NOTE 3   Burst reads or writes at BL=4 cannot be terminated or interrupted. See sections "Reads interrupted by a Read" and "Writes interrupted by a Write" in section 2.2.4 for details.

NOTE 4   The Power Down Mode does not perform any refresh operations. The duration of Power Down is therefore limited by the refresh requirements outlined in section 2.2.7.

NOTE 5   The state of ODT does not affect the states described in this table. The ODT function is not available during Self Refresh. See section 2.2.2.4.

NOTE 6   "X" means "H or L (but a defined logic level)".

NOTE 7   Self refresh exit is asynchronous.

JEDEC Standard No. 79-2
Page 50

## 3  Truth Tables (cont'd)

### Table 11 —  Clock Enable (CKE) Truth Table for Synchronous Transitions

| Current State [2] | CKE | | Command (N) [3] $\overline{RAS}, \overline{CAS}, \overline{WE}, \overline{CS}$ | Action (N) [3] | Notes |
|---|---|---|---|---|---|
| | Previous Cycle[1] (N-1) | Current Cycle[1] (N) | | | |
| Power Down | L | L | X | Maintain Power-Down | 11, 13, 15 |
| | L | H | DESELECT or NOP | Power Down Exit | 4, 8, 11,13 |
| Self Refresh | L | L | X | Maintain Self Refresh | 11, 15 |
| | L | H | DESELECT or NOP | Self Refresh Exit | 4, 5,9 |
| Bank(s) Active | H | L | DESELECT or NOP | Active Power Down Entry | 4,8,10,11,13 |
| All Banks Idle | H | L | DESELECT or NOP | Precharge Power Down Entry | 4, 8, 10,11,13 |
| | H | L | REFRESH | Self Refresh Entry | 6, 9, 11,13 |
| | H | H | Refer to the Command Truth Table | | 7 |

NOTE 1   CKE (N) is the logic state of CKE at clock edge N; CKE (N–1) was the state of CKE at the previous clock edge.

NOTE 2   Current state is the state of the DDR SDRAM immediately prior to clock edge N.

NOTE 3   COMMAND (N) is the command registered at clock edge N, and ACTION (N) is a result of COMMAND (N).

NOTE 4   All states and sequences not shown are illegal or reserved unless explicitly described elsewhere in this document.

NOTE 5   On Self Refresh Exit DESELECT or NOP commands must be issued on every clock edge occurring during the $t_{XSNR}$ period. Read commands may be issued only after $t_{XSRD}$ (200 clocks) is satisfied.

NOTE 6   Self Refresh mode can only be entered from the All Banks Idle state.

NOTE 7   Must be a legal command as defined in the Command Truth Table.

NOTE 8   Valid commands for Power Down Entry and Exit are NOP and DESELECT only.

NOTE 9   Valid commands for Self Refresh Exit are NOP and DESELECT only.

NOTE 10   Power Down and Self Refresh can not be entered while Read or Write operations, (Extended) Mode Register Set operations or Precharge operations are in progress. See section 2.2.9 "Power Down" and 2.2.8 "Self Refresh Command" for a detailed list of restrictions.

NOTE 11   Minimum CKE high time is three clocks.; minimum CKE low time is three clocks.

NOTE 12   The state of ODT does not affect the states described in this table. The ODT function is not available during Self Refresh. See section 2.2.2.4.

NOTE 13   The Power Down does not perform any refresh operations. The duration of Power Down Mode is therefore limited by the refresh requirements outlined in section 2.2.7.

NOTE 14   CKE must be maintained high while the SDRAM is in OCD calibration mode.

NOTE 15   "X" means "don't care (including floating around VREF)" in Self Refresh and Power Down. However ODT must be driven high or low in Power Down if the ODT function is enabled (Bit A2 or A6 set to "1" in EMRS(1)).

### Table 12 —  DM Truth Table

| Name (Functional) | DM | DQs | Note |
|---|---|---|---|
| Write enable | L | Valid | 1 |
| Write inhibit | H | X | 1 |
| NOTE 1   Used to mask write data, provided coincident with the corresponding data | | | |

## 4   Absolute Maximum DC Ratings

| Symbol | Parameter | Rating | Units | Notes |
|---|---|---|---|---|
| VDD | Voltage on VDD pin relative to Vss | - 1.0 V ~ 2.3 V | V | 1 |
| VDDQ | Voltage on VDDQ pin relative to Vss | - 0.5 V ~ 2.3 V | V | 1 |
| VDDL | Voltage on VDDL pin relative to Vss | - 0.5 V ~ 2.3 V | V | 1 |
| $V_{IN}, V_{OUT}$ | Voltage on any pin relative to Vss | - 0.5 V ~ 2.3 V | V | 1 |
| $T_{STG}$ | Storage Temperature | -55 to +100 | °C | 1 |

NOTE 1   Stresses greater than those listed under "Absolute Maximum Ratings" may cause permanent damage to the device. This is a stress rating only and functional operation of the device at these or any other conditions above those indicated in the operational sections of this specification is not implied. Exposure to absolute maximum rating conditions for extended periods may affect reliability.

## 5   AC & DC Operating Conditions

### Table 13 —   Recommended DC Operating Conditions (SSTL_1.8)

| Symbol | Parameter | Rating | | | Units | Notes |
|---|---|---|---|---|---|---|
| | | Min. | Typ. | Max. | | |
| VDD | Supply Voltage | 1.7 | 1.8 | 1.9 | V | 4 |
| VDDL | Supply Voltage for DLL | 1.7 | 1.8 | 1.9 | V | 4, 5 |
| VDD | Supply Voltage | 2.3 | 2.5 | 2.7 | V | 4, 6 |
| VDDL | Supply Voltage for DLL | 2.3 | 2.5 | 2.7 | V | 4, 5, 6 |
| VDDQ | Supply Voltage for Output | 1.7 | 1.8 | 1.9 | V | 5, 6 |
| VREF | Input Reference Voltage | 0.49*VDDQ | 0.50*VDDQ | 0.51*VDDQ | mV | 1.2 |
| VTT | Termination Voltage | VREF-0.04 | VREF | VREF+0.04 | V | 3 |

NOTE 1   There is no specific device VDD supply voltage requirement for SSTL-1.8 compliance. However under all conditions VDDQ must be less than or equal to VDD.

NOTE 2   The value of VREF may be selected by the user to provide optimum noise margin in the system. Typically, the value of VREF is expected to be about 0.5 x VDDQ of the transmitting device and VREF is expected to track variations in VDDQ.

NOTE 3   Peak to peak ac noise on VREF may not exceed +/-2% VREF (dc).

NOTE 4   VTT of transmitting device must track VREF of receiving device.

NOTE 5   DDR2 parts with 2.5 V Vdd may exist in the market, but devices with 1.8 V Vdd are expected to be the preferred mass production parts

NOTE 6   VDDQ tracks with VDD, VDDL tracks with VDD. AC parameters are measured with VDD, VDDQ and VDDDL tied together

NOTE 7   Note 5 does not apply when Vdd = 2.5 V nominal

JEDEC Standard No. 79-2
Page 52

## 5   AC & DC Operating Conditions (cont'd)

### Table 14 —   ODT DC Electrical Characteristics

| Parameter/Condition | Symbol | Min | Nom | Max | Units | Notes |
|---|---|---|---|---|---|---|
| Rtt effective impedance value for EMRS(A6,A2)=0,1; 75 ohm | Rtt1(eff) | 60 | 75 | 90 | ohm | 1 |
| Rtt effective impedance value for EMRS(A6,A2)=1,0; 150 ohm | Rtt2(eff) | 120 | 150 | 180 | ohm | 1 |
| Deviation of VM with respect to VDDQ/2 | delta VM | -3.75 | | +3.75 | % | 1 |

NOTE 1 Test condition for Rtt measurements

Measurement Definition for Rtt(eff): Apply $V_{IH}$ (ac) and $V_{IL}$ (ac) to test pin separately, then measure current $I(V_{IH}$ (ac)) and $I(V_{IL}$ (ac)) respectively. $V_{IH}$ (ac), $V_{IL}$ (ac), and VDDQ values defined in SSTL_18

$$Rtt(eff) = \frac{V_{IH}(ac) - V_{IL}(ac)}{I(V_{IH}(ac)) - I(V_{IL}(ac))}$$

Measurement Definition for VM: Measure voltage (VM) at test pin (midpoint) with no load.

$$delta\ VM = \left( \frac{2\ x\ Vm}{VDDQ} - 1 \right) x\ 100\%$$

### Table 15 —   Input DC Logic Level

| Symbol | Parameter | Min. | Max. | Units | Notes |
|---|---|---|---|---|---|
| $V_{IH}(dc)$ | dc input logic high | VREF + 0.125 | VDDQ + 0.3 | V | |
| $V_{IL}(dc)$ | dc input logic low | - 0.3 | VREF - 0.125 | V | |

### Table 16 —   Input AC Logic Level

| Symbol | Parameter | Min. | Max. | Units | Notes |
|---|---|---|---|---|---|
| $V_{IH}(ac)$ | ac input logic high | VREF + 0.250 | - | V | |
| $V_{IL}(ac)$ | ac input logic low | - | VREF - 0.250 | V | |

### Table 17 —   AC Input Test Conditions

| Symbol | Condition | Value | Units | Notes |
|---|---|---|---|---|
| $V_{REF}$ | Input reference voltage | 0.5 * $V_{DDQ}$ | V | 1 |
| $V_{SWING(MAX)}$ | Input signal maximum peak to peak swing | 1.0 | V | 1 |
| SLEW | Input signal minimum slew rate | 1.0 | V/ns | 2, 3 |

NOTE 1   Input waveform timing is referenced to the input signal crossing through the $V_{REF}$ level applied to the device under test.
NOTE 2   The input signal minimum slew rate is to be maintained over the range from $V_{IL(dc)}$ max to $V_{IH(ac)}$ min for rising edges and the range from $V_{IH(dc)}$ min to $V_{IL(ac)}$ max for falling edges as shown in the below figure.
NOTE 3   AC timings are referenced with input waveforms switching from VIL(ac) to VIH(ac) on the positive transitions and VIH(ac) to VIL(ac) on the negative transitions.

## 5  AC & DC Operating Conditions (cont'd)



**Figure 62 —  AC Input Test Signal Waveform**

**Table 18 —  Differential Input AC logic Level**

| Symbol | Parameter | Min. | Max. | Units | Notes |
|--------|-----------|------|------|-------|-------|
| $V_{ID}$ (ac) | ac differential input voltage | 0.5 | VDDQ + 0.6 | V | 1 |
| $V_{IX}$ (ac) | ac differential cross point voltage | 0.5 * VDDQ - 0.175 | 0.5 * VDDQ + 0.175 | V | 2 |

NOTE 1   VIN(DC) specifies the allowable DC execution of each input of differential pair such as CK, $\overline{CK}$, DQS, $\overline{DQS}$, LDQS, $\overline{LDQS}$, UDQS and $\overline{UDQS}$.

NOTE 2   VID(DC) specifies the input differential voltage |VTR -VCP | required for switching, where VTR is the true input (such as CK, DQS, LDQS or UDQS) level and VCP is the complementary input (such as $\overline{CK}$, $\overline{DQS}$, $\overline{LDQS}$ or $\overline{UDQS}$) level. The minimum value is equal to VIH(DC) - V IL(DC).



NOTE 1   VID(AC) specifies the input differential voltage |VTR -VCP | required for switching, where VTR is the true input signal (such as CK, DQS, LDQS or UDQS) and VCP is the complementary input signal (such as CK, DQS, LDQS or UDQS). The minimum value is equal to V IH(AC) - V IL(AC).

NOTE 2   The typical value of VIX(AC) is expected to be about 0.5 * VDDQ of the transmitting device and VIX(AC) is expected to track variations in VDDQ. VIX(AC) indicates the voltage at which differential input signals must cross.

**Figure 63 —  Differential signal levels**

Samsung Electronics Co., Ltd.
Ex. 1029, p. 53

JEDEC Standard No. 79-2
Page 54

## 5   AC & DC Operating Conditions (cont'd)

**Table 19 —  Differential AC output parameters**

| Symbol | Parameter | Min. | Max. | Units | Notes |
|--------|-----------|------|------|-------|-------|
| $V_{OX}$ (ac) | ac differential cross point voltage | 0.5 * VDDQ - 0.125 | 0.5 * VDDQ + 0.125 | V | 1 |

NOTE 1   The typical value of VOX(AC) is expected to be about 0.5 * V DDQ of the transmitting device and VOX(AC) is expected to track variations in VDDQ. VOX(AC) indicates the voltage at which differential output signals must cross.

**Overshoot/Undershoot Specification**

**Table 20 —  AC Overshoot/Undershoot Specification for Address and Control Pins A0-A15, BA0-BA2, CS, RAS, CAS, WE, CKE, ODT**

| Parameter | Specification | | |
|-----------|---------------|---|---|
| | DDR2-400 | DDR2-533 | DDR2-667 |
| Maximum peak amplitude allowed for overshoot area (See Figure 64): | 0.9V | 0.9V | 0.9V |
| Maximum peak amplitude allowed for undershoot area (See Figure 64): | 0.9V | 0.9V | 0.9V |
| Maximum overshoot area above VDD (See Figure 64). | 0.75 V-ns | 0.56 V-ns | 0.45 V-ns |
| Maximum undershoot area below VSS (See Figure 64). | 0.75 V-ns | 0.56 V-ns | 0.45 V-ns |



**Figure 64 —  AC Overshoot and Undershoot Definition for Address and Control Pins**

**Table 21 —  AC Overshoot/Undershoot Specification for Clock, Data, Strobe, and Mask Pins DQ, DQS, DM, CK, CK**

| Parameter | Specification | | |
|-----------|---------------|---|---|
| | DDR2-400 | DDR2-533 | DDR2-667 |
| Maximum peak amplitude allowed for overshoot area (See Figure 65): | 0.9V | 0.9V | 0.9V |
| Maximum peak amplitude allowed for undershoot area (See Figure 65): | 0.9V | 0.9V | 0.9V |
| Maximum overshoot area above VDDQ (See Figure 65). | 0.38 V-ns | 0.28 V-ns | 0.23 V-ns |
| Maximum undershoot area below VSSQ (See Figure 65). | 0.38 V-ns | 0.28 V-ns | 0.23 V-ns |

**5   AC & DC Operating Conditions (cont'd)**



**Figure 65 —  AC Overshoot and Undershoot Definition for Clock, Data, Strobe, and Mask Pins**

Power and ground clamps are required on the following input only pins:

1. BA0-BA2          3. $\overline{\text{RAS}}$          5. $\overline{\text{WE}}$          7. ODT
2. A0-A15          4. $\overline{\text{CAS}}$          6. $\overline{\text{CS}}$          8. CKE

**Table 22 —  Characteristics for Input Only Pins with Clamps**

| Voltage across clamp (V) | Minimum Power Clamp Current (mA) | Minimum Ground Clamp Current (mA) |
|---|---|---|
| 0.0 | 0 | 0 |
| 0.1 | 0 | 0 |
| 0.2 | 0 | 0 |
| 0.3 | 0 | 0 |
| 0.4 | 0 | 0 |
| 0.5 | 0 | 0 |
| 0.6 | 0 | 0 |
| 0.7 | 0 | 0 |
| 0.8 | 0.1 | 0.1 |
| 0.9 | 1.0 | 1.0 |
| 1.0 | 2.5 | 2.5 |
| 1.1 | 4.7 | 4.7 |
| 1.2 | 6.8 | 6.8 |
| 1.3 | 9.1 | 9.1 |
| 1.4 | 11.0 | 11.0 |
| 1.5 | 13.5 | 13.5 |
| 1.6 | 16.0 | 16.0 |
| 1.7 | 18.2 | 18.2 |
| 1.8 | 21.0 | 21.0 |

## 5   AC & DC Operating Conditions (cont'd)

### Output Buffer Levels

#### Table 23 — Output AC Test Conditions

| Symbol | Parameter | SSTL_18 Class II | Units | Notes |
|--------|-----------|------------------|-------|-------|
| $V_{OH}$ | Minimum Required Output Pull-up under AC Test Load | $V_{TT}$ + 0.603 | V | |
| $V_{OL}$ | Maximum Required Output Pull-down under AC Test Load | $V_{TT}$ - 0.603 | V | |
| $V_{OTR}$ | Output Timing Measurement Reference Level | 0.5 * $V_{DDQ}$ | V | 1 |

NOTE 1   The VDDQ of the device under test is referenced.

#### Table 24 — Output DC Current Drive

| Symbol | Parameter | SSTI_18 Class II | Units | Notes |
|--------|-----------|------------------|-------|-------|
| $I_{OH(dc)}$ | Output Minimum Source DC Current | - 13.4 | mA | 1, 3, 4 |
| $I_{OL(dc)}$ | Output Minimum Sink DC Current | 13.4 | mA | 2, 3, 4 |

NOTE 1   $V_{DDQ}$ = 1.7 V; $V_{OUT}$ = 1420 mV. ($V_{OUT}$ - $V_{DDQ}$)/$I_{OH}$ must be less than 21 ohm for values of $V_{OUT}$ between $V_{DDQ}$ and $V_{DDQ}$ - 280 mV.

NOTE 2   $V_{DDQ}$ = 1.7 V; $V_{OUT}$ = 280 mV. $V_{OUT}$/$I_{OL}$ must be less than 21 ohm for values of $V_{OUT}$ between 0 V and 280 mV.

NOTE 3   The dc value of $V_{REF}$ applied to the receiving device is set to $V_{TT}$

NOTE 4   The values of $I_{OH(dc)}$ and $I_{OL(dc)}$ are based on the conditions given in Notes 1 and 2. They are used to test device drive current capability to ensure $V_{IH}$ min plus a noise margin and $V_{IL}$ max minus a noise margin are delivered to an SSTL_18 receiver. The actual current values are derived by shifting the desired driver operating point (see Table 12) along a 21 ohm load line to define a convenient driver current for measurement.

#### Table 25 — OCD Default Characteristics

| Description | Parameter | Min | Nom | Max | Unit | Notes |
|-------------|-----------|-----|-----|-----|------|-------|
| Output impedance | | 12.6 | 18 | 23.4 | ohms | 1,2 |
| Pull-up and pull-down mismatch | | 0 | | 4 | ohms | 1,2,3 |
| Output slew rate | | tbd | | tbd | V/ns | 1,4,5 |

NOTE 1   Absolute Specifications (0°C £ TCASE £ +tbd°C; VDD = +1.8V ±0.1V, VDDQ = +1.8V ±0.1V)

NOTE 2   Impedance measurement condition for output source dc current: VDDQ = 1.7V; VOUT = 1420mV; (VOUT-VDDQ)/Ioh must be less than 23.4 ohms for values of VOUT between VDDQ and VDDQ-280mV. Impedance measurement condition for output sink dc current: VDDQ = 1.7V; VOUT = 280mV; VOUT/Iol must be less than 23.4 ohms for values of VOUT between 0V and 280mV.

NOTE 3   Mismatch is absolute value between pull-up and pull-down, both are measured at same temperature and voltage.

NOTE 4   Slew rate measured from vil(ac) to vih(ac).

NOTE 5   The absolute value of the slew rate as measured from DC to DC is equal to or greater than the slew rate as measured from AC to AC. This is guaranteed by design and characterization.

## 5  AC & DC Operating Conditions (cont'd)

### DDR2 SDRAM Default Output Driver V–I Characteristics

DDR2 SDRAM output driver characteristics are defined for full strength default operation as selected by the EMRS1 bits A7-A9 = '111'. Figures 66 and 67 show the driver characteristics graphically, while Tables 26 and 27 show the same data in tabular format suitable for input into simulation tools. The driver characteristics evaluation conditions are:

- Nominal Default 25 °C (T case), VDDQ = 1.8 V, typical process
- Minimum TBD °C (T case), VDDQ = 1.7 V, slow–slow process
- Maximum 0 °C (T case), VDDQ = 1.9 V, fast–fast process

### Default Output Driver Characteristic Curves Notes:

1. The full variation in driver current from minimum to maximum process, temperature, and voltage will lie within the outer bounding lines of the V–I curve of the Figures.

2. It is recommended that the "typical" IBIS V–I curve lie within the inner bounding lines of the V–I curves of the Figures.

**Table 26 —  Full Strength Default Pulldown Driver Characteristics**

| Voltage (V) | Pulldown Current (mA) | | | |
| --- | --- | --- | --- | --- |
| | Minimum (23.4 Ohms) | Nominal Default Low (18 ohms) | Nominal Default High (18 ohms) | Maximum (12.6 Ohms) |
| 0.2 | 8.5 | 11.3 | 11.8 | 15.9 |
| 0.3 | 12.1 | 16.5 | 16.8 | 23.8 |
| 0.4 | 14.7 | 21.2 | 22.1 | 31.8 |
| 0.5 | 16.4 | 25.0 | 27.6 | 39.7 |
| 0.6 | 17.8 | 28.3 | 32.4 | 47.7 |
| 0.7 | 18.6 | 30.9 | 36.9 | 55.0 |
| 0.8 | 19.0 | 33.0 | 40.9 | 62.3 |
| 0.9 | 19.3 | 34.5 | 44.6 | 69.4 |
| 1.0 | 19.7 | 35.5 | 47.7 | 75.3 |
| 1.1 | 19.9 | 36.1 | 50.4 | 80.5 |
| 1.2 | 20.0 | 36.6 | 52.6 | 84.6 |
| 1.3 | 20.1 | 36.9 | 54.2 | 87.7 |
| 1.4 | 20.2 | 37.1 | 55.9 | 90.8 |
| 1.5 | 20.3 | 37.4 | 57.1 | 92.9 |
| 1.6 | 20.4 | 37.6 | 58.4 | 94.9 |
| 1.7 | 20.6 | 37.7 | 59.6 | 97.0 |
| 1.8 | | 37.9 | 60.9 | 99.1 |
| 1.9 | | | | 101.1 |

## 5  AC & DC Operating Conditions (cont'd)



**Figure 66 —  DDR2 Default Pulldown Characteristics for Full Strength Driver**

**Table 27 —  Full Strength Default Pullup Driver Characteristics**

| Voltage (V) | Pullup Current (mA) | | | |
|---|---|---|---|---|
|  | Minimum (23.4 Ohms) | Nominal Default Low (18 ohms) | Nominal Default High (18 ohms) | Maximum (12.6 Ohms) |
| 0.2 | -8.5 | -11.1 | -11.8 | -15.9 |
| 0.3 | -12.1 | -16.0 | -17.0 | -23.8 |
| 0.4 | -14.7 | -20.3 | -22.2 | -31.8 |
| 0.5 | -16.4 | -24.0 | -27.5 | -39.7 |
| 0.6 | -17.8 | -27.2 | -32.4 | -47.7 |
| 0.7 | -18.6 | -29.8 | -36.9 | -55.0 |
| 0.8 | -19.0 | -31.9 | -40.8 | -62.3 |
| 0.9 | -19.3 | -33.4 | -44.5 | -69.4 |
| 1.0 | -19.7 | -34.6 | -47.7 | -75.3 |
| 1.1 | -19.9 | -35.5 | -50.4 | -80.5 |
| 1.2 | -20.0 | -36.2 | -52.5 | -84.6 |
| 1.3 | -20.1 | -36.8 | -54.2 | -87.7 |
| 1.4 | -20.2 | -37.2 | -55.9 | -90.8 |
| 1.5 | -20.3 | -37.7 | -57.1 | -92.9 |
| 1.6 | -20.4 | -38.0 | -58.4 | -94.9 |
| 1.7 | -20.6 | -38.4 | -59.6 | -97.0 |
| 1.8 |  | -38.6 | -60.8 | -99.1 |
| 1.9 |  |  |  | -101.1 |

## 5   AC & DC Operating Conditions (cont'd)



**Figure 67 —  DDR2 Default Pullup Characteristics for Full Strength Output Driver**

**DDR2 SDRAM Calibrated Output Driver V–I Characteristics**

DDR2 SDRAM output driver characteristics are defined for full strength calibrated operation as selected by the procedure outlined in Section 2.2.2.3, Off-Chip Driver (OCD) Impedance Adjustment. Tables 28 and 29 show the data in tabular format suitable for input into simulation tools. The nominal points represent a device at exactly 18 ohms. The nominal low and nominal high values represent the range that can be achieved with a maximum 1.5 ohm step size with no calibration error at the exact nominal conditions only (i.e., perfect calibration procedure, 1.5 ohm maximum step size guaranteed by specification). Real system calibration error needs to be added to these values. It must be understood that these V-I curves as represented here or in supplier IBIS models need to be adjusted to a wider range as a result of any system calibration error. Since this is a system specific phenomena, it cannot be quantified here. The values in the calibrated tables represent just the DRAM portion of uncertainty while looking at one DQ only. If the calibration procedure is used, it is possible to cause the device to operate outside the bounds of the default device characteristics tables and figures. In such a situation, the timing parameters in the specification cannot be guaranteed. It is solely up to the system application to ensure that the device is calibrated between the minimum and maximum default values at all times. If this can't be guaranteed by the system calibration procedure, re-calibration policy, and uncertainty with DQ to DQ variation, then it is recommended that only the default values be used. The nominal maximum and minimum values represent the change in impedance from nominal low and high as a result of voltage and temperature change from the nominal condition to the maximum and minimum conditions. If calibrated at an extreme condition, the amount of variation could be as much as from the nominal minimum to the nominal maximum or vice versa. The driver characteristics evaluation conditions are:

- Nominal 25 ºC (T case), VDDQ = 1.8 V, typical process
- Nominal Low and Nominal High 25 ºC (T case), VDDQ = 1.8 V, any process
- Nominal Minimum TBD ºC (T case), VDDQ = 1.7 V, any process
- Nominal Maximum 0 ºC (T case), VDDQ = 1.9 V, any process

JEDEC Standard No. 79-2
Page 60

## 5  AC & DC Operating Conditions (cont'd)

### Table 28 — Full Strength Calibrated Pulldown Driver Characteristics

| Voltage (V) | Calibrated Pulldown Current (mA) | | | | |
|---|---|---|---|---|---|
| | Nominal Minimum (21 ohms) | Nominal Low (18.75 ohms) | Nominal (18 ohms) | Nominal High (17.25 ohms) | Nominal Maximum (15 ohms) |
| 0.2 | 9.5 | 10.7 | 11.5 | 11.8 | 13.3 |
| 0.3 | 14.3 | 16.0 | 16.6 | 17.4 | 20.0 |
| 0.4 | 18.7 | 21.0 | 21.6 | 23.0 | 27.0 |

### Table 29 — Full Strength Calibrated Pullup Driver Characteristics

| Voltage (V) | Calibrated Pullup Current (mA) | | | | |
|---|---|---|---|---|---|
| | Nominal Minimum (21 ohms) | Nominal Low (18.75 ohms) | Nominal (18 ohms) | Nominal High (17.25 ohms) | Nominal Maximum (15 ohms) |
| 0.2 | -9.5 | -10.7 | -11.4 | -11.8 | -13.3 |
| 0.3 | -14.3 | -16.0 | -16.5 | -17.4 | -20.0 |
| 0.4 | -18.7 | -21.0 | -21.2 | -23.0 | -27.0 |

### Table 30 — IDD Specification Parameters and Test Conditions
#### (IDD values are for full operating range of Voltage and Temperature, Notes 1 - 5

| Symbol | Conditions | Max | Units | Notes |
|---|---|---|---|---|
| IDD0 | **Operating one bank active-precharge current;**<br>$^tCK = {}^tCK(IDD)$, $^tRC = {}^tRC(IDD)$, $^tRAS = {}^tRASmin(IDD)$;<br>CKE is HIGH, $\overline{CS}$ is HIGH between valid commands;<br>Address bus inputs are SWITCHING;<br>Data bus inputs are SWITCHING | | mA | |
| IDD1 | **Operating one bank active-read-precharge current;**<br>IOUT = 0mA;<br>BL = 4, CL = CL(IDD), AL = 0;<br>$^tCK = {}^tCK(IDD)$, $^tRC = {}^tRC(IDD)$, $^tRAS = {}^tRASmin(IDD)$, $^tRCD = {}^tRCD(IDD)$;<br>CKE is HIGH, $\overline{CS}$ is HIGH between valid commands;<br>Address bus inputs are SWITCHING;<br>Data pattern is same as IDD4W | | mA | |
| IDD2P | **Precharge power-down current;**<br>All banks idle;<br>tCK = tCK(IDD);<br>CKE is LOW;<br>Other control and address bus inputs are STABLE;<br>Data bus inputs are FLOATING | | mA | |
| IDD2Q | **Precharge quiet standby current;**<br>All banks idle;<br>tCK = tCK(IDD);<br>CKE is HIGH, $\overline{CS}$ is HIGH;<br>Other control and address bus inputs are STABLE;<br>Data bus inputs are FLOATING | | mA | |

**Table 30 — IDD Specification Parameters and Test Conditions**

(IDD values are for full operating range of Voltage and Temperature, Notes 1 - 5

| Symbol | Conditions | | Max | Units | Notes |
|--------|-----------|--|-----|-------|-------|
| IDD2N | **Precharge standby current;**<br>All banks idle;<br>$^tCK = ^tCK(IDD)$;<br>CKE is HIGH, $\overline{CS}$ is HIGH;<br>Other control and address bus inputs are SWITCHING;<br>Data bus inputs are SWITCHING | | | mA | |
| IDD3P | **Active power-down current;**<br>All banks open;<br>$^tCK = ^tCK(IDD)$;<br>CKE is LOW;<br>Other control and address bus inputs are STABLE;<br>Data bus inputs are FLOATING | Fast PDN Exit<br>MRS(12) = 0 | | mA | |
| | | Slow PDN Exit<br>MRS(12) = 1 | | mA | |
| IDD3N | **Active standby current;**<br>All banks open;<br>$^tCK = ^tCK(IDD)$, $^tRAS = ^tRASmax(IDD)$, $^tRP = ^tRP(IDD)$;<br>CKE is HIGH, $\overline{CS}$ is HIGH between valid commands;<br>Other control and address bus inputs are SWITCHING;<br>Data bus inputs are SWITCHING | | | mA | |
| IDD4W | **Operating burst write current;**<br>All banks open, Continuous burst writes;<br>BL = 4, CL = CL(IDD), AL = 0;<br>$^tCK = ^tCK(IDD)$, $^tRAS = ^tRASmax(IDD)$, $^tRP = ^tRP(IDD)$;<br>CKE is HIGH, $\overline{CS}$ is HIGH between valid commands;<br>Address bus inputs are SWITCHING;<br>Data bus inputs are SWITCHING | | | mA | |
| IDD4R | **Operating burst read current;**<br>All banks open, Continuous burst reads, IOUT = 0mA;<br>BL = 4, CL = CL(IDD), AL = 0;<br>$^tCK = ^tCK(IDD)$, $^tRAS = ^tRASmax(IDD)$, $^tRP = ^tRP(IDD)$;<br>CKE is HIGH, $\overline{CS}$ is HIGH between valid commands;<br>Address bus inputs are SWITCHING;<br>Data pattern is same as IDD4W | | | mA | |
| IDD5B | **Burst refresh current;**<br>$^tCK = ^tCK(IDD)$;<br>Refresh command at every $^tRFC(IDD)$ interval;<br>CKE is HIGH, $\overline{CS}$ is HIGH between valid commands;<br>Other control and address bus inputs are SWITCHING;<br>Data bus inputs are SWITCHING | | | mA | |
| IDD6 | **Self refresh current;**<br>CK and $\overline{CK}$ at 0V;<br>CKE £ 0.2V;<br>Other control and address bus inputs are FLOATING;<br>Data bus inputs are FLOATING | | | mA | |
| IDD7 | **Operating bank interleave read current;**<br>All bank interleaving reads, IOUT = 0mA;<br>BL = 4, CL = CL(IDD), AL = $^tRCD(IDD)-1*^tCK(IDD)$;<br>$^tCK = ^tCK(IDD)$, $^tRC = ^tRC(IDD)$, $^tRRD = ^tRRD(IDD)$, $^tRCD = 1*^tCK(IDD)$;<br>CKE is HIGH, $\overline{CS}$ is HIGH between valid commands;<br>Address bus inputs are STABLE during DESELECTs;<br>Data pattern is same as IDD4R;<br>- Refer to the following page for detailed timing conditions | | | mA | |

JEDEC Standard No. 79-2
Page 62

**Table 30 —  IDD Specification Parameters and Test Conditions**
**(IDD values are for full operating range of Voltage and Temperature, Notes 1 - 5**

| | |
|---|---|
| NOTE 1 | IDD specifications are tested after the device is properly initialized |
| NOTE 2 | Input slew rate is specified by AC Parametric Test Condition |
| NOTE 3 | IDD parameters are specified with ODT disabled. |
| NOTE 4 | Data bus consists of DQ, DM, DQS, $\overline{DQS}$, RDQS, $\overline{RDQS}$, LDQS, $\overline{LDQS}$, UDQS, and $\overline{UDQS}$. IDD values must be met with all combinations of EMRS bits 10 and 11. |
| NOTE 5 | Definitions for IDD |

<table>
<tr><td></td><td>LOW</td><td>=</td><td>Vin £ VILAC(max)</td></tr>
<tr><td></td><td>HIGH</td><td>=</td><td>Vin Š VIHAC(min)</td></tr>
<tr><td></td><td>STABLE</td><td>=</td><td>inputs stable at a HIGH or LOW level</td></tr>
<tr><td></td><td>FLOATING</td><td>=</td><td>inputs at VREF = VDDQ/2</td></tr>
<tr><td></td><td>SWITCHING</td><td>=</td><td>inputs changing between HIGH and LOW every other clock cycle (once per two clocks) for address and control signals, and inputs changing between HIGH and LOW every other data transfer (once per clock) for DQ signals not including masks or strobes.</td></tr>
</table>

**IDD Testing Parameters**

For purposes of IDD testing, the following parameters are to be utilized.

**Table 31 —  IDD Testing Parameters**

| Parameter | DDR2-667 | DDR2-533 | | | DDR2-400 | | Units |
|---|---|---|---|---|---|---|---|
| | 4-4-4 | 3-3-3 | 4-4-4 | 5-5-5 | 3-3-3 | 4-4-4 | |
| CL(IDD) | 4 | 3 | 4 | 5 | 3 | 4 | tCK |
| $^t$RCD(IDD) | 12 | 11.25 | 15 | 18.75 | 15 | 20 | ns |
| $^t$RC(IDD) | 57 | 56.25 | 60 | 63.75 | 60 | 65 | ns |
| $^t$RRD(IDD)-x4/x8 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | ns |
| $^t$RRD(IDD)-x16 | 10 | 10 | 10 | 10 | 10 | 10 | ns |
| $^t$CK(IDD) | 3 | 3.75 | 3.75 | 3.75 | 5 | 5 | ns |
| $^t$RASmin(IDD) | 45 | 45 | 45 | 45 | 45 | 45 | ns |
| $^t$RASmax(IDD) | 70000 | 70000 | 70000 | 70000 | 70000 | 70000 | ns |
| $^t$RP(IDD) | 12 | 11.25 | 15 | 18.75 | 15 | 20 | ns |
| $^t$RFC(IDD)-256Mb | 75 | 75 | 75 | 75 | 75 | 75 | ns |
| $^t$RFC(IDD)-512Mb | 105 | 105 | 105 | 105 | 105 | 105 | ns |
| $^t$RFC(IDD)-1Gb | 127.5 | 127.5 | 127.5 | 127.5 | 127.5 | 127.5 | ns |
| $^t$RFC(IDD)-2Gb | 197.5 | 197.5 | 197.5 | 197.5 | 197.5 | 197.5 | ns |

## 5   AC & DC Operating Conditions (cont'd)

**Detailed IDD7**

The detailed timings are shown below for IDD7. Changes will be required if timing parameter changes are made to the specification.

Legend: A = Active; RA = Read with Autoprecharge; D = Deselect

**IDD7: Operating Current: All Bank Interleave Read operation**
All banks are being interleaved at minimum $^t$RC(IDD) without violating $^t$RRD(IDD) using a burst length of 4. Control and address bus inputs are STABLE during DESELECTs. IOUT = 0mA

**Timing Patterns for 4 bank devices x4/ x8/ x16**
-DDR2-400 4/4/4: A0 RA0 A1 RA1 A2 RA2 A3 RA3 D D D D D

-DDR2-400 3/3/3: A0 RA0 A1 RA1 A2 RA2 A3 RA3 D D D D

-DDR2-533 5/4/4: A0 RA0 D A1 RA1 D A2 RA2 D A3 RA3 D D D D D

-DDR2-533 4/4/4: A0 RA0 D A1 RA1 D A2 RA2 D A3 RA3 D D D D D

**Timing Patterns for 8 bank devices x4/x8**
-DDR2-400 and DDR2-533 all bins: A0 RA0 A1 RA1 A2 RA2 A3 RA3 D D A4 RA4 A5 RA5 A6 RA6 A7 RA7 D D

**Timing Patterns for 8 bank devices x16**
-DDR2-400 all bins: A0 RA0 A1 RA1 A2 RA2 A3 RA3 D D A4 RA4 A5 RA5 A6 RA6 A7 RA7 D D

-DDR2-533 all bins: A0 RA0 D A1 RA1 D A2 RA2 D A3 RA3 D D D A4 RA4 D A5 RA5 D A6 RA6 D A7 RA7 D D D

### Table 32 —   Input/Output capacitance

| Parameter | Symbol | Min | Max | Units |
|---|---|---|---|---|
| Input capacitance, CK and $\overline{CK}$ | CCK | 1.5 | 2.5 | pF |
| Input capacitance delta, CK and $\overline{CK}$ | CDCK | x | 0.25 | pF |
| Input capacitance, all other input-only pins | CI | 1.5 | 2.5 | pF |
| Input capacitance delta, all other input-only pins | CDI | x | 0.25 | pF |
| Input/output capacitance, DQ, DM, DQS, $\overline{DQS}$ | CIO | 3.0 | 4.0 | pF |
| Input/output capacitance delta, DQ, DM, DQS, $\overline{DQS}$ | CDIO | x | 0.5 | pF |

**Electrical Characteristics & AC Timing for DDR2-400/533/667 - Absolute Specification**

$(0\ °C \leq T_{CASE} \leq xx\ °C;\ V_{DDQ} = 1.8V\ +/-\ 0.1V;\ V_{DD} = 1.8V\ +/-\ 0.1V)$

### Table 33 —   Refresh Parameters by Device Density

| Parameter | Symbol | 256Mb | 512Mb | 1Gb | 2Gb | 4Gb | Units |
|---|---|---|---|---|---|---|---|
| Refresh to active/Refresh command time | tRFC | 75 | 105 | 127.5 | 195 | tbd | ns |
| Average periodic refresh interval | tREFI | 7.8 | 7.8 | 7.8 | 7.8 | 7.8 | µs |

JEDEC Standard No. 79-2
Page 64

## 5   AC & DC Operating Conditions (cont'd)

### Table 34 —  DDR2 SDRAM Standard Speed Bins and tRCD, tRP and tRC for Corresponding Bin

| Speed | DDR2-667 | DDR2-533 | DDR2-533 | DDR2-533 | DDR2-400 | DDR2-400 | Units |
|---|---|---|---|---|---|---|---|
| Bin (CL - tRCD - tRP) | 4 - 4 - 4 | 3 - 3 - 3 | 4 - 4 - 4 | 5 - 5 - 5 | 3 - 3 - 3 | 4 - 4 - 4 | |
| Parameter | min | min | min | min | min | min | |
| $\overline{CAS}$ Latency | 4 | 3 | 4 | 5 | 3 | 4 | tCK |
| tRCD | 12 | 11.25 | 15 | 18.75 | 15 | 20 | ns |
| tRP Note1 | 12 | 11.25 | 15 | 18.75 | 15 | 20 | ns |
| tRC | 57 | 56.25 | 60 | 63.75 | 60 | 65 | ns |

NOTE 1   8 bank device Precharge All Allowance: tRP for a Precharge All command for an 8 Bank device will be equal to tRP + 1 * tCK, where tRP are the values for a single bank pre-charge, which are shown in the above table.

### Table 35 — Timing Parameters by Speed Grade (DDR2-400 and DDR2-533)
(Refer to notes for information related to this table at the bottom)

| Parameter | Symbol | DDR2-400 | | DDR2-533 | | Units | Notes |
|---|---|---|---|---|---|---|---|
| | | min | max | min | max | | |
| DQ output access time from CK/$\overline{CK}$ | tAC | -600 | +600 | -500 | +500 | ps | |
| DQS output access time from CK/$\overline{CK}$ | tDQSCK | -500 | +500 | -450 | +450 | ps | |
| CK high-level width | tCH | 0.45 | 0.55 | 0.45 | 0.55 | tCK | |
| CK low-level width | tCL | 0.45 | 0.55 | 0.45 | 0.55 | tCK | |
| CK half period | tHP | min(tCL,tCH) | x | min(tCL,tCH) | x | ps | 11,12 |
| Clock cycle time, CL=x | tCK | 5000 | 8000 | 3750 | 8000 | ps | 15 |
| DQ and DM input hold time | tDH | 400 | x | 350 | x | ps | 6,7,8 |
| DQ and DM input setup time | tDS | 400 | x | 350 | x | ps | 6,7,8 |
| Control & Address input pulse width for each input | tIPW | 0.6 | x | 0.6 | x | tCK | |
| DQ and DM input pulse width for each input | tDIPW | 0.35 | x | 0.35 | x | tCK | |
| Data-out high-impedance time from CK/$\overline{CK}$ | tHZ | x | tAC max | x | tAC max | ps | |
| Data-out low-impedance time from CK/$\overline{CK}$ | tLZ | tAC min | tAC max | tAC min | tAC max | ps | |
| DQS-DQ skew for DQS and associated DQ signals | tDQSQ | x | 350 | x | 300 | ps | 13 |
| DQ hold skew factor | tQHS | x | 450 | x | 400 | ps | 12 |

**Table 35 — Timing Parameters by Speed Grade (DDR2-400 and DDR2-533)**
(Refer to notes for information related to this table at the bottom)

| Parameter | Symbol | DDR2-400 | | DDR2-533 | | Units | Notes |
|---|---|---|---|---|---|---|---|
| | | min | max | min | max | | |
| DQ/DQS output hold time from DQS | tQH | tHP - tQHS | x | tHP - tQHS | x | ps | |
| Write command to first DQS latching transition | tDQSS | WL - 0.25 | WL + 0.25 | WL - 0.25 | WL + 0.25 | tCK | |
| DQS input high pulse width | tDQSH | 0.35 | x | 0.35 | x | tCK | |
| DQS input low pulse width | tDQSL | 0.35 | x | 0.35 | x | tCK | |
| DQS falling edge to CK setup time | tDSS | 0.2 | x | 0.2 | x | tCK | |
| DQS falling edge hold time from CK | tDSH | 0.2 | x | 0.2 | x | tCK | |
| Mode register set command cycle time | tMRD | 2 | x | 2 | x | tCK | |
| Write preamble setup time | tWPRES | 0 | x | 0 | x | ps | |
| Write postamble | tWPST | 0.4 | 0.6 | 0.4 | 0.6 | tCK | 10 |
| Write preamble | tWPRE | 0.25 | x | 0.25 | x | tCK | |
| Address and control input hold time | tIH | 600 | x | 500 | x | ps | 5,7,9 |
| Address and control input setup time | tIS | 600 | x | 500 | x | ps | 5,7,9 |
| Read preamble | tRPRE | 0.9 | 1.1 | 0.9 | 1.1 | tCK | |
| Read postamble | tRPST | 0.4 | 0.6 | 0.4 | 0.6 | tCK | |
| Active to precharge command | tRAS | 45 | 70000 | 45 | 70000 | ns | 3 |
| Active to active command period for 1KB page size products | tRRD | 7.5 | x | 7.5 | x | ns | 4 |
| Active to active command period for 2KB page size products | tRRD | 10 | x | 10 | x | ns | 4 |
| $\overline{CAS}$ to $\overline{CAS}$ command delay | tCCD | 2 | | 2 | | tCK | |
| Write recovery time | tWR | 15 | x | 15 | x | ns | |
| Auto precharge write recovery + precharge time | tDAL | tWR+tRP* | x | tWR+tRP* | x | tCK | 14 |
| Internal write to read command delay | tWTR | 10 | x | 7.5 | x | ns | |
| Internal read to precharge command delay | tRTP | 7.5 | | 7.5 | | ns | 3 |
| Exit self refresh to a non-read command | tXSNR | tRFC + 10 | | tRFC + 10 | | ns | |

**Table 35 — Timing Parameters by Speed Grade (DDR2-400 and DDR2-533)**
(Refer to notes for information related to this table at the bottom)

| Parameter | Symbol | DDR2-400 | | DDR2-533 | | Units | Notes |
|---|---|---|---|---|---|---|---|
| | | min | max | min | max | | |
| Exit self refresh to a read command | tXSRD | 200 | | 200 | | tCK | |
| Exit precharge power down to any non-read command | tXP | 2 | x | 2 | x | tCK | |
| Exit active power down to read command | tXARD | 2 | x | 2 | x | tCK | 1 |
| Exit active power down to read command (Slow exit, Lower power) | tXARDS | 6 - AL | | 6 - AL | | tCK | 1, 2 |
| CKE minimum pulse width (high and low pulse width) | $^t$CKE | 3 | | 3 | | tCK | |
| ODT turn-on delay | $^t$AOND | 2 | 2 | 2 | 2 | tCK | |
| ODT turn-on | $^t$AON | tAC(min) | tAC(max)+1 | tAC(min) | tAC(max)+1 | ns | 16 |
| ODT turn-on (Power-Down mode) | $^t$AONPD | tAC(min)+2 | 2tCK+tAC(max)+1 | tAC(min)+2 | 2tCK+tAC(max)+1 | ns | |
| ODT turn-off delay | $^t$AOFD | 2.5 | 2.5 | 2.5 | 2.5 | tCK | |
| ODT turn-off | $^t$AOF | tAC(min) | tAC(max)+0.6 | tAC(min) | tAC(max)+0.6 | ns | 17 |
| ODT turn-off (Power-Down mode) | $^t$AOFPD | tAC(min)+2 | 2.5tCK+tAC(max)+1 | tAC(min)+2 | 2.5tCK+tAC(max)+1 | ns | |
| ODT to power down entry latency | tANPD | 3 | | 3 | | tCK | |
| ODT power down exit latency | tAXPD | 8 | | 8 | | tCK | |
| OCD drive mode output delay | tOIT | 0 | 12 | 0 | 12 | ns | |
| Minimum time clocks remains ON after CKE asynchronously drops LOW | tDelay | tIS+tCK+tIH | | tIS+tCK+tIH | | ns | 15 |

## 5  AC & DC Operating Conditions (cont'd)

### Table 36 — Timing Parameters by Speed Grade (DDR2-667 and DDR2-SS800)
(Refer to notes for information related to this table at the bottom)

| Parameter | Symbol | DDR2-667 | | DDR2-SS800 | | Units | Notes |
|---|---|---|---|---|---|---|---|
| | | min | max | min | max | | |
| DQ output access time from CK/$\overline{CK}$ | tAC | | | | | ps | |
| DQS output access time from CK/$\overline{CK}$ | tDQSCK | | | | | ps | |
| CK high-level width | tCH | 0.45 | 0.55 | 0.45 | 0.55 | tCK | |
| CK low-level width | tCL | 0.45 | 0.55 | 0.45 | 0.55 | tCK | |
| CK half period | tHP | min(tCL,tCH) | x | min(tCL,tCH) | x | ps | 11,12 |
| Clock cycle time, CL=x | tCK | 3000 | 8000 | 2500 | | ps | 15 |
| DQ and DM input hold time | tDH | | x | | x | ps | 6,7 |
| DQ and DM input setup time | tDS | | x | | x | ps | 6,7 |
| Control & Address input pulse width for each input | tIPW | 0.6 | x | 0.6 | x | tCK | |
| DQ and DM input pulse width for each input | tDIPW | 0.35 | x | 0.35 | x | tCK | |
| Data-out high-impedance time from CK/$\overline{CK}$ | tHZ | x | tAC max | x | tAC max | ps | |
| Data-out low-impedance time from CK/$\overline{CK}$ | tLZ | tAC min | tAC max | tAC min | tAC max | ps | |
| DQS-DQ skew for DQS and associated DQ signals | tDQSQ | x | | x | | ps | 13 |
| DQ hold skew factor | tQHS | x | | | 400 | ps | 12 |
| DQ/DQS output hold time from DQS | tQH | tHP - tQHS | x | tHP - tQHS | x | ps | |
| Write command to first DQS latching transition | tDQSS | WL - 0.25 | WL + 0.25 | WL - 0.25 | WL + 0.25 | tCK | |
| DQS input high pulse width | tDQSH | 0.35 | x | 0.35 | x | tCK | |
| DQS input low pulse width | tDQSL | 0.35 | x | 0.35 | x | tCK | |
| DQS falling edge to CK setup time | tDSS | 0.2 | x | 0.2 | x | tCK | |
| DQS falling edge hold time from CK | tDSH | 0.2 | x | 0.2 | x | tCK | |
| Mode register set command cycle time | tMRD | 2 | x | 2 | x | tCK | |
| Write preamble setup time | tWPRES | 0 | x | 0 | x | ps | |
| Write postamble | tWPST | 0.4 | 0.6 | 0.4 | 0.6 | tCK | 10 |
| Write preamble | tWPRE | 0.25 | x | 0.25 | x | tCK | |
| Address and control input hold time | tIH | | x | | x | ps | 5,7,9 |
| Address and control input setup time | tIS | | x | | x | ps | 5,7,9 |

JEDEC Standard No. 79-2
Page 68

### Table 36 — Timing Parameters by Speed Grade (DDR2-667 and DDR2-SS800)
(Refer to notes for information related to this table at the bottom)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Read preamble | tRPRE | 0.9 | 1.1 | 0.9 | 1.1 | tCK | |
| Read postamble | tRPST | 0.4 | 0.6 | 0.4 | 0.6 | tCK | |
| Activate to precharge command | tRAS | 45 | 70000 | | 70000 | ns | 3 |
| Activate to activate command period for 1KB page size products | tRRD | 7.5 | x | 7.5 | x | ns | 4 |
| Activate to activate command period for 2KB page size products | tRRD | 10 | x | 10 | x | ns | 4 |
| $\overline{CAS}$ to $\overline{CAS}$ command delay | tCCD | 2 | | 2 | | tCK | |
| Write recovery time | tWR | 15 | x | 15 | x | ns | |
| Auto precharge write recovery + precharge time | tDAL | tWR+tRP* | x | tWR+tRP* | x | tCK | 14 |
| Internal write to read command delay | tWTR | 7.5 | x | 7.5 | | ns | |
| Internal read to precharge command delay | tRTP | 7.5 | | 7.5 | | ns | 3 |
| Exit self refresh to a non-read command | tXSNR | tRFC + 10 | | tRFC + 10 | | ns | |
| Exit self refreh to a read command | tXSRD | 200 | | 200 | | tCK | |
| Exit precharge power down to any command | tXP | 2 | x | 2 | x | tCK | |
| Exit active power down to read command | tXARD | 2 | x | 2 | x | tCK | 1 |
| Exit active power down to read command (Slow exit, Lower power) | tXARDS | 6 - AL | | TBD | | tCK | 1, 2 |
| CKE minimum pulse width (high and low pulse width) | tCKE | 3 | | 3 | | tCK | |
| ODT turn-on delay | tAOND | 2 | 2 | 2 | 2 | tCK | |
| ODT turn-on | tAON | tAC(min) | tAC(max)+1 | tAC(min) | tAC(max)+1 | ns | 16 |
| ODT turn-on (Power-Down mode) | tAONPD | tAC(min)+2 | 2tCK+tAC(max)+1 | tAC(min)+2 | 2tCK+tAC(max)+1 | ns | |
| ODT turn-off delay | tAOFD | 2.5 | 2.5 | 2.5 | 2.5 | tCK | |
| ODT turn-off | tAOF | tAC(min) | tAC(max)+0.6 | tAC(min) | tAC(max)+0.6 | ns | 17 |
| ODT turn-off (Power-Down mode) | tAOFPD | tAC(min)+2 | 2.5tCK+tAC(max)+1 | tAC(min)+2 | 2.5tCK+tAC(max)+1 | ns | |
| ODT to power down entry latency | tANPD | 3 | | 3 | | tCK | |
| ODT Power Down Exit Latency | tAXPD | 8 | | 8 | | tCK | |
| OCD drive mode output delay | tOIT | 0 | 12 | 0 | 12 | ns | |

### Table 36 — Timing Parameters by Speed Grade (DDR2-667 and DDR2-SS800)
(Refer to notes for information related to this table at the bottom)

| Minimum time clocks remains ON after CKE asynchronously drops LOW | tDelay | tIS+tCK+tIH | | tIS+tCK+tIH | | ns | 15 |
|---|---|---|---|---|---|---|---|

## General Notes, Which May Apply for all AC Parameters

NOTE 1   Slew Rate Measurement Levels

a) Output slew rate for falling and rising edges is measured between VTT - 250 mV & VTT + 250 mV for single ended signals. For differential signals (e.g., DQS - $\overline{DQS}$) output slew rate is measured between DQS - $\overline{DQS}$ = -500 mV and DQS - $\overline{DQS}$ = +500mV. Output slew rate is guaranteed by design, but is not necessarily tested on each device.

b) Input slew rate for single ended signals is measured from dc-level to ac-level: from VREF - 125 mV to VREF + 250 mV for rising edges and from VREF + 125 mV and VREF - 250 mV for falling edges. For differential signals (e.g., CK - $\overline{CK}$) slew rate for rising edges is measured from CK - $\overline{CK}$ = -250 mV to CK - $\overline{CK}$ = +500 mV (250mV to -500 mV for falling edges).

c) VID is the magnitude of the difference between the input voltage on CK and the input voltage on $\overline{CK}$, or between DQS and $\overline{DQS}$ for differential strobe.

NOTE 2   DDR2 SDRAM AC timing reference load.  Figure 68 represents the timing reference load used in defining the relevant timing parameters of the part. It is not intended to be either a precise representation of the typical system environment nor a depiction of the actual load presented by a production tester. System designers will use IBIS or other simulation tools to correlate the timing reference load to a system environment. Manufacturers will correlate to their production test conditions (generally a coaxial transmission line terminated at the tester electronics).



**Figure 68 —  AC Timing Reference Load**

The output timing reference voltage level for single ended signals is the crosspoint with VTT. The output timing reference voltage level for differential signals is the crosspoint of the true (e.g., DQS) and the complement (e.g., DQS) signal.

NOTE 3   DDR2 SDRAM output slew rate test load.  Output slew rate is characterized under the test conditions as shown in Figure 69.



**Figure 69 —  Slew Rate Test Load**

NOTE 4   Differential data strobe.  DDR2 SDRAM pin timings are specified for either single ended mode or differential mode depending on the setting of the EMRS "Enable DQS" mode bit; timing advantages of differential mode are realized in system design. The method by which the DDR2 SDRAM pin timings are measured is mode dependent. In single ended mode, timing relationships are measured relative to the rising or falling edges of DQS crossing at VREF. In differential mode, these timing relationships are measured relative to the crosspoint of DQS and its complement, $\overline{DQS}$. This distinction in timing methods is guaranteed by design and characterization. When differential data strobe mode is disabled via the EMRS, the complementary pin, $\overline{DQS}$, must be tied externally to VSS through a 20 Ω to 10K Ω resistor to insure proper operation.

Samsung Electronics Co., Ltd.
Ex. 1029, p. 69

## 5   AC & DC Operating Conditions (cont'd)



Figure 70 —  Data Input (Write) Timing



Figure 71 —  Data Output (Read) Timing

NOTE 5   AC timings are for linear signal transitions. See System Derating for other signal transitions.

NOTE 6   These parameters guarantee device behavior, but they are not necessarily tested on each device. They may be guaranteed by device design or tester correlation.

NOTE 7   All voltages referenced to VSS.

NOTE 8   Tests for AC timing, IDD, and electrical (AC and DC) characteristics, may be conducted at nominal reference/ supply voltage levels, but the related specifications and device operation are guaranteed for the full voltage range specified.

**Specific Notes for Dedicated AC Parameters**

NOTE 1   User can choose which active power down exit timing to use via MRS(bit 12). tXARD is expected to be used for fast active power down exit timing. tXARDS is expected to be used for slow active power down exit timing where a lower power value is defined by each vendor data sheet.

NOTE 2   AL = Additive Latency

NOTE 3   This is a minimum requirement. Minimum read to precharge timing is AL + BL/2 providing the tRTP and tRAS(min) have been satisfied.

NOTE 4   A minimum of two clocks (2 * tCK) is required irrespective of operating frequency

NOTE 5   Timings are guaranteed with command/address input slew rate of 1.0 V/ns. See System Derating for other slew rate values.

NOTE 6   Timings are guaranteed with data, mask, and (DQS/RDQS in singled ended mode) input slew rate of 1.0 V/ ns. See System Derating for other slew rate values.

NOTE 7   Timings are guaranteed with CK/$\overline{CK}$ differential slew rate of 2.0 V/ns. Timings are guaranteed for DQS signals with a differential slew rate of 2.0 V/ns in differential strobe mode and a slew rate of 1V/ns in single ended mode. See System Derating for other slew rate values.

**Specific Notes for Dedicated AC Parameters Cont'd)**

NOTE 8   tDS and tDH (data setup and hold) derating: TBD

NOTE 9   tIS and tIH (input setup and hold) derating:  TBD

NOTE 10   The maximum limit for this parameter is not a device limit. The device will operate with a greater value for this parameter, but system performance (bus turnaround) will degrade accordingly.

NOTE 11   MIN (t CL, t CH) refers to the smaller of the actual clock low time and the actual clock high time as provided to the device (i.e. this value can be greater than the minimum specification limits for t CL and t CH). For example, t CL and t CH are = 50% of the period, less the half period jitter (t JIT(HP)) of the clock source, and less the half period jitter due to crosstalk (t JIT(crosstalk)) into the clock traces.

NOTE 12   t QH = t HP − t QHS, where:
tHP = minimum half clock period for any given cycle and is defined by clock high or clock low (tCH, tCL).

tQHS accounts for:

a.   The pulse duration distortion of on-chip clock circuits; and

b.   The worst case push-out of DQS on one transition followed by the worst case pull-in of DQ on the next transition, both of which are, separately, due to data pin skew and output pattern effects, and p-channel to n-channel variation of the output drivers.

NOTE 13   tDQSQ: Consists of data pin skew and output pattern effects, and p-channel to n-channel variation of the output drivers for any given cycle.

NOTE 14   t DAL = (nWR) + (tRP/tCK): For each of the terms above, if not already an integer, round to the next highest integer. tCK refers to the application clock period. nWR refers to the t WR parameter stored in the MRS.

   Example: For DDR533 at t CK = 3.75 ns with t WR programmed to 4 clocks. tDAL = 4 + (15 ns / 3.75 ns) clocks = 4 +(4)clocks=8clocks.

NOTE 15   The clock frequency is allowed to change during self–refresh mode or precharge power-down mode. In case of clock frequency change during precharge power-down, a specific procedure is required as described in Section 2.2.9.

NOTE 16   ODT turn on time min is when the device leaves high impedance and ODT resistance begins to turn on. ODT turn on time max is when the ODT resistance is fully on. Both are measured from tAOND.

NOTE 17   ODT turn off time min is when the device starts to turn off ODT resistance. ODT turn off time max is when the bus is in high impedance. Both are measured from tAOFD.

JEDEC Standard No. 79-2
Page 72

## Annex A (informative)  Revision Log

| Rev | Contents of Modification |
|---|---|
| 02/06/2003 | JESD79-2 revision 0.9 for committee ballot for March 2003 committee meeting. If pass committee ballot, it will be announced as JESD79-2 Rev1.0 (DDR2 SDRAM Data Sheet Revision 1.0) |
| 03/26/2003 | Draft version of JESD79-2 has been finished with following changes made after March 2003 committee meeting.<br>1. Type corrections and editorial changes based on comments on committee ballot material<br>2. Updated power up and initialization sequence: committee ballot passed at March 2003 meeting<br>3. Added "Asynchronous CKE low event & Clock frequency change procedure" in section 2.2.9: committee ballot passed at March 2003 meeting<br>4. Added overshoot/Undershoot specification: committee ballot passed at March 2003 meeting<br>5. Added Full Strength Driver I/C curve: committee ballot passed at March 2003 meeting<br>6. Removed derating table: derating table is still under discussion |
| 09/04/2003 | Source file edited and formatted. |

