# Exhibit 13

  

# FAQs

## Support

- FAQs
- FBGA Part Marking Decoder
- Micron Validated Memory
- Power Calculator Information
- Serial Presence Detect
- Software Information
- How to Buy

- ➕ Applications (1)
- ➕ Bare Die (3)
- ➕ Elpida Acquisition (3)
- ➕ Foundation (6)
- ➕ Green Engineering (10)
- ➕ ISO 14001 (5)
- ➕ Micron (4)
- ➕ ONFI (4)
- ➕ Product (8)
- ➕ Serial Presence Detect (6)
- ➖ Sim Models (22)
  - ➕ Are Verilog models available for Micron modules?
  - ➕ Can a parity module be used in a system that is not designed to use parity?
  - ➕ Can Micron provide models for the module connectors?
  - ➕ Can Micron provide module Gerber files to customers?
  - ➕ Does Micron provide Hyperlynx models?
  - ➕ Does Micron provide VHDL models for modules?
  - ➕ Does the model that I'm downloading support all the drive strengths listed in the data sheet?
  - ➕ How do I tell if I have the correct IBIS or HSPICE model for a given die revision indicator?
  - ➕ How does Micron validate the quality of its IBIS and HSPICE models?



  - ➕ What does the model revision number indicate when it changes from a 1.x level to a 2.x level?
  - ➕ What is a board (.brd) file?
  - ➕ What is a Gerber file?
  - ➕ What is a "rank"?
  - ➕ What is an EBD (.ebd) file?
  - ➕ What is an IBIS (.ibs) file?
  - ➕ What is the advantage of multiple banks within a component?
  - ➖ What is the difference between a "bank" and a "rank?"
    
    Banks are specific to individual DRAM components and refer to sub-arrays within the DRAM component. Ranks are specific to memory modules and refer to a sub-array made of multiple DRAM components.
  
  - ➕ What makes up an IBIS model for a module?
  - ➕ What trace lengths and termination values does Micron suggest I use on my memory interface?
  - ➕ Why are IBIS models for DRAM components regularly posted to micron.com but not IBIS models for modules?

## Solutions
- Automotive Solutions
- Client SSD Storage
- Data Center
- Embedded Memory Solutions
- Enterprise Storage
- Mobile Memory Solutions
- Networking Innovations
- Supercomputing Memory
- Ultrathin Solutions

## Memory and Storage Products
- DRAM
- DRAM Modules
- NAND Flash
- Managed NAND
- NOR Flash
- Hybrid Memory Cube
- Multichip Packages
- Solid State Drives

## About
- Our Company
- News and Events
- Blogs
- Micron Foundation
- Innovations
- Locations
- Our Commitment
- Investor Relations

## Support
- How to Buy
- Authorized Distributors
- Contact Us
- Jobs at Micron

## Contact Us
- How to Buy
- Authorized Sales
- Site Map
- Surplus Equipment
- Terms of Use
- Privacy

© 2014 Micron Technology, Inc. All Rights Reserved

## What is the difference between a bank and a rank?

Banks are specific to individual DRAM components and refer to sub-arrays within the DRAM component. Ranks are specific to memory modules and refer to a sub-array made of multiple DRAM components.