# Exhibit 15



Solid State Technology Association
2500 Wilson Blvd. Suite 220
Arlington, VA  22201-3834
Tel: (703) 907-7559      Fax: (703) 907-7583

Date: *26/April/2007*

# COMMITTEE LETTER BALLOT
## Item # 2129.04

**SUBJECT:** DDR2 RDIMM Specification Revision 3.91 for Raw Card M supporting up to 1Gb SDRAM.

**BACKGROUND:** Previous R/C M design does not support up to 1Gb SDRAM since BA2 had not been wired.
A modified R/C M design proposal was shown to JC45.1 in March 2007 and the committee authorized the 4 Rank. RDIMM TG to issue design spec revisions and registration ballot.
4R DIMM TG agreed by e-mail consensus vote to ballot R/C M design spec changes on 5/06/2007.

The object of this ballot is R/C M.

**SPONSOR:**  SJ Park
Samsung Electronics Co, Ltd
82-31-208-6674
sjoo@sec.samsung.com

**DISTRIBUTION:** JC45 .1

**KEYWORDS & ACRONYMS:**
RDIMM, DDR2, Registered DIMM,

Exhibit 0007

SAM-NET00027331
Samsung Ex. 1091, p. Cover
Samsung Electronics Co., Ltd. v. Netlist, Inc., IPR2022-00615

# PC2-6400/PC2-5300/PC2-4200/PC2-3200 Registered DIMM Design Specification

Revision 3.91

April 26, 2007

*The object of this ballot is R/C M*

SAM-NET00027332

Samsung Ex. 1091, p. 1
Samsung Electronics Co., Ltd. v. Netlist, Inc., IPR2022-00615

Proposed

Application Notes:

JEDEC internal use only
DDR2 SDRAM Registered DIMM Design Specification

### 4 Rank RDIMMs:

DDR2 Registered DIMMs with 4 ranks of memory per RDIMM (raw cards M and N) are a recent addition to the DDR2 RDIMM family. As such, system designers and users need to be aware of some distinguishing characteristics of these designs.

### Product Label:

The 4 rank DDR2 RDIMMs are distinguished on the module label in the "eRxff" field, where e=4. For example, a 4GB 4 rank RDIMM built using x4 SDRAMs would be labeled:

- **4GB 4Rx4 PC2-...**

In addition, the raw card reference design letter field "-ef" will indicate the standard design used, if any. For example, a complete label example for such an RDIMM based on raw card M revision 0 with address parity and SPD version 1.2 using DDR2-533 SDRAMs with CAS latency, tRCD, and tRP of 4 clocks each would be:

- **4GB 4Rx4 PC2-4200P-444-12-M0**

### Bus Loading:

Loading on the address and command bus for 4 rank RDIMMs is similar to other raw cards: 1 or 2 loads per signal compared to 1 to 4 loads on other raw cards. Additional pre-register flight time must be accounted for on the $\overline{S2}$ and $\overline{S3}$ signals which require an additional 37 mm of routing on the RDIMM.

DDR2 RDIMMs with 4 ranks place 4 loads on the data bus. For raw card M these are all DQ, CB, DQS, and $\overline{DQS}$ signals. For raw card N these are all DQ, CB, DM, DQS, and $\overline{DQS}$ signals. System simulation must be done to ensure proper operation, especially with systems supporting more than one slot which must verify proper interaction of 4 rank RDIMMs with empty slots or slots containing RDIMMs with 1, 2, or 4 ranks per slot.

### Rank Selects, Clock Enables, On-Die Termination:

The addition of rank select signals $\overline{S2}$ and $\overline{S3}$ on the motherboard are required in order to support 4 rank RDIMMs. Consistent with the rest of the command and address bus and rank selects $\overline{S0}$ and $\overline{S1}$, it is recommended that routing of rank selects $\overline{S2}$ and $\overline{S3}$ is done referenced to VDD for best signal integrity. All DDR2 RDIMMs (1, 2, and 4 rank versions) reference the data bus, masks, strobes, and clocks to VSS.

Only two clock enable signals, CKE0 and CKE1, and two on-die termination signals, ODT0 and ODT1, are provided at the DDR2 RDIMM edge connector. Controllers must be programmed as appropriate for the following association between signals:

- **$\overline{S0}$ and $\overline{S1}$ associated with CKE0 and ODT0**
- **$\overline{S2}$ and $\overline{S3}$ associated with CKE1 and ODT1**

These associations between control signals are shown graphically in the following block diagrams.

SAM-NET00027476

Samsung Ex. 1091, p. 145
Samsung Electronics Co., Ltd. v. Netlist, Inc., IPR2022-00615

## Proposed

**Application Notes:**

JEDEC internal use only
**DDR2 SDRAM Registered DIMM Design Specification**



Simulation and testing indicate that best signal integrity on the data, mask, and strobe bus is obtained when ODT is programmed for 75 Ω for ranks 0 and 2 of DDR2 SDRAMs via the mode register set command EMRS(1) and both ODT0 and ODT1 RDIMM signals are asserted during cycles requiring termination from the slot containing the 4 rank RDIMM, providing an effective 37.5 Ω termination impedance during these cycles. Since ODT for ranks 1 and 3 are disabled via the ODT pins on these ranks, programming via EMRS(1) is a don't-care for these ranks.

### Serial Presence Detect:

Byte 5 of the standard serial presence detect (SPD) describes the number of ranks of memory installed on the RDIMM. A rank of memory is defined as the collection of SDRAMs driven by a given rank select signal, S̄0 through S̄3. SPD byte 5 of a 4 rank RDIMM will contain the value 0x04.

Page 146

SAM-NET00027477
Samsung Ex. 1091, p. 146
Samsung Electronics Co., Ltd. v. Netlist, Inc., IPR2022-00615