# Exhibit 16

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF TEXAS
 3                    MARSHALL DIVISION
 4
 5   NETLIST, INC.,                      )
 6           Plaintiff,                  )
 7           vs.                         ) Civil Action No.
 8   SAMSUNG ELECTRONICS CO., LTD.,      ) 2:21-CV-463-JRG
 9   SAMSUNG ELECTRONICS AMERICA,        )
10   INC., SAMSUNG SEMICONDUCTOR, INC., )
11           Defendants.                 )
     _____ )
12
13
14
15       VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
16              DEPOSITION OF SUNGJOO PARK
17
18    Remotely Testifying from Hwaseong, South Korea
19    Wednesday, November 23, 2022 (Local GMT+9 Zone)
20
21
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 5567465
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF TEXAS
 3                      MARSHALL DIVISION
 4
 5   NETLIST, INC.,                        )
 6           Plaintiff,                    )
 7           vs.                           ) Civil Action No.
 8   SAMSUNG ELECTRONICS CO., LTD.,        ) 2:21-CV-463-JRG
 9   SAMSUNG ELECTRONICS AMERICA,          )
10   INC., SAMSUNG SEMICONDUCTOR, INC.,    )
11           Defendants.                   )
12   _____ )
13
14
15                  ███████████████████████████ ,
16   virtual videoconference video-recorded deposition of
17   SUNGJOO PARK, remotely testifying from Hwaseong,
18   South Korea, on Wednesday, November 23, 2022 (Local
19   GMT+9 Zone), pursuant to the stipulations of counsel
20   thereof, before Hanna Kim, CLR, Certified Shorthand
21   Reporter, No. 13083.
22
23
24
25
                                                    Page 2
```

```
 1      REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:
 2
 3   FOR PLAINTIFF NETLIST, INC.:
 4           IRELL & MANELLA LLP
 5           BY:  JASON G. SHEASBY, ESQ.
 6           1800 Avenue of the Stars, Suite 900
 7           Los Angeles, California 90067
 8           310.277.1010
 9           jsheasby@irell.com
10
11   FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD.,
12   SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG
13   SEMICONDUCTOR, INC.:
14           FISH & RICHARDSON, P.C.
15           BY:  KAROLINA JESIEN, ESQ.
16           BY:  JEFF BURTON, ESQ.
17           1000 Maine Avenue, S.W., Suite 1000
18           Washington, D.C. 20024
19           202.626.7751
20           jesien@fr.com
21           jburton@fr.com
22
23
24
25
                                            Page 3
```

```
 1      REMOTE VIDEOCONFERENCE APPEARANCES:   (CONTINUED)
 2
 3    ALSO PRESENT:
 4           SOOMI KO, Korean-language main/official
 5           interpreter
 6           MICHELLE KIM, Check interpreter
 7           SHAWNA HYNES, Video Operator
 8           NEIL MARTIN, Concierge
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1   ████  ████████████████████████████████████
 2   ████  ████████████████████████████████████
 3   ████  ██████████
 4   ████       ███████████████████████████████
 5   ████  ████████████████████████████████████
 6   ████  █████████████████████████████
 7   ████  ████████████████████████
 8   ████       ███████████████████████████████
 9   ████  ████████████████████████████████████
10   ████  ██████████████████████████
11   ████       ████████████████████████
12   ████       ███████████████████████████████
13   ████  ████████████████████████████████████
14   ████  ████████████████████████████████████
15   ████  ████████████████████████████████████
16   ████  ███████████████████
17   BY MR. SHEASBY:
18        Q.   Let's look at Exhibit 7.
19             Exhibit 7 is a document you prepared;
20   correct?
21        A.   Looks like I was the ballot sponsor.
22        Q.   This is a document submitted to JEDEC
23   prepared by Samsung Electronics in 2007 discussing
24   DRAM; correct?
25             MS. JESIEN:  Objection.  Form.
```

Page 85

```
 1                THE WITNESS:  I don't think the entire
 2   document --
 3                (Interruption in audio/video.)
 4                THE COURT REPORTER:  Could you -- could
 5   you start that over again, please.
 6                THE MAIN INTERPRETER:  Okay.
 7                THE WITNESS:  I don't think it was the
 8   entire document.  I think some portion was modified.
 9   And let me look for that.
10                THE MAIN INTERPRETER:  Also, Hanna,
11   previously the answer is not -- I think I
12   mispronounced it ballot, not "valid," B-A-L-L-O-T.
13                THE WITNESS:  Since these are not
14   color- -- coloring was -- oh, strike that.
15                Since the fonts are not separated by
16   colors, I don't exactly know which portion was
17   updated.
18   BY MR. SHEASBY:
19       Q.   The point is this was a proposal that was
20   sponsored by Samsung?
21       A.   It is true that that's a ballot Samsung
22   sponsor [verbatim], since my name and Samsung's name
23   is there.
24       Q.   And it's from 2007; correct?
25       A.   Yes.  That's correct.
```

Page 86

Samsung Ex. 1090, p. 86
Samsung Electronics Co., Ltd. v. Netlist, Inc., IPR2022-00615

```
 1        Q.   And why don't you turn to PDF page 147 of
 2   this document -- 140- -- PDF page 147.
 3        A.   Yes, I am there.
 4        Q.   Do you see under the section "Seri-" --
 5   "Serial Presence Detect"?
 6        A.   Yes, I see that.
 7        Q.   It says, quote, "a rank of memory is
 8   defined as the collection of SDRAMs," plural,
 9   "driven by a given rank select signal."
10             Do you see that?
11        A.   Yes, I see that.
12        Q.   Sir, this statement is incorrect; the
13   accepted definition of rank in 2007 or 2008 in the
14   concept of DRAM memory modules includes a single
15   DRAM; correct?
16             MS. JESIEN:  Objection.  Form.
17             THE WITNESS:  No, that's not right.
```

Page 87

```
 1                CERTIFICATE OF REPORTER
 2            I, Hanna Kim, a Certified Shorthand
 3    Reporter, do hereby certify:
 4            That prior to being examined, the witness
 5    in the foregoing proceedings was by me duly sworn to
 6    testify to the truth, the whole truth, and nothing
 7    but the truth;
 8            That said proceedings were taken before me
 9    at the time and place therein set forth remotely via
10    videoconference and were taken down by me in
11    shorthand and thereafter transcribed into
12    typewriting under my direction and supervision;
13            I further certify that I am neither
14    counsel for, nor related to, any party to said
15    proceedings, not in anywise interested in the
16    outcome thereof.
17            Further, that if the foregoing pertains to
18    the original transcript of a deposition in a federal
19    case, before completion of the proceedings, review
20    of the transcript [x] was [ ] was not requested.
21            In witness whereof, I have hereunto
22    subscribed my name this 12th day of December, 2022.
23
24            [signature]
25            Hanna Kim, CLR, CSR No. 13083
```

Page 101