# Exhibit 19

JEDEC Standard No. 21C
Release 13
Section 4.20.6

PC3200/PC2700/PC2100/PC1600 DDR SDRAM
Unbuffered SO-DIMM

## Reference Design Specification

Revision 1.4

January 10, 2003

Netlist Inc.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

# Contents

1. Product Description ................................................................................................ 3

  Product Family Attributes ................................................................................... 3

  Product Family Variations (Raw Cards) ............................................................. 3

2. Environmental Requirements ................................................................................ 4

  Absolute Maximum Ratings ............................................................................... 4

3. Architecture ........................................................................................................... 4

  Pin Description .................................................................................................... 4

  Input/Output Functional Description ................................................................... 5

  DDR SDRAM SO-DIMM Pinout ......................................................................... 6

  Block Diagram: Raw Card Version C, x64 variant ............................................. 7

  Block Diagram: Raw Card Version A, two physical banks ................................. 8

  Block Diagram: Raw Card Version B ................................................................. 9

  Block Diagram: Raw Card Version C, x72 variant ........................................... 10

  Termination for Unused Clock Signals (0 loads) .............................................. 11

  Clock Net Wiring ............................................................................................... 11

4. Component Details ............................................................................................... 12

  Pin Assignments for 66 pin DDR SDRAM Planar Components ........................ 12

  Reference DDR SDRAM Component Specifications ......................................... 13

  Reference SPD Component Specifications ....................................................... 13

5. Unbuffered SO-DIMM Details ............................................................................. 13

  PC3200/PC2700/PC2100/PC1600 Gerber File Releases ............................... 13

  DDR SDRAM Module Configurations (Reference Designs) ............................. 14

  Example Raw Card Component Placement ....................................................... 15

6. SO-DIMM Wiring Details ..................................................................................... 16

  Signal Groups ................................................................................................... 16

  General Net Structure Routing Guidelines ....................................................... 16

  Explanation of Net Structure Diagrams ............................................................ 16

  Data Net Structures .......................................................................................... 17

  Select Net Structures ........................................................................................ 18

  Clock Enable Net Structures ............................................................................ 19

  Address/Control Net Structures ........................................................................ 20

  Cross Section Recommendations ..................................................................... 21

7. Serial Presence Detect Example ........................................................................ 22

8. DDR SO-DIMM Mechanical Specifications ......................................................... 24

8. Product Label ...................................................................................................... 25

Revision 1.4

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

# 1. Product Description

This reference specification defines the electrical and mechanical requirements for the PC3200 module, a 200-pin, 200 MHz clock (400 MT/s data rate), 64-bit wide, Unbuffered Synchronous Double Data Rate (DDR) DRAM Small Outline Dual In-Line Memory Module (DDR SDRAM SO-DIMMs). It also defines a slower version, PC2700, using 167 MHz clock (333 MT/s data rate) or PC2100, using 133 MHz clock (266 MT/s data rate) or PC1600, using 100 MHz clock (200 MT/s data rate) DDR SDRAMs. These DDR SDRAM SO-DIMMs are intended for use as main memory when installed in systems such as mobile personal computers or small form factor PCs. PC3200 DIMM modules use DDR400 devices.

Reference design examples are included which provide an initial basis for Unbuffered SO-DIMM designs. Any modifications to these reference designs must meet all system timing, signal integrity and thermal requirements for the supported maximum clock rate. Other designs are acceptable, and all Unbuffered SO-DIMM implementations must use simulations and lab verification to ensure proper timing requirements and signal integrity in the design.

## Product Family Attributes

| Attribute: | Values: | Notes: |
|---|---|---|
| SO-DIMM Organization | x 64, x 72 | |
| SO-DIMM Dimensions (nominal) | 31.75 mm high, 67.60 mm wide | |
| SO-DIMM Types Supported | Unbuffered, Unbuffered with PLL, Registered with PLL | |
| Pin Count | 200 | |
| SDRAMs Supported | 64 Mb, 128 Mb, 256 Mb, 512 Mb, 1 Gb | |
| SDRAMs Device Widths Supported | x8, x16 | |
| Capacity | 32 MB, 64 MB, 128 MB, 256 MB, 512 MB, 1 GB | |
| Serial Presence Detect | Consistent with JEDEC Rev. 1.0 | |
| Voltage Options | 2.5 V $V_{DD}$<br>2.5 V $V_{DD}Q$<br>2.6 V for $V_{DD}$ PC3200 module only<br>2.6 V for $V_{DD}Q$ PC3200 module only<br>2.5 V to 3.3 V $V_{DD}$SPD | 1 |
| Interface | SSTL_2 | |
| Note 1: $V_{DD}$SPD is not tied to $V_{DD}$ or $V_{DD}Q$ on the DDR SO-DIMM. | | |

## Product Family Variations (Raw Cards)

| Raw Card | Device Type | Module Bus Width | Device Width | Number of Devices | Physical Banks | Capacity |
|---|---|---|---|---|---|---|
| A | TSOP-II | x64 | x16 | 8 | 2 | 256 MB to 1 GB |
| B | TSOP-II | x64 | x8 | 8 | 1 | 256 MB to 1 GB |
| C | TSOP-II | x64 | x16 | 4 | 1 | 128 to 512 MB |
| C | TSOP-II | x72 | x16 | 5 | 1 | 128 to 512 MB |

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

JEDEC Standard No. 21C, Release 13

**Unbuffered PC3200/PC2700/PC2100/PC1600 DDR SDRAM SO-DIMM**

# 2. Environmental Requirements

PC3200/PC2700/PC2100/PC1600 DDR SDRAM Unbuffered SO-DIMMs are intended for use in mobile computing environments that have limited capacity for heat dissipation.

## Absolute Maximum Ratings

| Symbol | Parameter | Rating | Units | Notes |
|--------|-----------|--------|-------|-------|
| $T_{OPR}$ | Operating Temperature (ambient) | 0 to +65 | °C | 1 |
| $H_{OPR}$ | Operating Humidity (relative) | 10 to 90 | % | 1 |
| $T_{STG}$ | Storage Temperature | -50 to +100 | °C | 1 |
| $H_{STG}$ | Storage Humidity (without condensation) | 5 to 95 | % | 1 |
| | Barometric Pressure (operating & storage) | 105 to 69 | kPa | 1, 2 |

1. Stresses greater than those listed may cause permanent damage to the device. This is a stress rating only, and device functional operation at or above the conditions indicated is not implied. Exposure to absolute maximum rating conditions for extended periods may affect reliability.
2. Up to 9850 ft.

# 3. Architecture

## Pin Description

| | | | | | | |
|---|---|---|---|---|---|---|
| CK(0:2) | Clock Inputs, positive line | 3 | DQ(0:63) | Data Input/Output | 64 |
| $\overline{CK}$(0:2) | Clock inputs, negative line | 3 | CB(7:0) | Data check bits Input/Output | 8 |
| CKE(0:1) | Clock Enables | 2 | DM(0:8) | Data Masks | 9 |
| $\overline{RAS}$ | Row Address Strobe | 1 | DQS(0:8) | Data strobes | 9 |
| $\overline{CAS}$ | Column Address Strobe | 1 | | | |
| $\overline{WE}$ | Write Enable | 1 | $V_{DD}$ | Core and I/O Power | 33 |
| $\overline{S}$(0:1) | Chip Selects | 2 | $V_{SS}$ | Ground | 33 |
| A(0:9,11:13) | Address Inputs | 13 | $V_{REF}$ | Input/Output Reference | 2 |
| A10/AP | Address Input/Autoprecharge | | $V_{DD}$SPD | SPD Power | 1 |
| BA(0:1) | SDRAM Bank Address | 2 | $V_{DD}$ID | $V_{DD}$, $V_{DD}$Q level detection | 1 |
| SCL | Serial Presence Detect (SPD) Clock Input | 1 | | | |
| SDA | SPD Data Input/Output | 1 | TEST | Reserved for test equipment use | 1 |
| SA(0:2) | SPD address | 3 | DU | Reserved for future use | 5 |
| | | | | **Total:** | **200** |

Revision 1.4
Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

## Input/Output Functional Description

| Symbol | Type | Polarity | Function |
|---|---|---|---|
| CK0 - CK2, $\overline{CK0}$ - $\overline{CK2}$ | Input | Cross point | The system clock inputs. All address and command lines are sampled on the cross point of the rising edge of CK and falling edge of $\overline{CK}$. A Delay Locked Loop (DLL) circuit is driven from the clock inputs and output timing for read operations is synchronized to the input clock. |
| CKE0, CKE1 | Input | Active High | Activates the DDR SDRAM CK signal when high and deactivates the CK signal when low. By deactivating the clocks, CKE low initiates the Power Down mode or the Self Refresh mode. |
| $\overline{S0}$, $\overline{S1}$ | Input | Active Low | Enables the associated DDR SDRAM command decoder when low and disables the command decoder when high. When the command decoder is disabled, new commands are ignored but previous operations continue. Physical Bank 0 is selected by $\overline{S0}$; Bank 1 is selected by $\overline{S1}$. |
| $\overline{RAS}$, $\overline{CAS}$, $\overline{WE}$ | Input | Active Low | When sampled at the cross point of the rising edge of CK and falling edge of $\overline{CK}$, $\overline{CAS}$, $\overline{RAS}$, and $\overline{WE}$ define the operation to be executed by the SDRAM. |
| BA0 - BA1 | Input | — | Selects which DDR SDRAM bank of four is activated. |
| A0 - A9, A11-A13 A10/AP | Input | — | During a Bank Activate command cycle, defines the row address when sampled at the cross point of the rising edge of CK and falling edge of $\overline{CK}$. During a Read or Write command cycle, defines the column address when sampled at the cross point of the rising edge of CK and falling edge of $\overline{CK}$. In addition to the column address, AP is used to invoke autoprecharge operation at the end of the burst read or write cycle. If AP is high, autoprecharge is selected and BA0, BA1 defines the bank to be precharged. If AP is low, autoprecharge is disabled. During a Precharge command cycle, AP is used in conjunction with BA0, BA1 to control which bank(s) to precharge. If AP is high, all banks will be precharged regardless of the state of BA0 or BA1. If AP is low, then BA0 and BA1 are used to define which bank to precharge. |
| DQ0 - DQ63 | In/Out | — | Data Bit Input/Output pins. |
| CB0 - CB7 | In/Out | — | Data Check Bit Input/Output pins. Not used on x64 modules. |
| DM0 - DM8 | Input | Active High | The data write masks, associated with one data byte. In Write mode, DM operates as a byte mask by allowing input data to be written if it is low but blocks the write operation if it is high. In Read mode, DM lines have no effect. DM8 is associated with check bits CB0-CB7, and is not used on x64 modules. |
| DQS0 - DQS8 | In/Out | — | The data strobes, associated with one data byte, sourced with data transfers. In Write mode, the data strobe is sourced by the controller and is centered in the data window. In Read mode, the data strobe is sourced by the DDR SDRAMs and is sent at the leading edge of the data window. DQS8 is associated with check bits CB0-CB7, and is not used on x64 modules. |
| $V_{DD}$, $V_{DD}$SPD, $V_{SS}$ | Supply | — | Power supplies for core, I/O, Serial Presence Detect, and ground for the module. |
| $V_{DD}$ID | Out | — | Defines relationship of $V_{DD}$ and $V_{DD}$Q. If $V_{DD}$ID is open, $V_{DD}$ = $V_{DD}$Q; if $V_{DD}$ID is pulled to $V_{SS}$, $V_{DD}$ ≠ $V_{DD}$Q. This line should be pulled high through 10 K$\Omega$ on the host board. |
| SDA | In/Out | — | This is a bidirectional pin used to transfer data into or out of the SPD EEPROM. A resistor must be connected to $V_{DD}$ to act as a pull up. |
| SCL | Input | — | This signal is used to clock data into and out of the SPD EEPROM. A resistor may be connected from SCL to $V_{DD}$ to act as a pull up. |
| SA0 - SA2 | Input | — | Address pins used to select the Serial Presence Detect. |
| TEST | In/Out | — | The TEST pin is reserved for bus analysis tools and is not connected on normal memory modules (SO-DIMMs). |

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

Section 4.20.6        JEDEC Standard No. 21C, Release 13

3. Architecture        Unbuffered PC3200/PC2700/PC2100/PC1600 DDR SDRAM SO-DIMM

## DDR SDRAM SO-DIMM Pinout

| Pin # | Front Side | Pin # | Back Side | Pin # | Front Side | Pin # | Back Side | Pin # | Front Side | Pin # | Back Side | Pin # | Front Side | Pin # | Back Side |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $V_{REF}$ | 2 | $V_{REF}$ | 51 | $V_{SS}$ | 52 | $V_{SS}$ | 101 | A9 | 102 | A8 | 151 | DQ42 | 152 | DQ46 |
| 3 | $V_{SS}$ | 4 | $V_{SS}$ | 53 | DQ19 | 54 | DQ23 | 103 | $V_{SS}$ | 104 | $V_{SS}$ | 153 | DQ43 | 154 | DQ47 |
| 5 | DQ0 | 6 | DQ4 | 55 | DQ24 | 56 | DQ28 | 105 | A7 | 106 | A6 | 155 | $V_{DD}$ | 156 | $V_{DD}$ |
| 7 | DQ1 | 8 | DQ5 | 57 | $V_{DD}$ | 58 | $V_{DD}$ | 107 | A5 | 108 | A4 | 157 | $V_{DD}$ | 158 | $\overline{CK1}$ |
| 9 | $V_{DD}$ | 10 | $V_{DD}$ | 59 | DQ25 | 60 | DQ29 | 109 | A3 | 110 | A2 | 159 | $V_{SS}$ | 160 | CK1 |
| 11 | DQS0 | 12 | DM0 | 61 | DQS3 | 62 | DM3 | 111 | A1 | 112 | A0 | 161 | $V_{SS}$ | 162 | $V_{SS}$ |
| 13 | DQ2 | 14 | DQ6 | 63 | $V_{SS}$ | 64 | $V_{SS}$ | 113 | $V_{DD}$ | 114 | $V_{DD}$ | 163 | DQ48 | 164 | DQ52 |
| 15 | $V_{SS}$ | 16 | $V_{SS}$ | 65 | DQ26 | 66 | DQ30 | 115 | A10/AP | 116 | BA1 | 165 | DQ49 | 166 | DQ53 |
| 17 | DQ3 | 18 | DQ7 | 67 | DQ27 | 68 | DQ31 | 117 | BA0 | 118 | $\overline{RAS}$ | 167 | $V_{DD}$ | 168 | $V_{DD}$ |
| 19 | DQ8 | 20 | DQ12 | 69 | $V_{DD}$ | 70 | $V_{DD}$ | 119 | $\overline{WE}$ | 120 | $\overline{CAS}$ | 169 | DQS6 | 170 | DM6 |
| 21 | $V_{DD}$ | 22 | $V_{DD}$ | 71 | CB0 | 72 | CB4 | 121 | $\overline{S0}$ | 122 | $\overline{S1}$ | 171 | DQ50 | 172 | DQ54 |
| 23 | DQ9 | 24 | DQ13 | 73 | CB1 | 74 | CB5 | 123 | A13 | 124 | DU | 173 | $V_{SS}$ | 174 | $V_{SS}$ |
| 25 | DQS1 | 26 | DM1 | 75 | $V_{SS}$ | 76 | $V_{SS}$ | 125 | $V_{SS}$ | 126 | $V_{SS}$ | 175 | DQ51 | 176 | DQ55 |
| 27 | $V_{SS}$ | 28 | $V_{SS}$ | 77 | DQS8 | 78 | DM8 | 127 | DQ32 | 128 | DQ36 | 177 | DQ56 | 178 | DQ60 |
| 29 | DQ10 | 30 | DQ14 | 79 | CB2 | 80 | CB6 | 129 | DQ33 | 130 | DQ37 | 179 | $V_{DD}$ | 180 | $V_{DD}$ |
| 31 | DQ11 | 32 | DQ15 | 81 | $V_{DD}$ | 82 | $V_{DD}$ | 131 | $V_{DD}$ | 132 | $V_{DD}$ | 181 | DQ57 | 182 | DQ61 |
| 33 | $V_{DD}$ | 34 | $V_{DD}$ | 83 | CB3 | 84 | CB7 | 133 | DQS4 | 134 | DM4 | 183 | DQS7 | 184 | DM7 |
| 35 | CK0 | 36 | $V_{DD}$ | 85 | DU | 86 | DU (RESET) | 135 | DQ34 | 136 | DQ38 | 185 | $V_{SS}$ | 186 | $V_{SS}$ |
| 37 | $\overline{CK0}$ | 38 | $V_{SS}$ | 87 | $V_{SS}$ | 88 | $V_{SS}$ | 137 | $V_{SS}$ | 138 | $V_{SS}$ | 187 | DQ58 | 188 | DQ62 |
| 39 | $V_{SS}$ | 40 | $V_{SS}$ | 89 | CK2 | 90 | $V_{SS}$ | 139 | DQ35 | 140 | DQ39 | 189 | DQ59 | 190 | DQ63 |
| 41 | DQ16 | 42 | DQ20 | 91 | $\overline{CK2}$ | 92 | $V_{DD}$ | 141 | DQ40 | 142 | DQ44 | 191 | $V_{DD}$ | 192 | $V_{DD}$ |
| 43 | DQ17 | 44 | DQ21 | 93 | $V_{DD}$ | 94 | $V_{DD}$ | 143 | $V_{DD}$ | 144 | $V_{DD}$ | 193 | SDA | 194 | SA0 |
| 45 | $V_{DD}$ | 46 | $V_{DD}$ | 95 | CKE1 | 96 | CKE0 | 145 | DQ41 | 146 | DQ45 | 195 | SCL | 196 | SA1 |
| 47 | DQS2 | 48 | DM2 | 97 | DU | 98 | DU | 147 | DQS5 | 148 | DM5 | 197 | $V_{DD}$SPD | 198 | SA2 |
| 49 | DQ18 | 50 | DQ22 | 99 | A12 | 100 | A11 | 149 | $V_{SS}$ | 150 | $V_{SS}$ | 199 | $V_{DD}$ID | 200 | NC, TEST |

**Note:** Pins 71, 72, 73, 74, 77, 78, 79, 80, 83, 84 are reserved for x72 variants of this module and are not used on the x64 versions.

**Note:** Pin 86 is reserved for a registered variant of this module and is not used on the unbuffered version.

**Note:** Pins 89, 91are reserved for x72 modules or registered modules.

Revision 1.4

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

JEDEC Standard No. 21C, Release 13                                                    Section 4.20.6

**Unbuffered PC3200/PC2700/PC2100/PC1600 DDR SDRAM SO-DIMM**                         3. Architecture

**Block Diagram: Raw Card Version C** (Populated as 1 physical bank of x16 SDRAMs)



#Unless otherwise noted, resistor values are 22 Ω ± 5%

Note: DQ wiring may differ from that described in this drawing; however DQ/DM/DQS relationships are maintained as shown.
$V_{DD}$ID strap connections:
(for memory device $V_{DD}$, $V_{DD}$Q)
Strap out (open): $V_{DD} = V_{DD}$Q
Strap in (closed): $V_{DD} \neq V_{DD}$Q

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

Case 2:22-cv-00293-JRG Document 129-20 Filed 08/24/23 Page 9 of 29 PageID #: 10038

## Block Diagram: Raw Card Version A (Populated as 2 physical banks of x16 SDRAMs)

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

JEDEC Standard No. 21C, Release 13                                      Section 4.20.6

**Unbuffered PC3200/PC2700/PC2100/PC1600 DDR SDRAM SO-DIMM**        3. Architecture

## Block Diagram: Raw Card Version B (Populated as 1 physical bank of x8 SDRAMs)



#Unless otherwise noted, resistor values are 22 Ω ± 5%





Note: DQ wiring may differ from that described in this drawing; however DQ/DM/DQS relationships are maintained as shown.
$V_{DD}$ID strap connections:
(for memory device $V_{DD}$, $V_{DD}$Q)
  Strap out (open): $V_{DD} = V_{DD}$Q
  Strap in (closed): $V_{DD} \neq V_{DD}$Q

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

Section 4.20.6                                                    JEDEC Standard No. 21C, Release 13

3. Architecture                 **Unbuffered PC3200/PC2700/PC2100/PC1600 DDR SDRAM SO-DIMM**

**Block Diagram: Raw Card Version C** (Populated as 1 physical bank of x16 SDRAMs and 1 x16 SDRAM)



#Unless otherwise noted, resistor values are 22 $\Omega$ ± 5%

Note: DQ wiring may differ from that described in this drawing; however DQ/DM/DQS relationships are maintained as shown.
$V_{DD}$ID strap connections:
(for memory device $V_{DD}$, $V_{DD}$Q)
Strap out (open): $V_{DD}$ = $V_{DD}$Q
Strap in (closed): $V_{DD}$ ≠ $V_{DD}$Q

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

## Logical Clock Net Structures



## Clock Net Wiring



**Clock Routing Trace Lengths:**

| Segment  | TL0 | | TL1 | | TL2 | | TL3 | |
|----------|-----|-----|-----|-----|-----|-----|-----|-----|
| Raw Card | Min | Max | Min | Max | Min | Max | Min | Max |
| A, B     | 0.15 | 0.16 | 0.05 | 0.06 | 0.82 | 0.83 | 0.32 | 0.33 |
| C        | 0.15 | 0.16 | 0.04 | 0.05 | 0.81 | 0.82 | 0.32 | 0.33 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

## Pin Assignments for 66 pin DDR SDRAM Planar Components (Top View)



66-pin Plastic
TSOP(II) 400 mil

66-pin Plastic
TSOP(II) 400 mil

Notes:
A13 is not used on device densities below 1 Gb
A12 is not used on device densities below 256 Mb
Raw Card Versions 'A' through 'C' support the use of the above DDR SDRAM pin assignments.
These pin assignments are consistent with the JEDEC standard package definition. See JESD-79.

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

## Reference DDR SDRAM Component Specifications

The DDR SDRAM components used with this SO-DIMM design specification are intended to be consistent with the latest revision of the JEDEC DDR400, DDR333, DDR266 and DDR200 SDRAM specifications. Refer to standard JESD-79 for component details.

## Reference SPD Component Specifications

The Serial Presence Detect EEPROMs have their own power pin, $V_{DD}SPD$, so that they can be programmed or read without powering up the rest of the module. The wide voltage range permits use with 2.5V or 3.3V serial buses.

## DC Electrical Characteristics

| Symbol | Parameter | Min | Max | Units |
|--------|-----------|-----|-----|-------|
| $V_{DD}SPD$ | Core Supply Voltage | 2.3 | 3.6 | V |

## PC3200/PC2700/PC2100/PC1600 Gerber Releases

Reference design file updates will be released as needed. This specification will reflect the most recent design files, but may be updated to reflect clarifications to the specification only; in these cases, the design files will not be updated. The following table outlines the most recent design file releases:

| Raw Card | Gerber Revision | Applicable design file | Notes |
|----------|-----------------|------------------------|-------|
| A | TBD | A0 | Released TBD |
| B | TBD | B0 | Released TBD |
| C | TBD | C0 | Released TBD |

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

## 4. Unbuffered SO-DIMM Details

## DDR SDRAM Module Configurations (Reference Designs)

| Raw Card Version | SO-DIMM Capacity | SO-DIMM Organization | SDRAM Density | SDRAM Organization | # of SDRAMs | SDRAM Package Type | # of Physical Banks | # of Banks in SDRAM | # Address bits row/col |
|---|---|---|---|---|---|---|---|---|---|
| A | 64 MB | 8 M x 64 | 64 Mbit | 4 M x 16 | 8 | 66 lead TSOP | 2 | 4 | 12/8 |
| A | 128 MB | 16 M x 64 | 128 Mbit | 8 M x 16 | 8 | 66 lead TSOP | 2 | 4 | 12/9 |
| A | 256 MB | 32 M x 64 | 256 Mbit | 16 M x 16 | 8 | 66 lead TSOP | 2 | 4 | 13/9 |
| A | 512 MB | 64 M x 64 | 512 Mbit | 32 M x 16 | 8 | 66 lead TSOP | 2 | 4 | 13/10 |
| A | 1 GB | 128 M x64 | 1 Gbit | 64 M x 16 | 8 | 66 lead TSOP | 2 | 4 | 14/10 |

| Raw Card Version | SO-DIMM Capacity | SO-DIMM Organization | SDRAM Density | SDRAM Organization | # of SDRAMs | SDRAM Package Type | # of Physical Banks | # of Banks in SDRAM | # Address bits row/col |
|---|---|---|---|---|---|---|---|---|---|
| B | 64 MB | 8 M x 64 | 64 Mbit | 8 M x 8 | 8 | 66 lead TSOP | 1 | 4 | 12/9 |
| B | 128 MB | 16 M x 64 | 128 Mbit | 16 M x 8 | 8 | 66 lead TSOP | 1 | 4 | 12/10 |
| B | 256 MB | 32 M x 64 | 256 Mbit | 32 M x 8 | 8 | 66 lead TSOP | 1 | 4 | 13/10 |
| B | 512 MB | 64 M x 64 | 512 Mbit | 64 M x 8 | 8 | 66 lead TSOP | 1 | 4 | 13/11 |
| B | 1 GB | 128 M x64 | 1 Gbit | 128 M x 8 | 8 | 66 lead TSOP | 1 | 4 | 14/11 |

| Raw Card Version | SO-DIMM Capacity | SO-DIMM Organization | SDRAM Density | SDRAM Organization | # of SDRAMs | SDRAM Package Type | # of Physical Banks | # of Banks in SDRAM | # Address bits row/col |
|---|---|---|---|---|---|---|---|---|---|
| C | 32 MB | 4 M x 64 | 64 Mbit | 4 M x 16 | 4 | 66 lead TSOP | 1 | 4 | 12/8 |
| C | 32 MB | 4 M x 72 | 64 Mbit | 4 M x 16 | 5 | 66 lead TSOP | 1 | 4 | 12/8 |
| C | 64 MB | 8 M x 64 | 128 Mbit | 8 M x 16 | 4 | 66 lead TSOP | 1 | 4 | 12/9 |
| C | 64 MB | 8 M x 72 | 128 Mbit | 8 M x 16 | 5 | 66 lead TSOP | 1 | 4 | 12/9 |
| C | 128 MB | 16 M x 64 | 256 Mbit | 16 M x 16 | 4 | 66 lead TSOP | 1 | 4 | 13/9 |
| C | 128 MB | 16 M x 72 | 256 Mbit | 16 M x 16 | 5 | 66 lead TSOP | 1 | 4 | 13/9 |
| C | 256 MB | 32 M x 64 | 512 Mbit | 32 M x 16 | 4 | 66 lead TSOP | 1 | 4 | 13/10 |
| C | 256 MB | 32 M x 72 | 512 Mbit | 32 M x 16 | 5 | 66 lead TSOP | 1 | 4 | 13/10 |
| C | 512 MB | 64 M x 64 | 1 Gbit | 64 M x 16 | 4 | 66 lead TSOP | 1 | 4 | 14/10 |
| C | 512 MB | 64 M x 72 | 512 Mbit | 64 M x 16 | 5 | 66 lead TSOP | 1 | 4 | 14/10 |

Revision 1.4

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

## Example Raw Card Component Placement

The component layout for Raw Cards A, B, and C are similar. In the case of Raw Card C, only one component will be included on the rear side of the card for ECC. This example is for reference only; please refer to JEDEC standard MO-224 variation BA for details.



Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

# 5. SO-DIMM Wiring Details

## Signal Groups

This reference specification categorizes SDRAM timing-critical signals into seven groups whose members have identical loadings and routings. The following table summarizes the signals contained in each group.

| Signal Group | Signals In Group | Page |
|---|---|---|
| Clocks for Unbuffered SO-DIMM | CK [2:0], $\overline{CK}$ [2:0] | 11 |
| Data, Check Bits, Data Mask, Data Strobe | DQ [63:0], CB[7:0], DM[8:0], DQS[8:0] | 17 |
| Select | $\overline{CS}$ [1:0] | 18 |
| Clock Enable | CKE [1:0] | 19 |
| Address/Control | Ax, BAx, $\overline{RAS}$, $\overline{CAS}$, $\overline{WE}$ | 20 |

## General Net Structure Routing Guidelines

Net structures and lengths must satisfy signal quality and setup/hold time requirements for the memory interface. Net structure diagrams for each signal group are shown in the following sections. Each diagram is accompanied by a trace length table that lists the minimum and maximum allowable lengths for each trace segment and/or net.

The general routing recommendations are as follows. Other stackups and layouts are possible that meet the electrical characteristics.

- Route all signal traces except clocks using 4 mil rules, 6 mil mimum spacing between adjacent traces.
- Route clocks as much as possible using the inner layers.
- Internal signal layers and the power plane should have a ground ring around the perimeter of the board, stitched to ground at 0.5" intervals. The ground ring should be at least 20 mils wide where layout permits, but can be reduced to 10 mils when necessary.
- No test points are required.

## Explanation of Net Structure Diagrams

The net structure routing diagrams provide a reference design example for each raw card version. These designs provide an initial basis for unbuffered SO-DIMM designs. The diagrams should be used to determine individual signal wiring on a SO-DIMM for any supported configuration. Only transmission lines (represented as cylinders and labeled with trace length designators "TL") represent physical trace segments. All other lines are zero in length. To verify SO-DIMM functionality, a full simulation of all signal integrity and timing is required. The given net structures and trace lengths are not inclusive for all solutions.

Once the net structure has been determined, the permitted trace lengths for the net structure can be read from the table below each net structure routing diagram. Some configurations require the use of multiple net structure routing diagrams to account for varying load quantities on the same signal. All diagrams define one load as one DDR SDRAM input. The net structure routing data in this document accurately represent reference Raw Card versions A, B and C.

Revision 1.4
Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

**Unbuffered PC3200/PC2700/PC2100/PC1600 DDR SDRAM SO-DIMM**    5. SO-DIMM Wiring Details

## Data Net Structures DQ[63:0], CB[7:0], DM[8:0], DQS[8:0]

## Net Structure Routing for Data, Check Bits, Data Mask, Data Strobe



### Trace Lengths for Data Net Structure

| Raw card | TL0 | | TL1 | | TL2 | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Min | Max | Min | Max | Min | Max | Min | Max |
| A | 0.15 | 0.16 | 0.64 | 0.75 | 0.11 | 0.20 | 1.00 | 1.07 |
| B | 0.15 | 0.15 | 0.83 | 0.84 | - | - | 0.99 | 1.00 |
| C | 0.15 | 0.16 | 0.82 | 0.85 | - | - | 0.98 | 1.00 |
| All distances are given in inches and should be kept within a tolerance of ± 0.01 inch | | | | | | | | |

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

## Select Net Structures C̅S̅ [1:0]

## Net Structure Routing for Select



## Trace Lengths for Select Net Structures

| | TL0 | | TL1 | | TL2 | | TL3 | | TL4 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Raw Card | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max |
| A | 4.01 | 4.01 | 0.43 | 0.45 | 0.43 | 0.45 | 0.60 | 0.60 | 0.14 | 0.20 |
| B | 1.36 | 1.38 | 0.34 | 0.35 | 0.34 | 0.35 | 0.61 | 0.61 | 0.27 | 0.27 |
| C | 3.48 | 3.49 | 0.39 | 0.40 | 0.39 | 0.40 | 0.56 | 0.57 | 0.26 | 0.27 |
| All distances are given in inches and should be kept within a tolerance of ± 0.01 inches | | | | | | | | | | |

Revision 1.4

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

## Clock Enable Net Structures, CKE [1:0]

## Net Structure Routing for Clock Enable



## Trace Lengths for Clock Enable Net Structure

| Raw Card | TL0 | | TL1 | | TL2 | | TL3 | | TL4 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max |
| A | 4.01 | 4.02 | 0.43 | 0.45 | 0.43 | 0.45 | 0.60 | 0.60 | 0.14 | 0.20 |
| B | 1.36 | 1.38 | 0.34 | 0.35 | 0.34 | 0.35 | 0.61 | 0.61 | 0.27 | 0.27 |
| C | 3.48 | 3.49 | 0.39 | 0.40 | 0.39 | 0.40 | 0.56 | 0.57 | 0.26 | 0.27 |

1. All distances are given in inches and should be kept within a tolerance of ± 0.01 inches.

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

Section 4.20.6                                    JEDEC Standard No. 21C, Release 13

5. SO-DIMM Wiring Details   Unbuffered PC3200/PC2700/PC2100/PC1600 DDR SDRAM SO-DIMM

## Address/Control Net Structures Ax, BAx, $\overline{RAS}$, $\overline{CAS}$, $\overline{WE}$

### Net Structure Routing for Address and Control



### Trace Lengths for Address and Control Net Structures

|          | TL0 |     | TL1 |     | TL2 |     | TL3 |     | TL4 |     |
|----------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Raw Card | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max |
| A, B     | 1.46 | 1.50 | 0.33 | 0.35 | 0.33 | 0.35 | 0.61 | 0.61 | 0.25 | 0.27 |
| C        | 2.89 | 2.90 | 0.35 | 0.36 | 0.47 | 0.48 | 0.56 | 0.57 | 0.26 | 0.27 |

1. All distances are given in inches and should be kept within a tolerance of ± 0.01 inches.

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

**Unbuffered PC3200/PC2700/PC2100/PC1600 DDR SDRAM SO-DIMM**    **5. SO-DIMM Wiring Details**

## Cross Section Recommendations

The DDR SO-DIMM printed circuit board design uses six-layers of glass epoxy material. PCBs must contain full ground plane and full power plane layers. The PCB stackup must be designed with 4 mil wide traces with 6 mil spacing. The required board impedance is 60 $\Omega$ ± 10%.

**Note:** The PCB edge connector contacts shall be gold-plated; chamfered edges are optional.

## PCB Electrical Specifications

| Parameter | Min | Max | Units |
|---|---|---|---|
| Trace velocity: S0 (outer layers) | 1.6 | 2.0 | ns/ft |
| Trace velocity: S0 (inner layers) | 2.0 | 2.2 | ns/ft |
| Trace impedance: Z0 (all layers) | 54 | 66 | Ohms |

## Example Layer Stackup



## Component Types and Placement

Components shall be surface mounted on both sides of the PCB and positioned on the PCB to meet the minimum and maximum trace lengths required for DDR SDRAM signals. Bypass capacitors, for DDR SDRAM devices, must be practically located near the device power pins.

## Reference Voltage Vias

A minimum of two vias located near the connector pins should be used to connect $V_{REF}$ to its inner routing layer.

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

Section 4.20.6 | JEDEC Standard No. 21C, Release 13

6. Serial Presence Detect Definition   **Unbuffered PC3200/PC2700/PC2100/PC1600 DDR SDRAM SO-DIMM**

# 6. Serial Presence Detect Definition

The Serial Presence Detect (SPD) function MUST be implemented on the PC3200/PC2700/PC2100/PC1600 DDR SDRAM Unbuffered SO-DIMM. The component used and the data contents must adhere to the most recent version of the JEDEC DDR SDRAM SPD Specifications. Please refer to this document for all technical specifications and requirements of the serial presence detect devices.

The following table is intended to be an **example** of a typical PC3200/PC2700/PC2100/PC1600 SO-DIMM. SPD values indicating different SO-DIMM performance characteristics will be utilized based on specific characteristics of the SDRAMs or SO-DIMMs. This example assumes:

- Module Organization: 16 M x 64 (128 Mbyte)
- Device Composition: 2 M x 16 bits x 4 banks (128 Mbit)
- Device Package: 66 pin TSOP-II
- Module Physical Banks: 2
- Refresh: 4 K in 64 ms

## Serial Presence Detect Data Example  (Part 1 of 3)

| Byte # | Description | SPD Entry Value | | | | Serial PD Data Entry (Hexadecimal) | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | | DDR 400 | DDR 333 | DDR 266A | DDR 266B | DDR 400 | DDR 333 | DDR 266A | DDR 266B | |
| 0 | Number of Serial PD Bytes Written during Production | 128 bytes | | | | 80 | | | | |
| 1 | Total Number of Bytes in Serial PD device | 256 bytes | | | | 08 | | | | |
| 2 | Fundamental Memory Type | DDR SDRAM | | | | 07 | | | | |
| 3 | Number of Row Addresses on Assembly | 12 | | | | 0C | | | | |
| 4 | Number of Column Addresses on Assembly | 9 | | | | 09 | | | | |
| 5 | Number of MicroDIMM Banks | 2 | | | | 02 | | | | |
| 6 | Data Width of Assembly | 64 bits | | | | 40 | | | | |
| 7 | Data Width of Assembly (continued) | 64 bits | | | | 00 | | | | |
| 8 | Assembly Voltage Interface Levels ($V_{DD}Q$) | SSTL_2 | | | | 04 | | | | |
| 9 | SDRAM Device Cycle Time at CL = 3.0 ($t_{CK}$) | 5.0 ns | 6.0 ns | 7.5 ns | 7.5 ns | 50 | 60 | 75 | 75 | 1 |
| 10 | SDRAM Device Access Time from Clock ($t_{AC}$) | 0.70 ns | 0.70 ns | 0.75 ns | 0.75 ns | 70 | 70 | 75 | 75 | 1 |
| 11 | Assembly Error Detection/Correction Scheme | Non-parity, non-ECC | | | | 00 | | | | |
| 12 | Assembly Refresh Rate/Type | 15.6 µs Self Refresh | | | | 80 | | | | |
| 13 | SDRAM Device Width | x 16 | | | | 10 | | | | |
| 14 | Error Checking SDRAM Device Width | Not used | | | | 00 | | | | |
| 15 | Minimum CK Delay, Random Col Access ($t_{CCD}$) | 1 clock | | | | 01 | | | | |
| 16 | Burst Lengths Supported | 2, 4, 8 | | | | 0E | | | | |
| 17 | Number of Device Banks | 4 | | | | 04 | | | | |

1. Minimum application clock cycle time is 5 ns (200 MHz).
2. cc = Checksum Data byte, 00-FF (Hex).
3. ww = Binary coded decimal week code, 01-51 (Decimal) ' 01-34 (Hex).
4. yy = Binary coded decimal year code, 0-00 (Decimal) ' 00-63 (Hex).
5. ss = Serial number data byte, 00-FF (Hex).
6. Unused bytes are set to the value "00".
7. Unused bits in attribute bytes are set to "0".
8. Values dependent on package type (TSOP-II or FBGA)

Revision 1.4

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

**JEDEC Standard No. 21C, Release 13**                                      **Section 4.20.6**

**Unbuffered PC3200/PC2700/PC2100/PC1600 DDR SDRAM SO-DIMM**6. Serial Presence Detect Definition

## Serial Presence Detect Data Example (Part 2 of 3)

| Byte # | Description | SPD Entry Value | | | | Serial PD Data Entry (Hexadecimal) | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | | DDR 400 | DDR 333 | DDR 266A | DDR 266B | DDR 400 | DDR 333 | DDR 266A | DDR 266B | |
| 18 | CAS Latency | 3,2.5,2 | | | | 1C | | | | |
| 19 | CS Latency | 0 clocks | | | | 01 | | | | |
| 20 | WE Latency | 1 clock | | | | 02 | | | | |
| 21 | SDRAM Module Attributes | Differential clocks | | | | 20 | | | | 7 |
| 22 | General SDRAM Device Attributes | Weak drivers | | | | 31 | | | | 7 |
| 23 | Minimum Clock Cycle at CL = 2.5 ($t_{CK}$) | 6 ns | 7.5 ns | 7.5 ns | 10 ns | 60 | 75 | 75 | A0 | 1 |
| 24 | Maximum Data Access Time ($t_{AC}$) from Clock at CL = 2.5 | 0.70 ns | 0.70 ns | 0.75 ns | 0.75 ns | 70 | 70 | 75 | 75 | 1 |
| 25 | Minimum Clock Cycle Time at CL = 2.0 ($t_{CK}$) | 7.5 ns | N/A | | | 75 | N/A | | | 6 |
| 26 | Maximum Data Access Time ($t_{AC}$) from Clock at CL = 2.0 | 0.7 ns | N/A | | | 70 | N/A | | | 6 |
| 27 | Minimum Row Precharge Time ($t_{RP}$) | 18 ns | | | | 48 | | | | |
| 28 | Minimum Row Active to Row Active delay ($t_{RRD}$) | 10 ns | | | | 28 | | | | |
| 29 | Minimum RAS to CAS delay ($t_{RCD}$) | 18 ns | | | | 48 | | | | |
| 30 | Minimum Active to Precharge Time ($t_{RAS}$) | 40 ns | 42 ns | 45 ns | 45 ns | 28 | 2A | 2D | 2D | |
| 31 | Module Physical Bank Density | 64 MB | | | | 10 | | | | |
| 32 | Address and Command Setup Time Before Clock ($t_{IS}$) | 0.6 ns | 0.75 ns | 0.9 ns | 0.9 ns | 60 | 75 | 90 | 90 | |
| 33 | Address and Command Hold Time After Clock ($t_{IH}$) | 0.6 ns | 0.75 ns | 0.9 ns | 0.9 ns | 60 | 75 | 90 | 90 | |
| 34 | Data Input and Mask Setup Time Before Clock ($t_{DS}$) | 0.45 ns | 0.45 ns | 0.5 ns | 0.5 ns | 45 | 45 | 50 | 50 | |
| 35 | Data Input and Mask Hold Time After Clock ($t_{DH}$) | 0.45 ns | 0.45 ns | 0.5 ns | 0.5 ns | 45 | 45 | 50 | 50 | |
| 36 - 40 | Superset information | No superset | | | | 00 | | | | 6 |
| 41 | Row cycle time ($t_{RC}$) | 60 ns | 60 ns | 65 ns | 70 ns | 3C | 3C | 41 | 46 | |
| 42 | Auto Refresh cycle time ($t_{RFC}$) | 70 ns | 72 ns | 75 ns | 80 ns | 46 | 48 | 4B | 50 | |
| 43 | Maximum SDRAM device cycle time ($t_{CK}$max) | 8 ns | 12 ns | 12 ns | 12 ns | 20 | 30 | 30 | 30 | |
| 44 | DQS-DQ Skew ($t_{DQSQ}$) | 0.4 ns | 0.45 ns | 0.50 ns | 0.60 ns | 28 | 2D | 32 | 3C | 8 |
| 45 | SDRAM Device Data Hold Skew Factor ($t_{QHS}$) | 0.5 ns | 0.55 ns | 0.75 ns | 1.0 ns | 50 | 55 | 75 | A0 | 8 |
| 46-61 | Reserved | | 0 | 0 | 0 | | 00 | 00 | 00 | |
| 62 | SPD Revision | JEDEC 0 | | | | 00 | | | | |
| 63 | Checksum for bytes 0 - 62 | Calculated value | | | | cc | cc | cc | cc | 2 |

1. Minimum application clock cycle time is 5 ns (200 MHz).
2. cc = Checksum Data byte, 00-FF (Hex).
3. ww = Binary coded decimal week code, 01-51 (Decimal) ' 01-34 (Hex).
4. yy = Binary coded decimal year code, 0-00 (Decimal) ' 00-63 (Hex).
5. ss = Serial number data byte, 00-FF (Hex).
6. Unused bytes are set to the value "00".
7. Unused bits in attribute bytes are set to "0".
8. Values dependent on package type (TSOP-II or FBGA).

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

Section 4.20.6                                                    JEDEC Standard No. 21C, Release 13

**6. Serial Presence Detect Definition**   **Unbuffered PC3200/PC2700/PC2100/PC1600 DDR SDRAM SO-DIMM**

## Serial Presence Detect Data Example  (Part 3 of 3)

| Byte # | Description | SPD Entry Value | | | | Serial PD Data Entry (Hexadecimal) | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | | DDR 400 | DDR 333 | DDR 266A | DDR 266B | DDR 400 | DDR 333 | DDR 266A | DDR 266B | |
| 64 - 71 | Manufacturers' JEDEC ID Code | | | | | | | | | 6 |
| 72 | Assembly Manufacturing Location | | | | | | | | | 6 |
| 73 - 90 | Module Part Number | | | | | | | | | 6 |
| 91 - 92 | Module Revision Code | | | | | | | | | 6 |
| 93 - 94 | Module Manufacturing Date | | | | | | | | | 3, 4 |
| 95 - 98 | Module Serial Number | | | | | | | | | 5 |
| 99 - 127 | Manufacturer's Specific Data | | | | | | | | | 6 |
| 128 - 255 | Open for Customer Use | Undefined | | | | 00 | | | | |

1. Minimum application clock cycle time is 5 ns (200 MHz).
2. cc = Checksum Data byte, 00-FF (Hex).
3. ww = Binary coded decimal week code, 01-51 (Decimal) ' 01-34 (Hex).
4. yy = Binary coded decimal year code, 0-00 (Decimal) ' 00-63 (Hex).
5. ss = Serial number data byte, 00-FF (Hex).
6. Unused bytes are set to the value "00".
7. Unused bits in attribute bytes are set to "0".
8. Values dependent on package type (TSOP-II or FBGA)

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

**Unbuffered PC3200/PC2700/PC2100/PC1600 DDR SDRAM SO-DIMM6. Serial Presence Detect Definition**

## 9.0 Product Label

The following label should be applied to all PC3200, PC2700, PC2100, or PC1600-compatible DDR SO-DIMMs, to fully describe the key attributes of the module. The label can be in the form of a stick-on label, silk screened onto the assembly, or marked using an alternate customer-readable format. A minimum font size of 8 points should be used, and the number can be printed in one or more rows on the label.

**Format:**

    PC3200m-aabc-d-ef

    PC2700m-aabc-d-ef

    PC2100m-aabc-d-ef

    PC1600m-aabc-d-ef

**Where:**

    m: Module Type
        S = Unbuffered DDR SO-DIMM (no registers or PLLs on module)
    aa: DDR SDRAM CAS Latency
        30 = CAS Latency 3.0
        20 = CAS Latency 2.0
        25 = CAS Latency 2.5
    b: DDR SDRAM minimum $t_{RCD}$ specification (in clocks)
    c: DDR SDRAM minimum $t_{RP}$ specification (in clocks)
    d: JEDEC SPD Revision used on this DDR SO-DIMM
        0 = JEDEC SPD revision 0
    e: Gerber file used for this design (if applicable)
        A = Reference design for raw card 'A' is used for this assembly
        B = Reference design for raw card 'B' is used for this assembly
        C = Reference design for raw card 'C' is used for this assembly
        Z = None of the 'Reference" designs were used for this assembly
    f: Revision number of the reference design used
        1 = 1st revision
        2 = 2nd revision
    Blank = Not applicable (used with 'Z' above)

**Example:**

    PC3200S-3033-2-B2
        is a PC3200 Unbuffered DDR SO-DIMM
        with CAS Latency = 3.0, $t_{RCD}$ = 3, $t_{RP}$ = 3,
        using JEDEC SPD revision 2
        and produced based on the raw card 'B' Gerber, 2nd release

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

**6. Serial Presence Detect Definition**  **Unbuffered PC3200/PC2700/PC2100/PC1600 DDR SDRAM SO-DIMM**



Revision 1.4

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

# 7. SO-DIMM Mechanical Specifications

JEDEC has standardizing the detailed mechanical information for the 200 Pin DDR SO-DIMM family. This example is for reference only; please refer to JEDEC standard MO-224 variation BA for details.

## Reference Simplified Mechanical Drawing with Keying Position



Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Section 4.20.6                                          JEDEC Standard No. 21C, Release 13

7. SO-DIMM Mechanical Specifications    **Unbuffered PC3200/PC2700/PC2100/PC1600 DDR SDRAM SO-DIMM**

## Revision History:

| Date | Rev. | Changes |
|------|------|---------|
| 1/10/2003 | 1.4 | Editorial chages from committee ballots on pages: 3,13,27 |
| 12/12/2002 | 1.3 | Added PC3200 DIMM Support with appropriate editorial changes |
| 5/2/2002 | 1.2 | Added A13 for support of 1 Gbit DDR SDRAMs. Added TEST pin. |
| 4/26/2002 | 1.1 | Qualified design for PC2700/PC2100/PC1600. Note that pin reserved for A13 moved to match the PC2700 DDR DIMM pinout. |
| 8/20/2001 | 1.0 | Initial JEDEC approved release for PC2100/PC1600. |

Revision 1.4

Netlist EX2049
Samsung v. Netlist
IPR2022-00615

Downloaded by Marwan Fawal (mfawal@netlist.com) on Jan 3, 2023, 11:53 pm PST