# Exhibit 22

```
 1        UNITED STATES PATENT AND TRADEMARK OFFICE
 2        BEFORE THE PATENT TRIAL AND APPEAL BOARD
 3
 4            SAMSUNG ELECTRONICS CO., LTD.,
 5                    Petitioner,
 6                        v.
 7                   NETLIST, INC.,
 8                   Patent Owner,
 9        _____
10              Case No. IPR2022-00615
11              Patent No. 7,619,912
12        _____
13
14
15
16   REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
17                 ANDREW WOLFE, PH.D.
18             WEDNESDAY, JANUARY 4, 2023
19
20
21   Reported by:
22   Ashala Tylor, CSR #2436, CLR, CRR, RPR
23   JOB NO. 5621734
24
25   PAGES 1 - 233
```

Page 1

```
 1  wanted to build a x64 module, then you would do          12:09
 2  that.  The other example is when four 32Mbx16 chips      12:09
 3  is cheaper than two 64Mbx16 chips or more readily        12:09
 4  available, you might do it in that situation as          12:09
 5  well.                                                    12:09
 6      Q.  And reason number one, you are assuming a        12:10
 7  x64 memory module as well as all four of the DRAM        12:10
 8  devices would be used in one rank; is that correct?      12:10
 9      A.  In that particular situation, yes.               12:10
10      Q.  So what if you are using a x16 memory            12:10
11  module width and you are trying to build a 2-gigabit     12:10
12  memory -- let's take one step back.                      12:10
13          Let's say that you are trying to build a         12:10
14  memory module with x16 bit width.  Do you get that?      12:11
15      A.  Okay.                                            12:11
16      Q.  Then each of the x16 device would need to        12:11
17  be in its own rank by your definition, correct?          12:11
18      A.  Yes, that would normally be what you would       12:11
19  do.                                                      12:11
20      Q.  Okay.  So in that situation, when would          12:11
21  you be using a four 32Mbx16 device organized in          12:11
22  supposedly four ranks versus two 64Mbx16 DRAM device     12:11
23  organized in supposedly two ranks?                       12:11
24      A.  There would be a number of motivations to        12:11
25  do it.  One would be a pricing analysis.                 12:11
                                                          Page 94

 1      Q.  Okay.                                            12:12
 2      A.  Another would be a performance analysis          12:12
 3  based on the fact that having more ranks will            12:12
 4  typically allow you to have more pages open at a         12:12
 5  time.  Those would be the two primary things that        12:12
 6  you would consider.                                      12:12
 7      Q.  What about power consumption?  Would there       12:12
 8  be any difference?                                       12:12
 9      A.  So the choice is two ranks -- or four            12:12
10  ranks of 32Mb versus two ranks.  Yes, the four ranks     12:12
11  would have lower power consumption under typical use     12:12
12  conditions.                                              12:12
13      Q.  Why is that?                                     12:12
14      A.  Because the number of chips responding to        12:12
15  any individual command would be smaller.  That would     12:12
16  be the primary reason.  And the increased number of      12:12
17  available pages would be the other reason.               12:12
18      Q.  What do you mean by the increased number         12:13
19  of available pages?                                      12:13
20      A.  You have one page register per bank.  So         12:13
21  in the case of four 32Mbx16, you would have 16 banks     12:13
22  of memory, with a "B," 16 bits wide, where in the        12:13
23  case of four 64Mbx8s arranged in two ranks, you          12:13
24  would have eight banks -- with a "B" -- with eight       12:13
25  page registers, each 16-bit wide.  So that's a           12:13
                                                          Page 95

 1  little bit lower performance in most situations          12:13
 2  and --                                                   12:13
 3          (Simultaneous speakers.)                         12:13
 4      Q.  Then --                                          12:14
 5      A.  -- power --                                      12:14
 6      Q.  Okay.  Then would the 64Mbx8 and the             12:14
 7  32Mbx16, would they have similar power consumption?      12:14
 8      A.  It depends what you mean by "similar."  I        12:14
 9  think generally, in the configurations that we           12:14
10  talked about in the last question, the 32Mbx16 would    12:14
11  be the lower power option.  But there are various        12:14
12  trade-offs one has to look at depending on whether       12:14
13  it's buffered or unbuffered and cost.                    12:14
14      Q.  When you say buffered and unbuffered, what       12:14
15  do you mean?                                             12:14
16      A.  You have to look at the actual loading on        12:14
17  individual signal lines in an unbuffered device, and     12:14
18  that may limit your options or it may limit the          12:14
19  speed of some of your options.  You have to look at      12:14
20  the details.  In a buffered device, that's less of       12:14
21  an issue.                                                12:15
22      Q.  When you say buffered, what buffer are you       12:15
23  talking about?  Data buffer?  Control signal buffer?     12:15
24      A.  Any -- any of those.  You would have to          12:15
25  analyze them all.                                        12:15
                                                          Page 96

 1      Q.  In Perego's case are there buffers?              12:15
 2      A.  Yes, in Perego's case I believe everything       12:15
 3  is buffered.                                             12:15
 4      Q.  And did you perform an analysis for that         12:15
 5  buffered DRAM as to the power consumption and the        12:15
 6  performance difference for -- for a memory module        12:15
 7  with four x8 device versus a memory module with four     12:15
 8  x30 -- x16 device?                                       12:15
 9      A.  No.  That would be an ordinary engineering       12:16
10  task.  It would depend on the -- on the very             12:16
11  detailed specifications of the individual devices        12:16
12  that you were using, and it would be part of any         12:16
13  engineering implementation to do that analysis.  Not     12:16
14  to see which one's better but just to make sure that     12:16
15  both choices are viable.                                 12:16
16          Both choices would definitely be viable          12:16
17  under certain conditions.  You'd have to look at the     12:16
18  conditions for your particular design.                   12:16
19          And as I mentioned, there are fundamental        12:16
20  principles that would indicate that the x16 simply       12:16
21  involves fewer chips and has more banks, and             12:16
22  therefore, would generally be preferable in terms of     12:16
23  power consumption.                                       12:16
24      Q.  So we're talking about 4x4 -- let me             12:17
25  withdraw that.                                           12:17
                                                          Page 97
```

Page 98

```
 1    We're talking about four 32Mbx16 chip          12:17
 2 versus four 16Mbx8 chips, correct?                12:17
 3    A.  Correct.                                   12:17
 4    Q.  So they would have the same number of      12:17
 5 chips and banks?                                  12:17
 6    A.  No.  I can see why that would be           12:17
 7 confusing.                                        12:17
 8        The fact is, if you were to use the 64Mbx8 12:17
 9 in a x16 configuration, you would have to use the 12:17
10 chips in pairs for each access.  So you would not 12:17
11 get 16 banks.  You would only get eight.          12:17
12    Q.  But if you use 16Mbx16, that will be the   12:18
13 same number of chips as when you used 32Mbx16; is 12:18
14 that right?                                       12:18
15    A.  16Mbx16 versus 32Mbx16?                    12:18
16    Q.  No, 64Mbx16.  So the last entry in         12:18
17 Table 3.                                          12:18
18    A.  It would be the same number of chips but   12:18
19 different capacity, yes.                          12:18
20    Q.  Okay.  So -- and there are more banks per  12:18
21 chip for the 64Mbx16 than the 32Mbx16, correct?   12:18
22    A.  In this generation, that was correct, yes. 12:18
23    Q.  So wouldn't that mean the 64Mbx16, it      12:18
24 would be -- actually consume less power per memory 12:19
25 unit than the 32Mbx16?                            12:19
```

Page 99

```
 1    A.  Ordinarily that would be the case, but you 12:19
 2 would have to look at the details.  It would depend 12:19
 3 on -- it would depend on a lot of details.        12:19
 4    Q.  Okay.  So ordinarily, if you use two       12:19
 5 64Mbx16 memory module, it will consume less power 12:19
 6 than a memory module with four 32Mbx16 devices,   12:19
 7 assuming that the module bit width is 16.         12:19
 8        Does that sound right?                     12:19
 9    A.  Again, it depends on the details, but that 12:19
10 would ordinarily be the case or most commonly be the 12:20
11 case.  The reason one would not do that is it might 12:20
12 cost 10 times as much at certain points in the    12:20
13 product cycle.                                    12:20
14    Q.  Okay.  But once they both get to the mass  12:20
15 production phase, the memory cost would at least be 12:20
16 comparable, if not cheaper, for the 64Mbx16; is that 12:20
17 right?                                            12:20
18    A.  At some point that usually happens, but    12:20
19 it's not necessarily when they both meet -- hit mass 12:20
20 production.  Because it could be that still that the 12:20
21 yields are lower.  On the -- on the higher-density 12:20
22 device, the tooling is more expensive.  At some   12:20
23 point, historically prices have always crossed over. 12:20
24 But it's not always at the point where they both  12:20
25 reach mass production.                            12:20
```

Page 100

```
 1    Q.  Okay.  And do you know the price           12:20
 2 difference per memory unit in the 2004 and 2005 time 12:21
 3 period?                                           12:21
 4    A.  It would have varied week to week.         12:21
 5    Q.  But do you know what the general trend     12:21
 6 was?                                              12:21
 7    A.  No, not off the top of my head.            12:21
 8    Q.  And ordinarily would a memory module with  12:21
 9 two 64Mbx16 memory device perform better than a   12:21
10 memory module with four 32Mbx16 device, assuming the 12:21
11 bit width is x16 for the memory module?           12:21
12    A.  In the majority of cases for these         12:21
13 generations, I believe that it would.  But again, it 12:21
14 may be cost prohibitive.                          12:21
15    Q.  Okay.  We've been talking about memory     12:22
16 modules.  What is your understanding of what a    12:22
17 memory module is?                                 12:22
18    A.  In the context of these patents, it's      12:22
19 typically a printed circuit board that has one or 12:22
20 more memory chips soldered on it along with       12:22
21 potentially one or more supporting components.    12:22
22    Q.  So if you have a PCI card with memory      12:22
23 disposed on them, are they memory modules?        12:22
24    A.  It depends on the time frame and the       12:22
25 concept -- context.  Certainly the PCI replaced the 12:22
```

Page 101

```
 1 ISA bus.  And in the early days of the ISA bus,   12:22
 2 there were certainly memory modules that went onto 12:22
 3 an ISA bus.                                       12:22
 4        But by the 2004-2005 time frame, I think   12:22
 5 the intent, or the usage of that term in the '912 12:23
 6 patent seems to be consistent with a memory module 12:23
 7 that was intended to go into a dedicated memory slot 12:23
 8 and not a general-purpose IO slot.                12:23
 9    Q.  Okay.  So like by 2004-2005 time period,   12:23
10 if a person of ordinary skill in the art at one time 12:23
11 was talking about memory module, they are thinking 12:23
12 about a printed circuit board that's going to be  12:23
13 inserted into a memory slot rather than a         12:23
14 general-purpose bus slot.                         12:23
15        Does that sound right?                     12:23
16        MR. CHANDLER:  Objection.  Form.           12:23
17        THE WITNESS:  I think that would be the    12:23
18 most common, but I think they would be familiar with 12:23
19 both.                                             12:23
20 BY MS. ZHONG:                                     12:23
21    Q.  ==I'm just asking you, when a person of==  12:24
22 ==ordinary skill in the art hear the word "memory== 12:24
23 ==module," what would they understand it to be?== 12:24
24    A.  I think they'd look for context.  And in   12:24
25 ==the context of the '912 patent, I think that they== 12:24
```

26 (Pages 98 - 101)

Page 102

1  are looking for something that would go into a        12:24
2  dedicated memory slot. But in another context, they   12:24
3  may be looking for something broader.                 12:24
4     Q.  And in what context would they understand      12:24
5  it to be something broader?                           12:24
6     A.  There are many historical systems I can        12:24
7  think of. The VME bus computers. The IDE bus          12:24
8  computers in which memory modules were commonly       12:24
9  placed in general-purpose slots. Again, I think it    12:24
10 just depends on what the context of the system is.    12:24
11    Q.  And when you say VME bus computers, IDE        12:24
12 bus computers, those were old computer systems        12:24
13 predating -- before like 2000; is that correct?       12:25
14    A.  They were predominantly before 2000. They      12:25
15 were still in use in 2000, but they weren't popular.  12:25
16    Q.  Would they have been phased out by the         12:25
17 2007-2008 time period?                                12:25
18    A.  I don't know. They wouldn't have been          12:25
19 common on desktops, but they survived for a long      12:25
20 time in -- in industrial applications.                12:25
21    Q.  '912 deals with the concept of rank            12:26
22 multiplication, correct?                              12:26
23    A.  It does.                                       12:26
24    Q.  When is rank multiplication used?              12:26
25        Let me withdraw and reask.                     12:26

Page 103

1         When would a person of ordinary skill in       12:26
2  the art apply the rank multiplication concept?        12:26
3     A.  Whenever they had any reason to use a          12:26
4  larger number of low-density memory devices instead   12:26
5  of a smaller number of high-density devices, or in    12:26
6  some cases where only the devices -- where there's    12:26
7  not a distinction in terms of density but there's a   12:26
8  distinction in terms of availability.                 12:26
9     Q.  When you say "availability," what              12:27
10 availability?                                         12:27
11    A.  In other words, if I have two kinds of         12:27
12 memories that have the same density. And I could      12:27
13 potentially use one without rank multiplication and   12:27
14 one with rank multiplication. But the one that        12:27
15 would be used without rank multiplication isn't       12:27
16 available in the quantities that I need. Then I       12:27
17 could use the rank multiplication instead.            12:27
18    Q.  So for commodity SDRAMs, the second reason     12:27
19 for availability is less of a concern; is that        12:27
20 correct?                                              12:27
21    A.  No. Historically commodity SDRAMs have         12:27
22 been cyclical in terms of their price and             12:27
23 availability. So there are periodic shortages.        12:27
24 That's one of the things that has actually driven     12:27
25 variations in memory module implementation.           12:27

Page 104

1     Q.  And when would you use lower-density           12:28
2  memory devices instead of high-density memory         12:28
3  devices?                                              12:28
4     A.  There could be a number of reasons. But        12:28
5  primarily it's either because you get a lower cost    12:28
6  per unit or you have improved availability.           12:28
7     Q.  When you say "lower cost per unit," what's     12:28
8  a unit, memory unit?                                  12:28
9     A.  Yeah, unit of storage.                         12:28
10    Q.  And when wouldn't you use rank                 12:29
11 multiplication?                                       12:29
12    A.  There's a number of considerations. If         12:29
13 you wanted to use a small number of memory devices    12:29
14 and that was your cheapest approach, that could be a  12:29
15 reason not to use rank multiplication.                12:29
16        If you wanted to build a very simple           12:29
17 device that had the smallest amount of additional     12:29
18 logic on the DIMM, that could be motivation.          12:29
19        But again, usually the motivation is total     12:30
20 cost per unit memory, which can change over time.     12:30
21 So often in the late stages of a generation of        12:30
22 memory devices, you can build a complete DIMM with    12:30
23 one or two or four or eight devices in a single rank  12:30
24 cheaply. And at that point, rank multiplication may   12:30
25 not solve the problem for certain customers.          12:30

Page 105

1     Q.  But if you have -- but if there's only a       12:30
2  single device per rank, would cost still be a         12:30
3  consideration?                                        12:31
4     A.  Could be. So, for example, if I'm -- if        12:31
5  I'm making computers for 3rd graders and I can have   12:31
6  them run the software using a one-rank, one-device    12:31
7  memory system, that could be very cheap and           12:31
8  effective.                                            12:31
9     Q.  Why would you even have a memory module if     12:31
10 there's only a single device per rank? Can't you      12:31
11 just connect the DRAM directly to the memory system?  12:31
12    A.  You can, but there are many reasons why        12:31
13 you may not want to. One of those may be you want     12:31
14 to repurpose the same computer system for different   12:32
15 markets. So you may want to have a version with       12:32
16 more memory that you sell to 6th graders than the     12:32
17 one that you sell to 3rd graders.                     12:32
18        Another version -- reason may be, as you       12:32
19 said, memory tends to be a commodity so you don't     12:32
20 want to commit to a particular chip at the time that  12:32
21 you're making the boards. Instead, at the time that   12:32
22 you sell the computer out the door, you want to       12:32
23 purchase your memory on a module just in time since   12:32
24 you don't have the carrying costs to that memory.     12:32
25        Those are some of the common reasons.          12:32

### Page 106

```
1    MS. ZHONG: Do you want to take a lunch           12:32
2    break right now?                                  12:32
3    THE WITNESS: We can do that.                      12:32
4    MS. ZHONG: Do you want to take an hour?           12:33
5    MR. CHANDLER: That's fine.                        12:33
6    (Whereupon a luncheon recess was had.)
7           12:33   7    (Off record:      p.m.)
                                                       12:33
8
8           (On record: 1:30 p.m.)                     12:33
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

### Page 107

```
1           Wednesday, January 4, 2023          01:30
2                1:30 p.m.                      01:30
3                                               01:30
4    MS. ZHONG: We can go back on the record.   01:30
5         EXAMINATION (resumed)                 01:30
6  BY MS. ZHONG:                                01:31
7    Q.  Dr. Wolfe, can you pull up Exhibit 1004  01:31
8  {sic}, which is U.S. Provisional Application   01:31
9  60/588244.                                   01:31
10        (Exhibit 1005 was marked for          01:31
11        identification and attached           01:31
12        hereto.)                              01:31
13 BY MS. ZHONG:                                01:31
14   Q.  Do you have that document?             01:31
15   A.  Give me the exhibit again.             01:31
16   Q.  Exhibit 1005. Exhibit 1005.            01:31
17        MR. CHANDLER: Can we pause for a moment? 01:31
18 My colleague got kicked out from the Zoom and he's 01:31
19 coming back in.                              01:31
20        MS. ZHONG: So let's go off the record 01:31
21 while waiting for him then.                  01:31
22        (Brief pause in proceedings.)         01:31
23 BY MS. ZHONG:                                01:32
24   Q.  Do you have Exhibit 1005, Dr. Wolfe?   01:32
25   A.  Yes.                                   01:32
```

### Page 108

```
1    Q.  You are familiar with this document,        01:32
2  correct?                                           01:32
3    A.  Yes.                                         01:32
4    Q.  Can you please take a look at paragraph 10   01:32
5  through 19.                                        01:32
6    A.  Okay.                                        01:32
7    Q.  Do you see there's a Table 1 in             01:33
8  paragraph 11?                                      01:33
9    A.  Yes.                                         01:33
10   Q.  In Table 1, follows 2, 3, 4 and 5 have the   01:33
11 headings CS0, CS1, An+1 and Control.               01:33
12       Do you see that?                            01:33
13   A.  I do.                                        01:33
14   Q.  Are those input signals received from the    01:33
15 memory system in order to select the rank?         01:33
16   A.  A subset of them are in some cases.         01:34
17   Q.  Are those the signals that's received by    01:34
18 the ASIC depicted in Figure 1?                    01:34
19   A.  They appear to be with the distinction      01:34
20 that in Table 1 there's only a single control     01:34
21 signal. And in the text it explains that only a   01:34
22 single control signal is required.                01:34
23   Q.  What do you mean by only a single control   01:34
24 signal is required?                               01:34
25   A.  Let me see if I can find that.              01:35
```

### Page 109

```
1       Paragraph 10, it says at least one control   01:35
2  signal.                                           01:35
3    Q.  Okay. If you look at paragraph 11,          01:35
4  note 4, that describes what the control in Table 1 01:35
5  refers to; is that correct?                       01:35
6    A.  Yes.                                        01:35
7    Q.  Okay. So in Table 1, the control refers     01:35
8  to a number of control signals that define        01:35
9  operations such as refresh, precharge, and other  01:35
10 operations, correct?                              01:35
11   A.  That is what note 4 says.                   01:35
12   Q.  And what would those control signals be if  01:35
13 the DRAM is JEDEC compliant on the DRAM --        01:36
14       THE REPORTER: I'm sorry. "If the DRAM       01:36
15 is"...                                            01:36
16 BY MS. ZHONG:                                     01:36
17   Q.  And what would those control signals be if  01:36
18 the DRAM is a JEDEC compliant DRAM device?        01:36
19   A.  Well, there are many different kinds of     01:36
20 JEDEC compliant DRAM devices, but a typical example 01:36
21 could be RAS, CAS, and write enable.              01:36
22   Q.  Does it need to have chip select signal?    01:36
23   A.  No, because the chip select signals are     01:37
24 separately defined CS0 and CS1.                   01:37
25   Q.  Okay. And for read and write operation,     01:37
```

| | |
|---|---|
| 1 does it also need to -- does bank address 01:37 | 1 correct? 01:40 |
| 2 information also need to be provided? 01:37 | 2   A.  Let's be clear.  I'm not only citing JEDEC 01:40 |
| 3   A.  Again, there's nothing that needs to be 01:37 | 3 compliant DRAM devices.  And where I do cite them, 01:40 |
| 4 provided other than something that performs the 01:37 | 4 it's to illustrate the obviousness issues with 01:41 |
| 5 function.  But I would not expect bank address to be 01:37 | 5 respect to particular references.  The -- I would 01:41 |
| 6 provided.  I don't -- I'm not aware right now of a 01:37 | 6 not rely on the JEDEC compliant DRAM specification 01:41 |
| 7 situation where bank address defines operation such 01:37 | 7 as a way to understand what's disclosed in 01:41 |
| 8 as refresh and precharge. 01:37 | 8 Exhibit 1005. 01:41 |
| 9   Q.  So you mean -- what about a read and a 01:37 | 9   Q.  The DRAMs in Exhibit 1005 are to be used 01:41 |
| 10 write? 01:37 | 10 with a general personal computer, correct? 01:41 |
| 11   A.  What about them? 01:37 | 11   A.  Yes. 01:41 |
| 12   Q.  So are read and write operation, do bank 01:37 | 12   Q.  And we agree that a JEDEC compliant DDR or 01:41 |
| 13 addresses need to be provided in order to define the 01:38 | 13 DDR2 DRAM device in order to execute -- let's 01:42 |
| 14 operation? 01:38 | 14 withdraw -- let me withdraw and reask. 01:42 |
| 15   A.  They may need to be provided to the memory 01:38 | 15     So the commands are for a read operation 01:42 |
| 16 chip in order to identify where the operation should 01:38 | 16 for a DRAM device that is compliant with JEDEC 01:42 |
| 17 take place, but they don't need to be provided to 01:38 | 17 standard would include bank address information; is 01:42 |
| 18 the ASIC decoder that's shown in Figure 1. 01:38 | 18 that correct? 01:42 |
| 19   Q.  The ASIC decoder says the control involves 01:38 | 19   A.  As I said, there are many, many JEDEC 01:42 |
| 20 control signals that define operations, correct? 01:38 | 20 standards.  I can't generalize about all of them. 01:42 |
| 21   A.  No, that's what Table 1 says. 01:38 | 21   Q.  Okay.  The JEDEC standards you cited. 01:42 |
| 22   Q.  And paragraph 19 says, "The 'Control' 01:38 | 22   A.  I would not consider the bank addresses to 01:42 |
| 23 column of Table 1 represents the various commands 01:38 | 23 be part of the command, no.  They are supplied along 01:42 |
| 24 that a DRAM device can execute, examples of which 01:38 | 24 with a command, but in the -- for example, 01:42 |
| 25 include, but are not limited to, activation, read, 01:38 | 25 Exhibit 1029, when I look at a command like the bank 01:43 |
| Page 110 | Page 112 |
| 1 write, precharge, and refresh," correct? 01:39 | 1 activate command, the bank activate command is 01:43 |
| 2   A.  Correct. 01:39 | 2 issued by holding CAS bar and write enable bar high 01:43 |
| 3   Q.  And we discussed earlier that for a JEDEC 01:39 | 3 with chip select bar and RAS bar low at the rising 01:43 |
| 4 compliant SDRAM, the command for a read and write 01:39 | 4 edge of the clock. 01:43 |
| 5 operation and activation would include bank address 01:39 | 5   Q.  And bank address signal is supplied with 01:43 |
| 6 signals, correct? 01:39 | 6 those commands in order to execute the bank 01:43 |
| 7   A.  We're talking about different things here. 01:39 | 7 activation? 01:43 |
| 8     So, one -- there's nothing in Figure 1 01:39 | 8   A.  It is supplied to the DRAM chip along with 01:43 |
| 9 that indicates that that's a JEDEC compliant DRAM. 01:39 | 9 the command.  It is neither part of the command nor 01:43 |
| 10 But even so, the discussions we had before were 01:39 | 10 is it something that necessarily would go through a 01:43 |
| 11 about what the DIMM module would receive, not what 01:39 | 11 separate logic circuit. 01:43 |
| 12 an ASIC decoder on a DIMM module would receive.  And 01:39 | 12   Q.  Okay.  And I think you mentioned earlier 01:43 |
| 13 those are two different issues. 01:39 | 13 that it is not necessary for the larger component to 01:43 |
| 14   Q.  Okay.  I'm just asking the control 01:39 | 14 actually receive the bank address signal.  All it 01:43 |
| 15 information of the command signals that a DRAM -- 01:39 | 15 requires for a JEDEC compliant SDRAM is for the DRAM 01:44 |
| 16 let me withdraw and ask. 01:40 | 16 itself to receive the bank address; is that correct? 01:44 |
| 17     The commands that a DRAM device can 01:40 | 17   A.  In order to use a DRAM chip such as the 01:44 |
| 18 execute includes a read operation command, correct? 01:40 | 18 kind that's described in Exhibit 1029, that is 01:44 |
| 19   A.  It would depend what kind of DRAM device. 01:40 | 19 correct. 01:44 |
| 20 But that would be true for most DRAM devices is that 01:40 | 20   Q.  Okay.  So the bank address signal need not 01:44 |
| 21 there's some type of a read operation. 01:40 | 21 be received by a larger element? 01:44 |
| 22   Q.  Okay.  So let's say, since you are only 01:40 | 22   A.  Not in every utilization of a DDR2 device, 01:44 |
| 23 citing the JEDEC compliant DRAM devices, for those 01:40 | 23 no. 01:44 |
| 24 DRAM devices, the commands for a read and write 01:40 | 24   Q.  Okay.  And so is there anything in Perego 01:44 |
| 25 operation includes bank address information, 01:40 | 25 actually mentions the bank address signal being 01:45 |
| Page 111 | Page 113 |

| | |
|---|---|
| 1 passed to the buffer address -- buffer device?      01:45 | 1    A.  Well, it depends why you have a register.      01:50 |
| 2    A.  I believe all the signals that are      01:45 | 2 In this particular case, the register is quite      01:50 |
| 3 communicated in Perego from the host are passed      01:45 | 3 limited and is only used for a subset of address      01:50 |
| 4 through buffer devices.      01:45 | 4 signals.      01:50 |
| 5    Q.  Does Perego actually mention a bank      01:45 | 5    Q.  What about on the -- (indiscernible.)      01:50 |
| 6 address in particular?      01:45 | 6        THE REPORTER:  I'm sorry?      01:51 |
| 7    A.  It mentions memories that have banks.  And      01:45 | 7        THE WITNESS:  What about on the what?      01:51 |
| 8 it mentions specific memory types like DDR that      01:46 | 8 BY MS. ZHONG:      01:51 |
| 9 would -- a person of ordinary skill would understand      01:46 | 9    Q.  On the (indiscernible) --      01:51 |
| 10 has a bank address.      01:46 | 10       THE REPORTER:  I don't --      01:51 |
| 11   Q.  So if you mention DDR or DDR2, does that      01:46 | 11       MS. ZHONG:  It's on Exhibit 1032.      01:51 |
| 12 necessarily mean a JEDEC compliant DDR or the DDR2      01:46 | 12       MR. CHANDLER:  Are you saying registered      01:51 |
| 13 device?      01:46 | 13 DIMM, the letter R DIMM?      01:51 |
| 14   A.  No, not always.  But it would certainly      01:46 | 14       MS. ZHONG:  Yes.      01:51 |
| 15 cause a person of ordinary skill to find the use of      01:46 | 15       MR. CHANDLER:  Okay.      01:51 |
| 16 one obvious.      01:46 | 16       THE WITNESS:  And what's the question      01:51 |
| 17   Q.  So in Figure number 1, how would the bank      01:47 | 17 about the registered DIMM?      01:51 |
| 18 -- (indiscernible.)      01:47 | 18 BY MS. ZHONG:      01:51 |
| 19       THE REPORTER:  I'm sorry, Counsel.      01:47 | 19   Q.  Okay.  So for the DIMM that's described in      01:51 |
| 20 Counsel, can you speak more to your right?  We're      01:47 | 20 Exhibit 1032 --      01:51 |
| 21 losing you.  Thank you.      01:47 | 21   A.  Yes.      01:51 |
| 22 BY MS. ZHONG:      01:47 | 22   Q.  -- where are the advance signals sent?      01:51 |
| 23   Q.  So in Figure number 1, if the DRAM device      01:47 | 23   A.  In the DIMMs that are described in      01:51 |
| 24 is a DDR or DDR2 JEDEC compliant device, how would      01:47 | 24 Exhibit 1032, the bank signals from the host      01:51 |
| 25 the bank address information be provided to that      01:47 | 25 computer are registered.  And then the registered      01:51 |
| Page 114 | Page 116 |
| 1 DRAM device?      01:47 | 1 copies of those signals are sent to each of the      01:52 |
| 2    A.  Figure 1 of Perego?      01:47 | 2 SDRAM chips.      01:52 |
| 3    Q.  No, Figure 4, Exhibit 1005.      01:48 | 3    Q.  For the registered DIMM shown in      01:52 |
| 4    A.  So, again, there's no mention of JEDEC      01:48 | 4 Exhibit 1032, does that register have any logic      01:52 |
| 5 standard devices.  But if one were to choose to      01:48 | 5 function?      01:52 |
| 6 implement Figure 1 of 1005 with DDR2 JEDEC compliant      01:48 | 6    A.  Not in the way I would normally use that      01:52 |
| 7 devices like in Exhibit 1029, they would have to      01:48 | 7 term, no.  It's simply register.      01:52 |
| 8 consult Exhibit 1029 to figure out how to connect      01:48 | 8    Q.  How would you use -- what's your      01:52 |
| 9 them up.      01:48 | 9 definition of a logic element?      01:52 |
| 10       And presumably they would simply take the      01:48 | 10   A.  Well, again, it depends on context.  But      01:52 |
| 11 bank address signals directly from the host bus and      01:48 | 11 in the context of something like the '912 patent or      01:52 |
| 12 connect them directly to each memory device.  That      01:48 | 12 Exhibit 1005, I would think that a logic element      01:52 |
| 13 would certainly be the simplest way to implement it.      01:48 | 13 performs logic functions by combining multiple      01:52 |
| 14   Q.  Would the bank address information be      01:49 | 14 signals for the purpose of incorporating a logic      01:53 |
| 15 required to operate a JEDEC compliant DDR or DDR2      01:49 | 15 equation and not simply delaying a signal.      01:53 |
| 16 device?      01:49 | 16   ==Q.  Okay.  And what is sequential logic?==      01:53 |
| 17   A.  I don't know that I could look -- I'd have      01:50 | 17   ==A.  What is sequential logic?==      01:53 |
| 18 to think about it.      01:50 | 18   ==Q.  Yes.==      01:53 |
| 19       No, I mean, it's not required in all      01:50 | 19   ==A.  Sequential logic -- again, you have to==      01:53 |
| 20 circumstances.  But if one were to build an ordinary      01:50 | 20 ==look at the context.  Normally it describes a==      01:53 |
| 21 PC memory module, one would -- typically at that      01:50 | 21 ==combination of logic functions and registers.==      01:53 |
| 22 time, the simplest thing to do would be to connect      01:50 | 22   Q.  What do you mean by "It describes a      01:53 |
| 23 the bank address signals directly from each memory      01:50 | 23 combination of logic functions and registers"?      01:53 |
| 24 device to the host computer memory controller.      01:50 | 24   A.  I don't know how to simplify this down to      01:53 |
| 25   Q.  Even when you have a register?      01:50 | 25 a single statement.  It takes us hours or days to      01:53 |
| Page 115 | Page 117 |

30 (Pages 114 - 117)

## Page 118

1  explain it to students.  01:54
2      But sequential logic implements what we  01:54
3  call state machines, which are time-variant logic  01:54
4  functions that can perform different logic equations  01:54
5  at different points in time based on the storage of  01:54
6  what we call state partial results.  01:54
7    Q.  Okay.  So in order to implement a  01:54
8  sequential logic, normally you would need to have  01:54
9  both electrical elements that execute the logic  01:54
10  function and also storage elements that store the  01:54
11  state of the device?  01:54
12      Does that sound correct?  01:54
13    A.  It would normally --  01:54
14      MR. CHANDLER:  Objection.  Form.  Also  01:54
15  incomplete hypothetical.  01:54
16      THE WITNESS:  Generally, to perform a  01:55
17  sequential logic function the way that I've defined  01:55
18  it, you would need both state storage in the form of  01:55
19  a register or an equivalent, plus some what we call  01:55
20  combinational logic functions.  01:55
21      That doesn't mean that the same signals  01:55
22  are provided to both, or it doesn't mean that they  01:55
23  work in any particular way, but they would both  01:55
24  somehow be present.  01:55
25

## Page 119

1  BY MS. ZHONG:  01:55
2    Q.  Okay.  What is combinatorial logic?  01:55
3    A.  Combinatorial logic is logic that does not  01:55
4  store results, basically.  01:55
5    Q.  So basically it's -- it generally only  01:55
6  refers to the logic operation without the storage  01:55
7  unit?  01:55
8    A.  Correct.  Generally, a change in input  01:55
9  would be reflected as a change in output and a clock  01:55
10  is not required.  01:55
11      Again, you know, it gets more complicated  01:55
12  than that when you dig into the details, but that's  01:55
13  kind of a -- a very high-level overview.  01:56
14    Q.  Okay.  Is that something a POSITA would  01:56
15  have understood in 2004 and 2005 as to what  01:56
16  sequential logic and combinatorial logic is?  01:56
17    A.  They would have understood the textbook  01:56
18  definitions, yes.  01:56
19    Q.  You said that the -- why don't you pull up  01:56
20  Exhibit 1009, the patent ending with '436.  01:56
21    A.  Okay.  01:57
22      (Exhibit 1009 was previously  01:57
23      marked for identification and  01:57
24      attached hereto.)  01:57
25  BY MS. ZHONG:  01:57

## Page 120

1    Q.  Is it your opinion that '436 patent does  01:57
2  not describe the solution for the back-to-back  01:57
3  adjacent reads with cross memory device boundary?  01:57
4    A.  It does not.  01:57
5    Q.  And what is a back-to-back adjacent read  01:58
6  command issue that we're talking about?  01:58
7    A.  That when commonly available protocols at  01:58
8  the time, such as the DDR and DDR2 protocols, were  01:58
9  used together with a very simple rank multiplication  01:58
10  scheme, there was a problem when a read command went  01:58
11  to one rank and a subsequent read command went to  01:58
12  another rank in that certain signals were driven for  01:58
13  a longer time period than it would take to simply  01:58
14  respond or to simply provide the data in response;  01:58
15  that there were preambles and postambles in the  01:58
16  response signals.  01:59
17      And if one simply connected up two ranks  01:59
18  to be sequentially accessed, those signals could  01:59
19  conflict with each other.  And some mechanism had to  01:59
20  be introduced in order to distinguish those signals  01:59
21  or to block one of those signals so that there would  01:59
22  be no interference.  01:59
23    Q.  So it's -- is it essentially a DQS bus  01:59
24  conflict situation then?  01:59
25    A.  Did you say d2s?  01:59

## Page 121

1    Q.  DQS, Q as in quiet.  01:59
2    A.  Let me look at the actual signal name  01:59
3  there, yes.  01:59
4      That's -- that's the -- the significant  01:59
5  one.  There's DQS and DQS bar in some generations.  01:59
6  And that's where the preamble and postambles would  02:00
7  exist.  02:00
8      And one of them -- either the timing needs  02:00
9  to be adjusted between the two ranks or one of those  02:00
10  DQS response signals to a read needs to be blocked  02:00
11  or they need to be combined.  02:00
12    Q.  Okay.  So basically we're talking about a  02:00
13  DQS bus conflict situation, how to resolve it?  02:00
14    A.  That's the most common situation that  02:00
15  would come up, yes.  02:00
16    Q.  Okay.  Let's see.  02:00
17      Can you pull up Exhibit 1030, page 19.  02:00
18    A.  Yes.  02:01
19    Q.  And you reference the Figure 8 in your  02:01
20  discussion of the read -- the back-to-back read  02:01
21  situation.  02:01
22      Is Figure 8 depicting a back-to-back read  02:01
23  that's across rank boundaries?  02:01
24    A.  So the -- the -- the simplest  02:01
25  interpretation of Figure 8 is that it represents  02:01

31 (Pages 118 - 121)