# Exhibit 23

```
 1                UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF TEXAS

 3                     MARSHALL DIVISION

                         ---oOo---

 4    NETLIST, INC.,              )

 5            Plaintiff.          )

 6    vs.                         ) Case No.

 7    MICRON TECHNOLOGY, INC.;   ) 2:22-cv-203-JRG-RSP

 8    MICRON SEMICONDUCTOR        )

 9    PRODUCTS, INC.; MICRON      )

10    TECHNOLOGY TEXAS LLC,       )

11            Defendants.         )

12    _____)

13

14

15        VIDEOTAPED DEPOSITION OF HAROLD STONE, Ph.D.

16                  REMOTE PROCEEDINGS

17                MONDAY, JUNE 26, 2023

18

19

20    STENOGRAPHICALLY REPORTED BY:

21    ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~ CSR

22    LICENSE NO. 9830

23    JOB NO. 5968770

24

25    PAGES 1 - 208
```

Page 1

APPEARANCES:

FOR PLAINTIFF:
    IRELL & MANELLA LLP
    BY:  MICHAEL TEZYAN, Esq.
        HONG (ANNITA) ZHONG, Esq.
    1800 Avenue of the Stars, Suite 900
    Los Angeles, California  90067
    310.277.1010
    mtezyan@irell.com

FOR DEFENDANT:
    WINSTON & STRAWN LLP
    BY:  MICHAEL R. RUECKHEIM, Esq.
        JUAN C. YAQUIAN, Esq.
    255 Shoreline Drive, Suite 520
    Redwood City, California 94065
    650.858.6433
    mrueckheim@winston.com

ALSO PRESENT:  Anthony Gulino, Videographer
        Lance Hoeppner, Technician
        ---oOo---

Page 2

---

INDEX

WITNESS:  Harold Stone, Ph.D.

EXAMINATION                    PAGE
BY MR. TEZYAN              7, 186
BY MR. RUECKHEIM              185

        ---oOo---

EXHIBITS
EXHIBIT                        PAGE
Exhibit 1   Declaration of Harold S. Stone,    10
        Ph.D. in Support of Defendants'
        Claim Construction Positions

Exhibit 2   Power Electronics Converters,    16
        Applications, and Design
Exhibit 3   Understanding Low Drop Out (LDO)   21
        Regulators
Exhibit 4   U.S. Patent 11,016,918 Chen,    26
        et al.
Exhibit 5   JDEC Standard No. 21-C DDR SDRAM   27
        Registered DIMM Design Specification
///

Page 3

---

EXHIBITS

EXHIBIT                        PAGE
Exhibit 6   Lattice XP2 Family Data Sheet    32
        Introduction
Exhibit 7   Petition for Inter Partes Review   44
        of Patent No. 9,606,907
Exhibit 8   Microcomputer Interfacing     71
Exhibit 9   U.S. Patent 8,787,050 Lee     84
Exhibit 10   Exhibit 10 A 1.2V 65Gb 341GB/s    89
        HBM2 Stacked DRAM with Spiral
        Point-to-Point TSV Structure and
        Improved Bank Group Data Control
Exhibit 11   U.S. Patent Application     121
        2011/0103156 Kim, et al.
Exhibit 12   U.S. Patent Application     128
        2011/0026293 Riho
Exhibit 13   U.S. Patent 7,969,192 Wyman,    150
        et al.
Exhibit 14   Frequently Asked Questions    157
Exhibit 15   Synchronous DRAM Architectures,   159
        Organizations, and Alternative
        Technologies
Exhibit 16   U.S. Patent 10,949,339 Lee     190
        ---oOo---
        REMOTE PROCEEDINGS

Page 4

---

June 26, 2023                 9:34 A.M.
        ---oOo---              09:02
                              09:34
    THE VIDEOGRAPHER:  Good morning, everyone.   09:34
We are going on the record at 9:34 a.m. Pacific   09:34
Daylight Time on June 26, 2023.            09:34
    Please note that this deposition is being   09:34
conducted virtually.  Quality of recording depends on   09:34
the quality of camera and Internet connection of   09:34
participants.  What is seen from the witness and heard   09:34
on screen is what will be recorded.          09:34
    Audio and video recording will continue to   09:34
take place unless all parties agree to go off the   09:34
record.                          09:34
    This is Media Unit 1 of the video-recorded   09:34
deposition of Dr. Harold Stone, taken by counsel for   09:34
Plaintiff.                       09:34
    In the matter of Netlist, Inc. versus Micron   09:34
Technology, Inc., et al.  Filed in the United States   09:35
District Court for the Eastern District of Texas,   09:35
Marshall Division.  The case number is 2:22-CV-203 JRG   09:35
RSP.                           09:35
    This deposition is being conducted remotely   09:35
using virtual technology.              09:35
    My name is Anthony Gulino, representing    09:35

Page 5

2 (Pages 2 - 5)

1 Veritext Legal Solutions, and I am the videographer.    09:35
2     The court reporter is Andrea Ignacio from the    09:35
3 firm Veritext Legal Solutions.    09:35
4     I am not related to any party in this action,    09:35
5 nor am I financially interested in the outcome.    09:35
6     If there are any objections to proceeding,    09:35
7 please state them at the time of your appearance.    09:35
8     Counsel will now state their appearances and    09:35
9 affiliations for the record, beginning with the    09:35
10 noticing attorney.    09:35
11     MR. TEZYAN:  This is Michael Tezyan from    09:35
12 Irell & Manella, representing Plaintiff Netlist.    09:35
13     MR. RUECKHEIM:  Mike Rueckheim from Winston &    09:36
14 Strawn.  And with me is Juan Yaquian, also from    09:36
15 Winston & Strawn, representing Micron and the witness.    09:36
16     THE WITNESS:  I'm Harold Stone, the witness.    09:36
17     STENOGRAPHIC REPORTER:  Are you done,    09:36
18 Mr. Videographer?    09:36
19     THE VIDEOGRAPHER:  Yes, Andrea.    09:36
20     You can swear in the witness, please.    09:36
21     STENOGRAPHIC REPORTER:  First, I need all    09:36
22 parties to agree that I'm in California, and the    09:36
23 witness is in Washington, and that it is okay for me    09:36
24 to swear in the witness, and that there will be no    09:36
25 objections?    09:36

Page 6

1     MR. TEZYAN:  That's fine.    09:36
2     THE WITNESS:  No objection.    09:36
3     STENOGRAPHIC REPORTER:  Mr. Rueckheim, I'm    09:36
4 sorry.  I didn't hear you.    09:36
5     MR. RUECKHEIM:  No objections.    09:36
6     STENOGRAPHIC REPORTER:  Thank you.    09:36
7
8         HAROLD STONE, Ph.D.,
9     having been remotely sworn as a witness
10     by the Certified Shorthand Reporter,
11         testified as follows:
12
13         EXAMINATION
14 BY MR. TEZYAN:
15     Q  Good morning.  Can you please state your name    09:37
16 for the record.    09:37
17     A  My name is Harold Stone.    09:37
18     Q  Dr. Stone, have you been deposed before?    09:37
19     A  Yes, I have.    09:37
20     Q  How many times, approximately?    09:37
21     A  It has to be approximate.  I don't keep track    09:37
22 of the exact number, but several dozen.  Let's just    09:37
23 say several dozen.    09:37
24     Q  Fair enough.    09:37
25     Have any of those been virtual depositions?    09:37

Page 7

1     A  I believe this is my first.  No, there was --    09:37
2 I had one other.    09:37
3     Q  Okay.  I just bring that up to say that if    09:37
4 there are any, you know, technical difficulties as we    09:37
5 go on throughout the day, that's fine.  It's    09:37
6 anticipated.    09:37
7     So you understand you're under oath?    09:37
8     A  I understand.    09:37
9     Q  And that the testimony you're going to give    09:37
10 today has the same effect as if you were in a court of    09:37
11 law?    09:38
12     A  I understand that, yes.    09:38
13     Q  Is there any reason you cannot give complete    09:38
14 and truthful testimony today?    09:38
15     A  There is no reason.    09:38
16     Q  If you answer a question, I will assume you    09:38
17 understood it; is that fair?    09:38
18     A  Your audio is fading a little bit.  Can you    09:38
19 repeat, please.    09:38
20     Q  Sure.    09:38
21     My question was:  If you answer my question,    09:38
22 I will assume you understood it; is that fair?    09:38
23     A  That is fair, yes.    09:38
24     Q  Okay.  Are there any documents in the room    09:38
25 with you today?    09:38

Page 8

1     A  I -- you're asking, do I have any documents    09:38
2 in my room?    09:38
3     Q  Yes.    09:38
4     A  There are documents all over the place, none    09:38
5 of which I rely on and none of which I will use.    09:38
6     Q  What's your setup like today?    09:38
7     A  My setup today has a laptop that I'm facing.    09:38
8 When I turn like this, I'm looking at a large    09:38
9 replication of the screen.  I'm sitting at a desk.    09:39
10     Off screen to my right, there is a printer    09:39
11 reader and a bookcase with books and other things and    09:39
12 loose papers, but none of which I will rely on.    09:39
13     Q  Okay.  So you don't have a printed copy of    09:39
14 your declaration in front of you?    09:39
15     A  I do not.    09:39
16     Q  Okay.  Do you have any notes with you?    09:39
17     A  I do not.    09:39
18     Q  Okay.  What did you do to prepare for today's    09:39
19 deposition?    09:39
20     A  To prepare for this deposition, I read my    09:39
21 declaration.  I read the patents at -- at -- in the    09:39
22 case.  I read the materials cited in my depo-- in my    09:39
23 declaration.  That would include the materials    09:39
24 included by reference.  And when I said "read," it's    09:40
25 more like scanned, because there's a lot of them.  I    09:40

Page 9

3 (Pages 6 - 9)

**Page 10**

1  met with attorneys.                         09:40
2      And that's -- that's about it.          09:40
3  Q  What materials did you review in your    09:40
4  declaration in preparation for your deposition today? 09:40
5  A  What materials did I review?             09:40
6      I reviewed my declaration. I reviewed the 09:40
7  reply brief from the -- from the litigants, reply from 09:40
8  Netlist. I reviewed the reply by Micron. I already 09:41
9  mentioned looking at the patents.           09:41
10     To my recollection, that's a fair       09:41
11 representation. I think I've covered them all, but I 09:41
12 might have missed something.                09:41
13     MR. TEZYAN:  Now, if you'd go over to your 09:41
14 Exhibit Share and you go into the Marked Exhibits 09:41
15 folder, you'll see that I have premarked Exhibit 1. 09:41
16     Can you please pull up Exhibit 1.       09:41
17     (Document remotely marked Exhibit 1     09:41
18     for identification.)                    09:41
19     THE WITNESS:  Okay.                     09:41
20     MR. TEZYAN:  Q.  And let me know when you 09:41
21 have it, sir.                               09:41
22 A  I have Exhibit 1. That's my declaration. 09:41
23 Q  So Dr. Stone, what does it mean to convert a 09:42
24 voltage?                                    09:42
25 A  Just a moment. I need to -- I'm going to 09:42

**Page 11**

1  shrink this, if you don't mind. I'm going to get 09:42
2  the -- okay. Now I can look at you.         09:42
3      And you said, Dr. Stone, what do I mean by 09:42
4  convert -- convert -- I didn't get the word. 09:42
5  Converted or converter?                     09:42
6  Q  Sure. I'll repeat the question.          09:42
7      What does it mean to convert a voltage? 09:42
8  A  What does it mean to convert a voltage?  09:42
9      It means to take an input voltage and to 09:42
10 change it into an output voltage.           09:42
11 Q  Change it how?                           09:42
12 A  Depends on the converter. There are many 09:42
13 different ways.                             09:42
14 Q  So let's say we have a 5-volt input voltage, 09:42
15 and that's received by a component, which then outputs 09:42
16 a 3.3-volt output voltage. Is that conversion? 09:42
17 A  That is.                                 09:42
18 Q  What types of voltage conversion circuitry 09:43
19 would a person of ordinary skill in the art, at the 09:43
20 time of the '918 and '054 inventions, have been 09:43
21 familiar with?                              09:43
22 A  There are many different kinds of converters 09:43
23 that a person of ordinary skill in the art would know. 09:43
24 Q  Can you give me some examples?           09:43
25     And feel free at any time to refer to your 09:43

**Page 12**

1  dec- -- oh, I'm sorry. What is that?        09:43
2  A  This is a voltage converter for USB.     09:43
3  Q  Okay.                                    09:43
4  A  It takes 110 volts in through these prongs 09:43
5  and produces a voltage out that will power -- let's 09:43
6  say it will recharge a phone.               09:43
7      Also, I'm on a laptop. The laptop runs on 09:43
8  DC. It's plugged into a voltage converter that's 09:43
9  plugged into the aux AC.                    09:43
10     So those are two examples.              09:43
11 Q  Okay. And what are those voltage         09:44
12 conversion -- sorry. Strike that.           09:44
13     Just generally, what kind of components are 09:44
14 voltage conversion circuits made up of?     09:44
15 A  Generally, there are many different kinds of 09:44
16 components. It's -- it could be a long list. 09:44
17     But I would start with a transformer, for 09:44
18 example. In some instances, they use transformers. 09:44
19 It would have perhaps diodes, transistors, resistors, 09:44
20 inductors, capacitors, that type of thing.  09:44
21 Q  Just a moment. I'm trying to introduce an 09:45
22 exhibit.                                    09:45
23     What about buck converters? What components 09:45
24 are those made up of?                       09:45
25 A  Well, there's a range of buck converters, and 09:45

**Page 13**

1  they include the buck converter that would have an 09:46
2  inductor, capacitor, diode, perhaps, transistors. 09:46
3  Those are among the components that would be in a buck 09:46
4  converter.                                  09:46
5  Q  And what do each of those components do? 09:46
6      For example, what does an inductor do?  09:46
7  A  I left out switch. There would be a switch. 09:46
8  That would be the transistor.               09:46
9      But the -- the inductor reacts to change -- 09:46
10 voltage changes and to -- sorry -- to -- L di/dt is 09:46
11 the voltage across the inductor. So it responds to 09:46
12 the change of current and develops a voltage across 09:46
13 it.                                         09:46
14 Q  And what does a capacitor do in the context 09:47
15 of a buck converter?                        09:47
16 A  Well, it stores charge and it smooths out 09:47
17 voltages. It controls the frequency of oscillation of 09:47
18 an LC circuit so that the -- the swings are at 09:47
19 frequencies that reflect the capacitance and the 09:47
20 inductance. So it has multiple functions.   09:47
21 Q  And what does -- I believe you said a      09:47
22 transistor is another component in a buck converter; 09:47
23 correct?                                    09:47
24 A  Yeah, I said that. It could be a diode or a 09:47
25 transistor. We need a switch of some sort.  09:47

4 (Pages 10 - 13)

1  Q  Okay.  And -- and what does the switch in the  09:47
2  buck converter do?                              09:47
3      A  It switches the voltage on and off       09:47
4  internally.                                     09:47
5      Q  Got it.                                  09:47
6          What is the function of a resistor in a buck  09:48
7  converter?                                      09:48
8      A  It depends where it's located.  But      09:48
9  generally, I can talk about the function of a   09:48
10  resistor.  I don't know the structure that you're  09:48
11  dealing with.                                  09:48
12         But the -- in typical situations, including  09:48
13  those in a buck converter, a resistor would take --  09:48
14  carry current and have a voltage drop across it, and  09:48
15  that voltage drop would affect the output voltage.  09:48
16     Q  Are you familiar with boost converters,   09:48
17  Dr. Stone?                                      09:48
18     A  I am.                                     09:48
19     Q  And what components comprise a boost       09:48
20  converter?                                      09:48
21     A  Actually, a boost converter would have    09:48
22  roughly the same kinds of components that a buck  09:48
23  converter would have.  So everything I named for buck  09:48
24  converter you might find in a boost converter, but the  09:48
25  circuitry is different.  So it's not the -- the  09:48

Page 14

1  structure of a boost converter is not the same as the  09:49
2  structure of a buck converter.                  09:49
3      Q  But both have defined structures; right, sir?  09:49
4      A  Well, there are many ways you can build a  09:49
5  boost converter and many ways you can build the buck  09:49
6  converter.  So I can't say that there is a single  09:49
7  structure that covers either of them.           09:49
8      Q  But both are understood to have common     09:49
9  structural components; right?                   09:49
10     A  I believe that both -- a person of ordinary  09:49
11  skill in the art would understand common components in  09:49
12  a buck converter and common components in a boost  09:49
13  converter.                                      09:49
14     Q  And those are common structural components;  09:49
15  right?                                          09:49
16     A  Well, there's some aspects that are in     09:49
17  common, but there's variations.  So I don't know.  09:49
18  I -- I can't answer your question specifically.  I'm  09:49
19  not sure how much variation you're allowing in the  09:49
20  answer.                                         09:49
21         MR. TEZYAN:  I've gone ahead and marked   09:50
22  Exhibit 2, Dr. Stone.                           09:50
23         Could you please refresh your Exhibit Share  09:50
24  and let me know when you see Exhibit 2?         09:50
25         (Document remotely marked Exhibit 2      09:50

Page 15

1          for identification.)                    09:50
2      THE WITNESS:  My monitor says it's coming up,  09:50
3  but it's taking a while, so I'm not sure what's  09:50
4  happening.                                      09:50
5      Ah, it's -- I have a message, "Generating    09:50
6  file preview."  May take a while.               09:50
7      MR. TEZYAN:  Yeah, alternative to using the  09:50
8  file preview, you can download the exhibit.  It might  09:50
9  be a little easier to do it that way.           09:50
10     THE WITNESS:  I don't see a link for         09:51
11  downloading, so --                             09:51
12     THE VIDEOGRAPHER:  Doctor, if you just --     09:51
13     THE WITNESS:  Oh, I got it.  Power            09:51
14  Electronics.  Page 1 of 37.  It came up.        09:51
15     MR. TEZYAN:  Great.                          09:51
16     Q  And Exhibit 2 is a book titled:           09:51
17  "Power Electronics:  Converters,               09:51
18  Applications, and Design.  Second Edition."     09:51
19  Is that right?                                  09:51
20     A  That's correct.                           09:51
21     Q  Can you please jump to page 165.  And that's  09:51
22  internal page number, so...                     09:51
23     A  I see page 1 of 37.  So let's see how I can  09:51
24  get to 165.                                     09:51
25     Q  It's PDF page 20.                         09:51

Page 16

1      A  20.  Got it.                             09:51
2      Q  Now, at the top, you see a circuit diagram,  09:51
3  correct, right below where it says:             09:52
4      "7-3 Step-Down (Buck) Converter."           09:52
5      A  "Step-down dc-dc converter."              09:52
6      7-4.  I see that.                           09:52
7      Q  Oh, so I'm -- I'm talking about the -- yeah,  09:52
8  so 7-4 (a), the figure that depicts the -- the circuit  09:52
9  diagram.                                        09:52
10         Do you see that?                         09:52
11     A  I see that.                               09:52
12     Q  And this is a circuit diagram for a buck   09:52
13  converter; right?                              09:52
14     A  That's what it claims.  That's correct.   09:52
15     Q  And the circuit diagram depicts an inductor,  09:52
16  right, right above the L?                       09:52
17     A  I see that.                               09:52
18     Q  And there is a capacitor, the C; right?   09:52
19     A  I see that.                               09:52
20     Q  And then there is a resistor to the right?  09:52
21     A  I see that.                               09:52
22     Q  And these are all common structural elements  09:52
23  for a buck converter; right?                    09:52
24     A  Oh, yes.  I -- I believe that they're common  09:52
25  in a buck converter, or at least that they're --  09:52

Page 17

5 (Pages 14 - 17)

1 they're in this buck converter.                09:52
2    Q  Can you please jump to PDF page 27.      09:53
3    A  Okay.  I'm there.                         09:53
4    Q  Do you see Figure 7-11 which says:        09:53
5      "Step-up dc-dc converter."                 09:53
6    A  I thought I was on page -- I'm sorry.  No, I  09:53
7 see it okay.  I'm in -- I'm on page 27, Figure 7-11.  09:53
8 I see that.                                      09:53
9    Q  And another work -- another way to -- sorry.  09:53
10 Strike that.                                    09:53
11    A  step-up dc-dc converter is otherwise known  09:53
12 as a boost converter; right?                    09:53
13    A  That's one name for it, yes.              09:53
14    Q  And we see here in this diagram, Figure 7-11,  09:53
15 this is a circuit diagram for a boost converter; fair?  09:53
16    A  I see that.                               09:54
17    Q  And we see that the boost converter comprises  09:54
18 a capacitor next to the C; right?               09:54
19    A  I see that.                               09:54
20    Q  And then you have an inductor below the L on  09:54
21 the left; right?                                09:54
22    A  I see that.                               09:54
23    Q  And you have a resistor next to the R?    09:54
24    A  I see that.                               09:54
25    Q  And these are all common structural elements  09:54

Page 18

1 for a boost converter; right?                   09:54
2    A  I believe one of skill in the art would   09:54
3 understand these to be common in boost converters.  09:54
4 And certainly, they're in this boost converter.  09:54
5    Q  Okay.  So one of skill in the art would   09:54
6 understand that inductors, capacitors, and resistors  09:54
7 are common to both boost converters and buck    09:54
8 converters; fair?                               09:54
9    A  I think that's fair.                       09:54
10    MR. TEZYAN:  Okay.  You can close out of     09:54
11 Exhibit 2.                                      09:54
12    THE WITNESS:  Okay.                          09:55
13    MR. TEZYAN:  Q.  So a buck boost converter is  09:55
14 another type of voltage conversion circuitry that a  09:55
15 person of ordinary skill in the art would have been  09:55
16 familiar with at the time of the '918 and       09:55
17 '054 patents; right?                            09:55
18    A  That's correct.                           09:55
19    Q  But what about an LDO?                     09:55
20    A  An LDO?  That -- you're speaking of a low  09:55
21 dropout?                                        09:55
22    Q  Yes.                                      09:55
23    A  Okay.  Low dropout.  I believe that one of  09:55
24 skill in the art would know what an LDO converter is  09:55
25 at the time of the patents.                     09:55

Page 19

1    Q  And if you'll just bear with me as I find  09:55
2 another exhibit.                                09:55
3       And the function of an LDO, sir, is to    09:56
4 convert an input voltage into an output voltage; is  09:56
5 that correct?                                   09:56
6    A  That -- that's largely correct.  There may be  09:56
7 other stipulations about the nature of what the  09:56
8 conversion is.  But that's basically what a general  09:56
9 statement of what an LDO converter does.        09:56
10    Q  And to be more precise about it, an LDO will  09:56
11 convert an input voltage into a lower output voltage;  09:56
12 is that fair?                                   09:56
13    A  I have not prepared to talk about LDO      09:56
14 converters.  So to my knowledge, it might be correct.  09:56
15 But then again, there may be LDO converters that  09:56
16 increase voltage.  But I'm not prepared to answer that  09:56
17 question based on what I prepared with regard to the  09:57
18 patents.                                        09:57
19    MR. YAQUIAN:  Sorry.  This is -- this is Juan  09:57
20 with Winston & Strawn.  Sorry to cut off.  Mike is  09:57
21 having depo -- Mike is having technical issues.  He  09:57
22 needs to log on or re- -- log on or log off.  So can  09:57
23 we just wait a moment?  He needs to log off and log  09:57
24 back on.                                        09:57
25    MR. TEZYAN:  That's fine.  Let's go off the  09:57

Page 20

1 record.                                         09:57
2    THE VIDEOGRAPHER:  Okay.  We're going to go  09:57
3 off the record.  The time is 9:57 a.m.          09:57
4       And this is the end of Media No. 1.       09:57
5       (Recess taken.)                           09:57
6    THE VIDEOGRAPHER:  Okay.  We are going back  10:20
7 on the record.  The time is 10:20 a.m.          10:20
8       And this is the start of Media No. 2.     10:20
9    MR. TEZYAN:  Welcome back, Dr. Stone.        10:20
10    Q  Did you have any communications with your  10:20
11 counsel on the break?                           10:20
12    A  I did not.                                10:20
13    MR. TEZYAN:  If you go to your Exhibit Share  10:20
14 and refresh, you should see Exhibit No. 3.  Please let  10:20
15 me know when you have it.                       10:20
16    (Document remotely marked Exhibit 3          10:20
17    for identification.)                         10:20
18    THE WITNESS:  I must have lost my -- wait a  10:21
19 minute.  I've got it.  I -- I got the right web page.  10:21
20 I'm not clicking on Exhibit 3.  I have Exhibit 3.  10:21
21    MR. TEZYAN:  Okay.                           10:21
22    Q  And Exhibit 3 is a paper titled:          10:21
23     "Understanding Low Drop Out (LDO)          10:21
24 Regulators."                                    10:21
25    Right?                                       10:21

Page 21

6 (Pages 18 - 21)

**Page 22**

1    A  That's correct.                    10:21
2    Q  And if you could please navigate to page 2.  10:21
3    A  I am there.                        10:21
4    Q  At the bottom of page 2 is a circuit diagram  10:21
5  for an LDO; is that correct?            10:21
6    A  I see that.  That's correct.       10:21
7    Q  And an LDO comprises a transistor switch;  10:21
8  right?                                  10:21
9    A  The LDO comprises a transistor switch?  Is  10:21
10  that what you said?                    10:21
11    Q  Yes, sir.                         10:21
12    A  I don't see a switch in this diagram.  Are  10:22
13  you saying that this diagram has a switch?  10:22
14    Q  Yes, that was the question.        10:22
15    A  I don't see a switch.             10:22
16    Q  Does an LDO generally comprise a transistor  10:22
17  switch?                                10:22
18    A  I'm not aware of an LDO with a transistor  10:22
19  switch.  There may be some.  As I indicated, I have  10:22
20  not prepared LDO material.             10:22
21    Q  Dr. Stone, what is a circuit?      10:22
22    A  That's a very general question.  I believe  10:22
23  that the dictionary definitions I've seen presented to  10:23
24  me say that a circuit is a collection of components  10:23
25  that create a path, that type of thing; very generic,  10:23

**Page 23**

1  very general.  I can't -- I -- I can't come up with a  10:23
2  firm definition -- (computer chiming)  10:23
3    STENOGRAPHIC REPORTER:  I'm sorry.  The bell.  10:23
4  "I can't come up with a firm definition" --  10:23
5    THE WITNESS:  Okay.  I -- I can't come up  10:23
6  with a definition that will withstand scrutiny in all  10:23
7  cases.                                  10:23
8    MR. TEZYAN:  Okay.                    10:23
9    Q  But what would a person of ordinary skill in  10:23
10  the art understand the term "circuit" to mean?  10:23
11    A  I believe a person of ordinary skill will  10:23
12  understand a circuit to be a collection of  10:23
13  components -- electrical components.  And beyond that,  10:24
14  there may be other aspects that would be in the  10:24
15  definition.  But it would start with a collection of  10:24
16  electrical components connected together in some  10:24
17  fashion.                                10:24
18    Q  Okay.  And those voltage conversion circuits  10:24
19  that we talked about, buck converters, boost  10:24
20  converters, LDO converters, would those be examples of  10:24
21  a collection of electrical components?  10:24
22    MR. RUECKHEIM:  Object to the form.   10:24
23    THE WITNESS:  I'm looking at this figure, and  10:24
24  I see electrical components, and I see a collection.  10:24
25  And so I believe that I would call this a collection  10:24

**Page 24**

1  of electrical components.               10:24
2    MR. TEZYAN:  Q.  So are you familiar with  10:24
3  registered DIMMs, Dr. Stone?            10:24
4    A  And DIMM is D-I-M-M; is that correct?  10:25
5    Q  Yes.  It stands for dual in-line memory  10:25
6  module; right?                          10:25
7    A  Okay.  I am familiar, yes.         10:25
8    Q  You're familiar with registered DIMMs in  10:25
9  specific?                               10:25
10    A  Yes, I am familiar with registered DIMM,  10:25
11  D-I-M-M.                               10:25
12    Q  Right.                            10:25
13    And a registered DIMM has a component on it  10:25
14  that's called a registered clock driver, right,  10:25
15  otherwise known as an RCD?             10:25
16    A  I need a specific example, because I need to  10:25
17  know the -- the scope of your registered DIMM.  The  10:25
18  clock driver may be on it or external to it.  So I  10:25
19  can't answer your question as asked.   10:25
20    Q  I'm sorry.  Let me ask a foundational  10:25
21  question.                              10:25
22    Do you know what an RCD is?          10:25
23    A  Would you repeat the acronym.      10:26
24    Q  Sure.                            10:26
25    RCD stands for registering clock driver.  10:26

**Page 25**

1    A  Register and clock driver?          10:26
2    Q  Registering clock driver.          10:26
3    A  I know the acronym, but as you express it,  10:26
4  it's not firm in my mind what -- exactly what you  10:26
5  mean.  A registered clock driver or -- I'm having  10:26
6  difficulty analyzing what your acronym is exactly.  10:26
7    Q  Let's jump to your declaration, sir, if you  10:27
8  have it open.                           10:27
9    A  I don't have it open.  I'm relying on you.  10:27
10  Oh, you want -- I'm sorry.  It's my Exhibit 1; right?  10:27
11    Q  Yes, sir.                         10:27
12    A  I have -- I have Exhibit 1 open.    10:27
13    Q  Let's jump to PDF page 23.         10:27
14    A  That's the page that says PDF page 23?  10:27
15    Q  Uh-huh.                           10:27
16    A  Okay.  It --                      10:27
17    Q  So underneath "Corresponding Structure," you  10:27
18  use a term called "memory module controller."  10:27
19    Do you see that?                     10:27
20    A  I see that.                       10:27
21    Q  What does that mean?              10:27
22    Is that referring to, for example,   10:27
23  controller 1062 in the '918 patent?    10:28
24    A  The memory module controller, I believe, is  10:28
25  1062, but I'd have to take a moment to just confirm.  10:28

7 (Pages 22 - 25)

**Page 26**

1  If you don't mind bringing up the '918 patent  10:28
2  so I can confirm the 1062 is the memory module  10:28
3  controller, that would be helpful.  10:28
4  MR. TEZYAN:  Sure.  Okay.  10:28
5  Please refresh your Exhibit Share, and let me  10:29
6  know when you see Exhibit 4.  10:29
7  THE WITNESS:  Okay.  I have refreshed.  10:29
8  (Document remotely marked Exhibit 4  10:29
9  for identification.)  10:29
10  THE WITNESS:  I have the exhibit.  10:29
11  MR. TEZYAN:  Q.  What is Exhibit 4?  10:29
12  A  Exhibit 4 is the '918 patent.  It's taking a  10:29
13  while to come up, so I don't see it yet.  I've got the  10:29
14  message saying the file created may take a while, but  10:29
15  it's coming.  10:29
16  It's here.  I have it.  10:30
17  Q  Okay.  And can you please confirm, now that  10:30
18  you have it, that Exhibit 4 is the '918 patent?  10:30
19  A  I confirm that Exhibit 4 is the '918 patent.  10:30
20  Q  And -- and take your time to review it, sir,  10:30
21  if you need to to refresh your memory.  10:30
22  But the question was, just to remind you, is  10:30
23  the memory module controller that you referred to in  10:30
24  your declaration controller 1062?  10:30
25  A  Just a moment.  10:30

**Page 27**

1  It is 1062.  That's correct.  10:31
2  Q  Okay.  Thank you.  10:31
3  I'm going to go ahead and introduce  10:31
4  Exhibit 5.  10:31
5  (Document remotely marked Exhibit 5  10:31
6  for identification.)  10:31
7  MR. TEZYAN:  Q.  Please refresh your Exhibit  10:31
8  Share, and let me know when it comes up.  10:31
9  A  I have started the load.  I have an  10:31
10  indication that the load is occurring.  Again, I have  10:31
11  the message that says that the file preview may take a  10:32
12  while.  10:32
13  Q  That's fine.  10:32
14  When it comes up, can you please go to PDF  10:32
15  page 10.  10:32
16  A  Okay.  10:32
17  Q  And before that, I should ask, if you go back  10:32
18  to page 1, can you please confirm that this is the  10:32
19  JEDEC 21-C "DDR SDRAM Registered DIMM Design  10:32
20  Specification"?  10:32
21  A  I will confirm that when I see it.  10:32
22  Q  Fair enough.  10:32
23  A  It just came up.  10:33
24  Q  Okay.  10:33
25  A  Okay.  I see that this is the "DDR SDRAM  10:33

**Page 28**

1  Registered Design Specification" dated January 2002.  10:33
2  I'm now going to go to page 10.  10:34
3  I have page 10.  10:34
4  Q  And on page 10, depicted here is a block  10:34
5  diagram for a particular Raw Card configuration; is  10:34
6  that right?  10:34
7  A  That's correct.  10:34
8  Q  Okay.  And if you go to the bottom left  10:34
9  corner of page 10, you see this diagram that includes  10:34
10  a register with signals coming in on the left and  10:34
11  another set of signals going in on the right?  10:34
12  A  I see that.  10:34
13  Q  Okay.  And the register that's depicted here  10:34
14  is a circuit; correct?  10:34
15  A  That's correct.  10:34
16  Q  Now, the '918 patent discloses in the  10:35
17  specification various examples of the controller; is  10:35
18  that correct?  10:35
19  A  "The controller" being the memory  10:35
20  controller 1062.  And it -- it is correct that there  10:35
21  are examples of the memory controller in the  10:35
22  '918 patent.  10:35
23  Q  And an FPGA is one of those examples; right?  10:35
24  A  I -- would you say that again, please.  I  10:35
25  didn't get the acronym.  10:35

**Page 29**

1  Q  Sure.  10:35
2  An FPGA is one --  10:35
3  A  An FPGA.  Yes, I believe that's the case.  10:36
4  FPGA is an example.  It's -- the way it is displayed,  10:36
5  it doesn't -- it's not indicative that it's the whole  10:36
6  memory controller.  But it -- it -- there is a memory  10:36
7  controller that comprises an FPGA.  10:36
8  Q  Okay.  And what is an FPGA?  10:36
9  A  An FPGA is a field programmable gate array.  10:36
10  Q  What is it comprised of?  10:36
11  A  Well, there are many different FPGAs.  10:36
12  Normally, it has gates within it.  It has a  10:36
13  programming structure that allows external volts,  10:36
14  external voltages to cause changes in the FPGA so that  10:37
15  it can become different circuits, depending on the  10:37
16  programming.  10:37
17  Q  Okay.  So an FPGA has to be comprised of some  10:37
18  type -- some type of circuitry; is that right?  10:37
19  A  That's correct.  10:37
20  Q  And what kind of circuitry is that?  10:37
21  A  Well, it varies across FPGAs.  The circuitry  10:37
22  at the lowest level would involve conductors and some  10:37
23  sort of devices that allow it to be programmed.  They  10:37
24  could be fuses, for example, or they could be devices  10:38
25  that assume a state and retain that state when -- when  10:38

8 (Pages 26 - 29)

1 volts -- when power is removed.                    10:38
2      And beyond that, the components of an FPGA   10:38
3 are whatever people choose to put into it.         10:38
4      Q  And what is an ASIC, sir?                   10:38
5      A  ASIC is A-S-I-C, application-specific       10:38
6 integrated circuit.                                 10:38
7      Q  And what is an ASIC comprised of?           10:38
8      A  Well, it's comprised of whatever the designer  10:38
9 chooses to put into it.  Be-- because it is         10:38
10 application-specific, different applications will use  10:38
11 different components in ASICs built for those       10:39
12 applications.  So I can't tell you exactly what is in  10:39
13 an ASIC.                                            10:39
14     Q  Were you finished with your answer, sir?     10:39
15     A  I -- I -- would you repeat your question.    10:39
16     Q  Oh, I'm sorry.  I felt as if I almost cut you  10:39
17 off.  I just wanted to know if you were finished with  10:39
18 your answer.                                        10:39
19     A  I -- I'm done with my answer.                10:39
20     Q  Okay.  But an ASIC is still an integrated   10:39
21 circuit; right?                                     10:39
22     A  It is an integrated circuit.  That is       10:39
23 correct.                                            10:39
24     Q  There is -- there is -- there are certain   10:39
25 circuitry that has to be common to all ASICs; right?  10:39

Page 30

1      At the very least, conductors and -- and that  10:39
2 sort of low-level circuitry; right?                 10:39
3      A  You used the word "all," some things common  10:39
4 to all ASICs.  I can't testify that every ASIC has  10:39
5 some specific thing in it because of the wide -- wide  10:39
6 variety.                                            10:39
7      Q  Are there some ASICs that are not integrated  10:39
8 circuits?                                           10:40
9      A  I believe that all ASICs are integrated     10:40
10 circuits, yes.                                      10:40
11     Q  And integrated circuits have common low-level  10:40
12 components to them; is that fair?                   10:40
13     A  I don't think that's fair.                   10:40
14     Q  Can you explain?                             10:40
15     A  May I give an example?                       10:40
16     Q  Please.                                      10:40
17     A  A quantum computer circuit may not have any  10:40
18 components in common with an ASIC that you have, and  10:40
19 yet the quantum computer ASIC is an ASIC.           10:40
20     Q  Fair enough.                                 10:41
21      What about ASICs designed specifically for    10:41
22 the use in memory modules?  Would those integrated  10:41
23 circuits have components in common?                 10:41
24     MR. RUECKHEIM:  Object to the form.             10:41
25     THE WITNESS:  If you present a memory          10:41

Page 31

1 device A and a memory device B and ask the question,  10:41
2 do these two devices have elements in common, I would  10:41
3 be able to look and investigate.                    10:41
4      I -- your -- your question is so broad, I'm     10:41
5 not sure that I can answer it.                       10:41
6      (Document remotely marked Exhibit 6            10:42
7      for identification.)                            10:42
8      MR. TEZYAN:  I'm introducing Exhibit 6.        10:42
9      Q  Dr. Stone, could you please refresh your    10:42
10 Exhibit Share, and let me know when you see Exhibit 6.  10:42
11     A  I am -- I see the list that says Exhibit 6.  10:42
12 I'm clicking on the link.  My screen shows that the  10:42
13 PDF file is loading.                                10:42
14     I have it.                                      10:43
15     Q  Okay.  So Exhibit 6 is titled:               10:43
16 "LatticeXP2 Family Data Sheet Introduction."        10:43
17     Is that right?                                  10:43
18     A  That's correct.                              10:43
19     Q  And it's dated May 2007; right?              10:43
20     A  May 2007.  That's correct.                   10:43
21     Q  If you'd go to page 2.  And you can read that  10:43
22 first sentence below "Introduction" to yourself.     10:44
23     A  (Reading document.)                          10:44
24     I see that.                                      10:44
25     Q  This is an example of an FPGA that's designed  10:44

Page 32

1 by Lattice; right?                                   10:44
2      A  I have not seen this document before.  But if  10:44
3 that's what you say it is, I -- I -- I say that it's  10:44
4 consistent with what you represent.                 10:44
5      Q  Well, that first sentence says:              10:44
6 "LatticeXP2 devices combine a Look-up             10:44
7 Table" -- "based FPGA fabric with non-volatile Flash"  10:44
8 cells in an architecture referred to as flexiFLASH."  10:44
9      Right?                                          10:44
10     A  I see that, yes.                             10:44
11     Q  And the document is titled:                 10:44
12 "LatticeXP2 Family Data Sheet Introduction."       10:44
13     Right?                                          10:45
14     A  Yes.                                         10:45
15     Q  So fair to say that this is a data sheet for  10:45
16 a Lattice FPGA?                                      10:45
17     A  That's what you're representing.  I -- I     10:45
18 don't dispute that.                                 10:45
19     Q  Let's go to page 4 of this document.         10:45
20     A  I'm on page 4.                               10:45
21     Q  And you see Figure 2-1 is a block diagram of  10:45
22 the LatticeXP2 device; right?                       10:45
23     A  XP2-17.  Yes.                                10:45
24     Q  Correct.                                     10:45
25     And you see that the device is comprised of    10:46

Page 33

9 (Pages 30 - 33)

Page 34

```
 1  several components; right?                    10:46
 2      A  I see that, yes.                       10:46
 3      Q  And that includes flash; right?        10:46
 4      A  I'm looking.  It says, yes, flash.     10:46
 5      Q  Flash is a type of nonvolatile memory; right?  10:46
 6      A  That's correct.                        10:46
 7         MR. TEZYAN:  Okay.  We can close out   10:46
 8  Exhibit 6.                                    10:46
 9      Q  Now, what would a person of ordinary skill in  10:46
10  the art understand the term "controller" to mean?  10:46
11      A  The term "controller" is very general.  Let  10:46
12  me give an example from the patents.  Let's see.  We  10:47
13  have the '918 patent.  May I bring it up?      10:47
14      Q  Yes.  It's Exhibit No. 4.              10:47
15      A  Exhibit -- yeah, I -- I'm going to back away  10:47
16  from that.                                    10:47
17         It -- a controller is basically something  10:47
18  that controls.  But beyond that, it's not at all clear  10:47
19  what the specifics of a controller are.        10:47
20         So I -- I don't know exactly what one of  10:47
21  skill in the art would understand a controller to be,  10:47
22  beyond a device or something that does the control  10:47
23  function.                                     10:48
24      Q  Okay.  But a controller is an electronic  10:48
25  device; fair?                                 10:48
```

Page 35

```
 1         MR. RUECKHEIM:  Object to the form.    10:48
 2         THE WITNESS:  Among the universe of    10:48
 3  controllers, some are electronic devices, but not all.  10:48
 4         MR. TEZYAN:  Okay.                     10:48
 5      Q  Well, in the context of memory modules, a  10:48
 6  controller specifically for use in a memory module  10:48
 7  would be an electronic device; fair?          10:48
 8      A  A memory controller -- a controller for a  10:48
 9  memory device would be electronic.  I believe that's  10:48
10  fair, yes.                                    10:48
11      Q  Okay.  And electronic devices generally have  10:48
12  certain low-level components in common, right, such as  10:48
13  the ones we talked about earlier, like conductors?  10:48
14      A  Certain, yes.  But even memory devices --  10:48
15  device memory A and device memory B may have nothing  10:48
16  in common; very little in common, if anything.  10:48
17      Q  Okay.  But controllers for memory modules  10:49
18  specifically, they would have at least certain aspects  10:49
19  in common, right, like -- I'm sorry.  Strike that.  10:49
20         So do -- do we agree that controllers for  10:49
21  memory devices comprise conductors, at least?  10:49
22      A  Conductors being a metal of some sort that  10:49
23  conduct electricity.                          10:49
24         Is that what you mean?                 10:49
25      Q  Yes.                                   10:49
```

Page 36

```
 1      A  They would have conductors, yes.       10:49
 2      Q  Okay.  Would controllers for memory devices  10:49
 3  have other components in common?              10:49
 4      A  I don't see why they should.           10:49
 5      Q  Okay.  But a controller performs the function  10:50
 6  of, I think you said, something that controls -- so  10:50
 7  strike that.  Sorry.                          10:50
 8         And I think we can agree that a controller  10:50
 9  performs the function of controlling some other  10:50
10  component; is that fair?                      10:50
11      A  I don't even know that it controls some other  10:50
12  component.  It controls.  That's fair.         10:50
13      Q  Okay.  It controls something; right?   10:50
14      A  Something.  That's right.              10:50
15      Q  Okay.  And would that something have to be  10:50
16  something other than itself?                  10:50
17      A  I'm not sure.                          10:51
18      Q  Let me rephrase the question.         10:51
19         Would a person of ordinary skill in the art  10:51
20  typically understand a controller to be a device that  10:51
21  controls something other than itself?         10:51
22      A  I think that's a fair understanding of a  10:51
23  person of skill in the art.                   10:51
24         But if you ask me if there are instances  10:51
25  where it can control itself, that would be an  10:51
```

Page 37

```
 1  interesting question.  It might still be a controller  10:51
 2  controlling only itself.                      10:51
 3      Q  Fair enough.                          10:51
 4         But typically, a person of ordinary skill in  10:51
 5  the art would understand that a controller is a device  10:51
 6  that controls some other component; right?    10:51
 7      A  I think we're talking about typically or in  10:51
 8  general, but not necessarily every case.      10:51
 9      Q  Okay.  And in order to control some other  10:51
10  component, the controller has to be connected to that  10:51
11  component; is that fair?                      10:51
12      A  I don't fully know your context.  I can give  10:52
13  examples where it's not connected.            10:52
14      Q  Okay.  And in what way can a controller not  10:52
15  be connected to the --                        10:52
16      A  I have wireless chargers, for example.  10:52
17  They -- you put a device inside the wireless charger  10:52
18  and it charges up.  The wireless charger is    10:52
19  controlling the device that's being charged.  There is  10:52
20  no connection.                                10:52
21      Q  Okay.  Outside the context of wireless  10:52
22  communications or charging, a controller necessarily  10:52
23  has to be connected to the item that it's controlling?  10:52
24      A  You keep -- you keep saying things like  10:52
25  "necessarily" or "all" or whatever, and it -- it  10:52
```

10 (Pages 34 - 37)

1 bothers me.                                          10:52
2      I would say that a controller is usually        10:52
3 connected to the thing that's controlled, but I would  10:52
4 be hard pressed to say in every case.                10:52
5      Q  Okay.  Well, in the context of controllers   10:53
6 that are designed for memory modules, the controller  10:53
7 which is controlling components on the memory module  10:53
8 would have to be connected to those components; is    10:53
9 that fair?                                            10:53
10     A  I just gave an example of wireless chargers   10:53
11 for, let's say, a cell phone.  A cell phone has       10:53
12 memory.  A controller is not connected to that cell   10:53
13 phone as you say "connected."  It's wirelessly        10:53
14 influencing and controlling it.                       10:53
15     So you keep -- with this discussion, we're --   10:53
16 every instance is covered by your -- your request.  I  10:54
17 can't -- I can't acknowledge that every instance does  10:54
18 what you say it does.                                 10:54
19     MR. TEZYAN:  Okay.  Well, I'll object that       10:54
20 that's nonresponsive, and I'll move to strike.        10:54
21     Q  So the question was:  In the context of       10:54
22 controllers that are designed for memory modules, the  10:54
23 controller which is controlling components on the     10:54
24 memory module would have to be connected to those     10:54
25 components; is that fair?                             10:54
                                                    Page 38

1      A  You said now --                               10:54
2      MR. RUECKHEIM:  Objection to the form.           10:54
3 You can answer.                                        10:54
4      THE WITNESS:  Your question says now the         10:54
5 controller is on the memory module; is that correct?  10:54
6      MR. TEZYAN:  Yes.                                 10:54
7      THE WITNESS:  In that instance, it is fair to    10:54
8 say that that memory controller on the memory module  10:54
9 is connected to the memory.                            10:54
10     MR. TEZYAN:  I'm sorry.  I think something        10:54
11 got lost in translation there.                        10:54
12     Q  So the question was -- and I'll just repeat   10:55
13 it again:  In the context of controllers that are     10:55
14 designed for memory modules, the controller which is  10:55
15 controlling components on the memory module would have  10:55
16 to be connected to those components; fair?            10:55
17     A  I believe that's -- that's fair, yes.  I      10:55
18 would say that's fair.                                10:55
19     MR. TEZYAN:  Okay.  Let's take a break.           10:55
20     THE VIDEOGRAPHER:  We are going to go off the    10:55
21 record.  The time is 10:55 a.m.                       10:55
22     And this is the end of Media Unit No. 2.         10:55
23     (Recess taken.)                                   10:55
24     THE VIDEOGRAPHER:  We are going back on the      11:15
25 record.  The time is 11:15 a.m.                       11:15
                                                    Page 39

1      And this is the start of Media Unit No. 3.       11:15
2      MR. TEZYAN:  Welcome back, Dr. Stone.            11:15
3      Q  Did you have any communications with counsel  11:15
4 during the break?                                     11:15
5      A  I did not.                                    11:15
6      Q  You've been retained by Micron as an expert   11:15
7 in this case; right?                                  11:15
8      A  That's correct.                               11:15
9      Q  And you've been retained to opine on          11:15
10 technology that's present in certain patents invented  11:15
11 by Netlist?                                          11:15
12     A  Yes, it's correct.  I -- I should look at my  11:15
13 retention letter if it -- if it matters exactly what  11:15
14 the details, but that's the general gist of my        11:15
15 retention.                                            11:15
16     Q  This isn't the first time you've been adverse  11:15
17 to Netlist; is that fair?                             11:15
18     A  To Netlist, yes.  I'll say yes to Netlist.    11:16
19     Q  That's yes, you've been adverse to Netlist in  11:16
20 the past?                                             11:16
21     A  Not exactly.  I think the patents in question  11:16
22 were owned by another party.  The -- the patents may  11:16
23 have inventors who were Netlist inventors.  The       11:16
24 parties involved did not involve Netlist.             11:16
25     Q  Okay.  Let's go down to PDF page 30 of your   11:16
                                                    Page 40

1 declaration.  That's Exhibit 1.                       11:16
2      A  Okay.                                         11:16
3      Q  And at the very bottom of PDF page 30,        11:16
4 there's a number of IPRs listed there.  And then it   11:17
5 says:                                                 11:17
6      "SK hynix v. Netlist, testifying for            11:17
7 SK hynix."                                            11:17
8      Do you see that?                                 11:17
9      A  I don't see it yet.  It's reloading.  It will  11:17
10 come up shortly.  It's still loading.                 11:17
11     Q  And since we'll be coming back to your        11:18
12 declaration throughout the day, it might just be more  11:18
13 efficient to download it just so you have a local copy  11:18
14 that you can come back to.                            11:18
15     A  Okay.  And what do -- you want me to download  11:18
16 this one?  I don't see a click -- a way to click on it  11:18
17 to download it.                                       11:18
18     Q  It should be in the top right corner.         11:18
19     THE VIDEOGRAPHER:  Counsel, if he's using the   11:18
20 guest version, he can't download.                     11:18
21     MR. TEZYAN:  Okay.                                11:18
22     THE WITNESS:  Oh, the upper-right corner?        11:18
23 There is a -- let's see what I have.                  11:18
24     Ah, I got it.  Okay.  So I clicked on it, but    11:18
25 it just brought it up.  Okay.  I -- I have not        11:18
                                                    Page 41

11 (Pages 38 - 41)

1  downloaded, but I see it now.                11:18
2       MR. TEZYAN:  Okay.                      11:18
3    Q  And you're at the bottom of PDF page 30; is  11:18
4  that right?                                  11:18
5    A  I'll have to get there.                 11:18
6       I'm on page 30.  My page 30 is my -- is my  11:19
7  CV.                                          11:19
8    Q  Right.                                  11:19
9       And at the bottom, it -- it says:       11:19
10      "Consultantships."                      11:19
11      And it lists a number of cases that you've  11:19
12  worked on in the past; is that right?        11:19
13   A  That's correct.  That's correct.        11:19
14   Q  And it lists that you were an expert    11:19
15  consultant working on a number of IPRs for the Sidley  11:19
16  Austin firm; is that right?                  11:19
17   A  That's correct.                         11:19
18   Q  And sort of near the bottom, you see it says:  11:19
19      "SK hynix v. Netlist, testifying for    11:19
20  SK hynix."                                   11:19
21      And before that, there are six IPR numbers  11:19
22  listed?                                      11:19
23   A  Yes.  All right.                        11:19
24      There was an interesting thing that happened  11:19
25  in that case.  The ownership -- as I recall, the  11:19

Page 42

1  patents got changed.  Initially, it was a tribe, or at  11:19
2  some point it was a tribe.  So I -- I -- this is what  11:19
3  I was thinking about.  The patents were -- were  11:20
4  Netlist type of patents.                     11:20
5       But you see -- oh, down on beginning of  11:20
6  page 3, it says:                             11:20
7       "Microsoft v. St. Regis Tribe."        11:20
8       That was also involved somewhere along the  11:20
9  line.                                        11:20
10      So I was testifying for SK hynix at the IPR  11:20
11  as a petitioner, and the patent owner was Netlist.  11:20
12  That's correct.                             11:20
13   Q  Okay.  So just to re-ask my question for  11:20
14  clarity of the record, you've been adverse to Netlist  11:20
15  on several occasions in the past; correct?   11:20
16   A  Let's just say that I've been adverse to  11:20
17  Netlist on occasions according to my consultantships.  11:20
18  I can't -- I don't want to use the word "several" or  11:20
19  "few" or "any."  Just -- the facts are in the  11:20
20  curriculum vitae.                            11:21
21   Q  Okay.  And one of the proceedings listed in  11:21
22  your CV is "IPR 2018-00363"; correct?        11:21
23   A  Yes.                                    11:21
24      MR. TEZYAN:  Okay.  Go ahead and refresh your  11:21
25  Exhibit Share for me.  I've marked Exhibit 7.  11:21

Page 43

1       (Document remotely marked Exhibit 7    11:21
2       for identification.)                    11:21
3    THE WITNESS:  Okay.  Oh.                   11:21
4       MR. TEZYAN:  Q.  Let me know when you have  11:21
5  it.                                          11:22
6    A  It's coming.  It's one of these things that  11:22
7  take a while.  It just produced that error message or  11:22
8  the wording message that the file preview may take a  11:22
9  while.                                       11:22
10   Q  While that's loading, sir, I believe you  11:23
11  testified earlier that in preparation for this  11:23
12  deposition, you had reviewed the parties' briefs  11:23
13  submitted in this case; is that correct?     11:23
14   A  That's correct.  That's the reply brief that  11:23
15  says you can -- just a moment.  It says the file  11:23
16  preview generation is still in progress.  You can stay  11:24
17  on this page and keep retrying, or exit preview and  11:24
18  return at a later time.  It gives me a button called  11:24
19  reload.                                      11:24
20      Shall -- what shall I do?               11:24
21      MR. TEZYAN:  Can the tech please advise?  11:24
22      THE WITNESS:  I'm sorry.  Say again, please.  11:24
23      THE VIDEOGRAPHER:  Yeah, I mean, this is kind  11:24
24  of what I was talking about.  His computer is just  11:24
25  slow.  So, I mean, if you want to screen share certain  11:24

Page 44

1  documents that are larger, it might just be faster to  11:24
2  do that.                                     11:24
3       THE WITNESS:  To -- to download?        11:24
4       MR. TEZYAN:  All right.                 11:24
5  I'll go ahead and screen share this one.     11:24
6       Well, you know what?  Let's go off the record  11:24
7  for a second.                                11:24
8       THE WITNESS:  Okay.                     11:24
9       MR. RUECKHEIM:  That's fine.            11:24
10      THE VIDEOGRAPHER:  We are going off the  11:24
11  record.  The time is 11:24 a.m.              11:24
12      And this is the end of Media Unit No. 3.  11:24
13      (Recess taken.)                         11:25
14      THE VIDEOGRAPHER:  We are going back on the  11:29
15  record.  The time is 11:29 a.m.              11:29
16      And this is the start of Media Unit No. 4.  11:29
17      MR. TEZYAN:  Q.  So do you recognize     11:29
18  Exhibit 7, Dr. Stone?                        11:29
19   A  I do.                                   11:29
20   Q  And Exhibit 7 is a declaration you submitted  11:29
21  in IPR2018-00363; is that correct?           11:29
22   A  That is correct.                        11:30
23   Q  And I think before the break, I had asked you  11:30
24  if you had reviewed the parties' briefs in this case  11:30
25  in preparation for your deposition.          11:30

Page 45

12 (Pages 42 - 45)

1     But just to be more specific, have you    11:30
2  reviewed Micron's responsive brief as well?    11:30
3     A  I have reviewed Micron's responsive brief,    11:30
4  yes.    11:30
5     Q  Okay.  So you understand that one of the    11:30
6  issues in this case is whether the '339 patent is    11:30
7  directed to what's called a "fork in the road"; right?    11:30
8     A  That's correct.    11:30
9     MR. RUECKHEIM:  Objection to form.    11:30
10     MR. TEZYAN:  Q.  And that's an issue you've    11:30
11  encountered before; right?    11:30
12     A  That's correct.    11:30
13     Q  Okay.  And if we can jump to paragraph 63 of    11:30
14  this declaration, sir.  Let me know when you're there.    11:30
15     A  I have -- I've got the wrong one.    11:31
16     Q  It's on PDF page --    11:31
17     A  Exhibit 7.  I've got it.    11:31
18     Q  Okay.    11:31
19     A  Okay.  Now, we're going to paragraph what?    11:31
20     Q  Paragraph 63.  It's on PDF page 30.    11:31
21     A  I've got -- let's see.  I have paragraph 63.    11:31
22     Q  Okay.  And here, it says the word -- the    11:31
23  phrase "fork in the road" is used:    11:31
24     "As a non-technical shorthand to refer to    11:31
25  this switching action by data transmission circuit 416    11:31

Page 46

1  between data path A and data path B."    11:31
2     Do you see that?    11:31
3     And it's referring to data path A and data    11:31
4  path B in Figure 5 that's on the next page.    11:31
5     A  Okay.  I understand that in prior litigation    11:31
6  between the parties involving the '185 patent, which    11:31
7  is the patent involving the '907 patent, they used the phrase    11:32
8  "fork in the road."  Okay.  I see that.    11:32
9     Q  And do you see Figure 5 below on the next    11:32
10  page?    11:32
11     A  Yes, I see Figure 5.    11:32
12     Q  And do you see the blue arrow going through    11:32
13  what is data path A that connects to terminal Y1?    11:32
14     A  I do.    11:32
15     Q  And then the data path extending from    11:32
16  terminal Y1 to "Memory Ranks A, C"?    11:32
17     MR. RUECKHEIM:  Object to the form; beyond    11:32
18  the scope.    11:32
19     THE WITNESS:  No.  There are two parts of a    11:32
20  figure here.  You have to help me.    11:32
21     Repeat your question again, please.    11:32
22     MR. TEZYAN:  Q.  Oh, I'm just asking if you    11:32
23  see that the data path extends from terminal Y1 to    11:32
24  Memory Ranks A and C?    11:33
25     A  And you're referring to the upper figure or    11:33

Page 47

1  to the lower figure?    11:33
2     Q  Oh, to the upper figure, sir.    11:33
3     A  I see that.    11:33
4     Q  Okay.  And then you have sort of in    11:33
5  light-shaded blue a data path that goes below A and    11:33
6  that's labeled "B"; right?    11:33
7     A  I see the path.  What did you say the label    11:33
8  was?    11:33
9     Q  Oh, it's labeled "B."    11:33
10     A  I see the B.  It's okay.    11:33
11     Q  Okay.    11:33
12     A  I see.    11:33
13     Q  So we have data path A and data path B;    11:33
14  right?    11:33
15     Just trying to set the table.  We -- we both    11:33
16  have a common understanding of this figure.  We have    11:33
17  data path A and data path B; right?    11:33
18     MR. RUECKHEIM:  Object to the form; beyond    11:33
19  the scope.    11:33
20     THE WITNESS:  I -- I have to see the context.    11:33
21  I'm -- I'm struggling, because A and B are connected.    11:34
22  Usually when you have a separate data path, there is    11:34
23  an intermediate component.    11:34
24     MR. TEZYAN:  Okay.    11:34
25     Q  But you see that there is this triangle    11:34

Page 48

1  labeled 504; right?    11:34
2     A  I do.    11:34
3     Q  And triangle 504 is a tristate buffer; right?    11:34
4     MR. RUECKHEIM:  Object to the form; beyond    11:34
5  the scope.    11:34
6     THE WITNESS:  Yeah, 504 is a tristate buffer.    11:34
7     MR. TEZYAN:  Okay.    11:34
8     Q  And 506 is a tristate buffer as well; right?    11:34
9     A  I believe that's the case.    11:34
10     Q  Okay.  And the tristate buffer in data    11:34
11  path B, that's tristate buffer 506, has an X through    11:34
12  it; right?    11:34
13     A  This is not completely clear to me, because    11:34
14  there are three things that you were referring to by    11:35
15  saying "X."  There is an input to X, there is X, and    11:35
16  the output.  And I'm -- your question is not clear to    11:35
17  me as to what is what.    11:35
18     Q  Okay.  Well, why don't we jump to    11:35
19  paragraph 64, and that's on PDF page 32.    11:35
20     A  Okay.    11:35
21     Q  And it says:    11:35
22     "When the control logic circuitry 502    11:35
23  receives" -- "an 'enable A' signal, a first tristate    11:35
24  buffer 504 in path A" -- "is enabled and actively    11:35
25  drives the data value on its output, while a second    11:35

Page 49

13 (Pages 46 - 49)

1  tristate buffer 506 in path B is disabled with its     11:35
2  output in a high impedance condition."                11:35
3      Did I read that correctly?                        11:36
4  A  I believe you have.  I'm -- I'm reading it         11:36
5  again just to make sure I got all the words.          11:36
6  Q  Yeah, take your time.                              11:36
7  A  I understand.  Okay.  You -- I believe you         11:36
8  read it correctly, but let's go ahead.                11:36
9  Q  Okay.  And returning to that annotated             11:36
10 version of Figure 5 that appears on PDF page 31 of     11:36
11 your declaration.                                      11:36
12 A  Okay.                                               11:36
13 Q  The -- sorry.  Withdraw.                            11:36
14     So data paths A and B are two prongs of the       11:36
15 fork in the road; right?                               11:37
16     MR. RUECKHEIM:  Object to the form, and           11:37
17 beyond the scope.                                      11:37
18     And Counsel, Dr. Stone has not opined on the      11:37
19 '339 patent that involves the fork in the road.  Can  11:37
20 you confirm your questions have nothing to do with his 11:37
21 claim construction declaration for the record?        11:37
22     MR. TEZYAN:  Counsel, I'm going to read to        11:37
23 you Local Rule CV 30, and that says:                  11:37
24     "Objections to questions during the oral          11:37
25 deposition are limited to objection; leading and      11:37

Page 50

1  objection; form."                                     11:37
2      Going forward, I'd appreciate it if you           11:37
3  complied with that rule.                              11:37
4      MR. RUECKHEIM:  Understood.                       11:37
5      Dr. Stone, you can answer this question.          11:37
6  Then we'll take a break, and we can talk offline.     11:37
7      THE WITNESS:  Did you say I can answer the        11:37
8  question, and then --                                 11:37
9      MR. RUECKHEIM:  If you can.                        11:37
10     THE WITNESS:  Okay.  Would you ask the            11:37
11 question again?                                        11:37
12     MR. TEZYAN:  Sure.                                 11:37
13 Q  The question was:  Data path A and B are two       11:37
14 prongs of the fork in the road; right?                11:38
15     And if you need to remind yourself, you can       11:38
16 go ahead and review paragraph 63 of your declaration. 11:38
17 A  Did your question end at that point?               11:38
18     I'm sorry.  You're -- you're asking me that A     11:38
19 and B are two -- two prongs of the fork; is that      11:38
20 correct?                                               11:38
21 Q  Yes, sir.                                           11:38
22 A  Okay.  My reading of my declaration is            11:38
23 informed by the end of paragraph 64.  And I'm looking 11:38
24 at the fifth line, a sentence that begins "similarly": 11:38
25     "Similarly, if an 'enable B' signal is           11:39

Page 51

1  received, the first tristate 504 opens path A and the 11:39
2  second tristate 506 closes path B" -- "thus directing 11:39
3  the data to a second terminal Y2."                    11:39
4      Okay.  Let's just stop there, and I'll go        11:39
5  back to the figure.  And we're going to the figure.   11:39
6      So according to that reading, the second path    11:39
7  on that fork comprises the part that is the input to  11:39
8  the tristate driver that has an X on it, and continues 11:39
9  through Y2, and then onto the Memory Ranks 452.       11:39
10 That's the path.  And the 506 interrupts the path.    11:40
11     Now, your question -- if you can repeat your      11:40
12 question, I can try again to answer it.               11:40
13 Q  Sure.                                              11:40
14     The question was just:  Are A and B the two      11:40
15 prongs in the fork in the road that the parties       11:40
16 previously have used as a shorthand for that switching 11:40
17 action between paths A and B?                          11:40
18     MR. RUECKHEIM:  Object to the form.              11:40
19     THE WITNESS:  I have difficulty, because B is    11:40
20 part of a path.  And when you say "prong," I don't -- 11:40
21 I am uncertain if you mean the whole path, which is   11:40
22 what the patent talks about, or just the little bit   11:40
23 that goes to the tristate driver with the X.          11:40
24     If you talk about prongs, I -- reading the       11:41
25 patent, I would believe you're talking about paths,   11:41

Page 52

1  but I don't know.  I can't -- can't -- I can't answer 11:41
2  your question.                                         11:41
3      MR. TEZYAN:  Sure.  Sure.                         11:41
4  Q  If you could answer the question assuming I       11:41
5  mean paths.                                            11:41
6      So are -- are A and B two different paths in     11:41
7  that fork?                                             11:41
8  A  A --                                               11:41
9      MR. RUECKHEIM:  Same objection.                  11:41
10     THE WITNESS:  -- A is the path that goes to      11:41
11 the memory and includes the part that goes to the     11:41
12 memory.  B is the path that goes to Memory Ranks B and 11:41
13 D and includes that part.  Those two are paths.       11:41
14     MR. TEZYAN:  Okay.                                11:41
15     MR. RUECKHEIM:  We can break.                    11:41
16     MR. TEZYAN:  No.                                  11:41
17     MR. RUECKHEIM:  We can go off the record         11:41
18 right now.                                             11:41
19     THE VIDEOGRAPHER:  We need both parties to --    11:41
20     MR. TEZYAN:  I'm going to jump to his actual      11:41
21 declaration now in this action.  So if we could just  11:41
22 go to that real quick.                                 11:41
23     MR. RUECKHEIM:  Understood.  Go ahead.           11:42
24     MR. TEZYAN:  Okay.                                11:42
25 Q  Dr. Stone, can you go back to Exhibit 1,          11:42

Page 53

14 (Pages 50 - 53)

1 please?                                                11:42
2   A  Okay.  I was -- go back to what?          11:42
3   Q  Exhibit No. 1, sir, your --               11:42
4   A  Exhibit No. 1.                            11:42
5   Q  -- declaration for this --                11:42
6   A  Okay.                                     11:42
7   Q  -- claim construction brief.              11:42
8   A  Got it.  Okay.                            11:42
9   Q  And can you go to paragraph 25, please.   11:42
10   A  Just a moment.  There's my declaration.   11:42
11      25 paragraph?                            11:42
12   Q  Yeah.  It's on PDF page 10.              11:42
13   A  I have it.                               11:42
14   Q  Okay.  So you say that a person of ordinary  11:42
15 skill in the art would have been familiar with  11:42
16 standardized DRAM, SDRAM memory devices, memory  11:43
17 modules, and how they interacted with the memory  11:43
18 controller and other parts of a computer system.  11:43
19      Do I have that right?                    11:43
20   A  You have that correct.                   11:43
21   Q  So what is load?                         11:43
22   A  Load has variable meanings, multiple     11:43
23 meanings, and you have to determine what load means  11:43
24 from the context in which you use it.         11:43
25   Q  Okay.  Fair enough.                      11:43
                                                Page 54

1      What would a person of ordinary skill in the  11:43
2 art understand the word "load" to mean in the context  11:43
3 of a memory module that's connected to a memory  11:43
4 controller of a computer system?              11:43
5   A  Just -- you just know it's a memory module  11:43
6 and that there is load.  There are multiple meanings.  11:43
7 The load could be capacitive load, and the load could  11:43
8 be also a current load.                       11:44
9   Q  Okay.  But the memory devices -- I'm sorry.  11:44
10 Let me withdraw.                              11:44
11      And I'll ask:  The memory controller will  11:44
12 experience some sort of load as the result of the  11:44
13 memory devices that are on the memory module; right?  11:44
14   A  That's correct.                          11:44
15   Q  For example, during a write operation, the  11:44
16 memory controller will see the load of all of the  11:44
17 memory devices that are on the memory module, right,  11:44
18 in the absence of some sort of buffer?        11:44
19   A  I -- I can't agree with that.  I mean, it  11:44
20 would -- you said all the memory devices that are on  11:44
21 the buffer -- I -- I -- repeat your question.  11:44
22   Q  Sure.                                    11:44
23      The question is:  During a write operation --  11:44
24 well, let me just withdraw.                   11:44
25      And I'll ask:  During a write operation, what  11:44
                                                Page 55

1 load will the memory controller experience?   11:45
2      MR. RUECKHEIM:  Object to the form.       11:45
3      THE WITNESS:  The -- I -- I can't answer that  11:45
4 without knowing the way the memory controller is wired  11:45
5 to the various receivers.  I -- I can't answer it  11:45
6 because I don't know anything about the structure of  11:45
7 the interconnect.                             11:45
8      MR. TEZYAN:  Okay.                        11:45
9   Q  But the memory controller during a write  11:45
10 operation will at least experience some load as a  11:45
11 result of -- or -- sorry.  Let me withdraw the  11:45
12 question.                                     11:45
13      The memory controller during a write      11:45
14 operation will experience at least some load due to  11:45
15 the memory devices; is that fair?            11:45
16   A  You know, it depends on the context.     11:45
17      And the issue is, if it's capacitive load  11:45
18 you're talking about, it may not matter about the  11:45
19 memory devices, per se.  It's the path that's taken by  11:45
20 the signal.                                   11:46
21      If it's current load that you're talking  11:46
22 about, then it does depend on the memory device that  11:46
23 receives the current.                         11:46
24      So I can't answer your question as asked.  11:46
25   Q  Okay.  So you say for capacitive load, it may  11:46
                                                Page 56

1 depend on the path that's taken by the signal.  11:46
2      What do you mean by that?                 11:46
3   A  The memory controller -- let's take one   11:46
4 driver.  Okay.  The driver is connected to the memory  11:46
5 through metal, usually on a chip itself.  There may be  11:46
6 other ways of making the connection.         11:46
7      All of those things that are connected to the  11:46
8 driver have capacitance with respect to ground or with  11:46
9 respect to the surroundings.                  11:46
10      What I mean by the driver has to drive that  11:46
11 capacitive load, I mean that if you start with the  11:47
12 conductor at 0 volts, and you're trying to raise it to  11:47
13 a higher voltage, you have to charge that inductor.  11:47
14 And it doesn't matter if the inductor is tied to the  11:47
15 memory cell end or if it's a stub or where it goes.  11:47
16 It starts at 0 volts.  You have to charge the entire  11:47
17 conductor.                                    11:47
18      That's what I mean.                      11:47
19   Q  Okay.  So let's assume we have a memory    11:47
20 module that has four memory devices on it.  Okay.  11:48
21      Then during a write operation, does the   11:48
22 memory controller see the load of all four of those  11:48
23 memory devices?                               11:48
24   A  It depends how you wire it, but the answer  11:48
25 could be yes.                                 11:48
                                                Page 57

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

Page 58

```
 1    Q  Why does it depend how you wire it?        11:48
 2    A  Well, okay.  Let's suppose that one of those  11:48
 3  four devices is active.  Okay.  And the other three  11:48
 4  devices are inactive.  Okay.                     11:48
 5      The inactive device has a load.  It may be   11:48
 6  infinite; it may be some small resistance.  Okay.  11:48
 7  Whatever it is, it's a load.                     11:48
 8      A transmission wave comes down, and it       11:48
 9  touches all four devices if they're connected, even  11:48
10  though only three are going to respond.  That     11:48
11  transmission wave will bounce back from all of those  11:49
12  devices, and then it will be reflected back again,  11:49
13  back and forth and back and forth and back and forth,  11:49
14  until it dies out.                               11:49
15      What will happen is that the device that you  11:49
16  want to send the wave will see noise in the terms of  11:49
17  the reflections.                                 11:49
18      Now, if you take those three devices off the  11:49
19  transmission line and don't have them connected at  11:49
20  all, if they're gone, the receiving device will see a  11:49
21  different signal.                                11:49
22      So the -- even though the devices aren't     11:49
23  going to respond, they load the transmission line.  11:49
24    Q  Understood.                                 11:49
25      So how would you take those three devices off  11:49
```

Page 59

```
 1  of the transmission line?                         11:49
 2    A  I was just giving an example.  Okay.  You    11:49
 3  might not wire them on a transmission line.  I was  11:49
 4  trying to tell you the effect of having these devices  11:50
 5  that aren't going to respond to the signal be part of  11:50
 6  the load.  I just gave you the example.            11:50
 7      I would like you to -- to bring up my         11:50
 8  curriculum vitae.  It's at the end of my -- my report.  11:50
 9  Go ahead.  My report is up now; isn't it?         11:50
10    Q  We can return to that in a moment, Dr. Stone.  11:50
11  I'm just trying to understand something here.     11:50
12      So in the absence of those reflections on the  11:50
13  signal line from the three inactive memory devices, is  11:50
14  the signal integrity of the signal to the active  11:50
15  memory device higher?                            11:50
16      MR. RUECKHEIM:  Object to the form.          11:50
17      THE WITNESS:  I -- I -- I'm sorry.  The -- I  11:50
18  didn't talk about integrity.  I don't know what you  11:50
19  mean by "integrity."                             11:50
20      I'm telling you that the reflections will    11:50
21  cause noise.  The noise will be different if you have  11:50
22  devices on the line that aren't responding.  Or if you  11:50
23  don't have the devices on the line at all, you will  11:51
24  see different noise.                             11:51
25      MR. TEZYAN:  Okay.                           11:51
```

Page 60

```
 1    Q  Well, say those signal reflections weren't  11:51
 2  there.  Would there be less noise?               11:51
 3    A  The -- you can't get around that.  They're  11:51
 4  going to -- this is physics.  There will be       11:51
 5  reflection.                                      11:51
 6    Q  I'm saying if -- if those inactive devices  11:51
 7  aren't -- aren't there.                          11:51
 8    A  You'll still see reflections, but not from  11:51
 9  them.                                            11:51
10    Q  Okay.                                       11:51
11    A  Can we go to my vitae?                      11:51
12    Q  What's that?                                11:51
13      We can return to that at a later time.       11:51
14  Sorry.  I'm --                                   11:51
15    A  Okay.                                       11:51
16    Q  -- on the particular line of questioning I'd  11:51
17  like to finish.  Okay.                           11:51
18      And in your declaration, paragraph 25, you   11:52
19  also note that a person of skill in the art would have  11:52
20  been familiar with industry standards such as JEDEC  11:52
21  and particular DRAM standards, I take it; is that  11:52
22  fair?                                            11:52
23    A  Let me see.                                 11:52
24      You quoted that -- either you quoted it      11:52
25  exactly or you got the intent of it.  It's fair.  11:52
```

Page 61

```
 1    Q  Okay.  And DRAM devices can be organized in  11:53
 2  what JEDEC calls ranks; right?                    11:53
 3    A  Q -- what does JEDEC call it?                11:53
 4    Q  Let me rephrase the question.               11:53
 5      Memory devices can be grouped in what are    11:53
 6  called ranks; right?                             11:53
 7    A  And specifically, DRAM devices can be grouped  11:53
 8  in ranks; is that fair?                          11:53
 9      MR. RUECKHEIM:  Object to the form.          11:53
10      THE WITNESS:  Yeah, the -- ranks do refer to  11:53
11  structures com- -- comprising DRAMs.             11:53
12      MR. TEZYAN:  Okay.                           11:53
13    Q  You're familiar with the term "rank"; right?  11:53
14    A  I am familiar with the term.                11:53
15    Q  Okay.  Have you ever heard the term "rank"  11:53
16  used to refer to NAND memory?                     11:53
17      MR. RUECKHEIM:  Object to the form.          11:53
18      THE WITNESS:  I built such a memory.  The    11:53
19  answer is yes.                                   11:54
20      MR. TEZYAN:  Q.  But did you specifically    11:54
21  refer to the NAND devices there as ranks of NAND  11:54
22  devices?                                         11:54
23    A  Let me give you a citation.  I don't have it  11:54
24  in front of me.  But the answer is, it would be in  11:54
25  that citation.  If we may pull up my vitae.  It's --  11:54
```

16 (Pages 58 - 61)

**Page 62**

1  it's actually in my declaration. I'll show you the  11:54
2  reference.  11:54
3    Q  Okay.  Let me know.  11:54
4    A  So okay.  Okay.  11:54
5      In my vitae on page 8, which is PDF file --  11:55
6  this is my declaration. It's 36 of the PDF file.  11:55
7    Q  Uh-huh.  11:55
8    A  Okay.  And particularly, I'm looking at  11:55
9  reference 4, a book I wrote called "Microcomputer  11:55
10  Interfacing." In that book, it shows the structure of  11:55
11  a memory system and has four ranks. I don't recall if  11:55
12  I called them ranks.  A structure is what people would  11:55
13  call a rank today.  11:56
14    Q  And why is that?  11:56
15    MR. RUECKHEIM:  Object to the form.  11:56
16    MR. TEZYAN:  Let me rephrase the question.  11:56
17    Q  Why would the structure of what you say is in  11:56
18  the "Microcomputer Interfacing" book be commonly --  11:56
19  I'm sorry. Let me just -- bad question.  11:56
20      Okay. What is the structure of a rank?  11:56
21    MR. RUECKHEIM:  Object to the form.  11:56
22    THE WITNESS:  Well, let me just say, I'll --  11:56
23  I'll describe what's there and how it relates to the  11:56
24  JEDEC standard.  11:56
25      There's 32 memory cells -- memory chips.  11:56

**Page 63**

1  They're arranged in four rows. Each row responds by  11:56
2  writing 8 bits or producing 8 bits on a read command.  11:56
3  Each row is separately enabled when they're active.  11:57
4      Now, if we bring up the JEDEC standard,  11:57
5  you'll see that the JEDEC DIMMS behave similarly.  11:57
6      And if you get to places where people  11:57
7  describe ranks, a person of ordinary -- ordinary skill  11:57
8  in the art would look at this -- at my -- my design  11:57
9  and say, "That's four ranks." And they look at JEDEC  11:57
10  and they say, "Yes, those are ranks," regardless of  11:57
11  whether the text says it's a rank or not, because that  11:57
12  is the view that a person of ordinary skill in the art  11:57
13  would have when you align four rows of eight chips  11:57
14  each, and you enable one row at a time. That's what a  11:57
15  person of ordinary skill would call a rank.  11:57
16    MR. TEZYAN:  Q.  So regardless of the type of  11:57
17  memory that's being used, as long as there are  11:57
18  multiple chips in a row, and you can enable one row at  11:58
19  a time, that's a rank?  11:58
20    MR. RUECKHEIM:  Object to the form.  11:58
21    THE WITNESS:  It's my testimony that a person  11:58
22  of ordinary skill would call that a rank in my book.  11:58
23    MR. TEZYAN:  Q.  Are you familiar with a  11:58
24  chip select signal is?  11:58
25    A  Can you repeat your question?  11:58

**Page 64**

1    Q  Sure.  11:58
2      Are you familiar with what a chip select  11:58
3  signal is?  11:58
4    A  I am.  11:58
5    Q  What is a chip select signal?  11:58
6    A  Again, this depends on the context, and the  11:58
7  context has varied in time.  11:58
8      Generally, a chip select signal is a signal  11:58
9  that enables a chip to react.  In various  11:58
10  implementations, a chip select signal would be sent on  11:59
11  a bus from a controller.  Subsequently, chip selects  11:59
12  might not be produced on a bus, and they might be  11:59
13  produced locally in other ways, and they may be given  11:59
14  other names.  11:59
15      But the whole idea of a chip select is when  11:59
16  it's present, it says, "I am selecting you." Some  11:59
17  devices may require two, both present. But basically,  11:59
18  the idea is, "I want you to act." And if it's not  11:59
19  active, it says, "I don't want you to act." That's  11:59
20  the idea.  11:59
21    Q  Are chip select signals unique to DRAM?  11:59
22    A  No.  11:59
23    Q  Chip select signals are used in other  11:59
24  applications as well?  11:59
25    A  I have chip selects in my book, and it's  12:00

**Page 65**

1  dated 1982.  12:00
2    Q  Do you recall when DRAM first came out?  12:00
3    A  I -- I -- I can't give you the exact year.  12:00
4      But in my book, I describe both SRAM, which  12:00
5  is static RAM, which requires constant -- constant  12:00
6  voltage to maintain the -- the state, and it also  12:01
7  describes DRAM, which requires refresh to maintain the  12:01
8  state.  And that was 1982. It describes the static  12:01
9  RAM has chip select and DRAM has chip select. So  12:01
10  sometime prior to 1982, you could get to DRAM. I  12:01
11  don't know when.  12:01
12    Q  Okay.  And you're familiar with the structure  12:01
13  of DRAM; right?  12:01
14    A  I don't believe there is a unique structure  12:01
15  of DRAM.  12:01
16    Q  Well, DRAM is comprised of memory cells;  12:01
17  right?  12:01
18    A  The -- I'm -- I'm sorry.  The original patent  12:02
19  on DRAM are -- I'm sorry.  The original patent on  12:02
20  the -- on the DRAM cells we use was done at IBM, and  12:02
21  it's called a one-cell memory. And if you're talking  12:02
22  about, is that DRAM, the answer is yes.  12:02
23      And it's a -- I'm sorry. It's a  12:02
24  one-transistor cell. And so there's no plural. And  12:02
25  you asked your question in the plural. That's what's  12:02

17 (Pages 62 - 65)

1  confusing to me.                              12:02
2    Q  Okay.  But a person of ordinary skill in the  12:02
3  art, when hearing the term "DRAM," would understand  12:02
4  that DRAM has memory cells; correct?          12:02
5      MR. RUECKHEIM:  Object to the form.      12:02
6      THE WITNESS:  The person -- I think I have to  12:02
7  go to the context on this.                    12:02
8      Again, you used plural, and I -- it's -- is  12:03
9  that correct?  You said "memory cells"?       12:03
10     MR. TEZYAN:  Yes.                         12:03
11   Q  The question was, would a person of     12:03
12  ordinary --                                   12:03
13   A  Yeah, that -- that's what bothers me.  So I  12:03
14  don't know.                                   12:03
15   Q  Okay.  Aside from that implementation at IBM  12:03
16  that you just discussed, are you aware of any other  12:03
17  DRAM that's composed of just one memory cell?  12:03
18   A  Well, yes, I am, because FPGAs can be    12:03
19  configured into one memory cell on an FPA -- FPGA, for  12:03
20  example.  So it wouldn't be in the plural.    12:03
21     So no, I -- I still have difficulty with your  12:03
22  question.                                     12:03
23   Q  Okay.  So DRAM that would go inside a memory  12:03
24  product is composed of DRAM cells; right?     12:04
25     MR. RUECKHEIM:  Object to the form.      12:04
                                              Page 66

1      THE WITNESS:  I would say the way you're  12:04
2  offering that is if every instance is composed of  12:04
3  memory cells.                                 12:04
4      And I would say that it is the case that DRAM  12:04
5  that goes into products in some cases, and maybe in  12:04
6  many cases, has memory cells.  I am not testifying  12:04
7  that in every case, a DRAM that goes into a memory  12:04
8  product has memory cells.                     12:04
9      MR. TEZYAN:  Q.  What would the memory be  12:04
10  composed of in a DRAM product otherwise?      12:04
11     MR. RUECKHEIM:  Object to the form.      12:04
12     THE WITNESS:  Flip-flops.  They not --   12:04
13  they're not necessarily called memory cells; they're  12:05
14  flip-flops.                                   12:05
15     MR. TEZYAN:  Okay.                       12:05
16   Q  So is it your testimony today that a DRAM die  12:05
17  that goes into a memory product has no DRAM cells in  12:05
18  it?                                           12:05
19   A  I didn't testify to that.               12:05
20   Q  Well, it sounds like you're saying that there  12:05
21  can be DRAM that goes into DRAM products that is not  12:05
22  composed of memory cells -- DRAM memory cells.  12:05
23     MR. RUECKHEIM:  Object to the form.      12:05
24     THE WITNESS:  I think you asked me that in  12:05
25  every case, is a DRAM product that goes into a -- I'm  12:05
                                              Page 67

1  sorry -- that a DRAM that goes into a product composed  12:05
2  of memory cells?                              12:06
3      And I said there are -- there are situations  12:06
4  and possibly not.  And then I gave an example which  12:06
5  are the registers, which you don't call memory cells.  12:06
6      And -- okay.  I can conceive of an FPGA going  12:06
7  into a product, and that FPGA has registers in it,  12:06
8  flip-flops, if you'd like, and they -- they do  12:06
9  something.  And you might not call them memory cells  12:06
10  because they're not -- they're not compatible with  12:06
11  JEDEC.  All right.  So I -- that's -- that's a  12:06
12  possible way to interpret your question.      12:06
13     And my answer would be yes, these things  12:06
14  would not be DRAM -- necessarily DRAM memory.  12:06
15     MR. TEZYAN:  Okay.                       12:06
16   Q  Let's go back to paragraph 25 of your   12:06
17  declaration where you discuss -- or where you note  12:06
18  that a person of ordinary skill in the art would have  12:07
19  been familiar with standardized DRAM memory devices;  12:07
20  fair?                                         12:07
21     That's what it says there?              12:07
22   A  Yes.                                    12:07
23   Q  Okay.  And those DRAM memory devices would  12:07
24  have DRAM memory cells; right?                12:07
25     MR. RUECKHEIM:  Object to the form.      12:07
                                              Page 68

1      THE WITNESS:  Okay.  The answer is, if you --  12:07
2  if you're insisting that every instance would have  12:07
3  memory cells, I don't know.                   12:07
4      If you're insisting that in -- in many cases  12:07
5  or in some instances or whatever, those DRAM devices  12:07
6  would have memory cells, my answer is yes.    12:07
7      I'm just not able to say in every possible  12:07
8  case.                                         12:08
9      MR. TEZYAN:  Q.  Would a person of ordinary  12:08
10  skill in the art at the time of these patents have  12:08
11  been aware of JEDEC standardized memory devices that  12:08
12  were 64 bits wide?                            12:08
13   A  I'd have to check on the dates of the JEDEC  12:08
14  standards.  I'm not exactly sure when the 64-bit-wide  12:08
15  JEDEC module was introduced.  I believe that the DDR2  12:08
16  predates the priority of the '918 patent.  So I'd have  12:08
17  to look at the DDR2 and see what width it has.  12:09
18   Q  Let me clarify my question a little bit.  I  12:09
19  meant 64-bit memory devices; so not the memory module  12:09
20  itself, but the SDRAMs that are on the module.  12:09
21     Would a person of ordinary skill in the art  12:09
22  been aware of such memory devices?            12:09
23   A  I don't know when they were introduced.  I  12:09
24  didn't prepare for that.                      12:09
25   Q  But you're referring to the memory module,  12:09
                                              Page 69

18 (Pages 66 - 69)

**Page 70**

1  right, not the individual SDRAMs, the chips?    12:09
2      A  My answer was for the memory module. I    12:09
3  didn't mention any JEDEC DDR2 standard.    12:09
4      Q  Right.    12:09
5      And my question is:  Are you aware of any    12:09
6  SDRAM chips that are 64 bits wide?    12:09
7      A  I -- I don't know when they were first    12:09
8  introduced.  I can't -- I can't testify on that.    12:09
9      MR. TEZYAN:  Okay.  It's 12:10.  Why don't we    12:10
10  take a break for lunch, since it's around lunchtime on    12:10
11  the West Coast.    12:10
12      THE VIDEOGRAPHER:  All right.    12:10
13      MR. TEZYAN:  Go off the record.    12:10
14      THE VIDEOGRAPHER:  We'll go off the record.    12:10
15  The time is 12:10 p.m.    12:10
16      And it's the end of Media No. 4.    12:10
17      (Lunch break taken at 12:10 p.m.)    12:10
18      ---oOo---
19
20
21
22
23
24
25

**Page 71**

1      A F T E R N O O N   S E S S I O N
2  June 26, 2023                    1:00 P.M.
3      ---oOo---
4
5      THE VIDEOGRAPHER:  We're going back on the    13:02
6  record.  The time is 1:02 p.m.    13:02
7      And this is the start of Media Unit No. 5.    13:02
8      MR. TEZYAN:  Welcome back, Dr. Stone.    13:02
9      Q  Did you have any communications with counsel    13:02
10  on the break?    13:02
11      A  I did not.    13:02
12      Q  Before the break, you had mentioned one of    13:02
13  your books.  I believe it's the micro interfacing --    13:02
14  I'm sorry.  I butchered the title of that book.  But    13:02
15  I've uploaded it as Exhibit 8.    13:02
16      (Document remotely marked Exhibit 8    13:02
17      for identification.)    13:02
18      MR. TEZYAN:  Q.  Can you please update your    13:02
19  Exhibit Share?    13:02
20      A  Sure.  I have downloaded it already.    13:02
21      Q  Fantastic.    13:02
22      What is Exhibit 8?    13:02
23      A  I'm sorry.  Repeat your question, please.    13:02
24      Q  What is Exhibit 8?    13:02
25      A  Exhibit 8 is "Microcomputer Interfacing."    13:02

**Page 72**

1  That's an electronic version of a book I wrote that    13:03
2  has the publication date of 1982.    13:03
3      Q  And this was the book that you had referenced    13:03
4  earlier when I asked you for an example of using the    13:03
5  term "rank" with reference to NAND memory; is that    13:03
6  right?    13:03
7      A  That's correct.    13:03
8      Q  Can you show me where in this book that    13:03
9  example is?    13:03
10      A  I can show you.  And I will tell you in    13:03
11  advance that it uses the word "bank" instead of    13:03
12  "rank," but let me find it for you.    13:03
13      The figure that I have in mind appears on    13:03
14  page 146 of the PDF file.    13:03
15      Q  Okay.  And that's Figure 4-5; correct?    13:04
16      A  That's correct.    13:04
17      Now, the use of the term "bank" -- let's see.    13:04
18  I'll take a moment.    13:04
19      Q  Take your time.    13:04
20      A  Look on page 145 of the PDF file, and the    13:04
21  first line is part of a sentence.  In the middle of    13:05
22  the sentence, it says:    13:05
23      "Control signals are passed parallel to a    13:05
24  bank of eight chips."    13:05
25      And that's just before Figure 4.4.    13:05

**Page 73**

1      Q  Okay.  But a person of ordinary skill in the    13:05
2  art in, let's say, 2006 would have understood the    13:05
3  terms "bank" and "rank" to be referring to different    13:05
4  things; right?    13:05
5      MR. RUECKHEIM:  Object to the form; beyond    13:05
6  the scope.    13:05
7      THE WITNESS:  I believe that the difference    13:05
8  between "bank" and "rank" would vary with the -- would    13:05
9  vary with the person of ordinary skill.  I believe    13:06
10  that Figure 4.5 that I call banks would be viewed as    13:06
11  ranks as well by a person of ordinary skill in the    13:06
12  art.    13:06
13      MR. TEZYAN:  Q.  And why is that, sir?    13:06
14      A  Well --    13:06
15      MR. RUECKHEIM:  Same objections.    13:06
16      THE WITNESS:  -- the bus that connects the    13:06
17  data -- I'm sorry.    13:06
18      The chip select that goes out to the eight    13:06
19  chips, you use a different chip select for each of the    13:06
20  eight -- this is -- I'm sorry.  16 columns.  It's    13:06
21  16 columns by eight rows.  So we have 16 chip selects.    13:06
22      And the person of ordinary skill would say,    13:07
23  "Well, I'm either going to select bank 0 or bank 15."    13:07
24  And that person of ordinary skill could say, "Well,    13:07
25  these are ranks, rank 0 to rank 15."    13:07

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    That's because there was no firm definition    13:07
2    of what a bank and a rank was in those days.    13:07
3       MR. TEZYAN:  Okay.    13:07
4    Q  But at some point, the use of the word "rank"    13:07
5    became standard to differentiate it from a "bank";    13:07
6    right?    13:07
7       MR. RUECKHEIM:  Same objections.    13:07
8       THE WITNESS:  I don't know if it became    13:07
9    standard.  I know that rank is used today, and I know    13:07
10    there was a time when rank and bank were both used.    13:07
11    And at the time I wrote this, bank was.    13:07
12       But look at the structure.  Okay.  So the    13:07
13    structure is telling.    13:08
14       MR. TEZYAN:  Q.  Were you done with your    13:08
15    answer?    13:08
16    A  I'm done with my answer.    13:08
17       Is that what you're asking?    13:08
18    Q  Yeah.    13:08
19       Okay.  So let me clarify something you said a    13:08
20    little bit earlier.  You testified that chip selects    13:08
21    might not be produced on a bus, and they might be    13:08
22    produced locally in other ways.    13:08
23       Do you recall that testimony?    13:08
24    A  I do.    13:08
25       MR. RUECKHEIM:  Object to the form.    13:08
                                                   Page 74

1       MR. TEZYAN:  Okay.    13:08
2    Q  What did you mean by that?    13:08
3    A  Well, in this example, the chip select is    13:08
4    produced locally.  It's --    13:08
5    Q  What does -- sorry.    13:08
6    A  I'm sorry?    13:08
7    Q  I was going to ask:  What do you mean by it    13:08
8    might be "produced locally"?    13:08
9    A  Do you see that 4-by-16 decoder?    13:09
10    Q  Yes.    13:09
11    A  4 bits from -- I'm sorry -- 4 bits from the    13:09
12    address go to the decoder, and they're used in this    13:09
13    case, in this example, to create chip selects.  4 bits    13:09
14    give you 16 possibilities, and that's how we select    13:09
15    them.  In that case, I would say this chip select is    13:09
16    produced on the board.  It's produced locally.    13:09
17       If you want to say -- give an example of    13:09
18    something where it's not produced locally, the chip    13:09
19    select could be produced on the memory bus by a    13:09
20    controller.  And the controller may be two, three --    13:09
21    I'm sorry -- two or four chip selects, for example.    13:09
22    And the controller can select a bank or a rank by    13:09
23    enabling one of the four or one of the two chip    13:09
24    selects.  In that case, the controller would produce    13:09
25    the chip select.  And I would say it's not produced on    13:09
                                                   Page 75

1    the board, so it would not be produced locally.    13:09
2    Q  Understood.    13:10
3       So when you say that the chip select might be    13:10
4    produced locally, in other words, what you're saying    13:10
5    is it might be produced on the memory module; right?    13:10
6    A  In this example, yes.    13:10
7    Q  Okay.  Is another example of that when the    13:10
8    memory controller transmits packetized information to    13:10
9    the memory module that's then also decoded on the    13:10
10    memory module to produce chip select signals?    13:10
11       MR. RUECKHEIM:  Object to the form; beyond    13:10
12    the scope.    13:10
13       THE WITNESS:  Your hypothetical may have many    13:10
14    answers.  I would have to -- to ask you more about all    13:10
15    of the parameters in that.  So it's -- it's too    13:10
16    complicated for me to answer directly.  I -- I think    13:10
17    that's what my testimony is right now.    13:10
18       MR. TEZYAN:  Q.  In this example, you have multiple memory    13:10
19    devices for each rank; is that correct?    13:10
20       In other words, how many ranks are on this    13:11
21    memory device depicted here?    13:11
22    A  The chip select can select among 16 banks or    13:11
23    ranks.  So there's 16 banks or ranks.  Each bank or    13:11
24    rank comprises eight chips.  That's my answer.    13:11
                                                   Page 76

1    Q  Okay.  So the answer to my question is yes,    13:11
2    there are multiple devices for each of the ranks    13:12
3    depicted here; is that correct?    13:12
4    A  There are multiple devices on each of the    13:12
5    banks or ranks, yes.    13:12
6    Q  Okay.  So a person of ordinary skill in the    13:12
7    art would not refer to a single memory device as a    13:12
8    rank; fair?    13:12
9       MR. RUECKHEIM:  Object to the form, and    13:12
10    beyond the scope.    13:12
11       THE WITNESS:  The answer is no.  I don't    13:12
12    believe that's a fair answer.    13:12
13       MR. RUECKHEIM:  And Counsel, you're    13:12
14    getting -- straying well outside his report.  Do these    13:12
15    questions relate at all to the claim construction    13:12
16    declaration that the deposition is supposed to be    13:12
17    directed to?    13:12
18       MR. TEZYAN:  Q.  Dr. Stone, can you pull up    13:12
19    the '918 patent?    13:12
20    A  Would you repeat your question.    13:12
21    Q  I'm sorry.  Could you please pull up the    13:12
22    '918 patent.    13:12
23    A  Okay.  I'm pulling up Exhibit 4.    13:12
24       I have it.    13:13
25    Q  And could you go to Claim No. 12, please.  I    13:13
                                                   Page 77

20 (Pages 74 - 77)

1  believe that's on page 47.                    13:13
2    A  I have it.                               13:13
3    Q  Okay.  So Claim No. 12 is a dependent claim  13:13
4  from Claim 5; right?                          13:13
5    A  That's correct.                          13:13
6    Q  And it recites:                          13:13
7    "The plurality of components further         13:13
8  comprising:  a non-volatile memory.            13:13
9    Right?                                      13:13
10   A  That's correct.                          13:13
11   Q  And a controller that's:                 13:13
12   "Configured to receive the trigger signal,   13:13
13 wherein, in response to the trigger signal, the  13:13
14 controller performs a write operation to the   13:14
15 non-volatile memory."                         13:14
16   Right?                                      13:14
17   A  That's correct.                          13:14
18   Q  So the controller needs to be connected to  13:14
19 the non-volatile memory; fair?                13:14
20   MR. RUECKHEIM:  Object to the form.        13:14
21   THE WITNESS:  I'm not sure what you mean by  13:14
22 "connected."  The controller has to control the  13:14
23 non-volatile memory.                          13:14
24   MR. TEZYAN:  Right.                         13:14
25   Q  But here specifically, it says:          13:14

Page 78

1    "The controller performs a write operation to  13:14
2  the non-volatile memory."                     13:14
3    Right?                                      13:14
4    A  It -- the:                               13:14
5    "The controller performs a write operation to  13:14
6  the non-volatile memory."                     13:14
7    That's correct.                            13:14
8    Q  Okay.  So would a person of ordinary skill in  13:14
9  the art understand that the controller needs to be  13:14
10 connected to the non-volatile memory?         13:14
11   MR. RUECKHEIM:  Object to the form.        13:14
12   THE WITNESS:  Yeah, the -- your use of the  13:14
13 word "connected" can be interpreted many different  13:14
14 ways.  So I don't know how to answer the question  13:14
15 unless you tell me specifically what you mean by  13:14
16 "connected."                                  13:15
17   MR. TEZYAN:  Q.  What does the word        13:15
18 "connected to" mean to you?                   13:15
19   A  Well, it could be attached directly to, or it  13:15
20 may be that the controller goes -- sends an operation  13:15
21 request to an intermediate device, and that sends it  13:15
22 on to another intermediate device, and that goes to  13:15
23 the non-volatile memory.                      13:15
24   So I'm not sure what question I'm answering  13:15
25 if I say "yes" or "no."                       13:15

Page 79

1    Q  Would your answer change depending on those  13:15
2  definitions?                                  13:16
3    MR. RUECKHEIM:  Object to the form.        13:16
4    THE WITNESS:  If you had a situation in which  13:16
5  the controller is connected to the non-volatile memory  13:16
6  through intermediate devices, and you're using the  13:16
7  connected through intermediate devices as if it    13:16
8  meant -- as -- I'm sorry.                     13:16
9    If I'm answering, "No, because there's      13:16
10 intermediate devices," and you would say, "No, it's  13:16
11 really connected," then we are at odds.        13:16
12   And conversely, if it's directly connected, I  13:16
13 would -- I would say it's connected then one way or  13:16
14 the other.                                    13:16
15   But we -- we could come up with different    13:16
16 answers, "yes" and "no," depending on how we interpret  13:16
17 indirect connection.  That's the issue.        13:16
18   MR. TEZYAN:  Okay.                          13:16
19   Q  Is the controller not connected to the    13:16
20 non-volatile memory if there is an intermediary in  13:16
21 between?                                      13:16
22   MR. RUECKHEIM:  Object to the form.        13:16
23   THE WITNESS:  Again, you used the word      13:17
24 "connected."                                  13:17
25   MR. TEZYAN:  Yeah, and I'll just repeat the  13:17

Page 80

1  question.                                    13:17
2    Q  Is the controller not connected to the    13:17
3  non-volatile memory if there is an intermediary in  13:17
4  between?                                      13:17
5    MR. RUECKHEIM:  Same objection.            13:17
6    THE WITNESS:  You're -- I -- I need to know  13:17
7  what you mean when you say is connected or not     13:17
8  connected.  If there's intermediate devices between,  13:17
9  that's -- that says something.  Now, you tell me what  13:17
10 you mean by "connected."                      13:17
11   MR. TEZYAN:  Okay.                          13:17
12   Q  I think we can agree that if connected means  13:17
13 attached to, right, that the non-volatile memory --  13:17
14 I'm sorry.  Let me back up.                    13:17
15   Okay.  So you're saying "connected to" could  13:17
16 mean either attached directly or attached to an    13:17
17 intermediary; correct?                        13:17
18   A  At least those two, yes.                 13:17
19   Q  Okay.  So my question is -- is really:  In  13:17
20 the case where you're saying the controller and    13:17
21 non-volatile memory are indirectly connected, that's  13:18
22 not a connection?                             13:18
23   MR. RUECKHEIM:  Object to the form.        13:18
24   THE WITNESS:  No.                           13:18
25   The -- you're still using the word          13:18

Page 81

21 (Pages 78 - 81)

**Page 82**

```
 1   "connection," and I don't know how you mean.  And so I    13:18
 2   can't answer until you -- you need to define           13:18
 3   "connected," and then I can handle it.                 13:18
 4       MR. TEZYAN:  Okay.                                 13:18
 5   Q  Well, you provided me two definitions of            13:18
 6   "connection."  And I'm just asking you to apply the    13:18
 7   second one and answer whether, under those             13:18
 8   circumstances, you think that the non-volatile memory  13:18
 9   and the controller would need to be connected?         13:18
10       A  And --                                          13:18
11       MR. RUECKHEIM:  Object to the form.                13:18
12       THE WITNESS:  -- the second definition was         13:18
13   the controller -- "connection" can mean indirectly     13:18
14   with intermediate devices; is that correct?            13:18
15       MR. TEZYAN:  Yes.                                  13:19
16       THE WITNESS:  If the controller is attached        13:19
17   to the non-volatile memory through intermediate        13:19
18   devices, using your second definition of connection    13:19
19   that allows that connection to have intermediate       13:19
20   devices, then the controller is connected to           13:19
21   non-volatile memory with your definition.              13:19
22       MR. TEZYAN:  Okay.                                 13:19
23   Q  And if we define "connected to" to mean             13:19
24   "attached to," that would also be a connection; right? 13:19
25       MR. RUECKHEIM:  Object to the form.                13:19
```

**Page 83**

```
 1       THE WITNESS:  I want to ascertain that             13:19
 2   "attached to" means directly, without intervening --   13:19
 3   intervening devices.                                   13:19
 4       The fact is if there are inter- --                 13:19
 5   intervening devices, you should know about that.  And  13:19
 6   if there are not, you should also know about that.  So 13:19
 7   the --                                                 13:20
 8       MR. TEZYAN:  That's -- that's fair.                13:20
 9   Q  So assume there's no intermediary devices.          13:20
10   In that situation, is the controller and non-volatile  13:20
11   memory connected?                                      13:20
12       A  Using the first --                              13:20
13       MR. RUECKHEIM:  Objection.                         13:20
14       THE WITNESS:  -- definition -- is that the         13:20
15   definition you want me to use?                         13:20
16       MR. TEZYAN:  Yes.                                  13:20
17       THE WITNESS:  In that case, the controller is      13:20
18   connected to the non-volatile memory, because your     13:20
19   first definition of "connection" means that there are  13:20
20   no intermediate devices.                               13:20
21       MR. TEZYAN:  Okay.                                 13:20
22   Q  So under either definition of "connected to,"       13:20
23   is it fair that in order to perform a write operation  13:20
24   to non-volatile memory, the controller has to be       13:20
25   connected to non-volatile memory?                      13:20
```

**Page 84**

```
 1       MR. RUECKHEIM:  Object to the form.                13:20
 2       MR. TEZYAN:  Q.  Either through an                 13:20
 3   intermediary or directly?                              13:20
 4       A  Got it.                                         13:20
 5       So the controller needs to be connected            13:20
 6   directly or indirectly to the non-volatile memory in   13:20
 7   order to perform the write operation in the            13:21
 8   non-volatile memory.  That is my testimony.            13:21
 9       (Document remotely marked Exhibit 9               13:21
10        for identification.)                              13:21
11       MR. TEZYAN:  I've gone ahead and produced          13:21
12   Exhibit 9.                                             13:21
13   Q  Could you please refresh your Exhibit Share         13:21
14   and download Exhibit 9 when it comes up.               13:21
15       A  Okay.  I'm downloading it now.                  13:21
16       Okay.  I have it downloaded.  Now I'll bring       13:22
17   it up.                                                 13:22
18       I have it.                                         13:22
19   Q  What is Exhibit 9, Dr. Stone?                       13:22
20       A  This is the '060 patent.                        13:22
21   Q  Could you please go to Figure 1A.                   13:22
22       A  Okay.                                           13:22
23   Q  And if you need to rotate your screen, that's       13:22
24   fine.                                                  13:22
25       A  Okay.  I -- I just rotated it.  Go ahead.       13:22
```

**Page 85**

```
 1   Q  Okay.  So the rectangles that are annotated         13:23
 2   110, those are the array dies; correct?                13:23
 3       A  Yes, those are dies.                            13:23
 4   Q  And specifically, the array dies that the           13:23
 5   patent talks about; right?                             13:23
 6       A  They're -- they are the array dies.  That's     13:23
 7   correct.                                               13:23
 8   Q  Okay.  And the vertical line that's labeled         13:23
 9   120, that's the die interconnect; right?               13:23
10       A  That's the die interconnect.  That's correct.   13:23
11   Q  And 134 is a data driver; correct?                  13:23
12       A  That's correct.                                 13:23
13   Q  So does what's depicted in Figure 1A                13:23
14   correspond to a multi-drop configuration?              13:24
15       A  I can't tell.                                   13:24
16   Q  Are you familiar with the term                      13:24
17   "multi-drop" --                                        13:24
18       A  I am.                                           13:24
19   Q  -- like if you're referring to a multi-drop         13:24
20   TSV configuration?                                     13:24
21       A  Well, I -- there is not sufficient detail.      13:24
22   But I will tell you what would make it multi-drop if I 13:24
23   had the detail.                                        13:24
24   Q  Okay.                                               13:24
25       A  Okay.  144, those three lines attached from     13:24
```

1  the driver -- the driver level to three different    13:24
2  dies, I can't tell what's on those dies. If those    13:24
3  dies each had something to connect to, you could --    13:24
4  and let's say the first -- the shortest 144 connected    13:24
5  to it sometimes, and the second 144 connected to it    13:25
6  sometimes, and the third connected to it sometimes.    13:25
7  You might consider that multi-drop if all three 144    13:25
8  lines were connected.    13:25
9    Q  Fair enough.    13:25
10    But my question was specific to the -- the    13:25
11  data die interconnect. Right.    13:25
12    If -- if you want to refresh your memory, in    13:25
13  column 1, lines, I think, 39 through about 46, it    13:25
14  states that the -- let's see -- the driver 140 is for    13:25
15  command and address signals. And 144, those are chip    13:26
16  select lines; right?    13:26
17    A  That's correct. 144 are chip selects.    13:26
18  That's correct.    13:26
19    Q  Yeah.    13:26
20    And 142 are command and address signals;    13:26
21  right?    13:26
22    A  That's correct.    13:26
23    Q  Okay. So specifically for the data signals    13:26
24  on the die interconnect that's for data connected to    13:26
25  driver 134, is that in a multi-drop arrangement?    13:26

Page 86

1    A  I can't tell from the figure.    13:26
2    Q  Why not?    13:26
3    A  I don't know what is driving on the dies.    13:26
4    Q  Oh, what do you mean by that?    13:26
5    A  Well, let me get the figure up again. Just a    13:26
6  second.    13:26
7    So 134 comes out of a driver and goes up to    13:27
8  three different levels of the die; is that correct?    13:27
9    Q  Yes.    13:27
10    A  If nothing was connected at the first and    13:27
11  second level, but only the third level, it would not    13:27
12  be multi-drop. And I can't tell.    13:27
13    Q  What do you mean by nothing is connected? If    13:27
14  there is no driver or receiver pair on that die?    13:27
15    A  This VIA can be connected to a die or not    13:27
16  connected to a die. I mean, if the VIA is not    13:27
17  connected to the die, and there's nothing for it to    13:27
18  connect to, then if the first and second ones are not    13:27
19  connected to the die at all, and the third one is,    13:27
20  that's not multi-drop.    13:27
21    Q  Let's take a look at paragraph 29 of    13:28
22  your declaration, and that's on PDF page 12.    13:28
23    A  Just a moment. I'm going to pull it up from    13:28
24  what I downloaded just to make sure I've got exactly    13:28
25  the same thing that you have.    13:28

Page 87

1    My declaration is Exhibit 1.    13:28
2    Q  Correct.    13:28
3    A  I'm pulling up Exhibit 1.    13:28
4    And you want me to go to paragraph --    13:28
5    Q  Paragraph 29.    13:28
6    A  -- 29?    13:28
7    Q  Uh-huh.    13:28
8    A  I'm there.    13:28
9    Q  And you see this annotated version of    13:28
10  Figure 1B here; right?    13:28
11    A  I see, yes.    13:28
12    Q  And there is a green line that indicates the    13:29
13  data die interconnect 182; right?    13:29
14    A  I do.    13:29
15    Q  Okay. That die interconnect is in electrical    13:29
16  communication with each of these array dies; right?    13:29
17    MR. RUECKHEIM: Object to the form.    13:29
18    THE WITNESS: I'm looking where it says that    13:29
19  in my report. I -- I see. It -- it says:    13:29
20    "That ... [includes] a driver 184 that drives    13:29
21  data signals to each of the array dies 160."    13:29
22    Okay. I see that.    13:29
23    MR. TEZYAN: Q. And just so I'm clear, I    13:29
24  asked: That die interconnect is in electrical    13:29
25  communication with each of those array dies; right?    13:29

Page 88

1    A  And I -- you're -- you're using "electrical    13:30
2  communication" as the patent teaches?    13:30
3    Q  Yes.    13:30
4    And they're attached -- yes. I would say    13:30
5  yes, it's in electrical communication with each of    13:30
6  those array dies.    13:30
7    Q  Okay. So going back to my earlier questions    13:30
8  then, does this correspond to a multi-drop    13:30
9  configuration?    13:30
10    A  I -- I don't have sufficient information.    13:30
11    MR. TEZYAN: Let me pull up an example. One    13:30
12  moment.    13:30
13    (Document remotely marked Exhibit 10    13:31
14    for identification.)    13:31
15    MR. TEZYAN: Q. Please refresh your Exhibit    13:31
16  Share.    13:31
17    A  Okay.    13:31
18    Q  Let me know when you have the latest exhibit.    13:31
19    A  I'm just starting to load Exhibit 10, and    13:32
20  I'll be downloading it.    13:32
21    I have downloaded Exhibit 10.    13:32
22    Q  Okay. Exhibit 10 is an ISSCC paper entitled:    13:32
23    "A 1.2V 64Gb 341GB/s HBM2 Stacked DRAM with    13:32
24  Spiral Point-to-Point TSV Structure and Improved Bank    13:32
25  Group Data Control."    13:32

Page 89

23 (Pages 86 - 89)

1    Right?                    13:32
2    A  Yes, that's the title.            13:32
3    Q  Okay.  Feel free to look it over if you'd    13:32
4  like to.  But my questions are about Figure 12.3.1    13:32
5  that appears on page 2.  So let me know when you're    13:32
6  there.                        13:32
7    A  Okay.  I will have difficulty making        13:33
8  testimony on this because I've just seen it for the    13:33
9  first time.  I'll do my best.  But I may just say I    13:33
10  need time to read it, and read it carefully.        13:33
11    Let me take a look.                13:33
12    Q  That's fine.  Take as much time as you need.  13:33
13    A  Well, I'm ready to attempt an answer, but    13:34
14  I -- I believe that I really need a lot of time to    13:34
15  read this.  Go ahead and ask your question.        13:34
16    Q  That's fair.                13:34
17    My question is just very discrete here.  So    13:34
18  on page 2, Figure 12.3.1, you see a figure that    13:34
19  underneath says "Conventional Multi-Drop"; right?    13:34
20    A  Yes.                    13:34
21    Q  So when I'm using the word "multi-drop" in my  13:34
22  previous questions, I'm referring to this sort of an    13:35
23  arrangement.                    13:35
24    Is that making sense, where the TSVs --    13:35
25    A  I understand.  I understand.        13:35

Page 90

1    Q  -- where the TSVs that are connected to    13:35
2  channel 0 are connected to the drivers on each of the  13:35
3  die?                        13:35
4    A  Yes, I understand that.            13:35
5    Q  Okay.  So going back to Figure 1A of the    13:35
6  '060 patent, is it still the case that you can't tell  13:35
7  from the figure alone whether this depicts a    13:35
8  multi-drop configuration?                13:35
9    A  That's correct.                13:35
10    Q  Okay.  And why is that?            13:35
11    A  Figure -- that figure doesn't show whether    13:35
12  the VIA on any die is connected to a data port.  You    13:35
13  can be connected to the die but not to a data port, or  13:35
14  you could be connected to a die and you're connected    13:35
15  to a data port.  So I can't tell.            13:35
16    Q  Okay.  But if you're not connected to a data    13:36
17  port, there is no electrical communication to the die;  13:36
18  right?                    13:36
19    A  That's false.  That's false.        13:36
20    MR. RUECKHEIM:  Objection.            13:36
21    MR. TEZYAN:  Okay.                13:36
22    Q  Why is that?                13:36
23    A  I would like you to open my book, please.    13:36
24    Q  I'd -- I'd prefer if you just answer my    13:36
25  question.                    13:36

Page 91

1    A  There's an answer in my book.  I have a    13:36
2  diagram that explains why.            13:36
3    Q  Could you summarize your answer without --    13:36
4    A  No.  I want to see the diagram.        13:36
5    Q  I'd prefer if you'd just give me an answer    13:36
6  first, sir.                    13:36
7    A  I can't do that.  I need to show you the    13:36
8  diagram.                    13:36
9    Q  You can't provide me an answer without the    13:36
10  diagram?                    13:36
11    A  I can.                    13:36
12    MR. RUECKHEIM:  Objection to form.        13:36
13    THE WITNESS:  It will not be -- it will not    13:36
14  be informative.  I need the diagram.        13:37
15    MR. TEZYAN:  Okay.                13:37
16    Q  Where is -- which exhibit is this?    13:37
17    A  My book is now the Exhibit 8.  And --    13:37
18    Q  Okay.                    13:37
19    A  -- in my book, the book page number is 54.    13:37
20  I'll get you the PDF page number in a minute.  The    13:37
21  material of interest begins on PDF page 54.  It's    13:37
22  called:                    13:37
23    "Transmission-Line Techniques."        13:37
24    Q  I'm sorry.  That's internal page number?    13:37
25    A  On the PDF file, it's -- oh, I'm sorry.  I --    13:37

Page 92

1  it's 54 in my reader.  It may be 69 in your reader.    13:38
2    Q  Okay.  I'm there.                13:38
3    A  Okay.  It says:                13:38
4    "Transmission-Line Techniques."        13:38
5    This tells you how waves flow on        13:38
6  interconnections.                13:38
7    I'm going to now go down to a part that shows    13:38
8  what happens when you connect it to a stub on a die    13:38
9  interconnect.                    13:38
10    Whoops.  Where is it?            13:38
11    One picture -- oh, let's start on PDF    13:38
12  page 78.                    13:38
13    Do you see this?                13:38
14    Q  Figure 2.19?                13:38
15    A  2.19.                    13:39
16    Q  Okay.                    13:39
17    A  You see all that noise?  That noise is    13:39
18  present because of reflections on the transmission    13:39
19  line.  Okay.                    13:39
20    If you disconnect one of those drivers -- one  13:39
21  of those receivers, you'll get a different kind of    13:39
22  noise, but you'll see the noise.  That's because the    13:39
23  wave is an electrical communication with a stub, even  13:39
24  if there is no port array on it.            13:39
25    Now, let me go down a little further to show    13:39

Page 93

24 (Pages 90 - 93)

**Page 94**

1  you what's happening.  Look at Figure 2.20, page 79.  13:39
2  Okay.  On this page, a wave is sent from the left  13:39
3  where there -- you see the Z0, and it goes out to  13:39
4  where there's a junction.  At the junction, it's  13:39
5  reflected back, and part of the wave goes forward  13:39
6  straight; part of it goes to the left.  That's what  13:40
7  you're dealing with physics.  13:40
8      And that happens when you're connected to the  13:40
9  die, regardless of what happens on the die, whether  13:40
10  there is a port array connected to it or not.  13:40
11      So what happens is that the wave propagates  13:40
12  on the die along the stub or to the port array, and it  13:40
13  bounces back again.  So those waves are going back and  13:40
14  forth and back and forth, and that's what causes the  13:40
15  noise that you saw in the earlier figure.  13:40
16      Let me go back to 2.19.  Do you see that  13:40
17  noise there?  Each bump or change is a result of a  13:40
18  reflection, and the reflections come from the port  13:40
19  arrays, the data arrays on the ports.  They also come  13:40
20  from the stubs if they don't have a data port  13:40
21  connected, and they come from the points where there's  13:40
22  a branch.  13:41
23      So changing things by removing or adding  13:41
24  devices only changes the noise, unless you don't have  13:41
25  a multi -- unless there are no stubs or no drivers.  13:41

**Page 95**

1  Then you -- then you can get a predictable wave.  And  13:41
2  that has -- that even has reflections, but it looks  13:41
3  different.  13:41
4      So that's my testimony.  13:41
5  Q  Okay.  Let me see if I understand something.  13:41
6      Is it your testimony that the connection  13:41
7  between a TSV and a stub is electrical communication?  13:41
8  A  Yeah.  This demonstrates it, because the wave  13:41
9  travels on that.  13:41
10  Q  Okay.  What does the word "electrical  13:41
11  communication" mean to you?  13:41
12  A  Electrical connection.  That's -- I got that  13:41
13  from the patent.  I can show you where he says that.  13:41
14  Q  Okay.  Show me.  13:41
15  A  Okay.  The patent -- the -- is what exhibit?  13:41
16  Q  Exhibit 9, sir.  13:42
17  A  Okay.  I'll open the Exhibit 9.  13:42
18      So I have the '060 patent up.  I'll -- I will  13:42
19  find that reference that says that it connects --  13:42
20  makes the association between electrical communication  13:43
21  and electrical connection.  13:43
22      I would like you to look at column 17.  13:43
23  Q  Okay.  I'm there.  13:43
24  A  I'm looking at line 65.  Line 65 reads:  13:43
25      "Forming the electrical connections places  13:43

**Page 96**

1  the die interconnects in" -- "communication with the  13:43
2  respective drivers."  13:44
3      Okay.  Now, let's see.  There may be  13:44
4  additional I would like to look at.  Now, continuing  13:44
5  on from that point, it says:  13:44
6      "In some embodiments, forming the electrical  13:44
7  connections can comprise forming electrical  13:44
8  connections between the die interconnects and a data  13:44
9  conduit."  13:44
10      Okay.  13:44
11  Q  I'm sorry to interrupt, but can I ask a  13:44
12  clarifying question?  13:44
13  A  And see, that -- that -- well, actually,  13:44
14  that's not so relevant.  It's the previous sentence  13:44
15  that I read:  13:44
16      "Forming the electrical connections places  13:44
17  the die interconnects in electrical communication with  13:44
18  the respective drivers."  13:44
19      So what we've done is we -- if you connect a  13:44
20  die interconnect to a -- one of the levels in the  13:45
21  figure, you now are connecting to some conductor.  13:45
22  That conductor will carry a wave when you -- when you  13:45
23  drive it.  It has capacitance.  It has a load.  13:45
24      And whether or not that conductor is -- is  13:45
25  attached to a data port, you will see the wave go down  13:45

**Page 97**

1  that conductor.  At the end, it will bounce -- bounce  13:45
2  back, and you'll see that as noise.  Moreover, the  13:45
3  capacitance on the conductor will load the driver.  13:45
4      So in every way, forming the electrical  13:45
5  connection and placing this piece of a -- of a metal  13:45
6  on the -- on an array, it will form to an electrical  13:45
7  communication.  That's what you'll get.  Electrical  13:45
8  connection is electrical communication in this sense.  13:45
9  Q  Okay.  But can I ask a clarifying question?  13:46
10      So on line 65, column 17, it says:  13:46
11      "Forming the electrical connection places the  13:46
12  die interconnects in electrical communication with the  13:46
13  respective drivers."  13:46
14      Right?  13:46
15      That's talking about the drivers on the  13:46
16  control die; right?  13:46
17  A  That's correct.  13:46
18  Q  Okay.  So it's not talking about electrical  13:46
19  communication with the array dies; right?  13:46
20  A  No.  I disagree.  13:46
21  Q  Why?  13:46
22  A  You -- you will understand that the VIA is  13:46
23  now connected to the -- to the array die, because  13:46
24  there may be metal there.  There may be a metal -- a  13:46
25  metal pathway.  13:46

25 (Pages 94 - 97)

1    Q  I understand.                    13:46
2        But you're saying that this specific    13:46
3    disclosure that equates electrical connection with    13:46
4    electrical communication discusses array dies.    13:46
5        And I'm pointing out to you that it    13:46
6    specifically says drivers, and these are drivers in    13:46
7    the control die; right?                13:47
8    A  Yeah, but that's fine.  The driver is in    13:47
9    communication with whatever the -- the VIA is    13:47
10   connected to on that die.              13:47
11   Q  Does the passage mention electrical    13:47
12   communication with array dies?        13:47
13       MR. RUECKHEIM:  Object to the form.    13:47
14       THE WITNESS:  Does the -- it just -- it just    13:47
15   did.  That's what it says.            13:47
16       MR. TEZYAN:  Q.  Where does it say "array    13:47
17   die" in this paragraph, sir?          13:47
18   A  Just a moment.                   13:47
19       Okay.  There is a reference to this in    13:48
20   column 8 at line 57.                  13:48
21   Q  And I don't mean to cut you off, sir, but the    13:48
22   question was about paragraph -- the paragraph starting    13:48
23   on line 60 of column 17.              13:48
24       And the question was:  Where in that    13:48
25   paragraph that you claim provides support for your    13:48
                                          Page 98

1    opinion that the patentee equated electrical    13:48
2    connection with electrical communication does it talk    13:48
3    about electrical communication with the array dies    13:48
4    explicitly?                        13:48
5    A  All right.                      13:49
6        I have to add to my opinion the description    13:49
7    that further clarifies what that sentence means.  And    13:51
8    if you don't mind, I would like to now refer to --    13:51
9        MR. TEZYAN:  That -- okay.  So I'm going to    13:51
10   move to strike as nonresponsive.      13:51
11   Q  It's specifically the paragraph --    13:51
12   A  Here is --                      13:51
13   Q  -- in column 17 --                13:51
14   A  I will amend my response.          13:51
15   Q  I'm sorry.  What?                 13:51
16   A  Let me amend my response so that it's not    13:51
17   stricken from the record so I can get it right.    13:51
18   Q  Okay.  But can you answer the question first,    13:51
19   sir?                              13:51
20       The question was specifically --    13:51
21       MR. RUECKHEIM:  You cut off -- you cut off    13:51
22   his answer.  Can you allow the witness to answer the    13:51
23   question?                          13:51
24       MR. TEZYAN:  He's answering the question he    13:51
25   wants to answer, and I want him to answer my question.    13:51
                                          Page 99

1        MR. RUECKHEIM:  You didn't let him give but    13:51
2    three words.                       13:51
3        THE WITNESS:  Okay.               13:51
4        MR. TEZYAN:  Dr. Stone, if I may just    13:51
5    answer -- ask my question one more time.    13:51
6    Q  So the paragraph starting on line 60 of    13:51
7    column 17, okay, where in that paragraph that you    13:51
8    claim provides support for your opinion that    13:52
9    electrical connection and electrical communication are    13:52
10   the same does it talk about the array dies?    13:52
11   A  It refers to the process 500.  If we look    13:52
12   back at the process 500, we will understand that the    13:52
13   process 500 allows you to make a connection between    13:52
14   the die interconnect and the array die.    13:52
15   Q  Were you done with your answer?    13:52
16   A  That's -- that's -- I would like now to look    13:52
17   at the description of process 500.  May -- I'm going    13:52
18   to do that.                        13:52
19   Q  Okay.                          13:52
20   A  Now, on column 17, line 24, the first    13:53
21   sentence says:                      13:53
22       "The process 500 further comprises forming    13:53
23   electrical connections between the first die    13:53
24   interconnect and the first subset of array dies in an    13:53
25   operational block 504."              13:53
                                          Page 100

1        So there is where the connection is made.    13:53
2        And if you -- if you go on, it tells you that    13:53
3    at line 29:                        13:53
4        "Forming the electrical connections places    13:53
5    the die interconnects in electrical communication with    13:53
6    the respective subsets of array dies."    13:53
7    Q  Okay.  Can we go back to Figure 1A?    13:53
8    A  Okay.  In this patent?            13:54
9    Q  Yes, sir.                       13:54
10       So in Figure 1A, we have these multiple array    13:54
11   dies 110; right?                    13:54
12   A  I see that.                     13:54
13   Q  And they're connected via die    13:54
14   interconnect 120 to driver 134; right?    13:54
15   A  That's correct.                  13:54
16   Q  So can the multiple array dies output data in    13:54
17   parallel to driver 134?              13:54
18       MR. RUECKHEIM:  Object to the form.    13:54
19       THE WITNESS:  I -- I -- I need you to repeat    13:54
20   your question.  I'm not sure I understand it.    13:54
21       MR. TEZYAN:  Sure.  No problem.    13:54
22   Q  So can the multiple array dies output data in    13:54
23   parallel to the driver?              13:54
24   A  It doesn't say.                  13:55
25   Q  Right.                         13:55
                                          Page 101

                                          26 (Pages 98 - 101)

Page 102

1    But would a person of ordinary skill in the    13:55
2  art, looking at this, understand that the array dies    13:55
3  could do that?    13:55
4    A  It's not specified yes or no.  I -- so I'm    13:55
5  not sure.  There may be some teaching that says yes,    13:55
6  some teaching that says no.  In isolation, I cannot    13:55
7  tell by looking at Figure 1A whether they can output    13:55
8  in parallel.    13:55
9    Q  Let me give a more concrete example, maybe.    13:55
10  So suppose the -- you have a read operation; right?    13:55
11  Can multiple array dies respond to that read operation    13:55
12  at the same time?    13:55
13    MR. RUECKHEIM:  Object to the form.    13:55
14    THE WITNESS:  In this diagram?    13:55
15    MR. TEZYAN:  Q.  Assuming you had the memory    13:56
16  package that's depicted in this diagram, yeah.    13:56
17    A  I can't tell from this diagram alone, no.  I    13:56
18  don't know.  I'd need more information to answer that    13:56
19  question.    13:56
20    Q  Well, this diagram depicts that all of the    13:56
21  array dies share one die interconnect for the data    13:56
22  driver 134; right?    13:56
23    A  In this diagram, there's only one data    13:56
24  driver.  Yes.    13:56
25    Q  Okay.  And so to put my question another way,    13:56

Page 103

1  could all of the array dies output data at the same    13:56
2  time to that driver 134 along the die interconnect?    13:56
3    MR. RUECKHEIM:  Object to the form.    13:57
4    THE WITNESS:  Are you asking the question    13:57
5  that -- here's the hypothesis as I understand it.    13:57
6    Each of the layers 110 has a memory that    13:57
7  somehow or other is triggered to output data.  And    13:57
8  somehow or other, all the memories on those array    13:57
9  levels are triggered at the same time.  So all of the    13:57
10  cells attempt to output data at the same time.  Not    13:57
11  only that, they all output onto die interconnect 110.    13:57
12    You're asking, is this possible?  That    13:57
13  probably is not possible.  It just -- it would be    13:57
14  unusual.  I can't say it can't happen.  But I think    13:57
15  that's what you're talking about.    13:57
16    MR. TEZYAN:  Yeah, that sounds about right.    13:57
17    Q  And I guess my question is:  Why would that    13:57
18  not be possible?    13:58
19    A  Well, I can give you an example where it is    13:58
20  possible, and then I can give you an example where    13:58
21  it's not possible.    13:58
22    Q  Okay.    13:58
23    A  The example where it is possible is if you    13:58
24  output all the things at the same time and do    13:58
25  something so that they don't conflict at the die    13:58

Page 104

1  interconnect.  Not conflicting means that you know    13:58
2  they're all going to be 1s, or they're all going to be    13:58
3  0s, or you know that some are disconnected.  As long    13:58
4  as there are no conflicts at the die interconnect, you    13:58
5  may succeed, but you may need to have intervening    13:58
6  logic.    13:58
7    On the other hand, you will probably run into    13:58
8  a problem, not necessarily a failure, if one driver on    13:58
9  one array layer is driving a 0, and another driver on    13:59
10  a different array layer is driving a 1.  Now, that    13:59
11  does happen.  That does happen, okay, and that happens    13:59
12  when you're finishing an operation on one, and you're    13:59
13  starting an operation on the other.  Because of    13:59
14  timing, there could be a moment or two, a brief    13:59
15  period, when both drivers are active in the opposite    13:59
16  direction.  And you can design those layers to protect    13:59
17  against damage.    13:59
18    So the answer is, if there are two -- just    13:59
19  two layers and they are operated in parallel, the    13:59
20  answer is that could happen, yes.    13:59
21    Q  Okay.  So if I understand your answer    13:59
22  correctly, the reason why it might be a problem is the    13:59
23  risk of data collisions; right?    14:00
24    A  That's correct.    14:00
25    MR. TEZYAN:  Okay.  I think we can take a    14:00

Page 105

1  ten-minute break now if that's fine with you guys.    14:00
2    THE WITNESS:  Okay.  Let's do that.    14:00
3    THE VIDEOGRAPHER:  We're going to go off the    14:00
4  record.  The time is 2:00 p.m.    14:00
5    And this is the end of Media Unit No. 5.    14:00
6    (Recess taken.)    14:00
7    THE VIDEOGRAPHER:  We're back on the    14:14
8  record.  The time is 2:15 p.m.    14:15
9    And this is the start of Media Unit No. 6.    14:15
10    MR. TEZYAN:  Q.  So you testified that there    14:15
11  are certain scenarios where it would be okay for all    14:15
12  three of the dies that are depicted in Figure 1A to    14:15
13  drive along die interconnect 120.    14:15
14    Do you recall that testimony?    14:15
15    A  I said there might be.  I -- yes, I do recall    14:15
16  that.    14:15
17    Q  Okay.  And would your answer change if two of    14:15
18  the three dies were outputting data at the same time?    14:15
19    A  I -- I'm sorry.  I don't have all of the    14:15
20  hypotheses in mind.  So can you give me the full    14:15
21  question with all the hypotheses?    14:15
22    Q  Sure.    14:15
23    Let's go back to Figure 1A of the    14:15
24  '060 patent.    14:16
25    A  Okay.    14:16

27 (Pages 102 - 105)

1    Q  And you see that there are three array    14:16
2  dies 110 here?                    14:16
3    A  Yes, I see that.                14:16
4    Q  That share a common data die        14:16
5  interconnect 120?                  14:16
6    A  I see that.                    14:16
7    Q  Okay.  And the question is:  If we have a    14:16
8  scenario where two of the three dies are outputting    14:16
9  data at the same time, does that cause potential for    14:16
10  bus conflict?                    14:16
11      MR. RUECKHEIM:  Object to the form.    14:16
12      THE WITNESS:  I believe a bus conflict is    14:16
13  when they're outputting data in opposite -- opposite    14:16
14  values.  And I believe that if they both drive the bus    14:16
15  at different values at the same time, there -- I would    14:16
16  call that a bus conflict.              14:16
17      However, in certain designs, it is not    14:16
18  unusual to have such conflicts occur for very short    14:17
19  periods of time as you transfer control from one array    14:17
20  die to another between reads or writes or whatever.    14:17
21  And the potential damage of conflicts is ameliorated    14:17
22  or eliminated by design.              14:17
23      So that's -- that's my answer.        14:17
24      MR. TEZYAN:  Right.              14:17
25    Q  But I think baked in your answer is -- is --    14:17

Page 106

1  or let me put it this way -- sorry.  Strike that.    14:17
2      What I'm asking is:  Can array die 110 --    14:17
3  let's call the first one -- or I'm sorry.  Strike    14:17
4  that.                        14:17
5      Can two of the array dies output data at the    14:17
6  same time?                    14:17
7      That's the question.              14:17
8    A  Well, I just gave you an answer where they're    14:17
9  both outputting data at the same time.  I -- I don't    14:17
10  know why that's not responsive.            14:17
11    Q  In -- in part, I think your response said    14:18
12  it's not unusual to have such conflicts occur for    14:18
13  short periods of time as you transfer control away    14:18
14  from one die to another.              14:18
15      So do you mean, by that, that there is some    14:18
16  sort of delay time there?              14:18
17    A  No.  They could be both driving concurrently,    14:18
18  but not for very long.  And you design the chip to    14:18
19  allow that -- I mean, the drivers and whatever, you --    14:18
20  you design them to allow this to occur.        14:18
21    Q  Okay.  But in general, you want to avoid    14:18
22  having them drive concurrently; right?        14:18
23    A  I think a person of ordinary skill in the art    14:18
24  would try to avoid the driver collision.        14:18
25    Q  Okay.  So in that circumstance, would a    14:18

Page 107

1  person of ordinary skill in the art drive only one of    14:18
2  the array die to avoid conflict with the other two    14:18
3  array die, for instance?              14:18
4    A  Your question --              14:19
5      MR. RUECKHEIM:  Objection to form.      14:19
6      THE WITNESS:  -- started -- I'm sorry.    14:19
7    Your question started "in that circumstance."    14:19
8  I need to know what you're talking about.  That --    14:19
9  that's a little vague right now.            14:19
10      MR. TEZYAN:  Okay.              14:19
11    Q  Going back to Figure 1A, we see that there    14:19
12  are three array dies in this stack; right?        14:19
13    A  Yes.                      14:19
14    Q  And let's say you only wanted to derive from    14:19
15  the top array die a signal.              14:19
16    A  Okay.                      14:19
17    Q  And one way to do that to avoid interference    14:19
18  and data collision would be to disable dies -- the    14:19
19  middle die and the bottom die; right?        14:19
20    A  Well, you would prevent them from driving.    14:19
21  And you said disable.  Whatever you did to prevent    14:19
22  them from driving is what I would say you would do.    14:19
23    Q  Okay.  And to prevent them from driving, you    14:19
24  could disable the data ports on the array dies; right?    14:20
25    A  Yes, you could.                14:20

Page 108

1    Q  Okay.  And for those two array dies that have    14:20
2  their data ports disabled, are those still in    14:20
3  electrical communication with the die interconnect?    14:20
4      MR. RUECKHEIM:  Object to the form.      14:20
5      THE WITNESS:  The data port -- yes.  The data    14:20
6  port is in electrical communication with the driver in    14:20
7  this sense.  It has a termination.          14:20
8      And the wave from the -- let's say the top    14:20
9  die goes down the die interconnect.  It reaches the    14:20
10  second level, goes on the second level, goes toward    14:20
11  the data port, hits it, and bounces around, back to    14:20
12  the 110, up and down.  And likewise, it continues down    14:20
13  to the first level, goes out to the data port, bounces    14:21
14  around, and comes down.              14:21
15      Now, at the data port, the data port isn't    14:21
16  driving that line.  But because the data port is    14:21
17  connected to the trace on that array die,      14:21
18  the wave will reach the driver and bounce back, and    14:21
19  that driver has to be terminated in some way.  Maybe    14:21
20  it's infinite.  Maybe it's got a resistor.  But the    14:21
21  wave will go back and will go from the die      14:21
22  interconnect and go to the driver that's been disabled    14:21
23  and bounce.                    14:21
24      So if you ask, is the driver in the        14:21
25  electrical communication?  Absolutely, because the    14:21

Page 109

28 (Pages 106 - 109)

**Page 110**

```
 1   wave is bouncing off the driver.              14:21
 2        MR. TEZYAN:  Okay.                        14:21
 3     Q   And does that mean that the array dies, if   14:21
 4   their data ports are disabled, are still in electrical   14:22
 5   communication with the die interconnect?        14:22
 6        MR. RUECKHEIM:  Object to the form.        14:22
 7        THE WITNESS:  I think your question -- I'm   14:22
 8   not sure what the question is.                  14:22
 9        MR. TEZYAN:  Sure.                         14:22
10     Q   So your explanation was essentially that the   14:22
11   data port, despite being disabled, is in electrical   14:22
12   communication with the die interconnect; is that fair?  14:22
13        MR. RUECKHEIM:  Object to the form.        14:22
14        THE WITNESS:  I think that's -- that would be   14:22
15   fair.  Go ahead.                               14:22
16        MR. TEZYAN:  Okay.                         14:22
17     Q   And then my follow-up question to that is:   14:22
18   Does that mean that the array dies with the data ports   14:22
19   that are disabled are still in electrical        14:22
20   communication with the die interconnect?        14:22
21        MR. RUECKHEIM:  Object to the form.        14:22
22        THE WITNESS:  There's a figure in this patent   14:22
23   that describes that.  Let me -- let me show you the   14:22
24   figure.                                        14:22
25        Whoops.                                   14:23
```

**Page 111**

```
 1        What I was looking for is a figure in a     14:23
 2   different patent.  The -- there is on-die termination.  14:23
 3   And the on-die termination is an electrical       14:23
 4   communication and an electrical connection with the   14:23
 5   die interconnect even when it's terminating a data   14:23
 6   port that has been disabled.  Okay.             14:23
 7        So if -- if your question is, and I -- is any   14:23
 8   part of the data port in electrical communication?   14:23
 9   The answer is yes.                             14:23
10        Is the ability of the driver to drive that   14:23
11   electrical communication when it's disabled?  No.   14:24
12        So if -- I have to divide your question into   14:24
13   two parts.  The driver as a whole, any -- any     14:24
14   component of electrical communication versus the   14:24
15   active driver in electrical communication.       14:24
16        And the answers could be different, depending   14:24
17   what you -- which part you're talking about.     14:24
18        MR. TEZYAN:  Okay.                         14:24
19     Q   Let me ask a different question.          14:24
20     A   Okay.                                    14:24
21     Q   Going back to Figure 1A, you see the      14:24
22   driver 134 on the control die?                  14:24
23     A   Okay.                                    14:24
24     Q   Will driver 134 still experience a load   14:24
25   that's attributable to the array die if the data port   14:24
```

**Page 112**

```
 1   for that array die is disabled?                  14:24
 2     A   Yes.                                     14:24
 3        MR. RUECKHEIM:  Objection to form.         14:24
 4        MR. TEZYAN:  Q.  And why is that?          14:24
 5     A   Well, there -- there are two aspects.     14:25
 6        First of all, as taught by the patent, load   14:25
 7   is capacitive.  Okay.  The line that goes from the   14:25
 8   interconnect -- die interconnect 110 to the driver has   14:25
 9   capacitance.  You have to charge or discharge a   14:25
10   capacitance, regardless if the driver is active.   14:25
11        In other words, let the top layer have a   14:25
12   driver that sends a wave down the die interconnect.   14:25
13   Let the second layer be on a die interconnect in which   14:25
14   the driver is disabled.                         14:25
15        That second layer still has capacitance    14:25
16   between the die interconnect and the driver on that   14:25
17   array die.  And therefore, you have to charge or   14:25
18   discharge it.  And therefore, it's in electrical   14:26
19   communication.                                 14:26
20        But even more, even more, the driver that's   14:26
21   drive -- that's about to drive the die           14:26
22   interconnect 110, let's say on the second or first or   14:26
23   the third layer -- layer, that driver is terminated.   14:26
24   It has a resistor.  Sometimes it's called on-die   14:26
25   termination.  That has a resistor.  That could be   14:26
```

**Page 113**

```
 1   connected, and that connection could be -- receive the   14:26
 2   wave that's coming from the die interconnect when the   14:26
 3   wave is in electrical communication, and that as a   14:26
 4   result, that on-die termination changes the reflection   14:26
 5   that goes back.                                14:26
 6        If you terminate on die one way, you might   14:26
 7   get no reflection.  If you terminate another way, you   14:26
 8   might get a re- -- a reflection.  But that reflection   14:26
 9   is an instance of communication.  Okay.         14:27
10        So is it an electrical communication?  You   14:27
11   bet.  That's my answer.                         14:27
12     Q   Okay.  Just to clarify, is the die         14:27
13   interconnect an electrical communication with the   14:27
14   array die when the data port for the die is disabled?   14:27
15        MR. RUECKHEIM:  Object to the form.        14:27
16        THE WITNESS:  I -- you -- you just repeated   14:27
17   the question.  I -- I can repeat the answer.     14:27
18        But my answer was, yes, it is, because of the   14:27
19   wave that goes back and forth when you -- when you   14:27
20   initiate a transaction.                        14:27
21        I'd like to bring up Exhibit 7 or 8, my book,   14:27
22   again.  I'll show you that picture.             14:28
23        MR. TEZYAN:  Okay.  Okay.  There was no --   14:28
24   there was no question pending, sir.  So we can -- we   14:28
25   can park that.  And your counsel --             14:28
```

1    THE WITNESS: Okay.    14:28
2    MR. TEZYAN:  -- can ask you as many questions  14:28
3  as he wants about that on redirect.    14:28
4    Q  But I'm about to ask another question, so if  14:28
5  you'd bear with me.    14:28
6    A  Was there a question?    14:28
7    Q  I'm about to ask another question.  But if  14:28
8  you'll bear with me just a moment.    14:28
9    A  I'm -- I'm not sure what you're asking me to  14:28
10  do or not do.  What -- what is it?    14:28
11    MR. RUECKHEIM:  I think he's saying there's  14:28
12  no -- no question pending.    14:28
13    THE WITNESS:  No question pending.  Okay.  14:28
14    MR. TEZYAN: Q.  Can you please go to    14:28
15  paragraph 32 of your declaration.    14:28
16    A  Okay.  I'm at 32.    14:28
17    Q  Okay.  In the first sentence of paragraph 32,  14:29
18  you say:    14:29
19    "In the example of Fig. 2, 'die interconnect  14:29
20  220a'" -- "may be in electrical communication with a  14:29
21  data port from array die 210a.'"    14:29
22    Do you see that?    14:29
23    A  I see that.    14:29
24    Q  Okay.  And then in the following sentence,    14:29
25  you say:    14:29

Page 114

1    "Die interconnect" --    14:30
2  I'm sorry.  One moment.  Okay.    14:30
3  So in -- sorry.  Strike that.    14:30
4    Is there a difference between saying die    14:30
5  interconnect 220a is in electrical communication with  14:30
6  the data port from array die 210, versus die    14:30
7  interconnect 220a is in electrical communication with  14:30
8  array die 210?    14:31
9    A  That's hard for me to parse out.  Now that I  14:31
10  got the question, I know what to listen for and try to  14:31
11  figure out --    14:31
12    Q  Yeah, let me -- let me -- sorry.  That was a  14:31
13  bad question.    14:31
14    So in paragraph 32, you say, quoting the    14:31
15  patent:    14:31
16    "'Die interconnect 220a'" -- "'may be in    14:31
17  electrical communication with a data port from array  14:31
18  die 210a.'"    14:31
19    And what I want to know is: Do you think, as  14:31
20  a person of ordinary skill in the art, that there is a  14:31
21  difference between being in electrical communication  14:31
22  with a data port from array die versus being in    14:31
23  electrical communication with the array die?    14:31
24    A  Yes.    14:31
25    Q  And what's that difference?    14:31

Page 115

1    A  There's a difference.    14:31
2    Okay.  Say -- what was the second question?  14:31
3    Q  My follow-up question was:  What is that    14:31
4  difference?    14:31
5    A  Well, let's assume that there is a stub on  14:31
6  the -- on the array die that goes from the data    14:32
7  interconnect towards the data port.  And when you make  14:32
8  an electrical connection for it to -- to sustain an  14:32
9  electrical communication, that stub is connected to  14:32
10  the driver.  That stub will -- let's see -- that stub  14:32
11  will be in electrical communication with the data  14:32
12  port.    14:32
13    Now, suppose you don't connect the stub to  14:32
14  the data port.  There's a gap between the stub and  14:32
15  the -- and the data port.  In that case, it is not in  14:32
16  electrical communication with the data port, nor is  14:33
17  it, in fact, electrically connected to the data port.  14:33
18    So that's -- that's my distinction.    14:33
19    Q  Okay.  Let's go back to Figure 1A, if we can.  14:33
20  I just have a quick follow-up question on something  14:33
21  you said previously.    14:33
22    A  Just a moment.  Now -- got it.    14:33
23    Q  So you testified that even if the array die  14:34
24  are disabled, it was disabled -- I'm sorry.  Let me  14:34
25  repeat the question.    14:34

Page 116

1    You testified earlier that if the data ports  14:34
2  for an array die are disabled, there is still a load  14:34
3  that's exerted on driver 134; right?    14:34
4    A  That's correct.    14:34
5    Q  Okay.  Is the load reduced from a scenario  14:34
6  where those drivers would be enabled?    14:34
7    A  Load reduced?    14:34
8    Because of on-die termination and because  14:35
9  the -- the on-die termination can change in time, it's  14:35
10  controlled, I -- I don't know whether the load will be  14:35
11  higher or greater or the same.  It -- it's up in the  14:35
12  air, so to speak.  I don't have enough information to  14:35
13  answer that question.    14:35
14    Q  What would it depend on?    14:35
15    A  Well, the load of the driver, when it's --  14:35
16  when it potentially can drive this -- this 110 depends  14:35
17  on this -- on the termination at the driver.  And the  14:35
18  load that an external driver sees when the wave goes  14:35
19  down to -- down the die interconnect to reach that    14:35
20  driver depends on the load that the driver presents.  14:35
21  That load depends on the on-die termination.  So I  14:35
22  can't tell what that is.    14:36
23    Q  Does the on-die termination load change if  14:36
24  the driver is disabled or enabled?    14:36
25    A  That depends.  I -- I don't know the answer.  14:36

Page 117

30 (Pages 114 - 117)

| | | |
|---|---|---|
| 1 | Q  Could you pull up Figure 2B from the | 14:36 |
| 2 | '060 patent. | 14:36 |
| 3 | A  2B? | 14:36 |
| 4 | Q  I'm sorry.  Figure 2.  There is no Figure 2B. | 14:36 |
| 5 | A  Of this patent? | 14:37 |
| 6 | Q  Yes, sir. | 14:37 |
| 7 | A  I have Figure 2.  Okay.  I've got Figure 2. | 14:37 |
| 8 | Q  Okay.  And 210a through d, these are the | 14:37 |
| 9 | array dies; correct? | 14:37 |
| 10 | A  Yes. | 14:37 |
| 11 |     Let me do something.  Okay.  I see it all | 14:37 |
| 12 | now.  Okay. | 14:37 |
| 13 | Q  And 220a, that's a die interconnect; right? | 14:37 |
| 14 | A  220a is a die interconnect.  That's correct. | 14:37 |
| 15 | Q  And these black circles through the array | 14:37 |
| 16 | dies, that represents where the die interconnect is in | 14:37 |
| 17 | electrical communication with the array die; is that | 14:37 |
| 18 | correct? | 14:37 |
| 19 | A  That's correct.  That's correct. | 14:37 |
| 20 | Q  Okay.  So in Figure 2, array dies 210a and | 14:37 |
| 21 | 220b are in electrical communication with die | 14:37 |
| 22 | interconnect 220a; right? | 14:37 |
| 23 | A  That's correct. | 14:38 |
| 24 | Q  And earlier, we were discussing the concept | 14:38 |
| 25 | of rank. | 14:38 |

Page 118

| | | |
|---|---|---|
| 1 |     Do you remember that discussion? | 14:38 |
| 2 | A  I do. | 14:38 |
| 3 | Q  Now, could array dies 210a and 210b belong to | 14:38 |
| 4 | the same rank? | 14:38 |
| 5 | MR. RUECKHEIM:  Object to the form. | 14:38 |
| 6 | THE WITNESS:  I don't have enough information | 14:38 |
| 7 | to answer that question. | 14:38 |
| 8 | MR. TEZYAN:  Q.  What additional information | 14:38 |
| 9 | would you need? | 14:38 |
| 10 | A  I don't see the layout of ranks on those | 14:38 |
| 11 | array dies. | 14:38 |
| 12 | Q  Is there any reason it could not belong to | 14:38 |
| 13 | the same rank? | 14:38 |
| 14 | A  Let me hypothesize.  If there are two ranks | 14:38 |
| 15 | laid out on these two die interconnects, one rank is | 14:38 |
| 16 | totally on one die -- array die, and the other rank is | 14:38 |
| 17 | totally on the other array die.  Okay.  So they | 14:38 |
| 18 | would -- what's on one die would not belong to the | 14:39 |
| 19 | rank that's on another die. | 14:39 |
| 20 |     That's -- that's just one possibility.  But | 14:39 |
| 21 | there are other ways you can lay it out. | 14:39 |
| 22 | Q  Right. | 14:39 |
| 23 |     And is one of those other ways that array | 14:39 |
| 24 | dies 210a and 210b could belong to the same rank? | 14:39 |
| 25 | MR. RUECKHEIM:  Object to the form. | 14:39 |

Page 119

| | | |
|---|---|---|
| 1 | THE WITNESS:  If the system is set up so that | 14:39 |
| 2 | a logical rank is broken in two pieces, one piece on | 14:39 |
| 3 | one die inter- -- one array die, one piece on another | 14:39 |
| 4 | array die; then if you accessed that rank sequentially | 14:39 |
| 5 | by picking off the half that's in the lower die, | 14:39 |
| 6 | subsequently picking off the part that's in the upper | 14:40 |
| 7 | die, then you could do that.  That -- that's an easy | 14:40 |
| 8 | way. | 14:40 |
| 9 | MR. TEZYAN:  Q.  You used the term "logical | 14:40 |
| 10 | rank" there.  What does that mean? | 14:40 |
| 11 | A  The rank appears to the memory controller on | 14:40 |
| 12 | the other end of the system bus as being one cohesive | 14:40 |
| 13 | rank.  The controller doesn't know that actually, that | 14:40 |
| 14 | rank is split on two different layers of a mem- -- of | 14:40 |
| 15 | a memory. | 14:40 |
| 16 |     So when it asks to read a rank, the rank is | 14:40 |
| 17 | delivered in one piece to the memory controller, but | 14:40 |
| 18 | is ac- -- actually accessed in two pieces at the | 14:40 |
| 19 | memory cells. | 14:40 |
| 20 | Q  Okay.  But could array dies 210a and 210b be | 14:40 |
| 21 | part of the same physical rank? | 14:40 |
| 22 | MR. RUECKHEIM:  Object to the form. | 14:40 |
| 23 | MR. TEZYAN:  Let me back up.  Let me withdraw | 14:40 |
| 24 | the question. | 14:41 |
| 25 | Q  What does a physical rank mean? | 14:41 |

Page 120

| | | |
|---|---|---|
| 1 | MR. RUECKHEIM:  Object to the form. | 14:41 |
| 2 | THE WITNESS:  Physical rank has changed over | 14:41 |
| 3 | time.  So I think one of ordinary skill in the art | 14:41 |
| 4 | would believe a physical rank to be a layout of the | 14:41 |
| 5 | cells physically.  That's -- that's the best I can | 14:41 |
| 6 | answer that. | 14:41 |
| 7 | MR. TEZYAN:  Okay. | 14:41 |
| 8 | Q  And with that understanding of physical rank, | 14:41 |
| 9 | could 210a and 210b belong to the same physical rank? | 14:41 |
| 10 | MR. RUECKHEIM:  Same objection. | 14:41 |
| 11 | THE WITNESS:  I said that the notion of | 14:41 |
| 12 | physical rank has changed over time.  And one could | 14:41 |
| 13 | decide to design a memory in which physical rank is | 14:41 |
| 14 | split between two -- two layers of a memory cell.  And | 14:41 |
| 15 | that by doing it, your physical rank that's split | 14:42 |
| 16 | between these two layers can imitate a physical rank | 14:42 |
| 17 | memory cell, a memory cell where the physical rank is | 14:42 |
| 18 | on one layer. | 14:42 |
| 19 |     And I think that would be reasonable for a | 14:42 |
| 20 | person of ordinary skill in the art to understand at | 14:42 |
| 21 | the time of the patent. | 14:42 |
| 22 | MR. TEZYAN:  Okay. | 14:42 |
| 23 | Q  So assuming array die 210a and 210b are in | 14:42 |
| 24 | the same physical rank, how would they output data in | 14:42 |
| 25 | parallel in response to a read command if they share | 14:42 |

Page 121

31 (Pages 118 - 121)

1  only one die interconnect?                14:42
2       MR. RUECKHEIM:  Object to the form.      14:42
3       THE WITNESS:  In this case, you show one die   14:42
4  interconnect connecting those two -- those two layers.   14:42
5  In fact, you could have a die interconnect for all the   14:43
6  bits in a word.  I mean, one -- each bit having its   14:43
7  own individual die interconnect connecting those two   14:43
8  layers, in which case the lowest layer could be   14:43
9  outputting data on one set of die interconnects, while   14:43
10  the layer above it outputs data on the other set of   14:43
11  die interconnects at the same time.         14:43
12       MR. TEZYAN:  Okay.                14:43
13   Q  But in the configuration we have here where   14:43
14  there is one die interconnect for data between 210a   14:43
15  and 210b, and assuming that 210a and 210b are in the   14:43
16  same physical rank, would it be possible to output   14:43
17  data in parallel in response to a read command?   14:44
18   A  Yeah, you -- if they're the same physical   14:44
19  rank.  That doesn't mean they'll be driving the same   14:44
20  die interconnect.  Just put them on different die   14:44
21  interconnects.                      14:44
22   Q  In this configuration, though, they share the   14:44
23  same die interconnect; right?             14:44
24   A  Yeah, but you're making an assumption that   14:44
25  it's -- it becomes unreasonable.  You can -- you can   14:44

Page 122

1  make an assumption for something that you can't build.   14:44
2  Okay.                           14:44
3       And if you're telling me that you have a   14:44
4  physical data on two die layers -- two array die   14:44
5  layers, and they're all going to drive the same die   14:44
6  interconnect at the same time, you know, I could say,   14:44
7  Hey, yeah, that looks very strange.  I don't think you   14:44
8  can build that.                     14:45
9       So your hypothesis is bothering me.  It's not   14:45
10  something that I would encounter.  A person of   14:45
11  ordinary skill in the art would say, What are you   14:45
12  doing here?                       14:45
13       So that's -- that's my answer.         14:45
14   Q  Okay.  I'm trying to understand why that's   14:45
15  your answer.                      14:45
16       So is it what we talked about earlier, that   14:45
17  the risk of data collision in such a scenario prevents   14:45
18  you from sort of sharing a common die interconnect for   14:45
19  the 210a and 210b that are in the same physical rank   14:45
20  there?                          14:45
21       MR. RUECKHEIM:  Object to the form.      14:45
22       THE WITNESS:  I testified that it's -- it is   14:45
23  the issue of collision that -- that bothers me.   14:45
24       And I also testified that they can -- the two   14:45
25  bits that are driving the same line at the same time   14:45

Page 123

1  could happen when there -- when one is ending its   14:45
2  burst of data and the other one is beginning.  That   14:45
3  actually happens in memory chips so that momentarily,   14:46
4  the drivers on those two layers, both belonging to the   14:46
5  same rank, can be driving at the same time.  You just   14:46
6  have to be careful with the timing and the way the   14:46
7  load is set up.  You can build that.        14:46
8       (Document remotely marked Exhibit 11       14:47
9        for identification.)                 14:47
10       MR. TEZYAN:  I've introduced Exhibit 11.   14:47
11   Q  Can you please refresh your Exhibit Share.   14:47
12   A  Okay.                       14:47
13   Q  And let me know when you have it.       14:47
14   A  Okay.  I have refreshed.  I see that I can   14:48
15  access Exhibit 11.  I'm about to download.   14:48
16       Okay.  I have Exhibit 11 in my reader.   14:48
17   Q  Okay.  And Exhibit 11 is U.S. Patent       14:49
18  Application No. 2011/0103156 to Kim et al.; right?   14:49
19   A  That's correct.                  14:49
20   Q  And according to the Abstract, Kim discloses:   14:49
21  "A data input/output circuit includes a rank   14:49
22  selecting section and a data input/output section."   14:49
23       Right?                     14:49
24   A  I haven't read this patent before.  I have to   14:49
25  read it.                         14:49

Page 124

1   Q  Okay.  Take your time.  But I'm just asking   14:49
2  you to confirm what the Abstract says.       14:49
3   A  So you're only going to ask me about the   14:49
4  Abstract; is that it?                  14:49
5   Q  For now, yes.                   14:49
6   A  Okay.                       14:49
7   Q  But if you'd like to take a minute and review   14:49
8  it, you can go ahead.                  14:49
9   A  I would like to.                 14:49
10   Q  Please.                      14:49
11   A  Okay.  I -- I think I understand some aspects   14:51
12  of it.  I might not be able to answer your question,   14:51
13  but go ahead.                     14:51
14   Q  I'll just repeat what my first question was:   14:51
15  According to the Abstract, Kim discloses:    14:51
16  "A data input/output circuit includes a rank   14:51
17  selecting section and a data input/output section."   14:51
18       Right?                     14:51
19   A  That is correct.                 14:51
20   Q  Okay.  And:                    14:51
21  "The rank selecting section is selectively   14:51
22  connected to one of the first and second ranks in   14:51
23  response to a chip selection signal, and outputs data   14:52
24  to a connected rank or receives data from the   14:52
25  connected rank."                    14:52

Page 125

32 (Pages 122 - 125)

Page 126

```
1        Did I read that correctly?           14:52
2    A  You did.                              14:52
3    Q  Okay.  So the use of chip select signals for  14:52
4  rank selection is common in DRAM-based memory systems;  14:52
5  right?                                     14:52
6    A  It -- it's -- yes, it's -- it's -- it's used  14:52
7  in practice.                               14:52
8    Q  Okay.  So fair to say that Kim is discussing  14:52
9  a DRAM-based memory system?                 14:52
10       MR. RUECKHEIM:  Object to the form; beyond  14:52
11  the scope.                                 14:52
12       THE WITNESS:  Okay.  Would you repeat your  14:52
13  question, please.                         14:53
14       MR. TEZYAN:  Sure.                   14:53
15    Q  The question was:  Is it fair to say that Kim  14:53
16  is discussing a DRAM-based memory system --  14:53
17    A  I just searched.  I did not see any reference  14:53
18  to D-R-A-M, DRAM.  So I'd have to read the patent  14:53
19  carefully to decide if it's talking about DRAM or  14:54
20  something else.                            14:54
21    Q  Okay.  Designs for DRAM memory systems  14:54
22  organization, can they readily be applied to other  14:54
23  types of memory systems, such as SRAM or NAND?  14:54
24       Let me -- let me withdraw the question.  14:54
25  Sorry.  So let me ask it slightly differently.  14:54
```

Page 127

```
1        So there are other types of -- sorry.  14:54
2        There are multiple types of memory systems,  14:54
3  right, such as SRAM?                        14:54
4    A  That's correct.                        14:54
5    Q  And NAND is another type of memory system?  14:54
6    A  That's correct.                        14:54
7    Q  N-O-R, is that another type of memory system?  14:54
8    A  Can you -- for the record, can you just tell  14:55
9  me what the acronym is?                     14:55
10    Q  NOR is another type of non-volatile --  14:55
11    A  Yes, because it's NAND and NOR, yes.  14:55
12    Q  Yes.  Okay.                           14:55
13       So designs for DRAM memory systems can be  14:55
14  readily applied to these other non-DRAM memory  14:55
15  systems:  SRAM, NAND, NOR; right?          14:55
16    A  No.  No.                              14:55
17       I'm sorry.  Did you hear me?  I said, "No."  14:56
18    Q  Oh, yes, I heard you.  Sorry.  I'm just  14:56
19  gathering my thoughts.                     14:56
20       Why don't we go ahead and take a quick break.  14:56
21    A  Okay.                                 14:56
22       THE VIDEOGRAPHER:  We are going off the  14:56
23  record.  The time is 2:56 p.m.             14:56
24       And this is the end of Media Unit No. 6.  14:56
25       (Recess taken.)                       14:56
```

Page 128

```
1        THE VIDEOGRAPHER:  We are going back on the  15:06
2  record.  The time is 3:06 p.m.             15:06
3        And this is the start of Media Unit No. 7.  15:06
4        (Document remotely marked Exhibit 12  15:06
5        for identification.)                  15:06
6        MR. TEZYAN:  I'm going to go ahead and upload  15:06
7  a new exhibit.                             15:06
8    Q  Dr. Stone, could you please refresh your  15:06
9  Exhibit Share, and let me know when it comes up,  15:06
10  please.                                    15:07
11    A  Okay.  I see Exhibit 11.  I'm about to  15:07
12  download.                                  15:07
13    Q  It should be Exhibit 12, I believe.  15:07
14    A  All right.                            15:07
15       We actually already had that one.  All right.  15:07
16  Try it again.                             15:07
17       Ah, I've got 12.  I am about to download.  15:07
18    Q  Let me know when you have it, please.  15:07
19    A  I am just -- I have it now.  I have it in  15:08
20  front of me.                              15:08
21    Q  Okay.  And this is U.S. Patent Application  15:08
22  2011/0026293 to Riho; is that correct?  15:08
23    A  That's correct.  That's what I see.  15:08
24    Q  Okay.  And I'd just like to bring up an  15:08
25  example just to get a -- make sure I understand your  15:08
```

Page 129

```
1  testimony with electrical communication and not an  15:08
2  electrical communication.                  15:08
3    A  Okay.                                 15:08
4    Q  If you'll just bear with me for a few  15:08
5  minutes.                                   15:08
6        So if you'd go to paragraph 69.        15:08
7        And by the way, I'm -- why don't you take a  15:08
8  minute or two and just read this before I launch into  15:08
9  the description.                           15:08
10    A  I'd like to.                          15:08
11       When you said "69," would that be in my  15:08
12  report?                                    15:08
13    Q  Yes, I'm -- what's that?              15:08
14       Oh, no.  Paragraph 69 of -- of this exhibit,  15:09
15  sir.                                       15:09
16    A  There's paragraph 69.  Okay.  Let me look.  15:09
17       (Reading document.)                   15:12
18       Okay.  I'm ready.                     15:12
19    Q  Okay.  So referring to Figure 4 of Riho.  15:12
20    A  Okay.                                 15:12
21    Q  Can we agree, based on the description, that  15:12
22  only SDRAM device D15 and D7 are on?       15:13
23    A  Well, point me to the description.  I -- I  15:13
24  looked at the patent, but I'm not -- I can't -- I  15:13
25  can't comment until you tell me what to look at.  15:13
```

33 (Pages 126 - 129)

**Page 130**

1  Q  Fair enough.                          15:13
2      So for starters, in Figure 4 for the        15:13
3  SDRAM D15 that's connected to TSV15, you see that it  15:13
4  says "ON"; correct?                       15:13
5  A  Okay.                                15:13
6  Q  And then go ahead and review paragraph 74.    15:13
7  A  There's a lot here.  I mean, it -- in 74,     15:14
8  there's a context that I haven't read.  It's -- this  15:14
9  is going to be very difficult for me to comment on in  15:14
10 such a short time.                        15:14
11 Q  Okay.  Well, let's go to paragraph 72, okay,  15:14
12 where the switch -- the set indication signal for the  15:15
13 chip switch circuit is described.  And I'm talking  15:15
14 about D715.                              15:15
15 A  I see D715, yes.                       15:15
16 Q  Okay.  And in the next paragraph, in 73, it   15:15
17 says that:                               15:15
18     "In the chip switch circuit CS7 of the     15:15
19 SDRAM D7" -- and -- "SDRAM D15, the switch sa which is  15:15
20 given the set indication signal D715 and the second   15:15
21 group" -- "is put in an off state."         15:15
22     Right?                             15:15
23 A  The conversely bothers me.  There's something  15:15
24 I haven't read about the opposite of that.  Is it in  15:15
25 72?                                     15:15

                                        Page 130

**Page 131**

1  Q  Uh-huh.                              15:15
2  A  (Reading document.)                    15:15
3      Okay.  I vaguely understand what's going on,  15:16
4  but go ahead.                            15:16
5  Q  Okay.  So returning to Figure 4, so do you   15:16
6  understand from that description that SDRAM 15 along  15:16
7  TSV15 is enabled?                        15:16
8      MR. RUECKHEIM:  Object to the form, and    15:16
9  beyond the scope.                        15:16
10     THE WITNESS:  I'm sorry.  All I saw in the  15:16
11 description was something was turned on.  Something   15:16
12 was turned off.  I -- I -- I don't see the   15:16
13 connectivity yet.                        15:16
14     I need to look at this patent and study it.  15:16
15 I -- I'm sorry.  I -- very difficult for me to answer  15:17
16 these questions.                         15:17
17     MR. TEZYAN:  Q.  Can you please return to the  15:17
18 '918 patent.                             15:17
19 A  Exhibit what?                         15:17
20 Q  That is Exhibit 4.                     15:17
21 A  I have it.                           15:17
22 Q  Okay.  And if you'll bear with me just a     15:17
23 second.                                  15:17
24     Could you please go to column 24, line 60.  15:18
25 A  Okay.  I see at line 60.  It starts:        15:18

                                        Page 131

**Page 132**

1      "The memory system 1010."              15:18
2      Is that correct?                      15:18
3  Q  Yeah, that's correct.                   15:18
4      Could you review this passage to yourself.  15:18
5  A  Yes, I will.                          15:18
6      (Reading document.)                    15:18
7      And the passage you referred to is just that  15:19
8  one paragraph; is that correct?            15:19
9  Q  Yes, sir.  The paragraph that ends on       15:19
10 column 25, line 7.                       15:19
11 A  That's fine.  I have reviewed it.          15:19
12 Q  Okay.  So the passage says that:           15:19
13     "The memory system 1010 may transition from  15:19
14 the first state to the second state in response to a  15:19
15 trigger condition, such as when the memory system 1010  15:19
16 detects that there is a power interruption (e.g.,  15:19
17 power failure or reduction) or a system hang-up."  15:19
18     Right?                             15:19
19 A  That's correct.                       15:19
20 Q  So would a person of ordinary skill in the   15:19
21 art understand that in the second state, the module  15:19
22 may be in, for example, a power failure?    15:19
23     MR. RUECKHEIM:  Object to the form.        15:19
24     THE WITNESS:  Ask your question again,     15:20
25 please.                                  15:20

                                        Page 132

**Page 133**

1      MR. TEZYAN:  Q.  Would a person of ordinary  15:20
2  skill in the art understand that in the second state,  15:20
3  the memory module may be in, for example, a power  15:20
4  failure?                                 15:20
5      MR. RUECKHEIM:  Same objection.           15:20
6      THE WITNESS:  I'm reading the text, and it  15:20
7  says that it may transition from the first state to  15:20
8  the second state, such as when the memory system  15:20
9  detects that there is a power interruption; for  15:20
10 example, power failure.                   15:20
11     I think that what you're asking is, is it  15:20
12 true that the patent teaches that?          15:20
13     As far as I can tell, the answer is yes.    15:20
14     MR. TEZYAN:  Okay.  Let me ask a slightly  15:20
15 different question then.                   15:21
16 Q  Does the patent teach that the memory module  15:21
17 in the second operable state can be a state in which  15:21
18 there is a power reduction?                15:21
19     MR. RUECKHEIM:  Object to the form, and    15:21
20 beyond the scope.                        15:21
21     THE WITNESS:  A power reduction?          15:21
22     (Reading document.)                    15:21
23     I'm looking at information that may be useful  15:21
24 to answer at column 20.  And the information says the  15:22
25 trigger condition -- it describes a trigger condition  15:23

                                        Page 133

34 (Pages 130 - 133)

1 in the first sentence, and it says that the -- for    15:23
2 example, power failure.    15:23
3     So I'm informed that the trigger condition    15:23
4 can be a power failure.  It does describe certain    15:23
5 embodiments, but it doesn't describe for all.    15:23
6     Then it says something about the power module    15:23
7 may switch, but it doesn't relate the switch to the    15:23
8 trigger condition.  It says that the -- when no power    15:23
9 failure is detected, the power module may provide    15:23
10 power to certain components, maybe not others.    15:23
11     So it -- the power module trigger could be a    15:23
12 power failure, but it's not necessarily, and it may    15:23
13 not be in every embodiment.  So I -- I don't have a    15:23
14 firm view of what the trigger condition might be.    15:23
15     MR. TEZYAN:  I'll just object that that's    15:24
16 nonresponsive, because I didn't ask about the trigger    15:24
17 condition, and I'll move to strike.    15:24
18     THE WITNESS:  Well, I'm sorry.  Ask your    15:24
19 question again, and I'll do my best to answer it.    15:24
20     MR. TEZYAN:  Yeah.  No problem.    15:24
21     Q  Let me direct your attention back to    15:24
22 column 24.  And actually, more specifically, column    15:24
23 25.  This is line 3 through 7.    15:24
24     And -- and so one example here that it    15:24
25 discusses with the trigger condition is a power    15:24

Page 134

1 reduction; right?    15:24
2     It says:    15:24
3     "(e.g., power failure or reduction)."    15:24
4     A  That's --    15:24
5     Q  Correct?    15:24
6     A  -- that's correct.  That's right.    15:24
7     Q  Okay.  So with that in mind, does the patent    15:24
8 teach that the memory module in the second operable    15:24
9 state can be a state in which there is a power    15:24
10 reduction?    15:24
11     MR. RUECKHEIM:  Object to the form.    15:24
12     THE WITNESS:  Ask your question again,    15:25
13 please.    15:25
14     MR. TEZYAN:  Sure.    15:25
15     Q  Does the patent teach that the memory module    15:25
16 in the second operable state could be in a state where    15:25
17 there is a power reduction?    15:25
18     MR. RUECKHEIM:  Object to the form.    15:25
19     THE WITNESS:  Are you talking about the whole    15:25
20 memory module?    15:25
21     MR. TEZYAN:  Correct, sir.    15:25
22     THE WITNESS:  And your question again was, if    15:26
23 you have a power interruption, something happens.    15:26
24 What was the hypothesis?    15:26
25     If you have a power reduction, then --    15:26

Page 135

1     MR. TEZYAN:  Q.  So the question was:  Does    15:26
2 the patent teach that the memory module in the second    15:26
3 operable state could be in a state where there's a    15:26
4 power reduction?    15:26
5     MR. RUECKHEIM:  Object to the form.    15:26
6     THE WITNESS:  I'm informed by lines 54    15:26
7 through 58 of that same paragraph -- of the same    15:27
8 column 25 -- let me see.    15:27
9     Oh, I'm sorry.  I messed it up.    15:28
10     At line 54, it says:    15:28
11     "Power may be supplied to the volatile memory    15:28
12 subsystem 1030 from a first power supply (e.g., a    15:28
13 system power supply) when the memory system 1010 is in    15:28
14 the first state and from a second power supply 1080    15:28
15 when the memory system 1010 is in the second state."    15:28
16     So this question is when the power supply is    15:28
17 in the second state, it can supply power to the    15:29
18 volatile memory system.  And from what we saw earlier,    15:29
19 it can reach that second state by a power reduction.    15:29
20 And that's -- I think that teaches what you're asking    15:29
21 about.    15:29
22     MR. TEZYAN:  Yeah, let me just -- my -- my    15:29
23 question is not intended to be tricky, sir.  So let me    15:29
24 just make it a little clearer.    15:29
25     Q  If we'd go back to row 3 -- sorry -- line 3    15:29

Page 136

1 of column 25, right, it says that:    15:29
2     "The memory system 1010 may transition from    15:29
3 the first state to the second state in response to a    15:29
4 trigger condition, such as when the memory system 1010    15:29
5 detects that there is a power interruption (e.g.,    15:29
6 power failure or reduction) or a system hang-up."    15:29
7     And my question is:  Would a person of    15:29
8 ordinary skill in the art reading the specification of    15:29
9 the '918 patent understand that the second operable    15:30
10 state could refer to a state in which there is a power    15:30
11 reduction?    15:30
12     MR. RUECKHEIM:  Object to the form.    15:30
13     THE WITNESS:  There are lots of "if"s and    15:30
14 "but"s and things.  It may transition, and this is in    15:30
15 certain embodiments.  All I can say is that in certain    15:30
16 embodiments, there may be a transition to the second    15:30
17 state when there is a power reduction.    15:30
18     MR. TEZYAN:  Q.  Memory modules typically    15:30
19 have memory devices on them; right?    15:31
20     A  Yes, that is correct.    15:31
21     Q  And -- and those memory devices require power    15:31
22 to operate; right?    15:31
23     A  No.    15:31
24     Q  They can operate without power?    15:31
25     A  Well, your word "operate" bothers me.    15:31

Page 137

35 (Pages 134 - 137)

1 There's non-volatile memory, and part of its operation 15:31
2 is storage. It's true that non-volatile memory can 15:31
3 store data without power. 15:31
4 Q. Okay. So let's just say on a memory module, 15:31
5 we have volatile memory and non-volatile memory; 15:31
6 right? 15:31
7 A. You'll have to repeat that. 15:31
8 Q. Let's say on a memory module, we have 15:32
9 volatile memory and non-volatile memory? 15:32
10 A. It has volatile and non-volatile memory on 15:32
11 this module? 15:32
12 Q. Yes. 15:32
13 A. Yes. 15:32
14 Q. The volatile memory will require power to 15:32
15 operate; is that right? 15:32
16 A. Yes. 15:32
17 Q. Okay. So if there is a power loss, the 15:32
18 volatile memory will no longer operate; is that right? 15:32
19 A. The answer is "yes" and "no." 15:32
20 Q. What do you mean? 15:32
21 A. When you say "will no longer operate," the 15:32
22 answer is, it will be able to operate for a little 15:32
23 bit, for a while. Okay. 15:32
24 Q. Why would it be able to operate for a while? 15:32
25 A. When there is a power failure, there may be 15:32

Page 138

1 enough voltage available in storage devices sitting 15:32
2 around that will supply the power needed to operate it 15:33
3 until those storage devices and capacitors and 15:33
4 whatever exhaust their reserve power. 15:33
5 Q. Okay. So in that scenario, the memory -- 15:33
6 sorry. Let me make that question clearer. I 15:33
7 withdraw. 15:33
8 So in that scenario, the volatile memory 15:33
9 would still be operating; right? 15:33
10 A. Which scenario, now? 15:33
11 Q. The scenario where there is a power failure, 15:33
12 it's your testimony that the volatile memory would 15:33
13 still be operating; right? 15:33
14 A. For a while, not -- not indefinitely. 15:33
15 Q. And the non-volatile memory would be 15:33
16 operating as well; right? 15:33
17 A. In the sense that its operation allows it to 15:34
18 store data without losing it. And in that -- if that 15:34
19 satisfies your definition of operation, it will be 15:34
20 operating. 15:34
21 Q. What are some examples of non-volatile 15:34
22 memory? 15:34
23 A. Flash memory. 15:34
24 Q. Is a register an example of non-volatile 15:34
25 memory? 15:34

Page 139

1 A. Depends. 15:34
2 Q. Depends on what? 15:34
3 A. The register can be maintained in a state 15:34
4 after you lose power if it is programmed to -- like in 15:34
5 an FPGA, to retain state when it loses power. And you 15:34
6 can do that essentially by storing or not storing 15:34
7 charge in various places. 15:34
8 Q. Okay. So would a person of ordinary skill in 15:34
9 the art understand that a non-volatile memory that's 15:35
10 part of an FPGA could be a register? 15:35
11 MR. RUECKHEIM: Object to the form. 15:35
12 THE WITNESS: I think a person of ordinary 15:35
13 skill in the art, if asked that question, would 15:35
14 consider the options of how one might build that and 15:35
15 would decide, Yeah, I can build a register that is 15:35
16 non-volatile on an FPGA if I could do this and this 15:35
17 and this on the FPGA. 15:35
18 MR. TEZYAN: Q. Let's jump to paragraph 37 15:35
19 of your declaration. And that's Exhibit 1. 15:36
20 A. I'm at 37, and this is the proposed 15:36
21 construction for driver size. 15:36
22 Q. Yes, sir. 15:36
23 So Micron's proposed construction is that: 15:36
24 "The physical dimensions of the second driver 15:36
25 being different from the physical dimensions of the 15:36

Page 140

1 first driver." 15:36
2 Do I have that right? 15:36
3 A. You do. 15:36
4 Q. What do you mean by "physical dimensions"? 15:36
5 A. Physical dimension is length, width, area, 15:36
6 the physical size of the driver on the die. 15:37
7 Q. What is it that you believe the physical size 15:37
8 is comprised of? 15:37
9 MR. RUECKHEIM: Object to the form. 15:37
10 THE WITNESS: You measure it. You -- you 15:37
11 look at the driver on the die, and you find it's so 15:37
12 many millimeters by so many millimeters. Those are 15:37
13 physical dimensions. 15:37
14 MR. TEZYAN: Okay. 15:37
15 Q. Let's jump to paragraph 42 of your 15:38
16 declaration. 15:38
17 A. Okay. Okay. 15:38
18 Q. And you say that: 15:38
19 "'Driver size' refers to the physical 15:38
20 dimensions of the driver such as the following 15:38
21 portions of the specification below which refers to 15:38
22 the amount of space a driver takes up on a die or the 15:38
23 number of physical transistors directly relating to 15:38
24 the size of the die." 15:38
25 Is that right? 15:38

Page 141

36 (Pages 138 - 141)

| | |
|---|---|
| 1   A  That's what I say.  That's correct.        15:38 | 1      So again, it says that space and power that    15:41 |
| 2   Q  Okay.  So if you have a driver circuit that   15:38 | 2   you have are related, but they're not the same, and it  15:41 |
| 3   has a set of transistors, what is the size of that   15:38 | 3   distinguishes the space from power.              15:41 |
| 4   driver circuit?                          15:38 | 4      But we're not even done yet.  Let's open the   15:42 |
| 5   A  It's the physical dimension of the driver.    15:39 | 5   patent, the '160 patent.                      15:42 |
| 6   Q  So is it the combination of those two      15:39 | 6      Do we have an exhibit for it?              15:42 |
| 7   transistors?                            15:39 | 7      Or the '060.  We have an '060, Exhibit 9.     15:42 |
| 8   A  Those two transistors will lie in an area      15:39 | 8   Can we look there?                          15:42 |
| 9   that you identify as the driver.  The size of the   15:39 | 9   Q  Sure.                              15:42 |
| 10  driver is the -- is related to the length and width of 15:39 | 10  A  Just a moment.  I'll still looking.          15:43 |
| 11  that area that -- that encloses those transistors.   15:39 | 11  Q  That's fine.  Take your time.              15:43 |
| 12  Q  Okay.  Let me put it another way.  Say you   15:39 | 12  A  I got it.  It's on -- it's on column 4.        15:43 |
| 13  have a driver circuit that comprises a number of   15:39 | 13  Q  Okay.                              15:43 |
| 14  transistors; let's say ten transistors.           15:39 | 14  A  Okay.  Let me -- I lost it for a second.  I    15:43 |
| 15  A  Okay.                            15:39 | 15  took my...                               15:43 |
| 16  Q  And then for a particular load, you use a    15:39 | 16     Ah, it's in column 17.  I was looking in the   15:43 |
| 17  subset of transistors; say, two transistors.  And for  15:39 | 17  wrong place.                             15:44 |
| 18  other loads, you use all of the transistors; i.e., ten 15:39 | 18  Q  Okay.                              15:44 |
| 19  transistors.                            15:40 | 19  A  Oh, I think we already have this.           15:44 |
| 20     Are you with me so far?                 15:40 | 20     There was one other place.  This is in my     15:44 |
| 21  A  So far.                           15:40 | 21  report, column 17.                          15:44 |
| 22  Q  Okay.  In that circumstance, what is the     15:40 | 22  Q  Uh-huh.                            15:44 |
| 23  physical dimension of the driver?              15:40 | 23  A  A larger driver also consumes -- let me see    15:44 |
| 24  A  The length and width of the area that's      15:40 | 24  if I can find what I'm looking for.  Now I know what  15:44 |
| 25  occupied by those transistors.               15:40 | 25  to look for.                             15:45 |
| Page 142 | Page 144 |

| | |
|---|---|
| 1   Q  So all ten transistors?                 15:40 | 1      Ah, I did find it.  This is in column 4.  I    15:45 |
| 2   A  If they -- if they are in that driver, then    15:40 | 2   just didn't see it.  I'm looking at line 22:       15:45 |
| 3   all ten transistors.                       15:40 | 3      "In certain embodiments, reducing one or both  15:45 |
| 4   Q  So are you saying that the driver size       15:40 | 4   of driver size and driver power consumption may be    15:45 |
| 5   doesn't depend on how many transistors are used to   15:40 | 5   accomplished by increasing the number of die        15:45 |
| 6   actively drive a load?                      15:40 | 6   interconnects" --                          15:45 |
| 7   A  I think that's answered right here by the     15:40 | 7      Et cetera, et cetera.                    15:45 |
| 8   patent itself.  We're on the page.  Okay.  I would   15:40 | 8      But I want to point out that this sentence     15:45 |
| 9   like you to look at the top of page 15 in my report   15:40 | 9   distinguishes driver size from driver power.  They are 15:45 |
| 10  where there's a quote.  And it's the last sentence of  15:40 | 10  different.  It says "one or both of."             15:46 |
| 11  that quote says:                          15:40 | 11     So I've given you three places where the      15:46 |
| 12     "However, generally a larger driver not only   15:40 | 12  patent teaches that size is what they're interested   15:46 |
| 13  consumes more space on the control die, but also      15:40 | 13  in.  And that's distinguished from power, but they're  15:46 |
| 14  consumes more power."                      15:41 | 14  related.  That's my testimony.                 15:46 |
| 15     Now, what this teaches is that we're talking   15:41 | 15  Q  Is driver power consumption the same thing as   15:46 |
| 16  about space on the control die.  And more often than   15:41 | 16  driver strength?                          15:46 |
| 17  not, maybe when you have bigger space, you can do more 15:41 | 17  A  I haven't opined on that.  Here, the patent    15:46 |
| 18  power.  But it is distinguishing space from power or   15:41 | 18  teaches about power.  I think one of ordinary skill in  15:47 |
| 19  strength.                              15:41 | 19  the art might believe that strength and power are     15:47 |
| 20     We're not done.  Go down.  There are three    15:41 | 20  related.  That's a reasonable position to take for a   15:47 |
| 21  quotes on that page.  Let's take a look at the last    15:41 | 21  person of ordinary skill in the art.  If we get down   15:47 |
| 22  quote.  You see where they have bold text?  Then after 15:41 | 22  to places where they actually may be different, well,  15:47 |
| 23  the bold text, it says:                      15:41 | 23  okay.  That can happen, too.                  15:47 |
| 24     "A larger driver often consumes more power    15:41 | 24  Q  Okay.  So just so the record is clear,        15:47 |
| 25  than a smaller driver."                     15:41 | 25  because I asked the short question and got a helpful   15:47 |
| Page 143 | Page 145 |

37 (Pages 142 - 145)

**Page 146**

1  but long answer, is it your testimony that the driver  15:47
2  size doesn't depend on how many transistors are  15:48
3  actively being used?  15:48
4     A  The driver size in this patent is taught to  15:48
5  be the area of the driver or the physical dimensions  15:48
6  of the driver.  And so it does not depend on the  15:48
7  number of transistors that are actually being used.  15:48
8     Q  Okay.  So if only two of the ten transistors  15:48
9  are used to drive a load, is the physical size of the  15:48
10  driver determined by the ten transistors or the two  15:48
11  transistors?  15:48
12     A  Are you saying that you'll never use  15:48
13  transistors?  Is that your assumption?  15:48
14     A  No.  15:48
15        I'm just saying for purposes of my  15:48
16  hypothetical, right, you have a driver that's composed  15:48
17  of ten transistors; right?  15:48
18     A  I understand.  15:48
19     Q  Okay.  And for the particular load that's on  15:48
20  this driver, you're using two of the ten transistors  15:49
21  for driving.  15:49
22        Does that make sense?  15:49
23     A  That makes sense.  15:49
24     Q  Okay.  So if only two of the ten transistors  15:49
25  are used to drive a load, is the physical size of the  15:49

**Page 147**

1  driver determined by the ten transistors or the two  15:49
2  transistors?  15:49
3     A  I asked a question:  Do you ever turn on all  15:49
4  ten transistors?  15:49
5     Q  You could.  But in this situation, you're  15:49
6  just using two.  15:49
7     A  I think you answered my question.  If you can  15:49
8  turn on all ten, the driver size is related to the  15:49
9  load that you can drive.  And if you're going to drive  15:49
10  ten transistors, you have to have enough area to  15:49
11  dissipate the power they generate.  And once you have  15:49
12  that area, even if you only use two, you've got the  15:49
13  area, because you're committed to the area for the  15:49
14  ten.  15:49
15     Q  Okay.  So the answer to my question is that  15:49
16  if you have a driver that's composed of ten  15:49
17  transistors, regardless of whether you're driving two  15:49
18  or ten of them, the driver size is ten transistors?  15:50
19     A  No.  The driver size is the physical  15:50
20  dimension of the driver.  15:50
21     Q  Okay.  Sorry.  I withdraw the question.  15:50
22        So let me just ask the original question  15:50
23  again:  If only two of the ten transistors are used to  15:50
24  drive a load, is the physical size of the driver  15:50
25  determined by the ten transistors?  15:50

**Page 148**

1     A  I don't know exactly, but the answer is it  15:50
2  could be.  15:50
3     Q  Okay.  When would it not be determined by  15:50
4  those ten transistors?  15:50
5     A  Ask your question again, because I think I  15:50
6  misunderstood it.  15:50
7     Q  Sure.  15:50
8        The -- the question is -- and I think I know  15:50
9  the answer, based on your testimony, but I just want  15:50
10  to make sure we're absolutely clear.  15:50
11        So if only two of the ten transistors are  15:50
12  used to drive a load, is the physical size of the  15:50
13  drive -- the driver determined by ten transistors or  15:51
14  two transistors?  15:51
15     A  My answer is going to be determined by the  15:51
16  two transistors, because the size of the driver has to  15:51
17  be able to dissipate the power of whatever is in  15:51
18  there.  And if those two transistors are driving like  15:51
19  mad, and that would -- might be the case, then you  15:51
20  have to make enough area to dissipate the heat.  15:51
21        You just told me that you're never going to  15:51
22  drive the other eight, if I understand the hypothesis.  15:51
23     Q  No.  15:51
24        So --  15:51
25     A  Okay.  15:51

**Page 149**

1     Q  -- I'll -- I'll -- I'll ask the question  15:51
2  again:  You have -- you have a driver that is  15:51
3  comprised of ten transistors; right?  15:51
4     A  Yes.  15:51
5     Q  Okay.  And you can use the ten transistors to  15:51
6  drive a load, or you can use a subset of those  15:51
7  transistors, in this example two, to drive a load.  15:51
8     A  I understand.  15:52
9     Q  Okay.  In this hypothetical, is the physical  15:52
10  size of the driver determined by the ten transistors  15:52
11  or the two transistors?  15:52
12     A  If you ever turn on the ten transistors,  15:52
13  that's a heavier load than the two.  You must design  15:52
14  the driver to have an area that can dissipate the  15:52
15  power of ten transistors all being on.  15:52
16     Q  Okay.  So regardless of whether it's the two  15:52
17  transistors driving a load or the ten transistors  15:52
18  driving a load, to you, it's just a single driver?  15:52
19        MR. RUECKHEIM:  Object to the form.  15:52
20        THE WITNESS:  I'm sorry.  The -- I need to  15:52
21  know the hypothesis.  We have one -- one transistor in  15:52
22  a driver; is that correct?  15:53
23        MR. TEZYAN:  No.  15:53
24     Q  So the -- it's -- it's the same example as  15:53
25  before where you have a ten-transistor driver, right,  15:53

Page 150

1  where a subset of them can be used to drive the load,  15:53
2  or all ten can be used to drive the load; right?  15:53
3      A  I got it.  15:53
4      Q  Okay.  And in -- in that example, you're  15:53
5  saying that it's the same driver of the same physical  15:53
6  size, whether you use the subset or whether you use  15:53
7  all ten of them; right?  15:53
8      A  That's correct.  15:53
9          (Document remotely marked Exhibit 13  15:54
10           for identification.)  15:54
11      MR. TEZYAN:  Q.  Can you please refresh your  15:54
12  Exhibit Share.  15:54
13      A  Okay.  15:54
14      Q  I've marked another exhibit.  It's  15:54
15  Exhibit 13.  Please let me know when you have it.  15:54
16      A  Okay.  I see it in my -- in my computer as  15:54
17  the name of the document.  I've just loaded it up, and  15:55
18  I'm about to download.  15:55
19          Okay.  I've downloaded it.  I'm about to open  15:55
20  it.  15:55
21          I have it open.  15:55
22      Q  Okay.  And this is U.S. Patent No. 7,969,192  15:55
23  to Wyman et al.; is that right?  15:55
24      A  That's correct.  15:55
25      Q  And I -- I mean, take -- take a minute to  15:55

Page 151

1  look over the document.  But I -- I just want to ask  15:55
2  you questions about the driver circuit that's depicted  15:55
3  in Figure 3, just to understand your testimony on  15:55
4  driver size.  15:55
5      A  (Reading document.)  15:55
6          I have not studied this patent.  This is  15:56
7  going to be hard to respond.  I'll try.  Go ahead and  15:56
8  ask your question.  15:57
9      Q  Okay.  My question has to do with Figure 3 of  15:57
10  Wyman.  And in Figure 3, do you see the two triangles  15:57
11  in the center, 302-1 and 302-2?  15:57
12      A  I do.  15:57
13      Q  And those depict tristate driver circuits;  15:57
14  right?  15:57
15          And if you need to confirm that, you can go  15:57
16  to column 3, line 50.  15:57
17      A  I see a -- I see the enable 0 and enable 1  15:57
18  may -- so -- and the symbol is of a tristate driver.  15:57
19  Yes, I see that.  15:57
20      Q  Okay.  So if only 302-1 is enabled, what is  15:57
21  the size of the driver circuit?  15:57
22      MR. RUECKHEIM:  Object to the form.  15:57
23      THE WITNESS:  Okay.  This is on the die, and  15:57
24  it's through manufacturing; is that correct?  15:58
25      MR. TEZYAN:  Q.  Why would that make a  15:58

Page 152

1  difference?  15:58
2      A  Well, if we're looking at a die that has a  15:58
3  certain physical area for the driver, I can answer  15:58
4  your question.  But I don't know the context.  I don't  15:58
5  understand your question.  If the area is saying if  15:58
6  you enable 0 or if you enable both, I can't really  15:58
7  tell what you're talking about.  15:58
8      Q  You're saying the area could vary if you  15:58
9  enabled one of the drivers versus enabling both of the  15:58
10  drivers?  15:58
11      A  I'm asking you.  Are you telling me the area  15:58
12  doesn't vary?  Is that correct?  15:58
13      Q  I'm -- I'm just asking you, sir, as a person  15:58
14  of ordinary skill in the art --  15:58
15      A  I haven't read the patent for sure.  I don't  15:58
16  know if he's talking about being able to vary the area  15:59
17  at some point.  15:59
18          The selection could be at design time or it  15:59
19  could be in the field.  If you're going to vary the  15:59
20  area at design time, then you would have drivers that  15:59
21  physically have different area on these -- on these  15:59
22  chips.  But if -- if you fix the area at some point  15:59
23  and you vary the enables in the field, that's a  15:59
24  different story.  15:59
25          I don't know which one applies.  15:59

Page 153

1      Q  Are you saying you vary the size of the  15:59
2  enables in the field?  Is that what you're saying?  15:59
3      A  If there were a way to vary the size of that  15:59
4  device in the field in some fashion -- I don't know  15:59
5  how they would do it.  I'm asking you, is that the  15:59
6  case?  At design time, I would understand.  But  15:59
7  maybe -- I haven't read the patent, so I don't know  15:59
8  about the area.  You'll have -- I'm asking you what  16:00
9  the -- what the answer is to that question.  16:00
10      Q  Okay.  But how would the size of one of those  16:00
11  drivers be varied in the field?  16:00
12      A  I think you've answered the question.  Your  16:00
13  hypothesis is that if this is changed in the field,  16:00
14  the area doesn't change.  16:00
15          Is that your hypothesis?  16:00
16      Q  No, sir.  16:00
17          I'm simply asking you:  What is the size of  16:00
18  this driver circuit 300?  16:00
19      MR. RUECKHEIM:  Object to the form.  16:00
20      THE WITNESS:  The drive -- the size of  16:00
21  circuit 300 is the size of the circuit on the die.  16:00
22  And that size may be different from die to die if you  16:00
23  could change the circuit from die to die at design  16:00
24  time.  16:00
25      MR. TEZYAN:  Okay.  16:01

39 (Pages 150 - 153)

| | Page 154 | | Page 156 |
|---|---|---|---|

1 Q Well, if we assume that driver circuit 300 is 16:01
2 fixed in area, and just one or both of these enable 0, 16:01
3 enable 1 drivers can be enabled or disabled, what 16:01
4 would be your answer? 16:01
5 MR. RUECKHEIM: Object to the form. 16:01
6 THE WITNESS: I'm not sure what the question 16:01
7 is. But I think the question is, what's the size of 16:01
8 the driver 300? Is that your question? 16:01
9 MR. TEZYAN: Let me put the question in 16:01
10 another way. 16:01
11 Q If the size of driver 300 is fixed in area, 16:01
12 does the driver size depend on whether either of these 16:01
13 enable 0 and enable 1 drivers is enabled or disabled? 16:02
14 MR. RUECKHEIM: Object to the form. 16:02
15 THE WITNESS: The driver size on the die 16:02
16 that's fixed is the dimension of the -- of that 16:02
17 driver. And the reason that it's a fixed dimension 16:02
18 when you can enable one or the other is that the 16:02
19 driver size has to be fixed to accommodate the 16:02
20 worst-case power dissipation. 16:02
21 If you design it for enable 0 only, and then 16:02
22 you drive it with both enable 0 and enable 1 driven -- 16:02
23 driving it, you can burn up the chip. So you design 16:02
24 for the worst case. 16:02
25 And therefore, you design for having enable 0 16:02

Page 154

1 A That's correct. 16:04
2 Q Understood. 16:04
3 Okay. I think we can take a break. 16:04
4 THE VIDEOGRAPHER: We are going to go off the 16:04
5 record. The time is 4:04 p.m. 16:04
6 And it's the end of Media Unit No. 7. 16:04
7 (Recess taken.) 16:17
8 THE VIDEOGRAPHER: We are going back on the 16:17
9 record. The time is 4:17 p.m. 16:17
10 And this is the start of Media Unit No. 8. 16:17
11 MR. TEZYAN: Welcome back, Dr. Stone. 16:17
12 Q Did you have any communications with your 16:17
13 counsel during the break? 16:17
14 A I did not. 16:17
15 Q Dr. Stone, the earliest of the patents you 16:17
16 analyzed has a priority date that goes back to 2007; 16:17
17 right? 16:17
18 A I believe so. I -- I -- that sounds right. 16:17
19 Q Okay. So earlier, I asked you about the 16:17
20 distinction between the term "rank" and the term 16:17
21 "bank." I believe I asked 2006, but, you know, circa 16:17
22 2006-2007. 16:17
23 Do you recall that discussion? 16:17
24 A I do. 16:17
25 MR. TEZYAN: Okay. I think if you refresh 16:17

Page 156

1 and enable 1 on if that could ever happen. That's the 16:02
2 size of the -- the driver 300. 16:02
3 MR. TEZYAN: Okay. 16:02
4 Q So let's say driver 300 is X at fabrication; 16:02
5 right? 16:03
6 If both enable 0 and enable 1 are on, the 16:03
7 driver size is still X; right? 16:03
8 A The driver size is the physical area. And by 16:03
9 enabling one or both of those drivers, you don't 16:03
10 change that physical area. So the driver size is 16:03
11 fixed. 16:03
12 Q So the answer to my question would be "yes"? 16:03
13 MR. RUECKHEIM: Object to the form. 16:03
14 THE WITNESS: Is there a question pending? I 16:03
15 don't -- 16:03
16 MR. TEZYAN: Q. Well, the question was that 16:03
17 if we say driver 300 has an area X, if enable 0 and 16:03
18 enable 1 are both on, the driver size is still X; 16:03
19 right? 16:03
20 A That's correct. 16:03
21 Q Okay. And if enable 0 is on but enable 1 is 16:03
22 off, the driver size is still X; right? 16:04
23 A That's correct. 16:04
24 Q Okay. And if vice versa, enable 1 is on but 16:04
25 enable 0 is off, driver size is still X? 16:04

Page 155

1 your Exhibit Share, you'll see I've marked Exhibit 16:17
2 No. 14. 16:18
3 (Document remotely marked Exhibit 14 16:18
4 for identification.) 16:18
5 MR. TEZYAN: Q. Let me know when you have 16:18
6 it, please. 16:18
7 A I see it now. 16:18
8 Q Okay. And Exhibit No. 14 is a document -- 16:18
9 A Let me do that. 16:18
10 Q Oh, go ahead. Sorry. 16:18
11 A I have it now on my screen. 16:19
12 Q Okay. And this is a document titled: 16:19
13 "Frequently Asked Questions." 16:19
14 Right? 16:19
15 A That's correct. 16:19
16 Q And on the bottom -- you can see on the 16:19
17 bottom of page 2, there is the Micron logo; correct? 16:19
18 A That's correct. 16:19
19 Q And it says "crucial.com"; right? 16:19
20 A That's correct. 16:19
21 Q And Crucial is a Micron brand; right? 16:19
22 A Say that question again. 16:19
23 Q Crucial is a Micron brand; right? 16:19
24 A I'm not aware. 16:19
25 Q Okay. So on page 2 where it says: 16:19

Page 157

40 (Pages 154 - 157)

1  "What is the difference between a 'bank' and  16:19
2  a 'rank'?"                    16:19
3    Do you see that?                16:19
4  A  I see that.                  16:19
5  Q  And it distinguishes between the term "bank"  16:19
6  and the term "rank" by saying:          16:19
7  "Banks are specific to individual DRAM    16:19
8  components and refer to sub-arrays within the DRAM  16:19
9  component.  Ranks are specific to memory modules and  16:20
10  refer to a sub-array made of multiple DRAM    16:20
11  components."                  16:20
12    Right?                  16:20
13  A  I see that.                  16:20
14  Q  Okay.  And so my question is:  Does this    16:20
15  distinction -- let me withdraw.            16:20
16    And I'll ask:  Would a person of ordinary    16:20
17  skill in the art have been aware of this distinction  16:20
18  between bank and rank?              16:20
19    MR. RUECKHEIM:  Object to the form, and    16:20
20  beyond the scope.                16:20
21    THE WITNESS:  Yeah, I need to know the date.  16:20
22    MR. TEZYAN:  Q.  You know, I don't know if  16:20
23  this document has a date.            16:20
24  A  It does.  It's 2023 copyright.  Okay.    16:20
25    So in 2023, a person of ordinary skill in the  16:20

Page 158

1  art would know the difference between bank and rank.  16:20
2  Q  Okay.  But is it your testimony that in 2007,  16:20
3  a person of ordinary skill in the art would not have  16:21
4  known this distinction?              16:21
5  A  I haven't justified that.  I don't know the  16:21
6  answer.                    16:21
7  Q  Okay.  Well, here, it says that ranks are    16:21
8  specific to DRAM components; is that fair?      16:21
9    MR. RUECKHEIM:  Object to the form.      16:21
10    THE WITNESS:  That's not fair.        16:21
11    MR. TEZYAN:  Okay.              16:21
12  Q  Why not?                  16:21
13  A  In my book, I talk about how to build SRAM    16:21
14  memories and also DRAM memories, and I have banks for  16:21
15  both.  And so at the time that I wrote the book in  16:21
16  1982, a bank would apply just as equally to a static  16:21
17  RAM as it would to a dynamic RAM.          16:21
18    (Document remotely marked Exhibit 15    16:22
19    for identification.)            16:22
20    MR. TEZYAN:  Q.  Dr. Stone, could you please  16:22
21  refresh your Exhibit Share.            16:22
22  A  Sure.                    16:22
23  Q  I've marked Exhibit 15.            16:22
24  A  We have Exhibit 15; is that correct?      16:23
25  Q  Yes, sir.                  16:23

Page 159

1  A  I'm uploading it.  Just one moment.      16:23
2    I have now opened Exhibit 15 in my PDF      16:23
3  reader.                    16:23
4  Q  Okay.  Exhibit 15 is titled:          16:23
5  "Synchronous DRAM Architectures,        16:23
6  Organizations, and Alternative Technologies."    16:23
7    Right?                  16:23
8  A  That's correct.                16:23
9  Q  Okay.  And the date of this paper is      16:23
10  December 10th, 2002; right?            16:23
11  A  That's correct.                16:23
12  Q  Okay.  Let's jump to page 2, please.      16:24
13  A  I haven't read this document.  May I have a    16:24
14  moment?                    16:24
15  Q  Yeah, certainly.              16:24
16  A  (Reading document.)            16:24
17    Okay.  What I'd like to say is I have scanned  16:27
18  this article.  I'm generally familiar with the      16:28
19  technology, but the details are very dense and      16:28
20  extensive.                  16:28
21    I'll do my best to answer the questions, but    16:28
22  I reserve the right to say, I'm sorry.  I just haven't  16:28
23  studied this carefully.              16:28
24  Q  Fair enough.                16:28
25    So on page 2, it says that:          16:28

Page 160

1  "The term 'DRAM' stands for dynamic random    16:28
2  access memory."                16:28
3    Do you see that?                16:28
4  A  I see that.                  16:28
5  Q  And it says:                16:28
6  "It is characterized as 'dynamic' primarily    16:28
7  because the values held in the memory array's storage  16:28
8  cells are represented by small electric charges that  16:28
9  slowly leak out of the circuit over time."      16:28
10    Right?                  16:28
11  A  I see that.                  16:28
12  Q  Okay.  So DRAM -- I'm sorry.  Let me rephrase  16:28
13  the question.                  16:28
14    A person of ordinary skill in the art would    16:28
15  understand that DRAM has memory cells; right?    16:28
16    MR. RUECKHEIM:  Object to the form, and    16:28
17  beyond the scope.                16:28
18    THE WITNESS:  I'm sorry.  Repeat your      16:29
19  question, please.                16:29
20    MR. TEZYAN:  Certainly.            16:29
21  Q  So a person of ordinary skill in the art      16:29
22  would understand that DRAM has memory cells; right?  16:29
23    MR. RUECKHEIM:  Same objection.        16:29
24    THE WITNESS:  I'm sorry.  I can't follow your  16:29
25  words.  "DRAM has," and then it got garbled.    16:29

Page 161

41 (Pages 158 - 161)

**Page 162**

1    MR. TEZYAN: I'm sorry. I'll try to speak 16:29
2 clearer. 16:29
3    Q  So a person of ordinary skill in the art 16:29
4 would understand that DRAM has memory cells; right? 16:29
5    MR. RUECKHEIM: Same objection. 16:29
6    THE WITNESS: Are you saying DRAM has memory 16:29
7 cells? You're swallowing that word. 16:29
8    MR. TEZYAN: Yes. 16:29
9    THE WITNESS: It has memory cells. 16:29
10    MR. TEZYAN: Q. And specifically, the 16:29
11 smallest unit within a DRAM is a memory cell; right? 16:29
12    A  I don't agree with that particularly. Where 16:29
13 do you see -- is that in this article? 16:30
14    Q  Yes. So if you'd scroll up to the figure 16:30
15 that's immediately above this paragraph. 16:30
16    A  Okay. Well, that -- that picture, it -- it 16:30
17 destroys your argument. That -- the smallest item in 16:30
18 the -- in this particular thing is not the storage 16:30
19 cell. It's either the transistor or the capacitor. 16:30
20    Q  Fair enough. 16:30
21    But the -- the smallest unit of -- of memory 16:30
22 is that storage cell that's comprised of the capacitor 16:30
23 and transistor; fair? 16:30
24    MR. RUECKHEIM: Object to the form of the 16:30
25 question; beyond the scope. 16:30

**Page 163**

1    THE WITNESS: In smallest -- I don't know how 16:30
2 you're measuring smallest. Is that physical? Is it, 16:30
3 as you say, strength? I -- I -- I don't know. 16:30
4    MR. TEZYAN: Okay. 16:30
5    Q  Take a look at the second column on this 16:31
6 page, and particularly in the middle of that first 16:31
7 full paragraph. And -- and feel free to take a moment 16:31
8 to read that paragraph to yourself, please, and let me 16:31
9 know when you're done. 16:31
10    A  (Reading document.) 16:31
11    I see that, yes. 16:31
12    Q  Okay. So my question is, there's the 16:31
13 sentence somewhere in the middle that says: 16:32
14    "Lastly, there is a chip-select network that 16:32
15 connects from the memory controller to every DRAM in a 16:32
16 rank (a separately addressable set of DRAMs)." 16:32
17    Do you see that? 16:32
18    A  I do. 16:32
19    Q  And so my question is: Would a person of 16:32
20 ordinary skill in the art in 2002 have known that a 16:32
21 rank specifically refers to a separately addressable 16:32
22 set of DRAMs as opposed to other non-DRAM memory? 16:32
23    MR. RUECKHEIM: Object to the form, and 16:32
24 beyond the scope. 16:32
25    THE WITNESS: If you -- I have to see how 16:32

**Page 164**

1 rank is used in the rest of this document, if you 16:32
2 don't mind. The document may talk about it in 16:32
3 different contexts. 16:32
4    MR. TEZYAN: Q. Yes, go ahead. 16:32
5    And let me direct you, for example, to 16:32
6 page 4, and that's Footnote 3. So Footnote 3, for 16:32
7 example, says: 16:33
8    "The number of banks within a rank is usually 16:33
9 equal to the number of banks within a single DRAM 16:33
10 device." 16:33
11    Do you see that? 16:33
12    A  I'm looking at Footnote 3 on page 4; is that 16:33
13 correct? 16:33
14    Q  Yes, sir. 16:33
15    A  Ask your question again. 16:33
16    Q  So this is distinguishing bank from rank; 16:33
17 correct? 16:33
18    A  No. 16:33
19    Q  In -- no? Why is that wrong? 16:33
20    A  The word "usually" is in the front -- the 16:33
21 first line of Footnote 3. I would say usually, it 16:33
22 distinguishes bank from rank. But "usually" means not 16:33
23 always. 16:33
24    Q  Okay. Fair enough. 16:33
25    Let's go to the above-the-line text where 16:34

**Page 165**

1 Footnote 3's call number is. And this is the sentence 16:34
2 that starts with: 16:34
3    "The first step in handling a read request is 16:34
4 for the memory controller to decompose the provided 16:34
5 data address into components that identify the 16:34
6 appropriate rank within the memory system, the bank 16:34
7 within that rank3, and the row and column inside the 16:34
8 identified bank." 16:34
9    So this is distinguishing a rank of memory 16:34
10 devices from a bank within one of those memory 16:34
11 devices; fair? 16:34
12    MR. RUECKHEIM: Object to the form, and 16:34
13 beyond the scope. 16:34
14    THE WITNESS: In this case, it does, but it 16:34
15 doesn't mean that they're always the same. It says 16:34
16 "typically" in the sec- -- in the third-to-last line, 16:34
17 and it says "typically one or more address bits," but 16:34
18 not necessarily. 16:34
19    MR. TEZYAN: Q. That sentence reads: 16:34
20    "The bank identifier is typically one or more 16:34
21 address bits." 16:34
22    Right? 16:34
23    A  That's what it says, but it doesn't say how 16:34
24 many there are. It could be none. 16:35
25    Q  Okay. Well, the previous sentence isn't 16:35

**Page 166**

1 referring to bank identifiers; right?                16:35
2      MR. RUECKHEIM:  Object to the form.           16:35
3      THE WITNESS:  All I'm saying is that if you   16:35
4 have 0 address bits for bank identifier, then rank and  16:35
5 bank will be the same.  Unusual.  Possible, yes.   16:35
6      MR. TEZYAN:  Okay.                            16:35
7 Q  But fair to say that generally by 2002, a      16:35
8 person of ordinary skill in the art would have     16:35
9 understood bank and rank to be different terms; fair?  16:35
10      MR. RUECKHEIM:  Object to the form; beyond   16:35
11 the scope.                                         16:35
12      THE WITNESS:  I believe that this is          16:35
13 consistent with "generally," yes.                  16:35
14      MR. TEZYAN:  Okay.                            16:35
15 Q  So returning to page 2 and that sentence:       16:35
16 "Lastly, there is a chip-select network that        16:35
17 connects from the memory controller to every DRAM in a  16:36
18 rank (a separately addressable set of DRAMs)."      16:36
19 A  I got lost.  Where are you reading from?        16:36
20 Q  This is the middle of page 2, the sentence      16:36
21 that starts "Lastly" in the first full paragraph on  16:36
22 the right column.                                  16:36
23 A  Right column.  Got it.                          16:36
24 Q  And he says:                                    16:36
25 "Lastly, there is a chip-select network that        16:36

**Page 167**

1 connects from the memory controller to every DRAM in a  16:36
2 rank (a separately addressable set of DRAMs)."      16:36
3 Do you see that?                                     16:36
4 A  I do.  I haven't confirmed that he's using       16:36
5 bank and rank separately through the whole document.  16:36
6 I don't know that's the case.                       16:36
7 Q  Yeah, go ahead.                                  16:36
8 A  Okay.  Go ahead and ask your question.           16:38
9 Q  So my question is:  Is it fair to say that by    16:38
10 2002, a person of ordinary skill in the art would   16:38
11 understand the term "rank" to refer to a set of DRAMs?  16:38
12      MR. RUECKHEIM:  Object to the form.           16:38
13      THE WITNESS:  The issue I have is that this   16:38
14 is the -- what they call extrinsic evidence.  And   16:38
15 based on this, a person of skill in the art may     16:38
16 believe one thing.  But with extrinsic evidence, there  16:38
17 may be other documents that say the opposite.        16:38
18 This is not directly what is taught in the          16:38
19 patent unless you can identify where it is in the    16:38
20 patent.                                             16:38
21 So I -- I will say, based on this, the answer       16:38
22 could be "yes," but it also could be "no" if I had   16:38
23 access to the extrinsic evidence at the time.        16:38
24      MR. TEZYAN:  Okay.                            16:39
25 Q  Are you aware of any extrinsic evidence from     16:39

**Page 168**

1 2002 onwards where rank is used to refer to a set of  16:39
2 non-DRAM devices?                                  16:39
3 A  That was not a task that I was assigned, so I    16:39
4 did not look into that.  I do not at this -- as I sit  16:39
5 here today, I do not know the answer to that question.  16:39
6 Q  Do any of the documents referenced in your       16:39
7 declaration use the term "rank" to refer to a set of  16:39
8 non-DRAM memory devices?                           16:39
9 A  I will look at my -- I -- I didn't look for      16:39
10 rank and -- and bank in the documents I cited in    16:39
11 the -- in my declaration.  So I don't know if the    16:39
12 answer is "yes" or "no."                           16:39
13 Q  The question wasn't about bank.  It was about    16:39
14 non-DRAM memory devices.  So I'll just go ahead and  16:39
15 ask it again.                                      16:39
16 A  Okay.  Go ahead.                                16:39
17 Q  Do any of the documents referenced in your       16:39
18 declaration use the term "rank" to refer to a set of  16:40
19 non-DRAM memory devices?                           16:40
20      MR. RUECKHEIM:  Object to the form.           16:40
21      THE WITNESS:  I actually didn't check on      16:40
22 that.  I don't know.  I don't know the answer.       16:40
23      MR. TEZYAN:  Q.  Dr. Stone, how long have you  16:40
24 been working in the memory industry?               16:40
25 A  My first memory design with integrated          16:40

**Page 169**

1 circuits was 1973 or 1974.  And I continued with     16:40
2 memory design through my retirement at IBM in 2001.  16:40
3 Subsequently, I've been engaged as an expert witness  16:40
4 analyzing documents that involve memory design.      16:40
5 So I would say almost continually since 1973         16:40
6 or '74 I've been involved with memory design, either  16:40
7 doing it myself or analysis of memory designs.       16:40
8 Q  Okay.  I think I'm about done, but there's       16:41
9 just one set of questions I want to go back to to    16:41
10 clarify, if I may.                                 16:41
11 Can we please go back to Exhibit 7.                16:41
12 A  Okay.                                           16:42
13 Q  I just have one clarifying question.             16:42
14 A  I have it in front of me.                        16:42
15 Q  And could we go to paragraph 63, please.         16:42
16 A  Let me confirm that I -- this is my --           16:42
17 Exhibit 7 is my declaration, I believe?  Yes.        16:42
18 Q  Yes, sir.  It's your declaration in             16:42
19 IPR2018-00363.                                     16:42
20 A  Okay.  And what -- and we're going to           16:42
21 paragraph -- what paragraph?                        16:42
22 Q  63.                                             16:42
23 A  53.                                             16:42
24 Q  63.  So that's on PDF page 30.                  16:42
25 A  I have 63 on page 30, yes.                      16:42

43 (Pages 166 - 169)

1    Q  And earlier, we were discussing a series of    16:43
2  hypotheticals where the memory controller may or may    16:43
3  not experience certain load of the memory devices.    16:43
4        Do you recall that conversation?    16:43
5    A  I do.    16:43
6    Q  Okay.  So I just want to clarify with this    16:43
7  one specific example, just so I make sure I understand    16:43
8  your testimony.    16:43
9        In this situation where there is the X,    16:43
10  right, data path B is -- is disabled; right?    16:43
11        And if you want to confirm that, you can    16:43
12  read --    16:43
13    A  I didn't see the figure you're talking about.    16:43
14    Q  Oh, I'm sorry.  So it's --    16:43
15    A  Figure 5; right?    16:43
16    Q  Correct.  It's Figure 5.    16:43
17        And you can read paragraph 64 if that will --    16:43
18    A  Okay.    16:43
19    Q  -- help.    16:43
20    A  And it's on page 31 that you're referring to?    16:43
21    Q  Yes, sir.    16:43
22    A  And I see the X.  Now ask your question.    16:43
23    Q  So my question is:  The X indicates that data    16:43
24  path B is disabled; right?    16:43
25    A  That's correct.    16:44

Page 170

1    Q  Okay.  So if data path B is disabled, how    16:44
2  many loads will the memory controller see in this    16:44
3  configuration?    16:44
4        MR. RUECKHEIM:  Object to the form.    16:44
5        THE WITNESS:  Memory controller 518?    16:44
6        MR. TEZYAN:  Q.  Memory controller is 420 on    16:44
7  the bottom left.    16:44
8    A  System Memory Controller; is that correct?    16:44
9    Q  What's that?    16:44
10    A  420 you said to be System Memory Controller;    16:44
11  is that correct?    16:44
12    Q  Yes, sir.    16:44
13        And my question is:  How many loads will the    16:44
14  memory controller experience in this configuration?    16:44
15        Will it experience the loads of both Memory    16:44
16  Ranks A and C, or will it experience only one load?    16:44
17        MR. RUECKHEIM:  Object to the form.    16:44
18        THE WITNESS:  The memory controller will    16:45
19  experience at least the load of Y1.  But the load on    16:45
20  Y2 may be adjusted on line -- on -- on chip -- on chip    16:45
21  changing the -- the resistor.  That would be on die    16:45
22  control of the load.    16:45
23        And so because Y2 is disabled, if they change    16:45
24  the load on the driver 506, then the System Memory    16:45
25  Controller may see something different.    16:45

Page 171

1        But that go -- it actually goes through 518.    16:45
2  Are you asking what 518 sees or what, in this case,    16:45
3  420 sees?    16:45
4        MR. TEZYAN:  Q.  I'm asking what 420 sees.    16:45
5    A  It sees the load from 518.  I don't see how    16:45
6  what's happening with the X changes the load that 518    16:45
7  presents to the controller.    16:45
8    Q  518, if you look at paragraph 64, is just the    16:46
9  data line.    16:46
10        So maybe let me ask the question this way:    16:46
11  Is it the load of 503 that the memory controller will    16:46
12  experience?    16:46
13        MR. RUECKHEIM:  Object to the form.    16:46
14        THE WITNESS:  I have to -- I'm sorry.  I have    16:46
15  to make sure that 518 is what you say it is.    16:46
16        MR. TEZYAN:  Yeah.    16:46
17    Q  And that's paragraph 64.    16:46
18    A  So your assumption is that D is -- has no    16:47
19  active component in it; is that correct?    16:47
20    Q  That's right.    16:47
21    A  If it has no active component, now I    16:47
22  understand more of your question.    16:47
23        And what is your question again?    16:47
24    Q  My question is:  In -- in this configuration    16:47
25  where data is being driven along data path A from the    16:47

Page 172

1  memory controller, is the load that the memory    16:47
2  controller sees the load of 503?    16:47
3        MR. RUECKHEIM:  Object to the form.    16:47
4        THE WITNESS:  Well, the -- in both cases, it    16:47
5  sees the load of 503.  But that load may not be the    16:47
6  same in both cases.    16:47
7        MR. TEZYAN:  I'm sorry.    16:47
8    Q  What's the second case?    16:47
9    A  Well, you have a case where A is driving, and    16:47
10  a case in another figure where the 506 is driving, B,    16:48
11  and the -- or a case where neither of them are    16:48
12  driving.    16:48
13        But the -- the load that 503 sees is not the    16:48
14  sum of the loads on 504 and 506 if there is online die    16:48
15  termination, because the online die termination can    16:48
16  change the load of an inactive driver.    16:48
17    Q  Okay.  Would the load that the memory    16:48
18  controller sees increase in the absence of 503?    16:48
19        MR. RUECKHEIM:  Object to the form; beyond    16:48
20  the scope.    16:48
21        THE WITNESS:  In the absence of 503?    16:48
22        MR. TEZYAN:  Yes, sir.    16:48
23        THE WITNESS:  The memory controller is    16:48
24  driving memory; right?    16:48
25        MR. TEZYAN:  Yes, sir.    16:48

Page 173

44 (Pages 170 - 173)

1    THE WITNESS: And you're asking me, you don't  16:48
2  have 503 now that's driving memory? I don't know how  16:48
3  that's possible.                                    16:49
4    MR. TEZYAN: Q.  But 503 is a write buffer;  16:49
5  correct, sir?                                       16:49
6    You can confirm that in paragraph 64.          16:49
7    A  Okay.  And you're asking me to leave out the  16:49
8  write buffer; is that correct?                      16:49
9    Q  Well, let me ask you first: What does the  16:49
10  write buffer do in this implementation?             16:49
11    MR. RUECKHEIM: Object to the form.            16:49
12    THE WITNESS: It could do one of two things.  16:49
13  As a buffer, it -- it will receive in the --        16:49
14  regenerate. Another thing it can do is delay a clock  16:49
15  time if it's clocked. It doesn't have to be clocked,  16:49
16  but if it is clocked, it can delay.                 16:49
17    MR. TEZYAN: Okay.                             16:49
18    Q  And the question is just: If we were to take  16:49
19  this configuration in Figure 5 and remove write  16:49
20  buffer 503, would the load that the memory controller  16:49
21  sees increase or decrease?                          16:50
22    MR. RUECKHEIM: Object to the form.            16:50
23    THE WITNESS: I can't tell from the figure.    16:50
24    Okay.  Let me hypothesize that the load would  16:50
25  be the same, because somehow by magic, online die  16:50

Page 174

1  determination on Y2 is injected. So there is no load  16:50
2  caused by 506. And the load of 504 is identical to  16:50
3  the load of 503. In that case, there is no change.  16:50
4    That's hypothesis. I'm not saying that's  16:50
5  what's going to happen.                             16:50
6    Otherwise, I don't know what's going to  16:50
7  happen. I have to see the numbers.                  16:50
8    MR. TEZYAN: Q.  Let's jump to paragraph 66,  16:50
9  and maybe this can help clarify for me what's going  16:51
10  on. So you write that:                              16:51
11    "The '907 Patents' data transmission  16:51
12  circuits 416 [(red box)]] present a load [to the  16:51
13  memory controller 420] on the data lines 518 from the  16:51
14  write buffer 503 and the read buffer 509 ... that is  16:51
15  substantially the same as the load that one of the  16:51
16  memory devices 412 would present."                  16:51
17    Is that right?                                 16:51
18    A  Just a moment.                              16:51
19    That's a quote from the patent. So if you're  16:51
20  asking me if that's what I put in there as a quote  16:51
21  from the patent, that's what I put in there, yes.  16:51
22    Q  Okay.  Well, I'm asking: In the absence of  16:51
23  that write buffer 503, would the load that the memory  16:51
24  controller sees increase or decrease?              16:52
25    MR. RUECKHEIM: Object to the form.            16:52

Page 175

1    THE WITNESS: I'm missing some context here.  16:52
2  Just before Section D, the quote reads:              16:54
3    "That is substantially the same as the load  16:54
4  that the memory controller 420 would present."      16:54
5    I'm trying to find 420 in these figures.       16:54
6    Oh, there it is.  Now I got it.  Okay.  I got  16:54
7  it.                                                 16:54
8    Q  Okay.                                        16:56
9    A  I understand.  Now you can ask your question,  16:56
10  and I can answer it.                                16:56
11    Q  Okay.  My question was:  In the absence of  16:56
12  that write buffer 503, would the load that the memory  16:56
13  controller sees increase or decrease?              16:56
14    MR. RUECKHEIM: Object to the form.            16:56
15    THE WITNESS: Well, I'm not sure I can answer  16:56
16  that question exactly.                              16:56
17    But I am informed by this quote that the load  16:56
18  presented by 503 is deliberately set to be what the  16:56
19  system controller would see if there weren't the Y1,  16:56
20  Y2, and things like that.                           16:56
21    503 is designed to present a load similar to  16:56
22  a memory cell. I'll show you where that is.  Look at  16:56
23  paragraph 66 at the beginning, and it says:        16:56
24    "Data transmission circuits 416" -- "present  16:57
25  a load [to the memory]" -- "controller" -- on the  16:57

Page 176

1  lines -- on -- "data lines 518 from the write  16:57
2  buffer 503 and the read buffer 509 ... that is  16:57
3  substantially the same as the load that one of the  16:57
4  memory devices" --                                  16:57
5    That's by design.  Okay.  The designer says,  16:57
6  I know what the load is on memory, and I'm going to  16:57
7  make that load on 503.  And in going the reverse  16:57
8  direction, the same holds true. I don't have to  16:57
9  analyze that right now.                             16:57
10    So you're asking a hypothetical which just --  16:57
11  I don't understand how that hy- -- hypothetical  16:57
12  would -- would come into play.                      16:57
13    Here, we have the situation -- I'm looking at  16:57
14  the figure just above paragraph 64 -- where deliberate  16:57
15  design makes the load 503 equal to the memory.  16:57
16    And you're saying, Take it out.  What  16:57
17  happens?                                            16:57
18    I don't know.  I know that the designer  16:57
19  wouldn't want to do that.  Anything the designer would  16:57
20  put in would try to make that load the same as the  16:58
21  memory.  But I don't know what's there.             16:58
22    MR. TEZYAN: Okay.  Fair enough.              16:58
23    Q  My question was just whether you know or not  16:58
24  if taking out that write buffer 503 would increase or  16:58
25  decrease the load.                                  16:58

Page 177

45 (Pages 174 - 177)

1    For example, would you see the load of both    16:58
2  of those memory devices A and C?    16:58
3    A  I know that there are --    16:58
4    MR. RUECKHEIM:  Objection.    16:58
5    THE WITNESS:  -- several possibilities.    16:58
6  Okay.  If your -- I didn't mean to interrupt your    16:58
7  question.  Finish your question.    16:58
8    MR. TEZYAN:  Q.  No, sir.  That was the    16:58
9  question.  Go ahead.    16:58
10    A  Okay.  I know that there are several    16:58
11  possibilities, and they don't matter.    16:58
12    One possibility is the -- the on-chip    16:58
13  termination.  It makes the load of Y2 or Y1 the same    16:58
14  as the memory.  And then when you disable Y1 or Y2    16:58
15  you don't change a load.  That's a possibility.  Okay.    16:58
16    Another possibility is that there is still    16:59
17  some load in Y1 and Y2, but the combined load is the    16:59
18  same as the memory load.  So whether the Y1 or Y2 is    16:59
19  in tristate load, you fix the load so that the total    16:59
20  load is the same as memory.    16:59
21    These are various possibilities.    16:59
22    MR. TEZYAN:  Okay.  Just a few final    16:59
23  questions.    16:59
24    Q  Dr. Stone, have you designed memory modules?    16:59
25    A  I have.    16:59

Page 178

1    Q  What kind of memory modules?    16:59
2    A  Well, one that -- that's in my book.  But    16:59
3  more -- let me tell you a story about how I did a    16:59
4  design review and corrected a real problem.    16:59
5    If you look at my vitae, you'll see that I    16:59
6  was a consultant to Sperry.  Sperry made, at that    16:59
7  time, navigation computers for the nuclear fleet --    16:59
8  the strategic nuclear fleet.    16:59
9    They called me because they put a new    16:59
10  navigation computer in a -- in a nuclear sub, sent it    17:00
11  out for sea trials, and it failed sea trials.  So they    17:00
12  asked me to come.    17:00
13    I came, they showed me the board, and I knew    17:00
14  what the problem was.  I knew.  Okay.  So I didn't    17:00
15  know how Sperry designed their memory boards for their    17:00
16  personal computers.  I had no idea.    17:00
17    I told the people there to bring me in a    17:00
18  board designed for the personal computers, and they    17:00
19  did.  And so I -- for the first time in my life, I saw    17:00
20  that board, and I compared it to the navigation    17:00
21  computer board.  I held them up.    17:00
22    I said, Look, they're different.  And the    17:00
23  reason that the failure occurred in the fleet is    17:00
24  because the fleet navigation computer failed to follow    17:00
25  the rules for designing memory.  In fact, it failed to    17:00

Page 179

1  follow the rules that I had in my book.    17:01
2    Q  Can I ask where on your CV that is?    17:01
3    A  Pardon me?    17:01
4    Q  Can I ask where on your CV that's listed,    17:01
5  sir?    17:01
6    A  You should be looking at the -- I'll show you    17:01
7  where.  Chapter 4.  I'll bring it up in a minute.  I    17:01
8  just have one more sentence to say.    17:01
9    They redesigned the board.  It passed sea    17:01
10  trials.    17:01
11    Okay.  Let's show you where it is.    17:01
12    Q  Well, I can just cut to the chase and ask my    17:01
13  question:  What year was that, sir?    17:01
14    A  What year?  The year I did this was 1984,    17:01
15  1985, something on that -- or '83, '84, '85.    17:01
16    Q  Okay.  So have you ever designed DDR memory    17:01
17  modules?    17:01
18    A  I have.    17:01
19    Q  When?    17:01
20    A  When did I do that?    17:01
21    I was engaged in the design of a memory for    17:01
22  the IBM Power PC, and I was on the design team for    17:02
23  that memory.  So I personally didn't lay out the    17:02
24  memory design, but I did this while I was working at    17:02
25  IBM 1982, '83.  And that was DDR memory, an early    17:02

Page 180

1  version of it.    17:02
2    I'm sorry.  I got the wrong year.  1992 to    17:02
3  1993.    17:02
4    Q  Okay.  But fair to say you've never designed,    17:02
5  you know, DDR4 memory modules?    17:02
6    A  I have never designed DDR4 memory modules.    17:02
7  That is correct.    17:02
8    Q  Okay.  And the same with DDR5 memory modules,    17:02
9  I take it?    17:02
10    A  I have never designed DDR5 memory modules.    17:02
11    Q  And just a quick follow-up question on the    17:02
12  load reduction issues we were discussing a moment ago.    17:02
13  You said with on-die termination, the load on path A    17:03
14  or path B would change; correct?    17:03
15    A  That's what my testimony was, yeah.  On-die    17:03
16  termination changes how waves react when they touch a    17:03
17  device.    17:03
18    Q  Okay.  So would the memory controller see    17:03
19  more than one load if the write buffer 503 is not    17:03
20  there?    17:03
21    MR. RUECKHEIM:  Object to the form.    17:03
22    THE WITNESS:  I -- I have a lot of problems    17:03
23  with that.  The load can be expressed as the    17:03
24  impedance -- the input impedance of Y2, or it can be    17:03
25  expressed in another way.  So I'm not sure what you    17:03

Page 181

46 (Pages 178 - 181)

Page 182

1  mean by "load."                        17:03
2      MR. TEZYAN:  Q.  Let's -- let's start with    17:03
3  capacitive load.                       17:03
4      A  Capacitive load?                17:03
5      Q  Uh-huh.  So I'll just reframe my question    17:03
6  then.                                  17:04
7      A  Okay.                           17:04
8      Q  So would the memory controller see more than    17:04
9  one capacitive load if the write buffer 503 is not    17:04
10 there?                                 17:04
11     MR. RUECKHEIM:  Object to the form.    17:04
12     THE WITNESS:  If 503 is not there, there will    17:04
13 be capacitive load on the conductor that goes from 518    17:04
14 to one of the Y2s and Y1s.  It would see capacitive    17:04
15 load.  And that could be about the same as if 503 is    17:04
16 there, or it could be more if 503 is there -- I'm    17:04
17 sorry.                                 17:04
18     I don't -- putting 503 in the loop may or may    17:04
19 not increase the capacitive load, be- -- because the    17:04
20 lines may have to be rerouted to go to 503 before they    17:04
21 go to Y2, and they can be shorter if they go directly    17:04
22 to Y2.  Okay.                          17:04
23     So I don't know how the capacitors change    17:04
24 when you take 503 in or out.  You talk -- I can't    17:05
25 tell.                                  17:05

Page 183

1      MR. TEZYAN:  Okay.                 17:05
2      Q  But assuming the lines are the same length,    17:05
3  would the capacitive load change?       17:05
4      MR. RUECKHEIM:  Object to the form.    17:05
5      THE WITNESS:  To the extent that the    17:05
6  capacitive load is determined by that particular line,    17:05
7  if the line is the same length, it won't change.    17:05
8      MR. TEZYAN:  Right.                17:05
9      Q  But what I'm saying is, you're saying, and    17:05
10 correct me if I'm wrong, that it depends in part on    17:05
11 whether if you take that write buffer out, and you    17:05
12 also swap the -- the length of that line.    17:05
13     Is that what you're saying?         17:05
14     A  I'm saying that the capacitive load depends    17:05
15 on the length of the connection between D and Y2.  And    17:05
16 if you put 503 in and out, that length can increase or    17:05
17 can decrease.  And so I can't tell you if the    17:05
18 capacitive load is bigger, smaller, or equal.    17:05
19     Q  Okay.  And what I'm saying is, if you just    17:05
20 take 503 out, and you don't change the length of that    17:05
21 connection between D and Y1, does the capacitive load    17:06
22 change?                                17:06
23     MR. RUECKHEIM:  Objection.          17:06
24     THE WITNESS:  If you don't -- okay.  If you    17:06
25 take 503 out, you'll probably change the capacitive    17:06

Page 184

1  load by reducing the length in line, because you don't    17:06
2  have to visit 503.                     17:06
3      So if you insist on writing -- routing a line    17:06
4  to a place where 503 might have been, then rerouting    17:06
5  it to Y2 so that the line length is the same, yeah,    17:06
6  the capacitive load will be the same.  But it doesn't    17:06
7  have to be that way.                   17:06
8      MR. TEZYAN:  Okay.                 17:06
9      Q  So would the load that the memory controller    17:06
10 sees increase if the write buffer 503 is not there or    17:06
11 decrease --                            17:06
12     MR. RUECKHEIM:  Object to the form.    17:06
13     MR. TEZYAN:  Q.  -- all else being equal?    17:06
14     A  I think I've answered that question.  The    17:06
15 answer is, you can't tell, because I don't know the    17:06
16 length of the line that you're actually going to put    17:06
17 in.                                    17:06
18     I know that your hypothesis says that the    17:06
19 line length is the same.  I'm saying, Oh, okay.  The    17:06
20 capacitance will be the same.           17:07
21     I don't think that's what's going to happen.    17:07
22 So your -- your hypothetical may not be true.  And    17:07
23 what is true is the line length may be longer, equal,    17:07
24 or shorter, and that's what the situation is.    17:07
25     MR. TEZYAN:  Okay.  Pass the witness.    17:07

Page 185

1      MR. RUECKHEIM:  Let's take a ten-minute    17:07
2  break.                                 17:07
3      THE WITNESS:  Okay.                17:07
4      THE VIDEOGRAPHER:  We're going to go off the    17:07
5  record.  The time is 5:07 p.m.          17:07
6      And it's the end of Media Unit No. 8.    17:07
7      (Recess taken.)                    17:08
8      THE VIDEOGRAPHER:  We are going back on the    17:19
9  record.  The time is 5:19 p.m.          17:19
10     And this is the start of Media Unit No. 9.    17:19
11                                        17:19
12             EXAMINATION                17:19
13 BY MR. RUECKHEIM:                       17:19
14     Q  Hello, Dr. Stone.               17:19
15     A  Hello.                         17:19
16     Q  If you can turn to Exhibit 1, which was your    17:19
17 declaration.                           17:19
18     A  I have it.                      17:20
19     Q  Okay.  The declaration you submitted in this    17:20
20 case involved which U.S. patents?       17:20
21     A  I think I have a list of them.  It involved    17:20
22 the '060 and the '160, and also involved the '9 --    17:20
23 there it is -- '918 and the '054.       17:20
24     Q  And if you can turn to -- starting around at    17:20
25 the bottom of page 7 of your declaration.    17:20

47 (Pages 182 - 185)

1  A  Okay.  Give me a minute.          17:20
2     I'm at page 7 at the bottom.        17:21
3  Q  Okay.  And did you provide opinions as to    17:21
4  what would constitute the level of ordinary skill in    17:21
5  the art for the patents you just mentioned?    17:21
6  A  I did.              17:21
7  Q  And did you apply those -- those levels of    17:21
8  ordinary skill in coming up with your opinions?    17:21
9  A  I did.              17:21
10  Q  Did you provide opinions as to what would    17:21
11  constitute a person of ordinary skill in the art with    17:21
12  respect to any other patents?        17:21
13  A  Well, this is just the '060 and '160.  I did    17:21
14  one for the '918 and the '054.  That's on page 8.    17:21
15  Q  And did you provide opinions as to what would    17:21
16  constitute a person of ordinary skill's knowledge with    17:21
17  respect to any other patents in your declaration?    17:21
18  A  I did not.              17:21
19     MR. RUECKHEIM:  Thank you.        17:21
20     No further questions.          17:21
21     MR. TEZYAN:  I have some follow-up questions.  17:21
22                    17:21
23        FURTHER EXAMINATION        17:21
24  BY MR. TEZYAN:            17:21
25  Q  Dr. Stone, while we're on paragraph 23, you    17:21

Page 186

1  say that a hypothetical person would have been    17:22
2  familiar with the JEDEC industry standards,    17:22
3  knowledgeable about design and operation of SDRAM --    17:22
4  sorry -- DRAM and SDRAM memory devices and memory    17:22
5  modules, and going on, such a hypothetical person    17:22
6  would have been familiar with the structure and    17:22
7  operation of circuitry used in stacked memory devices;  17:22
8  right?              17:22
9  A  That's correct.          17:22
10  Q  And would have been familiar with components    17:22
11  including ASICs, FPGAs, CPLDs, and low-level circuits  17:22
12  such as tristate buffers; right?        17:22
13  A  Are you asking, did I see that?  Or what's    17:22
14  your question?            17:22
15  Q  I'm asking if you see that.        17:22
16  A  I see that, and I did that.        17:22
17  Q  Okay.  And in paragraph 25, you provide a    17:22
18  substantially similar explanation for what you believe  17:22
19  a person of ordinary skill in the art at the time of    17:22
20  these inventions would have known; is that fair?    17:22
21  A  That's fair.  That's correct.        17:22
22  Q  And you also testified that in preparing for    17:23
23  this deposition, you reviewed the parties' briefs in    17:23
24  this case; right?            17:23
25  A  Repeat your question, please.        17:23

Page 187

1  Q  You testified earlier that in preparation for  17:23
2  this deposition, you reviewed the parties' briefs in    17:23
3  this case; is that right?          17:24
4  A  I reviewed the parties' briefs.  Yeah, I did    17:24
5  that.              17:24
6  Q  And those briefs include arguments for the    17:24
7  '506 patent; is that right?        17:24
8  A  I'd have to look.  I believe that's the case,  17:24
9  but I -- may I confirm?          17:24
10  Q  Yes, sir.            17:24
11  A  And the patent number was, what, '506?    17:24
12  Q  Yes, sir.            17:24
13  A  I have confirmed that the '506 is discussed    17:24
14  in the brief from Netlist.          17:24
15  Q  And those briefs also include argument for    17:24
16  the '339 patent; right?          17:25
17     MR. RUECKHEIM:  Object to the form.      17:25
18     THE WITNESS:  Okay.  Let's see.      17:25
19     MR. TEZYAN:  Q.  That's the one that      17:25
20  discusses fork in the road.        17:25
21  A  Yes.  I -- I'm just checking to verify that    17:25
22  it's in this.            17:25
23     It did.  It's -- it is discussed in the      17:25
24  Netlist brief.            17:25
25  Q  And is it fair to say that the subject matter  17:25

Page 188

1  of the '506 and '339 patent are similar to the subject  17:25
2  matter of the '918, '054, '160, and '060 patents?    17:25
3     MR. RUECKHEIM:  Object to the form.      17:25
4     THE WITNESS:  The patents are different.  And  17:25
5  similarity, I don't know what's in your mind.  I know  17:25
6  the claims are different, and there is some technology  17:25
7  that's similar.            17:25
8     I can't answer your question as asked without  17:25
9  understanding it better.          17:25
10     MR. TEZYAN:  Okay.  Fair enough.      17:25
11  Q  But a person of ordinary skill in the art in    17:26
12  the '339 and '506 patents would have had some common  17:26
13  knowledge as a person of ordinary skill in the art    17:26
14  with the '918 and '054 patents, let's say?    17:26
15     MR. RUECKHEIM:  Objection to form.      17:26
16     THE WITNESS:  I'm just checking to see if    17:26
17  they're incorporated by reference.  I -- I haven't    17:26
18  looked everywhere, but I don't see where they're    17:26
19  incorporated by reference into the patents I looked    17:26
20  at.  But let me check a little further.      17:26
21     MR. TEZYAN:  I don't believe that's      17:27
22  necessary.  Let me just rephrase my question.    17:27
23  Q  As an example, is it fair to say that the    17:27
24  '060 and '160 patents are directed to load reduction  17:27
25  for a memory product?          17:27

Page 189

48 (Pages 186 - 189)

| | |
|---|---|
| 1      MR. RUECKHEIM: Object to the form.     17:27 | 1      Right?        17:32 |

1    MR. RUECKHEIM: Object to the form.    17:27
2    THE WITNESS: It is fair to say that they    17:27
3 are -- address loads and load reduction, yes.    17:27
4    MR. TEZYAN: Okay.    17:27
5    Q And is it fair to say that the '339 patent is    17:27
6 generally directed to load reduction?    17:27
7    MR. RUECKHEIM: Object to the form.    17:27
8    THE WITNESS: Possibly. I mean, I -- I'd    17:27
9 need to bring up the '339 again.    17:27
10    MR. TEZYAN: Okay.    17:27
11    Q Give me one second, and I'll bring it up for    17:27
12 you.    17:27
13    A Okay.    17:27
14    Q And to be clear, have you reviewed the    17:27
15 '339 patent?    17:27
16    A Not for this deposition. I'm -- I've    17:27
17 reviewed things like it before, and I think you have    17:27
18 an IPR where there is a patentee of the '339 or a    17:27
19 family member. So I'm familiar with it there, yes.    17:28
20    MR. TEZYAN: Okay. Just give me a minute.    17:28
21 If you'll go in the marked exhibits    17:28
22 folder, you'll see I've uploaded a new exhibit.    17:28
23    (Document remotely marked Exhibit 16    17:28
24    for identification.)    17:28
25    THE WITNESS: Okay. I'm refreshing now. I    17:28

Page 190

1    Right?    17:32
2    A Yes.    17:32
3    Q So the '339 patent is directed to, in part,    17:32
4 at least DDR memory modules with ranks comprising DRAM    17:32
5 devices; is that fair?    17:32
6    MR. RUECKHEIM: Object to the form.    17:32
7    THE WITNESS: It is -- it describes "DDR DRAM    17:32
8 devices arranged in multiple ranks." Yes, that is    17:32
9 true.    17:32
10    MR. TEZYAN: Okay.    17:32
11    Q And if we go to column 6, line 61, you see    17:33
12 the sentence that says:    17:33
13    "In addition, as with the memory subsystems    17:33
14 100, 100' of FIGS. 1A and 1B, the 'fly-by' memory    17:33
15 subsystems 200, 200' of FIGS. 2A and 2B suffer from    17:33
16 large loads which result in slower clock speeds."    17:33
17    Do you see that sentence?    17:33
18    A I do.    17:33
19    Q So at least one of the problems that the    17:33
20 '339 patent identifies is large loads; is that fair?    17:33
21    A I don't believe so.    17:33
22    MR. RUECKHEIM: Object to the form.    17:33
23    MR. TEZYAN: Q. I'm sorry. I didn't get    17:33
24 your answer, sir.    17:33
25    A I -- I don't think that's the case.    17:33

Page 192

1 see the '339 patent is in the folder, and I'm    17:28
2 downloading it.    17:29
3    I have now uploaded it. It's in my reader.    17:29
4    MR. TEZYAN: Okay.    17:29
5    Q And just to confirm, what will be marked as    17:29
6 Exhibit 16 is U.S. Patent No. 10,949,339; is that    17:29
7 correct?    17:29
8    A That is correct.    17:29
9    Q Okay. So please take a minute to review it,    17:29
10 and let me know when you're done.    17:29
11    A Okay. Ask your question, please.    17:31
12    Q So my question was: Is it fair to say that    17:31
13 the '339 patent is generally directed to load    17:31
14 reduction?    17:31
15    MR. RUECKHEIM: Object to the form.    17:31
16    THE WITNESS: I searched for the word    17:31
17 "load" and "reduction." I didn't see that. It could    17:31
18 be directed to other things besides load reduction, as    17:31
19 my understanding goes.    17:32
20    MR. TEZYAN: Q. Well, let's go ahead and    17:32
21 look at the Abstract, for instance; right?    17:32
22    A Okay.    17:32
23    Q So the Abstract says that:    17:32
24    "The memory module comprises DDR DRAM devices    17:32
25 arranged in multiple ranks."    17:32

Page 191

1    Q Why is that?    17:34
2    A It is directed to adjusting timing, and    17:34
3 timing may be due to loads or other things. So at    17:34
4 least what I read from the paragraph that you just    17:34
5 quoted, that it is directed to timing.    17:34
6    Q Okay. Fair enough.    17:34
7    Let me direct your attention to column 7,    17:34
8 line 44.    17:34
9    A Okay. Okay. Line 44. I see it.    17:34
10    Q And Figure 3 -- it says that:    17:34
11    "FIG. 3A schematically illustrates an example    17:34
12 memory subsystem 400 with loadreduced memory modules    17:34
13 402 in accordance with certain embodiments described    17:34
14 herein."    17:34
15    Do you see that?    17:34
16    A I do.    17:34
17    Q Okay. So it's fair to say that at least some    17:34
18 embodiments of the invention of the '339 patent are    17:34
19 directed to load reduction --    17:35
20    MR. RUECKHEIM: Object to the form.    17:35
21    MR. TEZYAN: Q. -- right?    17:35
22    A To say that it's directed to load reduction,    17:35
23 I think, is putting the cart before the horse. It is    17:35
24 directed to memory timing, and one way to deal with    17:35
25 memory timing is to reduce load.    17:35

Page 193

49 (Pages 190 - 193)

Page 194

1    I don't know that I would say that they're    17:35
2   going to reduce load and not adjust the timing. I    17:35
3   believe that the important thing is getting the timing  17:35
4   adjusted.    17:35
5    Q  Okay.  But Figure 3A is literally a    17:35
6   loadreduced memory module; fair?    17:35
7    A  That's correct.  That is correct.    17:35
8    Q  Okay.  So one solution to the problem that    17:35
9   this patent identifies is the loadreduced memory    17:35
10   module that's identified in Figure 3A; right?    17:35
11    MR. RUECKHEIM:  Object to the form.    17:35
12    THE WITNESS:  That's not the whole solution.    17:35
13   That contributes to the solution, but there are other  17:35
14   things that contribute to that solution.    17:36
15    MR. TEZYAN:  Okay.    17:36
16    Q  How does the '339 patent achieve that load    17:36
17   reduction solution?    17:36
18    MR. RUECKHEIM:  Object to the form.    17:36
19    MR. TEZYAN:  Q.  And if you want to go back    17:36
20   to Figure 5 or reference any of the disclosures, go    17:36
21   ahead.    17:36
22    A  It's okay.  I'm looking.  Okay.    17:36
23    The best answer I can give in this is on    17:38
24   page -- on column 6 at the very bottom.  It describes  17:38
25   how one deals with fly-by configurations, and that    17:38

Page 195

1   fly-by configurations have been useful to correct    17:38
2   timing problems.    17:38
3    And -- and it says that there has been a    17:38
4   recent suggestion to provide a memory buffer which    17:38
5   handles both the control signals and the data signals.  17:38
6   And so it describes a way to use a data buffer to    17:38
7   correct issues with fly-by that you try to use    17:39
8   unsuccessfully.    17:39
9    It does say that fly-by is corrupted by load,  17:39
10   but it does also say that it's going to use fly-by in  17:39
11   conjunction with a memory buffer to handle both    17:39
12   control and data signals.    17:39
13    So these are various techniques it's using.    17:39
14    Q  Sorry.  I was muted.    17:39
15    My question was:  Figure 5 of the '339 patent  17:39
16   is an example of one of those memory buffers in    17:39
17   accordance with the invention; right?    17:39
18    MR. RUECKHEIM:  Object to the form.    17:39
19    THE WITNESS:  That's -- that's correct.    17:39
20    MR. TEZYAN:  Okay.    17:39
21    Q  So how does Figure 5 go about reducing the    17:39
22   load that the memory controller sees?    17:39
23    MR. RUECKHEIM:  Same objection.    17:39
24    THE WITNESS:  In Figure 5, let's go to -- in  17:39
25   Figure 5, let's talk about doing -- sending commands  17:40

Page 196

1   or write data from 420 to the memory cells.    17:40
2    The memory of 420 in the absence of the    17:40
3   circuitry we see in Figure 5 would see the load of a    17:40
4   memory cell, let's say the load of 452 or something.    17:40
5    And what has happened is the designer has    17:40
6   made 503 have a load that is essentially the same as    17:40
7   what the 420 memory controller would see if there    17:40
8   weren't this intermediate circuitry.    17:40
9    So, I mean, that's -- that's really the    17:40
10   basis.  I think I've answered your question.    17:40
11    MR. TEZYAN:  Okay.    17:40
12    Q  And in a read operation, how would the    17:40
13   circuitry reduce the load that would otherwise be    17:40
14   experienced?    17:41
15    A  Okay.  This is going the other direction.    17:41
16    MR. RUECKHEIM:  Objection.    17:41
17    Go ahead.    17:41
18    THE WITNESS:  Sorry.  Finish.  Would you    17:41
19   repeat.  I -- I -- I stepped over you.  Go ahead.  You  17:41
20   want to repeat your answer --    17:41
21    MR. TEZYAN:  I will repeat the question, and    17:41
22   then Mr. Rueckheim can repeat his objection if he    17:41
23   wants to.    17:41
24    Q  So the question is:  In a read operation, how  17:41
25   would the circuitry reduce the load that would    17:41

Page 197

1   otherwise be experienced?    17:41
2    MR. RUECKHEIM:  Same objection.    17:41
3    THE WITNESS:  Okay.  You have the quote that  17:41
4   I inserted into my declaration.  The quote said, going  17:41
5   in the direction from memory to 420, the circuitry is  17:41
6   designed so that the memory cells see a load as if    17:41
7   they were driving 420.    17:41
8    Let me pull up my -- where I said that in my  17:41
9   report.    17:41
10    MR. TEZYAN:  Q.  I believe that was    17:42
11   paragraph 66 of Exhibit 7.    17:42
12    A  Yes, I -- I got it.  I'm reading 65:    17:42
13    "For a read operation, the data transmission  17:42
14   circuit 416 [(red box)] operates as a multiplexing    17:42
15   circuit.  In the illustrated embodiment of Fig. 5, for  17:42
16   example, data signals read from the memory devices 412  17:42
17   of a rank are received at the first or second    17:42
18   terminals" --    17:42
19    Et cetera.    17:42
20    And then it says later on at -- at    17:42
21   paragraph 66 at the bottom, it says:    17:43
22    "Similarly, the data transmission circuits    17:43
23   416 [(red box)]] present a load [to the memory devices  17:43
24   412] on the first and second terminals Y1, Y2" --    17:43
25    Okay.  So there is a deliberate design to    17:43

50 (Pages 194 - 197)

1  make the memory circuits see a load that's the same as  17:43
2  they would see if they were the -- driving the memory  17:43
3  controller 420.  17:43
4      And this quote ends with the phrase:  17:43
5      "That is substantially the same as the load  17:43
6  that the memory controller 420 would present."  17:43
7      So the way they're doing with load is to  17:43
8  imitate the load you would see if you didn't have  17:43
9  these devices present.  17:43
10  Q  Okay.  And just to make sure I understand, in  17:44
11  a read operation, what is the role that read  17:44
12  buffer 509 plays in reducing the load?  17:44
13      MR. RUECKHEIM:  Object to the form; well  17:44
14  beyond the scope of the redirect.  17:44
15      THE WITNESS:  Are you asking me -- now, I'm  17:44
16  looking at the annotated figure on page 31 of my  17:44
17  report.  I'm sorry.  Yes.  Page --  17:44
18      MR. TEZYAN:  Yeah.  17:44
19  Q  You can look at that one, or you can look at  17:44
20  the '339 patent.  17:44
21  A  Okay.  And you're asking what role the  17:44
22  driver 509 plays.  The 509 driver is the driver that's  17:44
23  driving the system memory.  That's its role.  17:44
24  Q  How does it contribute to load reduction for  17:45
25  a read operation?  17:45

Page 198

1  I think that's -- that's my question.  17:45
2      MR. RUECKHEIM:  Same objections.  17:45
3      THE WITNESS:  It's isolated.  I -- I -- the  17:45
4  memory -- the key thing here is the load that the  17:45
5  memory sees.  And the memory sees the load from Y1 or  17:45
6  Y2 which may be less than it would see if it had to  17:45
7  drive system memory and all the other -- all the other  17:45
8  modules that share the bus.  The memory only sees Y1.  17:45
9      And the contribution of 509 to that, it  17:45
10  doesn't really change the load.  The contribution is  17:45
11  from the fork in the road.  509 drives the system that  17:45
12  way.  That's its role.  17:45
13      MR. TEZYAN:  Okay.  17:45
14  Q  So in the absence of 509, the load  17:45
15  experienced by the memory devices in a read operation  17:45
16  would stay the same.  17:45
17  Is that what you're saying?  17:45
18      MR. RUECKHEIM:  Object to the form; beyond  17:46
19  the scope.  17:46
20      THE WITNESS:  The load experienced by memory  17:46
21  in the absence of all that circuitry would be the load  17:46
22  presented by the system memory controller and the load  17:46
23  presented by other modules that share the bus.  17:46
24      MR. TEZYAN:  Q.  What do you mean by "all  17:46
25  that circuitry," sir?  17:46

Page 199

1      MR. RUECKHEIM:  Same objections.  17:46
2      THE WITNESS:  It's the circuitry that is put  17:46
3  in between the memory ranks in 518D.  It's the  17:46
4  circuitry that does the fork in the road, if you wish,  17:46
5  something like that.  17:46
6      MR. TEZYAN:  Okay.  Understood.  17:46
7  Q  So you're saying essentially in the absence  17:46
8  of a data buffer, the load experienced by the memory  17:46
9  would be the load presented by the system memory  17:46
10  controller and the load presented by the other modules  17:47
11  that share the bus.  17:47
12  Do I have that right?  17:47
13  A  That's correct.  17:47
14      MR. RUECKHEIM:  Same objections.  17:47
15      MR. TEZYAN:  Okay.  17:47
16  Q  And then I guess my more specific question  17:47
17  was, say you keep that circuitry intact, right, but  17:47
18  you take out read buffer 509.  17:47
19  For a read operation, does that affect the  17:47
20  load that the memory devices experience?  17:47
21      MR. RUECKHEIM:  Same objections.  17:47
22      THE WITNESS:  My belief is that it does, but  17:47
23  I can't tell with certainty because we don't have  17:47
24  enough detail.  17:47
25      The reason I believe it does is that 509 is  17:47

Page 200

1  isolated from Y2 by these -- by 508.  So I can't tell  17:47
2  if you take out Y2 and 508 -- I'm sorry.  17:47
3  What are you taking out?  17:48
4      MR. TEZYAN:  Let me clarify.  17:48
5  Q  So you're just taking out 509.  17:48
6  And my question is:  If you just take out  17:48
7  509, does the load that's experienced by a memory  17:48
8  device in this system change as a result?  17:48
9      MR. RUECKHEIM:  Same objections.  17:48
10      THE WITNESS:  Okay.  You're going to take out  17:48
11  509, but still have Y2 and Y1?  17:48
12      MR. TEZYAN:  Uh-huh.  17:48
13      THE WITNESS:  Is that correct?  17:48
14      MR. TEZYAN:  Yes, sir.  17:48
15      THE WITNESS:  The load experienced by the  17:48
16  memory is the load presented by Y1 and Y2.  509 has no  17:48
17  impact on that.  17:48
18      MR. TEZYAN:  Q.  And in a write operation, if  17:48
19  you were to take out 503, leaving everything else the  17:48
20  same, would the load on the memory controller change?  17:48
21      MR. RUECKHEIM:  Same objections.  17:48
22      THE WITNESS:  We discussed this earlier  17:48
23  because of the complexity.  And you're telling me that  17:49
24  you're going to leave everything else the same, but  17:49
25  you're taking out 503.  And I just -- it's hard for me  17:49

Page 201

51 (Pages 198 - 201)

**Page 202**

1  to fathom that, because you don't have to route your  17:49
2  wires to 503. Okay.  17:49
3    But if you're going to insist that all the  17:49
4  capacitance stays the same, if you take out 503,  17:49
5  probably the capacitance would increase without 503,  17:49
6  probably, but not necessarily. And so the load would  17:49
7  increase.  17:49
8    But if you can actually shorten the line  17:49
9  between 518 and Y2 and Y1 because 503 is not present,  17:49
10  it doesn't necessarily follow that capacitance of the  17:49
11  load would increase.  17:49
12    MR. TEZYAN: Okay.  17:49
13  Q  But you say that the load would -- that  17:49
14  capacitance would probably increase.  17:50
15    Why -- why do you think it would probably  17:50
16  increase?  17:50
17    MR. RUECKHEIM: Same objections.  17:50
18    THE WITNESS: I -- if you are trying to  17:50
19  connect D and Y2, and you have to go through an  17:50
20  intermediate spot, you lose the ability to go directly  17:50
21  from D to Y2. Okay. If you can't go directly, you  17:50
22  probably have a longer path. That's why I say that.  17:50
23    Did I answer your question?  17:50
24    MR. TEZYAN: I don't think so. So let me see  17:50
25  if I can go back to your testimony.  17:50

**Page 203**

1  Q  So you said if you take out 503, probably the  17:50
2  capacitance would increase without 503; right?  17:50
3  A  That's correct.  17:50
4  Q  Okay. And I'm asking why you think that's  17:50
5  the case.  17:51
6    MR. RUECKHEIM: Same objections.  17:51
7    THE WITNESS: Okay. Look at it  17:51
8  geometrically. D is a point. Y is a point. There is  17:51
9  a straight line that could connect D to Y. It has a  17:51
10  certain length.  17:51
11    Now, 503 is another point. If I drew a  17:51
12  straight line from D to 503, and it did not lie in the  17:51
13  path between D and Y1 directly, and then I connected  17:51
14  503 to Y1, the length of the path from D to 503 to Y1  17:51
15  would be longer than the direct path from D to Y1.  17:51
16    And you're telling me that you would take out  17:51
17  503 and not change the path.  17:51
18    I'm saying that A, if you're going to take  17:51
19  out 503, I'm going to make the path direct, as direct  17:51
20  as I can. I will shorten the path. And that's why I  17:51
21  believe it's realistic to assume that the capacitance  17:51
22  would be lower.  17:51
23    MR. TEZYAN: Okay.  17:51
24  Q  But assuming you don't change the size of the  17:52
25  path, then the capacitance would be the same or  17:52

**Page 204**

1  higher?  17:52
2    MR. RUECKHEIM: Same objections.  17:52
3    THE WITNESS: Okay. If you don't change the  17:52
4  length of the path -- I'm sorry.  17:52
5    If you leave the path alone, the way it is,  17:52
6  you take out 503, the path between D through the 503  17:52
7  removal and then on to Y2 would probably be longer  17:52
8  than the path from D to 503. Possibly.  17:52
9    So it might be the case that removing 503 and  17:52
10  leaving all the other path lengths alone, you increase  17:53
11  the capacitance. Therefore, you increase the load.  17:53
12    MR. TEZYAN: Okay. I have no further  17:53
13  questions, pending questions from Micron counsel.  17:53
14    MR. RUECKHEIM: No questions from Micron.  17:53
15    MR. TEZYAN: Okay.  17:53
16    MR. RUECKHEIM: We're done.  17:53
17    MR. TEZYAN: We can go off the record.  17:53
18    STENOGRAPHIC REPORTER: Do you both need a  17:53
19  copy?  17:53
20    MR. RUECKHEIM: Yes.  17:53
21    MR. TEZYAN: Yeah.  17:53
22    First, Dr. Stone, thank you very much. I  17:53
23  appreciate your time.  17:53
24    THE WITNESS: You're welcome. You're  17:53
25  welcome.  17:53

**Page 205**

1    MR. TEZYAN: All right. You can hop off now.  17:53
2    THE VIDEOGRAPHER: Is there anything further?  17:53
3    MR. TEZYAN: What's that?  17:53
4    THE VIDEOGRAPHER: Counsel, do you want to go  17:53
5  off the record?  17:53
6    MR. TEZYAN: Yeah, yeah, yeah.  17:53
7    THE VIDEOGRAPHER: Okay. If there is nothing  17:53
8  further, we are off the record at 5:53 p.m. Pacific  17:53
9  Daylight Time. And this concludes today's testimony  17:53
10  given by Dr. Harold Stone.  17:53
11    The total number of media used was nine and  17:53
12  will be retained by Veritext legal solutions.  17:53
13    STENOGRAPHIC REPORTER: You would like it in  17:54
14  two days?  17:54
15    MR. TEZYAN: Yes, please.  17:54
16    STENOGRAPHIC REPORTER: Mr. Rueckheim, did  17:54
17  you need it in two days?  17:54
18    MR. RUECKHEIM: We'll do the same.  17:54
19    (WHEREUPON, the deposition ended  17:54
20    at 5:54 p.m.)  17:54
21    ---oOo---
22
23
24
25

52 (Pages 202 - 205)

CERTIFICATE OF STENOGRAPHIC REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing remote deposition was by me sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That this remote deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [ ] was [x] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: June 27, 2023

ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830

Page 206

1 MICHAEL TEZYAN, Esq.
2 mtezyan@irell.com
3                    June 27, 2023
4 RE: NETLIST, INC. vs. MICRON TECHNOLOGY, INC.
5 JUNE 26, 2023, HAROLD STONE, Ph.D., JOB NO. 5968770
6
7 The above-referenced transcript has been
8 completed by Veritext Legal Solutions and
9 review of the transcript is being handled as follows:
10 __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext
11    to schedule a time to review the original transcript at
12    a Veritext office.
13 __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF
14    Transcript - The witness should review the transcript and
15    make any necessary corrections on the errata pages included
16    below, notating the page and line number of the corrections.
17    The witness should then sign and date the errata and penalty
18    of perjury pages and return the completed pages to all
19    appearing counsel within the period of time determined at
20    the deposition or provided by the Code of Civil Procedure.
21 __ Waiving the CA Code of Civil Procedure per Stipulation of
22    Counsel - Original transcript to be released for signature
23    as determined at the deposition.
24 __ Signature Waived – Reading & Signature was waived at the
25    time of the deposition.

Page 207

1 __ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF
2 Transcript - The witness should review the transcript and
3 make any necessary corrections on the errata pages included
4 below, notating the page and line number of the corrections.
5 The witness should then sign and date the errata and penalty
6 of perjury pages and return the completed pages to all
7 appearing counsel within the period of time determined at
8 the deposition or provided by the Federal Rules.
9 xx Federal R&S Not Requested - Reading & Signature was not
10 requested before the completion of the deposition.

Page 208

53 (Pages 206 - 208)