# Exhibit 27

Paper No. 2

# UNITED STATES PATENT AND TRADEMARK OFFICE

———————————————

## BEFORE THE PATENT TRIAL AND APPEAL BOARD

———————————————

MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS LLC,

Petitioners,

v.

NETLIST, INC.,

Patent Owner.

———————————————

Case IPR2023-01142
Patent 9,858,215

———————————————

**PETITION FOR *INTER PARTES* REVIEW OF U.S. PATENT NO. 9,858,215**

Petition for *Inter Partes* Review of U.S. Patent No. 9,858,215

*strobe signals* [e.g., orange DQS, at T4-T7, below] *and the second burst of data strobe signals* [e.g., blue DQS, at T7-, below] *into a combined burst of data strobe signals that does not include the post-amble interval of the first burst of data strobe signals and the pre-amble interval of the second burst of data strobe signals* [e.g., at T7 below, resulting in a "Seamless Burst" from the virtual rank that was created by "rank multiplication" from the first and second ranks (discussed above, pp.10-12; *see also* EX1071, 14:63-65, 15:37-40)]." EX1064, p.28 (below); EX1003, ¶¶478-482.



Figure 27 — Seamless Burst Read Operation: RL = 5, AL = 2, and CL = 3, BL = 4

### 15. Claim 14

Ground 1 teaches, as explained above for [1.d.2]-[1.d.3], [1.e.], [1.f.1]-[1.f.2] (pp.63-80), "*[t]he memory module of claim 1, wherein the buffer includes circuit components* [e.g., in multiplexers 530a and 530b, and interfaces 520a, 520b and 510 or 590 (and respective transceivers in those interfaces), shown below]

107

Petition for *Inter Partes* Review of U.S. Patent No. 9,858,215

*configurable to provide a first data path* [e.g., to interface 520a for the channel 370 to the first rank, green, below] *or a second data path* [e.g., to interface 520b for the channel 370 to the second rank, blue, below] *depending on whether the first rank or the second rank is selected to communicate data with the memory controller.*" EX1003, ¶¶483-488.



FIG. 5A

108



Fig. 5B



Fig. 3C

Petition for *Inter Partes* Review of U.S. Patent No. 9,858,215

### 16. Claim 15

Ground 1 teaches, as explained above for [1.d.2]-[1.d.3], [1.e.], [1.f.1]-[1.f.2] (pp.63-80), "*[t]he memory module of claim 14, the*[5] *at least one of the circuit components* [from claim 14 (pp.107-109)] *is configured to provide the first data path* [from claim 14 (pp.107-109)] *in response to the first control signals* [from [1.f.1] (pp.76-80)]*, and is configured to provide the second data path* [from claim 14 (pp.107-109)] *in response to the second control signals* [from [1.f.2] (pp.76-80)]." EX1003, ¶¶489-494.

### 17. Claims 16-29

The limitations of claims 16-29 are substantially identical to earlier limitations, as shown in the following table, and thus they are obvious in light of Ground 1 for at least the same reasons discussed above:

| This limitation... | ...is substantially similar to this limitation... | ...and thus obvious for at least the same reasons above and as discussed in EX1003: |
|---|---|---|
| [16] | [1.f.1], [6] | ¶¶495-498 (¶¶312-324, 369-381) |
| [17] | [8] | ¶¶499-502 (¶¶411-419) |
| [18] | [1.f.1], [6] | ¶¶503-508 (¶¶312-324, 369-381) |

---

[5] This lacks antecedent basis, so this analysis assumes the claim refers to one or more "*circuit components*" from Claim 14. EX1003, ¶491.

Petition for *Inter Partes* Review of U.S. Patent No. 9,858,215

| | |
|---|---|
| Dated: July 28, 2023 | */ Juan C. Yaquian /* <br> Juan C. Yaquian <br> Reg. No. 70,755 <br> Winston & Strawn LLP <br> 800 Capital Street, Suite 2400 <br> Houston, TX 77002 <br> JYaquian@winston.com <br> T: (713) 651-2600 <br> F: (713) 651-2700 <br><br> *Lead Counsel for Petitioners* |

138

Petition for *Inter Partes* Review of U.S. Patent No. 9,858,215

# **CERTIFICATE OF COMPLIANCE**

I hereby certify that this petition complies with the type-volume limitations of 37 C.F.R. §42.24 because it contains 13,999 words (as determined by the Microsoft Word word-processing system used to prepare the petition), excluding the parts of the petition exempted by 37 C.F.R. §42.24.

|  |  |
|---|---|
| Dated: July 28, 2023 | */ Juan C. Yaquian /* <br> Juan C. Yaquian <br> Reg. No. 70,755 <br> Winston & Strawn LLP <br> 800 Capital Street, Suite 2400 <br> Houston, TX 77002 <br> JYaquian@winston.com <br> T: (713) 651-2600 <br> F: (713) 651-2700 <br><br> *Lead Counsel for Petitioners* |

Petition for *Inter Partes* Review of U.S. Patent No. 9,858,215

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2023, a copy of this Petition, including all exhibits, has been served in its entirety by FedEx Express on the following counsel of record for Patent Owner:

Jamie J. Zheng, Ph.D., Esq.
USCH Law, PC
3790 El Camino Real #1147
Palo Alto, CA 94306-3314

A courtesy copy was also served upon litigation counsel for Patent Owner via email, as follows:

Samuel F. Baxter (sbaxter@mckoolsmith.com)
Jennifer L. Truelove (jtruelove@mckoolsmith.com)
MCKOOL SMITH, P.C.

Jason Sheasby (jsheasby@irell.com)
Annita Zhong (hzhong@irell.com)
IRELL & MANELLA LLP

| | |
|---|---|
| Dated: July 28, 2023 | / *Juan C. Yaquian* / <br> Juan C. Yaquian <br> Reg. No. 70,755 <br> Winston & Strawn LLP <br> 800 Capital Street, Suite 2400 <br> Houston, TX 77002 <br> JYaquian@winston.com <br> T: (713) 651-2600 <br> F: (713) 651-2700 <br><br> *Lead Counsel for Petitioners* |