# Exhibit 30

# SECOND EDITION
# COMPREHENSIVE DICTIONARY
## OF
# ELECTRICAL ENGINEERING

### EDITOR-IN-CHIEF
### Phillip A. Laplante



Taylor & Francis
Taylor & Francis Group

Boca Raton   London   New York   Singapore

CRC PRESS, a Taylor & Francis title, part of the Taylor and Francis Group.

Published in 2005 by
CRC Press
Taylor & Francis Group
6000 Broken Sound Parkway NW, Suite 300
Boca Raton, FL 33487-2742

© 2005 by Taylor & Francis Group, LLC
CRC Press is an imprint of Taylor & Francis Group

No claim to original U.S. Government works
Printed in the United States of America on acid-free paper
10 9 8 7 6 5 4 3 2 1

International Standard Book Number-10: 0-8493-3086-6 (Hardcover)
International Standard Book Number-13: 978-0-8493-3086-5 (Hardcover)
Library of Congress Card Number 2004058572

This book contains information obtained from authentic and highly regarded sources. Reprinted material is quoted with permission, and sources are indicated. A wide variety of references are listed. Reasonable efforts have been made to publish reliable data and information, but the author and the publisher cannot assume responsibility for the validity of all materials or for the consequences of their use.

No part of this book may be reprinted, reproduced, transmitted, or utilized in any form by any electronic, mechanical, or other means, now known or hereafter invented, including photocopying, microfilming, and recording, or in any information storage or retrieval system, without written permission from the publishers.

For permission to photocopy or use material electronically from this work, please access www.copyright.com (http://www.copyright.com/) or contact the Copyright Clearance Center, Inc. (CCC) 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400. CCC is a not-for-profit organization that provides licenses and registration for a variety of users. For organizations that have been granted a photocopy license by the CCC, a separate system of payment has been arranged.

**Trademark Notice:** Product or corporate names may be trademarks or registered trademarks, and are used only for identification and explanation without intent to infringe.

**Library of Congress Cataloging-in-Publication Data**

Comprehensive dictionary of electrical engineering / editor-in-chief Phillip A. Laplante.-- 2nd ed.
   p. cm.
   ISBN 0-8493-3086-6 (alk. paper)
   1. Electric engineering--Dictionaries. I. Title: Electrical engineering. II. Laplante, Phillip A.

TK9.C575 2005
621.3'03--dc22                                                                    2004058572



Taylor & Francis Group
is the Academic Division of T&F Informa plc.

Visit the Taylor & Francis Web site at
http://www.taylorandfrancis.com

and the CRC Press Web site at
http://www.crcpress.com

2:22-cv-00293-JRG   Document 129-31   Filed 08/24/23   Page 4 of 6   PageID 10393

(2) the component of color which is independent of, and complementary to luminance; chrominance is 2-D: for example, it can be decomposed into hue and saturation. *See* hue, Intensity, luminance, saturation.

**chronaxie**   the minimum duration of a unidirectional square-wave current needed to excite a nerve when the current magnitude is twice rheobase.

**CIE**   *See* Commision International d'Eclairage.

**CIE diagram**   the projection of the plane $(X + Y + Z) = 1$ onto the $XY$ plane, where $X, Y, Z$ are the respective tristimulus values as defined by the CIE (tristimulus values and Commission Internationale de l'Eclairage). The CIE diagram shows all of the visible chromaticity values and maps all colors with the same chromaticity but different value (luminances) onto the same points.

**CIM**   *See* computer-integrated manufacturing.

**CIR**   *See* carrier-to-interference ratio.

**circle detection**   the location of circles in an image by a computer. Often accomplished with the Hough transform.

**circle diagram**   (1) graphical representation of the operation of an induction machine. It is based on the approximate equivalent circuit and expresses stator and rotor current relations for all operating modes (motor, braking, generator) and all values of slip. Several variations of the diagram exist.
(2) graphical representation of the power flow through a transmission line. The maximum power flow through the line can be determined by the impedance of the line.

**circuit**   a physical device consisting of an interconnection of elements, or a topological model of such a device. For example, an electric circuit may be constructed by interconnecting a resistor and a capacitor to a voltage source. A representation of this circuit is shown by the diagram in the figure.



*Circuit example.*

**circuit (STM)**   switching technology that provides a direct connection between two endpoints; data is transferred directly between the endpoints of a circuit without being stored in any intermediate nodes.

**circuit breaker**   a device that makes and breaks the electrical contact between its input and output terminals. The circuit breaker is capable of clearing fault currents (tripping) as well as load currents. The circuit breaker consists of power contacts with arc clearing capability and associated control and auxiliary circuits for closing and tripping the breaker under the required conditions.

**circuit protection**   devices or control measures used to safeguard electrical circuits from unsafe operating regions, such as overcurrents and overvoltages.

**circuit switching**   a method of communication in which a physical circuit is established between two terminating equipments before communication begins to take place. This is analogous to an ordinary phone call.

**circuit-set**   a closed path where all vertices are of degree 2, thus having no endpoints in the path.

**controlled rectifier**   a rectifier that uses switching elements that have forward voltage blocking capability to allow a variable voltage DC output. *See also* thyristor.

**controlled source**   a voltage or current source whose intensity is controlled by a circuit voltage or current elsewhere in the circuit. Also called dependent source.

**controlled variable**   (1) the quantity, usually the output of a plant or process, that is being controlled for the purpose of the desired behavior, for example, transient response or steady-state response.

(2) variable associated with the behavior of the controlled process and such that one wants this variable either to follow a desired trajectory over a given time interval or to be kept at a prescribed constant value, i.e., at a specified set-point; introduction of a set of controlled variables is necessary to define a two-layer industrial controller with the regulation direct control layer and the set point optimizing control layer.

*See also* controller.

**controller**   (1) the entity that enforces the desired behavior — as specified by the control objectives — of the controlled process by adjusting the manipulated inputs. The values of these inputs are either predetermined or decided upon (computed) using on-line, i.e., real time, decision mechanism of the controller — based on the currently available information. *See also* controlled variable.

(2) a device that generates the input to the plant or process. The role of the controller is to force the controlled variable of the plant or process to behave in a desired manner.

(3) a unit that directs the operation of a subsystem within a computer. For instance, a disk controller interprets data access commands from host computer (via a bus), and sends read/write, track seeking, and other control signals to the drive. During this time, the computer can perform other tasks, until the controller signals DATA READY for transfer via the CPU bus.

**convection current**   a current in which electrons are released for movement outside of a material.

**convective heat transfer**   the process by which a moving fluid transfers heat to or from a wetted surface.

**convergence**   the condition when the electron beams from a multi-beam CRT meet at a single point. For example, the correct registration of the three beams in the color picture tube.

**convergence in probability**   for some sequences of random numbers, the tendency to a single number.

To wit, for a sequence of numbers $x_n$, and a random variable $x$, if for all $\epsilon > 0$,

$$P\{|x_n - x| > \epsilon\} \to 0$$

for $n \to \infty$, then the sequence $x_n$ tends to $x$ in probability.

**convergent state**   the equilibrium state of a dynamic system described by a first order vector differential equation is said to be convergent if there exists a $\delta = \delta(t_0)$, such that,

$$\| x(t_0) - x_e \| < \delta \Rightarrow \lim_{t \to \infty} x(t) = x_e$$

*See also* stable state.

**converter**   a generic term used in the area of power electronics to describe a rectifier, inverter, or other power electronic device that transforms electrical power from one frequency and voltage to another.

**convex fuzzy set**   (1) a fuzzy set that has a convex type of membership function.

(2) a fuzzy set in which all $\alpha$-level sets are convex. *See also* $\alpha$-level set.

**convolution**   the mathematical operation needed to determine the response of a system from its

$R_- < |z| < R_+$, where $R_-$ and $R_+$ denote real parameters that are related to the causal and anticausal components, respectively, for the signal whose z-transform is being sought.

(3) an area on a display device where the image displayed meets an accepted criteria for raster coordinate deviation. *See* region of absolute convergence.

**region of interest (ROI)**   a restricted set of image pixels upon which image processing operations are performed. Such a set of pixels might be those representing an object that is to be analyzed or inspected.

**region of support**   the region of variable or variables where the function has non-zero value.

**register**   a circuit formed from identical flip-flops or latches and capable of storing several bits of data.

**register alias table**   *See* virtual register.

**register direct addressing**   an instruction addressing method in which the memory address of the data to be accessed or stored is found in a general purpose register.

**register file**   a collection of CPU registers addressable by number.

**register indirect addressing**   an instruction addressing method in which the register field contains a pointer to a memory location that contains the memory address of the data to be accessed or stored.

**register renaming**   dynamically allocating a location in a special register file for an instance of a destination register appearing in an instruction prior to its execution. Used to remove antidependencies and output dependencies. *See also* reorder buffer.

**register transfer notation**   a mathematical notation to show the movement of data from one register to another register by using a backward arrow. Notation used to describe elementary operations that take place during the execution of a machine instruction.

**register window**   in the SPARC architecture, a set or window of registers selected out of a larger group.

**registration**   (1) *See* overlay.
(2) the process of aligning multiple images obtained from different modalities, at different time-points, or with different image acquisition parameters. *See* fusion.

**regression**   the methods which use backward prediction error as input to produce an estimation of a desired signal. Quantitatively, the regression of $y$ on $X$, denoted by $r(y)$, is defined as the first conditional moment, i.e.,

$$r(y) = E(X|y)$$

**regular controllability**   a dynamical system is said to be regularly controllable in time interval $[t_0, t_1]$ if every dynamical system of the form

$$x'(t) = Ax(t)x(t) + b_j u_j(t)$$
$$j = 1, 2, \ldots, m$$

is controllable where $b_j$ is the $j$th column of the matrix $B$ and $u_j(t)$ is the $j$th scalar admissible control.

**regular cue**   any regular recurring point/element of a signal that can be used to signal the start of a new signal sequence; e.g., the leading edge of a 60-Hz square wave is a regular cue.

**regular form**   a particular form of the state space description of a dynamical system. This form is obtained by a suitable transformation of