# Exhibit 31

```
 1            UNITED STATES PATENT AND TRADEMARK OFFICE

 2             BEFORE THE PATENT TRIAL AND APPEAL BOARD

 3

 4

 5    Samsung Electronics Co. Ltd.    Case No. IPR2022-01427

 6              Petitioner,            Patent No. 9,318,160

 7    vs.

 8    Netlist, Inc.,                   Case No. IPR2022-01428

 9              Patent Owner.          Patent No. 8,787,060

10    ------------------------------/

11

12

13      VIDEOCONFERENCE DEPOSITION OF ANDREW WOLFE, Ph.D.

14                    Tuesday, June 27, 2023

15                   Volume I (Pages 1 - 191)

16

17

18

19

20

21

22

23    Reported Remotely and Stenographically by:

24    JANIS JENNINGS, CSR No. 3942, CLR, CCRR

25    Job No. 5965315
```

Page 1

```
 1
 2
 3
 4
 5
 6
 7            DEPOSITION OF ANDREW WOLFE, Ph.D.,
 8    appearing remotely, located in Santa Clara,
 9    California, taken on behalf of the Petitioner,
10    beginning at 8:58 a.m., on Tuesday, June 27,
11    2023, sworn remotely by Janis Jennings, Certified
12    Shorthand Reporter No. 3942, CCRR, located in the
13    City of Walnut Creek, County of Contra Costa,
14    State of California.
15
16
17
18
19
20
21
22
23
24
25
```
Page 2

```
 1                    I N D E X
 2
 3    WITNESS                                    PAGE
 4    ANDREW WOLFE, Ph.D.
 5    VOLUME I (Pages 1 - 191)
 6
 7        EXAMINATION BY MS. ZHONG              6
```
Page 4

```
 1    REMOTE APPEARANCES:
 2
 3    For the Patent Owner Netlist, Inc.:
 4        IRELL & MANELLA LLP
 5        BY: H. ANNITA ZHONG, ESQ.
 6        1800 Avenue of the Stars
 7        Suite 900
 8        Los Angeles, California  90067
 9        310.277.1010
10        hzhong@irell.com
11
12    For the Petitioner Samsung Electronics Co., Ltd.:
13        BAKER BOTTS LLP
14        BY: THEODORE W. CHANDLER, ESQ.
15            FERENC PAZMANDI, Patent Agent
16        101 California Street
17        Suite 3200
18        San Francisco, California  94111
19        415.291.6200
20        ted.chandler@bakerbotts.com
```
Page 3

```
                    E X H I B I T S

EXHIBIT                                       PAGE
Exhibit 1014  Patent Application 2011/0103156   44
              Kim et al.
Exhibit 1015  United States Patent 8,041,881    98
              Ranjan et al.
Exhibit 1016  Patent Application 2011/0026293    6
              Riho
Exhibit 1017  United States Patent 7,969,192   125
              Wyman et al.
Exhibit 1024  United States Patent 7,796,446   100
              Ruckerbauer et al.
Exhibit 1026  Patent Application 2006/0277355   18
              Ellsberry et al.
Exhibit 2100  Modified Kim Figure 3             55
Exhibit 2101  Paper titled " A 1.2V 54Gb/x     112
              HBM2 Stacked DRAM with Spiral
              Point-to-Point TSV Structure and
              Improved Bank Group Data Control
```
Page 5

2 (Pages 2 - 5)

```
 1  different bit values?                     09:45
 2      MR. CHANDLER: Objection. Form.        09:45
 3  BY MS. ZHONG:                             09:45
 4   Q. For example, one is outputting 1, the other  09:45
 5  is outputting 0, then the signal can't be       09:45
 6  transmitted correctly, there is going to be     09:45
 7  collision?                                09:45
 8      MR. CHANDLER: Objection. Form.        09:45
 9      THE WITNESS: Again, that is not the actual 09:45
10  configuration of Riho, but that would be one of the 09:45
11  possible problems that could occur if you were to 09:45
12  try to connect D15 and D14 both to the same TSV and 09:45
13  allow them to output at the same time. But again -- 09:45
14  BY MS. ZHONG:                             09:46
15   Q. What other problems -- okay.          09:46
16      What other problems would there be if you 09:46
17  connected D15 and D14 to the same TSV and allow them 09:46
18  to output data simultaneously?            09:46
19      MR. CHANDLER: Objection. I don't think he 09:46
20  finished his previous answer.             09:46
21      THE WITNESS: I did.                   09:46
22      But one of the problems, there could be  09:46
23  speed-related problems. There could be    09:46
24  current-related problems. There could be damage to 09:46
25  circuits. Again, that's not the way Riho is      09:46
                                              Page 30

 1  designed. So --                           09:46
 2  BY MS. ZHONG:
 3   Q. I understand.                         09:46
 4      When you say there could be "speed-related 09:46
 5  problems," what problems are you referring to in 09:46
 6  specific?                                 09:46
 7   A. Again, that's not the way Riho was designed 09:46
 8  and it's not a design that makes any sense. So if 09:46
 9  one were to do it in practice, one would make other 09:46
10  changes as well to make it work.          09:47
11      But Riho treats D14 and D15 as two parts of 09:47
12  the same data work. Each one supplies 32 bits. 09:47
13  They are operated at the same time and each of one 09:47
14  requires 32 wires to communicate those 32 bits. 09:47
15  That's its mode of operation.             09:47
16      If you were to redesign it, you would have 09:47
17  to make some substantial changes to -- to change the 09:47
18  way that it operates to make sure that it operates 09:47
19  correctly and effectively. You couldn't just only 09:47
20  connect D14 and D15 to the same set of vias without 09:47
21  any other changes and expect it to operate 09:47
22  correctly.                                09:47
23   Q. What if D14 and D15 belonged to two   09:47
24  different ranks, so they don't operate    09:48
25  simultaneously but belong, say, for example, to the 09:48
                                              Page 31

 1  same logic rank? Can you do that?         09:48
 2      MR. CHANDLER: Objection. Form.        09:48
 3      THE WITNESS: I don't know. That's not -- 09:48
 4  BY MS. ZHONG:
 5   Q. Not really -- okay. Not can you do that, 09:48
 6  but would a POSITA do that?               09:48
 7      MR. CHANDLER: Objection. Form.        09:48
 8      DEPOSITION REPORTER: Can you repeat your 09:48
 9  question, please.                         09:48
10  BY MS. ZHONG:                             09:48
11   Q. What if D14 and D15 belonged to two   09:48
12  different ranks so they don't operate     09:48
13  simultaneously, would a POSITA make such a 09:48
14  configuration?                            09:48
15   A. I don't think they would start with Riho to 09:48
16  do that. Again, there are lots of different kinds 09:49
17  of memory configurations that a POSITA knows how to 09:49
18  do and can make work properly.            09:49
19      I would have to look at a complete design to 09:49
20  understand what the impact would be of making that 09:49
21  kind of a change, but you wouldn't make that change 09:49
22  without making other changes as well.     09:49
23   Q. What other change would you make?     09:49
24      MR. CHANDLER: Objection. Form.        09:49
25  Incomplete.                               09:49
                                              Page 32

 1      THE WITNESS: I don't know. I would have to 09:49
 2  think it through.                         09:49
 3      Again, I'm not going to try to design a 09:49
 4  complete working memory system based on a 09:49
 5  hypothetical sitting here today. But you would make 09:49
 6  sure you had the appropriate control signals and the 09:49
 7  appropriate bus switching and you would analyze the 09:49
 8  timing and the electrical operation and you would 09:49
 9  make it work.                             09:49
10  BY MS. ZHONG:                             09:49
11   Q. Would that involve substantial redesign or 09:49
12  just a little bit of work?                09:49
13      MR. CHANDLER: Objection. Form.        09:50
14      THE WITNESS: I don't know until I try it. 09:50
15  Again, I wouldn't start from Riho and make that 09:50
16  particular change because it really doesn't seem to 09:50
17  be something that Riho was contemplating. There are 09:50
18  lots of other modifications one can make to Riho, 09:50
19  but making D14 and D15 not operate simultaneously 09:50
20  would not be one that I would use Riho as a starting 09:50
21  point for.                                09:50
22  BY MS. ZHONG:                             09:50
23   Q. And you said you would not start with Riho. 09:50
24  Is it because in Riho, D15, D14, et cetera, belong 09:50
25  to the same rank and they are intended to operate 09:51
                                              Page 33
```

## Page 34

1  simultaneously?  09:51
2      MR. CHANDLER: Objection. Form.  09:51
3      THE WITNESS: In Riho's preferred  09:51
4  embodiment, D0 through D7 are part of the same rank  09:51
5  and D8 through D15 are part of a second rank, and  09:51
6  that's the way his preferred embodiment works.  09:51
7  BY MS. ZHONG:  09:51
8    Q. Okay. What's the significance of belonging  09:51
9  to the same rank?  09:51
10   A. I'm not sure I understand the question.  09:51
11   Q. You said in Riho's preferred embodiment,  09:51
12 D0 through D7 are part of the same rank, and D8  09:51
13 through D15 are part of the second rank, and that's  09:51
14 the way his preferred embodiment works.  09:51
15       So my question to you is: What is  09:52
16 significant that D8 -- for example, D8 through D15  09:52
17 are part of one rank and D0 through D7 belongs to  09:52
18 another rank?  09:52
19   A. Again, I don't understand the question. I  09:52
20 was answering your previous question about how the  09:52
21 ranks were organized.  09:52
22   Q. Okay. So if the dies belong to the same  09:52
23 rank, what would happen if a read command is sent to  09:52
24 the stack array? Does that mean all eight of the  09:52
25 dies in the same rank is going to output data  09:52

## Page 35

1  simultaneously?  09:52
2      MR. CHANDLER: Objection. Form.  09:52
3      THE WITNESS: In the Figure 5 embodiment of  09:52
4  Riho, if you issue a read operation, all of the DRAM  09:52
5  die in a single rank will send data to the logic LSI  09:53
6  chip simultaneously.  09:53
7  BY MS. ZHONG:  09:53
8    Q. Is that how DRAMs are supposed to operate,  09:53
9  all the dies in the rank is supposed to respond to a  09:53
10 read signal and operate output data simultaneously?  09:53
11      MR. CHANDLER: Objection. Form.  09:53
12      THE WITNESS: It depends on the particular  09:53
13 design.  09:53
14 BY MS. ZHONG:  09:53
15   Q. So there are ranks -- there are embodiments  09:53
16 in which the dies in a rank do not respond to a read  09:53
17 operation -- a read command and output data  09:53
18 simultaneously?  09:53
19      MR. CHANDLER: Objection. Form.  09:53
20      THE WITNESS: Conceptually one could build  09:53
21 a DRAM system where either the entirety of a rank  09:53
22 could respond or a portion of a rank could respond  09:54
23 depending on the size of the read request. There  09:54
24 are lots of different ways that one could build a  09:54
25 memory system.  09:54

## Page 36

1  BY MS. ZHONG:  09:54
2    Q. Okay. I thought a rank is a collection of  09:54
3  DRAMs that respond to a common memory command  09:54
4  simultaneously. That's not your understanding of  09:54
5  what rank is?  09:54
6      MR. CHANDLER: Objection. Form.  09:54
7      THE WITNESS: That is my understanding.  09:54
8  But I think in common usage, one would still call  09:54
9  something a rank if it had that capability but also  09:54
10 had the capability to do a partial read.  09:54
11 BY MS. ZHONG:  09:54
12   Q. Where does that definition come from?  09:54
13      MR. CHANDLER: Objection. Form as to the  09:54
14 question there.  09:55
15      THE WITNESS: I just think that's common  09:55
16 usage, right? If a -- if a rank can provide data  09:55
17 simultaneously from each DRAM chip, I don't think it  09:55
18 has to in every instance for a person of ordinary  09:55
19 skill to refer to it as a rank.  09:55
20 BY MS. ZHONG:  09:55
21   Q. So you think "rank" can refer to a set of  09:55
22 family devices that read or write less than a full  09:56
23 bit width of the memory module in response to  09:56
24 command signals?  09:56
25      MR. CHANDLER: Objection. Form.  09:56

## Page 37

1      THE WITNESS: I don't think that's quite  09:56
2  what I said.  09:56
3  BY MS. ZHONG:  09:56
4    Q. Okay. Then can you further explain what you  09:56
5  meant?  09:57
6    A. I think I gave a pretty clear explanation,  09:57
7  but I will try one more time.  09:57
8      A rank of memory in the way that we  09:57
9  ordinarily use that term is capable of providing an  09:57
10 output on a read from every memory die or every  09:57
11 memory element in the rank simultaneously, but we  09:57
12 would still in normal usage still call it a rank if  09:57
13 it also had the capability of only providing a  09:57
14 portion of the memory word.  09:57
15   Q. So what you are saying is half a rank is  09:57
16 still referred to a rank?  09:57
17      MR. CHANDLER: Objection. Form.  09:58
18      THE WITNESS: No. I think I gave a clear  09:58
19 explanation of what I was saying.  09:58
20 BY MS. ZHONG:  09:58
21   Q. Okay. Let me see if I understand it.  09:58
22      So let's say that 8 memory dies in a rank to  09:58
23 output 64 bits, which is the bit width of the memory  09:58
24 module, and if now only one of the die is outputting  09:58
25 8 of the bits, you are still saying that the -- that  09:58

10 (Pages 34 - 37)

### Page 38

```
 1  single die constitutes the rank; is that right?    09:59
 2     A.  No.  I didn't -- there are no memory modules 09:59
 3  really that I can recall in this IPR at all.  But   09:59
 4  even in that case, that was not what my testimony   09:59
 5  was.                                                09:59
 6     Q.  Okay.  So let's say 8 dies are outputting    09:59
 7  64 bits from the memory system.  Okay?  And if for  09:59
 8  one of the operation, only 8 bits are output.  How  09:59
 9  many -- how many dies are there in the rank?  Still 09:59
10  8 or only 1?                                        09:59
11     A.  8.  If the 8 dies normally operate together  09:59
12  and output 64 bits, the fact that there is an       10:00
13  additional operation in which only one operates does 10:00
14  not make the 8s stop being a rank.                  10:00
15     Q.  You said it normally outputs 64 bits, but    10:00
16  what if there are no what you call the normal --    10:00
17  each operation is of variable length --             10:00
18         MR. CHANDLER:  Objection.                    10:00
19  BY MS. ZHONG:                                       10:00
20     Q.  -- then what would be -- what would          10:00
21  constitute a rank?                                  10:00
22         MR. CHANDLER:  Objection.  Form.             10:00
23         THE WITNESS:  I can't recall ever seeing     10:00
24  such a situation, so I don't know what a person of  10:00
25  ordinary skill would call it.  I would have to look 10:00
```

### Page 39

```
 1  at the details.                                     10:00
 2  BY MS. ZHONG:                                       10:00
 3     Q.  So let's say in the read operation,          10:00
 4  sometimes it's 16 bits, sometimes it's 32 bits,     10:00
 5  sometimes it's 64 bits.  How many dies would you say 10:00
 6  would make up a rank if each of the die is by 8?    10:00
 7         MR. CHANDLER:  Objection.  Form.             10:01
 8         THE WITNESS:  Again, I would have to look at 10:01
 9  the particulars, the particular situation.  You     10:01
10  know, it would really depend on how that particular 10:01
11  system was configured.                              10:01
12         But ordinarily we would refer to the         10:01
13  complete set of die that can operate concurrently,  10:01
14  that can output at the exact same time in a single  10:01
15  data word as a rank, whether or not it's possible to 10:01
16  use a portion of the rank.                          10:01
17  BY MS. ZHONG:                                       10:01
18     Q.  So if two dies belong to the same physical   10:02
19  rank, would you connect them with a single TSV and  10:02
20  have them output data simultaneously?               10:02
21         MR. CHANDLER:  Objection.  Form.  Incomplete 10:02
22  hypothetical.                                       10:02
23         THE WITNESS:  These are Riho's dies?         10:02
24  BY MS. ZHONG:                                       10:02
25     Q.  It doesn't have to be.                       10:02
```

### Page 40

```
 1     A.  I'd have to look at the specifics.  I think  10:02
 2  it would generally be difficult to have two die both 10:02
 3  output simultaneously to the same TSV and have it   10:02
 4  operate correctly.                                  10:02
 5     Q.  Because of potential data collision?         10:02
 6     A.  There could be a data collision.  There      10:03
 7  could be an electrical problem.  I mean, that's just 10:03
 8  not the way a wire in a memory circuit normally     10:03
 9  operates.  In a memory circuit, a wire with TSV is  10:03
10  just a specific kind of a wire.  In normal          10:03
11  operation, it is usually driven by one driver at a  10:03
12  time.                                               10:03
13     Q.  Okay.  When you say "TSV is just a wire,"    10:03
14  by "wire" you're not really -- it doesn't really    10:03
15  have the same meaning as the wire in wire bonding,  10:03
16  does it?                                            10:03
17     A.  What I said was that TSV is a kind of a      10:03
18  wire.  A wire bond is --                            10:03
19     Q.  Okay.                                        10:03
20     A.  -- a kind of a wire.                         10:03
21     Q.  Okay.  When you say "wire," what do you      10:03
22  mean?  Just electrical, a conducting trace or like  10:03
23  conductor?                                          10:03
24     A.  A metallic conductor.                        10:03
25     Q.  So when you use the word "wire," you mean    10:03
```

### Page 41

```
 1  metallic conductor?                                 10:04
 2         MR. CHANDLER:  Objection.  Form.             10:04
 3         THE WITNESS:  That would be most commonly.   10:04
 4  Again, there can be different contexts, but most    10:04
 5  commonly that is what I would mean.                 10:04
 6  BY MS. ZHONG:                                       10:04
 7     Q.  What if the two dies don't belong to the     10:04
 8  same physical rank but belong to a logical rank,    10:04
 9  can you connect them to the same wire?              10:04
10     A.  I'm so out of context here that I can't even 10:04
11  answer your question.  I don't know what dies we are 10:04
12  talking about.  I don't know what definition you are 10:04
13  using for physical rank and logical rank.  I'd have 10:04
14  to look at an actual block diagram or circuit.      10:04
15     Q.  Okay.  So by logical rank -- and you are     10:05
16  familiar with the concept of rank multiplication;   10:05
17  right?                                              10:05
18         (Clarification requested by Reporter.)       10:05
19  BY MS. ZHONG:
20     Q.  Rank multiplication.                         10:05
21     A.  Yes.  Although there are many varieties.     10:05
22     Q.  Okay.  So in rank multiplication, you are    10:05
23  presenting -- on a high level, you are presenting   10:05
24  two physical ranks of memory dies as a single rank  10:05
25  to the memory controller; is that right?           10:05
```

11 (Pages 38 - 41)