IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| SAMSUNG ELECTRONICS CO, LTD, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR INC., | § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Netlist, Inc.'s ("Netlist") Unopposed Motion for Extension of Time to Respond to Micron Defendants' Answer and Counterclaims (the "Motion"). (Dkt. No. 126.) In the Motion, Netlist requests an extension of the deadline to respond to Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC's Answer to Netlist's Second Amended Complaint and Counterclaims (the "Answer and Counterclaims") (Dkt. No. 122.) The requested extension would move the deadline for Netlist to file its response from September 5, 2023 to September 19, 2023. The Motion is unopposed.

Having considered the Motion, and noting that it is unopposed, the Court is of the opinion that the same should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Netlist to file a response to the Answer and Counterclaims is **extended** up to and including September 19, 2023.

**So Ordered this**

**Aug 24, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE