UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC. <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD, et al. <br><br> Defendants. | Civil Case No. 2:22cv00293-JRG (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| NETLIST, INC. <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY TEXAS, LLC, et al. <br><br> Defendants. | Civil Case No. 2:22cv-00294-JRG (Member Case) <br><br> **JURY TRIAL DEMANDED** |

## NETLIST AND SAMSUNG'S CROSS-USE STIPULATION

Plaintiff Netlist, Inc. and Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc. (collectively, "the Parties"), by and through their respective counsel, hereby stipulate and agree that documents produced by the Parties in *Netlist. Inc. v. Samsung Electronics Co., Ltd., et al*, Case No. 2:21-cv-00463-JRG (the "463 Case") can be used by the Parties in this case, *Netlist, Inc. v. Samsung Electronics Co., Ltd., et al*, Case No. 2:22-cv-00293-JRG (the "293 Case"), provided that any information in such documents that derives from documents, testimony, or other discovery designated under the Protective Order in the 463 Case shall be designated with at least the same level of protection under the Protective Order

entered in the 293 Case.[1]  Specifically, these documents bear the following bates numbers: SAM-NET00000001 – SAM-NET01399784; NL000001 – NL119896.

The Parties agree that documents produced in the 463 Case may be used in the 293 Case without re-producing, re-bates numbering, or re-imaging the documents.

By so agreeing, neither side waives any rights, objections, arguments, or defenses regarding the relevance or appropriateness of fact discovery to be taken in the 293 Case.

The Parties agree that any document or thing from the 463 Case that is used in the 293 Case shall remain subject to the Protective Order entered in the 463 Case unless otherwise stipulated by the Parties.

This Joint Cross-Use Stipulation does not include documents produced by third parties subject to the Protective Order in the 463 Case absent the express agreement of the producing third parties.  A Party must seek an express agreement from any third party before using that third party's produced documents from the 463 Case in the 293 Case, and notice of any such agreement must be provided to the other Party within five business days, consistent with the Discovery Order (Dkt. 56, ¶ 12(d)).

By entering into this Joint Cross-Use Stipulation, the Parties do not concede or otherwise agree or accept that any document, testimony, or other information produced, served, transcribed, or filed in the 463 Case is relevant or admissible as evidence in the 293 Case.  Additionally, nothing in this agreement is intended to or shall be interpreted as modifying the deadlines or obligations of the Parties in the 463 Case or the 293 Case.

---

[1] For example, Documents produced in the 463 Case which were designated CONFIDENTIAL – ATTORNEYS' EYES ONLY shall be treated as though designated CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Parties' Protective Order entered in the 293 Case.

Dated: August 25, 2023

Respectfully submitted,

Respectfully submitted,

*/s/ Jason G. Sheasby*

*/s/ Daniel A. Tishman*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (pro hac vice)
jsheasby@irell.com
Annita Zhong, PhD (pro hac vice)
hzhong@irell.com
Jonathan M. Lindsay (pro hac vice)
jlindsay@irell.com
Thomas C. Werner (pro hac vice)
twerner@irell.com
Benjamin Monnin (pro hac vice)
bmonnin@irell.com
Yanan Zhao (pro hac vice)
yzhao@irell.com
Michael W. Tezyan (pro hac vice)
mtezyan@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
D.C. Bar No. 452421
degnan@fr.com
Brian Livedalen
DC Bar No. 1002699
livedalen@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Katherine H. Reardon
NY Bar No. 5196910
kreardon@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St., NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile:  (404) 892-5002

Kathryn Quisenberry
TX Bar No. 24105639
quisenberry@fr.com
**FISH & RICHARDSON P.C.**
909 Fannin Street Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300

Melissa Richards Smith
melissa@gillamsmith.com
**GILLAM & SMITH, LLP**
303 South Washington Ave.
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:   (903) 934-9257

Brian R. Nester
DC Bar No. 460225
bnester@cov.com
**COVINGTON & BURLING LLP**
One CityCenter 850 Tenth Street, N
Washington, DC 20001-4956
Telephone: (202)-662-6000

Alice J. Ahn
CA Bar No. 271399/DC Bar No. 1004350
aahn@cov.com
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone:  (415) 591-7091
Facsimile:   (415) 955-6571

*Attorneys for Samsung Electronics Co., Ltd.;*
*Samsung Electronics America, Inc.; and*
*Samsung Semiconductor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on August 25, 2023.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Daniel A. Tishman*