# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| SAMSUNG ELECTRONICS CO, LTD, *et al.* | § § § § | (Lead Case) |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| NETLIST, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00294-JRG |
| MICRON TECHNOLOGY, INC., *et al.* | § § § | |
| *Defendants*. | § § § | |

## ORDER

Before the Court is Plaintiff Netlist, Inc.'s ("Netlist") Unopposed Motion to Continue Claim Construction Hearing (the "Motion"). (Dkt. No. 127.) In the Motion, Netlist requests the claim construction hearing currently set for October 5, 2023 be continued from its current setting to October 17, 2023. The Court is unable to hold the claim construction hearing on the requested date. The Court understands that the parties are available to hold such hearing on September 26, 2023 at 1:30 p.m. CT. Accordingly, the Court **ORDERS** that the claim construction hearing herein currently scheduled for October 5, 2023 at 9:00 a.m. CT is **CONTINUED and RESET** for **September 26, 2023 at 1:30 p.m. CT** in Marshall, Texas.

## So Ordered this

**Aug 26, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE