IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO, LTD, *et al.* <br><br> Defendants, | Civil Action No.  2:22 cv 293 <br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Kevin Burgess, of McKool Smith, P.C., 104 East Houston Street Suite 300, Marshall, Texas 75670, enters his appearance as additional counsel of record for Plaintiff Neltist, Inc., in the above-styled and numbered cause.  Kevin Burgess is admitted to practice in this Court and may receive all communications from the Court and from other parties through the Court's ECF system or at the address information shown below.

Dated:  August 29, 2023    Respectfully submitted,

*/s/      Kevin Burgess*
**MCKOOL SMITH, P.C.**
Kevin Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Samuel F. Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**

                        104 East Houston, Suite 300
                        Marshall, Texas 75670
                        Telephone: (903) 923-9000
                        Facsimile: (903) 923-9099

**ATTORNEYS FOR PLAINTIFF NETLIST INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on August 29, 2023.

/s/ *Kevin Burgess*
Kevin Burgess