**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., § § *Plaintiff*, § § v. § SAMSUNG ELECTRONICS CO, LTD, *et al.* § § *Defendants*. § | § § § § § § § § § § § | CIVIL ACTION NO. 2:22-CV-00293-JRG (Lead Case) |
| NETLIST, INC., § § *Plaintiff*, § § v. § MICRON TECHNOLOGY, INC., *et al.* § § *Defendants*. § | § § § § § § § § § § § | CIVIL ACTION NO. 2:22-CV-00294-JRG |

## **ORDER**

The Court hereby appoints Mr. Michael Dean Paul as the Court's technical advisor in this case with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. Mr. Paul's contact information is as follows:

    Michael D. Paul
    Michael D. Paul, PLLC
    26110 High Timber Pass St.
    San Antonio, TX 78260-8041
    Phone: (210) 473-8696
    Email: mdeanpaul@gmail.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials ("claim construction materials") in PDF form to mdeanpaul@gmail.com.

If the document was filed with the Court, the copy must include the CM/ECF header. For claim construction materials that have already been filed, the filing party is **ORDERED** to provide copies to Mr. Paul within two business days. Otherwise, the filing party is **ORDERED** to provide copies to Mr. Paul no later than one business day after filing future claim construction materials.

**So ORDERED and SIGNED this 29th day of August, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE