UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>　　　　Defendants. | Civil Case No. 2:22cv00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>　　　　Defendants. | Civil Case No. 2:22cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## **NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Thomas H. Reger II of Fish & Richardson P.C. enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc., (collectively, "Samsung") and consents to electronic service of all papers in this action.

Thomas H. Reger II may receive all communication from the Court and from other parties at Fish & Richardson P.C., 1717 Main Street, Suite 5000, Dallas, TX 75201, Telephone:  214-747-5070; Facsimile: 214-747-2091, Email: reger@fr.com.

Date: September 6, 2023                    Respectfully submitted,

*/s/ Thomas H. Reger II*
Thomas H. Reger II
Texas Bar No. 24032992
Reger@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: 214-747-5070
Facsimile:  214-747-2091

*Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on September 6, 2023. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                                */s/ Thomas H. Reger II*