# Exhibit A

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:22-cv-293-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; | ) | (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC.; SAMSUNG SEMICONDUCTOR | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:22-cv-294-JRG |
| | ) | |
| MICRON TECHNOLOGY, INC.; MICRON | ) | JURY TRIAL DEMANDED |
| SEMICONDUCTOR PRODUCTS, INC.; | ) | |
| MICRON TECHNOLOGY TEXAS LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF NETLIST, INC.'S PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE

Pursuant to Local P.R. 4-2 and the Court's Amended Docket Control Order (Dkt. 66), Plaintiff Netlist, Inc. ("Netlist") hereby discloses its preliminary constructions for the claim terms that the parties identified on June 1, 2023, under Local P.R. 4-1. Netlist further provides a preliminary identification of extrinsic evidence in support of its preliminary claim constructions.

Netlist identifies these constructions and extrinsic evidence for purposes of discussions between the parties in advance of submitting the July 14, 2023, Joint Claim Construction Statement.

Netlist's analysis, investigations, and discovery remain ongoing and these proposed constructions and identified extrinsic evidence are therefore preliminary and subject to amendment and/or supplementation. Netlist reserves its right to rely upon all or any portion of the documents identified herein as extrinsic evidence. Netlist further reserves its right to modify and/or supplement the proposed constructions and the identified extrinsic evidence based on, without limitation, Defendants' proposed constructions and identified extrinsic evidence, the meet and confer process with Defendants, information obtained in discovery, or further analysis and investigation. This disclosure is not intended, and should not be construed, as a waiver of any argument. Subject to the foregoing qualifications and reservations of rights, Netlist identifies its preliminary claim constructions and extrinsic evidence in Exhibit A.

Dated: June 22, 2023

Respectfully submitted,

*/s/ Hong Zhong*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com

Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on June 22, 2023, a copy of the foregoing was served to all counsel of record.

*/s/ Michael W. Tezyan*
Michael W. Tezyan

# Exhibit A

## CLAIM CONSTRUCTION POSITIONS AND SUPPORTING EXTRINSIC EVIDENCE[1]

**Proposed Constructions:**

1. **U.S. Patent No. 7,619,912**

| Term, Phrase, or Clause | Claim(s) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| "rank" | All claims | "an independent set of DRAM devices on a memory module that act together to read or write the full, fixed bit-width of the memory module in response to a chip-select signal" | Netlist may rely on expert testimony to explain the technology, the state of the art at the time the applications leading to the '912 and '417/'215 patents were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the inventions. For example, the expert may testify as to the understanding by a POSITA of the term "rank." Netlist may also rely on the expert to respond to Defendants' claim construction positions and any testimony of Defendants' expert(s) and witnesses. IPR2023-00203, EX2047, EX2105 through EX2108, EX2112, EX1034. |
| "A memory module connectable to a computer system, the memory module comprising" | All claims | Preamble is limiting; and plain and ordinary meaning | |

---

[1] NB: Other than citations to dictionaries, the citations referenced are examples only. The entire document is relevant.

| Term, Phrase, or Clause | Claim(s) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| "signal" | All claims | Plain and ordinary meaning | Netlist may rely on expert testimony to explain the technology, the state of the art at the time the applications leading to the '912 and '417/'215 patents were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the inventions. For example, the expert may testify as to the understanding by a POSITA of the term "signal." |
| | | | Netlist may also rely on the expert to respond to Defendants' claim construction positions and any testimony of Defendants' expert(s) and witnesses. |
| | | | Wiley Electrical and Electronics Engineering Dictionary (1st ed. 2004) at 707. |
| | | | Newton's Telecom Dictionary (21st ed. 2005) at 761. |
| | | | McGraw-Hill Dictionary of Scientific and Technical Terms (6th ed. 2003) at 1929. |
| | | | Dictionary of Science and Technology (1st ed. 2003) at 555. |
| | | | Collins English Dictionary (7th ed. 2005) at 1499. |
| | | | The New Oxford American Dictionary (2nd ed. 2005) at 1578. |
| | | | Collins Dictionary Electronics Definitions for the Digital Age (2nd ed. 2004) at 378. |
| | | | ASTM Dictionary of Engineering Science & Technology (10th ed. 2005) at 557. |

| Term, Phrase, or Clause | Claim(s) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| | | | Comprehensive Dictionary of Electrical Engineering (2nd ed. 2005) at 626.<br><br>The Penguin Dictionary of Electronics (4th ed. 2005) at 536.<br><br>A Dictionary of Computing (5th ed. 2004) at 483.<br><br>The IEEE Standard Dictionary of Electrical and Electronics Terms (6th ed. 1996) at 988. |
| "row[/column] address signal" | All claims | Plain and ordinary meaning | Netlist may rely on expert testimony to explain the technology, the state of the art at the time the applications leading to the '912 and '417/'215 patents were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the invention. For example, the expert may testify as to the understanding by a POSITA of the term "row/column address signal."<br><br>Netlist may also rely on the expert to respond to Defendants' claim construction positions and any testimony of Defendants' expert(s) and witnesses. |
| "coupled to the printed circuit board" | Claims 15, 16, 28, 86, 88 | Plain and ordinary meaning | Netlist may rely on expert testimony to explain the technology, the state of the art at the time the applications leading to the '912 and '417/'215 patents were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the inventions. For example, the expert may testify as to the understanding by a POSITA of the term "coupled to [a] printed circuit board." |

| Term, Phrase, or Clause | Claim(s) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| | | | Netlist may also rely on the expert to respond to Defendants' claim construction positions and any testimony of Defendants' expert(s) and witnesses. |
| | | | Wiley Electrical and Electronics Engineering Dictionary (1st ed. 2004) at 151. |
| | | | Newton's Telecom Dictionary (21st ed. 2005) at 219. |
| | | | McGraw-Hill Dictionary of Scientific and Technical Terms (6th ed. 2003) at 501. |
| | | | Dictionary of Science and Technology (1st ed. 2003) at 151. |
| | | | Collins Dictionary Electronics Definitions for the Digital Age (2nd ed. 2004) at 95. |
| | | | Merriam-Webster's Collegiate Dictionary (11th ed. 2008) at 286. |
| | | | Cambridge Dictionary of American English (2nd ed. 2008) at 191. |
| | | | Longman Dictionary of American English (4th ed. 2008) at 232. |
| | | | The American Heritage Dictionary of the English Language (4th ed. 2006) at 419. |
| | | | Macmillan English Dictionary for Advanced Learners (2nd ed. 2007) at 338. |

| Term, Phrase, or Clause | Claim(s) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| | | | The New Oxford American Dictionary (3rd ed. 2005) at 397. |
| "mounted to the printed circuit board" | Claims 1, 39, 77, 80, 82, 90 | Plain and ordinary meaning | Netlist may rely on expert testimony to explain the technology, the state of the art at the time the applications leading to the '912 patent were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the invention. For example, the expert may testify as to the understanding by a POSITA of the term "mounted to [a] printed circuit board." Netlist may also rely on the expert to respond to Defendants' claim construction positions and any testimony of Defendants' expert(s) and witnesses. Wiley Electrical and Electronics Engineering Dictionary (1st ed. 2004) at 484. McGraw-Hill Dictionary of Scientific and Technical Terms (6th ed. 2003) at 1377. Dictionary of Science and Technology (1st ed. 2003) at 406. Collins English Dictionary (7th ed. 2005) at 1064. |

| "wherein the logic element generates gated column access strobe (CAS) signals or chip-select signals of the output [control] signals ***in response*** at least in part ***to*** (i) the [at least one] row address signal, (ii) the bank address signals, and (iii) the [at least one] chip-select signal of the [set/plurality] of input [control] signals and (iv) the PLL clock signal" | Claims 1, 15, 28, 39 | Plain and ordinary meaning | Netlist may rely on expert testimony to explain the technology, the state of the art at the time the applications leading to the '912 and '417/'215 patents were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the inventions. For example, the expert may testify as to the understanding by a POSITA of the term "respond to," being "responsive to," and "in response to."

Netlist may also rely on the expert to respond to Defendants' claim construction positions and any testimony of Defendants' expert(s) and witnesses.

Wiley Electrical and Electronics Engineering Dictionary (1st ed. 2004) at 659.

McGraw-Hill Dictionary of Scientific and Technical Terms (6th ed. 2003) at 1797.

Dictionary of Science and Technology (1st ed. 2003) at 522.

ASTM Dictionary of Engineering Science & Technology (10th ed. 2005) at 514.

The American Heritage Dictionary of the English Language (4th ed. 2006) at 1486.

Bloomsbury English Dictionary (2nd ed. 2004) at 1589.

Longman Business English Dictionary (2nd ed. 2007) at 462. |

| Term, Phrase, or Clause | Claim(s) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| "wherein the logic element **responds to** at least (i) a row address bit of the at least one row/column address signal, (ii) the bank signals, and (iii) the at least one chip-select signal of the set of input control signals and (iv) the PLL clock by generating a first number of chip-select signals of the set of output control signals, the first number of chip-select signals generated by the logic element equal to the first number of ranks, and the at least one chip-select signal of the set of input control signals comprises a second number of chip-select signals equal to the second number of ranks" | Claim 77 | Plain and ordinary meaning | *See* evidence for "in response … to." |

| Term, Phrase, or Clause | Claim(s) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| "wherein the generation of the first number of chip-select signals of the output control signals by the logic element is based on the logic element responsive at least in part to (i) the at least one row address signal, (ii) the bank address signals, and (iii) the at least one chip-select signal of the set of input control signals received by the logic element and (iv) the clock signals received from the phase-lock loop device" | Claim 80 | Plain and ordinary meaning | *See* evidence for "in response … to."<br><br>Netlist may rely on expert testimony to explain the technology, the state of the art at the time the applications leading to the '912 patent were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the invention. For example, the expert may testify as to the understanding by a POSITA of the term "based on."<br><br>Netlist may also rely on the expert to respond to Defendants' claim construction positions and any testimony of Defendants' expert(s) and witnesses.<br><br>*See also*<br><br>Merriam-Webster's Collegiate Dictionary (11th ed. 2008) at 101.<br><br>Cambridge Dictionary of American English (2nd ed. 2008) at 62.<br><br>Longman Dictionary of American English (4th ed. 2008) at 75.<br><br>The American Heritage Dictionary of the English Language (4th ed. 2006) at 148.<br><br>Macmillan English Dictionary for Advanced Learners (2nd ed. 2007) at 107.<br><br>The New Oxford American Dictionary (3rd ed. 2005) at 136. |

| Term, Phrase, or Clause | Claim(s) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| "wherein the logic element responds to at least the at least one row address signal, the bank address signals, and the at least one chip-select signal of the set of input [control] signals and the PLL clock signal by generating a number of rank-selecting signals of the set of output [control] signals that is greater than double or equal to double the number of chip-select signals of the set of input [control] signals" | Claim 82, 86 | Plain and ordinary meaning | *See* evidence for "in response … to." |
| "wherein the logic element responds to at least (i) the row address signal, (ii) the bank address signals, (iii) and the one chip-select signal of the set of input control signals and (iv) the PLL clock signal by generating a number of rank-selecting signals of the set of output signals that is greater than double or equal to double the | Claim 88 | Plain and ordinary meaning | *See* evidence for "in response ... to." |

| Term, Phrase, or Clause | Claim(s) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| number of chip-select signals of the set of input control signals" | | | |
| "wherein the logic element responds to at least (i) the at least one row signal, (ii) the bank address signals, (iii) and the second number of chip-select signals of the plurality of input signals and (iv) the PLL clock signal by generating the first number of chip-select signals of the plurality of output signals that is greater than double or equal to double the second number of chip-select signals of the plurality of input signals" | Claim 90 | Plain and ordinary meaning | *See* evidence for "in response ... to." |

2.  **U.S. Patent No. 9,858,215**

| Term, Phrase, or Clause | Claim(s) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| "rank" | All claims. | *See* "rank" (912 patent) | *See* "rank" ('912 patent). |
| "A memory module operable in a computer system to communicate data with a memory controller of the computer system via a memory bus in response to memory commands received from the memory controller, the memory commands including a first memory command and a subsequent second memory command, the first memory command to cause the memory module to receive or output a first data burst and the second memory command to cause the memory module to receive or output a second data burst, the memory module comprising" | Claim 1 | Preamble is limiting; and plain and ordinary meaning | |

| Term, Phrase, or Clause | Claim(s) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| "A method of operating a memory module coupled to a memory controller via a memory bus, the memory module comprising memory integrated circuits arranged in ranks and mounted on a printed circuit board having a plurality of edge connections coupled to the memory bus, the memory integrated circuits including at least one first memory integrated circuit in a first rank and at least one second memory integrated circuit in a second rank, the method comprising" | Claim 21 | Preamble is limiting; and plain and ordinary meaning | |
| "operable in a computer system to communicate data" | Claim 1 | Plain and ordinary meaning | Netlist may rely on expert testimony to explain the technology, the state of the art at the time the applications leading to the '215/'417 patents were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the invention. For example, the expert may testify as to the understanding by a POSITA of the term "operable in a computer system to communicate data." Netlist may also rely on the expert to respond to Defendants' claim construction positions and any testimony of Defendants' expert(s) and witnesses. |

| Term, Phrase, or Clause | Claim(s) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| "logic coupled to the buffer and configured to respond to the first memory command by providing first control signals to the buffer to enable communication of the first data burst between the at least one first memory integrated circuit and the memory controller through the buffer"; "wherein the logic is further configured to respond to the second memory command by providing second control signals to the buffer to enable communication of the second data burst between the at least one second memory integrated circuit and the memory controller through the buffer, the second control signals being …." "logic . . . configured to respond to the first memory command by providing first control signals to the buffer to enable communication of the first data burst between the at least one first memory integrated circuit and the memory controller through the | Claim 1 | Plain and ordinary meaning | *See* evidence for "coupled to" and "respond to"/"in response ... to." Netlist may rely on expert testimony to explain the technology, the state of the art at the time the applications leading to the '215/'417 patents were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the invention. For example, the expert may testify as to the understanding by a POSITA of the term "respond to," "coupled," "burst" and "data burst." Netlist may also rely on the expert to respond to Defendants' claim construction positions and any testimony of Defendants' expert(s) and witnesses. Simon Collin, Dictionary of Science and Technology (2nd ed. 2007) at 91. Dictionary of Computer and Internet Terms, Vol. 1 (2016) at 75. Wiley Electrical and Electronics Engineering Dictionary at 85. Bruce L. Jacob, Synchronous DRAM Architectures, Organizations, and Alternative Technologies (2002) at 10. Hewlett-Packard, Memory Technology Evolution: An Overview of System Memory Technologies (2008) at 5. |

| Term, Phrase, or Clause | Claim(s) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| buffer, wherein the logic is further configured to respond to the second memory command by providing second control signals to the buffer to enable communication of the second data burst between the at least one second memory integrated circuit and the memory controller through the buffer" | | | IEEE 100 The Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000) at 127, 128. |
| "in response to the first memory command, providing first control signal to a buffer to enable communication of the first data burst between the at least one first memory integrated circuit and the memory controller through the buffer"; and | Claim 21 | Plain and ordinary meaning | *See* evidence for "burst" above. |
| "in response to the second memory command, providing second control signals to the buffer to enable communication of the second data burst between the at least one second memory integrated circuit and the memory controller through the buffer, the second control signals being | Claim 21 | Plain and ordinary meaning | *See* evidence for "burst" above.<br><br>*See* evidence for "in response … to." |

| Term, Phrase, or Clause | Claim(s) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| different from the first control signals" | | | |
| "the memory module has an overall **CAS latency**" / "overall CAS latency of the memory module" | Claims 3, 4, 24, 25 | Plain and ordinary meaning | Netlist may rely on expert testimony to explain the technology, the state of the art at the time the applications leading to the '215/'417 patents were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the invention. For example, the expert may testify as to the understanding by a POSITA of the term "CAS latency," "overall CAS latency of the memory module," and "actual operational CAS latency" of an SDRAM device.<br><br>Netlist may also rely on the expert to respond to Defendants' claim construction positions and any testimony of Defendants' expert(s) and witnesses.<br><br>Wiley Electrical and Electronics Engineering Dictionary (2004) at 532.<br><br>High Definition, An A to Z Guide to Personal Technology (2006) at 49.<br><br>Micron DDR4 SDRAM Datasheet, EDY4016A, (2014) at 39.<br><br>Bruce L. Jacob, Synchronous DRAM Architectures, Organizations, and Alternative Technologies (2002) at 10.<br><br>Hewlett-Packard, Memory technology evolution: an overview of system memory technologies (2008) at 3, 4. |

| Term, Phrase, or Clause | Claim(s) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| | | | JEDEC Terms, Definitions, and Letter Symbols for Microcomputers, Microprocessors, and Memory Integrated Circuits, JESD100B.01 (2002) at 2, 11. |
| "actual operational CAS latency of each of the plurality of memory integrated circuits" / "actual operational CAS latency of the memory integrated circuits" | Claims 3, 4, 24, 25 | Plain and ordinary meaning | *See* evidence for "CAS latency" above. |
| "burst of data strobe signals" | Claims 12, 13, 28, 29 | Plain and ordinary meaning | *See* evidence for "burst" above. *See also* JESD79 (IPR2023-00455, EX1060). JESD79-2 (IPR2023-00455, EX1064). |
| "the at least one of the circuit components" | Claim 15 | Plain and ordinary meaning | |

3.  U.S. Patent No. 11,093,417

| Term, Phrase, or Clause | Claim(s) | Proposed Construction & | Extrinsic Evidence |
|---|---|---|---|
| "rank" | All claims | *See* the same term for the '912 and '215 patents | *See* the same term for the '912 patent. |
| "A memory module operable in a computer system to communicate data with a memory controller of the computer system via a N-bit wide data bus in response to memory commands received from the memory controller, the memory bus including address and control signal lines and data signal lines, the memory module comprising" | Claim 1 | Preamble is limiting; and plain and ordinary meaning. | |
| "operable in a computer system to communicate data" | Claim 1 | Plain and ordinary meaning | *See* the same term in the '215 patent. |

| Term, Phrase, or Clause | Claim(s) | Proposed Construction & | Extrinsic Evidence |
|---|---|---|---|
| "data buffer control signals" | Claims 1, 3, 11 | Plain and ordinary meaning | Netlist may rely on expert testimony to explain the technology, the state of the art at the time the applications leading to the '215/'417 patents were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the invention. For example, the expert may testify as to the understanding by a POSITA of the term "signal" and "data buffer control signals." Netlist may also rely on the expert to respond to Defendants' claim construction positions and any testimony of Defendants' expert(s) and witnesses. *See also* extrinsic evidence for "signal." |
| "circuitry coupled between the data signal lines in the N-bit wide memory bus and corresponding data pins of memory devices in each of the plurality of N-bit wide ranks, the circuitry being configurable to transfer the burst of N-bit wide data signals between the N-bit wide memory bus and the memory devices in the one of the plurality of N-bit wide ranks in response to the data buffer control signal" | Claim 1 | Plain and ordinary meaning | *See* extrinsic evidence for "burst" and "in response ... to." |

| Term, Phrase, or Clause | Claim(s) | Proposed Construction & | Extrinsic Evidence |
|---|---|---|---|
| "circuitry includes logic pipelines configurable to enable the data transfers between the memory devices and the memory bus through the circuitry" | Claim 6 | Plain and ordinary meaning | Netlist may rely on expert testimony to explain the technology, the state of the art at the time the applications leading to the '215/'417 patents were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the invention. For example, the expert may testify as to the understanding by a POSITA of the term "circuitry includes logic pipelines configurable to enable the data transfers between the memory devices and the memory bus through the circuitry."<br><br>Netlist may also rely on the expert to respond to Defendants' claim construction positions and any testimony of Defendants' expert(s) and witnesses. |
| "circuitry is configurable to enable the data paths in response to the data buffer control signals so that the burst of N-bit wide data signals are transferred via the data paths" | Claim 11 | Plain and ordinary meaning | Netlist may rely on expert testimony to explain the technology, the state of the art at the time the applications leading to the '215/'417 patents were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the invention. For example, the expert may testify as to the understanding by a POSITA of the term "enable [] data paths in response to [] data buffer control signals" and "burst of … data signals."<br><br>Netlist may also rely on the expert to respond to Defendants' claim construction positions and any testimony of Defendants' expert(s) and witnesses.<br><br>*See also* evidence for "burst." |

| Term, Phrase, or Clause | Claim(s) | Proposed Construction & | Extrinsic Evidence |
|---|---|---|---|
| "logic . . . configurable to receive a set of input address and control signals associated with a read or write memory command via the address and control signal lines and to output a set of registered address and control signals in response to the set of input address and control signals, . . . the logic is further configurable to output data buffer control signals in response to the read or write memory command" | Claim 1 | Plain and ordinary meaning | *See* evidence for "in response ... to." |
| "the read or write command" | Claims 1, 15 | Plain and ordinary meaning | Netlist may rely on expert testimony to explain the technology, the state of the art at the time the applications leading to the '215/'417 patents were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the invention. For example, the expert may testify as to the understanding by a POSITA of the term "read or write command."

Netlist may also rely on the expert to respond to Defendants' claim construction positions and any testimony of Defendants' expert(s) and witnesses. |

| Term, Phrase, or Clause | Claim(s) | Proposed Construction & | Extrinsic Evidence |
|---|---|---|---|
| "an amount of time delay" | Claim 1 | Plain and ordinary meaning | Netlist may rely on expert testimony to explain the technology, the state of the art at the time the applications leading to the '215/'417 patents were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the invention. For example, the expert may testify as to the understanding by a POSITA of the term "an amount of time delay." Netlist may also rely on the expert to respond to Defendants' claim construction positions and any testimony of Defendants' expert(s) and witnesses. |
| "the predetermined amount of time delay" | Claim 9 | Plain and ordinary meaning | Netlist may rely on expert testimony to explain the technology, the state of the art at the time the applications leading to the '215/'417 patents were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the invention. For example, the expert may testify as to the understanding by a POSITA of the term a "predetermined amount of time delay." Netlist may also rely on the expert to respond to Defendants' claim construction positions and any testimony of Defendants' expert(s) and witnesses. |
| "overall CAS latency of the memory module" | Claim 1 | Plain and ordinary meaning | *See* extrinsic evidence for "CAS latency." |

| Term, Phrase, or Clause | Claim(s) | Proposed Construction & | Extrinsic Evidence |
|---|---|---|---|
| "actual operational CAS latency of each of the memory devices" | Claim 1 | Plain and ordinary meaning | *See* extrinsic evidence for "CAS latency." |
| "wherein data transfers through the circuitry are registered for an amount of time delay such that the overall CAS latency of the memory module is greater than an actual operational CAS latency of each of the memory devices" | Claim 1 | Plain and ordinary meaning | *See* extrinsic evidence for "CAS latency" and "an amount of time delay." |

**4. U.S. Patent No. 10,268,608**

| Term, Phrase, or Clause | Claim(s) | Proposed Construction | Extrinsic Evidence |
|---|---|---|---|
| "A memory module operable to communicate with a memory controller via a memory bus, the memory bus including signal lines, the signal lines including a set of control/address signal lines and a plurality of sets of data/strobe signal lines, the memory module comprising" | Claim 1 | Preamble is limiting; and plain and ordinary meaning | |