# Exhibit I

PTO/SB/08 Equivalent

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Multiple sheets used when necessary)* SHEET 1 OF 6 | Application No. | 95/001,339 |
| | Filing Date | June 8, 2010 |
| | First Named Inventor | Jayesh R. Bhakta et al. |
| | Art Unit | 3992 |
| | Examiner | Choi, Woo H. |
| | Attorney Docket No. | NETL.018RX1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code (if known)<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | US 2003/0090359 | 05-2003 | Ok, Seung Han | |
| | 2 | US 2004/0000708 | 01-01-2004 | Rapport et al. | |
| | 3 | US 2006/0259711 | 11-2006 | Oh, Jong-Hoon | |
| | 4 | US 4866603 | 09-1989 | Chiba | |
| | 5 | US 6044032 | 03-28-2000 | Li | |
| | 6 | US 6097652 | 08-01-2000 | Roh | |
| | 7 | US 6134638 | 10-17-2000 | Olarig, et al. | |
| | 8 | US 6151271 | 11-17-2000 | Lee | |
| | 9 | US 6154419 | 11-28-2000 | Shakkarwar | |
| | 10 | US 6226736 | 05-01-2001 | Niot | |
| | 11 | US 6233650 | 05-15-2001 | Johnson et al. | |
| | 12 | US 6247088 | 06-12-2001 | Seo et al. | |
| | 13 | US 6317352 | 11-13-2001 | Halbert et al. | |
| | 14 | US 6400637 | 06-04-2002 | Akamatsu et al. | |
| | 15 | US 6415374 | 07-02-2002 | Faue et al. | |
| | 16 | US 6438062 | 08-2002 | Curtis et al. | |
| | 17 | US 6446158 | 09-03-2002 | Karabatsos | |
| | 18 | US 6446184 | 09-03-2002 | Dell et al. | |
| | 19 | US 6526473 | 02-25-2003 | Kim | |
| | 20 | US 6530007 | 03-04-2003 | Olarig et al. | |
| | 21 | US 6530033 | 03-2003 | Raynham et al. | |
| | 22 | US 6618320 | 09-09-2003 | Hasegawa et al. | |
| | 23 | US 6621496 | 09-16-2003 | Ryan | |
| | 24 | US 6625081 | 09-23-2003 | Roohparvar et al. | |
| | 25 | US 6625687 | 09-23-2003 | Halbert et al. | |
| | 26 | US 6636935 | 10-21-2003 | Ware et al. | |
| | 27 | US 6658509 | 12-02-2003 | Bonella et al. | |
| | 28 | US 6683372 | 01-27-2004 | Wong et al. | |
| | 29 | US 6717855 | 04-06-2004 | Lai | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Multiple sheets used when necessary) SHEET 2 OF 6 | | | Application No. | 95/001,339 |
|---|---|---|---|---|
| | | | Filing Date | June 8, 2010 |
| | | | First Named Inventor | Jayesh R. Bhakta et al. |
| | | | Art Unit | 3992 |
| | | | Examiner | Choi, Woo H. |
| | | | Attorney Docket No. | NETL.018RX1 |

| U.S. PATENT DOCUMENTS | | | | | |
|---|---|---|---|---|---|
| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
| | 30 | US 6738880 | 05-18-2004 | Lai et al. | |
| | 31 | US 6754797 | 06-22-2004 | Wu et al. | |
| | 32 | US 6788592 | 09-07-2004 | Nakata et al. | |
| | 33 | US 6854042 | 02-08-2005 | Karabatsos | |
| | 34 | US 6880094 | 04-12-2005 | LaBerge | |
| | 35 | US 6889304 | 05-03-2005 | Perego et al. | |
| | 36 | US 6912615 | 06-28-2005 | Nicolai | |
| | 37 | US 6912628 | 06-28-2005 | Wicki et al. | |
| | 38 | US 6925028 | 08-02-2005 | Hosokawa et al. | |
| | 39 | US 6950366 | 09-27-2005 | Lapidus et al. | |
| | 40 | US 6990043 | 01-24-2006 | Kuroda et al. | |
| | 41 | US 7046538 | 05-16-2006 | Kinsley et al. | |
| | 42 | US 7054179 | 05-30-2006 | Cogdill et al. | |
| | 43 | US 7065626 | 06-20-2006 | Schumacher et al. | |
| | 44 | US 7073041 | 07-04-2006 | Dwyer et al. | |
| | 45 | US 7127584 | 10-24-2006 | Thompson et al. | |
| | 46 | US 7130952 | 10-31-2006 | Nanki et al. | |
| | 47 | US 7142461 | 11-28-2006 | Janzen | |
| | 48 | US 7149841 | 12-12-2006 | LaBerge | |
| | 49 | US 7227910 | 06-05-2007 | Lipka | |
| | 50 | US 7272709 | 09-18-2007 | Zitlaw et al. | |
| | 51 | US 7286436 | 10-23-2007 | Bhakta et al. | |
| | 52 | US 7370238 | 05-06-2008 | Billick et al. | |
| | 53 | US 7427591 | 10-14-2008 | Wong | |
| | 54 | US 7461182 | 12-02-2008 | Fukushima et al. | |
| | 55 | US 7532537 | 05-12-2009 | Solomon et al. | |
| | 56 | US 7619912 | 11-17-2009 | Bhakta et al. | |
| | 57 | US 7636274 | 12-22-2009 | Solomon et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| | | | | | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Multiple sheets used when necessary)* | | | Application No. | 95/001,339 | |
| | | | Filing Date | June 8, 2010 | |
| | | | First Named Inventor | Jayesh R. Bhakta et al. | |
| | | | Art Unit | 3992 | |
| | | | Examiner | Choi, Woo H. | |
| SHEET 3 OF 6 | | | Attorney Docket No. | NETL.018RX1 | |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number *Number - Kind Code (if known)* Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 58 | Application Number 12/422,853; filed 04/13/2009; Owned by Netlist, Inc. | | | |
| | 59 | Application Number 12/422,925; filed 04/13/2009; Owned by Netlist, Inc. | | | |
| | 60 | Application Number 12/504,131; filed 07/16/2009; Owned by Netlist, Inc. | | | |
| | 61 | Application Number 12/761,179; filed 04/15/2010; Owned by Netlist, Inc. | | | |
| | 62 | Application Number 12/774,632; filed 05/05/2010; Owned by Netlist, Inc. | | | |
| | 63 | Application Number 12/815,339; filed 06/14/2010; Owned by Netlist, Inc. | | | |
| | 64 | Application Number 12/577,682; filed 10/12/2009; Owned by Netlist, Inc. | | | |
| | 65 | Application Number 12/629,827; filed 12/02/2009; Owned by Netlist, Inc. | | | |
| | 66 | Application Number 12/408,652; filed 03/20/2009; Owned by Netlist, Inc. | | | |
| | 67 | Application Number 11/075,395; filed 03/07/2005; Owned by Netlist, Inc. | | | |
| | 68 | Application Number 11/173,175; filed 07/01/2005; Owned by Netlist, Inc. | | | |
| | 69 | Application Number 11/628,931; filed 09/27/2007; Owned by Netlist, Inc. | | | |
| | 70 | Application Number 95/001,337; filed 06/04/2010; Owned by Netlist, Inc. | | | |
| | 71 | Application Number 95/001,381; filed 06/09/2010; Owned by Netlist, Inc | | | |
| | 72 | Application Number 95/000,546; filed 05/11/2010; Owned by Netlist, Inc. | | | |

| Examiner Signature | Date Considered |
|---|---|
| | |

*****Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 95/001,339 |
|---|---|---|
| | Filing Date | June 8, 2010 |
| | First Named Inventor | Jayesh R. Bhakta et al. |
| | Art Unit | 3992 |
| *(Multiple sheets used when necessary)* | Examiner | Choi, Woo H. |
| SHEET 4 OF 6 | Attorney Docket No. | NETL.018RX1 |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | 73 | Carvalho, Carlos; "The Gap between Processor and Memory Speeds"; ICCA '02 | |
| | 74 | "DDR SDRAM RDIMM Features," Micron Technology, Inc., 2002. | |
| | 75 | Freedman, Alan. "The Computer Glossary," The Complete Illustrated Dictionary, American Management Association, 2001. | |
| | 76 | Jacob, Bruce L.; "Synchronous DRAM Architectures, Organizations, and Alternative Technologies". University of Maryland, December 10, 2002. | |
| | 77 | JEDEC "JEDEC Standard: Double Data Rate (DDR) SDRAM Specification", JESD79C March 2003. | |
| | 78 | Karabatsos, C., "Quad Band Memory (QBM) Technology", Kentron Technologies, Inc., April 2001, pp 1-5. | |
| | 79 | Jedec Standard No. 21-C, "PC2100 and PC1600 DDR SDRAM Registered DIMM Design Specification," Revision 1.3, January 2002. | |
| | 80 | Jedec Standard, "Definition of the SSTV16859 2.5 V 13-Bit to 26-Bit SSTL_2 Registered Buffer for Stacked DDR DIMM Applications," JESD82-4B, May 2003. | |
| | 81 | Kellog, Mark; "PC133: SDRAM Main Memory Performance Reaches New Heights"; IBM Microelectronics, 1999 | |
| | 82 | Keltcher et al.; "The AMD Opteron Processor For Multiprocessor Servers"; IEEE Computer Society | |
| | 83 | Kirihata et al.; "A 390-mm, 16-Bank, 1-Gb DDR SDRAM with Hybrid Bitline Architecture"; IEEE Journal Of Solid-State Circuits, Vol. 34, No. 11, November 1999 | |
| | 84 | "Quad Band Memory (QBM™): DDR 200/266/333 devices producing DDR 400/533/667," Platform Conference, January 23-24, 2002. | |
| | 85 | U.S. District Court Central District of California, Case No. CV09 06900, NETLIST, INC. vs. INPHI CORPORATION, Complaint For Patent Infringement, filed September 22, 2009 in 10 pages. | |
| | 86 | U.S. District Court Central District of California, Case No. CV09 06900, NETLIST, INC. vs. INPHI CORPORATION, Defendant Inphi Corporation's Answer To Plaintiff's Complaint For Patent Infringement, filed November 12, 2009 in 6 pages. | |
| | 87 | U.S. District Court Central District of California, Case No. CV09 06900, NETLIST, INC. vs. INPHI CORPORATION, Defendant Inphi Corporation's Answer To Plaintiff's First Amended Complaint For Patent Infringement, filed February 11, 2010 in 9 pages. | |
| | 88 | U.S. District Court Central District of California, Case No. CV09 06900, NETLIST, INC. vs. INPHI CORPORATION, Defendant Inphi Corporation's Notice Of Motion and Motion For Stay Pending Reexaminations And Interference Proceeding Regarding The Patents-In-Suit; Memorandum Of Points And Authorities In Support Thereof, filed April 21, 2010 in 28 pages. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 95/001,339 |
|---|---|---|
| | Filing Date | June 8, 2010 |
| | First Named Inventor | Jayesh R. Bhakta et al. |
| | Art Unit | 3992 |
| *(Multiple sheets used when necessary)* | Examiner | Choi, Woo H. |
| SHEET 5 OF 6 | Attorney Docket No. | NETL.018RX1 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
| | 89 | U.S. District Court Central District of California, Case No. CV09 06900, NETLIST, INC. vs. INPHI CORPORATION, Plaintiff Netlist Inc's Opposition To Defendant Inphi Corporation's Motion For Stay Pending Reexaminations And Interference Proceedings Regarding The Patents-In-Suit, filed May 3, 2010 in 23 pages. | |
| | 90 | U.S. District Court Central District of California, Case No. CV09 06900, NETLIST, INC. vs. INPHI CORPORATION, Plaintiff Netlist, Inc's First Amended Complaint For Patent Infringement, filed December 23, 2009 in 8 pages. | |
| | 91 | U.S. District Court Northern District of California, Case No. CV08 04144, GOOGLE INC. v. NETLIST, INC., [Redacted] Google Inc.'s Responsive Claim Construction Brief, filed August 25, 2009 in 30 pages. | . |
| | 92 | U.S. District Court Northern District of California, Case No. CV08 04144, GOOGLE INC. v. NETLIST, INC., Amended Exhibit A To Joint Claim Construction And Prehearing Statement, filed October 28, 2009 in 1 page. | |
| | 93 | U.S. District Court Northern District of California, Case No. CV08 04144, GOOGLE INC. v. NETLIST, INC., Appendix 1 To Google's Responsive Claim Construction Brief, filed August 25, 2009 in 4 pages. | |
| | 94 | U.S. District Court Northern District of California, Case No. CV08 04144, GOOGLE INC. v. NETLIST, INC., Attachment 1 To Exhibit B To Joint Claim Construction And Prehearing Statement, filed June 12, 2009 in 7 pages. | |
| | 95 | U.S. District Court Northern District of California, Case No. CV08 04144, GOOGLE INC. v. NETLIST, INC., Attachment 2 To Exhibit B To Joint Claim Construction And Prehearing Statement, filed June 12, 2009 in 12 pages. | |
| | 96 | U.S. District Court Northern District of California, Case No. CV08 04144, GOOGLE INC. v. NETLIST, INC., Complaint For Declaratory Relief, filed August 29, 2008 in 49 pages. | |
| | 97 | U.S. District Court Northern District of California, Case No. CV08 04144, GOOGLE INC. v. NETLIST, INC., Defendant Netlist, Inc.'s Claim Construction Reply Brief, filed September 22, 2009 in 19 pages. | |
| | 98 | U.S. District Court Northern District of California, Case No. CV08 04144, GOOGLE INC. v. NETLIST, INC., Defendant Netlist, Inc.'s Opening Claim Construction Brief, filed July 29, 2009 in 21 pages. | |
| | 99 | U.S. District Court Northern District of California, Case No. CV08 04144, GOOGLE INC. v. NETLIST, INC., Defendant Netlist, Inc.'s Opposition To Google Inc's Motion For Summary Judgment Of Invalidity, filed July 6, 2010 in 13 pages. | |
| | 100 | U.S. District Court Northern District of California, Case No. CV08 04144, GOOGLE INC. v. NETLIST, INC., Exhibit A To Joint Claim Construction And Prehearing Statement, filed June 12, 2009 in 2 pages. | |
| | 101 | U.S. District Court Northern District of California, Case No. CV08 04144, GOOGLE INC. v. NETLIST, INC., Exhibit B To Joint Claim Construction And Prehearing Statement, filed June 12, 2009 in 36 pages. | |
| | 102 | U.S. District Court Northern District of California, Case No. CV08 04144, GOOGLE INC. v. NETLIST, INC., Joint Claim Construction And Prehearing Statement, filed June 12, 2009 in 5 pages. | |
| | 103 | U.S. District Court Northern District of California, Case No. CV08 04144, GOOGLE INC. v. NETLIST, INC., Netlist, Inc.'s Answer To Complaint And Counterclaims, filed November 18, 2008 in 9 pages. | |
| | 104 | U.S. District Court Northern District of California, Case No. CV08 04144, GOOGLE INC. v. NETLIST, INC., Order Re Claim Construction, filed November 16, 2009 in 1 page. | |
| | 105 | U.S. District Court Northern District of California, Case No. CV08 04144, GOOGLE INC. v. NETLIST, INC., Plaintiff Google's Reply To Counterclaims, filed December 8, 2008 in 4 pages. | |
| | 106 | U.S. District Court Northern District of California, Case No. CV08 04144, GOOGLE INC. v. NETLIST, INC., Stipulation Re: Additional Agreed-Upon Claim Constructions, filed October 28, 2009 in 3 pages. | |
| | 107 | U.S. District Court Northern District of California, Case No. CV09 05718, NETLIST, INC. vs. GOOGLE, INC., Complaint For Patent Infringement, filed December 4, 2009 in 47 pages. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT  (Multiple sheets used when necessary) | Application No. | 95/001,339 |
|---|---|---|
| | Filing Date | June 8, 2010 |
| | First Named Inventor | Jayesh R. Bhakta et al. |
| | Art Unit | 3992 |
| | Examiner | Choi, Woo H. |
| SHEET 6 OF 6 | Attorney Docket No. | NETL.018RX1 |

| NON PATENT LITERATURE DOCUMENTS |||||
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
| | 108 | U.S. District Court Northern District of California, Case No. CV09 05718, NETLIST, INC. vs. GOOGLE, INC., Defendant Google Inc's Responsive Claim Construction Brief, filed August 4, 2010 in 27 pages. | |
| | 109 | U.S. District Court Northern District of California, Case No. CV09 05718, NETLIST, INC. vs. GOOGLE, INC., Exhibit A to Joint Claim Construction and Prehearing Statement under Patent L.R. 4-3, filed June 25, 2010 in 2 pages. | |
| | 110 | U.S. District Court Northern District of California, Case No. CV09 05718, NETLIST, INC. vs. GOOGLE, INC., Exhibit B to Joint Claim Construction and Prehearing Statement under Patent L.R. 4-3, filed June 25, 2010 in 23 pages. | |
| | 111 | U.S. District Court Northern District of California, Case No. CV09 05718, NETLIST, INC. vs. GOOGLE, INC., Google's Answer To Plaintiff's Complaint For Patent Infringement; And Assertion of Counterclaims, filed February 12, 2010 in 13 pages. | |
| | 112 | U.S. District Court Northern District of California, Case No. CV09 05718, NETLIST, INC. vs. GOOGLE, INC., Joint Claim Construction And Prehearing Statement Under Patent Local Rule 4-3, filed June 25, 2010 in 5 pages. | |
| | 113 | U.S. District Court Northern District of California, Case No. CV09 05718, NETLIST, INC. vs. GOOGLE, INC., Plaintiff Netlist, Inc.'s Reply Claim Construction Brief, filed August 16, 2010 in 17 pages. | |
| | 114 | U.S. District Court Northern District of California, Case No. CV09 05718, NETLIST, INC. vs. GOOGLE, INC., Plaintiff Netlist, Inc.'s Reply To Defendant Google Inc.'s Counterclaim, filed March 8, 2010 in 11 pages. | |
| | 115 | U.S. District Court Northern District of California, Case No. CV09 05718, NETLIST, INC. vs. GOOGLE, INC., Plaintiff Netlist, Inc's Opening Claim Construction Brief, filed July 16, 2010 in 29 pages. | |
| | 116 | US District Court Civil Docket; Netlist Inc. v. Google Inc.; 4:09cv5718 | |
| | 117 | US District Court Civil Docket; Netlist Inc. v. Inphi Corporation; 2:09cv6900 | |
| | 118 | US District Court Civil Docket; Google Inc. v. Netlist Inc.; 4:08cv04144 | |

9743381
092710

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| *Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ||||

T[1] - Place a check mark in this area when an English language Translation is attached.

NETL.018RX1
App. No. 95/001,339                                                              October 28, 2010

| | | |
|---|---|---|
| Inventors | : | Bhakta et al. |
| App. No. | : | 95/001,339 |
| Filed | : | June 8, 2010 |
| For | : | MEMORY MODULE DECODER |
| Art Unit | : | 3992 |

CERTIFICATE OF EFS WEB TRANSMISSION

I hereby certify that this correspondence, and any other attachment noted on the automated Acknowledgement Receipt, is being transmitted from within the Pacific Time zone to the Commissioner for Patents via the EFS Web server on:

October 28, 2010
(Date)

Bruce S. Itchkawitz, Reg. No. 47,677

## CERTIFICATE OF SERVICE

It is hereby certified that on **October 28, 2010,** I filed an Information Disclosure Statement (listing one hundred and eighteen references of which forty-five references are enclosed) via EFS Web Filing.

A copy of the Information Disclosure Statement (listing one hundred and eighteen references of which forty-five references are enclosed) was also served via U.S. mail by depositing them with the United States Postal Service as first-class mail to the following attorneys:

PILLSBURY WINTHROP SHAW PITTMAN LLP
P.O. BOX 10500
MCLEAN, VA 22102

Dated this 28th day of October, 2010.

9912704
102710

# Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 8722438 |
| Application Number: | 95001339 |
| International Application Number: | |
| Confirmation Number: | 5035 |
| Title of Invention: | MEMORY MODULE DECODER |
| First Named Inventor/Applicant Name: | 7619912 |
| Customer Number: | 20995 |
| Filer: | Bruce S. Itchkawitz/ThuyQuyen Nguyen |
| Filer Authorized By: | Bruce S. Itchkawitz |
| Attorney Docket Number: | 043326-000-0021 |
| Receipt Date: | 28-OCT-2010 |
| Filing Date: | 08-JUN-2010 |
| Time Stamp: | 17:19:54 |
| Application Type: | inter partes reexam |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | ids_transmittal.pdf | 75556<br>e1ee98fbb9fe2200472d3d058aab2c444d40daeb | no | 2 |

**Warnings:**

**Information:**

| 2 | Information Disclosure Statement (IDS) Filed (SB/08) | ids.pdf | 431846<br>901b4e8a0d593a5ee77c3f5f271820359205a4fa | no | 6 |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| This is not an USPTO supplied IDS fillable form | | | | | |
| 3 | Reexam Certificate of Service | cert_service.pdf | 35055<br>9f8505b58902e83cef5ae7befe2c67e12d5b6cd4 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | NPL Documents | Carvalho_GapBetweenProcessorandMemorySpeeds.PDF | 569146<br>8f6abaa590c64c01bfcd6115f03f8378c8020c99 | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | NPL Documents | ddr_sdram_rdimm.pdf | 1216598<br>89ab16260dd920887463a8a12026f4fb02de47f9 | no | 20 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | NPL Documents | Freedman_TheComputerGlossary.pdf | 402162<br>21a8f0dabcd2347ba78ff3da3bf05bee7ea1cb01 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | NPL Documents | Jacob_BL_SynchronousDRAM.pdf | 2676773<br>53e12a0626f4cdf5f278c97dcb56ba6068694f90 | no | 22 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 8 | NPL Documents | jedec_definition.pdf | 817290<br>a0300f6f585bb3e968dd4b297f578fd0d7f55b2f | no | 17 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 9 | NPL Documents | jedec_PC2100_PC1600.pdf | 3729599<br>c54c06636147b91f412ee4a8e6e10d89a936a546 | no | 81 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 10 | NPL Documents | JEDECStandard_DoubleDataRateDDRSDRAMSpecification.PDF | 8159298<br>85a48c181324544814a1ae841fe740638b615f70 | no | 82 |

| | Warnings: | | | | |
|---|---|---|---|---|---|
| | Information: | | | | |
| 11 | NPL Documents | Kellog_PC133SDRAM.PDF | 117933<br>ba4d62343aecb82494e44d6482577591b316af3c | no | 5 |
| | Warnings: | | | | |
| | Information: | | | | |
| 12 | NPL Documents | Keltcher_et_al_TheAMDOpteronProcessorForMultiprocessrServers.PDF | 157522<br>a38d9ad4844ba91aa68dda7b5d0f9981bdf87955 | no | 11 |
| | Warnings: | | | | |
| | Information: | | | | |
| 13 | NPL Documents | Kirihata_etal_A390mm16Bank1GbDDRSDRAMwithHybridBitlineArchitecture.PDF | 635117<br>2db0b347b46669e162cd457936c4fc23a14280da | no | 9 |
| | Warnings: | | | | |
| | Information: | | | | |
| 14 | NPL Documents | quad_band.pdf | 3128007<br>425a32e07e051ebc8821e2c2cb38829589734698 | no | 33 |
| | Warnings: | | | | |
| | Information: | | | | |
| 15 | NPL Documents | US_districtct_docket_2_09cv6900.pdf | 445337<br>878f19442e15162266fbd3d954c9858c85735481 | no | 8 |
| | Warnings: | | | | |
| | Information: | | | | |
| 16 | NPL Documents | US_districtct_docket_4_08cv4144.pdf | 1681823<br>2a3b445929da8ff7af01780c2037af254eaf17c6 | no | 28 |
| | Warnings: | | | | |
| | Information: | | | | |
| 17 | NPL Documents | US_districtct_docket_4_09cv5718.pdf | 572622<br>98cac603ecd87887410969373e5f93dd12ee6fd0 | no | 12 |
| | Warnings: | | | | |
| | Information: | | | | |
| 18 | NPL Documents | 9750546.PDF | 46946<br>00a7ac863b3ddecd70026748d6d0a71bc5ef8028 | no | 1 |
| | Warnings: | | | | |
| | Information: | | | | |
| 19 | NPL Documents | 9751141.PDF | 604979<br>cd3230202bbda8e717f793ece1e5d5fe547ac899 | no | 13 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 20 | NPL Documents | 9714300.PDF | 1721128<br>6f55c64206af1d6e7f4cbe22f9779364ff022266 | no | 10 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 21 | NPL Documents | 9714410.PDF | 227033<br>cb1d4985867d26bd6ddad5602638e766906fa929 | no | 6 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 22 | NPL Documents | 9714556.PDF | 386678<br>a9bee46104b4d2fe1016383f112c6bb0fdb38716 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 23 | NPL Documents | 9714633.PDF | 1512345<br>7a5e56504b0b603eb5cf0505b9dd8c077190a021 | no | 28 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 24 | NPL Documents | 9714658.PDF | 327799<br>ae350d0ee9cdf880f1e0ad5d3a584e7feedbef0b | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 25 | NPL Documents | 9715194.PDF | 1050444<br>162bf853b45555e49e8b9a79938cadbe4d53af8f | no | 23 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 26 | NPL Documents | 9717196.PDF | 2423390<br>eb7c7cd1c1bf4f8311a61aa2fc4f0244b8fd2638 | no | 49 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 27 | NPL Documents | 9718763.PDF | 2878843<br>aa742d3e32ca0190e4bc79aa435edc8b1b327e47 | no | 47 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 28 | NPL Documents | 9719033.PDF | 619919<br>c4dad9c7df1b1eaafb8a8c26eb6dc93bfc10af0e | no | 13 |

| # | Type | Filename | Hash / Size | Warning | Pages |
|---|---|---|---|---|---|
| | **Warnings:** | | | | |
| | **Information:** | | | | |
| 29 | NPL Documents | 9719047.PDF | 548406<br>ed662b854974c66578ea730f1d2335ec9e6c3ac4 | no | 11 |
| | **Warnings:** | | | | |
| | **Information:** | | | | |
| 30 | NPL Documents | 9719054.PDF | 202877<br>8e6da5a1b93dd39f1b0995bef27c55193808dffe | no | 5 |
| | **Warnings:** | | | | |
| | **Information:** | | | | |
| 31 | NPL Documents | 9719059.PDF | 56552<br>3fcfd4449682e67f03c8e742b22a0177efff2e50 | no | 2 |
| | **Warnings:** | | | | |
| | **Information:** | | | | |
| 32 | NPL Documents | 9719085.PDF | 5262391<br>d52402dbbd50dc1524055694ecc93d47aa032691 | no | 23 |
| | **Warnings:** | | | | |
| | **Information:** | | | | |
| 33 | NPL Documents | 9719102.PDF | 9684671<br>575b6833a5aa7f4738e6b1cb0e54fc663dae7e09 | no | 162 |
| | **Warnings:** | | | | |
| | **Information:** | | | | |
| 34 | NPL Documents | 9719117.PDF | 7197417<br>3cbabae487e50b3ee1aec65b508f086a861345d5 | no | 108 |
| | **Warnings:** | | | | |
| | **Information:** | | | | |
| 35 | NPL Documents | 9719132.PDF | 1073232<br>7474f24d20f2e882bb2595babf2535ffd7ff8ce4 | no | 17 |
| | **Warnings:** | | | | |
| | **Information:** | | | | |
| 36 | NPL Documents | 9749727.PDF | 351515<br>c206d760032489efda834dbb16d4968b32416c93 | no | 9 |
| | **Warnings:** | | | | |
| | **Information:** | | | | |
| 37 | NPL Documents | 9749748.PDF | 163259<br>99b5395c9f5fe53585cea5845dcd9b0d5464f196 | no | 4 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 38 | NPL Documents | 9749979.PDF | 214031<br>7345005c5ad19dda103188c1bbf1f39c4c326fda | no | 5 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 39 | NPL Documents | 9749997.PDF | 34405<br>cb2da4299f7890cb00798aa0d0e322339be15a36 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 40 | NPL Documents | 9750003.PDF | 1663229<br>7c595d9f7f3d5d912126e80dd2221725300ad3bb | no | 36 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 41 | NPL Documents | 9750010.PDF | 481365<br>419ee6acb5306bb2d18c846f64256eba5b3a9bb7 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 42 | NPL Documents | 9750020.PDF | 961115<br>5c9ff55e1f6f3c6a2b65107b04a647633e5cb59a | no | 12 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 43 | NPL Documents | 9750043.PDF | 1040631<br>8a78d84398d284764fbc1eb7567399ce46bf2ae2 | no | 21 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 44 | NPL Documents | 9750177.PDF | 6480832<br>b981b33679c9cf06fffb51162d970bb284e5e4bc | no | 30 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 45 | NPL Documents | 9750231.PDF | 177384<br>414803b9dc3c9ec6f292e1c73cb7b0ad93c35b92 | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 46 | NPL Documents | 9750379.PDF | 992654<br>67cee005fd4673fc29e51dbbfd0d30adda3f43c1 | no | 19 |

| Warnings: | | | | | |
|---|---|---|---|---|---|
| Information: | | | | | |
| 47 | NPL Documents | 9750447.PDF | 132598<br><br>dac402d2500a834a1d8f711511f1256321290c3e | no | 3 |
| Warnings: | | | | | |
| Information: | | | | | |
| 48 | NPL Documents | 9750455.PDF | 110615<br><br>71e7b09cd2424144d0ec4be547b3aa1bcfb0a5d3 | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | **Total Files Size (in bytes):** | | 73480367 | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Docket No.: NETL.018RX1                                    Customer No. 20995

## INFORMATION DISCLOSURE STATEMENT

| | | |
|---|---|---|
| Applicant | : | Jayesh R. Bhakta et al. |
| App. No | : | 95/001,339 |
| Filed | : | June 8, 2010 |
| For | : | MEMORY MODULE DECODER |
| Examiner | : | Choi, Woo H. |
| Art Unit | : | 3992 |
| Conf No. | : | 5035 |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

This Information Disclosure Statement is being submitted under 37 C.F.R. §1.933, and not as a response to the Action Closing Prosecution under 37 C.F.R. §1.951.

Enclosed for filing in the above-identified application is a PTO/SB/08 Equivalent listing 118 references, of which 45 are enclosed/submitted.

Please note that we were unable to locate a copy of reference number 78: KARABATSOS, C., "Quad Band Memory (QBM) Technology", Kentron Technologies, Inc., April 2001, pp. 1-5. However, the reference was cited by Examiner Kenneth M. Lo in his examination of Application Number 11/142,989. Therefore, the Patent Owner kindly ask that the Examiner refer to Application Number 11/142,989 to obtain a copy of the aforementioned reference.

In an abundance of caution, the Patent Owner has also included a number of commonly owned issued patents, pending applications, and pending *inter partes* reexaminations as reference numbers 58-72 under "U.S. Patent Documents." These references may include related subject matter, but do not necessarily share a common priority claim with the U.S. patent subject to the present reexamination proceeding. These cited references could potentially include prosecution history related to the currently pending claims.

**Application No.:** 95/001,339
**Filing Date:** June 8, 2010

In accordance with M.P.E.P. § 2001.06(c), a number of the references identified herewith correspond to the existence of litigation and other information arising from litigation. The Patent Owner has included copies of the docket sheets for these litigations, along with copies of some of the papers filed in these litigations. The Patent Owner can provide the Examiner with copies of any other documents from these litigations, subject to the constraints of any protective orders or filings made under seal.

This Information Disclosure Statement is being filed before the mailing date of a final action and before the mailing of a Notice of Allowance. This Statement is accompanied by the fees set forth in 37 C.F.R. § 1.17(p). The Commissioner is hereby authorized to charge any additional fees which may be required or to credit any overpayment to Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 10/28/10

By: _____
Bruce S. Itchkawitz
Registration No. 47,677
Attorney of Record
Customer No. 20995
(949) 760-0404

9899875
102510

-2-