# Exhibit J

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GOOGLE, INC., | Case No: C 08-4144 SBA |
| Plaintiff, | **ORDER RE CLAIM CONSTRUCTION** |
| vs. | |
| NETLIST, INC. | |
| Defendant. | |

On November 12, 2009, the Court conducted a claims construction hearing with respect to U.S. Patent No. 7,289,386. Each party appeared through counsel of record. Upon consideration of the parties' arguments, claim construction briefs and the evidence presented, the Court has construed the disputed claim terms as follows:

1. "Logic element" is construed as: "a hardware circuit that performs a predefined function on input signals from the computer system and presents the resulting signals as its output."

2. "Logic element receiving a set of input control signals from the computer system" does not require construction.

3. "Signal" is construed as: "a varying electrical impulse that conveys information from one point to another."

4. "Control signals" is construed as: "signals, including address and command signals, that regulate system operations."

5. "The set of input control signals corresponding to a second number of memory devices smaller than the first number of memory devices" does not require construction.

6. "The first command signal corresponding to the second number of ranks" does not require construction.

IT IS SO ORDERED.

Dated: November 12, 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge