# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST INC.'S REPLY CLAIM CONSTRUCTION BRIEF**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Reply Claim Construction Brief. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 33** is a true and correct redacted copy of the deposition transcript of Boe Holbrook, dated August 30, 2023.

3. Attached as **Exhibit 34** is a true and correct copy of a document titled "DDR3 SDRAM standard."

4. Attached as **Exhibit 35** is a true and correct copy of a document titled "DDR4 SDRAM."

5. Attached as **Exhibit 36** is a true and correct copy of a document titled "DDR5 SDRAM."

6. Attached as **Exhibit 37** is a true and correct copy of the Joint Claim Construction Statement from *Netlist, Inc. v. Micron Technology, Inc., et al.*, C.A. No. 1:22-cv-134 (W.D. Tex.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2023, in Los Angeles, California.

By /s/ *Jason G. Sheasby*
Jason G. Sheasby