# Exhibit 33

```
1              UNITED STATES DISTRICT COURT
2            FOR THE EASTERN DISTRICT OF TEXAS
3                    MARSHALL DIVISION
4                       ---oOo---
5    NETLIST, INC.,
6              Plaintiff,
7              vs.              No. 2:22-cv-203-JRG-RSP
8    MICRON TECHNOLOGY, INC.;
     MICRON SEMICONDUCTOR
9    PRODUCTS, INC.; MICRON
     TECHNOLOGY TEXAS LLC,
10
               Defendants.
11   _____/
12
13
14   ████████████████████████████████████████████████
15
16         REMOTE VIDEOTAPED DEPOSITION OF
17                   BOE HOLBROOK
18            30(B)(6) DESIGNEE, MICRON
19   _____
20          WEDNESDAY, AUGUST 30, 2023
21
22
23   REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR
24   JOB NUMBER 6066631
25
                                            Page 1
```

```
 1                         --o0o--
 2         Remote videotaped deposition of BOE HOLBROOK,
 3    taken by the Plaintiff, with the witness located in
 4    Boise, Idaho, commencing at 10:16 A.M. Mountain Time,
 5    on WEDNESDAY, AUGUST 30, 2023, before me, HOLLY THUMAN,
 6    CSR, RMR, CRR.
 7                         --o0o--
 8                        APPEARANCES
 9                   (ALL APPEARANCES REMOTE)
10    FOR THE PLAINTIFF:
11         IRELL & MANELLA LLP
           1800 Avenue of the Stars, Suite 900
12         Los Angeles, California 90067-4276
           By:   JASON G. SHEASBY, Attorney at Law
13               JSheasby@irell.com
14    FOR DEFENDANTS:
15         WINSTON & STRAWN LLP
           333 S. Grand Avenue, 38th Floor
16         Los Angeles, California 90071
           By:   DAVID ENZMINGER, Attorney at Law
17               DEnzminger@winston.com
           By:   MATTHEW HOPKINS, Attorney at Law
18               MHopkins@winston.com
19    ALSO PRESENT:
20         TONY NOKES, Videographer
21         CARRISA NARCISO, Tech Concierge
22         BECKY CARRIZOSA, In-house counsel, Micron
23
24
25
                                                      Page 2
```

```
 1                      I N D E X
 2                   INDEX OF EXAMINATIONS
 3      EXAMINATION BY:                                  PAGE
 4      MR. SHEASBY                                         8
 5      MR. ENZMINGER                                     167
 6      MR. SHEASBY                                       171
 7                         --o0o--
 8            EXHIBITS MARKED FOR IDENTIFICATION
 9      NO.                DESCRIPTION                   PAGE
10      Exhibit 1     JEDEC Standard JESD82-31A, August    16
                     2019 (SAM-NET00332467 through -665)
11
        Exhibit 2     JEDEC Standard JESD82-32A, August    17
12                   2019 (MICNL203-00012556 through -755)
13      Exhibit 3     Micron document, "3-Dimensional Stack 37
                     (3DS) DDR4 SDRAM"
14
        Exhibit 5     Micron document "DDR4 SDRAM LRDIMM"   55
15                   (MICNL203-00001364 through -391)
16      Exhibit 6     Micron document, "DDR5 SDRAM RDIMM"   91
                     Addendum" (MICNL203-00000678 through
17                   -685)
18      Exhibit 7     Master Revision Control Document      90
                     3408.01
19
        Exhibit 8     Micron document, "DDR5 SDRAM SODIMM   90
20                   Core" (MICNL203-00000562 through
                     -580)
21
        Exhibit 9     Master Revision Control Document      90
22                   3163.01
23      Exhibit 10    Master Revision Control Document      92
                     3405.1
24
25      (Cont'd)
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1     (Exhibits, cont'd)
 2     Exhibit 12      Press release, May 7, 2012, "Micron       110
                       Announces Its First Fully Functional
 3                     DDR4 DRAM Module"
 4     Exhibit 14      Presentation deck, "Micron/Netlist        112
                       Partnership Opportunity, April 2015"
 5                     (NL-MIC-203_00041942 through -2004)
 6     Exhibit 16      Micron document, "DDR4 SDRAM LRDIMM"       99
                       (MICNL203-00001364 through -391)
 7
       Exhibit 17      US Patent 10,949,339, Lee et al.          105
 8
       Exhibit 18      Page from presentation deck with          108
 9                     diagrams headed "Micron" Nd "Netlist
                       Patents"
10
       Exhibit 19      Texas Instruments presentation deck,      124
11                     "Alternative HDLR Dimm Concept,"
                       October 6, 2008
12                     (NETLIST_SAMSUNG_EDTX00056236 through
                       -245)
13
       Exhibit 20      Document marked as Exhibit 19, with       126
14                     highlights
15     Exhibit 21      Page from presentation deck with          133
                       headings for Micron, Netlist Patents,
16                     and TI JEDEC Presentation
17     Exhibit 23      Presentation deck, "Micron/Netlist        142
                       Partnership Opportunity, April 2015"
18                     (NL-MIC-203_00041942 through -2004)
19     Exhibit 25      Minutes of Meeting No. 164, JC-40         144
                       Digital Logic Committee, December 9,
20                     2010 (SAM-NET00078119 through -134)
21     Exhibit 26      Richtek document, "DDR5 VR on DIMM        148
                       PMIC" (MICNL203-00059886 through
22                     -60009)
23     Exhibit 27      Minutes of Meeting No. 193, JC-40         156
                       Digital Logic Committee, June 4-6,
24                     2018 (SAM-NET00246201 through -225)
25     (Cont'd)
```

```
 1        (Exhibits, cont'd)
 2        Exhibit 29    Presentation slide, "4.3.1.0,           158
                        #2259.39, Micron, Voltage Regulators
 3                      for DDR5 DIMMs"
 4        Exhibit 30    Minutes of Meeting No. 59, JC-45        162
                        Module Committee, June 4-6, 2018
 5                      (NETLIST_SAMSUNG_EDTX00158253 through
                        -287)
 6
 7                            --o0o--
 8        INSTRUCTIONS TO WITNESS/REQUESTS TO MARK TRANSCRIPT
 9                                      PAGE     LINE
10             Instruction not to answer   76       23
11             Instruction not to answer  175       15
12             Instruction not to answer  175       24
13                            --o0o--
14        REPORTER'S NOTE:  Exhibits Numbers 4, 11, 15, 22, 24,
          and 28 were not used.
15
16
17
18
19
20
21
22
23
24
25
                                                          Page 5
```

| | | |
|---|---|---|
| 1 | EXAMINATION BY MR. SHEASBY | 10:18:58 |
| 2 | BY MR. SHEASBY: | 10:18:58 |
| 3 | Q.  Good morning, sir.  Can you state your | 10:18:59 |
| 4 | full name for the record? | 10:19:00 |
| 5 | A.  Full name is Boe Holbrook. | 10:19:01 |
| 6 | Q.  And, sir, you've been designated to speak | 10:19:03 |
| 7 | on behalf of the entire Micron defendant | 10:19:06 |
| 8 | corporation as to a number of technical topics.  Is | 10:19:09 |
| 9 | that correct? | 10:19:11 |
| 10 | A.  That's correct. | 10:19:12 |

Page 8

```
17        Q.   Is there anyone more senior than you in      10:22:20
18   module development?                                     10:22:23
19        A.   No, sir.                                      10:22:24
20        Q.   And how long have you been at Micron?         10:22:25
21        A.   21 years.                                     10:22:27
```

Page 10

```
 1     ████████████████████████████████   ██████
 2     █████                              ██████
 3        ████  █████  ██████████████████ ██████
 4     ███████████████  █████████         ██████
 5        ████  ████████████              ██████
 6        ████  █████████████████████████ ██████
 7     ████████████████████████████  ███  ██████
 8     ████████                           ██████
 9              ██████████████            ██████
10        ████  █████                     ██████
11              ███████████████████       ██████
12              █████████████             ██████
13              ██████████  █████████████ ██████
14     ██████████████                     ██████
15              █████████  ███████  █████ ██████
16     ██████████████████████             ██████
17              █████████  ██████████████ ██████
18     ████████████████████████           ██████
19              ██████████  █████████████ ██████
20     ████████████████████               ██████
21              █████████  ███████  █████ ██████
22     ████████████████                   ██████
23         Q.  I've marked as Exhibit 1 what is the      10:34:46
24     DDR -- DDR4RCD.                                   10:34:49
25              Do you see that?                         10:34:51
```

Page 16

| | | |
|---|---|---|
| 1 | Q.  By the way, just so -- before we do that, | 11:08:23 |
| 2 | Exhibit 1 is the RCD specification. | 11:08:26 |
| 3 | Do you see that? | 11:08:29 |
| 4 | A.  Yes, I see that. | 11:08:31 |

Page 37

```
   1    █████████████████████████████ █           █████
   2    █ ███████                                 █████
   3        █   ████████████████████████          █████
   4            ████████████████████████          █████
   5    ███████████████                           █████
   6        █   █   ██████████████████████        █████
   7        ████████    ███████                   █████
   8        █   ███████████████████████           █████
   9        █   ██████████████████████████████    █████
  10    ██████████████████   ██████████████       █████
  11        █   ██████████████████████            █████
  12        █████████████████████████████████     █████
  13        ██████                                █████
  14        █   ████████████████████████████████  █████
  15        ███████████████████████████████████   █████
  16        █   ██████████████████████████████████ █████
  17        █████████████████████████████████     █████
  18        ██  ████████████████                  █████
  19        █   █   ███████                       █████
  20        Q.   And "CS" stands for chip-select.  Is that    11:42:56
  21    correct?                                              11:43:01
  22        A.   That's correct.                              11:43:02
  23        Q.   And in JEDEC DDR parlance, chip-selects      11:43:03
  24    select a rank.  Is that correct?                      11:43:07
  25        A.   Yes.  That's correct.                        11:43:13
```

Page 50

```
 1          Q.  A rank is one or more -- well, let me ask          11:43:14
 2     it this way:                                                11:43:16
 3              How many ranks can there be on DDR                 11:43:18
 4     devices?                                                    11:43:21
 5          A.  So modules?                                        11:43:22
 6          Q.  Yes, sir.                                          11:43:24
 7          A.  Logic -- or, excuse me, physical ranks             11:43:26
 8     supported by the RCD would be four physical ranks.          11:43:29
 9          Q.  And in JEDEC DDR parlance, a rank is two           11:43:37
10     or more memory devices.  Is that correct?                   11:43:41
11          A.  A rank is defined as a group that                  11:43:43
12     comprises a full 64-bit data bus.  So it would be,          11:43:47
13     at a minimum, the number of devices that are                11:43:55
14     required to meet that full data bus.                        11:43:58
15          Q.  And, historically, how many has that been?         11:44:01
16          A.  So for a x8-based module, that would be            11:44:04
17     eight devices.  For a x4-based, so four DQs in a            11:44:13
18     DRAM -- x8 is going to be 8 DQs.  So four DQs,              11:44:20
19     x4 configuration, that would be 16 DRAM.                    11:44:24
```

[redacted]

Page 51

|    |                                                                 |          |
|----|-----------------------------------------------------------------|----------|
| 7  | Q.  And, by the way, do you know what the                       | 11:46:45 |
| 8  | difference is -- between a signal and an encoded                | 11:46:47 |
| 9  | packet of data is in JEDEC?                                     | 11:46:50 |
| 10 | A.  JEDEC definition, I do not know what that                   | 11:46:57 |
| 11 | would be; but I understand what a signal would be               | 11:47:00 |
| 12 | versus an encoded packet of data.                               | 11:47:03 |
| 13 | Q.  What's the difference between a signal and                  | 11:47:07 |
| 14 | an encoded packet of data?                                      | 11:47:10 |
| 15 | A.  So a signal, from my understanding, is a                    | 11:47:12 |
| 16 | single, defined signal, a 1 or a 0.  Encoded data,              | 11:47:16 |
| 17 | group of data, would be a group of 1s and 0s that               | 11:47:23 |
| 18 | would be encoded by a device.                                   | 11:47:28 |
| 19 | Q.  Do you remember FBDIMMs?                                    | 11:47:32 |
| 20 | A.  I am familiar with FBDIMMs.                                 | 11:47:36 |
| 21 | Q.  A little before your time?                                  | 11:47:39 |
| 22 | A.  A little bit.                                               | 11:47:42 |
| 23 | Q.  And you know that they use an advanced                      | 11:47:43 |
| 24 | memory buffer.                                                  | 11:47:45 |
| 25 | Do you remember that?                                           | 11:47:47 |

Page 52

| | | |
|---|---|---|
| 1 | A. Yes, sir. | 11:47:48 |
| 2 | Q. And in an advanced memory buffer, they | 11:47:48 |
| 3 | use -- that uses encoded data as opposed to data | 11:47:52 |
| 4 | signals. Correct? | 11:47:55 |
| 5 | A. I wouldn't know. AMB and FBDIMM was not | 11:48:00 |
| 6 | my area of expertise. | 11:48:04 |
| 7 | Q. But you understand that there is a | 11:48:06 |
| 8 | difference between encoded data and data signals in | 11:48:08 |
| 9 | terms of how you're controlling memory devices on a | 11:48:12 |
| 10 | module. | 11:48:15 |
| 11 | A. So how memory devices are controlled on a | 11:48:18 |
| 12 | module in respect to FBDIMM, yes, I understand | 11:48:21 |
| 13 | that. | 11:48:28 |

Page 53

|   |   |
|---|---|
| 1 | CERTIFICATE OF REPORTER |
| 2 | I, HOLLY THUMAN, a Certified Shorthand Reporter, |
| 3 | hereby certify that the witness in the foregoing |
| 4 | deposition was by me duly sworn to tell the truth, the |
| 5 | whole truth, and nothing but the truth in the |
| 6 | within-entitled cause; that said deposition was taken |
| 7 | down in shorthand by me, a disinterested person, at the |
| 8 | time and place therein stated; and that the testimony |
| 9 | of said witness was thereafter reduced to typewriting |
| 10 | by computer, to the best of my ability via remote |
| 11 | videoconferencing, under my direction and supervision; |
| 12 | That before completion of the deposition review of |
| 13 | the transcript [ ] was [X] was not requested/offered. |
| 14 | If requested, any changes made by the deponent (and |
| 15 | provided to the reporter) during the period allowed are |
| 16 | appended hereto. |
| 17 | I further certify that I am not of counsel or |
| 18 | attorney for either or any of the parties to the said |
| 19 | deposition, nor in any way interested in the event of |
| 20 | this cause, and that I am not related to any of the |
| 21 | parties thereto. |
| 22 |   |
| 23 | DATED: 9/05/2023 |
| 24 | *[signature: Holly Thuman]* |
| 25 | HOLLY THUMAN, CSR |

Page 181

```
1    JASON G. SHEASBY, ESQ.

2    JSheasby@irell.com

3                                        September 5, 2023

4    RE: NETLIST, INC.   vs.  MICRON TECHNOLOGY, INC.

5    AUGUST 30, 2023-BOE HOLBROOK-30(B)(6)-JOB NO.6066631

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, notating the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24      time of the deposition.

25
```

Page 182

```
 1    __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF
 2       Transcript - The witness should review the transcript and
 3       make any necessary corrections on the errata pages included
 4       below, notating the page and line number of the corrections.
 5       The witness should then sign and date the errata and penalty
 6       of perjury pages and return the completed pages to all
 7       appearing counsel within the period of time determined at
 8       the deposition or provided by the Federal Rules.
 9    _X_ Federal R&S Not Requested - Reading & Signature was not
10       requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 183