# Exhibit 36

# JEDEC STANDARD

## DDR5 SDRAM

## JESD79-5B_v1.20

(Revision of JESD79-5A, October 2021)

**September 2022**

**JEDEC SOLID STATE TECHNOLOGY ASSOCIATION**



Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

NOTICE

JEDEC standards and publications contain material that has been prepared, reviewed, and approved through the JEDEC Board of Directors level and subsequently reviewed and approved by the JEDEC legal counsel.

JEDEC standards and publications are designed to serve the public interest through eliminating misunderstandings between manufacturers and purchasers, facilitating interchangeability and improvement of products, and assisting the purchaser in selecting and obtaining with minimum delay the proper product for use by those other than JEDEC members, whether the standard is to be used either domestically or internationally.

JEDEC standards and publications are adopted without regard to whether or not their adoption may involve patents or articles, materials, or processes. By such action JEDEC does not assume any liability to any patent owner, nor does it assume any obligation whatever to parties adopting the JEDEC standards or publications.

The information included in JEDEC standards and publications represents a sound approach to product specification and application, principally from the solid state device manufacturer viewpoint. Within the JEDEC organization there are procedures whereby a JEDEC standard or publication may be further processed and ultimately become an ANSI standard.

No claims to be in conformance with this standard may be made unless all requirements stated in the standard are met.

Inquiries, comments, and suggestions relative to the content of this JEDEC standard or publication should be addressed to JEDEC at the address below, or refer to www.jedec.org under Standards and Documents for alternative contact information.

Published by
©JEDEC Solid State Technology Association 2022
3103 North 10th Street
Suite 240 South
Arlington, VA 22201-2108

JEDEC retains the copyright on this material.  By downloading this file the individual agrees not to charge for or resell the resulting material.

**PRICE: Contact JEDEC**

Printed in the U.S.A.
All rights reserved

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

PLEASE!

DON'T VIOLATE
THE
LAW!

This document is copyrighted by JEDEC and may not be reproduced
without permission.

For information, contact:

JEDEC Solid State Technology Association
3103 North 10th Street
Suite 240 South
Arlington, VA 22201-2107

or refer to www.jedec.org under Standards-Documents/Copyright Information.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

This page intentionally left blank

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

# DDR5  SDRAM STANDARD

## Contents

       **Page**

1  Scope .................................................................................................................... 1

1.1   JM7 Verbal Forms and Terms ........................................................................... 1

2   DDR5 SDRAM Package, Pinout Description, and Addressing ................................ 2

2.1   DDR5 SDRAM Row for X4, X8 .......................................................................... 2

2.2   DDR5 SDRAM Ball Pitch .................................................................................. 2

2.3   DDR5 SDRAM Columns for X4, X8 ................................................................... 2

2.4   DDR5 SDRAM X4/8 Ballout Using MO-210 ....................................................... 3

2.5   DDR5 SDRAM X16 Ballout Using MO-210 ......................................................... 4

2.6   Pinout Description ............................................................................................ 5

2.7   DDR5 SDRAM Addressing ................................................................................. 7

3   Functional Description ........................................................................................... 9

3.1   Simplified State Diagram .................................................................................. 9

3.2   Basic Functionality .......................................................................................... 10

3.3   RESET and Initialization Procedure ................................................................... 11

3.3.1   Power-up Initialization Sequence ................................................................... 11

3.3.2   Reset Initialization with Stable Power ............................................................. 14

3.3.3   Input Voltage Power-up and Power-Down Sequence ......................................... 15

3.4   Mode Register Definition ................................................................................... 16

3.4.1   Mode Register Read (MRR) ............................................................................ 16

3.4.2   Mode Register WRITE (MRW) ......................................................................... 20

3.4.3   DFE Mode Register Write Update Timing ......................................................... 20

3.4.4   Mode Register Truth Tables and Timing Constraints ......................................... 21

3.5   Mode Registers ............................................................................................... 24

3.5.1    Mode Register Assignment and Definition in DDR5 SDRAM .............................. 24

3.5.2   MR0 (MA[7:0]=00H) Burst Length and CAS Latency ........................................ 31

3.5.3   MR1 (MA [7:0] = 01H) - PDA Mode Details ...................................................... 32

3.5.4   MR2 (MA [7:0] = 02H) - Functional Modes ...................................................... 33

3.5.5   MR3 (MA[7:0]=03H) - DQS Training ............................................................... 34

3.5.6   MR4 (MA[7:0]=04H) - Refresh Settings ........................................................... 35

3.5.7   MR5 (MA[7:0]=05H) - IO Settings ................................................................... 37

3.5.8   MR6 (MA[7:0]=06H) - Write Recovery Time and tRTP ....................................... 38

3.5.9   MR7 (MA[7:0]=07H) - Write Leveling Internal +0.5tCK Alignment Offset .............. 39

3.5.10   MR8 (MA[7:0]=08H) - Preamble / Postamble ................................................. 40

3.5.11   MR9 (MA[7:0]=09H) - Writeback Suppression and TM .................................... 41

3.5.12   MR10 (MA[7:0]=0AH) - VrefDQ Calibration Value ........................................... 42

3.5.13   MR11 (MA[6:0]=0BH) - Vref CA Calibration Value .......................................... 43

3.5.14   MR12 (MA[7:0]=0CH) - Vref CS Calibration Value .......................................... 44

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Contents (cont'd)**

3.5.15  MR13 (MA [7:0] = 0DH) - CS Geardown / tCCD_L / tCCD_L_WR / tCCD_L_WR2 / tDLLK .... 45

3.5.16  MR14 (MA[7:0]=0EH) - Transparency ECC Configuration  ...................................... 46

3.5.17  MR15 (MA[7:0]=0FH) - Transparency ECC Threshold per Gb of Memory Cells and Automatic ECS in Self Refresh ...................................................................... 47

3.5.18  MR16 (MA [7:0] = 10H) - Row Address with Max Errors 1  ................................. 48

3.5.19  MR17 (MA [7:0] = 11H) - Row Address with Max Errors 2  ................................. 48

3.5.20  MR18 (MA [7:0] = 12H) - Row Address with Max Errors 3  ................................. 48

3.5.21  MR19 (MA [7:0] = 13H) - Max Row Error Count  ............................................. 49

3.5.22  MR20 (MA [7:0] = 14H) - Error Count (EC) ...................................................... 49

3.5.23  MR21 (MA [7:0] = 15H) - Rx CTLE Control Setting (DQS)  ................................. 50

3.5.24  MR22 (MA [7:0] = 16H) - MBIST/mPPR Transparency, Rx CTLE Control Setting (Support Indicator, CA, and CS_n)  ................................................................................. 51

3.5.25  MR23 (MA [7:0] = 17H) - MBIST/PPR Settings  ............................................... 52

3.5.26  MR24 (MA [7:0] = 18H) - PPR Guard Key  ...................................................... 53

3.5.27  MR25 (MA[7:0]=19H) - Read Training Mode Settings  ...................................... 53

3.5.28  MR26 (MA[7:0]=1AH) - Read Pattern Data0 / LFSR0  ..................................... 54

3.5.29  MR27 (MA[7:0]=1BH) - Read Pattern Data1 / LFSR1  ..................................... 54

3.5.30  MR28 (MA[7:0]=1CH) - Read Pattern Invert DQL7:0 (DQ7:0)  .......................... 55

3.5.31  MR29 (MA[7:0]= DH) - Read Pattern Invert DQU7:0 (DQ15:8)  ........................ 56

3.5.32  MR30 (MA[7:0]=1EH) - Read LFSR Assignments  ........................................... 57

3.5.33  MR31 (MA[7:0]=1FH) - Read Training Pattern Address  .................................... 57

3.5.34  MR32 (MA[7:0]=20H) - CK and CS ODT  ...................................................... 58

3.5.35  MR33 (MA[7:0]=21H) - CA & DQS_PARK ODT  ............................................ 59

3.5.36  MR34 (MA[7:0]=22H) - RTT_PARK & RTT_WR  ............................................ 60

3.5.37  MR35 (MA[7:0]=23H) - RTT_NOM_WR & RTT_NOM_RD  ............................... 61

3.5.38  MR36 (MA[7:0]=24H) - RTT Loopback  ......................................................... 62

3.5.39  MR37 (MA[7:0]= 25H) - ODTL Write Control Offset  ....................................... 63

3.5.40  MR38 (MA[7:0]=26H) - ODTL NT Write Control Offset  ................................... 64

3.5.41  MR39 (MA[7:0]=27H) - ODTL NT Read Control Offset  .................................... 65

3.5.42  MR40 (MA[7:0]=28H) - Read DQS Offset Timing  ........................................... 66

3.5.43  MR41 (MA[7:0]=29H) - RFU -  ...................................................................... 66

3.5.44  MR42 (MA[7:0]=2AH) - DCA Types Supported  .............................................. 67

3.5.45  MR43 (MA[7:0]=2BH) - DCA Settings 1  ....................................................... 69

3.5.46  MR44 (MA[7:0]=2CH) - DCA Settings 2  ....................................................... 70

3.5.47  MR45 (MA[7:0]=2DH) - DQS Interval Control  ............................................... 71

3.5.48  MR46 (MA[7:0]=2EH) - DQS Osc Count - LSB  ............................................. 72

3.5.49  MR47 (MA[7:0]=2FH) - DQS Osc Count - MSB  ............................................ 72

3.5.50  MR48 (MA[7:0]=30H) - Write Pattern Mode  ................................................. 73

3.5.51  MR50 (MA[7:0]=32H) - Write CRC Settings  ................................................. 74

3.5.52  MR51 (MA[7:0]=33H) - Write CRC Auto-Disable Threshold  ............................ 75

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## Contents (cont'd)

3.5.53   MR52 (MA[7:0]=34H) - Write CRC Auto-Disable Window ........................................ 75

3.5.54   MR53 (MA[7:0]=35H) - Loopback .......................................................................... 76

3.5.55   MR54 (MA[7:0]=36H) - hPPR Resources .............................................................. 77

3.5.56   MR55 (MA[7:0]=37H) - hPPR Resources .............................................................. 78

3.5.57   MR56 (MA[7:0]=38H) - hPPR Resources .............................................................. 79

3.5.58   MR57 (MA[7:0]=39H) - hPPR Resources .............................................................. 80

3.5.59   MR58 (MA[7:0]=3AH) - Refresh Management ...................................................... 81

3.5.60   MR59 (MA[7:0]=3BH) - DRFM, ARFM, RFM RAA Counter ................................. 82

3.5.61   MR60 Partial Array Self Refresh ......................................................................... 83

3.5.62   MR61 (MA[7:0]=3DH) - Package Output Driver Test Mode .................................. 84

3.5.63   MR62 (MA[7:0]=3EH) - Vendor Specified ............................................................ 85

3.5.64   MR63 (MA[7:0]=3FH) - DRAM Scratch Pad ........................................................ 86

3.5.65   MR64 (MA[7:0]=40H) - NVRAM Paging (RFU) ..................................................... 86

3.5.66   MR65 (MA[7:0]=41H) - Serial Number 1 .............................................................. 87

3.5.67   MR66 (MA[7:0]=42H) - Serial Number 2 .............................................................. 87

3.5.68   MR67 (MA[7:0]=43H) - Serial Number 3 .............................................................. 87

3.5.69   MR68 (MA[7:0]=44H) - Serial Number 4 .............................................................. 88

3.5.70   MR69 (MA[7:0]=45H) - Serial Number 5 .............................................................. 88

3.5.71   Mode Register Definitions for DFE ...................................................................... 89

3.5.72   MR103 (MA[7:0]=67H) - DQSL_t DCA for IBCLK and QCLK ............................... 90

3.5.73   MR104 (MA[7:0]=68H) - DQSL_t DCA for QBCLK ............................................... 90

3.5.74   MR105 (MA[7:0]=69H) - DQSL_c DCA for IBCLK and QCLK ............................... 91

3.5.75   MR106 (MA[7:0]=6AH) - DQSL_c DCA for QBCLK .............................................. 91

3.5.76   MR107 (MA[7:0]=6BH) - DQSU_t DCA for IBCLK and QCLK .............................. 92

3.5.77   MR108 (MA[7:0]=6CH) - DQSU_t DCA for QBCLK .............................................. 92

3.5.78   MR109 (MA[7:0]=6DH) - DQSU_c DCA for IBCLK and QCLK .............................. 93

3.5.79   MR110 (MA[7:0]=6EH) - DQSU_c DCA for QBCLK .............................................. 93

3.5.80   MR111 (MA[7:0]=6FH) - DFE Global Settings ..................................................... 94

3.5.81   MR112 (MA[7:0]=70H) thru MR248 (MA[7:0]=F8H) - DFE Gain Bias ................. 95

3.5.82   MR113 (MA[7:0]=71H) thru MR249 (MA[7:0]=F9H) - DFE Tap-1 ......................... 96

3.5.83   MR114 (MA[7:0]=72H) thru MR250 (MA[7:0]=FAH) - DFE Tap-2 ........................ 97

3.5.84   MR115 (MA[7:0]=73H) through MR251 (MA[7:0]=FBH) - DFE Tap-3 ................... 98

3.5.85   MR116 (MA[7:0]=74H) thru MR252 (MA[7:0]=FCH) - DFE Tap-4 ........................ 99

3.5.86   MR117 (MA[7:0]=75H) - RFU ............................................................................... 99

3.5.87   MR118 (MA[7:0]=76H) - DML VrefDQ Offset ...................................................... 100

3.5.88   MR126 (MA[7:0]=7EH) - DMU VrefDQ Offset ..................................................... 100

3.5.89   MR133 (MA[7:0]=85H) - DQL0 DCA for IBCLK and QCLK .................................. 101

3.5.90   MR134 (MA[7:0]=86H) - DQL0 DCA for QBCLK and DQL0 VrefDQ Offset .......... 101

3.5.91   MR141 (MA[7:0]=8DH) - DQL1 DCA for IBCLK and QCLK .................................. 102

3.5.92   MR142 (MA[7:0]=8EH) - DQL1 DCA for QBCLK and DQL1 VrefDQ Offset .......... 102

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Contents (cont'd)**

3.5.93    MR149 (MA[7:0]=95H) - DQL2 DCA for IBCLK and QCLK  ...................................................... 103

3.5.94    MR150 (MA[7:0]=96H) - DQL2 DCA for QBCLK and DQL2 VrefDQ Offset  ............................ 103

3.5.95    MR157 (MA[7:0]=9DH) - DQL3 DCA for IBCLK and QCLK  ..................................................... 104

3.5.96    MR158 (MA[7:0]=9EH) - DQL3 DCA for QBCLK and DQL3 VrefDQ Offset  ............................ 104

3.5.97    MR165 (MA[7:0]=A5H) - DQL4 DCA for IBCLK and QCLK  ..................................................... 105

3.5.98    MR166 (MA[7:0]=A6H) - DQL4 DCA for QBCLK and DQL4 VrefDQ Offset  ............................ 105

3.5.99    MR173 (MA[7:0]=ADH) - DQL5 DCA for IBCLK and QCLK  ..................................................... 106

3.5.100    MR174 (MA[7:0]=AEH) - DQL5 DCA for QBCLK and DQL5 VrefDQ Offset ........................... 106

3.5.101    MR181 (MA[7:0]=B5H) - DQL6 DCA for IBCLK and QCLK  .................................................... 107

3.5.102    MR182 (MA[7:0]=B6H) - DQL6 DCA for QBCLK and DQL6 VrefDQ Offset  .......................... 107

3.5.103    MR189 (MA[7:0]=BDH) - DQL7 DCA for IBCLK and QCLK  .................................................... 108

3.5.104    MR190 (MA[7:0]=BEH) - DQL7 DCA for QBCLK and DQL7 VrefDQ Offset ........................... 108

3.5.105    MR197 (MA[7:0]=C5H) - DQU0 DCA for IBCLK and QCLK  .................................................... 109

3.5.106    MR198 (MA[7:0]=C6H) - DQU0 DCA for QBCLK and DQU0 VrefDQ Offset ......................... 109

3.5.107    MR205 (MA[7:0]=CDH) - DQU1 DCA for IBCLK and QCLK  ................................................... 110

3.5.108    MR206 (MA[7:0]=CEH) - DQU1 DCA for QBCLK and DQU1 VrefDQ Offset ........................ 110

3.5.109    MR213 (MA[7:0]=D5H) - DQU2 DCA for IBCLK and QCLK  ................................................... 111

3.5.110    MR214 (MA[7:0]=D6H) - DQU2 DCA for QBCLK and DQU2 VrefDQ Offset ........................ 111

3.5.111    MR221 (MA[7:0]=DDH) - DQU3 DCA for IBCLK and QCLK  ................................................... 112

3.5.112    MR222 (MA[7:0]=DEH) - DQU3 DCA for QBCLK and DQU3 VrefDQ Offset  ....................... 112

3.5.113    MR229 (MA[7:0]=E5H) - DQU4 DCA for IBCLK and QCLK  ................................................... 113

3.5.114    MR230 (MA[7:0]=E6H) - DQU4 DCA for QBCLK and DQU4 VrefDQ Offset ........................ 113

3.5.115    MR237 (MA[7:0]=EDH) - DQU5 DCA for IBCLK and QCLK  ................................................... 114

3.5.116    MR238 (MA[7:0]=EEH) - DQU5 DCA for QBCLK and DQU5 VrefDQ Offset  ....................... 114

3.5.117    MR245 (MA[7:0]=F5H) - DQU6 DCA for IBCLK and QCLK  ................................................... 115

3.5.118    MR246 (MA[7:0]=F6H) - DQU6 DCA for QBCLK and DQU6 VrefDQ Offset ........................ 115

3.5.119    MR253 (MA[7:0]=FDH) - DQU7 DCA for IBCLK and QCLK  ................................................... 116

3.5.120    MR254 (MA[7:0]=FEH) - DQU7 DCA for QBCLK and DQU7 VrefDQ Offset ........................ 116

3.5.121    Undefined Mode Registers Spaced in DFE, per bit DCA, and per Bit VrefDQ Section  .......... 117

4    DDR5 SDRAM Command Description and Operation  ................................................................. 118

4.1    Command Truth Table  ............................................................................................................... 118

4.1.1    2-Cycle Command Cancel  ........................................................................................................ 120

4.2    Burst Length, Type, and Order  .................................................................................................. 121

4.2.1    Burst Type and Burst Order for Optional BL32 Mode  ............................................................... 121

4.3    Precharge Command  ................................................................................................................. 123

4.3.1    Precharge Command Modes  .................................................................................................... 123

4.4    Programmable Preamble and Postamble  .................................................................................. 124

4.4.1    Read Preamble and Postamble  ................................................................................................ 124

4.4.2    Write Preamble and Postamble  ................................................................................................ 125

4.4.3    Write Preamble and Postamble Timings  ................................................................................... 126

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

# Contents (cont'd)

4.5    Interamble .................................................................................................... 129

4.5.1    Read Interamble Timing Diagrams ........................................................ 129

4.5.2    Write Interamble Timing Diagrams ........................................................ 131

4.6    Activate Command ...................................................................................... 133

4.6.1    Non-Binary Density Considerations ....................................................... 133

4.7    Read Operation ........................................................................................... 134

4.7.1    READ Burst Operation .......................................................................... 134

4.7.2    Burst Read Operation Followed by a Precharge .................................... 136

      CLK to Read DQS Timing Parameters 137

4.7.3    Read Burst Operation for Optional BL32 Mode ..................................... 139

4.7.4    Read and Write Command Interval ......................................................... 141

4.7.5    Read and Write Command Interval for Optional BL32 Modes ............... 142

4.7.6    Read and Write Command Interval for 3DS ........................................... 144

4.8    Write Operation ........................................................................................... 147

4.8.1    Write Data Mask .................................................................................... 147

4.8.2    Write Burst Operation ............................................................................ 148

4.8.3    Write Timing Parameters ....................................................................... 150

4.8.4    Write Burst Operation for Optional BL32 Mode .................................... 151

4.8.5    Same Bank Group Write to Write Timings ............................................. 153

4.8.6    Different Bank-Group Write to Write Timings ........................................ 154

4.8.7    Write Timing Violations ......................................................................... 154

4.8.8    Write Enable Timings ............................................................................ 156

I4.9    Self Refresh Operation ............................................................................... 158

4.9.1    Self Refresh in 2N Mode ....................................................................... 160

4.9.2    Partial Array Self Refresh (PASR) ........................................................ 161

4.10    Power-Down Mode .................................................................................... 162

4.10.1    Power-Down Entry and Exit ................................................................. 162

4.11    Input Clock Frequency Change ................................................................. 164

4.11.1    Frequency Change Steps ..................................................................... 164

4.12    Maximum Power Saving Mode (MPSM) .................................................... 166

4.12.1    MPSM Idle State .................................................................................. 166

4.12.2    MPSM Power Down State ..................................................................... 167

4.12.3    MPSM Deep Power Down State ........................................................... 167

4.12.4    MPSM command timings ...................................................................... 167

4.13    Refresh Operation ..................................................................................... 168

4.13.1    Refresh Modes .................................................................................... 169

4.13.2    Changing Refresh Mode ...................................................................... 169

4.13.3    Same Bank Refresh ............................................................................. 172

4.13.4    tREFI and tRFC Parameters ................................................................ 173

4.13.5    tREFI and tRFC Parameters for 3DS Devices ..................................... 174

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B

## Contents (cont'd)

4.13.6   Refresh Operation Scheduling Flexibility ................................................................... 175

4.13.7   Self Refresh Entry and Exit ....................................................................................... 176

4.14   Temperature Sensor ...................................................................................................... 179

4.14.1   Temperature Sensor usage for 3D Stacked (3DS) Devices   ...................................... 180

4.14.2   Temperature Encoding ................................................................................................ 180

4.14.3   MR4 Definition for Reference only - See Mode Register Section for Details  ............ 181

4.15   Multi-Purpose Command (MPC) ................................................................................... 182

4.15.1   Introduction ................................................................................................................. 182

4.15.2   MPC Opcodes ............................................................................................................. 183

4.15.3   MPC Function Timings ................................................................................................ 185

4.16   Per DRAM Addressability (PDA) .................................................................................. 187

4.16.1   PDA Enumerate ID Programming ............................................................................... 188

4.16.2   PDA Select ID Operation ............................................................................................ 199

4.17   Read Training Pattern .................................................................................................... 203

4.17.1   Introduction ................................................................................................................. 203

4.17.2   LFSR Pattern Generation ........................................................................................... 205

4.17.3    Read Training Pattern Examples ............................................................................... 207

4.17.4   Read Training Pattern Timing Diagrams ..................................................................... 210

4.18   Read Preamble Training Mode ...................................................................................... 212

4.18.1   Introduction ................................................................................................................. 212

4.18.2   Entry and Exit for Preamble Training Mode ............................................................... 212

4.18.3   Preamble Training Mode Operation ............................................................................ 212

4.19   CA Training Mode (CATM) ............................................................................................ 213

4.19.1   Introduction ................................................................................................................. 213

4.19.2   Entry and Exit for CA Training Mode .......................................................................... 213

4.19.3   CA Training Mode (CATM) Operation ........................................................................ 214

4.20   CS Training Mode (CSTM) ............................................................................................ 216

4.20.1   Introduction ................................................................................................................. 216

4.20.2   Entry and Exit for CS Training Mode .......................................................................... 216

4.20.3   CS Training Mode (CSTM) Operation ........................................................................ 216

4.21   Write Leveling Training Mode ........................................................................................ 220

4.21.1   Introduction ................................................................................................................. 220

4.21.2   Write Leveling Mode Registers ................................................................................... 221

4.21.3   External Write Leveling Training Operation ................................................................ 221

4.21.4   Write Leveling Internal Cycle Alignment Operation .................................................... 224

4.21.5   Write Leveling Internal Phase Alignment and Final Host DQS Timing Operation ...................228

4.21.6   DRAM Termination During Write Leveling .................................................................. 229

4.22   Connectivity Test (CT) Mode ........................................................................................ 230

4.22.1   Introduction ................................................................................................................. 230

4.22.2   Pin Mapping ................................................................................................................ 230

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## Contents (cont'd)

4.22.3  Logic Equations ................................................................................................................. 231

4.23  ZQ Calibration Commands ................................................................................................. 232

4.23.1  ZQ Calibration Description ............................................................................................. 232

4.23.2  ZQ External Resistor, Tolerance, and Capacitive Loading ............................................ 233

4.24  VrefCA Command ............................................................................................................... 234

4.24.1  Introduction ..................................................................................................................... 234

4.24.2  VrefCA Command Timing ............................................................................................... 234

4.25  VrefCS Command ............................................................................................................... 235

4.25.1  Introduction ..................................................................................................................... 235

4.25.2  VrefCS Command Timing ............................................................................................... 235

4.26  VrefCA Training Specification ............................................................................................ 236

4.27  VrefCS Training Specification ............................................................................................ 242

4.28  VrefDQ Calibration Specification ....................................................................................... 248

4.29  Post Package Repair (PPR) ............................................................................................... 254

4.29.1  Hard PPR (hPPR) ........................................................................................................... 255

4.29.2  Soft Post Package Repair (sPPR) .................................................................................. 258

4.30  MBIST/mPPR ..................................................................................................................... 261

4.30.1  MBIST Sequence ............................................................................................................ 261

4.30.2  mPPR Sequence ............................................................................................................. 262

4.31  Decision Feedback Equalization ........................................................................................ 264

4.31.1  Introduction ..................................................................................................................... 264

4.31.2  Pulse Response of a Reflective Memory Channel .......................................................... 264

4.31.3  Components of the DFE ................................................................................................... 265

4.32  DQS Interval Oscillator ...................................................................................................... 270

4.33  tRX_DQS2DQ Offset Due to Temperature and Voltage Variation ..................................... 275

4.34  2N Mode ............................................................................................................................. 276

4.34.1  1N / 2N Mode Clarifications ............................................................................................ 277

4.35  Write Pattern Command ..................................................................................................... 278

4.36  On-Die ECC ....................................................................................................................... 280

4.36.1  SEC Overview ................................................................................................................. 280

4.37  DDR5 ECC Transparency and Error Scrub ....................................................................... 281

4.37.1  Mode Register and DRAM Initialization Prior to ECS Mode Operation .......................... 282

4.37.2  ECS Operation ................................................................................................................ 282

4.37.3  ECS Error Tracking ......................................................................................................... 284

4.37.4  3DS Operation ................................................................................................................ 285

4.37.5  ECS Operation with PASR support ................................................................................. 285

4.38  CRC ................................................................................................................................... 286

4.38.1  CRC Polynomial and Logic Equation .............................................................................. 286

4.38.2  CRC Data Bit Mapping for x4 Devices ........................................................................... 287

4.38.3  CRC Data Bit Mapping for x8 Devices ........................................................................... 288

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Contents (cont'd)**

4.38.4    CRC Data Bit Mapping for x16 Devices ................................................................ 288

4.38.5    Write CRC for x4, x8, and x16 Devices ............................................................... 289

4.38.6    Write CRC Auto-disable ....................................................................................... 289

4.38.7    Read CRC for x4, x8, and x16 Devices ............................................................... 290

4.38.8    CRC Burst Order .................................................................................................. 290

4.38.9    Write CRC Error Handling .................................................................................... 290

4.38.10   CRC Bit Mapping in BC8 Mode ........................................................................... 291

4.38.11   CRC Bit Mapping in BL32 Mode .......................................................................... 292

4.39     Loopback ............................................................................................................... 293

4.39.1    Loopback Output Definition .................................................................................. 293

4.39.2    Loopback Phase ................................................................................................... 293

4.39.3    Loopback Output Mode ........................................................................................ 294

4.39.4    Loopback Timing and Levels ................................................................................ 299

4.40     CA_ODT Strap Operation ...................................................................................... 300

4.40.1    CA/CS/CK ODT Settings ...................................................................................... 300

4.41     Duty Cycle Adjuster (DCA) .................................................................................... 301

4.41.1    Duty Cycle Adjuster Range .................................................................................. 301

4.41.2    Relationship Between DCA Code Change and Single/Two-phase Internal Clock(s)/DQS
          Timing .................................................................................................................. 302

4.41.3    Relationship Between DCA Code Change and 4-phase Internal Clock(s)/DQS Timing ......... 303

4.41.4    Relationship Between DCA Code Change and DQs Output/DQS Timing .............................. 304

4.42     Refresh Management (RFM) .................................................................................. 304

4.42.1    Adaptive Refresh Management (ARFM) ............................................................... 306

4.42.2    Directed Refresh Management (DRFM) ................................................................ 307

4.43     Package Output Driver Test Mode (Optional) ....................................................... 310

4.44     CS Geardown Mode .............................................................................................. 311

4.45     IO Features and Modes ......................................................................................... 313

4.45.1    Data Output Disable ............................................................................................. 313

4.45.2    TDQS/DM .............................................................................................................. 313

5     On-Die Termination ................................................................................................... 314

5.1     On-Die Termination for DQ, DQS, DM, and TDQS ................................................ 314

5.2     ODT Modes, Timing Diagrams, and State Table .................................................... 315

5.3     Dynamic ODT ........................................................................................................ 318

5.3.1    ODT Functional Description .................................................................................. 318

5.3.2    ODT tADC Clarifications ....................................................................................... 322

5.3.3    ODT Timing Diagrams .......................................................................................... 323

5.4     On-Die Termination for CA, CS, CK_t, CK_c ........................................................ 329

5.4.1    Supported On-Die Termination Values ................................................................. 330

5.5     On-Die Termination for Loopback Signals ............................................................. 331

6     AC and DC Operating Conditions ............................................................................. 332

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## Contents (cont'd)

6.1    Absolute Maximum Ratings .................................................................................. 332

6.2    DC Operating Conditions ..................................................................................... 333

6.3    DRAM Component Operating Temperature Range ............................................. 334

7    AC and DC Global Definitions .............................................................................. 335

7.1    Transmitter (Tx), Receiver (Rx) and Channel Definitions - No Ballot ............... 335

7.2    Bit Error Rate ...................................................................................................... 335

7.2.1    Introduction ...................................................................................................... 335

7.2.2    General Equation ............................................................................................. 335

7.2.3    Minimum Bit Error Rate (BER) Requirements ................................................ 336

7.3    Unit Interval and Jitter Definitions ...................................................................... 337

7.3.1    Unit Interval (UI) .............................................................................................. 337

7.3.2    UI Jitter Definition ............................................................................................ 337

7.3.3    UI-UI Jitter Definition ....................................................................................... 338

7.3.4    Accumulated Jitter (Over "N" UI) ..................................................................... 338

8    AC and DC Input Measurement Levels ................................................................. 339

8.1    Overshoot and Undershoot specifications for CAC - No Ballot ......................... 339

8.2    CA Rx Voltage and Timings ................................................................................ 339

8.3    Input Clock Jitter Specification ........................................................................... 343

8.3.1    Overview .......................................................................................................... 343

8.3.2    Specification for DRAM Input Clock Jitter ....................................................... 344

8.4    Differential Input Clock (CK_t, CK_c) Cross Point Voltage (VIX) ..................... 347

8.5    Differential Input Clock Voltage Sensitivity - Q3'18 Ballot No. 1858.04 ........... 347

8.5.1    Differential Input Clock Voltage Sensitivity Parameter ................................... 348

8.5.2    Differential Input Voltage Levels for Clock - Q2'19 Ballot No. 1848.48 ......... 349

8.5.3    Differential Input Slew Rate Definition for Clock (CK_t, CK_c) ..................... 349

8.6    Rx DQS Jitter Sensitivity ..................................................................................... 350

8.6.1    Rx DQS Jitter Sensitivity Specification ........................................................... 351

8.6.2    Test Conditions for Rx DQS Jitter Sensitivity Tests ....................................... 354

8.7    Rx DQS Voltage Sensitivity ................................................................................ 356

8.7.1    Overview .......................................................................................................... 356

8.7.2    Receiver DQS Voltage Sensitivity Parameter ................................................. 357

8.8    Differential Strobe (DQS_t, DQS_c) Input Cross Point Voltage (VIX) .............. 358

8.9    Rx DQ Voltage Sensitivity ................................................................................... 358

8.9.1    Overview .......................................................................................................... 358

8.9.2    Receiver DQ Input Voltage Sensitivity Parameters ........................................ 359

8.9.3    Differential Input Levels for DQS ..................................................................... 360

8.9.4    Differential Input Slew Rate for DQS_t, DQS_c .............................................. 360

8.10    Rx Stressed Eye ............................................................................................... 362

8.10.1    Parameters for DDR5 Rx Stressed Eye Tests .............................................. 363

8.11    Connectivity Test Mode - Input level and Timing Requirement ....................... 366

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Contents (cont'd)**

8.11.1   Connectivity Test (CT) Mode Input Levels ........................................................................ 367

8.11.2   CMOS Rail to Rail Input Levels for RESET_n ............................................................... 368

9   AC and DC Output Measurement Levels and Timing .............................................................. 369

9.1   Output Driver DC Electrical Characteristics for DQS and DQ .............................................. 369

9.2   Output Driver DC Electrical Characteristics for Loopback Signals LBDQS, LBDQ ............... 371

9.3   Loopback Output Timing ...................................................................................................... 372

9.3.1   ALERT_n Output Drive Characteristic ............................................................................. 374

9.3.2   Output Driver Characteristic of Connectivity Test (CT) Mode ......................................... 375

9.4   Single-ended Output Levels - VOL/VOH .............................................................................. 376

9.5   Single-Ended Output Levels - VOL/VOH for Loopback Signals ........................................... 376

9.6   Single-ended Output Slew Rate ........................................................................................... 377

9.7   Differential Output Levels .................................................................................................... 378

9.8   Differential Output Slew Rate .............................................................................................. 378

9.9   Tx DQS Jitter ....................................................................................................................... 380

9.10   Tx DQ Jitter ....................................................................................................................... 383

9.10.1   Overview ....................................................................................................................... 383

9.10.2   Tx DQ Jitter Parameters ............................................................................................... 384

9.11   Tx DQ Stressed Eye ......................................................................................................... 387

9.11.1   Tx DQ Stressed Eye Parameters .................................................................................. 388

10   Speed Bins ............................................................................................................................ 391

10.1   DDR5-3200 Speed Bins and Operations ........................................................................... 391

10.2   DDR5-3600 Speed Bins and Operations ........................................................................... 392

10.3   DDR5-4400 Speed Bins and Operations ........................................................................... 393

10.4   DDR5-4000 Speed Bins and Operations ........................................................................... 394

10.5   DDR5-4800 Speed Bins and Operations ........................................................................... 395

10.6   DDR5-5200 Speed Bins and Operations ........................................................................... 396

10.7   DDR5-5600 Speed Bins and Operations ........................................................................... 397

10.8   DDR5-6000 Speed Bins and Operations ........................................................................... 398

10.9   DDR5-6400 Speed Bins and Operations ........................................................................... 399

10.10   DDR5-6800 Speed Bins and Operations ......................................................................... 400

10.11   DDR5-7200 Speed Bins and Operations ......................................................................... 401

10.12   DDR5-7600 Speed Bins and Operations - (Future Bin Placeholder) No Ballot ............... 402

10.13   DDR5-8000 Speed Bins and Operations - (Future Bin Placeholder) No Ballot ............... 404

10.14   DDR5-8400 Speed Bins and Operations - (Future Bin Placeholder) No Ballot ............... 406

10.15   3DS DDR5-3200 Speed Bins and Operations ................................................................. 409

10.16   3DS DDR5-3600 Speed Bins and Operations ................................................................. 409

10.17   3DS DDR5-4000 Speed Bins and Operations ................................................................. 410

10.18   3DS DDR5-4400 Speed Bins and Operations ................................................................. 411

10.19   3DS DDR5-4800 Speed Bins and Operations ................................................................. 412

10.20   3DS DDR5-5200 Speed Bins and Operations ................................................................. 413

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Contents (cont'd)**

10.21    3DS DDR5-5600 Speed Bins and Operations ........................................................... 414

10.22    3DS DDR5-6000 Speed Bins and Operations ........................................................... 415

10.23    3DS DDR5-6400 Speed Bins and Operations ........................................................... 416

10.24    3DS DDR5-6800 Speed Bins and Operations ........................................................... 418

10.25    3DS DDR5-7200 Speed Bins and Operations ........................................................... 419

10.26    3DS DDR5-7600 Speed Bins and Operations ........................................................... 419

10.27    3DS DDR5-8000 Speed Bins and Operations ........................................................... 420

10.28    3DS DDR5-8400 Speed Bins and Operations ........................................................... 420

11    IDD, IDDQ, and IPP Specification Parameters and Test Conditions ............................... 421

11.1    IDD, IPP, and IDDQ Measurement Conditions ........................................................... 421

11.2    IDD0, IDDQ0, IPP0 Pattern ...................................................................................... 427

11.3    IDD0F, IDDQ0F, IPP0F Pattern ................................................................................. 428

11.4    IDD2N, IDD3N Pattern .............................................................................................. 429

11.5    IDD2NT, IDDQ2NT, IPP2NT Pattern ......................................................................... 429

11.6    IDD4R, IDDQ4R, IPP4R Pattern ............................................................................... 430

11.7    IDD4W, IDDQ4W, IPP4W Pattern ............................................................................. 431

11.8    IDD5B, IDDQ5B, IPP5B, IDD5F, IDDQ5F, IPP5F Pattern .......................................... 432

11.9    IDD5C, IDDQ5C and IPP5C Patterns ........................................................................ 432

11.10    IDD6N, IDDQ6N, IPP6N, IDD6E, IDDQ6E, IPP6E, IDD6R, IDDQ6R, IPP6R Pattern ............. 433

11.11    IDD7, IDDQ7 and IPP7 Patterns .............................................................................. 434

12    Input/Output Capacitance ............................................................................................. 436

12.1    Electrostatic Discharge Sensitivity Characteristics .................................................... 440

13    Electrical Characteristics and AC Timing ...................................................................... 441

13.1    Reference Load for AC Timing and Output Slew Rate - No Ballot ................................ 441

13.2    Rounding Definitions and Algorithms ......................................................................... 442

13.2.1    Example 1, Using Integer Math to Convert tWR(min) from ns to nCK ...................... 443

13.3    Timing Parameters by Speed Grade .......................................................................... 445

13.3.1    Timing Parameters for DDR5-3200 to DDR5-4000 ................................................. 445

13.3.2    Timing Parameters for DDR-4400 to DDR5-5200 .................................................. 446

13.3.3    Timing Parameters for DDR-5600 to DDR5-6400 .................................................. 447

13.3.4    Timing Parameters for DDR-6800 to DDR5-7600 .................................................. 448

13.3.5    Timing Parameters for DDR-8000 to DDR5-8400 .................................................. 449

13.3.6    Timing Parameters for 3DS-DDR5-3200 to 3DS-DDR5-4000 x4 2H & 4H ............... 451

13.3.7    Timing Parameters for 3DS-DDR5-4400 to 3DS-DDR5-5200 x4 2H & 4H ............... 452

13.3.8    Timing Parameters for 3DS-DDR5-5600 to 3DS-DDR5-6400 x4 2H and 4H ........... 453

14.1    Module Rank and Channel Limitations for DDR5 DIMMs ........................................... 455

15    DDR5 System RAS Improvement ................................................................................. 456

15.1    Design Guidelines for DDR5 Bounded Fault RAS Improvement .................................. 456

15.1.1    DDR5 Reliability Design Guidelines Overview ....................................................... 456

15.1.2    Reliability Design Guidelines ................................................................................ 456

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Contents (cont'd)**

15.2   Single Error Correction (SEC) Code Properties  ........................................................ 458

15.3   Writeback of Data During x4 RMW and ECS Operation  ......................................... 459

16   APPENDIX - Clock, DQS, and DQ Validation Methodology - No Ballot ...................... 460

16.1   Overview  ............................................................................................................... 460

16.2   Validation Equipment  ........................................................................................... 460

16.2.1   Oscilloscope  ...................................................................................................... 460

16.2.2   Bit Error Rate Tester (BERT)  ........................................................................... 460

16.3   DDR5 DRAM Input Clock Jitter Validation  ........................................................... 460

16.3.1   Validation of DRAM Input Clock Jitter Specifications  ...................................... 460

17   ANNEX A - (Informative) Differences between JESD79-5A and JESD79-5  ............. 461

18   ANNEX B - (Informative) Differences between JESD79-5B and JESD79-5A  .......... 466

18.1   General Editorial Changes  .................................................................................... 466

18.2   Changes from JC-42.3 Meetings  .......................................................................... 466

18.3   Changes from Task Group Meetings .................................................................... 467

**List of Tables**

Table 1 — DDR5 SDRAM X4/8 Ballout Using MO-210 ................................................................. 3

Table 2 — DDR5 SDRAM X16 Ballout Using MO-210 ................................................................. 4

Table 3 — Pinout Description .......................................................................................................... 5

Table 4 — 8 Gb Addressing Table .................................................................................................. 7

Table 5 — 16 Gb Addressing Table ................................................................................................ 7

Table 6 — 24 Gb Addressing Table ................................................................................................ 7

Table 7 — 32 Gb Addressing Table ................................................................................................ 7

Table 8 — 64 Gb Addressing Table ................................................................................................ 8

Table 9 — MR Default Settings ..................................................................................................... 11

Table 10 — Voltage Ramp Conditions .......................................................................................... 11

Table 11 — Initialization Timing Parameters ................................................................................ 13

Table 12 — Reset Timing Parameters .......................................................................................... 15

Table 13 — Input Voltage Slew Rates .......................................................................................... 15

Table 14 — DQ Output Mapping for x4 Device ............................................................................ 16

Table 15 — DQ Output Mapping for x8 Device ............................................................................ 17

Table 16 — DQ Output Mapping for x16 Device (OSC Count - MR46 and MR47 Only)  ............ 17

Table 17 — DQ Output Mapping for x16 Device (DFE REGISTERS EXCLUDED)  ..................... 18

Table 18 — DQ Output Mapping for x16 Device (DFE Lower Byte - DQ[0:7], DML)  ................. 18

Table 19 — DQ Output Mapping for x16 Device (DFE Upper Byte - DQ[15:8], DMU)  .............. 19

Table 20 — Mode Register Read/Write AC Timing ...................................................................... 21

Table 21 — Truth Table for Mode Register Read (MRR) and Mode Register Write (MRW)................. 22

Table 22 — MRR/MRW Timing Constraints: DQ ODT is Disable ................................................ 22

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Contents (cont'd)**

Table 23 — MRR/MRW Timing Constraints: DQ ODT is Enable ........................................ 23

Table 24 — Mode Register Assignment in DDR5 SDRAM ............................................... 24

Table 25 — Refresh Settings MR4 Register Information Table ........................................ 35

Table 26 — VrefDQ Setting Range ............................................................................... 42

Table 27 — VrefCA Setting Range ............................................................................... 43

Table 28 — VrefCS Setting Range ............................................................................... 44

Table 29 — tCCD_L/tCCD_L_WR/tCCD_L_WR2/tDLLK Encoding Details ........................ 45

Table 30 — Visual Representation of DFE, per bit DCA and per bit VrefDQ Mode Register Mapping .. 89

Table 31 — Command Truth Table ............................................................................... 118

Table 32 — Command Cancel Timing ........................................................................... 120

Table 33 — Burst Type and Burst Order for READ ....................................................... 121

Table 34 — Burst Type and Burst Order for WRITE ...................................................... 121

Table 35 — Burst Type and Burst Order for READ BL32 ................................................ 121

Table 36 — Burst Type and Burst Order for WRITE BL32 .............................................. 122

Table 37 — Precharge Encodings ............................................................................... 123

Table 38 — Strobe Preamble and Postamble Timing Parameters for DDR5 3200 to 4800 ................... 127

Table 39 — Strobe Preamble and Postamble Timing Parameters for DDR5-5200 to 8400 .............. 128

Table 40 — Activate Command (for Reference) ............................................................ 133

Table 41 — CLK to Read DQS Timing Parameters DDR5-3200 to DDR5-4800 .................. 137

Table 42 — CLK to Read DQS Timing Parameters DDR5-5200 to DDR5-6400 .................. 137

Table 43 — Minimum Read and Write Command Timings ............................................... 141

Table 44 — Minimum Read to Read Timings - Same Bank Group .................................... 142

Table 45 — Minimum Read to Read Timings - Different Bank Group ................................ 143

Table 46 — Minimum Write to Write Timings - Same Bank Group ................................... 143

Table 47 — Minimum Write to Write Same Bank Group Timings, x8/x16 Devices .............. 143

Table 48 — Minimum Write to Write Timings - Different Bank Group .............................. 143

Table 49 — Minimum Read and Write Command Timings for x4 2H and 4H 3DS - 3200 thru 4800 ..... 144

Table 50 — Minimum Read and Write Command Timings for x4 2H and 4H 3DS - 5200 thru 6400 ..... 145

Table 51 — Minimum Read and Write Command Timings for x4 8H and 16H 3DS - 3200 thru 4800 .... 146

Table 52 — Minimum Read and Write Command Timings for x4 8H and 16H 3DS - 5200 thru 6400 ... 147

Table 53 — JW (Just-Write) Access and RMW (Read-Modify-Write) Access Definition ....................... 153

Table 54 — Same Bank-Group Write Access to RMW Access Timings ............................. 153

Table 55 — Same Bank-Group Write Access to JW Access Timings ................................ 154

Table 56 — Different Bank-Group Write to Write Timings .............................................. 154

Table 57 — Write Enable Timing Parameters DDR5 3200 to 8400 .................................. 157

Table 58 — Write Leveling Setup/Hold Time ................................................................ 157

Table 59 — Self-Refresh Timing Parameters ............................................................... 160

Table 60 — MR60 Definition ...................................................................................... 161

Table 61 — PASR Segment Row Address Bits .............................................................. 161

Table 62 — Power-Down Entry Definitions .................................................................. 162

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Contents (cont'd)**

Table 63 — Power Down Timing Parameters ........................................................................ 163

Table 64 — Valid Command During Power Down with ODT enabled............................... 164

Table 65 — Self Refresh with Frequency Change (for Reference) ................................... 165

Table 66 — Self-Refresh Frequency Change Timing Parameters ................................... 165

Table 67 — MPSM Configuration Options ........................................................................ 166

Table 68 — Maximum Power Saving Mode Timing Parameters ..................................... 167

Table 69 — Mode Register Definition for Refresh Mode ................................................. 169

Table 70 —  16 Gb and Higher Density DRAM Bank and Refresh Counter Increment Behavior ......... 172

Table 71 —  Refresh Command Scheduling Separation Requirements ......................... 173

Table 72 — tREFI Parameters for REFab and REFsb Commands (including 3DS)............ 174

Table 73 — tRFC Parameters by Device Density ............................................................. 174

Table 74 — 3DS tRFC Parameters by Logical Rank Density ........................................... 174

Table 75 — Same Bank Refresh Parameters .................................................................. 175

Table 76 — Same Bank Refresh Parameters for 3DS 2H, 4H ........................................ 175

Table 77 — Temperature Sensor Parameters .................................................................. 179

Table 78 — MR4 Register Information  ............................................................................. 181

Table 79 — MR4 Register Encoding  ............................................................................... 181

Table 80 — MPC Command Definition ............................................................................. 182

Table 81 — MPC Command Definition for OP[7:0] .......................................................... 183

Table 82 — PDA Enumerate and Select ID Encoding ..................................................... 184

Table 83 — MPC, VrefCA, and VrefCS CS Assertion Duration ....................................... 185

Table 84 — AC Parameters for MPC Command .............................................................. 186

Table 85 — MPC Truth Table ........................................................................................... 186

Table 86 — RD/WR Timing Constraints Related to MPC, VrefCS and VrefCA for All Banks Idle
        Cases  ........................................................................................................... 186

Table 87 — Commands that Support or Do Not support PDA Select ID Usage ................... 187

Table 88 — PDA Mode Register Fields............................................................................. 188

Table 89 — PDA Enumerate Results ............................................................................... 189

Table 90 — PDA Parametric Timings DDR5-3200 to DDR5-3600 ................................. 200

Table 91 — PDA Parametric Timings DDR5-4000 to DDR5-4400 ................................. 201

Table 92 — PDA Parametric Timings DDR5-4800 to DDR5-8400 ................................. 202

Table 93 — Read Training Pattern Address...................................................................... 203

Table 94 — Read Training Mode Settings ........................................................................ 204

Table 95 — Read Pattern Data0 / LFSR0 ........................................................................ 204

Table 96 — Read Pattern Data1 / LFSR1 ........................................................................ 204

Table 97 — Read Pattern Invert - Lower DQ Bits ............................................................ 204

Table 98 — Read Pattern Invert - Upper DQ Bits  ........................................................... 205

Table 99 — Read LFSR Assignments .............................................................................. 206

Table 100 — Serial Bit Sequence Example ..................................................................... 207

Table 101 — LFSR Bit Sequence Example 1 .................................................................. 208

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Contents (cont'd)**

Table 102 — LFSR Bit Sequence Example 2 ......................................................................... 209
Table 103 — Timing parameters for Read Training Patterns ................................................. 211
Table 104 — MR2 Register Information - for Reference only - See Mode Register Section for Details 212
Table 105 — Timing Parameters for Preamble Training Mode .............................................. 213
Table 106 — AC parameters for CA Training Mode .............................................................. 214
Table 107 — CA Training Mode Output .................................................................................. 215
Table 108 — Output Equations per Interface Width .............................................................. 215
Table 109 — Sample Evaluation for Intermediate Output[0] ................................................. 216
Table 110 — Sample Evaluation for Intermediate Output[1] ................................................. 216
Table 111 — Sample Evaluation for Final CSTM Output ....................................................... 216
Table 112 — AC Parameters for CS Training Mode .............................................................. 218
Table 113 — CS Sampled Output per Interface Width ........................................................... 219
Table 114 — WL_ADJ_start and WL_ADJ_end Values per tWPRE Setting .......................... 224
Table 115 — Starting Values of the Lower and Upper WICA Offset ...................................... 225
Table 116 — Choosing a Common 0.5tCK WICA Offset Value ............................................. 225
Table 117 — Timing Parameter Ranges Associated with Write Leveling Training Mode ...................... 229
Table 118 — DRAM Termination during Write Leveling ......................................................... 229
Table 119 — Pin Classification of DDR5 Memory Device in Connectivity Test (CT) Mode .................. 230
Table 120 — Signal Description ............................................................................................. 230
Table 121 — Min Term Equations .......................................................................................... 231
Table 122 — Output Equations per Interface Width .............................................................. 231
Table 123 — ZQ Calibration Timing Parameters ................................................................... 232
Table 124 — ODT Temperature and Voltage Sensitivity ....................................................... 233
Table 125 — Ron Temperature and Voltage Sensitivity ........................................................ 233
Table 126 — VrefCA Command Definition ............................................................................. 234
Table 127 — AC Parameters for VrefCA Command .............................................................. 234
Table 128 — VrefCS Command Definition ............................................................................. 235
Table 129 — AC Parameters for VrefCS Command .............................................................. 235
Table 130 —  VREF CA Mode Register ................................................................................. 238
Table 131 —  CA Internal VREF Specifications .................................................................... 241
Table 132 —  VREF CS Mode Register ................................................................................. 244
Table 133 —  CS Internal VREF Specifications .................................................................... 247
Table 134 —  VrefDQ Mode Register .................................................................................... 250
Table 135 —  VrefDQ Internal Specifications ........................................................................ 253
Table 136 — Guard Key Encoding for MR24 ........................................................................ 254
Table 137 — sPPR vs hPPR vs mPPR .................................................................................. 255
Table 138 — hPPR Timings ................................................................................................... 257
Table 139 — sPPR Timings ................................................................................................... 259
Table 140 — MBIST Timing Parameter ................................................................................. 261
Table 141 — mPPR Timings .................................................................................................. 263

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Contents (cont'd)**

Table 142 — Min/Max Ranges for the DFE Gain Adjustment ................................................ 265

Table 143 — Min/Max Ranges for the DFE Tap Coefficients ............................................... 266

Table 144 — DQS Oscillator Matching Error Specification ................................................ 273

Table 145 — DQS Interval Oscillator Read out AC Timing ................................................ 273

Table 146 — tRX_DQS2DQ Offset Due to Temperature and Voltage Variation for DDR5-3200 to 4800 .............................................................................................. 275

Table 147 — tRX_DQS2DQ Offset Due to Temperature and Voltage Variation for DDR5-5200 to 6400 .............................................................................................. 275

Table 148 — MR2 Functional Modes (for Reference Only) ................................................ 276

Table 149 — 2N Mode Register Config. ............................................................................ 276

Table 150 — CS_n and CA Bus Required Behaviors ........................................................ 277

Table 151 — Write Pattern Mode Register .......................................................................... 278

Table 152 — Write Pattern DQ Output Mapping ................................................................ 279

Table 153 — MR14 ECC Transparency and Error Scrub Mode Register Information .......... 281

Table 154 — ECS Operation Timing Parameter ................................................................ 282

Table 155 — Number of Code Words Per DRAM ................................................................ 283

Table 156 — Average Periodic ECS Interval (tECSint) ...................................................... 283

Table 157 — MR15 Transparency ECC Error Threshold Count per Gb of Memory Cells and Automatic ECS in Self-Refresh ...................................................................... 284

Table 158 — MR20 Number of Rows or Code Word Errors per DRAM Die .......................... 284

Table 159 — MR16-MR19 Address of Row with Max Errors and Error Count...................... 285

Table 160 — Row Error Threshold Count (RETC) .............................................................. 285

Table 161 — Error Detection Details .................................................................................. 286

Table 162 — Read CRC Latency Adder .............................................................................. 290

Table 163 — CRC Error Handling Timing Parameters ........................................................ 291

Table 164 — Loopback Output Definition ............................................................................ 293

Table 165 — Loopback Output Phase ................................................................................ 297

Table 166 — Loopback LBDQS Output Timing.................................................................... 299

Table 167 — CA_ODT Pinlist ............................................................................................ 300

Table 168 — MR32 Definition ............................................................................................ 300

Table 169 — MR33 Definition ............................................................................................ 300

Table 170 — MPC Opcodes .............................................................................................. 300

Table 171 — DCA Range ................................................................................................... 301

Table 172 — DCA Range Examples (Not All Possible Combinations) ................................ 302

Table 173 — Mode Register Definition for Refresh Management ........................................ 304

Table 174 — Mode Register Definition for the RAA Initial Management Threshold (RAAIMT) ............ 305

Table 175 — tRFM Parameters.......................................................................................... 305

Table 176 — Mode Register Definition for RAA Maximum Management Threshold (RAAMMT) ........ 305

Table 177 — Mode Register Definition for RAA Counter Decrement per REF Command..................... 306

Table 178 — Mode Register Definition for Adaptive RFM Levels ........................................ 306

Table 179 — RFM Commands Perceived by DRAM .......................................................... 307

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Contents (cont'd)**

Table 180 — Command Truth Table with DRFM Address Sample Commands ..................................... 307

Table 181 — Command Truth Table with DRFM Commands................................................................ 308

Table 182 — tRRF by Device Density .................................................................................................. 309

Table 183 — tDRFM and Blast Radius Configuration (BRC) ................................................................ 309

Table 184 — MPC Command Definition for OP[7:0] ........................................................................... 311

Table 185 — x8 TDQS Function Matrix................................................................................................ 313

Table 186 — Termination State Table................................................................................................... 316

Table 187 — ODT Electrical Characteristics RZQ=240Ω +/-1% Entire Temperature Operation
            Range; after Proper ZQ Calibration .................................................................................. 317

Table 188 — Allowable Write ODTL Offset Combinations .................................................................... 319

Table 189 — Allowable Write NT ODTL Offset Combinations .............................................................. 319

Table 190 — Allowable Read NT ODTL Offset Combinations .............................................................. 319

Table 191 — Latencies and Timing Parameters Relevant for Dynamic ODT and CRC Disabled ........ 320

Table 192 — RTT Change Skew for Dynamic ODT and CRC Disabled for DDR5-3200 thru 6400....... 321

Table 193 — RTT Change Skew for Dynamic ODT and CRC Disabled for DDR5-6800 thru 7600....... 321

Table 194 — RTT Change Skew for Dynamic ODT and CRC Disabled for DDR5-8000 thru 8400....... 321

Table 195 — ODT Electrical Characteristics RZQ=240Ω +/-1% Entire Temperature Operation
            Range; after Proper ZQ Calibration; VDD=VDDQ ............................................................ 330

Table 196 — ODT Electrical Characteristics RZQ=240Ω +/-1% Entire Temperature Operation
            Range; after Proper ZQ Calibration; VDD=VDDQ ............................................................ 331

Table 197 — Absolute Maximum DC Ratings ...................................................................................... 332

Table 198 — DC Operating Conditions ............................................................................................... 333

Table 199 — DC Operating Temperature Range .................................................................................. 334

Table 200 — Estimated Number of Transmitted Bits (n) for the Confidence Level of 70% to 99.5% .... 335

Table 201 — Minimum BER Requirements for Rx/Tx Timing and Voltage Tests for DDR5-3200 to
            6400 ................................................................................................................................. 336

Table 202 — DRAM CA, CS Parametric values for DDR5-3200 to DDR5-4800 .................................. 341

Table 203 — DRAM CA, CS Parametric values for DDR5-5200 to DDR5-5600 .................................. 342

Table 204 — DRAM CA, CS Parametric values for DDR5-6000 to DDR5-6400 .................................. 342

Table 205 — DRAM Input Clock Jitter Specifications for DDR5-3200 to DDR5-4400 ......................... 344

Table 206 — DRAM Input Clock Jitter Specifications for DDR5-5200 to DDR5-6400 ......................... 345

Table 207 — DRAM Input Clock Jitter Specifications for DDR5-6800 to DDR5-8400  ........................ 346

Table 208 — Crosspoint Voltage (VIX) for Differential Input Clock  .................................................... 347

Table 209 — Differential Input Clock Voltage Sensitivity Parameter for DDR5-3200 to DDR5-4800 .... 348

Table 210 — Differential Input Clock Voltage Sensitivity Parameter for DDR5-5200 to DDR5-6400 .... 348

Table 211 — Differential Input Clock Voltage Sensitivity Parameter for DDR5-6800 to DDR5-8400 .... 348

Table 212 — Differential Clock (CK_t, CK_c) Input Levels for DDR5-3200 to DDR5-6400 .................. 349

Table 213 — Differential Clock (CK_t, CK_c) Input Levels for DDR5-6800 to DDR5-8400 .................. 349

Table 214 — Differential Input Slew Rate Definition for CK_t, CK_c .................................................... 349

Table 215 — Differential Input Slew Rate for CK_t, CK_c for DDR5-3200 to DDR5-4800 ................... 350

Table 216 — Differential Input Slew Rate for CK_t, CK_c for DDR5-5200 to DDR5-6400 ................... 350

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Contents (cont'd)**

Table 217 — Differential Input Slew Rate for CK_t, CK_c for DDR5-6800 to DDR5-8400 .................... 350

Table 218 — Rx DQS Jitter Sensitivity Specification for DDR5-3200 to DDR5-4800 ............................ 351

Table 219 — Rx DQS Jitter Sensitivity Specification for DDR5-5200 to DDR5-6400 ............................ 352

Table 220 — Rx DQS Jitter Sensitivity Specification for DDR5-6800 to DDR5-8400 ............................ 353

Table 221 — Test Conditions for Rx DQS Jitter Sensitivity Testing for DDR5-3200 to DDR5-4800...... 354

Table 222 — Test Conditions for Rx DQS Jitter Sensitivity Testing for DDR5-5200 to DDR5-6400...... 355

Table 223 — Test Conditions for Rx DQS Jitter Sensitivity Testing for DDR5-6800 to DDR5-8400....... 356

Table 224 — Rx DQ Input Voltage Sensitivity Parameters for DDR5-3200 to DDR5-4800 .................. 357

Table 225 — Rx DQ Input Voltage Sensitivity Parameters for DDR5-5200 to DDR5-6400 .................. 357

Table 226 — Rx DQ Input Voltage Sensitivity Parameters for DDR5-6800 to DDR5-8400 .................. 357

Table 227 — Crosspoint Voltage (VIX) for DQS Differential Input Signals  ........................................... 358

Table 228 — Rx DQS Input Voltage Sensitivity Parameter for DDR5-3200 to DDR5-4800 .................. 359

Table 229 — Rx DQS Input Voltage Sensitivity Parameter for DDR5-5200 to DDR5-6400 .................. 359

Table 230 — Rx DQS Input Voltage Sensitivity Parameter for DDR5-6800 to DDR5-8400 .................. 359

Table 231 — Differential Input Levels for DQS (DQS_t, DQS_c) for DDR5-3200 to DDR5-6400 ......... 360

Table 232 — Differential Input Levels for DQS (DQS_t, DQS_c) for DDR5-6800 to DDR5-8400.......... 360

Table 233 — Differential Input Slew Rate Definition for DQS_t, DQS_c................................................. 361

Table 234— Differential Input Slew Rate for DQS_t, DQS_c for DDR5-3200 to DDR5-4800............... 361

Table 235 — Differential Input Slew Rate for DQS_t, DQS_c for DDR5-5200 to DDR5-6400............... 361

Table 236 — Differential Input Slew Rate for DQS_t, DQS_c for DDR5-6800 to DDR5-8400............... 361

Table 237 — Test Conditions for Rx Stressed Eye Tests for DDR5-3200 to DDR5-4800 .................... 363

Table 238 — Test Conditions for Rx Stressed Eye Tests for DDR5-5200 to DDR5-6400 .................... 364

Table 239 — Test Conditions for Rx Stressed Eye Tests for DDR5-6800 to DDR5-8400 .................... 365

Table 240 — AC Parameters for Connectivity Test (CT) Mode ............................................................. 366

Table 241 — CMOS Rail to Rail Input Levels for TEN, CS_n, and Test inputs ...................................... 367

Table 242 — CMOS Rail to Rail Input Levels for RESET_n .................................................................. 368

Table 243 — Output Driver DC Electrical Characteristics, Assuming RZQ = 240 ohms; Entire
Operating Temperature Range; after Proper ZQ Calibration  ......................................... 370

Table 244 — Output Driver DC Electrical Characteristics, Assuming RZQ = 240 ohms; Entire
Operating Temperature Range; after Proper ZQ Calibration ......................................... 371

Table 245 — Loopback Output Timing Parameters for DDR5-3200 to DDR5-4800 ............................ 372

Table 246 — Loopback Output Timing Parameters for DDR5-5200 to DDR5-6400 ............................ 372

Table 247 — Loopback Output Timing Parameters for DDR5-6800 to DDR5-8400 ............................ 373

Table 248 — Output Driver Impedance RON .................................................................................... 374

Table 249 — Output Driver Characteristic of Connectivity Test (CT) Mode............................................ 375

Table 250 — Single-ended Output Levels for DDR5-3200 to DDR5-DDR5-6400  .............................. 376

Table 251 — Single-ended Output Levels for DDR5-6800 to DDR5-DDR5-8400 ............................... 376

Table 252 — Single-ended Output Levels for Loopback Signals DDR5-3200 to DDR5-6400 .............. 376

Table 253 — Single-ended Output Levels for Loopback Signals DDR5-6800 to DDR5-8400 .............. 376

Table 254 — Single-ended Output Slew Rate Definition........................................................................ 377

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Contents (cont'd)**

Table 255 — Single-ended Output Slew Rate for DDR5-3200 to DDR5-4800 .....................................  377
Table 256 — Single-ended Output Slew Rate for DDR5-5200 to DDR5-6400 .....................................  377
Table 257 — Single-ended Output Slew Rate for DDR5-6800 to DDR5-8400 .....................................  377
Table 258 — Differential Output Levels for DDR5-3200 to DDR5-6400 ...............................................  378
Table 259 — Differential AC and DC Output Levels for DDR5-6800 to DDR5-8400  ...........................  378
Table 260 — Differential Output Slew Rate Definition.........................................................................  378
Table 261 — Differential Output Slew Rate for DDR5-3200 to DDR5-4800 .........................................  379
Table 262 — Differential Output Slew Rate for DDR5-5200 to DDR5-6400 .........................................  379
Table 263 — Differential Output Slew Rate for DDR5-6800 to DDR5-8400.........................................  379
Table 264 — Tx DQS Jitter Parameters for DDR5-3200 to DDR5-4800...............................................  380
Table 265 — Tx DQS Jitter Parameters for DDR5-5200 to DDR5-6400...............................................  381
Table 266 — Tx DQS Jitter Parameters for DDR5-6800 to DDR5-8400...............................................  382
Table 267 —  Tx DQ Jitter Parameters for DDR5-3200 to DDR5-4800 ...............................................  384
Table 268 —  Tx DQ Jitter Parameters for DDR5-5200 to DDR5-6400 ...............................................  385
Table 269 —  Tx DQ Jitter Parameters for DDR5-6800 to DDR5-8400 ...............................................  386
Table 270 — Tx DQ Stressed Eye Parameters for DDR5-3200 to DDR5-4800 ...................................  388
Table 271 — Tx DQ Stressed Eye Parameters for DDR5-5200 to DDR5-6400 ...................................  389
Table 272 — Tx DQ Stressed Eye Parameters for DDR5-6800 to DDR5-8400 ...................................  390
Table 273 — DDR5-3200 Speed Bins and Operations .....................................................................  391
Table 274 — DDR5-3600 Speed Bins and Operations .....................................................................  392
Table 275 — DDR5-4000 Speed Bins and Operations .....................................................................  393
Table 276 — DDR5-4400 Speed Bins and Operations .....................................................................  394
Table 277 — DDR5-4800 Speed Bins and Operations .....................................................................  395
Table 278 — DDR5-5200 Speed Bins and Operations .....................................................................  396
Table 279 — DDR5-5600 Speed Bins and Operations .....................................................................  397
Table 280 — DDR5-6000 Speed Bins and Operations .....................................................................  398
Table 281 — DDR5-6400 Speed Bins and Operations .....................................................................  399
Table 282 — DDR5-6800 Speed Bins and Operations .....................................................................  400
Table 283 — DDR5-7200 Speed Bins and Operations .....................................................................  401
Table 284 — DDR5-7600 Speed Bins and Operations .....................................................................  402
Table 285 — DDR5-8000 Speed Bins and Operations .....................................................................  404
Table 286 — DDR5-8400 Speed Bins and Operations .....................................................................  406
Table 287 — 3DS DDR5-3200 Speed Bins and Operations .............................................................  409
Table 288 — 3DS DDR5-3600 Speed Bins and Operations .............................................................  409
Table 289 — 3DS DDR5-4000 Speed Bins and Operations .............................................................  410
Table 290 — 3DS DDR5-4400 Speed Bins and Operations .............................................................  411
Table 291 — 3DS DDR5-4800 Speed Bins and Operations .............................................................  412
Table 292 — 3DS DDR5-5200 Speed Bins and Operations .............................................................  413
Table 293 — 3DS DDR5-5600 Speed Bins and Operations .............................................................  414
Table 294 — 3DS DDR5-6000 Speed Bins and Operations .............................................................  415

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Contents (cont'd)**

Table 295 — 3DS DDR5-6400 Speed Bins and Operations ..................................................... 416

Table 296 — 3DS DDR5-6800 Speed Bins and Operations ..................................................... 418

Table 297 — 3DS DDR5-7200 Speed Bins and Operations ..................................................... 419

Table 298 — 3DS DDR5-7600 Speed Bins and Operations ..................................................... 419

Table 299 — 3DS DDR5-8000 Speed Bins and Operations ..................................................... 420

Table 300 — 3DS DDR5-8400 Speed Bins and Operations ..................................................... 420

Table 301 — Basic IDD, IDDQ, and IPP Measurement Conditions ...................................... 423

Table 302 — IDD0, IDDQ0, IPP0 ........................................................................................... 427

Table 303 — IDD0F, IDDQ0F, IPP0F ..................................................................................... 428

Table 304 — IDD2N, IDDQ2N, IPP2N, IDD3N, IDDQ3N, IPP3N ...................................... 429

Table 305 — IDD2NT, IDDQ2NT, IPP2NT ............................................................................ 429

Table 306 — IDD4R, IDDQ4R, IPP4R ................................................................................... 430

Table 307 — IDD4W, IDDQ4W, IPP4W ................................................................................. 431

Table 308 — IDD5B, IDD5B, IDDQ5B, IPP5B, IDD5F, IDDQ5F, IPP5F............................ 432

Table 309 — IDD5C, IDDQ5C, IPP5C ................................................................................... 432

Table 310 — IDD6N, IDDQ6N, IPP6N, IDD6E, IDDQ6E, IPP6E ...................................... 433

Table 311 — IDD7, IDD7Q, IPP7 ........................................................................................... 434

Table 312 — Silicon Pad I/O Capacitance DDR5-3200 to DDR5-6400 ............................... 436

Table 313 — Silicon Pad I/O Capacitance DDR5-6800 to DDR5-8400 ............................... 436

Table 314 — DRAM Package Electrical Specifications (X4/X8) .......................................... 438

Table 315 — DRAM Package Electrical Specifications (X16)............................................... 439

Table 316 — Electrostatic Discharge Sensitivity Characteristics ........................................ 440

Table 317 — Example 1, Using Round Down only Integer Number Math ........................... 444

Table 318 — Timing Parameters for DDR5-3200 to DDR5-4000 ........................................ 445

Table 319 — Timing Parameters for DDR5-4400 to DDR5-5200 ........................................ 446

Table 320 — Timing Parameters for DDR5-5600 to DDR5-6400 ........................................ 447

Table 321 — Timing Parameters for DDR5-6800 to DDR5-7600 ........................................ 448

Table 322 — Timing Parameters for DDR5-8000 to DDR5-8400 ........................................ 449

Table 323 — Timing Parameters for x4 2H and 4H 3DS-DDR5-3200 to 3DS-DDR5-4000 ................... 451

Table 324 — Timing Parameters for x4 2H and 4H 3DS-DDR5-4400 to 3DS-DDR5-5200 ................... 452

Table 325 — Timing Parameters for x4 2H and 4H 3DS-DDR5-5600 to 3DS-DDR5-6400 ................... 453

Table 326 — DDR5 Module Rank and Channel Timings for DDR5 DIMMs......................... 455

Table 327 — MR9 or MR15 Register Information .................................................................. 459

Table 328 — SDRAM Fault Handling Features and Temperature Sense ............................. 459

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## Contents (cont'd)

**List of Figures**

Figure 1 — DDR5 Ball Assignments for the x4/8 Component ................................................................. 3

Figure 2 — DDR5 Ball Assignments for the x16 Component ................................................................. 4

Figure 3 — RESET_n and Initialization Sequence at Power-on Ramping ............................................. 12

Figure 4 — Reset Procedure at Power Stable ....................................................................................... 14

Figure 5 — Requirement for Voltage Ramp Control .............................................................................. 15

Figure 6 — Mode Register Read Timing ................................................................................................ 16

Figure 7 — Mode Register Write Timing ............................................................................................... 20

Figure 8 — DFE Update Setting ............................................................................................................ 20

Figure 9 — Example MRR to MRW Timing Diagram for Same Physical Rank ..................................... 21

Figure 10 — Command Cancel Timing .................................................................................................. 120

Figure 11 — Example of Read Preamble Modes (Default) with 0.5 tCK Postamble ............................ 124

Figure 12 — Example of Read Preamble Modes (Default) with1.5 tCK Postamble ............................. 124

Figure 13 — Example of Read Preamble Modes with 3tCK DQS Offset and with 1.5 tCK Postamble . 125

Figure 14 — Example of Write Preamble Modes (Default) with 0.5tCK Postamble ............................. 125

Figure 15 — Example of Write Preamble Modes (Default) with 1.5tCK Postamble ............................. 125

Figure 16 — DQS Timing While 2tCK Write Preamble and Postamble ................................................ 126

Figure 17 — DQS Timing While Write Preamble and Postamble ......................................................... 126

Figure 18 — Example of Seamless Reads Operation: tCCD=Min ........................................................ 129

Figure 19 — Example of Consecutive Reads Operation: tCCD=Min+1 ............................................... 129

Figure 20 — Example of Consecutive Reads Operation: tCCD=Min+2 ............................................... 129

Figure 21 — Example of Consecutive Reads Operation: tCCD=Min+3 ............................................... 130

Figure 22 — Example of Consecutive Reads Operation: tCCD=Min+4 ............................................... 130

Figure 23 — Example of Consecutive Reads Operation: tCCD=Min+5 ............................................... 130

Figure 24 — Example of Seamless Writes Operation: tCCD=Min ........................................................ 131

Figure 25 — Example of Consecutive Writes Operation: tCCD=Min+1 ............................................... 131

Figure 26 — Example of Consecutive Writes Operation: tCCD=Min+2 ............................................... 131

Figure 27 — Example of Consecutive Writes Operation: tCCD=Min+3 ............................................... 131

Figure 28 — Example of Consecutive Writes Operation: tCCD=Min+4 ............................................... 132

Figure 29 — Example of Consecutive Writes Operation: tCCD=Min+5 ............................................... 132

Figure 30 — READ Burst Operation (BL16) ......................................................................................... 134

Figure 31 — Read Burst Operation (BC8) ............................................................................................ 134

Figure 32 — READ to READ, Different Ranks Operation with Read DQS Offset Usage (BL16) .......... 135

Figure 33 — READ to PRECHARGE with 1tCK Preamble ................................................................... 136

Figure 34 — READ to PRECHARGE with 2tCK Preamble ................................................................... 136

Figure 35 — TDQSCK Timing Definition .............................................................................................. 138

Figure 36 — Read Timing for Fixed BL32 and BL32 in BL32 OTF Mode ............................................ 139

Figure 37 — Read Timings for BL16 in BL32 OTF Mode ..................................................................... 139

Figure 38 — Read to Read to Different Bank Group for BL16 in BL32 OTF ........................................ 140

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Contents (cont'd)**

Figure 39 — Read to Read to Same Bank Group for BL16 in BL32 OTF ............................................. 140

Figure 40 — Read with Auto-Precharge for Fixed BL32 and BL32 in BL32 OTF Mode ...................... 140

Figure 41 — Read with Auto-Precharge for BL16 in BL32 OTF Mode ............................................. 141

Figure 42 — Timing Diagram for Write to Read ........................................................................ 142

Figure 43 — Timing Diagram for Write to Read Auto Precharge in Same Bank ............................... 142

Figure 44 — WRITE Burst Operation (BL16) ........................................................................... 148

Figure 45 — Write Burst Operation (BC8) .............................................................................. 148

Figure 46 — WRITE (BL16) to PRECHARGE Operation with 2tCK Preamble .................................. 149

Figure 47 — WRITE (BL16) with Auto PRECHARGE Operation and 2tCK Preamble ........................ 149

Figure 48 — DDR5 Write Timing Parameters .......................................................................... 150

Figure 49 — Write Timing for Fixed BL32 and BL32 in BL32 OTF Mode ........................................ 151

Figure 50 — Write Timings for BL16 in BL32 OTF Mode ........................................................... 151

Figure 51 — Write to Write to Different Bank Group for BL16 in BL32 OTF ................................... 152

Figure 52 — Write to Write to Same Bank Group for BL16 in BL32 OTF ....................................... 152

Figure 53 — Write with Auto-Precharge for Fixed BL32 and BL32 in BL32 OTF Mode ..................... 152

Figure 54 — Write with Auto-Precharge for BL16 in BL32 OTF Mode .......................................... 153

Figure 55 — tDQSS: DRAM External CLK-to-DQS Variation ...................................................... 156

Figure 56 — tDQSD: DRAM internal CLK-to-DQS Variation ...................................................... 156

Figure 57 — Self-Refresh Entry/Exit Timing with 2-Cycle Exit Command ..................................... 159

Figure 58 — Self-Refresh Entry/Exit Timing with 1-Cycle Exit Command ..................................... 159

Figure 59 — Self-Refresh Entry/Exit Timing in 2N Mode with 1-Cycle Exit Command ..................... 160

Figure 60 — Power-Down Entry and Exit Mode ....................................................................... 162

Figure 61 — Frequency Change During Self Refresh ............................................................... 165

Figure 62 — State Diagram for Maximum Power Saving Mode .................................................... 166

Figure 63 — Maximum Power Saving Mode Exit Timings .......................................................... 167

Figure 64 — Refresh Command Timing (Example of Normal Refresh Mode) .................................. 168

Figure 65 — Refresh Command Timing (Example of Fine Granularity Refresh Mode) ...................... 168

Figure 66 — Refresh Mode Change Command Timing .............................................................. 169

Figure 67 — Refresh Mode Change from FGR 2x to Normal 1x Command Timing ........................... 170

Figure 68 — 16 Gb and Higher Density DRAM Refresh Mode Change from FGR 2x REFsb to
            Normal 1x Command Timing ............................................................................ 171

Figure 69 — Postponing Refresh Commands (Example of Normal Refresh Mode - tREFI1, tRFC1) .. 175

Figure 70 — Postponing Refresh Commands (Example of Fine Granularity Refresh Mode -
            tREFI2, tRFC2) ............................................................................................ 176

Figure 71 — FGR 2x to SREF Command Timing ...................................................................... 177

Figure 72 — 16 Gb and Higher Density DRAM FGR 2x REFsb to SREF Command Timing ............... 178

Figure 73 — Temp Sensor Timing Diagram ............................................................................ 180

Figure 74 — MPC Command Timing to 1-Cycle Command ......................................................... 185

Figure 75 — MPC Command Timing to 2-Cycle Command ......................................................... 185

Figure 76 — Single Device PDA Enumerate Programming in Legacy Mode .................................... 190

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## Contents (cont'd)

Figure 77 — Single Device PDA Enumerate Programming in Continuous DQS Toggle Mode ............. 191

Figure 78 — Multi-Device PDA Enumerate Programming in Legacy Mode with Dedicated DQS. ........ 191

Figure 79 — Multi-Device PDA Enumerate Programming in Legacy Mode with all DQSs..................... 192

Figure 80 — Multi-Device PDA Enumerate Programming in Continuous DQS Toggle Mode............... 193

Figure 81 — Single Device PDA Enumerate Programming "Don't Enumerate" Case in Legacy Mode . 194

Figure 82 — Single Device PDA Enumerate Programming "Don't Enumerate" Case in Continuous DQS Toggle Mode............................................................................................................. 195

Figure 83 — Single Device PDA Enumerate Programming "Don't Enumerate" Case for DQ Held HIGH with Any DQS State.............................................................................................. 195

Figure 84 — Single Device PDA Enumerate Programming "Don't Enumerate" Case for DQ is VALID and DQS is Differentially LOW ................................................................................... 196

Figure 85 — Multi Device PDA Enumerate Programming "Don't Enumerate" Case in Legacy Mode ... 196

Figure 86 — Multi Device PDA Enumerate Programming "Don't Enumerate" Case in Continuous DQS Toggle Mode............................................................................................................. 197

Figure 87 — Multi Device PDA Enumerate Programming "Don't Enumerate" Case for DQ Held HIGH and Any DQS State ................................................................................................ 197

Figure 88 — Multi Device PDA Enumerate Programming "Don't Enumerate" Case for VALID DQ and Differentially Low DQS ........................................................................................... 198

Figure 89 — Timing Diagram Showing Multi-Cycle MPC Command Sequencing with PDA Enumerate and PDA Select ID .................................................................................... 199

Figure 90 — Read Training Pattern LFSR .................................................................................... 205

Figure 91 — Timing Diagram for Read Training Pattern ................................................................. 210

Figure 92 — Timing Diagram for Back-to-Back Read Training Patterns .................................................. 210

Figure 93 — Timing Diagram for Continuous Burst Mode Read Training Patterns .............................. 211

Figure 94 — Timing Diagram for Read Preamble Training Mode Entry, Read Training Pattern Access, and Read Preamble Training Mode Exit .......................................................... 213

Figure 95 — Timing Diagram for CA Training Mode ...................................................................... 214

Figure 96 — Timing Diagram for CS Training Mode with Consecutive Output Samples = 0 ............... 217

Figure 97 — Timing Diagram for CS Training Mode with Output Sample Toggle ................................ 217

Figure 98 — Timing Diagram for CS Training Mode with Multiple DRAMs Output Sample Toggle ...... 218

Figure 99 — Write Leveling Training Mode Timing Diagram (External Training, 2N Mode, 0 Sample) . 221

Figure 100 — Write Leveling Training Mode Timing Diagram (External Training, 1N Mode, 0 Sample) 222

Figure 101 — Write Leveling Training Mode Timing Diagram (External Training, 2N Mode, 1 Sample) 222

Figure 102 — Write Leveling Training Mode Timing Diagram (External Training, 1N Mode, 1 Sample) 222

Figure 103 — Consecutive Write Commands during Write Leveling Training Mode Example (External Training, 2N Mode, 4 Samples) ................................................................. 223

Figure 104 — Write Leveling Training Flow with Half step WICA ...................................................... 224

Figure 105 — Write Leveling Training Mode Timing Diagram (Internal Cycle Alignment, 2N Mode, 0 Sample) ................................................................................................................. 225

Figure 106 — Write Leveling Training Mode Timing Diagram (Internal Cycle Alignment, 1N Mode, 0 Sample) ................................................................................................................. 226

Figure 107 — Write Leveling Training Mode Timing Diagram (Internal Cycle Alignment, 2N Mode, 1 Sample) ................................................................................................................. 226

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Contents (cont'd)**

Figure 108 — Write Leveling Training Mode Timing Diagram (Internal Cycle Alignment, 1N Mode, 1 Sample) ............................................................................................................................... 227

Figure 109 — Consecutive Write Commands During Write Leveling Training Mode Example (Internal Training, 2N Mode, 4 Samples) ................................................................... 227

Figure 110 — Timing Diagram for Final Timings after Write Leveling Training is Complete (2N Mode) 228

Figure 111 — Timing Diagram for Final Timings after Write Leveling Training is Complete (1N Mode) 228

Figure 112 — Timing Diagram for VrefCA Command ............................................................... 234

Figure 113 — Timing Diagram for VrefCS Command ............................................................... 235

Figure 114 — VrefCA Operating Range (Vrefmin, Vrefmax) ................................................... 236

Figure 115 — Example of Vref Set Tolerance (Only Max Case is Shown) and Stepsize ...................... 237

Figure 116 — Vref_time Timing Diagram ............................................................................... 238

Figure 117 — Vref Step Single Stepsize Increment Case. ......................................................... 239

Figure 118 — Vref Step Single Stepsize Decrement Case ........................................................ 239

Figure 119 — Vref Full Step from Vrefmin to Vrefmax Case ..................................................... 240

Figure 120 — Vref Full Step from Vrefmax to Vrefmin Case. .................................................... 240

Figure 121 — VrefCS Operating Range (Vrefmin, Vrefmax) .................................................... 242

Figure 122 — Example of Vref Set Tolerance (Only Max Case is Shown) and Stepsize ...................... 243

Figure 123 — Vref_time Timing Diagram ............................................................................... 244

Figure 124 — Vref Step Single Stepsize Increment Case. ......................................................... 245

Figure 125 — Vref Step Single Stepsize Decrement Case ........................................................ 245

Figure 126 — Vref Full Step from Vrefmin to Vrefmax Case ..................................................... 246

Figure 127 — Vref Full Step from Vrefmax to Vrefmin Case. .................................................... 246

Figure 128 — VrefDQ Operating Range (VrefDQmin, VrefDQmax) ........................................... 248

Figure 129 — Example of Vref Set Tolerance (Only Max Sase is Shown) and Stepsize ...................... 249

Figure 130 — VrefDQ_Time Timing Diagram ......................................................................... 250

Figure 131 — VrefDQ Step Single Stepsize Increment Case. .................................................... 251

Figure 132 — VrefDQ Step Single Stepsize Decrement Case .................................................... 251

Figure 133 — VrefDQ Full Step from VrefDQmin to VrefDQmax Case ....................................... 252

Figure 134 — VrefDQ Full Step from VrefDQmax to VrefDQmin Case. ...................................... 252

Figure 135 — Guard Key Timing Diagram ............................................................................. 254

Figure 136 — hPPR Fail Row Repair .................................................................................... 257

Figure 137 — sPPR Fail Row Repair .................................................................................... 259

Figure 138 — MBIST Procedure ........................................................................................... 261

Figure 139 — mPPR Row Repair .......................................................................................... 263

Figure 140 — MBIST/mPPR Flow Chart ............................................................................... 263

Figure 141 — Example of Memory Subsystem with DFE Circuit on the DRAM .................................. 264

Figure 142 — Example of Pulse Response of a Reflective Channel ............................................... 264

Figure 143 — 4-Tap DFE Example ........................................................................................ 265

Figure 144 — Example of to be revised for INL/DNL ............................................................... 267

Figure 145 — 1-Way Interleave 4-Tap DFE Example ............................................................... 268

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Contents (cont'd)**

Figure 146 — 2-Way Interleave 4-Tap DFE Example ........................................................ 268

Figure 147 — 4-Way Interleave 4-Tap DFE Example ........................................................ 269

Figure 148 —  Interval oscillator Offset (OSCoffset) ...................................................... 272

Figure 149 — DQS Interval Oscillator Manual Mode Timing Diagram .............................. 274

Figure 150 — DQS Interval Oscillator Automatic Mode Timing Diagram .......................... 274

Figure 151 — Example of 1N vs 2N Mode - For Reference Only ....................................... 277

Figure 152 — Example of Write Pattern Command .......................................................... 279

Figure 153 — On Die ECC Block Diagram ..................................................................... 280

Figure 154 — Example of an ECC Transparency and Error Scrub Functional Block Diagram ............ 281

Figure 155 — ECS Operation Timing Diagram ............................................................... 282

Figure 156 — CRC Bit Mapping for x4 Device ............................................................... 287

Figure 157 — CRC Bit Mapping for x8 Device ............................................................... 288

Figure 158 — CRC Bit Mapping for x16 Device .............................................................. 288

Figure 159 — CRC Error Reporting Timing Diagram ....................................................... 290

Figure 160 — CRC Bit Mapping in BC8 Modes for x4 Device .......................................... 291

Figure 161 — CRC Bit Mapping in BC8 Modes for x8 Device .......................................... 291

Figure 162 — CRC Bit Mapping in BC8 Modes for x16 Device ......................................... 292

Figure 163 — Example of 4-Way Interleave Loopback Circuit on an x4 SDRAM ................. 294

Figure 164 — Loopback Normal Output Mode Entry ....................................................... 295

Figure 165 — Loopback Normal Output 4-Way Mode PhaseB Example ............................. 295

Figure 166 — Loopback Normal Output Mode 4-Way PhaseB 1CK Mid Gap Example ........ 295

Figure 167 — Loopback Normal Output Mode 4-Way PhaseB 2CK Gap Example .............. 295

Figure 168 — Loopback Normal Output Mode 4-Way PhaseC 2CK Gap Example .............. 295

Figure 169 — Loopback Normal Output Mode 4-Way PhaseB with CRC, no Gap Example ............... 296

Figure 170 — Loopback Normal Output Mode 4-Way PhaseB with CRC,1CK Gap Example ............ 296

Figure 171 — Loopback Normal Output Mode 4-Way PhaseB with CRC, 2 CK Gap Example ........... 296

Figure 172 — Loopback Write Burst Output Mode 4-Way PhaseB WPRE=2CK Example .............. 298

Figure 173 — Loopback Write Burst Output Mode 4-Way PhaseC WPRE=2CK Example .............. 298

Figure 174 — Loopback Write Burst Output Mode 4-Way PhaseB Data Burst Bit and PhaseD
Strobe Alignment WPRE=4CK Optional Example ...................................... 298

Figure 175 — Loopback Write Burst Output Mode 4-Way PhaseC Data Burst Bit and PhaseA
Strobe Alignment WPRE=4CK Optional Example ...................................... 298

Figure 176 — Loopback Write Burst with CRC Output Mode 4-Way PhaseB with CRC, No Gap
Example .............................................................................................. 298

Figure 177 — Duty Cycle Adjuster Range ..................................................................... 301

Figure 178 — Relationship Between DCA Code Change and the Single/Two-phase Internal
Clock(s)/DQS Waveform (Example) ........................................................ 302

Figure 179 — Relationship Between DCA Code Change for QCLK and the 4-phase Internal
Clocks/DQS Waveform (Example) ........................................................... 303

Figure 180 — Relationship Between DCA Code Change for IBCLK and the 4-phase Internal
Clocks/DQS Waveform (Example) ........................................................... 303

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Contents (cont'd)**

Figure 181 — Relationship Between DCA Code Change for QBCLK and the 4-phase Internal Clocks/DQS Waveform (Example) ................................................................ 304

Figure 182 — Geardown During Initializations ................................................................ 311

Figure 183 — Geardown Enabled During SRX ................................................................ 312

Figure 184 — Functional Representation of ODT ................................................................ 314

Figure 185 — On Die Termination ................................................................ 316

Figure 186 — tADC Clarification - Example 1 - DQ RTT Park to Read ................................................................ 322

Figure 187 — tADC Clarification - Example 2 - DQS RTT Park to Read ................................................................ 322

Figure 188 — Example 1 of Burst Write Operation ODT Latencies and Control Diagrams ................. 323

Figure 189 — Example 2 of Burst Write Operation ODT Latencies and Control Diagrams ................. 323

Figure 190 — Example 3 of Burst Write Operation ODT Latencies and Control Diagrams ................. 324

Figure 191 — Example 4 of Burst Write Operation ODT Latencies and Control Diagrams ................. 324

Figure 192 — Example of Write to Write turn around, Different Ranks ................................................................ 325

Figure 193 — WRITE (BL16) to WRITE (BL16), Different Bank, Seamless Bursts ................................... 325

Figure 194 — WRITE (BL16) to WRITE (BL16), Different Bank, 1 tCK Gap ................................... 326

Figure 195 — WRITE (BL16) to WRITE (BL16), Different Bank, 2 tCK Gap ................................... 326

Figure 196 — WRITE (BL16) to WRITE (BL16), Different Bank, 3 tCK Gap ................................... 327

Figure 197 — Example of Read to Write turn around, Different Ranks ................................................................ 327

Figure 198 — Example of Burst Read Operation ODT Latencies and Control Diagrams ..................... 328

Figure 199 — Example of Burst Read Operation with ODTLon_RD_NT_offset set incorrectly ........... 328

Figure 200 — A Simple Functional Representation of the DRAM CA ODT Feature ............................. 329

Figure 201 — A Functional Representation of the On-die Termination ................................................................ 329

Figure 202 — Functional Representation of Loopback ODT ................................................................ 331

Figure 203 — Zprofile/Z(f) of the System at the DRAM Package Solder Ball (without DRAM Component) ................................................................ 333

Figure 204 — Simplified Z(f) Electrical Model and Frequency Response of PDN at the DRAM Pin without the DRAM component ................................................................ 333

Figure 205 — UI Definition in Terms of Adjacent Edge Timings ................................................................ 337

Figure 206 — UI Definition Using Clock Waveforms ................................................................ 337

Figure 207 — UI Jitter for "nth" UI Definition (in terms of ideal UI) ................................................................ 337

Figure 208 — UI-UI Jitter Definitions ................................................................ 338

Figure 209 — Definition of Accumulated Jitter (over "N" UI) ................................................................ 338

Figure 210 — Definition of UI ................................................................ 338

Figure 211 — CA Receiver (Rx) Mask ................................................................ 339

Figure 212 — Across Pin VREFCA Voltage Variation ................................................................ 339

Figure 213 — CA Timings at the DRAM Pins ................................................................ 340

Figure 214 — CA TcIPW and SRIN_cIVW Definition (for each Input Pulse) ................................................................ 340

Figure 215 — CA VIHL_AC Definition (for each Input Pulse) ................................................................ 341

Figure 216 — HOST Driving Clock Signals to the DRAM ................................................................ 343

Figure 217 — VIX Definition (CK) ................................................................ 347

Figure 218 — Example of DDR5 Memory Interconnect ................................................................ 347

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## Contents (cont'd)

Figure 219 — VRx_CK .................................................................................................. 348
Figure 220 — Differential Input Slew Rate Definition for CK_t, CK_c ................................. 349
Figure 221 — SDRAM's Rx Forwarded Strobes for Jitter Sensitivity Testing ...................... 350
Figure 222 — Example of DDR5 Memory Interconnect .................................................... 356
Figure 223 — VRx_DQS ................................................................................................ 357
Figure 224 — VIX Definition (DQS) ................................................................................ 358
Figure 225 — Example of DDR5 Memory Interconnect .................................................... 358
Figure 226 — VRx_DQ ................................................................................................. 359
Figure 227 — Differential Input Slew Rate Definition for DQS_t, DQS_c .......................... 360
Figure 228 — Example of Rx Stressed Test Setup in the Presence of ISI, Jitter and Crosstalk .......... 362
Figure 229 — Example of Rx Stressed Eye Height and Eye Width ..................................... 362
Figure 230 — Timing Diagram for Connectivity Test (CT) Mode ...................................... 366
Figure 231 — TEN Input Slew Rate Definition ................................................................ 367
Figure 232 — RESET_n Input Slew Rate Definition ......................................................... 368
Figure 233 — Low Ron and High Ron Output Buffer ....................................................... 369
Figure 234 — Output Driver Loopback Signals ............................................................... 371
Figure 235 — Loopback Strobe to Data Relationship ...................................................... 373
Figure 236 — Output Buffer Ron ................................................................................... 374
Figure 237 — Output Driver ......................................................................................... 375
Figure 238 — Single-ended Output Slew Rate Definition ................................................ 377
Figure 239 — Differential Output Slew Rate Definition ................................................... 378
Figure 240 — Tx DQS Jitter .......................................................................................... 380
Figure 241 — Random Jitter Rj ..................................................................................... 383
Figure 242 — Example of DDR5 Memory Interconnect .................................................... 387
Figure 243 — Read Burst Example for Pin DQx Depicting Bit 0 and 5 Relative to the DQS Edge for 0 UI Skew .......................................................................................... 387
Figure 244 — Read Burst Example for Pin DQx Depicting Bit 0 and 5 Relative to the DQS Edge for 2 UI Skew with Read DQS Offset Timing Set to 1 Clock (2UI) ................................. 387
Figure 245 — Measurement Setup and Test Load for IDD, IPP, and IDDQ Measurements ................ 422
Figure 246 — Correlation from Simulated Channel IO Power to Actual Channel IO Power Supported by IDDQ Measurement. ................................................................... 422
Figure 247 — Reference Load for AC Timing and Output Slew Rate .................................. 441
Figure 248 — Examples of x8 Fault Boundaries .............................................................. 456
Figure 249 — Example of x4 Fault Boundary. ................................................................ 457
Figure 250 — Example of Fault Boundaries versus On-die ECC Data Blocks ...................... 458

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B

This page intentionally left blank

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## DDR5 SDRAM STANDARD

From JEDEC Board Ballot JCB-22-22, formulated under the cognizance of the JC-42.3 Subcommittee on Dynamic RAMs (DDRx), item number 1848.99M.

# 1    Scope

This standard defines the DDR5 SDRAM specification, including features, functionalities, AC and DC characteristics, packages, and ball/signal assignments. The purpose of this Standard is to define the minimum set of requirements for JEDEC compliant 8 Gb through 32 Gb for x4, x8, and x16 DDR5 SDRAM devices. This standard was created based on the DDR4 standards (JESD79-4) and some aspects of the DDR, DDR2, DDR3, and LPDDR4 standards (JESD79, JESD79-2, JESD79-3, and JESD209-4).

## 1.1    JM7 Verbal Forms and Terms

JEDEC publication JM7 provides examples and directives for the use of verbal forms (e.g., 'shall' compared with 'should' and 'may' compared with 'can').

This standard adheres to the verbal forms defined in JM7.01 July 2010 revision.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 2

# 2    DDR5 SDRAM Package, Pinout Description, and Addressing

## 2.1    DDR5 SDRAM Row for X4, X8

The DDR5 SDRAM x4/x8 component shall have 13 electrical rows of balls. Electrical is defined as rows that contain signal ball or power/ground balls. There may be additional rows of inactive balls for mechanical support.

## 2.2    DDR5 SDRAM Ball Pitch

The DDR5 SDRAM component shall use a ball pitch of 0.8mm by 0.8mm. The number of fully depopulated columns is 3.

## 2.3    DDR5 SDRAM Columns for X4, X8

The DDR5 SDRAM x4/x8 component shall have 6 electrical columns of balls in 2 sets of 3 columns.
There shall be columns between the electrical columns where there are no balls populated. The number of these is 3.
Electrical is defined as columns that contain signal ball or power/ground balls. There may be additional columns of inactive balls for mechanical support.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 2.4    DDR5 SDRAM X4/8 Ballout Using MO-210

**Table 1 — DDR5 SDRAM X4/8 Ballout Using MO-210**

| AN | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | |
| A | DNU | LBDQ | VSS | VPP | | | | ZQ | VSS | LBDQS | DNU | A |
| B | | VDD | VDDQ | DQ2 | | | | DQ3 | VDDQ | VDD | | B |
| C | | VSS | DQ0 | DQS_t | | | | DM_n, TDQS_t | DQ1 | VSS | | C |
| D | | VDDQ | VSS | DQS_c | | | | TDQS_c | VSS | VDDQ | | D |
| E | | VDD | DQ4 | DQ6 | | | | DQ7 | DQ5 | VDD | | E |
| F | | VSS | VDDQ | VSS | | | | VSS | VDDQ | VSS | | F |
| G | | CA_ODT | MIR | VDD | | | | CK_t | VDDQ | TEN | | G |
| H | | ALERT_n | VSS | CS_n | | | | CK_c | VSS | VDD | | H |
| J | | VDDQ | CA4 | CA0 | | | | CA1 | CA5 | VDD | | J |
| K | | VDD | CA6 | CA2 | | | | CA3 | CA7 | VDD | | K |
| L | | VDDQ | VSS | CA8 | | | | CA9 | VSS | VDDQ | | L |
| M | | CAI | CA10 | CA12 | | | | CA13 | CA11 | RESET_n | | M |
| N | DNU | VDD | VSS | VDD | | | | VPP | VSS | VDD | DNU | N |

NOTE 1  DQ4-DQ7 are higher order DQ pins and are not connected for the x4 configuration.
NOTE 2  TDQS_t is not valid for the x4 configuration
NOTE 3  TDQS_c is not available for the x4 configuration4 - DM_n not valid for the x4 configuration



**MO-210-AL (x4/x8)**

```
     1 2 3 4 5 6 7 8 9
A  ○○○++○○○
B  ○○○++○○○
C  ○○○++○○○
D  ○○○++○○○
E  ○○○++○○○
F  ○○○++○○○
G  ○○○++○○○
H  ○○○++○○○
J  ○○○++○○○
K  ○○○++○○○
L  ○○○++○○○
M  ○○○++○○○
N  ○○○++○○○
```

**MO-210-AN (x4/x8)
with support balls**

```
    1 2 3 4 5 6 7 8 9 10 11
A ○○○○++○○○○○
B +○○○++○○○+
C +○○○++○○○+
D +○○○++○○○+
E +○○○++○○○+
F +○○○++○○○+
G +○○○++○○○+
H +○○○++○○○+
J +○○○++○○○+
K +○○○++○○○+
L +○○○++○○○+
M +○○○++○○○+
N ○○○○++○○○○○
```

○ **Populated ball**
+ **Ball not populated**

NOTES:
1. Additional columns and rows of inactive balls in MO-210 Terminal Pattern AN (x4/x8) with support balls are for mechanical support only, and should not be tied to either electrically high or low.
2. Some of the additional support balls can be selectively populated under the supplier's discretion. Refer to supplier's datasheet.

**Figure 1 — DDR5 Ball Assignments for the x4/8 Component**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 4

## 2.5   DDR5 SDRAM X16 Ballout Using MO-210

**Table 2 — DDR5 SDRAM X16 Ballout Using MO-210**

| AU | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | |
|----|---|---|---|---|---|---|---|---|---|----|----|--|
| AT | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | |
| A | DNU | LBDQ | VSS | VPP | | | | ZQ | VSS | LBDQS | DNU | A |
| B | | VDD | VDDQ | DQU2 | | | | DQU3 | VDDQ | VDD | | B |
| C | | VSS | DQU0 | DQSU_t | | | | DMU_n | DQU1 | VSS | | C |
| D | | VDDQ | VSS | DQSU_c | | | | RFU | VDDQ | VSS | | D |
| E | | VDD | DQU4 | DQU6 | | | | DQU7 | DQU5 | VDD | | E |
| F | | VDD | VDDQ | DQL2 | | | | DQL3 | VDDQ | VDD | | F |
| G | | VSS | DQL0 | DQSL_t | | | | DML_n | DQL1 | VSS | | G |
| H | | VDDQ | VSS | DQSL_c | | | | RFU | VSS | VDDQ | | H |
| J | | VDD | DQL4 | DQL6 | | | | DQL7 | DQL5 | VDD | | J |
| K | | VSS | VDDQ | VSS | | | | VSS | VDDQ | VDD | | K |
| L | | CA_ODT | MIR | VDD | | | | CK_t | VDDQ | TEN | | L |
| M | | ALERT_n | VSS | CS_n | | | | CK_c | VSS | VDD | | M |
| N | | VDDQ | CA4 | CA0 | | | | CA1 | CA5 | VDDQ | | N |
| P | | VDD | CA6 | CA2 | | | | CA3 | CA7 | VDD | | P |
| R | | VDDQ | VSS | CA8 | | | | CA9 | VSS | VDDQ | | R |
| T | | CAI | CA10 | CA12 | | | | CA13 | CA11 | RESET_n | | T |
| U | DNU | VDD | VSS | VDD | | | | VPP | VSS | VDD | DNU | U |

**MO-210-AT (x16)**

```
  1 2 3 4 5 6 7 8 9
A O O O O + + O O O
B O O O O + + O O O
C O O O O + + O O O
D O O O O + + O O O
E O O O O + + O O O
F O O O O + + O O O
G O O O O + + O O O
H O O O O + + O O O
J O O O O + + O O O
K O O O O + + O O O
L O O O O + + O O O
M O O O O + + O O O
N O O O O + + O O O
P O O O O + + O O O
R O O O O + + O O O
T O O O O + + O O O
U O O O O + + O O O
```

**MO-210-AU (x16)
with support balls**

```
  1 2 3 4 5 6 7 8 9 10 11
A O O O O + + O O O O
B + O O O + + + O O O +
C + O O O + + + O O O +
D + O O O + + + O O O +
E + O O O + + + O O O +
F + O O O + + + O O O +
G + O O O + + + O O O +
H + O O O + + + O O O +
J + O O O + + + O O O +
K + O O O + + + O O O +
L + O O O + + + O O O +
M + O O O + + + O O O +
N + O O O + + + O O O +
P + O O O + + + O O O +
R + O O O + + + O O O +
T + O O O + + + O O O +
U O O O O + + O O O O
```

O  **Populated ball**
+  **Ball not populated**

Note(s):
1. Additional columns and rows of inactive balls in MO-210 Terminal Pattern AU (x16) with support balls are for mechanical support only, and should not be tied to either electrically high or low.
2. Some of the additional support balls can be selectively populated under the supplier's discretion. Refer to supplier's datasheet.

**Figure 2 — DDR5 Ball Assignments for the x16 Component**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 2.6    Pinout Description

**Table 3 — Pinout Description**

| Symbol | Type | Function |
|--------|------|----------|
| CK_t, CK_c | Input | Clock: CK_t and CK_c are differential clock inputs. All address and control input signals are sampled on the crossing of the positive edge of CK_t and negative edge of CK_c. |
| CS_n | Input | Chip Select: All commands are masked when CS_n is registered HIGH. CS_n provides for external Rank selection on systems with multiple Ranks. CS_n is considered part of the command code. CS_n is also used to enter and exit the parts from power down modes. |
| DM_n, DMU_n, DML_n | Input | Input Data Mask: DM_n is an input mask signal for write data. Input data is masked when DM_n is sampled LOW coincident with that input data during a Write access. DM_n is sampled on both edges of DQS. For x8 device, the function of DM_n is enabled by MR5:OP[5]=1. DM is not supported for x4 device. |
| CA [13:0] | Input | Command/Address Inputs: CA signals provide the command and address inputs according to the Command Truth Table. Note: Since some commands are Multi-Cycle, the pins may not be interchanged between devices on the same bus. |
| RESET_n | Input | Active Low Asynchronous Reset: Reset is active when RESET_n is LOW, and inactive when RESET_n is HIGH. RESET_n must be HIGH during normal operation. RESET_n is a CMOS rail to rail signal with DC high and low at 80% and 20% of $V_{DDQ}$. |
| DQ | Input / Output | Data Input/Output: Bi-directional data bus. If CRC is enabled via Mode register then CRC code is added at the end of Data Burst. |
| DQS_t, DQS_c, DQSU_t, DQSU_c, DQSL_t, DQSL_c | Input / Output | Data Strobe: output with read data, input with write data. Edge-aligned with read data, centered in write data. For the x16, DQSL corresponds to the data on DQL0-DQL7; DQSU corresponds to the data on DQU0-DQU7. The data strobe DQS_t, DQSL_t and DQSU_t are paired with differential signals DQS_c, DQSL_c, and DQSU_c, respectively, to provide differential pair signaling to the system during reads and writes. DDR5 SDRAM supports differential data strobe only and does not support single-ended. |
| TDQS_t, TDQS_c | Output | Termination Data Strobe: TDQS_t/TDQS_c is applicable for x8 DRAMs only. When enabled via MR5:OP[4]=1, the DRAM shall enable the same termination resistance function on TDQS_t/TDQS_c that is applied to DQS_t/DQS_c. When disabled via MR5:OP[4]=0, DM_n/TDQS_t shall provide the data mask function depending on MR5:OP[5]; TDQS_c is not used. x4/x16 DRAMs must disable the TDQS function via MR5:OP[4]=0. |
| ALERT_n | Input/Output | Alert: If a CRC error is detected, ALERT_n goes LOW for a time interval and goes back HIGH. During Connectivity Test mode, this pin works as an input. Optional use of this signal is dependent on the system. If the ALERT_n is not used, the ALERT_n pin must be pulled to VDDQ on the board. |
| TEN | Input | Connectivity Test Mode Enable: Required on x4, x8 & x16 devices. HIGH in this pin shall enable Connectivity Test Mode operation along with other pins. It is a CMOS rail to rail signal with AC high and low at 80% and 20% of $V_{DDQ}$. Using this signal or not is dependent on System. This pin may be DRAM internally pulled low through a weak pull-down resistor to VSS. |
| MIR | Input | Mirror: Used to inform SDRAM device that it is being configured for Mirrored mode vs. Standard mode. With the MIR pin connected (strapped) to VDDQ, the SDRAM internally swaps even numbered CA with the next higher odd number CA. Normally the MIR pin must be tied to VSS if no CA mirror is required. Mirror pair examples: CA2 with CA3 (not CA1) CA4 with CA5 (not CA3). Note that the CA[13] function is only relevant for certain densities (including stacking) of DRAM component. In the case that CA[13] is not used, its ball location, considering whether MIR is used or not, should be connected (Strapped) to VDDQ. No active signaling requirements defined. |
| CAI | Input | Command & Address Inversion: With the CAI pin connected (strapped) to VDDQ, DRAM internally inverts the logic level present on all the CA signals. Normally the CAI pin must be connected to VSS if no CA inversion is required. No active signaling requirements defined. |
| CA_ODT | Input | ODT for Command and Address. Apply Group A settings if the pin is connected (strapped) to VSS and apply Group B settings if the pin is connected (strapped) to $V_{DDQ}$. No active signalling requirements defined. |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 6

## Table 3 — Pinout Description (cont'd)

| Symbol | Type | Function |
|--------|------|----------|
| LBDQ | Output | Loopback Data Output: The output of this device on the Loopback Output Select defined in MR53:OP[4:0]. When Loopback is enabled, it is in driver mode using the default RON described in the Loopback Function section. When Loopback is disabled, the pin is either terminated or HiZ based on MR36:OP[2:0]. |
| LBDQS | Output | Loopback Data Strobe: This is a single ended strobe with the Rising edge-aligned with Loopback data edge, falling edge aligned with data center. When Loopback is enabled, it is in driver mode using the default RON described in the Loopback Function section. When Loopback is disabled, the pin is either terminated or HiZ based on MR36:OP[2:0]. |
| RFU | Input/Output | Reserved for future use |
| NC | | No Connect: No internal electrical connection is present. |
| VDDQ | Supply | DQ Power Supply: 1.1 V |
| VDD | Supply | Power Supply: 1.1 V |
| VSS | Supply | Ground |
| VPP | Supply | DRAM Activating Power Supply: 1.8V |
| ZQ | Reference | Reference Pin for ZQ calibration. This ball is tied to an external 240 ohm resistor(RZQ), which is tied to $V_{SS}$. |

Netlist Inc.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 2.7    DDR5 SDRAM Addressing

### Table 4 — 8 Gb Addressing Table

| Configuration | | 2 Gb x4 | 1 Gb x8 | 512 Mb x16 |
|---|---|---|---|---|
| Bank Address | BG Address | BG0~BG2 | BG0~BG2 | BG0~BG1 |
| | Bank Address in a BG | BA0 | BA0 | BA0 |
| | # BG / # Banks per BG / # Banks | 8 / 2 / 16 | 8 / 2 / 16 | 4 / 2 / 8 |
| Row Address | | R0~R15 | R0~R15 | R0~R15 |
| Column Address | | C0~C10 | C0~C9 | C0~C9 |
| Page size | | 1KB | 1KB | 2KB |
| Chip IDs / Maximum Stack Height | | CID0~3 / 16H | CID0~3 / 16H | CID0~3 / 16H |

### Table 5 — 16 Gb Addressing Table

| Configuration | | 4 Gb x4 | 2 Gb x8 | 1 Gb x16 |
|---|---|---|---|---|
| Bank Address | BG Address | BG0~BG2 | BG0~BG2 | BG0~BG1 |
| | Bank Address in a BG | BA0~BA1 | BA0~BA1 | BA0~BA1 |
| | # BG / # Banks per BG / # Banks | 8 / 4 / 32 | 8 / 4 / 32 | 4 / 4 / 16 |
| Row Address | | R0~R15 | R0~R15 | R0~R15 |
| Column Address | | C0~C10 | C0~C9 | C0~C9 |
| Page size | | 1KB | 1KB | 2KB |
| Chip IDs / Maximum Stack Height | | CID0~3 / 16H | CID0~3 / 16H | CID0~3 / 16H |

### Table 6 — 24 Gb Addressing Table

| Configuration | | 6 Gb x4 | 3 Gb x8 | 1.5 Gb x16 |
|---|---|---|---|---|
| Bank Address | BG Address | BG0~BG2 | BG0~BG2 | BG0~BG1 |
| | Bank Address in a BG | BA0~BA1 | BA0~BA1 | BA0~BA1 |
| | # BG / # Banks per BG / # Banks | 8 / 4 / 32 | 8 / 4 / 32 | 4 / 4 / 16 |
| Row Address | | R0~R16 | R0~ R16 | R0~R16 |
| Column Address | | C0~C10 | C0~C9 | C0~C9 |
| Page size | | 1KB | 1KB | 2KB |
| Chip IDs / Maximum Stack Height | | CID0~3 / 16H | CID0~3 / 16H | CID0~3 / 16H |

NOTE 1    For non-binary memory densities, a quarter of the row address space is invalid. When the MSB address bit is "HIGH", the MSB-1 address bit shall be "LOW".

### Table 7 — 32 Gb Addressing Table

| Configuration | | 8 Gb x4 | 4 Gb x8 | 2 Gb x16 |
|---|---|---|---|---|
| Bank Address | BG Address | BG0~BG2 | BG0~BG2 | BG0~BG1 |
| | Bank Address in a BG | BA0~BA1 | BA0~BA1 | BA0~BA1 |
| | # BG / # Banks per BG / # Banks | 8 / 4 / 32 | 8 / 4 / 32 | 4 / 4 / 16 |
| Row Address | | R0~R16 | R0~R16 | R0~R16 |
| Column Address | | C0~C10 | C0~C9 | C0~C9 |
| Page size | | 1KB | 1KB | 2KB |
| Chip IDs / Maximum Stack Height | | CID0~3 / 16H | CID0~3 / 16H | CID0~3 / 16H |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 8

## 2.7   DDR5 SDRAM Addressing (cont'd)

**Table 8 — 64 Gb Addressing Table**

| Configuration | | 16 Gb x4 | 8 Gb x8 | 4 Gb x16 |
|---|---|---|---|---|
| Bank Address | BG Address | BG0~BG2 | BG0~BG2 | BG0~BG1 |
| | Bank Address in a BG | BA0~BA1 | BA0~BA1 | BA0~BA1 |
| | # BG / # Banks per BG / # Banks | 8 / 4 / 32 | 8 / 4 / 32 | 4 / 4 / 16 |
| Row Address | | R0~R17 | R0~R17 | R0~R17 |
| Column Address | | C0~C10 | C0~C9 | C0~C9 |
| Page size | | 1KB | 1KB | 2KB |
| Chip IDs / Maximum Stack Height | | CID0~2 / 8H | CID0~2 / 8H | CID0~2 / 8H |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

# 3    Functional Description

## 3.1    Simplified State Diagram

This Simplified State Diagram is intended to provide an overview of the possible state transitions and the commands to control them. In particular, situations involving more than one bank, the enabling or disabling of on-die termination, and some other events are not captured in full detail.



Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 10

## 3.2    Basic Functionality

The DDR5 SDRAM is a high-speed dynamic random-access memory. To ease transition from DDR4 to DDR5, the introductory density (8Gb) shall be internally configured as 16-bank, 8 bank group with 2 banks for each bank group for x4/x8 and 8-bank, 4 bank group with 2 banks for each bank group for x16 DRAM. When the industry transitions to higher densities (=>16Gb), it doubles the bank resources and internally be configured as 32-bank, 8 bank group with 4 banks for each bank group for x4/x8 and 16-bank, 4 bank group with 4 banks for each bank group for x16 DRAM.

The DDR5 SDRAM uses a 16n prefetch architecture to achieve high-speed operation. The 16n prefetch architecture is combined with an interface designed to transfer two data words per clock cycle at the I/O pins. A single read or write operation for the DDR5 SDRAM consists of a single 16n-bit wide, eight clock data transfer at the internal DRAM core and sixteen corresponding n-bit wide, one-half clock cycle data transfers at the I/O pins.

Read and write operation to the DDR5 SDRAM are burst oriented, start at a selected location, and continue for a burst length of sixteen or a 'chopped' burst of eight in a programmed sequence. Operation begins with the registration of an ACTIVATE Command, which is then followed by a Read or Write command. The address bits registered with the ACTIVATE Command are used to select the bank and row to be activated (i.e. in a 16Gb part, BG0-BG2 in a x4/8 and BG0-BG1 in x16 select the bank group; BA0-BA1 select the bank; R0-R17 select the row; refer to "DDR5 SDRAM Addressing" for specific requirements). The address bits registered with the Read or Write command are used to select the starting column location for the burst operation, determine if the auto precharge command is to be issued (CA10=L), and select BC8 on-the-fly (OTF), fixed BL16, fixed BL32 (optional), or BL32 OTF (optional) mode if enabled in the mode register.

Prior to normal operation, the DDR5 SDRAM must be powered up and initialized in a predefined manner.

The following clauses provide detailed information covering device reset and initialization, register definition, command descriptions, and device operation.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 3.3    RESET and Initialization Procedure

For power-up and reset initialization, in order to prevent DRAM from functioning improperly, default values for the following MR settings need to be defined.

### Table 9 — MR Default Settings

| Item | Mode Register | Default Setting | Description |
|------|---------------|-----------------|-------------|
| Burst Length | MR0 OP[1:0] | $00_B$ | BL16 |
| Read Latency | MR0 OP[6:2] | $00010_B$ | RL(CL) = 26 @3200 |
| Write Latency | n/a | WL=RL-2 (CWL=CL-2) | Fixed based on RL (CL) |
| Write Recovery (tWR) | MR6 OP[3:0] | $0000_B$ | WR = 48nCK @3200 or 30ns |
| Read to Precharge Delay (tRTP) | MR6 OP[7:4] | $0000_B$ | tRTP=12nCK @3200 or 7.5ns |
| VrefDQ Value | MR10 | $0010\ 1101_B$ | VREF(DQ) Range: 75% of $V_{DDQ}$ |
| VrefCA Value | MR11 | $0010\ 1101_B$ | VREF(CA) Range: 75% of $V_{DDQ}$ |
| VrefCS Value | MR12 | 0010 1101B | VREF(CS) Range: 75% of VDDQ |
| ECS Error Threshold Count (ETC) | MR15 | 011B | 256 |
| Post Package Repair | MR23 OP[1:0] | 00B | hPPR & sPPR Disabled |
| CK ODT | MR32 OP[2:0] | CK ODT is based on strap value | Group A= RTT_OFF=000B Group B= 40 Ohms=111B |
| CS ODT | MR32 OP[5:3] | CS ODT is based on strap value | Group A= RTT_OFF=000B Group B= 40 Ohms=111B |
| CA ODT | MR33 OP[2:0] | CA ODT is based on strap value | Group A= RTT_OFF=000B Group B= 80 Ohms=100B |
| DQS_RTT_PARK | MR33 OP[5:3] | 000B | RTT OFF |
| RTT_PARK | MR34 OP[2:0] | 000B | RTT OFF |
| RTT_WR | MR34 OP[5:3] | 001B | 240 Ohm |
| RTT_NOM_WR | MR35 OP[2:0] | 011B | 80 Ohm |
| RTT_NOM_RD | MR35 OP[5:3] | 011B | 80 Ohm |
| RTT Loopback | MR36 OP[2:0] | 000B | RTT OFF |
| RFM RAAIMT | MR58 OP[4:1] | vendor specific | vendor specific |
| RFM RAAMMT | MR58 OP[7:5] | vendor specific | vendor specific |
| RFM RAA Counter | MR59 OP[7:6] | vendor specific | vendor specific |

## 3.3.1    Power-up Initialization Sequence

The following sequence shall be used to power up the DDR5 device. Unless specified otherwise, these steps are mandatory.

1. While applying power (after Ta), RESET_n is recommended to be LOW (≤0.2 x VDDQ) and all other inputs may be undefined. The device outputs remain disabled while RESET_n is held LOW. Power supply voltage ramp requirements are provided in **Table 10**. VPP shall ramp at the same time or earlier than VDD.

### Table 10 — Voltage Ramp Conditions

| After | Application Conditions |
|-------|------------------------|
| Ta is reached | VPP shall be greater than VDD |

Note:
1) Ta is the point when any power supply first reaches 300mV
2) Voltage ramp conditions in the table above apply between (Ta) and Power-off (controlled or uncontrolled).
3) Tb is the point at which all supply and reference voltages are within their defined ranges.
4) Power ramp duration (Tb-Ta) shall not exceed tINIT0.

2. Following the completion of the voltage ramp (Tb), RESET_n shall be maintained LOW. DQ, DQS_t, DQS_c, voltage levels shall be between VSS and VDDQ to avoid latch-up. CS_n, CK_t, CK_c, and CA input levels shall be between VSS and VDDQ to avoid latch-up.

3. Beginning at Tb, RESET_n shall be maintained LOW for a minimum of tINIT1 (Tb to Tc), after which RESET_n may be deasserted to HIGH (Tc). At least tINIT2 before RESET_n de-assertion, CS_n is required to be set LOW. All other input signals are "Don't Care". The DRAM shall support the ability for RESET_n to be held indefinitely.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 12

## Power-up Initialization Sequence (cont'd)



NOTES:
1. From time point (Td) until (Te), the command/address (CA) bus shall be held high in a NOP encoded state.
2. From time point (Te) until (Tf), NOP commands shall be applied on the command/address (CA) bus.
3. From time point (Tf) until (Tk), DES commands must be applied between legal commands (MRR, MRW, MPC, VREFCS & VREFCA). MRR and MRW command, while legal, may not execute properly until CS and CA training routines are completed.
4. Prior to ZQcal completion at (Tk), MPC commands shall be Multi-Cycle as described in the MPC command Timings section.
5. From time point (Tk) until (Tl) all MPC, VREFCS and VREFCA commands prior to CS and CA training successfully completing, shall be Multi-Cycle (MR2:OP[4]=0) as described in the MPC, VREFCS, and VREFCA timing sections.
6. At time point (Tl), with successful completion of CS and CA training, an MRW command setting MR2:OP[4] =1 is recommended and allows for MPC, VREFCS, VREFCA commands to be single-cycle, improving training duration.
7. From time point (Tk) until (Tz), DES commands shall be applied between legal commands (MRR, MRW, MPC, VREFCS & VREFCA).
8. Starting at TI, MRW Commands shall be issued to all Mode Registers that require defined settings.
9. Default ODT tolerances are wider prior to ZQ calibration.
10. All MPC/MRW/MRR to MPC/MRW/MRR commands shall meet the timing restrictions required.

### Figure 3 — RESET_n and Initialization Sequence at Power-on Ramping

4. After RESET_n is de-asserted (Tc), wait at least tINIT3 before driving CS_n high.

5. After setting CS_n high (Td), wait a minimum of tINIT4 to allow the DRAM CMOS based receiver to register the exit and allow the CS_n, CK, CA, DQ and DQS ODT to go to the defined strap or MRS state (Te). Clock (CK_t, CK_c) is required to be started and stabilized for tCKSRX before exit of tINIT4 (Te). Upon the completion of Te, all ODT states (CA, CS_n, CK, DQ and DQS ODT) should be valid and the DRAM's CS_n receiver should no longer be in its CMOS based mode. ODT termination states will be uncalibrated until completion of ZQcal at (Tj)

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 3.3.1    Power-up Initialization Sequence (cont'd)

6. Upon (Te), NOP commands shall be issued for a minimum of tINIT5 to conclude exit of initialization process and start tXPR timer at (Tf). The system shall wait at least tXPR before issuing any legal configuration commands (Tg). During early configuration steps (Tg to Tk), only MRR, MRW, MPC, VREFCS and VREFCA commands are legal. MRR and MRW command,  while legal, may not execute properly until CS and CA training routines are completed.

7. Between (Tg to Tj), the following initial configuration modes shall be completed prior to other training modes:
   - MPC for setting MR13 (tCCD_L*/tDLLK) shall be issued before the MPC command to reset the DLL.
   - MPC to execute DLL RESET shall be issued before ZQCal Start
   - MPC to execute ZQCal Start followed by ZQCal Latch shall be issued before any other training modes such as VrefCS, VrefCA, CS and CA Training.

8. Between (Tk to Tz), any number of legal configuration commands are allowed. Many training based commands are optional and may be done at the system architect's discretion and may vary depending on the systems, though proper setting of certain registers, such as those related to Write Leveling Training, is required. The host shall follow Multi-Cycle MPC timing requirements in cases where the alignment between CS_n, CA and CK is unknown, (ie., prior to successfully completing VREFCS, VREFCA, CS, and CA training commands or host provided successful training solutions). MRW and MRR commands can be used once the alignment between CS_n, CA and CK are known. Single-cycle CS_n assertion are allowed after setting MR2:OP[4]=1.

9. After (Tz), and the completion of any training or calibration timing parameters (i.e. tZQLAT is satisfied), the DDR5 device is ready for normal operation and is able to accept any valid command. Any additional mode registers that have not previously been set up for normal operation should be written at this time. If host use writeback suppression mode, it should be set after the initial write process to prevent aliasing to 2-bit errors.

10. After all mode registers have been programmed for normal operation, optional MBIST mode can be entered by writing MR23:OP[4] to HIGH, followed by subsequent MR24 PPR guard keys, then DRAM will drive ALERT_n to LOW for a maximum of tSELFTEST time. DRAM will drive ALERT_n to HIGH to indicate that this operation is completed. After ALERT_n is driven high, the DRAM is immediately ready to receive valid commands. The MBIST/mPPR transparency status shall subsequently be checked in MR22:OP[2:0] in order to determine whether mPPR should be performed. Please refer to Ch. 4.30 MBIST/mPPR for more detailed operation procedures.

### Table 11 — Initialization Timing Parameters

| Parameter | Symbol | Value | | Units | Note(s) |
|---|---|---|---|---|---|
| | | MIN | MAX | | |
| Maximum voltage-ramp time | tINIT0 | - | 20 | ms | |
| Minimum RESET_n LOW time after completion of voltage ramp | tINIT1 | 200 | | us | |
| Minimum CS_n LOW time before RESET_n HIGH | tINIT2 | 10 | - | ns | |
| Minimum CS_n LOW time after RESET_n HIGH | tINIT3 | 4 | - | ms | |
| Minimum time for DRAM to register EXIT on CS_n with CMOS. | tINIT4 | 2 | - | us | |
| Minimum cycles required after CS_n HIGH | tINIT5 | 3 | - | $n$CK | 1 |
| Minimum time from Exit Reset to first valid Configuration Command | tXPR | tXS | - | ns | |
| Minimum stable clock time | tCKSRX | SEE Self Refresh Timing Table | | | |
| NOTE 1    Min number of NOP commands issued after CS_n High (tINIT4). | | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 14

## 3.3.2   Reset Initialization with Stable Power

The following sequence is required for RESET at no power interruption initialization as shown in Figure 4.

1. Assert RESET_n below 0.2 x VDDQ anytime when reset is needed. RESET_n needs to be maintained for a minimum of tPW_RESET. CS_n shall be pulled LOW at least tINIT2 before de-asserting RESET_n.
2. Repeat steps 4 to 10 in **Section 3.3.1**



NOTES:
1. From time point (Td) until (Te), the command/address (CA) bus shall be held high in a NOP encoded state.
2. From time point (Te) until (Tf), NOP commands shall be applied on the command/address (CA) bus.
3. From time point (Tf) until (Tk), DES commands shall be applied between legal commands (MRR, MRW, MPC, VREFCS & VREFCA). MRR and MRW command while legal, may not execute properly until CS and CA training routines are completed.
4. Prior to ZQcal completion at (Tk), MPC commands shall be Multi-Cycle as described in the MPC command Timings section.
5. From time point (Tk) until (Tl) all MPC, VREFCS and VREFCA commands prior to CS and CA training successfully completing, shall be Multi-Cycle (MR2:OP[4]=0) as described in the MPC, VREFCS, and VREFCA timing sections.
6. At time point (Tl), with successful completion of CS and CA training, an MRW command setting MR2:OP[4] =1 is recommended and allows for MPC, VREFCS, VREFCA commands to be single-cycle, improving training duration.
7. From time point (Tk) until (Tz), DES commands shall be applied between legal commands (MRR, MRW, MPC, VREFCS & VREFCA).
8. Starting at Tl, MRW Commands shall be issued to all Mode Registers that require defined settings.
9. Default ODT tolerances are wider prior to ZQ calibration.
10. All MPC/MRW/MRR to MPC/MRW/MRR commands shall meet the timing restrictions required.
11. MRR is legal after DLL_reset.

**Figure 4 — Reset Procedure at Power Stable**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 3.3.2    Reset Initialization with Stable Power (cont'd)

**Table 12 — Reset Timing Parameters**

| Parameter | Symbol | Value | | Units | Note(s) |
|---|---|---|---|---|---|
| | | MIN | MAX | | |
| Minimum RESET_n low time for Reset Initialization with stable power | tPW_RESET | 1 | - | uS | |
| Maximum time after RESET_n assertion to ODT off | tRST_ADC | - | 50 | nS | |
| NOTES | | | | | |

## 3.3.3    Input Voltage Power-up and Power-Down Sequence



**Figure 5 — Requirement for Voltage Ramp Control**

**Table 13 — Input Voltage Slew Rates**

| Description | Symbol | Min | Max | Units | Notes |
|---|---|---|---|---|---|
| VPP Rail | VPP_Ramp_Up_SR | 0.2 | 5 | V/ms | 1,2,3,4,5 |
| | VPP_Ramp_Down_SR | 0.1 | 4.5 | V/ms | |
| VDD Rail | VDD_Ramp_Up_SR | 0.1 | 4.5 | V/ms | |
| | VDD_Ramp_Down_SR | 0.1 | 4.5 | V/ms | |
| VDDQ Rail | VDDQ_Ramp_Up_SR | 0.1 | 4.5 | V/ms | |
| | VDDQ_Ramp_Down_SR | 0.1 | 4.5 | V/ms | |
| NOTE 1    Both VDD and VPP supply measurements made between 10% & 90% nominal voltage | | | | | |
| NOTE 2    1 Mhz bandwidth limited measurement | | | | | |
| NOTE 3    VPP shall be equal to or greater than VDD/VDDQ at all times. | | | | | |
| NOTE 4    During ramp up and ramp down [VDDQ-VDD] must be equal or less than 200mV. | | | | | |
| NOTE 5    After tINIT0, all supplies shall be within their specified tolerance, as defined in the DC Operating Tables. | | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 16

## 3.4    Mode Register Definition

### 3.4.1    Mode Register Read (MRR)

The Mode Register Read (MRR) command is used to read configuration and status data from the DDR5-SDRAM registers. The MRR command is initiated with CS_n and CA[13:0] in the proper state as defined by the Command Truth Table. The mode register address operands (MA[7:0]) allow the user to select one of 256 registers. The mode register contents are available on the second 8 UI's of the burst and are repeated across all DQ's after the CL following the MRR command. To avoid a potentially worst-case pattern, every odd DQ bit (represented with !) shall have its contents inverted. Data in the burst (BL0-7) shall be either "0" or "1", with "1" indicating that the content of the later UI's (BL8-15) are inverted.

MRR commands require all banks to be idle on the DRAM. For 3DS, MRR commands require all banks to be idle on all logical ranks, The 3DS base die (CID[3:0]=0x0) is the targeted logical rank for most Mode Register Reads, however the CID setting of MR14:OP[3:0] designates the targeted logical rank for MRR commands to MR14-MR20, MR22 and MR54-MR57, and still requires all banks to be idle not only on the targeted logical rank but also on all other logical ranks.

DQS is toggled for the duration of the MRR burst. The MRR has a command burst length 16 regardless of the MR0 setting, the training mode or the mode register address. MRR termination control and ODT timings are the same as for the Read command. The MRR operation must not be interrupted. Non-Target ODT encoding is available for MRR, just like a normal Read. MRR NT ODT termination control and ODT timings are the same as for the Read NT command.

In the case that CRC is enabled, MRR's output will come with BL18 (BL16 plus 2 CRC-bit), but the host has the option to consider the 17th and 18th bits "don't care" for MRR handling. Regardless if the host uses the 17th and 18th bits, while CRC is enabled, the strobe needs to toggle for BL18.



**Figure 6 — Mode Register Read Timing**

**Table 14 — DQ Output Mapping for x4 Device**

| BL | 0-7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|
| DQ0 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ1 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ2 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ3 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| NOTE 1    The read pre-amble and post-amble of MRR are same as normal read. | | | | | | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.4.1    Mode Register Read (MRR) (cont'd)

**Table 15 — DQ Output Mapping for x8 Device**

| BL | 0-7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|----|-----|----|----|----|----|----|----|----|----|
| DQ0 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ1 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ2 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ3 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ4 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ5 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ6 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ7 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |

NOTE 1   The read pre-amble and post-amble of MRR are same as normal read.

**Table 16 — DQ Output Mapping for x16 Device (OSC Count - MR46 & MR47 Only)**

| BL | 0-7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|----|-----|----|----|----|----|----|----|----|----|
| DQ0 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ1 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ2 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ3 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ4 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ5 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ6 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ7 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ8 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ9 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ10 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ11 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ12 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ13 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ14 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ15 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |

NOTE 1   The read pre-amble and post-amble of MRR are same as normal read.
NOTE 2   Output map excludes per bit DFE, DCA and VrefDQ mode registers (MR103 through MR255)

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 18

## 3.4.1    Mode Register Read (MRR) (cont'd)

**Table 17 — DQ Output Mapping for x16 Device (DFE REGISTERS EXCLUDED)**

| BL | 0-7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|
| DQ0 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ1 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ2 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ3 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ4 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ5 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ6 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ7 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ8 | | | | | | | | | |
| DQ9 | | | | | | | | | |
| DQ10 | | | | | | | | | |
| DQ11 | | | Don't Care | | | | | | |
| DQ12 | | | | | | | | | |
| DQ13 | | | | | | | | | |
| DQ14 | | | | | | | | | |
| DQ15 | | | | | | | | | |

NOTE 1    The read pre-amble and post-amble of MRR are same as normal read.
NOTE 2    Output of mode register data is only duplicated and inverted across the first 8 bits of a x16 device.
NOTE 3    Output map excludes per bit DFE, DCA and VrefDQ mode registers (MR103 through MR255)

**Table 18 — DQ Output Mapping for x16 Device (DFE Lower Byte - DQ[0:7], DML)**

| BL | 0-7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|
| DQ0 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ1 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ2 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ3 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ4 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ5 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ6 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ7 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ8 | | | | | | | | | |
| DQ9 | | | | | | | | | |
| DQ10 | | | | | | | | | |
| DQ11 | | | Don't Care | | | | | | |
| DQ12 | | | | | | | | | |
| DQ13 | | | | | | | | | |
| DQ14 | | | | | | | | | |
| DQ15 | | | | | | | | | |

NOTE 1    The read pre-amble and post-amble of MRR are same as normal read.
NOTE 2    Output of mode register data is only duplicated and inverted across the first 8 bits of a x16 device when reading from a DFE register associated with a lower byte DQ or DML.
NOTE 3    Output map is ONLY for per bit DFE, DCA and VrefDQ mode registers (MR103 through MR255)

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.4.1    Mode Register Read (MRR) (cont'd)

**Table 19 — DQ Output Mapping for x16 Device (DFE Upper Byte - DQ[15:8], DMU)**

| BL | 0-7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|
| DQ0 | | | | | | | | | |
| DQ1 | | | | | | | | | |
| DQ2 | | | | | | | | | |
| DQ3 | Don't Care | | | | | | | | |
| DQ4 | | | | | | | | | |
| DQ5 | | | | | | | | | |
| DQ6 | | | | | | | | | |
| DQ7 | | | | | | | | | |
| DQ8 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ9 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ10 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ11 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ12 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ13 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |
| DQ14 | 0 | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 |
| DQ15 | 1 | !OP0 | !OP1 | !OP2 | !OP3 | !OP4 | !OP5 | !OP6 | !OP7 |

NOTE 1    The read pre-amble and post-amble of MRR are same as normal read.
NOTE 2    Output of mode register data is only duplicated and inverted across the last 8 bits of a x16 device when reading from a DFE register associated with an upper byte DQ or DMU.
NOTE 3    Output map is ONLY for per bit DFE, DCA and VrefDQ mode registers (MR103 through MR255)

Netlist

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 20

### 3.4.2 Mode Register WRITE (MRW)

The Mode Register Write (MRW) command is used to write configuration data to the mode registers.
The MRW command is initiated with CS_n and CA[13:0] in the proper state as defined by the Command Truth Table. The mode register address and the data written to the mode registers is contained in CA[13:0] according to the Command Truth Table. The MRW command period is defined by tMRW. Mode Register Writes to read-only registers have no impact on the functionality of the device.

MRW commands require all banks to be idle on the DRAM. For 3DS, MRW commands are broadcast across all logical ranks, requiring all banks to be idle on all logical ranks. For 3DS, MBIST Enable (MR23:OP[4]=1) is only enabled on the target logical rank designated by CID[3:0] and programmed by MRW via MR14:OP[3:0], but still requires all banks to be idle on all logical ranks.



**Figure 7 — Mode Register Write Timing**

### 3.4.3 DFE Mode Register Write Update Timing

This Mode Register update timing parameter applies for MR112 (MA[7:0]=70H) thru MR248 (MA[7:0]=F8H) - Mode Registers for DFE including DFE Gain Bias, DFE Tap-1, DFE Tap-2, DFE Tap-3, DFE Tap-4 mode registers



**Figure 8 — DFE Update Setting**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.4.4  Mode Register Truth Tables and Timing Constraints

**Table 20 — Mode Register Read/Write AC Timing**

| Parameter | Symbol | Min/Max | Value | Unit | Note |
|---|---|---|---|---|---|
| Mode Register Read command period | tMRR | Min | max(14ns, 16nCK) | nCK | 1 |
| Mode Register Read Pattern to Mode Register Read Pattern Command spacing | tMRR_p | Min | 8 | nCK | |
| Mode Register Write command period | tMRW | Min | max(5ns, 8nCK) | nCK | 1 |
| Mode Register Set command delay | tMRD | Min | max(14ns, 16nCK) | nCK | |
| DFE Mode Register Write Update Delay Time | tDFE | Min | 80 | ns | 2 |
| 1 - MRR and MRW commands require all banks idle. | | | | | |
| 2 - This parameter applies only to MRW's to DFE registers and is defined as the settling time before a new DFE setting is active. | | | | | |



**Figure 9 — Example MRR to MRW Timing Diagram for Same Physical Rank**

NOTES:
1 - Example details -2tCK tWPRE, 1.5tCK tWPST, 0.5UI tRX_DQS2DQ, ODTLoff_RD_Offset configured for -1, ODTLon_RD_Offset configured for 0, ODTLon_RD_NT_offset configured for -1, ODTLoff_RD_NT_offset configured for +3. Read DQS Offset programmed at 0.
2 - Timing constraints for 1-cycle MPC/VrefCS/VrefCA commands are affected by ODTLoff_RD_NT_Offset the same as MRW in the diagram.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 22

## 3.4.4    Mode Register Truth Tables and Timing Constraints (cont'd)

### Table 21 — Truth Table for Mode Register Read (MRR) and Mode Register Write (MRW)

| Current State | Command | Intermediate State | Next State |
|---|---|---|---|
| SDRAM | | SDRAM | SDRAM |
| All Banks Idle | MRR | Mode Register Reading (All Banks Idle) | All Banks Idle |
| | MRW | Mode Register Writing (All Banks Idle) | All Banks Idle |
| NOTE 1    For 3DS, both MRR and MRW commands require all banks to be idle on all logical ranks. | | | |

### Table 22 — MRR/MRW Timing Constraints: DQ ODT is Disable

| From Command | To Command | Minimum Delay between "From Command" and "To Command" | Unit | Note |
|---|---|---|---|---|
| MRR | MRR | tMRR/tMRR_p | - | 2,4 |
| | MRW | CL+BL/2+ max[1,ODTLoff_RD_NT_Offset] | tCK | 2,3 |
| | MPC | CL+BL/2+ max[1,ODTLoff_RD_NT_Offset] | tCK | 2,3 |
| | VrefCA/VrefCS | CL+BL/2+ max[1,ODTLoff_RD_NT_Offset] | tCK | 2,3 |
| | Any other valid command | tMRD | - | 1,2 |
| MRW | MRW | tMRW | - | |
| | Any other valid command | tMRD | - | |
| WRA | MRR | CWL + BL/2 + tWR + tRP | - | |
| | MRW | CWL + BL/2 + tWR + tRP | - | |
| RDA | MRR | tRTP + tRP | | |
| | MRW | tRTP + tRP | | |
| PRE | MRR | tRP | - | |
| | MRW | tRP | - | |
| REF | MRR | tRFC | - | |
| | MRW | tRFC | - | |
| NOTE 1    All data should be completed before entry into self refresh or power down. | | | | |
| NOTE 2    MRR can refer to both Target ODT MRR and Non-Target ODT MRR | | | | |
| NOTE 3    Minimum delay is 1 clock after the burst or until the ODT offset requirements for DQS/DQ are met. | | | | |
| NOTE 4    During Read Training, MRR to MRR command spacing can be tMRR_p | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 3.4.4    Mode Register Truth Tables and Timing Constraints (cont'd)

### Table 23 — MRR/MRW Timing Constraints: DQ ODT is Enable

| From Command | To Command | Minimum Delay between "From Command" and "To Command" | Unit | Note |
|---|---|---|---|---|
| MRR | MRR | Same as ODT Disable Case | - | |
| | MRW | | - | |
| | MPC | | - | |
| | VrefCA/VrefCS | | - | |
| | Any other valid command | | - | |
| | | | - | |
| MRW | MRW | Same as ODT Disable Case | - | |
| | Any other valid command | | - | |
| | | | - | |
| RDA | MRR | Same as ODT Disable Case | - | |
| | MRW | | - | |
| WRA | MRR | Same as ODT Disable Case | - | |
| | MRW | | - | |
| PRE | MRR | Same as ODT Disable Case | - | |
| | MRW | | - | |
| REF | MRR | Same as ODT Disable Case | - | |
| | MRW | | - | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 24

## 3.5    Mode Registers

With DDR5, the utilization and programming method shall change from the traditional addressing scheme found in DDR3 and DDR4, and shall move to the method used by LPDDR, where the Mode Register Addresses (MRA) and Payload placed in Op Codes (OP) are all packeted in the command bus encoding method. Please refer to the Command Truth **Table 31** for Mode Register Read (MRR) and Mode Register Write (MRW) command protocol.

For DDR5, the SDRAM shall support up to 8 MRA's, each with a byte-wide payload. Allowing for up to 256 byte-wide registers.

### 3.5.1    Mode Register Assignment and Definition in DDR5 SDRAM

**Table 24** shows the mode registers for DDR5 SDRAM. Each bit in a register byte (MR#) is denoted as "R" if it can be read but not written, "W" if it can be written but reads shall always produce a ZERO for those specific bits, and "R/W" if it can be read and written. Additionally, a DRAM read-only bit combined with a Host write-only bit is denoted as a "SR/W" bit. This bit allows the DRAM to return a defined status during a read of that bit (SR = Status Read), independent of what the Host may have written to the bit.

A defined register byte (MR#), is any MR# that has at least one of the bits defined.

When the entire MR# is marked RFU, then it is considered undefined and all the bits from the DRAM shall be don't care for reads or writes. These undefined mode registers (completely empty bytes, not individual bits of an MR) may not be supported in the DRAM. When a defined register byte (MR#) contains an "RFU" bit, the host must write a ZERO for those specific bits and the DRAM does not guarantee any operation of those specific RFU bits. When the host issues an MRR to a defined register (MR#) that contains RFU bits in it, those specific bits shall always produce a ZERO.

For cases in which a mode register is specific to a particular device configuration (x16, x8, x4) and/or density (32 Gb, 16 Gb, 8 Gb), the following rules shall be applied:
 - When the DRAM is configured as a x4/x8, an entire MR# used only for a x16 shall be considered RFU. These bits are don't care for reads and writes, and they may be unsupported.
 - When a bit field within a register is used by a different configuration or density than a given DRAM, the host may write/read programmed values to these fields, but DRAM operation will not be affected.

A Mode Register Read command is used to read a mode register. A Mode Register Write command is used to write a mode register

### Table 24 — Mode Register Assignment in DDR5 SDRAM

| MR# | OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|---|
| 0 | RFU | CAS Latency (RL) | | | | | Burst Length | |
| 1 | PDA Select ID | | | | PDA Enumerate ID | | | |
| 2 | Internal Write Timing | Reserved | Device 15 MPSM | CS Assertion Duration (MPC) | Max Power Saving Mode (MPSM) | 2N Mode | Write Leveling Training | Read Preamble Training |
| 3 | Write Leveling Internal Cycle Alignment - Upper Byte | | | | Write Leveling Internal Cycle Alignment - Lower Byte | | | |
| 4 | TUF | RFU | Wide Range (Optional) | Refresh tRFC Mode | Refresh Interval Rate Indicator | Minimum Refresh Rate | | |
| 5 | Pull-Down Output Driver Impedance | | DM Enable | TDQS Enable | PODTM Support | Pull-up Output Driver Impedance | | Data Output Disable |
| 6 | tRTP | | | | Write Recovery Time | | | |
| 7 | RFU | | | | | | (Optional) Write Leveling Internal +0.5tCK Alignment Offset - Upper Byte | (Optional) Write Leveling Internal +0.5tCK Alignment Offset - Lower Byte |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Table 24 — Mode Register Assignment in DDR5 SDRAM (cont'd)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | Write Postamble Settings | Read Postamble Settings | RFU | Write Preamble Settings | | Read Preamble Settings | | |
| 9 | TM | RFU | | | | | x4 Writes | ECS Write-back |
| 10 | VrefDQ Calibration Value | | | | | | | |
| 11 | VrefCA Calibration Value | | | | | | | |
| 12 | VrefCS Calibration Value | | | | | | | |
| 13 | RFU | | | | tCCD_L / tDLLK | | | |
| 14 | ECS Mode | Reset ECS Counter | Row Mode/Code Word Mode | RFU | CID3 | CID2 | CID1 | CID0 |
| 15 | x4 Writes | ECS Writeback | RFU | | Automatic ECS in Self Refresh | ECS Error Threshold Count (ETC) | | |
| 16 | Transparency - Row Address with Max Errors 1 - See MR for encoding details | | | | | | | |
| 17 | Transparency - Row Address with Max Errors 2 - See MR for encoding details | | | | | | | |
| 18 | Transparency - Row Address with Max Errors 3 - See MR for encoding details | | | | | | | |
| 19 | PASR | RFU | Transparency - Max Row Error Count - See MR for encoding details | | | | | |
| 20 | Transparency - Error Count (EC) - See MR for encoding details | | | | | | | |
| 21 | RFU | | | | | | Rx DQS CTLE Control (Optional) | |
| 22 | Rx CS_n CTLE Contorl (Optional) | | Rx CA CTLE Control (Optional) | | Rx CTLE Support | MBIST/mPPR Transparency (Optional) | | |
| 23 | RFU | | RFU | MBIST (Optional) | mPPR (Optional) | sPPR | | hPPR |
| 24 | PPR Guard Key | | | | | | | |
| 25 | RFU | | | | Continuous Burst Mode | LFSR1 Pattern Option | LFSR0 Pattern Option | Read Training Pattern Format |
| 26 | Read Training Pattern Data0 / LFSR0 Seed | | | | | | | |
| 27 | Read Training Pattern Data1 / LFSR1 Seed | | | | | | | |
| 28 | Read Training Pattern Invert DQL7:0 (DQ7:0) | | | | | | | |
| 29 | Read Training Pattern Invert DQU7:0 (DQ15:8) | | | | | | | |
| 30 | LFSR Assignment DQL7/DQU7 | LFSR Assignment DQL6/DQU6 | LFSR Assignment DQL5/DQU5 | LFSR Assignment DQL4/DQU4 | LFSR Assignment DQL3/DQU3 | LFSR Assignment DQL2/DQU2 | LFSR Assignment DQL1/DQU1 | LFSR Assignment DQL0/DQU0 |
| 31 | Read Training Pattern Address | | | | | | | |
| 32 | RFU | CA_ODT Strap Value | CS ODT | | | CK ODT | | |
| 33 | RFU | | DQS_RTT_PARK | | | CA ODT | | |
| 34 | RFU | | RTT_WR | | | RTT_PARK | | |
| 35 | RFU | | RTT_NOM_RD | | | RTT_NOM_WR | | |
| 36 | RFU | | | | | RTT_Loopback | | |
| 37 | RFU | | ODTLoff_WR_offset | | | ODTLon_WR_offset | | |
| 38 | RFU | | ODTLoff_WR_NT_offset | | | ODTLon_WR_NT_offset | | |
| 39 | RFU | | ODTLoff_RD_NT_offset | | | ODTLon_RD_NT_offset | | |
| 40 | RFU | | | | | Read DQS offset timing | | |
| 41 | RFU | | RFU | | | | | |

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or approved to be the working assumption.

JEDEC Standard No. 79-5B_v1.20
Page 26

## Table 24 — Mode Register Assignment in DDR5 SDRAM (cont'd)

| MR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 42 | DCA Training Assist Mode II (Optional) | | | | DCA Training Assist Mode I | | DCA Types Supported | |
| 43 | Sign Bit for OP[6:4] | DCA for IBCLK in 4-phase clocks | | | Sign Bit for OP[2:0] | DCA for single/two-phase clock(s) or QCLK in 4-phase clocks | | |
| 44 | RFU | | | | Sign Bit for QBCLK in 4-phase clocks | DCA for QBCLK in 4-phase clocks | | |
| 45 | DQS Interval Timer Run Time | | | | | | | |
| 46 | DQS Oscillator Count - LSB | | | | | | | |
| 47 | DQS Oscillator Count - MSB | | | | | | | |
| 48 | Write Pattern Mode | | | | | | | |
| 49 | RFU | | | | | | | |
| 50 | RFU | RFU | Write CRC auto-disable status | Write CRC auto-disable enable | Write CRC error status | Write CRC enable upper nibble | Write CRC enable lower nibble | Read CRC enable |
| 51 | RFU | Write CRC Auto-Disable Threshold - See MR for encoding details | | | | | | |
| 52 | RFU | Write CRC Auto-Disable Window - See MR for encoding details | | | | | | |
| 53 | Loopback Output Mode | Loopback Select Phase | | Loopback Output Select | | | | |
| 54 | hPPR Resource BG1 Bank 3 | hPPR Resource BG1 Bank 2 | hPPR Resource BG1 Bank 1 | hPPR Resource BG1 Bank 0 | hPPR Resource BG0 Bank 3 | hPPR Resource BG0 Bank 2 | hPPR Resource BG0 Bank 1 | hPPR Resource BG0 Bank 0 |
| 55 | hPPR Resource BG3 Bank 3 | hPPR Resource BG3 Bank 2 | hPPR Resource BG3 Bank 1 | hPPR Resource BG3 Bank 0 | hPPR Resource BG2 Bank 3 | hPPR Resource BG2 Bank 2 | hPPR Resource BG2 Bank 1 | hPPR Resource BG2 Bank 0 |
| 56 | hPPR Resource BG5 Bank 3 | hPPR Resource BG5 Bank 2 | hPPR Resource BG5 Bank 1 | hPPR Resource BG5 Bank 0 | hPPR Resource BG4 Bank 3 | hPPR Resource BG4 Bank 2 | hPPR Resource BG4 Bank 1 | hPPR Resource BG4 Bank 0 |
| 57 | hPPR Resource BG7 Bank 3 | hPPR Resource BG7 Bank 2 | hPPR Resource BG7 Bank 1 | hPPR Resource BG7 Bank 0 | hPPR Resource BG6 Bank 3 | hPPR Resource BG6 Bank 2 | hPPR Resource BG6 Bank 1 | hPPR Resource BG6 Bank 0 |
| 58 | RAAMMT[2:0] | | | | RAAIMT[3:0] | | | RFM Required |
| 59 | RFM RAA Counter | | ARFM | | BRC Support Level | Bounded Refresh Configuration | | DRFM Enable |
| 60 | PASR Segment Mask | | | | | | | |
| 61 | RSVD | | | Package Output Driver Test Mode | | | | |
| 62 | Vendor Specified | | | | | | | |
| 63 | DRAM Scratch Pad | | | | | | | |
| 64 | Reserved | | | | | | | |
| 65 | Serial Number 1 | | | | | | | |
| 66 | Serial Number 2 | | | | | | | |
| 67 | Serial Number 3 | | | | | | | |
| 68 | Serial Number 4 | | | | | | | |
| 69 | Serial Number 5 | | | | | | | |
| 70-102 | RFU | | | | | | | |
| 103 | DQSL_t IBCLK Sign | RFU | DQSL_t DCA for IBCLK | | DQSL_t QCLK Sign | RFU | DQSL_t DCA for QCLK | |
| 104 | RFU | | | | DQSL_t QBCLK Sign | RFU | DQSL_t DCA for QBCLK | |
| 105 | DQSL_c IBCLK Sign | RFU | DQSL_c DCA for IBCLK | | DQSL_c QCLK Sign | RFU | DQSL_c DCA for QCLK | |
| 106 | RFU | | | | DQSL_c QBCLK Sign | RFU | DQSL_c DCA for QBCLK | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Table 24 — Mode Register Assignment in DDR5 SDRAM (cont'd)**

| 107 | DQSU_t IBCLK Sign | RFU | DQSU_t DCA for IBCLK | DQSU_t QCLK Sign | RFU | DQSU_t DCA for QCLK |
|---|---|---|---|---|---|---|
| 108 | RFU | | | DQSU_t QBCLK Sign | RFU | DQSU_t DCA for QBCLK |
| 109 | DQSU_c IBCLK Sign | RFU | DQSU_c DCA for IBCLK | DQSU_c QCLK Sign | RFU | DQSU_c DCA for QCLK |
| 110 | RFU | | | DQSU_c QBCLK Sign | RFU | DQSU_c DCA for QBCLK |
| 111 | RFU | | Global DFE Tap-4 Enable | Global DFE Tap-3 Enable | Global DFE Tap-2 Enable | Global DFE Tap-1 Enable | Global DFE gain Enable |
| 112 | RFU | | DML DFE Gain Bias - See MR for encoding details |
| 113 | DML DFE Tap-1 Bias - See MR for encoding details |
| 114 | DML DFE Tap-2 Bias - See MR for encoding details |
| 115 | DML DFE Tap-3 Bias - See MR for encoding details |
| 116 | DML DFE Tap-4 Bias - See MR for encoding details |
| 117 | RFU |
| 118 | DML VREFDQ sign | DML VREFDQ Offset | RFU |
| 119 | RFU |
| 120 | RFU | DMU DFE Gain Bias - See MR for encoding details |
| 121 | DMU DFE Tap-1 Bias - See MR for encoding details |
| 122 | DMU DFE Tap-2 Bias - See MR for encoding details |
| 123 | DMU DFE Tap-3 Bias - See MR for encoding details |
| 124 | DMU DFE Tap-4 Bias - See MR for encoding details |
| 125 | RFU |
| 126 | DMU VREFDQ sign | DMU VREFDQ Offset | RFU |
| 127 | RFU |
| 128 | RFU | DQL0 DFE Gain Bias - See MR for encoding details |
| 129 | DQL0 DFE Tap-1 Bias - See MR for encoding details |
| 130 | DQL0 DFE Tap-2 Bias - See MR for encoding details |
| 131 | DQL0 DFE Tap-3 Bias - See MR for encoding details |
| 132 | DQL0 DFE Tap-4 Bias - See MR for encoding details |
| 133 | DQL0 IBCLK Sign | RFU | DQL0 DCA for IBCLK | DQL0 QCLK Sign | RFU | DQL0 DCA for QCLK |
| 134 | DQL0 VREFDQ Sign | DQL0 VREFDQ Offset | DQL0 QBCLK Sign | RFU | DQL0 DCA for QBCLK |
| 135 | RFU |
| 136 | RFU | DQL1 DFE Gain Bias - See MR for encoding details |
| 137 | DQL1 DFE Tap-1 Bias - See MR for encoding details |
| 138 | DQL1 DFE Tap-2 Bias - See MR for encoding details |
| 139 | DQL1 DFE Tap-3 Bias - See MR for encoding details |
| 140 | DQL1 DFE Tap-4 Bias - See MR for encoding details |
| 141 | DQL1 IBCLK Sign | RFU | DQL1 DCA for IBCLK | DQL1 QCLK Sign | RFU | DQL1 DCA for QCLK |
| 142 | DQL1 VREFDQ Sign | DQL1 VREFDQ Offset | DQL1 QBCLK Sign | RFU | DQL1 DCA for QBCLK |
| 143 | RFU |
| 144 | RFU | DQL2 DFE Gain Bias - See MR for encoding details |
| 145 | DQL2 DFE Tap-1 Bias - See MR for encoding details |
| 146 | DQL2 DFE Tap-2 Bias - See MR for encoding details |

Netlist

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 28

**Table 24 — Mode Register Assignment in DDR5 SDRAM (cont'd)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 147 | DQL2 DFE Tap-3 Bias - See MR for encoding details | | | | | |
| 148 | DQL2 DFE Tap-4 Bias - See MR for encoding details | | | | | |
| 149 | DQL2 IBCLK Sign | RFU | DQL2 DCA for IBCLK | DQL2 QCLK Sign | RFU | DQL2 DCA for QCLK |
| 150 | DQL2 VREFDQ Sign | DQL2 VREFDQ Offset | | DQL2 QBCLK Sign | RFU | DQL2 DCA for QBCLK |
| 155 | RFU | | | | | |
| 152 | RFU | | | DQL3 DFE Gain Bias - See MR for encoding details | | |
| 153 | DQL3 DFE Tap-1 Bias - See MR for encoding details | | | | | |
| 154 | DQL3 DFE Tap-2 Bias - See MR for encoding details | | | | | |
| 155 | DQL3 DFE Tap-3 Bias - See MR for encoding details | | | | | |
| 156 | DQL3 DFE Tap-4 Bias - See MR for encoding details | | | | | |
| 157 | DQL3 IBCLK Sign | RFU | DQL3 DCA for IBCLK | DQL3 QCLK Sign | RFU | DQL3 DCA for QCLK |
| 158 | DQL3 VREFDQ Sign | DQL3 VREFDQ Offset | | DQL3 QBCLK Sign | RFU | DQL3 DCA for QBCLK |
| 159 | RFU | | | | | |
| 160 | RFU | | | DQL4 DFE Gain Bias - See MR for encoding details | | |
| 161 | DQL4 DFE Tap-1 Bias - See MR for encoding details | | | | | |
| 162 | DQL4 DFE Tap-2 Bias - See MR for encoding details | | | | | |
| 163 | DQL4 DFE Tap-3 Bias - See MR for encoding details | | | | | |
| 164 | DQL4 DFE Tap-4 Bias - See MR for encoding details | | | | | |
| 165 | DQL4 IBCLK Sign | RFU | DQL4 DCA for IBCLK | DQL4 QCLK Sign | RFU | DQL4 DCA for QCLK |
| 166 | DQL4 VREFDQ Sign | DQL4 VREFDQ Offset | | DQL4 QBCLK Sign | RFU | DQL4 DCA for QBCLK |
| 167 | RFU | | | | | |
| 168 | RFU | | | DQL5 DFE Gain Bias - See MR for encoding details | | |
| 169 | DQL5 DFE Tap-1 Bias - See MR for encoding details | | | | | |
| 170 | DQL5 DFE Tap-2 Bias - See MR for encoding details | | | | | |
| 171 | DQL5 DFE Tap-3 Bias - See MR for encoding details | | | | | |
| 172 | DQL5 DFE Tap-4 Bias - See MR for encoding details | | | | | |
| 173 | DQL5 IBCLK Sign | RFU | DQL5 DCA for IBCLK | DQL5 QCLK Sign | RFU | DQL5 DCA for QCLK |
| 174 | DQL5 VREFDQ Sign | DQL5 VREFDQ Offset | | DQL5 QBCLK Sign | RFU | DQL5 DCA for QBCLK |
| 175 | RFU | | | | | |
| 176 | RFU | | | DQL6 DFE Gain Bias - See MR for encoding details | | |
| 177 | DQL6 DFE Tap-1 Bias - See MR for encoding details | | | | | |
| 178 | DQL6 DFE Tap-2 Bias - See MR for encoding details | | | | | |
| 179 | DQL6 DFE Tap-3 Bias - See MR for encoding details | | | | | |
| 180 | DQL6 DFE Tap-4 Bias - See MR for encoding details | | | | | |
| 181 | DQL6 IBCLK Sign | RFU | DQL6 DCA for IBCLK | DQL6 QCLK Sign | RFU | DQL6 DCA for QCLK |
| 182 | DQL6 VREFDQ Sign | DQL6 VREFDQ Offset | | DQL6 QBCLK Sign | RFU | DQL6 DCA for QBCLK |
| 183 | RFU | | | | | |
| 184 | RFU | | | DQL7 DFE Gain Bias - See MR for encoding details | | |
| 185 | DQL7 DFE Tap-1 Bias - See MR for encoding details | | | | | |
| 186 | DQL7 DFE Tap-2 Bias - See MR for encoding details | | | | | |
| 187 | DQL7 DFE Tap-3 Bias - See MR for encoding details | | | | | |
| 188 | DQL7 DFE Tap-4 Bias - See MR for encoding details | | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Table 24 — Mode Register Assignment in DDR5 SDRAM (cont'd)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 189 | DQL7 IBCLK Sign | RFU | DQL6 DCA for IBCLK | DQL7 QCLK Sign | RFU | DQL7 DCA for QCLK |
| 190 | DQL7 VREFDQ Sign | DQL7 VREFDQ Offset | | DQL7 QBCLK Sign | RFU | DQL7 DCA for QBCLK |
| 191 | RFU | | | | | |
| 192 | RFU | | | DQU0 DFE Gain Bias - See MR for encoding details | | |
| 193 | DQU0 DFE Tap-1 Bias - See MR for encoding details | | | | | |
| 194 | DQU0 DFE Tap-2 Bias - See MR for encoding details | | | | | |
| 195 | DQU0 DFE Tap-3 Bias - See MR for encoding details | | | | | |
| 196 | DQU0 DFE Tap-4 Bias - See MR for encoding details | | | | | |
| 197 | DQU0 IBCLK Sign | RFU | DQU0 DCA for IBCLK | DQU0 QCLK Sign | RFU | DQU0 DCA for QCLK |
| 198 | DQU0 VREFDQ Sign | DQU0 VREFDQ Offset | | DQU0 QBCLK Sign | RFU | DQU0 DCA for QBCLK |
| 199 | RFU | | | | | |
| 200 | RFU | | | DQU1 DFE Gain Bias - See MR for encoding details | | |
| 201 | DQU1 DFE Tap-1 Bias - See MR for encoding details | | | | | |
| 202 | DQU1 DFE Tap-2 Bias - See MR for encoding details | | | | | |
| 203 | DQU1 DFE Tap-3 Bias - See MR for encoding details | | | | | |
| 204 | DQU1 DFE Tap-4 Bias - See MR for encoding details | | | | | |
| 205 | DQU1 IBCLK Sign | RFU | DQU1 DCA for IBCLK | DQU1 QCLK Sign | RFU | DQU1 DCA for QCLK |
| 206 | DQU1 VREFDQ Sign | DQU1 VREFDQ Offset | | DQU1 QBCLK Sign | RFU | DQU1 DCA for QBCLK |
| 207 | RFU | | | | | |
| 208 | RFU | | | DQU2 DFE Gain Bias - See MR for encoding details | | |
| 209 | DQU2 DFE Tap-1 Bias - See MR for encoding details | | | | | |
| 210 | DQU2 DFE Tap-2 Bias - See MR for encoding details | | | | | |
| 211 | DQU2 DFE Tap-3 Bias - See MR for encoding details | | | | | |
| 212 | DQU2 DFE Tap-4 Bias - See MR for encoding details | | | | | |
| 213 | DQU2 IBCLK Sign | RFU | DQU2 DCA for IBCLK | DQU2 QCLK Sign | RFU | DQU2 DCA for QCLK |
| 214 | DQU2 VREFDQ Sign | DQU2 VREFDQ Offset | | DQU2 QBCLK Sign | RFU | DQU2 DCA for QBCLK |
| 215 | RFU | | | | | |
| 216 | RFU | | | DQU3 DFE Gain Bias - See MR for encoding details | | |
| 217 | DQU3 DFE Tap-1 Bias - See MR for encoding details | | | | | |
| 218 | DQU3 DFE Tap-2 Bias - See MR for encoding details | | | | | |
| 219 | DQU3 DFE Tap-3 Bias - See MR for encoding details | | | | | |
| 220 | DQU3 DFE Tap-4 Bias - See MR for encoding details | | | | | |
| 221 | DQU3 IBCLK Sign | RFU | DQU3 DCA for IBCLK | DQU3 QCLK Sign | RFU | DQU3 DCA for QCLK |
| 222 | DQU3 VREFDQ Sign | DQU3 VREFDQ Offset | | DQU3 QBCLK Sign | RFU | DQU3 DCA for QBCLK |
| 223 | RFU | | | | | |
| 224 | RFU | | | DQU4 DFE Gain Bias - See MR for encoding details | | |
| 225 | DQU4 DFE Tap-1 Bias - See MR for encoding details | | | | | |
| 226 | DQU4 DFE Tap-2 Bias - See MR for encoding details | | | | | |
| 227 | DQU4 DFE Tap-3 Bias - See MR for encoding details | | | | | |
| 228 | DQU4 DFE Tap-4 Bias - See MR for encoding details | | | | | |
| 229 | DQU4 IBCLK Sign | RFU | DQU4 DCA for IBCLK | DQU4 QCLK Sign | RFU | DQU4 DCA for QCLK |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 30

**Table 24 — Mode Register Assignment in DDR5 SDRAM (cont'd)**

| 230 | DQU4 VREFDQ Sign | DQU4 VREFDQ Offset | DQU4 QBCLK Sign | RFU | DQU4 DCA for QBCLK |
|---|---|---|---|---|---|
| 231 | RFU | | | | |
| 232 | RFU | | DQU5 DFE Gain Bias - See MR for encoding details | | |
| 233 | DQU5 DFE Tap-1 Bias - See MR for encoding details | | | | |
| 234 | DQU5 DFE Tap-2 Bias - See MR for encoding details | | | | |
| 235 | DQU5 DFE Tap-3 Bias - See MR for encoding details | | | | |
| 236 | DQU5 DFE Tap-4 Bias - See MR for encoding details | | | | |
| 237 | DQU5 IBCLK Sign | RFU | DQU5 DCA for IBCLK | DQU5 QCLK Sign | RFU | DQU5 DCA for QCLK |
| 238 | DQU5 VREFDQ Sign | DQU5 VREFDQ Offset | DQU5 QBCLK Sign | RFU | DQU5 DCA for QBCLK |
| 239 | RFU | | | | |
| 240 | RFU | | DQU6 DFE Gain Bias - See MR for encoding details | | |
| 241 | DQU6 DFE Tap-1 Bias - See MR for encoding details | | | | |
| 242 | DQU6 DFE Tap-2 Bias - See MR for encoding details | | | | |
| 243 | DQU6 DFE Tap-3 Bias - See MR for encoding details | | | | |
| 244 | DQU6 DFE Tap-4 Bias - See MR for encoding details | | | | |
| 245 | DQU6 IBCLK Sign | RFU | DQU6 DCA for IBCLK | DQU6 QCLK Sign | RFU | DQU6 DCA for QCLK |
| 246 | DQU6 VREFDQ Sign | DQU6 VREFDQ Offset | DQU6 QBCLK Sign | RFU | DQU6 DCA for QBCLK |
| 247 | RFU | | | | |
| 248 | RFU | | DQU7 DFE Gain Bias - See MR for encoding details | | |
| 249 | DQU7 DFE Tap-1 Bias - See MR for encoding details | | | | |
| 250 | DQU7 DFE Tap-2 Bias - See MR for encoding details | | | | |
| 251 | DQU7 DFE Tap-3 Bias - See MR for encoding details | | | | |
| 252 | DQU7 DFE Tap-4 Bias - See MR for encoding details | | | | |
| 253 | DQU7 IBCLK Sign | RFU | DQU7 DCA for IBCLK | DQU7 QCLK Sign | RFU | DQU7 DCA for QCLK |
| 254 | DQU7 VREFDQ Sign | DQU7 VREFDQ Offset | DQU7 QBCLK Sign | RFU | DQU7 DCA for QBCLK |
| 255 | RFU | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.2   MR0 (MA[7:0]=00H) Burst Length and CAS Latency
**MR0 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| RFU | CAS Latency (RL) | | | | | Burst Length | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| Burst Length | R/W | OP[1:0] | $00_B$: BL16<br>$01_B$: BC8 OTF<br>$10_B$: BL32 (Optional)<br>$11_B$: BL32 OTF (Optional) | |
| CAS Latency (RL) | R/W | OP[6:2] | $00000_B$: 22<br>$00001_B$: 24<br>$00010_B$: 26<br>$00011_B$: 28<br>...<br>$10011_B$: 60<br>$10100_B$: 62<br>$10101_B$: 64<br>$10110_B$: 66<br>All other encodings reserved. | 1, 2 |
| RFU | RFU | OP[7] | RFU | |

NOTE 1    Range covers both Monolithic DDR5 and 3DS-DDR5 devices up to 6400
NOTE 2    WL=RL-2, also known as CWL=CL-2

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 32

## 3.5.3  MR1 (MA [7:0] = 01$_H$) - PDA Mode Details

## MR1 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| PDA Select ID | | | | PDA Enumerate ID | | | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| PDA Enumerate ID | R | OP[3:0] | This is a **Read Only** MR field, which is only programmed through an MPC command with the PDA Enumerate ID opcode.<br><br>xxxx$_B$ Encoding is set with MPC command with the PDA Enumerate ID opcode. This can only be set when PDA Enumerate Programming Mode is enabled and the associated DRAM's DQ0 is asserted LOW. The PDA Enumerate ID opcode includes 4 bits for this encoding.<br><br>Default setting is 1111$_B$ | |
| PDA Select ID | R | OP[7:4] | This is a **Read Only** MR field, which is only programmed through an MPC command with the PDA Select ID opcode.<br><br>xxxx$_B$ Encoding is set with MPC command with the PDA Select ID opcode. The PDA Select ID opcode includes 4 bits for this encoding.<br><br>1111$_B$ = all DRAMs execute MRW, MPC, and VrefCA commands<br>For all other encodings, DRAMs execute MRW, MPC, and VrefCA commands only if PDA Select ID[3:0] = PDA Enumerate ID[3:0], with some exceptions for specific MPC commands that execute regardless of PDA Select ID.<br><br>Default setting is 1111$_B$ | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.4  MR2 (MA [7:0] = 02_H) - Functional Modes

**MR2 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| Internal Write Timing | Reserved | Device 15 MPSM | CS Assertion Duration (MPC) | Max Power Saving Mode (MPSM) | 2N Mode | Write Leveling Training | Read Preamble Training |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Read Preamble Training | R/W | OP[0] | 0B: Normal Mode (Default) <br> 1B: Read Preamble Training | |
| Write Leveling | R/W | OP[1] | 0B: Normal Mode (Default) <br> 1B: Write Leveling | 1,2,3 |
| 2N Mode | R | OP[2] | 0B: 2N Mode (Default) <br> 1B: 1N Mode | 4 |
| Max Power Saving Mode | R/W | OP[3] | 0B: Disable (Default) <br> 1B: Enable | |
| CS Assertion Duration (MPC) | R/W | OP[4] | 0B: Only Multiple cycles of CS assertion supported for MPC, VrefCA and VrefCS commands (Default) <br> 1B: Only a single cycle of CS assertion supported for MPC, VrefCA and VrefCS commands | |
| Device 15 Maximum Power Savings Mode | R/W | OP[5] | 0B: Disable (Default) <br> 1B: Enable | |
| Reserved | Reserved | OP[6] | Reserved | |
| Internal Write Timing | R/W | OP[7] | 0B: Disable <br> 1B: Enable | 5 |

NOTE 1   To enter WL Training Mode the MR field must be programmed to 1. WL Training Mode is used when Internal Write Timing = 0 (External WL Training) and when Internal Write Timing = 1 (Internal WL Training).

NOTE 2   To exit WL Training Mode the MR field must be programmed to 0.

NOTE 3   MRR's are not supported during Write Leveling.

NOTE 4   This mode register is programmed via an explicit MPC command only.

NOTE 5   This is set during WL Training, after the host DQS has been aligned to the ideal External WL timings. The Internal Write Timing is enabled and the WL Internal Timing Alignment is set to ensure the internal Write Enable aligns within tDQS2CK of the external WL Trained location. When Internal Write Timing is Disabled, the WL Internal Cycle Alignment setting does not change the behavior of the write timings

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 34

### 3.5.5   MR3 (MA[7:0]=03$_H$) - DQS Training

## MR3 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| Write Leveling Internal Cycle Alignment - Upper Byte | | | | Write Leveling Internal Cycle Alignment - Lower Byte | | | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| **Write Leveling Internal Cycle Alignment - Lower Byte** | R/W | OP[3:0] | 0000$_B$: 0 tCK (Default)<br>0001$_B$: -1 tCK<br>0010$_B$: -2 tCK<br>0011$_B$: -3 tCK<br>0100$_B$: -4 tCK<br>0101$_B$: -5 tCK<br>0110$_B$: -6 tCK<br>(Optional OPcode: 0111$_B$ through 1111$_B$)<br>0111$_B$: -7 tCK<br>1000$_B$: -8 tCK<br>...<br>1110$_B$: -14 tCK<br>1111$_B$: -15 tCK | 1,2,3, 5 |
| **Write Leveling Internal Cycle Alignment - Upper Byte** | R/W | OP[7:4] | 0000$_B$: 0 tCK (Default)<br>0001$_B$: -1 tCK<br>0010$_B$: -2 tCK<br>0011$_B$: -3 tCK<br>0100$_B$: -4 tCK<br>0101$_B$: -5 tCK<br>0110$_B$: -6 tCK<br>(Optional OPcode: 0111$_B$ through 1111$_B$)<br>0111$_B$: -7 tCK<br>1000$_B$: -8 tCK<br>...<br>1110$_B$: -14 tCK<br>1111$_B$: -15 tCK | 1,2,4, 5 |

NOTE 1   This is set during WL Training, after the host DQS has been aligned to the ideal External WL timings. The Internal Write Timing is enabled and the WL Internal Timing Alignment is set to ensure the internal Write Enable aligns within $t_{DQS2CK}$ of the external WL Trained location. When Internal Write Timing is Disabled, the WL Internal Cycle Alignment setting does not change the behavior of the write timings.

NOTE 2   The DRAM implementation may optionally have the same behavior when the Internal Write Timing is enabled vs disabled. This would mean that the CK and DQS timing paths remain matched internally. The WL Internal Cycle Alignment setting must still support pulling the Internal WL Pulse earlier so that the same WL Training Flow will produce the correct result.

NOTE 3   Lower Byte WL Internal Cycle Alignment is intended for x4, x8, and x16 configurations.

NOTE 4   Upper Byte WL Internal Cycle Alignment is intended for x16 configuration only. Although training of the Lower and Upper Bytes is independent, contact the DRAM vendor regarding recommendations for setting the WICA values to the same offset.

NOTE 5   Optional OPcode may be needed for certain speed bins.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.6   MR4 (MA[7:0]=04$_H$) - Refresh Settings

**MR4 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| TUF | RFU | Wide Range (Optional) | Refresh tRFC Mode | Refresh Interval Rate Indicator | Minimum Refresh Rate | | |

**Table 25 — Refresh Settings MR4 Register Information Table**

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Minimum Refresh Rate | R | OP[2:0] | If Wide Range is not supported (OP[5]=0):<br>000$_B$: RFU<br>001$_B$: tREFI x1 (1x Refresh Rate), <80°C nominal<br>010$_B$: tREFI x1 (1x Refresh Rate), 80-85°C nominal<br>011$_B$: tREFI /2 (2x Refresh Rate), 85-90°C nominal<br>100$_B$: tREFI /2 (2x Refresh Rate), 90-95°C nominal<br>101$_B$: tREFI /2 (2x Refresh Rate), >95°C nominal<br>110$_B$: RFU<br>111$_B$: RFU<br><br>If Wide Range is supported (OP[5]=1):<br>000$_B$: tREFI x1 (1x Refresh Rate), <75°C nominal<br>001$_B$: tREFI x1 (1x Refresh Rate), 75-80°C nominal<br>010$_B$: tREFI x1 (1x Refresh Rate), 80-85°C nominal<br>011$_B$: tREFI /2 (2x Refresh Rate), 85-90°C nominal<br>100$_B$: tREFI /2 (2x Refresh Rate), 90-95°C nominal<br>101$_B$: tREFI /2 (2x Refresh Rate), 95-100°C nominal<br>110$_B$: tREFI /2 (2x Refresh Rate), >100°C nominal<br>111$_B$: RFU | 1,2,3,4,5, 6,7,8 |
| Refresh Interval Rate Indicator | SR/W | OP[3] | DRAM Status Read (SR):<br>0$_B$: Not implemented (Default)<br>1$_B$: Implemented<br><br>Host Write (W):<br>0$_B$: Disabled (Default)<br>1$_B$: Enabled | |
| Refresh tRFC Mode | R/W | OP[4] | 0$_B$: Normal Refresh Mode (tRFC1)<br>1$_B$: Fine Granularity Refresh Mode (tRFC2) | |
| Wide Range (Optional) | R | OP[5] | 0$_B$: Wide range is not supported<br>1$_B$: Wide range is supported (Optional) | |
| RFU | RFU | OP[6] | RFU | |
| TUF (Temperature Update Flag) | R | OP[7] | 0$_B$: No change in OP[2:0] since last MR4 read (default)<br>1$_B$: Change in OP[2:0] since last MR4 read | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 36

**Table 25 — Refresh Settings MR4 Register Information Table  (cont'd)**

| | |
|---|---|
| NOTE 1 | The minimum required refresh rate for each OP[2:0] setting applies to tREFI1 and tREFI2. Each OP[2:0] setting specifies a nominal temperature range. The ranges defined by OP[2:0] are determined by temperature thresholds used by the system for proper operation. |
| NOTE 2 | When OP[5]=0, the four temperature thresholds are nominally at 80°C, 85°C, 90°C and 95°C. The <80°C threshold has no minimum value specified and the >95°C threshold has no maximum temperature value specified. When OP[5]=1, the six temperature thresholds are nominally at 75°C, 80°C, 85°C, 90°C, 95°C, and 100°C. The <75°C threshold has no minimum value specified and the >100°C threshold has no maximum temperature value specified |
| | NOTE 3    DRAM vendors must report all of the possible settings over the operating temperature range of the device. Each vendor guarantees that their device will work at any temperature within the range when the system refresh interval follows there guidelines:<br>• Threshold ≤ 85 °C: tREFI x1 (1x Refresh Rate) or faster may be used<br>• Threshold > 85 °C: tREFI /2 (2x Refresh Rate) or faster is required<br>• Data integrity at thresholds >95°C is not assured regardless of refresh rate |
| NOTE 4 | The 2x Refresh Rate must be provided by the system before the DRAM Tj has gone up by more than 2°C (Temperature Margin) since the first report out of OP[2:0]=011B. This condition is reset when OP[2:0] is equal to 010B. |
| NOTE 5 | The device may not operate properly when OP[2:0]=101B, if the DRAM Tj has gone up by more than 2°C (Temperature Margin) since the first report out of OP[2:0]=101B. This condition is reset when OP[2:0] is equal to 100B. OP[2:0]=101B must be a temporary condition of the DRAM, to be addressed by immediately reducing the Tj of the DRAM by throttling its power, and/or the power of nearby devices. |
| NOTE 6 | OP[7] = 0 at power-up. OP[2:0] bits are valid after initialization sequence (Te). |
| NOTE 7 | See the section on "Temperature Sensor" for information on the recommended frequency of reading MR4 |
| NOTE 8 | Support for wide range temperature sensor ranges does not indicate that the DDR5 DRAM device may operate properly at temperature ranges above 95°C – side effects may include loss of data integrity |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.7  MR5 (MA[7:0]=05$_H$) - IO Settings

### MR5 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| Pull-Down Output Driver Impedance | | DM Enable | TDQS Enable | PODTM Support | Pull-up Output Driver Impedance | | Data Output Disable |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| Data Output Disable | W | OP[0] | 0$_B$: Normal Operation (Default)<br>1$_B$: Outputs Disabled | |
| Pull-up Output Driver Impedance | R/W | OP[2:1] | 00$_B$: RZQ/7 (34)<br>01$_B$: RZQ/6 (40)<br>10$_B$: RZQ/5 (48)<br>11$_B$: RFU | |
| Package Output Driver Test Mode Supported | R | OP[3] | 0B: Function Not Supported<br>1B: Function Supported | |
| TDQS Enable | R/W | OP[4] | 0B: Disable (Default)<br>1B: Enable | |
| DM Enable | R/W | OP[5] | 0B: Disable (Default)<br>1B: Enable | |
| Pull-Down Output Driver Impedance | R/W | OP[7:6] | 00B: RZQ/7 (34)<br>01B: RZQ/6 (40)<br>10B: RZQ/5 (48)<br>11B: RFU | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 38

## 3.5.8  MR6 (MA[7:0]=06$_H$) - Write Recovery Time and tRTP

## MR6 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| tRTP | | | | Write Recovery Time | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Write Recovery Time | R/W | OP[3:0] | 0000$_B$: 48nCK<br>0001$_B$: 54nCK<br>0010$_B$: 60nCK<br>0011$_B$: 66nCK<br>0100$_B$: 72nCK<br>0101$_B$: 78nCK<br>0110$_B$: 84nCK<br>0111$_B$: 90nCK<br>1000$_B$: 96nCK<br>1001$_B$: RFU<br>1010$_B$: RFU<br>1011$_B$: RFU<br>All other encodings reserved | 1 |
| tRTP | R/W | OP[7:4] | 0000$_B$: 12nCK<br>0001$_B$: 14nCK<br>0010$_B$: 15nCK<br>0011$_B$: 17nCK<br>0100$_B$: 18nCK<br>0101$_B$: 20nCK<br>0110$_B$: 21nCK<br>0111$_B$: 23nCK<br>1000$_B$: 24nCK<br>1001$_B$: RFU<br>1010$_B$: RFU<br>1011$_B$: RFU<br>All other encodings reserved | 2 |

NOTE 1  tWR,min is defined in the "Timing Parameters" tables (Table 323 - Table 325). Host must operate with MR settings resulting in tCK * MR6:OP[3:0] >= tWR,min.

NOTE 2  tRTP, min is defined in the "Timing Parameters" tables (Table 323 - Table 325). Host must operate with MR settings resulting in tCK * MR6:OP[7:4]>= tRTP,min.

NOTE 3  All nCK conversions require rounding algorithm consideration.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.9    MR7 (MA[7:0]=07$_H$) - Write Leveling Internal +0.5tCK Alignment Offset

**MR7 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | | | | | | (Optional) Write Leveling Internal +0.5tCK Alignment Offset - Upper Byte | (Optional) Write Leveling Internal +0.5tCK Alignment Offset - Lower Byte |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| (Optional) Write Leveling Internal +0.5tCK Alignment Offset - Lower Byte | R/W | OP[0] | 0$_B$: Disabled (Default)<br>1$_B$: 0.5tCK | 1,2 |
| (Optional) Write Leveling Internal +0.5tCK Alignment Offset - Upper Byte | R/W | OP[1] | 0$_B$: Disabled (Default)<br>1$_B$: 0.5tCK | 1,3 |
| RFU | RFU | OP[7:2] | RFU | |

NOTE 1    The WICA 0.5 tCK offset is a positive adjustment to the target WICA value. (Ex. MR3:OP[3:0] = -3 tCK (0011$_B$) and MR7:OP[0] = 1, WICA + WICAhalfCycle = -3 tCK + 0.5 tCK = -2.5 tCK)

NOTE 2    Lower Byte WL Internal Cycle Alignment is intended for x4, x8, and x16 configurations.

NOTE 3    Upper Byte WL Internal Cycle Alignment is intended for x16 configuration only. Although training of the Lower and Upper Bytes is independent, contact the DRAM vendor regarding recommendations for setting the WICA values to the same offset.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 40

## 3.5.10  MR8 (MA[7:0]=08$_H$) - Preamble / Postamble

## MR8 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| Write Postamble Settings | Read Postamble Settings | RFU | Write Preamble Settings | | Read Preamble Settings | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Read Preamble Settings | R/W | OP[2:0] | 000B: 1 tCK - 10 Pattern<br>001B: 2 tCK - 0010 Pattern<br>010B: 2 tCK - 1110 Pattern (DDR4 Style)<br>011B: 3 tCK - 000010 Pattern<br>100B: 4 tCK - 00001010 Pattern<br>101B: Reserved<br>110B: Reserved<br>111B: Reserved | 1 |
| Write Preamble Settings | R/W | OP[4:3] | 00B: Reserved<br>01B: 2 tCK - 0010 Pattern (Default)<br>10B: 3 tCK - 000010 Pattern<br>11B: 4 tCK - 00001010 Pattern | |
| RFU | RFU | OP[5] | RFU | |
| Read Postamble Settings | R/W | OP[6] | 0B: 0.5 tCK - 0 Pattern<br>1B: 1.5 tCK - 010 Pattern | |
| Write Postamble Settings | R/W | OP[7] | 0B: 0.5 tCK - 0 Pattern<br>1B: 1.5 tCK - 000 Pattern | |
| NOTE 1    Please refer to the Preamble Specification for details on the Read Preamble modes and patterns. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.11  MR9 (MA[7:0]=09H) - Writeback Suppression and TM
**MR9 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| TM | RFU | | | | | x4 Write | ECS Writeback |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| ECS Writeback | R/W | OP[0] | 0B: Do not suppress writeback of Data and ECC Check Bits (Default)<br>1B: Suppress writeback of Data and ECC Check Bits (Optional) | 1 |
| x4 Writes | R/W | OP[1] | 0B: Do not suppress writeback of Data during RMW (Default)<br>1B: Suppress writeback of Data during RMW (Optional) | 1 |
| RFU | RFU | OP[6:2] | RFU | |
| TM | W | OP[7] | 0B: Normal (Default)<br>1B: Test Mode | |
| NOTE 1    DDR5 SPD Byte 14 Bits[2:1] indicates if feature is supported and will also indicate whether to use MR9 or MR15 for enabling the modes. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 42

## 3.5.12  MR10 (MA[7:0]=0A$_H$) - VrefDQ Calibration Value

## MR10 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| VrefDQ Calibration Value |||||||||

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| VrefDQ Cal Value | R/W | OP[7:0] | 0000:0000$_B$: <br> --Thru-- <br> 1111:1111$_B$: See Table Below | |

### Table 26 — VrefDQ Setting Range

| Function | Operand | | | | | | Notes |
|---|---|---|---|---|---|---|---|
| VrefDQ Cal Value for MR10 | OP | 0000 0000$_B$: 97.5% | 0001 1011$_B$: 84.0% | 0011 0110$_B$: 70.5% | 0101 0001$_B$: 57.0% | 0110 1100$_B$: 43.5% | |
| | | 0000 0001$_B$: 97.0% | 0001 1100$_B$: 83.5% | 0011 0111$_B$: 70.0% | 0101 0010$_B$: 56.5% | 0110 1101$_B$: 43.0% | |
| | | 0000 0010$_B$: 96.5% | 0001 1101$_B$: 83.0% | 0011 1000$_B$: 69.5% | 0101 0011$_B$: 56.0% | 0110 1110$_B$: 42.5% | |
| | | 0000 0011$_B$: 96.0% | 0001 1110$_B$: 82.5% | 0011 1001$_B$: 69.0% | 0101 0100$_B$: 55.5% | 0110 1111$_B$: 42.0% | |
| | | 0000 0100$_B$: 95.5% | 0001 1111$_B$: 82.0% | 0011 1010$_B$: 68.5% | 0101 0101$_B$: 55.0% | 0111 0000$_B$: 41.5% | |
| | | 0000 0101$_B$: 95.0% | 0010 0000$_B$: 81.5% | 0011 1011$_B$: 68.0% | 0101 0110$_B$: 54.5% | 0111 0001$_B$: 41.0% | |
| | | 0000 0110$_B$: 94.5% | 0010 0001$_B$: 81.0% | 0011 1100$_B$: 67.5% | 0101 0111$_B$: 54.0% | 0111 0010$_B$: 40.5% | |
| | | 0000 0111$_B$: 94.0% | 0010 0010$_B$: 80.5% | 0011 1101$_B$: 67.0% | 0101 1000$_B$: 53.5% | 0111 0011$_B$: 40.0% | |
| | | 0000 1000$_B$: 93.5% | 0010 0011$_B$: 80.0% | 0011 1110$_B$: 66.5% | 0101 1001$_B$: 53.0% | 0111 0100$_B$: 39.5% | |
| | | 0000 1001$_B$: 93.0% | 0010 0100$_B$: 79.5% | 0011 1111$_B$: 66.0% | 0101 1010$_B$: 52.5% | 0111 0101$_B$: 39.0% | |
| | | 0000 1010$_B$: 92.5% | 0010 0101$_B$: 79.0% | 0100 0000$_B$: 65.5% | 0101 1011$_B$: 52.0% | 0111 0110$_B$: 38.5% | |
| | | 0000 1011$_B$: 92.0% | 0010 0110$_B$: 78.5% | 0100 0001$_B$: 65.0% | 0101 1100$_B$: 51.5% | 0111 0111$_B$: 38.0% | |
| | | 0000 1100$_B$: 91.5% | 0010 0111$_B$: 78.0% | 0100 0010$_B$: 64.5% | 0101 1101$_B$: 51.0% | 0111 1000$_B$: 37.5% | |
| | | 0000 1101$_B$: 91.0% | 0010 1000$_B$: 77.5% | 0100 0011$_B$: 64.0% | 0101 1110$_B$: 50.5% | 0111 1001$_B$: 37.0% | |
| | | 0000 1110$_B$: 90.5% | 0010 1001$_B$: 77.0% | 0100 0100$_B$: 63.5% | 0101 1111$_B$: 50.0% | 0111 1010$_B$: 36.5% | |
| | | 0000 1111$_B$: 90.0% | 0010 1010$_B$: 76.5% | 0100 0101$_B$: 63.0% | 0110 0000$_B$: 49.5% | 0111 1011$_B$: 36.0% | |
| | | 0001 0000$_B$: 89.5% | 0010 1011$_B$: 76.0% | 0100 0110$_B$: 62.5% | 0110 0001$_B$: 49.0% | 0111 1100$_B$: 35.5% | |
| | | 0001 0001$_B$: 89.0% | 0010 1100$_B$: 75.5% | 0100 0111$_B$: 62.0% | 0110 0010$_B$: 48.5% | 0111 1101$_B$: 35.0% | |
| | | 0001 0010$_B$: 88.5% | 0010 1101$_B$: 75.0% | 0100 1000$_B$: 61.5% | 0110 0011$_B$: 48.0% | | |
| | | 0001 0011$_B$: 88.0% | 0010 1110$_B$: 74.5% | 0100 1001$_B$: 61.0% | 0110 0100$_B$: 47.5% | | |
| | | 0001 0100$_B$: 87.5% | 0010 1111$_B$: 74.0% | 0100 1010$_B$: 60.5% | 0110 0101$_B$: 47.0% | | |
| | | 0001 0101$_B$: 87.0% | 0011 0000$_B$: 73.5% | 0100 1011$_B$: 60.0% | 0110 0110$_B$: 46.5% | | |
| | | 0001 0110$_B$: 86.5% | 0011 0001$_B$: 73.0% | 0100 1100$_B$: 59.5% | 0110 0111$_B$: 46.0% | All Others: Reserved | |
| | | 0001 0111$_B$: 86.0% | 0011 0010$_B$: 72.5% | 0100 1101$_B$: 59.0% | 0110 1000$_B$: 45.5% | | |
| | | 0001 1000$_B$: 85.5% | 0011 0011$_B$: 72.0% | 0100 1110$_B$: 58.5% | 0110 1001$_B$: 45.0% | | |
| | | 0001 1001$_B$: 85.0% | 0011 0100$_B$: 71.5% | 0100 1111$_B$: 58.0% | 0110 1010$_B$: 44.5% | | |
| | | 0001 1010$_B$: 84.5% | 0011 0101$_B$: 71.0% | 0101 0000$_B$: 57.5% | 0110 1011$_B$: 44.0% | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.13  MR11 (MA[6:0]=0B$_H$) - Vref CA Calibration Value

### MR11 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| VrefCA Calibration Value | | | | | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| VrefCA Cal Value | R | OP[6:0] | 000:0000$_B$: <br> --Thru-- <br> 111:1111$_B$: See Table Below | 1, 2 |
| | R | OP[7] | V: Valid | |

NOTE 1   Since VREF CA Calibration setting has an explicit command (VrefCA COMMAND), it can only be programmed via that command and its mode register is therefore read only.

NOTE 2   Since the state of CA12 is used to differentiate the VrefCA vs VrefCS command, the MR11/12 OP[7] value is defined as valid.

#### Table 27 — VrefCA Setting Range

| Function | Operand | | | | | | Notes |
|----------|---------|---|---|---|---|---|-------|
| **VrefCA Cal Value for MR11** | OP | V000 0000$_B$: 97.5% | V001 1011$_B$: 84.0% | V011 0110$_B$: 70.5% | V101 0001$_B$: 57.0% | V110 1100$_B$: 43.5% | |
| | | V000 0001$_B$: 97.0% | V001 1100$_B$: 83.5% | V011 0111$_B$: 70.0% | V101 0010$_B$: 56.5% | V110 1101$_B$: 43.0% | |
| | | V000 0010$_B$: 96.5% | V001 1101$_B$: 83.0% | V011 1000$_B$: 69.5% | V101 0011$_B$: 56.0% | V110 1110$_B$: 42.5% | |
| | | V000 0011$_B$: 96.0% | V001 1110$_B$: 82.5% | V011 1001$_B$: 69.0% | V101 0100$_B$: 55.5% | V110 1111$_B$: 42.0% | |
| | | V000 0100$_B$: 95.5% | V001 1111$_B$: 82.0% | V011 1010$_B$: 68.5% | V101 0101$_B$: 55.0% | V111 0000$_B$: 41.5% | |
| | | V000 0101$_B$: 95.0% | V010 0000$_B$: 81.5% | V011 1011$_B$: 68.0% | V101 0110$_B$: 54.5% | V111 0001$_B$: 41.0% | |
| | | V000 0110$_B$: 94.5% | V010 0001$_B$: 81.0% | V011 1100$_B$: 67.5% | V101 0111$_B$: 54.0% | V111 0010$_B$: 40.5% | |
| | | V000 0111$_B$: 94.0% | V010 0010$_B$: 80.5% | V011 1101$_B$: 67.0% | V101 1000$_B$: 53.5% | V111 0011$_B$: 40.0% | |
| | | V000 1000$_B$: 93.5% | V010 0011$_B$: 80.0% | V011 1110$_B$: 66.5% | V101 1001$_B$: 53.0% | V111 0100$_B$: 39.5% | |
| | | V000 1001$_B$: 93.0% | V010 0100$_B$: 79.5% | V011 1111$_B$: 66.0% | V101 1010$_B$: 52.5% | V111 0101$_B$: 39.0% | |
| | | V000 1010$_B$: 92.5% | V010 0101$_B$: 79.0% | V100 0000$_B$: 65.5% | V101 1011$_B$: 52.0% | V111 0110$_B$: 38.5% | |
| | | V000 1011$_B$: 92.0% | V010 0110$_B$: 78.5% | V100 0001$_B$: 65.0% | V101 1100$_B$: 51.5% | V111 0111$_B$: 38.0% | |
| | | V000 1100$_B$: 91.5% | V010 0111$_B$: 78.0% | V100 0010$_B$: 64.5% | V101 1101$_B$: 51.0% | V111 1000$_B$: 37.5% | |
| | | V000 1101$_B$: 91.0% | V010 1000$_B$: 77.5% | V100 0011$_B$: 64.0% | V101 1110$_B$: 50.5% | V111 1001$_B$: 37.0% | |
| | | V000 1110$_B$: 90.5% | V010 1001$_B$: 77.0% | V100 0100$_B$: 63.5% | V101 1111$_B$: 50.0% | V111 1010$_B$: 36.5% | |
| | | V000 1111$_B$: 90.0% | V010 1010$_B$: 76.5% | V100 0101$_B$: 63.0% | V110 0000$_B$: 49.5% | V111 1011$_B$: 36.0% | |
| | | V001 0000$_B$: 89.5% | V010 1011$_B$: 76.0% | V100 0110$_B$: 62.5% | V110 0001$_B$: 49.0% | V111 1100$_B$: 35.5% | |
| | | V001 0001$_B$: 89.0% | V010 1100$_B$: 75.5% | V100 0111$_B$: 62.0% | V110 0010$_B$: 48.5% | V111 1101$_B$: 35.0% | |
| | | V001 0010$_B$: 88.5% | V010 1101$_B$: 75.0% | V100 1000$_B$: 61.5% | V110 0011$_B$: 48.0% | All Others: Reserved | |
| | | V001 0011$_B$: 88.0% | V010 1110$_B$: 74.5% | V100 1001$_B$: 61.0% | V110 0100$_B$: 47.5% | | |
| | | V001 0100$_B$: 87.5% | V010 1111$_B$: 74.0% | V100 1010$_B$: 60.5% | V110 0101$_B$: 47.0% | | |
| | | V001 0101$_B$: 87.0% | V011 0000$_B$: 73.5% | V100 1011$_B$: 60.0% | V110 0110$_B$: 46.5% | | |
| | | V001 0110$_B$: 86.5% | V011 0001$_B$: 73.0% | V100 1100$_B$: 59.5% | V110 0111$_B$: 46.0% | | |
| | | V001 0111$_B$: 86.0% | V011 0010$_B$: 72.5% | V100 1101$_B$: 59.0% | V110 1000$_B$: 45.5% | | |
| | | V001 1000$_B$: 85.5% | V011 0011$_B$: 72.0% | V100 1110$_B$: 58.5% | V110 1001$_B$: 45.0% | | |
| | | V001 1001$_B$: 85.0% | V011 0100$_B$: 71.5% | V100 1111$_B$: 58.0% | V110 1010$_B$: 44.5% | | |
| | | V001 1010$_B$: 84.5% | V011 0101$_B$: 71.0% | V101 0000$_B$: 57.5% | V110 1011$_B$: 44.0% | | |

NOTE   "V" = Valid.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 44

## 3.5.14  MR12 (MA[7:0]=0C$_H$) - Vref CS Calibration Value

## MR12 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| VrefCS Calibration Value ||||||||

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| VrefCS Cal Value | R | OP[6:0] | 000:0000$_B$:<br>--Thru--<br>111:1111$_B$: See Table Below | 1, 2 |
| | R | OP[7] | V: Valid | |

NOTE 1  Since VREF CS Calibration setting has an explicit command (VrefCS COMMAND), it can only be programmed via that command and its mode register is therefore read only.

NOTE 2  Since the state of CA12 is used to differentiate the VrefCA vs VrefCS command, the MR11/12 OP[7] value is defined as valid.

### Table 28 — VrefCS Setting Range

| Function | Operand | | | | | | Notes |
|----------|---------|---|---|---|---|---|-------|
| VrefCS Cal Value for MR12 | OP | V000 0000B: 97.5% | V001 1011B: 84.0% | V011 0110B: 70.5% | V101 0001B: 57.0% | V110 1100B: 43.5% | |
| | | V000 0001B: 97.0% | V001 1100B: 83.5% | V011 0111B: 70.0% | V101 0010B: 56.5% | V110 1101B: 43.0% | |
| | | V000 0010B: 96.5% | V001 1101B: 83.0% | V011 1000B: 69.5% | V101 0011B: 56.0% | V110 1110B: 42.5% | |
| | | V000 0011B: 96.0% | V001 1110B: 82.5% | V011 1001B: 69.0% | V101 0100B: 55.5% | V110 1111B: 42.0% | |
| | | V000 0100B: 95.5% | V001 1111B: 82.0% | V011 1010B: 68.5% | V101 0101B: 55.0% | V111 0000B: 41.5% | |
| | | V000 0101B: 95.0% | V010 0000B: 81.5% | V011 1011B: 68.0% | V101 0110B: 54.5% | V111 0001B: 41.0% | |
| | | V000 0110B: 94.5% | V010 0001B: 81.0% | V011 1100B: 67.5% | V101 0111B: 54.0% | V111 0010B: 40.5% | |
| | | V000 0111B: 94.0% | V010 0010B: 80.5% | V011 1101B: 67.0% | V101 1000B: 53.5% | V111 0011B: 40.0% | |
| | | V000 1000B: 93.5% | V010 0011B: 80.0% | V011 1110B: 66.5% | V101 1001B: 53.0% | V111 0100B: 39.5% | |
| | | V000 1001B: 93.0% | V010 0100B: 79.5% | V011 1111B: 66.0% | V101 1010B: 52.5% | V111 0101B: 39.0% | |
| | | V000 1010B: 92.5% | V010 0101B: 79.0% | V100 0000B: 65.5% | V101 1011B: 52.0% | V111 0110B: 38.5% | |
| | | V000 1011B: 92.0% | V010 0110B: 78.5% | V100 0001B: 65.0% | V101 1100B: 51.5% | V111 0111B: 38.0% | |
| | | V000 1100B: 91.5% | V010 0111B: 78.0% | V100 0010B: 64.5% | V101 1101B: 51.0% | V111 1000B: 37.5% | |
| | | V000 1101B: 91.0% | V010 1000B: 77.5% | V100 0011B: 64.0% | V101 1110B: 50.5% | V111 1001B: 37.0% | |
| | | V000 1110B: 90.5% | V010 1001B: 77.0% | V100 0100B: 63.5% | V101 1111B: 50.0% | V111 1010B: 36.5% | |
| | | V000 1111B: 90.0% | V010 1010B: 76.5% | V100 0101B: 63.0% | V110 0000B: 49.5% | V111 1011B: 36.0% | |
| | | V001 0000B: 89.5% | V010 1011B: 76.0% | V100 0110B: 62.5% | V110 0001B: 49.0% | V111 1100B: 35.5% | |
| | | V001 0001B: 89.0% | V010 1100B: 75.5% | V100 0111B: 62.0% | V110 0010B: 48.5% | V111 1101B: 35.0% | |
| | | V001 0010B: 88.5% | V010 1101B: 75.0% | V100 1000B: 61.5% | V110 0011B: 48.0% | All Others: Reserved | |
| | | V001 0011B: 88.0% | V010 1110B: 74.5% | V100 1001B: 61.0% | V110 0100B: 47.5% | | |
| | | V001 0100B: 87.5% | V010 1111B: 74.0% | V100 1010B: 60.5% | V110 0101B: 47.0% | | |
| | | V001 0101B: 87.0% | V011 0000B: 73.5% | V100 1011B: 60.0% | V110 0110B: 46.5% | | |
| | | V001 0110B: 86.5% | V011 0001B: 73.0% | V100 1100B: 59.5% | V110 0111B: 46.0% | | |
| | | V001 0111B: 86.0% | V011 0010B: 72.5% | V100 1101B: 59.0% | V110 1000B: 45.5% | | |
| | | V001 1000B: 85.5% | V011 0011B: 72.0% | V100 1110B: 58.5% | V110 1001B: 45.0% | | |
| | | V001 1001B: 85.0% | V011 0100B: 71.5% | V100 1111B: 58.0% | V110 1010B: 44.5% | | |
| | | V001 1010B: 84.5% | V011 0101B: 71.0% | V101 0000B: 57.5% | V110 1011B: 44.0% | | |

NOTE    "V" = Valid.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.15 MR13 (MA [7:0] = 0DH) - CS Geardown / tCCD_L / tCCD_L_WR / tCCD_L_WR2 / tDLLK
#### MR13 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | | | CS Geardown Enable/Disable at next SREF | tCCD_L / tCCD_L_WR / tCCD_L_WR2 / tDLLK | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| tCCD_L / tCCD_L_WR / tCCD_L_WR2 / tDLLK | R | OP[3:0] | $0000_B$: <br>--Thru-- <br>$1111_B$: See Table Below | |
| CS Geardown Enable/Disable at next SREF | W/R | OP[4] | $0_B$: CS Geardown is disabled at next SREF (Default). <br>$1_B$: CS Geardown is enabled at next SREF. | |
| RFU | RFU | OP[7:5] | RFU | |

#### Table 29 — tCCD_L/tCCD_L_WR/tCCD_L_WR2/tDLLK Encoding Details

| Function | OP[3:0] | tCCD_L.min (nCK) | tCCD_L_WR. min (nCK) | tCCD_L_WR. min (nCK) | tDLLK.min (nCK) | Details | Notes |
|----------|---------|------------------|----------------------|----------------------|-----------------|---------|-------|
| tCCD_L / tCCD_L_WR / tCCD_L_WR2/ tDLLK | 0000 | 8 | 16 | 32 | 1024 | 1980MT/s≤ Data Rate ≤ 2100MT/s & 2933MT/s≤ Data Rate =< 3200MT/s | 1,2,3 |
| | 0001 | 9 | 18 | 36 | 1024 | 3200MT/s< Data Rate ≤ 3600MT/s | |
| | 0010 | 10 | 20 | 40 | 1280 | 3600MT/s< Data Rate ≤ 4000MT/s | |
| | 0011 | 11 | 22 | 44 | 1280 | 4000MT/s< Data Rate ≤ 4400MT/s | |
| | 0100 | 12 | 24 | 48 | 1536 | 4400MT/s< Data Rate ≤ 4800MT/s | |
| | 0101 | 13 | 26 | 52 | 1536 | 4800MT/s< Data Rate ≤ 5200MT/s | |
| | 0110 | 14 | 28 | 56 | 1792 | 5200MT/s< Data Rate ≤ 5600MT/s | |
| | 0111 | 15 | 30 | 60 | 1792 | 5600MT/s< Data Rate ≤ 6000MT/s | |
| | 1000 | 16 | 32 | 64 | 2048 | 6000MT/s< Data Rate ≤ 6400MT/s | |
| | 1001 | | | | | | |
| | ... | | All other encodings Reserved | | | | |
| | 1111 | | | | | | |

NOTE 1  tCCD_L /tCCD_L_WR/tCCD_L_WR2/tDLLK are programmed according to the value defined in the AC parametric table per operating frequency.
NOTE 2  The register type is "R" (read only) since MR13 is set by the "Configure tDLLK/tCCD_L/tCCD_L_WR/tCCD_L_WR2" MPC command.
NOTE 3  Data rate ranges align with Speed Bin Table definitions.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 46

## 3.5.16  MR14 (MA[7:0]=0EH) - Transparency ECC Configuration
## MR14 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| ECS Mode | Reset ECS Counter | Row Mode/ Code Word Mode | RFU | CID3 | CID2 | CID1 | CID0 |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| ECS Error Register Index/ MBIST Rank Select | R/W | OP[3:0] | CID[3:0] | 1,2,3,4 |
| RFU | RFU | OP[4] | RFU | |
| Code Word/Row Count | R/W | OP[5] | 0B: ECS counts Rows with errors<br>1B: ECS counts Code words with errors | 1 |
| ECS Reset Counter | W | OP[6] | 0B: Normal (Default)<br>1B: Reset ECC Counter | 1,4 |
| ECS Mode | R/W | OP[7] | 0B: Manual ECS Mode Disabled (Default)<br>1B: Manual ECS Mode Enabled | 1 |

NOTE 1  MR14:OP[3:0] must be setup by MRW to indicate which slice in the 3DS-DDR5 stack is referenced by the MRR for MR14-MR20 ECS transparency data, MR22 MBIST transparency data, and MR54-MR57 hPPR resource availability. On 3DS devices that support optional MBIST/mPPR, prior to MBIST initialization via MR23:OP[4] followed by guard keys, MR14:OP[3:0] must be programmed by MRW according to the logical rank that is desired to perform MBIST.
NOTE 2  CID[3:0] encoding is based on the stack height of the device and varies depending on the number of dies in the stack.
NOTE 3  For Monolithic DDR5, CID[3:0] should be set to 0.
NOTE 4  ECS stands for Error Check Scrub operation.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.17  MR15 (MA[7:0]=0F$_H$) - Transparency ECC Threshold per Gb of Memory Cells and Automatic ECS in Self Refresh

#### MR15 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| x4 Writes | ECS Writeback | RFU | | Automatic ECS in Self Refresh | ECS Error Threshold Count (ETC) | | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| ECS Error Threshold Count (ETC) | R/W | OP[2:0] | 000$_B$: 4<br>001$_B$: 16<br>010$_B$: 64<br>011$_B$: 256 (Default)<br>100$_B$: 1024<br>101$_B$: 4096<br>110$_B$: RFU<br>111$_B$: RFU | |
| Automatic ECS in Self Refresh | W | OP[3] | 0$_B$: Automatic ECS disabled in Self-Refresh in Manual ECS mode (default)<br>1$_B$: Automatic ECS enabled in Self-Refresh in Manual ECS mode | |
| RFU | RFU | OP[5:4] | RFU | |
| ECS Writeback | R/W | OP[6] | 0B: Do not suppress writeback of Data and ECC Check Bits (Default)<br>1B: Suppress writeback of Data and ECC Check Bits (Optional) | 4 |
| x4 Writes | R/W | OP[7] | 0B: Do not suppress writeback of Data during RMW (Default)<br>1B: Suppress writeback of Data during RMW (Optional) | 4 |

NOTE 1   MR14:OP[3:0] applies to CID[3:0] for 3DS-DDR5 and must be setup to indicate which slice in the 3DS-DDR5 stack is referenced in the MR14 through MR20 transparency data.

NOTE 2   DDR5 performs Automatic ECS operation while in Self-Refresh mode either by enabling MR15:OP[3]=1$_B$ (Automatic ECS in Self-Refresh enable) or disabling MR14:OP[7]=0$_B$ (Automatic ECS mode enable).

NOTE 3   If the Automatic ECS in Self-Refresh is enabled, transparency mode-registers updated cannot be controlled by the number of Manual ECS operation MPC command since the ECS counter is increased by both manual ECS command and the Automatic ECS Operation in Self-Refresh mode.

NOTE 4   DDR5 SPD Byte 14 Bits[2:1] indicates if feature is supported and will also indicate whether to use MR9 or MR15 for enabling the modes.

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

JEDEC Standard No. 79-5B_v1.20
Page 48

### 3.5.18  MR16 (MA [7:0] = 10$_H$) - Row Address with Max Errors 1
**MR16 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| R7 | R6 | R5 | R4 | R3 | R2 | R1 | R0 |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Max Row Error Address R[7:0] | R | OP[7:0] | Contains 8 bits of the row address with the highest error count | 1 |
| NOTE 1 | MR14:OP[3:0] applies to CID[3:0] for 3DS-DDR5 and must be setup to indicate which slice in the 3DS-DDR5 stack is referenced in the MR14 through MR20 transparency data | | | |

### 3.5.19  MR17 (MA [7:0] = 11$_H$) - Row Address with Max Errors 2
**MR17 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| R15 | R14 | R13 | R12 | R11 | R10 | R9 | R8 |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Max Row Error Address R[15:8] | R | OP[7:0] | Contains 8 bits of the row address with the highest error count | 1 |
| NOTE 1 | MR14:OP[3:0] applies to CID[3:0] for 3DS-DDR5 and must be setup to indicate which slice in the 3DS-DDR5 stack is referenced in the MR14 through MR20 transparency data | | | |

### 3.5.20  MR18 (MA [7:0] = 12$_H$) - Row Address with Max Errors 3
**MR18 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | BG2 | BG1 | BG0 | BA1 | BA0 | R17 | R16 |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Max Row Error Address BG[2:0],BA[1,0], R[17,16] | R | OP[7:0] | Contains 8 bits of the row address with the highest error count | 1 |
| RFU | RFU | OP[7] | RFU | |
| NOTE 1 | MR14:OP[3:0] applies to CID[3:0] for 3DS-DDR5 and must be setup to indicate which slice in the 3DS-DDR5 stack is referenced in the MR14 through MR20 transparency data | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.21  MR19 (MA [7:0] = 13$_H$) - Max Row Error Count

**MR19 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| PASR | RFU | REC5 | REC4 | REC3 | REC2 | REC1 | REC0 |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| **Max Row Error Count REC[5:0]** | **R** | **OP[5:0]** | Contains number of errors within the row with the most errors | 1 |
| **RFU** | **RFU** | **OP[6]** | RFU | |
| **PASR** | **R** | **OP[7]** | 0 = PASR not supported<br>1 = PASR supported | |
| NOTE 1    MR14:OP[3:0] applies to CID[3:0] for 3DS-DDR5 and must be setup to indicate which slice in the 3DS-DDR5 stack is referenced in the MR14 through MR20 transparency data. | | | | |

### 3.5.22  MR20 (MA [7:0] = 14$_H$) - Error Count (EC)

**MR20 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| EC7 | EC6 | EC5 | EC4 | EC3 | EC2 | EC1 | EC0 |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| **Error Count EC[7:0]** | **R** | **OP[7:0]** | Contains the error count range data | 1 |
| NOTE 1    MR14:OP[3:0] applies to CID[3:0] for 3DS-DDR5 and must be setup to indicate which slice in the 3DS-DDR5 stack is referenced in the MR14 through MR20 transparency data. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.23  MR21 (MA [7:0] = 15$_H$) - Rx CTLE Control Setting (DQS)

### MR21 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | RFU | RFU | RFU | RFU | Rx DQS CTLE Control (Optional) | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Rx DQS CTLE Control (Optional) | W | OP[2:0] | 000$_B$: Vendor Optimized Setting (Default)<br>001$_B$: Vendor defined<br>010$_B$: Vendor defined<br>011$_B$: Vendor defined<br>100$_B$: Vendor defined<br>101$_B$: Vendor defined<br>110$_B$: Vendor defined<br>111$_B$: Vendor defined | 1,2,3,4,5 |
| RFU | RFU | OP[7:3] | RFU | |

NOTE 1   Rx CTLE is an optional feature on DDR5. It may be needed for DRAMs that operate at >=6000Mbps. MR22:OP[3] indicates host whether Rx CTLE is supported or not.

NOTE 2   Refer to the vendor data sheets for more information regarding Rx CTLE Control Settings.

NOTE 3   Since CTLE circuits can not be typically bypassed, a disable option is not provided. Instead, a vendor optimized setting is given. It should be noted that the settings are not specifically linear in relationship to the vendor optimized setting, so the host may opt to instead walk through all the provided options and use the setting that works best in their environment.

NOTE 4   The host can step through all possible combinations of MR bit allocation and choose the settings that is best optimized for the system based on the performance metric of interest.

NOTE 5   MR21:OP[2:0] controls both upper and lower DQS (U/LDQS) for X16 DRAMs.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.24  MR22 (MA [7:0] = 16$_H$) - MBIST/mPPR Transparency, Rx CTLE Control Setting (Support Indicator, CA, and CS_n)

**MR22 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| Rx CS_n CTLE Control (Optional) | | Rx CA CTLE Control (Optional) | | Rx CTLE Support | MBIST/mPPR Transparency (Optional) | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| MBIST/mPPR Transparency (Optional) | R | OP[2:0] | 000$_B$: MBIST hasn't run since INIT OR no fails remain after most recent run (Default) | 1,2 |
| | | | 001$_B$: Fails remain | 2 |
| | | | 010$_B$: Unrepairable fails remain | 2 |
| | | | 011$_B$: MBIST should be run again | 2 |
| | | | 100B-111$_B$: Reserved | 2 |
| Rx CTLE Support | R | OP[3] | 0$_B$: Rx CTLE not supported<br>1$_B$: Rx CTLE supported | 3 |
| Rx CA CTLE Control | R/W | OP[5:4] | 00$_B$: Vendor Optimized Setting (Default)<br>01$_B$: Vendor defined<br>10$_B$: Vendor defined<br>11$_B$: Vendor defined | 3,4,5,6 |
| Rx CS CTLE Control | R/W | OP[7:6] | 00$_B$: Vendor Optimized Setting (Default)<br>01$_B$: Vendor defined<br>10$_B$: Vendor defined<br>11$_B$: Vendor defined | 3,4,5,6 |

NOTE 1   The host should track whether MBIST has run since INIT. If MBIST is run and finds no fails, this transparency state will remain set to 000$_B$.

NOTE 2   MR14:OP[3:0] must be programmed by MRW to indicate which slice in the 3DS-DDR5 stack is referenced by the MRR for reading MR22 MBIST transparency data.

NOTE 3   Rx CTLE is an optional feature on DDR5. It may be needed for DRAMs that operate at >=6000Mbps. MR22:OP[3] indicates host whether Rx CTLE is supported or not.

NOTE 4   Refer to the vendor data sheets for more information regarding Rx CTLE Control Settings.

NOTE 5   Since CTLE circuits can not be typically bypassed, a disable option is not provided. Instead, a vendor optimized setting is given. It should be noted that the settings are not specifically linear in relationship to the vendor optimized setting, so the host may opt to instead walk through all the provided options and use the setting that works best in their environment.

NOTE 6   The host can step through all possible combinations of MR bit allocation and choose the settings that is best optimized for the system based on the performance metric of interest.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 52

## 3.5.25  MR23 (MA [7:0] = 17$_H$) - MBIST/PPR Settings
## MR23 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | | RFU | MBIST (Optional) | mPPR (Optional) | sPPR | | hPPR |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| hPPR | R/W | OP[0] | $0_B$: Disable<br>$1_B$: Enable | 1 |
| sPPR | R/W | OP[1] | $0_B$: Disable<br>$1_B$: Enable<br>See OP[2] for definition with sPPR Undo/Lock Implemented | 1 |
| | SR/W | OP[2] | DRAM Status Read (SR):<br>$0_B$: Not Implemented (Default)<br>$1_B$: sPPR Undo/Lock Implemented<br><br>Host Write (W) for OP[2:1]<br>$00_B$: Disabled (Normal Operation)<br>$01_B$: sPPR Enabled<br>$10_B$: sPPR Undo Enabled<br>$11_B$: sPPR Lock Enabled | |
| mPPR | W | OP[3] | $0_B$: Disable<br>$1_B$: Enable (Optional) | 1 |
| MBIST | SR/W | OP[4] | DRAM Status Read (SR):<br>$0_B$: No MBIST/mPPR Support<br>$1_B$: Supports MBIST/mPPR (Optional)<br><br>Host Write (W):<br>$0_B$: MBIST Disabled<br>$1_B$: MBIST Enable | 1,2 |
| RFU | RFU | OP[7:5] | RFU | |

NOTE 1   Only one of these opcode bits may be programmed by the host to 1 at any given time. If any one of these opcode bits are enabled, the remaining bits must be programmed to 0.

NOTE 2   DRAM will automatically write to 0 when MBIST completes. Therefore, the host is not required to program to zero before performing MBIST again.

NOTE 3   For 3DS-DDR5 devices, MBIST Enable (MR23:OP[4]=1) is only enabled on the target logical rank designated by CID[3:0] and programmed by MRW via MR14:OP[3:0].

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.26  MR24 (MA [7:0] = 18$_H$) - PPR Guard Key

**MR24 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| PPR Guard Key |||||||||

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| PPR Guard Key | W | OP[7:0] | See PPR Section for Sequence | |

### 3.5.27  MR25 (MA[7:0]=19$_H$) - Read Training Mode Settings

**MR25 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU |||| Continuous Burst Mode | LFSR1 Pattern Option | LFSR0 Pattern Option | Read Training Pattern Format |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Read Training Pattern Format | R/W | OP[0] | 0B: Serial<br>1B: LFSR | |
| LFSR0 Pattern Option | R/W | OP[1] | 0B: LFSR<br>1B: Clock | |
| LFSR1 Pattern Option | R/W | OP[2] | 0B: LFSR<br>1B: Clock | |
| Continuous Burst Mode | R/W | OP[3] | 0B: MRR command based (Default)<br>1B: Continuous Burst Output | |
| RFU | RFU | OP[7:4] | RFU | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 54

### 3.5.28  MR26 (MA[7:0]=1A$_H$) - Read Pattern Data0 / LFSR0

**MR26 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| Read Training Pattern Data0 / LFSR0 Seed | | | | | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Read Pattern / LFSR Seed UI 0 | R/W | OP[0] | | |
| Read Pattern / LFSR Seed UI 1 | R/W | OP[1] | | |
| Read Pattern / LFSR Seed UI 2 | R/W | OP[2] | | |
| Read Pattern / LFSR Seed UI 3 | R/W | OP[3] | UI<7:0> data for serial mode, LFSR0 seed for LFSR mode | 1 |
| Read Pattern / LFSR Seed UI 4 | R/W | OP[4] | | |
| Read Pattern / LFSR Seed UI 5 | R/W | OP[5] | | |
| Read Pattern / LFSR Seed UI 6 | R/W | OP[6] | | |
| Read Pattern / LFSR Seed UI 7 | R/W | OP[7] | | |
| NOTE 1    The default value for the **Read Training Pattern Data0/LFSR0** register setting is: 0x5A. | | | | |

### 3.5.29  MR27 (MA[7:0]=1B$_H$) - Read Pattern Data1 / LFSR1

**MR27 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| Read Training Pattern Data1 / LFSR1 Seed | | | | | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Read Pattern / LFSR Seed UI 8 | R/W | OP[0] | | |
| Read Pattern / LFSR Seed UI 9 | R/W | OP[1] | | |
| Read Pattern / LFSR Seed UI 10 | R/W | OP[2] | | |
| Read Pattern / LFSR Seed UI 11 | R/W | OP[3] | UI<15:8> data for serial mode, LFSR1 seed for LFSR mode | 1 |
| Read Pattern / LFSR Seed UI 12 | R/W | OP[4] | | |
| Read Pattern / LFSR Seed UI 13 | R/W | OP[5] | | |
| Read Pattern / LFSR Seed UI 14 | R/W | OP[6] | | |
| Read Pattern / LFSR Seed UI 15 | R/W | OP[7] | | |
| NOTE 1    The default value for the Read Training Pattern Data1/LFSR1 register setting is: 0x3C. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.30  MR28 (MA[7:0]=1C$_H$) - Read Pattern Invert DQL7:0 (DQ7:0)
### MR28 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| Read Training Pattern Invert DQL7:0 (DQ7:0) | | | | | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DQ Invert (Lower DQ Bits) | R/W | OP[0] | DQL0 (DQ0)<br>0$_B$: Normal<br>1$_B$: Invert | 1 |
| | R/W | OP[1] | DQL1 (DQ1)<br>0$_B$: Normal<br>1$_B$: Invert | |
| | R/W | OP[2] | DQL2 (DQ2)<br>0$_B$: Normal<br>1$_B$: Invert | |
| | R/W | OP[3] | DQL3 (DQ3)<br>0$_B$: Normal<br>1$_B$: Invert | |
| | R/W | OP[4] | DQL4 (DQ4)<br>0$_B$: Normal<br>1$_B$: Invert | |
| | R/W | OP[5] | DQL5 (DQ5)<br>0$_B$: Normal<br>1$_B$: Invert | |
| | R/W | OP[6] | DQL6 (DQ6)<br>0$_B$: Normal<br>1$_B$: Invert | |
| | R/W | OP[7] | DQL7 (DQ7)<br>0$_B$: Normal<br>1$_B$: Invert | |

NOTE 1   The default value for the **Read Training Pattern Invert DQL7:0 (DQ7:0)** register setting is: 0x00.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 56

### 3.5.31  MR29 (MA[7:0]= D$_H$) - Read Pattern Invert DQU7:0 (DQ15:8)
### MR29 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| Read Training Pattern Invert DQU7:0 (DQ15:8) | | | | | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DQ Invert (Upper DQ Bits) | R/W | OP[0] | DQU0 (DQ8)<br>0$_B$: Normal<br>1$_B$: Invert | 1 |
| | R/W | OP[1] | DQU1 (DQ9)<br>0$_B$: Normal<br>1$_B$: Invert | |
| | R/W | OP[2] | DQU2 (DQ10)<br>0$_B$: Normal<br>1$_B$: Invert | |
| | R/W | OP[3] | DQU3 (DQ11)<br>0$_B$: Normal<br>1$_B$: Invert | |
| | R/W | OP[4] | DQU4 (DQ12)<br>0$_B$: Normal<br>1$_B$: Invert | |
| | R/W | OP[5] | DQLU5 (DQ13)<br>0$_B$: Normal<br>1$_B$: Invert | |
| | R/W | OP[6] | DQU6 (DQ14)<br>0$_B$: Normal<br>1$_B$: Invert | |
| | R/W | OP[7] | DQU7 (DQ15)<br>0$_B$: Normal<br>1$_B$: Invert | |
| NOTE 1   The default value for the **Read Training Pattern Invert DQU7:0 (DQ15:8)** register setting is: 0x00. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.32 MR30 (MA[7:0]=1E$_H$) - Read LFSR Assignments

**MR30 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| LFSR Assignment DQL7/DQU7 | LFSR Assignment DQL6/DQU6 | LFSR Assignment DQL5/DQU5 | LFSR Assignment DQL4/DQU4 | LFSR Assignment DQL3/DQU3 | LFSR Assignment DQL2/DQU2 | LFSR Assignment DQL1/DQU1 | LFSR Assignment DQL0/DQU0 |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| LFSR Assignment DQL0/DQU0 | R/W | OP[0] | **0B:** Read Pattern Data0/**LFSR0**<br>**1B:** Read Pattern Data1/**LFSR1** | |
| LFSR Assignment DQL1/DQU1 | R/W | OP[1] | **0B:** Read Pattern Data0/**LFSR0**<br>**1B:** Read Pattern Data1/**LFSR1** | |
| LFSR Assignment DQL2/DQU2 | R/W | OP[2] | **0B:** Read Pattern Data0/**LFSR0**<br>**1B:** Read Pattern Data1/**LFSR1** | |
| LFSR Assignment DQL3/DQU3 | R/W | OP[3] | **0B:** Read Pattern Data0/**LFSR0**<br>**1B:** Read Pattern Data1/**LFSR1** | |
| LFSR Assignment DQL4/DQU4 | R/W | OP[4] | **0B:** Read Pattern Data0/**LFSR0**<br>**1B:** Read Pattern Data1/**LFSR1** | 1 |
| LFSR Assignment DQL5/DQU5 | R/W | OP[5] | **0B:** Read Pattern Data0/**LFSR0**<br>**1B:** Read Pattern Data1/**LFSR1** | |
| LFSR Assignment DQL6/DQU6 | R/W | OP[6] | **0B:** Read Pattern Data0/**LFSR0**<br>**1B:** Read Pattern Data1/**LFSR1** | |
| LFSR Assignment DQL7/DQU7 | R/W | OP[7] | **0B:** Read Pattern Data0/**LFSR0**<br>**1B:** Read Pattern Data1/**LFSR1** | |
| NOTE 1   The default value for the **Read LFSR Assignments** register setting is: 0xFE. | | | | |

### 3.5.33 MR31 (MA[7:0]=1F$_H$) - Read Training Pattern Address

**MR31 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| Read Training Pattern Address | | | | | | | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| Read Training Pattern Address | R | OP[7:0] | This MR address is reserved. There are no specific register fields associated with this address. In response to the MRR to this address the DRAM shall send the BL16 read training pattern. All 8 bits associated with this MR address are reserved. | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 58

## 3.5.34  MR32 (MA[7:0]=20H) - CK and CS ODT
## MR32 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| RFU | CA_ODT Strap Value | CS ODT | | | CK ODT | | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| CK ODT | R | OP[2:0] | 000$_B$: RTT_OFF (Disable) Group A default<br>001$_B$: RZQ/0.5 (480)<br>010$_B$: RZQ/1 (240)<br>011$_B$: RZQ/2 (120)<br>100$_B$: RZQ/3 (80)<br>101$_B$: RZQ/4 (60)<br>110$_B$: RFU<br>111$_B$: RZQ/6 (40) Group B default | 1,2 |
| CS ODT | R | OP[5:3] | 000$_B$: RTT_OFF (Disable) Group A default<br>001$_B$: RZQ/0.5 (480)<br>010$_B$: RZQ/1 (240)<br>011$_B$: RZQ/2 (120)<br>100$_B$: RZQ/3 (80)<br>101$_B$: RZQ/4 (60)<br>110$_B$: RFU<br>111$_B$: RZQ/6 (40) Group B default | 1,2 |
| CA_ODT Strap Value | R | OP[6] | 0$_B$: Strap Configured to Group A<br>1$_B$: Strap Configured to Group B | 3 |
| RFU | RFU | OP[7] | RFU | |
| NOTE 1    This mode register is programmed via an explicit MPC command only. | | | | |
| NOTE 2    CK ODT RZQ/2 (120Ω) and CS ODT RZQ/2 (120Ω) are only supported at >5200 MT/s data rates. | | | | |
| NOTE 3    Strapping for ODT on Command and Address. The DRAM applies to Group A settings if the CA_ODT pin is connected to VSS and applies Group B settings if the pin is connected to VDD. This MR is used to confirm the DRAM's setting for that configuration. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.35  MR33 (MA[7:0]=21H) - CA & DQS_PARK ODT
**MR33 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU   |       | DQS_RTT_PARK | | | CA ODT | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| CA ODT | R | OP[2:0] | $000_B$: RTT_OFF (Disable) Group A default<br>$001_B$: RZQ/0.5 (480)<br>$010_B$: RZQ/1 (240)<br>$011_B$: RZQ/2 (120)<br>$100_B$: RZQ/3 (80) Group B default<br>$101_B$: RZQ/4 (60)<br>$110_B$: RFU<br>$111_B$: RZQ/6 (40) | 1,2 |
| DQS_RTT_PARK | R | OP[5:3] | $000_B$: RTT_OFF default<br>$001_B$: RZQ   (240)<br>$010_B$: RZQ/2 (120)<br>$011_B$: RZQ/3 (80)<br>$100_B$: RZQ/4 (60)<br>$101_B$: RZQ/5 (48)<br>$110_B$: RZQ/6 (40)<br>$111_B$: RZQ/7 (34) | 1 |
| RFU | RFU | OP[7:6] | RFU | |
| NOTE 1    This mode register is programmed via an explicit MPC command only. | | | | |
| NOTE 2    CA ODT RZQ/2 (120Ω) is only supported at >5200 MT/s data rates. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 60

## 3.5.36  MR34 (MA[7:0]=22$_H$) - RTT_PARK & RTT_WR

### MR34 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | | RTT_WR | | | RTT_PARK | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| RTT_PARK | R | OP[2:0] | 000$_B$: RTT_OFF default<br>001$_B$: RZQ    (240)<br>010$_B$: RZQ/2 (120)<br>011$_B$: RZQ/3 (80)<br>100$_B$: RZQ/4 (60)<br>101$_B$: RZQ/5 (48)<br>110$_B$: RZQ/6 (40)<br>111$_B$: RZQ/7 (34) | 1 |
| RTT_WR | R/W | OP[5:3] | 000$_B$: RTT_OFF<br>001$_B$: RZQ    (240) default<br>010$_B$: RZQ/2 (120)<br>011$_B$: RZQ/3 (80)<br>100$_B$: RZQ/4 (60)<br>101$_B$: RZQ/5 (48)<br>110$_B$: RZQ/6 (40)<br>111$_B$: RZQ/7 (34) | |
| RFU | RFU | OP[7:6] | RFU | |
| NOTE 1   This mode register is programmed via an explicit MPC command only. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.37  MR35 (MA[7:0]=23$_H$) - RTT_NOM_WR & RTT_NOM_RD
**MR35 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | | RTT_NOM_RD | | | RTT_NOM_WR | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| RTT_NOM_WR | R/W | OP[2:0] | 000$_B$: RTT_OFF<br>001$_B$: RZQ    (240)<br>010$_B$: RZQ/2 (120)<br>011$_B$: RZQ/3 (80) default<br>100$_B$: RZQ/4 (60)<br>101$_B$: RZQ/5 (48)<br>110$_B$: RZQ/6 (40)<br>111$_B$: RZQ/7 (34) | |
| RTT_NOM_RD | R/W | OP[5:3] | 000$_B$: RTT_OFF<br>001$_B$: RZQ    (240)<br>010$_B$: RZQ/2 (120)<br>011$_B$: RZQ/3 (80) default<br>100$_B$: RZQ/4 (60)<br>101$_B$: RZQ/5 (48)<br>110$_B$: RZQ/6 (40)<br>111$_B$: RZQ/7 (34) | |
| RFU | RFU | OP[7:6] | RFU | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 62

## 3.5.38  MR36 (MA[7:0]=24$_H$) - RTT Loopback

## MR36 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | | | | | RTT Loopback | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| RTT Loopback | R/W | OP[2:0] | 000$_B$: RTT_OFF Default<br>001$_B$: RFU<br>010$_B$: RFU<br>011$_B$: RFU<br>100$_B$: RFU<br>101$_B$: RZQ/5 (48)<br>110$_B$: RFU<br>111$_B$: RFU | 1, 2 |
| RFU | RFU | OP[7:3] | RFU | |
| NOTE 1   When Loopback is disabled, both LBDQS and LBDQ pins are either at HiZ or Termination Mode this configuration. When Loopback is enabled, it is in driver mode. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.39  MR37 (MA[7:0]= 25$_H$) - ODTL Write Control Offset
### MR37 Register Information

This byte is setup to allow the host controller to push out or pull in the Write RTT enable time (tODTLon_WR) or the Write RTT disable time (tODTLoff_WR) outside of the default setting. The default state is based on internal DRAM design and is defined in **Table 186** in the ODT Configuration section. The DRAM is not responsible for inappropriate states set by the host controller using this register.

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | | ODTLoff_WR_Offset | | | ODTLon_WR_Offset | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| ODTLon_WR_Offset | R/W | OP[2:0] | 000$_B$: RFU<br>001$_B$: -4 Clocks<br>010$_B$: -3 Clocks<br>011$_B$: -2 Clocks<br>100$_B$: -1 Clock - Default<br>101$_B$: 0 Clock<br>110$_B$: +1 Clock<br>111$_B$: +2 Clocks | 1 |
| ODTLoff_WR_Offset | R/W | OP[5:3] | 000$_B$: RFU<br>001$_B$: +4 Clocks<br>010$_B$: +3 Clocks<br>011$_B$: +2 Clocks<br>100$_B$: +1 Clock<br>101$_B$: 0 Clock - Default<br>110$_B$: -1 Clock<br>111$_B$: -2 Clocks | 1 |
| RFU | RFU | OP[7:6] | RFU | |
| NOTE 1   The Write ODTLon -4 offset and ODTLoff +4 offset is not allowed for 1980-2100 data rates. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 64

## 3.5.40  MR38 (MA[7:0]=26$_H$) - ODTL NT Write Control Offset
## MR38 Register Information

This byte is setup to allow the host controller to push out or pull in the Non-Target Write RTT enable time (tODTLon_WR_NT) or the Non-Target Write RTT disable time (tODTLoff_WR_NT) outside of the default setting. The default state is based on internal DRAM design and is defined in **Table 186** in the ODT Configuration section. The DRAM is not responsible for inappropriate states set by the host controller using this register.

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | | ODTLoff_WR_NT_Offset | | | ODTLon_WR_NT_Offset | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| ODTLon_WR_NT_Offset | R/W | OP[2:0] | 000$_B$: RFU<br>001$_B$: -4 Clocks<br>010$_B$: -3 Clocks<br>011$_B$: -2 Clocks<br>100$_B$: -1 Clock - Default<br>101$_B$: 0 Clock<br>110$_B$: +1 Clock<br>111$_B$: +2 Clocks | 1 |
| ODTLoff_WR_NT_Offset | R/W | OP[5:3] | 000$_B$: RFU<br>001$_B$: +4 Clocks<br>010$_B$: +3 Clocks<br>011$_B$: +2 Clocks<br>100$_B$: +1 Clock<br>101$_B$: 0 Clock - Default<br>110$_B$: -1 Clock<br>111$_B$: -2 Clocks | 1 |
| RFU | RFU | OP[7:6] | RFU | |
| NOTE 1    The Write NT ODTLon -4 offset and ODTLoff +4 offset is not allowed for 1980-2100 data rates. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 3.5.41  MR39 (MA[7:0]=27$_H$) - ODTL NT Read Control Offset

### MR39 Register Information

This byte is setup to allow the host controller to push out or pull in the Non-Target Read RTT enable time (tODTLon_RD_NT) or the Non-Target Read RTT disable time (tODTLoff_RD_NT) outside of the default setting. The default state is based on internal DRAM design and is defined in **Table 188** in the ODT Configuration section. The DRAM is not responsible for inappropriate states set by the host controller using this register.

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | | ODTLoff_RD_NT_Offset | | | ODTLon_RD_NT_Offset | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| **ODTLon_RD_NT_Offset** | R/W | OP[2:0] | 000$_B$: RFU<br>001$_B$: RFU<br>010$_B$: -3 Clocks<br>011$_B$: -2 Clocks<br>100$_B$: -1 Clock - Default<br>101$_B$: 0 Clock<br>110$_B$: +1 Clock<br>111$_B$: RFU | |
| **ODTLoff_RD_NT_Offset** | R/W | OP[5:3] | 000$_B$: RFU<br>001$_B$: RFU<br>010$_B$: +3 Clocks<br>011$_B$: +2 Clocks<br>100$_B$: +1 Clock<br>101$_B$: 0 Clock - Default<br>110$_B$: -1 Clock<br>111$_B$: RFU | |
| **RFU** | **RFU** | OP[7:6] | RFU | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 66

### 3.5.42  MR40 (MA[7:0]=28$_H$) - Read DQS Offset Timing

### MR40 Register Information

This byte is used for configuring the DRAM to support different HOST receiver designs.

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | | | | | Read DQS offset timing | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Read DQS offset timing | R/W | OP[2:0] | 000$_B$: 0 Clock (DEFAULT)<br>001$_B$: 1 Clock<br>010$_B$: 2 Clocks<br>011$_B$: 3 Clocks<br>100$_B$: RFU<br>101$_B$: RFU<br>110$_B$: RFU<br>111$_B$: RFU | |
| RFU | RFU | OP[7:3] | RFU | |
| NOTE 1    When operating at low speed(CL <= 30), tRPRE + Read DQS Offset >= 5 Clocks cannot be supported. | | | | |

| | tRPRE \ DQS Offset | 0 | 1 | 2 | 3 |
|--|--|--|--|--|--|
| When CL <= 30 | 1 | O | O | O | O |
| | 2 | O | O | O | X |
| | 3 | O | O | X | X |
| | 4 | O | X | X | X |

### 3.5.43  MR41 (MA[7:0]=29$_H$) - RFU

### MR41 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | | | | | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| | | | | |
| | | | | |
| | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.44  MR42 (MA[7:0]=2A$_H$) - DCA Types Supported

### MR42 Register Information

This byte is used for configuring DCA

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DCA Training Assist Mode II (Optional) | | | | DCA Training Assist Mode I | | DCA Types Supported | |

**MR42 Register Information**

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DCA Types Supported | R | OP[1:0] | 00$_B$: Device does not support DCA<br>01$_B$: Device supports DCA for single/two-phase internal clock(s)<br>10$_B$: Device supports DCA for 4-phase internal clocks<br>11$_B$: RFU | |
| DCA Training Assist Mode I | R/W | OP[3:2] | 00$_B$: Disable (default)<br>01$_B$: MRR (or Read) synchronized with IBCLK is blocked<br>10$_B$: MRR (or Read) synchronized with ICLK is blocked<br>11$_B$: RFU | |
| DCA Training Assist Mode II (Optional) | R/W | OP[6:4] | 000$_B$: Disable (default)<br>001$_B$: DQ fires 0001 data pattern<br>010$_B$: DQ fires 0011 data pattern<br>011$_B$: DQ fires 0111 data pattern<br>100$_B$: DQ fires 1000 data pattern<br>101$_B$: DQ fires 1100 data pattern<br>110$_B$: DQ fires 1110 data pattern<br>111$_B$: RFU | 3,4,5,7,8,9,10,11 |
| | SR/W | OP[7] | DRAM Status Read (SR)<br>0$_B$: DCA Training Assist Mode II is not supported<br>1$_B$: DCA Training Assist Mode II is supported<br><br>Host Write (W):<br>0$_B$: MRR based (Default)<br>1$_B$: Continuous Burst output | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 68

## MR42 Register Information (cont'd)

| | |
|---|---|
| NOTE 1 | When "MRR (or Read) synchronized with IBCLK is blocked" is set by MR42 OP[3:2]=01b, DQs caused by MRR (or Read) synchronized with IBCLK are driven HIGH. |
| NOTE 2 | When "MRR (or Read) synchronized with ICLK is blocked" is set by MR42 OP[3:2]=10b, DQs caused by MRR (or Read) synchronized with ICLK are driven HIGH. |
| NOTE 3 | DQS_t/DQS_c output normal toggling waveforms meaning that DQS_t/DQS_c are not affected by the settings of DCA Assist Mode MR42 OP[3:2]. |
| NOTE 4 | The CRC function is not supported during DCA Training Assist Mode. |
| NOTE 5 | DCA Training Assist Mode is only supported by DRAMs with DCAs that have 4-phase internal clocks |
| NOTE 6 | If MR42:OP[3:2] is set to either 01B or 10B, odd-gap READ or odd-gap Mode Register Read Pattern commands should follow the tMRR timing spec. |
| NOTE 7 | The MRR based mode of DCA Training Assist Mode II is enabled when the host sets MR42 OP[6:4]=000 & OP[7]=0. DRAM will provide selected predefined pattern when the host issues MRR to MR42 command to the DRAM. For MRR, issuing any MRR other than to MR42 is invalid and may result in unexpected DQ behavior, requiring the host to issue a Reset to exit MRR based mode and restart the training with an MRR to MR42.The returned data will be a predefined pattern instead of the contents of a mode register. The timing of the read data return is the same as for an MRR command, including the operation of the strobes (DQS_t, DQS_c). The host can issue MRW to MR42:OP[6:4]≠000$_B$ to change data pattern during MRR based mode. The host needs to issue MRW to MR42:OP[6:4]=000$_B$ to exit the MRR based mode. |
| NOTE 8 | Continuous burst output mode is available for DCA Training Assist Mode II and is enabled with MRW to MR42 OP[6:4]=000$_B$ & OP[7]=1. Once this mode is enabled, MRR to MR42 will start the pattern output and will automatically continue to output the appropriate pattern until it is stopped by either a system reset or issuing an MRW MR42 OP[7]=0 command that reverts it to the "MRR based (Default)" mode. Issuing any MRR other than to MR42 is invalid and may result in unexpected DQ behavior, requiring the host to issue a Reset to exit continuous burst output mode and restart the training with an MRR to MR42. Once the MR42 OP[7]=0 "MRR based (Default)" is registered by the DRAM, it will stop all pattern traffic by tCont_Exit. Since there is no min time for tCont_Exit, the DRAM may stop the pattern prior to tCont_Exit, potentially truncating any current burst pattern. To ensure that the DRAM's state-machine doesn't get into some meta-stability while turning off the output pattern, the host must issue a second MR42 OP[7]=0 "MRR based (Default)" after waiting tMRR, which will then start tCont_Exit_delay. After tCont_Exit_delay has expired, any other valid command is then legal. Issuing any MRW other than MRW to MR42 OP[7]=0 during Continuous Burst Mode after predefined pattern output started is invalid and may result in unexpected DQ behavior, requiring the host to issue a Reset to exit continuous burst output mode and restart the training with an MRR to MR 42 |
| NOTE 9 | The DCA Training Assist Mode I and II can not be enabled at the same time by the host. That is, while the DCA Training Assist Mode II is enabled, the DCA Training Assist Mode I shall be disabled by Host and vice versa. |
| NOTE 10 | Depending on relationship of internal clocks and MRR command, DRAM may start outputting from the 3rd bit of data pattern. The data pattern is defined with ICLK bases (1st=ICLK, 2nd=QCLK, 3rd=IBCLK and 4th=QBCLK), but MRR burst may start from IBCLK. |
| NOTE 11 | In the DCA Assist Mode II, MRR to MR42 outputs the repetitive data pattern within BLs and fires the same data pattern through all DQ bits (e.g., if host sets MR42:OP[7:4]=0010B in BL8 mode for x8 device, and issues MRR to MR42, then DQ0 fires 00110011 and DQ1-7 also fire the same pattern, 00110011. In the same way, DQ0-7 fire the same data pattern, 0011001100110011) in BL16 mode. |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.45  MR43 (MA[7:0]=2B$_H$) - DCA Settings 1
### MR43 Register Information

This byte is used for configuring TRR

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| Sign Bit for OP[6:4] | DCA for IBCLK in 4-phase clocks | | | Sign Bit for OP[2:0] | DCA for single/two-phase clock(s) or QCLK in 4-phase clocks | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DCA for single/two-phase clock(s) or QCLK in 4-phase clocks | W | OP[2:0] | $000_B$: DCA step +0 (default)<br>$001_B$: DCA step +1<br>$010_B$: DCA step +2<br>$011_B$: DCA step +3<br>$100_B$: DCA step +4<br>$101_B$: DCA step +5<br>$110_B$: DCA step +6<br>$111_B$: DCA step +7 | 1 |
| Sign Bit for OP[2:0] | W | OP[3] | $0_B$: Positive Offset (default)<br>$1_B$: Negative Offset | 1 |
| DCA for IBCLK in 4-phase clocks | W | OP[6:4] | $000_B$: DCA step +0 (default)<br>$001_B$: DCA step +1<br>$010_B$: DCA step +2<br>$011_B$: DCA step +3<br>$100_B$: DCA step +4<br>$101_B$: DCA step +5<br>$110_B$: DCA step +6<br>$111_B$: DCA step +7 | 2 |
| Sign Bit for OP[6:4] | W | OP[7] | $0_B$: Positive Offset (default)<br>$1_B$: Negative Offset | 2 |

NOTE 1   These settings can only be applied if MR42:OP[1:0] =**01$_B$** or **10$_B$**.
NOTE 2   These settings can only be applied if MR42:OP[1:0] =**10$_B$**.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.46  MR44 (MA[7:0]=2C$_H$) - DCA Settings 2

### MR44 Register Information

This byte is used for configuring TRR

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | | | | Sign Bit for QBCLK in 4-phase clocks | DCA for QBCLK in 4-phase clocks | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DCA for QBCLK in 4-phase clocks | W | OP[2:0] | 000$_B$: DCA step +0 (default)<br>001$_B$: DCA step +1<br>010$_B$: DCA step +2<br>011$_B$: DCA step +3<br>100$_B$: DCA step +4<br>101$_B$: DCA step +5<br>110$_B$: DCA step +6<br>111$_B$: DCA step +7 | 1 |
| Sign Bit for QBCLK in 4-phase clocks | W | OP[3] | 0$_B$: Positive Offset (default)<br>1$_B$: Negative Offset | 1 |
| RFU | RFU | OP[7:4] | RFU | |
| NOTE 1   These settings can only be applied if MR42 OP[1:0]=10$_B$. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.47  MR45 (MA[7:0]=2D$_H$) - DQS Interval Control

### MR45 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DQS Interval Timer Run Time | | | | | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DQS Interval Timer Run Time | W | OP[7:0] | 0000 0000$_B$: DQS interval timer stop via MPC Command (Default)<br>0000 0001$_B$: DQS timer stops automatically at 16th clocks after timer start<br>0000 0010$_B$: DQS timer stops automatically at 32nd clocks after timer start<br>0000 0011$_B$: DQS timer stops automatically at 48th clocks after timer start<br>0000 0100$_B$: DQS timer stops automatically at 64th clocks after timer start<br><br>-------------- Thru --------------<br><br>0011 1111$_B$: DQS timer stops automatically at $(63 \times 16)^{th}$ clocks after timer start<br>01XX XXXX$_B$: DQS timer stops automatically at 2048th clocks after timer start<br>10XX XXXX$_B$: DQS timer stops automatically at 4096th clocks after timer start<br>11XX XXXX$_B$: DQS timer stops automatically at 8192nd clocks after timer start | 1, 2 |

NOTE 1   MPC command with OP[7:0]=0000 0110$_B$ (Stop DQS Interval Oscillator) stops DQS interval timer in case of MR45:OP[7:0] = 00000000$_B$.
NOTE 2   MPC command with OP[7:0]=0000 0110$_B$ (Stop DQS Interval Oscillator) is illegal with non-zero values in MR45:OP[7:0].

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 72

## 3.5.48  MR46 (MA[7:0]=2E_H) - DQS Osc Count - LSB

### MR46 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DQS Oscillator Count - LSB | | | | | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DQS Oscillator Count - LSB | R | OP[7:0] | 0 - 255 LSB DRAM DQS Oscillator Count | |
| NOTE 1  MR46 reports the LSB bits of the DRAM DQS Oscillator count. The DRAM DQS Oscillator count value is used to train DQS to the DQ data valid window. The value reported by the DRAM in this mode register can be used by the memory controller to periodically adjust the phase of DQS relative to DQ. | | | | |
| NOTE 2  Both MR46 and MR47 must be read (MRR) and combined to get the value of the DQS Oscillator count. | | | | |
| NOTE 3  A new MPC [Start DQS Oscillator] should be issued to reset the contents of MR46/MR47. | | | | |

## 3.5.49  MR47 (MA[7:0]=2F_H) - DQS Osc Count - MSB

### MR47 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DQS Oscillator Count - MSB | | | | | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DQS Oscillator Count - MSB | R | OP[7:0] | 0 - 255 MSB DRAM DQS Oscillator Count | |
| NOTE 1  MR47 reports the MSB bits of the DRAM DQS Oscillator count. The DRAM DQS Oscillator count value is used to train DQS to the DQ data valid window. The value reported by the DRAM in this mode register can be used by the memory controller to periodically adjust the phase of DQS relative to DQ. | | | | |
| NOTE 2  Both MR46 and MR47 must be read (MRR) and combined to get the value of the DQS Oscillator count. | | | | |
| NOTE 3  A new MPC [Start DQS Oscillator] should be issued to reset the contents of MR46/MR47. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.50  MR48 (MA[7:0]=30$_H$) - Write Pattern Mode

#### MR48 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| Write Pattern Mode | | | | | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DQL0/DQU0 | R/W | OP[0] | Valid | 1,2 |
| DQL1/DQU1 | R/W | OP[1] | | |
| DQL2/DQU2 | R/W | OP[2] | | |
| DQL3/DQU3 | R/W | OP[3] | | |
| DQL4/DQU4 | R/W | OP[4] | | |
| DQL5/DQU5 | R/W | OP[5] | | |
| DQL6/DQU6 | R/W | OP[6] | | |
| DQL7/DQU7 | R/W | OP[7] | | |
| NOTE 1    OP[7:0] can be independently programmed with either "0" or "1". | | | | |
| NOTE 2    Default is all zeros for OP[7:0] | | | | |

Netlist Inc.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 74

## 3.5.51  MR50 (MA[7:0]=32$_H$) - Write CRC Settings

## MR50 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | RFU | Write CRC auto-disable status | Write CRC auto-disable enable | Write CRC error status | Write CRC enable upper nibble | Write CRC enable lower nibble | Read CRC enable |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Read CRC enable | R/W | OP[0] | 0$_B$: Disable (Default)<br>1$_B$: Enable | |
| Write CRC enable lower nibble | R/W | OP[1] | 0$_B$: Disable (Default)<br>1$_B$: Enable | 1 |
| Write CRC enable upper nibble | R/W | OP[2] | 0$_B$: Disable (Default)<br>1$_B$: Enable | 1 |
| Write CRC error status | R/W | OP[3] | 0$_B$: Clear<br>1$_B$: Error | 2 |
| Write CRC auto-disable enable | R/W | OP[4] | 0$_B$: Disable (Default)<br>1$_B$: Enable | |
| Write CRC auto-disable status | R/W | OP[5] | 0$_B$: Not triggered<br>1$_B$: Triggered | |
| RFU | RFU | OP[6] | RFU | |
| RFU | RFU | OP[7] | RFU | |
| NOTE 1    When at least one of the two write CRC enable bits is set to '1' in x8, the timing of write CRC enable mode is applied to the entire device (i.e. both nibbles). When write CRC is enabled in one nibble and disabled in the other nibble in x8, then the DRAM does not check CRC errors on the disabled nibble, and hence the ALERT_n signal and any internal status bit related to CRC error is not impacted by the disabled nibble. | | | | |
| NOTE 2    The host shall disable Write CRC, if it was enabled, prior to entering Write Leveling Training mode. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 3.5.52  MR51 (MA[7:0]=33$_H$) - Write CRC Auto-Disable Threshold

### MR51 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | bit[6] | bit[5] | bit[4] | bit[3] | bit[2] | bit[1] | bit[0] |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Write CRC auto-disable threshold | R/W | OP[6:0] | 0000000$_B$: 0<br>...<br>1111111$_B$: 127 | |
| RFU | RFU | OP[7] | RFU | |

## 3.5.53  MR52 (MA[7:0]=34$_H$) - Write CRC Auto-Disable Window

### MR52 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | bit[6] | bit[5] | bit[4] | bit[3] | bit[2] | bit[1] | bit[0] |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Write CRC auto-disable window | R/W | OP[6:0] | 0000000$_B$: 0<br>...<br>1111111$_B$: 127 | |
| RFU | RFU | OP[7] | RFU | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 76

### 3.5.54 MR53 (MA[7:0]=35$_H$) - Loopback

#### MR53 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| Loopback Output Mode | Loopback Select Phase | | Loopback Output Select | | | | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| Loopback Output Select | R/W | OP[4:0] | 00000$_B$: Loopback Disabled (Default)<br>00001$_B$: Loopback DML (X8 and X16 only)<br>00010$_B$: Loopback DMU (X16 only)<br>00011$_B$: Vendor Specific<br>00100$_B$: Vendor Specific<br>00101$_B$: RFU<br>...thru<br>01111$_B$: RFU<br>10000$_B$: Loopback DQL0<br>10001$_B$: Loopback DQL1<br>10010$_B$: Loopback DQL2<br>10011$_B$: Loopback DQL3<br>10100$_B$: Loopback DQL4 (X8 and X16 only)<br>10101$_B$: Loopback DQL5 (X8 and X16 only)<br>10110$_B$: Loopback DQL6 (X8 and X16 only)<br>10111$_B$: Loopback DQL7 (X8 and X16 only)<br>11000$_B$: Loopback DQU0 (X16 only)<br>11001$_B$: Loopback DQU1 (X16 only)<br>11010$_B$: Loopback DQU2 (X16 only)<br>11011$_B$: Loopback DQU3 (X16 only)<br>11100$_B$: Loopback DQU4 (X16 only)<br>11101$_B$: Loopback DQU5 (X16 only)<br>11110$_B$: Loopback DQU6 (X16 only)<br>11111$_B$: Loopback DQU7 (X16 only) | 1, 2 |
| Loopback Select Phase | R/W | OP[6:5] | 00$_B$: Loopback Select Phase A<br>01$_B$: Loopback Select Phase B (4-way and 2-way interleave only)<br>10$_B$: Loopback Select Phase C (4-way interleave only)<br>11$_B$: Loopback Select Phase D (4-way interleave only) | 3 |
| Loopback Output Mode | R/W | OP[7] | 0B: Normal Output (Default)<br>1B: Write Burst Output | 4 |

NOTE 1   When Loopback is disabled, both LBDQS and LBDQ pins are either at HiZ or Termination Mode per MR36:OP[2:0]. Loopback Termination default value is 48-ohms

NOTE 2   When Loopback is enabled, both LBDQS and LBDQ pins are in driver mode using default RON of 34 ohms

NOTE 3   Phase A through D selects which bit in the multiplexer is being selected for Loopback output

NOTE 4   This configures the DRAM Loopback output to either send data out every time the DQS toggles in Normal Output Mode, or to only send data out when enabled by the Write command, so that only write burst data is send out via Loopback.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 3.5.55  MR54 (MA[7:0]=36$_H$) - hPPR Resources

With hPPR, DDR5 can correct one Row address per Bank Group and the Electrical-fuse cannot be switched back to unfused states once it is programmed. The controller should prevent unintended the hPPR mode entry and repair. (i.e., During the Command/ Address training period). Entry into hPPR is through a register enable, ACT command is used to transmit the bank and row address of the row to be replaced in DRAM. After tRCD time, a WR command is used to select the individual DRAM through the DQ bits and to transfer the repair address to the DRAM. After program time, and PRE, the hPPR mode can be exited and normal operation can resume.

## MR54 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| hPPR Resource BG1 Bank 3 | hPPR Resource BG1 Bank 2 | hPPR Resource BG1 Bank 1 | hPPR Resource BG1 Bank 0 | hPPR Resource BG0 Bank 3 | hPPR Resource BG0 Bank 2 | hPPR Resource BG0 Bank 1 | hPPR Resource BG0 Bank 0 |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| hPPR Resource BG0 Bank 0 | R | OP[0] | $0_B$: hPPR Resource is not available<br>$1_B$: hPPR Resource is available | 3 |
| hPPR Resource BG0 Bank 1 | | OP[1] | $0_B$: hPPR Resource is not available<br>$1_B$: hPPR Resource is available | 3 |
| hPPR Resource BG0 Bank 2 | | OP[2] | $0_B$: hPPR Resource is not available<br>$1_B$: hPPR Resource is available | 1,3 |
| hPPR Resource BG0 Bank 3 | | OP[3] | $0_B$: hPPR Resource is not available<br>$1_B$: hPPR Resource is available | 1,3 |
| hPPR Resource BG1 Bank 0 | | OP[4] | $0_B$: hPPR Resource is not available<br>$1_B$: hPPR Resource is available | 3 |
| hPPR Resource BG1 Bank 1 | | OP[5] | $0_B$: hPPR Resource is not available<br>$1_B$: hPPR Resource is available | 3 |
| hPPR Resource BG1 Bank 2 | | OP[6] | $0_B$: hPPR Resource is not available<br>$1_B$: hPPR Resource is available | 1,3 |
| hPPR Resource BG1 Bank 3 | | OP[7] | $0_B$: hPPR Resource is not available<br>$1_B$: hPPR Resource is available | 1,3 |

NOTE 1  Not valid for 8 Gb

NOTE 2  Not valid for x16

NOTE 3  MR14:OP[3:0] applies to CID[3:0] for 3DS-DDR5 and must be setup to indicate which slice in the 3DS DDR5 Stack is referenced in the MR54 through MR57 hPPR resource information.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 78

### 3.5.56  MR55 (MA[7:0]=37$_H$) - hPPR Resources

**MR55 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| hPPR Resource BG3 Bank 3 | hPPR Resource BG3 Bank 2 | hPPR Resource BG3 Bank 1 | hPPR Resource BG3 Bank 0 | hPPR Resource BG2 Bank 3 | hPPR Resource BG2 Bank 2 | hPPR Resource BG2 Bank 1 | hPPR Resource BG2 Bank 0 |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| hPPR Resource BG2 Bank 0 | R | OP[0] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 3 |
| hPPR Resource BG2 Bank 1 | | OP[1] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 3 |
| hPPR Resource BG2 Bank 2 | | OP[2] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 1,3 |
| hPPR Resource BG2 Bank 3 | | OP[3] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 1,3 |
| hPPR Resource BG3 Bank 0 | | OP[4] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 3 |
| hPPR Resource BG3 Bank 1 | | OP[5] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 3 |
| hPPR Resource BG3 Bank 2 | | OP[6] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 1,3 |
| hPPR Resource BG3 Bank 3 | | OP[7] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 1,3 |
| NOTE 1    Not valid for 8 Gb | | | | |
| NOTE 2    Not valid for x16 | | | | |
| NOTE 3    MR14:OP[3:0] applies to CID[3:0] for 3DS-DDR5 and must be setup to indicate which slice in the 3DS DDR5 Stack is referenced in the MR54 through MR57 hPPR resource information. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.57  MR56 (MA[7:0]=38$_H$) - hPPR Resources

#### MR56 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| hPPR Resource BG5 Bank 3 | hPPR Resource BG5 Bank 2 | hPPR Resource BG5 Bank 1 | hPPR Resource BG5 Bank 0 | hPPR Resource BG4 Bank 3 | hPPR Resource BG4 Bank 2 | hPPR Resource BG4 Bank 1 | hPPR Resource BG4 Bank 0 |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| hPPR Resource BG4 Bank 0 | R | OP[0] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 2,3 |
| hPPR Resource BG4 Bank 1 | | OP[1] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 2,3 |
| hPPR Resource BG4 Bank 2 | | OP[2] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 1,2,3 |
| hPPR Resource BG4 Bank 3 | | OP[3] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 1,2,3 |
| hPPR Resource BG5 Bank 0 | | OP[4] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 2,3 |
| hPPR Resource BG5 Bank 1 | | OP[5] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 2,3 |
| hPPR Resource BG5 Bank 2 | | OP[6] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 1,2,3 |
| hPPR Resource BG5 Bank 3 | | OP[7] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 1,2,3 |

NOTE 1    Not valid for 8 Gb

NOTE 2    Not valid for x16

NOTE 3    MR14:OP[3:0] applies to CID[3:0] for 3DS-DDR5 and must be setup to indicate which slice in the 3DS DDR5 Stack is referenced in the MR54 through MR57 hPPR resource information.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 80

## 3.5.58  MR57 (MA[7:0]=39$_H$) - hPPR Resources

### MR57 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| hPPR Resource BG7 Bank 3 | hPPR Resource BG7 Bank 2 | hPPR Resource BG7 Bank 1 | hPPR Resource BG7 Bank 0 | hPPR Resource BG6 Bank 3 | hPPR Resource BG6 Bank 2 | hPPR Resource BG6 Bank 1 | hPPR Resource BG6 Bank 0 |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| hPPR Resource BG6 Bank 0 | R | OP[0] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 2,3 |
| hPPR Resource BG6 Bank 1 | | OP[1] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 2,3 |
| hPPR Resource BG6 Bank 2 | | OP[2] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 1,2,3 |
| hPPR Resource BG6 Bank 3 | | OP[3] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 1,2,3 |
| hPPR Resource BG7 Bank 0 | | OP[4] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 2,3 |
| hPPR Resource BG7 Bank 1 | | OP[5] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 2,3 |
| hPPR Resource BG7 Bank 2 | | OP[6] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 1,2,3 |
| hPPR Resource BG7 Bank 3 | | OP[7] | 0$_B$: hPPR Resource is not available<br>1$_B$: hPPR Resource is available | 1,2,3 |

NOTE 1   Not valid for 8 Gb

NOTE 2   Not valid for x16

NOTE 3   MR14:OP[3:0] applies to CID[3:0] for 3DS-DDR5 and must be setup to indicate which slice in the 3DS DDR5 Stack is referenced in the MR54 through MR57 hPPR resource information.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.59  MR58 (MA[7:0]=3A$_H$) - Refresh Management

### MR58 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| RAAMMT[2:0] | | | RAAIMT[3:0] | | | | RFM Required |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| RFM Required | R | OP[0] | $0_B$: Refresh Management not required<br>$1_B$: Refresh Management required | 1 |
| Rolling Accumulated ACT Initial Management Threshold (RAAIMT) | R | OP[4:1] | $0000_B$- $0011_B$: RFU<br>$0100_B$: 32 (Normal), 16 (FGR)<br>$0101_B$: 40 (Normal), 20 (FGR)<br>...<br>$1001_B$: 72 (Normal), 36 (FGR)<br>$1010_B$: 80 (Normal), 40 (FGR)<br>$1011_B$-$1111_B$: RFU | 1, 2 |
| Rolling Accumulated ACT Maximum Management Threshold (RAAMMT) | R | OP[7:5] | $000_B$-$010_B$: RFU<br><br>$011_B$: 3x (Normal), 6x (FGR)<br>$100_B$: 4x (Normal), 8x (FGR)<br>$101_B$: 5x (Normal), 10x (FGR)<br>$110_B$: 6x (Normal), 12x (FGR)<br>$111_B$: RFU | 1, 2 |
| NOTE 1   Refresh Management settings are vendor specific by the MR settings. | | | | |
| NOTE 2   Only applicable if the Refresh Management Required bit is set to "1" (MR58 OP[0]=1) | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 82

## 3.5.60  MR59 (MA[7:0]=3B$_H$) - DRFM, ARFM, RFM RAA Counter

## MR59 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| RFM RAA Counter | | ARFM | | BRC Support Level | Bounded Refresh Configuration | | DRFE |

| Function | Register Type | Operand | Data | Note |
|---|---|---|---|---|
| DRFM Enable (DRFE) | SR/W | OP[0] | DRAM Status Read (SR):<br>$0_B$: DRFM not implemented (Default)<br>$1_B$: DRFM implemented<br><br>Host Write (W):<br>$0_B$: DRFM disable (Default)<br>$1_B$: DRFM enable | 3<br>(Host Write) |
| Bounded Refresh Configuration (BRC) | R/W | OP[2:1] | $00_B$: BRC 2 (default)<br>$01_B$: BRC 3<br>$10_B$: BRC 4<br>$11_B$: RFU | 3 |
| BRC Support Level | R | OP[3] | $0_B$: BRC2, 3, 4 (Default)<br>$1_B$: BRC2 Only | 3 |
| Adaptive RFM (ARFM) | R/W | OP[5:4] | $00_B$: Default - RAAIMT, RAAMMT, RAADEC<br>$01_B$: Level A - RAAIMT-A, RAAMMT-A, RAADEC-A<br>$10_B$: Level B - RAAIMT-B, RAAMMT-B, RAADEC-B<br>$11_B$: Level C - RAAIMT-C, RAAMMT-C, RAADEC-C | 1 |
| RAA Counter Decrement per REF Command | R | OP[7:6] | $00_B$: RAAIMT<br>$01_B$: RAAIMT * 0.5<br>$10_B$: RFU<br>$11_B$: RFU | 1, 2 |
| NOTE 1    Refresh Management settings are vendor specific by the MR settings.<br>NOTE 2    Only applicable if the Refresh Management Required bit is set to "1" (MR58 OP[0]=1).<br>NOTE 3    Only applicable if the DRFM function is supported (Status Read MR59:OP[0]=1). | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.61 MR60 Partial Array Self Refresh
### MR60 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| PASR Segment Mask |||||||||

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Segment 0 (000) | W | OP0 | 0=Normal, 1=Masked | |
| Segment 1 (001) | W | OP1 | 0=Normal, 1=Masked | |
| Segment 2 (010) | W | OP2 | 0=Normal, 1=Masked | |
| Segment 3 (011) | W | OP3 | 0=Normal, 1=Masked | |
| Segment 4 (100) | W | OP4 | 0=Normal, 1=Masked | |
| Segment 5 (101) | W | OP5 | 0=Normal, 1=Masked | |
| Segment 6 (110) | W | OP6 | 0=Normal, 1=Masked | Must be 0 for 24Gbit and 48Gbit devices. |
| Segment 7 (111) | W | OP7 | 0=Normal, 1=Masked | Must be 0 for 24Gbit and 48Gbit devices. |

## 3.5.62  MR61 (MA[7:0]=3D$_H$) - Package Output Driver Test Mode
### MR61 Register Information

This MR is used for the characterization of the DRAM package. Refer to the Package Output Driver Test Mode function for more details.

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RSVD | | | Package Output Driver Test Mode | | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Package Output Driver Test Mode | W | OP[4:0] | 00000$_B$: Package Test Disabled (Default)<br>00001$_B$: Package Test DML<br>00010$_B$: Package Test DMU (X16 only)<br>00011$_B$: RFU<br>00100$_B$: RFU<br>00101$_B$: RFU<br>...thru<br>01111$_B$: RFU<br>10000$_B$: Package Test DQL0<br>10001$_B$: Package Test DQL1<br>10010$_B$: Package Test DQL2<br>10011$_B$: Package Test DQL3<br>10100$_B$: Package Test DQL4 (X8 and X16 only)<br>10101$_B$: Package Test DQL5 (X8 and X16 only)<br>10110$_B$: Package Test DQL6 (X8 and X16 only)<br>10111$_B$: Package Test DQL7 (X8 and X16 only)<br>11000$_B$: Package Test DQU0 (X16 only)<br>11001$_B$: Package Test DQU1 (X16 only)<br>11010$_B$: Package Test DQU2 (X16 only)<br>11011$_B$: Package Test DQU3 (X16 only)<br>11100$_B$: Package Test DQU4 (X16 only)<br>11101$_B$: Package Test DQU5 (X16 only)<br>11110$_B$: Package Test DQU6 (X16 only)<br>11111$_B$: Package Test DQU7 (X16 only) | |
| RSVD | W | OP[7:5] | Must be programmed to 000 | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.63  MR62 (MA[7:0]=3E$_H$) - Vendor Specified

**MR62 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| Vendor Specified | | | | | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 3.5.64  MR63 (MA[7:0]=3F$_H$) - DRAM Scratch Pad

### MR63 Register Information

This MR is used by the host controller to read back Control Words from the RCD. Control Words are the RCD equivalent of the DRAM MR registers. The DRAM implements MR63 as a simple read/write register, writable via an MRW to address 3Fh, and readable via an MRR to address 3Fh.

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DRAM Scratch Pad |||||||||

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DRAM Scratch Pad | R/W | OP[7:0] | Any value is valid | 1 |
| NOTE 1    The contents of this register have no function in the DRAM. Details for this function can be found in the DDR5 RCD01 Specification. |||||

*The following data is just for reference and is not part of the DRAM specification.*

### 3.5.64.1 RCD Control Word Usage Example

The method to read an RCD Control Word is as follows:
- The host controller writes to the RCD's CW Read Pointer, which selects the RCD control word to be read.
- The host controller then does an MRW to DRAM MR63. This MRW passes through the RCD to the DRAMs, but is modified by the RCD. The RCD will detect this write to MR63 and replace the data from the host controller with the contents of the RCD register pointed to by the CW Read Pointer.
- The host controller will then read the DRAM's MR63, which now contains the value from the desired RCD control word. All DRAMs in the rank will return this same value to the host controller

## 3.5.65  MR64 (MA[7:0]=40$_H$) - NVRAM Paging (RFU)

### MR64 Register Information

This MR is reserved for NVRAM paging.

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU |||||||||

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
|          |               |         |      |       |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.66  MR65 (MA[7:0]=41$_H$) - Serial Number 1
**MR65 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| Serial Number 1 | | | | | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Serial Number 1 | R | OP[7:0] | Serial Number 1 | 1,2 |
| NOTE 1   The serial number of 0x00 in all bytes is not allowed | | | | |
| NOTE 2   This byte definition is optional feature, but expect mandatory implementation upon next DDR5 DRAM die release. | | | | |

### 3.5.67  MR66 (MA[7:0]=42$_H$) - Serial Number 2
**MR66 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| Serial Number 2 | | | | | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Serial Number 2 | R | OP[7:0] | Serial Number 2 | 1,2 |
| NOTE 1   The serial number of 0x00 in all bytes is not allowed | | | | |
| NOTE 2   This byte definition is optional feature, but expect mandatory implementation upon next DDR5 DRAM die release. | | | | |

### 3.5.68  MR67 (MA[7:0]=43$_H$) - Serial Number 3
**MR67 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| Serial Number 3 | | | | | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Serial Number 3 | R | OP[7:0] | Serial Number 3 | 1,2 |
| NOTE 1   The serial number of 0x00 in all bytes is not allowed | | | | |
| NOTE 2   This byte definition is optional feature, but expect mandatory implementation upon next DDR5 DRAM die release. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.69 MR68 (MA[7:0]=$44_H$) - Serial Number 4

### MR68 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| Serial Number 4 | | | | | | | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| Serial Number 4 | R | OP[7:0] | Serial Number 4 | 1,2 |
| NOTE 1 The serial number of 0x00 in all bytes is not allowed<br>NOTE 2 This byte definition is optional feature, but expect mandatory implementation upon next DDR5 DRAM die release. | | | | |

### 3.5.70 MR69 (MA[7:0]=$45_H$) - Serial Number 5

### MR69 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| Serial Number 5 | | | | | | | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| Serial Number 5 | R | OP[7:0] | Serial Number 5 | 1,2 |
| NOTE 1 The serial number of 0x00 in all bytes is not allowed<br>NOTE 2 This byte definition is optional feature, but expect mandatory implementation upon next DDR5 DRAM die release. | | | | |

Netlist Inc.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 3.5.71  Mode Register Definitions for DFE

The following mode registers are used to configure the Decision Feedback Equalization (DFE), Per Bit Duty Cycle Adjuster and Per Bit VrefDQ features of the DRAM. The Mode Registers MA[7:0]=70-FF$_H$ are organized in a way such that mode registers for programming of DFE, DCA & VrefDQ configuration per DQ or DM are grouped together. For example:

DQL0 starts at MA[7:0]=80$_H$, MR128
DQL1 starts at MA[7:0]=88$_H$, MR136
:
DQU6 starts at MA[7:0]=F0$_H$, MR240
DQU7 starts at MA[7:0]=F8$_H$, MR248

Looking further into the 8-bit binary encoding, MA[6:3] is defined as a direct mapping for DQL0 to DQU7, i.e.,
MA[7:0]=1000:0XXXb for DQ0,
MA[7:0]=1000:1XXXb for DQ1,
:
MA[7:0]=1111:0XXXb for DQU6
MA[7:0]=1111:1XXXb for DQU7.

**Table 30 — Visual Representation of DFE, per Bit DCA, and per Bit VrefDQ Mode Register Mapping**

| MRW Address, Binary | Function | MRW Address Bits [2:0] | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 000b | 001b | 010b | 011b | 100b | 101b | 110b | 111b |
| 0111-0XXX | DML | | | | | | | | |
| 0111-1XXX | DMU | | | | | | | | |
| 1000-0XXX | DQL0 | | | | | | | | |
| 1000-1XXX | DQL1 | | | | | | | | |
| 1001-0XXX | DQL2 | | | | | | | | |
| 1001-1XXX | DQL3 | | | | | | | | |
| 1010-0XXX | DQL4 | | | | | | | | |
| 1010-1XXX | DQL5 | | | | | | | | |
| 1011-0XXX | DQL6 | Gain | Tap1 | Tap2 | Tap3 | Tap4 | MR Address Space not currently used | | |
| 1011-1XXX | DQL7 | | | | | | | | |
| 1100-0XXX | DQU0 | | | | | | | | |
| 1100-1XXX | DQU1 | | | | | | | | |
| 1101-0XXX | DQU2 | | | | | | | | |
| 1101-1XXX | DQU3 | | | | | | | | |
| 1110-0XXX | DQU4 | | | | | | | | |
| 1110-1XXX | DQU5 | | | | | | | | |
| 1111-0XXX | DQU6 | | | | | | | | |
| 1111-1XXX | DQU7 | | | | | | | | |

Netlist Inc.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 3.5.72 MR103 (MA[7:0]=67$_H$) - DQSL_t DCA for IBCLK and QCLK

### MR103 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DQSL_t IBCLK Sign | RFU | DQSL_t DCA for IBCLK | | DQSL_tQCLK sign | RFU | DQSL_t DCA for QCLK | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DQSL_t DCA for QCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQSL_t QCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQSL_t DCA for IBCLK | W | OP[5:4] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[6] | | |
| DQSL_t IBCLK sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

## 3.5.73 MR104 (MA[7:0]=68$_H$) - DQSL_t DCA for QBCLK

### MR104 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | | | | DQSL_t QBCLK Sign | RFU | DQSL_t DCA for QBCLK | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DQSL_t DCA for QBCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQSL_t QBCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| RFU | | OP[7:4] | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.74  MR105 (MA[7:0]=69$_H$) - DQSL_c DCA for IBCLK and QCLK

**MR105 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DQSL_c IBCLK Sign | RFU | DQSL_c DCA for IBCLK | | DQSL_c QCLK sign | RFU | DQSL_c DCA for QCLK | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DQSL_c DCA for QCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQSL_c QCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQSL_c DCA for IBCLK | W | OP[5:4] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[6] | | |
| DQSL_c IBCLK sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

### 3.5.75  MR106 (MA[7:0]=6A$_H$) - DQSL_c DCA for QBCLK

**MR106 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | | | | DQSL_c QBCLK Sign | RFU | DQSL_c DCA for QBCLK | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DQSL_c DCA for QBCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQSL_c QBCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| RFU | | OP[7:4] | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.76  MR107 (MA[7:0]=6B$_H$) - DQSU_t DCA for IBCLK and QCLK

**MR107 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DQSU_t IBCLK Sign | RFU | DQSU_t DCA for IBCLK | | DQSU_t QCLK sign | RFU | DQSU_t DCA for QCLK | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DQSU_t DCA for QCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQSU_t QCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQSU_t DCA for IBCLK | W | OP[5:4] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[6] | | |
| DQSU_t IBCLK sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

### 3.5.77  MR108 (MA[7:0]=6C$_H$) - DQSU_t DCA for QBCLK

**MR108 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | | | | DQSU_t QBCLK Sign | RFU | DQSU_t DCA for QBCLK | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DQSU_t DCA for QBCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQSU_t QBCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| RFU | | OP[7:4] | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.78  MR109 (MA[7:0]=6D$_H$) - DQSU_c DCA for IBCLK and QCLK

**MR109 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQSU_c IBCLK Sign | RFU | DQSU_c DCA for IBCLK | | DQSU_c QCLK sign | RFU | DQSU_c DCA for QCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQSU_c DCA for QCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQSU_c QCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQSU_c DCA for IBCLK | W | OP[5:4] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[6] | | |
| DQSU_c IBCLK sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

### 3.5.79  MR110 (MA[7:0]=6E$_H$) - DQSU_c DCA for QBCLK

**MR110 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| RFU | | | | DQSU_c QBCLK Sign | RFU | DQSU_c DCA for QBCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQSU_c DCA for QBCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQSU_c QBCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| RFU | | OP[7:4] | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 94

## 3.5.80  MR111 (MA[7:0]=6F$_H$) - DFE Global Settings

## MR111 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | | | Global DFE Tap-4 Enable | Global DFE Tap-3 Enable | Global DFE Tap-2 Enable | Global DFE Tap-1 Enable | Global DFE Gain Enable |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Global DFE Gain Enable | R/W | OP[0] | 0$_B$: DFE Gain Enabled (DEFAULT)<br>1$_B$: DFE Gain Disabled | 1, 2 |
| Global DFE Tap-1 Enable | R/W | OP[1] | 0$_B$: DFE Tap-1 Enabled (DEFAULT)<br>1$_B$: DFE Tap-1 Disabled | 1, 2 |
| Global DFE Tap-2 Enable | R/W | OP[2] | 0$_B$: DFE Tap-2 Enabled (DEFAULT)<br>1$_B$: DFE Tap-2 Disabled | 1, 2 |
| Global DFE Tap-3 Enable | R/W | OP[3] | 0$_B$: DFE Tap-3 Enabled (DEFAULT)<br>1$_B$: DFE Tap-3 Disabled | 1, 2 |
| Global DFE Tap-4 Enable | R/W | OP[4] | 0$_B$: DFE Tap-4 Enabled (DEFAULT)<br>1$_B$: DFE Tap-4 Disabled | 1, 2 |
| RFU | RFU | OP[7:5] | RFU | |

NOTE 1    This bit applies to all DM and DQ pins.
NOTE 2    Setting MR111:OP[4:0] = 11111$_B$ disables the DFE.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.81  MR112 (MA[7:0]=70$_H$) thru MR248 (MA[7:0]=F8$_H$) - DFE Gain Bias

**MR112 Register Information**

This definition covers registers for DML, DMU, DQL[7:0], and DQU[7:0] for DFE Gain Bias. The MRs are positioned every 8 MRs (MR112, MR120, MR128, etc.) until all pins are covered. Refer to Mode Register Assignment table for details.

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | | | | Sign Bit Gain Bias | DFE Gain Bias | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DFE Gain Bias | R/W | OP[2:0] | 000$_B$: DFE Gain Bias Step 0 (Default)<br>001$_B$: DFE Gain Bias Step 1<br>010$_B$: DFE Gain Bias Step 2<br>011$_B$: DFE Gain Bias Step 3<br>100$_B$: RFU<br>101$_B$: RFU<br>111$_B$: RFU | 1,2,3,4 |
| Sign Bit Gain Bias | R/W | OP[3] | 0$_B$: Positive DFE Gain Bias (Default)<br>1$_B$: Negative DFE Gain Bias | 4 |
| RFU | RFU | OP[7:4] | RFU | |
| NOTE 1   Refer to the DDR5 DFE specification for information on Step Size, Step Size Tolerance and Range values<br>NOTE 2   The step size and step values are related to the min/max ranges specified in the DFE Gain Adjustment and Tap Coefficient tables<br>NOTE 3   The number of step size, step values and range are speed dependent<br>NOTE 4   Setting all DFE Gain Bias bits (MR112, MR120, MR128, etc.) OP[3:0]=0000$_B$ and all DFE Tap 1-4 Bias bits (MR113, MR114, MR115, MR116, etc.) OP[7:0]=0000000$_B$ disables DFE. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 96

### 3.5.82  MR113 (MA[7:0]=71$_H$) thru MR249 (MA[7:0]=F9$_H$) - DFE Tap-1

### MR113 Register Information

This definition covers registers for DML, DMU, DQL[7:0], and DQU[7:0] for DFE Tap-1. The MRs are positioned every 8 MRs (MR113, MR121, MR129, etc.) until all pins are covered. Refer to Mode Register Assignment table for details.

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| Enable/Disable DFE Tap-1 | Sign Bit DFE Tap-1 Bias | DFE Tap-1 Bias Programming | | | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DFE Tap-1 Bias | R/W | OP[5:0] | 000000$_B$: DFE Tap-1 Bias Step 0 (Default)<br>000001$_B$: DFE Tap-1 Bias Step 1<br>000010$_B$: DFE Tap-1 Bias Step 2<br>000011$_B$: DFE Tap-1 Bias Step 3<br>000100$_B$: DFE Tap-1 Bias Step 4<br>000101$_B$: DFE Tap-1 Bias Step 5<br>:<br>100110$_B$: DFE Tap-1 Bias Step 38<br>100111$_B$: DFE Tap-1 Bias Step 39<br>101000$_B$: DFE Tap-1 Bias Step 40<br>101001$_B$: RFU<br>:<br>111111$_B$: RFU | 1,2,3,4 |
| Sign Bit DFE Tap-1 Bias | R/W | OP[6] | 0$_B$: Positive DFE Tap-1 Bias (Default)<br>1$_B$: Negative DFE Tap-1 Bias | 4 |
| Enable/Disable DFE Tap-1 | R/W | OP[7] | 0$_B$: DFE Tap-1 Disable (Default)<br>1$_B$: DFE Tap-1 Enable | 4 |
| NOTE 1   Refer to the DDR5 DFE specification for information on Step Size, Step Size Tolerance and Range values<br>NOTE 2   The step size and step values are related to the min/max ranges specified in the DFE Gain Adjustment and Tap Coefficient tables<br>NOTE 3   The number of step size, step values and range are speed dependent<br>NOTE 4   Setting all DFE Gain Bias bits (MR112, MR120, MR128, etc.) OP[3:0]=0000$_B$ and all DFE Tap 1-4 Bias bits (MR113, MR114, MR115, MR116, etc.) OP[7:0]=00000000$_B$ disables DFE. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 3.5.83  MR114 (MA[7:0]=72$_H$) thru MR250 (MA[7:0]=FA$_H$) - DFE Tap-2

### MR114 Register Information

This definition covers registers for DML, DMU, DQL[7:0], and DQU[7:0] for DFE Tap-2. The MRs are positioned every 8 MRs (MR114, MR122, MR130, etc.) until all pins are covered. Refer to Mode Register Assignment table for details.

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| Enable/Disable DFE Tap-2 | Sign Bit DFE Tap-2 Bias | DFE Tap-2 Bias Programming | | | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DFE Tap-2 Bias | R/W | OP[5:0] | 000000$_B$: DFE Tap-2 Bias Step 0 (Default)<br>000001$_B$: DFE Tap-2 Bias Step 1<br>000010$_B$: DFE Tap-2 Bias Step 2<br>000011$_B$: DFE Tap-2 Bias Step 3<br>000100$_B$: DFE Tap-2 Bias Step 4<br>000101$_B$: DFE Tap-2 Bias Step 5<br>:<br>001101$_B$: DFE Tap-2 Bias Step 13<br>001110$_B$: DFE Tap-2 Bias Step 14<br>001111$_B$: DFE Tap-2 Bias Step 15<br>010000$_B$: RFU<br>:<br>111111$_B$: RFU | 1,2,3,4 |
| Sign Bit DFE Tap-2 Bias | R/W | OP[6] | 0$_B$: Positive DFE Tap-2 Bias (Default)<br>1$_B$: Negative DFE Tap-2 Bias | 4 |
| Enable/Disable DFE Tap-2 | R/W | OP[7] | 0$_B$: DFE Tap-2 Disable (Default)<br>1$_B$: DFE Tap-2 Enable | 4 |
| NOTE 1    Refer to the DDR5 DFE specification for information on Step Size, Step Size Tolerance and Range values<br>NOTE 2    The step size and step values are related to the min/max ranges specified in the DFE Gain Adjustment and Tap Coefficient tables<br>NOTE 3    The number of step size, step values and range are speed dependent<br>NOTE 4    Setting all DFE Gain Bias bits (MR112, MR120, MR128, etc.) OP[3:0]=0000$_B$ and all DFE Tap 1-4 Bias bits (MR113, MR114, MR115, MR116, etc.) OP[7:0]=00000000$_B$ disables DFE. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 98

## 3.5.84  MR115 (MA[7:0]=73$_H$) thru MR251 (MA[7:0]=FB$_H$) - DFE Tap-3

### MR115 Register Information

This definition covers registers for DML, DMU, DQL[7:0], and DQU[7:0] for DFE Gain Bias. The MRs are positioned every 8 MRs (MR115, MR123, MR131, etc.) until all pins are covered. Refer to Mode Register Assignment table for details.

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| Enable/Disable DFE Tap-3 | Sign Bit DFE Tap-3 Bias | \multicolumn DFE Tap-3 Bias Programming | | | | | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DFE Tap-3 Bias | R/W | OP[5:0] | 000000$_B$: DFE Tap-3 Bias Step 0 (Default)<br>000001$_B$: DFE Tap-3 Bias Step 1<br>000010$_B$: DFE Tap-3 Bias Step 2<br>000011$_B$: DFE Tap-3 Bias Step 3<br>000100$_B$: DFE Tap-3 Bias Step 4<br>000101$_B$: DFE Tap-3 Bias Step 5<br>:<br>001010$_B$: DFE Tap-3 Bias Step 10<br>001011$_B$: DFE Tap-3 Bias Step 11<br>001100$_B$: DFE Tap-3 Bias Step 12<br>001101$_B$: RFU<br>:<br>111111$_B$: RFU | 1,2,3,4 |
| Sign Bit DFE Tap-3 Bias | R/W | OP[6] | 0$_B$: Positive DFE Tap-3 Bias (Default)<br>1$_B$: Negative DFE Tap-3 Bias | 4 |
| Enable/Disable DFE Tap-3 | R/W | OP[7] | 0$_B$: DFE Tap-3 Disable (Default)<br>1$_B$: DFE Tap-3 Enable | 4 |

NOTE 1    Refer to the DDR5 DFE specification for information on Step Size, Step Size Tolerance and Range values
NOTE 2    The step size and step values are related to the min/max ranges specified in the DFE Gain Adjustment and Tap Coefficient tables
NOTE 3    The number of step size, step values and range are speed dependent
NOTE 4    Setting all DFE Gain Bias bits (MR112, MR120, MR128, etc.) OP[3:0]=0000$_B$ and all DFE Tap 1-4 Bias bits (MR113, MR114, MR115, MR116, etc.) OP[7:0]=00000000$_B$ disables DFE.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.85  MR116 (MA[7:0]=74$_H$) thru MR252 (MA[7:0]=FC$_H$) - DFE Tap-4

### MR116 Register Information

This definition covers registers for DML, DMU, DQL[7:0], and DQU[7:0] for DFE Tap-4. The MRs are positioned every 8 MRs (MR116, MR124, MR132, etc.) until all pins are covered. Refer to Mode Register Assignment table for details.

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| Enable/Disable DFE Tap-4 | Sign Bit DFE Tap-4 Bias | DFE Tap-4 Bias Programming | | | | | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DFE Tap-4 Bias | R/W | OP[5:0] | 000000$_B$: DFE Tap-4 Bias Step 0 (Default) <br> 000001$_B$: DFE Tap-4 Bias Step 1 <br> 000010$_B$: DFE Tap-4 Bias Step 2 <br> 000011$_B$: DFE Tap-4 Bias Step 3 <br> 000100$_B$: DFE Tap-4 Bias Step 4 <br> 000101$_B$: DFE Tap-4 Bias Step 5 <br> 000110$_B$: DFE Tap-4 Bias Step 6 <br> 000111$_B$: DFE Tap-4 Bias Step 7 <br> 001000$_B$: DFE Tap-4 Bias Step 8 <br> 001001$_B$: DFE Tap-4 Bias Step 9 <br> 001010$_B$: RFU <br> : <br> 111111$_B$: RFU | 1,2,3,4 |
| Sign Bit DFE Tap-4 Bias | R/W | OP[6] | 0$_B$: Positive DFE Tap-4 Bias (Default) <br> 1$_B$: Negative DFE Tap-4 Bias | 4 |
| Enable/Disable DFE Tap-4 | R/W | OP[7] | 0$_B$: DFE Tap-4 Disable (Default) <br> 1$_B$: DFE Tap-4 Enable | 4 |
| NOTE 1   Refer to the DDR5 DFE specification for information on Step Size, Step Size Tolerance and Range values <br> NOTE 2   The step size and step values are related to the min/max ranges specified in the DFE Gain Adjustment and Tap Coefficient tables <br> NOTE 3   The number of step size, step values and range are speed dependent <br> NOTE 4   Setting all DFE Gain Bias bits (MR112, MR120, MR128, etc.) OP[3:0]=0000$_B$ and all DFE Tap 1-4 Bias bits (MR113, MR114, MR115, MR116, etc.) OP[7:0]=00000000$_B$ disables DFE. | | | | |

### 3.5.86  MR117 (MA[7:0]=75$_H$) - RFU

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 100

### 3.5.87  MR118 (MA[7:0]=76$_H$) - DML VrefDQ Offset

**MR118 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DML VREFDQ Sign | DML VREFDQ Offset | | | RFU | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| RFU | | OP[3:0] | | |
| DML VREFDQ Offset | W | OP[6:4] | 000$_B$: disable (Default)<br>001$_B$: step +1<br>010$_B$: step +2<br>011$_B$: step +3<br>100B ~ 111B: RFU | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| DML VREFDQ sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

### 3.5.88  MR126 (MA[7:0]=7E$_H$) - DMU VrefDQ Offset

**MR126 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DMU VREFDQ Sign | DMU VREFDQ Offset | | | RFU | | | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| RFU | | OP[3:0] | | |
| DMU VREFDQ Offset | W | OP[6:4] | 000$_B$: disable (Default)<br>001$_B$: step +1<br>010$_B$: step +2<br>011$_B$: step +3<br>100$_B$ ~ 111B: RFU | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| DMU VREFDQ sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.89  MR133 (MA[7:0]=85H) - DQL0 DCA for IBCLK and QCLK

**MR133 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQL0 IBCLK Sign | RFU | DQL0 DCA for IBCLK | | DQL0 QCLK sign | RFU | DQL0 DCA for QCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQL0 DCA for QCLK | W | OP[1:0] | $00_B$: disable (Default)<br>$01_B$: step +1<br>$10_B$: step +2<br>$11_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQL0 QCLK sign | W | OP[3] | $0_B$: positive (Default)<br>$1_B$: negative | |
| DQL0 DCA for IBCLK | W | OP[5:4] | $00_B$: disable (Default)<br>$01_B$: step +1<br>$10_B$: step +2<br>$11_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[6] | | |
| DQL0 IBCLK sign | W | OP[7] | $0_B$: positive (Default)<br>$1_B$: negative | |

### 3.5.90  MR134 (MA[7:0]=86H) - DQL0 DCA for QBCLK and DQL0 VrefDQ Offset

**MR134 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQL0 VREFDQ Sign | DQL0 VREFDQ Offset | | | DQL0 QBCLK Sign | RFU | DQL0 DCA for QBCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQL0 DCA for QBCLK | W | OP[1:0] | $00_B$: disable (Default)<br>$01_B$: step +1<br>$10_B$: step +2<br>$11_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQL0 QBCLK sign | W | OP[3] | $0_B$: positive (Default)<br>$1_B$: negative | |
| DQL0 VREFDQ Offset | W | OP[6:4] | $000_B$: disable (Default)<br>$001_B$: step +1<br>$010_B$: step +2<br>$011_B$: step +3<br>$100B$ ~ $111B$: RFU | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| DQL0 VREFDQ sign | W | OP[7] | $0_B$: positive (Default)<br>$1_B$: negative | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 102

## 3.5.91  MR141 (MA[7:0]=8D$_H$) - DQL1 DCA for IBCLK and QCLK

### MR141 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DQL1 IBCLK Sign | RFU | DQL1 DCA for IBCLK | | DQL1 QCLK sign | RFU | DQL1 DCA for QCLK | |

| Function | Register Type | Operand | Data | Notes |
|----------|--------------|---------|------|-------|
| DQL1 DCA for QCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQL1 QCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQL1 DCA for IBCLK | W | OP[5:4] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[6] | | |
| DQL1 IBCLK sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

## 3.5.92  MR142 (MA[7:0]=8E$_H$) - DQL1 DCA for QBCLK and DQL1 VrefDQ Offset

### MR142 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DQL1 VREFDQ Sign | DQL1 VREFDQ Offset | | | DQL1 QBCLK Sign | RFU | DQL1 DCA for QBCLK | |

| Function | Register Type | Operand | Data | Notes |
|----------|--------------|---------|------|-------|
| DQL1 DCA for QBCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQL1 QBCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQL1 VREFDQ Offset | W | OP[6:4] | 000$_B$: disable (Default)<br>001$_B$: step +1<br>010$_B$: step +2<br>011$_B$: step +3<br>100$_B$ ~ 111B: RFU | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| DQL1 VREFDQ sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.93  MR149 (MA[7:0]=95$_H$) - DQL2 DCA for IBCLK and QCLK

**MR149 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DQL2 IBCLK Sign | RFU | DQL2 DCA for IBCLK | | DQL2 QCLK sign | RFU | DQL2 DCA for QCLK | |

| Function | Register Type | Operand | Data | Notes |
|----------|--------------|---------|------|-------|
| DQL2 DCA for QCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQL2 QCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQL2 DCA for IBCLK | W | OP[5:4] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[6] | | |
| DQL2 IBCLK sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

### 3.5.94  MR150 (MA[7:0]=96$_H$) - DQL2 DCA for QBCLK and DQL2 VrefDQ Offset

**MR150 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DQL2 VREFDQ Sign | DQL2 VREFDQ Offset | | | DQL2 QBCLK Sign | RFU | DQL2 DCA for QBCLK | |

| Function | Register Type | Operand | Data | Notes |
|----------|--------------|---------|------|-------|
| DQL2 DCA for QBCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQL2 QBCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQL2 VREFDQ Offset | W | OP[6:4] | 000$_B$: disable (Default)<br>001$_B$: step +1<br>010$_B$: step +2<br>011$_B$: step +3<br>100$_B$ ~ 111B: RFU | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| DQL2 VREFDQ sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 104

### 3.5.95  MR157 (MA[7:0]=9D$_H$) - DQL3 DCA for IBCLK and QCLK

**MR157 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQL3 IBCLK Sign | RFU | DQL3 DCA for IBCLK | | DQL3 QCLK sign | RFU | DQL3 DCA for QCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQL3 DCA for QCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQL3 QCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQL3 DCA for IBCLK | W | OP[5:4] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[6] | | |
| DQL3 IBCLK sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

### 3.5.96  MR158 (MA[7:0]=9E$_H$) - DQL3 DCA for QBCLK and DQL3 VrefDQ Offset

**MR158 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQL3 VREFDQ sign | DQL3 VREFDQ Offset | | | DQL3 QBCLK Sign | RFU | DQL3 DCA for QBCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQL3 DCA for QBCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQL3 QBCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQL3 VREFDQ Offset | W | OP[6:4] | 000$_B$: disable (Default)<br>001$_B$: step +1<br>010$_B$: step +2<br>011$_B$: step +3<br>100B ~ 111B: RFU | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| DQL3 VREFDQ sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 3.5.97  MR165 (MA[7:0]=A5$_H$) - DQL4 DCA for IBCLK and QCLK

### MR165 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQL4 IBCLK Sign | RFU | DQL4 DCA for IBCLK | | DQL4 QCLK sign | RFU | DQL4 DCA for QCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQL4 DCA for QCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQL4 QCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQL4 DCA for IBCLK | W | OP[5:4] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[6] | | |
| DQL4 IBCLK sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

## 3.5.98  MR166 (MA[7:0]=A6$_H$) - DQL4 DCA for QBCLK and DQL4 VrefDQ Offset

### MR166 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQL4 VREFDQ Sign | DQL3 VREFDQ Offset | | | DQL3 QBCLK Sign | RFU | DQL3 DCA for QBCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQL4 DCA for QBCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQL4 QBCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQL4 VREFDQ Offset | W | OP[6:4] | 000$_B$: disable (Default)<br>001$_B$: step +1<br>010$_B$: step +2<br>011$_B$: step +3<br>100B ~ 111B: RFU | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| DQL4 VREFDQ sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.99  MR173 (MA[7:0]=AD$_H$) - DQL5 DCA for IBCLK and QCLK

**MR173 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQL5 IBCLK Sign | RFU | DQL5 DCA for IBCLK | | DQL5 QCLK sign | RFU | DQL5 DCA for QCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQL5 DCA for QCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQL5 QCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQL5 DCA for IBCLK | W | OP[5:4] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[6] | | |
| DQL5 IBCLK sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

### 3.5.100  MR174 (MA[7:0]=AE$_H$) - DQL5 DCA for QBCLK and DQL5 VrefDQ Offset

**MR174 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQL5 VREFDQ Sign | DQL5 VREFDQ Offset | | | DQL5 QBCLK Sign | RFU | DQL5 DCA for QBCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQL5 DCA for QBCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQL5 QBCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQL5 VREFDQ Offset | W | OP[6:4] | 000$_B$: disable (Default)<br>001$_B$: step +1<br>010$_B$: step +2<br>011$_B$: step +3<br>100B ~ 111B: RFU | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| DQL5 VREFDQ sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.101 MR181 (MA[7:0]=B5$_H$) - DQL6 DCA for IBCLK and QCLK

**MR181 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DQL6 IBCLK Sign | RFU | DQL6 DCA for IBCLK | | DQL6 QCLK sign | RFU | DQL6 DCA for QCLK | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DQL6 DCA for QCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQL6 QCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQL6 DCA for IBCLK | W | OP[5:4] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[6] | | |
| DQL6 IBCLK sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

### 3.5.102 MR182 (MA[7:0]=B6$_H$) - DQL6 DCA for QBCLK and DQL6 VrefDQ Offset

**MR182 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DQL6 VREFDQ Sign | DQL6 VREFDQ Offset | | | DQL6 QBCLK Sign | RFU | DQL6 DCA for QBCLK | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DQL6 DCA for QBCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQL6 QBCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQL6 VREFDQ Offset | W | OP[6:4] | 000$_B$: disable (Default)<br>001$_B$: step +1<br>010$_B$: step +2<br>011$_B$: step +3<br>100B ~ 111B: RFU | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| DQL6 VREFDQ sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.103 MR189 (MA[7:0]=BD$_H$) - DQL7 DCA for IBCLK and QCLK

**MR189 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQL7 IBCLK Sign | RFU | DQL7 DCA for IBCLK | | DQL7 QCLK sign | RFU | DQL7 DCA for QCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQL7 DCA for QCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQL7 QCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQL7 DCA for IBCLK | W | OP[5:4] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[6] | | |
| DQL7 IBCLK sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

### 3.5.104 MR190 (MA[7:0]=BE$_H$) - DQL7 DCA for QBCLK and DQL7 VrefDQ Offset

**MR190 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQL7 VREFDQ Sign | DQL7 VREFDQ Offset | | | DQL7 QBCLK Sign | RFU | DQL7 DCA for QBCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQL7 DCA for QBCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQL7 QBCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQL7 VREFDQ Offset | W | OP[6:4] | 000$_B$: disable (Default)<br>001$_B$: step +1<br>010$_B$: step +2<br>011$_B$: step +3<br>100B ~ 111B: RFU | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| DQL7 VREFDQ sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 3.5.105 MR197 (MA[7:0]=C5$_H$) - DQU0 DCA for IBCLK and QCLK

### MR197 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQU0 IBCLK Sign | RFU | DQU0 DCA for IBCLK | | DQU0 QCLK sign | RFU | DQU0 DCA for QCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQU0 DCA for QCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQU0 QCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQU0 DCA for IBCLK | W | OP[5:4] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[6] | | |
| DQU0 IBCLK sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

## 3.5.106 MR198 (MA[7:0]=C6$_H$) - DQU0 DCA for QBCLK and DQU0 VrefDQ Offset

### MR198 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQU0 VREFDQ Sign | DQU0 VREFDQ Offset | | | DQU0 QBCLK Sign | RFU | DQU0 DCA for QBCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQU0 DCA for QBCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQU0 QBCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQU0 VREFDQ Offset | W | OP[6:4] | 000$_B$: disable (Default)<br>001$_B$: step +1<br>010$_B$: step +2<br>011$_B$: step +3<br>100B ~ 111B: RFU | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| DQU0 VREFDQ sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 3.5.107 MR205 (MA[7:0]=CD$_H$) - DQU1 DCA for IBCLK and QCLK

### MR205 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DQU1 IBCLK Sign | RFU | DQU1 DCA for IBCLK | | DQU1 QCLK sign | RFU | DQU1 DCA for QCLK | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DQU1 DCA for QCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQU1 QCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQU1 DCA for IBCLK | W | OP[5:4] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[6] | | |
| DQU1 IBCLK sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

## 3.5.108 MR206 (MA[7:0]=CE$_H$) - DQU1 DCA for QBCLK and DQU1 VrefDQ Offset

### MR206 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DQU1 VREFDQ Sign | DQU1 VREFDQ Offset | | | DQU1 QBCLK Sign | RFU | DQU1 DCA for QBCLK | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DQU1 DCA for QBCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQU1 QBCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQU1 VREFDQ Offset | W | OP[6:4] | 000$_B$: disable (Default)<br>001$_B$: step +1<br>010$_B$: step +2<br>011$_B$: step +3<br>100B ~ 111B: RFU | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| DQU1 VREFDQ sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.109 MR213 (MA[7:0]=D5$_H$) - DQU2 DCA for IBCLK and QCLK

**MR213 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DQU2 IBCLK Sign | RFU | DQU2 DCA for IBCLK | | DQU2 QCLK sign | RFU | DQU2 DCA for QCLK | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DQU2 DCA for QCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQU2 QCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQU2 DCA for IBCLK | W | OP[5:4] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[6] | | |
| DQU2 IBCLK sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

### 3.5.110 MR214 (MA[7:0]=D6$_H$) - DQU2 DCA for QBCLK and DQU2 VrefDQ Offset

**MR214 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DQU2 VREFDQ Sign | DQU2 VREFDQ Offset | | | DQU2 QBCLK Sign | RFU | DQU2 DCA for QBCLK | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DQU2 DCA for QBCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQU2 QBCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQU2 VREFDQ Offset | W | OP[6:4] | 000$_B$: disable (Default)<br>001$_B$: step +1<br>010$_B$: step +2<br>011$_B$: step +3<br>100B ~ 111B: RFU | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| DQU2 VREFDQ sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 112

### 3.5.111 MR221 (MA[7:0]=DD$_H$) - DQU3 DCA for IBCLK and QCLK

### MR221 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQU3 IBCLK Sign | RFU | DQU3 DCA for IBCLK | | DQU3 QCLK sign | RFU | DQU3 DCA for QCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQU3 DCA for QCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQU3 QCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQU3 DCA for IBCLK | W | OP[5:4] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[6] | | |
| DQU3 IBCLK sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

### 3.5.112 MR222 (MA[7:0]=DE$_H$) - DQU3 DCA for QBCLK and DQU3 VrefDQ Offset

### MR222 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQU3 VREFDQ Sign | DQU3 VREFDQ Offset | | | DQU3 QBCLK Sign | RFU | DQU3 DCA for QBCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQU3 DCA for QBCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQU3 QBCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQU3 VREFDQ Offset | W | OP[6:4] | 000$_B$: disable (Default)<br>001$_B$: step +1<br>010$_B$: step +2<br>011$_B$: step +3<br>100B ~ 111B: RFU | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| DQU3 VREFDQ sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.113 MR229 (MA[7:0]=E5$_H$) - DQU4 DCA for IBCLK and QCLK

**MR229 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQU4 IBCLK Sign | RFU | DQU4 DCA for IBCLK | | DQU4 QCLK sign | RFU | DQU4 DCA for QCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQU4 DCA for QCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQU4 QCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQU4 DCA for IBCLK | W | OP[5:4] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[6] | | |
| DQU4 IBCLK sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

### 3.5.114 MR230 (MA[7:0]=E6$_H$) - DQU4 DCA for QBCLK and DQU4 VrefDQ Offset

**MR230 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQU4 VREFDQ Sign | DQU4 VREFDQ Offset | | | DQU4 QBCLK Sign | RFU | DQU4 DCA for QBCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQU4 DCA for QBCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQU4 QBCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQU4 VREFDQ Offset | W | OP[6:4] | 000$_B$: disable (Default)<br>001$_B$: step +1<br>010$_B$: step +2<br>011$_B$: step +3<br>100B ~ 111B: RFU | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| DQU4 VREFDQ sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 114

## 3.5.115 MR237 (MA[7:0]=ED$_H$) - DQU5 DCA for IBCLK and QCLK

## MR237 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQU5 IBCLK Sign | RFU | DQU5 DCA for IBCLK | | DQU5 QCLK sign | RFU | DQU5 DCA for QCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQU5 DCA for QCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQU5 QCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQU5 DCA for IBCLK | W | OP[5:4] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[6] | | |
| DQU5 IBCLK sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

## 3.5.116 MR238 (MA[7:0]=EE$_H$) - DQU5 DCA for QBCLK and DQU5 VrefDQ Offset

## MR238 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQU5 VREFDQ Sign | DQU5 VREFDQ Offset | | | DQU5 QBCLK Sign | RFU | DQU5 DCA for QBCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQU5 DCA for QBCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQU5 QBCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQU5 VREFDQ Offset | W | OP[6:4] | 000$_B$: disable (Default)<br>001$_B$: step +1<br>010$_B$: step +2<br>011$_B$: step +3<br>100B ~ 111B: RFU | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| DQU5 VREFDQ sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.117 MR245 (MA[7:0]=F5$_H$) - DQU6 DCA for IBCLK and QCLK

**MR245 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DQU6 IBCLK Sign | RFU | DQU6 DCA for IBCLK | | DQU6 QCLK sign | RFU | DQU6 DCA for QCLK | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DQU6 DCA for QCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQU6 QCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQU6 DCA for IBCLK | W | OP[5:4] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[6] | | |
| DQU6 IBCLK sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

### 3.5.118 MR246 (MA[7:0]=F6$_H$) - DQU6 DCA for QBCLK and DQU6 VrefDQ Offset

**MR246 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| DQU6 VREFDQ Sign | DQU6 VREFDQ Offset | | | DQU6 QBCLK Sign | RFU | DQU6 DCA for QBCLK | |

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| DQU6 DCA for QBCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQU6 QBCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQU6 VREFDQ Offset | W | OP[6:4] | 000$_B$: disable (Default)<br>001$_B$: step +1<br>010$_B$: step +2<br>011$_B$: step +3<br>100B ~ 111B: RFU | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| DQU6 VREFDQ sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.119 MR253 (MA[7:0]=FD$_H$) - DQU7 DCA for IBCLK and QCLK

**MR253 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQU7 IBCLK Sign | RFU | DQU7 DCA for IBCLK | | DQU7 QCLK sign | RFU | DQU7 DCA for QCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQU7 DCA for QCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQU7 QCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQU7 DCA for IBCLK | W | OP[5:4] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[6] | | |
| DQU7 IBCLK sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

### 3.5.120 MR254 (MA[7:0]=FE$_H$) - DQU7 DCA for QBCLK and DQU7 VrefDQ Offset

**MR254 Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| DQU7 VREFDQ Sign | DQU7 VREFDQ Offset | | | DQU7 QBCLK Sign | RFU | DQU7 DCA for QBCLK | |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| DQU7 DCA for QBCLK | W | OP[1:0] | 00$_B$: disable (Default)<br>01$_B$: step +1<br>10$_B$: step +2<br>11$_B$: step +3 | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| RFU | | OP[2] | | |
| DQU7 QBCLK sign | W | OP[3] | 0$_B$: positive (Default)<br>1$_B$: negative | |
| DQU7 VREFDQ Offset | W | OP[6:4] | 000$_B$: disable (Default)<br>001$_B$: step +1<br>010$_B$: step +2<br>011$_B$: step +3<br>100B ~ 111B: RFU | Range: -3 ~ +3 LSB Codes<br>Step Size: 1LSB |
| DQU7 VREFDQ sign | W | OP[7] | 0$_B$: positive (Default)<br>1$_B$: negative | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 3.5.121 Undefined Mode Registers Spaced in DFE, per bit DCA, and per Bit VrefDQ Section

MR117
MR119
MR125
MR127
MR135
MR143
MR155
MR159
MR167
MR175
MR183
MR191
MR199
MR207
MR215
MR223
MR231
MR239
MR247
MR255

There are currently no plans to utilize these MR addresses.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

# 4    DDR5 SDRAM Command Description and Operation

## 4.1    Command Truth Table

(a) Notes 1, 2, and 14 apply to the entire Command truth table

(b) To improve command decode time, the table has been optimized to orient all 1-cycle commands together and all 2-cycle commands together; allowing CA1 to be used to identify the difference between a 1-cycle and a 2-cycle command.

[BG=Bank Group Address, BA=Bank Address, R=Row Address, C=Column Address, MRA=Mode Register Address, OP=Op Code, CID=Chip ID, CW=Control Word, X=Don't Care, V=Valid].

### Table 31 — Command Truth Table

| Function | Abbreviation | CS_n | CA0 | CA1 | CA2 | CA3 | CA4 | CA5 | CA6 | CA7 | CA8 | CA9 | CA10 | CA11 | CA12 | CA13 | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Activate | ACT | L | L | L | R0 | R1 | R2 | R3 | BA0 | BA1 | BG0 | BG1 | BG2 | CID0 | CID1 | CID2 | 11,17,20 |
| | | H | R4 | R5 | R6 | R7 | R8 | R9 | R10 | R11 | R12 | R13 | R14 | R15 | R16 | CID3/R17 | |
| RFU | RFU | L | H | L | L | L | L | V | V | V | V | V | V | V | V | V | |
| | | H | V | V | V | V | V | V | V | V | V | V | V | V | V | V | |
| RFU | RFU | L | H | L | L | L | H | V | V | V | V | V | V | V | V | V | |
| | | H | V | V | V | V | V | V | V | V | V | V | V | V | V | V | |
| Write Pattern | WRP | L | H | L | L | H | L | H | BA0 | BA1 | BG0 | BG1 | BG2 | CID0 | CID1 | CID2 | 11,15,18,19,20 |
| | | H | V | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | H | H | | | CID3 | |
| Write Pattern w/ Auto Precharge | WRPA | L | H | L | L | H | L | H | BA0 | BA1 | BG0 | BG1 | BG2 | CID0 | CID1 | CID2 | 11,15,18,19,20 |
| | | H | V | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | V or DRFM=L | AP=L | H | V | CID3 | |
| RFU | RFU | L | H | L | L | H | H | V | V | V | V | V | V | V | V | V | |
| | | H | V | V | V | V | V | V | V | V | V | V | V | V | V | V | |
| Mode Register Write | MRW | L | H | L | L | H | L | MRA0 | MRA1 | MRA2 | MRA3 | MRA4 | MRA5 | MRA6 | MRA7 | V | 8,11,13,20 |
| | | H | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 | | | CW | | | | |
| Mode Register Read | MRR | L | H | L | L | L | H | MRA0 | MRA1 | MRA2 | MRA3 | MRA4 | MRA5 | MRA6 | MRA7 | V | 8,13,21,20 |
| | | H | L | L | L | V | V | V | V | V | V | V | CW | V | V | V | |
| Write | WR | L | H | L | H | H | L | BL*=L | BA0 | BA1 | BG0 | BG1 | BG2 | CID0 | CID1 | CID2 | 8,12,15,19,20 |
| | | H | V | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | H | WR_Partial=L | | | CID3 | |
| Write w/Auto Precharge | WRA | L | H | L | H | H | L | BL*=L | BA0 | BA1 | BG0 | BG1 | BG2 | CID0 | CID1 | CID2 | 8,12,15,19,20 |
| | | H | V | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | V or DRFM=L | AP=L | WR_Partial=L | | CID3 | |
| Read | RD | L | H | L | H | H | L | BL*=L | BA0 | BA1 | BG0 | BG1 | BG2 | CID0 | CID1 | CID2 | 8,15,19,20 |
| | | H | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | H | V | | | CID3 | |
| Read w/Auto Precharge | RDA | L | H | L | H | H | L | BL*=L | BA0 | BA1 | BG0 | BG1 | BG2 | CID0 | CID1 | CID2 | 8,15,19,20 |
| | | H | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | V or DRFM=L | AP=L | | | CID3 | |
| VrefCA Command | VrefCA | L | H | H | L | L | L | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | L | | |
| VrefCS Command | VrefCS | L | H | H | L | L | L | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | H | | |
| Refresh All | REFab | L | H | H | L | L | H | CID3 | V | V | V or RIR | V or H | L | CID0 | CID1 | CID2 | 3,23,24 |
| Refresh Management All | RFMab | L | H | H | L | L | H | CID3 or DRFM=L | V | V | V | L | L | CID0 | CID1 | CID2 | 3,20 |
| Refresh Same Bank | REFsb | L | H | H | L | L | H | CID3 | BA0 | BA1 | V or RIR | V or H | H | CID0 | CID1 | CID2 | 4,20,23,24 |
| Refresh Management Same Bank | RFMsb | L | H | H | L | L | H | CID3 or DRFM=L | BA0 | BA1 | V | L | H | CID0 | CID1 | CID2 | 4,20 |
| Precharge All | PREab | L | H | H | L | L | H | CID3 | V | V | V | V | V | CID0 | CID1 | CID2 | 5,20 |
| Precharge Same Bank | PREsb | L | H | H | L | L | H | CID3 | BA0 | BA1 | V | V | H | CID0 | CID1 | CID2 | 6,20 |
| Precharge | PREpb | L | H | H | L | L | H | CID3 or DRFM=L | BA0 | BA1 | BG0 | BG1 | BG2 | CID0 | CID1 | CID2 | 7,20 |
| RFU | RFU | L | H | H | H | H | L | V | V | V | V | V | V | V | V | V | |
| Self Refresh Entry | SRE | L | H | H | H | L | H | V | V | V | V | H | V | V | V | V | 9 |
| Self Refresh Entry w/ Frequency Change | SREF | L | H | H | H | L | H | V | V | V | V | L | V | V | V | V | 9 |
| Power Down Entry | PDE | L | H | H | H | L | H | V | V | V | V | H | ODT=L | V | V | V | 10,16 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## Table 31 — Command Truth Table (cont'd)

| Function | Abbrevia-tion | CS_n | CA0 | CA1 | CA2 | CA3 | CA4 | CA5 | CA6 | CA7 | CA8 | CA9 | CA10 | CA11 | CA12 | CA13 | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | CA Pins | | | | | | | | | | |
| MPC | MPC | L | H | H | H | H | L | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 | V | 20 |
| NOP | NOP | L | H | H | H | H | H | V | V | V | V | V | V | V | V | V | 26 |
| Power Down Exit | PDX | L | H | H | H | H | H | V | V | V | V | V | V | V | V | V | |
| Deselect | DES | H | X | X | X | X | X | X | X | X | X | X | X | X | X | X | |
| Reserved | | L | L | H | | | | | Reserved | | | | | | | | |

NOTE 1   V means H or L (a defined logic level). X means don't care in which case the signal may be floated.
NOTE 2   Bank group addresses BG[2:0] and Bank addresses BA[1:0] determine which bank is to be operated upon in a specific bank group.
NOTE 3   The Refresh All and Refresh Management All commands are applied to all banks in all bank groups. CA6 and CA7 are required to be valid ("V")
NOTE 4   The Refresh Same Bank and Refresh Management Same Bank commands refresh the same bank in all bank group bits. The bank bits, BA0 and BA1 on CA6 and CA7, respectively, specify the bank within each bank group.
NOTE 5   The Precharge All command applies to all open banks in all bank groups.
NOTE 6   The Precharge Same Bank command applies to the same bank in all bank groups. The bank bits specify the bank within each bank group.
NOTE 7   The Precharge command applies to a single bank as specified by bank address and bank group bits.
NOTE 8   CS_n=LOW during the 2nd cycle of a two cycle command executes ODT in non-target ranks for WR, RD and MRR commands.
NOTE 9   The SRE command places the DRAM in self refresh state
NOTE 10  The PDE command places the DRAM in power down state
NOTE 11  Two cycle commands with no ODT control (ACT, MRW, WRP). DRAM does not execute the command if it receives CS as LOW on 2nd cycle.
NOTE 12  WR command with WR_Partial (WR_P) = Low indicates a partial write command. This is to help DRAM start an internal read for 'read modify write'.
NOTE 13  If CW=Low during the MRW command then DRAM should execute the command, Mode Register will be written. If CW=HIGH then DRAM ignores the MRW command, and the Mode Register is not changed. If CW=Low, DRAM should execute the MRR command. If CW=High, DRAM may or may not execute MRR command.
NOTE 14  CID[3:0] bits are used for 3DS stacking support. When CID[3:0] bits are not used, they are required to be Valid ("V").
NOTE 15  If CA5:BL*=L, the command places the DRAM into the alternate Burst mode described by MR0[1:0] instead of the default Burst Length 16 mode.
NOTE 16  ODT=L is defined to allow On Die Termination (ODT) to persist when the device is in Power Down Mode.
NOTE 17  CID3/R17 is a multi-mode pin allowing for either 16H 3DS stacking with the CID3 bit usage or R17 for high bit density monolithic usage. These usages are mutually exclusive.
NOTE 18  Write Pattern only supports BL16 and BL32.
NOTE 19  When CID3 is not used, its required to be Valid ("V").
NOTE 20  In the case of a DRAM where the density or stacking doesn't require CA[13] the ball location for that function (considering the state of MIR) shall be connected to VDDQ, and the DRAM shall decode CA[13]=L so that the proper selection of die and RA is provided.
NOTE 21  CA[0:1] =[L:L] on the second cycle for burst ordering.
NOTE 22  When host issue MRR with CRC enabled, data comes out with CRC bit.
NOTE 23  If the Refresh Management Required bit is "0" (MR58 OP[0]=0), CA9 is only required to be valid ("V") for a REF command, and the DRAM will treat a RFM command as a REF command. If MR58 OP[0]=1, a REF command requires CA9=H.
NOTE 24  If the Refresh Interval Rate indicator bit is disabled (MR4:OP[3]=0) by the host, CA8 is only required to be valid ("V"). If the Refresh Interval Rate indicator bit is enabled (MR4:OP[3]=1) by the host, the host is required to set CA8=H for REF commands issued at the 1x refresh interval rate and CA8=L for REF commands issued at the 2x refresh interval rate. If the host issues 2x REF commands with CA8=L while MR4:OP[3]=1, but the Refresh rate requirement is 1x as determined internally by the DRAM, the DRAM may internally align to the 1x refresh rate.
NOTE 25  Command Truth Table bits such as BG2, BA1, R16, R17, C10, and CID[3:0] which are unused based on a device's density, configuration width, and stacking options, the CA decode is defined as VALID when in these unused states.
NOTE 26  Unlike DES, NOP is considered a *valid command*, and timing from a preceding valid command must satisfy any associated command timings.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 120

## 4.1.1   2-Cycle Command Cancel

DDR5 DRAM commands ACT, WRP, WRPA and MRW are 2-cycle commands without associated ODT control requirements. The DRAMwill not execute these2-cycle commands if the CS_n is LOW on the 2nd cycle (command cancel).



**Figure 10 — Command Cancel Timing**

**Table 32 — Command Cancel Timing**

| Parameter | Symbol | DDR5 3200 ~ 6400 | | DDR5 6800 ~ 8400 | | unit |
|---|---|---|---|---|---|---|
| | | min | max | min | max | |
| Command cancel timing for ACT, WRP, WRPA, MRW when CS_n is low on 2nd cycle | tCMD_cancel | 8 | - | 8 | - | nCK |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.2    Burst Length, Type, and Order

Accesses within a given burst is currently limited to only sequential, interleaved is not supported. The ordering of accesses within a burst is determined by the burst length and the starting column address as shown in **Table 35**. The burst length is defined by bits OP[1:0] of Mode Register MR0. Burst length options include BC8 OTF, BL16, BL32 (optional) and BL32 OTF.

### Table 33 — Burst Type and Burst Order for READ

| Burst Length | Burst Type | C3 | C2 | C1 | C0 | Read Burst Cycle and Burst Address Sequence | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| BC8 | SEQ | 0 | 0 | V | V | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | T | T | T | T | T | T | T | T |
| | | 0 | 1 | V | V | 4 | 5 | 6 | 7 | 0 | 1 | 2 | 3 | T | T | T | T | T | T | T | T |
| | | 1 | 0 | V | V | 8 | 9 | A | B | C | D | E | F | T | T | T | T | T | T | T | T |
| | | 1 | 1 | V | V | C | D | E | F | 8 | 9 | A | B | T | T | T | T | T | T | T | T |
| BL16 | SEQ | 0 | 0 | V | V | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | A | B | C | D | E | F |
| | | 0 | 1 | V | V | 4 | 5 | 6 | 7 | 0 | 1 | 2 | 3 | C | D | E | F | 8 | 9 | A | B |
| | | 1 | 0 | V | V | 8 | 9 | A | B | C | D | E | F | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| | | 1 | 1 | V | V | C | D | E | F | 8 | 9 | A | B | 4 | 5 | 6 | 7 | 0 | 1 | 2 | 3 |

### Table 34 — Burst Type and Burst Order for WRITE

| Burst Length | Burst Type | C3 | C2 | C1 | C0 | Write Burst Cycle and Burst Address Sequence | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| BC8 | SEQ | 0 | V | V | V | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | X | X | X | X | X | X | X | X |
| | | 1 | V | V | V | 8 | 9 | A | B | C | D | E | F | X | X | X | X | X | X | X | X |
| BL16 | SEQ | V | V | V | V | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | A | B | C | D | E | F |

NOTE 1    T: Output driver for data and strobes are in RTT_PARK.
NOTE 2    V: A valid logic level (0 or 1), but respective buffer input ignores level on input pins.
NOTE 3    X: Don't Care.

### 4.2.1    Burst Type and Burst Order for Optional BL32 Mode

DDR5 DRAM supports an optional fixed BL32 mode and optional BL32 OTF (On the fly) mode for x4 devices only.

### Table 35 — Burst Type and Burst Order for READ BL32

| Burst Length | Burst Type | C10 | C3 | C2 | C1 | C0 | Read Burst Cycle and Burst Address Sequence | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1-4 | 5-8 | 9-12 | 13-16 | 17-20 | 21-24 | 25-28 | 29-32 |
| BL32 | SEQ | 0 | 0 | 0 | V | V | 0-3 | 4-7 | 8-B | C-F | 10-13 | 14-17 | 18-1B | 1C-1F |
| | | 0 | 0 | 1 | V | V | 4-7 | 0-3 | C-F | 8-B | 14-17 | 10-13 | 1C-1F | 18-1B |
| | | 0 | 1 | 0 | V | V | 8-B | C-F | 0-3 | 4-7 | 18-1B | 1C-1F | 10-13 | 14-17 |
| | | 0 | 1 | 1 | V | V | C-F | 8-B | 4-7 | 0-3 | 1C-1F | 18-1B | 14-17 | 10-13 |
| | | 1 | 0 | 0 | V | V | 10-13 | 14-17 | 18-1B | 1C-1F | 0-3 | 4-7 | 8-B | C-F |
| | | 1 | 0 | 1 | V | V | 14-17 | 10-13 | 1C-1F | 18-1B | 4-7 | 0-3 | C-F | 8-B |
| | | 1 | 1 | 0 | V | V | 18-1B | 1C-1F | 10-13 | 14-17 | 8-B | C-F | 0-3 | 4-7 |
| | | 1 | 1 | 1 | V | V | 1C-1F | 18-1B | 14-17 | 10-13 | C-F | 8-B | 4-7 | 0-3 |
| BL16  in BL32 OTF | | 0 | 0 | 0 | V | V | 0-3 | 4-7 | 8-B | C-F | X | X | X | X |
| | | 0 | 0 | 1 | V | V | 4-7 | 0-3 | C-F | 8-B | X | X | X | X |
| | | 0 | 1 | 0 | V | V | 8-B | C-F | 0-3 | 4-7 | X | X | X | X |
| | | 0 | 1 | 1 | V | V | C-F | 8-B | 4-7 | 0-3 | X | X | X | X |
| | | 1 | 0 | 0 | V | V | 10-13 | 14-17 | 18-1B | 1C-1F | X | X | X | X |
| | | 1 | 0 | 1 | V | V | 14-17 | 10-13 | 1C-1F | 18-1B | X | X | X | X |
| | | 1 | 1 | 0 | V | V | 18-1B | 1C-1F | 10-13 | 14-17 | X | X | X | X |
| | | 1 | 1 | 1 | V | V | 1C-1F | 18-1B | 14-17 | 10-13 | X | X | X | X |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.2.1   Burst Type and Burst Order for Optional BL32 Mode (cont'd)

**Table 36 — Burst Type and Burst Order for WRITE BL32**

| Burst Length | Burst Type | C10 | C3 | C2 | C1 | C0 | Write Burst Cycle and Burst Address Sequence | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1-8 | 9-16 | 17-24 | 25-32 |
| BL32 | SEQ | 0 | V | V | V | V | 0-7 | 8-F | 17-24 | 25-32 |
| BL16  in BL32 OTF | | 0 | V | V | V | V | 0-7 | 8-F | X | X |
| | | 1 | V | V | V | V | 10-17 | 18-1F | X | X |

NOTE 1   In case of BL16 in BL32 OTF mode by setting MR0[OP1:0=11], the internal write operation starts eight cycles earlier than for BL32 mode. This means that the starting point for tWR and tWTR shall be pulled in by eight clocks.
NOTE 2   T: Output driver for data and strobes are in high impedance.
NOTE 3   V: A valid logic level (0 or 1), but respective buffer input ignores level on input pins.
NOTE 4   X: Don't Care.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.3    Precharge Command

The PRECHARGE command is used to deactivate the open row in a particular bank or the open row in all banks. The bank(s) shall be available for a subsequent row activation a specified time (tRP) after the PRECHARGE command is issued. Once a bank has been precharged, it is in the idle state and must be activated prior to any READ or WRITE commands being issued to that bank. A PRECHARGE command is allowed if there is no open row in that bank (idle state) or if the previously open row is already in the process of precharging. However, the precharge period shall be determined by the last PRECHARGE command issued to the bank.

If CA10 on the 2nd pulse of a Read or Write command is LOW, (shown as AP=L in the command truth table) then the auto-precharge function is engaged. This feature allows the precharge operation to be partially or completely hidden during burst read cycles (dependent upon CAS latency) thus improving system performance for random data access. The RAS lockout circuit internally delays the precharge operation until the array restore operation has been completed (tRAS satisfied) so that the auto precharge command may be issued with any read. Auto-precharge is also implemented during Write commands. The precharge operation engaged by the Auto precharge command shall not begin until the last data of the burst write sequence is properly stored in the memory array. The bank shall be available for a subsequent row activation a specified time (tRP) after hidden PRECHARGE command (AutoPrecharge) is issued to that bank.

The precharge to precharge delay is defined by tPPD in the core timing tables. tPPD applies to any combination of precharge commands (PREab, PREsb, PREpb). tPPD also applies to any combination of precharge commands to a different die in a 3DS DDR5 SDRAM.

### 4.3.1    Precharge Command Modes

DDR5 supports three different types of precharge commands: Precharge, Precharge All and Precharge Same Bank
The Precharge Command (PREpb) applies precharge to a specific bank defined by BA[1:0] {if applicable} in a specific bank group defined by BG[2:0], while a Precharge All (PREab) applies precharge to all banks in all bank groups and a Precharge Same Bank (PREsb) applies precharge to a specific bank defined by BA[1:0] in all bank groups. In the case of a 3DS DDR5 SDRAM device, CID[3:0] shall also be selected to identify the target die.

**Table 37** shows the different encodes for PREpb, PREab, and PREsb.

### Table 37 — Precharge Encodings

| Function | Abbrevia-tion | CS_n | CA Pins | | | | | | | | | | | | | NOTES |
| | | | CA0 | CA1 | CA2 | CA3 | CA4 | CA5 | CA6 | CA7 | CA8 | CA9 | CA10 | CA11 | CA12 | CA13 | |
| Precharge All | PREab | L | H | H | L | H | H | CID3 | V | V | V | V | L | CID0 | CID1 | CID2 | |
| Precharge Same Bank | PREsb | L | H | H | L | H | L | CID3 | BA0 | BA1 | V | V | H | CID0 | CID1 | CID2 | |
| Precharge | PREpb | L | H | H | L | H | H | CID3 | BA0 | BA1 | BG0 | BG1 | BG2 | CID0 | CID1 | CID2 | |
| NOTE    See Command Truth Table for details | | | | | | | | | | | | | | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 124

## 4.4    Programmable Preamble and Postamble

DDR5 shall support programmable preambles and postambles.

### 4.4.1    Read Preamble and Postamble

DDR5 supports a programmable read preamble and postamble.
Read Preamble is configured as 1tCK, 2tCK (two unique modes), 3tCK and 4tCK via MR8:OP[2:0].

| Function | Register Type | Operand | Data |
|---|---|---|---|
| **Read Preamble Settings** | **R/W** | **OP[2:0]** | $000_B$: 1 tCK - 10 Pattern<br>$001_B$: 2 tCK - 0010 Pattern<br>$010_B$: 2 tCK - 1110 Pattern (DDR4 Style)<br>$011_B$: 3 tCK - 000010 Pattern<br>$100_B$: 4 tCK - 00001010 Pattern<br>$101_B$: Reserved<br>$110_B$: Reserved<br>$111_B$: Reserved |

Read Postamble is configured as 0.5tCK or 1.5tCK via MR8:OP[6]

NOTE: DQS shall have an option to drive early by x-tCK to accommodate different HOST receiver designs as controlled by the Read DQS Offset in MR40:OP[2:0].



**Figure 11 — Example of Read Preamble Modes (Default) with 0.5 tCK Postamble**



**Figure 12 — Example of Read Preamble Modes (Default) with 1.5 tCK Postamble**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.4.1    Read Preamble and Postamble (cont'd)



**Figure 13 — Example of Read Preamble Modes with 3tCK DQS Offset and with 1.5 tCK Postamble**

### 4.4.2    Write Preamble and Postamble

DDR5 supports a programmable write preamble and postamble.
Write Preamble is configured as 2tCK, 3tCK and 4tCK via MR8:OP[4:3]
Write Postamble is configured as 0.5tCK or 1.5tCK via MR8:OP[7]



**Figure 14 — Example of Write Preamble Modes (Default) with 0.5tCK Postamble**



**Figure 15 — Example of Write Preamble Modes (Default) with 1.5tCK Postamble**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 126

## 4.4.3   Write Preamble and Postamble Timings

During Write operations, the input receiver strobe shall be aligned with the DQ according to the preamble and postamble settings, and the strobe shall meet the specified timing requirements to guarantee enough timing margin by setting the window for the strobe during the Write preamble and postamble time frame. These timing requirements apply to all configurations of the Write preamble set by MR8 OP[4:3], which is   2tCK, 3tCK, and 4tCK Write preamble, for Write to Write operations as well as for normal Write operations. These timing requirements apply to all configurations of the Write postamble set by MR8:OP[7], which is 0.5tCK and 1.5tCK WRITE postamble, for Write to Write operations as well as for normal Write operations.



**Figure 16 — DQS Timing While 2tCK Write Preamble and Postamble**

NOTES:
1. BL=16, 2tCK Preamble, 0.5tCK Postamble.
2. tDQSH_pre and tDQSL_pre are shown, and apply to all toggles during the preamble.
3. 2nd preamble during Write to Write operation shall follow the same requirement.



**Figure 17 — DQS Timing While Write Preamble and Postamble**

NOTES:
1. BL=16, 4tCK Preamble, 1.5tCK Postamble.
2. tDQSH_pre and tDQSL_pre are shown, and apply to all toggles during the preamble.
3. 2nd preamble during Write to Write operation shall follow the same requirement.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.4.3   Write Preamble and Postamble Timings (cont'd)

### Table 38 — Strobe Preamble and Postamble Timing Parameters for DDR5-3200 to 4800

| Parameter | Symbol | DDR5 3200 - 3600 | | DDR5 4000 - 4400 | | DDR5 4800 | | Unit |
|---|---|---|---|---|---|---|---|---|
| | | min | max | min | max | min | max | |
| DQS_t, DQS_c differential WRITE Preamble (2tCK Preamble) | tWPRE2 | 1.800 | - | 1.800 | - | 1.800 | - | tCK(avg) |
| DQS_t, DQS_c differential WRITE Preamble (3tCK Preamble) | tWPRE3 | - | - | 2.700 | - | 2.700 | - | tCK(avg) |
| DQS_t, DQS_c differential WRITE Preamble (4tCK Preamble) | tWPRE4 | - | - | - | - | - | - | tCK(avg) |
| DQS_t, DQS_c differential WRITE Postamble (0.5tCK Postamble) | tWPST0.5 | 0.45 | - | 0.45 | - | 0.45 | - | tCK(avg) |
| DQS_t, DQS_c differential WRITE Postamble (1.5tCK Postamble) | tWPST1.5 | - | - | 1.20 | - | 1.20 | - | tCK(avg) |
| DQS_t, DQS_c differential initial low pulse width during WRITE Preamble (2tCK Preamble) | tDQSL2PRE | 0.900 | - | 0.900 | - | 0.900 | - | tCK(avg) |
| DQS_t, DQS_c differential initial low pulse width during WRITE Preamble (3tCK Preamble) | tDQSL3PRE | - | - | 1.800 | - | 1.800 | - | tCK(avg) |
| DQS_t, DQS_c differential initial low pulse width during WRITE Preamble (4tCK Preamble) | tDQSL4PRE | - | - | - | - | - | - | tCK(avg) |
| DQS_t, DQS_c differential high toggle pulse width during WRITE Preamble | tDQSH_pre | 0.395 | 0.605 | 0.395 | 0.605 | 0.430 | 0.570 | tCK(avg) |
| DQS_t, DQS_c differential low toggle pulse width during WRITE Preamble | tDQSL_pre | 0.395 | 0.605 | 0.395 | 0.605 | 0.430 | 0.570 | tCK(avg) |

NOTE 1   The 2tCK Write Preamble is valid for the DDR5-3200/3600/4000/4400/4800 speed grades.
NOTE 2   The 3tCK Write Preamble is valid for the DDR5-4000/4400/4800/5200/5600/6000/6400 speed grades.
NOTE 3   The 4tCK Write Preamble is valid for the DDR5-5600/6000/6400/6800/7200/7600/8000/8400 speed grades.
NOTE 4   The 0.5tCK Write Postamble is valid for the DDR5-3200/3600/4000/4400/4800 speed grades.
NOTE 5   The 1.5tCK Write Postamble is valid for the DDR5-4000/4400/4800/5200/5600/6000/6400/6800/7200/7600/8000/8400 speed grades.
NOTE 6   The strobe preamble and postamble timing parameter values shall follow the operating frequency.

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

## 4.4.3   Write Preamble and Postamble Timings (cont'd)

**Table 39 — Strobe Preamble and Postamble Timing Parameters for DDR5-5200 to 8400**

| Parameter | Symbol | DDR5 5200 | | DDR5 5600 - 6400 | | DDR5 6800 - 8400 | | Unit |
|---|---|---|---|---|---|---|---|---|
| | | min | max | min | max | min | max | |
| DQS_t, DQS_c differential WRITE Preamble (2tCK Preamble) | tWPRE2 | - | - | - | - | - | - | tCK(avg) |
| DQS_t, DQS_c differential WRITE Preamble (3tCK Preamble) | tWPRE3 | 2.700 | - | 2.700 | - | - | - | tCK(avg) |
| DQS_t, DQS_c differential WRITE Preamble (4tCK Preamble) | tWPRE4 | - | - | 3.600 | - | 3.600 | - | tCK(avg) |
| DQS_t, DQS_c differential WRITE Postamble (0.5tCK Postamble) | tWPST0.5 | - | - | - | - | - | - | tCK(avg) |
| DQS_t, DQS_c differential WRITE Postamble (1.5tCK Postamble) | tWPST1.5 | 1.20 | - | 1.20 | - | 1.275 | - | tCK(avg) |
| DQS_t, DQS_c differential initial low pulse width during WRITE Preamble (2tCK Preamble) | tDQSL2PRE | - | - | - | - | - | - | tCK(avg) |
| DQS_t, DQS_c differential initial low pulse width during WRITE Preamble (3tCK Preamble) | tDQSL3PRE | 1.800 | - | 1.800 | - | - | - | tCK(avg) |
| DQS_t, DQS_c differential initial low pulse width during WRITE Preamble (4tCK Preamble) | tDQSL4PRE | - | - | 1.800 | - | 1.800 | - | tCK(avg) |
| DQS_t, DQS_c differential high toggle pulse width during WRITE Preamble | tDQSH_pre | 0.430 | 0.570 | 0.430 | 0.570 | TBD | TBD | tCK(avg) |
| DQS_t, DQS_c differential low toggle pulse width during WRITE Preamble | tDQSL_pre | 0.430 | 0.570 | 0.430 | 0.570 | TBD | TBD | tCK(avg) |

NOTE 1    The 2tCK Write Preamble is valid for the DDR5-3200/3600/4000/4400/4800 speed grades.
NOTE 2    The 3tCK Write Preamble is valid for the DDR5-4000/4400/4800/5200/5600/6000/6400 speed grades.
NOTE 3    The 4tCK Write Preamble is valid for the DDR5-5600/6000/6400/6800/7200/7600/8000/8400 speed grades.
NOTE 4    The 0.5tCK Write Postamble is valid for the DDR5-3200/3600/4000/4400/4800 speed grades.
NOTE 5    The 1.5tCK Write Postamble is valid for the DDR5-4000/4400/4800/5200/5600/6000/6400/6800/7200/7600/8000/8400 speed grades.
NOTE 6    The strobe preamble and postamble timing parameter values shall follow the operating frequency.

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

## 4.5    Interamble

The DQS strobe for the device requires a preamble prior to the first latching edge (the rising edge of DQS_t with data valid), and it requires a postamble after the last latching edge. The preamble and postamble options are set via Mode Register Write commands. Additionally, the postamble and preamble configured size shall NOT force the HOST to add command gaps in the command interval just to satisfy postamble or preamble settings. (i.e. Preamble=4tCK + Postamble=1.5tCK shall not force tCCD+5).

## 4.5.1    Read Interamble Timing Diagrams

In Read to Read operations with tCCD=BL/2, postamble for 1st command and preamble for 2nd command shall disappear to create consecutive DQS latching edge for seamless burst operations.

In the case of Read to Read operations with command interval of tCCD+1, tCCD+2, etc., if the postamble and preambles overlap, the toggles take precedence over static preambles.



**Figure 18 — Example of Seamless Reads Operation: tCCD=Min**



**Figure 19 — Example of Consecutive Reads Operation: tCCD=Min+1**



**Figure 20 — Example of Consecutive Reads Operation: tCCD=Min+2**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.5.1 Read Interamble Timing Diagrams (cont'd)

**Figure 21 — Example of Consecutive Reads Operation: tCCD=Min+3**

**Figure 22 — Example of Consecutive Reads Operation: tCCD=Min+4**

**Figure 23 — Example of Consecutive Reads Operation: tCCD=Min+5**

Netlist Inc.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.5.2   Write Interamble Timing Diagrams

In Write to Write operations with tCCD=BL/2, postamble for 1st command and preamble for 2nd command shall disappear to create consecutive DQS latching edge for seamless burst operations.

In the case of Write to Write operations with command interval of tCCD+1, tCCD+2, etc., if the postamble and preambles overlap, the toggles take precedence over static preambles.



**Figure 24 — Example of Seamless Writes Operation: tCCD=Min**



**Figure 25 — Example of Consecutive Writes Operation: tCCD=Min+1**



**Figure 26 — Example of Consecutive Writes Operation: tCCD=Min+2**



**Figure 27 — Example of Consecutive Writes Operation: tCCD=Min+3**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 132

## 4.5.2   Write Interamble Timing Diagrams (cont'd)



**Figure 28 — Example of Consecutive Writes Operation: tCCD=Min+4**



**Figure 29 — Example of Consecutive Writes Operation: tCCD=Min+5**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.6    Activate Command

The ACTIVATE command is used to open (or activate) a row in a particular bank for a subsequent access. The value on the BG[2:0] in X4/8 and BG[1:0] in X16 select the bank group; BA[1:0] inputs selects the bank within the bankgroup, and the address provided on the appropriate CA pins for R[17:0] to select the row (see Table 40). In the case of a 3DS DDR5 SDRAM device, the CID[3:0] shall also be selected to identify the correct die in the stack. This row remains active (or open) for accesses until a precharge command is issued to that bank or a precharge all command is issued. A bank must be precharged before opening a different row in the same bank.

Bank-to-bank command timing for ACTIVATE commands uses two different timing parameters, depending on whether the banks are in the same or different bank group. tRRD_S (short) is used for timing between banks located in different bank groups. tRRD_L (long) is used for timing between banks located in the same bank group. Consecutive ACTIVATE commands, allowed to be issued at tRRDmin, are restricted to a maximum of four within the time period tFAW (four activate window).

### Table 40 — Activate Command (for Reference)

| Function | Abbrevia-tion | CS_n | CA Pins | | | | | | | | | | | | | | NOTES |
| | | | CA0 | CA1 | CA2 | CA3 | CA4 | CA5 | CA6 | CA7 | CA8 | CA9 | CA10 | CA11 | CA12 | CA13 | |
| Activate | ACT | L | L | L | R0 | R1 | R2 | R3 | BA0 | BA1 | BG0 | BG1 | BG2 | CID0 | CID1 | CID2 | |
| | | H | R4 | R5 | R6 | R7 | R8 | R9 | R10 | R11 | R12 | R13 | R14 | R15 | R16 | CID3/R17 | |
| NOTE    See Command Truth Table for details | | | | | | | | | | | | | | | | | |

## 4.6.1    Non-Binary Density Considerations

An ACT command with row address inputs which violate the 'MSB address bit "HIGH", MSB-1 address bit "LOW"' non-binary density address restriction shall follow all timing and protocol rules as though the ACT were valid.

Any RD or RDA command following an ACT to the invalid address space within the same bank shall drive the DQS strobes with normaltiming but shall not output data on the DQs that can be used to learn about data stored in cells with valid addresses. DQ data that coincidentally matches cell array data is permissible (for example: always sending the all 1s and cell data sometimes being all 1s). Consistently exposing data from a previous read or previous activate is not permissible.

Any WR, WRA, WRP or WRPA command following an ACT to the invalid address space within the same bank shall not result in new data being written anywhere within the DRAM.

The DRAM will operate normally for Read and Write commands to banks which have pages open for valid rows.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 134

## 4.7    Read Operation

The Read Operation causes the DRAM to retrieve and output data stored in its array. The Read Operation is initiated by the Read Command during which the beginning column address and bank/group address for the data to be retrieved from the array is provided. The data is driven by the DRAM on its DQ pins RL (CL) cycles after the Read Command along with the proper waveform on the DQS inputs. Read Latency (RL or CL) is defined from the Read command to data and is not affected by the Read DQS offset timing (MR40 OP[2:0]).

### 4.7.1    READ Burst Operation

During a READ or WRITE command, DDR5 shall support BC8, BL16, BL32 (optional) and BL32 OTF (optional) during the READ or WRITE. MR0[1:0] is used to select burst operation mode.



NOTES:
1. BL=16, Preamble = 2tCK - 0010 Pattern Preamble, 1.5tCK Postamble
2. DES commands are shown for ease of illustration; other commands may be valid at these times.
3. In this example, Read DQS Offset Timing is set to 0 Clocks.

**Figure 30 — READ Burst Operation (BL16)**



NOTES:
1. BC=8, Preamble = 2tCK - 0010 Pattern Preamble, 1.5tCK Postamble
2. DES commands are shown for ease of illustration; other commands may be valid at these times.
3. In this example, Read DQS Offset Timing is set to 0 Clocks
4. In non-CRC mode, DQS_t and DQS_c stop toggling at the completion of the BC8 data bursts, plus the postamble.

**Figure 31 — Read Burst Operation (BC8)**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.7.1    READ Burst Operation (cont'd)



NOTES:

1. BL=16, Preamble = 2tCK - 0010 Pattern Preamble, 1.5tCK Postamble

2. DES commands are shown for ease of illustration; other commands may be valid at these times.

3. Two different examples are shown side by side, the top with the default setting for Read DQS Offset = 0 Clock, the lower with a 1 Clock setting. In the lower case, the DQS is started 1 clock earlier than normal with respect to RL (CL).

4. In both cases, the Data does not move

**Figure 32 — READ to READ, Different Ranks Operation with Read DQS Offset Usage (BL16)**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 136

## 4.7.2  Burst Read Operation Followed by a Precharge

The minimum external Read command to Precharge command spacing to the same bank is equal to tRTP with tRTP being the Internal Read Command to Precharge Command Delay. Note that the minimum ACT to PRE timing, tRAS, must be satisfied as well. The minimum value for the Internal Read Command to Precharge Command Delay is given by tRTP.min. A new bank active command may be issued to the same bank if the following two conditions are satisfied simultaneously:

1. The minimum RAS precharge time (tRP.MIN) has been satisfied from the clock at which the precharge begins.
2. The minimum RAS cycle time (tRC.MIN) from the previous bank activation has been satisfied.

Examples of Read commands followed by Precharge are shown in **Figure 33** and **Figure 34**.



NOTES:
1. BL = 16, 1tCK Preamble, 1.5tCK Postamble
2. DES commands are shown for ease of illustration; other commands may be valid at these times.
3. The example assumes tRAS. MIN is satisfied at Precharge command time(ta+1) and that tRC. MIN is satisfied at the next Active command time(tc+2).

**Figure 33 — READ to PRECHARGE with 1tCK Preamble**



NOTES:
1. BL = 16, 2tCK - 0010 Pattern Preamble, 1.5tCK Postamble,
2. DES commands are shown for ease of illustration; other commands may be valid at these times.
3. The example assumes tRAS. MIN is satisfied at Precharge command time(ta+1) and that tRC. MIN is satisfied at the next Active command time(tc+2).

**Figure 34 — READ to PRECHARGE with 2tCK Preamble**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.7.2.1  CLK to Read DQS Timing Parameters

The parameters in **Table 41** and **Table 42** shall be defined for CK to read DQS timings.

**Table 41 — CLK to Read DQS Timing Parameters DDR5-3200 to DDR5-4800**

| Speed | | DDR5-3200 | | DDR5-3600 | | DDR5-4000 | | DDR5-4400 | | DDR5-4800 | | Units | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| DQS_t, DQS_c rising edge output timing location from rising CK_t, CK_c | tDQSCK | -0.240 | 0.240 | -0.252 | 0.252 | -0.270 | 0.270 | -0.286 | 0.286 | -0.300 | 0.300 | tCK | 1,4,5 |
| DQS_t, DQS_c rising edge output variance window | tDQSCKi | - | 0.410 | - | 0.430 | - | 0.460 | - | 0.475 | - | 0.490 | tCK | 2,3,4,5,6 |

NOTE 1  Measured over full VDD and Temperature spec ranges.
NOTE 2  Measured for a given DRAM part, and for each DQS_t/DQS_c pair in case of x16 (part variation is excluded).
NOTE 3  These parameters are verified by design and characterization, and may not be subject to production test.
NOTE 4  Assume no jitter on input clock signals to the DRAM.
NOTE 5  Refer to **Clause 4.7.1** READ Timing Definitions.
NOTE 6  Measured at a fixed and constant VDD and Temperature condition.

**Table 42 — CLK to Read DQS Timing Parameters DDR5-5200 to DDR5-6400**

| Speed | | DDR5-5200 | | DDR5-5600 | | DDR5-6000 | | DDR5-6400 | | Units | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | Min | Max | Min | Max | Min | Max | Min | Max | | |
| DQS_t, DQS_c rising edge output timing location from rising CK_t, CK_c | tDQSCK | -0.313 | 0.313 | -0.325 | 0.325 | -0.337 | 0.337 | -0.348 | 0.348 | tCK | 1,4,5 |
| DQS_t, DQS_c rising edge output variance window | tDQSCKi | - | 0.510 | - | 0.530 | - | 0.549 | - | 0.567 | tCK | 2,3,4,5,6 |

NOTE 1  Measured over full VDD and Temperature spec ranges.
NOTE 2  Measured for a given DRAM part, and for each DQS_t/DQS_c pair in case of x16 (part variation is excluded).
NOTE 3  These parameters are verified by design and characterization, and may not be subject to production test.
NOTE 4  Assume no jitter on input clock signals to the DRAM.
NOTE 5  Refer to **Clause 4.7.1** READ Timing Definitions.
NOTE 6  Measured at a fixed and constant VDD and Temperature condition.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.7.2.1 CLK to Read DQS Timing Parameters (cont'd)

**Figure 35 — TDQSCK Timing Definition**

Netlist Inc

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.7.3    Read Burst Operation for Optional BL32 Mode

The read timing diagrams in **Figure 36** and **Figure 37** cover read timings for fixed BL32 BL32 in BL32 OTF mode, and BL16 in BL32 OTF mode for x4 devices only.

In these read timing diagrams, for clarity of illustration, CK and DQS are shown aligned. As well, DQS and DQ are shown edge-aligned. Offset between CK and DQS, and between DQS and DQ may be appropriate.

A dummy CAS command is required for second half of the transfer of BL32. If non-target ODT is needed in the system then a dummy ODT command must be issued to the non-target rank for second half of the transfer of BL32



NOTES:
1. DES commands are shown for ease of illustration; other commands may be valid at these times.
2. A dummy RD command is required for the second half of the transfer with a delay of 8 clocks from the first RD command.
3. The figure also shows a dummy ODT command being issued to non-target rank 1 for the second half of the transfer.
4. C10 is used for burst ordering and can be LOW or HIGH for the first RD command. C10 for the dummy RD command must be the opposite value from the first RD command.
5. DDR5 DRAM supports an optional fixed BL32 mode and optional BL32 OTF (On the fly) mode for x4 devices only.
6. CA bits other than C10 and AP in dummy CAS command are the same as the first CAS command.

**Figure 36 — Read Timing for Fixed BL32 and BL32 in BL32 OTF Mode**



NOTES:
1. Figure shows BL16 read operation when MR0 is programmed to use BL32 OTF mode. In this case, no dummy RD command is required as transfer size is BL16.
2. DES commands are shown for ease of illustration; other commands may be valid at these times including commands to allow data transfer from the same die after transfer of BL16.
3. DDR5 DRAM supports an optional fixed BL32 mode and optional BL32 OTF (On the fly) mode for x4 devices only.

**Figure 37 — Read Timings for BL16 in BL32 OTF Mode**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 140

## 4.7.3    Read Burst Operation for Optional BL32 Mode (cont'd)



NOTES:
1. Figure shows back to back BL16 writes to different bank groups.
2. DDR5 DRAM supports an optional fixed BL32 mode and optional BL32 OTF (On the fly) mode for x4 devices only.

**Figure 38 — Read to Read to Different Bank Group for BL16 in BL32 OTF**



NOTES:
1. Figure shows back to back BL16 reads to same bank group using a timing of tCCD_L_WR.
2. DDR5 DRAM supports an optional fixed BL32 mode and optional BL32 OTF (On the fly) mode for x4 devices only.

**Figure 39 — Read to Read to Same Bank Group for BL16 in BL32 OTF**



NOTES:
1. AP bit must be set HIGH for first CAS and LOW for dummy CAS command.
2. DDR5 DRAM supports an optional fixed BL32 mode and optional BL32 OTF (On the fly) mode for x4 devices only.
3. CA bits other than C10 and AP in dummy CAS command are the same as the first CAS command.

**Figure 40 — Read with Auto-Precharge for Fixed BL32 and BL32 in BL32 OTF Mode**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.7.3   Read Burst Operation for Optional BL32 Mode (cont'd)



NOTES:
1. AP bit must be set to LOW with the CAS command.
2. DDR5 DRAM supports an optional fixed BL32 mode and optional BL32 OTF (On the fly) mode for x4 devices only.

**Figure 41 — Read with Auto-Precharge for BL16 in BL32 OTF Mode**

### 4.7.4   Read and Write Command Interval

**Table 43 — Minimum Read and Write Command Timings**

| Bank Group | Timing Parameter | DDR5-3200/3600/4000/4400/4800/5200/5600/6000/6400 | Units | Notes |
|---|---|---|---|---|
| same | Minimum Read to Write | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | 1,3,4 |
| | Minimum Write to Read | CWL + WBL/2 + tWTR_L | | 2,4,5 |
| | Minimum Write to Read AP, same bank | CWL + WBL/2 + tWTRA | | 2,4,6 |
| different | Minimum Read to Write | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | 1,3,4 |
| | Minimum Write to Read | CWL + WBL/2 + tWTR_S | | 2,4 |

| | |
|---|---|
| NOTE 1 | RBL: Read burst length associated with Read command<br>• RBL = 32 (36 with RCRC on) for fixed BL32 and BL32 in BL32 OTF mode<br>• RBL = 16 (18 with RCRC on) for fixed BL16 and BL16 in BL32 OTF mode<br>• RBL = 16 (18 with RCRC on) for BL16 in BC8 OTF mode and BC8 in BC8 OTF mode |
| NOTE 2 | WBL: Write burst length associated with Write command<br>• WBL = 32 (36 with WCRC on) for fixed BL32 and BL32 in BL32 OTF mode<br>• WBL = 16 (18 with WCRC on) for fixed BL16 and BL16 in BL32 OTF mode<br>• WBL = 16 (18 with WCRC on) for BL16 in BC8 OTF mode and BC8 in BC8 OTF mode |
| NOTE 3 | The following is considered for tRTW equation<br>• 1tCK needs to be added due to tDQS2CK<br>• Read DQS offset timing can pull in the tRTW timing<br>• 1tCK needs to be added when 1.5tCK postamble |
| NOTE 4 | CWL=CL-2 |
| NOTE 5 | tWTRA must be satisfied instead of tWTR_L for same bank access when Read w/AutoPrecharge |
| NOTE 6 | tWTRA = tWR - tRTP, allows the precharge generated by the Read AutoPrecharge to meet tWR from the preceding Write when it occurs within the same bank. |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 142

## 4.7.4    Read and Write Command Interval (cont'd)



NOTES:
1. BC OTF=8 or BL=16, Preamble = 2tCK - 0010 pattern, Postamble = 1.5tCK
2. DES commands are shown for ease of illustration; other commands may be valid at these times.
3. The write recovery time (tWR) is referenced from the first rising clock edge after the last write data shown at Ta+10.

   tWR specifies the last burst write cycle until the precharge command can be issued to the same bank.

**Figure 42 — Timing Diagram for Write to Read**



NOTES:
1. BC OTF=8 or BL=16, Preamble = 2tCK - 0010 pattern, Postamble = 1.5tCK
2. DES commands are shown for ease of illustration; other commands may be valid at these times.
3. The write recovery time (tWR) is referenced from the first rising clock edge after the last write data shown at Ta+10.

   The internal precharge after the Read AutoPrecharge command cannot begin before tWR is satisfied, which is equivalent to tWTRA + tRTP

**Figure 43 — Timing Diagram for Write to Read Auto Precharge in Same Bank**

## 4.7.5    Read and Write Command Interval for Optional BL32 Modes

### Table 44 — Minimum Read to Read Timings - Same Bank Group

| From | To | | Units | Notes |
|------|-----|-----|-------|-------|
| | BL16 in BL32 OTF Mode | BL32 in BL32 OTF Mode | | |
| BL16 in BL32 OTF Mode | tCCD_L | tCCD_L | | 1 |
| BL32 in BL32 OTF Mode | 16 Clocks | 16 Clocks | | 1 |
| NOTE 1    DDR5 DRAM supports an optional fixed BL32 mode and optional BL32 OTF (On the fly) mode for x4 devices only. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.7.5    Read and Write Command Interval for Optional BL32 Modes (cont'd)

### Table 45 — Minimum Read to Read Timings - Different Bank Group

| From | To | | Units | Notes |
|------|----|----|-------|-------|
| | BL16 in BL32 OTF Mode | BL32 in BL32 OTF Mode | | |
| BL16 in BL32 OTF Mode | tCCD_S | tCCD_S | | 1 |
| BL32 in BL32 OTF Mode | 16 Clocks | 16 Clocks | | 1 |
| NOTE 1    DDR5 DRAM supports an optional fixed BL32 mode and optional BL32 OTF (On the fly) mode for x4 devices only. | | | | |

### Table 46 — Minimum Write to Write Timings - Same Bank Group

| From | To | | Units | Notes |
|------|----|----|-------|-------|
| | BL16 in BL32 OTF Mode | BL32 in BL32 OTF Mode | | |
| BL16 in BL32 OTF Mode | tCCD_L_WR | tCCD_L_WR | | 1 |
| BL32 in BL32 OTF Mode | TBD | TBD | | 1 |
| NOTE 1    DDR5 DRAM supports an optional fixed BL32 mode and optional BL32 OTF (On the fly) mode for x4 devices only. | | | | |

DDR5 x8 and x16 devices will have different write to write same bank group timings, based on whether the second write requires a read-modify-write (RMW), the Burst Length mode of the device set by MR0: OP[1:0], and whether data masking is enabled by MR5:OP[5]. BL16 Partial Writes and BC8 Writes require a RMW on x8/x16 devices. BL16 non-partial writes do not require RMW. See Timing parameters per speed grade for details on parametric timings.

### Table 47 — Minimum Write to Write Same Bank Group Timings, x8/x16 Devices

| From | To | | | Units | Notes |
|------|----|----|----|-------|-------|
| | BC8 | BL16 Partial Write | BL16 not Partial Write | | |
| BC8 or BL16 | tCCD_L_WR | tCCD_L_WR | tCCD_L_WR2 | | |

### Table 48 — Minimum Write to Write Timings - Different Bank Group

| From | To | | Units | Notes |
|------|----|----|-------|-------|
| | BL16 in BL32 OTF Mode | BL32 in BL32 OTF Mode | | |
| BL16 in BL32 OTF Mode | tCCD_S | tCCD_S | | 1 |
| BL32 in BL32 OTF Mode | 16 Clocks | 16 Clocks | | 1 |
| NOTE 1    DDR5 DRAM supports an optional fixed BL32 mode and optional BL32 OTF (On the fly) mode for x4 devices only. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 144

## 4.7.6   Read and Write Command Interval for 3DS

**Table 49 — Minimum Read and Write Command Timings for x4 2H and 4H 3DS - 3200 thru 4800**

| Logical Rank | Bank Group | Parameter Name | Timing Parameter | DDR5 3200 3DS | DDR5 3600 3DS | DDR5 4000 3DS | DDR5 4400 3DS | DDR5 4800 3DS | Units | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| same | same | tCCD_L_slr | Minimum Read to Read | | | | | | nCK | |
| | | tCCD_L_WR_slr | Minimum Write to Write | | | | | | nCK | |
| | | tCCD_L_RTW_slr | Minimum Read to Write | | | | | | nCK | |
| | | tCCD_L_WTR_slr | Minimum Write to Read | | | | | | nCK | |
| | different | tCCD_S_slr | Minimum Read to Read | See Chapter 13, Timing Parameters by Speed Grade for 3DS | | | | | nCK | |
| | | tCCD_S_slr | Minimum Write to Write | | | | | | nCK | |
| | | tCCD_S_RTW_slr | Minimum Read to Write | | | | | | nCK | |
| | | tCCD_S_WTR_slr | Minimum Write to Read | | | | | | nCK | |
| different | same or different | tCCD_S_dlr | Minimum Read to Read | | | | | | nCK | |
| | | tCCD_S_dlr | Minimum Write to Write | | | | | | nCK | |
| | | tCCD_S_RTW_dlr | Minimum Read to Write | | | | | | nCK | |
| | | tCCD_S_WTR_dlr | Minimum Write to Read | | | | | | nCK | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.7.6   Read and Write Command Interval for 3DS (cont'd)

**Table 50 — Minimum Read and Write Command Timings for x4 2H and 4H 3DS - 5200 thru 6400**

| Logical Rank | Bank Group | Parameter Name | Timing Parameter | DDR5 5200 3DS | DDR5 5600 3DS | DDR5 6000 3DS | DDR5 6400 3DS | Units | Note |
|---|---|---|---|---|---|---|---|---|---|
| same | same | tCCD_L_slr | Minimum Read to Read | | | | | nCK | |
| | | tCCD_L_WR_slr | Minimum Write to Write | | | | | nCK | |
| | | tCCD_L_RTW_slr | Minimum Read to Write | | | | | nCK | |
| | | tCCD_L_WTR_slr | Minimum Write to Read | | | | | nCK | |
| | different | tCCD_S_slr | Minimum Read to Read | See Chapter 13, Timing Parameters by Speed Grade for 3DS | | | | nCK | |
| | | tCCD_S_slr | Minimum Write to Write | | | | | nCK | |
| | | tCCD_S_RTW_slr | Minimum Read to Write | | | | | nCK | |
| | | tCCD_S_WTR_slr | Minimum Write to Read | | | | | nCK | |
| different | same or different | tCCD_S_dlr | Minimum Read to Read | | | | | nCK | |
| | | tCCD_S_dlr | Minimum Write to Write | | | | | nCK | |
| | | tCCD_S_RTW_dlr | Minimum Read to Write | | | | | nCK | |
| | | tCCD_S_WTR_dlr | Minimum Write to Read | | | | | nCK | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 146

## 4.7.6   Read and Write Command Interval for 3DS (cont'd)

**Table 51 — Minimum Read and Write Command Timings for x4 8H and 16H 3DS - 3200 thru 4800**

| Logical Rank | Bank Group | Parameter Name | Timing Parameter | DDR5 3200 3DS | DDR5 3600 3DS | DDR5 4000 3DS | DDR5 4400 3DS | DDR5 4800 3DS | Units | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| same | same | tCCD_L_slr | Minimum Read to Read | | | | | | nCK | |
| | | tCCD_L_WR_slr | Minimum Write to Write | | | | | | nCK | |
| | | tCCD_L_RTW_slr | Minimum Read to Write | | | | | | nCK | |
| | | tCCD_L_WTR_slr | Minimum Write to Read | | | | | | nCK | |
| | different | tCCD_S_slr | Minimum Read to Read | | See Chapter 13, Timing Parameters by Speed Grade for 3DS | | | | nCK | |
| | | tCCD_S_slr | Minimum Write to Write | | | | | | nCK | |
| | | tCCD_S_RTW_slr | Minimum Read to Write | | | | | | nCK | |
| | | tCCD_S_WTR_slr | Minimum Write to Read | | | | | | nCK | |
| different | same or different | tCCD_S_dlr | Minimum Read to Read | | | | | | nCK | |
| | | tCCD_S_dlr | Minimum Write to Write | | | | | | nCK | |
| | | tCCD_S_RTW_dlr | Minimum Read to Write | | | | | | nCK | |
| | | tCCD_S_WTR_dlr | Minimum Write to Read | | | | | | nCK | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.7.6   Read and Write Command Interval for 3DS (cont'd)

**Table 52 — Minimum Read and Write Command Timings for x4 8H and 16H 3DS - 5200 thru 6400**

| Logical Rank | Bank Group | Parameter Name | Timing Parameter | DDR5 5200 3DS | DDR5 5600 3DS | DDR5 6000 3DS | DDR5 6400 3DS | Units | Note |
|---|---|---|---|---|---|---|---|---|---|
| same | same | tCCD_L_slr | Minimum Read to Read | | | | | nCK | |
| | | tCCD_L_WR_slr | Minimum Write to Write | | | | | nCK | |
| | | tCCD_L_RTW_slr | Minimum Read to Write | | | | | nCK | |
| | | tCCD_L_WTR_slr | Minimum Write to Read | | | | | nCK | |
| | different | tCCD_S_slr | Minimum Read to Read | | | | | nCK | |
| | | tCCD_S_slr | Minimum Write to Write | See Chapter 13, Timing Parameters by Speed Grade for 3DS | | | | nCK | |
| | | tCCD_S_RTW_slr | Minimum Read to Write | | | | | nCK | |
| | | tCCD_S_WTR_slr | Minimum Write to Read | | | | | nCK | |
| different | same or different | tCCD_S_dlr | Minimum Read to Read | | | | | nCK | |
| | | tCCD_S_dlr | Minimum Write to Write | | | | | nCK | |
| | | tCCD_S_RTW_dlr | Minimum Read to Write | | | | | nCK | |
| | | tCCD_S_WTR_dlr | Minimum Write to Read | | | | | nCK | |

## 4.8   Write Operation

The Write Operation stores data to the DRAM. It is initiated by the Write command during which the beginning column address and bank/group address for the data to be written to the array is provided. The data is provided to the DRAM on the DQ inputs CAS Write Latency (CWL) cycles after the Write command along with the proper waveform on the DQS inputs. CAS Write Latency is defined and measured from final cycle of the Write command to the first effective rising DQS (excluding write preamble).

## 4.8.1   Write Data Mask

One write data mask (DM_n) pin for each byte data group is supported on x8 and x16 DDR5 SDRAMs. The DM_n pin/function is enabled via mode register. For the x4 configuration SDRAM, the DM mode register setting must be disabled. The DM_n pin has identical timings and termination functionality on write operations as the DQ pins, as shown in **Figure 43**. The DM_n pin is not used for read cycles and the pin should behave like a DQ pin driving high or be terminated to RTT_PARK. When the DM function is disabled by MR, the DRAM disables the DM input and output receiver and does not expect nor drive any valid logic level.

Each data mask burst bit position corresponds to the same bit position in the DQ data burst across the corresponding byte group.

The WR_Partial (WR_P) = Low as part of the write command must be used in conjunction with the DM_n data. The WR_Partial (WR_P) = Low is to help DRAM start an internal read for 'read modify write' during masked writes. If WR_Partial (WR_P) = High during write, then the mask data on DM_n must be high. If DM is disabled, MR5 OP[5] = 0, WR_Partial (WR_P) must be "H". DM_n may be high or low.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 148

## 4.8.2    Write Burst Operation

**Figure 44** through **Figure 47** write timing diagrams are to help understand the meaning of each write parameter; the diagrams are just examples. The details of each parameter are defined separately.

In these write timing diagrams, for clarity of illustration, CK and DQS are shown aligned. As well, DQS and DQ are shown center-aligned. Offset between CK and DQS, and between DQS and DQ may be appropriate.



NOTES:
1. BL=16, 2tCK Preamble, 1.5tCK Postamble
2. DES commands are shown for ease of illustration; other commands may be valid at these times.

**Figure 44 — WRITE Burst Operation (BL16)**



Note(s):
1. BC=8, 2tCK Preamble, 1.5tCK Postamble
2. DES commands are shown for ease of illustration; other commands may be valid at these times.
3. In non-CRC mode, DQS_t and DQS_c stop toggling at the completion of the BC8 data bursts, plus the postamble.

**Figure 45 — Write Burst Operation (BC8)**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.8.2    Write Burst Operation (cont'd)



NOTES:
1. BC=8 or BL=16, Preamble = 2tCK, Postamble = 1.5tCK
2. DES commands are shown for ease of illustration; other commands may be valid at these times.
3. The write recovery time (tWR) is referenced from the first rising clock edge after the last write data shown at Ta+10
   tWR specifies the last burst write cycle until the precharge command can be issued to the same bank.

**Figure 46 — WRITE (BL16) to PRECHARGE Operation with 2tCK Preamble**



Note(s):
1. BC OTF=8 or BL=16, Preamble = 2tCK, Postamble = 1.5tCK
2. DES commands are shown for ease of illustration; other commands may be valid at these times.
3. The write recovery time (WR) is referenced from the first rising clock edge after the last write data shown at Ta+10.
   WR specifies the last burst write cycle until the precharge command can be issued to the same bank.

**Figure 47 — WRITE (BL16) with Auto PRECHARGE Operation and 2tCK Preamble**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 150

## 4.8.3  Write Timing Parameters

**Figure 48** is for example only to enumerate the strobe edges for a particular write burst. For a valid burst, all timing parameters for each edge of a burst must be satisfied.



**Figure 48 — DDR5 Write Timing Parameters**

NOTES:

1. BL=16, Preamble=2CK - 0010 pattern, Postamble=1.5CK,

2. DES commands are shown for ease of illustration, other commands may be valid at these times.

3. $t_{DQSS}$ must be met at each rising clock edge.

4. Figure assumes DRAM internal WL training complete.

5. DQ/DM_n pulse timing and DQS to DQ skew defined by Rx Strobe Jitter Sensitivity Specifications for the respective speed bin.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.8.4    Write Burst Operation for Optional BL32 Mode

**Figure 49** and **Figure 50** write timing diagrams cover write timings for fixed BL32, BL32 in BL32 OTF mode and BL16 in BL32 OTF mode for x4 devices only.

In these write timing diagrams, for clarity of illustration, CK and DQS are shown aligned. As well, DQS and DQ are shown center-aligned. Offset between CK and DQS, and between DQS and DQ may be appropriate.

A dummy CAS command is required for second half of the transfer of BL32. If non-target ODT is needed in the system then a dummy ODT command must be issued to the non-target rank for second half of the transfer of BL32



NOTES:
1. BL=32, 2tCK Preamble, 1.5tCK Postamble
2. DES commands are shown for ease of illustration; other commands may be valid at these times.
3. A dummy WR command is required for the second half of the transfer with a delay of 8 clocks from the first WR command.
4. The figure also shows a dummy ODT command being issued to non-target rank 1 for the second half of the transfer.
5. C10 is used for burst ordering and shall be LOW for the first WR command, and be HIGH for dummy WR command.
6. DDR5 DRAM supports an optional fixed BL32 mode and optional BL32 OTF (On the fly) mode for x4 devices only.
7. CA bits other than C10 and AP in dummy CAS command are the same as the first CAS command.

**Figure 49 — Write Timing for fixed BL32 and BL32 in BL32 OTF Mode**



NOTES:
1. Figure shows BL16 write operation when MR0 is programmed to use BL32 OTF mode. In this case, no dummy WR command is required as transfer size is BL16.
2. DES commands are shown for ease of illustration; other commands may be valid at these times including commands to allow data transfer from the same die after transfer of BL16.
3. DDR5 DRAM supports an optional fixed BL32 mode and optional BL32 OTF (On the fly) mode for x4 devices only.

**Figure 50 — Write Timings for BL16 in BL32 OTF Mode**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 152

## 4.8.4    Write Burst Operation for Optional BL32 Mode (cont'd)



NOTES:
1. Figure shows back to back BL16 writes to different bank groups.
2. DDR5 DRAM supports an optional fixed BL32 mode and optional BL32 OTF (On the fly) mode for x4 devices only.

**Figure 51 — Write to Write to Different Bank Group for BL16 in BL32 OTF**



NOTES:
1. Figure shows back to back BL16 writes to same bank group using a timing of tCCD_L_WR.
2. Back to Back BL32 writes to same bank group shall have a minimum separation of 16 clocks.
3. DDR5 DRAM supports an optional fixed BL32 mode and optional BL32 OTF (On the fly) mode for x4 devices only.

**Figure 52 — Write to Write to Same Bank Group for BL16 in BL32 OTF**



NOTES:
1. AP bit must be set HIGH for first CAS and LOW for dummy CAS command.
2. DDR5 DRAM supports an optional fixed BL32 mode and optional BL32 OTF (On the fly) mode for x4 devices only.
3. CA bits other than C10 and AP in dummy CAS command are the same as the first CAS command.

**Figure 53 — Write with Auto-Precharge for Fixed BL32 and BL32 in BL32 OTF Mode**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.8.4    Write Burst Operation for Optional BL32 Mode (cont'd)



NOTES:
1. AP bit must be set to LOW with the CAS command.
2. DDR5 DRAM supports an optional fixed BL32 mode and optional BL32 OTF (On the fly) mode for x4 devices only.

**Figure 54 — Write with Auto-Precharge for BL16 in BL32 OTF Mode**

## 4.8.5    Same Bank Group Write to Write Timings

DDR5 devices will have separate same bank group write timings, based on whether the second write requires an RMW (Read-Modify-Write) access or JW (Just-Write) access. In JW access, DDR5 updates all 128 bits of data on the addressed codeword, while in RMW access, a part of 128 bits is updated.

**Table 53 — JW (Just-Write) Access and RMW (Read-Modify-Write) Access Definition**

| Configuration | BL16 | | BC8 | | Optional BL32 | Notes |
|---|---|---|---|---|---|---|
| | Normal | Data Mask | Normal | Data Mask | | |
| x4 | RMW | — | RMW | — | JW | 1,2,3 |
| x8 / x16 | JW | RMW | | | | 1,2,3 |

NOTE 1   BC8 refers to BC8 OTF mode enabled by MR0 OP[1:0]=01$_B$, where Write command is issued with BL=L in CA5.
NOTE 2   Optional BL32 refers to BL32 fixed mode enabled by MR0 OP[1:0]=10$_B$ or BL32 OTF mode enabled by MR0 OP[1:]=11$_B$, where Write command is issued with BL=L in CA5.
NOTE 3   Data Mask refers to Data Mask mode enabled by MR5 OP[5]=1$_B$, where Write command is issued with WP=L in CA11.

**Table 54 — Same Bank-Group Write Access to RMW Access Timings**

| From | To | | Notes |
|---|---|---|---|
| | BL16 | BC8 | |
| BL16 | tCCD_L_WR | tCCD_L_WR | 1,2,3 |
| BC8 | tCCD_L_WR | tCCD_L_WR | 1,2,3 |
| Optional BL32 | 8nCK+tCCD_L_WR | — | 1,2,3,4 |

NOTE 1   BC8 refers to BC8 OTF mode enabled by MR0 OP[1:0]=01$_B$, where Write command is issued with BL=L in CA5.
NOTE 2   Optional BL32 refers to BL32 fixed mode enabled by MR0 OP[1:0]=10$_B$ or BL32 OTF mode enabled by MR0 OP[1:]=11$_B$, where Write command is issued with BL=L in CA5.
NOTE 3   In Optional BL32 case, this timing table affects to the 1st Write command only, not the dummy Write command.
NOTE 4   There is no BL32 to BC8 case.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.8.5  Same Bank Group Write to Write Timings (cont'd)

### Table 55 — Same Bank-Group Write Access to JW Access Timings

| From | To | | Notes |
|------|------|------|-------|
| | BL16 | Optional BL32 | |
| BL16 | tCCD_L_WR2 | tCCD_L_WR2 | 1,2,3 |
| BC8 | tCCD_L_WR2 | — | 1,2,3,4 |
| Optional BL32 | — | 8nCK+tCCD_L_WR2 | 1,2,3 |

NOTE 1  BC8 refers to BC8 OTF mode enabled by MR0 OP[1:0]=01$_B$, where Write command is issued with BL=L in CA5.
NOTE 2  Optional BL32 refers to BL32 fixed mode enabled by MR0 OP[1:0]=10$_B$ or BL32 OTF mode enabled by MR0 OP[1:]=11$_B$, where Write command is issued with BL=L in CA5.
NOTE 3  In Optional BL32 case, this timing table affects to the 1st Write command only, not the dummy Write command.
NOTE 4  There is no BC8 to BL32 case.

## 4.8.6  Different Bank-Group Write to Write Timings

### Table 56 — Different Bank-Group Write to Write Timings

| From | To | | | Notes |
|------|------|------|------|-------|
| | BL16 | BC8 | Optional BL32 | |
| BL16 | 8nCK | 8nCK | 8nCK | 1,2,3 |
| BC8 | 8nCK | 8nCK | — | 1,2,3,4 |
| Optional BL32 | 16nCK | — | 16nCK | 1,2,3,4 |

NOTE 1  BC8 refers to BC8 OTF mode enabled by MR0 OP[1:0]=01$_B$, where Write command is issued with BL=L in CA5.
NOTE 2  Optional BL32 refers to BL32 fixed mode enabled by MR0 OP[1:0]=10$_B$ or BL32 OTF mode enabled by MR0 OP[1:]=11$_B$, where Write command is issued with BL=L in CA5.
NOTE 3  In Optional BL32 case, this timing table affects to the 1st Write command only, not the dummy Write command.
NOTE 4  There is no BC8 to BL32 case.

## 4.8.7  Write Timing Violations

## 4.8.7.1  Motivation

Generally, if Write timing parameters are violated, a complete reset/initialization procedure has to be initiated to make sure that the DRAM works properly. However, it is desirable, for certain violations as specified below, the DRAM is guaranteed to not "hang up" and that errors are limited to that particular operation.

For the following, it will be assumed that there are no timing violations with regards to the Write command itself (including ODT, etc.) and that it does satisfy all timing requirements not mentioned below.

## 4.8.7.2  Data to Strobe Eye Height or Width Violations

Should the required data to strobe timing or voltage parameters be violated (Such as: tRx_RDQ_tMargin, tRx_DQS2DQ_Skew, VRx-_DQS, VRx_DQ, etc.), for any of the data/strobe timing edges or data/strobe voltage limits associated with a write burst data eye, then incorrect data might be written to the memory locations addressed with this WRITE command.

In the example, Figure X (add example timing diagram reference) the relevant strobe edges for a write burst are associated with the clock edges: Tn,Tn+0.5,Tn+1,...,Tn+8.5

Subsequent reads from that location might results in unpredictable read data, however the DRAM will work properly otherwise.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.8.7.3 Strobe and Strobe to Clock Timing Violations

Should the strobe timing requirements (tWPRE, tWPST) or the strobe to clock timing requirements (tDQSS, tDQSoffset) be violated for any of the strobe edges associated with a Write burst, then wrong data might be written to the memory location addressed with the offending WRITE command. Subsequent reads from that location might result in unpredictable read data, however the DRAM will work properly otherwise with the following constraints:

(1) Both Write CRC and data burst OTF are disabled; timing specifications other than tWPRE, tWPST, tDQSS, tDQSoffset are not violated.

(2) The offending write strobe (and preamble) arrive no earlier or later than six DQS transition edges from the Write-Latency position.

(3) A Read command following an offending Write command from any open bank is allowed.

(4) One or more subsequent WR or a subsequent WRA {to same bank as offending WR} may be issued tCCD_L later but incorrect data could be written; subsequent WR and WRA can be either offending or non-offending Writes. Reads from these Writes may provide incorrect data.

(5) One or more subsequent WR or a subsequent WRA {to a different bank group} may be issued tCCD_S later but incorrect data could be written; subsequent WR and WRA can be either offending or non-offending Writes. Reads from these Writes may provide incorrect data.

(6) Once one or more precharge commands (PREpb, PREsb, or PREab) are issued to DDR5 after offending WRITE command and all banks become precharged state (idle state), a subsequent, non-offending WR or WRA to any open bank shall be able to write correct data.

(7) DQS strobes including preamble must align to each Write commands data burst length configuration. If the DRAM fails to capture or incorrectly de-serializes the incoming data stream because of misalignment or missing strobe edges, errors may occur. These errors will propagate indefinitely until the DRAM is put into an idle state, i.e., all banks are in the precharged state with tRP satisfied.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 156

## 4.8.8   Write Enable Timings

### 4.8.8.1 Introduction

The following specifies the relationship between the write enable timing window tWPRE_EN_ntck and the DRAM related DQS to CK drift window tDQSD as well as the system related DQS to CK drift window tDQSS around the final DQS to CK offset trained pass/fail point  tDQS offset based on write leveling feedback in order to support n-tck pre-amble mode. Functional operation requires that the following condition is met:

-    tWPRE_EN_ntck >= |tDQSSmin|+tDQSSmax+|tDQSDmin|+tDQSDmax



**Figure 55 — tDQSS: DRAM External CLK-to-DQS Variation**



**Figure 56 — tDQSD: DRAM Internal CLK-to-DQS Variation**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.8.8.1    Introduction (cont'd)

**Table 57 — Write Enable Timing Parameters DDR5 3200 to 8400**

| Parameter | Symbol | Speed Bins DDR5 3200-6400 | | Speed Bins 6800-8400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | | |
| 2-tck Write pre-amble enable window | tWPRE_EN_2tck | 1.5 | - | 1.5 | - | tCK | 2 |
| 3-tck Write pre-amble enable window | tWPRE_EN_3tck | 2.5 | - | 2.5 | - | tCK | 2 |
| 4-tck Write pre-amble enable window | tWPRE_EN_4tck | 2.5 | - | 2.5 | - | tCK | 2 |
| Final trained value of host DQS_t-DQS_c timing relative to CWL CK_t-CK_c edge | tDQSoffset | -0.5 | 0.5 | -0.5 | 0.5 | tCK | 3 |
| DRAM voltage/temperature drift window of first rising DQS_t pre-amble edge relative to CWL CK_t-CK_c edge | tDQSD | -0.25*tWPRE_EN_ntCK(min) | 0.25*tWPRE_EN_ntCK(min) | -0.25*tWPRE_EN_ntCK(min) | 0.25*tWPRE_EN_ntCK(min) | tCK | 1 |
| Host and system voltage/temperature drift window of first rising DQS_t pre-amble edge relative to CWL CK_t-CK_c edge | tDQSS | -0.25*tWPRE_EN_ntCK(min) | 0.25*tWPRE_EN_ntCK(min) | -0.25*tWPRE_EN_ntCK(min) | 0.25*tWPRE_EN_ntCK(min) | tCK | 1,4 |

NOTE 1    Measured relative to the write leveling feedback, after write leveling training has been completed.
NOTE 2    Includes min DQS and CK timing terms TBD.
NOTE 3    When measuring the tDQSoffset, tWLS/H are reflected in the tDQSoffset result.
NOTE 4    DDR5-3200 timings apply for data rates <2933 MT/s. For example, at 2000 MT/s, tDQSS(max) = (2000/2933)*0.25*tWPRE_EN_ntck(min) = 0.17*tWPRE_EN_ntck(min).

**Table 58 — Write Leveling Setup/Hold Time**

| Symbol | Description | Min | Max | Unit |
|---|---|---|---|---|
| tWLS/H | Write Leveling Setup/Hold Time | -80 | +80 | ps |

**LIGHT GREY** - **All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.**

JEDEC Standard No. 79-5B_v1.20
Page 158

## 4.9    Self Refresh Operation

The Self-Refresh command can be used to retain data in the DDR5 SDRAM, even if the rest of the system is powered down. When in the Self-Refresh mode, the DDR5 SDRAM retains data without external clocking. The DDR5 SDRAM device has a built-in timer to accommodate Self-Refresh operation. While in Self Refresh, the DDR5 SDRAM adjusts and updates its internal average periodic refresh interval, as needed, based on its own temperature sensor. The internal average periodic refresh interval adjustment (increasing, decreasing or staying constant) does not require any external control.

Self Refresh entry is command based (SRE), while the Self-Refresh Exit Command is defined by the transition of CS_n LOW to HIGH with a defined pulse width tCSH_SRexit, followed by three or more NOP commands (tCSL_SRexit) to ensure DRAM stability in recognizing the exit. This is described below in more detail.

Before issuing the Self-Refresh-Entry command, the DDR5 SDRAM must be idle with all bank precharge state with tRP satisfied. 'Idle state' is defined as all banks are closed (tRP, etc. satisfied), no data bursts are in progress, and all timings from previous operations are satisfied (tMRD, tRFC, etc.). A Deselect command must be registered on the last positive clock edge before issuing Self Refresh Entry command. Once the Self Refresh Entry command is registered, Deselect commands must also be registered at the next positive clock edges until tCPDED is satisfied. After tCPDED has been satisfied, CS_n must transition low. After CS_n transitions low at the end of tCPDED, the CS_n shall stay low until exit. The DDR5 SDRAM may switch to a CMOS based receiver to save more power and that transition should coincide with CS_n going low.

When the CS_n is held low, the DRAM automatically disables ODT termination and sets Hi-Z as termination state regardless RTT configuration for the duration of Self-Refresh mode. Upon exiting Self-Refresh, DRAM automatically enables ODT termination and set RTT_PARK (for DQs) asynchronously during tXSDLL when RTT_PARK is enabled. CA/CS/CK ODT shall revert to its strapped or its MR ODT Setting state if previously applied. During normal operation (DLL on) the DLL is automatically disabled upon entering Self-Refresh and is automatically enabled (including a DLL-Reset) upon exiting Self-Refresh.

When the DDR5 SDRAM has entered Self-Refresh mode, all of the external control signals, except CS_n and RESET_n, are "don't care." For proper Self-Refresh operation, all power supply and reference pins (VDD, VDDQ, VSS, VSS and VPP) must be at valid levels. DRAM internal VrefDQ and/or VrefCA generator circuitry may remain ON or turned OFF depending on DRAM design. If DRAM internal VrefDQ and/or VrefCA circuitry is turned OFF in self refresh, when DRAM exits from self refresh state, it ensures that VrefDQ and/or VrefCA and generator circuitry is powered up and stable within tXS period. First Write operation or first Write Leveling Activity may not occur earlier than tXS after exit from Self Refresh. The DRAM initiates a minimum of one Refresh command internally once it enters Self-Refresh mode.

The clocks must stay on until tCKLCS but can be DON'T CARE after tCKLCS expires but it should be noted that shortly after tCPDED, the termination for the clocks will be off. The clock is internally disabled (in the DRAM) during Self-Refresh Operation to save power. The minimum time that the DDR5 SDRAM must remain in Self-Refresh mode is tCSL. The user may change the external clock frequency or halt the external clock tCKLCS after Self-Refresh entry is registered, however, the clock must be restarted and stable tCKSRX before the device can exit Self-Refresh operation.

The procedure for exiting Self-Refresh requires a sequence of events. Since the DRAM will switch to a CMOS based driver to save power, the DRAM will trigger Self-Refresh exit upon seeing the CS_n transition from low to high and stay high for tCSH_SRexit. tCASRX prior to CS_n transitioning high, the CA bus must be driven high. Once tCSH_SRexit is satisfied, three NOP commands must be issued, otherwise the DRAM could be put into an unknown state. The clocks must be valid for tCKSRX prior to issuing the NOP commands that completes the Self Refresh exit sequence. Once a Self-Refresh Exit is registered, the following timing delay must be satisfied:

1. Commands that do not require locked DLL:
tXS - ACT, MPC, MRW, PDE, PDX, PRE(ab,sb,pb), REF(ab,sb), RFM(ab,sb), SRE, VREFCA & WRP

2. Commands that require locked DLL:
tXS_DLL - RD, MRR & WR

Depending on the system environment and the amount of time spent in Self-Refresh, ZQ calibration commands may be required to compensate for the voltage and temperature drift as described in "ZQ Calibration Commands". To issue ZQ calibration commands, applicable timing requirements must be satisfied.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.9   Self Refresh Operation (cont'd)

Upon exiting Self Refresh, tREFI begins when CS_n rises with tCSH_SRexit (tb+3 in Figure 57). One additional refresh shall be issued in addition to refreshes normally scheduled. This additional refresh is not counted toward the computation of the average refresh interval (tREFI). If this refresh isn't issued by tREFI after CS_n rises with tCSH_SRexit, then it counts toward the maximum number of refreshes which may be postponed. This additional refresh does not replace the regularly periodic refresh that's also scheduled at tREFI after CS_n rises with tCSH_SRexit (both of these refresh commands count toward the maximum number of refreshes which may be postponed). The additional refresh consists of a single REFab command or n * REFsb, where n is the number of banks in a bank group. If Self Refresh is to be re-entered and no regularly scheduled periodic refresh commands have been issued, the additional refresh shall be issued prior to Self Refresh re-entry. Plus, FGR mode may require extra Refresh command(s), in addition the aforementioned additional Refresh, depending on the condition of the Self Refresh entry (refer to **Clause 4.13.7** for more information)

The exit timing from self-refresh exit to first valid command not requiring a locked DLL is tXS. The value of tXS is (tRFC). This delay is to allow for any refreshes started by the DRAM to complete. tRFC continues to grow with higher density devices so tXS will grow as well.



**Figure 57 — Self-Refresh Entry/Exit Timing with 2-Cycle Exit Command**

NOTES:
1 - While in 2N mode, tCSL_SRexit will not be statically held low (as shown above), as it will pulse for each 2 cycle period. Refer to the 2N mode section for more details.
2 - Both tCSH_SRexit and tCSL_SRexit timings must be satisfied to guarantee DRAM operation.
3 - When tCSH_SRexit,min expires, the CA bus is allowed to transition from all bits High to any valid (V) level. Prior to CS_n being registered Low at tc+1, the CA bus must transition to NOP conforming to the CAI state of the DRAM and complying with applicable DRAM input timing parameters.



**Figure 58 — Self-Refresh Entry/Exit Timing with 1-Cycle Exit Command**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 160

## 4.9   Self Refresh Operation (cont'd)

NOTES:
1 - While in 2N mode, tCSL_SRexit will not be statically held low (as shown above), as it will pulse for each 2 cycle period. Refer to the 2N mode section for more details.
2 - Both tCSH_SRexit and tCSL_SRexit timings must be satisfied to guarantee DRAM operation.
3 - When tCSH_SRexit,min expires, the CA bus is allowed to transition from all bits High to any valid (V) level. Prior to CS_n being registered Low at tc+1, the CA bus must transition to NOP conforming to the CAI state of the DRAM and complying with applicable DRAM input timing parameters.

### Table 59 — Self-Refresh Timing Parameters

| Parameter | Symbol | Min | Max | Unit | Note |
|---|---|---|---|---|---|
| Command pass disable delay | tCPDED | max(5ns, 8nCK) | - | nCK, ns | |
| Self-Refresh CS_n low Pulse width | tCSL | 10 | - | ns | |
| Self-Refresh exit CS_n High Pulse width | tCSH_SRexit | 13 | 200 | ns | |
| Self-Refresh exit CS_n Low Pulse width | tCSL_SRexit | 3nCK | 30ns | nCK, ns | 1 |
| Valid Clock Requirement before SRX | tCKSRX | max(3.5ns, 8tCK) | - | nCK, ns | |
| Valid Clock Requirement after SRE | tCKLCS | tCPDED + 1nCK | - | nCK, ns | |
| Self-Refresh exit CS_n high | tCASRX | 0 | | ns | |
| Exit Self-Refresh to next valid command NOT requiring a DLL | tXS | tRFC1 | - | ns | |
| 3DS exit Self-Refresh to next valid command NOT requiring a DLL | tXS_3DS | tRFC1_slr+10ns | - | ns | 2,3,4 |
| Exit Self-Refresh to next valid command requiring a DLL | tXS_DLL | tDLLK | | ns | |

NOTE 1   While in 2N mode, tCSL_SRexit will not be statically held low, as it will pulse for each 2-cycle period for a min of 6nCK. Refer to the 2N mode section for more details.
NOTE 2   Upon exit from Self-Refresh, the 3D Stacked DDR5 SDRAM requires a minimum of one extra refresh command to all logical ranks before it is put back into Self-Refresh Mode.
NOTE 3   This parameter utilizes a value that varies based on density. Refer to the 3DS Refresh section for more information.
NOTE 4   These timings are for x4 2H and 4H 3Ds devices.

## 4.9.1   Self Refresh in 2N Mode

**Figure 59** timing diagram shows details for Self Refresh entry/exit in 2N Mode. Only SRX, with a pulsing CS_n (NOP-DES-NOP-DES-NOP) during tCSL_SRexit, to a 1-cycle command is shown, but behavior is similar for SRX to a 2-cycle command. Behavior is similar for Frequency Change during Self Refresh, with or without VREF and/or ODT changes. Pulsing CS_n during tCSL_SRexit is not required for Self Refresh exit (e.g. CS_n may optionally be held low for the full tCSL_SRexit duration).



### Figure 59 — Self-Refresh Entry/Exit Timing in 2N Mode with 1-Cycle Exit Command

NOTES:
1 - Both tCSH_SRexit and tCSL_SRexit timings must be satisfied to guarantee DRAM operation.
2 - When tCSL_SRexit,min expires, the CA bus is allowed to transition from all bits High to any valid (V) level. Prior to CS_n being registered Low at tc+1, the CA bus must transition to NOP conforming to the CAI state of the DRAM and complying with applicable DRAM input timing parameters.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.9.2  Partial Array Self Refresh (PASR)

DDR5 DRAMs may contain an optional feature that disables refresh to selected segments in each bank when in self refresh. The feature allows for lower self refresh power if portions of the DRAMs are not required to retain data. Each bank is divided into six or eight segments based on the three highest row address bits supported by the DRAM device's density. Non-Binary density devices are divided into 6 segments as the 110 and 111 encodings of the PASR segment row bits are not used.
Binary densities are divided into 8 segments.

MR60 provides the segment mask for all banks, with one bit per segment. A 0 (default) in the bit position provides normal refresh operation for the segment while a 1 masks that segment. Masked segments are NOT refreshed during self refresh. Note that this affects Self Refresh only. All segments are refreshed by refresh command when out of self refresh.

Segments which are masked are not guaranteed to retain their data if self refresh is entered. ECS Transparency will not produce accurate results if any mask bit is set, but ECS scrubbing will still occur if enabled.

MR19 bit 7 is indicates whether the DRAM supports PASR. 0 = Not Supported, 1 = Supported

### Table 60 — MR60 Definition

| Segment(PASR Row Bits) | Type | Operand | Data | Notes |
|---|---|---|---|---|
| Segment 0 (000) | W | OP0 | 0=Normal, 1=Masked | |
| Segment 1 (001) | W | OP1 | 0=Normal, 1=Masked | |
| Segment 2 (010) | W | OP2 | 0=Normal, 1=Masked | |
| Segment 3 (011) | W | OP3 | 0=Normal, 1=Masked | |
| Segment 4 (100) | W | OP4 | 0=Normal, 1=Masked | |
| Segment 5 (101) | W | OP5 | 0=Normal, 1=Masked | |
| Segment 6 (110) | W | OP6 | 0=Normal, 1=Masked | Must be 0 for 24 Gbit and 48 Gbit devices. |
| Segment 7 (111) | W | OP7 | 0=Normal, 1=Masked | Must be 0 for 24 Gbit and 48 Gbit devices. |

### Table 61 — PASR Segment Row Address Bits

| DRAM Density | PASR Row Bits | Segments |
|---|---|---|
| 8Gbit | R15:13 | 8 |
| 16Gbit | R15:13 | 8 |
| 24Gbit | R16:14 | 6 |
| 32Gbit | R16:14 | 8 |
| 48Gbit | R17:15 | 6 |
| 64Gbit | R17:15 | 8 |

JEDEC Standard No. 79-5B_v1.20
Page 162

## 4.10    Power-Down Mode

DDR5's Power-Down mode is new to the DDR family, as it no longer has a CKE pin to control entry and exit. Instead, the PDE/PDX move to command based, triggered by the CS_n. Once in PD mode, the CS_n acts effectively like the historic CKE pin, waiting for it to transition from HIGH to LOW (with its command). In PDE mode, it should be sampled on every edge.

### 4.10.1  Power-Down Entry and Exit

Power-Down is entered when the command is registered. Unlike Self Refresh Mode, CS_n will NOT be held low constantly while in Power-Down. Timing diagrams are shown in **Figure 60** with details for entry and exit of Power-Down.

The DLL should be in a locked state when Power-Down is entered for fastest Power-Down exit timing. SDRAM design provides all AC and DC timing and voltage specification as well as proper DLL operation as long as DRAM controller complies with SDRAM specifications.

During Power-Down, if all banks are closed after any in-progress commands are completed, the device will be in Precharge Power-Down mode; if any bank is open after in-progress commands are completed, the device will be in active Power-Down mode.

Entering power-down deactivates the input and output buffers, excluding CK_t, CK_c, CS_n, RESET_n. If CA11=L during the PDE command, CA1 and CA4 will also be excluded, allowing the appropriate NT ODT command to be passed through and decoded by the non-target SDRAM while the target SDRAM remains in Power-Down (i.e. the SDRAM will monitor commands that utilize NT ODT via CA1 and CA4 and will not exit Power Down if a valid NT ODT command is registered). If CA11=H during the PDE command, only the PDX command, qualified by CS_n, is legal during Power-Down. If CA11=L during the PDE command, only NT ODT commands and PDX commands, qualified by CS_n, are legal during Power-Down. Refer to the command truth table for more information.

MRR NT ODT commands during Power Down are not support with Burst on the fly (OTF) modes in MR0:OP[1:0].

When Power-Down is entered with ODT control enabled (CA11=L) the DRAM will continue to accept NT termination commands throughout the Power-Down process, including entry and exit. Upon entry, during the tCPDED period, the DRAM will be switching from decoding all CA bus command bits to only decoding CA1 and CA4. During this time all CA command bits must be valid when CS_n is asserted with the full Read or Write command, as the DRAM may still be decoding the full command. Following tCPDED, only CA1 and CA4 need be valid as the DRAM will be ignoring the others. Following the PDX command, all CA command bits must be valid for NT termination commands also, as the DRAM will be transitioning to decoding all bits. It is only the time between tCPDED completion and tXP start that CA13:5, 3:2, and 0 need not be valid



**Figure 60 — Power-Down Entry and Exit Mode**

NOTES:
1. There is no specific PDX command. In the case of systems with register using CAI, the encoding out of the register may be inverted from a NOP type command.
2. Diagram above is shown with a valid 2-cycle command after tXP for simplicity. 1-cycle valid commands are also legal.
3. CS_n shall be held HIGH, not toggled, during Power-Down, except Non-Target ODT command when PDE with CA11=L is asserted.

### Table 62 — Power-Down Entry Definitions

| Status of DRAM | DLL | PD Exit | Relevant Parameters |
|---|---|---|---|
| Active (A bank or more Open) | On | Fast | tXP to any valid command |
| Precharged (All banks Precharged) | On | Fast | tXP to any valid command. |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.10.1    Power-Down Entry and Exit (cont'd)

The DLL is kept enabled during Precharge Power-Down or Active Power-Down. (If RESET_n goes low during Power-Down, the DRAM will be out of PD mode and into reset state). Power-down duration is limited by tPD(max) of the device.

### Table 63 — Power-Down Timing Parameters

| Parameter | Symbol | Min | Max | Unit | Note |
|---|---|---|---|---|---|
| Command pass disable delay | tCPDED | max(5ns, 8nCK) | - | ns, nCK | |
| Power Down Time | tPD | max(7.5ns, 8nCK) | 5 * tREFI1 (Normal) 9 * tREFI2 (FGR) | ns, nCK | 8 |
| Exit Power Down to next valid command | tXP | max(7.5ns, 8nCK) | | ns, nCK | |
| Activate command to Power Down Entry command | tACTPDEN | 2 | | nCK | 1 |
| Precharge, Precharge All, or Precharge Same Bank command to Power Down Entry command | tPRPDEN | 2 | | nCK | 1 |
| Read or Read w/Auto Precharge command to Power Down Entry command | tRDPDEN | CL+RBL/2+1 | | nCK | 4, 6 |
| Write command to Power Down Entry command | tWRPDEN | CWL+WBL/2+WR+1 | | nCK | 2, 4, 7 |
| Write w/Auto Precharge command to Power-Down Entry command | tWRAPDEN | CWL+WBL/2+WR+1 | | nCK | 2, 3, 4, 7 |
| Refresh All or Refresh Same Bank command to Power-Down Entry command | tREFPDEN | 2 | | nCK | |
| MRR command to Power-Down Entry command | tMRRPDEN | CL+8+1 | | nCK | 4 |
| MRW command to Power-Down Entry command | tMRWPDEN | tMRD(min) | | nCK | |
| MPC command to Power-Down Entry command | tMPCPDEN | tMPC_delay | | nCK | 5 |

NOTE 1    Power-Down command can be sent while operations such as Activation, Precharge, Auto-Precharge or Refresh are in progress but IDD spec will not be applied until the operations are finished.

NOTE 2    WR is calculated from tWR by using the Rounding Algorithm. Refer to the Rounding Definitions and Algorithm section for more information.

NOTE 3    WR in clock cycles as programmed in MR6.

NOTE 4    Read/Write/MRR can refer to both Target command and Non-Target command when CA11=H during PDE command.

NOTE 5    tMPC_delay is a valid timing parameter for all MPC commands except:

    a) Enter CS training Mode, Enter CA Training Mode, PDA Enumerate ID Program Mode because Power Down Entry is not supported for these MPC commands.

    b) Apply VrefCA, VrefCS and RTT_CA/CS/CK because this MPC command requires waiting for VrefCA_time/ VREFCS_time.

NOTE 6    RBL: Read burst length associated with Read command

    a) RBL = 32 (36 w/ RCRC on) for fixed BL32 and BL32 in BL32 OTF mode

    b) RBL = 16 (18 w/ RCRC on) for fixed BL16 and BL16 in BL32 OTF mode

    c) RBL = 16 (18 w/ RCRC on) for BL16 in BC8 OTF mode and BC8 in BC8 OTF mode

NOTE 7    WBL: Write burst length associated with Write command

    a) WBL = 32 (36 w/ WCRC on) for fixed BL32 and BL32 in BL32 OTF mode

    b) WBL = 16 (18 w/ WCRC on) for fixed BL16 and BL16 in BL32 OTF mode

    c) WBL = 16 (18 w/ WCRC on) for BL16 in BC8 OTF mode and BC8 in BC8 OTF mode

NOTE 8    tPD(max) shall always be less than or equal to 5*tREFI1(max) during Normal Refresh Mode and less than or equal to 9*tREFI2(max) during Fine Granularity Refresh Mode, and when using the rounding algorithms, nPD(max) shall always be less than or equal to 5*nREFI1(max) during Normal Refresh Mode and less than or equal to 9*nREFI2(max) during Fine Granularity Refresh Mode.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 164

## 4.10.1   Power-Down Entry and Exit (cont'd)

**Table 64 — Valid Command During Power-Down with ODT Enabled**

| CA1 | CA4 | Command | Operation of DRAM in Power Down |
|-----|-----|---------|--------------------------------|
| L | L | Write | DRAM will enable ODT_WR_NOM |
| L | H | Read | DRAM will enable ODT_RD_NOM |
| H | L | Illegal | Illegal. CS_n will NOT be asserted to a powered down DRAM with this combination |
| H | H | PDX(NOP) | Exit Power Down |
| NOTE 1 | | MRR NT ODT commands during Power Down are not supported with Burst on the fly (OTF) modes in MR0:OP[1:0]. | |

## 4.11   Input Clock Frequency Change

Once the DDR5 SDRAM is initialized, the DDR5 SDRAM requires the clock to be "stable" during almost all states of normal operation. This means that, once the clock frequency has been set and is to be in the "stable state", the clock period is not allowed to deviate except for what is allowed for by the clock jitter and SSC (spread spectrum clocking) specifications.

The input clock frequency can be changed from one stable clock rate to another stable clock rate under Self Refresh w/Frequency Change mode. Outside Self-Refresh w/Frequency Change mode, it is illegal to change the clock frequency.

Prior to entering Self-Refresh w/ Frequency Change mode, the host must program tCCD_L/tCCD_L_WR/tCCD_L_WR2/tDLLK via MPC Command to update MR13 shadow register to the desired target frequency and configure VREFCA, VREFCS, RTT_CK, RTT_CS and RTT_CA (MR11, MR12, MR32 and MR33) shadow registers if needed.

Once the DDR5 SDRAM has been successfully placed into Self-Refresh w/Frequency Change mode and tCKLCS has been satisfied, the state of the clock becomes a don't care. Once a don't care, changing the clock frequency is permissible, provided the new clock frequency is stable prior to tCKSRX. During tCSL_FreqChg and prior to exiting Self-Refresh, the DRAM will automatically apply the changes to tCCD_L/tCCD_L_WR/tCCD_L_WR2/tDLLK, VREFCA, VREFCSRTT_CK, RTT_CS and RTT_CA. When entering and exiting Self-Refresh mode for the sole purpose of changing the clock frequency, the Self-Refresh entry and exit specifications must still be met as outlined in Section 4.9 "Self-Refresh Operation". For the new clock frequency, Mode Registers may need to be configured (to program the appropriate CL, Preambles, Write Leveling Internal Cycle Alignment, DFE, DCA, etc.) prior to normal operation.

The DDR5 SDRAM input clock frequency is allowed to change only within the minimum and maximum operating frequency specified for the particular speed grade.

## 4.11.1  Frequency Change Steps

The following steps must be taken:

1. Prior to executing the SREF command, the shadow register of Mode Registers MR11/MR12/MR13/MR32/MR33 can be pre-loaded anytime if DRAM is in an IDLE state:
   1a. The host MUST program tCCD_L/tCCD_L_WR/tCCD_L_WR2/tDLLK via MR13:OP[3:0] to the desired target frequency. During this stage, the values are stored in the MR13 shadow register and shall be applied to MR13 automatically when running SREF w/ CA9="L" on the DRAM. This change occurs during tCSL_FreqChg when exiting Self-Refresh with Frequency Change.
   1b. The host can configure the appropriate CS/CA/CK ODT settings via Mode Register (MR32 & MR33) if new values are needed for the new target frequency. During this stage, the values are stored in the MR32 & MR33 shadow registers and shall be applied to MR32 & MR33 automatically when running SREF w/ CA9="L" on the DRAM. This change occurs during tCSL_FreqChg when exiting Self-Refresh w/Frequency Change.
   1c. The host can configure the VREFCA & VREF CS via the VREFCA or VREFCS command(s). During this stage, the values are stored in the  MR11 & MR12 shadow registers and shall be applied to MR11 & MR12 automatically when running SREF w/ CA9="L" on the DRAM. This change occurs during tCSL_FreqChg when exiting Self-Refresh w/ Frequency Change.
   1d. Entering and exiting Self-Refresh with the SREF command shall replace the values of MR11, MR12, MR13, MR32, and MR33 with their shadow register values.
2. Enter Self Refresh w/ Frequency Change by sending the SREF command (SRE w/ CA9='L').
3. After tCPDED(min), the host will transition CS_n low, indicating to the DRAM that the terminations are safe to turn off.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.11.1    Frequency Change Steps (cont'd)

4. After tCKLCS, the host can turn the clocks off.

5. Device enters Self Refresh.

6. At this time, changing the clock frequency is permissible, provided the new clock frequency is stable prior to tCKSRX

7. Exiting Self-Refresh w/Frequency Change follows the same process as normal Self-Refresh exit.

8. After tXS, any additional mode registers requiring the DLL that are needed for the new frequency can be configured or other commands not requiring a DLL may be issued. (ACT, MPC, MRW, PDE, PDX, PREab, PREsb, PREpb, REFab, REFsb, RFMab, RFMsb, SRE, VREFCA, VREFCS & WRP)

9. After tXS_DLL, normal operations resume and all commands are legal.

#### Table 65 — Self Refresh with Frequency Change (for Reference)

| Function | Abbrevia-tion | CS | CA Pins | | | | | | | | | | | | | | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | CA0 | CA1 | CA2 | CA3 | CA4 | CA5 | CA6 | CA7 | CA8 | CA9 | CA10 | CA11 | CA12 | CA13 | |
| Self Refresh Entry w/ Frequency Change | SREF | L | H | H | H | L | H | V | V | V | V | L | L | V | V | V | 1 |
| NOTE 1    See Command Truth Table for details | | | | | | | | | | | | | | | | | |



#### Figure 61 — Frequency Change During Self Refresh

NOTES:
1. While in 2N mode, tCSL_SRexit will not be statically held low (as shown above), as it will pulse for each 2 cycle period. Refer to the 2N mode section for more details.
2. Both tCSH_SRexit and tCSL_SRexit timings must be satisfied to guarantee DRAM operation.
3. Diagram above is shown with a valid 2-cycle command after tXS for simplicity. 1-cycle valid commands are also legal.
4. When tCSH_SRexit,min expires, the CA bus is allowed to transition from all bits High to any valid (V) level. Prior to CS_n being registered Low at tc+1, the CA bus must transition to NOP conforming to the CAI state of the DRAM and complying with applicable DRAM input timing parameters.

#### Table 66 — Self-Refresh Frequency Change Timing Parameters

| Parameter | Symbol | Min | Max | Unit | Note |
|---|---|---|---|---|---|
| Self-Refresh CS_n low Pulse width with Freq Change | tCSL_FreqChg | VrefCA_time | - | ns | 1 |
| NOTE 1    Since frequency can require VREFCA, VREFCS, and CA/CK/CS ODT Changes, the min time is longer than the traditional tCSL when the SRE command with CA9=L is used. | | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 166

## 4.12   Maximum Power Saving Mode (MPSM)

When Maximum Power Saving Mode is enabled by setting the MPSM enable (MR2:OP[3]) bit to '1' using MRW command, the device enters Maximum Power Saving Mode Idle (MPSM Idle) state. When Maximum
Power Saving Mode for Device 15 is enabled by setting the Device 15 MPSM enable bit (MR2:OP[5])
to '1' using MRW command, and the device's PDA Enumerate ID (MR1 bits OP[3:0]) are equal to 15, the
device enters Maximum Power Saving Mode Idle (MPSM Idle) state. Setting the Device 15 MSPM enable
bit to '1' must be done after PDA device enumeration is complete. Once the DRAM is placed into the MPSM Idle state, it can stay in
that state indefinitely, or it can further enter either Maximum Power Saving Mode Power Down (MPSM Power Down) state or
Maximum Power Saving Mode Self Refresh (MPSM Self Refresh) state.

Data retention is not guaranteed when DRAM is in any of MPSM states. Mode register status and Soft PPR information is preserved.



**Figure 62 — State Diagram for Maximum Power Saving Mode**

**Table 67 — MPSM Configuration Options**

| MPSM MR2:OP[3] | Device 15 MPSM MR2:OP[5] | PDA Enumeration ID MR1:OP[3:0] | Action |
|---|---|---|---|
| 1 | X | X | Enter MPSM on MRW |
| X | 1 | 1111 | Enter MPSM on MRW |
| 0 | 0 | X | Exit MPSM on MRW |
| 0 | X | Not equal to 1111 | Exit MPSM on MRW |

## 4.12.1  MPSM Idle State

When DDR5 SDRAM is in this state, it ignores all types of commands except MRW, ODT, Power Down Entry (PDE) and Self Refresh Entry (SRE) commands. MRW, ODT, PDE and SRE commands are executed serially. DRAM shall not respond to any other command except these four command types. DLL status is same as in normal idle state. DRAM continues to drive CA ODT as programmed.

Normal command timing parameters are applied in this state, except that tREFI doesn't need to be satisfied as Refresh command does not need to be issued in this state.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.12.2  MPSM Power Down State

MPSM Power Down state is entered by Power Down Entry command from MPSM Idle state. When DDR5 SDRAM is in this state, it responds to ODT command normally as it does in precharged power down state. DLL status is same as in normal precharged power down state.

When the Power Down Exit command is issued, the DRAM goes back to the MPSM Idle state after tXP. Normal Power Down command timings are applied in this state, except the tREFI requirement.

## 4.12.3  MPSM Deep Power Down State

MPSM Deep Power Down (DPD) state is entered and exited by Self Refresh Entry and Exit commands from/to MPSM Idle state. Input signal requirements to the DRAM in this state are same to those in the Self Refresh mode. DRAM shall not execute any internal Refresh operation in this state.

When the Power Down Exit command is issued, the DRAM goes back to the MPSM Idle state after tXS. tXS_DLL must be met prior to issuing any commands that require a locked DLL. Normal Self Refresh command timings are applied in this state.

## 4.12.4  MPSM command timings

The device can exit from the MPSM Idle state by programming the MPSM enable (MR2:OP[1]) bit to '0' using the MRW command. MPSM exit to the first valid command delay is tMPSMX.

### Table 68 — Maximum Power Saving Mode Timing Parameters

| Symbol | Description | min | max | unit |
|--------|-------------|-----|-----|------|
| tMPSMX | MPSM exit to first valid command delay | tMRD | - | ns |



### Figure 63 — Maximum Power Saving Mode Exit Timings

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 168

## 4.13    Refresh Operation

The Refresh command (REF) is used during normal operation of the DDR5 SDRAMs. This command is non persistent, so it must be issued each time a refresh is required. The DDR5 SDRAM requires Refresh cycles at an average periodic interval of tREFI.

There are three types of refresh operations supported by DDR5 SDRAMs.
- Normal Refresh: By issuing All Bank Refresh (REFab) command in Normal Refresh mode
- Fine Granularity Refresh: By issuing All Bank Refresh (REFab) command in Fine Granularity Refresh mode
- Same Bank Refresh: By issuing Same Bank Refresh (REFsb) command in Fine Granularity Refresh mode

This clause describes the details of the refresh operations and requirements for each of the refresh operation types as well as the transitions between the refresh operation types.

For Normal Refresh and Fine Granularity Refresh operations, all banks of the SDRAM must be precharged and idle for a minimum of the precharge time tRP(min) before the All Bank Refresh command (REFab) can be issued. The refresh addressing is generated by the internal refresh controller during the refresh cycle. The external address bus is only required to be in a valid state once this cycle has started. When the refresh cycle has completed, all banks of the SDRAM will be in the precharged (idle) state. A delay between the Refresh command and the next valid command, except DES, PDE, NOP (PDX) and non-Target ODT commands, must be greater than or equal to the minimum Refresh cycle time tRFC(min) as shown in **Figure 64** and **Figure 65**. Note that the tRFC timing parameter depends on memory density and the refresh mode setting, which can be set to Normal Refresh mode or Fine Granularity Refresh (FGR) mode.



NOTES: 1. Only DES, PDE, NOP (PDX) or non-Target ODT commands are allowed after Refresh command is issued until tRFC1(min) expires.
2. Time interval between two Refresh commands may be extended to a maximum of 5 x tREFI1.

**Figure 64 — Refresh Command Timing (Example of Normal Refresh Mode)**



NOTES: 1. Only DES, PDE, NOP (PDX) or non-Target ODT commands are allowed after Refresh command is issued until tRFC2(min) expires.
2. Time interval between two Refresh commands may be extended to a maximum of 9 x tREFI2.

**Figure 65 — Refresh Command Timing (Example of Fine Granularity Refresh Mode)**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.13.1  Refresh Modes

The DDR5 SDRAM has two different Refresh modes with two different refresh cycle time (tRFC) settings. There is a Normal Refresh mode setting and a Fine Granularity Refresh (FGR) mode setting. The FGR mode provides a shorter refresh cycle time (tRFC2) but also requires All Bank Refresh commands (REFab) to be provided twice as often (tREFI is divided by two, i.e., tREFI2 = tREFI1/2). The Refresh mode setting is programed by MRW command as shown in **Table 69**. The Refresh Modes are fixed until changed by MRW command to MR4 OP[4]. No on-the-fly Refresh mode change is supported.

**Table 69 — Mode Register Definition for Refresh Mode**

| MR4 OP[4] | Refresh Mode (tRFC setting) |
|---|---|
| 0 | Normal Refresh Mode (tRFC1) |
| 1 | Fine Granularity Refresh Mode (tRFC2) |

## 4.13.2  Changing Refresh Mode

If Refresh Mode is changed by MRW, the new tREFI and tRFC parameters would be applied from the moment of the rate change. As shown in **Figure 66**, when an All Bank Refresh command is issued to the DRAM in Normal Refresh mode, then tRFC1 and tREFI1 are applied from the time that the command (REFab) was issued. And when an All Bank Refresh command is issued in Fine Granularity Refresh (FGR) mode, then tRFC2 and tREFI2 should be satisfied.



NOTE:  Refresh mode is Normal Refresh mode before the MRW and FGR mode after the MRW

**Figure 66 — Refresh Mode Change Command Timing**

The following conditions must be satisfied before the Refresh mode can be changed. Otherwise, data retention of DDR5 SDRAM cannot be guaranteed.

1. In the Normal Refresh mode, the REFab command must complete and tRFC1 must be satisfied before issuing the MRW command to change the Refresh Mode.

2. If performing REFab commands in the Fine Granularity Refresh mode, it is recommended that an even number of REFab commands are issued to the DDR5 SDRAM since the last change of the Refresh mode with an MRW command before the Refresh mode is changed again by another MRW command. If this condition is met, no additional Refresh commands are required upon the Refresh mode change. If this condition is not met, one extra REFab is required to be issued to the DDR5 SDRAM upon Refresh mode change. This extra Refresh command is not counted toward the computation of the average refresh interval (tREFI1). This extra Refresh counts toward the maximum number of refreshes which may be postponed. See Figure 67.

3. If performing REFsb commands, it is recommended that all banks have received an even number of REFsb command since the last change of the Refresh mode with an MRW command before the Refresh mode is changed again by another MRW command, since a REFab command will reset the internal bank counter. If this condition is met, no additional refresh commands are required upon the Refresh mode change. If this condition is not met, one extra REFab command is required to be issued to the DDR5 SDRAM upon Refresh mode change. These extra Refresh commands are not counted toward the computation of the average refresh interval (tREFI1). These extra Refresh commands count toward the maximum number of refreshes which may be postponed. See Figure 68 for 16Gb and higher density DRAM with 4 banks in a bank group example.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

Case 2:22-cv-00293-JRG Document 150-5 Filed 09/14/23 Page 203 of 503 PageID #: 12825

## 4.13.2 Changing Refresh Mode (cont'd)

**Figure 67 — Refresh Mode Change from FGR 2x to Normal 1x Command Timing**

Netlist Inc.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.13.2 Changing Refresh Mode (cont'd)

**Figure 68 — 16 Gb and Higher Density DRAM Refresh Mode Change from FGR 2x REFsb to Normal 1x Command Timing**

Netlist Inc.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 172

## 4.13.3  Same Bank Refresh

Same Bank Refresh command (REFsb) allows the DDR5 DRAM to apply the refresh process to a specific bank in each bank group unlike the All Bank Refresh command (REFab) which applies the refresh process to all banks in every bank group. The determination whether a Same Bank Refresh or an All Bank Refresh is executed by the DRAM depends on whether REFsb or REFab command is issued, as shown in the command truth table. The REFsb command is only allowed in FGR mode (MR4[OP4]=1).

The first Same Bank Refresh command (REFsb) to each bank increments an internal bank counter and once the bank counter equals the number of available banks in a bank group, it will reset and start over on the next subsequent REFsb. Each time the internal bank counter resets and starts over on the next subsequent REFsb, the global refresh counter will also increment. A REFsb command can be issued to any bank and in any bank order. A subsequent REFsb command issued to the same bank prior to every bank receiving a REFsb command will repeat refreshing the same row since the SDRAM's global refresh counter will not increment until all banks in a bank group receive a REFsb command. The first REFsb command issued is the "Synchronization" REFsb command and the "Synchronization" count resets the internal bank counter to zero when either (a) every bank has received one REFsb command, (b) RESET is applied, (c) entering/exiting self refresh mode, or (d) REFab is issued. The DRAM's global refresh counter increments when either a REFab is issued or when all banks have received their one REFsb command and the "Synchronization" count reset to zero. If a REFab command is issued when the bank counter is not zero, i.e. in the middle of same-bank refreshing, the SDRAM's global refresh counter will not increment until the completion of REFab, effectively losing the credits for any REFsb commands issued prior to the REFab. See the 16 Gb and Higher Density DRAM Bank and Refresh counter increment behavior table for details.

**Table 70 — 16 Gb and Higher Density DRAM Bank and Refresh Counter Increment Behavior**

| Count # | Command | BA0 | BA1 | Refresh Bank # | Internal Bank Counter # | Global Refresh Counter # (Row Address #) |
|---|---|---|---|---|---|---|
| 0 | RESET, REFab or SRE/SRX command and FGR mode on (MR4[OP4]=1) | | | | To 0 | - |
| 1 | REFsb | 0 | 0 | 0 | 0 to 1 | n |
| 2 | REFsb | 0 | 1 | 1 | 1 to 2 | |
| 3 | REFsb | 1 | 0 | 2 | 2 to 3 | |
| 4 | REFsb | 1 | 1 | 3 | 3 to 0 | |
| 5 | REFsb | 0 | 0 | 2 | 0 to 1 | n+1 |
| 6 | REFsb | 0 | 0 | 0 | 1 to 2 | |
| 7 | REFsb | 1 | 1 | 3 | 2 to 3 | |
| 8 | REFsb | 0 | 1 | 1 | 3 to 0 | |
| 9 | REFsb | 0 | 0 | 0 | 0 to 1 | n+2 |
| 10 | REFsb | 0 | 1 | 1 | 1 to 2 | |
| 11 | *REFab* | *V* | *V* | *0-3* | *To 0* | |
| 12 | REFsb | 1 | 1 | 3 | 0 to 1 | n+3 |
| 13 | REFsb | 0 | 1 | 1 | 1 to 2 | |
| 14 | REFsb | 0 | 0 | 0 | 2 to 3 | |
| 15 | REFsb | 1 | 0 | 2 | 3 to 0 | |
| 16 | *REFab* | *V* | *V* | *0-3* | *To 0* | n+4 |
| 17 | *REFab* | *V* | *V* | *0-3* | *To 0* | n+5 |
| 18 | *REFab* | *V* | *V* | *0-3* | *To 0* | n+6 |
| 19 | REFsb | 1 | 1 | 3 | 0 to 1 | n+7 |
| 20 | *REFab* | *V* | *V* | *0-3* | *To 0* | |
| 21 | REFsb | 1 | 0 | 2 | 0 to 1 | n+8 |
| 22 | REFsb | 0 | 1 | 1 | 1 to 2 | |
| 23 | REFsb | 0 | 0 | 0 | 2 to 3 | |
| 24 | REFsb | 1 | 1 | 3 | 3 to 0 | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.13.3   Same Bank Refresh (cont'd)

The REFsb command must not be issued to the device until the following conditions are met:
-tRFC1 or tRFC2 has been satisfied after the prior 1x or 2x REFab command(s), respectively
-tRFCsb has been satisfied after the prior REFsb command
-tRP has been satisfied after the prior PRECHARGE command to that bank
-tRRD_L has been satisfied after the prior ACTIVATE command (e.g. tRRD_L has to be met from ACTIVATE of a different bank in the same bank group to the REFsb targeted at the same bank group)

Additional restrictions for issuing the REFsb command:
-tFAW has not been met (each REFsb counts as an ACTIVATE command for the four activate window timing restriction)

Once a REFsb is issued, the target banks (one in each Bank Group) are inaccessible during the same-bank refresh cycle time (tRFCsb); however, the other banks in each bank group are accessible and can be addressed during this same-bank refresh cycle. When the same-bank refresh cycle has completed, the banks refreshed via the REFsb will be in idle state.

After issuing REFsb command, the following conditions must be met:
-tRFCsb must be satisfied before issuing a REFab command
-tRFCsb must be satisfied before issuing an ACTIVATE command to the same bank
-tREFSBRD must be satisfied before issuing an ACTIVATE command to a different bank.

### Table 71 —  Refresh Command Scheduling Separation Requirements

| Symbol | Min Delay From | To | NOTE |
|---|---|---|---|
| tRFC1 | REFab | REFab | 1 |
| | | ACTIVATE command to any bank | |
| tRFC2 | REFab | REFab | 2 |
| | | ACTIVATE command to any bank | |
| | | REFsb | |
| tRFCsb | REFsb | REFab | 2 |
| | | ACTIVATE command to same bank as REFsb | |
| | | REFsb | |
| tREFSBRD | REFsb | ACTIVATE command to different bank from REFsb | 2 |
| tRRD_L | ACTIVATE | REFsb to different bank from ACTIVATE | 2 |
| NOTE 1    MR4(OP[4]) set to Normal Refresh mode. | | | |
| NOTE 2    MR4(OP[4]) set to FGR mode. REFsb command is valid only in FGR mode. | | | |

Where *n* is the number of banks in a bank group, a single REFab command can be replaced with *n* REFsb commands for the purpose of scheduling postponed refresh commands.

## 4.13.4   tREFI and tRFC Parameters

The maximum average refresh interval (tREFI) requirement for the DDR5 SDRAM depends on the refresh mode setting (Normal or FGR), and the device's case temperature (Tcase). When the refresh mode is set to Normal Refresh mode, REFab commands are issued (tRFC1), and Tcase<=85°C, the maximum average refresh interval (tREFI1) is tREFI. When the refresh mode is set to FGR mode, REFab commands are issued (tRFC2) and Tcase<=85 °C, the maximum average refresh interval (tREFI2) is tREFI/2. This same tREFI/2 interval value is also appropriate if the refresh mode is set to Normal Refresh mode and REFab commands are issued (tRFC1) but 85 °C<Tcase<=95 °C. Finally, if the refresh mode is set to FGR mode, REFab commands are issued (tRFC2), and 85 °C<Tcase<=95 °C, the maximum average refresh interval (tREFI2) is tREFI/4.

The DDR5 SDRAM includes an optional method for the host to indicate when Refresh commands are being issued at the 2x (tREFI2) refresh interval rate. The 2x Refresh Interval Rate indicator (MR4:OP[3]) alerts the DRAM if the host supports the refresh interval rate indication as part of the REF command using CA8. If enabled (MR4:OP[3]=1), the host will issue 1x REF commands with CA8=H (Tcase<=85 °C), and the host will issue 2x REF commands with CA8=L (Tcase any allowable temperature). MR4:OP[3] is a Status Read/Write MR bit which shows DDR5 SDRAM support of this optional feature. Reading MR4:OP[3] will return a "1" if the 2x Refresh Interval Rate indicator is supported. A "0" will be returned if not supported.
tREFI is based on the 8,192 refresh commands that need to be issued within the baseline tREF=32 ms refresh period on the DDR5 SDRAM.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.13.5  tREFI and tRFC Parameters for 3DS Devices

Typical platforms are designed with the assumption that no more than one physical rank is refreshed at the same time. In order to limit the maximum refresh current ($I_{DD5B1}$) for a 3D stacked SDRAM, it will be required to stagger the refresh commands to each logical rank in a stack.

The tRFC time for a single logical rank is defined as tRFC_slr and is specified as the same value as for a monolithic DDR5 SDRAM of equivalent density. The minimum amount of stagger between refresh commands sent to different logical ranks (tRFC_dlr) or physical ranks (tRFC_dpr) is specified to be approximately tRFC_slr/3 - **Table 74**.

### Table 72 — tREFI Parameters for REFab and REFsb Commands (Including 3DS)

| Command | Refresh Mode | Symbol & Range | | Expression | Value | Unit | Notes |
|---------|--------------|---------|---------|------------|-------|------|-------|
| REFab | Normal | tREFI1 | 0°C <= TCASE <= 85 °C | tREFI | 3.9 | µs | 1,2 |
| | | | 85°C < TCASE < 95 °C | tREFI/2 | 1.95 | µs | 1,2 |
| REFab | Fine Granularity | tREFI2 | 0°C <= TCASE <= 85 °C | tREFI/2 | 1.95 | µs | 1,2 |
| | | | 85°C < TCASE < 95 °C | tREFI/4 | 0.975 | µs | 1,2 |
| REFsb | Fine Granularity | tREFIsb | 0°C <= TCASE <= 85 °C | tREFI/(2*n) | 1.95/n | µs | 1,2,3 |
| | | | 85°C < TCASE < 95 °C | tREFI/(4*n) | 0.975/n | µs | 1,2,3 |

NOTE 1   All 3D Stacked (3DS) devices follow the same requirements as the monolith die regardless of logical rank.

NOTE 2   3DS specification covers up to 16Gb density. Future densities such as 24Gb or 32Gb could require different tREFI requirements.

NOTE 3   $n$ is the number of banks in a bank group (e.g. 8G: n=2; 16G: n=4).

### Table 73 — tRFC Parameters by Device Density

| Refresh Operation | Symbol | 8 Gb | 16 Gb | 24 Gb | 32 Gb | Units | Notes |
|-------------------|--------|------|-------|-------|-------|-------|-------|
| Normal Refresh (REFab) | tRFC1(min) | 195 | 295 | 410 | 410 | ns | |
| Fine Granularity Refresh (REFab) | tRFC2(min) | 130 | 160 | 220 | 220 | ns | |
| Same Bank Refresh (REFsb) | tRFCsb(min) | 115 | 130 | 190 | 190 | ns | |

### Table 74 — 3DS tRFC Parameters by Logical Rank Density

| Refresh Operation | Symbol | 8 Gb | 16 Gb | 24 Gb | 32 Gb | Units | Notes |
|-------------------|--------|------|-------|-------|-------|-------|-------|
| Normal Refresh with 3DS same logical rank | tRFC1_slr(min) | | tRFC1(min) | | | ns | 1 |
| Fine Granularity Refresh with 3DS same logical rank | tRFC2_slr(min) | | tRFC2(min) | | | ns | 1 |
| Same Bank Refresh with 3DS same logical rank | tRFCsb_slr(min) | | tRFCsb(min) | | | ns | 1 |
| Normal Refresh with 3DS different logical rank | tRFC1_dlr(min) | | tRFC1(min)/3 | | | ns | 3 |
| Normal Refresh with 3DS different physical rank | tRFC1_dpr(min) | | tRFC1min/3 | | | ns | 2, 3 |
| Fine Granularity Refresh with 3DS different logical rank | tRFC2_dlr(min) | | tRFC2(min)/3 | | | ns | 3 |
| Fine Granularity Refresh with 3DS different physical rank | tRFC2_dpr(min) | | tRFC2min/3 | | | ns | 2, 3 |
| Same Bank Refresh with 3DS different logical rank | tRFCsb_dlr(min) | | tRFCsb(min)/3 | | | ns | 3 |

NOTE 1   All 3D Stacked (3DS) devices follow the same requirements as the monolith die for same logical ranks

NOTE 2   Parameter applies to dual-physical-rank (36 and 40 placement) 3DS-based DIMMs built with JESD301-1 "PMIC 50x0 Specification", but may not apply to DIMMs built with higher current capacity PMICs.

NOTE 3   3DS tRFC parameters are to be rounded up to the nearest 1ns after the "tRFC*min"/3 calculation.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.13.5   tREFI and tRFC Parameters for 3DS Devices (cont'd)

**Table 75 — Same Bank Refresh Parameters**

| Refresh Mode | Symbol | 8 Gb | 16 Gb | 24 Gb | 32 Gb | Units |
|---|---|---|---|---|---|---|
| Same Bank Refresh to ACT delay | tREFSBRD(min) | 30 | 30 | 30 | 30 | ns |

**Table 76 — Same Bank Refresh Parameters for 3DS 2H, 4H**

| Refresh Mode | Symbol | 8 Gb | 16 Gb | 24 Gb | 32 Gb | Units |
|---|---|---|---|---|---|---|
| Same Bank Refresh to ACT delay SLR | tREFSBRD_slr(min) | 30 | 30 | 30 | 30 | ns |
| Same Bank Refresh to ACT delay DLR | tREFSBRD_dlr(min) | 15 | 15 | 15 | 15 | ns |

## 4.13.6  Refresh Operation Scheduling Flexibility

In general, a Refresh command needs to be issued to the DDR5 SDRAM regularly every tREFI interval. To allow for improved efficiency in scheduling and switching between tasks, some flexibility in the absolute refresh interval is provided.

In Normal Refresh mode, a maximum of 4 REFab commands can be postponed, meaning that at no point in time more than a total of 4 Refresh commands are allowed to be postponed. In case that 4 REFab commands are postponed in a row, the resulting maximum interval between the surrounding REFab commands is limited to 5 × tREFI1 (see Figure 69). At any given time, a maximum of 5 REFab commands can be issued within 1 x tREFI1 window. Self-refresh mode may be entered with a maximum of 4 REFab commands being postponed. After exiting Self-Refresh mode with one or more REFab commands postponed, additional REFab commands may be postponed to the extent that the total number of postponed REFab commands (before and after the Self-Refresh) will never exceed 4. During Self-Refresh Mode, the number of postponed REFab commands does not change. An additional REFab command is required after Self-Refresh exit (refer to **Clause 4.9** for more information).

In FGR Mode, the maximum REFab commands that may be postponed is 8, with the resulting maximum interval between the surrounding REFab commands  limited to 9 x tREFI2 (see Figure 70). At any given time, a maximum of 9 REFab commands can be issued within 1 x tREFI2 window. The same maximum count of 8 applies to postponed REFab commands around self-refresh entry and exit. An additional REFab command is required after Self-Refresh exit (refer to **Clause 4.9** for more information). Where *n* is the number of banks in a bank group, a single REFab command can be replaced with *n* REFsb commands for the purpose of scheduling postponed refresh commands.



**Figure 69 — Postponing Refresh Commands (Example of Normal Refresh Mode - tREFI1, tRFC1)**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 176

## 4.13.6   Refresh Operation Scheduling Flexibility (cont'd)



**Figure 70 — Postponing Refresh Commands (Example of Fine Granularity Refresh Mode - tREFI2, tRFC2)**

## 4.13.7  Self Refresh Entry and Exit

DDR5 SDRAM can enter Self Refresh mode anytime in Normal Refresh and FGR mode without any restriction on the number of Refresh commands that have been issued during the mode before the Self Refresh entry. However, upon Self Refresh exit, one additional Refresh must be issued in addition to the normally scheduled Refresh commands (refer to **Clause 4.9** for more information). Plus, extra Refresh command(s), in addition to the aforementioned additional Refresh, may also be required depending on the condition of the Self Refresh entry. The conditions and requirements for the extra Refresh command(s) are defined as follows:

1. There are no special restrictions for the Normal Refresh mode.
2. If performing REFab commands in FGR mode, it is recommended that there should be an even number of REFab commands before entry into Self Refresh since the last Self Refresh exit or MRW command that set the FGR mode. If this condition is met, no additional refresh commands are required upon Self Refresh exit. If this condition is not met, one extra REFab command is required to be issued to the DDR5 SDRAM upon Self Refresh exit. This extra Refresh command is not counted toward the computation of the average refresh interval (tREFI2). This extra Refresh counts toward the maximum number of refreshes which may be postponed. Refer to **Clause 4.9** for more information. See **Figure 71**.
3. If performing REFsb commands, it is recommended that all banks have received a REFsb command prior to entering Self Refresh, since entering and exiting Self Refresh will reset the internal bank counter. If this condition is met, no additional refresh commands are required upon Self Refresh exit, and REFsb commands again can be issued to any bank in any bank order. If this condition is not met, one extra REFab command or an extra REFsb command to each bank is required to be issued to the DDR5 SDRAM upon Self Refresh exit. These extra Refresh commands are not counted toward the computation of the average refresh interval (16Gb and higher density DRAM with 4 banks per bank group example: tREFI2 - see **Figure 72**). These extra Refresh commands count toward the maximum number of refreshes which may be postponed. Refer to **Clause 4.9** for more information.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

Case 2:22-cv-00293-JRG Document 150-5 Filed 09/14/23 Page 210 of 503 PageID #: 12832

## 4.13.7 Self Refresh Entry and Exit (cont'd)

**Figure 71 — FGR 2x to SREF Command Timing**

Netlist Inc.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 178

## 4.13.7   Self Refresh Entry and Exit (cont'd)



**Figure 72 — 16 Gb and Higher Density DRAM FGR 2x REFsb to SREF Command Timing**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.14    Temperature Sensor

DDR5 devices feature a temperature sensor whose status (MR4:OP[2:0]) can be read to determine the minimum required refresh rate. Either the temperature sensor readout or the device TOPER may be used by the system to determine whether the refresh rate and operating temperature requirements are being met. Additionally, the device's temperature status (MR4:OP[2:0]) can be read by the system to determine the current approximate temperature range sensed by the device.

DDR5 devices shall monitor device temperature and update MR4 according to tTSI. Upon completion of device initialization, the device temperature status bits shall be no older than tTSI. MR4 will be updated even when device is in Self Refresh state.

When using the temperature sensor, the actual device case temperature may be higher than the TOPER specification that applies for the standard or elevated temperature ranges. For example, TCASE may be above 85 °C when MR4:OP[2:0]=010B. DDR5 devices shall allow for 2 °C temperature margin between the point at which the device updates the MR4 value and the point at which the controller reconfigures the system accordingly.

When MR4:OP[5]=0 (wide range temperature sensor not supported), the four thresholds of the temperature sensor will be nominally 80 °C, 85 °C, 90 °C and 95 °C. The 2nd threshold (nominally 85°C) is used by the system to switch to 2x refresh. The 4th threshold (nominally 95 °C) is used by the system to throttle activity to keep the DRAM at a safe operating temperature. The 1st threshold (nominally 80 °C) allows the system to take actions which delay reaching the 2nd threshold. The 3rd threshold (nominally 90 °C) allows the system to take actions which delay reaching the 4th threshold.

When MR4:OP[5]=1 (optional wide range temperature sensor range supported), the six thresholds of the temperature sensor will be nominally 75 °C, 80 °C, 85 °C, 90 °C, 95 °C, and 100 °C. The 3rd threshold (nominally 85 °C) is used by the system to switch to 2x refresh. The 5th threshold (nominally 95 °C) is used by the system to throttle activity to keep the DRAM at a safe operating temperature. The 6th threshold (nominally 100 °C) is used by the system to perform emergency actions such as forcing the system to power down. Support for temperature sensor readings above 95 °C does not imply the DDR5 DRAM device may operate properly above 95 °C - side effects may include loss of data integrity.

To ensure proper operation using the temperature sensor, applications should consider the following factors:
• TempGradient is the maximum temperature gradient experienced by the memory device at the temperature of interest over a range of 2 °C, measured in the range of interest 80-100 °C.
• ReadInterval is the time period between MR4 reads from the system.
• TempSensorInterval (tTSI) is the maximum delay between internal updates of MR4.
• SysRespDelay is the maximum time between a read of MR4 and the response by the system.

In order to determine the required frequency of polling MR4, the system shall use the maximum TempGradient and the maximum response time of the system using the following equation:

$$TempGradient \times (ReadInterval + tTSI + SysRespDelay) \leq TempMargin$$

### Table 77 — Temperature Sensor Parameters

| Parameter | Symbol | Min/Max | Value | Unit | Notes |
|---|---|---|---|---|---|
| System Temperature Gradient | TempGradient | Max | System Dependent | °C/s | |
| MR4 Read Interval | ReadInterval | Max | System Dependent | ms | |
| Temperature Sensor Interval | tTSI | Max | 32 | ms | |
| System Response Delay | SysRespDelay | Max | System Dependent | ms | |
| Device Temperature Margin | TempMargin | Max | 2 | °C | 1 |
| Temp Sensor Accuracy, 2nd threshold trip point | TempSensorAcc2 | Min | 78 | °C | 1,2 |
| Temp Sensor Accuracy, 4th threshold trip point | TempSensorAcc4 | Min | 88 | °C | 1,2 |
| Relative Trip Point, 2nd threshold minus 1st threshold | RelativeTrip2m1 | Min/Max | Min 3 / Max 7 | °C | 1,3 |
| Relative Trip Point, 3rd threshold minus 2nd threshold | RelativeTrip3m2 | Min/Max | Min 3 / Max 7 | °C | 1,4 |
| Relative Trip Point, 4th threshold minus 3rd threshold | RelativeTrip4m3 | Min/Max | Min 3 / Max 7 | °C | 1,4 |

NOTE 1    Verified by design and characterization, and may not be subject to production test.
NOTE 2    Only the minimum (negative side) is specified for the second and fourth thresholds.  The DRAM vendor is responsible for guaranteeing correct operation of 1x refresh for MR4 <= 010b, and correct operation of 2x refresh for MR4 <= 100b. This puts a vendor-specific constraint on the Temperature Sensor Accuracy on the positive side.
NOTE 3    The 1st threshold is defined relative to the 2nd threshold.
NOTE 4    The 3rd threshold is defined relative to the 2nd and 4th thresholds.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.14    Temperature Sensor (cont'd)

For example, if TempGradient is 10 °C/s and the SysRespDelay is 100 ms:

(10 °C/s) x (ReadInterval + 32 ms + 100 ms) ≤ 2 °C

In this case, ReadInterval shall be no greater than 68 ms.



**Figure 73 — Temp Sensor Timing Diagram**

NOTE: MR4 encodings in **Figure 73** are examples only and assume that MR4:OP[4]=0

## 4.14.1  Temperature Sensor usage for 3D Stacked (3DS) Devices

In the case of 3D Stacked devices, the Refresh Rate (MR4) is related to the hottest die in the stack only.

## 4.14.2  Temperature Encoding

The DDR5 DRAM provides temperature  related information to the controller via an encoding on MR4:OP[2:0]. The encodings define the proper refresh rate expected by the DRAM to maintain data integrity.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.14.3  MR4 Definition for Reference only - See Mode Register Section for Details

### Table 78 — MR4 Register Information

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| TUF | RFU | | Refresh tRFC Mode | Refresh Interval Rate Indicator | Refresh Rate | | |

### Table 79 — MR4 Register Encoding

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| Refresh Rate | R | OP[2:0] | $000_B$: RFU<br>$001_B$: tREFI x1 (1x Refresh Rate), <80 °C nominal<br>$010_B$: tREFI x1 (1x Refresh Rate), 80-85 °C nominal<br>$011_B$: tREFI /2 (2x Refresh Rate), 85-90 °C nominal<br>$100_B$: tREFI /2 (2x Refresh Rate), 90-95 °C nominal<br>$101_B$: tREFI /2 (2x Refresh Rate), >95 °C nominal<br>$110_B$: RFU<br>$111_B$: RFU | 1,2,3,4,5, 6,7 |
| Refresh Interval Rate Indicator | SR/W | OP[3] | DRAM Status Read (SR):<br>$0_B$: Not implemented (Default)<br>$1_B$: Implemented<br><br>Host Write (W):<br>$0_B$: Disabled (Default)<br>$1_B$: Enabled | |
| Refresh tRFC Mode | R/W | OP[4] | $0_B$: Normal Refresh Mode (tRFC1)<br>$1_B$: Fine Granularity Refresh Mode (tRFC2) | |
| RFU | R/W | OP[6:5] | RFU | |
| TUF (Temperature Update Flag) | R | OP[7] | $0_B$: No change in OP[2:0] since last MR4 read (default)<br>$1_B$: Change in OP[2:0] since last MR4 read | |

NOTE 1    The refresh rate for each OP[2:0] setting applies to tREFI1 and tREFI2. Each OP[2:0] setting specifies a nominal temperature range. The five ranges defined by OP[2:0] are determined by four temperature thresholds.

NOTE 2    The four temperature thresholds are nominally at 80 °C, 85 °C, 90 °C, and 95 °C. The 85 °C and 95 °C thresholds have a specified minimum temperature value, but the maximum temperature value is not specified.

NOTE 3    DRAM vendors must report all of the possible settings over the operating temperature range of the device. Each vendor guarantees that their device will work at any temperature within the range using the refresh interval requested by their device.

NOTE 4    The 2x Refresh Rate must be provided by the system before the DRAM Tj has gone up by more than 2 °C (Temperature Margin) since the first report out of OP[2:0]=011B. This condition is reset when OP[2:0] is equal to 010B.

NOTE 5    The device may not operate properly when OP[2:0]=101B, if the DRAM Tj has gone up by more than 2°C (Temperature Margin) since the first report out of OP[2:0]=101B. This condition is reset when OP[2:0] is equal to 100B. OP[2:0]=101B must be a temporary condition of the DRAM, to be addressed by immediately reducing the Tj of the DRAM by throttling its power, and/or the power of nearby devices.

NOTE 6    OP[7] = 0 at power-up. OP[2:0] bits are valid after initialization sequence (Te).

NOTE 7    See the section on "Temperature Sensor" for information on the recommended frequency of reading MR4

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 182

## 4.15   Multi-Purpose Command (MPC)

### 4.15.1 Introduction

DDR5-SDRAMs use the Multi-Purpose Command (MPC) to issue commands associated with interface initialization, training, and periodic calibration. The MPC command is initiated with CS_n, and CA[4:0] asserted to the proper state at the rising edge of CK, as defined by the Command Truth Table. The MPC command has eight operands (OP[7:0]) that are decoded to execute specific commands in the SDRAM.

The MPC command uses an encoding that includes the command encoding and the opcode payload in a single clock cycle. This enables the host to extend the setup and hold for the CA signals beyond the single cycle when the chip select asserts. In addition, the MPC command will support multiple cycles of CS_n assertion. The multiple cycles of CS_n assertion ensures the DRAM will capture the MPC command during at least one rising CK_t/CK_c edge.

**Table 80 — MPC Command Definition**

| Function | Abbrevi-ation | CS_n | CA Pins | | | | | | | | | | | | | | | NOTES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | CA0 | CA1 | CA2 | CA3 | CA4 | CA5 | CA6 | CA7 | CA8 | CA9 | CA10 | CA11 | CA12 | CA13 | |
| MPC | MPC | L | H | H | H | H | L | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | OP7 | V | |
| NOTE   See Command Truth Table for details | | | | | | | | | | | | | | | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.15.2 MPC Opcodes

Table 81 specifies the opcode assignments for the MPC operations:

### Table 81 — MPC Command Definition for OP[7:0]

| Function | Operand | Data | Notes |
|---|---|---|---|
| Initialization and Training Modes | OP[7:0] | 0000 0000$_B$: Exit CS Training Mode<br>0000 0001$_B$: Enter CS Training Mode<br>0000 0010$_B$: DLL RESET<br>0000 0011$_B$: Enter CA Training Mode<br>0000 0100$_B$: ZQCal Latch<br>0000 0101$_B$: ZQCal Start<br>0000 0110$_B$: Stop DQS Interval Oscillator<br>0000 0111$_B$: Start DQS Interval Oscillator<br>0000 1000$_B$: Set 2N Command Timing<br>0000 1001$_B$: Set 1N Command Timing<br>0000 1010$_B$: Exit PDA Enumerate Programming Mode<br>0000 1011$_B$: Enter PDA Enumerate Programming Mode<br>0000 1100B: Manual ECS Operation<br>0000 1101B: RFU<br>...thru<br>0001 1110B: RFU<br>0001 1111B: Apply VrefCA, VrefCS and RTT_CA/CS/CK<br>0010 0xxxB: Group A RTT_CK = xxx (See MR32:OP[2:0] for encoding)<br>0010 1xxxB: Group B RTT_CK = xxx (See MR32:OP[2:0] for encoding)<br>0011 0xxxB: Group A RTT_CS = xxx (See MR32:OP[5:3] for encoding)<br>0011 1xxxB: Group B RTT_CS = xxx (See MR32:OP[5:3] for encoding)<br>0100 0xxxB: Group A RTT_CA = xxx (See MR33:OP[2:0] for encoding)<br>0100 1xxxB: Group B RTT_CA = xxx (See MR33:OP[2:0] for encoding)<br>0101 0xxxB: Set DQS _RTT_PARK = xxx (See MR33:OP[5:3] for encoding)<br>0101 1xxxB: Set RTT_PARK = xxx (See MR34:OP[2:0] for encoding)<br>0110 xxxxB: PDA Enumerate ID = xxxx (See Table 82)<br>0111 xxxxB: PDA Select ID = xxxx (See Table 82)<br>1000 xxxxB: Configure tDLLK/tCCD_L = xxxx (See MR13:OP[3:0] for encoding)<br>All Others: Reserved | 1,2,3, 4,5,6,7,8, 9,10, 11 |

NOTE 1    See command truth table for more information.
NOTE 2    Refer to the CS Training Mode section for more information regarding CS Training Mode Entry and Exit.
NOTE 3    Refer to the CA Training Mode section for more information regarding CA Training Mode Entry.
NOTE 4    Refer to the ZQ Calibration section for more information regarding ZQCal Start and ZQCal Latch.
NOTE 5    Refer to the DQS Interval Oscillator section for more information regarding Start DQS Interval Oscillator and Stop DQS Interval Oscillator
NOTE 6    Refer to the Per DRAM Addressability section for more information regarding Enter PDA Mode and Exit PDA Mode.
NOTE 7    Refer to the CA_ODT Strap Operation section for more information regarding Group A and Group B configurations for RTT_CA, RTT_CS, and RTT_CK.
NOTE 8    "Apply VrefCA, VrefCS  and RTT_CA/CS/CK" applies the settings previously sent with the VrefCA or VrefCS command and "MPC Set RTT_CA/CS/CK". Until this "MPC Apply VrefCA, VrefCS and RTT_CA/CS/CK" command is sent, the values are in a shadow register. Any MRR to the VrefCA, VrefCS  and RTT_CA/CS/CK settings should return only the applied value. The shadow register shall retain the previously set value, so that any time the "MPC Apply VrefCA, VrefCS and RTT_CA/CS/CK" command is sent, there is no change in the applied value unless a new VrefCA , VrefCS or RTT_CA/CS/CK value was sent to the shadow register since the previous "MPC Apply VrefCA, VrefCS  and RTT_CA/CS/CK" command.
NOTE 9    The PDA Enumerate ID and PDA Select ID opcodes include a 4-bit value, designated by xxxxB in the table. This is the value that is programmed into the MR for these fields. The PDA Enumerate ID can only be changed while in PDA Enumerate Programming Mode.
NOTE 10   For any MPC command that is associated with a Mode Register, the only way to program that Mode Register is via the MPC command. Those Mode Registers will be read only and will not support MRW.
NOTE 11   MPC command "tDLLK/tCCD_L" sets the settings to the MR13 shadow registers and applies the settings to MR13 when the DRAM encounters MPC command "DLL RESET" or SRE with CA9="L".

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.15.2   MPC Opcodes (cont'd)

**Table 82 — PDA Enumerate and Select ID Encoding**

| MPC Function | OP[7:4] | OP[3:0] | Notes |
|---|---|---|---|
| PDA Enumerate ID | 0110 | $0000_B$: ID 0<br>$0001_B$: ID 1<br>$0010_B$: ID 2<br>$0011_B$: ID 3<br>$0100_B$: ID 4<br>$0101_B$: ID 5<br>$0110_B$: ID 6<br>$0111_B$: ID 7<br>$1000_B$: ID 8<br>$1001_B$: ID 9<br>$1010_B$: ID 10<br>$1011_B$: ID 11<br>$1100_B$: ID 12<br>$1101_B$: ID 13<br>$1110_B$: ID 14<br>$1111_B$: ID 15 - default | |
| PDA Select ID | 0111 | $0000_B$: ID 0<br>$0001_B$: ID 1<br>$0010_B$: ID 2<br>$0011_B$: ID 3<br>$0100_B$: ID 4<br>$0101_B$: ID 5<br>$0110_B$: ID 6<br>$0111_B$: ID 7<br>$1000_B$: ID 8<br>$1001_B$: ID 9<br>$1010_B$: ID 10<br>$1011_B$: ID 11<br>$1100_B$: ID 12<br>$1101_B$: ID 13<br>$1110_B$: ID 14<br>$1111_B$: ID 15 - This selects all devices regardless of their enumerate ID. | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.15.3 MPC Function Timings

As shown in **Figure 74** and **Figure 75**, the MPC CMD timings are extended when Multi-Cycle CS assertion mode (MR2:OP[4]) is set to zero. The CS_n is also asserted for multiple consecutive cycles, limited by tMPC_CS. All timings will be relative to the final rising CK_t/CK_c within the CS_n assertion window. The min delay from when the MPC command is captured to the next valid command is specified as tMPC_Delay. Prior to VrefCS, VrefCA, CS and CA Training completing successfully, the CA will be driven with additional setup and hold beyond the final VrefCS. For the DRAM to latch the MPC command in cases where the alignment between CS_n, CA, and CK may be unknown, the CA inputs shall reach the proper command state and provide at least three cycles of setup prior to CS_n transitioning from high to low, CS_n shall remain low for tMPC_CS, and CA shall remain in the proper command state for and provide at least three cycles of hold after CS_n transitions from low to high. This additional setup and hold is only needed when MR2:OP[4] is set to 0 (Multi-Cycle CS assertion duration mode).



**Figure 74 — MPC Command Timing to 1-Cycle Command**

The DDR5 DRAM will support a MR setting to indicate when a Multi-Cycle CS_n assertion may be used for the MPC, VrefCA and VrefCS commands. MR2:OP[4] defaults to "0" upon a reset. Once MR2:OP[4] =1 (single-cycle CS_n assertion) has been set, the host is required to change MR2:OP[4]=0 if any multi-cyle CS_n timings are used.



**Figure 75 — MPC Command Timing to 2-Cycle Command**

**Table 83 — MPC, VrefCA, and VrefCS CS Assertion Duration**

| MR Address | Operating Mode | Description |
|---|---|---|
| MR2:OP[4] | CS Assertion Duration | $0_B$: **Only** Multiple cycles of CS assertion supported for MPC, VrefCA and VrefCS commands<br>$1_B$: Only a single cycle of CS assertion supported for MPC, VrefCA and VrefCS commands |

Default value for the CS Assertion Duration is 0, which allows for Multi-Cycle CS assertions during training.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 186

## 4.15.3   MPC Function Timings (cont'd)

### Table 84 — AC Parameters for MPC Command

| Symbol | Description | Min | Max | Unit | Note |
|--------|-------------|-----|-----|------|------|
| tMPC_Delay | MPC to any other valid command delay | tMRD | - | nCK | |
| tMC_MPC_Setup | Min time between stable MPC command and first falling CS edge (SETUP) | 3 | - | nCK | 2 |
| tMC_MPC_Hold | Min time between first rising CS edge and stable MPC command (HOLD) | 3 | - | nCK | 2 |
| tMPC_CS | Time CS_n is held low to register MPC command | 3.5 | 8 | nCK | 1 |

NOTE 1   The minimum tMPC_CS constraint only applies when the CS Assertion Duration setting is 0. The CS Assertion Duration MR setting shall be set (MR2:OP[4]=1$_B$) to enable single cycle MPC commands. The earliest time to set the CS Assertion Duration MR (MR2:OP[4]=1$_B$) is after VrefCS, VrefCA, CS and CA training are complete, when MRW commands can be sent to the DRAM.
NOTE 2   This applies only to Multi-Cycle MPC commands when MR2:OP[4]=0$_B$

### Table 85 — MPC Truth Table

| Current State | MPC Function | Next State |
|---------------|--------------|------------|
| All Banks Idle | CSTM (Enter/Exit) | All Banks Idle |
| | DLL RESET | |
| | CATM (Enter) | |
| | ZQCAL (Latch/Start) | |
| | DQS Interval Oscillator (Start/Stop) | |
| | Set 1N/2N Command | |
| | PDA Enumerate Programming (Enter/Exit) | |
| | Manual ECS Operation | |
| | Apply VrefCA, VrefCS and RTT_CA/CS/CK | |
| | Configure Group A/B RTT_CA/CS/CK | |
| | Set DQS_RTT_PARK | |
| | Set RTT_PARK | |
| | PDA Enumerate/Select ID | |
| | Configure tDLLK/tCCD_L | |
| Active | ZQCAL (Latch/Start) | Active |
| | DQS Interval Oscillator (Start/Stop) | |
| | Set 1N/2N Command | |
| | Configure Group A/B RTT_CA/CS/CK | |
| | Configure tDLLK/tCCD_L | |

NOTE 1   For 3DS, MPC commands for All Banks Idle cases require all banks to be idle on all logical ranks.

### Table 86 — RD/WR Timing Constraints Related to MPC, VrefCS and VrefCA for All Banks Idle Cases

| From Command | To Command | Minimum Delay between "From Command" and "To Command" | Unit | Note |
|--------------|------------|-------------------------------------------------------|------|------|
| RDA | MPC | tRTP + tRP | tCK | 1,2,3 |
| | VrefCA/VrefCS | tRTP + tRP | tCK | 1,2,3 |
| WRA | MPC | CWL + BL/2 + tWR + tRP | tCK | 1,2,3 |
| | VrefCA/VrefCS | CWL+BL/2 + tWR + tRP | tCK | 1,2,3 |

NOTE 1   RD/WR can refer to both target ODT RD/WR and non-target ODT RD/WR
NOTE 2   Selected MPC functions require all banks to be idle. This includes all banks within 3DS logical ranks.
NOTE 3   Non-target rank commands are required to meet the minimum ODT requirements for DQ/DQS

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.16   Per DRAM Addressability (PDA)

DDR5 allows programmability of a given device on a rank.   As an example, this feature can be used to program different ODT or Vref values on DRAM devices on a given rank. The Per DRAM Addressability (PDA) applies to MRW, MPC, VrefCA, and VrefCS commands. Some per DRAM settings will be required prior to any training of the CA and CS timings and the DQ write timings. The MPC, VrefCA, and VrefCS command timings with extended setup/hold and Multi-Cycle CS assertion may be used for PDA commands if the CA and CS timings have not yet been trained.

DDR5 introduces a CA interface-only method for Per DRAM Addressability, by having a unique PDA Enumerate ID in each DRAM, and the ability to Group A PDA Select ID in all DRAMs. The unique PDA Enumerate ID requires the use of the DQ signals and a PDA Enumerate Programming Mode in the DRAM to program. Once the PDA Enumerate ID has been programmed, subsequent commands must not use the DQ signals (Legacy PDA mode) to designate which DRAM is selected for the command. The PDA Enumerate ID is a 4-bit field, and the PDA Select ID is also a 4-bit field. When the PDA Select ID is the same as the PDA Enumerate ID or when the PDA Select ID is set to the "All DRAM" code of $1111_B$, the DRAM will apply the MPC, MRW, VrefCA, or VrefCS command. There are a few MPC commands that do not use the PDA Select ID to determine if the command will be applied. Among these MPC commands that do not use the PDA Select ID are the MPC opcodes to set the PDA Enumerate ID and the opcode to set the PDA Select ID. During RESET procedure, the receive FIFO must be initialized with all ones in order to ensure that the PDA enumerate flow does not program an enumerate ID when the strobes are not toggling. **Table 87** summarizes which MPC commands are dependent on the PDA Select ID values.

**Table 87 — Commands that Support or Do Not Support PDA Select ID Usage**

| Command | Opcode | Uses PDA Select ID to determine when to execute command | NOTE |
|---|---|---|---|
| MRW | All | Yes | |
| VrefCA | All | Yes | |
| VrefCS | All | Yes | |
| MPC | (Group A and B) RTT_CA | Yes | |
| MPC | (Group A and B) RTT_CS | Yes | |
| MPC | (Group A and B) RTT_CK | Yes | |
| MPC | Set RTT_PARK | Yes | |
| MPC | Set DQS_RTT_PARK | Yes | |
| MPC | Apply VrefCA/CS and RTT_CA/CS/CK | No | |
| MPC | Enter PDA Enumerate Programming Mode | No | |
| MPC | Exit PDA Enumerate Programming Mode | No | |
| MPC | PDA Enumerate ID | No | 1 |
| MPC | PDA Select ID | No | |
| MPC | All other MPC opcodes | No | |
| NOTE 1   The PDA Enumerate ID is the only command that utilizes the PDA Enumerate ID Programming mode. | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.16    Per DRAM Addressability (PDA) (cont'd)

The following mode register fields are associated with Per DRAM Addressable operation:

### Table 88 — PDA Mode Register Fields

| MR Address | Operating Mode | Description |
|---|---|---|
| MR1:OP[3:0] | PDA Enumerate ID[3:0] | This is a **Read Only** MR field, which is only programmed through an MPC command with the PDA Enumerate ID opcode.<br><br>xxxx$_B$ Encoding is set with MPC command with the PDA Enumerate ID opcode. This can only be set when PDA Enumerate Programming Mode is enabled and the associated DRAM's DQ0 is asserted LOW. The PDA Enumerate ID opcode includes 4 bits for this encoding.<br><br>Default setting is 1111$_B$ |
| MR1:OP[7:4] | PDA Select ID[3:0] | This is a **Read Only** MR field, which is only programmed through an MPC command with the PDA Select ID opcode.<br><br>xxxx$_B$ Encoding is set with MPC command with the PDA Select ID opcode. The PDA Select ID opcode includes 4 bits for this encoding.<br><br>1111B = all DRAMs execute MRW, MPC, VrefCA, and VrefCS commands<br><br>For all other encodings, DRAMs execute MRW, MPC, VrefCA, and VrefCS comands only if PDA Select ID[3:0] = PDA Enumerate ID[3:0], with some exceptions for specific MPC commands that execute regardless of PDA Select ID.<br><br>Default setting is 1111$_B$ |

## 4.16.1  PDA Enumerate ID Programming

1. PDA Enumerate Programming Mode is enabled by sending one or more MPC command cycles with OP[7:0]=0000 1011B. Data Mask and PDA Enumerate are not supported for use at the same time. Either data mask shall be disabled or DM_n driven high, while PDA Enumerate Programming Mode is enabled.

2. In the PDA Enumerate Programming Mode, only the MPC command with PDA Enumerate ID opcode is qualified with DQ0 for x4/x8 and DQL0 for x16. The DRAM captures DQ0 for x4/x8 and DQL0 for x16 by using DQS_c and DQS_t for x4/x8 DQSL_c and DQSL_t for x16 signals as shown in Figure 76, where DQ is driven low after the SET PDA Enumerate ID command, and DQS starts toggling at tPDA_DQS_DELAY, and DQ is held until after DQS stops toggling. An alternate method is shown in Figure where DQ is driven low and DQS toggles continuously starting prior to the SET PDA Enumerate ID command, and remains toggling until the Exit PDA Enumerate Programming Mode command has finished. If the value on DQ0 for x4/x8 or DQL0 for x16 is 0 then the DRAM executes the MPC command to set the PDA Enumerate ID. The controller may choose to drive all the DQ bits. Only the MPC command with PDA Enumerate ID opcodes will be supported in PDA Enumerate Programming Mode, and the MPC command to exit PDA Enumerate Programming Mode does not require a DQ qualification.

3. For the "don't enumerate" case where the SDRAM ignores the PDA Enumerate ID MPC command in the PDA Enumerate Programming Mode, the DQS_t/DQS_c and DQ signals (DQSL_t/DQSL_c and DQL/DQU for x16) may be high (driven or due to RTT_PARK termination) prior to sending the MPC command to enter PDA Enumerate Programming Mode. After entering PDA Enumerate Programming Mode, the DQS and DQ signals must remain high (driven or due to RTT_PARK termination) until exiting PDA Enumerate Programming Mode. Holding the signals high will ensure that this DRAM is never set to a PDA Enumerate ID other than the default setting of 0xFH (15). Timing diagram example shown in Clause 4.16.1.2.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.16.1   PDA Enumerate ID Programming (cont'd)

**Table 89 — PDA Enumerate Results**

| DQS_t/DQS_c for x4/x8 DQSL_t/DQSL_c for x16 | DQ0 for x4/x8 DQL0 for x16 | PDA Enumerate Result | Notes |
|---|---|---|---|
| Toggling | Low - "0" | Enumerate | |
| Toggling | High - "1" | Don't Enumerate | |
| High - "1" | Low - "0" | Unknown | 1, 2 |
| High - "1" | High - "1" | Don't Enumerate | 2 |
| Differentially Low | Valid | Don't Enumerate | 3 |

NOTE 1   DQS_t/DQS_c are differential signals and small amounts of noise could appear as "toggling", resulting in "Unknown PDA Enumerate Results".
NOTE 2   When the DQS signals are high, the DQs shall be held high as well.
NOTE 3   "Differentially Low" is defined as DQS_t low and DQS_c high (DQSL_t low and DQSL_c high for x16)

4. A minimum of one complete BL16 set of consecutive strobe edges (8 rising edges and 8 falling edges, plus 1 rising edge and 1 falling edge for the 2 tCK and 3 tCK preambles or 2 rising edges and 2 falling edges for the 4 tCK preamble) must be sent by the host ~~within the~~ beginning at tPDA_DQS_DELAY after the associated MPC command. The DQ value is captured during any strobe edge during the valid low duration of the target DQ. Valid low time is defined as the time between tPDA_S and tPDA_H. If the DRAM captures a 0 on DQ0 (or DQL0 for x16 devices) at any strobe edge in the strobe sequence, the PDA Enumerate ID command shall be executed by the DRAM. Since the write timings for the DQ bus have not been trained, the host must ensure a minimum of one complete BL16 set of consecutive strobe edges(8 rising edges and 8 falling edges, plus 1 rising edge and 1 falling edge for 2 tCK and 3 tCK preambles or 2 rising edges and 2 falling edges for 4 tCK preamble) occurs after a period of tPDA_DQS_Delay(min) after the associated MPC command. The BC8 mode register setting in the DRAM is ignored while in PDA Enumerate Programming mode. The DQS assumes preamble/postamble requirements(including the preamble and postamble DQS_t/DQS_c toggles).

5. Prior to when the MPC command for PDA Enumerate Programming Mode entry is sent by the host, the host must drive DQS_t and DQS_c differentially low, other than when the burst of 16 strobe edges (including the preamble and postamble DQS_t/DQS_c toggles)is sent in association with the PDA Enumerate ID MPC command. The host must send preamble and postamble DQS_t/DQS_c toggles during the qualification of the PDA command. Once PDA Enumerate Programming Mode is enabled in the DRAM, the host memory controller shall wait tMPC_Delay to the time the first PDA Enumerate ID MPC command is issued.

6. In the PDA Enumerate Programming Mode, only PDA Enumerate ID MPC commands and Exit PDA Enumerate Programming Mode MPC command are allowed.

7. In the PDA Enumerate Programming Mode, the default (or previously programmed) RTT_PARK value will be applied to the DQ signals.

8. The MPC PDA Enumerate ID command cycle time is defined as tPDA_DELAY. This time is longer than the normal MPC_Delay and must be met in order to provide the DRAM time to latch the asserted DQ and complete the write operation to the PDA Enumerate ID mode register (MR1:OP[3:0]), prior to the next MPC PDA Enumerate ID command shown in Figure 76.

9. To remove the DRAM from PDA Enumerate Programming Mode, send an Exit PDA Enumerate Programming MPC command, OP[7:0]=0000 1010$_B$. The Exit PDA Enumerate Programming Mode MPC command is never qualified by the DQ settings and is applied to all DRAMs in the rank.

10. During the PDA Enumerate ID Programming mode, only one enumerate command is allowed to a device. Once the PDA Enumerate ID is programmed, any change for the PDA Enumerate ID requires DRAM to enter into PDA Enumerate ID Programming mode.

As an example, the following sequence to program the PDA Enumerate ID per device is as follows:

    1. Send MPC with 'Enter PDA Enumerate Programming Mode' opcode

    2. For (i = 0, i < MAX_DRAMS, i++)

        a. Send PDA Enumerate ID with i in the opcode (4-bit value), with device i's DQ signals low

    3. Send MPC with 'Exit PDA Enumerate Programming Mode' opcode

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.16.1.1 Timing Diagram of PDA Enumerate Programming with Resulting "Enumerate"

**Figure 76** shows a timing diagram for setting the PDA Enumerate ID value for one device. In this case only one device is programmed prior to exiting PDA Enumerate Programming Mode, but many devices may be programmed prior to exiting PDA Enumerate Programming Mode.

For a multi-device PDA Enumerate ID operation, host may choose either reiterate single device enumeration as plotted in **Figure 76** and **Figure 77**, or follow suggested multi-device enumeration sequences as plotted in **Figure 78** through **Figure 80**.



**Figure 76 — Single Device PDA Enumerate Programming in Legacy Mode**

NOTES:

1 - The figure assumes Multi-Cycle MPC commands, so the timings are adjusted to visually show separation between timings such as $t_{MPC\_DELAY}$ (which start at the end of a command cycle and end at the beginning of the next) and other timings such as $t_{PDA\_DELAY\_1}$.

2 - The diagram above assumes preamble/postamble requirements for DQS (including 1 rising edge and 1 falling edge for the 2 tCK and 3 tCK preambles or 2 rising edges and 2 falling edges for the 4 tCK preamble).

3 - $t_{PDA\_S\_FALL}$ and $t_{PDA\_H\_RISE}$ are minimum timing parameters, so DQ0 low from $t_0$ to $t_{j+1}$ is valid.

4 - No more than one DQ0 transition shall occur from $t_0$ to $t_{PDA\_S\_FALL}$, and no more than one DQ0 transition shall occur from $t_{PDA\_H\_RISE}$ to $t_{j+1}$.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

Case 2:22-cv-00293-JRG Document 150-5 Filed 09/14/23 Page 224 of 503 PageID #: 12846

### 4.16.1.1 Timing Diagram of PDA Enumerate Programming with Resulting "Enumerate" (cont'd)

**Figure 77 — Single Device PDA Enumerate Programming in Continuous DQS Toggle Mode**

Netlist Inc.

NOTES:

1 - The figure assumes Multi-Cycle MPC commands, so the timings are adjusted to visually show separation between timings such as tMPC_DELAY (which start at the end of a command cycle and end at the beginning of the next) and other timings such as tPDA_DELAY_1.

**Figure 78 — Multi-Device PDA Enumerate Programming in Legacy Mode with Dedicated DQS**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 192

### 4.16.1.1  Timing Diagram of PDA Enumerate Programming with Resulting "Enumerate" (cont'd)

NOTES:

1 - The figure assumes Multi-Cycle MPC commands, so the timings are adjusted to visually show separation between timings such as tMPC_Delay (which start at the end of a command cycle and end at the beginning of the next) and other timings such as tPDA_DELAY.

2 - The diagram above assumes preamble/postamble requirements for DQS (including 1 rising edge and 1 falling edge for the 2 tCK and 3 tCK preambles or 2 rising edges and 2 falling edges for the 4 tCK preamble).

3 - tPDA_S_FALL and tPDA_H_RISE are minimum timing parameters, so DQ0_0 low from $t_{a+1}$ is valid, and DQ0_Last low to $t_{z+1}$ is valid.

4 - No more than one DQ0 transition shall occur from $t_{a+1}$ to tPDA_S_FALL, and no more than one DQ0 transition shall occur from tPDA_H_RISE to $t_{z+1}$.

5 - tPDA_DQS_DELAY and tPDA_DQS_STOP apply to all DQ states.



**Figure 79 — Multi-Device PDA Enumerate Programming in Legacy Mode with all DQSs**

NOTES:

1 - The figure assumes Multi-Cycle MPC commands, so the timings are adjusted to visually show separation between timings such as tMPC_DELAY (which start at the end of a command cycle and end at the beginning of the next) and other timings such as tPDA_DELAY_1.

2 - The diagram above assumes preamble/postamble requirements for DQS (including 1 rising edge and 1 falling edge for the 2 tCK and 3 tCK preambles or 2 rising edges and 2 falling edges for the 4 tCK preamble).

3 - tPDA_S_FALL and tPDA_H_RISE are minimum timing parameters, so DQ0_0 low from $t_{a+1}$ is valid, and DQ0_Last low to $t_{z+1}$ is valid.

4 - No more than one DQ0 transition shall occur from $t_{a+1}$ to tPDA_S_FALL, and no more than one DQ0 transition shall occur from tPDA_H_RISE to $t_{z+1}$.

5 - tPDA_DQS_DELAY and tPDA_DQS_STOP apply to all DQ states.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

#### 4.16.1.1  Timing Diagram of PDA Enumerate Programming with Resulting "Enumerate" (cont'd)



**Figure 80 — Multi-Device PDA Enumerate Programming in Continuous DQS Toggle Mode**

NOTES:

1 - The figure assumes Multi-Cycle MPC commands, so the timings are adjusted to visually show separation between timings such as tMPC_DELAY (which start at the end of a command cycle and end at the beginning of the next) and other timings such as tPDA_DELAY_2.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.16.1.2 Timing Diagram of PDA Enumerate Programming with Resulting "Don't Enumerate"



**Figure 81 — Single Device PDA Enumerate Programming "Don't Enumerate" Case in Legacy Mode.**

NOTES:

1 - The figure assumes Multi-Cycle MPC commands, so the timings are adjusted to visually show separation between timings such as tMPC_DELAY (which start at the end of a command cycle and end at the beginning of the next) and other timings such as tPDA_DELAY_1.

2 - The diagram above assumes preamble/postamble requirements for DQS (including 1 rising edge and 1 falling edge for the 2 tCK and 3 tCK preambles or 2 rising edges and 2 falling edges for the 4 tCK preamble).

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.16.1.2  Timing Diagram of PDA Enumerate Programming with Resulting "Don't Enumerate" (cont'd)



**Figure 82 — Single Device PDA Enumerate Programming "Don't Enumerate" Case in Continuous DQS Toggle Mode**

NOTES:

1 - The figure assumes Multi-Cycle MPC commands, so the timings are adjusted to visually show separation between timings such as tMPC_DELAY (which start at the end of a command cycle and end at the beginning of the next) and other timings such as tPDA_DELAY_1.



**Figure 83 — Single Device PDA Enumerate Programming "Don't Enumerate" Case for DQ Held HIGH with Any DQS State**

NOTES:

1 - The figure assumes Multi-Cycle MPC commands, so the timings are adjusted to visually show separation between timings such as tMPC_DELAY (which start at the end of a command cycle and end at the beginning of the next) and other timings such as tPDA_DELAY_1.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 196

## 4.16.1.2  Timing Diagram of PDA Enumerate Programming with Resulting "Don't Enumerate" (cont'd)



**Figure 84 — Single Device PDA Enumerate Programming "Don't Enumerate" Case for DQ is VALID and DQS is Differentially LOW**

NOTES:

1 - The figure assumes Multi-Cycle MPC commands, so the timings are adjusted to visually show separation between timings such as tMPC_DELAY (which start at the end of a command cycle and end at the beginning of the next) and other timings such as tPDA_DELAY_1.

2 - DQ0 shall not transition during VALID state.



**Figure 85 — Multi Device PDA Enumerate Programming "Don't Enumerate" Case in Legacy Mode**

NOTES:

1 - The figure assumes Multi-Cycle MPC commands, so the timings are adjusted to visually show separation between timings such as tMPC_DELAY (which start at the end of a command cycle and end at the beginning of the next) and other timings such as tPDA_DELAY_1.

2 - The diagram above assumes preamble/postamble requirements for DQS (including 1 rising edge and 1 falling edge for the 2 tCK and 3 tCK preambles or 2 rising edges and 2 falling edges for the 4 tCK preamble).

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

#### 4.16.1.2  Timing Diagram of PDA Enumerate Programming with Resulting "Don't Enumerate" (cont'd)



**Figure 86 — Multi Device PDA Enumerate Programming "Don't Enumerate" Case in Continuous DQS Toggle Mode**

NOTES:

1 - The figure assumes Multi-Cycle MPC commands, so the timings are adjusted to visually show separation between timings such as tMPC_DELAY (which start at the end of a command cycle and end at the beginning of the next) and other timings such as tPDA_DELAY_2.



**Figure 87 — Multi Device PDA Enumerate Programming "Don't Enumerate" Case for DQ Held HIGH and Any DQS State**

NOTES:

1 - The figure assumes Multi-Cycle MPC commands, so the timings are adjusted to visually show separation between timings such as tMPC_DELAY (which start at the end of a command cycle and end at the beginning of the next) and other timings such as tPDA_DELAY_2.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 198

## 4.16.1.2  Timing Diagram of PDA Enumerate Programming with Resulting "Don't Enumerate" (cont'd)



**Figure 88 — Multi Device PDA Enumerate Programming "Don't Enumerate" Case for VALID DQ and Differentially Low DQS**

NOTES:
1 - The figure assumes Multi-Cycle MPC commands, so the timings are adjusted to visually show separation between timings such as tMPC_DELAY (which start at the end of a command cycle and end at the beginning of the next) and other timings such as tPDA_DELAY_1.
2 - DQ0 shall not transition during VALID state.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.16.2  PDA Select ID Operation

Once the PDA Enumerate ID's have been programmed in all the DRAMs, the execution of future MPC/MRW/VrefCA/VrefCS commands depend on the value of the PDA Select ID and the type of MPC command. If the PDA Select ID is set to $1111_B$, all DRAMs will execute the command. For all MRW, VrefCA, and VrefCS commands, and some of the MPC commands (RTT_CA/CS/CK and RTT_PARK opcodes), the PDA Select ID will be compared to the PDA Enumerate ID to determine if the DRAM will execute the commands. For all other MPC commands (i.e. not the RTT_CA/CS/CK and RTT_PARK opcodes), the DRAM will execute the command regardless of the PDA Select ID value.

As an example, the following sequence could be used to program unique MR fields per device:

1. Send MPC with 'PDA Select ID' opcode, with encoding 0000 included in the opcode
2. Send MRW's for field settings specific to Device 0000. this can be any number of MRW's
3. Send MPC with 'PDA Select ID' opcode, with encoding 0001 included in the opcode
4. Send MRW's for field settings specific to Device 0001. this can be any number of MRW's
5. Repeat for any number of devices
6. Send MPC with 'PDA Select ID' opcode, with encoding 1111 included in the opcode to enable all DRAMs to execute all MRW, VrefCA, VrefCS, and MPC commands.

Timing diagram in **Figure 89** shows an example sequencing of the programming of the PDA Select ID and MPC, VrefCA, VrefCS, or MRW commands.



**Figure 89 — Timing Diagram Showing Multi-Cycle MPC Command Sequencing with PDA Enumerate and PDA Select ID**

NOTES:
1 - Commands used such as MPC, VREFCA, VREFCS or MRW have different command spacing requirements. Please refer to those specific sections in the document for details.
2 - ANY Multi-Cycle MPC, VREFCA, or VREFCS command spacing is measured from the last valid command cycle to the first following valid command cycle, while standard command spacing goes from last valid command cycle to last valid command cycle. See MRW command period diagrams for details.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 200

## 4.16.2    PDA Select ID Operation (cont'd)

**Table 90** summarizes the electrical parameters associated with PDA Enumerate Programming Mode:

**Table 90 — PDA Parametric Timings DDR5-3200 to DDR5-3600**

| Parameter | Symbol | DDR5-3200 | | DDR5-3600 | | Units | NOTE |
|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | | |
| PDA Enumerate ID Command to any other command cycle time | tPDA_DELAY_1 | tPDA_DQS_DELAY_(max)+BL/2+19ns | - | tPDA_DQS_DELAY_(max)+BL/2+19ns | - | nCK,ns | |
| PDA Enumerate ID Command to any other command cycle time for Multi-Device Continuous DQS Toggle Mode | tPDA_DELAY_2 | tPDA_DELAY_1+tMPC_Delay(min) | - | tPDA_DELAY_1+tMPC_Delay(min) | - | nCK,ns | |
| Delay to rising strobe edge used for sampling DQ during PDA operation | tPDA_DQS_DELAY | 5 | 18 | 18 | ns | ns | 1 |
| Delay to falling DQ edge during PDA operation | tPDA_DQ_DELAY_1 | tPDA_DQS_DELAY (min)-tPDA_S_FALL(min) | tPDA_DQS_DELAY (max)-tPDA_S_FALL(min) | tPDA_DQS_DELAY (min)-tPDA_S_FALL(min) | tPDA_DQS_DELAY (max)-tPDA_S_FALL(min) | ns | |
| Delay to rising DQ edge during PDA operation | tPDA_DQ_DELAY_2 | tPDA_DELAY_1(min) | - | tPDA_DELAY_1(min) | - | nCK, ns | |
| Delay after last DQS toggle used for sampling DQ during PDA | tPDA_DQS_STOP | tMPC_DELAY(min) + tPDA_H_RISE(min) | - | tMPC_DELAY(min)+ tPDA_H_RISE(min) | - | nCK,ns | |
| Delay after last DQ toggle used for sampling DQ during PDA | tPDA_DQ_STOP | tMPC_DELAY(min) | - | tMPC_DELAY(min) | - | nCK,ns | |
| Falling DQ Edge Setup Time during PDA operation | tPDA_S_FALL | max(3nCK, 1.875ns) | - | max(3nCK, 1.666ns) | - | nCK,ns | |
| Rising DQ Edge Hold Time during PDA operation | tPDA_H_RISE | max(3nCK, 1.875ns) | - | max(3nCK, 1.666ns) | - | nCK,ns | |
| Rising DQ Edge Setup Time during PDA operation | tPDA_S_RISE | tMPC_DELAY(min) | - | tMPC_DELAY(min) | - | nCK,ns | |
| Falling DQ Edge Hold Time during PDA operation | tPDA_H_FALL | tMPC_DELAY(min) | - | tMPC_DELAY(min) | - | nCK,ns | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.16.2    PDA Select ID Operation (cont'd)

### Table 91 — PDA Parametric Timings DDR5-4000 to DDR5-4400

| Parameter | Symbol | DDR5-4000 | | DDR5-4400 | | Units | NOTE |
|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | | |
| PDA Enumerate ID Command to any other command cycle time | tPDA_DELAY_1 | tPDA_DQS_DELAY= (max)+BL/2+19ns | - | tPDA_DQS_DELAY= (max)+BL/2+19ns | - | nCK,ns | |
| PDA Enumerate ID Command to any other command cycle time for Multi-Device Continuous DQS Toggle Mode | tPDA_DELAY_2 | tPDA_DELAY_1+ tMPC_Delay(min) | - | tPDA_DELAY_1+ tMPC_Delay(min) | - | nCK,ns | |
| Delay to rising strobe edge used for sampling DQ during PDA operation | tPDA_DQS_DELAY | 5 | 18 | 18 | ns | ns | 1 |
| Delay to falling DQ edge during PDA operation | tPDA_DQ_DELAY_1 | tPDA_DQS_DELAY (min)- tPDA_S_FALL(min) | tPDA_DQS_DELAY (max)- tPDA_S_FALL(min) | tPDA_DQS_DELAY (min)- tPDA_S_FALL(min) | tPDA_DQS_DELAY (max)- tPDA_S_FALL(min) | ns | |
| Delay to rising DQ edge during PDA operation | tPDA_DQ_DELAY_2 | tPDA_DELAY_1(min) | - | tPDA_DELAY_1(min) | - | nCK, ns | |
| Delay after last DQS toggle used for sampling DQ during PDA | tPDA_DQS_STOP | tMPC_DELAY(min)+ tPDA_H_RISE(min) | - | tMPC_DELAY(min)+ tPDA_H_RISE(min) | - | nCK,ns | |
| Delay after last DQ toggle used for sampling DQ during PDA | tPDA_DQ_STOP | tMPC_DELAY(min) | - | tMPC_DELAY(min) | - | nCK,ns | |
| Falling DQ Edge Setup Time during PDA operation | tPDA_S_FALL | max(3nCK, 1.500ns) | - | max(3nCK, 1.363ns) | - | nCK,ns | |
| Rising DQ Edge Hold Time during PDA operation | tPDA_H_RISE | max(3nCK, 1.500ns) | - | max(3nCK, 1.363ns) | - | nCK,ns | |
| Rising DQ Edge Setup Time during PDA operation | tPDA_S_RISE | tMPC_DELAY(min) | - | tMPC_DELAY(min) | - | nCK,ns | |
| Falling DQ Edge Hold Time during PDA operation | tPDA_H_FALL | tMPC_DELAY(min) | - | tMPC_DELAY(min) | - | nCK,ns | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.16.2    PDA Select ID Operation (cont'd)

**Table 92 — PDA Parametric Timings DDR5-4800 to DDR5-8400**

| Parameter | Symbol | DDR5-4800 to 6400 | | DDR5-6800 to 8400 | | Units | NOTE |
|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | | |
| PDA Enumerate ID Command to any other command cycle time | tPDA_DELAY_1 | tPDA_DQS_DELAY (max)+BL/2+19ns | - | TBD | - | nCK,ns | |
| PDA Enumerate ID Command to any other command cycle time for Multi-Device Continuous DQS Toggle Mode | tPDA_DELAY_2 | tPDA_DELAY_1+ tMPC_Delay(min) | - | TBD | - | nCK,ns | |
| Delay to rising strobe edge used for sampling DQ during PDA operation | tPDA_DQS_DELAY | 5 | 18 | TBD | TBD | ns | 1 |
| Delay to falling DQ edge during PDA operation | tPDA_DQ_DELAY_1 | tPDA_DQS_DELAY (min)- tPDA_S_FALL(min) | tPDA_DQS_DELAY (max)- tPDA_S_FALL(min) | tPDA_DQS_DELAY (min)- tPDA_S_FALL(min) | tPDA_DQS_DELAY (max)- tPDA_S_FALL(min) | ns | |
| Delay to rising DQ edge during PDA operation | tPDA_DQ_DELAY_2 | tPDA_DELAY_1(min) | - | TBD | - | nCK, ns | |
| Delay after last DQS toggle used for sampling DQ during PDA | tPDA_DQS_STOP | tMPC_DELAY(min)+ tPDA_H_RISE(min) | - | tMPC_DELAY(min)+ tPDA_H_RISE(min) | - | nCK,ns | |
| Delay after last DQ toggle used for sampling DQ during PDA | tPDA_DQ_STOP | tMPC_DELAY(min) | - | TBD | - | nCK,ns | |
| Falling DQ Edge Setup Time during PDA operation | tPDA_S_FALL | max(3nCK, 1.250ns) | - | TBD | - | nCK,ns | |
| Rising DQ Edge Hold Time during PDA operation | tPDA_H_RISE | max(3nCK, 1.250ns) | - | TBD | - | nCK,ns | |
| Rising DQ Edge Setup Time during PDA operation | tPDA_S_RISE | tMPC_DELAY(min) | - | TBD | - | nCK,ns | |
| Falling DQ Edge Hold Time during PDA operation | tPDA_H_FALL | tMPC_DELAY(min) | - | TBD | - | nCK,ns | |

NOTE 1   tPDA_DQS_DELAY specifies when the beginning of a minimum of one complete BL16 set of consecutive strobe edges (8 rising edges and 8 falling edges, plus 1 rising edge and 1 falling edge for the 2tCK and 3tCK preambles or 2 rising edges and 2 falling edges for the 4tCK preamble) shall be sent by the host controller after the associated MPC command.

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

## 4.17   Read Training Pattern

### 4.17.1  Introduction

Training of the Memory Interface requires the ability to read a known pattern from the DRAM, prior to enabling writes into the DRAM. Due to the increased frequencies supported by DDR5, a simple repeating pattern will not be sufficient for read training. A Linear-Feedback Shift Register (LFSR) for a pattern generator will also be required. The read training pattern is accessed when the host issues an MRR command to the MR31 address, and CRC must be disabled prior to issue this command. In this case, the returned data will be a pattern instead of the contents of a mode register. The timing of the read data return is the same as for an MRR or Read command, including the operation of the strobes (DQSL_t, DQSL_c, DQSU_t, DQSU_c). The DRAM shall also support non-target ODT.

An alternate continuous burst mode is available and is configured with MRW to MR25:OP[3]=1. Once this mode is configured, an MRR to MR31 on the target DRAM will start the pattern output and will continually continue to output the appropriate pattern until it is stopped by either a system reset or issuing an MRW to MR25:OP[3]=0 command that reverts it to the "MRR command based (Default)" mode as shown in Figure 93. An MRR to MR31 and an MRW to set MR25:OP[3]=0 are the only commands allowed after entering Read Training Continuous Burst Mode. Issuing any MRR other than to MR31 is invalid and may result in unexpected DQ behavior, requiring the host to issue a Reset to exit Continuous Burst mode and restart the training with an MRR to MR31. Once the MR25:OP[3]=0 "MRR command based (Default)" is registered by the DRAM, it will stop all pattern traffic by tCont_Exit. Since there is no min time for tCont_Exit, the DRAM may stop the pattern prior to tCont_Exit, potentially truncating any current burst pattern. To ensure that the DRAM's state-machine doesn't get into some meta-stability while turning off the output pattern, the host shall issue a second MRW with MR25:OP[3]=0 after waiting a minimum of ttMRW but less than a maximum of tCBME after the first MRW command with MR25:OP[3]=0, which will then start tCont_Exit_delay. After tCont_Exit_delay has expired, any other valid command is then legal. All Read Training Patterns (modes) are supported in continuous burst mode. The host shall disable Read CRC, if enabled, prior to using continuous burst mode.

While in Read Training Pattern Continuous Burst Mode, the DRAM will set the ODT to DQS_RTT_OFF and RTT_OFF for DQS and DQ, respectively, for the duration of the continuous burst mode output. However, if a non-target rank is intended to provide termination for the duration of the continuous burst mode output on the target rank, the nontarget rank will only terminate the DQ ODT to RTT_NOM_RD (MR35:OP[5:3]) during the BL16 associated with the MRR NT command. Therefore, the host is responsible to ensure that RTT_PARK (MR34:OP[2:0] is programmed to align with RTT_NOM_RD (MR35:OP[5:3]), if so desired.

Upon exiting of Read Training Pattern Continuous Burst Mode, all RTT_PARK settings of the non-target rank needs programmed for normal operation if previously changed to align with RTT_NOM_RD.

Prior to utilizing either read training pattern mode (Continuous Burst Output mode or MRR Command Based mode), the initial seed value will need to be programmed in MR26-MR30 else the power on default values will be used.

The default value for the **Read Pattern Data0/LFSR0** (MR26) register setting is: 0x5A and the default value for the **Read Pattern Data1/LFSR1 (MR27)** register setting is: 0x3C. The **Read Pattern Invert** (MR28, MR29) register settings default to 0. The **Read LFSR Assignments** (MR30) register setting default is 0xFE.

The DRAM will not store the current LFSR state when exiting the Continuous Burst Output mode and may clear the pattern values stored in MR26-MR30, therefore any subsequent pattern reads will require the host to reprogram the seed, pattern, inversion and LFSR assignments in MR26-MR30.

The Read Training Pattern has 2 primary supported modes of operation. One of the modes is referred to as the serial format. The second mode is LFSR mode. The LFSR mode is required due to the higher frequency bus operation for DDR5. There is a secondary mode associated with the LFSR mode, which enables the generation of a simple high frequency clock pattern instead of the LFSR pattern. The Read Training Pattern is a full BL16 pattern for each MRR command issued to the Read Training Pattern address.

The Read Training Pattern has a command burst length 16 regardless of the MR0 setting, and it should not be disturbed by an ACT command until the completion of training.

### Table 93 — Read Training Pattern Address

| MR Address | Operating Mode | Description |
|---|---|---|
| **MR31** | Read Training Pattern | This MR address is reserved. There are no specific register fields associated with this address. In response to the MRR to this address the DRAM will send the BL16 read training pattern. All 8 bits associated with this MR address are reserved. |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.17.1    Introduction (cont'd)

Table 94 shows the MR field and encodings for the Read Training Pattern format settings.

### Table 94 — Read Training Mode Settings

| MR Address | Operating Mode | Description |
|---|---|---|
| MR25 OP[0] | Read Training Pattern Format | $0_B$: Serial<br>$1_B$: LFSR |
| MR25 OP[1] | LFSR0 Pattern Option | $0_B$: LFSR<br>$1_B$: Clock |
| MR25 OP[2] | LFSR1 Pattern Option | $0_B$: LFSR<br>$1_B$: Clock |
| MR25 OP[3] | Continuous Burst Mode | $0_B$: MRR command based (Default)<br>$1_B$: Continuous Burst Output |

The default value for the **Read Training Pattern Format** register setting is: 0x0.

For Serial Read Training Pattern Format mode, the following Mode Registers are programmed with the data pattern. There are two 8-bit registers to provide a 16 UI pattern length and two 8-bit registers to provide up to x16 data width for per-DQ-lane inversion.

The LFSR mode requires an 8-bit Mode Register to program the seed for the 8-bit LFSR. The details of the LFSR polynomial and outputs are explained in the following section. The **Read Pattern Data0/LFSR0** and **Read Pattern Data1/LFSR1** registers are re-purposed to program the LFSR seed when the **Read Training Pattern Format** is set to LFSR.

### Table 95 — Read Pattern Data0 / LFSR0

| MR Address | MRW OP | OP7 | OP6 | OP5 | OP4 | OP3 | OP2 | OP1 | OP0 |
|---|---|---|---|---|---|---|---|---|---|
| MR26 | UI | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |

The default value for the **Read Pattern Data0/LFSR0** register setting is: 0x5A.

### Table 96 — Read Pattern Data1 / LFSR1

| MR Address | MRW OP | OP7 | OP6 | OP5 | OP4 | OP3 | OP2 | OP1 | OP0 |
|---|---|---|---|---|---|---|---|---|---|
| MR27 | UI | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 |

The default value for the **Read Pattern Data1/LFSR1** register setting is: 0x3C.

The values for the **Read Pattern Data0/LFSR0** and **Read Pattern Data1/LFSR1** registers may be restored to the default values under the following conditions:
   • Self Refresh
   • Power-down entry
   •Exiting Continuous Burst Output Mode

If any of the above conditions occur, the Host will need to reprogram the contents of MR26 and MR27, prior to utilizing either read training pattern mode (Continuous Burst Output mode or MRR Command Based mode).

In both cases, when the **Read Training Pattern Format** is set to Serial mode or LFSR mode, the **Read Pattern Invert - Lower DQ Bits** and **Read Pattern Invert - Upper DQ Bits** settings will additionally invert the pattern, per DQ bit. The **Read Pattern Invert - Lower DQ Bits** register will apply to x4, x8, and x16 devices. The **Read Pattern Invert - Upper DQ Bits** register only applies to x16 devices, for the upper byte.

### Table 97 — Read Pattern Invert - Lower DQ Bits

| MR Address | MRW OP | OP7 | OP6 | OP5 | OP4 | OP3 | OP2 | OP1 | OP0 |
|---|---|---|---|---|---|---|---|---|---|
| MR28 | DQ Invert | DQL7 | DQL6 | DQL5 | DQL4 | DQL3 | DQL2 | DQL1 | DQL0 |

The default value for the **Read Pattern Invert - Lower DQ Bits** register setting is: 0x00.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.17.1   Introduction (cont'd)

**Table 98 — Read Pattern Invert - Upper DQ Bits**

| MR Address | MRW OP | OP7 | OP6 | OP5 | OP4 | OP3 | OP2 | OP1 | OP0 |
|---|---|---|---|---|---|---|---|---|---|
| **MR29** | DQ Invert | DQU7 | DQU6 | DQU5 | DQU4 | DQU3 | DQU2 | DQU1 | DQU0 |

The default value for the **Read Pattern Invert - Upper DQ Bits** register setting is: 0x00.

The values for both **Read Pattern Invert - Lower and Upper DQ Bit** registers may be restored to the default values under the following conditions:

- Self Refresh
- Power-down entry
- Exiting Continuous Burst Output Mode

If any of the above conditions occur, the Host will need to reprogram the contents of MR28 and MR29 if non-default values are desired, prior to utilizing either read training pattern mode (Continuous Burst Output mode or MRR Command Based mode).

A value of 0 in any bit location of the **Read Pattern Invert - Lower DQ Bits** or **Read Pattern Invert - Upper DQ Bits** registers will leave the pattern un-inverted for the associated DQ. A value of 1 in any bit location of the **Read Pattern Invert - Lower DQ Bits** or **Read Pattern Invert - Upper DQ Bits** registers will invert the pattern for the associated DQ.

## 4.17.2  LFSR Pattern Generation

The LFSR is an 8-bit Galois LFSR. The polynomial for the Galois LFSR is $x^8 + x^6 + x^5 + x^4 + 1$. **Figure 90** shows the logic to implement the LFSR. The numbered locations within the shift register show the mapping of the seed/state positions within the register. There are two instances of the same LFSR polynomial. These two instances will have unique seeds/states and supply patterns to any of the DQ outputs.



**Figure 90 — Read Training Pattern LFSR**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 206

## 4.17.2   LFSR Pattern Generation (cont'd)

The seed location in the figure clarifies the mapping for the **Read Pattern Data0/LFRS0** and **Read Pattern Data1/LFSR1** mode registers relative to the LFSR logic. The LFSR output is directed to any number of the DQ outputs, depending on the LFSR assignment programming. These assignments between LFSR0 and LFSR1 to each DQ output will create a unique pattern sequence for better coverage of DQ to DQ crosstalk interactions. The LFSR assignments are programmed according to **Table 99**.

### Table 99 — Read LFSR Assignments

| MR Address | MRW OP | LFSR Assignment | MR Setting |
|---|---|---|---|
| **MR30** | OP0 | DQL0/DQU0 | **0B**: Read Pattern Data0/**LFSR0**<br>**1B**: Read Pattern Data1/**LFSR0** |
| | OP1 | DQL1/DQU1 | **0B**: Read Pattern Data0/**LFSR0**<br>**1B**: Read Pattern Data1/**LFSR0** |
| | OP2 | DQL2/DQU2 | **0B**: Read Pattern Data0/**LFSR0**<br>**1B**: Read Pattern Data1/**LFSR1** |
| | OP3 | DQL3/DQU3 | **0B**: Read Pattern Data0/**LFSR0**<br>**1B**: Read Pattern Data1/**LFSR1** |
| | OP4 | DQL4/DQU4 | **0B**: Read Pattern Data0/**LFSR0**<br>**1B**: Read Pattern Data1/**LFSR1** |
| | OP5 | DQL5/DQU5 | **0B**: Read Pattern Data0/**LFSR0**<br>**1B**: Read Pattern Data1/**LFSR1** |
| | OP6 | DQL6/DQU6 | **0B**: Read Pattern Data0/**LFSR0**<br>**1B**: Read Pattern Data1/**LFSR1** |
| | OP7 | DQL7/DQU7 | **0B**: Read Pattern Data0/**LFSR0**<br>**1B**: Read Pattern Data1/**LFSR1** |

The default value for the **Read LFSR Assignments** register setting is: 0xFE.

The values for the **Read LFSR Assignments** register may be restored to the default values under the following conditions:

- Self Refresh
- Power-down entry
- Exiting Continuous Burst Output Mode

If any of the above conditions occur, the Host will need to reprogram the contents of MR30 if non-default values are desired, prior to utilizing either read training pattern mode (Continuous Burst Output mode or MRR Command Based mode).

The LFSR output will change at the UI frequency, producing a new output value on every UI. The LFSR will only change state to support the read data after the MRR to the specific (MR31) Read Training Pattern address. When there are no MRR accesses to the (MR31) Read Training Pattern address, the LFSR will retain its previous state (from the end of the previous Read Training Pattern MRR access completion). Therefore, the full state space of the LFSR may be traversed through a series of 16 MRR commands, each of which accesses 16 UI's of LFSR output. The BL for the LFSR data will always be BL16. The state of the LFSR can also be changed by sending a new MRW command to reset the LFSR0 and LFSR1 seed mode registers (MR26 and MR27) or through the reset conditions listed for those registers. A setting of 0x00 in either of the LFSR seed registers (MR26 and MR27) will not produce a pattern with any transitions to 1. When set to this value the LFSR will produce a constant 0 pattern.

When the **LFSR0 Pattern Option** MR25:OP[1] is set to 1, the pattern that is supplied by the DRAM is a high frequency clock pattern, instead of the LFSR. This clock pattern is sent only to the DQ signals that have a setting of 0 in the corresponding DQ Opcode location in the **Read LFSR Assignments register**. The first UI of the pattern will have a value of 0. The second UI will have a value of 1, and this will continue to toggle for each subsequent UI.

When the **LFSR1 Pattern Option** MR25:OP[2] is set to 1, the pattern that is supplied by the DRAM is a high frequency clock pattern, instead of the LFSR. This clock pattern is sent only to the DQ signals that have a setting of 1 in the corresponding DQ Opcode location in the **Read LFSR Assignments register**. The first UI of the pattern will have a value of 0. The second UI will have a value of 1, and this will continue to toggle for each subsequent UI.

The state of the LFSR will not change when an MRR to MR31 occurs if the associated **LFSR Pattern Option** is set to 1 in MR25[1] for LFSR0 or MR25[2] for LFSR1, designating the clock pattern. The state of both LFSR0 and LFSR1 will also not change when an MRR to MR31 occurs if the serial mode is selected by setting MR25[0] = 0. The **Read LFSR Assignments** settings have no impact on whether or not the LFSR state progresses with each MRR to MR31. Only the **Read Training Pattern Format** and **LFSR Pattern Option** settings determine whether the LFSR is actively computing next states.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.17.3  Read Training Pattern Examples

**Table 100** shows the bit sequence of the Read Training Pattern, for the following programming:
Read Training Pattern Format = 0 (Serial)
LFSR0 Pattern Option = 0 (These are don't cares when in Serial Read Training Pattern Format)
LFSR1 Pattern Option = 0 (These are don't cares when in Serial Read Training Pattern Format)
Read Pattern Data0/LFSR0 = 0x1C
Read Pattern Data1/LFSR1 = 0x59
Read Pattern Invert - Lower DQ Bits = 0x55
Read Pattern Invert - Upper DQ Bits = 0x55

#### Table 100 — Serial Bit Sequence Example

| Pin | Invert | Bit Sequence | | | | | | | | | | | | | | | |
|-----|--------|----|----|----|----|----|----|---|---|---|---|---|---|---|---|---|---|
|     |        | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| DQL0 | 1 (Yes) | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| DQL1 | 0 (No)  | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| DQL2 | 1 (Yes) | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| DQL3 | 0 (No)  | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| DQL4 | 1 (Yes) | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| DQL5 | 0 (No)  | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| DQL6 | 1 (Yes) | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| DQL7 | 0 (No)  | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| DQU0 | 1 (Yes) | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| DQU1 | 0 (No)  | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| DQU2 | 1 (Yes) | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| DQU3 | 0 (No)  | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| DQU4 | 1 (Yes) | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| DQU5 | 0 (No)  | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| DQU6 | 1 (Yes) | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| DQU7 | 0 (No)  | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 208

## 4.17.3   Read Training Pattern Examples (cont'd)

**Table 101** shows the bit sequence of the Read Training Pattern, for the following programming:
Read Training Pattern Format = 1 (LFSR)
LFSR0 Pattern Option = 0
LFSR1 Pattern Option = 0
Read Pattern Data0/LFSR0 = 0x5A
Read Pattern Data1/LFSR1 = 0x3C
Read LFSR Assignments = 0xFE
Read Pattern Invert - Lower DQ Bits = 0x00
Read Pattern Invert - Upper DQ Bits = 0xFF

**Table 101 — LFSR Bit Sequence Example 1**

| Pin | Invert | LFSR | Bit Sequence | | | | | | | | | | | | | | | |
|-----|--------|------|----|----|----|----|----|----|---|---|---|---|---|---|---|---|---|---|
| | | | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| DQL0 | 0 (No) | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 0 |
| DQL1 | 0 (No) | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| DQL2 | 0 (No) | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| DQL3 | 0 (No) | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| DQL4 | 0 (No) | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| DQL5 | 0 (No) | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| DQL6 | 0 (No) | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| DQL7 | 0 (No) | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| DQU0 | 1 (Yes) | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 1 |
| DQU1 | 1 (Yes) | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| DQU2 | 1 (Yes) | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| DQU3 | 1 (Yes) | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| DQU4 | 1 (Yes) | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| DQU5 | 1 (Yes) | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| DQU6 | 1 (Yes) | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| DQU7 | 1 (Yes) | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.17.3    Read Training Pattern Examples (cont'd)

**Table 102** shows the bit sequence of the Read Training Pattern, for the following programming:

Read Training Pattern Format = 1 (LFSR)
LFSR0 Pattern Option = 0
LFSR1 Pattern Option = 1 (Clock Pattern Option)
Read Pattern Data0/LFSR0 = 0x00 (When the LFSR seed is set to 0, this produces a constant 0 pattern)
Read Pattern Data1/LFSR1 = 0x3C (This value is a don't care when LFSR Pattern Option = 1)
Read LFSR Assignments = 0x04
Read Pattern Invert - Lower DQ Bits = 0xFB
Read Pattern Invert - Upper DQ Bits = 0xFB

**Table 102 — LFSR Bit Sequence Example 2**

| Pin | Invert | LFSR | Bit Sequence | | | | | | | | | | | | | | | |
|------|--------|------|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| | | | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| DQL0 | 1 (Yes) | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| DQL1 | 1 (Yes) | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| DQL2 | 0 (No) | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| DQL3 | 1 (Yes) | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| DQL4 | 1 (Yes) | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| DQL5 | 1 (Yes) | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| DQL6 | 1 (Yes) | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| DQL7 | 1 (Yes) | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| DQU0 | 1 (Yes) | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| DQU1 | 1 (Yes) | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| DQU2 | 0 (No) | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| DQU3 | 1 (Yes) | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| DQU4 | 1 (Yes) | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| DQU5 | 1 (Yes) | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| DQU6 | 1 (Yes) | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| DQU7 | 1 (Yes) | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 210

## 4.17.4 Read Training Pattern Timing Diagrams

The timing of the data return and strobe sequence should match that of a Read operation. The timing of the Read Training Pattern will be similar to the MRR operation, with the exception that the MRR to the address that invokes the Read Training Pattern will be a full BL16 pattern. The timing between MRR commands to access the Read Training Pattern is defined as tMRR_p, which supports back to back data patterns. This is faster than a normal MRR to MRR condition which is defined as tMRR.

**Figure 91** timing diagram shows the general timing sequence for an MRR that accesses the Read Training Pattern:



Note - The Read Training Pattern shall align to the DDR5 preamble timings.

**Figure 91 — Timing Diagram for Read Training Pattern**

The Read Training Pattern must also support back to back traffic, for any number of MRR commands sequenced every 8 tCK.
**Figure 92** timing diagram shows a back to back pattern example:



Note - The Read Training Pattern shall align to the DDR5 preamble timings.

**Figure 92 — Timing Diagram for Back to Back Read Training Patterns**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.17.4    Read Training Pattern Timing Diagrams (cont'd)



NOTE 1    The Read Training Pattern shall align to the DDR5 preamble timings and will exit after the MRW (Continuous Exit encoding) has been received and but before tCont_Exit has expired. During tCont_Exit, the data output may not follow the read pattern data.

NOTE 2    Host responsible for proper setting of RTT_PARK of the non-target rank is programmed to align with RTT_NOM_RD, if desired

**Figure 93 — Timing Diagram for Continuous Burst Mode Read Training Patterns**

**Table 103 — Timing Parameters for Read Training Patterns**

| Parameter | Symbol | Min | Max | Units | Notes |
|-----------|--------|-----|-----|-------|-------|
| Registration of MRW Continuous Burst Mode Exit to next valid command delay | tCont_Exit_Delay | - | tCont_Exit+ tMRW | - | |
| Registration of MRW Continuous Burst Mode Exit to end of training mode | tCont_Exit | - | RL+BL/ 2+10nCK | - | |
| Maximum delay between first exit continuous burst mode MRW command and the second exit continuous burst mode MRW command | tCBME | - | CL-10nCK | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 212

## 4.18    Read Preamble Training Mode

### 4.18.1  Introduction

Read preamble training supports read leveling of the host receiver timings. This mode supports MRR transactions that access the Read Training Pattern, and cannot be used during any other data transactions. Just like Read Training Pattern, Read Preamble Training needs to be entered with CRC disabled. Read preamble training changes the read strobe behavior such that the strobes are always driven by the DRAM, and only toggle during a 1tCK preamble plus the actual burst of the read data. There is no toggle during postamble time. This mode enables the host to detect the timing of when the first data and associated strobe is returned after a read command.

### 4.18.2  Entry and Exit for Preamble Training Mode

The DRAM enters Read Preamble Training Mode by setting MR2:OP[0] = 1. Read Preamble Training Mode is exited by setting MR2:OP[0] = 0. Read Preamble Training should not be disturbed by an ACT command until the completion of the training.

**Table 104 — MR2 Register Information - for Reference only - See Mode Register Section for Details**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| Internal Write Timing | RFU | Device 15 MPSM | CS Assertion Duration (MPC) | Max Power Saving Mode (MPSM) | 2N Mode | Write Leveling Training | Read Preamble Training |

| Function | Register Type | Operand | Data | Notes |
|---|---|---|---|---|
| Read Preamble Training | R/W | OP[0] | 0B: Normal Mode (Default)<br>1B: Read Preamble Training | |

### 4.18.3  Preamble Training Mode Operation

Once the DRAM is placed in Read Preamble Training Mode, the only data transactions supported are MRR commands. Other data transactions and some non-data transactions are not allowed during Read Preamble Training Mode. Commands allowed or not allowed are as follows:

1. Allowed while in Preamble Training Mode: MPC functions allowed when current state is "Active", MRW, MRR, REFab, REFsb, RFMab, RFMsb, NOP
2. Not allowed while in Preamble Training Mode: MPC functions only allowed when current state is "All Banks Idle", ACT, WRP, WRPA, WR, WRA, RD, RDA, VrefCA, VrefCS, PREab, PREsb, PREpb, SRE, SREF, PDE, PDX

Once READ Preamble Training is enabled, the device will drive DQS_t LOW and DQS_c HIGH within tSDOn and remain at these levels until an MRR command is issued.

During read preamble training, a 1 tCK preamble will be used instead of the programmed DQS preamble setting. Once the MRR command is issued, the device will drive DQS_t/DQS_c after CL-tRPRE (where tRPRE=1CK), like a normal READ burst with the Read DQS Offset setting programmed in MR40 applied. In response to the MRR to the designated Read Training Pattern Address, the device must also drive the DQ pattern as per the Read Pattern configuration while in this mode. The MRR commands may be sequenced to enable back to back bursts on the DQ bus.

Read preamble training mode is exited within tSDOff after setting MR2:OP[0].

**Figure 94** shows the timing for the strobe driven differential low after Read Preamble Training Mode is enabled, and also shows the strobe timings including a 1tCK Preamble, after an MRR command to access the Read Training Pattern:

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.18.3 Preamble Training Mode Operation (cont'd)



**Figure 94 — Timing Diagram for Read Preamble Training Mode Entry, Read Training Pattern Access, and Read Preamble Training Mode Exit**

**Table 105 — Timing Parameters for Preamble Training Mode**

| Parameter | Symbol | Min | Max |
|---|---|---|---|
| Delay from MRW Command to DQS Driven | tSDOn | - | Max(12nCK, 20 ns) |
| Delay from MRW Command to DQS Disabled | tSDOff | - | Max(12nCK, 20 ns) |

## 4.19    CA Training Mode (CATM)

### 4.19.1  Introduction

The CA Training Mode is a method to facilitate the loopback of a logical combination of the sampled CA[13:0] signals. In this mode, the CK is running, and the CS_n qualifies when the CK samples the CA signals. A loopback equation that includes all the CA signals results in an output value that is sent asynchronously on the DQ signals back to the host memory controller. The host timings between CS_n, CK, and CA[13:0] signals can then be optimized for proper alignment. When the DRAM is in this mode, no functional commands are executed in the DRAM. The functional command interface is restored only after exiting this mode, which requires a CS_n assertion of two or more consecutive tCK. Prior to entering the CA Training Mode, the CS_n signal must be aligned to the CK to meet the CS_n to CK timing specifications. This assumes that CS Training has been completed to determine the correct CS_n timings on the host, so the timing window for the CS to be met to ensure enought setup or hold timing margin prior to entering Command/Address training mode. Chip select training, through CSTM, can be used to accomplish this.

### 4.19.2  Entry and Exit for CA Training Mode

The CA Training Mode is enabled through an MPC command, with the opcode designated for CA Training Mode Entry. Once this MPC command has executed no other commands will be interpreted by the DRAM. Only the sampling of the CA signals, evaluation of the XOR result, and loop back to the DQ's will occur. While in CA Training Mode, the CS_n signal will only assert for a single tCK at a time. The maximum sampling rate on the CA signals will be every 4tCK.

When the CA Training Mode has completed successfully, the CA Training Mode is disabled by asserting CS_n for 2 or more cycles in a row, while sending a NOP command on the CA bus.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 214

## 4.19.3  CA Training Mode (CATM) Operation

In CA Training Mode, the CA values are sampled in the same way as for functional operation, where the CS_n qualifies which cycle the sampling occurs, and the sample is captured by the rising CK edge. Unlike functional operation, there is no concept of multiple cycle commands in CA Training Mode. Sampling of the CA signals ONLY occurs when CS_n is asserted. Once the CA signals are sampled, the values are XOR'd to produce an output value. This output value is driven on all the DQ pins, as a pseudo-static value. These output values will be held until the next sample is captured on the CA bus, according to the CS_n assertion.

During CA Training Mode the CA ODT is enabled as for functional operation. The VrefCA is Group According to the functional setting. The timing requirements for the CA bus, CK_t, CK_c, and CS_n are the same as for functional operation.

The delay from when the CA signals are sampled during the CS_n assertion and when the output of the XOR computation is driven on the DQ pins is specified as $t_{CATM\_Valid}$, as shown in **Figure 95**. CS_n shall be asserted every 4tCK or with greater than 4tCK separation between assertions, and thus the CA XOR output shall transition every 4tCK or greater. **Figure 95** demonstrates an example where two CS_n assertions occur with a separation of 4tCK. The DRAM will exit CA Training Mode when the CS_n is asserted for 2 or more consecutive cycles but limited to 8 cycles.



**Figure 95 — Timing Diagram for CA Training Mode**

**Table 106 — AC Parameters for CA Training Mode**

| Symbol | Description | Min | Max | Unit | Note |
|---|---|---|---|---|---|
| tCATM_Entry | Registration of CATM entry command to start of training samples time | 20 | - | ns | |
| tCATM_Exit | Registration of CATM exit CS_n assertion to end of training mode. This is when DQ is no longer driven by the DRAM | - | 14 | ns | |
| tCATM_Exit_Delay | Registration of CATM exit to next valid command delay | 20 | - | ns | |
| tCATM_Valid | Time from sample evaluation to output on DQ bus | - | 20 | ns | |
| tCATM_DQ_Window | Time output is available on DQ Bus | 2 | - | nCK | 1 |
| tCATM_CS_Exit | CS_n assertion duration to exit CATM | 2 | 8 | nCK | |
| NOTE 1    This timing parameter is applied to each DQ independently, not all-DQs valid window perspective. | | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.19.3.1 CA Loopback Equations

The CATM Output is computed based on the CS_n assertion and the values of the CA inputs. **Table 107** clarifies the output computation.

### Table 107 — CA Training Mode Output

| CS_n | CATM Output |
|---|---|
| 0 | XOR(CA[13:0])[1] |
| 1 | Hold previous value |
| NOTE 1   The XOR function occurs after mirroring/inversion recovery, and only includes signals supported on the DRAM, i.e. may not include CA[13], depending on density (including stacking). If CA[13] is not needed for the DRAM's density, the logical value shall be considered 0 for the XOR computation, though as indicated in the pin description table for MIR, the ball location associated with CA13's logical input (which switches with CA12) shall be connected to VDDQ. | |

## 4.19.3.2 Output Equations

**Table 108** shows which signals will transmit the output of the CA Training Mode loopback equation. These values are driven asynchronously as pseudo-static values, updating with a new output at a time $t_{CATM\_Valid}$ after each CS_n assertion.

### Table 108 — Output Equations per Interface Width

| Output | X16 | X8 | X4 |
|---|---|---|---|
| DQ0 | CATM Output | CATM Output | CATM Output |
| DQ1 | CATM Output | CATM Output | CATM Output |
| DQ2 | CATM Output | CATM Output | CATM Output |
| DQ3 | CATM Output | CATM Output | CATM Output |
| DQ4 | CATM Output | CATM Output | |
| DQ5 | CATM Output | CATM Output | |
| DQ6 | CATM Output | CATM Output | |
| DQ7 | CATM Output | CATM Output | |
| DML | | | |
| TDQS_c | | | |
| DQSL_t | | | |
| DQSL_c | | | |
| DQ8 | CATM Output | | |
| DQ9 | CATM Output | | |
| DQ10 | CATM Output | | |
| DQ11 | CATM Output | | |
| DQ12 | CATM Output | | |
| DQ13 | CATM Output | | |
| DQ14 | CATM Output | | |
| DQ15 | CATM Output | | |
| DMU | | | |
| DQSU_t | | | |
| DQSU_c | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.20   CS Training Mode (CSTM)

### 4.20.1  Introduction

The CS Training Mode is a method to facilitate the loopback of a sampled sequence of the CS_n signal. In this mode, the CK is running, and the CA signals are held in a NOP command encoding state. Once this mode is enabled and the DRAM devices are selected to actively sample and drive feedback, The DRAM will sample the CS_n signal on the rising edge of CK. Every set of four CK rising edge samples will be included in a logical computation to determine the CSTM Output result that is sent back to the host on the DQ bus. Once sampling begins, the DRAM must maintain the consecutive grouping of the samples every 4 tCK. When the CS_n Sample[0] and Sample[2] results in a logic 0 and the CS_n Sample[1] and Sample[3] results in a logic 1, the DRAM will drive a 0 on all the DQ signals. There is no requirement to drive any strobes, and the output signal could transition as often as every 4 tCK.

### 4.20.2  Entry and Exit for CS Training Mode

The CS Training Mode is enabled when the host sends an MPC command with the opcode for CS Training Mode Entry. Since CS Training shall occur prior to establishing alignment between CK and CS_n signals, the MPC command extends beyond multiple tCK cycles, during which the CS_n signal is asserted. When the DRAM is in this mode, commands are still actively processed. The only commands that should be sent by the host memory controller while CS Training Mode is enabled are the NOP command and the MPC to exit CS Training Mode. Any other command may produce unreliable results. Once the DRAM has CS Training Mode enabled, the DRAM begins sampling on every rising CK edge, with the 4-sample groups looping consecutively. Depending on the value of the samples, the DQ signals are driven high or low. Prior to entering CS Training Mode, the DQ signals are not driven by the DRAM and are terminated according to the default RTT_PARK setting. After CS Training Mode is enabled, the DQ signal will begin driving the output values based on the CS Training Mode samples. Once the DQ signals are driven by the DRAM, RTT_PARK termination will no longer be applied, similar to a READ operation.

To exit CS Training Mode, an MPC command shall be sent to disable CS Training Mode. Even though the timing relationship between CS_n and CK is understood when exiting CS Training Mode, the host is required to send a Multi-Cycle CS_n assertion during the MPC command or a single tCK assertion while MR2:OP[4]=0$_B$.

### 4.20.3  CS Training Mode (CSTM) Operation

In CS Training Mode, the CS_n values are sampled on all CK rising edges. Each group of 4 consecutive samples is evaluated in pairs, and then the two pairs are combined with a logical OR prior to sending to the DQ output. The samples evaluation to determine the output is as follows:

**Table 109 — Sample Evaluation for Intermediate Output[0]**

| Output[0] | CS_n Sample[0] | CS_n Sample[1] |
|:---:|:---:|:---:|
| 1 | 0 | 0 |
| 0 | 0 | 1 |
| 1 | 1 | 0 |
| 1 | 1 | 1 |

**Table 110 — Sample Evaluation for Intermediate Output[1]**

| Output[1] | CS_n Sample[2] | CS_n Sample[3] |
|:---:|:---:|:---:|
| 1 | 0 | 0 |
| 0 | 0 | 1 |
| 1 | 1 | 0 |
| 1 | 1 | 1 |

**Table 111 — Sample Evaluation for final CSTM Output**

| CSTM Output* | Output[0] | Output[1] |
|:---:|:---:|:---:|
| 0 | 0 | 0 |
| 1 | 0 | 1 |
| 1 | 1 | 0 |
| 1 | 1 | 1 |

*When there is no change on the CSTM Output from previous evaluation, DQ shall continue
to drive same value continuously with no switching on the bus.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.20.3  CS Training Mode (CSTM) Operation (cont'd)

During CS Training Mode the CA ODT is enabled as for functional operation. The VrefCA is Group According to the functional setting (through the VrefCA Command).

The delay from when the CS_n signals are sampled during the fourth CK rising edge (Sample[3]) to when the output of the sample evaluation is driven to a stable value on the DQ pins is specified as tCSTM_Valid, as shown in **Figure 96**. The details of the tCSTM_entry, tCSTM_exit, and tCSTM_DQ_Window are also illustrated.



**Figure 96 — Timing Diagram for CS Training Mode with Consecutive Output Samples = 0**

**Figure 97** illustrates an example where the DQ Output switches from a logic 0 to a logic 1 value, demonstrating the minimum tCSTM_DQ_Window:



**Figure 97 — Timing Diagram for CS Training Mode with Output Sample Toggle**

NOTE 1   See MPC Command for details on Setup, Hold and command register time.
NOTE 2   The CA bus must meet setup and hold times on any clock where it is possible that CS_n might be sampled low while in CS training mode.

When host trains CS_n timing for DDR5 by using CSTM, CS_n sampling timing for each DRAM could be different from each other because the variation of internal timing is different for each DRAM. Therefore, even though the CS setup/hold time is appropriate for each DRAM, 4-tCK CS_n sampling window which may have different starting points could appear differently as shown in Figure 98. Host should train CS_n timing based on asserting every edge of CS_n to cover multiple DRAMs without exiting CSTM.

JEDEC Standard No. 79-5B_v1.20
Page 218

## 4.20.3   CS Training Mode (CSTM) Operation (cont'd)



**Figure 98 — Timing Diagram for CS Training Mode with Multiple DRAMs Output Sample Toggle**

NOTE 1   See MPC Command for details on Setup, Hold and command register time.

### Table 112 — AC Parameters for CS Training Mode

| Symbol | Description | Min | Max | Unit | Note |
|--------|-------------|-----|-----|------|------|
| tCSTM_Entry | Registration of CSTM entry command to start of training samples time | 20 | - | ns | |
| tCSTM_Min_to_MPC_exit | Min time between last CS_n pulse and first pulse of MPC Command to exit CSTM | 4 | - | nCK | |
| tCSTM_Exit | Registration of CSTM exit command to end of training mode | - | 20 | ns | |
| tCSTM_Valid | Time from sample evaluation to output on DQ bus | - | 20 | ns | |
| tCSTM_DQ_Window | Time output is available on DQ Bus | 2 | - | nCK | 1 |
| tCSTM_Exit_Delay | Registration of CATM exit to next valid command delay | 20 | - | ns | |
| NOTE 1   This timing parameter is applied to each DQ independently, not all-DQs valid window perspective. | | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.20.3.1 Output signals

**Table 113** shows which signals will transmit the output of the CS Training Mode loopback sample evaluation. These values are driven asynchronously, but may switch as often as every 4tCK.

**Table 113 — CS Sampled Output per Interface Width**

| Output | X16 | X8 | X4 |
|---|---|---|---|
| DQ0 | CSTM Output | CSTM Output | CSTM Output |
| DQ1 | CSTM Output | CSTM Output | CSTM Output |
| DQ2 | CSTM Output | CSTM Output | CSTM Output |
| DQ3 | CSTM Output | CSTM Output | CSTM Output |
| DQ4 | CSTM Output | CSTM Output | |
| DQ5 | CSTM Output | CSTM Output | |
| DQ6 | CSTM Output | CSTM Output | |
| DQ7 | CSTM Output | CSTM Output | |
| DML | | | |
| TDQS_c | | | |
| DQSL_t | | | |
| DQSL_c | | | |
| DQ8 | CSTM Output | | |
| DQ9 | CSTM Output | | |
| DQ10 | CSTM Output | | |
| DQ11 | CSTM Output | | |
| DQ12 | CSTM Output | | |
| DQ13 | CSTM Output | | |
| DQ14 | CSTM Output | | |
| DQ15 | CSTM Output | | |
| DMU | | | |
| DQSU_t | | | |
| DQSU_c | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.21   Write Leveling Training Mode

## 4.21.1  Introduction

The DDR5 memory module adopted fly-by topology for the commands, addresses, control signals, and clocks. The fly-by topology has benefits from reducing number of stubs and their length, but it also causes flight time skew between clock and strobe at every DRAM on the DIMM. This makes it difficult for the memory controller to set the timings of the WRITE DQS signaling according to the Write Latency timing specification at the DRAM. Therefore, the DDR5 SDRAM supports a 'write leveling' feature to allow the controller to compensate for channel skew. The DDR5 Write Leveling Training also allows for an unmatched path between CK and DQS within the DRAM, and thus supports an internal Write Leveling Training flow to account for the difference in internal delays.

The DDR5 DRAM also provides a programmable timing in its write logic, controlled by the Write Leveling Internal Cycle Alignment (WICA) mode register (MR3), which provides a means for improved performance of the device's receiver. The proper setting of this register shall be determined by the memory controller, either as described in the sections below, or by some other means. This delay setting is specific to each DRAM, its Write Preamble setting, and the operating frequency being used. Once the proper setting has been determined for a given WICA byte, Write preamble setting, and operating frequency, that setting may be subsequently restored to the DRAM after reset, power-cycle, or return to a previously used operating frequency.

The memory controller can use the 'write leveling' feature and feedback from the DDR5 DRAM to adjust the controller's differential DQS (DQS_t - DQS_c) output delay to align the phase and cycle that corresponds to the CAS Write Latency (CWL) delay after the WRITE command. The memory controller involved in the leveling must have an adjustable delay setting on the DQS pins to align the rising edge of differential DQS with the timing at the receiver that is the pin-level Write Latency (External Write Leveling Training), and to align DQS with the internal DRAM Write Latency timing point (Write Leveling Internal Cycle Alignment). The internal DRAM Write Latency timing point may be skewed from the pin-level Write Latency timing point. The host will minimize this skew (tDQSoffset) through the Write Leveling Training flow.

Since the system and DIMM delays vary, the DRAM will support the ability for the host to align the DQS timings with a pin-level Write Latency differential CK (CK_t-CK_c) edge. This alignment is referred to as External Write Leveling. Once the DQS host timings are aligned at the DRAM Write Latency timing, the internal DRAM timings are optimized for lowest power and internal delay. This is accomplished when the host enables the Internal Write Timing setting in MR2. In order to compensate for the difference in delay, the host will execute an Internal Write Leveling Training sequence, which includes sweeping the Write Leveling Internal Cycle Alignment (WICA) settings in MR3 (Write Leveling Internal Cycle Alignment Operation) and then finalizing the differential DQS phase and offset (Write Leveling Internal Phase Alignment and Final Host DQS Timing Operation).

During Write Leveling Training (both External and Internal), the DQS pattern shall include the full programmed write preamble and only the first toggle of the normal data burst sequence. The DRAM will sample the Internal Write Leveling Pulse relative to the first DQS toggle of the data burst sequence (last rising differential DQS edge sent by the host) and asynchronously feed back the result of this sample on the DQ bus, transitioning between tWLOmin and tWLOmax. If the DQ bus output is LOW at tWLOmax, the Internal Write Leveling Pulse signal was sampled while it was deasserted (LOW). Likewise, if the DQ bus output is HIGH at tWLOmax, the Internal Write Leveling Pulse signal was sampled while it was asserted (HIGH). The sampled feedback state will remain on the DQ bus until a subsequent Write Leveling sample changes the state, or until Write Leveling Training is exited.

The Internal Write Leveling Pulse is generated in response to a WRITE command, and held statically low otherwise. To perform the Write Leveling training, the controller repeatedly sends a WRITE command, delays DQS, and monitors the DQ feedback after tWLOmax until a transition from 0 to 1 is detected, indicating alignment with the Internal Write Leveling Pulse.

During Internal Write Leveling Training flows, the host will apply an offset to the starting point or the final setting of the DQS-signals. The offsets are referred to as WL_ADJ_start and WL_ADJ_end. This will minimize the tDQSoffset variation across different DRAM devices. The WL_ADJ_start and WL_ADJ_end values depend on the tWPRE setting.

When External and Internal Write Leveling Training flows are complete and the final WL_ADJ_end offset has been applied to the DQS timings, the DQS is phase aligned and cycle aligned for write operations. During the training sequence the DRAM in Write Leveling training mode will apply ODT to the strobes in the same way as for functional operation. All non-target ranks (which will not be in Write Leveling Training Mode) will apply ODT as defined for functional operation. Prior to executing the DDR5 Write Leveling Training Flow, the DRAM tWPRE value must be configured to the functional operation setting.

Note: DQS ODT is based on a DQS PARK Mode and is not enabled and disabled with DQ ODT timings.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.21.2  Write Leveling Mode Registers

The MR fields for Write Leveling Training, Internal Write Timing, and Write Leveling Internal Cycle Alignment are part of MR2 and MR3. To enter Write Leveling Training Mode, the controller shall program MR2:OP[1]=1. Likewise, to exit the Write Leveling Training Mode, the controller will program MR2:OP[1]=0. Write Leveling Internal Cycle Alignment offers two nibbles to control the upper and lower DQ bytes. The lower byte WL internal Cycle alignment is intended for x4, x8 and x16 configurations, while the upper byte is only for x16 configurations.The Internal Write Timing, once enabled (MR2:OP[7]=1), shall remain enabled through the Internal Write Leveling Training flow and for functional operation. The host is responsible for incrementing the Write Leveling Internal Cycle Alignment setting until the Internal Write Leveling Pulse is pulled early enough to align with the differential DQS signals that was previously aligned with the pin-level Write Latency timing. The Write Leveling Internal Cycle Alignment setting only applies when the Internal Write Timing is enabled.

Only BL16 Mode is supported in Write Leveling Training Mode.

## 4.21.3  External Write Leveling Training Operation

When Write Leveling Mode is enabled (MR2:OP[1]=1) and the Internal Write Timing is disabled (MR2:OP[7]=0), the DRAM will have an Internal Write Leveling pulse that indicates how the DQS signals shall be aligned to match the pin-level Write Latency timings. The rising edge of the Internal Write Leveling Pulse will align to the rising edge of the differential CK signal that coincides with CAS Write Latency (CWL), as shown in the following diagrams.

The differential DQS signals driven by the controller during leveling mode must be terminated by the DRAM based on ranks populated. Similarly, the DQ bus driven by the DRAM must also be terminated at the controller.

All data bits shall carry the leveling feedback to the controller across the DRAM configurations x4, x8, and x16. On a x16 device, both byte lanes shall be leveled independently. Therefore, a separate feedback mechanism shall be available for each byte lane. The upper data bits should provide the feedback of the upper diff_DQS(diff_UDQS) to Internal Write Leveling Pulse relationship whereas the lower data bits would indicate the lower diff_DQS(diff_LDQS) to Internal Write Leveling Pulse relationship. When training a x16 device, the data bits of a byte will remain in the "don't care" state until its applicable DQS signals are toggled. Once the DQS signals are toggled, the DQs will follow the behavior previously described.

The following diagram shows the timing sequence to enter Write Leveling Training Mode, operation during Write Leveling Training Mode (with Internal Write Timing disabled), and the timing sequence to exit Write Leveling Training mode. An MRW command is sent to enable Write Leveling Training Mode. Prior to sending the MRW command to enable Write Leveling Training Mode, the host memory controller must drive the DQS signals differentially low. After tWLPEN time, the controller can send a WRITE command, followed by strobe pulses. The DQS signals shall always drive differentially low, except during the WRITE preamble and burst strobe sequence . There is no restriction as to how early the strobe pulses are sent, so long as they are no earlier than CWL/2 after the WRITE command. The DRAM will sample the Internal Write Leveling Pulse relative to the first DQS toggle of the data burst sequence and asynchronously feed back the result of this sample on the DQ bus, transitioning between tWLOmin and tWLOmax.

While in Write Leveling Training mode, the host controller may send ACT and PRE commands. The DRAM will ignore these commands. The address associated with the ACT and the WRITE commands may be any value. The following timing diagrams demonstrate the timing requirements associated with Write Leveling Training Mode Entry, the Internal Write Leveling Pulse alignment during External Write Leveling Training, and the DQ sample feedback timing.



**Figure 99 — Write Leveling Training Mode Timing Diagram (External Training, 2N Mode, 0 Sample)**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 222

## 4.21.3  External Write Leveling Training Operation (cont'd)



**Figure 100 — Write Leveling Training Mode Timing Diagram (External Training, 1N Mode, 0 Sample)**



**Figure 101 — Write Leveling Training Mode Timing Diagram (External Training, 2N Mode, 1 Sample)**



**Figure 102 — Write Leveling Training Mode Timing Diagram (External Training, 1N Mode, 1 Sample)**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.21.3   External Write Leveling Training Operation (cont'd)

The Memory controller initiates Write Leveling mode of all DRAMs in a rank by setting MR2:OP[1]=1. When entering write leveling mode, the DQ pins are in undefined driving mode. Since the controller levels one rank at a time, all non-target ranks will set Write Leveling Mode to disabled. The Controller may assert non-target ODT through the normal WRITE command protocol. DQS_RTT_PARK termination will apply to the DQS_t and DQS_c signals.

The Controller shall drive DQS differentially LOW prior to sending the MRW command to enable Write Leveling Training Mode. The WRITE command must occur after a delay of tWLPEN relative to when the MRW enabled Write Leveling Training Mode.

The DRAM will sample the Internal Write Leveling Pulse and asynchronously feed back the result of this sample on the DQ bus, transitioning between tWLOmin and tWLOmax. The controller can sample the state of any DQ bit after tWLOmax. Based on the sampled state, the controller decides to increment or decrement the DQS delay setting and launches the next WRITE command with associated DQS_t/DQS_c pulse (or pulse sequence) after some time, which is controller dependent. Once a 0 to 1 transition on the DQ bus is detected, the controller locks DQS delay setting and external write leveling is achieved for the device.

Write Leveling Training may be executed by issuing consecutive Write commands after entering Write Leveling Mode has been enabled (no requirement to exit and reenter between each Write command). The minimum Write to Write command spacing during Write Leveling Mode is tWL_Write and is defined as "max(CWL, last DQS differential toggle) + tWLO(max)+ 2nCK". An example of consecutive Write commands given during Write Leveling Training is shown in **Figure 103**:



**Figure 103 — Consecutive Write Commands During Write Leveling Training Mode Example (External Training, 2N Mode, 4 Samples)**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 224

## 4.21.4  Write Leveling Internal Cycle Alignment Operation

After the external Write Leveling Training step is completed, and after the host DQS signals have been aligned to the pin-level Write Latency timing, the host will apply a negative offset (WL_ADJ_start) to the DQS timing. The WL_ADJ_start offset moves the DQS timing prior to the Internal Write Leveling Pulse (causing LOW observed on the DQ pins), and it is dependent on the tWPRE setting (shown in table below). This will be a reference point for aligning the internal Write Leveling Pulse via the WICA settings in MR3.

The Internal Cycle Alignment training begins when an MRW command is issued to enable Internal Write Timing in MR2 (keeping OP[1]=1 and setting MR2:OP[7]=1). This then sweeps the Write Leveling Internal Cycle Alignment (WICA) delay settings in MR3, starting with the 0tCK offset default. Increasing the WICA mode register offset setting speeds up the timing of the WRITE command by reducing the WRITE Command to Internal Write Pulse delay until the DQS is aligned with the internal Write Leveling Pulse assertion. Alignment results in a logic HIGH on the DQ pins.

Table 114 summarizes the WL_ADJ_start and WL_ADJ_end values per tWPRE setting:

### Table 114 — WL_ADJ_start and WL_ADJ_end Values per tWPRE Setting

| WL_ADJ term | Description | tWPRE = 2 tCK | tWPRE = 3 tCK | tWPRE = 4 tCK[1] |
|---|---|---|---|---|
| WL_ADJ_start | Offset that the host applies to the DQS_t/DQS_c timing just after external Write Leveling alignment to Write Latency and prior the internal cycle alignment training. | -0.75 tCK | -1.25 tCK | -2.25 tCK |
| WL_ADJ_end | Offset that the host applies to the DQS_t/DQS_c timing after final phase alignment to the rising edge of the Write Leveling Internal Pulse. This will center the Write Leveling Internal Pulse rising edge within the preamble window. | 1.25 tCK | 1.75 tCK | 2.75 tCK |
| NOTE 1   For tWPRE = 4 tCK, CL is required to be ≥ 30 during Write Leveling Training Mode operation. This is irrespective of the CL setting for tWPRE = 4 tCK during normal operation. | | | | |

Due to potential measurement errors that can occur during the internal Write Leveling Training, the DRAM may include an optional 0.5 tCK adjustment for optimizing the Internal Cycle Alignment. MR7:OP[0]=1 adds a +0.5 tCK adjustment for the lower byte of the DQs, while MR7:OP[1]=1, adds a +0.5 tCK adjustment for the upper byte of the DQs.

Figure 104 is an example of an Internal Write Leveling training flow with the addition of the +0.5tCK WICA adjustment (additional flow shown in **blue**).



**Figure 104 — Write Leveling Training Flow with Half Step WICA**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.21.4   Write Leveling Internal Cycle Alignment Operation (cont'd)

As previously noted, the DDR5 x16 devices allow for independent lower and upper byte Write Leveling Training and setting.Although unique values are preferred to optimize (minimize) tDQS offset, setting both the lower and upper bytes to use the same WICA offset is allowed since the internal paths for both bytes are expected to be closely matched, meaning Internal Write Leveling Training that results in a different byte settings per byte indicates the internal paths are on a boundary between the two settings.When choosing a common WICA offset value, the starting values of the lower and upper WICA offset should differ by no more than one. The higher (smallest absolute value since the WICA values apply a negative offset) of the two values shall be programmed in both bytes of

the DRAM to minimize the impact on the final training sweep.

#### Table 115 — Starting Values of the Lower and Upper WICA Offset

| Lower Byte WICA | Upper Byte WICA | Common WICA |
|---|---|---|
| -4 | -3 | -3 |
| -2 | -3 | -2 |

When choosing a common 0.5tCK WICA offset value, the WICA value programmed in both bytes of the DRAM shall be the same before applying the 0.5tCK offset (if the byte values are different, the higher value shall be programmed in both bytes of the DRAM as noted above and the 0.5tCK offset step is skipped). If the 0.5tCK training indicates that one byte requires the +0.5tCK offset but the other byte does not, this also indicates the two bytes are on a boundary between the two settings. In this case, the +0.5tCK shall be applied to both bytes, resulting inthe higher (smallest absolute) value being used.

#### Table 116 — Choosing a Common 0.5tCK WICA Offset Value

| Lower Byte WICA | Lower Byte +0.5tCK WICA | Upper Byte WICA | Upper Byte +0.5tCK WICA | Common WICA |
|---|---|---|---|---|
| -4 | n/a | -3 | n/a | -3 |
| -4 | Yes | -4 | No | -4+0.5 (-3.5 total) |
| -3 | No | -3 | Yes | -3+0.5 (-2.5 total) |

When using a common WICA offset value approach to the Internal Write Leveling training, both bytes shall do the final training sweep after applying the common WICA offset value (both the full cycle and 0.5tCK WICA, if applicable).

**Figure 105** and **Figure 106** timing diagrams demonstrate Write Leveling Training operation when Internal Write Timings are enabled and the Internal Cycle Alignment is set such that the Internal Write Leveling Pulse has not yet reached the host DQS toggles.



**Figure 105 — Write Leveling Training Mode Timing Diagram
(Internal Cycle Alignment, 2N Mode, 0 Sample)**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.21.4   Write Leveling Internal Cycle Alignment Operation (cont'd)



**Figure 106 — Write Leveling Training Mode Timing Diagram
(Internal Cycle Alignment, 1N Mode, 0 Sample)**

**Figure 107** and **Figure 108** timing diagrams demonstrate Write Leveling Training operation when Internal Write Timings are enabled and the Internal Cycle Alignment is set such that the Internal Write Leveling Pulse has completed the coarse alignment to the host DQS timing.



**Figure 107 — Write Leveling Training Mode Timing Diagram
(Internal Cycle Alignment, 2N Mode, 1 Sample)**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.21.4 Write Leveling Internal Cycle Alignment Operation (cont'd)

**Figure 108 — Write Leveling Training Mode Timing Diagram (Internal Cycle Alignment, 1N Mode, 1 Sample)**

An example of Write Leveling Training internal Cycle Alignment executed by issuing consecutive Write commands after entering Write Leveling Mode has been enabled (no requirement to exit and reenter between each Write command) is shown in Figure 109:

**Figure 109 — Consecutive Write Commands During Write Leveling Training Mode Example (Internal Training, 2N Mode, 4 Samples)**

Netlist Inc.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 228

## 4.21.5  Write Leveling Internal Phase Alignment and Final Host DQS Timing Operation

Once the Internal Cycle Alignment is achieved, the host shall perform a final fine sweep of the DQS timings with Internal Write Timing enabled (MR2:OP[7]=1) to establish an even closer phase alignment to the rising edge of the internal Write Leveling Pulse. Once this is complete, the host will then add a positive offset of WL_ADJ_end (dependent upon tWPRE) to the DQS timings. This  results in a tDQS offset between -0.5tCK and +0.5tCK with measurement adjustments of tWLS/tWLH, placing the rising edge of the Internal Write Leveling Pulse within the preamble. If the optional half step WICA process is used during Write Leveling training, this results in a tDQS offset between -0.25tCK and +0.25tCK with measurement adjustments of tWLS/tWLH. After the WL_ADJ_end offset has been applied, the host will disable Write Leveling Training Mode (MR2:OP[1]=0). The Internal Write Timing will remain enabled and the Internal Cycle Alignment setting will retain the coarse setting that was trained. After every reset, the host must either restore these settings or execute the full Write Leveling Training flow.

**Figure 110** and **Figure 111** show the timing relationships for the final placement of the host DQS-timings relative to the Internal Write Leveling Pulse. However, it is not necessary to execute this Write Leveling Training Mode Measurement to finalize the setting - this is only for illustration.



**Figure 110 — Timing Diagram for Final Timings after Write Leveling Training is Complete (2N Mode)**



**Figure 111 — Timing Diagram for Final Timings after Write Leveling Training is Complete (1N Mode)**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.21.5  Write Leveling Internal Phase Alignment and Final Host DQS Timing Operation (cont'd)

Table 117 summarizes the timing parameter ranges associated with Write Leveling Training Mode:

**Table 117 — Timing Parameter Ranges Associated with Write Leveling Training Mode**

| Parameter | Symbol | Min | Max | Units | NOTE |
|---|---|---|---|---|---|
| Write Leveling Pulse Enable - Time from Write Leveling Training Enable MRW to when Internal Write Leveling Pulse logic level is valid | tWLPEN | - | 15 | ns | |
| Write leveling output | tWLO | - | 9.5 | ns | |
| Width of the Write Leveling Internal Pulse | tWL_Pulse_Width | 2 | - | tCK | 1 |
| Write Leveling Write to subsequent command spacing | tWL_Write | max(CWL, last DQS differential toggle) + tWLO(max)+ 2nCK | - | | |
| NOTE 1    There is no Max limit for the tWL_Pulse_Width, but the Write Leveling Internal Pulse must begin at zero for each WRITE command. | | | | | |

### 4.21.6  DRAM Termination During Write Leveling

When the DRAM is in Write Leveling Mode, the DQS_c/DQS_t termination (DQS_RTT_PARK) and the Command and Control termination (RTT_CA, RTT_CK, RTT_CS) will be the same as for functional operation. The DQ signals will not be terminated in the DRAM, but instead will be driving values to the controller. The host controller will apply termination for the DQ signals.

**Table 118 — DRAM Termination during Write Leveling**

| ODT Enabled | DQS_t/DQS_c Termination | DQ Termination |
|---|---|---|
| RTT_WR | DQS_RTT_PARK | Off |
| RTT_PARK, RTT_WR disabled | DQS_RTT_PARK | Off |
| NOTE    Termination for TDQS/DM is not included since TDQS and DM are disabled during Write Leveling Training Mode. | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.22   Connectivity Test (CT) Mode

### 4.22.1  Introduction

The DDR5 memory device supports a connectivity test (CT) mode, which is designed to greatly speed up testing of electrical continuity of pin interconnection on the PC boards between the DDR5 memory devices and the memory controller on the SoC. Designed to work seamlessly with any boundary scan devices, the CT mode is required for **all** DRAM devices independent of density and interface width. This applies to x4, x8, and x16 device widths. Contrary to other conventional shift register based test modes, where test patterns are shifted in and out of the memory devices serially in each clock, DDR5's CT mode allows test patterns to be entered in parallel into the test input pins and the test results extracted in parallel from the test output pins of the DDR5 memory device at the same time, significantly enhancing the speed of the connectivity check.

Prior to entering CT Mode, RESET_n is registered to High. The CT Mode is enabled by asserting the Test Enable (TEN) pin.

Once put in the CT mode by asserting the TEN pin, the DDR5 memory device effectively appears as an asynchronous device to the external controlling agent; after the input test pattern is applied, the connectivity test results are available for extraction in parallel at the test output pins after a fixed propagation delay. A reset of the DDR5 memory device is required after exiting the CT mode.

### 4.22.2  Pin Mapping

Only digital pins can be tested via the CT mode. For the purpose of connectivity check, all pins that are used for the digital logic in the DDR5 memory device are classified as one of the following types:

1. Test Enable (TEN) pin: when asserted high, this pin causes the DDR5 memory device to enter the CT mode. In this mode, the normal memory function inside the DDR5 memory device is bypassed and the IO pins appear as a set of test input and output pins to the external controlling agent. The TEN pin is dedicated to the connectivity check function and will not be used during normal memory operation.
2. Chip Select (CS_n) pin: when asserted low, this pin enables the test output pins in the DDR5 memory device. When de-asserted, the output pins in the DDR5 memory device will be Hi-z. The CS_n pin in the DDR5 memory device serves as the CS_n pin when in CT mode.
3. Test Input: a group of pins that are used during normal DDR5 DRAM operation are designated as test input pins. These pins are used to enter the test pattern in CT mode. Most Test Input pins are input pins during normal operation. The ALERT_n pin is the only output pin that will be used as a Test Input during CT mode. The CK_t and CK_c pins are single-ended Test Input pins during CT Mode.
4. Test Output: a group of pins that are used during normal DDR5 DRAM operation are designated test output pins. These pins are used for extraction of the connectivity test results in CT mode.
5. Reset: Fixed high level for RESET_n is required during CT mode, same as normal function.

**Table 119** shows the pin classification of the DDR5 memory device.

#### Table 119 — Pin Classification of DDR5 Memory Device in Connectivity Test (CT) Mode

| Pin Type in CT Mode | | Pin Names during Normal Memory Operation |
|---|---|---|
| Test Enable | | TEN |
| Chip Select | | CS_n |
| Test Inputs | A | CA[13:0] |
| | B | CK_t, CK_c |
| | C | ALERT_n |
| Test Outputs | | DQL[7:0], DQU[7:0], DQSU_t, DQSU_c, DQSL_t, DQSL_c, DML_n, DMU_n, DM_n/TDQS_t, TDQS_c |
| Reset | | RESET_n |
| NOTE 1 | | Test Outputs may contain the Upper and Lower label identification used with x16 devices. In the case of x4/x8 devices, the lower (L) identification may be removed. |
| NOTE2 | | CAI and MIR input level do not affect to "Test Outputs" values. |

#### Table 120 — Signal Description

| Symbol | Type | Function |
|---|---|---|
| TEN | Input | Connectivity Test Mode is active when TEN is HIGH and inactive when TEN is LOW. TEN must be LOW during normal operation TEN is a CMOS rail-to-rail signal with DC high and low at 80% and 20% of VDDQ. |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.22.3  Logic Equations

## 4.22.3.1 Min Term Equations

MTx is an internal signal to be used to generate the signal to drive the output signals. These internal signals are the same across all interface widths and densities.

**Table 121 — Min Term Equations**

| Min Term | Intermediate Logic Nodes |
|---|---|
| MT0 | XOR(CA[0,1,2,3,8,9,10,11]) |
| MT1 | XOR(CA[0,4,5,6,8,12,13], ALERT_n) |
| MT2 | XOR(CA[1,4,9,12], CK_t, CK_c) |
| MT3 | XOR(CA[2,5,7,10,13], CK_t) |
| MT4 | XOR(CA[3,6,7,11], CK_c, ALERT_n) |
| MT0_B | !(MT0) |
| MT1_B | !(MT1) |
| MT2_B | !(MT2) |
| MT3_B | !(MT3) |
| MT4_B | !(MT4) |

## 4.22.3.2 Output Equations

**Table 122 — Output Equations per Interface Width**

| Output | X16 | X8 | X4 |
|---|---|---|---|
| DQL0 | MT0 | MT0 | MT0 |
| DQL1 | MT1 | MT1 | MT1 |
| DQL2 | MT2 | MT2 | MT2 |
| DQL3 | MT3 | MT3 | MT3 |
| DQL4 | MT0_B | MT0_B | |
| DQL5 | MT1_B | MT1_B | |
| DQL6 | MT2_B | MT2_B | |
| DQL7 | MT3_B | MT3_B | |
| DML | MT4 | MT4 | |
| TDQS_c | | MT4_B | |
| DQSL_t | MT4 | MT4 | MT4 |
| DQSL_c | MT4_B | MT4_B | MT4_B |
| DQU0 | MT0 | | |
| DQU1 | MT1 | | |
| DQU2 | MT2 | | |
| DQU3 | MT3 | | |
| DQU4 | MT0_B | | |
| DQU5 | MT1_B | | |
| DQU6 | MT2_B | | |
| DQU7 | MT3_B | | |
| DMU | MT4 | | |
| DQSU_t | MT4 | | |
| DQSU_c | MT4_B | | |
| NOTE   Test Outputs may contain the Upper and Lower label identification used with x16 devices. In the case of x4/x8 devices, the lower (L) identification may be removed. | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 232

## 4.23  ZQ Calibration Commands

## 4.23.1  ZQ Calibration Description

The MPC command is used to initiate ZQ Calibration, which calibrates the output driver and command/address termination impedance across process, temperature, and voltage. ZQ Calibration occurs in the background of device operation.

There are two ZQ Calibration modes initiated with the MPC command: ZQCal Start, and ZQCal Latch. ZQCal Start initiates the DRAM's calibration procedure, and ZQCal Latch captures the calibration result and loads it into the DRAM's drivers and termination circuits.

A ZQCal Start command may be issued anytime the DRAM is in a state in which it can receive valid commands. There are two timing parameters associated with ZQ Calibration. tZQCAL is the time from when the ZQCal Start MPC command is sent to when the host can send the ZQCal Latch MPC command. tZQLAT is the time from when the ZQCal Latch MPC command is sent by the host to when the CA bus (and subsequently the DQ bus) can be used for normal operation. A ZQCal Latch Command may be issued anytime outside of power-down after tZQCAL has expired and all DQ bus operations have completed. The CA Bus must maintain a Deselect state during tZQLAT to allow CA ODT calibration settings to be updated.

Issuing consecutive ZQCAL Start commands is permitted, and subsequent commands not violating tZQCal of an ongoing ZQ calibration will initiate a new ZQ calibration operation. ZQCal Start commands violating tZQCal may or may not initiate a new ZQ calibration operation.In this case, tZQCal should be counted from the last issued ZQCal start command.

A ZQCal Latch command issued before the expiration of tZQCal may latch or relatch the results of a previous ZQ Calibration operation that completed the calibration. A ZQCal Latch command issued without rerunning the ZQ Calibration operation will relatch the results of the previous ZQ Calibration operation that completed.

The appropriate interval between ZQCal Start commands can be determined from the 'ODT Voltage and Temperature Sensitivity' tables and other application-specific parameters. One method for calculating the interval between ZQCal Start commands, given the temperature (Tdriftrate) and voltage (Vdriftrate) drift rates that the DRAM is subject to in the application, is illustrated. The interval could be defined by the following formula:

$$\frac{ZQCorrection}{(TSens \times Tdriftrate) + (VSens \times Vdriftrate)}$$

, where TSens = max(dRTTdT, dRondT) and VSens = max(dRTTdV, dRondV) define the DRAM temperature and voltage sensitivities.

For example, if TSens = 1.5% / °C, VSens = 0.15% / mV, Tdriftrate = 1 °C / sec and Vdriftrate = 15 mV / sec, then the interval between ZQCS commands is calculated as:

$$\frac{0.5}{(1.5 \times 1) + (0.15 \times 15)} = 0.133 \approx 128 ms$$

### Table 123 — ZQ Calibration Timing Parameters

| Parameter | Symbol | Min/Max | Value | Unit |
|-----------|--------|---------|-------|------|
| ZQ Calibration Time | tZQCAL | MIN | 1 | μs |
| ZQ Calibration Latch Time | tZQLAT | MIN | max(30 ns,8 nCK) | ns |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.23.1   ZQ Calibration Description (cont'd)

**Table 124 — ODT Temperature and Voltage Sensitivity**

| Change | Min | Max | Unit |
|--------|-----|-----|------|
| dRTTdT | -1.5 | 1.5 | %/℃ |
| dRTTdV | -0.15 | 0.15 | %/mv |
| NOTE    Amount of changes might be design guaranteed, and actual numbers would be vendor specific. | | | |

**Table 125 — Ron Temperature and Voltage Sensitivity**

| Change | Min | Max | Unit |
|--------|-----|-----|------|
| dRondT | -1.5 | 1.5 | %/℃ |
| dRondV | -0.15 | 0.15 | %/mv |
| NOTE    Amount of changes might be design guaranteed, and actual numbers would be vendor specific. | | | |

### 4.23.2  ZQ External Resistor, Tolerance, and Capacitive Loading

To use the ZQ calibration function, a 240 ohm +/- 1% tolerance external resistor must be connected between the ZQ pin and VSS.

If the system configuration has more than one rank, and if the ZQ pins of both ranks are attached to a single resistor, then the SDRAM controller must ensure that the ZQCals don't overlap.

The total capacitive loading on the ZQ pin must not exceed the max external loading of 25 pF with the addition of the device ZQ pincap (5 pF) for a total capacitive loading of 30 pF.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 234

## 4.24   VrefCA Command

### 4.24.1  Introduction

The VrefCA setting must be set prior to training the CS_n and CA bus timings relative to CK. In order to accomplish this, DDR5-SDRAMs will support a single UI command specifically for setting the VrefCA setting. This avoids any timing and/or default VrefCA setting issues with sending a 2UI MRW command, by enabling the host to extend the setup and hold time for the CA signals. In addition, the VrefCA command will support multiple cycles of CS_n assertion. The multiple cycles of CS_n assertion ensures the DRAM will capture the VrefCA command during at least one rising CK_t/CK_c edge.

### Table 126 — VrefCA Command Definition

| Function | Abbrevia-tion | CS | CA Pins | | | | | | | | | | | | | | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | CA0 | CA1 | CA2 | CA3 | CA4 | CA5 | CA6 | CA7 | CA8 | CA9 | CA10 | CA11 | CA12 | CA13 | |
| VrefCA Command | VrefCA | L | H | H | L | L | L | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | L | V | | 21,22,23 |

### 4.24.2  VrefCA Command Timing

**Figure 112** timing diagram illustrates a timing sequence example for the VrefCA command that occurs prior to CS and CA training. The command is sampled on every rising edge of CK_t/CK_c. The host shall ensure that the CA signals are valid during the entire CS_n assertion time. The timing of the CS_n assertion may not satisfy the setup/hold requirements around all CK_t/CK_c transitions, but it will satisfy the setup/hold requirements relative to at least one CK_t/CK_c rising edge.

Multi-cycle CS assertion is enabled or disabled by programming the mode register MR2:OP[4] bit. This timing relationship can always be used by the host to send the VrefCA commands even after training has been completed for the interface. For the DRAM to latch the VrefCA command in cases where the alignment between CS_n, CA, and CK may be unknown, the CA inputs shall reach the proper command state at least three cycles prior to CS_n transitioning from high to low, CS_n shall remain low for tVrefCA_CS, and CA shall remain in the proper command state for at least three cycles after CS_n transitions from low to high.



**Figure 112 — Timing Diagram for VrefCA Command**

### Table 127 — AC Parameters for VrefCA Command

| Symbol | Description | Min | Max | Unit | Note |
|---|---|---|---|---|---|
| tVrefCA_Delay | VrefCA command to any other valid command delay | tMRD | - | nCK | |
| tVrefCA_CS | Time CS_n is held low to register VrefCA command | 3.5 | 8 | nCK | 1,2 |
| tMC_VREFCA_Setup | Min time between stable VREFCA command and first falling CS edge (SETUP) | 3 | - | nCK | 3 |
| tMC_VREFCA_Hold | Min time between first rising CS edge and stable VREFCA command (HOLD) | 3 | - | nCK | 3 |

NOTE 1   Multiple cycles are used to avoid possible metastability of CS_n.
NOTE 2   At the end of CSTM and CATM, it is assumed that the host should be able to place the CS_n and the CA signals appropriately.
NOTE 3   This applies only to Multi-Cycle VREFCA commands when MR2:OP[4]=0_B.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.25   VrefCS Command

### 4.25.1  Introduction

The VrefCS setting should be set, if needed, prior to training the CS_n and CA bus timings relative to CK. In order to accomplish this, DDR5-SDRAMs will support a single UI command specifically for setting the VrefCS setting (similar to VrefCA). This avoids any timing and/or default VrefCS setting issues with sending a 2UI MRW command, by enabling the host to extend the setup and hold time for the CA signals. In addition, the VrefCS command will support multiple cycles of CS_n assertion. The multiple cycles of CS_n assertion ensures the DRAM will capture the VrefCS command during at least one rising CK_t/CK_c edge.

NOTE: The operation, functionality and timings for VrefCS are effectively the same as VrefCA with the exception of a different explicit command noted below and the fact that it modifies the VREF of the chip select pin vs the CA pins.

### Table 128 — VrefCS Command Definition

| Function | Abbrevia-tion | CS | CA Pins | | | | | | | | | | | | | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | CA0 | CA1 | CA2 | CA3 | CA4 | CA5 | CA6 | CA7 | CA8 | CA9 | CA10 | CA11 | CA12 | CA13 | |
| VrefCS Command | VrefCS | L | H | H | L | L | L | OP0 | OP1 | OP2 | OP3 | OP4 | OP5 | OP6 | H | V | 21,22,23 |

### 4.25.2  VrefCS Command Timing

**Figure 113** diagram illustrates a timing sequence example for the VrefCS command that occurs prior to CS and CA training. The command is sampled on every rising edge of CK_t/CK_c. The host shall ensure that the CA signals are valid during the entire CS_n assertion time. The timing of the CS_n assertion may not satisfy the setup/hold requirements around all CK_t/CK_c transitions, but it will satisfy the setup/hold requirements relative to at least one CK_t/CK_c rising edge.

Multi-Cycle CS assertion is enabled or disabled by programming the mode register MR2:OP[4] bit. This timing relationship can always be used by the host to send the VrefCS commands even after training has been completed for the interface. For the DRAM to latch the VrefCS command in cases where the alignment between CS_n, CA, and CK may be unknown, the CA inputs shall reach the proper command state at least three cycles prior to CS_n transitioning from high to low, CS_n shall remain low for tVrefCS_CS, and CA shall remain in the proper command state for at least three cycles after CS_n transitions from low to high.



**Figure 113 — Timing Diagram for VrefCS Command**

### Table 129 — AC Parameters for VrefCS Command

| Symbol | Description | Min | Max | Unit | Note |
|---|---|---|---|---|---|
| tVrefCS_Delay | VrefCS command to any other valid command delay | tMRD | - | nCK | |
| tVrefCS_CS | Time CS_n is held low to register VrefCS command | 3.5 | 8 | nCK | 1,2 |
| tMC_VREFCS_Setup | Min time between stable VREFCS command and first falling CS edge (SETUP) | 3 | - | nCK | 3 |
| tMC_VREFCS_Hold | Min time between first rising CS edge and stable VREFCS command (HOLD) | 3 | - | nCK | 3 |
| NOTE 1   Multiple cycles are used to avoid possible metastability of CS_n. | | | | | |
| NOTE 2   At the end of CSTM and CATM, it is assumed that the host should be able to place the CS_n and the CA signals appropriately. | | | | | |
| NOTE 3   This applies only to Multi-Cycle VREFCS commands when MR2:OP[4]=0$_B$. | | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 236

## 4.26   VrefCA Training Specification

The DRAM internal VrefCA specification parameters are voltage operating range, stepsize, VrefCA set tolerance, VrefCA step time and Vref valid level.

The voltage operating range specifies the minimum required VrefCA setting range for DDR5 DRAM devices. The minimum range is defined by VrefCAmax and VrefCAmin as depicted in **Figure 114**.



**Figure 114 — VrefCA Operating Range (Vrefmin, Vrefmax)**

The VrefCA stepsize is defined as the stepsize between adjacent steps. For a given design the DRAM VrefCA step size must be within the range specified.

The VrefCA set tolerance is the variation in the VrefCA voltage from the ideal setting. This accounts for accumulated error over multiple steps. There are two ranges for VrefCA set tolerance uncertainty. The range of VrefCA set tolerance uncertainty is a function of number of steps n.

The VrefCA set tolerance is measured with respect to the ideal line which is based on the two endpoints. Where the endpoints are at the min and max VrefCA values for a specified range. An illustration depicting an example of the stepsize and VrefCA set tolerance is below.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.26    VrefCA Training Specification (cont'd)



**Figure 115 — Example of Vref Set Tolerance (Only Max Case is Shown) and Stepsize**

The VrefCA increment/decrement step times are defined by VrefCA_time.   The VrefCA_time is defined from t0 to t1 as shown in **Figure 116** where t1 is referenced to when the VrefCA voltage is at the final DC level within the VrefCA valid tolerance (Vref_val_tol).

The VrefCA valid level is defined by VrefCA_val tolerance to qualify the step time t1 as shown in Figure 116. This parameter is used to insure an adequate RC time constant behavior of the voltage level change after any VrefCA increment/decrement adjustment. This parameter is only applicable for DRAM component level validation/characterization.

NOTE 1    t0 - is referenced to MPC Apply VREFCA and RTT_CA/CS/CK
NOTE 2    t1 - is referenced to the VrefCA_val_tol

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.26    VrefCA Training Specification (cont'd)



**Figure 116 — Vref_time Timing Diagram**

The minimum time required between two Vref commands is VrefCA_time, shown as Vref_time in images above.

**Table 130 —  VREF CA Mode Register**

| MR Address | MRW OP | OP7 | OP6 | OP5 | OP4 | OP3 | OP2 | OP1 | OP0 |
|------------|--------|-----|-----|-----|-----|-----|-----|-----|-----|
| **MR11** | UI | \multicolumn{8}{c}{**VrefCA Calibration Value**} |

A VrefCA command is used to store the VREF values into the VREF CA MR11. This mode register is only programmed via the command but is readable via a normal MRR.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.26    VrefCA Training Specification (cont'd)



**Figure 117 — Vref Step Single Stepsize Increment Case**



**Figure 118 — Vref Step Single Stepsize Decrement Case**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.26    VrefCA Training Specification (cont'd)



**Figure 119 — Vref Full Step from Vrefmin to Vrefmax Case**



**Figure 120 — Vref Full Step from Vrefmax to Vrefmin Case**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.26    VrefCA Training Specification (cont'd)

**Table 131** contains the CA internal Vref specifications that will be characterized at the component level for compliance. The component level characterization method is TBD.

### Table 131 —  CA Internal VREF Specifications

| Parameter | Symbol | Min | Typ | Max | Unit | Notes |
|-----------|--------|-----|-----|-----|------|-------|
| VrefCA Max operating point | $V_{refCA\_max}$ | 97.5% | - | - | VDDQ | 1 |
| VrefCA Min operating point | $V_{refCA\_min}$ | - | - | 35% | VDDQ | 1 |
| VrefCA Stepsize | $V_{refCA\_step}$ | 0.41% | 0.50% | 0.59% | VDDQ | 2 |
| VrefCA Set Tolerance | $V_{refCA\_set\_tol}$ | -1.625% | 0.00% | 1.625% | VDDQ | 3,4,6 |
| | $V_{refCA\_set\_tol}$ | -0.15% | 0.00% | 0.15% | VDDQ | 3,5,7 |
| VrefCA Step Time | VrefCA_time | - | - | 300 | ns | 8 |
| VrefCA Valid Tolerance | $V_{refCA\_val\_tol}$ | -0.15% | 0.00% | 0.15% | VDDQ | 9 |

| | |
|---|---|
| NOTE 1 | VrefCA DC voltage referenced to VDDQ_DC. |
| NOTE 2 | VrefCA stepsize increment/decrement range. VrefCA at DC level. |
| NOTE 3 | VrefCA_new = VrefCA_old ± n*VrefCA_step; n= number of steps; if increment use "+"; If decrement use "-" |
| NOTE 4 | The minimum value of VrefCA setting tolerance = VrefCA_new - 1.625%*VDDQ. The maximum value of VrefCA setting tolerance = VrefCA_new + 1.625%*VDDQ. For n>4 |
| NOTE 5 | The minimum value of VrefCA setting tolerance = VrefCA_new - 0.15%*VDDQ. The maximum value of VrefCA setting tolerance = VrefCA_new + 0.15%*VDDQ. For n$\leq$ 4 |
| NOTE 6 | Measured by recording the min and max values of the VrefCA output over the range, drawing a straight line between those points and comparing all other VrefCA output settings to that line |
| NOTE 7 | Measured by recording the min and max values of the VrefCA output across 4 consecutive steps(n=4), drawing a straight line between those points and comparing all other VrefCA output settings to that line |
| NOTE 8 | Time from MPC (Apply VREFCA, VREFCS, RTT_CK/CS/CA) command to increment or decrement |
| NOTE 9 | Only applicable for DRAM component level test/characterization purpose. Not applicable for normal mode of operation. VrefCA valid is to qualify the step times which will be characterized at the component level |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 242

## 4.27  VrefCS Training Specification

The DRAM internal VrefCS specification parameters are voltage operating range, stepsize, VrefCS set tolerance, VrefCS step time and Vref valid level.

The voltage operating range specifies the minimum required VrefCS setting range for DDR5 DRAM devices. The minimum range is defined by VrefCSmax and VrefCSmin as depicted in **Figure 121**.



**Figure 121 — VrefCS Operating Range (Vrefmin, Vrefmax)**

The VrefCS stepsize is defined as the stepsize between adjacent steps. For a given design the DRAM VrefCS step size must be within the range specified.

The VrefCS set tolerance is the variation in the VrefCS voltage from the ideal setting. This accounts for accumulated error over multiple steps. There are two ranges for VrefCS set tolerance uncertainty. The range of VrefCS set tolerance uncertainty is a function of number of steps n.

The VrefCS set tolerance is measured with respect to the ideal line which is based on the two endpoints. Where the endpoints are at the min and max VrefCS values for a specified range. An illustration depicting an example of the stepsize and VrefCS set tolerance is shown in **Figure 122**.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.27    VrefCS Training Specification (cont'd)



**Figure 122 — Example of Vref Set Tolerance (Only Max Case is Shown) and Stepsize**

The VrefCS increment/decrement step times are defined by VrefCS_time.   The VrefCS_time is defined from t0 to t1 as shown in **Figure 123** where t1 is referenced to when the VrefCS voltage is at the final DC level within the VrefCS valid tolerance (VrefCS_val_tol).

The VrefCS valid level is defined by VrefCS_val tolerance to qualify the step time t1 as shown in Figure 116. This parameter is used to insure an adequate RC time constant behavior of the voltage level change after any VrefCS increment/decrement adjustment. This parameter is only applicable for DRAM component level validation/characterization.

NOTE 1    t0 - is referenced to MPC Apply VREFCS and RTT_CA/CS/CK
NOTE 2    t1 - is referenced to the VrefCS_val_tol

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.27    VrefCS Training Specification (cont'd)



**Figure 123 — Vref_time Timing Diagram**

The minimum time required between two Vref commands is VrefCS_time, shown as Vref_time in **Figure 123**.

**Table 132 —  VREF CS Mode Register**

| MR Address | MRW OP | OP7 | OP6 | OP5 | OP4 | OP3 | OP2 | OP1 | OP0 |
|------------|--------|-----|-----|-----|-----|-----|-----|-----|-----|
| **MR12** | UI | \multicolumn{8}{VrefCS Calibration Value} |

A VrefCS command is used to store the VREF values into the VREF CS MR12. This mode register is only programmed via the command but is readable via a normal MRR.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.27   VrefCS Training Specification (cont'd)



**Figure 124 — Vref Step Single Stepsize Increment Case**



**Figure 125 — Vref Step Single Stepsize Decrement Case**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.27    VrefCS Training Specification (cont'd)



**Figure 126 — Vref Full Step from Vrefmin to Vrefmax Case**



**Figure 127 — Vref Full Step from Vrefmax to Vrefmin Case**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.27   VrefCS Training Specification (cont'd)

**Table 133** contains the CS internal Vref specifications that will be characterized at the component level for compliance. The component level characterization method is TBD.

**Table 133 —  CS Internal VREF Specifications**

| Parameter | Symbol | Min | Typ | Max | Unit | Notes |
|-----------|--------|-----|-----|-----|------|-------|
| VrefCS Max operating point | $V_{refCS\_max}$ | 97.5% | - | - | VDDQ | 1 |
| VrefCS Min operating point | $V_{refCS\_min}$ | - | - | 35% | VDDQ | 1 |
| VrefCS Stepsize | $V_{refCS\_step}$ | 0.41% | 0.50% | 0.59% | VDDQ | 2 |
| VrefCS Set Tolerance | $V_{refCS\_set\_tol}$ | -1.625% | 0.00% | 1.625% | VDDQ | 3,4,6 |
|  | $V_{refCS\_set\_tol}$ | -0.15% | 0.00% | 0.15% | VDDQ | 3,5,7 |
| VrefCS Step Time | $V_{refCS\_time}$ | - | - | 300 | ns | 8 |
| VrefCS Valid Tolerance | $V_{refCS\_val\_tol}$ | -0.15% | 0.00% | 0.15% | VDDQ | 9 |

NOTE 1    VrefCS DC voltage referenced to VDDQ_DC.

NOTE 2    VrefCS stepsize increment/decrement range. VrefCS at DC level.

NOTE 3    VrefCS_new = VrefCS_old + n*VrefCS_step; n= number of steps; if increment use "+"; If decrement use "-"

NOTE 4    The minimum value of VrefCA setting tolerance = VrefCS_new - 1.625%*VDDQ. The maximum value of VrefCS setting tolerance = VrefCS_new + 1.625%*VDDQ. For n>4

NOTE 5    The minimum value of VrefCS setting tolerance = VrefCS_new - 0.15%*VDDQ. The maximum value of VrefCS setting tolerance = VrefCSnew + 0.15%*VDDQ. For n< 4

NOTE 6    Measured by recording the min and max values of the VrefCS output over the range, drawing a straight line between those points and comparing all other VrefCS output settings to that line

NOTE 7    Measured by recording the min and max values of the VrefCS output across 4 consecutive steps(n=4), drawing a straight line between those points and comparing all other VrefCS output settings to that line

NOTE 8    Time from MPC (Apply VREFCA, VREFCS, RTT_CK/CS/CA) command to increment or decrement

NOTE 9    Only applicable for DRAM component level test/characterization purpose. Not applicable for normal mode of operation. VrefCS valid is to qualify the step times which will be characterized at the component level

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 248

## 4.28   VrefDQ Calibration Specification

The DRAM internal VrefDQ specification parameters are voltage operating range, stepsize, VrefDQ set tolerance, Vref step time and VrefDQ valid level.

The voltage operating range specifies the minimum required VrefDQ setting range for DDR5 DRAM devices. The minimum range is defined by VrefDQmax and VrefDQmin as depicted in **Figure 128**.



**Figure 128 — VrefDQ Operating Range (VrefDQmin, VrefDQmax)**

The VrefDQ stepsize is defined as the stepsize between adjacent steps. For a given design, the DRAM VrefDQ step size must be within the range specified.

The VrefDQ set tolerance is the variation in the VrefDQ voltage from the ideal setting. This accounts for accumulated error over multiple steps. There are two ranges for VrefDQ set tolerance uncertainty. The range of VrefDQ set tolerance uncertainty is a function of number of steps n.

The VrefDQ set tolerance is measured with respect to the ideal line which is based on the two endpoints. Where the endpoints are at the min and max VrefDQ values for a specified range. An illustration depicting an example of the stepsize and VrefDQ set tolerance is below.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.28    VrefDQ Calibration Specification (cont'd)



**Figure 129 — Example of Vref Set Tolerance (Only Max Case is Shown) and Stepsize**

The VrefDQ increment/decrement step times are defined by VrefDQ_time.   The VrefDQ_time is defined from t0 to t1 as shown in the **Figure 130** where t1 is referenced to when the VrefDQ voltage is at the final DC level within the VrefDQ valid tolerance (VrefDQ_val_tol).

The VrefDQ valid level is defined by VrefDQ_val tolerance to qualify the step time t1 as shown in Figure 130. This parameter is used to insure an adequate RC time constant behavior of the voltage level change after any VrefDQ increment/decrement adjustment. This parameter is only applicable for DRAM component level validation/characterization.

NOTE 1    t0 - is referenced to the MRW command which updates VrefDQ value
NOTE 2    t1 - is referenced to the VrefDQ_val_tol

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.28   VrefDQ Calibration Specification (cont'd)



**Figure 130 — VrefDQ_time Timing Diagram**

The minimum time required between two MRW commands which update VrefDQ settings is VrefDQ_time.

**Table 134 — VrefDQ Mode Register**

| MR Address | MRW OP | OP7 | OP6 | OP5 | OP4 | OP3 | OP2 | OP1 | OP0 |
|---|---|---|---|---|---|---|---|---|---|
| MR10 | UI | | | VrefDQ Calibration Value | | | | | |

An MRW command is used to store the global VrefDQ values into the VrefDQ bits of MR10.

Additional per-pin VrefDQ trims are available for programming in MR118, MR126, MR134, ..., MR254, OP[7:4], up to a maximum of +/-3 VrefDQ steps. The combined global and per-pin VrefDQ settings shall never exceed the available VrefDQ range from 35.0% to 97.5%.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.28    VrefDQ Calibration Specification (cont'd)



Figure 131 — VrefDQ Step Single Stepsize Increment Case



Figure 132 — VrefDQ Step Single Stepsize Decrement Case

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 252

## 4.28    VrefDQ Calibration Specification (cont'd)



**Figure 133 — VrefDQ Full Step from VrefDQmin to VrefDQmax Case**



**Figure 134 — VrefDQ Full Step from VrefDQmax to VrefDQmin Case**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.28    VrefDQ Calibration Specification (cont'd)

**Table 135** contains the internal VrefDQ specifications that will be characterized at the component level for compliance. The component level characterization method is TBD.

**Table 135 —  VrefDQ Internal Specifications**

| Parameter | Symbol | Min | Typ | Max | Unit | Notes |
|-----------|--------|-----|-----|-----|------|-------|
| VrefDQ Max operating point | $V_{refDQ\_max}$ | 97.5% | - | - | VDDQ | 1 |
| VrefDQ Min operating point | $V_{refDQ\_min}$ | - | - | 35% | VDDQ | 1 |
| VrefDQ Stepsize | $V_{refDQ\_step}$ | 0.41% | 0.50% | 0.59% | VDDQ | 2 |
| VrefDQ Set Tolerance | $V_{refDQ\_set\_tol}$ | -1.625% | 0.00% | 1.625% | VDDQ | 3,4,6 |
| | $V_{refDQ\_set\_tol}$ | -0.15% | 0.00% | 0.15% | VDDQ | 3,5,7 |
| VrefDQ Step Time | $V_{refDQ\_time}$ | - | - | 150 | ns | 8,10 |
| | | - | - | 500 | ns | |
| VrefDQ Valid Tolerance | $V_{refDQ\_val\_tol}$ | -0.15% | 0.00% | 0.15% | VDDQ | 9 |

NOTE 1    VrefDQ DC voltage referenced to VDDQ_DC.

NOTE 2    VrefDQ stepsize increment/decrement range. VrefDQ at DC level.

NOTE 3    VrefDQ_new = VrefDQ_old $\pm$ n*VrefDQstep; n= number of steps;  if increment use "+"; If decrement use "-"

NOTE 4    The minimum value of VrefDQ setting tolerance = VrefDQ_new - 1.625%*VDDQ. The maximum value of VrefDQ setting tolerance = VrefDQ_new + 1.625%*VDDQ. For>4.

NOTE 5    The minimum value of VrefDQ setting tolerance = VrefDQ_new - 0.15%*VDDQ. The maximum value of VrefDQ setting tolerance = VrefDQ_new + 0.15%*VDDQ. For n$\leq$ 4.

NOTE 6    Measured by recording the min and max values of the VrefDQ output over the range, drawing a straight line between those points and comparing all other VrefDQ output settings to that line.

NOTE 7    Measured by recording the min and max values of the VrefDQ output across 4 consecutive steps(n=4), drawing a straight line between those points and comparing all other VrefDQ output settings to that line.

NOTE 8    Time from MRW command updating VrefDQ to increment or decrement.

NOTE 9    Only applicable for DRAM component level test/characterization purpose. Not applicable for normal mode of operation. VrefDQ valid is to qualify the step times which will be characterized at the component level.

NOTE 10    The maximum value of VrefDQ step time = 150ns for n<16 and 500ns for n≥16, where n = number of steps.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 254

## 4.29   Post Package Repair (PPR)

DDR5 supports Fail Row address repair, PPR which allows a simple and easy repair method in a system. Two methods are provided: Hard Post Package Repair (hPPR) for a permanent Row repair and Soft Post Package Repair (sPPR) for a temporary Row repair. DDR5 also optionally supports MBIST PPR (mPPR) which is to be used in conjunction with the MBIST feature to automatically repair failing addresses based on the results of MBIST.

Entry into hPPR, sPPR, MBIST and mPPR is protected through a sequential MRW guard key to prevent unintentional PPR programming. The sequential MRW guard key is the same for hPPR, sPPR, MBIST and mPPR.

The hPPR/sPPR/MBIST/mPPR guard key requires a sequence of four MRW commands to be issued immediately after entering hPPR/sPPR/MBIST/mPPR, as shown in Figure 135. The guard key sequence must be entered in the specified order as stated and shown in the spec below and in Table 136. Any interruptions of the guard key sequence from other MRW/R commands or non-MR commands such as ACT, WR, RD is not allowed. Although interruption of the guard key entry is not allowed, if the guard key is not entered in the required order or is interrupted by other commands, the hPPR/sPPR/MBIST/mPPR mode will not execute and the offending command terminated the hPPR/sPPR/MBIST/mPPR entry may or may not execute correctly however the offending command will not cause the DRAM to lock up. Offending commands which will interrupt hPPR/sPPR/MBIST/mPPR include:

- Any interruptions of the guard key sequence from other MRW/R commands or non-MR commands
- MRW with CW = high
- 2 cycle commands with CS_n low on the 2nd cycle

Additionally, when the hPPR/sPPR/MBIST/mPPR entry sequence is interrupted, subsequent ACT and WR commands will be conducted as normal DRAM commands. If a hPPR/sPPR/MBIST/mPPR operation was prematurely interrupted and/or terminated, the MR23 OP[4:0] must be reset to "0" prior to performing another hPPR/sPPR/MBIST/mPPR operation. The DRAM does not provide an error indication if an incorrect hPPR/sPPR/MBIST/mPPR guard key sequence is entered.



**Figure 135 — Guard Key Timing Diagram**

**Table 136 — Guard Key Encoding for MR24**

| Guard Keys | OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] | Notes |
|---|---|---|---|---|---|---|---|---|---|
| MR24 Seq1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | |
| MR24 Seq2 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | |
| MR24 Seq3 | 1 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | |
| MR24 Seq4 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.29    Post Package Repair (PPR) (cont'd)

**Table 137 — sPPR vs hPPR vs mPPR**

|  | sPPR | hPPR | mPPR | Note |
|---|---|---|---|---|
| Persistence of Repair | Volatile – Repaired as long as VDD is within Operating Range | Non-Volatile – repair is permanent after the repair cycle. | Non-Volatile – repair is permanent after the repair cycle | Soft Repair is erased when Vdd removed, device reset, or sPPR undo command performed to an unlocked sPPR row. |
| Length of time to complete repair cycle | WL+ 8tCK+tWR | tPGM_hPPRa or tPGM_hPPRb | tSELFREPAIR |  |
| # of Repair elements per repair region[1] | one per BG (Default) one per Bank (Optional) | at least one per BG | Vendor specific | There is no ability to know how many mPPR elements remain in an given repair region. Host must rely on MBIST transparency in MR to determine mPPR success |
| Simultaneous use of soft and hard repair within a repair region[1] | Previous hPPR are allowed before sPPR | Any outstanding sPPR must be cleared before an hPPR | Any outstanding sPPR must be cleared before MBIST or mPPR |  |
| Repair Command | 1 method - WR | 1 method - WRA | 1 method - WRA |  |
| DRAM retains array data | Yes | No | No |  |
| NOTE 1    Repair region is defined as the address space for which a single repair can be used. A repair region is either a BG or bank, depending on vendor implementation. | | | | |

### 4.29.1  Hard PPR (hPPR)

With hPPR, DDR5 can correct at least one row address per Bank Group. The hPPR resource designation (MR54,55,56,57) will indicate the hPPR resource availability, and can be read/checked prior to implementing a repair. It is important to note that hPPR repairs are permanent; the Electrical-fuse cannot be switched back to un-fused states once it is programmed. The controller should prevent unintended the hPPR mode entry and repair. (i.e. During the Command/Address training period). Entry into hPPR is through a register enable, ACT command is used to transmit the bank and row address of the row to be replaced in DRAM. For the non-binary density, an ACT command with invalid row addresses, both MSB and MSB-1 address bits are "HIGH", shall not be allowed since it may consume the PPR resource. After tRCD time, a BL16 WRA command is used to select the individual DRAM through the DQ bits and to transfer the repair address to the DRAM. After program time, and PRE, the hPPR mode can be exited and normal operation can resume.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 256

## 4.29.1.1 hPPR Fail Row Address Repair

1. Since the mode register address operand allows the user to execute hPPR resource, MRR of hPPR resource designation (MR 54, 55, 56, 57) needs to be read. After user's checking the hPPR resource availability of each bank from MRR, hPPR mode can be entered. If the MRR of hPPR resource designation (MR 54, 55, 56, 57) appears to be not be available, the host controller should not issue hPPR mode.

2. Before entering 'hPPR' mode, all banks shall be in a precharged and idle state, and CRC Mode must be disabled.

3. Enable hPPR using MR23:OP[0]=1 and wait tMRD.

4. Issue guard key as four consecutive MR24 OP[7:0] MRW commands each with a unique address field OP[7:0]. Each MRW command should be spaced by tMRD.

5. Issue ACT command with the CID bits, Bank Group, Bank and Row fail address. Write data is used to select the individual DRAM in the rank for repair. For non 3DS DRAMs the CID bits need only be Valid, and are ignored by the DRAM.

6. After tRCD, Issue WRA with a valid address. The DRAM will ignore the address given with the WRA command.

7. After WL(WL=RL-2), DQ{3:0] of target DRAM must be LOW for 8tCK. If HIGH is driven to DQ[3:0] of a DRAM for  8tCK, then DRAM does not conduct hPPR and retains data if REF/REFsb command is properly issued. If more than one DRAM shares the same command bus, DRAMs that are not being repaired must have DQ[3:0] driven HIGH for 8tCK. If all of the DQ[3:0] data bits are neither all LOW nor all HIGH for 8tCK, then hPPR mode execution is unknown. For x8 and x16 devices, data bits other than DQ[3:0] are don't cares. Note that a previous versions of the spec required ALL DQs to be high or low, but this was changed to DQ[3:0] to accomodate ECC UDIMMs and SoDIMMs. Check with the DRAM vendor for their specific implementation.

8. Wait tPGM_hPPRa or tPGM_hPPRb to allow DRAM repair at the target row address to occur internally, and then issue PRE command.

9. Wait tPGM_Exit(min) after PRE command to allow DRAM to recognize repaired row address.

10. Exit hPPR by setting MR23:OP[0]=0.

11. DDR5 will accept any valid command after tPGMPST(min).

12. In the case of multiple addresses to be repaired, repeat Steps 3 to 10.

13. For a 3DS device, the target die for the hPPR is selected by the CID[3:0] bits in the ACT, WRA and PRE commands. The CID bits must match in all three commands.


During hPPR mode, REF, REFsb commands are allowed, but array contents are not guaranteed. Upon receiving a REF or REFsb command in hPPR mode, the DRAM may ignore the Refresh operation but will not disrupt the repair operation. Other commands except REF/REFsb during tPGM can cause incomplete repair so no other command except REF is allowed during tPGM.


Once hPPR mode is exited with MR23:OP[0]=0 and tPGMPST, to confirm if target row is repaired correctly, host can verify by writing data into the target row and reading it back.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

#### 4.29.1.1   hPPR Fail Row Address Repair (cont'd)



NOTE 1   Allow REFab/REFsb(1X) from WL+8tCK+tWR+tRP+1tCK after WR, but does not guarantee array contents are refreshed during hPPR

NOTE 2   Timing diagram shows possible commands but not all shown can be issued at same time; for example if REF is issued at Te1, DES must be issued at Te2 as REF would be illegal at Te2. Likewise, DES must be issued tRFC prior to PRE at Tf0. All regular timings must still be satisfied.

#### Figure 136 — hPPR Fail Row Repair

### 4.29.1.2 Required Timing Parameters

Repair requires additional time period to repair Fail Row Address into Spare Row Address and the following timing parameters are required for PPR.

#### Table 138 — hPPR Timings

| Parameter | Symbol | DDR5-3200 to 6400 | | Unit | Note |
|---|---|---|---|---|---|
| | | min | max | | |
| hPPR Programming Time: x4/x8 | tPGM_hPPRa | 1,000 | - | ms | |
| hPPR Programming Time: x16 | tPGM_hPPRb | 2,000 | - | ms | |
| hPPR RecognitionTime | tPGM_Exit | tRP | - | ns | |
| hPPR Program Exit and New Address Setting time | tPGMPST | 50 | - | us | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 258

## 4.29.2  Soft Post Package Repair (sPPR)

Soft Post Package Repair (sPPR) is a way to quickly, but temporarily, repair one row address per Bank Group on a DDR5 DRAM device, contrasted to hPPR which takes longer but is permanent repair of a row address. There are some limitations and differences between Soft Repair and a Hard Repair. Entry into sPPR is through a register enable, ACT command is used to transmit the bank and row address of the row to be replaced in DRAM. For the non-binary density, an ACT command with invalid row addresses, both MSB and MSB-1 address bits are "HIGH", shall not be allowed since it may consume the PPR resource. After tRCD time, a BL16 WR command is used to select the individual DRAM through the DQ bits and to transfer the repair address into an internal register in the DRAM. After a write recovery time and PRE, the sPPR mode can be exited and normal operation can resume. Care must be taken that refresh is not violated for the other rows in the array during soft repair time. Also note that the DRAM will retain the soft repair information inside the DRAM as long as VDD remains within the operating region. If DRAM power is removed or the DRAM is RESET, the soft repair will revert to the un-repaired state. hPPR and sPPR may not be enabled at the same time. sPPR must have been disabled, cleared and unlocked (if DRAM supports optional sPPR undo/lock) prior to entering hPP,R, MBIST or mPPR modes.

With sPPR, DDR5 can repair one Row address per BG (Default) or one row address per bank (Optional). If the hPPR resources for a BG are used up, the bank group will have no more available resources for soft PPR. If a repair sequence is issued to a BG with no repair resources available, the DRAM will ignore the programming sequence.

Note that MR54 through MR57 are NOT updated by an sPPR. The host controller must remember which sPPR resources have been used since the last DRAM Reset.

The DRAM device may optionally support the sPPR Undo and sPPR Lock functions. The sPPR undo command will undo a previous sPPR and cause the sPPR resource to be taken back to its unused condition. The original row will appear back in the memory map at its original location following an sPPR undo. The sPPR Lock function will lock the specific sPPR resource at its current location and not allow another sPPR or an sPPR undo to be performed to that resource.

A row that has been replaced by a spare row need not be refreshed by the DRAM. Likewise a spare row that is not in the memory map, either from never being in the memory map, or from an sPPR undo need not be refreshed by the DRAM. If moving a spare row in and out of the memory map, the host controller is responsible for sending enough Activate commands to any mapped out row to assure any required data retention. The host controller is also responsible for any data copy operations between the original row and spare row.

The host controller should read MR23 OP2 to determine whether the sPPR undo and sPPR lock functions are supported. 0=unsupported, 1=supported.The two features are supported together.

## 4.29.2.1 sPPR Repair of a Fail Row Address

The following is the procedure of sPPR with WR command. Note that during the soft repair sequence, no refresh is allowed.

1. User should back up the data of the target row address for sPPR in the bank before sPPR execution. The backup data should be one row per bank. After sPPR has been completed, user restores the data in the repaired array.
2. sPPR resources are shared with hPPR. The hPPR resource designation registers (MR 54, 55, 56, 57) should be checked prior to sPPR. If the MRR of hPPR resource designation register (MR 54, 55, 56, 57) shows that hPPR resources in the bank that is targeted for sPPR repair is not available, the host controller should not issue sPPR mode.
3. Before entering 'sPPR' mode, all banks shall be in a precharged and idle state. and CRC mode must be disabled.
4. Enable sPPR using MR23 bits "OP[2:1]=01" and wait tMRD.
5. Issue Guard Key as four consecutive MRW commands each with a unique address field OP[7:0] Each MRW command shall be separated by tMRD. The Guard Key sequence is the same as hPPR in **Table 136**.
6. Issue ACT command with the CID bits, Bank Group, Bank and Row Fail address, Write data is used to select the individual DRAM in the Rank for repair. For non-3DS DRAMs, the CID bits need only be Valid, and are ignored by the DRAM.
7. A WR command is issued after tRCD, with valid column address. The DRAM will ignore the column address given with the WR command.
8. After WL (WL=WL=RL-2), DQ[3:0] of the individual Target DRAM must be LOW for 8tCK. If more than one DRAM shares the same command bus, DRAMs that are not being repaired must have DQ[3:0] driven HIGH for 8tCK. If all of the DQ[3:0] data bits are neither all LOW nor all HIGH for 8tCK, then sPPR mode will be unknown. For x8 and x16 devices, data bits other than DQ[3:0] are don't cares. Note that a previous versions of the spec required ALL DQs to be high or low, but this was changed to DQ[3:0] to accomodate ECC UDIMMs and SoDIMMs. Check with the DRAM vendor for their specific implementation.
9. Wait tPGM_sPPR(min) for the internal repair register to be written and then issue PRE to the Bank.
10. Wait tRP after PRE command to allow the DRAM to recognize repaired Row address.
11. Exit sPPR with setting MR23 bit "OP[2:1]=00" and wait tMRD.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

#### 4.29.2.1   sPPR Repair of a Fail Row Address (cont'd)

12. sPPR can be performed without affecting the hPPR previously performed provided a row is available in that repair region. When more than one sPPR request is made to the same repair region, the most recently issued sPPR address would replace the early issued one associcated with given bank and row addresses. In the case of conducting soft repair address in a different repair region, repeat step 4 to 11. During a soft repair, refresh command is not allowed between sPPR MRS entry and exit.

For a 3DS device, the target die for the sPPR is selected by the CID[3:0] bits in the ACT, WR, and PRE commands. The CID bits must match in all three commands.



**Figure 137 — sPPR Fail Row Repair**

**Table 139 — sPPR Timings**

| Parameter | Symbol | DDR5-3200 to 6400 | | Unit | Note |
|---|---|---|---|---|---|
| | | min | max | | |
| sPPR Programming Time: x4/x8, x16 | tPGM_sPPR | WL+8tCK +tWR | - | tCK | |
| sPPR Exit Recognition Time | tPGM_Exit | tRP | - | ns | |
| sPPR Exit and New Address Setting time | tPGMPST _sPPR | tMRD | - | ns | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 260

## 4.29.2.2 sPPR Undo

sPPR Undo is a method of setting the sPPR resource back to its unused state, as it was following Reset. It follows the exact same protocol as the sPPR sequence, but with MR23 OP[2:1] set to 10. The host controller must send the same CID bits, BG bits, Bank bits, and row address in the Activate command as it did for the most recent sPPR for this resource. The DRAM may ignore the bank and row address bits if it so chooses, as the CID and BG bits may be enough to uniquely identify the sPPR resource depending on number of repair elements. For non 3DS DRAMs the CID bits need only be Valid, and are ignored by the DRAM. If the Bank and/or row address does NOT match that of the most recent sPPR to this resource, the DRAM may or may not perform the undo. Any required copying of data is the host controller's
responsibility.

Following an sPPR Undo, a later sPPR may be done to assign the resource to a new or the same location. Data is retained in the sPPR resource, but it need not be refreshed by the DRAM. If the host controller requires the data to remain valid, it must send enough ACT commands to the row while it is mapped in to guarantee the data.

This feature is optional. The sPPR undo function should only be done to DRAMs in which MR23 bit 2 is read as a 1 upon an MRR.

## 4.29.2.3 sPPR Lock

sPPR Lock allows an sPPR resource to be locked in place. Locks are done to sPPR resources individually. Following an sPPR Lock, any sPPR or sPPR undo is blocked to that spare resource. A hardware reset or power cycle must be done to undo the lock. The hardware reset or power cycle must also be done before any hPPR operation can be done if any sPPR resources are locked.

The sPPR Lock uses the same protocol as the sPPR function except that MR23 OP[2:1] is set to 11. The Activate command must contain the CID bits, BG bits, bank bits and row address of the most recent sPPR for that resource. The DRAM may ignore the bank and row address bits if it so chooses, as the CID and BG bits may be enough to uniquely identify the sPPR resource depending on number of repair elements. For non 3DS DRAMs the CID bits need only be Valid, and are ignored by the DRAM. If the Bank and/or row address does NOT match that of the most recent sPPR to this resource, the DRAM may or may not perform the lock.

This feature is optional. The sPPR lock function should only be done to DRAMs in which MR23 bit 2 is read as a 1 upon an MRR.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.30    MBIST/mPPR

DDR5 devices can support optional Memory Built-In Self Test (MBIST) and Memory Built-In Self Test-Post Package Repair (mPPR) to help with hard failures such as single-bit or multi-bit failures in a single device so that weak cells can be scanned and repaired during the initialization phase. There are two distinct associated phases, MBIST (Self-test phase) and mPPR (Self-repair phase). During MBIST, the DRAM will use vendor specific patterns to test the memory array, detect hard failures. During mPPR, addresses of hard-failures will be automatically repaired out. MBIST and mPPR may only be entered from the All Banks Idle state. MBIST may be ran any time after the device has been properly initialized according to Ch. 3.3.1 "Power-up Initialization Sequence", but must be run prior to mPPR. After MBIST completes, MR22 transparency must be read. If transparency says that fails remain and the controller chooses to run mPPR, it must perform mPPR immediately after the DRAM transparency is read.

mPPR resources are separated from normal hPPR/sPPR resources. mPPR resources will be used for initial scan and repair, and hPPR/sPPR resources still must satisfy the number of repair elements as specified in Table 137. Once MBIST is done, DRAM will update the MBIST/mPPR transparency status in MR22:OP[2:0]. Detailed transparency status is described in **Clause 3.5.24**

There are two timings associated with MBIST/mPPR, tSELFTEST and tSELFREPAIR. The time to test the array and detect failures is defined as tSELFTEST. The time to repair failures detected in the previous MBIST run using mPPR is defined as tSELFREPAIR. Multiple iterations of MBIST and mPPR may be required to repair all failures, and the transparency status will inform the host of this.

For 3DS devices, MBIST must be run on each logical rank in the 3DS package independently by configuring MR14:OP[3:0] prior to invoking MBIST. After MBIST is run on a single logical rank, MBIST/mPPR transparency in MR22 must subsequently be read to determine whether mPPR is needed on that logical rank. The controller may choose to run MBIST on all ranks before performing mPPR on all ranks sequentially, or it may perform MBIST on one rank followed by mPPR to the same rank, proceeding through each logical rank.

## 4.30.1  MBIST Sequence

The controller is required to issue an MRW command to enter the MBIST operation. Controller sets the MR23:OP[4] to HIGH, subsequently followed by the MR24 commands for the guard key, then the DRAM enters MBIST operation and the DRAM drives ALERT_n to LOW. Once the MBIST is completed, the DRAM drives ALERT_n to HIGH to notify the controller that this operation is completed. MBIST/mPPR transparency will be updated in MR22, and will signify to the host whether mPPR must be performed to repair any found fails. If mPPR is required, the controller will follow the mPPR sequence described in Clause 4.30.2, and transparency will be updated once mPPR is complete. DRAM data will not be guaranteed after MBIST PPR operation. During MBIST mode, only DESELECT command is allowed. The DQ/DQS may either float (Hi-Z) or perform RTT_PARK/DQS_RTT_PARK termination during tSELFTEST depending on vendor specific implementation, while CA/CS/CK ODT will remain unchanged from its programmed state prior to MBIST.

#### Table 140 — MBIST Timing Parameter

| Parameter | Density | | | Min/Max | Unit | Notes |
|-----------|---------|---------|---------|---------|------|-------|
|           | 8 Gb/16 Gb | 24 Gb | 32 Gb |         |      |       |
| tSELFTEST | 9 | 14 | 19 | Max | s | 1 |
| NOTE 1    tSELFTEST applies per logical-rank. | | | | | | |

MBIST procedure is detailed in Figure 138.



**Figure 138 — MBIST Procedure**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 262

## 4.30.2 mPPR Sequence

MBIST-PPR (mPPR) may be used after MBIST in order to repair failures found during the self-test phase. mPPR may only be performed after MR22 MBIST/mPPR transparency is read, and MR22 MBIST/mPPR transparency must be read after mPPR completes in order to determine if an additional mPPR or MBIST is required. If fails remain after the read of MR22 transparency, the mPPR sequence is described as follows:

1. All banks shall be in a precharged and idle state, and CRC mode must be disabled prior to entering mPPR mode.
2. Enable mPPR using MR23:OP[3]=1 and wait tMRD.
3. Issue guard key sequence as four consecutive MR24:OP[7:0] MRW commands each with a unique address field OP[7:0]. Each MRW command must be spaced by tMRD.
4. Issue ACT command with valid address. The DRAM will ignore the address given with the ACT command. Write data is used to select the individual DRAM in the rank for repair. For 3DS devices, CID on the ACT must be set to the same value programmed in MR14:OP[3:0] which determined which logical rank MBIST was last run on.
5. After tRCD, issue WRA with a valid address. The DRAM will ignore the address given with the WRA command. For 3DS devices, CID on the WRA must be set to the same value programmed in MR14:OP[3:0] which determined which logical rank MBIST was last run on.
6. After WL (WL=RL-2), DQ[3:0] of the individual target DRAM must be LOW for 8tCK. Only DRAMs in which most recently have had an MR22 transparency result of $001_B$ may be considered "target DRAMs". If more than one DRAM shares the same command bus, DRAMs that are not being repaired must have DQ[3:0] driven HIGH for 8tCK. If all of the DQ[3:0] data bits are neither all LOW or all HIGH for 8tCK, the mPPR mode execution is unknown. For x8 and x16 devices, data bits other than DQ[3:0] are don't cares. Note that a previous versions of the spec required ALL DQs to be high or low, but this was changed to DQ[3:0] to accommodate ECC UDIMMs and SoDIMMs. Check with the DRAM vendor for their specific implementation.
7. Wait tSELFREPAIR to allow DRAM to self repair the address(es) identified internally by MBIST, and then issue a PREab command.
8. Wait tPGM_exit after PREab command to allow DRAM to update MR22 transparency status.
9. Exit mPPR by setting MR23:OP[3]=0. Wait tPGMPST.
10. Read MR22 transparency status.
11. If additional fails remain, the controller may repeat steps 2-10. If no fails remain or the controller chooses not to perform additional mPPR, the DRAM may continue to the next planned operation.

Netlist Inc.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.30.2   mPPR Sequence (cont'd)



**Figure 139 — mPPR Row Repair**

**Table 141 — mPPR Timings**

| Parameter | Symbol | DDR5-3200 to 6400 | | Unit | Notes |
|---|---|---|---|---|---|
| | | min | max | | |
| mPPR programming time: x4,x8,x16 | tSELFREPAIR | 1000 | - | ms | |

**Figure 140** contains a detailed flow chart of the MBIST/mPPR procedure.



**Figure 140 — MBIST/mPPR Flow Chart**

NOTE 1   mPPR may only be performed after an MR22 transparency result of $001_B$.

NOTE 2   $011_B$ = "MBIST should be run again" indicates that some fails were repaired with mPPR, but MBIST should be run again to load internal fail addresses for mPPR.

NOTE 3   $011_B$ = "Unrepairable fails remain" indicates that there are not enough mPPR elements remaining to repair fail addresses latched during MBIST. It may be updated in MR22 after either MBIST or mPPR, depending on vendor implementation.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 264

## 4.31    Decision Feedback Equalization

### 4.31.1  Introduction

At data rates >= 2933 MT/s, signal degradation due to Inter Symbol Interference (ISI) is expected to increase and the data eye at the DRAM ball is expected to be closed. Since the memory channel is very reflective due to the many impedance mismatched points that exist along the memory subsystem, ISI due to reflections are expected to increase. Traditional methods of characterizing the Receiver using the input eye mask is no longer sufficient. DDR5 requires equalization to help improve (or open up) the data eyes after the data is latched by the receiver. A 4-tap DFE is chosen to help equalize the DQ signals without amplifying the noise due to insertion loss and reflections, which is a common side effect of other equalization techniques (example CTLE). Figure 141 shows an example of a memory subsystem with DFE circuit included on the DRAM. At the 1980-2100MT/s data rates, the DRAM's DFE shall be disabled. Setting either the Global DFE Gain and Tap 1-4 Enable bits to "Disable" or setting all DFE Gain and Tap 1-4 Bias bits to "Step 0" will disable the DFE.



**Figure 141 — Example of Memory Subsystem with DFE Circuit on the DRAM**

### 4.31.2  Pulse Response of a Reflective Memory Channel

A reflection dominated channel such as those found in a memory subsystem is anticipated to have substantially reduced data eye at the DRAM ball due to the effects of insertion loss and reflections. Figure  represents how a pulse response of a very reflective channel might look like. The attenuation as well as the ringing of the signal can cause the data eye to close at the DRAM ball. Moreover, the ringing can impact future bits that are being sent into the channel, i.e., if the pulse response is for bit n, then the ringing from bit n can impact the signal integrity of future bits n+1, n+2, n+3, n+4, etc. Putting it another way, the signal integrity of any bit, for example bit n, can be impacted by the signals of the previous bits n-1, n-2, n-3, n-4, etc.



**Figure 142 — Example of Pulse Response of a Reflective Channel**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.31.3  Components of the DFE

The 4-tap DFE subsystem consists of a gain amplifier, a DFE summer, 4 DQ slicers (also called Taps) with outputs that loop back to the DFE summer, and a coefficient multiplier for each Tap (**Figure 143**). The gain control of the front end is used to ensure that the cursor or the current bit is in a congruent relationship with the ISI correction required for the channel. The taps T1, T2, T3, T4 coefficients provide the corrections needed to the current bit by adding or subtracting the effects of ISI of the previous bits.



**Figure 143 — 4-Tap DFE Example**

The Mode Registers shown in **Table 142** and **Table 143** are used by the memory controller to set the strengths of the gain amplifier and the strengths of the correction of the Taps to adapt the ISI cancellation in accordance with the channel performance. Optimal values used for the strengths of the gain amplifier and of the Taps are system dependent, and are usually obtained through a combination of simulations, platform characterizations, and other methods.

**Table 142 — Min/Max Ranges for the DFE Gain Adjustment**

| Description | DDR5 3200-4800 | | | DDR5 5200-6400 | | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|
| | Min | Typ | Max | Min | Typ | Max | | |
| DFE Gain Bias Max | 6 | - | - | 6 | - | - | dB | 1,2,3,4 |
| DFE Gain Bias Min | - | - | -6 | - | - | -6 | dB | 1,2,3,4 |
| DFE Gain Bias Average Step Size | | 2 | | | 2 | | dB | 1,2,3,4 |
| DFE Gain Bias DNL | -1 | - | 1 | -1 | - | 1 | dB | 1,2,3,4 |
| DFE Gain Bias INL | -1 | - | 1 | -1 | - | 1 | dB | 1,2,3,4 |
| DFE Gain Bias Time | tDFE | - | - | tDFE | - | - | ns | 1,2,3,4 |
| NOTE 1   All parameters are defined over the Vref ranges from 0.5*VDDQ to 0.9*VDDQ<br>NOTE 2   DFE Gain Bias are for all voltage and temperature range<br>NOTE 3   These values are defined over the entire voltage and temperature range<br>NOTE 4   These parameters are suggested to evaluate relative ratio of DFE gain bias settings, and absolute values of all<br>            parameters are not subject to silicon validation nor production test. | | | | | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.31.3   Components of the DFE (cont'd)

### Table 143 — Min/Max Ranges for the DFE Tap Coefficients

| Description | DDR5 3200-4800 | | | DDR5 5200-6400 | | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|
| | Min | Typ | Max | Min | Typ | Max | | |
| DFE Tap-1 Bias Max | 50 | - | - | 50 | - | - | mV | 1,2,4,5,7 |
| DFE Tap-1 Bias Min | - | - | -200 | - | - | -200 | mV | 1,2,4,6,7 |
| DFE Tap-2 Bias Max | 75 | - | - | 75 | - | - | mV | 2,4,5,7 |
| DFE Tap-2 Bias Min | - | - | -75 | - | - | -75 | mV | 2,4,6,7 |
| DFE Tap-3 Bias Max | 60 | - | - | 60 | - | - | mV | 2,4,5,7 |
| DFE Tap-3 Bias Min | - | - | -60 | - | - | -60 | mV | 2,4,6,7 |
| DFE Tap-4 Bias Max | 45 | - | - | 45 | - | - | mV | 2,4,5,7 |
| DFE Tap-4 Bias Min | - | - | -45 | - | - | -45 | mV | 2,4,6,7 |
| DFE Tap Bias Average Step Size | TBD | 5 | TBD | TBD | 5 | TBD | mV | 2,3,4,7 |
| DFE Tap Bias DNL | -2.5 | - | +2.5 | -2.5 | - | +2.5 | mV | 2,3,4,7 |
| DFE Tap Bias INL | -2.5 | - | +2.5 | -2.5 | - | +2.5 | mV | 2,3,4,7 |
| DFE Tap Bias Step Time | tDFE | | | tDFE | | | ns | 2,3,4 |

NOTE 1   As speed increases, the impact of loss from the channel makes the bias range of the first cursor asymmetric

NOTE 2   Values are defined for the entire voltage, temperature and the Rx Vref range from 0.5*VDDQ to 0.9*VDDQ.

NOTE 3   Values are identical for Taps 1-4.

NOTE 4   These parameters are suggested to evaluate relative ratio of DFE Taps 1~4, and absolute values of all parameters are not subject to silicon validation nor production test.

NOTE 5   For the pulse response shown in Fig 118 (...000010000... pulse pattern), a positive value corrects a negative post-cursor by setting the DFE tab bias sign bit (MR113~116, OP[6]) to '0' to apply a positive correction.

NOTE 6   For the pulse response shown in Fig 118 (...000010000... pulse pattern), a negative value corrects a positive post-cursor by setting the DFE tab bias sign bit (MR113~116, OP[6]) to '1' to apply a negative correction. For example, in a memory channel where the ISIduring the first post-cursor is dominated by bandwidth loss, the expected tap-1 bias sign bit will be set to '1'.

NOTE 7   Users refer to DRAM supplier's datasheet to check the multiplier which is applied to the DFE Tap Bias setting (MR113, MR114, MR115, etc.) for total DFE feedback swing implemented in hardware.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.31.3 Components of the DFE (cont'd)

The method to measure INL and DNL for both DFE gain and DFE taps will be the subject of future ballots.

Figure 144 — Example of to be Revised for INL/DNL

Netlist Inc.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 13, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 268

## 4.31.3  Components of the DFE (cont'd)

The DRAM may implement 1-way interleave, 2-way interleave, or 4-way interleave 4-tap DFE memory circuitry. The 1-way interleaved 4-tap DFE architecture (**Figure 145**) requires a strobe multiplier, which is at Nyquist rate, and the output of the DQ slicer runs at same speed as received data.



**Figure 145 — 1-Way Interleave 4-Tap DFE Example**

A 2-way interleaved 4-tap DFE architecture (**Figure 146**) can use the strobe as is. In this case, the output of the DQ slicer runs at half the speed as received data.



**Figure 146 — 2-Way Interleave 4-Tap DFE Example**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.31.3   Components of the DFE (cont'd)

A 4-way interleaved 4-tap DFE architecture (Figure 147) requires a divided clock. In this case, the output of the DQ slicer runs at 1/4 the speed as received data.



**Figure 147 — 4-Way Interleave 4-Tap DFE Example**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 270

## 4.32   DQS Interval Oscillator

As voltage and temperature change on the SDRAM die, the DQS clock tree delay will shift and may require re-training. The DDR5-SDRAM includes an internal DQS clock-tree oscillator to measure the amount of delay over a given time interval (determined by the controller), allowing the controller to compare the trained delay value to the delay value seen at a later time. The DQS Oscillator will provide the controller with important information regarding the need to re-train, and the magnitude of potential error.

The DQS Interval Oscillator is started by issuing an MPC [Start DQS Osc] command with OP[0000 0111B] set as described in the MPC Operation section, which will start an internal ring oscillator that counts the number of times a signal propagates through a copy of the DQS clock tree.

The DQS Oscillator may be stopped by issuing an MPC [Stop DQS Osc] command with OP[0000 0110$_B$] set as described in the MPC Operation section, or the controller may instruct the SDRAM to count for a specific number of clocks and then stop automatically (See MR45,46, and 47 for more information). If MR45 is set to automatically stop the DQS Oscillator, then the MPC [Stop DQS Osc] command shall not be used. When the DQS Oscillator is stopped by either method, the result of the oscillator counter is automatically stored in MR46 and MR47 after the oscillator is stopped and within tOSCOA for the automatic mode and tOSCOM for the manual mode.

MRW commands to MR45 during an ongoing DQS Interval Oscillator operation are not permitted. MR45 may be reprogrammed tMRD after the oscillator is stopped by the automatic stop.

The DRAM shall respond in one of two ways if an MPC Start DQS Osc is issued during an ongoing DQS Interval Oscillator operation (automatic or manual). One option is the DRAM will ignore the concurrent start
command, in which case the DQS Interval Oscillator operation will proceed as normal with all timing constraints referencing the original start command. The other option is for the DRAM to restart the DQS Interval Oscillator operation, in which case all timing constraints will reference the most recent (subsequent) start command. The host must account for the worst-case option in the event that a
concurrent start command is issued. If issuing a concurrent MPC [Start DQS Osc] results in a loss of run time tracking, the results stored in MR46 and MR47 should be ignored and the full operation restarted.

Entering Self Refresh during an ongoing DQS Interval Oscillator operation is permitted. Upon exiting Self Refresh, an operation started in automatic mode shall be allowed to complete naturally based upon the specified number of clocks (cumulative before and after Self Refresh). If a manual operation started prior to entering Self Refresh is not stopped prior as well, the operation shall be manually stopped upon Self Refresh exit. The results stored in MR46 and MR47 for a DQS Interval Oscillator operation that spans Self Refresh entry/exit should be ignored and the full operation restarted.

The controller may adjust the accuracy of the result by running the DQS Interval Oscillator for shorter (less accurate) or longer (more accurate) duration. The accuracy of the result for a given temperature and voltage is determined by the following equation:

$$DQS\ Oscillator\ Granularity\ Error = \frac{2 * (DQS\ delay)}{Run\ Time}$$

Where:
Run Time = total time between start and stop commands
DQS delay = the value of the DQS clock tree delay (tRX_DQS2DQ min/max)

Additional matching error must be included, which is the difference between DQS training circuit and the actual DQS clock tree across voltage and temperature. The matching error is vendor specific.

Therefore, the total accuracy of the DQS Oscillator counter is given by:

$$DQS\ Oscillator\ Accuracy = 1 - Granularity\ Error - Matching\ Error$$

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.3.2    DQS Interval Oscillator (cont'd)

**Example:** If the total time between start and stop commands is 100ns, and the maximum DQS clock tree delay is 400 ps (tRX_DQS2DQ max), then the DQS Oscillator Granularity Error is:

$$DQS\ Oscillator\ Granularity\ Error = \frac{2 * (0.4\ ns)}{100\ ns} = 0.8\%$$

This equates to a granularity timing error of 3.2 ps.

Assuming a circuit Matching Error of 5.5 ps across voltage and temperature, then the accuracy is:

$$DQS\ Oscillator\ Accuracy = 1 - \frac{3.2 + 5.5}{400} = 97.8\%$$

**Example:** Running the DQS Oscillator for a longer period improves the accuracy. If the total time between start and stop commands is 250 ns, and the maximum DQS clock tree delay is 400 ps (tRX_DQS2DQ max), then the DQS Oscillator Granularity Error is:

$$DQS\ Oscillator\ Granularity\ Error = \frac{2 * (0.4\ ns)}{250\ ns} = 0.32\%$$

This equates to a granularity timing error or 1.28 ps.

Assuming a circuit Matching Error of 5.5 ps across voltage and temperature, then the accuracy is:

$$DQS\ Oscillator\ Accuracy = 1 - \frac{1.28 + 5.5}{400} = 98.3\%$$

The result of the DQS Interval Oscillator is defined as the number of DQS Clock Tree Delays that can be counted within the "run time," determined by the controller. The result is stored in MR46 and MR47. MR46 contains the least significant bits (LSB) of the result, and MR47 contains the most significant bits (MSB) of the result. MR46 and MR47 are overwritten by the SDRAM when an MPC-1 [Stop DQS Osc] command is received. The SDRAM counter will count to its maximum value (=2^16) and stop. If the maximum value is read from the mode registers, then the memory controller must assume that the counter overflowed the register and discard the result. The longest "run time" for the oscillator that will not overflow the counter registers can be calculated as follows:

$$Longest\ Run\ Time\ Interval = 2^{16} * tRX\_DQS2DQ(min)$$

The interval oscillator matching error is defined as the difference between the DQS training circuit (interval oscillator) and the actual DQS clock tree across voltage and temperature.

• Parameters:
  - tRX_DQS2DQ: Actual DQS clock tree delay
  - tDQSOSC: Training circuit (interval oscillator) delay
  - OSCOffset: Average delay difference over voltage and temp
  - OSCMatch: DQS oscillator matching error

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.3.2    DQS Interval Oscillator (cont'd)



**Figure 148 —  Interval Oscillator Offset (OSC$_{offset}$)**

• OSC$_{Match}$:

$$OSC_{Match} = [tRX\_DQS2DQ_{(V,T)} - tDQS_{OSC(V,T)} - OSC_{offset}]$$

• tDQS$_{OSC}$:

$$tDQS_{OSC(V,T)} = \frac{Runtime}{2 * Count}$$

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.3.2   DQS Interval Oscillator (cont'd)

### Table 144 — DQS Oscillator Matching Error Specification

| Parameter | Symbol | Min | Max | Units | Notes |
|---|---|---|---|---|---|
| DQS Oscillator Matching Error | OSCMatch | -10 | +10 | ps | 1,2,3,4,5,6,7,8 |
| DQS Oscillator Offset | OSC$_{offset}$ | -150 | 150 | ps | 2,4,6,7 |

NOTE 1   The OSC$_{Match}$ is the matching error per between the actual DQS and DQS interval oscillator over voltage and temp.

NOTE 2   This parameter will be characterized or guaranteed by design.

NOTE 3   The OSC$_{Match}$ is defined as the following:

$$OSC_{Match} = [tRX\_DQS2DQ_{(V,T)} - tDQS_{OSC(V,T)} - OSC_{offset}]$$

Where tRX_DQS2DQ$_{(V,T)}$, tDQS$_{OSC(V,T)}$ and OSC$_{offset(V,T)}$ are determined over the same voltage and temp conditions.

NOTE 4   The runtime of the oscillator must be at least 200ns for determining tDQS$_{OSC(V,T)}$

$$tDQS_{OSC(V,T)} = \frac{Runtime}{2 * Count}$$

NOTE 5   The input stimulus for tRX_DQS2DQ will be consistent over voltage and temperature conditions.

NOTE 6   The OSCoffset is the average difference of the endpoints across voltage and temperature.

NOTE 7   These parameters are defined per channel.

NOTE 8   tRX_DQS2DQ(V,T) delay will be the average of DQS to DQ delay over the runtime period.

NOTE 9   The matching error and offset of OSC came from DQS2DQ interval oscillator.

The interval oscillator count read out timing

### Table 145 — DQS Interval Oscillator Read out AC Timing

| Parameter | Symbol | DDR5-3200 to 4800 | | DDR5-5200 to 6400 | | DDR5-6800 to 8400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | | |
| Delay time from DQS Interval Oscillator stop to Mode Register Readout in manual mode | tOSCOM | tMPC_Delay | - | tMPC_Delay | - | TBD | - | nCK | |
| Delay time from DQS Interval Oscillator automatic mode timer expiration to Mode Register Readout | tOSCOA | tMRD | - | tMRD | - | TBD | - | nCK | |
| DQS Interval Oscillator start gap in automatic stop mode | tOSCS | tMPC_Delay + DQS Interval Timer Run Time | | | | | | nCK | |

NOTE 1   In manual stop mode, DQS osc start command should be followed by DQS osc stop command (MPC). Otherwise, DQS osc result value (MR46 and MR47) cannot be guaranteed.

JEDEC Standard No. 79-5B_v1.20
Page 274

## 4.3.2    DQS Interval Oscillator (cont'd)



NOTES:
1. DES commands are shown for ease of illustration; other commands may be valid at these times.

**Figure 149 — DQS Interval Oscillator Manual Mode Timing Diagram**



NOTES:
1. DES commands are shown for ease of illustration; other commands may be valid at these times.

**Figure 150 — DQS Interval Oscillator Automatic Mode Timing Diagram**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.33    tRX_DQS2DQ Offset Due to Temperature and Voltage Variation

As temperature and voltage change on the SDRAM die, the DQS clock tree will shift and may require retraining. The oscillator is usually used to measure the amount of delay over a given time interval (determined by the controller), allowing the controller to compare the trained delay value to the delay value seen at a later time. The tRX_DQS2DQ offset due to temperature and voltage variation specification can be used for instances when the oscillator cannot be used to control the tRX_DQS2DQ.

**Table 146 — tRX_DQS2DQ Offset Due to Temperature and Voltage Variation for DDR5-3200 to 4800**

| Parameter | Symbol | DDR5-3200 | | DDR5-3600 | | DDR5-4000 | | DDR5-4400 | | DDR5-4800 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| DQS to DQ offset temperature variation | tRX_DQS2DQ _temp | - | 12.75 | - | 11.34 | - | 10.20 | - | 9.28 | - | 8.50 | ps/10℃ | 1,3 |
| DQS to DQ offset voltage variation | tRX_DQS2DQ _volt | - | 45.00 | - | 43.00 | - | 41.00 | - | 39.00 | - | 32.00 | ps/ 50mV | 2,3 |

NOTE 1    tRX_DQS2DQ max delay variation as a function of temperature
NOTE 2    tRX_DQS2DQ max delay variation as a function of the DC voltage variation for VDDQ and VDD. It includes the VDDQ and VDD AC noise impact for frequencies >20MHz and max voltage of 45mVpk-pk from DC -20MHz at a fixed temperature on the package. For tester measurement VDDQ=VDD is assumed
NOTE 3    Absolute value of DQS to DQ offset

**Table 147 — tRX_DQS2DQ Offset Due to Temperature and Voltage Variation for DDR5-5200 to 6400**

| Parameter | Symbol | DDR5-5200 | | DDR5-5600 | | DDR5-6000 | | DDR5-6400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | | |
| DQS to DQ offset temperature variation | tRX_DQS2DQ _temp | - | 7.85 | - | 7.29 | - | 6.80 | - | 6.38 | ps/10℃ | 1,3 |
| DQS to DQ offset voltage variation | tRX_DQS2DQ _volt | - | 30.00 | - | 28.00 | - | 26.25 | - | 25.00 | ps/ 50mV | 2,3 |

NOTE 1    tRX_DQS2DQ max delay variation as a function of temperature
NOTE 2    tRX_DQS2DQ max delay variation as a function of the DC voltage variation for VDDQ and VDD. It includes the VDDQ and VDD AC noise impact for frequencies >20MHz and max voltage of 45 mVpk-pk from DC -20 MHz at a fixed temperature on the package. For tester measurement VDDQ=VDD is assumed
NOTE 3    Absolute value of DQS to DQ offset.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 276

## 4.34   2N Mode

2N mode allows the system to provide more setup and hold time on the CA bus. 2N mode is enabled by default on the DDR5 SDRAM, and an MPC is used to change between 2N and 1N modes. MR2:OP[2] allows the state of the 2N Mode to be read.

DDR5 has defined two cycle commands, which requires the DRAM to capture the command differently between 1N and 2N modes. In both modes, the first half of the command is sampled on the clock that the chip select is active. In 1N mode, the second half of the command is sampled on the next clock edge. In 2N mode, the second half of the command is sampled 2 clocks after the first half. Non-target ODT signaling (on the chip select) is also delayed by a clock in 2N mode.

To the DRAM, one clock commands operate the same in 1N and 2N mode, with the command sampled on the same clock as the chip select active.'

A 2-cycle or 1-cycle command can start on any clock (unlike geardown mode). Figure 151 below shows the differences between standard 1N mode with a 2-cycle read command, followed by a 1-cycle precharge command, and what it looks like when operated in 2N mode with the same commands. While in 2N mode, the host will never send two consecutive Chip Selects except during explicit cases such as exiting CATM mode.

### Table 148 — MR2 Functional Modes (for Reference Only)

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| Internal Write Timing | Reserved | Device 15 MPSM | CS Assertion Duration (MPC) | Max Power Savings Mode (MPSM) | 2N Mode | Write Leveling Training | Read Preamble Training |
| NOTE    OP(0-7) can be programed with either "0" or "1". | | | | | | | |

### Table 149 — 2N Mode Register Config

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| 2N Mode | R | OP[2] | 0B: 2N Mode (Default)<br>1B: 1N Mode | 1, 2 |
| NOTE 1    To ensure training modes can be enabled and run appropriately, the default (power-on) mode for DDR5 is 2N mode. Post CA Training, the user can configure this bit to put the device into either 1N mode or 2N mode. Both 1N and 2N modes are valid operating conditions for DDR5. | | | | |
| NOTE 2    Since 2N Mode setting is an MPC based command, it can only be programmed via that command and its mode register is therefore read only. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.34   2N Mode (cont'd)



**Figure 151 — Example of 1N vs 2N Mode - For Reference Only**

### 4.34.1  1N / 2N Mode Clarifications

Several DDR5 SDRAM features require specific CS_n and CA bus behavior to function correctly in 1N and 2N mode. **Table 150** describes the various behaviors (additional details in the respective sections of the spec).

**Table 150 — CS_n and CA Bus Required Behaviors**

| | CS Assertion Duration | CS_n Required Behavior for 1N | CS_n Required Behavior for 2N | CA Bus Required Behavior for Multi-Cycle CS Assertion / 2N |
|---|---|---|---|---|
| Cold or Warm Reset Exit | Multi (default) | NA | Static low for 3+ nCK | Static NOP for 3+ nCK |
| MPC (includes CSTM Exit) | Single | Single low pulse | Single low pulse | Single MPC |
| | Multi | Static Multi-Cycle low | Static Multi-Cycle low | Static MPC surrounding CS_n low by tMC_MPC_* |
| VREFCS / VREFCA | Single | Single low pulse | Single low pulse | Single VREFCS / VREFCA |
| | Multi | Static Multi-Cycle low | Static Multi-Cycle low | Static VREFCS / VREFCA surrounding CS_n low by tMC_VREFCS_* / tMC_VREFCA_* |
| CATM exit (NOP Command) | Don't care | Static low for 2+ nCK | Static low for 2+ nCK | Static NOP for the duration of tCATM_CS_Exit |
| PDX | Don't care | Single low pulse | Single low pulse | Single NOP |
| SRX (3 NOPs) | Don't care | Static low for 3+ nCK | Static low for 3+ nCK | Static NOP for 3+ nCK if CS_n held static low |
| | | Pulsing low 3+ cycles (...0, 1, 0, 1, 0...) | Pulsing low 3+ cycles (...0, 1, 0, 1, 0...) | Static NOP for 5+ nCK if CS_n is pulsed low |
| NOTE 1   MR2:OP[4], CS Assertion Duration, setting only applies to the MPC, VREFCS, and VREFCA commands. | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 278

## 4.35   Write Pattern Command

Due to the significant percentage of writes that contain all zeros, this new mode is being proposed for inclusion into the DDR5 specification as a new WRITE Pattern command. When used effectively, the command can save power by not actually sending the data across the bus.

This new mode is operated very similar to a standard write command with the notable exceptions that it has its own encoded WRITE Pattern command, no data is sent on the DQ bus, no toggling of DQS is needed, and the DRAM does not turn on any internal ODT. ECC parity is based on the Write Pattern Mode data in MR48.

Upon receiving the command, the DRAM device will source the input for the memory array from the Write Pattern Mode Registers instead of from the DQ bits themselves. The DQ mapping across the burst is shown below in DQ output mapping table. The host will not send any data during this time. All timing constraints are still measured from the clocks where the write command data would have been transferred. e.g. tWR is measured from end of write burst to PRE as shown below in Figure . The pattern used for this mode is provided by the contents of MR48:OP[7:0]. That pattern can be all zeros, all ones, or something else, and can be changed with an MRW command to MR48. The power on default for this mode register is all zeros.

### Table 151 — Write Pattern Mode Register

| MR Address | WRITE Pattern | OP7 | OP6 | OP5 | OP4 | OP3 | OP2 | OP1 | OP0 |
|---|---|---|---|---|---|---|---|---|---|
| MR48 | UI | Valid | Valid | Valid | Valid | Valid | Valid | Valid | Valid |

| | |
|---|---|
| NOTE 1 | OP[7:0] can be independently programmed with either "0" or "1". |
| NOTE 2 | Default is all zeros for OP[7:0]. |
| NOTE 3 | If CRC is enabled, ALERT_n will not be issued from the DRAM during Write Pattern mode, and tCCD_S=9tCK should be satisfied. |

The DQ output mapping  table below describes how the pattern stored in MR48 above will be mapped into the DRAM array across the DQ bits and Burst. The pattern is described as follows:

In the case of a x4 SDRAM device, only OP[3:0] will used, with each bit of the pattern corresponding to DQ[3:0] respectively. The same OP value will be repeated over the entire burst for that bit (i.e. DQ0 store OP0 on every UI of the burst).   Although OP[7:4] are not used for the x4, the original programmed MRW values will still be read during an MRR. OP[7:4] will not revert back to the default of zero.

In the case of a x8 SDRAM device, the whole pattern OP[7:0] will be used, with each bit of the pattern corresponding to DQ[7:0] respectively. The same OP value will be repeated over the entire burst for that bit. (i.e. DQ0 store OP0 on every UI of the burst)

In the case of a x16 SDRAM device, the whole pattern OP[7:0] will be used, with each bit of the pattern corresponding to DQL[7:0] respectively and then that pattern will be repeated for DQU[7:0]. The same OP value will be repeated over the entire burst for that bit. (i.e., DQ0 store OP0 on every UI of the burst)

The Burst Length (BL) supported in Write Pattern Mode is based on MR0 OP[1:0]. The Write Pattern Command (WRP) does not support On-The-Fly (OTF), resulting in the output values being either a fixed BL16 or BL32.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.35   Write Pattern Command (cont'd)

**Table 152 — Write Pattern DQ Output Mapping**

| SDRAM CONFIG | BL16 x16 | BL16 x8 | BL16 x4 | BL32 x4 |
|---|---|---|---|---|
| UI | 0-15 | 0-15 | 0-15 | 0-31 |
| DQL0 / DQ0 | OP0 | OP0 | OP0 | OP0 |
| DQL1 / DQ1 | OP1 | OP1 | OP1 | OP1 |
| DQL2 / DQ2 | OP2 | OP2 | OP2 | OP2 |
| DQL3 / DQ3 | OP3 | OP3 | OP3 | OP3 |
| DQL4 / DQ4 | OP4 | OP4 | - | |
| DQL5 / DQ5 | OP5 | OP5 | - | |
| DQL6 / DQ6 | OP6 | OP6 | - | |
| DQL7 / DQ7 | OP7 | OP7 | - | |
| DQU0 | OP0 | - | - | |
| DQU1 | OP1 | - | - | |
| DQU2 | OP2 | - | - | |
| DQU3 | OP3 | - | - | |
| DQU4 | OP4 | - | - | |
| DQU0 | OP5 | - | - | |
| DQU6 | OP6 | - | - | |
| DQU7 | OP7 | - | - | |
| DML_n / DM_n | INVALID | INVALID | - | |
| DMU_n | INVALID | - | - | |



NOTES:
1. Refer to **Table 53**, **Table 54**, and **Table 55** to determine if the timing parameter definition for WRITE to WRP is tCCD_L_WR or tCCD_L_WR2.

**Figure 152 — Example of Write Pattern Command**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.36   On-Die ECC

DDR5 devices shall implement internal Single Error Correction (SEC) ECC to improve the data integrity within the DRAM. The DRAM shall use 128 data bits to compute the ECC code of 8 ECC Check Bits.

For a x4 DDR5 device, internal prefetch for on-die ECC is 128 bits even though a x4 is a 64-bit prefetch device. For each read or write transaction in a x4 device, an additional section of the DRAM array is accessed internally to provide the required additional 64 bits used in the 128-bit ECC computation. In other words, in a x4 device, each 8-bit ECC Check Bit word is tied to two 64-bit sections of the DRAM. In the case of a x8 device, no extra prefetch is required, as the prefetch is the same as the external transfer size. For a x16 device, two 128-bit data words and their corresponding 8 check bits are fetched from different internal banks (same external bank address). Each 128 Data bits and the corresponding 8 check bits are checked separately and in parallel.

On reads, the DRAM corrects any single-bit errors before returning the data to the memory controller. The DRAM shall not write the corrected data back to the array during a read cycle.

On writes, the DRAM computes ECC and writes data and ECC bits to the array. If the external data transfer size is smaller than the 128 data bits code word (x4  devices), then DRAM will have to perform an internal 'read-modify-write' operation. The DRAM will correct any single-bit errors that result from the internal read before merging the incoming write data and then re-compute 8 ECC Check bits before writing data and ECC bits to the array. In the case of a x8 and x16 DDR5, no internal read is required.

For a x16 device, two 136-bit code words are read from two internal banks(same external bank address), one code word is mapped to DQ[0:7] and the other code word is mapped to DQ[8:15].

### 4.36.1  SEC Overview

The ECC blocks show in Figure 153 are the ECC Check Bit Generator, Syndrome Generator, Syndrome Decode and Correction. The Check Bit Generator and Syndrome Generator blocks are fully specified by the H matrix.

The Syndrome Decode block executes the following function:

Zero Syndrome => No Error

Non-Zero Syndrome matches one of the columns of the H matrix => Flip Corresponding bit

Non-Zero Syndrome that does not match any of the columns in the H matrix => DUE

DUE: Detected Uncorrected



**Figure 153 — On Die ECC Block Diagram**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.37   DDR5 ECC Transparency and Error Scrub

DDR5 ECC Transparency and Error Scrub incorporates an ECC Error Check and Scrub (ECS) mode with an error counting scheme for transparency. The ECS mode allows the DRAM to internally read, correct single bit errors, and write back corrected data bits to the array (scrub errors) while providing transparency to error counts. It is recommended that a full error scrub of the DRAM is performed a minimum of once every 24 hours.

There are two options for ECS mode, set via Mode Register. The Manual ECS  mode (MR14:OP[7] = 1$_B$) allows for ECS operations via the Multi-Purpose Command. The Automatic ECS mode (MR14:OP[7] = 0$_B$, default setting) allows for  the ECS to run internal to the DRAM.

The ECS feature is available on all device configurations.

ECS mode implements two counters to track ECC code word errors detected during operation: Error Counter (EC) and Errors per Row Counter (EpRC). The EC defaults to counting rows with errors; however, it may also be configured to count code words with errors. In row mode (default), the EC tracks the number of rows that have at least one code word error detected subject to a threshold filter. In the code word mode, the EC tracks the total number of code word errors, also subject to the threshold filter. The second counter, EpRC, tracks the error count of the row with the largest number of code word errors along with the address of that row. EpRC error reporting is also subject to a separate threshold filter. A general functional block diagram example of the ECS Mode operation is shown in **Figure 154** while the ECC Error Checking and Scrub mode, Mode Register (MR14), is shown in **Table 153**.



**Figure 154 — Example of an ECC Transparency and Error Scrub Functional Block Diagram**

**Table 153 — MR14 ECC Transparency and Error Scrub Mode Register Information**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| ECS Mode | Reset ECS Counter | Row Mode/ Code Word Mode | RFU | CID3 | CID2 | CID1 | CID0 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 282

## 4.37.1  Mode Register and DRAM Initialization Prior to ECS Mode Operation

The ECC Transparency and Error Scrub counters are set to zero and the internal ECS Address Counters are initialized either by a RESET or by manually writing MR14 OP[6]=$1_B$. While MR14:OP[6]=$1_B$, ECS counters are reset and no additional ECS operations shall occur. If manual reset via mode register is utilized, mode register bit MR14 OP[6] shall be written back to a 0 before any subsequent ECS operations will continue or a subsequent reset can be applied.

ECS mode selections, MR15 OP[3], Automatic ECS in Self-Refresh, MR14 OP[7], Manual/Automatic ECS Mode, and MR14 OP[5], row/code word mode shall be programmed during DRAM initialization and shall not be changed once the first ECS operation occurs unless followed by issuing a RESET or ECS Reset Counters, otherwise an unknown operation could result during subsequent ECS operations.

An ECS Reset Counters operation requires setting MR14:OP[6]=$1_B$ to reset MR16 - MR20. Setting MR14:OP[6]=$0_B$ is then required to re-enable Manual or Automatic ECS operations.

Manual ECS mode is enabled by MR14 OP[7] = $1_B$. A manual ECS operation requires an MPC command with OP[7:0]=0000 1100$_B$.

The DRAM must have all array bits written to prior to executing ECS operations to avoid generating false failures.

## 4.37.2  ECS Operation

All banks shall be precharged and in an idle state prior to executing a manual ECS operation.

Executing a manual ECS operation, MPC command with OP[7:0]=0000 1100$_B$, generates the following internally self-timed command sequence: ACT→RD→WR→PRE. ECS operation timing is shown in **Figure 155**.



**ECS Mode Timing Diagram**

**Figure 155 — ECS Operation Timing Diagram**

The minimum time for the ECS operation to execute is $t_{ECSc}$ ($t_{MPC\_Delay}$ + $t_{RCD}$ + WL + $t_{WR}$ + $t_{RP}$ + $nt_{CK}$). $nt_{CK}$ is required to satisfy $t_{ECSc}$.

### Table 154 — ECS Operation Timing Parameter

| Parameter | Symbol | Min | Max | Unit | NOTE |
|---|---|---|---|---|---|
| ECS Operation time | $t_{ECSc}$ | Max(176nCK, 110ns) | - | ns | |

Upon executing a manual ECS operation. DQ's will remain in RTT_PARK and DQS in DQS_RTT_PARK. The only commands allowed other than DES during $t_{ECSc}$ for a manual ECS operation are ODT NT commands, which may change the DQ and DQS termination state.

Any illegal usage of manual ECS mode (e.g. refresh or temperature violations) will result in operation not being guaranteed.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.37.2   ECS Operation (cont'd)

Executing a manual ECS operation by an MPC command with OP[7:0]=0000 1100$_B$ will issue an internally timed ACT command row activation based on the internal ECS Address Counters' row address, $t_{MPC\_Delay}$ after the MPC command. The ACT command is to be followed by a WR command $t_{RCD}$ later. The WR command will perform an internal Read-Modify-Write cycle on the code word determined by the internal ECS Address Counters' column address.

The internal Read-Modify-Write cycle will:

1. Read the entire code word (128 data bits and 8 check bits) from the array
2. Correct a single bit error in the code word or check bits, if an error is detected
3. Write the resultant code word back to the DRAM array

The WR command is followed by a PRE command WL + $t_{WR}$ later. The PRE command will automatically re-enable the DRAM's I/Os and address inputs, and it will return the DRAM to idle mode $t_{RP}$ + $nt_{CK}$ later, after $t_{ECSc}$ is satisfied.

For each ECS operation, ECS Address Counters increment the column address after each internal ECS WR command such that the next code word and check bits are selected. Once the column counter wraps (all code words and check bits on the row have been accessed), the row counter will  increment until all code words on each of the rows within a bank are accessed. When the row counter wraps (all rows within the bank have been accessed), the bank counter will increment and the next bank within a bank group will repeat the process of accessing each code word. When the bank counter wraps, the bank group counter will increment and the next bank group will repeat the process of accessing each code word, until all bank groups within the DRAM have been accessed.

After all the code words within the DRAM are read, corrected, and written once, the bank group counter will wrap and the process begins again with the next manual ECS operation. The total number of manual ECS operations required to complete one cycle of Error Check and Scrub is density and configuration dependent, as listed in **Table 155**. The DRAM controller shall track the number of manual ECS operations to complete a full scrub of that device.

### Table 155 — Number of Code Words Per DRAM

| Configuration | 8Gb | 16Gb | 24Gb | 32Gb | 64Gb |
|---|---|---|---|---|---|
| x4, x8, x16 | 2^26 | 2^27 | 2^27 * 1.5 | 2^28 | 2^29 |

In order to complete a full Error Check and Scrub within the recommended 24 hours, the average periodic interval per ECS operation ($t_{ECSint}$) is 86,400 seconds divided by the total number of manual ECS operations to complete one full cycle of ECS. $t_{ECSint}$ is included in Table 156.

### Table 156 — Average Periodic ECS Interval (tECSint)

| Configuration | 8Gb | 16 Gb | 24 Gb | 32 Gb | 64 Gb |
|---|---|---|---|---|---|
| x4, x8, x16 | 1.287 mS | 0.644 mS | 0.429 mS | 0.322 mS | 0.161 mS |

In order for the DDR5 SDRAM to perform automatic ECS operations when in Automatic ECS Mode, the host needs to issue periodic REFab commands or periodically enter Self Refresh mode. The maximum spacing between REFab commands or Self Refresh entry for the DRAM to complete the automatic scrub within the recommended 24 hours is $t_{ECSint}$. Meeting this REFab/Self-Refresh requirement allows the DRAM to perform the automatic ECS operations without placing additional restrictions on refresh mode usage, i.e. all bank/same bank refresh or normal/FGR mode refresh, while in Automatic ECS mode. REFab commands issued in excess of required by the DRAM for automatic ECS operations (one per $t_{ECSint}$) may be used by the DRAM for normal refresh operation. Issuing multiple REF commands shall not exceed the total number allowed within a 1 x $t_{REFI}$ window, as described in the Refresh Operation Scheduling Flexibility section of the spec.

When in Automatic ECS mode, the ECS commands and timing are generated and satisfied internal to the DRAM, following the Average Periodic ECS Interval timings to ensure that the Error Check and Scrub is completed and the transparency registers (MR16-20) are updated within the recommended 24-hour period.

The DRAM is required to perform automatic ECS operations while in Self Refresh mode if Automatic ECS is enabled by MR14 OP[7]=0$_B$ or Automatic ECS in Self-Refresh is enabled by MR15 OP[3]=1$_B$, to meet the Average Periodic ECS

Interval timings. However, some variation in the DRAM

scrubbing rate may be encountered while in Self Refresh since the DRAM will need to sync the internal operations to an internal oscillator fre-quency. Entering and exiting Self Refresh will not reset the ECS transparency counters/registers. Interval timing for the maximum spacing between REFab commands or another Self Refresh entry is allowed to restart upon Self Refresh exit.ECS Threshold Filter

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.37.2   ECS Operation (cont'd)

The ECC Transparency and Error Scrub scheme incorporates a user programmable ECS Threshold Filter that masks error counts less than the programmed filter value. The value is set using MR15 as listed in Table 157. The default MR15 setting is 256 fails per Gb of memory cells (OP[2:0] = 011B).

**Table 157 — MR15 Transparency ECC Error Threshold Count per Gb of Memory Cells and Automatic ECS in Self-Refresh**

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|-------|-------|-------|-------|-------|-------|-------|-------|
| RFU | | | | Automatic ECS in Self-Refresh | OP[2:0]: $000_B$ = 4<br>OP[2:0]: $001_B$ = 16<br>OP[2:0]: $010_B$ = 64<br>OP[2:0]: 011B = 256 (Default)<br>OP[2:0]: 100B = 1024<br>OP[2:0]: 101B = 4096<br>OP[2:0]: 110B = RFU<br>OP[2:0]: 111B = RFU | | |

## 4.37.3   ECS Error Tracking

The type of error tracking provided by the ECC Transparency and Error Scrub is selectable using MR14 OP[5], which can track either the number of rows (default) or code words with errors using the Error Counter. The row or code word error count will be tracked and written to MR20 register. MR14 OP[5] is programmed during DRAM initialization and should not be changed once the first ECS command has been issued, otherwise an unknown operation could result. If MR14 OP[5] is changed without powering down, an MR14 OP[6] reset shall be issued prior to subsequent ECS commands to reinitialize the counters.

When the ECC row count mode is selected, the Error Counter (EC) increments each time a row with check bit errors is detected. After all rows, in all banks, in all bank groups have ECS operations performed, the result of the Error Counter is loaded into MR20, subject to error threshold reporting. The EC is reset after the value has been transferred to the mode register.

MR20 is shown in Table 158. EC[7:0] indicate error counts within a range. EC0 is set to "1" if $EC0_{min}$ (the ETC set by MR15) has been reached, but the fail count is less than or equal to $EC0_{max}$ = 2 * ETC * Density(Gb) - 1. Likewise, the min values of EC[7:1] are defined as $EC[x]_{min}$ = ETC * Density(Gb) * $2^x$, and max values are defined as $EC[x]_{max}$ = 2 * (ETC * Density(Gb) * $2^x$) - 1. The exception is $EC7_{max}$, which is unlimited. The corresponding bit will be set if the error count is within the required range.

**Table 158 — MR20 Number of Rows or Code Word Errors per DRAM Die**

|  | OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|------|-------|-------|-------|-------|-------|-------|-------|-------|
| MR20 | EC7 | EC6 | EC5 | EC4 | EC3 | EC2 | EC1 | EC0 |

When the ECC code word error count mode is selected, the Error Counter (EC) increments each time a code word with check bit errors is detected. After all code words, on all rows, in all banks, in all bank groups had ECS commands performed, the result of the Error Counter is loaded into MR20, subject to error threshold reporting. The EC is reset after the value has been transferred to the mode register.

The ECC Errors per Row Counter increments the number of code words errors on a given row, after more than one error on a given row is detected. The EpRC counter is reset with each column address wrap. Each row's code word error count is compared to the previous code word error count to determine the row address with the highest error count within the DRAM die. After reading all code words on a row, the number of errors counted is compared to the number of errors from the previous row. If the previous row error count is less than the present row error count, the present larger error count is saved to the Previous High Error Count register, its associated address is saved to the Previous High Error Count Row/Bank Address/Bank Group register, and the present row error counter is cleared. If the previous row error count is greater than the present row error count, the previous row error count and register value remains unchanged, however the present row error counter is cleared.

**LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.**

## 4.37.3  ECS Error Tracking (cont'd)

After all rows, in all banks, in all bank groups have executed ECS operations, the result of the Previous High Error Count (address and error count) are latched into MR16:19 when the bank group counter wraps, if the Errors per Row Count(EpRC) meets or exceeds the Row Error Threshold Count(RETC) in Table 160. MR16:18 shown in **Table 159** contains the information for the row with the highest number of code word errors and is allocated as A[17:0] Row Address, BA[1:0] Bank Address, BG[2:0] Bank Group Address. MR19 shown in Table 159 contains the information for the Errors per Row Count (EpRC) for the number of code word errors on the highest failing row. REC[5:0] indicates error counts within a range. REC0 is set to "1" if REC0min (the RETC defined in Table 160) has been reached, but the fail count is less than or equal to REC0max = 2 * RETC - 1. Likewise, the min values of REC[5:1] are defined as REC[x]min = RETC * $2^x$, and max values are defined as REC[x]max = 2 * (RETC * $2^x$) - 1. The exception is REC5$_{max}$, which is unlimited. The corresponding bit will be set if the error count is within the required range.

**Table 159 — MR16-MR19 Address of Row with Max Errors and Error Count**

|      | OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|------|-------|-------|-------|-------|-------|-------|-------|-------|
| MR16 | R7    | R6    | R5    | R4    | R3    | R2    | R1    | R0    |
| MR17 | R15   | R14   | R13   | R12   | R11   | R10   | R9    | R8    |
| MR18 | RFU   | BG2   | BG1   | BG0   | BA1   | BA0   | R17   | R16   |
| MR19 | RFU   | RFU   | REC5  | REC4  | REC3  | REC2  | REC1  | REC0  |

**Table 160 — Row Error Threshold Count (RETC)**

|                                   | Error Count |
|-----------------------------------|-------------|
| Row Error Threshold Count (RETC)  | 4           |

The error counters (ECC Error Counter and ECC Errors per Row Counter) reset each time the bank group counter wraps. This process will occur on the ECS operation following the ECS operation that processed the last row in the last bank in the last bank group. The MR16:20 are not cleared after being read from, they will retain the most recent written data until they are rewritten during a subsequent bank group wrap or reset by either issuing a RESET or ECS Reset Counters.

## 4.37.4  3DS Operation

The ECS feature supports 3DS stacking where the Chip ID, MR14 OP[3:0] (CID3:0 respectively), command bits steer the ECS command to the proper mode registers MR14-MR20 within the die stack. The CID[3:0] bits will be ignored for MRW commands to MR14 or MR15, resulting in identical transparency settings for all die in a 3DS stack. The CID[3:0] bits must be set for MRR commands to MR14-MR20 to read out the data from the target die in the 3DS stack. The CID[3:0] bits will also be used by the Manual ECS MPC command. For single die packages, the CID[3:0] bits should all be set to '0'.

Mode register configuration and readout of mode register data requires per DRAM addressing mode.

Broadcasting the Manual ECS MPC command to all die in the stack is not supported. The Manual ECS MPC command to command spacing requires waiting tECSc, even to different die in the stack. The only commands allowed during $t_{ECSc}$ for a manual ECS operation are ODT NT commands.

## 4.37.5  ECS Operation with PASR support

Segments which are masked are not guaranteed to retain their data if Self Refresh is entered. If Automatic ECS (MR14:OP[7]=0B) or Automatic ECS in Self Refresh (MR15:OP[3]=1B) is enabled, ECS scrubbing will still occur in unmasked segments while in Self Refresh, but the DRAM is not required to execute the ECS on the masked segments. ECS Transparency may not produce accurate results if any mak bit is set. Additionally, upon exit of Self Refresh with masked segments, the masked segments will need to be initialized with known data and the ECS counters will need to be reset, if accurate ECS data is required during the next scrub through the full array.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.38   CRC

## 4.38.1  CRC Polynomial and Logic Equation

DDR5 supports CRC for write and read operations. Write and read CRC can be enabled by separate mode register bits. Write CRC and data mask functions are not supported at the same time and cannot be enabled together.

The CRC polynomial used by DDR5 is the ATM-8 HEC, $X^8+X^2+X^1+1$ that is same as used on DDR4.
A combinatorial logic block implementation of this 8-bit CRC for 64-bits of data contains TBD two-input XOR gates contained in eight 6 XOR gate deep trees.

**Table 161** shows error detection coverage of DDR5 CRC.

### Table 161 — Error Detection Details

| Error Type | Detection Capability |
|---|---|
| Random Single Bit Error | 100% |
| Random Double Bit Error | 100% |
| Random Odd Count Error | 100% |
| Random Multi-Bit Error within Two adjacent Transfers | 100% |

```
CRC COMBINATORIAL LOGIC EQUATIONS
module CRC8_D64;
// polynomial: (0 1 2 8)
// data width: 64
// convention: the first serial data bit is D[63]
// initial condition all 0 implied
function [7:0]
nextCRC8_D64;
input [63:0] Data;
reg [63:0] D;
reg [7:0] NewCRC;
begin
D = Data
;
NewCRC[0] = D[63] ^ D[60] ^
D[56] ^ D[54] ^ D[53] ^ D[52] ^ D[50] ^ D[49] ^ D[48] ^
D[45] ^ D[43] ^ D[40] ^ D[39] ^ D[35] ^ D[34] ^ D[31] ^
D[30] ^ D[28] ^ D[23] ^ D[21] ^ D[19] ^ D[18] ^ D[16] ^
D[14] ^ D[12] ^ D[8] ^ D[7] ^ D[6] ^ D[0] ;
NewCRC[1] = D[63] ^ D[61] ^ D[60] ^ D[57] ^
D[56] ^ D[55] ^ D[52] ^ D[51] ^ D[48] ^ D[46] ^ D[45] ^
D[44] ^ D[43] ^ D[41] ^ D[39] ^ D[36] ^ D[34] ^ D[32] ^
D[30] ^ D[29] ^ D[28] ^ D[24] ^ D[23] ^ D[22] ^ D[21] ^
D[20] ^ D[18] ^ D[17] ^ D[16] ^ D[15] ^ D[14] ^ D[13] ^
D[12] ^ D[9] ^ D[6] ^ D[1] ^ D[0];
NewCRC[2] = D[63] ^ D[62] ^ D[61] ^ D[60] ^
D[58] ^ D[57] ^ D[54] ^ D[50] ^ D[48] ^ D[47] ^ D[46] ^
D[44] ^ D[43] ^ D[42] ^ D[39] ^ D[37] ^ D[34] ^ D[33] ^
D[29] ^ D[28] ^ D[25] ^ D[24] ^ D[22] ^ D[17] ^ D[15] ^
D[13] ^ D[12] ^ D[10] ^ D[8] ^ D[6] ^ D[2] ^ D[1] ^ D[0];
NewCRC[3] = D[63] ^ D[62] ^ D[61] ^ D[59] ^
D[58] ^ D[55] ^ D[51] ^ D[49] ^ D[48] ^ D[47] ^ D[45] ^
D[44] ^ D[43] ^ D[40] ^ D[38] ^ D[35] ^ D[34] ^ D[30] ^
```

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.38.1  CRC Polynomial and Logic Equation (cont'd)

D[29] ^ D[26] ^ D[25] ^ D[23] ^ D[18] ^ D[16] ^ D[14] ^
D[13] ^ D[11] ^ D[9] ^ D[7] ^ D[3] ^ D[2] ^ D[1];
NewCRC[4] = D[63] ^ D[62] ^ D[60] ^
D[59] ^ D[56] ^ D[52] ^ D[50] ^ D[49] ^ D[48] ^ D[46] ^
D[45] ^ D[44] ^ D[41] ^ D[39] ^ D[36] ^ D[35] ^ D[31] ^
D[30] ^ D[27] ^ D[26] ^ D[24] ^ D[19] ^ D[17] ^ D[15] ^
D[14] ^ D[12] ^ D[10] ^ D[8] ^ D[4] ^ D[3] ^ D[2];
NewCRC[5] = D[63] ^ D[61] ^ D[60] ^
D[57] ^ D[53] ^ D[51] ^ D[50] ^ D[49] ^ D[47] ^ D[46] ^
D[45] ^ D[42] ^ D[40] ^ D[37] ^ D[36] ^ D[32] ^ D[31] ^
D[28] ^ D[27] ^ D[25] ^ D[20] ^ D[18] ^ D[16] ^ D[15] ^
D[13] ^ D[11] ^ D[9] ^ D[5] ^ D[4] ^ D[3];
NewCRC[6] = D[62] ^ D[61] ^ D[58] ^
D[54] ^ D[52] ^ D[51] ^ D[50] ^ D[48] ^ D[47] ^ D[46] ^
D[43] ^ D[41] ^ D[38] ^ D[37] ^ D[33] ^ D[32] ^ D[29] ^
D[28] ^ D[26] ^ D[21] ^ D[19] ^ D[17] ^ D[16] ^ D[14] ^
D[12] ^ D[10] ^ D[6] ^ D[5] ^ D[4];
NewCRC[7] = D[63] ^ D[62] ^ D[59] ^
D[55] ^ D[53] ^ D[52] ^ D[51] ^ D[49] ^ D[48] ^ D[47] ^
D[44] ^ D[42] ^ D[39] ^ D[38] ^ D[34] ^ D[33] ^ D[30] ^
D[29] ^ D[27] ^ D[22] ^ D[20] ^ D[18] ^ D[17] ^ D[15] ^
D[13] ^ D[11] ^ D[7] ^ D[6] ^ D[5];
nextCRC8_D64 = NewCRC;

### 4.38.2  CRC Data Bit Mapping for x4 Devices

**Figure 156** shows detailed bit mapping for a x4 device. This bit mapping is common between write and read CRC operations.

| | Transfer | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| DQ0 | d0 | d4 | d8 | d12 | d16 | d20 | d24 | d28 | d32 | d36 | d40 | d44 | d48 | d52 | d56 | d60 | CRC0 | CRC4 |
| DQ1 | d1 | d5 | d9 | d13 | d17 | d21 | d25 | d29 | d33 | d37 | d41 | d45 | d49 | d53 | d57 | d61 | CRC1 | CRC5 |
| DQ2 | d2 | d6 | d10 | d14 | d18 | d22 | d26 | d30 | d34 | d38 | d42 | d46 | d50 | d54 | d58 | d62 | CRC2 | CRC6 |
| DQ3 | d3 | d7 | d11 | d15 | d19 | d23 | d27 | d31 | d35 | d39 | d43 | d47 | d51 | d55 | d59 | d63 | CRC3 | CRC7 |

**Figure 156 — CRC Bit Mapping for x4 Device**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 288

## 4.38.3  CRC Data Bit Mapping for x8 Devices

Figure 157 shows detailed bit mapping for a x8 device. This bit mapping is common between write and read CRC operations. x8 devices have two DQ nibbles and each DQ nibble has its own eight CRC bits to protect 64 data bits. Therefore, a x8 device will have two identical CRC trees implemented.

| | Transfer | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| DQ0 | d0 | d4 | d8 | d12 | d16 | d20 | d24 | d28 | d32 | d36 | d40 | d44 | d48 | d52 | d56 | d60 | CRC0 | CRC4 |
| DQ1 | d1 | d5 | d9 | d13 | d17 | d21 | d25 | d29 | d33 | d37 | d41 | d45 | d49 | d53 | d57 | d61 | CRC1 | CRC5 |
| DQ2 | d2 | d6 | d10 | d14 | d18 | d22 | d26 | d30 | d34 | d38 | d42 | d46 | d50 | d54 | d58 | d62 | CRC2 | CRC6 |
| DQ3 | d3 | d7 | d11 | d15 | d19 | d23 | d27 | d31 | d35 | d39 | d43 | d47 | d51 | d55 | d59 | d63 | CRC3 | CRC7 |
| DQ4 | d0 | d4 | d8 | d12 | d16 | d20 | d24 | d28 | d32 | d36 | d40 | d44 | d48 | d52 | d56 | d60 | CRC0 | CRC4 |
| DQ5 | d1 | d5 | d9 | d13 | d17 | d21 | d25 | d29 | d33 | d37 | d41 | d45 | d49 | d53 | d57 | d61 | CRC1 | CRC5 |
| DQ6 | d2 | d6 | d10 | d14 | d18 | d22 | d26 | d30 | d34 | d38 | d42 | d46 | d50 | d54 | d58 | d62 | CRC2 | CRC6 |
| DQ7 | d3 | d7 | d11 | d15 | d19 | d23 | d27 | d31 | d35 | d39 | d43 | d47 | d51 | d55 | d59 | d63 | CRC3 | CRC7 |

**Figure 157 — CRC Bit Mapping for x8 Device**

## 4.38.4  CRC Data Bit Mapping for x16 Devices

Figure 158 shows detailed bit mapping for a x16 device. This bit mapping is common between write and read CRC operations. x16 devices have four DQ nibbles and each DQ nibble has its own eight CRC bits to protect 64 data bits. Therefore, a x16 device will have four identical CRC trees implemented.

| | Transfer | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| DQ0 | d0 | d4 | d8 | d12 | d16 | d20 | d24 | d28 | d32 | d36 | d40 | d44 | d48 | d52 | d56 | d60 | CRC0 | CRC4 |
| DQ1 | d1 | d5 | d9 | d13 | d17 | d21 | d25 | d29 | d33 | d37 | d41 | d45 | d49 | d53 | d57 | d61 | CRC1 | CRC5 |
| DQ2 | d2 | d6 | d10 | d14 | d18 | d22 | d26 | d30 | d34 | d38 | d42 | d46 | d50 | d54 | d58 | d62 | CRC2 | CRC6 |
| DQ3 | d3 | d7 | d11 | d15 | d19 | d23 | d27 | d31 | d35 | d39 | d43 | d47 | d51 | d55 | d59 | d63 | CRC3 | CRC7 |
| DQ4 | d0 | d4 | d8 | d12 | d16 | d20 | d24 | d28 | d32 | d36 | d40 | d44 | d48 | d52 | d56 | d60 | CRC0 | CRC4 |
| DQ5 | d1 | d5 | d9 | d13 | d17 | d21 | d25 | d29 | d33 | d37 | d41 | d45 | d49 | d53 | d57 | d61 | CRC1 | CRC5 |
| DQ6 | d2 | d6 | d10 | d14 | d18 | d22 | d26 | d30 | d34 | d38 | d42 | d46 | d50 | d54 | d58 | d62 | CRC2 | CRC6 |
| DQ7 | d3 | d7 | d11 | d15 | d19 | d23 | d27 | d31 | d35 | d39 | d43 | d47 | d51 | d55 | d59 | d63 | CRC3 | CRC7 |
| DQ8 | d0 | d4 | d8 | d12 | d16 | d20 | d24 | d28 | d32 | d36 | d40 | d44 | d48 | d52 | d56 | d60 | CRC0 | CRC4 |
| DQ9 | d1 | d5 | d9 | d13 | d17 | d21 | d25 | d29 | d33 | d37 | d41 | d45 | d49 | d53 | d57 | d61 | CRC1 | CRC5 |
| DQ10 | d2 | d6 | d10 | d14 | d18 | d22 | d26 | d30 | d34 | d38 | d42 | d46 | d50 | d54 | d58 | d62 | CRC2 | CRC6 |
| DQ11 | d3 | d7 | d11 | d15 | d19 | d23 | d27 | d31 | d35 | d39 | d43 | d47 | d51 | d55 | d59 | d63 | CRC3 | CRC7 |
| DQ12 | d0 | d4 | d8 | d12 | d16 | d20 | d24 | d28 | d32 | d36 | d40 | d44 | d48 | d52 | d56 | d60 | CRC0 | CRC4 |
| DQ13 | d1 | d5 | d9 | d13 | d17 | d21 | d25 | d29 | d33 | d37 | d41 | d45 | d49 | d53 | d57 | d61 | CRC1 | CRC5 |
| DQ14 | d2 | d6 | d10 | d14 | d18 | d22 | d26 | d30 | d34 | d38 | d42 | d46 | d50 | d54 | d58 | d62 | CRC2 | CRC6 |
| DQ15 | d3 | d7 | d11 | d15 | d19 | d23 | d27 | d31 | d35 | d39 | d43 | d47 | d51 | d55 | d59 | d63 | CRC3 | CRC7 |

**Figure 158 — CRC Bit Mapping for x16 Device**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.38.5  Write CRC for x4, x8, and x16 Devices

The controller generates the CRC checksum and forms the write data frames as shown in Clause 4.38.2 to Clause 4.38.4.

Write CRC function can be enabled or disabled per each nibble independently in x8 device. There are two separate write CRC enable MR bits (for upper and lower nibbles) defined for x8. When at least one of two write CRC enable bits is set to '1' in x8, the timings of write CRC enable mode is applied to the entire device (i.e. both nibbles). When write CRC is enable in one nibble and disabled in the other nibble in x8, then the DRAM does not check CRC errors on the disabled nibble, and hence the ALERT_n signal and any internal status bit related to CRC error is not impacted by the disabled nibble.

In case of x4 or x16, only one of two write CRC enable bit is used as defined in the MR table (figure TBD). The unused write CRC enable bit is don't care in x4 and x16, i.e., MR50 OP[2] is set to low for x4 and x16 devices.

The DRAM checks for an error in received code words per each write CRC enabled nibble by comparing the received checksum against the computed checksum and reports errors using the ALERT_n signal if there is a mismatch in any of nibbles.

DRAM can write data to the DRAM core without waiting for CRC check for full writes. If bad data is written to the DRAM core then controller will retry the transaction and overwrite the bad data. Controller is responsible for data coherency.

There is no write latency adder when write CRC is enabled.


## 4.38.6  Write CRC Auto-disable

Write CRC auto-disable mode is enabled by programming the Write CRC auto-disable mode enable bit MR50:OP[4] to '1'. When this mode is enabled, the DDR5 SDRAM counts the number of Write CRC error occurrences per device, regardless of configuration (x4, x8 or x16). When the number of Write CRC errors exceeds the Write CRC Auto-Disable Threshold (between 0 and 127) as programmed in MR51:OP[6:0], the DDR5 SDRAM disables Write CRC error checking of all nibbles and sets the Write CRC auto-disable status bit MR50:OP[5] to '1'. To exceed the Write CRC Auto-Disable Threshold, the number of Write CRC errors must occur within the Write CRC Auto-Disable Window described below.

Once the CRC auto-disable threshold is reached, the DRAM does not drive ALERT_n low on subsequent Write CRC errors until Write CRC error checking is re-enabled.However, due to DRAM internal timing constraints, the DRAM may drive ALERT_n low on the first CRC error that exceeds the CRC auto-disable threshold.Additionally, if the CRC auto-disable threshold is reached and the DDR5 SDRAM was already driving ALERT_n to low due to the current or a previous Write CRC error, then ALERT_n may be released upon satisfying CRC_ALERT_PW_min.

Unless the Write CRC auto-disable status bit is set, the Write CRC error counter is reset after the predetermined number of writes between 0 and 127, where 0 means an infinite window, as programmed in MR52:OP[6:0], so that the Write CRC error count will accumulate during each Write CRC Auto-Disable Window. Once the Write CRC auto-disable status bit is set, the write CRC error checking is not re-enabled at the end of the Write CRC Auto-Disable Window, even though the Write CRC error counter is reset below the threshold value.

Write CRC error checking can be re-enabled by resetting the Write CRC auto-disable status bit MR50:OP[5] to '0'. This will reset the Write CRC error counter and restart the Write CRC Auto-Disable Window.

Prior to changing the Write CRC Auto-Disable Threshold as programmed in MR51:OP[6:0] or the Write CRC Auto-Disable Window as programmed in MR52:OP[6:0], the host shall disable the Write CRC Auto-Disable mode, MR50:OP[4]=0. Once the updated values have been programmed in MR51 and/or MR52, Write CRC Auto-Disable mode can be (re)enabled, MR50:OP[4]=1. Disabling the Write CRC Auto-Disable mode, if enabled, will reset the DRAM's Write CRC error counter and restart the Write CRC Auto-Disable Window. However, if the Write CRC auto-disable status bit had previously been set to '1', MR50:OP[5]=1, the host is required to set MR50:OP[5]=0 to resume error counting.

Changes to the Write CRC auto-disable threshold (MR51) and window (MR52) settings are only allowed when the CRC Write auto-disable mode is disabled (MR50[4]=0).

When Write CRC auto-disable mode is disabled, MR50:OP[4] = 0, Write CRC error counters may remain at reset values even if Write CRC errors occur.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.38.7 Read CRC for x4, x8, and x16 Devices

The DDR5 SDRAM generates the CRC checksum and forms the read data frames as shown in Clause 4.38.2 to Clause 4.38.4. The controller can check for an error in received code words per nibble by comparing the received checksum against the computed checksum and if there is a mismatch in any of nibbles then controller may retry the transaction.

Read latency adder when read CRC is enabled depends on data rate as shown in **Table 162**.

**Table 162 — Read CRC Latency Adder**

| Data Rate (MT/s) | Read CRC Latency Adder (nCK) |
|---|---|
| 1980 MT/s ≤ Data Rate ≤ 2100 MT/s | 0 |
| 2933 MT/s ≤ Data Rate ≤ 6000 MT/s | 0 |
| 6000 MT/s < Data Rate ≤ 6400 MT/s | 2 |
| 6800 MT/s < Data Rate ≤ 8400 MT/s | 4 |

### 4.38.8 CRC Burst Order

When Write CRC is enabled, the CRC bits are calculated based on the sequential burst address order of the write data for the Write command. This sequential order is '0,1,2,3,4,5,6,7,8,9,A,B,C,D,E,F' in BL16, and '0,1,2,3,4,5,6,7,T,T,T,T,T,T,T,T' or '8,9,A,B,C,D,E,F,T,T,T,T,T,T,T,T' in BC8 OTF.

When Read CRC is enabled, the DDR5 SDRAM's CRC generator overrides the CA burst order bits C3 and C2 to '00', and CRC bits are calculated based on the sequential burst address order of the read data for the Read command. This sequential order is '0,1,2,3,4,5,6,7,8,9,A,B,C,D,E,F' in BL16, and '0,1,2,3,4,5,6,7,T,T,T,T,T,T,T,T' or 'T,T,T,T,T,T,T,T,8,9,A,B,C,D,E,F' in BC8 OTF. The override values do not modify the actual data burst ordering, and are only used for the CRC calculations. Actual data burst follows the burst order as indicated by C3 and C2 in the Read command.

### 4.38.9 Write CRC Error Handling

When DRAM detects CRC error on received code words in any of nibbles, then it drives ALERT_n signal to '0' for TBD clocks.

The latency to ALERT_n signal is defined as tCRC_ALERT in the **Figure 159**.

DRAM will set Write CRC Error Status bit in A[3] of MR50 to '1' upon detecting a CRC error. The Write CRC Error Status bit remains Group At '1' until the host clears it explicitly using an MRW command.

The controller upon seeing an error as a pulse width will retry the write transactions. The controller understands the worst-case delay for ALERT_n (during initialization) and can back up the transactions accordingly or the controller can be made more intelligent and try to correlate the write CRC error to a specific rank or a transaction. The controller is also responsible for opening any pages and ensuring that retrying of writes is done in a coherent fashion.

The pulse width may be seen longer than TBD clocks at the controller if there are multiple CRC errors as the ALERT_n is a daisy chain bus.



**Figure 159 — CRC Error Reporting Timing diagram**

NOTES:
1. CRC_ALERT_PW is specified from the point where the DRAM starts to drive the signal low to the point where the DRAM driver releases and the controller starts to pull the signal up.
2. Timing diagram applies to x4, x8 and x16 devices.

LIGHT GREY - **All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.**

## 4.38.9    Write CRC Error Handling (cont'd)

**Table 163 — CRC Error Handling Timing Parameters**

| Symbol | Description | Min | Max | Unit |
|---|---|---|---|---|
| tCRC_ALERT | CRC Alert Delay Time | 3 | 13 | ns |
| CRC_ALERT_PW | CRC Alert Pulse Width | 12 | 20 | nCK |

## 4.38.10 CRC Bit Mapping in BC8 Mode

CRC bits are always transferred on 17th and 18th UI, in BC8 mode. When read CRC is enabled during BC8 read, DQ bits are driven high and DQS is toggled by DRAM during the chopped data bursts. When write CRC is enabled during BC8 write, DQ bits must be driven high and DQS must be toggled by controller during the chopped data bursts. In BC8 mode, read CRC and write CRC bits are calculated with the inputs to the CRC engine for the chopped data bursts replaced by all '1's.

| | Transfer | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| DQ0 | d0 | d4 | d8 | d12 | d16 | d20 | d24 | d28 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC0 | CRC4 |
| DQ1 | d1 | d5 | d9 | d13 | d17 | d21 | d25 | d29 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC1 | CRC5 |
| DQ2 | d2 | d6 | d10 | d14 | d18 | d22 | d26 | d30 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC2 | CRC6 |
| DQ3 | d3 | d7 | d11 | d15 | d19 | d23 | d27 | d31 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC3 | CRC7 |

**Figure 160 — CRC Bit Mapping in BC8 Modes for x4 Device**

| | Transfer | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| DQ0 | d0 | d4 | d8 | d12 | d16 | d20 | d24 | d28 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC0 | CRC4 |
| DQ1 | d1 | d5 | d9 | d13 | d17 | d21 | d25 | d29 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC1 | CRC5 |
| DQ2 | d2 | d6 | d10 | d14 | d18 | d22 | d26 | d30 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC2 | CRC6 |
| DQ3 | d3 | d7 | d11 | d15 | d19 | d23 | d27 | d31 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC3 | CRC7 |
| DQ4 | d0 | d4 | d8 | d12 | d16 | d20 | d24 | d28 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC0 | CRC4 |
| DQ5 | d1 | d5 | d9 | d13 | d17 | d21 | d25 | d29 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC1 | CRC5 |
| DQ6 | d2 | d6 | d10 | d14 | d18 | d22 | d26 | d30 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC2 | CRC6 |
| DQ7 | d3 | d7 | d11 | d15 | d19 | d23 | d27 | d31 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC3 | CRC7 |

**Figure 161 — CRC Bit Mapping in BC8 Modes for x8 Device**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 292

## 4.38.10   CRC Bit Mapping in BC8 Mode (cont'd)

| | | Transfer | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| DQ0 | | d0 | d4 | d8 | d12 | d16 | d20 | d24 | d28 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC0 | CRC4 |
| DQ1 | | d1 | d5 | d9 | d13 | d17 | d21 | d25 | d29 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC1 | CRC5 |
| DQ2 | | d2 | d6 | d10 | d14 | d18 | d22 | d26 | d30 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC2 | CRC6 |
| DQ3 | | d3 | d7 | d11 | d15 | d19 | d23 | d27 | d31 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC3 | CRC7 |
| DQ4 | | d0 | d4 | d8 | d12 | d16 | d20 | d24 | d28 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC0 | CRC4 |
| DQ5 | | d1 | d5 | d9 | d13 | d17 | d21 | d25 | d29 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC1 | CRC5 |
| DQ6 | | d2 | d6 | d10 | d14 | d18 | d22 | d26 | d30 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC2 | CRC6 |
| DQ7 | | d3 | d7 | d11 | d15 | d19 | d23 | d27 | d31 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC3 | CRC7 |
| DQ8 | | d0 | d4 | d8 | d12 | d16 | d20 | d24 | d28 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC0 | CRC4 |
| DQ9 | | d1 | d5 | d9 | d13 | d17 | d21 | d25 | d29 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC1 | CRC5 |
| DQ10 | | d2 | d6 | d10 | d14 | d18 | d22 | d26 | d30 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC2 | CRC6 |
| DQ11 | | d3 | d7 | d11 | d15 | d19 | d23 | d27 | d31 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC3 | CRC7 |
| DQ12 | | d0 | d4 | d8 | d12 | d16 | d20 | d24 | d28 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC0 | CRC4 |
| DQ13 | | d1 | d5 | d9 | d13 | d17 | d21 | d25 | d29 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC1 | CRC5 |
| DQ14 | | d2 | d6 | d10 | d14 | d18 | d22 | d26 | d30 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC2 | CRC6 |
| DQ15 | | d3 | d7 | d11 | d15 | d19 | d23 | d27 | d31 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | CRC3 | CRC7 |

**Figure 162 — CRC Bit Mapping in BC8 Modes for x16 Device**

## 4.38.11 CRC Bit Mapping in BL32 Mode

In BL32 mode, CRC bits are separately calculated for the first half and the second half of the data. CRC bits for the first half of the data are transferred on 17th and 18th UI, and CRC bits for the second half of the data are transferred on 35th and 36th UI.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.39   Loopback

With Loopback, DDR5 can feed a received signal or data back out to an external receiver for multiple purposes. Loopback allows the host (memory controller or test instrument) to monitor data that was just sent to the DRAM without having to store the data in the DRAM or use READ operations to retrieve data sent to the DRAM. Loopback in DDR5 DRAM requires that the data be sent to the Loopback path before sending it to the core so no READ/WRITE commands are required for Loopback to be operational. There are also inherent limitations when characterizing the receiver using statistical analysis methods such as Bit Error Rate (BER) analysis. At BER=1E$^{-16}$, for example, (1) there is not enough memory depth in the DRAM to store all the 1E$^{+16}$ data; (2) the amount of time to perform multiple WRITE/READ commands to/from the memory is prohibitively long; (3) since the amount of time involved performing these operations is much longer than the DRAM refresh rate interval, the host or memory controller must also manage Refreshes during testing to ensure data retention; and (4) limited pattern depth means limited Inter Symbol Interference (ISI) and limited Random Jitter (Rj), and, therefore, limited errors at the receiver. Use of the Loopback feature is a necessity for characterizing the receiver without the limitations and complexities of other traditional validation methods. Loopback can also be used during "normal" operation, i.e., during training and when an operating system is loaded.

## 4.39.1  Loopback Output Definition

The Loopback requires two output pins (one single-ended Loopback strobe LBDQS and one single-ended Loopback data LBDQ).

The default RTT state for Loopback is RTT_OFF, designated by MR36:OP[2:0] = 000B. In this state, both the LBDQS and LBDQ outputs are disabled. If the Loopback pins of several DDR5 SDRAM devices are connected together and the "end" device needs termination, there is an RZQ/5 (48 ohms) option available by setting MR36:OP[2:0] = 101B.

Selecting a Loopback Select Phase A(MR53:OP[6:5]=00$_B$) and Output value via MR53:OP[4:0] other than the default, Loopback Disabled(MR53:OP[4:0]=00000$_B$), will result in the LBDQS and LBDQ pins to transition from the RTT_OFF to a DRAM Drive State.

Before changing the Loopback Output Select from upper byte to lower byte or vice versa, host shall set Loopback Output Select to MR53:OP[4:0]=00000$_B$ to make Loopback mode be Disabled.

The LBDQS output will transition with the differential input crossing point of DQS_t/DQS_c for x4 and x8 device configurations, plus latency. LBDQS will transition with DQSL_t/DQSL_c for x16 devices if DML or a DQL is selected for output, or with DQSU_t/DQSU_c for x16 devices if DMU or a DQU is selected for output. If an RFU output is selected, or if DMU or a DQU is selected on a x4 or x8 device where DQSU_t/DQSU_c are not valid, LBDQS will remain in a DRAM Drive State.

The LBDQ output will transition with the receiver data state of the DM or DQ pin selected by MR53:OP[4:0]. If an RFU output is selected, or if an invalid output for device configuration is selected, the LBDQ output will remain in a DRAM Drive State.

### Table 164 — Loopback Output Definition

| Condition | LBDQS | LBDQ | NOTE |
|---|---|---|---|
| Loopback Disabled | RTT_Loopback | RTT_Loopback | |
| Loopback Enabled | Selected Phase | Selected Phase and Selected DQ | 1 |
| NOTE 1    Selection of an unsupported DM/DQ for the device configuration may result in LBDQS toggling and the LBDQ in a driven state. | | | |

## 4.39.2  Loopback Phase

Due to the high data rates of the DDR5 SDRAM, Loopback may be implemented with 2-way or 4-way interleaved outputs. With a 2-way implementation, the DQS and selected DM/DQ will be sampled and output every 1 CK or 2 UI. Similarly, with a 4-way implementation, the DQS and selected DM/DQ will be sampled and output every 2 CK or 4 UI.

To be able to sample all bits with a 2-way or 4-way interleave implementation, the Loopback Select Phase programmed in MR53:OP[6:5] allow selection of the DQS/DM/DQ phase to be output. In 2-way mode, Phase A and Phase B are valid options. In 4-way mode, Phase A, Phase B, Phase C and Phase D, are valid options.

**Figure 163** shows an example of a Loopback implementation for 4-way interleave x4 DRAM. This example requires a divided clock to produce DQS_0, DQS_90, DQS_180 and DQS_270. Phase A through D refers to the 4-bit naturally aligned bits in a data stream. The output of the DQ slicer runs at 1/4 the speed as received data. In a 4-way interleave design, the data is received at full speed, but internally the data is latched only at quarter speed. For example, if the input bit stream consists of A, B, C, D, then the multiplexer input "A" receives data bit A and strobe DQS_0; multiplexer input "B" receives data bit B and strobe DQS_90; multiplexer input "C" receives data bit C and strobe DQS_180; and multiplexer input "D" receives data bit D and DQS_270.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 294

## 4.39.2   Loopback Phase (cont'd)



**Figure 163 — Example of 4-Way Interleave Loopback Circuit on an x4 SDRAM**

## 4.39.3  Loopback Output Mode

Loopback Output Mode selects whether to output LBDQS and LBDQ in Normal Output Mode or Write Burst Output Mode, based on MR53:OP[7]. In the default Normal Output Mode (MR53:OP[7] = 0$_B$), the selected DM/DQ state is captured with every DQS_t/DQS_c toggle for the selected Loopback Phase. In Write Burst Output Mode (MR53:OP[7] = 1$_B$), the selected DM/DQ state will be output on LBDQ when qualified by the write enable, which means data is only captured during the write burst and not during the preamble or postamble.

## 4.39.3.1 Loopback Normal Output Mode (Default)

In Normal Output Mode (MR53:OP[7] = 0$_B$), the selected DM/DQ state is captured with every DQS_t/DQS_c toggle for the selected Loopback Phase and output on LBDQ. The LBDQS output will be delayed by $t_{LBDLY}$ from the selected DQS_t/DQS_c Loopback Phase. Phase C and D are inverted from Phase A and B, respectively. Since no Write commands are required in Normal Output Mode, MR settings pertaining to preamble, postamble, CWL are ignored by the Loopback function.

Additional requirements for Normal Output Mode:
- Loopback in Normal Output mode is not supported after completing Write Leveling training with Internal Write Timing mode set MR2:OP[7]=1.
- DQS must be driven differentially low (DQS_t low, DQS_c high) prior to entry into Normal Output Mode.
- DQS_t/DQS_c must be continuously driven during Loopback operation. (HiZ state not allowed.)
- Only DSEL and MRW commands applied at command pins during Normal Output Mode.
- RESET is required to exit Loopback Normal Output Mode.

No DFE Reset is assumed after first rising edge of DQS_t. DDR5 SDRAM array data is not guaranteed after entering Normal Output Mode.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.39.3.2 Loopback Normal Output Mode Timing Diagrams

Loopback Normal Output Mode entry and output example timing diagrams are shown in **Figure 164** through **Figure 168**.



**Figure 164 — Loopback Normal Output Mode Entry**



**Figure 165 — Loopback Normal Output 4-Way Mode PhaseB Example**



**Figure 166 — Loopback Normal Output Mode 4-Way PhaseB 1CK Mid Gap Example**



**Figure 167 — Loopback Normal Output Mode 4-Way PhaseB 2CK Gap Example**



**Figure 168 — Loopback Normal Output Mode 4-Way PhaseC 2CK Gap Example**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.39.3.3 Loopback Normal Mode with CRC Output Timings

Loopback Normal Output Mode with CRC, timing diagram examples are shown in **Figure 169** through **Figure 171**.



**Figure 169 — Loopback Normal Output Mode 4-Way PhaseB with CRC, No Gap Example**



**Figure 170 — Loopback Normal Output Mode 4-Way PhaseB with CRC,1CK Gap Example**



**Figure 171 — Loopback Normal Output Mode 4-Way PhaseB with CRC, 2 CK Gap Example**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.39.3.4 Loopback Write Burst Output Mode

In Write Burst Output Mode (MR53:OP[7] = 1$_B$), Loopback data is only generated during the write burst, so it is effectively masked for the DQS toggles during the preamble or postamble. Normal Write operation for the Command, DQS and DM/DQ is assumed. MR settings pertaining to preamble, postamble, CWL apply, as they do for any Write command.

To prevent Loopback interference on the DRAM within the normal data path, the DRAM optionally may output the 2nd preamble pulse for the special case of WPRE=4CK and selection of Phase C or D for Data Burst Bit phase alignment or Phase A or B for Strobe phase alignment. With this behavior, all phases are inverted from normal behavior.

Implementation of 2-way or 4-way interleave Loopback introduces complexity in Write Burst Mode when the DQS toggle is not continuous. If the DQS toggle is continuously generated by Write commands spaced BL/2, Loopback will align the LBDQS/LBDQ output with the selected phase for all write bursts. In cases where gaps in Write commands are greater than BL/2, the phase shall be determined by the analysis of the conditions.

### Table 165 — Loopback Output Phase

| Write to Write Separation | Phase | NOTE |
|---|---|---|
| X = BL/2 | Selected | |
| X >= BL/2 | Determined via analysis of specific conditions | 1 |
| NOTE 1    Specific conditions include 2-way/4-way interleave implementation, selected phase, data rate, preamble, postamble, and write burst gap duration. | | |

In the case where continuous bursts are not issued in Loopback Write Burst Output Mode, selection of Phase C or D for Data Burst Bit phase alignment or Phase A or B for Strobe phase alignment may result in the last tLBQSH width of a burst that does not comply with spec.

Additional requirements for Write Burst Output Mode:
• Write Leveling training is required prior to Write Burst Loopback operation.
• All Write timing and voltage requirements must be followed. Failure to meet this requirement results in unknown data written to DRAM, and the Loopback pins may not output the captured input data as expected.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 298

## 4.39.3.5 Loopback Write Burst Output Mode Timing Diagrams

Loopback Write Burst Output Mode timing diagram examples are shown in **Figure 172** through **Figure 175**.



**Figure 172 — Loopback Write Burst Output Mode 4-Way PhaseB WPRE=2CK Example**



**Figure 173 — Loopback Write Burst Output Mode 4-Way PhaseC WPRE=2CK Example**



**Figure 174 — Loopback Write Burst Output Mode 4-Way PhaseB Data Burst Bit and PhaseD Strobe Alignment WPRE=4CK Optional Example**



**Figure 175 — Loopback Write Burst Output Mode 4-Way PhaseC Data Burst Bit and PhaseA Strobe Alignment WPRE=4CK Optional Example**

## 4.39.3.6 Loopback Write Burst with CRC Output Mode Timing Diagrams

Loopback Write Burst Output Mode with CRC timing diagram examples are shown in **Figure 176**.



**Figure 176 — Loopback Write Burst with CRC Output Mode 4-Way PhaseB with CRC, No Gap Example**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.39.4  Loopback Timing and Levels

The LBDQS output will be delayed from the selected DQS_t/DQS_c Loopback Phase. The timing parameter, *t*LBDLY, is shown in **Table 166**.

**Table 166 — Loopback LBDQS Output Timing**

| Speed | | DDR5-3200/3600/4000/4400 | | DDR5-4800/5200 | | DDR5-5600/6000/6400 | | Units | NOTE |
|---|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | MIN | MAX | MIN | MAX | MIN | MAX | | |
| Loopback Timing | | | | | | | | | |
| LBDQS Delay from Selected DQS Loopback Phase | tLBDLY | - | 20 | - | 20 | - | 20 | ns | |

The interaction between LBDQS and LBDQ is described in **Clause 9.10** Loopback Output Timing.

ODT for Loopback is described in Section 5.5 On-Die Termination for Loopback Signals. Output driver electrical characteristics for Loopback is described in Section 9.2 Output Driver DC Electrical Characteristics for Loopback Signals LBDQS, LBDQ.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 300

## 4.40   CA_ODT Strap Operation

With the introduction of on-die termination for CA/CS/CK on DDR5 DRAMs, the setting of the termination values per DRAM will be different depending on the configuration of DRAMs on the DIMM or system board. The CA_ODT pin enables the distinction of two "sets" of CA/CS/CK ODT settings. When the CA_ODT pin is strapped to a constant VSS setting on the DIMM or board, the CA/CS/CK ODT settings will be referred to as "Group A". When the CA_ODT pin is strapped to a constant VDD setting on the DIMM or system board, the CA/CS/CK ODT settings will be referred to as "Group B". Typical usage would be to apply a weak termination setting to Group A devices and a stronger termination setting to Group B devices, which would be at the end of the fly-by routing on the DIMM. To support these different settings, two sets of MPC opcodes will be used to target either Group A or Group B devices. In addition to these separate "Groups" of devices based on the CA_ODT pin, the PDA commands will also be supported. However, the correct combination of the PDA Select ID and MPC opcode must be used according to the CA_ODT pin value.

The CA_ODT pin is defined in the pinlist as follows:

### Table 167 — CA_ODT Pinlist

| Pin Name | Input/ Output | Description |
|---|---|---|
| CA_ODT | Input | ODT for Command and Address. Apply Group A settings if the pin is connected to VSS and apply Group B settings if the pin is connected to $V_{DDQ}$ |

MR32 is defined as follows to reflect the need to be able to read the CA_ODT strap value:

### Table 168 — MR32 Definition

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| RFU | CA_ODT Strap Value | CS ODT | | | CK ODT | | |

MR33 is defined as follows:

### Table 169 — MR33 Definition

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| RFU | | | DQS_RTT_PARK | | CA ODT | | |

If the CA_ODT Strap Value for the DRAM is 0, the CK ODT, CS ODT, and CA ODT values will reflect the default settings for "Group A" ODT values, or will reflect what has been written to these mode registers via the MPC opcodes for Group A CK/CS/CA ODT settings.

If the CA_ODT Strap Value for the DRAM is 1, the CK ODT, CS ODT, and CA ODT values will reflect the default settings for "Group B" ODT values, or will reflect what has been written to these mode registers via the MPC opcodes for Group B CK/CS/CA ODT settings.

## 4.40.1  CA/CS/CK ODT Settings

The following MPC opcodes will be used to set the "Group A" and "Group B" RTT_CA, RTT_CS, and RTT_CK values (to be included in the MPC section)

### Table 170 — MPC Opcodes

| Function | Operand | Data | Notes |
|---|---|---|---|
| Initialization and Training Modes | OP[7:0] | 0010 0xxxB: Group A RTT_CK = xxx (See MR32:OP[2:0] for encoding)<br>0010 1xxxB: Group B RTT_CK = xxx (See MR32:OP[2:0] for encoding)<br>0011 0xxxB: Group A RTT_CS = xxx (See MR32:OP[5:3] for encoding)<br>0011 1xxxB: Group B RTT_CS = xxx (See MR32:OP[5:3] for encoding)<br>0100 0xxxB: Group A RTT_CA = xxx (See MR33:OP[2:0] for encoding)<br>0100 1xxxB: Group B RTT_CA = xxx (See MR33:OP[2:0] for encoding) | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.41    Duty Cycle Adjuster (DCA)

DDR5 SDRAM supports a mode register adjustable DCA to allow the memory controller to adjust the DRAM internally generated DQS clock tree and DQ duty cycle to compensate for systemic duty cycle error of all DQS and DQs.

The DQS DCA is located before the DQS clock tree or equivalent place. The DCA requires a locked DLL state and will affect DQS and DQ duty cycle during the following operations.

- Read
- Read Preamble Training
- Read Training Pattern
- Mode Register Read

The controller can adjust the duty cycle through all the DCA mode registers and can determine the optimal Mode Register setting for DCA in multiple different ways.

In case of 4-phase internal clocks, for example, since QCLK(90˚)/IBCLK(180˚)/QBCLK(270˚) are adjusted based on ICLK(0˚), the controller can first confirm that the first BL is synchronized with ICLK(0˚), and then perform the full DCA training operation which needs to have an even number of MRR(or Read) - MRR(or Read) timing to avoid confusion whether the first BL is synchronized with ICLK(0˚) or IBCLK(180˚).

## 4.41.1  Duty Cycle Adjuster Range

The global DCA step range is from -7 to +7, as defined in MR43 and MR44. The actual step size cannot be defined  since the variation of duty cycle by changing DCA code is not linear.

### Table 171 — DCA Range

| Parameter | Min/Avg./Max | Value | Unit | NOTE |
|---|---|---|---|---|
| Duty Cycle Adjuster Range | Min | 28 | ps | 1 |
| | Max | 56 | | |
| NOTE 1    These values are guarenteed by design. | | | | |



**Figure 177 — Duty Cycle Adjuster Range**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 302

## 4.41.2  Relationship Between DCA Code Change and Single/Two-phase Internal Clock(s)/DQS Timing

In case of the DQS clock tree used single/two-phase clock(s) scheme, the duty-cycle ratio of all DQS per device can be adjusted directly according to the internal clock(s) controlled by the DCA code. Note that tDQSCK is not changed by DCA code change.

Using a 2-phase clock scheme, the rising edge of the 0° clock is the reference edge, while the 180° clock is adjusted based on 0° clock. The rising edge of 0° clock is for even burst bit data, and the rising edge of 180° clock is for odd burst bit data.

The global DCA adjustment uses the "DCA for single/two-phase clock(s)" mode register bits, MR43:OP[3:0]. A positive DCA adjustment results in a larger duty cycle ratio, while a negative DCA adjustment results in a smaller duty cycle ratio.

In addition to the global DCA adjustment, a per-pin DCA adjustment allows an additional step range of -3 to +3, per DQS/DQ. The 2-phase clock per-pin DCA adjustment uses the OP bits [3,1:0] of MR103 (DQSL_t), MR105 (DQSL_c), MR107 (DQSU_t), MR109 (DQSU_c), MR133 (DQL0), MR141 (DQL1), ...,MR253 (DQU7). The per-pin DCA adjustment is additive to the global DCA adjustment, as shown in the examples in **Table 172**.

### Table 172 — DCA Range Examples (Not All Possible Combinations)

| Global DCA Adjustment | Per-Pin DCA Adjustment | Total DCA Adjustment at Pin |
|---|---|---|
| DCA Step -3 | DCA Step -2 | DCA Step -5 |
| DCA Step -2 | DCA Step +2 | DCA Step 0 |
| DCA Step 0 | DCA Step +1 | DCA Step +1 |
| DCA Step +2 | DCA Step -3 | DCA Step -1 |
| DCA Step +4 | DCA Step +3 | DCA Step +7 |
| DCA Step +7 | DCA Step +2 | DCA Step +9 |

Like the global DCA adjustment, the actual step size for the per-pin DCA adjustment cannot be defined since the variation of duty cycle by changing DCA code is not linear, however the per-pin DCA adjustment will be approximately the same as the global DCA adjustment.

Mode register OP bits associated with the IBCLK and QBCLK may not be supported on the DRAM with a 2-phase clock scheme.



**Figure 178 — Relationship Between DCA Code Change and the Single/Two-phase Internal Clock(s)/DQS Waveform (Example)**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 4.41.3   Relationship Between DCA Code Change and 4-phase Internal Clock(s)/ DQS Timing

In case of the DQS clock tree used 4-phase clocks scheme, the even and odd duty-cycle ratio of all DQS per device can be respectively adjusted since the internal 4-phase clocks can be independently controlled by the DCA code.



**Figure 179 — Relationship Between DCA Code Change for QCLK and the 4-phase Internal Clocks/DQS Waveform (Example)**



**Figure 180 — Relationship Between DCA Code Change for IBCLK and the 4-phase Internal Clocks/DQS Waveform (Example)**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 304

### 4.41.3  Relationship between DCA Code Change and 4-phase Internal Clock(s)/ DQS Timing (cont'd)



**Figure 181 — Relationship Between DCA Code Change for QBCLK and the 4-phase internal Clocks/DQS Waveform (Example)**

## 4.41.4  Relationship Between DCA Code Change and DQs Output/DQS Timing

The DQS DCA code change effect to DQ Output as follows. The rising edge of DQS_t affects the even data output. The falling edge of DQS_t affects to the falling edge of the odd data output.

## 4.42  Refresh Management (RFM)

Periods of high DDR5 DRAM activity may require additional refresh commands to protect the integrity of the DRAM data. The DRAM will indicate the requirement for additional Refresh Management (RFM) by setting read only MR58 opcode bit 0 (**Table 173**). OP[0]=0 indicates no additional refresh is needed beyond the refresh required in the Refresh Operation section of the specification. OP[0]=1 indicates additional DRAM refresh management is required.

**Table 173 — Mode Register Definition for Refresh Management**

| MR58 OP[0] | Refresh Management (RFM) Requirement |
|------------|--------------------------------------|
| 0 | Refresh Management (RFM) not required |
| 1 | Refresh Management (RFM) required |

A suggested implementation of Refresh Management by the controller monitors ACT commands issued per bank to the DRAM. This activity can be monitored as a Rolling Accumulated ACT (RAA) count. Each ACT command will increment the RAA count by 1 for the individual bank receiving the ACT command.

When the RAA counter reaches a DRAM vendor specified Initial Management Threshold (RAAIMT), which is set by the DRAM vendor in the read only MR58 opcode bits 4:1 (**Table 174**), additional DRAM refresh management is needed. Executing the Refresh Management (RFM) command allows additional time for the DRAM to manage refresh internally. The RFM operation can be initiated to all banks on the DRAM with the RFMab command, or to a single bank address (BA[1:0]) in all bank groups with the RFMsb command. A DRAM with MR58 OP[0]=0 will treat the RFM command as a REF command.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.42   Refresh Management (RFM) (cont'd)

**Table 174 — Mode Register Definition for the RAA Initial Management Threshold (RAAIMT)**

| MR58 OP[4:1] | RAAIMT Value Normal Refresh Mode | RAAIMT Value FGR Refresh Mode |
|---|---|---|
| $0000_B$-$0011_B$ | RFU | RFU |
| $0100_B$ | 32 | 16 |
| $0101_B$ | 40 | 20 |
| ... | ... | ... |
| $1001_B$ | 72 | 36 |
| $1010_B$ | 80 | 40 |
| $1011_B$-$1111_B$ | RFU | RFU |

The RFM command bits are the same as the REF command, except for CA9. If the Refresh Management Required bit is "0", (MR58 OP[0]=0), CA9 is only required to be valid ("V") for a REF command, and the DRAM will treat a RFM command as a REF command. If the Refresh Management Required bit is "1", (MR58 OP[0]=1), CA9="H" executes the REF command and CA9="L" executes either an RFMab command if CA10="L" or an RFMsb command if CA10="H".

The duration of the RFMab and RFMsb commands is dependent upon the DRAM being in Normal or FGR refresh mode. $t_{RFM,min}$ is equivalent to $t_{RFC,min}$. See **Table 175**.

### Table 175 — $t_{RFM}$ Parameters

| Refresh Operation | Symbol | Value | Notes |
|---|---|---|---|
| Normal Refresh Management (RFMab) | $t_{RFM1,min}$ | $t_{RFC1,min}$ | |
| Fine Granularity Refresh Management (RFMab) | $t_{RFM2,min}$ | $t_{RFC2,min}$ | |
| Same Bank Refresh Management (RFMsb) | $t_{RFMsb,min}$ | $t_{RFCsb,min}$ | |

When an RFM command is issued to the DRAM, the RAA counter in any bank receiving the command can be decremented by the RAAIMT value, down to a minimum RAA value of 0 (no negative or "pull-in" of RFM commands is allowed). Issuing an RFMab command allows the RAA count in all banks to be decremented by the RAAIMT value. Issuing an RFMsb command with BA[1:0] allows the RAA count only with that bank address across all bank groups to be decremented by the RAAIMT value

RFM commands are allowed to accumulate or "postpone", but the RAA counter shall never exceed a vendor specified RAA Maximum Management Threshold (RAAMMT), which is set by the DRAM vendor in the read only MR58 opcode bits 7:5 (**Table 176**). If the RAA counter reaches RAAMMT, no additional ACT commands are allowed to the DRAM bank until one or more REF or RFM commands have been issued to reduce the RAA counter below the maximum value.

**Table 176 — Mode Register Definition for RAA Maximum Management Threshold (RAAMMT)**

| MR58 OP[7:5] | RAAMMT Value Normal Refresh Mode | RAAMMT Value FGR Refresh Mode |
|---|---|---|
| $000_B$-$010_B$ | RFU | RFU |
| $011_B$ | 3x RAAIMT | 6x RAAIMT |
| $100_B$ | 4x RAAIMT | 8x RAAIMT |
| $101_B$ | 5x RAAIMT | 10x RAAIMT |
| $110_B$ | 6x RAAIMT | 12x RAAIMT |
| $111_B$ | RFU | RFU |

RFM command scheduling shall meet the same minimum separation requirements as those for the REF command (see **Table 71** in the Refresh Operation section).

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 306

## 4.42    Refresh Management (RFM) (cont'd)

An RFM command does not replace the requirement for the controller to issue periodic REF commands to the DRAM, nor does a RFM command affect internal refresh counters. The RFM commands are bonus time for the DRAM to manage refresh internally. However, issuing a REF command also allows decrementing the RAA counter by the value set by MR59 OP[7:6], as shown in **Table 177**. Hence, any periodic REF command issued to the DRAM allows the RAA counter of the banks being refreshed to be decremented by the MR59 OP[7:6] setting. Issuing a REFab command allows the RAA count in all banks to be decremented. Issuing a REFsb command with BA[1:0] allows the RAA count only with that bank address in all bank groups to be decremented.

### Table 177 — Mode Register definition for RAA Counter Decrement per REF Command

| MR59 OP[7:6] | RAA Counter Decrement per REF Command |
|---|---|
| 00b | RAAIMT |
| 01b | RAAIMT * 0.5 |
| 10b | RFU |
| 11b | RFU |

No decrement to the RAA count values is allowed for entering/exiting Self Refresh. The per bank count values before Self Refresh is entered remain unchanged upon Self Refresh exit.

## 4.42.1  Adaptive Refresh Management (ARFM)

DDR5 supports an optional Refresh Management mode called Adaptive RFM (ARFM). Since Refresh Management settings are read only, the Adaptive RFM allows the controller flexibility to choose additional RFM threshold settings, called "RFM Levels". The RFM Levels permit alignment of the controller-issued RFM commands with the in-DRAM management of these commands. MR59:OP[5:4} allows selection of the Adaptive RFM Level, as shown in **Table 178**.

### Table 178 — Mode Register Definition for Adaptive RFM Levels

| MR59:OP[5:4] | RFM Level | RFM Requirement | RAAIMT Normal Refresh | RAAMMT Normal Refresh | RAA Decrement per REF Command | Notes |
|---|---|---|---|---|---|---|
| 00$_B$ | Default | Default | Default | Default | Default | 1,2 |
| 01$_B$ | Level A | RFM Required | RAAIMT-A | RAAMMT-A | RAADEC-A | |
| 10$_B$ | Level B | RFM Required | RAAIMT-B | RAAMMT-B | RAADEC-B | 1,2,3 |
| 11$_B$ | Level C | RFM Required | RAAIMT-C | RAAMMT-C | RAADEC-C | |
| NOTE 1   RAAIMT values for FGR are half of the normal refresh mode | | | | | | |
| NOTE 2   RAAMMT values for FGR are double that of the normal refresh mode | | | | | | |
| NOTE 3   RAAIMT, RAAMMT and RAADEC values for RFM Levels A-C are set by DRAM vendor | | | | | | |

The Adaptive RFM mode inherits the RAA counting and decrement attributes of the standard RFM mode, while using the alternate RAAIMT, RAAMMT and RAADEC for the selected RFM Level. Increasing the RFM Level results in increased need for RFM commands. Level C is highest RFM Level.

Setting the MR59:OP[5:4] bits to something other than the default "00" case will enable the alternative RFM Level for the Adaptive RFM mode. The host shall decrement the Rolling Accumulated ACT (RAA) count to 0, either with RFM or pending REF commands, prior to making a change to the RFM Level.

To inform the host of the RFM settings required as the RFM Level is changed by MR59:OP[5:4], the DRAM modifies the corresponding mode register values for RFM required, RAAIMT, RAAMMT and RAADEC (MR58:OP[0], MR58:OP[4:1], MR58:OP[7:5], MR59:OP[7:6], respectively) for subsequent MRR commands. Mode register values that remain the same as the default setting indicate the default RFM threshold levels are supported at the selected ARFM level.

Adaptive RFM also allows a DRAM shipped with 'RFM not required' (MR58:OP[0]=0) to override that initial setting and enable RFM by programming a non-default RFM Level. The DRAM internally manages the change to treat the RFM command as an RFM command in this special override case, as shown in **Table 179**. A DRAM that supports ARFM, even if the device is shipped with 'RFM not required' (MR58:OP[0]=0), will set MR58:OP[0]=1 to indicate the chosen ARFM level is supported.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.42.1   Adaptive Refresh Management (ARFM) (cont'd)

**Table 179 — RFM Commands Perceived by DRAM**

| Command | MR58:OP[0] | MR59:OP[5:4] | Command Perceived by DRAM | Notes |
|---|---|---|---|---|
| RFM | $0_B$ | $00_B$ | REF | |
| RFM | $0_B$ | $01_B$ - $11_B$ | REF | 1 |
| RFM | $1_B$ | $00_B$ | RFM | |
| RFM | $1_B$ | $01_B$ - $11_B$ | RFM | 1,2 |

NOTE 1   If the optional ARFM (MR59:OP[5:4]=01B-11B) is not supported on the DRAM, the command perceived by the DRAM is determined by MR58:OP[0].

NOTE 2   Adaptive RFM enables a DRAM shipped with MR58:OP[0]=0 to override the initial setting and enable RFM by programming a non-default RFM Level. The DRAM will change MR58:OP[0]=1 to indicate the chosen ARFM level is supported.

## 4.42.2   Directed Refresh Management (DRFM)

Directed Refresh Management (DRFM) is an optional feature on DDR5 that gives the controller additional flexibility for maintaining data integrity within the DRAM.

The DRFM feature allows the DRAM to capture a host-requested row address, which then is followed by a host-directed RFM command allowing the DRAM to refresh physically adjacent neighboring rows of the requested row address.

When DRFM Enable (DRFE), MR59:OP[0], is set High, DRFM mode is enabled. DDR5 supports two method to sample DRFM address:

1) PREpb - when DRFM is enabled, CA5 becomes a control bit to select between "CA5=H Precharge per Bank" or "CA5=L Precharge per bank plus sampling DRFM address". Executing the PREpb with CA5=L tells the DRAM to sample the currently activated address for DRFM. When DRFM is disabled, CA5 retains CID3 functionality.

2) WRPA/WRA/RDA - when DRFM mode is enabled, CA9 on the second cycle of these two-cycle commands becomes a control bit to select between "CA9=H Auto Precharge" or "CA9=L Auto Precharge plus sampling DRFM address". Executing a Write Pattern, Write or Read command with Auto Precharge and CA9=L on the second cycle samples the currently activated address for DRFM. When DRFM is disabled, CA9 is required to be "V" during the second cycle of there two-cycle commands.

Each DRAM bank has an independent DRFM address register for the DRFM address sample. This DRFM address register is updated with each DRFM address sample to the bank, resulting in the last (most recent) address sample being retained for the host- directed DRFM command.

**Table 180 — Command Truth Table with DRFM Address Sample Commands**

| Function | Abbreviation | CS_n | CA0 | CA1 | CA2 | CA3 | CA4 | CA5 | CA6 | CA7 | CA8 | CA9 | CA10 | CA11 | CA12 | CA13 | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Write Pattern w/ Auto Precharge | WRPA | L | H | L | L | H | L | H | BA0 | BA1 | BG0 | BG1 | BG2 | CID0 | CID1 | CID2 | 11,15,18,19,20 |
| | | H | V | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | V or DRFM=L | AP=L | H | V | CID3 | |
| Write w/Auto Precharge | WRA | L | H | L | H | H | L | BL*=L | BA0 | BA1 | BG0 | BG1 | BG2 | CID0 | CID1 | CID2 | 8,12,15,19,20 |
| | | H | V | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | V or DRFM=L | AP=L | WR-Par-tial=L | V | CID3 | |
| Read w/Auto Precharge | RDA | L | H | L | H | H | H | BL*=L | BA0 | BA1 | BG0 | BG1 | BG2 | CID0 | CID1 | CID2 | 8,15,19,20 |
| | | H | H | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | V or DRFM=L | AP=L | V | CID3 | |
| Precharge | PREpb | L | H | H | L | H | H | CID3 or DRFM=L | BA0 | BA1 | BG0 | BG1 | BG2 | CID0 | CID1 | CID2 | 7,20 |

After the DRFM address sample, the host can then issue a DRFM command to service the sampled DRFM address(es). This DRFM command is supplemental to DRAM RFM requirements.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 308

## 4.42.2   Directed Refresh Management (DRFM) (cont'd)

When DRFM is enabled on DDR5, CA5 becomes a control bit to select between "CA5=H RFMab/RFMsb" or "CA5=L DRFMab/DRFMsb". Executing the RFMab or RFMsb commands with CA5=L tells the DRAM to service the sampled DRFM address for all banks where a DRFM address sample occurred. Any banks without a DRFM address sample will use an address internally sampled by the DRAM. Banks with internally sampled addresses allow the host to decrement the RAA count for those banks. Since DRFM is supplemental, any banks with DRFM address samples do not allow RAA counts to be decremented.

RFMab or RFMsb commands with CA5=H will only use DRAM internally sampled addresses and do not interfere with any DRFM sampled addresses.

When DRFM is disabled, CA5 retains CID3 functionality for RFMab or RFMsb commands.

### Table 181 — Command Truth Table with DRFM Commands

| Function | Abbreviation | CS_n | CA0 | CA1 | CA2 | CA3 | CA4 | CA5 | CA6 | CA7 | CA8 | CA9 | CA10 | CA11 | CA12 | CA13 | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Refresh Management All | RFMab | L | H | H | L | L | H | CID3 or DRFM=L | V | V | V | L | L | CID0 | CID1 | CID2 | 3,20 |
| Refresh Same Bank | REFsb | L | H | H | L | L | H | CID3 or DRFM=L | BA0 | BA1 | V or RIR | V or H | H | CID0 | CID1 | CID2 | 4,20,23, 24 |

Following a DRFM command to the DRAM, any host-requested row address samples to banks that received the DRFM command will be cleared from further use.

Aside from the DRFM command, a Reset is the only other way to clear DRFM sampled addresses. Any DRFM sampled addresses will be retained during Self Refresh, Power Down, MPSM modes, etc., requiring the host to resample prior to issuing a DRFM command if the address retained in a bank is no longer relevant. Additionally, no RAA credit is given to banks with DRFM sampled addresses, regardless of relevancy.

DRFM command scheduling shall meet the same minimum separation requirements as those for the REF command (see **Table 71** in the Refresh Operation section).

On average, any row/bank address combination is allowed to be sampled once per DRFM command interval, tDRFMi. tDRFMI is 2*tREFI1, resulting in no more than 4,096 DRFM commands to the same row/bank address combination within tREF.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.42.2.1 Bounded Refresh Configuration and tDRFM

The DRFM command refreshes physically adjacent neighboring rows to the DRFM sampled address, up to the distance specified by the Bounded Refresh Configuration (BRC) as defined by MR59:OP[2:1]. The DRAM is responsible for applying a refresh ratio to the outermost rows being refreshed to protect the DRAM from excessive refreshes on rows adjacent to the outermost rows.

For example, BRC2 will always refresh the +/-1 physically adjacent neighboring rows, and the +/-2 physically adjacent neighboring rows may be refreshed at a reduced rate as determine by the DRAM. Likewise if BRC4 is programmed, the DRAM will always refresh the +/-1, +/-2 and +/- 3 physically adjacent neighboring rows, while applying a ratio to +/-4 physically adjacent neighboring rows.

The corresponding DRFM command duration (tDRFM) is directly related to the time required to refresh the rows. Due to a single row being refreshed on multiple banks corresponding to the DRFMab or DRFMsb command being issued, the per row refresh duration is tRRF, as shown in **Table 182**.

### Table 182 — tRRF by Device Density

| Parameters | Symbol | 8 Gb | 16 Gb | 24 Gb | 32 Gb | Units | Notes |
|---|---|---|---|---|---|---|---|
| All bank per row refresh duration | tRRFab(min) | 70 | 70 | 70 | 70 | ns | |
| Same bank per row refresh duration | tRRFsb(min) | 60 | 60 | 60 | 60 | ns | |

The equation for tDRFM is (2*tRRF)*BRC. tDRFM is dependent on the DRFMab or DRFMsb command being issued. **Table 183** shows the allowable BRC options and corresponding tDRFM durations.

### Table 183 — tDRFM and Blast Radius Configuration (BRC)

| MR59:OP[2:1] | Rows Refreshed | tDRFMab | tDRFMsb |
|---|---|---|---|
| BRC 2 | Always +/-1, Ratio +/-2 | 280ns | 240ns |
| BRC 3 | Always +/-1, +/-2, Ratio +/-3 | 420ns | 360ns |
| BRC 4 | Always +/-1, +/-2, +/-3, Ratio +/-4 | 560ns | 480ns |
| RFU | RFU | RFU | RFU |

## 4.42.2.2 BRC Support Level

The BRC support level indicates how many BRC options the DRAM can support, which is set by the DRAM vendor in the read only MR59:OP[3]. A DRAM with MR59:OP[3]=0 will support all BRC options (BRC2, 3, 4). A DRAM with MR59:OP[3]=1 only supports BRC2. If the DRAM only supports BRC2, MR59:OP[3]=1, then the default support is BRC2 regardless of BRC setting in MR59:OP[2:1]. BRC2 only support is transitional option for earlier support with limited DRFM. DRAM vendors shall support all BRC options (BRC2, 3, 4) with future DRAM designs.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 310

## 4.43 Package Output Driver Test Mode (Optional)

This optional mode allows for characterization of the DRAM package by allowing the host to individually turn on the output driver of a single bit of the DRAM, while all other bits remain terminated. To use this test mode, the host sets MR61:OP[4:0] to select the target DM or DQ Output Driver. The host also sets the target driver to use the Pull-up Output Driver Impedance of 34 ohms (MR5:OP[2:1] = 00$_B$), while the termination for all the other DMs and DQs in the DRAM are defined by MR34:[2:0] (RTT_PARK). Note that the supportability of DM termination is decided by MR5:OP[5]. However, when DM is selected as the target driver, DRAM should set DM impedance according to MR5:OP[2:1] regardless of MR5:OP[5].

This is only a test mode, no normal functionality is assumed while in this mode or after enabling this mode without a reset to the DRAM device. Entering into this mode is done by programming any value in MR61 other than 0. Since this is an optional function, the discovery bit is located in MR5:OP[3]. A reset of the DDR5 SDRAM is required after exiting the package output driver test mode.

Even though only 5 bits of the MR are needed, the entire MR61 is blocked out to isolate it from normal operating modes.

### MR5 Register - for Reference Only - See Mode Register Section for Details

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| Pull-Down Output Driver Impedance | | DM Enable | TDQS Enable | PODTM Support | Pull-up Output Driver Impedance | | Data Output Disable |

### MR61 Register - for Reference Only - See Mode Register Section for Details

| OP[7] | OP[6] | OP[5] | OP[4] | OP[3] | OP[2] | OP[1] | OP[0] |
|---|---|---|---|---|---|---|---|
| RSVD | | | Package Output Driver Test Mode | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.44   CS Geardown Mode

DDR5 geardown mode for CS enables CS operation to 2N mode at conditions where 1N mode is not viable due to the system configuration and speed of operation. Geardown is enabled with an MPC command during power up. Upon exit from Self Refresh with Frequency Change, geardown mode is enabled or disabled based on the setting of MR13:OP[4].

Geardown mode is supported only on DRAMs that support max data rates of 7200 and faster, but these DRAMs support Geardown mode at all supported operating frequencies.  The DRAM shall be capable of operating at 7200 and above with Geardown mode disabled also.

It is required that the system complete CSTM and CATM after any power on initialization.

Geardown INIT sequence:
1. PowerUp Initialization
2. CSTM (1N CS Pulse).
3. MPC (CS Geardown enable)
4. Sync Pulse(2N)
   a. Only DSEL commands are allowed during tSYNC_GEAR (between MPC and sync pulse)
   b. 2N sync pulse is 2 clocks wide. The falling edge of the pulse must meet 1N setup and hold timings. It must meet the hold time from the previous rising edge of the clock where it is sampled high, and meet the setup time of the next rising edge of the clock where it is sampled low.

For the CS Geardown MPC, the following OP code in **Table 184** should be applied.

### Table 184 — MPC Command Definition for OP[7:0]

| Functions | Operand | Data | Notes |
|---|---|---|---|
| Initialization and Training Modes | OP[7:0] | 10010001: CS Geardown Enable | |

The MPC command will not affect MR13:OP[4]. The host controller is expected to set this MR if geardown is to be used following self refresh.



**Figure 182 — Geardown During Initializations**

NOTES:
1. During initialization, CSTM shall be run before entering Geardown Mode.
2. CSTM must be run in 1N mode in order to meet the 1N setup and hold window for the CS Geardown Sync, which is sent when the bus is quiet. Once in CS Geardown mode the CS is sampled only on even numbered clocks which provides the additional setup and hold times required for normal operation when other signals are toggling.
3. For the sync pulse, only the first falling edge of CS is used by the DRAM to determine the clock phase. The rising edge of the CS is not used for synchronization, and has no timing constraints.
4. The NOP encoding on the CA bus may be longer than the CS pulse used for synchronization

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 312

## 4.44    CS Geardown Mode (cont'd)

On self refresh exit, the geardown clock phase must be re-established. Geardown may also be switched on or off upon self refresh exit due to a frequency change. MR13:OP[4] determines whether the DRAM will enable geardown mode or not upon the next exit of self refresh with frequency change. If switching between geardown on and off modes the host controller must write MR13:OP[4] to the appropriate value any time prior to the self refresh entry with frequency change command. The required MR13:OP[4] change is defined in **Clause 3.5.15**. Note that a SRE command (without frequency change) will remain in the previous mode and will NOT change based on a change in MR13:OP[4].

When Geardown is enabled, during a Self Refresh Exit the DRAM will sample the proper clock edge during the tCSL_SRexit. After tXS the host can then drive CS at 2N.

Geardown must be used only with the CA bus in 2N mode. It is the host controller's responsibility to have the CA bus in 2N mode with an explicit MPC command when operating in geardown mode before any 2UI commands are sent.



**Figure 183 — Geardown Enabled During SRX**

NOTES:
1. For the sync pulse, only the first falling edge of CS is used by the DRAM to determine the clock phase. The rising edge of the CS is not used for synchronization, and has no timing constraints.
2. The CS shall remain static low during tCSL_SRexit.
3. The NOP encoding on the CA bus may be longer than the CS pulse used for synchronization.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 4.45   IO Features and Modes

### 4.45.1  Data Output Disable

The device outputs may be disabled by the Data Output Disable mode register, MR5:OP[0], as shown in the MR5 Register Definition table. For normal operation, set MR5:OP[0] = 0 (default). Setting MR5:OP[0] = 1 disables the device outputs.

### 4.45.2  TDQS/DM

The DDR5 SDRAM x8 configuration has a package ball that is shared between TDQS_t and DM_n. The Write Data Mask (DM) function is dependent upon Termination Data Strobe (TDQS). If TDQS is enabled, DM is disabled. If TDQS is disabled, then DM may be enabled or disabled via mode register setting, as noted in **Table 185**.

#### 4.45.2.1 TDQS

One pair of Termination Data Strobe (TDQS) pins, TDQS_t/TDQS_c, is supported for the x8 configuration DDR5 SDRAM. The TDQS function is programmable via Mode Register bit, MR5:OP[4]. The x8 is the only configuration which supports the TDQS function. The x4 and x16 DDR5 SDRAMs do not support this function thus, for these configurations, the TDQS MR setting must be disabled, MR5:OP[4] = 0 (default).

When TDQS is enabled, MR5:OP[4] = 1, the same termination resistance function is applied to the TDQS_t/TDQS_c pins that is applied to DQS_t/DQS_c pins., except during Read commands where TDQS does not output any data and will remain at RTT_DQS_PARK.

#### 4.45.2.2 DM

(Reference **Clause 4.8.1** "Write Data Mask" for data mask functionality.)

#### 4.45.2.3 TDQS/DM Disable

When the TDQS is disabled, MR5:OP[4] = 0, the MR5:OP[5] bit may be used to enable or disable the DM_n pin function.

When both TDQS and DM functions are disabled, termination will be turned off and the pins will drive Hi-Z. The DM_n pin input receiver will be turned-off and does not expect any valid logic level.

**Table 185 — x8 TDQS Function Matrix**

| TDQS (MR5:OP[4]) | DM |
|---|---|
| $0_B$: Disabled (default) | MR5:OP[5] |
| $1_B$: Enabled | Disabled |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 314

# 5    On-Die Termination

## 5.1    On-Die Termination for DQ, DQS, DM, and TDQS

On-Die Termination (ODT) is a feature of the DDR5 SDRAM that allows the DRAM to change termination resistance for each DQ, DQS, DM and TDQS pin. Unlike previous DDR technologies, DDR5 no longer has a physical ODT pin and all ODT based control is now command & mode register based. For x4 and x8 configuration devices, ODT is applied to each DQ, DQS_t, DQS_c and DM_n, as well as TDQS_t, TDQS_c for the x8 configuration. For x16 configuration devices, ODT is applied to each DQU, DQL, DQSU_t, DQSU_c, DQSL_t, DQSL_c, DMU_n and DML_n. ODT is enabled via non-target Read/Mode Register Read commands, Write and non-target Write commands, or is set to the default "PARK" value through settings in MR33-MR35.

The ODT feature is designed to improve signal integrity of the memory channel by allowing the DRAM controller to independently change termination resistance for any or all DRAM devices. In addition to the control capability of the DQ ODT, the DQS ODT will now be independently programmed via MR33:OP[5:3] and held static. All ODT control will be targeted for the DQs. This addition allows for adjusting the delay common in an unmatched architecture. DQS RTT offset control mode is enabled via MR40:OP[2:0].

The ODT feature is turned off and not supported in Self-Refresh mode, but does have an optional mode when in Power Down.   A simple functional representation of the DRAM ODT feature is shown in **Figure 184**.



**Figure 184 — Functional Representation of ODT**

The switch is enabled by the internal ODT control logic, which uses command decode, Mode Register Settings and other control information, see below. The value of RTT is determined by the settings of Mode Register bits.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 5.2    ODT Modes, Timing Diagrams, and State Table

The ODT Mode of DDR5 SDRAM has five states: Data/Strobe Termination Disable, RTT_WR, RTT_NOM_RD, RTT_NOM_WR and RTT_PARK/DQS_RTT_PARK. The ODT Mode is enabled based on Mode Registers for each RTT listed below. In this case, the value of RTT is determined by the settings of these mode register bits.

After entering Self-Refresh mode, DRAM automatically disables ODT termination and sets Hi-Z as termination state regardless of these settings.

Application: Controller can control each RTT condition with Write (WR), Read (RD) or Mode Register Read (MRR) commands and use of ODT Offset Control Mode Registers.

- **Data Termination Disable:** DRAM driving data upon receiving Read command disables the termination after CL-1 and reenables the termination at CL + BL/2 (CL and BL defined in clock cycles).
- **Strobe Termination Disable:** DRAM driving strobe upon receiving Read command disables the termination after CL-1-tRPRE-(Read_DQS_Offset) and re-enables the termination at CL+BL/2-0.5+tRPST-(Read_DQS_Offset) (CL and BL defined in clock cycles).
- **RTT_WR:** The rank that is being written to provide termination and adjusts timing based on ODT Control Mode Register settings.
- **RTT_NOM_RD:** DRAM turns ON RTT_NOM_RD if it sees CS asserted during the second pulse of the Read command (except when ODT is disabled by MR35:OP[5:3]).
- **RTT_NOM_WR:** DRAM turns ON RTT_NOM_WR if it sees a CS asserted during the second pulse of the Write command (except when ODT is disabled by MR35:OP[2:0])
- **RTT_PARK:** Default parked value set via MR34:OP[2:0] and is to be enabled when a Read or Write is not active.
- **DQS_RTT_PARK:** Default parked value set for DQS via MR33:OP[5:3] and is to be enabled when a Read is not active

Those RTT values have priority as following:

1. Data Termination Disable & Strobe Termination Disable
2. RTT_WR
3. RTT_NOM_RD
4. RTT_NOM_WR
5. RTT_PARK & DQS_RTT_PARK

This means if there is a Write command, then the DRAM turns on RTT_WR, not RTT_NOM_RD or RTT_NOM_WR, and also if there is a Read command, then the DRAM disables data termination and goes into driving mode.

If during the second cycle of a Write, Read or Mode Register Read command, a CS enable is sent, then Non-Target ODT is enabled and the appropriate RTT_NOM_WR or RTT_NOM_RD is enabled for the non-target rank. This provides additional and potentially different termination options for the other ranks on the channel.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 316

## 5.2   ODT Modes, Timing Diagrams, and State Table (cont'd)

### Table 186 — Termination State Table

| Command | Mode Register Configuration Settings | | | | Results | | Note |
|---------|-----------|--------|----------|----------|-----------------|---------------------|------|
| | RTT_PARK | RTT_WR | RTT_NOM_W | RTT_NOM_RD | Target DRAM Term | Non-Target DRAM Term | |
| ANY | Disabled | | | | HI-Z (ODT OFF) | | 3 |
| Any Non-Term | Enabled | Don't Care | | | RTT_PARK | RTT_PARK | 4 |
| WR | Disabled | | | Don't Care | HI-Z (ODT OFF) | HI-Z (ODT OFF) | |
| | Disabled | | Enabled | | HI-Z (ODT OFF) | RTT_NOM_WR | |
| | Disabled | Enabled | Disabled | | RTT_WR | HI-Z (ODT OFF) | |
| | Don't Care | Enabled | | | RTT_WR | RTT_NOM_WR | 2 |
| | Enabled | | Disabled | | RTT_WR | HI-Z (ODT OFF) | 2,5 |
| | Enabled | Disabled | Enabled | | RTT_PARK | RTT_NOM_WR | |
| | Enabled | Disabled | | | RTT_PARK | HI-Z (ODT OFF) | 5 |
| RD/MRR | Enabled | Don't Care | | Disabled | HI-Z (ODT OFF) | HI-Z (ODT OFF) | 1,5 |
| | Don't Care | | | Enabled | HI-Z (ODT OFF) | RTT_NOM_RD | 1 |

NOTE 1   When a Read command is executed, the DRAM termination state of the target rank will be Hi-Z for a defined period independent of MR setting of RTT_PARK/RTT_NOM_RD/RTT_NOM_WR.
NOTE 2   If RTT_WR is enabled, RTT_WR will be activated by a Write command for a defined period of time independent of the MR setting of RTT_PARK /RTT_NOM.
NOTE 3   If all RTT configurations are disabled, ODT receiver power will be turned off to save power.
NOTE 4   If RTT_PARK is enabled, DRAM RTT_PARK termination will be enabled while WR/RD/MRR are not being executed.
NOTE 5   When a Non-Target ODT command is executed and the RTT_NOM_WR or RTT_NOM_RD is disabled, the DRAM termination state of the non-target rank will be Hi-Z for a defined period, independent of the MR setting of RTT_PARK.

On-Die Termination effective resistance RTT is defined by MR bits.
ODT is applied to the DQ, DQS_t/DQS_c, DM and TDQS_t/TDQS_c (x8 devices only) pins.
A functional representation of the on-die termination is shown in **Figure 185.**



$$RTT = \frac{VDDQ - Vout}{|\ I\ out\ |}$$

Chip In Termination Mode

### Figure 185 — On Die Termination

On-Die Termination effective RTT values supported are 240,120, 80, 60, 48, 40, and 34 ohms.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 5.2    ODT Modes, Timing Diagrams, and State Table (cont'd)

**Table 187 — ODT Electrical Characteristics RZQ=240 Ω +/-1%**
**Entire Temperature Operation Range; after Proper ZQ Calibration**

| RTT | Vout | Min | Nom | Max | Unit | NOTE |
|---|---|---|---|---|---|---|
| 240 Ω | VOLdc= 0.5* VDDQ | 0.9 | 1 | 1.25 | RZQ | 1,2,3 |
| | VOMdc= 0.8* VDDQ | 0.9 | 1 | 1.1 | RZQ | 1,2,3 |
| | VOHdc= 0.95* VDDQ | 0.8 | 1 | 1.1 | RZQ | 1,2,3 |
| 120 Ω | VOLdc= 0.5* VDDQ | 0.9 | 1 | 1.25 | RZQ/2 | 1,2,3 |
| | VOMdc= 0.8* VDDQ | 0.9 | 1 | 1.1 | RZQ/2 | 1,2,3 |
| | VOHdc= 0.95* VDDQ | 0.8 | 1 | 1.1 | RZQ/2 | 1,2,3 |
| 80 Ω | VOLdc= 0.5* VDDQ | 0.9 | 1 | 1.25 | RZQ/3 | 1,2,3 |
| | VOMdc= 0.8* VDDQ | 0.9 | 1 | 1.1 | RZQ/3 | 1,2,3 |
| | VOHdc= 0.95* VDDQ | 0.8 | 1 | 1.1 | RZQ/3 | 1,2,3 |
| 60 Ω | VOLdc= 0.5* VDDQ | 0.9 | 1 | 1.25 | RZQ/4 | 1,2,3 |
| | VOMdc= 0.8* VDDQ | 0.9 | 1 | 1.1 | RZQ/4 | 1,2,3 |
| | VOHdc= 0.95* VDDQ | 0.8 | 1 | 1.1 | RZQ/4 | 1,2,3 |
| 48 Ω | VOLdc= 0.5* VDDQ | 0.9 | 1 | 1.25 | RZQ/5 | 1,2,3 |
| | VOMdc= 0.8* VDDQ | 0.9 | 1 | 1.1 | RZQ/5 | 1,2,3 |
| | VOHdc= 0.95* VDDQ | 0.8 | 1 | 1.1 | RZQ/5 | 1,2,3 |
| 40 Ω | VOLdc= 0.5* VDDQ | 0.9 | 1 | 1.25 | RZQ/6 | 1,2,3 |
| | VOMdc= 0.8* VDDQ | 0.9 | 1 | 1.1 | RZQ/6 | 1,2,3 |
| | VOHdc= 0.95* VDDQ | 0.8 | 1 | 1.1 | RZQ/6 | 1,2,3 |
| 34 Ω | VOLdc= 0.5* VDDQ | 0.9 | 1 | 1.25 | RZQ/7 | 1,2,3 |
| | VOMdc= 0.8* VDDQ | 0.9 | 1 | 1.1 | RZQ/7 | 1,2,3 |
| | VOHdc= 0.95* VDDQ | 0.8 | 1 | 1.1 | RZQ/7 | 1,2,3 |
| DQ-DQ Mismatch within byte | VOMdc = 0.8* VDDQ | 0 | - | 8 | % | 1,2,4,5,6 |

NOTE 1   The tolerance limits are specified after calibration with stable voltage and temperature. For the behavior of the tolerance limits if temperature or voltage changes after calibration, see following section on voltage and temperature sensitivity.

NOTE 2   Pull-up ODT resistors are recommended to be calibrated at 0.8*VDDQ. Other calibration schemes may be used to achieve the linearity spec shown above, e.g. calibration at 0.5*VDDQ and 0.95*VDDQ.

NOTE 3   The tolerance limits are specified under the condition that VDDQ=VDD and VSS=VSS

NOTE 4   DQ to DQ mismatch within byte variation for a given component including DQS_T and DQS_C (characterized)

NOTE 5   RTT variance range ratio to RTT Nominal value in a given component, including DQS_t and DQS_c.

$$\text{DQ-DQ Mismatch in a Device} = \frac{\text{RTTMax -RTTMin}}{\text{RTTNOM}} *100$$

NOTE 6   This parameter of x16 device is specified for Upper byte and Lower byte.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 318

## 5.3    Dynamic ODT

In certain application cases and to further enhance signal integrity on the data bus, it is desirable that the termination strength of the DDR5 SDRAM can be changed without issuing an MRW command. This requirement is supported by the "Dynamic ODT" feature as described as follows:

## 5.3.1    ODT Functional Description

The function is described as follows:

- Five RTT values are available: RTT_NOM_RD, RTT_NOM_WR, RTT_PARK, RTT_WR and DQS_RTT_PARK.
  - The value for RTT_NOM_RD is preselected via MR35:OP[5:3]
  - The value for RTT_NOM_WR is preselected via MR35:OP[2:0]
  - The value for RTT_WR is preselected via MR34:OP[5:3]
  - The value for RTT_PARK is preselected via MR34:OP[2:0] - Programmed via MPC
  - The value for DQS_RTT_PARK is preselected via MR33:OP[5:3] - Programmed via MPC
- During operation without commands, the termination is controlled as follows;
  - Nominal termination strength for all types (RTT_NOM_RD, RTT_NOM_WR, RTT_WR, RTT_PARK & DQS_RTT_PARK) are selected.
  - RTT_NOM_RD and RTT_NOM_WR on/off timings are controlled via the respective non-target Read/Mode Register Read and Write commands and latencies.
  - DQS_RTT_PARK is held static and is based on the value programmed in the MR listed above.
- When a Write command (WR) is registered, the termination is controlled as follows:
  - A latency ODTLon_WR after the Write command, termination strength RTT_WR is selected.
  - A latency ODTLoff_WR after the Write command, termination strength RTT_WR is de-selected.
- The termination, RTT_NOM_WR, for the non-target Write command is selected and de-selected by latencies ODTLon_WR_NT and ODTLoff_WR_NT, respectively.
- When a Read command (RD) is registered, the termination is controlled as follows:
  - A latency ODTLoff_RD after the Read command, data termination is disabled. Then, ODTLon_RD after the Read command, data termination is enabled.
  - A latency ODTLoff_RD_DQS after the Read command, strobe termination is disabled. ODTLon_RD_DQS after the Read command, strobe termination is enabled.
- The termination, RTT_NOM_RD, for the non-target Read command is selected and de-selected by latencies ODTLon_RD_NT and ODTLoff_RD_NT, respectively.

The duration of a Write or Read command is a full burst cycle, BL/2. The termination select ("ODTLon_...") and de-select ("ODTLoff_...") latency settings shall not result in an ODT pulse width which violates a burst cycle (BL/2) minimum duration. The equation "ODTLoff_$X$ - ODTLon_$X$ >= BL/2" must be met, where $X$ is the termination latency setting associated with a particular command type (WR, WR_NT, RD_NT).

To achieve the minimum write burst duration, ODTLoff_$X$ and ODTLon_$X$ latencies contain independent programmable mode register offsets:

- The values for the Write command ODT control offsets are preselected via MR37.
  - MR37:OP[2:0] preselects ODTLon_WR_Offset
  - MR37:OP[5:3] preselects ODTLoff_WR_Offset
- The values for the non-target Write command ODT control offsets are preselected via MR38.
  - MR38:OP[2:0] preselects ODTLon_WR_NT_Offset
  - MR38:OP[5:3] preselects ODTLoff_WR_NT_Offset
- The values for the non-target Read command ODT control offsets are preselected via MR39.
  - MR39:OP[2:0] preselects ODTLon_RD_NT_Offset
  - MR39:OP[5:3] preselects ODTLoff_RD_NT_Offset

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 5.3.1    ODT Functional Description (cont'd)

### Table 188 — Allowable Write ODTL Offset Combinations

| | | ODTLon_WR_OffsetSetting | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | -4 | -3 | -2 | -1 | 0 | 1 | 2 |
| ODTLoff_WR_Offset Setting | 4 | Valid | Valid | Valid | Valid | Valid | Valid | Valid |
| | 3 | Valid | Valid | Valid | Valid | Valid | Valid | Valid |
| | 2 | Valid | Valid | Valid | Valid | Valid | Valid | Valid |
| | 1 | Valid | Valid | Valid | Valid | Valid | Valid | Invalid |
| | 0 | Valid | Valid | Valid | Valid | Valid | Invalid | Invalid |
| | -1 | Valid | Valid | Valid | Valid | Invalid | Invalid | Invalid |
| | -2 | Valid | Valid | Valid | Invalid | Invalid | Invalid | Invalid |

NOTE 1    The Write ODTLon -4 offset and ODTLoff +4 offset is not allowed for 1980-2100 data rates.

### Table 189 — Allowable Write NT ODTL Offset Combinations

| | | ODTLon_WR_NT_Offset Setting | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | -4 | -3 | -2 | -1 | 0 | 1 | 2 |
| ODTLoff_WR_NT_Offset Setting | 4 | Valid | Valid | Valid | Valid | Valid | Valid | Valid |
| | 3 | Valid | Valid | Valid | Valid | Valid | Valid | Valid |
| | 2 | Valid | Valid | Valid | Valid | Valid | Valid | Valid |
| | 1 | Valid | Valid | Valid | Valid | Valid | Valid | Invalid |
| | 0 | Valid | Valid | Valid | Valid | Valid | Invalid | Invalid |
| | -1 | Valid | Valid | Valid | Valid | Invalid | Invalid | Invalid |
| | -2 | Valid | Valid | Valid | Invalid | Invalid | Invalid | Invalid |

NOTE 1    The Write NT ODTLon -4 offset and ODTLoff +4 offset is not allowed for 1980-2100 data rates.

### Table 190 — Allowable Read NT ODTL Offset Combinations

| | | ODTLon_RD_NT_OffsetSetting | | | | |
|---|---|---|---|---|---|---|
| | | -3 | -2 | -1 | 0 | 1 |
| ODTLoff_RD_NT_Offset Setting | 3 | Valid | Valid | Valid | Valid | Valid |
| | 2 | Valid | Valid | Valid | Valid | Valid |
| | 1 | Valid | Valid | Valid | Valid | Valid |
| | 0 | Valid | Valid | Valid | Valid | Invalid |
| | -1 | Valid | Valid | Valid | Invalid | Invalid |

See **Table 191** for ODT latency and timing parameter details.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 320

## 5.3.1   ODT Functional Description (cont'd)

**Table 191 — Latencies and Timing Parameters Relevant for Dynamic ODT and CRC Disabled**

| Name and Description | Abbr. | Defined from | Define to | DDR5 speed bins 3200 to 6400 | Unit | Note |
|---|---|---|---|---|---|---|
| ODT Latency On from Write command to RTT Enable | tODTLon_WR | Registering external Write command | Change RTT strength from Previous State to RTT_WR | tODTLon_WR = CWL+ODTLon_WR_offset | nCK | 1 |
| ODT Latency On from NT Write command to RTT Enable | tODTLon_WR_NT | Registering external Write command | Change RTT strength from Previous State to RTT_NOM_WR | tODTLon_WR_NT = CWL+ODTLon_WR_NT_offset | | 1 |
| ODT Latency Off from Write command to RTT Disable | tODTLoff_WR | Registering external Write command | Change RTT strength from RTT_WR to RTT_PARK/ RTT_NOM_RD/RTT_NOM_WR/ Hi-Z | tODTLoff_WR = CWL+BL/2+ ODTLoff_WR_offset | nCK | 1 |
| ODT Latency Off from NT Write command to RTT Disable | tODTLoff_WR_NT | Registering external Write command | Change RTT strength from RTT_NOM_WR to RTT_PARK/ RTT_NOM_RD/RTT_WR/ Hi-Z | tODTLoff_WR_NT = CWL+BL/2+ ODTLoff_WR_NT_offset | | 1 |
| Data Termination Disable | tODTLoff_RD | Registering external Read command | Disables the termination upon driving data | Data Termination Disable = CL-1 | | 2 |
| Data Termination Enable | tODTLon_RD | Registering external Read command | Re-enables the termination after driving data | Data Termination Enable = CL+BL/2 | | 2 |
| Strobe Termination Disable | tODTLoff_RD_DQS | Registering external Read command | Disables the termination upon driving strobe | Strobe Termination Disable = CL-1-tRPRE- (Read DQS Offset) | | 2 |
| Strobe Termination Enable | tODTLon_RD_DQS | Registering external Read command | Re-enables the termination after driving strobe | Strobe Termination Enable = CL+BL/2-0.5+tRPST- (ReadDQS Offset) | | 2 |
| ODT Latency On from NT Read command to RTT Enable | tODTLon_RD_NT | Registering external Read command | Change RTT strength from Previous State to RTT_NOM_RD | tODTLon_RD_NT = CL+ODTLon_RD_NT_offset | nCK | 1 |
| ODT Latency Off from NT Read command to RTT Disable | tODTLoff_RD_NT | Registering external Read command | Change RTT strength from RTT_NOM_RD to RTT_PARK/ RTT_NOM_WR/RTT_WR/ HI-Z | tODTLoff_RD_NT = CL+BL/2+ ODTLoff_RD_NT_offset | | 1 |

NOTE 1   All "_offset" parameters refer to the ODT Configuration Mode Registers settings in MR37 to MR39.

NOTE 2   For simplicity, Read commands are assigned the same type of timing parameter; however, unlike others, it is a fixed timing and does not have an offset mode register to control it. To indicate this, it was named Data (or Strobe) Termination Disable and Enable.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 5.3.1    ODT Functional Description (cont'd)

### Table 192 — RTT Change Skew for Dynamic ODT and CRC Disabled for DDR5-3200 thru 6400

| Name and Description | Abbr. | Defined from | Define to | DDR5-3200 thru 5600 | DDR5-6000 | DDR5-6400 | Unit | Note |
|---|---|---|---|---|---|---|---|---|
| RTT change skew | tADC | Transitioning from one RTT State to the next RTT State | RTT Valid | tADC(min)=0.20 tADC(max)=0.80 | tADC(min)=0.18 tADC(max)=0.82 | tADC(min)=0.16 tADC(max)=0.84 | tCK(avg) | 1,2 |

NOTE 1   When transitioning from a value of RTT equal to RA, to a value of RTT equal to RB, the RTT termination resistance during the transition must be constrained for the minimum of (RA,RB) to the maximum of (RA, RB)

NOTE 2   The tADC spec follows the operating frequency (so that faster speed bins are backwards compatible to slower speed bins).

### Table 193 — RTT Change Skew for Dynamic ODT and CRC Disabled for DDR5-6800 thru 7600

| Name and Description | Abbr. | Defined from | Define to | DDR5-6800 | DDR5-7200 | DDR5-7600 | Unit | Note |
|---|---|---|---|---|---|---|---|---|
| RTT change skew | tADC | Transitioning from one RTT State to the next RTT State | RTT Valid | tADC(min)=0.14 tADC(max)=0.86 | tADC(min)=0.12 tADC(max)=0.88 | tADC(min)=0.10 tADC(max)=0.90 | tCK(avg) | 1,2 |

NOTE 1   When transitioning from a value of RTT equal to RA, to a value of RTT equal to RB, the RTT termination resistance during the transition must be constrained for the minimum of (RA,RB) to the maximum of (RA, RB).

NOTE 2   The tADC spec follows the operating frequency (so that faster speed bins are backwards compatible to slower speed bins).

### Table 194 — RTT Change Skew for Dynamic ODT and CRC Disabled for DDR5-8000 thru 8400

| Name and Description | Abbr. | Defined from | Define to | DDR5-8000 | DDR5-8400 | Unit | Note |
|---|---|---|---|---|---|---|---|
| RTT change skew | tADC | Transitioning from one RTT State to the next RTT State | RTT Valid | tADC(min)=0.08 tADC(max)=0.92 | tADC(min)=0.06 tADC(max)=0.94 | tCK(avg) | 1,2 |

NOTE 1   When transitioning from a value of RTT equal to RA, to a value of RTT equal to RB, the RTT termination resistance during the transition must be constrained for the minimum of (RA,RB) to the maximum of (RA, RB).

NOTE 2   The tADC spec follows the operating frequency (so that faster speed bins are backwards compatible to slower speed bins).

JEDEC Standard No. 79-5B_v1.20
Page 322

## 5.3.2   ODT tADC Clarifications

tADC is defined as the time it takes for the DRAM to transition from one RTT state to the next RTT state, in case of the read, it is the time from the RTT state to the DRAM Drive state. Unless the RTT is specifically disabled, no High-Z state shall be allowed during tADC. During DRAM Drive state, the DRAM RON shall keep the DQ signal high prior to the first DQ transition. The DFE should assume that 4UI prior to D0 the signal is HIGH.

**Figure 186** shows examples showing the tADC(min), tADC(avg) and tADC(max) with respect to the RTT status and effects on the DQ lines prior to the burst.



NOTES:
1. The follow diagram shows a transition from RTT_PARK to Read DRAM Drive state. When tADC transitions from RTT to Read Drive state, the DRAM RON from the driver will keep the DQ signal high prior to the data driven in D0. No High-Z time during tADC is allowed in this example.
2. In the case of Term to Write, the host will keep the DQ signal HIGH 4UI prior to the data driven in D0.
3. The DFE should assume that 4UI prior to D0 the signal is HIGH.

**Figure 186 — tADC Clarification - Example 1 - DQ RTT Park to Read**

**Figure 187** is an example showing the tADC(min), tADC(avg) and tADC(max) with respect to the RTT status and effects on the DQS lines prior to the burst.



NOTES:
1. The follow diagram shows a transition from DQS_RTT_PARK to Read DRAM Drive state. When tADC transitions from RTT to Read Drive state, the DRAM RON from the driver will keep the DQS signal high prior to the DQS driven at t5. No High-Z time during tADC is allowed in this example.

**Figure 187 — tADC Clarification - Example 2 - DQS RTT Park to Read**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 5.3.3  ODT Timing Diagrams

The following pages provide examples of ODT utilization timing diagrams. Examples of Write to Write, Read to Write and Read to Read are provided for clarification only. Implementations may vary, including termination on other DIMMS.

It is the controller's responsibility to manage command spacing and the programmable aspect of tODLon/off times to ensure that preambles and postambles are included in the RTT ON time.

When there is a 1 tCK ODT control gap for any ODT operation (such as shown in Figure 195), the said gap's RTT value will be the same or smaller (stronger termination) than RTT_PARK.

All timings noted in the **Figure 188** through **Figure 199** are just used as reference.



**Figure 188 — Example 1 of Burst Write Operation ODT Latencies and Control Diagrams**

NOTES:
1. The entire range of ODTL control is not shown for simplicity.
2. Example details - 2tCK tWPRE, 1.5tCK tWPST, 0.5UI tRX_DQS2DQ, ODTLon_WR_offset configured for -1, ODTLoff_WR_offset configured for 0. Example shows how the host may aggressively adjust the offset of the tODTLon_WR timing to give tADC the min time to settle before data.
3. System designs & margins may vary requiring larger RTT_WR windows.



**Figure 189 — Example 2 of Burst Write Operation ODT Latencies and Control Diagrams**

NOTES:
1. The entire range of ODTL control is not shown for simplicity.
2. Example details - 2tCK tWPRE, 1.5tCK tWPST, 1.5UI tRX_DQS2DQ, ODTLon_WR_offset configured for -1, ODTLoff_WR_offset configured for +1. Example shows how host may want to add an offset to the tODTLoff_WR time so that RTT_WR stays on for the actual burst.
3. System designs & margins may vary requiring larger RTT_WR windows.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 5.3.3    ODT Timing Diagrams (cont'd)



**Figure 190 — Example 3 of Burst Write Operation ODT Latencies and Control Diagrams**

NOTES:
1. The entire range of ODTL control is now shown for simplicity.
2. Example details - 2tCK tWPRE, 1.5tCK tWPST, 3UI tRX_DQS2DQ, ODTLon_WR_offset configured for 0, ODTLoff_WR_offset configured for +1. Example shows how host could leave the RTT_WR on time to default values with no offset and may want to add an offset to the tODTLoff_WR time so that RTT_WR stays on for the actual burst.
3. System designs & margins may vary requiring larger RTT_WR windows.



**Figure 191 — Example 4 of Burst Write Operation ODT Latencies and Control Diagrams**

NOTES:
1. The entire range of ODTL control is not shown for simplicity.
2. Example details - 2tCK tWPRE, 1.5tCK tWPST, 5UI tRX_DQS2DQ, ODTLon_WR_offset configured for +1, ODTLoff_WR_offset configured for +2. Example shows an extreme case where data is significantly delayed from DQS and how the host may want to add an offset to the tODTLon_WR time so that RTT_WR doesn't turn on too early and how the host may want to delay the tODTLoff_WR time so that it stays on for the burst.
3. System designs & margins may vary requiring larger RTT_WR windows.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 5.3.3 ODT Timing Diagrams (cont'd)

**Figure 192 — Example of Write to Write Turn Around, Different Ranks**

NOTES:
1. ODTLon_WR, ODTLon_WR_NT, ODTLoff_WR and ODTLoff_WR_NT are based on Mode Register settings that can push out or pull in the RTT enable and disable time.
2. The entire range of ODTL control is not shown for simplicity.

**Figure 193 — WRITE (BL16) to WRITE (BL16), Different Bank, Seamless Bursts**

NOTES:
1. BL=16, Preamble=2tCK - 0010 pattern, Postamble=1.5tCK
2. DES commands are shown for ease of illustration; other commands may be valid at these times.
3. Figure shown with ODTLon_WR_offset=-1, ODTLoff_WR_offset=0, tRX_DQS2DQ=1UI
4. In the case of Term to Write, the host will keep the DQ signal HIGH 4UI prior to the data driven in D0.
5. The DFE should assume that 4UI prior to D0 the signal is HIGH.

Netlist Inc.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 326

## 5.3.3   ODT Timing Diagrams (cont'd)



**Figure 194 — WRITE (BL16) to WRITE (BL16), Different Bank, 1 tCK Gap**

NOTES:
1. BL=16, Preamble=2tCK - 0010 pattern, Postamble=1.5tCK
2. DES commands are shown for ease of illustration; other commands may be valid at these times.
3. Figure shown with ODTLon_WR_offset=-1, ODTLoff_WR_offset=0, tRX_DQS2DQ=1UI
4. Red and Green DQS bursts are shown just for clarification purposes and are not part of an actual signal.
5. In the case of Term to Write, the host will keep the DQ signal HIGH 4UI prior to the data driven in D0.
6. The DFE should assume that 4UI prior to D0 the signal is HIGH.



**Figure 195 — WRITE (BL16) to WRITE (BL16), Different Bank, 2 tCK Gap**

NOTES:
1. BL=16, Preamble=2tCK - 0010 pattern, Postamble=1.5tCK
2. DES commands are shown for ease of illustration; other commands may be valid at these times.
3. Figure shown with ODTLon_WR_offset=-1, ODTLoff_WR_offset=0, tRX_DQS2DQ=1UI
4. Red and Green DQS bursts are shown just for clarification purposes and are not part of an actual signal.
5. In the case of Term to Write, the host will keep the DQ signal HIGH 4UI prior to the data driven in D0.
6. The DFE should assume that 4UI prior to D0 the signal is HIGH.
7. When there is a 1 tCK ODT control gap for any ODT operation (such as shown in Figure 195), the said gap's RTT value will be the same or smaller (stronger termination) than RTT_PARK.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 5.3.3 ODT Timing Diagrams (cont'd)

**Figure 196 — WRITE (BL16) to WRITE (BL16), Different Bank, 3 tCK Gap**

NOTES:
1. BL=16, Preamble=2tCK - 0010 pattern, Postamble=1.5tCK
2. DES commands are shown for ease of illustration; other commands may be valid at these times.
3. Figure shown with ODTLon_WR_offset=-1, ODTLoff_WR_offset=0, tRX_DQS2DQ=1UI
4. Red and Green DQS bursts are shown just for clarification purposes and are not part of an actual signal.
5. In the case of Term to Write, the host will keep the DQ signal HIGH 4UI prior to the data driven in D0.
6. The DFE should assume that 4UI prior to D0 the signal is HIGH.

Netlist Inc.

**Figure 197 — Example of Read to Write Turn Around, Different Ranks**

NOTES:
1. ODTLon_WR, ODTLon_WR_NT, ODTLoff_WR and ODTLoff_WR_NT are based on Mode Register settings that can push out or pull in the RTT enable and disable time.
2. ODTLon_RD_NT and ODTLoff_RD_NT are based on Mode Register settings that can push out or pull in the RTT enable and disable time.
3. ODTLon_WR_offset and ODTLoff_WR_offset not shown for simplicity.
4. Example shown with near ideal timings for termination settings, exact offset configurations will vary based on system designs.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 328

## 5.3.3    ODT Timing Diagrams (cont'd)



**Figure 198 — Example of Burst Read Operation ODT Latencies and Control Diagrams**

NOTES:
1. The entire range of ODTL control is now shown for simplicity.
2. Example shown with NT_ODT overlapping normal read disable by 1tCK on both sides (ODTLon_RD_NT_offset = -2 & ODTLoff_RD_NT_offset = +1)



**Figure 199 — Example of Burst Read Operation with ODTLon_RD_NT_offset set incorrectly**

NOTES:
1. The entire range of ODTL control is now shown for simplicity.
2. Since the ODTLon_RD_NT_Offset was left at zero offset and tADC still had to be considered, the NT RTT turned on too late for the non-target device. tADC is not instantaneous.
3. Since the tODTLoff_RD_NT is referenced from the CL, it is not affected by the offset used for the 'on' time and would turn off 1 clock earlier than the read disable RTT if programed to zero offset. tODTLon_RD_NT and tODTLoff_RD_NT are independently set and calculated from CL.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 5.4    On-Die Termination for CA, CS, CK_t, CK_c

The DDR5 DRAM includes ODT (On-Die Termination) termination resistance for CK_t, CK_c, CS and CA signals.

The ODT feature is designed to improve signal integrity of the memory channel by allowing the DRAM controller to turn on and off termination resistance for any target DRAM devices via MR setting.



**Figure 200 — A Simple Functional Representation of the DRAM CA ODT Feature**

The ODT termination resistance during power up will be set to the default values based on MR32 and MR33. The ODT resistance values can be configured by those same registers.

On-Die Termination effective resistance RTT is define by MRS bits.
ODT is applied to CK_t, CK_c, CS and CA pins

$$RTT = \frac{VDDQ\text{-}Vout}{\mid I\ out \mid}$$



**Figure 201 — A Functional Representation of the On-die Termination**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 330

## 5.4.1   Supported On-Die Termination Values

On-die termination effective Rtt values supported are 480, 240, 120, 80, 60, and 40 ohms

**Table 195 — ODT Electrical Characteristics RZQ=240 Ω +/-1%**
**Entire Temperature Operation Range; After Proper ZQ Calibration; VDD=VDDQ**

| MR | RTT | Vout | Min | Nom | Max | Unit | Note |
|---|---|---|---|---|---|---|---|
| MR32 for CK & CS<br>MR33 for CA | 480 Ω | $V_{OLdc}$= 0.5* VDDQ | 0.7 | 1 | 1.4 | $R_{ZQ}$*2 | 1,2,3,5 |
| | | $V_{OMdc}$= 0.8* VDDQ | 0.7 | 1 | 1.3 | $R_{ZQ}$*2 | 1,2,3,5 |
| | | $V_{OHdc}$= 0.95* VDDQ | 0.6 | 1 | 1.3 | $R_{ZQ}$*2 | 1,2,3,5 |
| MR32 for CK & CS<br>MR33 for CA | 240 Ω | $V_{OLdc}$= 0.5* VDDQ | 0.9 | 1 | 1.25 | $R_{ZQ}$ | 1,2,3,5 |
| | | $V_{OMdc}$= 0.8* VDDQ | 0.9 | 1 | 1.1 | $R_{ZQ}$ | 1,2,3,5 |
| | | $V_{OHdc}$= 0.95* VDDQ | 0.8 | 1 | 1.1 | $R_{ZQ}$ | 1,2,3,5 |
| MR32 for CK & CS<br>MR33 for CA | 120 Ω | $V_{OLdc}$= 0.5* VDD | 0.9 | 1 | 1.25 | $R_{ZQ}$/2 | 1,2,3,5,6 |
| | | $V_{OMdc}$= 0.8* VDD | 0.9 | 1 | 1.1 | $R_{ZQ}$/2 | 1,2,3,5,6 |
| | | $V_{OHdc}$= 0.95* VDD | 0.8 | 1 | 1.1 | $R_{ZQ}$/2 | 1,2,3,5,6 |
| MR32 for CK & CS<br>MR33 for CA | 80 Ω | $V_{OLdc}$= 0.5* VDDQ | 0.9 | 1 | 1.25 | $R_{ZQ}$/3 | 1,2,3,5 |
| | | $V_{OMdc}$= 0.8* VDDQ | 0.9 | 1 | 1.1 | $R_{ZQ}$/3 | 1,2,3,5 |
| | | $V_{OHdc}$= 0.95* VDDQ | 0.8 | 1 | 1.1 | $R_{ZQ}$/3 | 1,2,3,5 |
| MR32 for CK & CS<br>MR33 for CA | 60 Ω | $V_{OLdc}$= 0.5* VDDQ | 0.9 | 1 | 1.25 | $R_{ZQ}$/4 | 1,2,3,5 |
| | | $V_{OMdc}$= 0.8* VDDQ | 0.9 | 1 | 1.1 | $R_{ZQ}$/4 | 1,2,3,5 |
| | | $V_{OHdc}$= 0.95* VDDQ | 0.8 | 1 | 1.1 | $R_{ZQ}$/4 | 1,2,3,5 |
| MR32 for CK & CS<br>MR33 for CA | 40 Ω | $V_{OLdc}$= 0.5* VDDQ | 0.9 | 1 | 1.25 | $R_{ZQ}$/6 | 1,2,3,5 |
| | | $V_{OMdc}$= 0.8* VDDQ | 0.9 | 1 | 1.1 | $R_{ZQ}$/6 | 1,2,3,5 |
| | | $V_{OHdc}$= 0.95* VDDQ | 0.8 | 1 | 1.1 | $R_{ZQ}$/6 | 1,2,3,5 |
| Mismatch CA-CA within Device | | 0.8* VDDQ | 0 | | 10 | % | 1,2,4,5 |

NOTE 1   The tolerance limits are specified after calibration with stable voltage and temperature. For the behavior of the tolerance limits if temperature or voltage changes after calibration, see following section on voltage and temperature sensitivity.

NOTE 2   Pull-up ODT resistors are recommended to be calibrated at 0.8*VDDQ. Other calibration schemes may be used to achieve the linearity spec shown above, e.g. calibration at 0.5*VDDQ and 0.95*VDDQ.

NOTE 3   Measurement definition for RTT: tbd

NOTE 4   CA to CA mismatch within device variation for a given component including CS, CK_t and CK_c (characterized)

$$\text{CA-CA Mismatch in a Device} = \left( \frac{RTTMax - RTTMin}{RTTNOM} \right) \times 100$$

NOTE 5   Without ZQ calibration ODT effective RTT values have an increased tolerance of +/- 30%

NOTE 6   CK ODT RZQ/2 (120Ω), CS ODT RZQ/2 (120Ω), and CA ODT RZQ/2 (120Ω) are only supported at >5200 MT/s data rates.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 5.5    On-Die Termination for Loopback Signals

The DDR5 DRAM includes ODT (On-Die Termination) termination resistance for the Loopback signals LBDQS and LBDQ. The ODT feature is designed to improve signal integrity of the memory channel by allowing the DRAM controller to turn on and off termination resistance for any target DRAM devices via MR setting.



**Figure 202 — Functional Representation of Loopback ODT**

The ODT termination resistance during power up will be set to the default values based on TBD. The ODT resistance values can be configured by MR TBD.

On-Die Termination effective resistance RTT is defined by MR bits TBD.
ODT is applied to Loopback signals LBDQS and LBDQ. On die termination effective Rtt values supported for the Loopback pins is 48 ohms.

$$RTT = \frac{VDDQ - Vout}{|\, Iout\, |}$$

**Table 196 — ODT Electrical Characteristics RZQ=240 Ω +/-1%**
**Entire Temperature Operation Range; After Proper ZQ Calibration; VDD=VDDQ**

| RTT | Vout | Min | Nom | Max | Unit | NOTE |
|---|---|---|---|---|---|---|
| 48 ohms | VOLdc= 0.5* VDDQ | 0.9 | 1 | 1.25 | RZQ/5 | 1,2,3 |
| | VOMdc= 0.8* VDDQ | 0.9 | 1 | 1.1 | RZQ/5 | 1,2,3 |
| | VOHdc= 0.95* VDDQ | 0.8 | 1 | 1.1 | RZQ/5 | 1,2,3 |
| Mismatch LBDQS - LBDQ within device | VOMdc = 0.8* VDDQ | 0 | | 8 | % | 1,2,3,4 |
| NOTE 1    The tolerance limits are specified after calibration with stable voltage and temperature. For the behavior of the tolerance limits if temperature or voltage changes after calibration, see following section on voltage and temperature sensitivity. |||||||
| NOTE 2    Pull-up ODT resistors are recommended to be calibrated at 0.8*VDDQ. Other calibration schemes may be used to achieve the linearity spec shown above, e.g. calibration at 0.5*VDDQ and 0.95*VDDQ. |||||||
| NOTE 3    Measurement definition for RTT:tbd |||||||
| NOTE 4    Loopback ODT mismatch within device variation for a given component including LBDQS and LBDQ |||||||
| $$LBDQS\text{-}LBDQ \text{ Mismatch in a Device} = \left( \frac{RTTMax\text{-}RTTMin}{RTTNOM} \right) \times 100$$ |||||||

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

# 6    AC and DC Operating Conditions

## 6.1    Absolute Maximum Ratings

**Table 197 — Absolute Maximum DC Ratings**

| Symbol | Parameter | Rating | Units | Notes |
|--------|-----------|--------|-------|-------|
| VDD | Voltage on VDD pin relative to Vss | -0.3 ~ 1.4 | V | 1,3 |
| VDDQ | Voltage on VDDQ pin relative to Vss | -0.3 ~ 1.4 | V | 1,3 |
| VPP | Voltage on VPP pin relative to Vss | -0.3 ~ 2.1 | V | 4 |
| $V_{IN}$, $V_{OUT}$ | Voltage on any pin relative to Vss | -0.3 ~ 1.4 | V | 1,3,5 |
| $T_{STG}$ | Storage Temperature | -55 to +100 | °C | 1,2 |

NOTE 1   Stresses greater than those listed under "Absolute Maximum Ratings" may cause permanent damage to the device. This is a stress rating only and functional operation of the device at these or any other conditions above those indicated in the operational sections of this specification is not implied. Exposure to absolute maximum rating conditions for extended periods may affect reliability

NOTE 2   Storage Temperature is the case surface temperature on the center/top side of the DRAM. For the measurement conditions, please refer to JESD51-2 standard.

NOTE 3   VDD and VDDQ must be within 300 mV of each other at all times. When VDD and VDDQ are less than 500 mV

NOTE 4   VPP must be equal or greater than VDD/VDDQ at all times.

NOTE 5   Overshoot area above 1.5 V is specified in Clause 8.3.4, Clause 8.3.5, and Clause 8.3.6.

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

## 6.2    DC Operating Conditions

**Table 198 — DC Operating Conditions**

| Symbol | Parameter | Low Freq Voltage Spec Freq: DC to 2MHz | | | | Z(f) Spec Freq: 2Mhz to 10Mhz | | Z(f) Spec Freq: 20Mhz | | Notes |
|--------|-----------|------|------|------|------|------|------|------|------|-------|
| | | Min. | Typ. | Max. | Unit | Zmax | Unit | Zmax | Unit | |
| VDD | Device Supply Voltage | 1.067 (-3%) | 1.1 | 1.166 (+6%) | V | 10 | mOhm | 20 | mOhm | 1,2,3 |
| VDDQ | Supply Voltage for I/O | 1.067 (-3%) | 1.1 | 1.166 (+6%) | V | 10 | mOhm | 20 | mOhm | 1,2,3 |
| VPP | Core Power Voltage | 1.746 (-3%) | 1.8 | 1.908 (+6%) | V | 10 | mOhm | 20 | mOhm | 3 |

NOTE 1    VDD must be within 66mv of VDDQ
NOTE 2    AC parameters are measured with VDD and VDDQ tied together.
NOTE 3    This includes all voltage noise from DC to 2 MHz at the DRAM package ball.
NOTE 4    Z(f) is defined for all pins per voltage domain. Z(f) does not include the DRAM package and silicon die.



**Figure 203 — Zprofile/Z(f) of the System at the DRAM Package Solder Ball (without DRAM Component)**

A simplified electrical system load model for Z(F) with the general frequency response is shown in **Figure 204**. The resistance and inductance can be scaled to generalize the spec response to the DRAM pin.



**Figure 204 — Simplified Z(f) Electrical Model and Frequency Response of PDN at the DRAM Pin without the DRAM Component**

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

## 6.3    DRAM Component Operating Temperature Range

**Table 199 — DC Operating Temperature Range**

| Symbol | Parameter | Temperature Range (Unit: °C) | | Grade | Notes |
|---|---|---|---|---|---|
| | | Min | Max | | |
| $T_{oper\_normal}$ | Normal Operating Temperature | 0 | 85 | NT | 1,2,3,4 |
| $T_{oper\_extended}$ | Extended Operating Temperature | 0 | 95 | XT | 1,2,3,4,5 |

NOTE 1    All operating temperature symbols, ranges, acronyms are referred from JESD402-1.

NOTE 2    Operating Temperature is the case surface temperature on the center/top side of the DRAM. For the measurement conditions, please refer to JESD51-2 standard.

NOTE 3    All DDR5 SDRDAMs are required to operate in NT and XT temperature ranges.

NOTE 4    When operating above 85 °C, the host shall provide appropriate Refresh mode controls associated with the increased temperature range. The full description of these settings are defined in Table 73 in Clause 4.13.5

NOTE 5    Operating Temperature for 3DS needs to be derated by the number of DRAM dies as: [$T_{OPER} - (2.5\ °C \times \log_2 N)$], where N is the number of the stacked dies.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

# 7    AC and DC Global Definitions

## 7.1    Transmitter (Tx), Receiver (Rx) and Channel Definitions - No Ballot

TBD

## 7.2    Bit Error Rate

### 7.2.1    Introduction

This clause provides an overview of the Bit Error Rate (BER) and the desired Statistical Level of Confidence.

### 7.2.2    General Equation

$$n = \left(\frac{1}{BER}\right)\left[-\ln(1 - SLC) + \ln\left(\sum_{k=0}^{N} \frac{(n \cdot BER)^k}{k!}\right)\right]$$

Where:

    n = number of bits in a trial
    SLC = statistical level of confidence
    BER = Bit Error Rate
    k = intermediate number of specific errors found in trial
    N = number of errors recorded during trial

If no, errors are assumed in a given test period, the second term drops out and the equation becomes:

$$n = \left(\frac{1}{BER}\right)[-\ln(1 - SLC)]$$

JEDEC recommends testing to 99.5% confidence levels; however, one may choose a number that is viable for their own manufacturing levels. To determine how many bits of data should be sent (again, assuming zero errors, or N=0), using BER=$E^{-9}$ and confidence level SLC=99.5%, the result is n=(1/BER)(-ln(1-0.995) =5.298x10$^9$.

Results for commonly used confidence levels of 99.5% down to 70% are shown in **Table 200**.

**Table 200 — Estimated Number of Transmitted Bits (n) for the Confidence Level of 70% to 99.5%**

| Number Errors | n = -ln(1-SLC)/BER | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 99.5% | 99% | 95% | 90% | 85% | 80% | 75% | 70% |
| 0 | 5.298/BER | 4.61/BER | 2.99/BER | 2.3/BER | 1.90/BER | 1.61/BER | 1.39/BER | 1.20/BER |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 336

## 7.2.3   Minimum Bit Error Rate (BER) Requirements

Table 201 specifies the UIavg and Bit Error Rate requirements over which certain receiver and transmitter timing and voltage specifications need to be validated assuming a 99.5% confidence level at BER=E$^{-9}$.

### Table 201 — Minimum BER Requirements for Rx/Tx Timing and Voltage Tests for DDR5-3200 to 6400

| Parameter | Symbol | DDR5-3200-4800 | | | DDR5 5200-6400 | | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | Min | Nom | Max | Min | Nom | Max | | |
| Average UI | UI$_{AVG}$ | 0.999* nominal | 1000/f | 1.001* nominal | 0.999* nominal | 1000/f | 1.001* nominal | ps | 1 |
| Number of UI (min) | N$_{Min\_UI\_Validation}$ | 5.3x10$^9$ | - | - | 5.3x10$^9$ | - | - | UI | 2 |
| Bit Error Rate | BER$_{Lane}$ | - | - | E$^{-16}$ | - | - | E$^{-16}$ | Events | 3,4,5 |

NOTE 1   Average UI size, "f" is data rate

NOTE 2   # of UI over which certain Rx/Tx timing and voltage specifications need to be validated assuming a 99.5% confidence level at BER=E$^{-9}$.

NOTE 3   This is a system parameter. It is the raw bit error rate for every lane before any logical PHY or link layer based correction. It may not be possible to have a validation methodology for this parameter for a standalone transmitter or standalone receiver, therefore, this parameter has to be validated in selected systems using a suitable methodology as deemed by the platform.

NOTE 4   Bit Error Rate per lane. This is a raw bit error rate before any correction. This parameter is primarily used to determine electrical margins during electrical analysis and measurements that are located between two interconnected devices.

NOTE 5   This is the minimum BER requirements for testing timing and voltage parameters listed in Input Clock Jitter, Rx DQS, and DQ Voltage Sensitivity, Rx DQS Jitter Sensitivity, Rx DQ Stressed Eye, Tx DQS Jitter, Tx DQ Jitter, and Tx DQ Stressed EH/EW specifications.

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

## 7.3    Unit Interval and Jitter Definitions

This clause describes the UI and NUI Jitter definitions associated with the Jitter parameters specified in Rx Stressed Eye, Tx DQS Jitter, Tx DQ Jitter, and Input Clock Jitter specifications.

### 7.3.1    Unit Interval (UI)

The times at which the differential crossing points of the clock occur are defined at t1, t2, …, tn-1, tn,..., tK. The UI at index "n" is defined as shown in **Figure 205** (with n=1,2,…) from an arbitrary time in steady state, where n=0 is chosen as the starting crossing point.

Mathematical definition of UI is shown in **Figure 205** and **Figure 206**.

$$UI_n = t_n - t_{n-1}$$

**Figure 205 — UI Definition in Terms of Adjacent Edge Timings**

For the Single-Ended data, the unit interval time starts when the signal crosses a pre-specified reference voltage. For the differential clock, the unit interval time starts when the CK_t and CK_c intersect (see **Figure 206**).



**Figure 206 — UI Definition Using Clock Waveforms**

### 7.3.2    UI Jitter Definition

If a number of UI edges are computed or measured at times t1, t2, …, tn-1, tn,..., tK, where K is the maximum number of samples, then the UI jitter at any instance "n" is defined in **Figure 207**, where T = the ideal UI size.

$$UI(jit)_n = (t_n - t_{n-1}) - T, \quad n=1,2,3,...,K$$

**Figure 207 — UI Jitter for "nth" UI Definition (in Terms of Ideal UI)**

In a large sample with random Gaussian-like jitter (therefore very close to symmetric distribution), the average of all UI sizes usually turns out to be very close to the ideal UI size.

The equation described in **Figure 207** assumes starting from an instant steady state, where n=0 is chosen as the starting point. 1 UI = one bit, which means 2 UI = one full cycle or time period of the forwarded strobe. Example: For 6.4 GT/s signaling, the forwarded strobe frequency is 3.2 GHz, or 1 UI = 156.25 ps.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 338

## 7.3.2    UI Jitter Definition (cont'd)

Deterministic jitter is analyzed in terms of the peak-to-peak value and in terms of specific frequency components present in the jitter, isolating the causes for each frequency. Random jitter is unbounded and analyzed in terms of statistical distribution to convert to a bit error rate (BER) for the link.

## 7.3.3    UI-UI Jitter Definition

UI-UI (read as "UI to UI") jitter is defined to be the jitter between two consecutive UI as shown in **Figure 208**.

$$\Delta UI_n = UI_n - UI_{n-1} \qquad n=2,3,...,K$$

**Figure 208 — UI-UI Jitter Definitions**

## 7.3.4    Accumulated Jitter (Over "N" UI)

Accumulated jitter is defined as the jitter accumulated over any consecutive "N" UI as shown in **Figure 209**.

$$T_{acc}^N = \sum_{p=m}^{m+N-1}(UI_p - \overline{UI}) \qquad m=1,2,...,K\text{-}N$$

**Figure 209 — Definition of Accumulated Jitter (over "N" UI)**

where $\overline{UI}$ is defined in the equation shown in **Figure 210**.

$$\overline{UI} = \frac{\sum_{p=1}^{K}UI_p}{K} \qquad p=1,2,...,N,...,K$$

**Figure 210 — Definition of $\overline{UI}$**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

# 8    AC and DC Input Measurement Levels

8.1    Overshoot and Undershoot specifications for CAC - No Ballot

## 8.2    CA Rx Voltage and Timings

Note: The following draft assumes internal CA VREF. If the VREF is external, the specs will be modified accordingly.

The command and address (CA) including CS input receiver compliance mask for voltage and timing is shown in **Figure 211**. All CA signals apply the same compliance mask and CS signal applies its own compliance mask independently. All signals applied to the compliance mask operate in single data rate mode.

The CA input receiver mask for voltage and timing as shown in **Figure 211** is applied across all CA pins. The receiver mask (Rx Mask) defines the area that the input signal must not encroach in order for the DRAM input receiver to be expected to be able to successfully capture a valid input signal; it is not the valid data-eye.



**Figure 211 — CA Receiver (Rx) Mask**



**Figure 212 — Across Pin V$_{REF}$CA Voltage Variation**

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

JEDEC Standard No. 79-5B_v1.20
Page 340

## 8.2   CA Rx Voltage and Timings (cont'd)

Vcent_CA(pin mid) is defined as the midpoint between the largest Vcent_CA voltage level and the smallest Vcent_CA voltage level across all CA and CS pins for a given DRAM component. Each CA Vcent level is defined by the center, i.e. widest opening, of the cumulative data input eye as depicted in **Figure 213**. This clarifies that any DRAM component level variation must be accounted for within the DRAM CA Rx mask. The component level $V_{REF}$ will be set by the system to account for Ron and ODT settings.

### CK_t, CK_c, CA Eye at DRAM Pin

### Optimally centered Rx mask



TcIVW is not necessarily center aligned on CK_t/CK_c crossing at the DRAM pin, but is  assumed to be center aligned at the DRAM Latch.

**Figure 213 — CA Timings at the DRAM Pins**



NOTE:
1. SRIN_cIVW=VcIVW_Total/(tr or tf), signal must be monotonic within tr and tf range.

**Figure 214 — CA TcIPW and SRIN_cIVW Definition (for Each Input Pulse)**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 8.2   CA Rx Voltage and Timings (cont'd)



**Figure 215 — CA VIHL_AC Definition (for Each Input Pulse)**

**Table 202 — DRAM CA, CS Parametric Values for DDR5-3200 to DDR5-4800**

| Parameter | Symbol | DDR5-3200 | | DDR5-3600 | | DDR5-4000 | | DDR5-4400 | | DDR5-4800 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Rx Mask voltage - p-p | VcIVW | - | 140 | - | 140 | - | 140 | - | 130 | - | 130 | mV | 1,2,4 |
| Rx Timing Window | TcIVW | - | 0.2 | - | 0.2 | - | 0.2 | - | 0.2 | - | 0.2 | UI* | 1,2,3,4,8 |
| CA Input Pulse Amplitude | VIHL_AC | 160 | | 160 | | 160 | | 150 | | 150 | | mV | 7 |
| CA Input Pulse Width | TcIPW | 0.58 | | 0.58 | | 0.58 | | 0.58 | | 0.58 | | UI* | 5,8 |
| Input Slew Rate over VcIVW | SRIN_cIVW | 1 | 7 | 1 | 7 | 1 | 7 | 1 | 7 | 1 | 7 | V/ns | 6 |

NOTE 1   CA Rx mask voltage and timing parameters at the pin including voltage and temperature drift.
NOTE 2   Rx mask voltage VcIVW total(max) must be centered around Vcent_CA(pin mid).
NOTE 3   Rx differential CA to CK jitter total timing window at the VcIVW voltage levels.
NOTE 4   Defined over the CA internal $V_{REF}$ range. The Rx mask at the pin must be within the internal $V_{REF}$ CA range irrespective of the input signal common mode.
NOTE 5   CA only minimum input pulse width defined at the Vcent_CA(pin mid).
NOTE 6   Input slew rate over VcIVW Mask centered at Vcent_CA(pin mid).
NOTE 7   VIHL_AC does not have to be met when no transitions are occurring.
NOTE 8   * UI=tCK(avg)min

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 342

## 8.2    CA Rx Voltage and Timings (cont'd)

### Table 203 — DRAM CA, CS Parametric Values for DDR5-5200 to DDR5-5600

| Parameter | Symbol | Option 3 10ps <= Tpkg_Delay_CA <=29ps | | | | Option 2 29ps < Tpkg_Delay_CA <=32ps | | | | Option 1 32ps < Tpkg_Delay_CA <=35ps | | | | Unit | Notes |
| | | DDR5-5200 | | DDR5-5600 | | DDR5-5200 | | DDR5-5600 | | DDR5-5200 | | DDR5-5600 | | | |
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Rx Mask voltage - p-p | VciVW | - | 110 | - | 110 | - | 95 (CI max=0.55pF) 100 (CI max=0.5pF) | - | 95 (CI max=0.55pF) 100 (CI max=0.5pF) | - | 80 (CI max=0.55pF) 85 (CI max=0.5pF) | - | 80 (CI max=0.55pF) 85 (CI max=0.5pF) | mV | 1,2,4 |
| Rx Timing Window | TclVW | - | 0.2 | - | 0.2 | - | 0.2 | - | 0.2 | - | 0.2 | - | 0.2 | UI* | 1,2,3,4,8 |
| CA Input Pulse Amplitude | VIHL_AC | 125 | - | 125 | - | 115 | - | 115 | - | 110 | - | 110 | - | mV | 7 |
| CA Input Pulse Width | TclPW | 0.58 | | 0.58 | | 0.58 | | 0.58 | | 0.58 | | 0.58 | | UI* | 5,8 |
| Input Slew Rate over VciVW | SRIN_ciVW | 1 | 7 | 1 | 7 | 1 | 7 | 1 | 7 | 1 | 7 | 1 | 7 | V/ns | 6 |

NOTE 1 CA Rx mask voltage and timing parameters at the pin including voltage and temperature drift.
NOTE 2 Rx mask voltage VclVW total(max) must be centered around Vcent_CA(pin mid).
NOTE 3 Rx differential CA to CK jitter total timing window at the VclVW voltage levels.
NOTE 4 Defined over the CA internal $V_{REF}$ range. The Rx mask at the pin must be within the internal $V_{REF}$ CA range irrespective of the input signal common mode.
NOTE 5 CA only minimum input pulse width defined at the Vcent_CA(pin mid).
NOTE 6 Input slew rate over VclVW Mask centered at Vcent_CA(pin mid).
NOTE 7 VIHL_AC does not have to be met when no transitions are occurring.
NOTE 8 * UI=tck(avg)min

### Table 204 — DRAM CA, CS Parametric Values for DDR5-6000 to DDR5-6400

| Parameter | Symbol | Option 3 10ps <= Tpkg_Delay_CA <=29ps | | | | Option 2 29ps < Tpkg_Delay_CA <=32ps | | | | Option 1 32ps < Tpkg_Delay_CA <=35ps | | | | Unit | Notes |
| | | DDR5-6000 | | DDR5-6400 | | DDR5-6000 | | DDR5-6400 | | DDR5-6000 | | DDR5-6400 | | | |
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Rx Mask voltage - p-p | VciVW | - | 95 | - | 95 | - | 85 | - | 85 | - | 80 | - | 80 | mV | 1,2,4 |
| Rx Timing Window | TclVW | - | 0.2 | - | 0.2 | - | 0.2 | - | 0.2 | - | 0.2 | - | 0.2 | UI* | 1,2,3,4,8 |
| CA Input Pulse Amplitude | VIHL_AC | 115 | - | 115 | - | 105 | - | 105 | - | 100 | - | 100 | - | mV | 7 |
| CA Input Pulse Width | TclPW | 0.58 | | 0.58 | | 0.58 | | 0.58 | | 0.58 | | 0.58 | | UI* | 5,8 |
| Input Slew Rate over VciVW | SRIN_ciVW | 1 | 7 | 1 | 7 | 1 | 7 | 1 | 7 | 1 | 7 | 1 | 7 | V/ns | 6 |

NOTE 1 CA Rx mask voltage and timing parameters at the pin including voltage and temperature drift.
NOTE 2 Rx mask voltage VclVW total(max) must be centered around Vcent_CA(pin mid).
NOTE 3 Rx differential CA to CK jitter total timing window at the VclVW voltage levels.
NOTE 4 Defined over the CA internal $V_{REF}$ range. The Rx mask at the pin must be within the internal $V_{REF}$ CA range irrespective of the input signal common mode.
NOTE 5 CA only minimum input pulse width defined at the Vcent_CA(pin mid).
NOTE 6 Input slew rate over VclVW Mask centered at Vcent_CA(pin mid).
NOTE 7 VIHL_AC does not have to be met when no transitions are occurring.
NOTE 8 * UI=tck(avg)min

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 8.3    Input Clock Jitter Specification

### 8.3.1    Overview

The clock is being driven to the DRAM either by the RCD for L/RDIMM modules, or by the host for U/SODIMM modules (**Figure 216**).



**Figure 216 — HOST Driving Clock Signals to the DRAM**

Netlist Inc.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 344

## 8.3.2   Specification for DRAM Input Clock Jitter

The Random Jitter (Rj) specified is a random jitter meeting a Gaussian distribution. The Deterministic Jitter (Dj) specified is bounded. Input clock violating the min/max jitter values may result in malfunction of the DDR5 SDRAM device.

**Table 205 — DRAM Input Clock Jitter Specifications for DDR5-3200 to DDR5-4400**

[BUJ=Bounded Uncorrelated Jitter; DCD=Duty Cycle Distortion; Dj=Deterministic Jitter; Rj=Random Jitter; Tj=Total jitter; pp=Peak-to-Peak]

| Parameter | Symbol | DDR5-3200 | | DDR5-3600 | | DDR5-4000 | | DDR5-4400 | | DDR5-4800 | | Unit | Notes |
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DRAM Reference clock frequency | tCK | 0.9999 * f0 | 1.0001 * f0 | 0.9999 * f0 | 1.0001 * f0 | 0.9999 * f0 | 1.0001 * f0 | 0.9999 * f0 | 1.0001 * f0 | 0.9999 * f0 | 1.0001 * f0 | MHz | 1,11 |
| Duty Cycle Error | tCK_Duty_UI_Error | - | 0.05 | - | 0.05 | - | 0.05 | - | 0.05 | | 0.05 | UI | 1,4,11 |
| Rj RMS value of 1-UI Jitter | tCK_1UI_Rj_NoBUJ | - | 0.0037 | - | 0.0037 | - | 0.0037 | - | 0.0037 | - | 0.0037 | UI (RMS) | 3,5,11 |
| Dj pp value of 1-UI Jitter | tCK_1UI_Dj_NoBUJ | - | 0.030 | - | 0.030 | - | 0.030 | - | 0.030 | - | 0.030 | UI | 3,6,11 |
| Tj value of 1-UI Jitter | tCK_1UI_Tj_NoBUJ | - | 0.090 | - | 0.090 | - | 0.090 | - | 0.090 | - | 0.090 | UI | 3,6,11 |
| Rj RMS value of N-UI Jitter, where N=2,3 | tCK_NUI_Rj_NoBUJ, where N=2,3 | - | 0.0040 | - | 0.0040 | - | 0.0040 | - | 0.0040 | - | 0.0040 | UI (RMS) | 3,7,11 |
| Dj pp value of N-UI Jitter, where N=2,3 | tCK_NUI_Dj_NoBUJ, where N=2,3 | - | 0.074 | - | 0.074 | - | 0.074 | - | 0.074 | - | 0.074 | UI | 3,7,11 |
| Tj value of N-UI Jitter, where N=2,3 | tCK_NUI_Tj_NoBUJ, where N=2,3 | - | 0.140 | - | 0.140 | - | 0.140 | - | 0.140 | - | 0.140 | UI | 3,8,11 |
| Rj RMS value of N-UI Jitter, where N=4,5,6,...,30 | tCK_NUI_Rj_NoBUJ, where N=4,5,6,...,30 | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI (RMS) | 3,9,11,12 |
| Dj pp value of N-UI Jitter, N=4,5,6,...,30 | tCK_NUI_Dj_NoBUJ, where N=4,5,6,...,30 | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 3,10,11,12 |
| Tj value of N-UI Jitter, N=4,5,6,...,30 | tCK_NUI_Tj_NoBUJ, where N=4,5,6,...,30 | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 3,10,11,12 |

NOTE 1   f0 = Data Rate/2, example: if data rate is 3200MT/s, then f0=1600

NOTE 2   Rise and fall time slopes (V / nsec) are measured between +100 mV and -100 mV of the differential output of reference clock

NOTE 3   On-die noise similar to that occurring with all the transmitter and receiver lanes toggling need to be stimulated. When there is no socket in transmitter measurement setup, in many cases, the contribution of the cross-talk is not significant or can be estimated within tolerable error even with all the transmitter lanes sending patterns. When a socket is present, such as DUT being DRAM component, the contribution of the cross-talk could be significant. To minimize the impact of crosstalk on the measurement results, a small group of selected lanes in the vicinity of the lane under test may be turned off (sending DC), while the remaining Tx lanes send patterns to the corresponding Rx receivers so as to excite realistic on-die noise profile from device switching. Note that there may be cases when one of Dj and Rj specs is met and another violated in which case the signaling analysis should be run to determine link feasibility

NOTE 4   Duty Cycle Error defined as absolute difference between average value of all UI with that of average of odd UI, which in magnitude would equal absolute difference between average of all UI and average of all even UI.

NOTE 5   Rj RMS value of 1-UI jitter without BUJ, but on-die system-like noise present. This extraction is to be done after software correction of DCD

NOTE 6   Dj pp value of 1-UI jitter (after software assisted DCC). Without BUJ, but on-die system like noise present. Dj indicates Djdd of dual-Dirac fitting, after software correction of DCD

NOTE 7   Rj RMS value of N-UI jitter without BUJ, but on-die system like noise present. Evaluated for 1 < N < 4. This extraction is to be done after software correction of DCD

NOTE 8   Dj pp value of N-UI jitter without BUJ, but on-die system like noise present. Evaluated for 1 < N < 4. Dj indicates Djdd of dual-Dirac fitting, after software correction of DCD

NOTE 9   Rj RMS value of N-UI jitter without BUJ, but on-die system like noise present. Evaluated for 3 < N < 31. This extraction is to be done after software correction of DCD

NOTE 10   Dj pp value of N-UI jitter without BUJ, but on-die system like noise present. Evaluated for 3 < N < 31. Dj indicates Djdd of dual-Dirac fitting, after software correction of DCD

NOTE 11   The validation methodology for these parameters will be covered in future ballots

NOTE 12   If the clock meets total jitter Tj at BER of 1E$^{-16}$, then meeting the individual Rj and Dj components of the spec can be considered optional. Tj is defined as Dj + 16.2*Rj for BER of 1E$^{-16}$.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 8.3.2   Specification for DRAM Input Clock Jitter (cont'd)

### Table 206 — DRAM Input Clock Jitter Specifications for DDR5-5200 to DDR5-6400

[BUJ=Bounded Uncorrelated Jitter; DCD=Duty Cycle Distortion; Dj=Deterministic Jitter; Rj=Random Jitter; Tj=Total jitter; pp=Peak-to-Peak]

| Parameter | Symbol | DDR5-5200 | | DDR5-5600 | | DDR5-6000 | | DDR5-6400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | | |
| DRAM Reference clock frequency | tCK | 0.9999*f0 | 1.0001*f0 | 0.9999*f0 | 1.0001*f0 | 0.9999*f0 | 1.0001*f0 | 0.9999*f0 | 1.0001*f0 | MHz | 1,11 |
| Duty Cycle Error | tCK_Duty_UI_Error | - | 0.05 | - | 0.05 | - | TBD | - | TBD | UI | 1,4,11 |
| Rj RMS value of 1-UI Jitter | tCK_1UI_Rj_NoBUJ | - | 0.0037 | - | 0.0037 | - | TBD | - | TBD | UI (RMS) | 3,5,11 |
| Dj pp value of 1-UI Jitter | tCK_1UI_Dj_NoBUJ | - | 0.030 | - | 0.030 | - | TBD | - | TBD | UI | 3,6,11 |
| Tj value of 1-UI Jitter | tCK_1UI_Tj_NoBUJ | - | 0.090 | - | 0.090 | - | TBD | - | TBD | UI | 3,6,11 |
| Rj RMS value of N-UI Jitter, where N=2,3,4,5 | tCK_NUI_Rj_NoBUJ, where N=2,3,4,5 | - | 0.0040 | - | 0.0040 | - | TBD | - | TBD | UI (RMS) | 3,7,11 |
| Dj pp value of N-UI Jitter, where N=2,3,4,5 | tCK_NUI_Dj_NoBUJ, where N=2,3,4,5 | - | 0.074 | - | 0.074 | - | TBD | - | TBD | UI | 3,7,11 |
| Tj value of N-UI Jitter, where N=2,3,4,5 | tCK_NUI_Tj_NoBUJ, where N=2,3,4,5 | - | 0.140 | - | 0.140 | - | TBD | - | TBD | UI | 3,8,11 |
| Rj RMS value of N-UI Jitter, where N=6,...,30 | tCK_NUI_Rj_NoBUJ, where N=6,...,30 | - | TBD | - | TBD | - | TBD | - | TBD | UI (RMS) | 3,9,11,12 |
| Dj pp value of N-UI Jitter, N=6,...,30 | tCK_NUI_Dj_NoBUJ, where N=6,...,30 | - | TBD | - | TBD | - | TBD | - | TBD | UI | 3,10,11,12 |
| Tj value of N-UI Jitter, N=6,...,30 | tCK_NUI_Tj_NoBUJ, where N=6,...,30 | - | TBD | - | TBD | - | TBD | - | TBD | UI | 3,10,11,12 |

NOTE 1   f0 = Data Rate/2, example: if data rate is 3200MT/s, then f0=1600

NOTE 2   Rise and fall time slopes (V / nsec) are measured between +100 mV and -100 mV of the differential output of reference clock

NOTE 3   On-die noise similar to that occurring with all the transmitter and receiver lanes toggling need to be stimulated. When there is no socket in transmitter measurement setup, in many cases, the contribution of the cross-talk is not significant or can be estimated within tolerable error even with all the transmitter lanes sending patterns. When a socket is present, such as DUT being DRAM component, the contribution of the cross-talk could be significant. To minimize the impact of crosstalk on the measurement results, a small group of selected lanes in the vicinity of the lane under test may be turned off (sending DC), while the remaining Tx lanes send patterns to the corresponding Rx receivers so as to excite realistic on-die noise profile from device switching. Note that there may be cases when one of Dj and Rj specs is met and another violated in which case the signaling analysis should be run to determine link feasibility

NOTE 4   Duty Cycle Error defined as absolute difference between average value of all UI with that of average of odd UI, which in magnitude would equal absolute difference between average of all UI and average of all even UI.

NOTE 5   Rj RMS value of 1-UI jitter without BUJ, but on-die system-like noise present. This extraction is to be done after software correction of DCD

NOTE 6   Dj pp value of 1-UI jitter (after software assisted DCC). Without BUJ, but on-die system like noise present. Dj indicates Djdd of dual-Dirac fitting, after software correction of DCD

NOTE 7   Rj RMS value of N-UI jitter without BUJ, but on-die system like noise present. Evaluated for 1 < N < 4. This extraction is to be done after software correction of DCD

NOTE 8   Dj pp value of N-UI jitter without BUJ, but on-die system like noise present. Evaluated for 1 < N < 4. Dj indicates Djdd of dual-Dirac fitting, after software correction of DCD

NOTE 9   Rj RMS value of N-UI jitter without BUJ, but on-die system like noise present. Evaluated for 3 < N < 31. This extraction is to be done after software correction of DCD

NOTE 10   Dj pp value of N-UI jitter without BUJ, but on-die system like noise present. Evaluated for 3 < N < 31. Dj indicates Djdd of dual-Dirac fitting, after software correction of DCD

NOTE 11   The validation methodology for these parameters will be covered in future ballots

NOTE 12   If the clock meets total jitter Tj at BER of $1E^{-16}$, then meeting the individual Rj and Dj components of the spec can be considered optional. Tj is defined as Dj + 16.2*Rj for BER of $1E^{-16}$

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 346

## 8.3.2    Specification for DRAM Input Clock Jitter (cont'd)

### Table 207 — DRAM Input Clock Jitter Specifications for DDR5-6800 to DDR5-8400

[BUJ=Bounded Uncorrelated Jitter; DCD=Duty Cycle Distortion; Dj=Deterministic Jitter; Rj=Random Jitter; Tj=Total jitter; pp=Peak-to-Peak]

| Parameter | Symbol | DDR5-6800 | | DDR5-7200 | | DDR5-7600 | | DDR5-8000 | | DDR5-8400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| DRAM Reference clock frequency | tCK | 0.9999*f0 | 1.0001*f0 | 0.9999*f0 | 1.0001*f0 | 0.9999*f0 | 1.0001*f0 | 0.9999*f0 | 1.0001*f0 | 0.9999*f0 | 1.0001*f0 | MHz | 1,11 |
| Duty Cycle Error | tCK_Duty_UI_Error | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 1,4,11 |
| Rj RMS value of 1-UI Jitter | tCK_1UI_Rj_NoBUJ | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI (RMS) | 3,5,11 |
| Dj pp value of 1-UI Jitter | tCK_1UI_Dj_NoBUJ | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 3,6,11 |
| Tj value of 1-UI Jitter | tCK_1UI_Tj_NoBUJ | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 3,6,11 |
| Rj RMS value of N-UI Jitter, where N=2,3 | tCK_NUI_Rj_NoBUJ where N=2,3 | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI (RMS) | 3,7,11 |
| Dj pp value of N-UI Jitter, where N=2,3 | tCK_NUI_Dj_NoBUJ where N=2,3 | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 3,7,11 |
| Tj value of N-UI Jitter, where N=2,3 | tCK_NUI_Tj_NoBUJ , where N=2,3 | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 3,8,11 |
| Rj RMS value of N-UI Jitter, where N=4,5,6,...,30 | tCK_NUI_Rj_NoBUJ where N=4,5,6,...,30 | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI (RMS) | 3,9,11,12 |
| Dj pp value of N-UI Jitter, N=4,5,6,...,30 | tCK_NUI_Dj_NoBUJ , where N=4,5,6,...,30 | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 3,10,11,12 |
| Tj value of N-UI Jitter, N=4,5,6,...,30 | tCK_NUI_Tj_NoBUJ , where N=4,5,6,...,30 | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 3,10,11,12 |

NOTE 1    f0 = Data Rate/2, example: if data rate is 3200MT/s, then f0=1600
NOTE 2    Rise and fall time slopes (V / nsec) are measured between +100 mV and -100 mV of the differential output of reference clock
NOTE 3    On-die noise similar to that occurring with all the transmitter and receiver lanes toggling need to be stimulated. When there is no socket in transmitter measurement setup, in many cases, the contribution of the cross-talk is not significant or can be estimated within tolerable error even with all the transmitter lanes sending patterns. When a socket is present, such as DUT being DRAM component, the contribution of the cross-talk could be significant. To minimize the impact of crosstalk on the measurement results, a small group of selected lanes in the vicinity of the lane under test may be turned off (sending DC), while the remaining Tx lanes send patterns to the corresponding Rx receivers so as to excite realistic on-die noise profile from device switching. Note that there may be cases when one of Dj and Rj specs is met and another violated in which case the signaling analysis should be run to determine link feasibility
NOTE 4    Duty Cycle Error defined as absolute difference between average value of all UI with that of average of odd UI, which in magnitude would equal absolute difference between average of all UI and average of all even UI.
NOTE 5    Rj RMS value of 1-UI jitter without BUJ, but on-die system like noise present. This extraction is to be done after software correction of DCD
NOTE 6    Dj pp value of 1-UI jitter (after software assisted DCC). Without BUJ, but on-die system like noise present. Dj indicates Djdd of dual-Dirac fitting, after software correction of DCD
NOTE 7    Rj RMS value of N-UI jitter without BUJ, but on-die system like noise present. Evaluated for 1 < N < 4. Dj indicates Djdd of dual-Dirac fitting, after software correction of DCD
NOTE 8    Dj pp value of N-UI jitter without BUJ, but on-die system like noise present. Evaluated for 1 < N < 4. Dj indicates Djdd of dual-Dirac fitting, after software correction of DCD
NOTE 9    Rj RMS value of N-UI jitter without BUJ, but on-die system like noise present. Evaluated for 3 < N < 31. This extraction is to be done after software correction of DCD
NOTE 10   Dj pp value of N-UI jitter without BUJ, but on-die system like noise present. Evaluated for 3 < N < 31. Dj  indicates Djdd of dual-Dirac fitting, after software correction of DCD
NOTE 11   The validation methodology for these parameters will be covered in future ballots
NOTE 12   If the clock meets total jitter Tj at BER of 1E$^{-16}$, then meeting the individual Rj and Dj components of the spec can be considered optional. Tj is defined as Dj + 16.2*Rj for BER of 1E$^{-16}$

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

## 8.4    Differential Input Clock (CK_t, CK_c) Cross Point Voltage (VIX)



Figure 217 — VIX Definition (CK)

Table 208 — Crosspoint Voltage (VIX) for Differential Input Clock

| Parameter | Symbol | DDR5-3200 - 4800 | | DDR5-5200 - 6400 | | DDR5-6800 - 8400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | | |
| Clock differential input crosspoint voltage ratio | VIX_CK_Ratio | - | 50 | - | 50 | - | TBD | % | 1,2,3 |

NOTE 1   The VIX_CK voltage is referenced to VCKmid(mean) = (CK_t voltage + CK_c voltage) /2, where the mean is over 8 UI
NOTE 2   VIX_CK_Ratio = (|VIX_CK| / |V_{RMS}|)*100%, where V_{RMS} = RMS(CK_t voltage - CK_c voltage)
NOTE 3   Only applies when both CK_t and CK_c are transitioning

## 8.5    Differential Input Clock Voltage Sensitivity - Q3'18 Ballot No. 1858.04

The differential input clock voltage sensitivity test provides the methodology for testing the receiver's sensitivity to clock by varying input voltage in the absence of Inter-Symbol Interference (ISI), jitter (Rj, Dj, DCD) and crosstalk noise. This specifies the Rx voltage sensitivity requirement. The system input swing to the DRAM must be larger than the DRAM Rx at the specified BER



Figure 218 — Example of DDR5 Memory Interconnect

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

## 8.5.1    Differential Input Clock Voltage Sensitivity Parameter

Differential input clock (CK_t, CK_c) VRx_CK is defined and measured as shown below. The clock receiver must pass the minimum BER requirements for DDR5.

**Table 209 — Differential Input Clock Voltage Sensitivity Parameter for DDR5-3200 to DDR5-4800**

| Parameter | Symbol | DDR5-3200 | | DDR5-3600 | | DDR5-4000 | | DDR5-4400 | | DDR5-4800 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Input Clock Voltage Sensitivity (differential pp) | VRx_CK | - | 200 | - | 200 | - | 180 | - | 180 | - | 160 | mV | 1,2 |
| NOTE 1    Refer to the minimum BER requirements for DDR5 | | | | | | | | | | | | | |
| NOTE 2    The validation methodology for this parameter will be covered in future ballot(s) | | | | | | | | | | | | | |

**Table 210 — Differential Input Clock Voltage Sensitivity Parameter for DDR5-5200 to DDR5-6400**

| Parameter | Symbol | DDR5-5200 | | DDR5-5600 | | DDR5-6000 | | DDR5-6400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Input Clock Voltage Sensitivity (differential pp) | VRx_CK | - | 140 | - | 120 | - | 100 (*120) | - | 100 (*120) | mV | 1,2,3 |
| NOTE 1    Refer to the minimum BER requirements for DDR5 | | | | | | | | | | | |
| NOTE 2    The validation methodology for this parameter will be covered in future ballot(s) | | | | | | | | | | | |
| NOTE 3    * indicates that it's supported if the CK buffer is present on the module. | | | | | | | | | | | |

**Table 211 — Differential Input Clock Voltage Sensitivity Parameter for DDR5-6800 to DDR5-8400**

| Parameter | Symbol | DDR5-6800 | | DDR5-7200 | | DDR5-7600 | | DDR5-8000 | | DDR5-8400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Input Clock Voltage Sensitivity (differential pp) | VRx_CK | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | mV | 1,2 |
| 1. Refer to the minimum BER requirements for DDR5 | | | | | | | | | | | | | |
| 2. The validation methodology for this parameter will be covered in future ballot(s) | | | | | | | | | | | | | |



**Figure 219 — VRx_CK**

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

## 8.5.2   Differential Input Voltage Levels for Clock - Q2'19 Ballot No. 1848.48

### Table 212 — Differential Clock (CK_t, CK_c) Input Levels for DDR5-3200 to DDR5-6400

| From | Parameter | DDR5 3200-6400 | Note |
|------|-----------|----------------|------|
| $V_{IHdiff}$CK | Differential input high measurement level (CK_t, CK_c) | 0.75 x $V_{diffpk-pk}$ | 1,2 |
| $V_{ILdiff}$CK | Differential input low measurement level (CK_t, CK_c) | 0.25 x $V_{diffpk-pk}$ | 1,2 |

NOTE 1   $V_{diffpk-pk}$ defined in **Figure 220**
NOTE 2   $V_{diffpk-pk}$ is the mean high voltage minus the mean low voltage over TBD samples
NOTE 3   All parameters are defined over the entire clock common mode range

### Table 213 — Differential Clock (CK_t, CK_c) Input Levels for DDR5-6800 to DDR5-8400

| From | Parameter | DDR5 6800-8400 | Note |
|------|-----------|----------------|------|
| $V_{IHdiff}$CK | Differential input high measurement level (CK_t, CK_c) | 0.75 x $V_{diffpk-pk}$ | 1,2 |
| $V_{ILdiff}$CK | Differential input low measurement level (CK_t, CK_c) | 0.25 x $V_{diffpk-pk}$ | 1,2 |

1. $V_{diffpk-pk}$ defined in **Figure 220**
2. $V_{diffpk-pk}$ is the mean high voltage minus the mean low voltage over TBD samples
3. All parameters are defined over the entire clock common mode range

## 8.5.3   Differential Input Slew Rate Definition for Clock (CK_t, CK_c)

Input slew rate for differential signals (CK_t, CK_c) are defined and measured as shown in **Figure 220**.



**Figure 220 — Differential Input Slew Rate Definition for CK_t, CK_c**

### Table 214 — Differential Input Slew Rate Definition for CK_t, CK_c

| Parameter | Measured | | Defined by | Notes |
|-----------|----------|-----|------------|-------|
| | From | To | | |
| Differential Input slew rate for rising edge (CK_t - CK_c) | $VIL_{diff}$CK | $VIH_{diff}$CK | ($VIH_{diff}$CK - $VIL_{diff}$CK) /deltaTRdiff | |
| Differential Input slew rate for falling edge (CK_t - CK_c) | $VIH_{diff}$CK | $VIL_{diff}$CK | ($VIH_{diff}$CK - $VIL_{diff}$CK) /deltaTFdiff | |

**LIGHT GREY** - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

### 8.5.3    Differential Input Slew Rate Definition for Clock (CK_t, CK_c) (cont'd)

**Table 215 — Differential Input Slew Rate for CK_t, CK_c for DDR5-3200 to DDR5-4800**

| Parameter | Symbol | DDR5-3200 | | DDR5-3600 | | DDR5-4000 | | DDR5-4400 | | DDR5-4800 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Differential Input Slew Rate for CK_t, CK_c | SRIdiff_CK | 2 | 14 | 2 | 14 | 2 | 14 | 2 | 14 | 2 | 14 | V/ns | |

**Table 216 — Differential Input Slew Rate for CK_t, CK_c for DDR5-5200 to DDR5-6400**

| Parameter | Symbol | DDR5-5200 | | DDR5-5600 | | DDR5-6000 | | DDR5-6400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Differential Input Slew Rate for CK_t, CK_c | SRIdiff_CK | 2 | 30 | 2 | 30 | 2 | 30 | 2 | 30 | V/ns | |

**Table 217 — Differential Input Slew Rate for CK_t, CK_c for DDR5-6800 to DDR5-8400**

| Parameter | Symbol | DDR5-6800 | | DDR5-7200 | | DDR5-7600 | | DDR5-8000 | | DDR5-8400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Differential Input Slew Rate for CK_t, CK_c | SRIdiff_CK | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | V/ns | |

## 8.6    Rx DQS Jitter Sensitivity

The receiver DQS jitter sensitivity test provides the methodology for testing the receiver's strobe sensitivity to an applied duty cycle distortion (DCD) and/or random jitter (Rj) at the forwarded strobe input without adding jitter, noise and ISI to the data. The receiver must pass the appropriate BER rate when no cross-talk nor ISI is applied, and must pass through the combination of applied DCD and Rj.



**Figure 221 —  SDRAM's Rx Forwarded Strobes for Jitter Sensitivity Testing**

**LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.**

## 8.6.1    Rx DQS Jitter Sensitivity Specification

**Table 218** provides Rx DQS Jitter Sensitivity Specification for the DDR5 DRAM receivers when operating at various possible transfer rates. These parameters are tested on the CTC2 card without Rx Equalization set. Additive DFE Gain Bias can be set.

### Table 218 — Rx DQS Jitter Sensitivity Specification for DDR5-3200 to DDR5-4800

**[BER = Bit Error Rate; DCD = Duty Cycle Distortion; Rj =Random Jitter]**

| Parameter | Symbol | DDR5-3200 | | DDR5-3600 | | DDR5-4000 | | DDR5-4400 | | DDR5-4800 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| DQ Timing Width | tRx_DQ_tMargin | 0.900 | - | 0.875 | - | 0.825 | - | 0.825 | - | 0.825 | - | UI | 1,2,3,8,9,10 |
| Degradation of timing width compared to tRx_DQ_tMargin, with DCD injection in DQS | ΔtRx_DQ_tMargin_DQS_DCD | - | 0.06 | - | 0.06 | - | 0.06 | - | 0.06 | - | 0.06 | UI | 1,4,8,9,10 |
| Degradation of timing width compared to tRx_DQ_tMargin, with Rj injection in DQS | ΔtRx_DQ_tMargin_DQS_Rj | - | 0.09 | - | 0.09 | - | 0.09 | - | 0.09 | - | 0.09 | UI | 1,5,8,9,10 |
| Degradation of timing width compared to tRx_DQ_tMargin, with both DCD and Rj injection in DQS | ΔtRx_DQ_tMargin_DQS_DCD_Rj | - | 0.15 | - | 0.15 | - | 0.15 | - | 0.15 | - | 0.15 | UI | 1,2,6,8,9,10 |
| Delay of any data lane relative to the DQS_t/DQS_c crossing | tRx_DQS2DQ | 114 | 937 | 114 | 833 | 114 | 750 | 114 | 738 | 114 | 729 | ps | 1,7,8,9,10 |
| Delay of any data lane relative to any other data lane | tRX_DQ2DQ | - | 50 | - | 50 | - | 50 | - | 50 | - | 50 | ps | 1,7,8,9,10,11,12 |

NOTE 1    Validation methodology will be defined in future ballots. 2UI is defined as 1tCK for this parameter

NOTE 2    Each of ΔtRx_DQ_tMargin_DQS_DCD, ΔtRx_DQ_tMargin_DQS_Rj, and ΔtRx_DQ_tMargin_DQS _DCD_Rj can be relaxed by up to 5% if tRx_DQ_tMargin exceeds the spec by 5% or more

NOTE 3    DQ Timing Width - timing width for any data lane using repetitive patterns (check note 4 for the pattern) measured at BER=E-9

NOTE 4    Magnitude of degradation of timing width for any data lane using repetitive no ISI patterns with DCD injection in forwarded strobe DQS compared to tRx_DQ_tMargin, measured at BER=E-9. The magnitude of DCD is specified under Test Conditions for Rx DQS Jitter Sensitivity Testing. Test using clock-like pattern of repeating 3 "1s" and 3 "0s"

NOTE 5    Magnitude of degradation of timing width for any data lane using repetitive no ISI patterns with only Rj injection in forwarded strobe DQS measured at BER=E-9, compared to tRx_tMargin. The magnitude of Rj is specified under Test Conditions for Rx DQS Jitter Sensitivity Testing.

NOTE 6    Magnitude of degradation of timing width for any data lane using repetitive no ISI patterns with DCD and Rj injection in forwarded strobe DQS measured at BER=E-9, compared to tRx_tMargin. The magnitudes of DCD and Rj are specified under Test Conditions for Rx DQS Jitter Sensitivity Testing.

NOTE 7    Delay of any data lane relative to the strobe lane, as measured at the end of Tx+Channel. This parameter is a collective sum of effects of data clock mismatches in Tx and on the medium connecting Tx and Rx.

NOTE 8    All measurements at BER=E-9

NOTE 9    This test should be done after the DQS and DQ Voltage Sensitivity tests are completed and passing

NOTE 10    The user has the freedom to set the voltage swing and slew rates for strobe and DQ signals as long as they meet the specification. The DQS and DQ input voltage swing and/or slew rate can be adjusted, without exceeding the specifications, for this test.

NOTE 11    DQ to DQ offset is skew between DQs within a nibble (x4) or a byte (x8, x16) at the DDR5 SDRAM balls.

NOTE 12    This parameter is relative to the per-pin trained DQS2DQ value, and only appliesafterper-pin DQS2DQ training is complete.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 352

## 8.6.1   Rx DQS Jitter Sensitivity Specification (cont'd)

**Table 219 — Rx DQS Jitter Sensitivity Specification for DDR5-5200 to DDR5-6400**

**[BER = Bit Error Rate; DCD = Duty Cycle Distortion; Rj =Random Jitter]**

| Parameter | Symbol | DDR5-5200 | | DDR5-5600 | | DDR5-6000 | | DDR5-6400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | | |
| DQ Timing Width | tRx_DQ_tMargin | 0.835 | - | 0.835 | - | 0.845 | - | 0.845 | - | UI | 1,2,3,8, 9,10 |
| Degradation of timing width compared to tRx_DQ_tMargin, with DCD injection in DQS | ΔtRx_DQ_tMargin_DQS_DCD | - | 0.06 | - | 0.06 | - | 0.06 | - | 0.06 | UI | 1,4,8,9, 10 |
| Degradation of timing width compared to tRx_DQ_tMargin, with Rj injection in DQS | ΔtRx_DQ_tMargin_DQS_Rj | - | 0.09 | - | 0.09 | - | 0.09 | - | 0.09 | UI | 1,5,8,9, 10 |
| Degradation of timing width compared to tRx_DQ_tMargin, with both DCD and Rj injection in DQS | ΔtRx_DQ_tMargin_DQS_DCD_Rj | - | 0.15 | - | 0.15 | - | 0.15 | - | 0.15 | UI | 1,2,6,8, 9,10 |
| Delay of any data lane relative to the DQS_t/DQS_c crossing | tRx_DQS2DQ | 114 | 721 | 114 | 714 | 114 | 708 | 114 | 703 | ps | 1,7,8,9, 10 |
| Delay of any data lane relative to any other data lane | tRX_DQ2DQ | - | 50 | - | 50 | - | 50 | - | 50 | ps | 1,7,8,9, 10,11, 12 |

NOTE 1    Validation methodology will be defined in future ballots. 2UI is defined as 1tCK for this parameter
NOTE 2    Each of ΔtRx_DQ_tMargin_DQS_DCD, ΔtRx_DQ_tMargin_DQS_Rj, and ΔtRx_DQ_tMargin_DQS_DCD_Rj can be relaxed by up to 5% if tRx_DQ_tMargin exceeds the spec by 5% or more
NOTE 3    DQ Timing Width - timing width for any data lane using repetitive patterns (check note 4 for the pattern) measured at BER=E-9
NOTE 4    Magnitude of degradation of timing width for any data lane using repetitive no ISI patterns with DCD injection in forwarded strobe DQS compared to tRx_DQ_tMargin, measured at BER=E-9. The magnitude of DCD is specified under Test Conditions for Rx DQS Jitter Sensitivity Testing. Test using clock-like pattern of repeating 3 "1s" and 3 "0s"
NOTE 5    Magnitude of degradation of timing width for any data lane using repetitive no ISI patterns with only Rj injection in forwarded strobe DQS measured at BER=E-9, compared to tRx_tMargin. The magnitude of Rj is specified under Test Conditions for Rx DQS Jitter Sensitivity Testing.
NOTE 6    Magnitude of degradation of timing width for any data lane using repetitive no ISI patterns with DCD and Rj injection in forwarded strobe DQS measured at BER=E-9, compared to tRx_tMargin. The magnitudes of DCD and Rj are specified under Test Conditions for Rx DQS Jitter Sensitivity Testing.
NOTE 7    Delay of any data lane relative to the strobe lane, as measured at the end of Tx+Channel. This parameter is a collective sum of effects of data clock mismatches in Tx and on the medium connecting Tx and Rx.
NOTE 8    All measurements at BER=E-9
NOTE 9    This test should be done after the DQS and DQ Voltage Sensitivity tests are completed and passing
NOTE 10    The user has the freedom to set the voltage swing and slew rates for strobe and DQ signals as long as they meet the specification. The DQS and DQ input voltage swing and/or slew rate can be adjusted, without exceeding the specifications, for this test.
NOTE 11    DQ to DQ offset is skew between DQs within a nibble (x4) or a byte (x8, x16) at the DDR5 SDRAM balls.
NOTE 12    This parameter is relative to the per-pin trained DQS2DQ value, and only appliesafterper-pin DQS2DQ training is complete.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 8.6.1  Rx DQS Jitter Sensitivity Specification (cont'd)

### Table 220 — Rx DQS Jitter Sensitivity Specification for DDR5-6800 to DDR5-8400

[BER = Bit Error Rate; DCD = Duty Cycle Distortion; Rj =Random Jitter]

| Parameter | Symbol | DDR5-6800 | | DDR5-7200 | | DDR5-7600 | | DDR5-8000 | | DDR5-8400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| DQ Timing Width | tRx_DQ_tMargin | 0.850 | - | 0.850 | - | 0.850 | - | 0.850 | - | 0.850 | - | UI | 1,2,3,8,9,10 |
| Degradation of timing width compared to tRx_DQ_tMargin, with DCD injection in DQS | ΔtRx_DQ_tMargin_DQS_DCD | - | 0.05 | - | 0.05 | - | 0.05 | - | 0.05 | - | 0.05 | UI | 1,4,8,9,10 |
| Degradation of timing width compared to tRx_DQ_tMargin, with Rj injection in DQS | ΔtRx_DQ_tMargin_DQS_Rj | - | 0.075 | - | 0.075 | - | 0.075 | - | 0.075 | - | 0.075 | UI | 1,5,8,9,10 |
| Degradation of timing width compared to tRx_DQ_tMargin, with both DCD and Rj injection in DQS | ΔtRx_DQ_tMargin_DQS_DCD_Rj | - | 0.125 | - | 0.125 | - | 0.125 | - | 0.125 | - | 0.125 | UI | 1,2,6,8,9,10 |
| Delay of any data lane relative to the DQS_t/DQS_c crossing | tRx_DQS2DQ_skew | 1 | 3 | 1 | 3 | 1 | 3 | 1 | 3 | 1 | 3 | UI | 1,7,8,9,10 |

NOTE 1   Validation methodology will be defined in future ballots. 2UI is defined as 1tCK for this parameter

NOTE 2   Each of DtRx_DQ_tMargin_DQS_DCD, DtRx_DQ_tMargin_DQS_Rj, and DtRx_DQ_tMargin_DQS _DCD_Rj can be relaxed by up to 5% if tRx_DQ_tMargin exceeds the spec by 5% or more

NOTE 3   DQ Timing Width - timing width for any data lane using repetitive patterns (check note 4 for the pattern) measured at BER=E-9

NOTE 4   Magnitude of degradation of timing width for any data lane using repetitive no ISI patterns with DCD injection in forwarded strobe DQS compared to tRx_DQ_tMargin, measured at BER=E-9. The magnitude of DCD is specified under Test Conditions for Rx DQS Jitter Sensitivity Testing. Test using clock-like pattern of repeating 3 "1s" and 3 "0s"

NOTE 5   Magnitude of degradation of timing width for any data lane using repetitive no ISI patterns with only Rj injection in forwarded strobe DQS measured at BER=E-9. The magnitude of Rj is specified under Test Conditions for Rx DQS Jitter Sensitivity Testing.

NOTE 6   Magnitude of degradation of timing width for any data lane using repetitive no ISI patterns with DCD and Rj injection in forwarded strobe DQS measured at BER=E-9, compared to tRx_tMargin. The magnitudes of DCD and Rj are specified under Test Conditions for Rx DQS Jitter Sensitivity Testing.

NOTE 7   Delay of any data lane relative to the strobe lane, as measured at the end of Tx+Channel. This parameter is a collective sum of effects of data clock mismatches in Tx and on the medium connecting Tx and Rx.

NOTE 8   All measurements at BER=E-9

NOTE 9   This test should be done after the DQS and DQ Voltage Sensitivity tests are completed and passing

NOTE 10   The user has the freedom to set the voltage swing and slew rates for strobe and DQ signals as long as they meet the specification. The DQS and DQ input voltage swing and/or slew rate can be adjusted, without exceeding the specifications, for this test.

## 8.6.2   Test Conditions for Rx DQS Jitter Sensitivity Tests

Table 221 lists the amount of Duty Cycle Distortion (DCD) and/or Random Jitter (Rj) that must be applied to the forwarded strobe when measuring the Rx DQS Jitter Sensitivity parameters specified in **Table 218** and **Table 219**.

### Table 221 — Test Conditions for Rx DQS Jitter Sensitivity Testing for DDR5-3200 to DDR5-4800

| Parameter | Symbol | DDR5-3200 | | DDR5-3600 | | DDR5-4000 | | DDR5-4400 | | DDR5-4800 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Applied DCD to the DQS | tRx_DQS_DCD | - | 0.045 | - | 0.045 | - | 0.045 | - | 0.045 | - | 0.045 | UI | 1,2,3,6,7,10 |
| Applied Rj RMS to the DQS | tRx_DQS_Rj | - | 0.0075 | - | 0.0075 | - | 0.0075 | - | 0.0075 | - | 0.0075 | UI (RMS) | 1,2,,4,6,8,10 |
| Applied DCD and Rj RMS to the DQS | tRx_DQS_DCD_Rj | - | 0.045UI DCD + 0.0075UI Rj RMS | - | 0.045UI DCD + 0.0075UI Rj RMS | - | 0.045UI DCD + 0.0075UI Rj RMS | - | 0.045UI DCD + 0.0075UI Rj RMS | - | 0.045UI DCD + 0.0075UI Rj RMS | UI | 1,2,5,6,7,9,10 |

NOTE 1    While imposing this spec, the strobe lane is stressed, but the data input is kept large amplitude and no jitter or ISI injection. The specified voltages are at the Rx input pin. The DQS and DQ input voltage swing and/or slew rate can be adjusted, without exceeding the specifications, for this test.

NOTE 2    The jitter response of the forwarded strobe channel will depend on the input voltage, primarily due to bandwidth limitations of the clock receiver. For this revision, no separate specification of jitter as a function of input amplitude is specified, instead the response characterization done at the specified clock amplitude only. The specified voltages are at the Rx input pin

NOTE 3    Various DCD values should be tested, complying within the maximum limits

NOTE 4    Various Rj values should be tested, complying within the maximum limits

NOTE 5    Various combinations of DCD and Rj should be tested, complying within the maximum limits. The maximum timing margin degradation as a result of these injected jitter is specified in a separate table

NOTE 6    Although DDR5 has bursty traffic, current available BERTs that can be used for this test do not support burst traffic patterns.  A continuous strobe and continuous DQ are used for this parameter.  The clock like pattern repeating 3 "1s" and 3 "0s" is used for this test.

NOTE 7    Duty Cycle Distortion (in UI DCD) as applied to the input forwarded DQS from BERT (UI)

NOTE 8    RMS value of Rj (specified as Edge jitter) applied to the input forwarded DQS from BERT (values of the edge jitter RMS values specified as % of UI)

NOTE 9    Duty cycle distortion (specified as UI DCD) and rms values of Rj (specified as edge jitter) applied to the input forwarded DQS from BERT (values of the edge jitter RMS values specified as % of UI)

NOTE 10    The user has the freedom to set the voltage swing and slew rates for strobe and DQ signals as long as they meet the specification. The DQS and DQ input voltage swing and/or slew rate can be adjusted, without exceeding the specifications, for this test.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 8.6.2    Test Conditions for Rx DQS Jitter Sensitivity Tests (cont'd)

**Table 222 — Test Conditions for Rx DQS Jitter Sensitivity Testing for DDR5-5200 to DDR5-6400**

| Parameter | Symbol | DDR5-5200 | | DDR5-5600 | | DDR5-6000 | | DDR5-6400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Applied DCD to the DQS | tRx_DQS_DCD | - | 0.045 | - | 0.045 | - | 0.045 | - | 0.045 | UI | 1,2,3,6,7,10 |
| Applied Rj RMS to the DQS | tRx_DQS_Rj | - | 0.0075 | - | 0.0075 | - | 0.0075 | - | 0.0075 | UI (RMS) | 1,2,4,6,8,10 |
| Applied DCD and Rj RMS to the DQS | tRx_DQS_DCD_Rj | - | 0.045UI DCD + 0.0075UI Rj RMS | - | 0.045UI DCD + 0.0075UI Rj RMS | - | 0.045UI DCD + 0.0075UI Rj RMS | - | 0.045UI DCD + 0.0075UI Rj RMS | UI | 1,2,5,6,7,9, 10 |

NOTE 1    While imposing this spec, the strobe lane is stressed, but the data input is kept large amplitude and no jitter or ISI injection. The specified voltages are at the Rx input pin. The DQS and DQ input voltage swing and/or slew rate can be adjusted, without exceeding the specifications, for this test.

NOTE 2    The jitter response of the forwarded strobe channel will depend on the input voltage, primarily due to bandwidth limitations of the clock receiver. For this revision, no separate specification of jitter as a function of input amplitude is specified, instead the response characterization done at the specified clock amplitude only. The specified voltages are at the Rx input pin

NOTE 3    Various DCD values should be tested, complying within the maximum limits

NOTE 4    Various Rj values should be tested, complying within the maximum limits

NOTE 5    Various combinations of DCD and Rj should be tested, complying within the maximum limits. The maximum timing margin degradation as a result of these injected jitter is specified in a separate table

NOTE 6    Although DDR5 has bursty traffic, current available BERTs that can be used for this test do not support burst traffic patterns.  A continuous strobe and continuous DQ are used for this parameter.  The clock like pattern repeating 3 "1s" and 3 "0s" is used for this test.

NOTE 7    Duty Cycle Distortion (in UI DCD) as applied to the input forwarded DQS from BERT (UI)

NOTE 8    RMS value of Rj (specified as Edge jitter) applied to the input forwarded DQS from BERT (values of the edge jitter RMS values specified as % of UI)

NOTE 9    Duty cycle distortion (specified as UI DCD) and rms values of Rj (specified as edge jitter) applied to the input forwarded DQS from BERT (values of the edge jitter RMS values specified as % of UI)

NOTE 10    The user has the freedom to set the voltage swing and slew rates for strobe and DQ signals as long as they meet the specification. The DQS and DQ input voltage swing and/or slew rate can be adjusted, without exceeding the specifications, for this test.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 8.6.2   Test Conditions for Rx DQS Jitter Sensitivity Tests (cont'd)

**Table 223 — Test Conditions for Rx DQS Jitter Sensitivity Testing for DDR5-6800 to DDR5-8400**

| Parameter | Symbol | DDR5-6800 Min | DDR5-6800 Max | DDR5-7200 Min | DDR5-7200 Max | DDR5-7600 Min | DDR5-7600 Max | DDR5-8000 Min | DDR5-8000 Max | DDR5-8400 Min | DDR5-8400 Max | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applied DCD to the DQS | tRx_DQS_DCD | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 3,6,7,10 |
| Applied Rj RMS to the DQS | tRx_DQS_Rj | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI (RMS) | 4,6,8,10 |
| Applied DCD and Rj RMS to the DQS | tRx_DQS_DCD_Rj | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 5,6,7,9,10 |

NOTE 1    While imposing this spec, the strobe lane is stressed, but the data input is kept large amplitude and no jitter or ISI injection. The specified voltages are at the Rx input pin. The DQS and DQ input voltage swing and/or slew rate can be adjusted, without exceeding the specifications, for this test.

NOTE 2    The jitter response of the forwarded strobe channel will depend on the input voltage, primarily due to bandwidth limitations of the clock receiver. For this revision, no separate specification of jitter as a function of input amplitude is specified, instead the response characterization done at the specified clock amplitude only. The specified voltages are at the Rx input pin

NOTE 3    Various DCD values should be tested, complying within the maximum limits

NOTE 4    Various Rj values should be tested, complying within the maximum limits

NOTE 5    Various combinations of DCD and Rj should be tested, complying within the maximum limits. The maximum timing margin degradation as a result of these injected jitter is specified in a separate table

NOTE 6    Although DDR5 has bursty traffic, current available BERTs that can be used for this test do not support burst traffic patterns.  A continuous strobe and continuous DQ are used for this parameter.  The clock like pattern repeating 3 "1s" and 3 "0s" is used for this test.

NOTE 7    Duty Cycle Distortion (in UI DCD) as applied to the input forwarded DQS from BERT (UI)

NOTE 8    RMS value of Rj (specified as Edge jitter) applied to the input forwarded DQS from BERT (values of the edge jitter RMS values specified as % of UI)

NOTE 9    Duty cycle distortion (specified as UI DCD) and rms values of Rj (specified as edge jitter) applied to the input forwarded DQS from BERT (values of the edge jitter RMS values specified as % of UI)

NOTE 10    The user has the freedom to set the voltage swing and slew rates for strobe and DQ signals as long as they meet the specification. The DQS and DQ input voltage swing and/or slew rate can be adjusted, without exceeding the specifications, for this test.

## 8.7   Rx DQS Voltage Sensitivity

### 8.7.1   Overview

The receiver DQS (strobe) input voltage sensitivity test provides the methodology for testing the receiver's sensitivity to varying input voltage in the absence of Inter-Symbol Interference (ISI), jitter (Rj, Dj, DCD) and crosstalk noise.



**Figure 222 — Example of DDR5 Memory Interconnect**

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

## 8.7.2    Receiver DQS Voltage Sensitivity Parameter

Input differential (DQS_t, DQS_c) VRx_DQS is defined and measured as shown below. The receiver must pass the minimum BER requirements for DDR5. These parameters are tested on the CTC2 card with neither additive gain nor Rx Equalization set.

### Table 224 — Rx DQS Input Voltage Sensitivity Parameter for DDR5-3200 to DDR5-4800

| Parameter | Symbol | DDR5-3200 | | DDR5-3600 | | DDR5-4000 | | DDR5-4400 | | DDR5-4800 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| DQS Rx Input Voltage Sensitivity (differential pp) | VRx_DQS | - | 130 | - | 115 | - | 105 | - | 100 | - | 100 | mV | 1,2,3 |
| NOTE 1    Refer to the minimum BER requirements for DDR5 | | | | | | | | | | | | | |
| NOTE 2    The validation methodology for this parameter will be covered in future ballot(s) | | | | | | | | | | | | | |
| NOTE 3    Test using clock like pattern of repeating 3 "1s" and 3 "0s" | | | | | | | | | | | | | |

### Table 225 — Rx DQS Input Voltage Sensitivity Parameter for DDR5-5200 to DDR5-6400

| Parameter | Symbol | DDR5-5200 | | DDR5-5600 | | DDR5-6000 | | DDR5-6400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | | |
| DQS Rx Input Voltage Sensitivity (differential pp) | VRx_DQS | - | 90 | - | 90 | - | 83 | - | 83 | mV | 1,2,3 |
| NOTE 1    Refer to the minimum BER requirements for DDR5 | | | | | | | | | | | |
| NOTE 2    The validation methodology for this parameter will be covered in future ballot(s) | | | | | | | | | | | |
| NOTE 3    Test using clock like pattern of repeating 3 "1s" and 3 "0s" | | | | | | | | | | | |

### Table 226 — Rx DQS Input Voltage Sensitivity Parameter for DDR5-6800 to DDR5-8400

| Parameter | Symbol | DDR5-6800 | | DDR5-7200 | | DDR5-8000 | | DDR5-8400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | | |
| DQS Rx Input Voltage Sensitivity (differential pp) | VRx_DQS | - | TBD | - | TBD | - | TBD | - | TBD | mV | 1,2,3 |
| NOTE 1    Refer to the minimum BER requirements for DDR5 | | | | | | | | | | | |
| NOTE 2    The validation methodology for this parameter will be covered in future ballot(s) | | | | | | | | | | | |
| NOTE 3    Test using clock like pattern of repeating 3 "1s" and 3 "0s" | | | | | | | | | | | |



**Figure 223 — VRx_DQS**

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

## 8.8    Differential Strobe (DQS_t, DQS_c) Input Cross Point Voltage (VIX)



**Figure 224 — VIX Definition (DQS)**

**Table 227 — Crosspoint Voltage (VIX) for DQS Differential Input Signals**

| Parameter | Symbol | DDR5-3200 - 4800 | | DDR5-5200 - 6400 | | DDR5-6800 - 8400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | | |
| DQS differential input crosspoint voltage ratio | VIX_DQS_Ratio | - | 50 | - | 50 | - | TBD | % | 1,2,3 |
| NOTE 1    The VIX_DQS voltage is referenced to VDQSmid(mean) = (DQS_t voltage + DQS_c voltage) /2, where the mean is over 8 UI ||||||||||
| NOTE 2    VIX_DQS_Ratio = (|VIX_DQS| / |V$_{RMS}$|)*100%, where V$_{RMS}$ = RMS(DQS_t voltage - DQS_c voltage) ||||||||||
| NOTE 3    Only applies when both DQS_t and DQS_c are transitioning (including preamble) ||||||||||

## 8.9    Rx DQ Voltage Sensitivity

### 8.9.1    Overview

The receiver data input voltage sensitivity test provides the methodology for testing the receiver's sensitivity to varying input voltage in the absence of Inter-Symbol Interference (ISI), jitter (Rj, Dj, DCD) and crosstalk noise.



**Figure 225 — Example of DDR5 Memory Interconnect**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 8.9.2   Receiver DQ Input Voltage Sensitivity Parameters

Input single-ended VRx_DQ is defined and measured as shown below. The receiver must pass the minimum BER requirements for DDR5. These parameters are tested on the CTC2 card with neither additive gain nor Rx Equalization set.

**Table 228 — Rx DQ Input Voltage Sensitivity Parameters for DDR5-3200 to DDR5-4800**

| Parameter | Symbol | DDR5-3200 | | DDR5-3600 | | DDR5-4000 | | DDR5-4400 | | DDR5-4800 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Minimum DQ Rx input voltage sensitivity applied around Vref | VRx_DQ | - | 85 | - | 75 | - | 70 | - | 65 | - | 65 | mV | 1,2,3 |
| NOTE 1    Refer to the minimum BER requirements for DDR5 | | | | | | | | | | | | | |
| NOTE 2    The validation methodology for this parameter will be covered in future ballot(s) | | | | | | | | | | | | | |
| NOTE 3    Recommend testing using clock like pattern such as repeating 3 "1s" and 3 "0s" | | | | | | | | | | | | | |

**Table 229 — Rx DQ Input Voltage Sensitivity Parameters for DDR5-5200 to DDR5-6400**

| Parameter | Symbol | DDR5-5200 | | DDR5-5600 | | DDR5-6000 | | DDR5-6400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Minimum DQ Rx input voltage sensitivity applied around Vref | VRx_DQ | - | 60 | - | 60 | - | 55 | - | 55 | mV | 1,2,3 |
| NOTE 1    Refer to the minimum BER requirements for DDR5 | | | | | | | | | | | |
| NOTE 2    The validation methodology for this parameter will be covered in future ballot(s) | | | | | | | | | | | |
| NOTE 3    Recommend testing using clock like pattern such as repeating 3 "1s" and 3 "0s" | | | | | | | | | | | |

**Table 230 — Rx DQ Input Voltage Sensitivity Parameters for DDR5-6800 to DDR5-8400**

| Parameter | Symbol | DDR5-6800 | | DDR5-7200 | | DDR5-7600 | | DDR5-8000 | | DDR5-8400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Minimum DQ Rx input voltage sensitivity applied around Vref | VRx_DQ | - | 85 | - | 75 | - | 70 | - | 65 | - | 65 | mV | 1,2,3 |
| NOTE 1. Refer to the minimum BER requirements for DDR5 | | | | | | | | | | | | | |
| NOTE 2    The validation methodology for this parameter will be covered in future ballot(s) | | | | | | | | | | | | | |
| NOTE 3    Recommend testing using clock like pattern such as repeating 3 "1s" and 3 "0s" | | | | | | | | | | | | | |



**Figure 226 — VRx_DQ**

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

JEDEC Standard No. 79-5B_v1.20
Page 360

## 8.9.3   Differential Input Levels for DQS

**Table 231 — Differential Input Levels for DQS (DQS_t, DQS_c) for DDR5-3200 to DDR5-6400**

| From | Parameter | DDR5 3200-6400 | Note |
|------|-----------|----------------|------|
| $V_{IHdiff}$DQS | Differential input high measurement level (DQS_t, DQS_c) | 0.75 x $V_{diffpk-pk}$ | 1,2,3 |
| $V_{ILdiff}$DQS | Differential input low measurement level (DQS_t, DQS_c) | 0.25 x $V_{diffpk-pk}$ | 1,2,3 |
| NOTE 1   Vdiffpk-pk defined in **Figure 227** | | | |
| NOTE 2   Vdiffpk-pk is the mean high voltage minus the mean low voltage over TBD samples | | | |
| NOTE 3   All parameters are defined over the entire clock common mode range | | | |

**Table 232 — Differential Input Levels for DQS (DQS_t, DQS_c) for DDR5-6800 to DDR5-8400**

| From | Parameter | DDR5 (DQS-DMI) | Note |
|------|-----------|----------------|------|
| $V_{IHdiff}$DQS | Differential input high measurement level (DQS_t, DQS_c) | 0.75 x $V_{diffpk-pk}$ | 1,2,3 |
| $V_{ILdiff}$DQS | Differential input low measurement level (DQS_t, DQS_c) | 0.25 x $V_{diffpk-pk}$ | 1,2,3 |
| NOTE 1   $V_{diffpk-pk}$ defined in **Figure 227** | | | |
| NOTE 2   $V_{diffpk-pk}$ is the mean high voltage minus the mean low voltage over TBD samples | | | |
| NOTE 3   All parameters are defined over the entire clock common mode range | | | |

## 8.9.4   Differential Input Slew Rate for DQS_t, DQS_c

Input slew rate for differential signals are defined and measured as shown in **Figure 227**.



**Figure 227 — Differential Input Slew Rate Definition for DQS_t, DQS_c**

**LIGHT GREY** - **All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.**

## 8.9.4    Differential Input Slew Rate for DQS_t, DQS_c (cont'd)

**Table 233 — Differential Input Slew Rate Definition for DQS_t, DQS_c**

| Parameter | Measured | | Defined by | Notes |
|---|---|---|---|---|
| | From | To | | |
| Differential Input slew rate for rising edge (DQS_t, DQS_c) | $V_{ILdiff}DQS$ | $V_{IHdiff}DQS$ | $(V_{IHdiff}DQS - V_{ILdiff}DQS)$ /deltaTRdiff | 1,2,3 |
| Differential Input slew rate for falling edge (DQS_t, DQS_c) | $V_{IHdiff}DQS$ | $V_{ILdiff}DQS$ | $(V_{IHdiff}DQS - V_{ILdiff}DQS)$ /deltaTFdiff | 1,2,3 |

**Table 234 — Differential Input Slew Rate for DQS_t, DQS_c for DDR5-3200 to DDR5-4800**

| Parameter | Symbol | DDR5-3200 | | DDR5-3600 | | DDR5-4000 | | DDR5-4400 | | DDR5-4800 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Differential Input Slew Rate for DQS_t, DQS_c | SRIdiff_DQS | 1.5 | 30 | 1.5 | 30 | 1.5 | 30 | 1.5 | 30 | 1.5 | 30 | V/ns | 1 |
| NOTE 1    Only applies when both DQS_t and DQS_c are transitioning. | | | | | | | | | | | | | |

**Table 235 — Differential Input Slew Rate for DQS_t, DQS_c for DDR5-5200 to DDR5-6400**

| Parameter | Symbol | DDR5-5200 | | DDR5-5600 | | DDR5-6000 | | DDR5-6400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Differential Input Slew Rate for DQS_t, DQS_c | SRIdiff_DQS | 2.0 | 30 | 2.0 | 30 | 2.0 | 30 | 2.0 | 30 | V/ns | 1 |
| NOTE 1    Only applies when both DQS_t and DQS_c are transitioning. | | | | | | | | | | | |

**Table 236 — Differential Input Slew Rate for DQS_t, DQS_c for DDR5-6800 to DDR5-8400**

| Parameter | Symbol | DDR5-6800 | | DDR5-7200 | | DDR5-7600 | | DDR5-8000 | | DDR5-8400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Differential Input Slew Rate for DQS_t, DQS_c | SRIdiff_DQS | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | V/ns | 1 |
| NOTE 1    Only applies when both DQS_t and DQS_c are transitioning. | | | | | | | | | | | | | |

## 8.10   Rx Stressed Eye

The stressed eye tests provide the methodology for creating the appropriate stress for the DRAM's receiver with the combination of ISI (both loss and reflective), jitter (Rj, Dj, DCD), and crosstalk noise. The receiver must pass the appropriate BER rate when the equivalent stressed eye is applied through the combination of ISI, jitter, and crosstalk.



**Figure 228 — Example of Rx Stressed Test Setup in the Presence of ISI, Jitter, and Crosstalk**



**Figure 229 — Example of Rx Stressed Eye Height and Eye Width**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 8.10.1  Parameters for DDR5 Rx Stressed Eye Tests

### Table 237 — Test Conditions for Rx Stressed Eye Tests for DDR5-3200 to DDR5-4800

**[BER=Bit Error Rate; DCD=Duty Cycle Distortion; Rj=Random Jitter; Sj=Sinusoidal Jitter; p-p =peak to peak]**

| Parameter | Symbol | DDR5-3200 Min | DDR5-3200 Max | DDR5-3600 Min | DDR5-3600 Max | DDR5-4000 Min | DDR5-4000 Max | DDR5-4400 Min | DDR5-4400 Max | DDR5-4800 Min | DDR5-4800 Max | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eye height of stressed eye for Golden Reference Channel 1 | RxEH_Stressed_Eye_Golden_Ref_Channel _1 | - | 95 | - | 85 | - | 80 | - | 75 | - | 70 | mV | 1,2,3, 4,5,6,7 ,8,9,10 |
| Eye width of stressed eye Golden Reference Channel 1 | RxEW_Stressed_Eye _Golden_Ref_Channe l_1 | - | 0.25 | - | 0.25 | - | 0.25 | - | 0.25 | - | 0.25 | UI | 1,2,3, 4,5,6,7 ,8,9,10 |
| Vswing stress to meet above data eye | Vswing_Stressed_Eye _Golden_Ref_Channe l_1 | - | 600 | - | 600 | | 600 | - | 600 | - | 600 | mV | 1,2 |
| Injected sinusoidal jitter at 200 MHz to meet above data eye | Sj_Stressed_Eye_Gol den_Ref_Channel_1 | 0 | 0.45 | 0 | 0.45 | 0 | 0.45 | 0 | 0.45 | 0 | 0.45 | UI p-p | 1,2 |
| Injected Random wide band (10 MHz-1 GHz) Jitter to meet above data eye | Rj_Stressed_Eye_Gol den_Ref_Channel_1 | 0 | 0.04 | 0 | 0.04 | 0 | 0.04 | 0 | 0.04 | 0 | 0.04 | UI RMS | 1,2 |
| Injected voltage noise as PRBS23, or Injected voltage noise at 2.1 GHz | Vnoise_Stressed_Eye _Golden_Ref_Channe l_1 | 0 | 125 | 0 | 125 | 0 | 125 | 0 | 125 | 0 | 125 | mV p-p | 1,2 |
| Golden Reference Channel 1 Characteristics as measured at TBD | Golden_Ref_Channel _1_Characteristics | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | dB | 3 |

NOTE 1   Must meet minimum BER of 1E$^{-16}$ or better requirement with the stressed eye at the slice of the receiver (after equalization is applied in the summer). The eye shape is verified by measuring to BER E$^{-9}$ and extrapolating to BER E$^{-16}$.
NOTE 2   These parameters are applied on the defined golden reference channel with parameters TBD.
NOTE 3   DFE Tap 1-4 Bias settings that give the best eye margin are used and referring to **Table 142**, Min/Max Ranges for the DFE Tap Coefficients. DFE tap range limits apply: sum of absolute values of Tap-2, Tap-3, and Tap-4 shall be less than 60mV (|Tap-2| + |Tap-3| + |Tap-4| < 60 mV) after the tap multiplier is applied.
NOTE 4   Evaluated with no DC supply voltage drift.
NOTE 5   Evaluated with no temperature drift.
NOTE 6   Supply voltage noise limited according to DC bandwidth spec, see DC Operating Conditions
NOTE 7   The stressed eye is to be assumed to have a diamond shape
NOTE 8   The VREFDQ, DFE Gain Bias Step, and DFE Taps 1,2,3,4 Bias Step can be adjusted as needed, without exceeding the specifications, for this test, including the limits placed in Note 3.
NOTE 9   The stressed eye is defined as centered on the DQS_t/DQS_c crossing during the calibration. Measurement includes an optimal set of DQS_t/DQS_c location, VrefDQ, and DFE solution to give the best eye margin.
NOTE 10   The Rx stressed eye spec applies at 2933MT/s and faster data rates.
NOTE 11   EH/EW are measured at the slicer of the receiver

**LIGHT GREY** - **All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.**

JEDEC Standard No. 79-5B_v1.20
Page 364

## 8.10.1   Parameters for DDR5 Rx Stressed Eye Tests (cont'd)

**Table 238 — Test Conditions for Rx Stressed Eye Tests for DDR5-5200 to DDR5-6400**

[BER=Bit Error Rate; DCD=Duty Cycle Distortion; Rj=Random Jitter; Sj=Sinusoidal Jitter; p-p =peak to peak]

| Parameter | Symbol | DDR5-5200 | | DDR5-5600 | | DDR5-6000 | | DDR5-6400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Eye height of stressed eye for Golden Reference Channel 1 | RxEH_Stressed_Eye_Golden_Ref_Channel_1 | - | 65 | - | 60 | - | 57.5 | - | 57.5 | mV | 1,2,3,4,5,6,7,8,9,10 |
| Eye width of stressed eye Golden Reference Channel 1 | RxEW_Stressed_Eye_Golden_Ref_Channel_1 | - | .0.235 | - | 0.235 | - | 0.230 | - | 0.230 | UI | 1,2,3,4,5,6,7,8,10 |
| Vswing stress to meet above data eye | Vswing_Stressed_Eye_Golden_Ref_Channel_1 | - | 600 | - | 600 | - | 600 | - | 600 | mV | 1,2 |
| Injected sinusoidal jitter at 200 MHz to meet above data eye | Sj_Stressed_Eye_Golden_Ref_Channel_1 | - | 0.45 | - | 0.45 | - | 0.45 | - | 0.45 | UI p-p | 1,2 |
| Injected Random wide band (10 MHz-1 GHz) Jitter to meet above data eye | Rj_Stressed_Eye_Golden_Ref_Channel_1 | 0 | 0.04 | 0 | 0.04 | 0 | 0.04 | 0 | 0.04 | UI RMS | 1,2 |
| Injected voltage noise as PRBS23, or Injected voltage noise at 2.1 GHz | Vnoise_Stressed_Eye_Golden_Ref_Channel_1 | 0 | 125 | 0 | 125 | 0 | 125 | 0 | 125 | mV p-p | 1,2 |
| Golden Reference Channel 1 Characteristics as measured at TBD | Golden_Ref_Channel_1_Characteristics | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | dB | 3 |

NOTE 1    Must meet minimum BER of 1E$^{-16}$ or better requirement with the stressed eye at the slice of the receiver (after equalization is applied in the summer). The eye shape is verified by measuring to BER E$^{-9}$ and extrapolating to BER E$^{-16}$.
NOTE 2    These parameters are applied on the defined golden reference channel with parameters TBD.
NOTE 3    DFE tap range limits apply: sum of absolute values of Tap-2, Tap-3, and Tap-4 shall be less than 60mV (|Tap-2| + |Tap-3| + |Tap-4| < 60 mV).
NOTE 4    Evaluated with no DC supply voltage drift.
NOTE 5    Evaluated with no temperature drift.
NOTE 6    Supply voltage noise limited according to DC bandwidth spec, see DC Operating Conditions
NOTE 7    The stressed eye is to be assumed to have a diamond shape
NOTE 8    The VREFDQ, DFE Gain Bias Step, and DFE Taps 1,2,3,4 Bias Step can be adjusted as needed, without exceeding the specifications, for this test, including the limits placed in Note 3.
NOTE 9    The stressed eye is defined as centered on the DQS_t/DQS_c crossing during the calibration. Measurement includes an optimal set of DQS_t/DQS_c location, VrefDQ, and DFE solution to give the best eye margin.
NOTE 10    EH/WE are measured at the slicer of the receiver

## 8.10.1   Parameters for DDR5 Rx Stressed Eye Tests (cont'd)

### Table 239 — Test Conditions for Rx Stressed Eye Tests for DDR5-6800 to DDR5-8400

[BER=Bit Error Rate; DCD=Duty Cycle Distortion; Rj=Random Jitter; Sj=Sinusoidal Jitter; p-p =peak to peak]

| Parameter | Symbol | DDR5-6800 | | DDR5-7200 | | DDR5-7600 | | DDR5-8000 | | DDR5-8400 | | Unit | Note # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Eye height of stressed eye for Golden Reference Channel 1 | RxEH_Stressed_Eye_Golden_Ref_Channel_1 | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | mV | 1,2,3, 4,5,6, 7,8,9 |
| Eye width of stressed eye Golden Reference Channel 1 | RxEW_Stressed_Eye_Golden_Ref_Channel_1 | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 1,2,3, 4,5,6, 7,8,9 |
| Vswing stress to meet above data eye | Vswing_Stressed_Eye_Golden_Ref_Channel_1 | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | mV | 1,2 |
| Injected sinusoidal jitter at 200 MHz to meet above data eye | Sj_Stressed_Eye_Golden_Ref_Channel_1 | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI p-p | 1,2 |
| Injected Random wide band (10 MHz-1 GHz) Jitter to meet above data eye | Rj_Stressed_Eye_Golden_Ref_Channel_1 | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI RMS | 1,2 |
| Injected voltage noise as PRBS23, or Injected voltage noise at 2.1 GHz | Vnoise_Stressed_Eye_Golden_Ref_Channel_1 | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | mV p-p | 1,2 |
| Golden Reference Channel 1 Characteristics as measured at TBD | Golden_Ref_Channel_1_Characteristics | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | dB | 3 |

NOTE 1  Must meet minimum BER of 1E$^{-16}$ or better requirement with the stressed eye at the slice of the receiver (after equalization is applied in the summer). The eye shape is verified by measuring to BER E$^{-9}$ and extrapolating to BER E$^{-16}$.

NOTE 2  These parameters are applied on the defined golden reference channel with parameters TBD.

NOTE 3  DFE tap range limits apply: sum of absolute values of Tap-2, Tap-3, and Tap-4 shall be less than 60mV (|Tap-2| + |Tap-3| + |Tap-4| < 60 mV).

NOTE 4  Evaluated with no DC supply voltage drift.

NOTE 5  Evaluated with no temperature drift.

NOTE 6  Supply voltage noise limited according to DC bandwidth spec, see DC Operating Conditions.

NOTE 7  The stressed eye is to be assumed to have a diamond shape

NOTE 8  The VREFDQ, DFE Gain Bias Step, and DFE Taps 1,2,3,4 Bias Step can be adjusted as needed, without exceeding the specifications, for this test, including the limits placed in Note 3.

NOTE 9  The stressed eye is defined as centered on the DQS_t/DQS_c crossing during the calibration. Measurement includes an optimal set of DQS_t/DQS_c location, VrefDQ, and DFE solution to give the best eye margin.

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

JEDEC Standard No. 79-5B_v1.20
Page 366

## 8.11   Connectivity Test Mode - Input level and Timing Requirement

During CT Mode, input levels are defined below.

TEN pin: CMOS rail-to-rail with AC high and low at 80% and 20% of VDDQ.

CS_n: CMOS rail-to-rail with AC high and low at 80% and 20% of VDDQ.

Test Input pins: CMOS rail-to-rail with AC high and low at 80% and 20% of VDDQ.

RESET_n: CMOS rail-to-rail with AC high and low at 80% and 20% of VDDQ.

Prior to the assertion of the TEN pin, all voltage supplies must be valid and stable.

Upon the assertion of the TEN pin, the CK_t and CK_c signals will be ignored and the DDR5 memory device will enter into the CT mode after time tCT_Enable. In the CT mode, no refresh activities in the memory arrays, initiated either externally (i.e., auto-refresh) or internally (i.e., self-refresh), will be maintained.

The TEN pin may be asserted after the DRAM has completed power-on, after RESET_n has de-asserted, the wait time after the RESET_n de-assertion has elapsed, and prior to starting clocks (CK_t, CK_c).

The TEN pin may be de-asserted at any time in the CT mode. Upon exiting the CT mode, the states of the DDR5 memory device are unknown and the integrity of the original content of the memory array is not guaranteed; therefore, the reset initialization sequence is required.

All output signals at the test output pins will be stable within tCT_valid after the test inputs have been applied to the test input pins with TEN input and CS_n input maintained High and Low respectively.



**Figure 230 — Timing Diagram for Connectivity Test (CT) Mode**

**Table 240 — AC Parameters for Connectivity Test (CT) Mode**

| Symbol | Min | Max | Unit |
|---|---|---|---|
| tCT_IS | 0 | - | ns |
| tCT_Enable | 200 | - | ns |
| tCT_Valid | - | 200 | ns |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 8.11.1  Connectivity Test (CT) Mode Input Levels

Following input parameters will be applied for DDR5 SDRAM Input Signals during Connectivity Test Mode.

**Table 241 — CMOS Rail to Rail Input Levels for TEN, CS_n, and Test inputs**

| Parameter | Symbol | Min | Max | Unit | Notes |
|---|---|---|---|---|---|
| TEN AC Input High Voltage | VIH(AC)_TEN | 0.8 * VDDQ | VDDQ | V | 1 |
| TEN DC Input High Voltage | VIH(DC)_TEN | 0.7 * VDDQ | VDDQ | V | |
| TEN DC Input Low Voltage | VIL(DC)_TEN | VSS | 0.3 * VDDQ | V | |
| TEN AC Input Low Voltage | VIL(AC)_TEN | VSS | 0.2 * VDDQ | V | 2 |
| TEN Input signal Falling time | TF_input_TEN | - | 10 | ns | |
| TEN Input signal Rising time | TR_input_TEN | - | 10 | ns | |
| NOTE 1   Overshoot might occur. It should be limited by the Absolute Maximum DC Ratings. | | | | | |
| NOTE 2   Undershoot might occur. It should be limited by Absolute Maximum DC Ratings. | | | | | |



**Figure 231 — TEN Input Slew Rate Definition**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 8.11.2 CMOS Rail to Rail Input Levels for RESET_n

### Table 242 — CMOS Rail to Rail Input Levels for RESET_n

| Parameter | Symbol | Min | Max | Unit | NOTE |
|---|---|---|---|---|---|
| AC Input High Voltage | VIH(AC)_RESET | 0.8*VDDQ | VDDQ | V | 5 |
| DC Input High Voltage | VIH(DC)_RESET | 0.7*VDDQ | VDDQ | V | 2 |
| DC Input Low Voltage | VIL(DC)_RESET | VSS | 0.3*VDDQ | V | 1 |
| AC Input Low Voltage | VIL(AC)_RESET | VSS | 0.2*VDDQ | V | 6 |
| Rising time | TR_RESET | - | 1.0 | µs | |
| RESET pulse width | tPW_RESET | 1.0 | - | µs | 3,4 |

NOTE 1   After RESET_n is registered LOW, RESET_n level shall be maintained below VIL(DC)_RESET during tPW_RESET, otherwise, SDRAM may not be reset.

NOTE 2   Once RESET_n is registered HIGH, RESET_n level must be maintained above VIH(DC)_RESET, otherwise, SDRAM operation will not be guaranteed until it is reset asserting RESET_n signal LOW.

NOTE 3   RESET is destructive to data contents.

NOTE 4   This definition is applied only for "Reset Procedure at Power Stable".

NOTE 5   Overshoot might occur. It should be limited by the Absolute Maximum DC Ratings.

NOTE 6   Undershoot might occur. It should be limited by Absolute Maximum DC Ratings



### Figure 232 — RESET_n Input Slew Rate Definition

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

# 9    AC and DC Output Measurement Levels and Timing

## 9.1    Output Driver DC Electrical Characteristics for DQS and DQ

The DDR5 driver supports two different Ron values. These Ron values are referred as strong (low Ron) and weak mode (high Ron). A functional representation of the output buffer is shown in **Figure 233**.

Output driver impedance RON is defined as follows:

The individual pull-up and pull-down resistors ($RON_{Pu}$ and $RON_{Pd}$) are defined as follows:

$$RON_{Pu} = \frac{VDDQ - Vout}{|\,I\,out\,|} \quad \text{under the condition that } RON_{Pd} \text{ is off}$$

$$RON_{Pd} = \frac{Vout}{|\,I\,out\,|} \quad \text{under the condition that } RON_{Pu} \text{ is off}$$



**Figure 233 — Low Ron and High Ron Output Buffer**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 370

## 9.1  Output Driver DC Electrical Characteristics for DQS and DQ (cont'd)

**Table 243 — Output Driver DC Electrical Characteristics, Assuming RZQ = 240 Ohms;**
**Entire Operating Temperature Range; after Proper ZQ Calibration**

| RON<sub>NOM</sub> | Resistor | Vout | Min | Nom | Max | Unit | NOTE |
|---|---|---|---|---|---|---|---|
| 34Ω | RON34Pd | VOLdc= 0.5 * VDDQ | 0.8 | 1 | 1.1 | RZQ/7 | 1,2 |
| | | VOMdc= 0.8 * VDDQ | 0.9 | 1 | 1.1 | RZQ/7 | 1,2 |
| | | VOHdc= 0.95 * VDDQ | 0.9 | 1 | 1.25 | RZQ/7 | 1,2 |
| | RON34Pu | VOLdc= 0.5 * VDDQ | 0.9 | 1 | 1.25 | RZQ/7 | 1,2 |
| | | VOMdc= 0.8 * VDDQ | 0.9 | 1 | 1.1 | RZQ/7 | 1,2 |
| | | VOHdc= 0.95 * VDDQ | 0.8 | 1 | 1.1 | RZQ/7 | 1,2 |
| 48Ω | RON48Pd | VOLdc= 0.5 * VDDQ | 0.8 | 1 | 1.1 | RZQ/5 | 1,2 |
| | | VOMdc= 0.8 * VDDQ | 0.9 | 1 | 1.1 | RZQ/5 | 1,2 |
| | | VOHdc= 0.95 * VDDQ | 0.9 | 1 | 1.25 | RZQ/5 | 1,2 |
| | RON48Pu | VOLdc= 0.5 * VDDQ | 0.9 | 1 | 1.25 | RZQ/5 | 1,2 |
| | | VOMdc= 0.8 * VDDQ | 0.9 | 1 | 1.1 | RZQ/5 | 1,2 |
| | | VOHdc= 0.95 * VDDQ | 0.8 | 1 | 1.1 | RZQ/5 | 1,2 |
| Mismatch between pull-up and pull-down, MMPuPd | | VOMdc= 0.8 * VDDQ | -10 | | 10 | % | 1,2,3,4 |
| Mismatch DQ-DQ within byte variation pull-up, MMPudd | | VOMdc= 0.8 * VDDQ | | | 10 | % | 1,2,4 |
| Mismatch DQ-DQ within byte variation pull-dn, MMPddd | | VOMdc= 0.8 * VDDQ | | | 10 | % | 1,2,4 |

NOTE 1   The tolerance limits are specified after calibration with stable voltage and temperature. For the behavior of the tolerance limits if temperature or voltage changes after calibration, see following section on voltage and temperature sensitivity(TBD).

NOTE 2   Pull-up and pull-dn output driver impedances are recommended to be calibrated at 0.8 * VDDQ. Other calibration schemes may be used to achieve the linearity spec shown above, e.g., calibration at 0.5 * VDDQ and 0.95 * VDDQ.

NOTE 3   Measurement definition for mismatch between pull-up and pull-down, MMPuPd : Measure RONPu and RONPD both at 0.8*VDD separately; Ronnom is the nominal Ron value

$$MMPuPd = \frac{RONPu - RONPd}{RONNOM} *100$$

NOTE 4   RON variance range ratio to RON Nominal value in a given component, including DQS_t and DQS_c.

$$MMPudd = \frac{RONPuMax - RONPuMin}{RONNOM} *100$$

$$MMPddd = \frac{RONPdMax - RONPdMin}{RONNOM} *100$$

NOTE 5   This parameter of x16 device is specified for Upper byte and Lower byte.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 9.2 Output Driver DC Electrical Characteristics for Loopback Signals LBDQS, LBDQ

The DDR5 Loopback driver supports 34 ohms. A functional representation of the output buffer is shown in **Figure 234**.

$$RON_{Pu} = \frac{VDDQ - Vout}{|I\,out|} \quad \text{under the condition that } RON_{Pd} \text{ is off}$$

$$RON_{Pd} = \frac{Vout}{|I\,out|} \quad \text{under the condition that } RON_{Pu} \text{ is off}$$



**Figure 234 — Output Driver for Loopback Signals**

**Table 244 — Output Driver DC Electrical Characteristics, Assuming RZQ = 240 Ohms;
Entire Operating Temperature Range; after Proper ZQ Calibration**

| RON<sub>NOM</sub> | Resistor | Vout | Min | Nom | Max | Unit | Notes |
|---|---|---|---|---|---|---|---|
| 34W | RON34Pd | VOLdc= 0.5*VDDQ | 0.8 | 1 | 1.1 | RZQ/7 | 1,2 |
| | | VOMdc= 0.8*VDDQ | 0.9 | 1 | 1.1 | RZQ/7 | 1,2 |
| | | VOHdc= 0.95*VDDQ | 0.9 | 1 | 1.25 | RZQ/7 | 1,2 |
| | RON34Pu | VOLdc= 0.5*VDDQ | 0.9 | 1 | 1.25 | RZQ/7 | 1,2 |
| | | VOMdc= 0.8*VDDQ | 0.9 | 1 | 1.1 | RZQ/7 | 1,2 |
| | | VOHdc= 0.95*VDDQ | 0.8 | 1 | 1.1 | RZQ/7 | 1,2 |
| Mismatch between pull-up and pull-down, MMPuPd | | VOMdc= 0.8*VDDQ | -10 | | 10 | % | 1,2,3,4 |
| Mismatch LBDQS-LBDQ within device variation pull-up, MMPudd | | VOMdc= 0.8*VDDQ | | | 10 | % | 1,2,4 |
| Mismatch LBDQS-LBDQ within device variation pull-dn, MMPddd | | VOMdc= 0.8*VDDQ | | | 10 | % | 1,2,4 |

NOTE 1   The tolerance limits are specified after calibration with stable voltage and temperature. For the behavior of the tolerance limits if temperature or voltage changes after calibration, see following section on voltage and temperature sensitivity(TBD).

NOTE 2   Pull-up and pull-dn output driver impedances are recommended to be calibrated at 0.8 * VDDQ. Other calibration schemes may be used to achieve the linearity spec shown above, e.g. calibration at 0.5 * VDDQ and 0.95 * VDDQ.

NOTE 3   Measurement definition for mismatch between pull-up and pull-down, MMPuPd : Measure RONPu and RONPD both at 0.8*VDD separately; Ronnom is the nominal Ron value

$$MMPuPd = \frac{RONPu - RONPd}{RONNOM} *100$$

4. RON variance range ratio to RON Nominal value in a given component, including LBDQS and LBDQ.

$$MMPudd = \frac{RONPuMax - RONPuMin}{RONNOM} *100$$

$$MMPddd = \frac{RONPdMax - RONPdMin}{RONNOM} *100$$

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 372

## 9.3    Loopback Output Timing

Loopback strobe LBDQS to Loopback data LBDQ relationship is illustrated in **Figure 235**.
- tLBQSH describes the single-ended LBDQS strobe high pulse width
- tLBQSL describes the single-ended LBDQS strobe low pulse width
-
- tLBQ_Set describes the setup time of LBDQS and where LBDQ needs to remain stable
- tLBQ_Hld describes the hold time of LBDQS and where LBDQ needs to remain stable
- tLBDVW describes the data valid window per device per UI

### Table 245 — Loopback Output Timing Parameters for DDR5-3200 to DDR5-4800

| Speed | | DDR5-3200 | | DDR5-3600 | | DDR5-4000 | | DDR5-4400 | | DDR5-4800 | | Units | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | MIN | MAX | MIN | MAX | MIN | MAX | MIN | MAX | MIN | MAX | | |
| Loopback Timing | | | | | | | | | | | | | |
| Loopback LBDQS Output Low Time | tLBQSL | 0.7 | - | 0.7 | - | 0.7 | - | 0.7 | - | 0.7 | - | tCK | 1 |
| Loopback LBDQS Output High Time | tLBQSH | 0.7 | - | 0.7 | - | 0.7 | - | 0.7 | - | 0.7 | - | tCK | 1 |
| Loopback Setup time for LBDQS | tLBQ_Set | 0.5 | | 0.5 | | 0.5 | | 0.5 | | 0.5 | | tCK | 1, 2 |
| Loopback Hold time for LBDQS | tLBQ_Hld | 0.5 | - | 0.5 | - | 0.5 | - | 0.5 | - | 0.5 | - | tCK | 1, 2 |
| Loopback Data valid window of each UI per DRAM | tLBDVW | 1.6 | 2 | 1.6 | 2 | 1.6 | 2 | 1.6 | 2 | 1.6 | 2 | tCK | 1 |

NOTE 1    Based on Loopback 4-way interleave setting (see MR53)
NOTE 2    tLBQ_Set is measured from LBDQ first transition to LBDQS falling edge and tLBQ_Hld is measured from LBDQS falling edge to LBDQ last transition.

### Table 246 — Loopback Output Timing Parameters for DDR5-5200 to DDR5-6400

| Speed | | DDR5-5200 | | DDR5-5600 | | DDR5-6000 | | DDR5-6400 | | Units | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | MIN | MAX | MIN | MAX | MIN | MAX | MIN | MAX | | |
| Loopback Timing | | | | | | | | | | | |
| Loopback LBDQS Output Low Time | tLBQSL | 0.7 | - | 0.7 | - | 0.75 | - | 0.75 | - | tCK | 1 |
| Loopback LBDQS Output High Time | tLBQSH | 0.7 | - | 0.7 | - | 0.75 | - | 0.75 | - | tCK | 1 |
| Loopback Setup time for LBDQS | tLBQ_Set | 0.5 | | 0.5 | | 0.5 | | 0.5 | | tCK | 1, 2 |
| Loopback Hold time for LBDQS | tLBQ_Hld | 0.5 | - | 0.5 | - | 0.5 | - | 0.5 | - | tCK | 1, 2 |
| Loopback Data valid window of each UI per DRAM | tLBDVW | 1.6 | 2 | 1.6 | 2 | 1.6 | 2 | 1.6 | 2 | tCK | 1 |

NOTE 1    Based on Loopback 4-way interleave setting (see MR53)
NOTE 2    tLBQ_Set is measured from LBDQ first transition to LBDQS falling edge and tLBQ_Hld is measured from LBDQS falling edge to LBDQ last transition.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 9.3   Loopback Output Timing (cont'd)

**Table 247 — Loopback Output Timing Parameters for DDR5-6800 to DDR5-8400**

| Speed | | DDR5-6800 | | DDR5-7200 | | DDR5-7600 | | DDR5-8400 | | DDR5-8400 | | Units | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | MIN | MAX | MIN | MAX | MIN | MAX | MIN | MAX | MIN | MAX | | |
| **Loopback Timing** | | | | | | | | | | | | | |
| Loopback LBDQS Output Low Time | tLBQSL | 0.75 | - | 0.75 | - | 0.75 | - | TBD | - | TBD | - | tCK | 1 |
| Loopback LBDQS Output High Time | tLBQSH | 0.75 | - | 0.75 | - | 0.75 | - | TBD | - | TBD | - | tCK | 1 |
| Loopback Setup time for LBDQS | tLBQ_Set | 0.55 | - | 0.55 | - | 0.55 | - | TBD | - | TBD | - | tCK | 1, 2 |
| Loopback Hold time for LBDQS | tLBQ_Hld | 0.55 | - | 0.55 | - | 0.55 | - | TBD | - | TBD | - | tCK | 1, 2 |
| Loopback Data valid window of each UI per DRAM | tLBDVW | 1.6 | 2 | 1.6 | 2 | 1.6 | 2 | TBD | - | TBD | - | tCK | 1 |
| NOTE 1   Based on Loopback 4-way interleave setting (see MR53) | | | | | | | | | | | | | |
| NOTE 2   tLBQ_Set is measured from LBDQ first transition to LBDQS falling edge and tLBQ_Hld is measured from LBDQS falling edge to LBDQ last transition. | | | | | | | | | | | | | |



**Figure 235 — Loopback Strobe to Data Relationship**

**LIGHT GREY** - **All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.**

JEDEC Standard No. 79-5B_v1.20
Page 374

## 9.3.1   ALERT_n Output Drive Characteristic

A functional representation of the output buffer is shown in **Figure 236**. Output driver impedance RON is defined as follows:

$$RON_{Pd} = \frac{Vout}{|\ Iout\ |} \quad \text{under the condition that } RON_{Pu} \text{ is off}$$



Alert Driver

**Figure 236 — Output Buffer Ron**

**Table 248 — Output Driver Impedance RON**

| Resistor | Vout | Min | Max | Unit | NOTE |
|----------|------|-----|-----|------|------|
| $RON_{Pd}$ | VOLdc= 0.1* VDDQ | 0.3 | 1.1 | $R_{ZO}/7$ | |
| | $V_{OMdc}$ = 0.8* VDDQ | 0.4 | 1.1 | $R_{ZO}/7$ | |
| | $V_{OHdc}$ = 0.95* VDDQ | 0.4 | 1.25 | $R_{ZO}/7$ | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

### 9.3.2 Output Driver Characteristic of Connectivity Test (CT) Mode

Following Output driver impedance RON will be applied to the Test Output Pin during Connectivity Test (CT) Mode.

The individual pull-up and pull-down resistors (RONPu_CT and RONPd_CT) are defined as follows:

$$RON_{Pu\_CT} = \frac{V_{DDQ} - V_{OUT}}{|\,Iout\,|}$$

$$RON_{Pd\_CT} = \frac{V_{OUT}}{|\,Iout\,|}$$



**Figure 237 — Output Driver**

**Table 249 — Output Driver Characteristic of Connectivity Test (CT) Mode**

| RONNOM_CT | Resistor | Vout | Max | Units | NOTE |
|---|---|---|---|---|---|
| 34Ω | RONPd_CT | VOBdc = 0.2 x VDDQ | 1.9 | $R_{ZQ}/7$ | 1,2 |
| | | VOLdc = 0.5 x VDDQ | 2.0 | $R_{ZQ}/7$ | 1,2 |
| | | VOMdc = 0.8 x VDDQ | 2.2 | $R_{ZQ}/7$ | 1,2 |
| | | VOHdc = 0.95 x VDDQ | 2.5 | $R_{ZQ}/7$ | 1,2 |
| | RONPu_CT | VOBdc = 0.2 x VDDQ | 1.9 | $R_{ZQ}/7$ | 1,2 |
| | | VOLdc = 0.5 x VDDQ | 2.0 | $R_{ZQ}/7$ | 1,2 |
| | | VOMdc = 0.8 x VDDQ | 2.2 | $R_{ZQ}/7$ | 1,2 |
| | | VOHdc = 0.95 x VDDQ | 2.5 | $R_{ZQ}/7$ | 1,2 |

NOTE 1    Connectivity test mode uses un-calibrated drivers, showing the full range over PVT. No mismatch between pull up and pull down is defined.
NOTE 2    Uncalibrated drive strength tolerance is specified at +/- 30%

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 376

## 9.4    Single-ended Output Levels - VOL/VOH

**Table 250 — Single-ended Output Levels for DDR5-3200 to DDR5-6400**

| Symbol | Parameter | DDR5-3200-6400 | Units | Notes |
|--------|-----------|----------------|-------|-------|
| $V_{OH}$ | Output high measurement level (for output SR) | 0.75 x $V_{pk-pk}$ | V | 1 |
| $V_{OL}$ | Output low measurement level (for output SR) | 0.25 x $V_{pk-pk}$ | V | 1 |
| NOTE 1    $V_{pk-pk}$ is the mean high voltage minus the mean low voltage over TBD samples. | | | | |

**Table 251 — Single-ended Output Levels for DDR5-6800 to DDR5-8400**

| Symbol | Parameter | DDR5-3200-6400 | Units | Notes |
|--------|-----------|----------------|-------|-------|
| $V_{OH}$ | Output high measurement level (for output SR) | 0.75 x $V_{pk-pk}$ | V | 1 |
| $V_{OL}$ | Output low measurement level (for output SR) | 0.25 x $V_{pk-pk}$ | V | 1 |
| NOTE 1    $V_{pk-pk}$ is the mean high voltage minus the mean low voltage over TBD samples. | | | | |

## 9.5    Single-Ended Output Levels - VOL/VOH for Loopback Signals

**Table 252 — Single-ended Output Levels for Loopback Signals DDR5-3200 to DDR5-6400**

| Symbol | Parameter | DDR5-3200-6400 | Units | Notes |
|--------|-----------|----------------|-------|-------|
| $V_{OH}$ | Output high measurement level (for output SR) | 0.75 x $V_{pk-pk}$ | V | 1 |
| $V_{OL}$ | Output low measurement level (for output SR) | 0.25 x $V_{pk-pk}$ | V | 1 |
| NOTE 1    $V_{pk-pk}$ is the mean high voltage minus the mean low voltage over TBD samples. | | | | |

**Table 253 — Single-ended Output Levels for Loopback Signals DDR5-6800 to DDR5-8400**

| Symbol | Parameter | DDR5-3200-6400 | Units | Notes |
|--------|-----------|----------------|-------|-------|
| $V_{OH}$ | Output high measurement level (for output SR) | 0.75 x $V_{pk-pk}$ | V | 1 |
| $V_{OL}$ | Output low measurement level (for output SR) | 0.25 x $V_{pk-pk}$ | V | 1 |
| NOTE 1    $V_{pk-pk}$ is the mean high voltage minus the mean low voltage over TBD samples. | | | | |

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

Case 2:22-cv-00293-JRG    Document 150-5    Filed 09/14/23    Page 410 of 503 PageID #: 13032

## 9.6    Single-ended Output Slew Rate

With the reference load for timing measurements, output slew rate for falling and rising edges is defined and measured between $V_{OL}$ and $V_{OH}$ for single ended signals as shown in **Table 254** and **Figure 238**.

### Table 254 — Single-ended Output Slew Rate Definition

| Description | Measured | | Defined by |
|---|---|---|---|
| | From | To | |
| Single ended output slew rate for rising edge | $V_{OL}$ | $V_{OH}$ | $[V_{OH}-V_{OL}]$ / delta TRse |
| Single ended output slew rate for falling edge | $V_{OH}$ | $V_{OL}$ | $[V_{OH}-V_{OL}]$ / delta TFse |
| NOTE 1    Output slew rate is verified by design and characterization, and may not be subject to production test. | | | |



Figure 238 — Single-ended Output Slew Rate Definition

### Table 255 — Single-ended Output Slew Rate for DDR5-3200 to DDR5-4800

| Speed | | | DDR5-3200 | | DDR5-3600 | | DDR5-4000 | | DDR5-4400 | | DDR5-4800 | | Units | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | | MIN | MAX | MIN | MAX | MIN | MAX | MIN | MAX | MIN | MAX | | |
| Single ended output slew rate | SRQse | | 8 | 24 | 8 | 24 | 8 | 24 | 8 | 24 | 8 | 24 | V/ns | |

### Table 256 — Single-ended Output Slew Rate for DDR5-5200 to DDR5-6400

| Speed | | DDR5-5200 | | DDR5-5600 | | DDR5-6000 | | DDR5-6400 | | Units | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | MIN | MAX | MIN | MAX | MIN | MAX | MIN | MAX | | |
| Single ended output slew rate | SRQse | 12 | 24 | 12 | 24 | 12 | 24 | 12 | 24 | V/ns | |

### Table 257 — Single-ended Output Slew Rate for DDR5-6800 to DDR5-8400

| Speed | | DDR5-6800 | | DDR5-7200 | | DDR5-7600 | | DDR5-8000 | | DDR5-8400 | | Units | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | MIN | MAX | MIN | MAX | MIN | MAX | MIN | MAX | MIN | MAX | | |
| Single ended output slew rate | SRQse | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | V/ns | |

LIGHT GREY - **All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.**

JEDEC Standard No. 79-5B_v1.20
Page 378

## 9.7    Differential Output Levels

**Table 258 — Differential Output Levels for DDR5-3200 to DDR5-6400**

| Symbol | Parameter | DDR5-3200-6400 | Units | Notes |
|--------|-----------|----------------|-------|-------|
| $V_{OHdiff}$ | Differential output high measurement level (for output SR) | 0.75 x $V_{diffpk-pk}$ | V | 1 |
| $V_{OLdiff}$ | Differential output low measurement level (for output SR) | 0.25 x $V_{diffpk-pk}$ | V | 1 |
| NOTE 1    $V_{diffpk-pk}$ is the mean high voltage minus the mean low voltage over TBD samples. | | | | |

**Table 259 — Differential AC and DC Output Levels for DDR5-6800 to DDR5-8400**

| Symbol | Parameter | DDR5-6800-8400 | Units | Notes |
|--------|-----------|----------------|-------|-------|
| $V_{OHdiff}$ | Differential output high measurement level (for output SR) | 0.7 x $V_{peak2peak}$ | V | 1 |
| $V_{OLdiff}$ | Differential output low measurement level (for output SR) | 0.3 x $V_{peak2peak}$ | V | 1 |
| NOTE 1    $V_{diffpk-pk}$ is the mean high voltage minus the mean low voltage over TBD samples. | | | | |

## 9.8    Differential Output Slew Rate

With the reference load for timing measurements, output slew rate for falling and rising edges is defined and measured between $V_{OLdiff}$ and $V_{OHdiff}$ for differential signals as shown in **Table 260** and **Figure 239**

**Table 260 — Differential Output Slew Rate Definition**

| Description | Measured | | Defined by |
|-------------|----------|-----|------------|
| | From | To | |
| Differential output slew rate for rising edge | $V_{OLdiff}$ | $V_{OHdiff}$ | [$V_{OHdiff}$-$V_{OLdiff}$] / delta TRdiff |
| Differential output slew rate for falling edge | $V_{OHdiff}$ | $V_{OLdiff}$ | [$V_{OHdiff}$-$V_{OLdiff}$] / delta TFdiff |
| NOTE 1    Output slew rate is verified by design and characterization, and may not be subject to production test. | | | |



**Figure 239 — Differential Output Slew Rate Definition**

LIGHT GREY - **All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.**

## 9.8    Differential Output Slew Rate (cont'd)

**Table 261 — Differential Output Slew Rate for DDR5-3200 to DDR5-4800**

| Speed | | DDR5-3200 | | DDR5-3600 | | DDR5-4000 | | DDR5-4400 | | DDR5-4800 | | Units | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | MIN | MAX | MIN | MAX | MIN | MAX | MIN | MAX | MIN | MAX | | |
| Differential output slew rate | SRQdiff | 16 | 48 | 16 | 48 | 16 | 48 | 16 | 48 | 16 | 48 | V/ns | |

**Table 262 — Differential Output Slew Rate for DDR5-5200 to DDR5-6400**

| Speed | | DDR5-5200 | | DDR5-5600 | | DDR5-6000 | | DDR5-6400 | | Units | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | MIN | MAX | MIN | MAX | MIN | MAX | MIN | MAX | | |
| Differential output slew rate | SRQdiff | 24 | 48 | 24 | 48 | 24 | 48 | 24 | 48 | V/ns | |

**Table 263 — Differential Output Slew Rate for DDR5-6800 to DDR5-8400**

| Speed | | DDR5-6800 | | DDR5-7200 | | DDR5-7600 | | DDR5-8000 | | DDR5-8400 | | Units | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | MIN | MAX | MIN | MAX | MIN | MAX | MIN | MAX | MIN | MAX | | |
| Differential output slew rate | SRQdiff | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | V/ns | |

**LIGHT GREY** - **All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.**

JEDEC Standard No. 79-5B_v1.20
Page 380

## 9.9    Tx DQS Jitter

The Random Jitter (Rj) specified is a random jitter meeting a Gaussian distribution. The Deterministic Jitter (Dj) specified is bounded. The DDR5 device output jitter must not exceed maximum values specified in **Table 264**.



**Figure 240 — Tx DQS Jitter**

**Table 264 — Tx DQS Jitter Parameters for DDR5-3200 to DDR5-4800**
[Dj=Deterministic Jitter; Rj=Random Jitter; DCD=Duty Cycle Distortion; BUJ=Bounded Uncorrelated Jitter; pp=Peak to Peak]

| Parameter | Symbol | DDR5-3200 | | DDR5-3600 | | DDR5-4000 | | DDR5-4400 | | DDR5-4800 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Rj RMS Value of 1-UI Jitter without BUJ | tTx_DQS_1UI_Rj_ NoBUJ | - | tCK_ 1UI_Rj_ NoBUJ + 0.002 | - | tCK_ 1UI_Rj_ NoBUJ + 0.002 | - | tCK_ 1UI_Rj_ NoBUJ + 0.002 | - | tCK_ 1UI_Rj_ NoBUJ + 0.002 | - | tCK_ 1UI_Rj_ NoBUJ +0.002 | UI (RMS) | 1,2,3,4, 5,6,7,8,9, 10,11,12 |
| Dj pp Value of 1-UI Jitter without BUJ | tTx_DQS_1UI_Dj_ NoBUJ | - | 0.150 | - | 0.150 | - | 0.150 | - | 0.150 | - | 0.150 | UI | 1,2,3,5,6,7,8 ,9,10,11 |
| Rj RMS Value of N-UI jitter without BUJ, where 1<N< 4 | tTx_DQS_NUI_Rj _NoBUJ | - | tCK_ NUI_Rj_ NoBUJ + 0.002 | - | tCK_ NUI_Rj_ NoBUJ + 0.002 | - | tCK_ NUI_Rj_ NoBUJ + 0.002 | - | tCK_ NUI_Rj_ NoBUJ + 0.002 | - | tCK_ NUI_Rj_ NoBUJ + 0.002 | UI (RMS) | 1,2,3,5,6,7,8 ,9,10,11,12 |
| Dj pp Value of N-UI Jitter without BUJ, where 1<N < 4 | tTx_DQS_NUI_Dj _NoBUJ | - | 0.150 | - | 0.150 | - | 0.150 | - | 0.150 | - | 0.150 | UI | 1,2,3,5,6,7,8 ,9,10, 11 |

| NOTE 1 | On-die noise similar to that occurring with all the transmitter and receiver lanes toggling need to be stimulated. When there is no socket in transmitter measurement setup, in many cases, the contribution of the cross-talk is not significant or can be estimated within tolerable error even with all the transmitter lanes sending patterns. When a socket is present, such as DUT being DRAM component, the contribution of the cross-talk could be significant. To minimize the impact of crosstalk on the measurement results, a small group of selected lanes in the vicinity of the lane under test may be turned off (sending DC), while the remaining TX lanes send patterns to the corresponding RX receivers so as to excite realistic on-die noise profile from device switching. Note that there may be cases when one of Dj and Rj specs is met and another violated in which case the signaling analysis should be run to determine link feasibility |
|---|---|
| NOTE 2 | On-die noise similar to that occurring with all the transmitter and receiver lanes toggling need to be stimulated. When there is no socket in transmitter measurement setup, in many cases the contribution of BUJ is not significant or can be estimated within tolerable error even with all the transmitter lanes sending patterns. When a socket is present, such as DUT being DRAM component, the contribution of the cross-talk could be significant. To minimize the impact of crosstalk on the measurement results, a small group of selected lanes in the vicinity of the lane under test may be turned off (sending DC), while the remaining TX lanes send patterns to the corresponding RX receivers, so as to excite realistic on-die noise profile from device switching. Note that there may be cases when one of Dj and Rj specs is met and another violated in which case the signaling analysis should be run to determine link feasibility |
| NOTE 3 | The validation methodology for these parameters will be covered in future ballots |
| NOTE 4 | Rj RMS value of 1-UI jitter. Without BUJ, but on-die system like noise present. This extraction is to be done after software correction of DCD |
| NOTE 5 | See **Clause 7.2** for details on the minimum BER requirements |
| NOTE 6 | See **Clause 7.3** for details on UI, NUI and Jitter definitions |
| NOTE 7 | Duty Cycle of the DQ pins must be adjusted as close to 50% as possible using the Global and Per Pin Duty Cycle Adjuster feature prior to running the Tx DQ Jitter test |
| NOTE 8 | The Mode Registers for the Duty Cycle Adjuster are MR43 and MR44, and the Mode Registers for the Per Pin DCA of DQS are MR103 - MR110. |
| NOTE9 | Spread Spectrum Clocking (SSC) must be disabled while running the Tx DQ Jitter test |
| NOTE 10 | These parameters are tested using the continuous clock pattern which are sent out from the dram device without the need for sending out continuous MRR commands. The MR25 OP[3] is set to "1" to enable this feature. |
| NOTE 11 | Tested on the CTC2 card only |
| NOTE 12 | The max value of tTx_DQS_Rj_1UI_NoBUJ and tTx_DQS_Rj_NUI_NoBUJ can be 6mUI RMS |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 9.9   Tx DQS Jitter (cont'd)

### Table 265 — Tx DQS Jitter Parameters for DDR5-5200 to DDR5-6400
[Dj=Deterministic Jitter; Rj=Random Jitter; DCD=Duty Cycle Distortion; BUJ=Bounded Uncorrelated Jitter; pp=Peak to Peak]

| Parameter | Symbol | DDR5-5200 | | DDR5-5600 | | DDR5-6000 | | DDR5-6400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Rj RMS Value of 1-UI Jitter without BUJ | tTx_DQS_1UI_Rj_NoBUJ | - | tCK_1UI_Rj_NoBUJ + 0.002 | - | tCK_1UI_Rj_NoBUJ + 0.002 | - | TBD | - | TBD | UI (RMS) | 1,2,3,4, 5,6,7,8,9,1 0,11,12 |
| Dj pp Value of 1-UI Jitter without BUJ | tTx_DQS_1UI_Dj_NoBUJ | - | 0.130 | - | 0.130 | - | TBD | - | TBD | UI | 1,2,3,5,6,7 ,8,9,10,11 |
| Rj RMS Value of N-UI jitter without BUJ, where 1<N< 4 | tTx_DQS_NUI_Rj_NoBUJ | - | tCK_NUI_Rj_NoBUJ + 0.002 | - | tCK_NUI_Rj_NoBUJ + 0.002 | - | TBD | - | TBD | UI (RMS) | 1,2,3,5,6,7 ,8,9,10,11, 12 |
| Dj pp Value of N-UI Jitter without BUJ, where 1<N < 4 | tTx_DQS_NUI_Dj_NoBUJ | - | 0.130 | - | 0.130 | - | TBD | - | TBD | UI | 1,2,3,5,6,7 ,8,9,10,11 |

NOTE 1   On-die noise similar to that occurring with all the transmitter and receiver lanes toggling need to be stimulated. When there is no socket in transmitter measurement setup, in many cases, the contribution of the cross-talk is not significant or can be estimated within tolerable error even with all the transmitter lanes sending patterns. When a socket is present, such as DUT being DRAM component, the contribution of the cross-talk could be significant. To minimize the impact of crosstalk on the measurement results, a small group of selected lanes in the vicinity of the lane under test may be turned off (sending DC), while the remaining TX lanes send patterns to the corresponding RX receivers so as to excite realistic on-die noise profile from device switching. Note that there may be cases when one of Dj and Rj specs is met and another violated in which case the signaling analysis should be run to determine link feasibility

NOTE 2   On-die noise similar to that occurring with all the transmitter and receiver lanes toggling need to be stimulated. When there is no socket in transmitter measurement setup, in many cases the contribution of BUJ is not significant or can be estimated within tolerable error even with all the transmitter lanes sending patterns. When a socket is present, such as DUT being DRAM component, the contribution of the cross-talk could be significant. To minimize the impact of crosstalk on the measurement results, a small group of selected lanes in the vicinity of the lane under test may be turned off (sending DC), while the remaining TX lanes send patterns to the corresponding RX receivers, so as to excite realistic on-die noise profile from device switching. Note that there may be cases when one of Dj and Rj specs is met and another violated in which case the signaling analysis should be run to determine link feasibility

NOTE 3   The validation methodology for these parameters will be covered in future ballots

NOTE 4   Rj RMS value of 1-UI jitter. Without BUJ, but on-die system like noise present. This extraction is to be done after software correction of DCD

NOTE 5   See **Clause 7.2** for details on the minimum BER requirements

NOTE 6   See **Clause 7.3** for details on UI, NUI and Jitter definitions

NOTE 7   Duty Cycle of the DQ pins must be adjusted as close to 50% as possible using the Global and Per Pin Duty Cycle Adjuster feature prior to running the Tx DQ Jitter test

NOTE 8   The Mode Registers for the Duty Cycle Adjuster are MR43 and MR44, the Mode Register for the Per Pin DCA of DQS are MR103 - MR110.

NOTE 9   Spread Spectrum Clocking (SSC) must be disabled while running the Tx DQ Jitter test

NOTE 10   These parameters are tested using the continuous clock pattern which are sent out from the dram device without the need for sending out continuous MRR commands. The MR25 OP[3] is set to "1" to enable this feature.

NOTE 11   Tested on the CTC2 card only

NOTE 12   The max value of tTx_DQS_Rj_1UI_NoBUJ and tTx_DQS_Rj_NUI_NoBUJ can be 6mUI RMS

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 382

## 9.9   Tx DQS Jitter (cont'd)

**Table 266 — Tx DQS Jitter Parameters for DDR5-6800 to DDR5-8400**
[Dj=Deterministic Jitter; Rj=Random Jitter; DCD=Duty Cycle Distortion; BUJ=Bounded Uncorrelated Jitter; pp=Peak to Peak]

| Parameter | Symbol | DDR5-6800 | | DDR5-7200 | | DDR5-7600 | | DDR5-8000 | | DDR5-8400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Rj RMS Value of 1-UI Jitter without BUJ | tTx_DQS_1UI_Rj_NoBUJ | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI (RMS) | 1,2,3,4, 5,6,7,8, 9,10, 11, 12 |
| Dj pp Value of 1-UI Jitter without BUJ | tTx_DQS_1UI_Dj_NoBUJ | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 1,2,3,5, 6,7,8,9, 10, 11 |
| Rj RMS Value of N-UI jitter without BUJ, where 1<N< 4 | tTx_DQS_NUI_Rj_NoBUJ | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI (RMS) | 1,2,3,5, 6,7,8,9, 10,11, 12 |
| Dj pp Value of N-UI Jitter without BUJ, where 1<N < 4 | tTx_DQS_NUI_Dj_NoBUJ | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 1,2,3,5, 6,7,8,9, 10, 11 |

NOTE 1   On-die noise similar to that occurring with all the transmitter and receiver lanes toggling need to be stimulated. When there is no socket in transmitter measurement setup, in many cases, the contribution of the cross-talk is not significant or can be estimated within tolerable error even with all the transmitter lanes sending patterns. When a socket is present, such as DUT being DRAM component, the contribution of the cross-talk could be significant. To minimize the impact of crosstalk on the measurement results, a small group of selected lanes in the vicinity of the lane under test may be turned off (sending DC), while the remaining TX lanes send patterns to the corresponding RX receivers so as to excite realistic on-die noise profile from device switching. Note that there may be cases when one of Dj and Rj specs is met and another violated in which case the signaling analysis should be run to determine link feasibility

NOTE 2   On-die noise similar to that occurring with all the transmitter and receiver lanes toggling need to be stimulated. When there is no socket in transmitter measurement setup, in many cases, the contribution of BUJ is not significant or can be estimated within tolerable error even with all the transmitter lanes sending patterns. When a socket is present, such as DUT being DRAM component, the contribution of the cross-talk could be significant. To minimize the impact of crosstalk on the measurement results, a small group of selected lanes in the vicinity of the lane under test may be turned off (sending DC), while the remaining TX lanes send patterns to the corresponding RX receivers, so as to excite realistic on-die noise profile from device switching. Note that there may be cases when one of Dj and Rj specs is met and another
violated in which case the signaling analysis should be run to determine link feasibility

NOTE 3   The validation methodology for these parameters will be covered in future ballots

NOTE 4   Rj RMS value of 1-UI jitter. Without BUJ, but on-die system like noise present. This extraction is to be done after software correction of DCD

NOTE 5   See Clause 7.2 for details on the minimum BER requirements

NOTE 6   See Clause 7.3 for details on UI, NUI and Jitter definitions

NOTE 7   Duty Cycle of the DQ pins must be adjusted as close to 50% as possible using the Duty Cycle Adjuster feature prior to running the Tx DQ Jitter test

NOTE 8   The Mode Registers for the Duty Cycle Adjuster are MR43 and MR44

NOTE 9   Spread Spectrum Clocking (SSC) must be disabled while running the Tx DQ Jitter test

NOTE 10   These parameters are tested using the continuous clock pattern which are sent out from the dram device without the need for sending out continuous MRR commands. The MR25 OP[3] is set to "1" to enable this feature.

NOTE 11   Tested on the CTC2 card only

NOTE 12   The max value of tTx_DQS_Rj_1UI_NoBUJ and tTx_DQS_Rj_NUI_NoBUJ can be 6mUI RMS

**LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.**

## 9.10   Tx DQ Jitter

### 9.10.1  Overview

The Random Jitter (Rj) specified is a random jitter meeting a Gaussian distribution. The Deterministic Jitter (Dj) specified is bounded. The DDR5 device output jitter must not exceed maximum values specified in **Table 267**.



**Figure 241 — Random Jitter Rj**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 384

## 9.10.2 Tx DQ Jitter Parameters

### Table 267 — Tx DQ Jitter Parameters for DDR5-3200 to DDR5-4800

[Dj=Deterministic Jitter; Rj=Random Jitter; DCD=Duty Cycle Distortion; BUJ=Bounded Uncorrelated Jitter; pp=Peak to Peak]

| Parameter | Symbol | DDR5-3200 | | DDR5-3600 | | DDR5-4000 | | DDR5-4400 | | DDR5-4800 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Rj RMS of 1-UI jitter without BUJ | tTx_DQ_1UI_Rj_NoBUJ | - | tCK_1UI_Rj_NoBUJ + 0.002 | - | tCK_1UI_Rj_NoBUJ + 0.002 | - | tCK_1UI_Rj_NoBUJ + 0.002 | - | tCK_1UI_Rj_NoBUJ + 0.002 | - | tCK_1UI_Rj_NoBUJ + 0.002 | UI (RMS) | 1,3,4,5,7, 8,9,10, 11,12, 13,14 |
| Dj pp 1-UI jitter without BUJ | tTx_DQ_1UI_Dj_NoBUJ | - | 0.150 | - | 0.150 | - | 0.150 | - | 0.150 | - | 0.150 | UI | 3,5,7, 8,9,10, 11,12,13 |
| Rj RMS of N-UI jitter without BUJ, where 1<N<4 | tTx_DQ_NUI_Rj_NoBUJ | - | tCK_NUI_Rj_NoBUJ + 0.002 | - | tCK_NUI_Rj_NoBUJ + 0.002 | - | tCK_NUI_Rj_NoBUJ + 0.002 | - | tCK_NUI_Rj_NoBUJ + 0.002 | - | tCK_NUI_Rj_NoBUJ + 0.002 | UI (RMS) | 3,5,7, 8,9,10, 11,12,13, 14 |
| Dj pp N-UI jitter without BUJ, where 1<N<4 | tTx_DQ_NUI_Dj_NoBUJ | - | 0.150 | - | 0.150 | - | 0.150 | - | 0.150 | - | 0.150 | UI | 3,6,7, 8,9,10, 11,12,13 |
| Delay of any data lane relative to strobe lane | tTx_DQS2DQ | -0.100 | 0.100 | -0.100 | 0.100 | -0.100 | 0.100 | -0.100 | 0.100 | -0.100 | 0.100 | UI | 3,5,6,7,9, 10, 11, 12,13 |

NOTE 1   On-die noise similar to that occurring with all the transmitter and receiver lanes toggling need to be stimulated. When there is no socket in transmitter measurement setup, in many cases, the contribution of the cross-talk is not significant or can be estimated within tolerable error even with all the transmitter lanes sending patterns. When a socket is present, such as DUT being DRAM component, the contribution of the cross-talk could be significant. To minimize the impact of crosstalk on the measurement results, a small group of selected lanes in the vicinity of the lane under test may be turned off (sending DC), while the remaining TX lanes send patterns to the corresponding RX receivers so as to excite realistic on-die noise profile from device switching. Note that there may be cases when one of Dj and Rj specs is met and another violated in which case the signaling analysis should be run to determine link feasibility.

NOTE 2   On-die noise similar to that occurring with all the transmitter and receiver lanes toggling need to be stimulated. When there is no socket in transmitter measurement setup, in many cases, the contribution of BUJ is not significant or can be estimated within tolerable error even with all the transmitter lanes sending patterns. When a socket is present, such as DUT being DRAM component, the contribution of the cross-talk could be significant. To minimize the impact of crosstalk on the measurement results, a small group of selected lanes in the vicinity of the lane under test may be turned off (sending DC), while the remaining TX lanes send patterns to the corresponding RX receivers so as to excite realistic on-die noise profile from device switching. Note that there may be cases when one of Dj and Rj specs is met and another violated in which case the signaling analysis should be run to determine link feasibility

NOTE 3   The validation methodology for these parameters will be covered in future ballots

NOTE 4   Rj RMS value of 1-UI jitter without BUJ, but on-die system like noise present. This extraction is to be done after software correction of DCD

NOTE 5   Delay of any data lane relative to strobe lane, as measured at Tx output

NOTE 6   Vref noise level to DQ jitter should be adjusted to minimize DCD

NOTE 7   See **Clause 7** for details on the minimum BER requirements

NOTE 8   See **Clause 7** for details on UI, NUI and Jitter definitions

NOTE 9   Duty Cycle of the DQ pins must be adjusted as close to 50% as possible using the Global and Per Pin Duty Cycle Adjuster feature prior to running this test

NOTE 10   The Mode Registers for the Duty Cycle Adjuster are MR43 and MR44. Also the Mode Registers for the Per Pin DCA of DQLx are MR(133+8x) and MR(134+8x), where 0≤x≤7, and the Mode Registers for the Per Pin DCA of DQUy are MR(197+8y) and MR(198+8y), where 0≤y≤7.

NOTE 11   Spread Spectrum Clocking (SSC) must be disabled while running this test

NOTE 12   These parameters are tested using the continuous clock pattern which are sent out from the dram device without the need for sending out continuous MRR commands. The MR25 OP[3] is set to "1" to enable this feature.

NOTE 13   Tested on the CTC2 card only

NOTE 14   The max value of tTx_DQ_Rj_1UI_NoBUJ and tTx_DQ_Rj_NUI_NoBUJ can be 6mUI RMS

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 9.10.2  Tx DQ Jitter Parameters (cont'd)

### Table 268 —  Tx DQ Jitter Parameters for DDR5-5200 to DDR5-6400

[Dj=Deterministic Jitter; Rj=Random Jitter; DCD=Duty Cycle Distortion; BUJ=Bounded Uncorrelated Jitter; pp=Peak to Peak]

| Parameter | Symbol | DDR5-5200 | | DDR5-5600 | | DDR5-6000 | | DDR5-6400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Rj RMS of 1-UI jitter without BUJ | tTx_DQ_1UI_Rj_NoBUJ | - | tCK_1UI_Rj_NoBUJ + 0.002 | - | tCK_1UI_Rj_NoBUJ + 0.002 | - | TBD | - | TBD | UI (RMS) | 1,3,4,5,7,8,9, 10,11,12,13,1 4, |
| Dj pp 1-UI jitter without BUJ | tTx_DQ_1UI_Dj_NoBUJ | - | 0.130 | - | 0.130 | | TBD | | TBD | UI | 3,5,7,8,9,10, 11, 12, 13, |
| Rj RMS of N-UI jitter without BUJ, where 1<N<4 | tTx_DQ_NUI_Rj_NoBUJ | - | tCK_NUI_Rj_NoBUJ + 0.002 | - | tCK_NUI_Rj_NoBUJ + 0.002 | | TBD | | TBD | UI (RMS) | 3,5,7,8,9,10, 11,12,13,14, |
| Dj pp N-UI jitter without BUJ, where 1<N<4 | tTx_DQ_NUI_Dj_NoBUJ | - | 0.130 | - | 0.130 | | TBD | | TBD | UI | 3,6,7,8,9,10, 11, 12,13 |
| Delay of any data lane relative to strobe lane | tTx_DQS2DQ | -0.100 | 0.100 | -0.100 | 0.100 | -TBD | TBD | -TBD | TBD | UI | 3,5,6,7,9,10, 11,12,13 |

NOTE 1   On-die noise similar to that occurring with all the transmitter and receiver lanes toggling need to be stimulated. When there is no socket in transmitter measurement setup, in many cases, the contribution of the cross-talk is not significant or can be estimated within tolerable error even with all the transmitter lanes sending patterns. When a socket is present, such as DUT being DRAM component, the contribution of the cross-talk could be significant. To minimize the impact of crosstalk on the measurement results, a small group of selected lanes in the vicinity of the lane under test may be turned off (sending DC), while the remaining TX lanes send patterns to the corresponding RX receivers so as to excite realistic on-die noise profile from device switching. Note that there may be cases when one of Dj and Rj specs is met and another violated in which case the signaling analysis should be run to determine link feasibility.

NOTE 2   On-die noise similar to that occurring with all the transmitter and receiver lanes toggling need to be stimulated. When there is no socket in transmitter measurement setup, in many cases, the contribution of BUJ is not significant or can be estimated within tolerable error even with all the transmitter lanes sending patterns. When a socket is present, such as DUT being DRAM component, the contribution of the cross-talk could be significant. To minimize the impact of crosstalk on the measurement results, a small group of selected lanes in the vicinity of the lane under test may be turned off (sending DC), while the remaining TX lanes send patterns to the corresponding RX receivers so as to excite realistic on-die noise profile from device switching. Note that there may be cases when one of Dj and Rj specs is met and another violated in which case the signaling analysis should be run to determine link feasibility.

NOTE 3   The validation methodology for these parameters will be covered in future ballots

NOTE 4   Rj RMS value of 1-UI jitter without BUJ, but on-die system like noise present. This extraction is to be done after software correction of DCD

NOTE 5   Delay of any data lane relative to strobe lane, as measured at Tx output

NOTE 6   Vref noise level to DQ jitter should be adjusted to minimize DCD

NOTE 7   See **Clause 7** for details on the minimum BER requirements

NOTE 8   See **Clause 7** for details on UI, NUI and Jitter definitions

NOTE 9   Duty Cycle of the DQ pins must be adjusted as close to 50% as possible using the Global and Per Pin Duty Cycle Adjuster feature prior to running this test

NOTE 10   The Mode Registers for the Duty Cycle Adjuster are MR43 and MR44. Also the Mode Registers for the Per Pin DCA of DQLx are MR(133+8x) and MR(134+8x), where 0≤x≤7, and the Mode Registers for the Per Pin DCA of DQUy are MR(197+8y) and MR(198+8y), where 0≤y≤7.

NOTE 11   Spread Spectrum Clocking (SSC) must be disabled while running this test

NOTE 12   These parameters are tested using the continuous clock pattern which are sent out from the dram device without the need for sending out continuous MRR commands. The MR25 OP[3] is set to "1" to enable this feature.

NOTE 13   Tested on the CTC2 card only

NOTE 14   The max value of tTx_DQ_Rj_1UI_NoBUJ and tTx_DQ_Rj_NUI_NoBUJ can be 6mUI RMS

**LIGHT GREY** - **All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.**

## 9.10.2   Tx DQ Jitter Parameters (cont'd)

**Table 269 — Tx DQ Jitter Parameters for DDR5-6800 to DDR5-8400**

[Dj=Deterministic Jitter; Rj=Random Jitter; DCD=Duty Cycle Distortion; BUJ=Bounded Uncorrelated Jitter; pp=Peak to Peak]

| Parameter | Symbol | DDR5-6800 | | DDR5-7200 | | DDR5-7600 | | DDR5-8000 | | DDR5-8400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| DQ Duty Cycle Error | tTx_DQ_Duty_UI | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 3,4,10, 11,12,13,1 4,15,16,17 |
| Rj RMS of 1-UI jitter without BUJ | tTx_DQ_1UI _Rj_NoBUJ | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI (RMS) | 1,3,5,9,11, 12,13,14, 15,16,17, 18 |
| Dj pp 1-UI jitter without BUJ | tTx_DQ_1UI _Dj_NoBUJ | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 3,6,9,11, 12,13,14, 15,16,17 |
| Rj RMS of N-UI jitter without BUJ, where 1<N<4 | tTx_DQ_NUI _Rj_NoBUJ | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI (RMS) | 3,7,9,11,1 2,13,14, 15,16,17, 18 |
| Dj pp N-UI jitter without BUJ, where 1<N<4 | tTx_DQ_NUI _Dj_NoBUJ | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 3,8,10,11, 12,13,14, 15,16,17 |
| Delay of any data lane relative to strobe lane | tTx_DQS2D Q | -TBD | TBD | -TBD | TBD | -TBD | TBD | -TBD | TBD | -TBD | TBD | UI | 3,9,10, 11,13,14, 15,16,17 |

NOTE 1    On-die noise similar to that occurring with all the transmitter and receiver lanes toggling need to be stimulated. When there is no socket in transmitter measurement setup, in many cases, the contribution of the cross-talk is not significant or can be estimated within tolerable error even with all the transmitter lanes sending patterns. When a socket is present, such as DUT being DRAM component, the contribution of the cross-talk could be significant. To minimize the impact of crosstalk on the measurement results, a small group of selected lanes in the vicinity of the lane under test may be turned off (sending DC), while the remaining TX lanes sending patterns to the corresponding RX receivers so as to excite realistic on-die noise profile from device switching. Note that there may be cases when one of Dj and Rj specs is met and another violated in which case the signaling analysis should be run to determine link feasibility.

NOTE 2    On-die noise similar to that occurring with all the transmitter and receiver lanes toggling need to be stimulated. When there is no socket in transmitter measurement setup, in many cases, the contribution of BUJ is not significant or can be estimated within tolerable error even with all the transmitter lanes sending patterns. When a socket is present, such as DUT being DRAM component, the contribution of the cross-talk could be significant. To minimize the impact of crosstalk on the measurement results, a small group of selected lanes in the vicinity of the lane under test may be turned off (sending DC), while the remaining TX lanes send patterns to the corresponding RX receivers so as to excite realistic on-die noise profile from device switching. Note that there may be cases when one of Dj and Rj specs is met and another violated in which case the signaling analysis should be run to determine link feasibility

NOTE 3    The validation methodology for these parameters will be covered in future ballots
NOTE 4    Rj RMS value of 1-UI jitter without BUJ, but on-die system like noise present. This extraction is to be done after software correction of DCD
NOTE 5    Delay of any data lane relative to strobe lane, as measured at Tx output
NOTE 6    Vref noise level to DQ jitter should be adjusted to minimize DCD
NOTE 7    See **Clause 7** for details on the minimum BER requirements
NOTE 8    See **Clause 7** for details on UI, NUI and Jitter definitions
NOTE 9    Duty Cycle of the DQ pins must be adjusted as close to 50% as possible using the Duty Cycle Adjuster feature prior to running this test
NOTE 10    The Mode Registers for the Duty Cycle Adjuster are MR43 and MR44
NOTE 11    Spread Spectrum Clocking (SSC) must be disabled while running this test
NOTE 12    These parameters are tested using the continuous clock pattern which are sent out from the dram device without the need for sending out continuous MRR commands. The MR25 OP[3] is set to "1" to enable this feature.
NOTE 13    Tested on the CTC2 card only
NOTE 14    The max value of tTx_DQ_Rj_1UI_NoBUJ and tTx_DQ_Rj_NU_NoBUJ can be 6mUI RMS

**LIGHT GREY** - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

## 9.11   Tx DQ Stressed Eye

Tx DQ stressed eye height and eye width must meet minimum specification values at BER=E$^{-9}$ and confidence level 99.5%. Tx DQ Stressed Eye shows the DQS to DQ skew for both Eye Width and Eye Height. In order to support different Host Receiver (Rx) designs, it is the responsibility of the Host to insure the advanced DQS edges are adjusted accordingly via the Read DQS Offset Timing mode register settings (MR40 OP[3:0]).



**Figure 242 — Example of DDR5 Memory Interconnect**



**Figure 243 — Read Burst Example for Pin DQx Depicting Bit 0 and 5 Relative to the DQS Edge for 0 UI Skew**



**Figure 244 — Read Burst Example for Pin DQx Depicting Bit 0 and 5 Relative to the DQS Edge for 2 UI Skew with Read DQS Offset Timing Set to 1 Clock (2UI)**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 388

## 9.11.1 Tx DQ Stressed Eye Parameters

**Table 270 — Tx DQ Stressed Eye Parameters for DDR5-3200 to DDR5-4800**

[EH=Eye Height, EW=Eye Width; BER=Bit Error Rate, SES=Stressed Eye Skew]

| Parameter | Symbol | DDR5-3200 | | DDR5-3600 | | DDR5-4000 | | DDR5-4400 | | DDR5-4800 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Eye Height specified at the transmitter with a skew between DQ and DQS of 1UI | TxEH_DQ_SES_1UI | TBD | - | TBD | - | TBD | - | TBD | - | TBD | - | mV | 1,2,3,4,6,7,8,9,10 |
| Eye Width specified at the transmitter with a skew between DQ and DQS of 1UI | TxEW_DQ_SES_1UI | 0.72 | - | 0.72 | - | 0.72 | - | 0.72 | - | 0.72 | - | UI | 1,2,3,4,6,7,8,9,10 |
| Eye Height specified at the transmitter with a skew between DQ and DQS of 2UI | TxEH_DQ_SES_2UI | TBD | - | TBD | - | TBD | - | TBD | - | TBD | - | mV | 1,2,3,4,6,7,8,9,10 |
| Eye Width specified at the transmitter with a skew between DQ and DQS of 2UI | TxEW_DQ_SES_2UI | 0.72 | - | 0.72 | - | 0.72 | - | 0.72 | - | 0.72 | - | UI | 1,2,3,4,6,7,8,9,10 |
| Eye Height specified at the transmitter with a skew between DQ and DQS of 3UI | TxEH_DQ_SES_3UI | TBD | - | TBD | - | TBD | - | TBD | - | TBD | - | mV | 1,2,3,4,6,7,8,9,10 |
| Eye Width specified at the transmitter with a skew between DQ and DQS of 3UI | TxEW_DQ_SES_3UI | 0.72 | - | 0.72 | - | 0.72 | - | 0.72 | - | 0.72 | - | UI | 1,2,3,4,6,7,8,9,10 |
| Eye Height specified at the transmitter with a skew between DQ and DQS of 4UI | TxEH_DQ_SES_4UI | TBD | - | TBD | - | TBD | - | TBD | - | TBD | - | mV | 1,2,3,4,5,6,7,8,9,10 |
| Eye Width specified at the transmitter with a skew between DQ and DQS of 4UI | TxEW_DQ_SES_4UI | TBD | - | TBD | - | TBD | - | TBD | - | TBD | - | UI | 1,2,3,4,5,6,7,8,9,10 |
| Eye Height specified at the transmitter with a skew between DQ and DQS of 5UI | TxEH_DQ_SES_5UI | TBD | - | TBD | - | TBD | - | TBD | - | TBD | - | mV | 1,2,3,4,5,6,7,8,9,10 |
| Eye Width specified at the transmitter with a skew between DQ and DQS of 5UI | TxEW_DQ_SES_5UI | TBD | - | TBD | - | TBD | - | TBD | - | TBD | - | UI | 1,2,3,4,5,6,7,8,9,10 |

NOTE 1  Minimum BER $E^{-9}$ and Confidence Level of 99.5% per pin

NOTE 2  Refer to the minimum Bit Error Rate (BER) requirements for DDR5

NOTE 3  The validation methodology for these parameters will be covered in future ballot(s)

NOTE 4  Mismatch is defined as DQS to DQ mismatch, in UI increments

NOTE 5  The number of UI's accumulated will depend on the speed of the link. For higher speeds, higher UI accumulation may be specified. For lower speeds, N=4,5 UI may not be applicable

NOTE 6  Duty Cycle of the DQ pins must be adjusted as close to 50% as possible using the Global and Per Pin Duty Cycle Adjuster feature prior to running this test

NOTE 7  The Mode Registers for the Duty Cycle Adjuster are MR43 and MR44. Also the Mode Registers for the Per Pin DCA of DQS are MR103-MR110, the Mode Registers for the Per Pin DCA of DQLx are MR(133+8x) and MR(134+8x), where 0≤x≤7, and the Mode Registers for the Per Pin DCA of DQUy are MR(197+8y) and MR(198+8y), where 0≤y≤7.

NOTE 8  Spread Spectrum Clocking (SSC) must be disabled while running this test

NOTE 9  These parameters are tested using the continuous PRBS8 LFSR training pattern which are sent out on all DQ lanes off the dram device without the need for sending out continuous MRR commands. The MR25 OP[3] is set to "1" to enable this feature.

NOTE 10  Tested on the CTC2 card only

NOTE 11  Matched DQS to DQ would require the DQs to be adjusted by 0.5UI to place it in the center of the DQ eye. 1UI mismatch would require the DQS to be adjusted 1.5UI. Generally, for XUI mismatch the DQ must be adjusted XUI + 0.5UI to be placed in the center of the eye.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 9.11.1   Tx DQ Stressed Eye Parameters (cont'd)

**Table 271 — Tx DQ Stressed Eye Parameters for DDR5-5200 to DDR5-6400**

[EH=Eye Height, EW=Eye Width; BER=Bit Error Rate]

| Parameter | Symbol | DDR5-5200 | | DDR5-5600 | | DDR5-6000 | | DDR5-6400 | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Min | Max | Min | Max | Min | Max | | |
| Eye Height specified at the transmitter with a skew between DQ and DQS of 1UI | TxEH_DQ_SES_1UI | - | TBD | - | TBD | - | TBD | - | TBD | mV | 1,2,3,4, 6,7,8,9, 10 |
| Eye Width specified at the transmitter with a skew between DQ and DQS of 1UI | TxEW_DQ_SES_1UI | - | 0.74 | - | 0.74 | - | TBD | - | TBD | UI | 1,2,3,4, 6,7,8,9, 10 |
| Eye Height specified at the transmitter with a skew between DQ and DQS of 2UI | TxEH_DQ_SES_2UI | - | TBD | - | TBD | - | TBD | - | TBD | mV | 1,2,3,4, 6,7,8,9, 10 |
| Eye Width specified at the transmitter with a skew between DQ and DQS of 2UI | TxEW_DQ_SES_2UI | - | 0.74 | - | 0.74 | - | TBD | - | TBD | UI | 1,2,3,4, 6,7,8,9, 10 |
| Eye Height specified at the transmitter with a skew between DQ and DQS of 3UI | TxEH_DQ_SES_3UI | - | TBD | - | TBD | - | TBD | - | TBD | mV | 1,2,3,4, 6,7,8,9, 10 |
| Eye Width specified at the transmitter with a skew between DQ and DQS of 3UI | TxEW_DQ_SES_3UI | - | 0.74 | - | 0.74 | - | TBD | - | TBD | UI | 1,2,3,4, 6,7,8,9, 10 |
| Eye Height specified at the transmitter with a skew between DQ and DQS of 4UI | TxEH_DQ_SES_4UI | - | TBD | - | TBD | - | TBD | - | TBD | mV | 1,2,3,4, 5,6,7,8, 9,10 |
| Eye Width specified at the transmitter with a skew between DQ and DQS of 4UI | TxEW_DQ_SES_4UI | - | 0.74 | - | 0.74 | - | TBD | - | TBD | UI | 1,2,3,4, 5,6,7,8, 9,10 |
| Eye Height specified at the transmitter with a skew between DQ and DQS of 5UI | TxEH_DQ_SES_5UI | - | TBD | - | TBD | - | TBD | - | TBD | mV | 1,2,3,4, 5,6,7,8, 9,10 |
| Eye Width specified at the transmitter with a skew between DQ and DQS of 5UI | TxEW_DQ_SES_5UI | - | TBD | - | TBD | - | TBD | - | TBD | UI | 1,2,3,4, 5,6,7,8, 9,10 |

NOTE 1   Minimum BER E$^{-9}$ and Confidence Level of 99.5% per pin

NOTE 2   Refer to the minimum Bit Error Rate (BER) requirements for DDR5

NOTE 3   The validation methodology for these parameters will be covered in future ballot(s)

NOTE 4   Mismatch is defined as DQS to DQ mismatch, in UI increments

NOTE 5   The number of UI's accumulated will depend on the speed of the link. For higher speeds, higher UI accumulation may be specified. For lower speeds, N=4,5 UI may not be applicable

NOTE 6   Duty Cycle of the DQ pins must be adjusted as close to 50% as possible using the Global and Per Pin Duty Cycle Adjuster feature prior to running this test

NOTE 7   The Mode Registers for the Duty Cycle Adjuster are MR43 and MR44. Also the Mode Registers for the Per Pin DCA of DQS are MR103-MR110, the Mode Registers for the Per Pin DCA of DQLx are MR(133+8x) and MR(134+8x), where 0≤x≤7, and the Mode Registers for the Per Pin DCA of DQUy are MR(197+8y) and MR(198+8y), where 0≤y≤7

NOTE 8   Spread Spectrum Clocking (SSC) must be disabled while running this test

NOTE 9   These parameters are tested using the continuous PRBS8 LFSR training pattern which are sent out on all DQ lanes off the dram device without the need for sending out continuous MRR commands. The MR25 OP[3] is set to "1" to enable this feature.

NOTE 10   Tested on the CTC2 card only

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 390

## 9.11.1  Tx DQ Stressed Eye Parameters (cont'd)

### Table 272 — Tx DQ Stressed Eye Parameters for DDR5-6800 to DDR5-8400

[EH=Eye Height, EW=Eye Width; BER=Bit Error Rate]

| Parameter | Symbol | DDR5-6800 Min | DDR5-6800 Max | DDR5-7200 Min | DDR5-7200 Max | DDR5-7600 Min | DDR5-7600 Max | DDR5-8000 Min | DDR5-8000 Max | DDR5-8400 Min | DDR5-8400 Max | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eye Height specified at the transmitter with a skew between DQ and DQS of 1UI | TxEH_DQ_SES_1UI | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | mV | 1,2,3,4,6,7,8,9,10 |
| Eye Width specified at the transmitter with a skew between DQ and DQS of 1UI | TxEW_DQ_SES_1UI | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 1,2,3,4,6,7,8,9,10 |
| Eye Height specified at the transmitter with a skew between DQ and DQS of 2UI | TxEH_DQ_SES_2UI | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | mV | 1,2,3,4,6,7,8,9,10 |
| Eye Width specified at the transmitter with a skew between DQ and DQS of 2UI | TxEW_DQ_SES_2UI | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 1,2,3,4,6,7,8,9,10 |
| Eye Height specified at the transmitter with a skew between DQ and DQS of 3UI | TxEH_DQ_SES_3UI | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | mV | 1,2,3,4,6,7,8,9,10 |
| Eye Width specified at the transmitter with a skew between DQ and DQS of 3UI | TxEW_DQ_SES_3UI | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 1,2,3,4,6,7,8,9,10 |
| Eye Height specified at the transmitter with a skew between DQ and DQS of 4UI | TxEH_DQ_SES_4UI | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | mV | 1,2,3,4,5,6,7,8,9,10 |
| Eye Width specified at the transmitter with a skew between DQ and DQS of 4UI | TxEW_DQ_SES_4UI | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 1,2,3,4,5,6,7,8,9,10 |
| Eye Height specified at the transmitter with a skew between DQ and DQS of 5UI | TxEH_DQ_SES_5UI | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | mV | 1,2,3,4,5,6,7,8,9,10 |
| Eye Width specified at the transmitter with a skew between DQ and DQS of 5UI | TxEW_DQ_SES_5UI | - | TBD | - | TBD | - | TBD | - | TBD | - | TBD | UI | 1,2,3,4,5,6,7,8,9,10 |

NOTE 1   Minimum BER E$^{-9}$ and Confidence Level of 99.5% per pin
NOTE 2   Refer to the minimum Bit Error Rate (BER) requirements for DDR5
NOTE 3   The validation methodology for these parameters will be covered in future ballot(s)
NOTE 4   Mismatch is defined as DQS to DQ mismatch, in UI increments
NOTE 5   The number of UI's accumulated will depend on the speed of the link. For higher speeds, higher UI accumulation may be specified. For lower speeds, N=4,5 UI may not be applicable
NOTE 6   Duty Cycle of the DQ pins must be adjusted as close to 50% as possible using the Duty Cycle Adjuster feature prior to running this test
NOTE 7   The Mode Registers for the Duty Cycle Adjuster are MR43 and MR44
NOTE 8   Spread Spectrum Clocking (SSC) must be disabled while running this test
NOTE 9   These parameters are tested using the continuous PRBS8 LFSR training pattern which are sent out on all DQ lanes off the dram device without the need for sending out continuous MRR commands. The MR25 OP[3] is set to "1" to enable this feature.
NOTE 10   Tested on the CTC2 card only

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

# 10    Speed Bins

DDR5 Standard Speed Bins defined as:
**3200 / 3600 / 4000 / 4400 / 4800 / 5200 / 5600 / 6000 / 6400 / 6800 / 7200**

Future Speed Bins, (which are just placeholders) are defined as:
7600 / 8000 / 8400

## 10.1    DDR5-3200 Speed Bins and Operations

**Table 273 — DDR5-3200 Speed Bins and Operations**

| Speed Bin | | DDR5-3200AN | | DDR5-3200B | | DDR5-3200BN | | DDR5-3200C | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CL-nRCD-nRP | | 24-24-24 | | 26-26-26 | | 26-26-26 | | 28-28-28 | | | |
| Parameter | Sym-bol | min | max | min | max | min | max | min | max | | |
| Read command to first data | tAA | 15.000 | 22.222 | 16.250 | 22.222 | 16.250 | 22.222 | 17.500 | 22.222 | ns | 12 |
| Activate to Read or Write command delay time | tRCD | 15.000 | - | 16.250 | - | 16.250 | - | 17.500 | - | ns | 7 |
| Row Precharge time | tRP | 15.000 | - | 16.250 | - | 16.250 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | tRAS | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | ns | 7,13 |
| Activate to Activate or Refresh command period | tRC (tRAS +tRP) | 47.000 | - | 48.250 | - | 48.250 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | CWL | CL-2 | | | | | | | | nCK | 12 |

| Speed Bin[5] | tAAmin (ns)[5] | tRCDmin tRPmin (ns)[5] | Read CL[12] | | Supported Frequency Down Bins | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 20.952 | - | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 17.500 | 17.500 | 28 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns |
| 3200BN,B | 16.250 | 16.250 | 26 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | ns |
| 3200AN | 15.000 | 15.000 | 24 | tCK(AVG) | 0.625 | 0.681 | RESERVED | | | | | | ns |
| Supported CL | | | | | 22,24,26,28 | | 22,26,28 | | 22,26,28 | | 22,28 | | nCK | 12 |

**LIGHT GREY** - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

Downloaded by Marwan Fawal (mfaware@netlist.com) on Oct 10, 2022, 12:18pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 392

## 10.2   DDR5-3600 Speed Bins and Operations

### Table 274 — DDR5-3600 Speed Bins and Operations

| Speed Bin | | | DDR5-3600AN | | DDR5-3600B | | DDR5-3600BN | | DDR5-3600C | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CL-nRCD-nRP | | | 26-26-26 | | 30-30-30 | | 30-30-30 | | 32-32-32 | | Unit | Note |
| Parameter | Symbol | | min | max | min | max | min | max | min | max | | |
| Read command to first data | tAA | | 14.444 | 22.222 | 16.250 | 22.222 | 16.666 | 22.222 | 17.500 | 22.222 | ns | 12 |
| Activate to Read or Write command delay time | tRCD | | 14.444 | - | 16.250 | - | 16.666 | - | 17.500 | - | ns | 7 |
| Row Precharge time | tRP | | 14.444 | - | 16.250 | - | 16.666 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | tRAS | | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | ns | 7,13 |
| Activate to Activate or Refresh command period | tRC (tRAS +tRP) | | 46.444 | - | 48.250 | - | 48.666 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | CWL | | CL-2 | | | | | | | | nCK | 12 |

| Speed Bin[5] | tAAmin (ns)[5] | tRCDmin tRPmin (ns)[5] | Read CL[12] | Supported Frequency Down Bins | | | | | | | | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 20.952 | - | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 17.500 | 17.500 | 28 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 16.250 | 16.250 | 26 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | | | ns | |
| 3200AN | 15.000 | 15.000 | 24 | tCK(AVG) | 0.625 | 0.681 | RESERVED | | | | | | ns | |
| 3600C | 17.777 | 17.777 | 32 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns | |
| 3600BN,B | 16.666 | 16.666 | 30 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | ns | |
| 3600AN | 14.444 | 14.444 | 26 | tCK(AVG) | 0.555 | <0.625 | RESERVED | | | | | | ns | |
| Supported CL | | | | 22,24,26,28,30,32 | | 22,26,28,30,32 | | 22,28,30,32 | | 22,28,32 | | | nCK | 12 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 393

## 10.3   DDR5-4400 Speed Bins and Operations

### Table 275 — DDR5-4000 Speed Bins and Operations

| Speed Bin | | DDR5-4000AN | | DDR5-4000B | | DDR5-4000BN | | DDR5-4000C | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CL-nRCD-nRP | | 28-28-28 | | 32-32-32 | | 32-32-32 | | 36-35-35 | | | |
| Parameter | Symbol | min | max | min | max | min | max | min | max | Unit | Note |
| Read command to first data | tAA | 14.000 | 22.222 | 16.000 | 22.222 | 16.000 | 22.222 | 17.500 | 22.222 | ns | 12 |
| Activate to Read or Write command delay time | tRCD | 14.000 | - | 16.000 | - | 16.000 | - | 17.500 | - | ns | 7 |
| Row Precharge time | tRP | 14.000 | - | 16.000 | - | 16.000 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | tRAS | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | ns | 7,13 |
| Activate to Activate or Refresh command period | tRC (tRAS +tRP) | 46.000 | - | 48.000 | - | 48.000 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | CWL | CL-2 | | | | | | | | nCK | 12 |

| Speed Bin[5] | tAAmin (ns)[5] | tRCDmin tRPmin (ns)[5] | Read CL[12] | Supported Frequency Down Bins | | | | | | | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 20.952 | - | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 17.500 | 17.500 | 28 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 16.250 | 16.250 | 26 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | ns | |
| 3200AN | 15.000 | 15.000 | 24 | tCK(AVG) | 0.625 | 0.681 | RESERVED | | | | | | ns | |
| 3600C | 17.777 | 17.777 | 32 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns | |
| 3600BN,B | 16.666 | 16.666 | 30 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | ns | |
| 3600AN | 14.444 | 14.444 | 26 | tCK(AVG) | 0.555 | <0.625 | RESERVED | | | | | | ns | |
| 4000C | 18.000 | 17.500 | 36 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | ns | |
| 4000BN,B | 16.000 | 16.000 | 32 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | RESERVED | | ns | |
| 4000AN | 14.000 | 14.000 | 28 | tCK(AVG) | 0.500 | <0.555 | RESERVED | | | | | | ns | |
| Supported CL | | | | 22,24,26,28,30,32,36 | | 22,26,28,30,32,36 | | 22,26,28,30,32,36 | | 22,28,32,36 | | nCK | 12 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 394

## 10.4   DDR5-4000 Speed Bins and Operations

**Table 276 — DDR5-4400 Speed Bins and Operations**

| Speed Bin | | DDR5-4400AN | | DDR5-4400B | | DDR5-4400BN | | DDR5-4400C | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CL-nRCD-nRP** | | **32-32-32** | | **36-36-36** | | **36-36-36** | | **40-39-39** | | | |
| **Parameter** | **Symbol** | **min** | **max** | **min** | **max** | **min** | **max** | **min** | **max** | | |
| Read command to first data | tAA | 14.545 | 22.222 | 16.000 | 22.222 | 16.363 | 22.222 | 17.500 | 22.222 | ns | 12 |
| Activate to Read or Write command delay time | tRCD | 14.545 | - | 16.000 | - | 16.363 | - | 17.500 | - | ns | 7 |
| Row Precharge time | tRP | 14.545 | - | 16.000 | - | 16.363 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | tRAS | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | ns | 7,13 |
| Activate to Activate or Refresh command period | tRC (tRAS +tRP) | 46.545 | - | 48.000 | - | 48.363 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | CWL | CL-2 | | | | | | | | nCK | 12 |

| Speed Bin[5] | tAAmin (ns)[5] | tRCDmin tRPmin (ns)[5] | Read CL[12] | Supported Frequency Down Bins | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 20.952 | | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 17.500 | 17.500 | 28 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns |
| 3200BN,B | 16.250 | 16.250 | 26 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | | | ns |
| 3200AN | 15.000 | 15.000 | 24 | tCK(AVG) | 0.625 | 0.681 | RESERVED | | | | | | ns |
| 3600C | 17.777 | 17.777 | 32 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns |
| 3600BN,B | 16.666 | 16.666 | 30 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | ns |
| 3600AN | 14.444 | 14.444 | 26 | tCK(AVG) | RESERVED | | | | | | | | ns |
| 4000C | 18.000 | 17.500 | 36 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | ns |
| 4000BN,B | 16.000 | 16.000 | 32 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | RESERVED | | | | ns |
| 4000AN | 14.000 | 14.000 | 28 | tCK(AVG) | RESERVED | | | | | | | | ns |
| 4400C | 18.181 | 17.727 | 40 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | ns |
| 4400BN,B | 16.363 | 16.363 | 36 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | RESERVED | | ns |
| 4400AN | 14.545 | 14.545 | 32 | tCK(AVG) | 0.454 | <0.500 | RESERVED | | | | | | ns |
| Supported CL | | | | 22,24,26,28,30,32, 36,40 | | 22,26,28,30,32,36, 40 | | 22,28,30,32,36,40 | | 22,28,32,36,40 | | | nCK | 12 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 10.5   DDR5-4800 Speed Bins and Operations

**Table 277 — DDR5-4800 Speed Bins and Operations**

| Speed Bin | | DDR5-4800AN | | DDR5-4800B | | DDR5-4800BN | | DDR5-4800C | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CL-nRCD-nRP | | 34-34-34 | | 40-39-39 | | 40-40-40 | | 42-42-42 | | | |
| Parameter | Symbol | min | max | min | max | min | max | min | max | Unit | Note |
| Read command to first data | tAA | 14.166 | 22.222 | 16.000 | 22.222 | 16.666 | 22.222 | 17.500 | 22.222 | ns | 12 |
| Activate to Read or Write command delay time | tRCD | 14.166 | - | 16.000 | - | 16.666 | - | 17.500 | - | ns | 7 |
| Row Precharge time | tRP | 14.166 | - | 16.000 | - | 16.666 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | tRAS | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | ns | 7,13 |
| Activate to Activate or Refresh command period | tRC (tRAS +tRP) | 46.166 | - | 48.000 | - | 48.666 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | CWL | CL-2 | | | | | | | | nCK | 12 |

| Speed Bin[5] | tAAmin (ns)[5] | tRCDmin tRPmin (ns)[5] | Read CL[12] | | Supported Frequency Down Bins | | | | | | | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 20.952 | - | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 17.500 | 17.500 | 28 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 16.250 | 16.250 | 26 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | | | ns | |
| 3200AN | 15.000 | 15.000 | 24 | tCK(AVG) | 0.625 | 0.681 | RESERVED | | | | | | ns | |
| 3600C | 17.777 | 17.777 | 32 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns | |
| 3600BN,B | 16.666 | 16.666 | 30 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | ns | |
| 3600AN | 14.444 | 14.444 | 26 | tCK(AVG) | 0.555 | <0.625 | RESERVED | | | | | | ns | |
| 4000C | 18.000 | 17.500 | 36 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | ns | |
| 4000BN,B | 16.000 | 16.000 | 32 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | RESERVED | | | | ns | |
| 4000AN | 14.000 | 14.000 | 28 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 4400C | 18.181 | 17.727 | 40 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | ns | |
| 4400BN,B | 16.363 | 16.363 | 36 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | RESERVED | | | | ns | |
| 4400AN | 14.545 | 14.545 | 32 | tCK(AVG) | 0.454 | <0.500 | RESERVED | | | | | | ns | |
| 4800C | 17.500 | 17.500 | 42 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | ns | |
| 4800BN | 16.666 | 16.666 | 40 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800B | 16.666 | 16.250 | 40 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | | | ns | |
| 4800AN | 14.166 | 14.166 | 34 | tCK(AVG) | 0.416 | <0.454 | RESERVED | | | | | | ns | |
| Supported CL | | | | | 22,24,26,28,30,32, 34,36,40,42 | | 22,26,28,30,32,36, 40,42 | | 22,28,30,32,36,40, 42 | | 22,28,32,36,40,42 | | nCK | 12 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 396

## 10.6   DDR5-5200 Speed Bins and Operations

### Table 278 — DDR5-5200 Speed Bins and Operations

| Speed Bin | | DDR5-5200AN | | DDR5-5200B | | DDR5-5200BN | | DDR5-5200C | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CL-nRCD-nRP | | 38-38-38 | | 42-42-42 | | 42-42-42 | | 46-46-46 | | | |
| Parameter | Symbol | min | max | min | max | min | max | min | max | Unit | Note |
| Read command to first data | tAA | 14.615 | 22.222 | 16.000 | 22.222 | 16.153 | 22.222 | 17.500 | 22.222 | ns | 12 |
| Activate to Read or Write command delay time | tRCD | 14.615 | - | 16.000 | - | 16.153 | - | 17.500 | - | ns | 7 |
| Row Precharge time | tRP | 14.615 | - | 16.000 | - | 16.153 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | tRAS | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | ns | 7,13 |
| Activate to Activate or Refresh command period | tRC (tRAS +tRP) | 46.615 | - | 48.000 | - | 48.153 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | CWL | CL-2 | | | | | | | | nCK | 12 |

| Speed Bin[5] | tAAmin (ns)[5] | tRCDmin tRPmin (ns)[5] | Read CL[12] | Supported Frequency Table | | | | | | | | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 20.952 | | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 17.500 | 17.500 | 28 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 16.250 | 16.250 | 26 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | ns | |
| 3200AN | 15.000 | 15.000 | 24 | tCK(AVG) | 0.625 | 0.681 | RESERVED | | | | | | ns | |
| 3600C | 17.777 | 17.777 | 32 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns | |
| 3600BN,B | 16.666 | 16.666 | 30 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | ns | |
| 3600AN | 14.444 | 14.444 | 26 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 4000C | 18.000 | 17.500 | 36 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | ns | |
| 4000BN,B | 16.000 | 16.000 | 32 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | RESERVED | | | | ns | |
| 4000AN | 14.000 | 14.000 | 28 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 4400C | 18.181 | 17.727 | 40 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | ns | |
| 4400BN,B | 16.363 | 16.363 | 36 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | RESERVED | | ns | |
| 4400AN | 14.545 | 14.545 | 32 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 4800C | 17.500 | 17.500 | 42 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | ns | |
| 4800BN | 16.666 | 16.666 | 40 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800B | 16.666 | 16.250 | 40 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800AN | 14.166 | 14.166 | 34 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 5200C | 17.692 | 17.692 | 46 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | ns | |
| 5200BN,B | 16.153 | 16.153 | 42 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | RESERVED | | ns | |
| 5200AN | 14.615 | 14.615 | 38 | tCK(AVG) | 0.384 | <0.416 | RESERVED | | | | | | ns | |
| Supported CL | | | | 22,24,26,28,30,32, 36,38,40,42,46 | | 22,26,28,30,32,36, 40,42,46 | | 22,26,28,30,32,36, 40,42,46 | | 22,28,32,36,40,42, 46 | | nCK | 12 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 397

## 10.7   DDR5-5600 Speed Bins and Operations

### Table 279 — DDR5-5600 Speed Bins and Operations

| Speed Bin | | DDR5-5600AN | | DDR5-5600B | | DDR5-5600BN | | DDR5-5600C | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CL-nRCD-nRP** | | **40-40-40** | | **46-45-45** | | **46-46-46** | | **50-49-49** | | Unit | Note |
| **Parameter** | Symbol | min | max | min | max | min | max | min | max | | |
| Read command to first data | tAA | 14.285 | 22.222 | 16.000 | 22.222 | 16.428 | 22.222 | 17.500 | 22.222 | ns | 12 |
| Activate to Read or Write command delay time | tRCD | 14.285 | - | 16.000 | - | 16.428 | - | 17.500 | - | ns | 7 |
| Row Precharge time | tRP | 14.285 | - | 16.000 | - | 16.428 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | tRAS | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | ns | 7,13 |
| Activate to Activate or Refresh command period | tRC (tRAS +tRP) | 46.285 | - | 48.000 | - | 48.428 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | CWL | CL-2 | | | | | | | | nCK | 12 |

| Speed Bin[5] | tAAmin (ns)[5] | tRCDmin tRPmin (ns)[5] | Read CL[12] | Supported Frequency Table | | | | | | | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 20.952 | - | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 17.500 | 17.500 | 28 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 16.250 | 16.250 | 26 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | | | ns | |
| 3200AN | 15.000 | 15.000 | 24 | tCK(AVG) | 0.625 | 0.681 | RESERVED | | | | | | ns | |
| 3600C | 17.777 | 17.777 | 32 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns | |
| 3600BN,B | 16.666 | 16.666 | 30 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | ns | |
| 3600AN | 14.444 | 14.444 | 26 | tCK(AVG) | 0.555 | <0.625 | RESERVED | | | | | | ns | |
| 4000C | 18.000 | 17.500 | 36 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | ns | |
| 4000BN,B | 16.000 | 16.000 | 32 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | RESERVED | | | | ns | |
| 4000AN | 14.000 | 14.000 | 28 | tCK(AVG) | 0.500 | <0.555 | RESERVED | | | | | | ns | |
| 4400C | 18.181 | 17.727 | 40 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | ns | |
| 4400BN,B | 16.363 | 16.363 | 36 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | RESERVED | | | | ns | |
| 4400AN | 14.545 | 14.545 | 32 | tCK(AVG) | 0.454 | <0.500 | RESERVED | | | | | | ns | |
| 4800C | 17.500 | 17.500 | 42 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | ns | |
| 4800BN | 16.666 | 16.666 | 40 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800B | 16.666 | 16.250 | 40 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | | | ns | |
| 4800AN | 14.166 | 14.166 | 34 | tCK(AVG) | 0.416 | <0.454 | RESERVED | | | | | | ns | |
| 5200C | 17.692 | 17.692 | 46 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | ns | |
| 5200BN,B | 16.153 | 16.153 | 42 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | RESERVED | | | | ns | |
| 5200AN | 14.615 | 14.615 | 38 | tCK(AVG) | 0.384 | <0.416 | RESERVED | | | | | | ns | |
| 5600C | 17.857 | 17.500 | 50 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | ns | |
| 5600BN | 16.428 | 16.428 | 46 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | ns | |
| 5600B | 16.428 | 16.071 | 46 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | | | ns | |
| 5600AN | 14.285 | 14.285 | 40 | tCK(AVG) | 0.357 | <0.384 | RESERVED | | | | | | ns | |
| Supported CL | | | | 22,24,26,28,30,32, 36,38,40,42,46,50 | | 22,26,28,30,32,36, 40,42,46,50 | | 22,28,30,32,36,40, 42,46,50 | | 22,28,32,36,40,42, 46,50 | | nCK | 12 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 398

## 10.8   DDR5-6000 Speed Bins and Operations

**Table 280 — DDR5-6000 Speed Bins and Operations**

| Speed Bin | | DDR5-6000AN | | DDR5-6000B | | DDR5-6000BN | | DDR5-6000C | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CL-nRCD-nRP | | 42-42-42 | | 48-48-48 | | 48-48-48 | | 54-53-53 | | | |
| Parameter | Symbol | min | max | min | max | min | max | min | max | | |
| Read command to first data | tAA | 14.000 | 22.222 | 16.000 | 22.222 | 16.000 | 22.222 | 17.500 | 22.222 | ns | 12 |
| Activate to Read or Write command delay time | tRCD | 14.000 | - | 16.000 | - | 16.000 | - | 17.500 | - | ns | 7 |
| Row Precharge time | tRP | 14.000 | - | 16.000 | - | 16.000 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | tRAS | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | ns | 7,13 |
| Activate to Activate or Refresh command period | tRC (tRAS +tRP) | 46.000 | - | 48.000 | - | 48.000 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | CWL | CL-2 | | | | | | | | nCK | 12 |

| Speed Bin[5] | tAAmin (ns)[5] | tRCDmin tRPmin (ns)[6] | Read CL[12] | Supported Frequency Table | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 20.952 | - | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 17.500 | 17.500 | 28 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 16.250 | 16.250 | 26 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | ns | |
| 3200AN | 15.000 | 15.000 | 24 | tCK(AVG) | 0.625 | 0.681 | RESERVED | | | | | | ns | |
| 3600C | 17.777 | 17.777 | 32 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns | |
| 3600BN,B | 16.666 | 16.666 | 30 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | ns | |
| 3600AN | 14.444 | 14.444 | 26 | tCK(AVG) | 0.555 | <0.625 | RESERVED | | | | | | ns | |
| 4000C | 18.000 | 17.500 | 36 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | ns | |
| 4000BN,B | 16.000 | 16.000 | 32 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | RESERVED | | ns | |
| 4000AN | 14.000 | 14.000 | 28 | tCK(AVG) | 0.500 | <0.555 | RESERVED | | | | | | ns | |
| 4400C | 18.181 | 17.727 | 40 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | ns | |
| 4400BN,B | 16.363 | 16.363 | 36 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | RESERVED | | ns | |
| 4400AN | 14.545 | 14.545 | 32 | tCK(AVG) | 0.454 | <0.500 | RESERVED | | | | | | ns | |
| 4800C | 17.500 | 17.500 | 42 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | ns | |
| 4800BN | 16.666 | 16.666 | 40 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800B | 16.666 | 16.250 | 40 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800AN | 14.166 | 14.166 | 34 | tCK(AVG) | 0.416 | <0.454 | RESERVED | | | | | | ns | |
| 5200C | 17.692 | 17.692 | 46 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | ns | |
| 5200BN,B | 16.153 | 16.153 | 42 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | RESERVED | | ns | |
| 5200AN | 14.615 | 14.615 | 38 | tCK(AVG) | 0.384 | <0.416 | RESERVED | | | | | | ns | |
| 5600C | 17.857 | 17.500 | 50 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | ns | |
| 5600BN | 16.428 | 16.428 | 46 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | ns | |
| 5600B | 16.428 | 16.071 | 46 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | ns | |
| 5600AN | 14.285 | 14.285 | 40 | tCK(AVG) | 0.357 | <0.384 | RESERVED | | | | | | ns | |
| 6000C | 18.000 | 17.666 | 54 | tCK(AVG) | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | ns | |
| 6000BN,B | 16.000 | 16.000 | 48 | tCK(AVG) | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | RESERVED | | ns | |
| 6000AN | 14.000 | 14.000 | 42 | tCK(AVG) | 0.333 | <0.357 | RESERVED | | | | | | ns | |
| Supported CL | | | | 22,24,26,28,30,32,3 4,36,38,40,42,46, 48,50,54 | | 22,26,28,30,32,36,4 0,42,46,48,50,54 | | 22,26,28,30,32,36,4 0,42,46,48,50,54 | | 22,28,32,36,40,42,4 6,50,54 | | nCK | 12 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 10.9  DDR5-6400 Speed Bins and Operations

### Table 281 — DDR5-6400 Speed Bins and Operations

| Speed Bin | | | DDR5-6400AN | | DDR5-6400B | | DDR5-6400BN | | DDR5-6400C | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CL-nRCD-nRP | | | 46-46-46 | | 52-52-52 | | 52-52-52 | | 56-56-56 | | | |
| **Parameter** | **Symbol** | | min | max | min | max | min | max | min | max | | |
| Read command to first data | tAA | | 14.375 | 22.222 | 16.000 | 22.222 | 16.250 | 22.222 | 17.500 | 22.222 | ns | 12 |
| Activate to Read or Write command delay time | tRCD | | 14.375 | - | 16.000 | - | 16.250 | - | 17.500 | - | ns | 7 |
| Row Precharge time | tRP | | 14.375 | - | 16.000 | - | 16.250 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | tRAS | | 32.000 | $5 * tREFI1$ (Norm) $9 * tREFI2$ (FGR) | 32.000 | $5 * tREFI1$ (Norm) $9 * tREFI2$ (FGR) | 32.000 | $5 * tREFI1$ (Norm) $9 * tREFI2$ (FGR) | 32.000 | $5 * tREFI1$ (Norm) $9 * tREFI2$ (FGR) | ns | 7,13 |
| Activate to Activate or Refresh command period | tRC (tRAS +tRP) | | 46.375 | - | 48.000 | - | 48.250 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | CWL | | CL-2 | | | | | | | | nCK | 12 |

| Speed Bin[5] | tAAmin (ns)[6] | tRCDmin tRPmin (ns)[5] | Read CL[12] | Supported Frequency Table | 6400AN min | 6400AN max | 6400B min | 6400B max | 6400BN min | 6400BN max | 6400C min | 6400C max | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 20.952 | | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 17.500 | | 28 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 16.250 | 16.250 | 26 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | ns | |
| 3200AN | 15.000 | 15.000 | 24 | tCK(AVG) | 0.625 | 0.681 | RESERVED | | | | | | ns | |
| 3600C | 17.777 | 17.777 | 32 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns | |
| 3600BN,B | 16.666 | 16.666 | 30 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | ns | |
| 3600AN | 14.444 | 14.444 | 26 | tCK(AVG) | 0.555 | <0.625 | RESERVED | | | | | | ns | |
| 4000C | 18.000 | 17.500 | 36 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | ns | |
| 4000BN,B | 16.000 | 16.000 | 32 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | RESERVED | | | | ns | |
| 4000AN | 14.000 | 14.000 | 28 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 4400C | 18.181 | 17.727 | 40 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | ns | |
| 4400BN,B | 16.363 | 16.363 | 36 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | RESERVED | | ns | |
| 4400AN | 14.545 | 14.545 | 32 | tCK(AVG) | 0.454 | <0.500 | RESERVED | | | | | | ns | |
| 4800C | 17.500 | 17.500 | 42 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | ns | |
| 4800BN | 16.666 | 16.666 | 40 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800B | 16.666 | 16.250 | 40 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800AN | 14.166 | 14.166 | 34 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 5200C | 17.692 | 17.692 | 46 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | ns | |
| 5200BN,B | 16.153 | 16.153 | 42 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | RESERVED | | | | ns | |
| 5200AN | 14.615 | 14.615 | 38 | tCK(AVG) | 0.384 | <0.416 | RESERVED | | | | | | ns | |
| 5600C | 17.857 | 17.500 | 50 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | ns | |
| 5600BN | 16.428 | 16.428 | 46 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | ns | |
| 5600B | 16.428 | 16.071 | 46 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | | | ns | |
| 5600AN | 14.285 | 14.285 | 40 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 6000C | 18.000 | 17.666 | 54 | tCK(AVG) | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | ns | |
| 6000BN,B | 16.000 | 16.000 | 48 | tCK(AVG) | 0.333 | <0.357 | 0.333 | <0.357 | RESERVED | | RESERVED | | ns | |
| 6000AN | 14.000 | 14.000 | 42 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 6400C | 17.500 | 17.500 | 56 | tCK(AVG) | 0.312 | <0.333 | 0.312 | <0.333 | 0.312 | <0.333 | 0.312 | <0.333 | ns | |
| 6400BN,B | 16.250 | 16.250 | 52 | tCK(AVG) | 0.312 | <0.333 | 0.312 | <0.333 | 0.312 | <0.333 | RESERVED | | ns | |
| 6400AN | 14.375 | 14.375 | 46 | tCK(AVG) | 0.312 | <0.333 | RESERVED | | | | | | ns | |
| Supported CL | | | | | 22,24,26,28,30,32,34,36,38,40,42,46,48,50,52,54,56 | | 22,26,28,30,32,36,42,46,48,50,52,54,56 | | 22,26,28,30,32,36,40,42,46,50,52,54,56 | | 22,28,32,36,40,42,46,50,54,56 | | nCK | 12 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 400

## 10.10  DDR5-6800 Speed Bins and Operations

### Table 282 — DDR5-6800 Speed Bins and Operations

| Speed Bin | | DDR5-6800AN | | DDR5-6800B | | DDR5-6800BN | | DDR5-6800C | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CL-nRCD-nRP | | 48-48-48 | | 56-56-56 | | 56-56-56 | | 60-60-60 | | Unit | Note |
| Parameter | Symbol | min | max | min | max | min | max | min | max | Unit | Note |
| Read command to first data | tAA | 14.117 | - | 16.000 | - | 16.470 | - | 17.500 | - | ns | 12 |
| Activate to Read or Write command delay time | tRCD | 14.117 | - | 16.000 | - | 16.470 | - | 17.500 | - | ns | 7 |
| Row Precharge time | tRP | 14.117 | - | 16.000 | - | 16.470 | - | 17.500 | | ns | 7 |
| Activate to Precharge command period | tRAS | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | ns | 7,13 |
| Activate to Activate or Refresh command period | tRC (tRAS +tRP) | 46.117 | - | 48.000 | - | 48.000 | | 49.500 | | ns | 7,8 |
| CAS Write Latency | CWL | CL-2 | | | | | | | | nCK | 12 |

| Speed Bin[5] | tAAmin (ns)[5] | tRCDmin tRPmin (ns)[5] | Read CL[12] | Supported Frequency Table | | | | | | | | | Unit | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 20.952 | | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 17.500 | 17.500 | 28 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 16.250 | 16.250 | 26 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | | | ns | |
| 3200AN | 15.000 | 15.000 | 24 | tCK(AVG) | 0.625 | 0.681 | RESERVED | | | | | | ns | |
| 3600C | 17.777 | 17.777 | 32 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns | |
| 3600BN,B | 16.666 | 16.666 | 30 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | ns | |
| 3600AN | 14.444 | 14.444 | 26 | tCK(AVG) | 0.555 | <0.625 | RESERVED | | | | | | ns | |
| 4000C | 18.000 | 17.500 | 36 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | ns | |
| 4000BN,B | 16.000 | 16.000 | 32 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | RESERVED | | | | ns | |
| 4000AN | 14.000 | 14.000 | 28 | tCK(AVG) | 0.500 | <0.555 | RESERVED | | | | | | ns | |
| 4400C | 18.181 | 17.727 | 40 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | ns | |
| 4400BN,B | 16.363 | 16.363 | 36 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | RESERVED | | | | ns | |
| 4400AN | 14.545 | 14.545 | 32 | tCK(AVG) | 0.454 | <0.500 | RESERVED | | | | | | ns | |
| 4800C | 17.500 | 17.500 | 42 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | ns | |
| 4800BN | 16.666 | 16.666 | 40 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800B | 16.666 | 16.250 | 40 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | | | ns | |
| 4800AN | 14.166 | 14.166 | 34 | tCK(AVG) | 0.416 | <0.454 | RESERVED | | | | | | ns | |
| 5200C | 17.692 | 17.692 | 46 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | ns | |
| 5200BN,B | 16.153 | 16.153 | 42 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | RESERVED | | | | ns | |
| 5200AN | 14.615 | 14.615 | 38 | tCK(AVG) | 0.384 | <0.416 | RESERVED | | | | | | ns | |
| 5600C | 17.857 | 17.500 | 50 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | ns | |
| 5600BN | 16.428 | 16.428 | 46 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | ns | |
| 5600B | 16.428 | 16.071 | 46 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | | | ns | |
| 5600AN | 14.285 | 14.285 | 40 | tCK(AVG) | 0.357 | <0.384 | RESERVED | | | | | | ns | |
| 6000C | 18.000 | 17.666 | 54 | tCK(AVG) | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | ns | |
| 6000BN,B | 16.000 | 16.000 | 48 | tCK(AVG) | 0.333 | <0.357 | 0.333 | <0.357 | RESERVED | | | | ns | |
| 6000AN | 14.000 | 14.000 | 42 | tCK(AVG) | 0.333 | <0.357 | RESERVED | | | | | | ns | |
| 6400C | 17.500 | 17.500 | 56 | tCK(AVG) | 0.312 | <0.333 | 0.312 | <0.333 | 0.312 | <0.333 | 0.312 | <0.333 | ns | |
| 6400BN,B | 16.250 | 16.250 | 52 | tCK(AVG) | 0.312 | <0.333 | 0.312 | <0.333 | RESERVED | | | | ns | |
| 6400AN | 14.375 | 14.375 | 46 | tCK(AVG) | 0.312 | <0.333 | RESERVED | | | | | | ns | |
| 6800C | 17.647 | 17.647 | 60 | tCK(AVG) | 0.294 | <0.312 | 0.294 | <0.312 | 0.294 | <0.312 | 0.294 | <0.312 | ns | |
| 6800BN | 16.470 | 16.470 | 56 | tCK(AVG) | 0.294 | <0.312 | 0.294 | <0.312 | 0.294 | <0.312 | RESERVED | | ns | |
| 6800B | 16.470 | 16.176 | 56 | tCK(AVG) | 0.294 | <0.312 | 0.294 | <0.312 | RESERVED | | | | ns | |
| 6800AN | 14.117 | 14.117 | 48 | tCK(AVG) | 0.294 | <0.312 | RESERVED | | | | | | ns | |
| Supported CL | | | | | 22,34,36,28,30,32,34,36,38,40,42,44,46,48,50,52,54,56,60 | | 22,26,28,30,32,36,40,42,46,48,50,52,54,56,60 | | 22,28,30,32,36,40,42,46,50,54,56,60 | | 22,28,32,36,40,42,46,50,54,56,60 | | nCK | 12 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 10.11  DDR5-7200 Speed Bins and Operations

**Table 283 — DDR5-7200 Speed Bins and Operations**

| Speed Bin | | DDR5-7200AN | | DDR5-7200B | | DDR5-7200BN | | DDR5-7200C | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CL-nRCD-nRP | | 52-52-52 | | 58-58-58 | | 58-58-58 | | 64-63-63 | | | |
| Parameter | Symbol | min | max | min | max | min | max | min | max | | |
| Read command to first data | tAA | 14.444 | - | 16.000 | - | 16.111 | - | 17.500 | - | ns | 12 |
| Activate to Read or Write command delay time | tRCD | 14.444 | - | 16.000 | - | 16.111 | - | 17.500 | - | ns | 7 |
| Row Precharge time | tRP | 14.444 | - | 16.000 | - | 16.111 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | tRAS | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | ns | 7,13 |
| Activate to Activate or Refresh command period | tRC (tRAS +tRP) | 46.444 | - | 48.000 | - | 48.111 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | CWL | CL-2 | | | | | | | | nCK | 12 |

| Speed Bin[5] | tAAmin (ns)[5] | tRCDmin tRPmin (ns)[5] | Read CL[12] | Supported Frequency Table | | | | | | | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 20.952 | - | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 17.500 | 17.500 | 28 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 16.250 | 16.250 | 26 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | ns | |
| 3200AN | 15.000 | 15.000 | 24 | tCK(AVG) | 0.625 | 0.681 | RESERVED | | | | | | ns | |
| 3600C | 17.777 | 17.777 | 32 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns | |
| 3600BN,B | 16.666 | 16.666 | 30 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | ns | |
| 3600AN | 14.444 | 14.444 | 26 | tCK(AVG) | 0.555 | <0.625 | RESERVED | | | | | | ns | |
| 4000C | 18.000 | 17.500 | 36 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | ns | |
| 4000BN,B | 16.000 | 16.000 | 32 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | RESERVED | | | | ns | |
| 4000AN | 14.000 | 14.000 | 28 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 4400C | 18.181 | 17.727 | 40 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | ns | |
| 4400BN,B | 16.363 | 16.363 | 36 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | RESERVED | | ns | |
| 4400AN | 14.545 | 14.545 | 32 | tCK(AVG) | 0.454 | <0.500 | RESERVED | | | | | | ns | |
| 4800C | 17.500 | 17.500 | 42 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | ns | |
| 4800BN | 16.666 | 16.666 | 40 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800B | 16.666 | 16.250 | 40 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800AN | 14.166 | 14.166 | 34 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 5200C | 17.692 | 17.692 | 46 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | ns | |
| 5200BN,B | 16.153 | 16.153 | 42 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | RESERVED | | ns | |
| 5200AN | 14.615 | 14.615 | 38 | tCK(AVG) | 0.384 | <0.416 | RESERVED | | | | | | ns | |
| 5600C | 17.857 | 17.500 | 50 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | ns | |
| 5600BN | 16.428 | 16.428 | 46 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | ns | |
| 5600B | 16.428 | 16.071 | 46 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | ns | |
| 5600AN | 14.285 | 14.285 | 40 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 6000C | 18.000 | 17.666 | 54 | tCK(AVG) | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | ns | |
| 6000BN,B | 16.000 | 16.000 | 48 | tCK(AVG) | 0.333 | <0.357 | 0.333 | <0.357 | RESERVED | | | | ns | |
| 6000AN | 14.000 | 14.000 | 42 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 6400C | 17.500 | 17.500 | 56 | tCK(AVG) | 0.312 | <0.333 | 0.312 | <0.333 | 0.312 | <0.333 | 0.312 | <0.333 | ns | |
| 6400BN,B | 16.250 | 16.250 | 52 | tCK(AVG) | 0.312 | <0.333 | 0.312 | <0.333 | 0.312 | <0.333 | RESERVED | | ns | |
| 6400AN | 14.375 | 14.375 | 46 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 6800C | 17.647 | 17.647 | 60 | tCK(AVG) | 0.294 | <0.312 | 0.294 | <0.312 | 0.294 | <0.312 | 0.294 | <0.312 | ns | |
| 6800BN | 16.470 | 16.470 | 56 | tCK(AVG) | 0.294 | <0.312 | 0.294 | <0.312 | 0.294 | <0.312 | RESERVED | | ns | |
| 6800B | 16.470 | 16.176 | 56 | tCK(AVG) | 0.294 | <0.312 | 0.294 | <0.312 | 0.294 | <0.312 | RESERVED | | ns | |
| 6800AN | 14.117 | 14.117 | 48 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 7200C | 17.777 | 17.500 | 64 | tCK(AVG) | 0.277 | <0.294 | 0.277 | <0.294 | 0.277 | <0.294 | 0.277 | <0.294 | ns | |
| 7200BN,B | 16.111 | 16.111 | 58 | tCK(AVG) | 0.277 | <0.294 | 0.277 | <0.294 | 0.277 | <0.294 | RESERVED | | ns | |
| 7200AN | 14.444 | 14.444 | 52 | tCK(AVG) | 0.277 | <0.294 | RESERVED | | | | | | ns | |
| Supported CL | | | | 22,24,26,28,30,32,36,38,40,42,46,48,50,52,54,56,58,60,64 | | | 22,26,28,30,32,36,40,42,46,48,50,52,54,56,58,60,64 | | 22,26,28,30,32,36,40,42,46,50,52,54,56,58,60,64 | | 22,28,32,36,40,42,46,50,54,56,60,64 | | nCK | 12 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 10.12 DDR5-7600 Speed Bins and Operations - (Future Bin Placeholder) No Ballot

### Table 284 — DDR5-7600 Speed Bins and Operations

| Speed Bin | | | DDR5-7600AN | | DDR5-7600B | | DDR5-7600BN | | DDR5-7600C | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CL-nRCD-nRP | | | 54-54-54 | | 62-62-62 | | 61-61-61 | | 65-67-67 | | | |
| Parameter | | Symbol | min | max | min | max | min | max | min | max | | |
| Read command to first data | | tAA | 14.210 | - | 16.000 | - | 16.315 | - | 17.500 | - | ns | 12 |
| Activate to Read or Write command delay time | | tRCD | 14.210 | - | 16.000 | - | 16.315 | - | 17.500 | - | ns | 7 |
| Row Precharge time | | tRP | 14.210 | - | 16.000 | - | 16.315 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | | tRAS | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | ns | 7,13 |
| Activate to Activate or Refresh command period | | tRC (tRAS +tRP) | 46.210 | - | 48.000 | - | 48.315 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | | CWL | CL-2 | | | | | | | | nCK | 12 |
| Speed Bin[5] | tAAmin (ns)[1] | tRCDmin tRPmin (ns)[5] | Read CL[12] | Supported Frequency Table | | | | | | | | |
| - | 20.952 | - | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 17.500 | 17.500 | 22 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 16.250 | 16.250 | 26 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | | | ns | |
| 3200AN | 15.000 | 15.000 | 24 | tCK(AVG) | 0.625 | 0.681 | RESERVED | | | | | | ns | |
| 3600C | 17.777 | 17.777 | 32 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns | |
| 3600BN,B | 16.666 | 16.666 | 30 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | ns | |
| 3600AN | 14.444 | 14.444 | 26 | tCK(AVG) | 0.555 | <0.625 | RESERVED | | | | | | ns | |
| 4000C | 18.000 | 17.500 | 36 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | ns | |
| 4000BN,B | 16.000 | 16.000 | 32 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | RESERVED | | | | ns | |
| 4000AN | 14.000 | 14.000 | 28 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 4400C | 18.181 | 17.727 | 40 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | ns | |
| 4400BN,B | 16.363 | 16.363 | 36 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | RESERVED | | ns | |
| 4400AN | 14.545 | 14.545 | 32 | tCK(AVG) | 0.454 | <0.500 | RESERVED | | | | | | ns | |
| 4800C | 17.500 | 17.500 | 42 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | ns | |
| 4800BN | 16.666 | 16.666 | 40 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800B | 16.666 | 16.250 | 40 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | | | ns | |
| 4800AN | 14.166 | 14.166 | 34 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 5200C | 17.692 | 17.692 | 46 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | ns | |
| 5200BN,B | 16.153 | 16.153 | 42 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | RESERVED | | | | ns | |
| 5200AN | 14.615 | 14.615 | 38 | tCK(AVG) | 0.384 | <0.416 | RESERVED | | | | | | ns | |
| 5600C | 17.857 | 17.500 | 50 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | ns | |
| 5600BN | 16.428 | 16.428 | 46 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | ns | |
| 5600B | 16.428 | 16.071 | 46 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | | | ns | |
| 5600AN | 14.285 | 14.285 | 40 | tCK(AVG) | 0.357 | <0.384 | RESERVED | | | | | | ns | |
| 6000C | 18.000 | 17.666 | 54 | tCK(AVG) | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | ns | |
| 6000BN,B | 16.000 | 16.000 | 48 | tCK(AVG) | 0.333 | <0.357 | 0.333 | <0.357 | RESERVED | | | | ns | |
| 6000AN | 14.000 | 14.000 | 42 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 6400C | 17.500 | 17.500 | 56 | tCK(AVG) | 0.312 | <0.333 | 0.312 | <0.333 | 0.312 | <0.333 | 0.312 | <0.333 | ns | |
| 6400BN,B | 16.250 | 16.250 | 52 | tCK(AVG) | 0.312 | <0.333 | 0.312 | <0.333 | RESERVED | | | | ns | |
| 6400AN | 14.375 | 14.375 | 46 | tCK(AVG) | 0.312 | <0.333 | RESERVED | | | | | | ns | |

**LIGHT GREY** - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

**Table 284 — DDR5-7600 Speed Bins and Operations (cont'd)**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6800C | 17.647 | 17.647 | 60 | tCK(AVG) | 0.294 | <0.312 | 0.294 | <0.312 | 0.294 | <0.312 | 0.294 | <0.312 | ns | |
| 6800BN | 16.470 | 16.470 | 56 | tCK(AVG) | 0.294 | <0.312 | 0.294 | <0.312 | 0.294 | <0.312 | RESERVED | | ns | |
| 6800B | 16.470 | 16.176 | 56 | tCK(AVG) | 0.294 | <0.312 | 0.294 | <0.312 | RESERVED | | | | ns | |
| 6800AN | 14.117 | 14.117 | 48 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 7200C | 17.777 | 17.500 | 64 | tCK(AVG) | 0.277 | <0.294 | 0.277 | <0.294 | 0.277 | <0.294 | 0.277 | <0.294 | ns | |
| 7200BN,B | 16.111 | 16.111 | 58 | tCK(AVG) | 0.277 | <0.294 | 0.277 | <0.294 | RESERVED | | | | ns | |
| 7200AN | 14.444 | 14.444 | 52 | tCK(AVG) | 0.277 | <0.294 | RESERVED | | | | | | ns | |
| 7600C | 17.894 | 17.631 | 68 | tCK(AVG) | 0.263 | <0.277 | 0.263 | <0.277 | 0.263 | <0.277 | 0.263 | <0.277 | ns | |
| 7600BN | 16.315 | 16.315 | 62 | tCK(AVG) | 0.263 | <0.277 | 0.263 | <0.277 | 0.263 | <0.277 | RESERVED | | ns | |
| 7600B | 16.315 | 16.052 | 62 | tCK(AVG) | 0.263 | <0.277 | 0.263 | <0.277 | RESERVED | | | | ns | |
| 7600AN | 14.210 | 14.210 | 54 | tCK(AVG) | 0.263 | <0.277 | RESERVED | | | | | | ns | |
| Supported CL | | | | | 22,24,26,28,30,32,36,38,40,42,46,48,50,52,54,56,58,60,62,64,68 | | 22,26,28,30,32,36,40,42,46,48,50,52,54,56,58,60,62,64,68 | | 22,28,30,32,36,40,42,46,50,54,56,60,62,64,68 | | 22,28,32,36,40,42,46,50,54,56,60,64,68 | | nCK | 12 |

**LIGHT GREY** - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 18, 2022, 12:19 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 404

## 10.13  DDR5-8000 Speed Bins and Operations - (Future Bin Placeholder) No Ballot

**Table 285 — DDR5-8000 Speed Bins and Operations**

| Speed Bin | | | DDR5-8000AN | | DDR5-8000B | | DDR5-8000BN | | DDR5-8000C | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CL-nRCD-nRP** | | | 58-58-58 | | 58-58-58 | | 58-58-58 | | 70-70-70 | | | |
| **Parameter** | | Symbol | min | max | min | max | min | max | min | max | | |
| Read command to first data | | tAA | 14.000 | - | 16.000 | - | 16.000 | - | 17.500 | - | ns | 12 |
| Activate to Read or Write command delay time | | tRCD | 14.000 | - | 16.000 | - | 16.000 | - | 17.500 | - | ns | 7 |
| Row Precharge time | | tRP | 14.000 | - | 16.000 | - | 16.000 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | | tRAS | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | ns | 7,13 |
| Activate to Activate or Refresh command period | | tRC (tRAS +tRP) | 46.000 | - | 48.000 | - | 48.000 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | | CWL | CL-2 | | | | | | | | nCK | 12 |

| Speed Bin[6] | tAAmin (ns)[5] | tRCDmin tRPmin (ns)[5] | Read CL[12] | | Supported Frequency Table | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 20.952 | - | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 17.500 | 17.500 | 26 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 16.250 | 16.250 | 26 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | ns | |
| 3200AN | 15.000 | 15.000 | 24 | tCK(AVG) | 0.625 | 0.681 | RESERVED | | | | | | ns | |
| 3600C | 17.777 | 17.777 | 32 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns | |
| 3600BN,B | 16.666 | 16.666 | 30 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | ns | |
| 3600AN | 14.444 | 14.444 | 26 | tCK(AVG) | 0.555 | <0.625 | RESERVED | | | | | | ns | |
| 4000C | 18.000 | 17.500 | 36 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | ns | |
| 4000BN,B | 16.000 | 16.000 | 32 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | RESERVED | | ns | |
| 4000AN | 14.000 | 14.000 | 28 | tCK(AVG) | 0.500 | <0.555 | RESERVED | | | | | | ns | |
| 4400C | 18.181 | 17.727 | 40 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | ns | |
| 4400BN,B | 16.363 | 16.363 | 36 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | RESERVED | | ns | |
| 4400AN | 14.545 | 14.545 | 32 | tCK(AVG) | 0.454 | <0.500 | RESERVED | | | | | | ns | |
| 4800C | 17.500 | 17.500 | 42 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | ns | |
| 4800BN | 16.666 | 16.666 | 40 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800B | 16.666 | 16.250 | 40 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800AN | 14.166 | 14.166 | 34 | tCK(AVG) | 0.416 | <0.454 | RESERVED | | | | | | ns | |
| 5200C | 17.692 | 17.692 | 46 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | ns | |
| 5200BN,B | 16.153 | 16.153 | 42 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | RESERVED | | ns | |
| 5200AN | 14.615 | 14.615 | 38 | tCK(AVG) | 0.384 | <0.416 | RESERVED | | | | | | ns | |
| 5600C | 17.857 | 17.500 | 50 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | ns | |
| 5600BN | 16.428 | 16.428 | 46 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | ns | |
| 5600B | 16.428 | 16.071 | 46 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | ns | |
| 5600AN | 14.285 | 14.285 | 40 | tCK(AVG) | 0.357 | <0.384 | RESERVED | | | | | | ns | |
| 6000C | 18.000 | 17.666 | 54 | tCK(AVG) | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | ns | |
| 6000BN,B | 16.000 | 16.000 | 48 | tCK(AVG) | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | RESERVED | | ns | |
| 6000AN | 14.000 | 14.000 | 42 | tCK(AVG) | 0.333 | <0.357 | RESERVED | | | | | | ns | |
| 6400C | 17.500 | 17.500 | 56 | tCK(AVG) | 0.312 | <0.333 | 0.312 | <0.333 | 0.312 | <0.333 | 0.312 | <0.333 | ns | |
| 6400BN,B | 16.250 | 16.250 | 52 | tCK(AVG) | 0.312 | <0.333 | 0.312 | <0.333 | 0.312 | <0.333 | RESERVED | | ns | |
| 6400AN | 14.375 | 14.375 | 46 | tCK(AVG) | 0.312 | <0.333 | RESERVED | | | | | | ns | |

**LIGHT GREY** - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

**Table 285 — DDR5-8000 Speed Bins and Operations (cont'd)**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6800C | 17.647 | 17.647 | 60 | tCK(AVG) | 0.294 | <0.312 | 0.294 | <0.312 | 0.294 | <0.312 | 0.294 | <0.312 | ns | |
| 6800BN | 16.470 | 16.470 | 56 | tCK(AVG) | 0.294 | <0.312 | 0.294 | <0.312 | 0.294 | <0.312 | RESERVED | | ns | |
| 6800B | 16.470 | 16.176 | 56 | tCK(AVG) | 0.294 | <0.312 | 0.294 | <0.312 | 0.294 | <0.312 | RESERVED | | ns | |
| 6800AN | 14.117 | 14.117 | 48 | tCK(AVG) | 0.294 | <0.312 | RESERVED | | | | | | ns | |
| 7200C | 17.777 | 17.500 | 64 | tCK(AVG) | 0.277 | <0.294 | 0.277 | <0.294 | 0.277 | <0.294 | 0.277 | <0.294 | ns | |
| 7200BN,B | 16.111 | 16.111 | 58 | tCK(AVG) | 0.277 | <0.294 | 0.277 | <0.294 | 0.277 | <0.294 | RESERVED | | ns | |
| 7200AN | 14.444 | 14.444 | 52 | tCK(AVG) | 0.277 | <0.294 | RESERVED | | | | | | ns | |
| 7600C | 17.894 | 17.631 | 68 | tCK(AVG) | 0.263 | <0.277 | 0.263 | <0.277 | 0.263 | <0.277 | 0.263 | <0.277 | ns | |
| 7600BN | 16.315 | 16.315 | 62 | tCK(AVG) | 0.263 | <0.277 | 0.263 | <0.277 | 0.263 | <0.277 | RESERVED | | ns | |
| 7600B | 16.315 | 16.052 | 62 | tCK(AVG) | 0.263 | <0.277 | 0.263 | <0.277 | 0.263 | <0.277 | RESERVED | | ns | |
| 7600AN | 14.210 | 14.210 | 54 | tCK(AVG) | 0.263 | <0.277 | RESERVED | | | | | | ns | |
| 8000C | 17.500 | 17.500 | 70 | tCK(AVG) | 0.250 | <0.263 | 0.250 | <0.263 | 0.250 | <0.263 | 0.250 | <0.263 | ns | |
| 8000BN,B | 16.000 | 16.000 | 64 | tCK(AVG) | 0.250 | <0.263 | 0.250 | <0.263 | 0.250 | <0.263 | RESERVED | | ns | |
| 8000AN | 14.000 | 14.000 | 56 | tCK(AVG) | 0.250 | <0.263 | RESERVED | | | | | | ns | |
| Supported CL | | | | | 22,24,26,28,30,32,34,36,38,40,42,46,48,50,52,54,56,58,60,62,64,68,70 | | 22,24,26,28,30,32,36,40,42,46,48,50,52,54,56,58,60,62,64,68,70 | | 22,24,26,28,30,32,36,40,42,46,48,50,52,54,56,58,60,62,64,68,70 | | 22,28,32,36,40,42,46,50,54,56,60,64,68,70 | | nCK | 12 |

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:13pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 406

## 10.14  DDR5-8400 Speed Bins and Operations - (Future Bin Placeholder) No Ballot

**Table 286 — DDR5-8400 Speed Bins and Operations**

| Speed Bin | | DDR5-8400AN | | DDR5-8400B | | DDR5-8400BN | | DDR5-8400C | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CL-nRCD-nRP | | 80-80-80 | | 84-84-84 | | 80-80-80 | | 74-74-74 | | | |
| Parameter | Symbol | min | max | min | max | min | max | min | max | Unit | Note |
| Read command to first data | tAA | 14.285 | - | 16.000 | - | 16.190 | - | 17.500 | - | ns | 12 |
| Activate to Read or Write command delay time | tRCD | 14.285 | - | 16.000 | - | 16.190 | - | 17.500 | - | ns | 7 |
| Row Precharge time | tRP | 14.285 | - | 16.000 | - | 16.190 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | tRAS | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | 32.000 | 5 * tREFI1 (Norm) 9 * tREFI2 (FGR) | ns | 7,13 |
| Activate to Activate or Refresh command period | tRC (tRAS+tRP) | 46.285 | - | 48.000 | - | 48.190 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | CWL | CL-2 | | | | | | | | nCK | 12 |

| Speed Bin[2] | tAAmin (ns)[3] | tRCDmin tRPmin (ns)[3] | Read CL[7] | tCK(AVG) | min | max | min | max | min | max | min | max | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 20.952 | - | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 17.500 | 17.500 | 28 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 16.250 | 16.250 | 26 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | ns | |
| 3200AN | 15.000 | 15.000 | 24 | tCK(AVG) | 0.625 | 0.681 | RESERVED | | | | | | ns | |
| 3600C | 17.777 | 17.777 | 32 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns | |
| 3600BN,B | 16.666 | 16.666 | 30 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | ns | |
| 3600AN | 14.444 | 14.444 | 26 | tCK(AVG) | 0.555 | <0.625 | RESERVED | | | | | | ns | |
| 4000C | 18.000 | 17.500 | 36 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | ns | |
| 4000BN,B | 16.000 | 16.000 | 32 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | RESERVED | | | | ns | |
| 4000AN | 14.000 | 14.000 | 28 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 4400C | 18.181 | 17.727 | 40 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | ns | |
| 4400BN,B | 16.363 | 16.363 | 36 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | RESERVED | | | | ns | |
| 4400AN | 14.545 | 14.545 | 32 | tCK(AVG) | 0.454 | <0.500 | RESERVED | | | | | | ns | |
| 4800C | 17.500 | 17.500 | 42 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | ns | |
| 4800BN | 16.666 | 16.666 | 40 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800B | 16.666 | 16.250 | 40 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800AN | 14.166 | 14.166 | 34 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 5200C | 17.692 | 17.692 | 46 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | ns | |
| 5200BN,B | 16.153 | 16.153 | 42 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | RESERVED | | | | ns | |
| 5200AN | 14.615 | 14.615 | 38 | tCK(AVG) | 0.384 | <0.416 | RESERVED | | | | | | ns | |
| 5600C | 17.857 | 17.500 | 50 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | ns | |
| 5600BN | 16.428 | 16.428 | 46 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | ns | |
| 5600B | 16.428 | 16.071 | 46 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | | | ns | |
| 5600AN | 14.285 | 14.285 | 40 | tCK(AVG) | 0.357 | <0.384 | RESERVED | | | | | | ns | |
| 6000C | 18.000 | 17.666 | 54 | tCK(AVG) | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | ns | |
| 6000BN,B | 16.000 | 16.000 | 48 | tCK(AVG) | 0.333 | <0.357 | 0.333 | <0.357 | RESERVED | | | | ns | |
| 6000AN | 14.000 | 14.000 | 42 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 6400C | 17.500 | 17.500 | 56 | tCK(AVG) | 0.312 | <0.333 | 0.312 | <0.333 | 0.312 | <0.333 | 0.312 | <0.333 | ns | |
| 6400BN,B | 16.250 | 16.250 | 52 | tCK(AVG) | 0.312 | <0.333 | 0.312 | <0.333 | 0.312 | <0.333 | RESERVED | | ns | |
| 6400AN | 14.375 | 14.375 | 46 | tCK(AVG) | 0.312 | <0.333 | RESERVED | | | | | | ns | |
| 6800C | 17.647 | 17.647 | 60 | tCK(AVG) | 0.294 | <0.312 | 0.294 | <0.312 | 0.294 | <0.312 | 0.294 | <0.312 | ns | |
| 6800BN | 16.470 | 16.470 | 56 | tCK(AVG) | 0.294 | <0.312 | 0.294 | <0.312 | 0.294 | <0.312 | RESERVED | | ns | |
| 6800B | 16.470 | 16.176 | 56 | tCK(AVG) | 0.294 | <0.312 | 0.294 | <0.312 | RESERVED | | | | ns | |
| 6800AN | 14.117 | 14.117 | 48 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 7200C | 17.777 | 17.500 | 64 | tCK(AVG) | 0.277 | <0.294 | 0.277 | <0.294 | 0.277 | <0.294 | 0.277 | <0.294 | ns | |
| 7200BN,B | 16.111 | 16.111 | 58 | tCK(AVG) | 0.277 | <0.294 | 0.277 | <0.294 | RESERVED | | | | ns | |
| 7200AN | 14.444 | 14.444 | 52 | tCK(AVG) | 0.277 | <0.294 | RESERVED | | | | | | ns | |
| 7600C | 17.894 | 17.631 | 68 | tCK(AVG) | 0.263 | <0.277 | 0.263 | <0.277 | 0.263 | <0.277 | 0.263 | <0.277 | ns | |
| 7600BN | 16.315 | 16.315 | 62 | tCK(AVG) | 0.263 | <0.277 | 0.263 | <0.277 | 0.263 | <0.277 | RESERVED | | ns | |

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

**Table 286 — DDR5-8400 Speed Bins and Operations (cont'd)**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7600B | 16.315 | 16.052 | 62 | tCK(AVG) | 0.263 | <0.277 | 0.263 | <0.277 | RESERVED | | | | ns | |
| 7600AN | 14.210 | 14.210 | 54 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 8000C | 17.500 | 17.500 | 70 | tCK(AVG) | 0.250 | <0.263 | 0.250 | <0.263 | 0.250 | <0.263 | 0.250 | <0.263 | ns | |
| 8000BN,B | 16.000 | 16.000 | 64 | tCK(AVG) | 0.250 | <0.263 | 0.250 | <0.263 | RESERVED | | | | ns | |
| 8000AN | 14.000 | 14.000 | 56 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 8400C | 17.619 | 17.619 | 74 | tCK(AVG) | 0.238 | <0.250 | 0.238 | <0.250 | 0.238 | <0.250 | 0.238 | <0.250 | ns | |
| 8400BN,B | 16.190 | 16.190 | 68 | tCK(AVG) | 0.238 | <0.250 | 0.238 | <0.250 | RESERVED | | | | ns | |
| 8400AN | 14.285 | 14.285 | 60 | tCK(AVG) | 0.238 | <0.250 | RESERVED | | | | | | ns | |
| Supported CL | | | | | 22,24,26,28,30,32,36,3 8,40,42,46,48,50,52,54 ,56,58,60,62,64,68,70, 74 | | 22,26,28,30,32,36,40, 42,46,48,50,52,54,56, 58,60,62,64,68,70,74 | | 22,26,28,30,32,36,40 ,42,46,50,52,54,56,6 0,62,64,68,70,74 | | 22,28,32,36,40,42,46 ,50,54,56,60,64,68, 70,74 | | nCK | 12 |

## DDR5 Speed Bin Table Notes:

1. Minimum timing parameters are defined according to the rules in the Rounding Definitions and Algorithms section.
2. The translation of all timing parameters from ns values to nCK values shall follow the Rounding Algorithm. The translation of tAA to CL shall follow the explicit combinations listed in the Speed Bin Tables.
3. The CL setting and CWL setting result in tCK(avg).MIN and tCK(avg).MAX requirements. When selecting tCK(avg), requirements from the CL setting as well as requirements from the CWL setting shall be fulfilled.
4. 'Reserved' settings are not allowed. The user shall program a different value.
5. This column shows the intended native speed bin timings to be replaced and supported when down clocking. This column does not necessarily show the actual minimum speed bin timings allowed and supported when down clocking because the timings could be faster according to the Rounding Algorithm, depending on the specific speed bin and down clock frequency combination.
6. DDR5-3200 AC timings apply if the DRAM operates slower than the 2933 MT/s data rate. This is not limited to only the Speed Bin Table timings.
7. Parameters apply from tCK(avg)min to tCK(avg)max.
8. tRC(min) shall always be greater than or equal to tRAS(min) + tRP(min), and when using the appropriate rounding algorithms, nRC(min) shall always be greater than or equal to nRAS(min) + nRP(min).
9. tCK(avg).max of 1.010 ns (1980 MT/s data rate) is defined to allow for 1% SSC down-spreading at a data rate of 2000 MT/s according to JESD404-1.
10. Each speed bin lists the timing requirements that need to be supported in order for a given DRAM to be JEDEC standard. The JEDEC standard does not require support for all speed bins within a given speed. The JEDEC standard requires meeting the parameters for a least one of the listed speed bins.
11. Any speed bin also supports functional operation at slower frequencies as shown in the table which are not subject to Production Tests but are verified by Design/Characterization.
12. The CL Algorithm can be used to mathematically determine the valid CAS Latencies listed in the Speed Bin Tables. The CL Algorithm calculates supported CAS Latencies by rounding the operating frequency up to the next faster native speed bin (i.e., 3200 MT/s, 3600 MT/s...). Using the resulting tCK(AVG)min, and the bin target timings, the CL Algorithm then uses the Rounding Algorithm to calculate the valid CAS Latency. Because the DDR5 SDRAM specification only supports even CAS Latencies, odd CAS Latencies are rounded up to the next even CAS Latency. The 1980-2100 MT/s data rate always uses CL22. If tAA(cor-rected) or tRCDtRP(corrected) are violated, the CL Algorithm uses a slower combination of tAA(target) and tRCDtRP(target) to return slower valid CAS Latencies. The DDR5 SDRAM can support up to four valid CAS Latencies, CL(AN), CL(B), CL(BN), and CL(C), for a given frequency. tAA(corrected) and tRCDtRP(corrected) are calculated by reducing tAA(min), tRCD(min), and tRP(min) by the Rounding Algorithm correction factor. The proper setting of CL shall be determined by the memory controller, either by using the Speed Bin Tables, or by using the CL Algorithm, or by some other means. Refer to the Rounding Definitions and Algorithm section for more information. When CRC is enabled, CL is increased according to the Read CRC Latency Adder. When CRC is enabled, there is no Write CRC Latency Adder, so CWL is still calculated based on the CL value during CRC disabled.

```
// Variables already defined in other areas of the DDR5 SDRAM specification
CorrFact      = 0.30                              // (%)  Rounding Algorithm correction factor
ScaledCorrFact = 997                              //      Scaled correction factor (1000*(1-0.30%))
tCKreal       =1011-952, 682-238                  // (ps) Real application tCK(AVG) (1980-2100MT/s, 2933-8400MT/s)
tAAmin        MONO=14000-17500, 3DS=16000-20000   // (ps) From Speed Bin Tables and DIMM SPD bytes 30-31
tRCDtRPmin    MONO=14000-17500, 3DS=14000-17500   // (ps) From Speed Bin Tables and DIMM SPD bytes 32-33 (tRCDtRP)
tAAcorr       = TRUNC(tAAmin*ScaledCorrFact/1000) // (ps) Corrected tAA(min) per the Rounding Algorithm rules
tRCDtRPcorr   = TRUNC(tRCDtRPmin*ScaledCorrFact/1000) // (ps) Corrected tRCD(min), tRP(min) per the Rounding Algorithm
FUNC[RA(targ] = TRUNC((targ*ScaledCorrFact/tCKstd*1000)/1000) // (nCK) Use Rounding Algorithm with target timing to nCK
// Round tCKreal down to the next faster standard frequency (tCK in ps)
IF (TRUNC(2000000/(2000*99%))>=TRUNC(tCKreal)>=TRUNC(2000000/(2000*105%)))    // Check for  1980-2100 nominal data rates
       tCKstd=TRUNC(2000000/2000)                                            // Assign standard 2000 tCK (ps)
ELSE IF (TRUNC(2000000/(2000+7*(133+1/3)))>=TRUNC(tCKreal)>=TRUNC(2000000/3200)) // Check for  2933-3200 nominal data rates
       tCKstd=TRUNC(2000000/3200)                                            // Assign standard 3200 tCK (ps)
ELSE
    FOR (DataRateNom=3200; DataRateNom<=8000; DataRateNom=DataRateNom+400)    // Check for >3200-8400 nominal data rates
       IF (TRUNC(2000000/DataRateNom)>TRUNC(tCKreal)>=TRUNC (2000000/(DataRateNom+400)))
          tCKstd=TRUNC(2000000/(DataRateNom+400))                            // Assign standard 3600-8400 tCK (ps)
       ELSE
          tCKstd=RESERVED                                                    // No valid data rate found
```

**LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.**

Downloaded by Marwan Fawar (mfawar@netlist.com) on Oct 18, 2022, 12:14pm PDT

## 10.14   DDR5-8400 Speed Bins and Operations - (Future Bin Placeholder) No Ballot (cont'd)

```
// Timing targets (ps) that have been used to define the Speed Bin Tables
// MONO targets              3DS targets
  BinAN_tAAtarg    = 14000 BinAN_tAAtarg    = 16000      // tAA target for AN bins
  BinB__tAAtarg    = 16000 BinB__tAAtarg    = 18500      // tAA target for B bins
  BinBN_tAAtarg    = 16000 BinBN_tAAtarg    = 18500      // tAA target for AN, B, BN bins
  BinC__tAAtarg    = 17500 BinC__tAAtarg    = 20000      // tAA target for AN, B, BN, C bins
  BinAN_tRCDtRPtarg = 14000 BinAN_tRCDtRPtarg = 14000    // tRCD, tRP target for AN bins
  BinBN_tRCDtRPtarg = 16000 BinBN_tRCDtRPtarg = 16000    // tRCD, tRP target for AN, B, BN bins
  BinC__tRCDtRPtarg = 17500 BinC__tRCDtRPtarg = 17500    // tRCD, tRP target for AN, B, BN, C bins
IF (TRUNC(2000000/3600)>tCKstd)                          // tRCD, tRP target for B bins is frequency dependent
  BinB__tRCDtRPtarg = 16000                              // tRCD, tRP target for AN, B bins data rates faster than 3600
ELSE
  // 16250=(2000000/3200)*EVEN(TRUNC((BinB__tRCDtRPtarg*ScaledCorrFact)/(2000000/3200)+1000)/1000))
  BinB__tRCDtRPtarg = 16250                              // tRCD, tRP target for AN, B bins for data rates 3600 and slower


// CL Algorithm using variables defined above
// Up to four valid CL's can be returned for a specific freq: CL(AN), CL(B), CL(BN), CL(C), depending on tAAmin, tRCDmin, tRPmin
// The B and BN bins return the same CL
// Only even CL's (not odd CL's) are valid per the DDR5 SDRAM specification
// nRCD, nRP are only even at standard native frequencies for the AN, BN bins (can be even or odd at intermediate frequencies)
// nRCD, nRP may be even or odd at standard native frequencies for the B, C bins (can be even or odd at intermediate frequencies)
IF (TRUNC(2000000/2000)=tCKstd)                          // CL22 is the only valid CL for 1980-2100 data rates
  CL(AN)=22                                              // Valid even CL for AN bins
  CL(B )=22                                              // Valid even CL for AN, B bins
  CL(BN)=22                                              // Valid even CL for AN, B, BN bins
  CL(C )=22                                              // Valid even CL for AN, B, BN, C bins
ELSE IF (TRUNC(2000000/3200)>=tCKstd>=TRUNC(2000000/8400)) // Valid CL for 2933-8400 data rates
  IF    ((EVEN(RA(BinAN_tAAtarg))*tCKstd)=tAAcorr)AND(EVEN(RA(BinAN_tRCDtRPtarg))*tCKstd=tRCDtRPcorr)) // nRCD, nRP even only
    CL(AN)=EVEN(RA(BinAN_tAAtarg))                       // Valid even CL for AN bins
    CL(B )=EVEN(RA(BinB__tAAtarg))                       // Valid even CL for AN, B bins
    CL(BN)=EVEN(RA(BinBN_tAAtarg))                       // Valid even CL for AN, B, BN bins
    CL(C )=EVEN(RA(BinC__tAAtarg))                       // Valid even CL for AN, B, BN, C bins
  ELSE IF ((EVEN(RA(BinB__tAAtarg))*tCKstd)=tAAcorr)AND(   (RA(BinB__tRCDtRPtarg)=tRCDtRPcorr)) // nRCD, nRP even, odd
    CL(AN)=RESERVED                                      // Valid even CL for AN bins
    CL(B )=EVEN(RA(BinB__tAAtarg))                       // Valid even CL for AN, B bins
    CL(BN)=EVEN(RA(BinBN_tAAtarg))                       // Valid even CL for AN, B, BN bins
    CL(C )=EVEN(RA(BinC__tAAtarg))                       // Valid even CL for AN, B, BN, C bins
  ELSE IF ((EVEN(RA(BinBN_tAAtarg))*tCKstd)=tAAcorr)AND(EVEN(RA(BinBN_tRCDtRPtarg))*tCKstd=tRCDtRPcorr)) // nRCD, nRP even only
    CL(AN)=RESERVED                                      // Valid even CL for AN bins
    CL(B )=RESERVED                                      // Valid even CL for AN, B bins
    CL(BN)=EVEN(RA(BinBN_tAAtarg))                       // Valid even CL for AN, B, BN bins
    CL(C )=EVEN(RA(BinC__tAAtarg))                       // Valid even CL for AN, B, BN, C bins
  ELSE IF ((EVEN(RA(BinC__tAAtarg))*tCKstd)=tAAcorr)AND(   (RA(BinC__tRCDtRPtarg)=tRCDtRPcorr)) // nRCD, nRP even, odd
    CL(AN)=RESERVED                                      // Valid even CL for AN bins
    CL(B )=RESERVED                                      // Valid even CL for AN, B bins
    CL(BN)=RESERVED                                      // Valid even CL for AN, B, BN bins
    CL(C )=EVEN(RA(BinC__tAAtarg))                       // Valid even CL for AN, B, BN, C bins
  ELSE                                                   // No valid CL found (tAAmin, tRCDmin, tRPmin are too slow)
    CL(AN)=RESERVED                                      // Valid even CL for AN bins
    CL(B )=RESERVED                                      // Valid even CL for AN, B bins
    CL(BN)=RESERVED                                      // Valid even CL for AN, B, BN bins
    CL(C )=RESERVED                                      // Valid even CL for AN, B, BN, C bins
ELSE                                                     // No valid data rate found
  CL(AN)=RESERVED                                        // Valid even CL for AN bins
  CL(B )=RESERVED                                        // Valid even CL for AN, B bins
  CL(BN)=RESERVED                                        // Valid even CL for AN, B, BN bins
  CL(C )=RESERVED                                        // Valid even CL for AN, B, BN, C bins
```

13. tRAS(max) shall always be less than or equal to 5*tREFI1(max) during Normal Refresh Mode and less than or equal to 9*tREFI2(max) during Fine Granularity Refresh Mode, and when using the rounding algorithms, nRAS(max) shall always be less than or equal to 5*nREFI1(max) during Normal Refresh Mode and less than or equal to 9*nREFI2(max) during Fine Granularity Refresh Mode.

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

## 10.15  3DS DDR5-3200 Speed Bins and Operations

### Table 287 — 3DS DDR5-3200 Speed Bins and Operations

| Speed Bin | | DDR5-3200AN 3DS | | DDR5-3200B 3DS | | DDR5-3200BN 3DS | | DDR5-3200C 3DS | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CL-nRCD-nRP** | | **26-24-24** | | **30-26-26** | | **30-26-26** | | **32-28-28** | | | |
| **Parameter** | **Symbol** | min | max | min | max | min | max | min | Max | | |
| Read command to first data | tAA | 16.250 | 22.222 | 18.750 | 22.222 | 18.750 | 22.222 | 20.000 | 22.222 | ns | 12 |
| Activate to Read or Write command delay time | tRCD | 15.000 | - | 16.250 | - | 16.250 | - | 17.500 | - | ns | 7 |
| Row Precharge Time | tRP | 15.000 | - | 16.250 | - | 16.250 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | tRAS | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | ns | 7 |
| Activate to Activate or Refresh command period | tRC (tRAS +tRP) | 47.000 | - | 48.250 | - | 48.250 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | CWL | CL-2 | | | | | | | | nCK | |

| Speed Bin[5] | tAAmin (ns)[5] | tRCDmin tRPmin (ns)[5] | Read CL[12] | | Supported Frequency Down Bins | | | | | | | | Unit | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 20.952 | - | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 20.000 | 17.500 | 32 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 18.750 | 16.250 | 30 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | ns | |
| 3200AN | 16.250 | 15.000 | 26 | tCK(AVG) | 0.625 | 0.681 | RESERVED | | | | | | ns | |
| Supported CL | | | | | 22,26,30,32 | | 22,30,32 | | 22,30,32 | | 22,32 | | nCK | |

## 10.16  3DS DDR5-3600 Speed Bins and Operations

### Table 288 — 3DS DDR5-3600 Speed Bins and Operations

| Speed Bin | | DDR5-3600AN 3DS | | DDR5-3600B 3DS | | DDR5-3600BN 3DS | | DDR5-3600C 3DS | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CL-nRCD-nRP** | | **30-26-26** | | **34-30-30** | | **34-30-30** | | **36-32-32** | | | |
| **Parameter** | **Symbol** | min | max | min | max | min | max | min | Max | | |
| Read command to first data | tAA | 16.666 | 22.222 | 18.750 | 22.222 | 18.888 | 22.222 | 20.000 | 22.222 | ns | 12 |
| Activate to Read or Write command delay time | tRCD | 14.444 | - | 16.250 | - | 16.666 | - | 17.500 | - | ns | 7 |
| Row Precharge Time | tRP | 14.444 | - | 16.250 | - | 16.666 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | tRAS | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | ns | 7 |
| Activate to Activate or Refresh command period | tRC (tRAS +tRP) | 46.444 | - | 48.250 | - | 48.666 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | CWL | CL-2 | | | | | | | | nCK | |

| Speed Bin[5] | tAAmin (ns)[5] | tRCDmin tRPmin (ns)[5] | Read CL[12] | | Supported Frequency Down Bins | | | | | | | | Unit | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 20.952 | - | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 20.000 | 17.500 | 32 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 18.750 | 16.250 | 30 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | | | ns | |
| 3200AN | 16.250 | 15.000 | 26 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 3600C | 20.000 | 17.777 | 36 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns | |
| 3600BN,B | 18.888 | 16.666 | 34 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | ns | |
| 3600AN | 16.666 | 14.444 | 30 | tCK(AVG) | 0.555 | <0.625 | RESERVED | | | | | | ns | |
| Supported CL | | | | | 22,30,32,34,36 | | 22,30,32,34,36 | | 22,32,34,36 | | 22,32,36 | | nCK | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 410

## 10.17  3DS DDR5-4000 Speed Bins and Operations

### Table 289 — 3DS DDR5-4000 Speed Bins and Operations

| Speed Bin | | DDR5-4000AN 3DS | | DDR5-4000B 3DS | | DDR5-4000BN 3DS | | DDR5-4000C 3DS | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CL-nRCD-nRP** | | **32-28-28** | | **38-32-32** | | **38-32-32** | | **40-35-35** | | | |
| **Parameter** | **Symbol** | min | max | min | max | min | max | min | Max | | |
| Read command to first data | tAA | 16.000 | 22.222 | 18.750 | 22.222 | 19.000 | 22.222 | 20.000 | 22.222 | ns | 12 |
| Activate to Read or Write command delay time | tRCD | 14.000 | - | 16.000 | - | 16.000 | - | 17.500 | - | ns | 7 |
| Row Precharge Time | tRP | 14.000 | - | 16.000 | - | 16.000 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | tRAS | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | ns | 7 |
| Activate to Activate or Refresh command period | tRC (tRAS +tRP) | 46.000 | - | 48.000 | - | 48.000 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | CWL | CL-2 | | | | | | | | nCK | |

| Speed Bin[5] | tAAmin (ns)[5] | tRCDmin tRPmin (ns)[5] | Read CL[12] | Supported Frequency Down Bins | | | | | | | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 20.952 | - | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 20.000 | 17.500 | 32 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 18.750 | 16.250 | 30 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | | | ns | |
| 3200AN | 16.250 | 15.000 | 26 | tCK(AVG) | 0.625 | 0.681 | RESERVED | | | | | | ns | |
| 3600C | 20.000 | 17.777 | 36 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns | |
| 3600BN,B | 18.888 | 16.666 | 34 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | | | ns | |
| 3600AN | 16.666 | 14.444 | 30 | tCK(AVG) | 0.555 | <0.625 | RESERVED | | | | | | ns | |
| 4000C | 20.000 | 17.500 | 40 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | ns | |
| 4000BN,B | 19.000 | 16.000 | 38 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | RESERVED | | ns | |
| 4000AN | 16.000 | 14.000 | 32 | tCK(AVG) | 0.500 | <0.555 | RESERVED | | | | | | ns | |
| Supported CL | | | | 22,26,30,32,34,36,38,40 | | | 22,30,32,34,36,38,40 | | 22,32,36,38,40 | | 22,32,36,40 | | nCK | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 10.18  3DS DDR5-4400 Speed Bins and Operations

### Table 290 — 3DS DDR5-4400 Speed Bins and Operations

| Speed Bin | | DDR5-4400AN 3DS | | DDR5-4400B 3DS | | DDR5-4400BN 3DS | | DDR5-4400C 3DS | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CL-nRCD-nRP | | 36-32-32 | | 42-36-36 | | 42-36-36 | | 44-39-39 | | | |
| Parameter | Symbol | min | max | min | max | min | max | min | Max | Unit | Note |
| Read command to first data | tAA | 16.363 | 22.222 | 18.750 | 22.222 | 19.090 | 22.222 | 20.000 | 22.222 | ns | 12 |
| Activate to Read or Write command delay time | tRCD | 14.545 | - | 16.000 | - | 16.363 | - | 17.500 | - | ns | 7 |
| Row Precharge Time | tRP | 14.545 | - | 16.000 | - | 16.363 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | tRAS | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | ns | 7 |
| Activate to Activate or Refresh command period | tRC (tRAS +tRP) | 46.545 | - | 48.000 | - | 48.363 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | CWL | CL-2 | | | | | | | | nCK | |

| Speed Bin[5] | tAAmin (ns)[5] | tRCDmin tRPmin (ns)[5] | Read CL[12] | Supported Frequency Down Bins | | | | | | | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 20.952 | - | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 20.000 | 17.500 | 32 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 18.750 | 16.250 | 30 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | | | ns | |
| 3200AN | 16.250 | 15.000 | 26 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 3600C | 20.000 | 17.777 | 36 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns | |
| 3600BN,B | 18.888 | 16.666 | 34 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | | | ns | |
| 3600AN | 16.666 | 14.444 | 30 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 4000C | 20.000 | 17.500 | 40 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | ns | |
| 4000BN,B | 19.000 | 16.000 | 38 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | RESERVED | | | | ns | |
| 4000AN | 16.000 | 14.000 | 32 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 4400C | 20.000 | 17.727 | 44 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | ns | |
| 4400BN,B | 19.090 | 16.363 | 42 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | RESERVED | | ns | |
| 4400AN | 16.363 | 14.545 | 36 | tCK(AVG) | 0.454 | <0.500 | RESERVED | | | | | | ns | |
| Supported CL | | | | 22,30,32,34,36,38,4 0,42,44 | | 22,30,32,34,36,38,4 0,42,44 | | 22,32,36,40,42,44 | | 22,32,36,40,44 | | nCK | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 412

## 10.19  3DS DDR5-4800 Speed Bins and Operations

### Table 291 — 3DS DDR5-4800 Speed Bins and Operations

| Speed Bin | | | DDR5-4800AN 3DS | | DDR5-4800B 3DS | | DDR5-4800BN 3DS | | DDR5-4800C 3DS | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CL-nRCD-nRP** | | | **40-34-34** | | **46-39-39** | | **46-40-40** | | **48-42-42** | | | |
| **Parameter** | | **Symbol** | min | max | min | max | min | max | min | Max | | |
| Read command to first data | | tAA | 16.666 | 22.222 | 18.750 | 22.222 | 19.166 | 22.222 | 20.000 | 22.222 | ns | 12 |
| Activate to Read or Write command delay time | | tRCD | 14.166 | - | 16.000 | - | 16.666 | - | 17.500 | - | ns | 7 |
| Row Precharge Time | | tRP | 14.166 | - | 16.000 | - | 16.666 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | | tRAS | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | ns | 7 |
| Activate to Activate or Refresh command period | | tRC (tRAS +tRP) | 46.166 | - | 48.000 | - | 48.666 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | | CWL | CL-2 | | | | | | | | nCK | |
| Speed Bin[5] | tAAmin (ns)[5] | tRCDmin tRPmin (ns)[5] | Read CL[12] | | Supported Frequency Down Bins | | | | | | | |
| - | 20.952 | - | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 20.000 | 17.500 | 32 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 18.750 | 16.250 | 30 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | | | ns | |
| 3200AN | 16.250 | 15.000 | 26 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 3600C | 20.000 | 17.777 | 36 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns | |
| 3600BN,B | 18.888 | 16.666 | 34 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | | | ns | |
| 3600AN | 16.666 | 14.444 | 30 | tCK(AVG) | 0.555 | <0.625 | RESERVED | | | | | | ns | |
| 4000C | 20.000 | 17.500 | 40 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | ns | |
| 4000BN,B | 19.000 | 16.000 | 38 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | RESERVED | | | | ns | |
| 4000AN | 16.000 | 14.000 | 32 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 4400C | 20.000 | 17.727 | 44 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | ns | |
| 4400BN,B | 19.090 | 16.363 | 42 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | RESERVED | | | | ns | |
| 4400AN | 16.363 | 14.545 | 36 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 4800C | 20.000 | 17.500 | 48 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | ns | |
| 4800BN | 19.166 | 16.666 | 46 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800B | 19.166 | 16.250 | 46 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | | | ns | |
| 4800AN | 16.666 | 14.166 | 40 | tCK(AVG) | 0.416 | <0.454 | RESERVED | | | | | | ns | |
| Supported CL | | | | | 22,30,32,34,36,38, 40,42,44,46,48 | | 22,30,32,34,36,38, 40,42,44,46,48 | | 22,32,36,40,44,46, 48 | | 22,32,36,40,44,48 | | nCK | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 10.20  3DS DDR5-5200 Speed Bins and Operations

### Table 292 — 3DS DDR5-5200 Speed Bins and Operations

| Speed Bin | | DDR5-5200AN 3DS | | DDR5-5200B 3DS | | DDR5-5200BN 3DS | | DDR5-5200C 3DS | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CL-nRCD-nRP** | | 42-38-38 | | 50-42-42 | | 50-42-42 | | 52-46-46 | | | |
| **Parameter** | **Symbol** | min | max | min | max | min | max | min | Max | | |
| Read command to first data | $t_{AA}$ | 16.153 | 22.222 | 18.750 | 22.222 | 19.230 | 22.222 | 20.000 | 22.222 | ns | 12 |
| Activate to Read or Write command delay time | $t_{RCD}$ | 14.615 | - | 16.000 | - | 16.153 | - | 17.500 | - | ns | 7 |
| Row Precharge Time | $t_{RP}$ | 14.615 | - | 16.000 | - | 16.153 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | $t_{RAS}$ | 32.000 | 5 x $t_{REFI1}$ | 32.000 | 5 x $t_{REFI1}$ | 32.000 | 5 x $t_{REFI1}$ | 32.000 | 5 x $t_{REFI1}$ | ns | 7 |
| Activate to Activate or Refresh command period | $t_{RC}$ ($t_{RAS}$ +$t_{RP}$) | 46.615 | - | 48.000 | - | 48.153 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | CWL | CL-2 | | | | | | | | nCK | |

| Speed Bin[5] | $t_{AAmin}$ (ns)[5] | $t_{RCDmin}$ $t_{RPmin}$ (ns)[5] | Read CL[12] | Supported Frequency Down Bins | | | | | | | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 20.952 | - | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 20.000 | 17.500 | 32 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 18.750 | 16.250 | 30 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | | | ns | |
| 3200AN | 16.250 | 15.000 | 26 | tCK(AVG) | 0.625 | 0.681 | RESERVED | | | | | | ns | |
| 3600C | 20.000 | 17.777 | 36 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns | |
| 3600BN,B | 18.888 | 16.666 | 34 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | | | ns | |
| 3600AN | 16.666 | 14.444 | 30 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 4000C | 20.000 | 17.500 | 40 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | ns | |
| 4000BN,B | 19.000 | 16.000 | 38 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | RESERVED | | | | ns | |
| 4000AN | 16.000 | 14.000 | 32 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 4400C | 20.000 | 17.727 | 44 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | ns | |
| 4400BN,B | 19.090 | 16.363 | 42 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | RESERVED | | | | ns | |
| 4400AN | 16.363 | 14.545 | 36 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 4800C | 20.000 | 17.500 | 48 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | ns | |
| 4800BN | 19.166 | 16.666 | 46 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | | | ns | |
| 4800B | 19.166 | 16.250 | 46 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | | | ns | |
| 4800AN | 16.666 | 14.166 | 40 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 5200C | 20.000 | 17.692 | 52 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | ns | |
| 5200BN,B | 19.230 | 16.153 | 50 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | RESERVED | | | | ns | |
| 5200AN | 16.153 | 14.615 | 42 | tCK(AVG) | 0.384 | <0.416 | RESERVED | | | | | | ns | |
| Supported CL | | | | 22,26,30,32,34,36,38,40,42,44,46,48,50,52 | | 22,30,32,34,36,38,40,42,44,46,48,50,52 | | 22,32,36,40,44,48,50,52 | | 22,32,36,40,44,48,52 | | nCK | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 414

## 10.21  3DS DDR5-5600 Speed Bins and Operations

### Table 293 — 3DS DDR5-5600 Speed Bins and Operations

| Speed Bin | | Symbol | DDR5-5600AN 3DS | | DDR5-5600B 3DS | | DDR5-5600BN 3DS | | DDR5-5600C 3DS | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CL-nRCD-nRP | | | 46-40-40 | | 52-45-45 | | 52-46-46 | | 56-49-49 | | | |
| Parameter | | Symbol | min | max | min | max | min | max | min | Max | | |
| Read command to first data | | tAA | 16.428 | 22.222 | 18.571 | 22.222 | 18.571 | 22.222 | 20.000 | 22.222 | ns | 12 |
| Activate to Read or Write command delay time | | tRCD | 14.285 | - | 16.000 | - | 16.428 | - | 17.500 | - | ns | 7 |
| Row Precharge Time | | tRP | 14.285 | - | 16.000 | - | 16.422 8 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | | tRAS | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | ns | 7 |
| Activate to Activate or Refresh command period | | tRC (tRAS +tRP) | 46.285 | - | 48.000 | - | 48.428 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | | CWL | CL-2 | | | | | | | | nCK | |
| Speed Bin[5] | tAAmin (ns)[5] | tRCDmin tRPmin (ns)[5] | Read CL[12] | Supported Frequency Down Bins | | | | | | | | | |
| - | 20.952 | | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 20.000 | 17.500 | 32 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 18.750 | 16.250 | 30 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | | | ns | |
| 3200AN | 16.250 | 15.000 | 26 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 3600C | 20.000 | 17.777 | 36 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns | |
| 3600BN,B | 18.888 | 16.666 | 34 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | ns | |
| 3600AN | 16.666 | 14.444 | 30 | tCK(AVG) | 0.555 | <0.625 | RESERVED | | | | | | ns | |
| 4000C | 20.000 | 17.500 | 40 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | ns | |
| 4000BN,B | 19.000 | 16.000 | 38 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | RESERVED | | | | ns | |
| 4000AN | 16.000 | 14.000 | 32 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 4400C | 20.000 | 17.727 | 44 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | ns | |
| 4400BN,B | 19.090 | 16.363 | 42 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | RESERVED | | | | ns | |
| 4400AN | 16.363 | 14.545 | 36 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 4800C | 20.000 | 17.500 | 48 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | ns | |
| 4800BN | 19.166 | 16.666 | 46 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800B | 19.166 | 16.250 | 46 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | | | ns | |
| 4800AN | 16.666 | 14.166 | 40 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 5200C | 20.000 | 17.692 | 52 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | ns | |
| 5200BN,B | 19.230 | 16.153 | 50 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | RESERVED | | | | ns | |
| 5200AN | 16.153 | 14.615 | 42 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 5600C | 20.000 | 17.500 | 56 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | ns | |
| 5600BN | 18.571 | 16.428 | 52 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | ns | |
| 5600B | 18.571 | 16.071 | 52 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | | | ns | |
| 5600AN | 16.428 | 14.285 | 46 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| Supported CL | | | | 22,30,32,34,36,38,4 0,42,44,46,48,50, 52,56 | | 22,30,32,34,36,38,4 0,42,44,46,48,50, 52,56 | | 22,32,34,36,40,44,4 6,48,52,56 | | 22,32,36,40,44,48, 52,56 | | nCK | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 10.22  3DS DDR5-6000 Speed Bins and Operations

### Table 294 — 3DS DDR5-6000 Speed Bins and Operations

| Speed Bin | | DDR5-6000AN 3DS | | DDR5-6000B 3DS | | DDR5-6000BN 3DS | | DDR5-6000C 3DS | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CL-nRCD-nRP | | 48-42-42 | | 56-48-48 | | 56-48-48 | | 60-53-53 | | | |
| Parameter | Symbol | min | max | min | max | min | max | min | Max | | |
| Read command to first data | tAA | 16.000 | 22.222 | 18.571 | 22.222 | 18.666 | 22.222 | 20.000 | 22.222 | ns | 12 |
| Activate to Read or Write command delay time | tRCD | 14.000 | - | 16.000 | - | 16.000 | - | 17.500 | - | ns | 7 |
| Row Precharge Time | tRP | 14.000 | - | 16.000 | - | 16.000 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | tRAS | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | ns | 7 |
| Activate to Activate or Refresh command period | tRC (tRAS +tRP) | 46.000 | - | 48.000 | - | 48.000 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | CWL | CL-2 | | | | | | | | nCK | |

| Speed Bin[5] | tAAmin (ns)[5] | tRCDmin tRPmin (ns)[5] | Read CL[12] | Supported Frequency Down Bins | | | | | | | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | 20.952 | - | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 20.000 | 17.500 | 32 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 18.750 | 16.250 | 30 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | <0.681 | RESERVED | | ns | |
| 3200AN | 16.250 | 15.000 | 26 | tCK(AVG) | 0.625 | 0.681 | RESERVED | | | | | | ns | |
| 3600C | 20.000 | 17.777 | 36 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns | |
| 3600BN,B | 18.888 | 16.666 | 34 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | ns | |
| 3600AN | 16.666 | 14.444 | 30 | tCK(AVG) | 0.555 | <0.625 | RESERVED | | | | | | ns | |
| 4000C | 20.000 | 17.500 | 40 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | ns | |
| 4000BN,B | 19.000 | 16.000 | 38 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | RESERVED | | ns | |
| 4000AN | 16.000 | 14.000 | 32 | tCK(AVG) | 0.500 | <0.555 | RESERVED | | | | | | ns | |
| 4400C | 20.000 | 17.727 | 44 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | ns | |
| 4400BN,B | 19.090 | 16.363 | 42 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | RESERVED | | ns | |
| 4400AN | 16.363 | 14.545 | 36 | tCK(AVG) | 0.454 | <0.500 | RESERVED | | | | | | ns | |
| 4800C | 20.000 | 17.500 | 48 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | ns | |
| 4800BN | 19.166 | 16.666 | 46 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800B | 19.166 | 16.250 | 46 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800AN | 16.666 | 14.166 | 40 | tCK(AVG) | 0.416 | <0.454 | RESERVED | | | | | | ns | |
| 5200C | 20.000 | 17.692 | 52 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | ns | |
| 5200BN,B | 19.230 | 16.153 | 52 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | RESERVED | | ns | |
| 5200AN | 16.153 | 14.615 | 42 | tCK(AVG) | 0.384 | <0.416 | RESERVED | | | | | | ns | |
| 5600C | 20.000 | 17.500 | 56 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | ns | |
| 5600BN | 18.571 | 16.428 | 52 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | | | ns | |
| 5600B | 18.571 | 16.071 | 52 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | | | ns | |
| 5600AN | 16.428 | 14.285 | 46 | tCK(AVG) | 0.357 | <0.384 | RESERVED | | | | | | ns | |
| 6000C | 20.000 | 17.666 | 60 | tCK(AVG) | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | ns | |
| 6000BN,B | 18.666 | 16.000 | 56 | tCK(AVG) | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | RESERVED | | ns | |
| 6000AN | 16.600 | 14.000 | 48 | tCK(AVG) | 0.333 | <0.357 | RESERVED | | | | | | ns | |
| Supported CL | | | | 22,26,30,32,34,36,38,40,42,44,46,48,50,52,60 | | 22,30,32,34,36,38,40,42,44,46,48),50,52,56,60 | | 22,30,32,34,36,38,40,42,44,46,48,50,52,56,60 | | 22,32,36,40,44,48,52,56,60 | | nCK | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 416

## 10.23  3DS DDR5-6400 Speed Bins and Operations

### Table 295 — 3DS DDR5-6400 Speed Bins and Operations

| Speed Bin | | | DDR5-6400AN 3DS | | DDR5-6400B 3DS | | DDR5-6400BN 3DS | | DDR5-6400C 3DS | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CL-nRCD-nRP | | | 52-46-46 | | 60-52-52 | | 60-52-52 | | 64-56-56 | | Unit | Note |
| Parameter | | Symbol | min | max | min | max | min | max | min | Max | | |
| Read command to first data | | tAA | 16.250 | 22.222 | 18.571 | 22.222 | 18.750 | 22.222 | 20.000 | 22.222 | ns | 12 |
| Activate to Read or Write command delay time | | tRCD | 14.375 | - | 16.000 | - | 16.250 | - | 17.500 | - | ns | 7 |
| Row Precharge Time | | tRP | 14.375 | - | 16.000 | - | 16.250 | - | 17.500 | - | ns | 7 |
| Activate to Precharge command period | | tRAS | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | 32.000 | 5 x tREFI1 | ns | 7 |
| Activate to Activate or Refresh command period | | tRC (tRAS +tRP) | 46.375 | - | 48.000 | - | 48.250 | - | 49.500 | - | ns | 7,8 |
| CAS Write Latency | | CWL | CL-2 | | | | | | | | nCK | |
| Speed Bin[5] | tAAmin (ns)[5] | tRCDmin tRPmin (ns)[5] | Read CL[12] | Supported Frequency Down Bins | | | | | | | | |
| - | 20.952 | - | 22 | tCK(AVG) | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | 0.952 | 1.010 | ns | 6,9 |
| 3200C | 20.000 | 17.500 | 32 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | ns | |
| 3200BN,B | 18.750 | 16.250 | 30 | tCK(AVG) | 0.625 | 0.681 | 0.625 | 0.681 | 0.625 | 0.681 | RESERVED | | ns | |
| 3200AN | 16.250 | 15.000 | 26 | tCK(AVG) | 0.625 | 0.681 | RESERVED | | | | | | ns | |
| 3600C | 20.000 | 17.777 | 36 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | ns | |
| 3600BN,B | 18.888 | 16.666 | 34 | tCK(AVG) | 0.555 | <0.625 | 0.555 | <0.625 | 0.555 | <0.625 | RESERVED | | ns | |
| 3600AN | 16.666 | 14.444 | 30 | tCK(AVG) | 0.555 | <0.625 | RESERVED | | | | | | ns | |
| 4000C | 20.000 | 17.500 | 40 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | 0.500 | <0.555 | ns | |
| 4000BN,B | 19.000 | 16.000 | 38 | tCK(AVG) | 0.500 | <0.555 | 0.500 | <0.555 | RESERVED | | | | ns | |
| 4000AN | 16.000 | 14.000 | 32 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 4400C | 20.000 | 17.727 | 44 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | ns | |
| 4400BN,B | 19.090 | 16.363 | 42 | tCK(AVG) | 0.454 | <0.500 | 0.454 | <0.500 | 0.454 | <0.500 | RESERVED | | ns | |
| 4400AN | 16.363 | 14.545 | 36 | tCK(AVG) | 0.454 | <0.500 | RESERVED | | | | | | ns | |
| 4800C | 20.000 | 17.500 | 48 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | ns | |
| 4800BN | 19.166 | 16.666 | 46 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800B | 19.166 | 16.250 | 46 | tCK(AVG) | 0.416 | <0.454 | 0.416 | <0.454 | 0.416 | <0.454 | RESERVED | | ns | |
| 4800AN | 16.666 | 14.166 | 40 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 5200C | 20.000 | 17.692 | 52 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | 0.384 | <0.416 | ns | |
| 5200BN,B | 19.230 | 16.153 | 50 | tCK(AVG) | 0.384 | <0.416 | 0.384 | <0.416 | RESERVED | | | | ns | |
| 5200AN | 16.153 | 14.615 | 42 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 5600C | 20.000 | 17.500 | 56 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | 0.357 | <0.384 | ns | |
| 5600BN | 18.571 | 16.428 | 52 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | | | ns | |
| 5600B | 18.571 | 16.071 | 52 | tCK(AVG) | 0.357 | <0.384 | 0.357 | <0.384 | RESERVED | | | | ns | |
| 5600AN | 16.428 | 14.285 | 46 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 6000C | 20.000 | 17.666 | 60 | tCK(AVG) | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | 0.333 | <0.357 | ns | |
| 6000BN,B | 18.666 | 16.000 | 56 | tCK(AVG) | 0.333 | <0.357 | 0.333 | <0.357 | RESERVED | | | | ns | |
| 6000AN | 16.600 | 14.000 | 48 | tCK(AVG) | RESERVED | | | | | | | | ns | |
| 6400C | 20.000 | 17.500 | 64 | tCK(AVG) | 0.312 | <0.333 | 0.312 | <0.333 | 0.312 | <0.333 | 0.312 | <0.333 | ns | |
| 6400BN,B | 18.750 | 16.250 | 60 | tCK(AVG) | 0.312 | <0.333 | 0.312 | <0.333 | 0.312 | <0.333 | RESERVED | | ns | |
| 6400AN | 16.250 | 14.375 | 52 | tCK(AVG) | 0.312 | <0.333 | RESERVED | | | | | | ns | |
| Supported CL | | | | 22,26,30,32,34,36,38,40,42,44,46,48,50,52,56,60,64 | | 22,30,32,34,36,38,40,42,44,46,48,50,52,56,60,64 | | 22,30,32,34,36,40,42,44,46,48,52,56,60,64 | | 22,32,36,40,44,48,52,56,60,64 | | nCK | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 10.23   3DS DDR5-6400 Speed Bins and Operations (cont'd)

### DDR5 Speed Bin Table Note(s)

1. Minimum timing parameters are defined according to the rules in the Rounding Definitions and Algorithms section.
2. The translation of all timing parameters from ns values to nCK values shall follow the Rounding Algorithm. The translation of tAA to CL shall follow the explicit combinations listed in the Speed Bin Tables.
3. The CL setting and CWL setting result in tCK(avg).MIN and tCK(avg).MAX requirements. When selecting tCK(avg), requirements from the CL setting as well as requirements from the CWL setting shall be fulfilled.
4. 'Reserved' settings are not allowed. The user shall program a different value.
5. This column shows the intended native speed bin timings to be replaced and supported when down clocking. This column does not necessarily show the actual minimum speed bin timings allowed and supported when down clocking because the timings could be faster according to the Rounding Algorithm, depending on the specific speed bin and down clock frequency combination.
6. DDR5-3200 AC timings apply if the DRAM operates slower than the 2933 MT/s data rate. This is not limited to only the Speed Bin Table timings.
7. Parameters apply from tCK(avg)min to tCK(avg)max.
8. tRC(min) shall always be greater than or equal to tRAS(min) + tRP(min), and when using the appropriate rounding algorithms, nRC(min) shall always be greater than or equal to nRAS(min) + nRP(min).
9. tCK(avg).max of 1.010 ns (1980 MT/s data rate) is defined to allow for 1% SSC down-spreading at a data rate of 2000MT/s according to JESD404-1.
10. Each speed bin lists the timing requirements that need to be supported in order for a given DRAM to be JEDEC standard. The JEDEC standard does not require support for all speed bins within a given speed. The JEDEC standard requires meeting the parameters for a least one of the listed speed bins.
11. Any speed bin also supports functional operation at slower frequencies as shown in the table which are not subject to Production Tests but are verified by Design/Characterization.
12. The CL Algorithm can be used to mathematically determine the valid CAS Latencies listed in the Speed Bin Tables. The CL Algorithm calculates supported CAS Latencies by rounding the operating frequency up to the next faster native speed bin (i.e., 3200 MT/s, 3600 MT/s...). Using the resulting tCK(AVG)min, and the bin target timings, the CL Algorithm then uses the Rounding Algorithm to calculate the valid CAS Latency. Because the DDR5 SDRAM specification only supports even CAS Latencies, odd CAS Latencies are rounded up to the next even CAS Latency. The 1980-2100 MT/s data rate always uses CL22. If tAA(corrected) or tRCDtRP(corrected) are violated, the CL Algorithm uses a slower combination of tAA(target) and tRCDtRP(target) to return slower valid CAS Latencies. The DDR5 SDRAM can support up to four valid CAS Latencies, CL(AN), CL(B), CL(BN), and CL(C), for a given frequency. tAA(corrected) and tRCDtRP(corrected) are calculated by reducing tAA(min), tRCD(min), and tRP(min) by the Rounding Algorithm correction factor. The proper setting of CL shall be determined by the memory controller, either by using the Speed Bin Tables, or by using the CL Algorithm, or by some other means. Refer to the Rounding Definitions and Algorithm section for more information.

```
// Variables already defined in other areas of the DDR5 SDRAM specification
CorrFact     = 0.30                                // (%)  Rounding Algorithm correction factor
ScaledCorrFact = 997                               // (%)  Scaled correction factor (1000*(1-0.30%))
tCKreal      =1011-952, 682-238                    // (ps) Real application tCK(AVG) (1980-2100MT/s, 2933-8400MT/s)
tAAmin       MONO=14000-17500, 3DS=16000-20000     // (ps) From Speed Bin Tables and DIMM SPD bytes 30-31
tRCDtRPmin   MONO=14000-17500, 3DS=14000-17500     // (ps) From Speed Bin Tables and DIMM SPD bytes 32-33 (tRCD=tRP)
tAAcorr      = TRUNC(tAAmin*ScaledCorrFactor/1000) // (ps) Corrected tAA(min) per the Rounding Algorithm rules
tRCDtRPcorr  = TRUNC(tRCDtRPmin*ScaledCorrFactor/1000) // (ps) Corrected tRCD(min), tRP(min) per the Rounding Algorithm
FUNC[RA(targ] = TRUNC((ttarg*ScaledCorrFact/tCKstd+1000)/1000) // (nCK) Use Rounding Algorithm to convert bin target timing to nCK
// Round tCKreal down to the next faster standard frequency (tCK in ps)
IF (TRUNC(2000000/(2000*99%))>=TRUNC(tCKreal)>=TRUNC(2000000/(2000*105%)))         // Check for  1980-2100 nominal data rates
   tCKstd=TRUNC(2000000/2000)                                                      // Assign standard 2000 tCK (ps)
ELSE IF (TRUNC(2000000/(2000+7*(133+1/3)))>=TRUNC(tCKreal)>=TRUNC(2000000/3200))   // Check for  2933-3200 nominal data rates
   tCKstd=TRUNC(2000000/3200)                                                      // Assign standard 3200 tCK (ps)
ELSE
   FOR (DataRateNom=3200; DataRateNom<=8000; DataRateNom=DataRateNom+400)          // Check for >3200-8400 nominal data rates
      IF (TRUNC(2000000/DataRateNom)>TRUNC(tCKreal)>=TRUNC(2000000/(DataRateNom+400)))
         tCKstd=TRUNC(2000000/(DataRateNom+400))                                   // Assign standard 3600-8400 tCK (ps)
      ELSE
         tCKstd=RESERVED                                                           // No valid data rate found

// Timing targets (ps) that have been used to define the Speed Bin Tables
// MONO targets            3DS targets
   BinAN_tAAtarg   = 14000 BinAN_tAAtarg    = 16000      // tAA target for AN bins
   BinB__tAAtarg   = 16000 BinB__tAAtarg    = 18500      // tAA target for AN, B bins
   BinBN_tAAtarg   = 16000 BinBN_tAAtarg    = 18500      // tAA target for AN, B, BN bins
   BinC__tAAtarg   = 17500 BinC__tAAtarg    = 20000      // tAA target for AN, B, BN, C bins
   BinAN_tRCDtRPtarg = 14000 BinAN_tRCDtRPtarg = 14000   // tRCD, tRP target for AN bins
   BinBN_tRCDtRPtarg = 16000 BinBN_tRCDtRPtarg = 16000   // tRCD, tRP target for AN, B, BN bins
   BinC__tRCDtRPtarg = 17500 BinC__tRCDtRPtarg = 17500   // tRCD, tRP target for AN, B, BN, C bins
IF (TRUNC(2000000/3600)>tCKstd)                          // tRCD, tRP target for B bins is frequency dependent
   BinB__tRCDtRPtarg = 16000 BinB__tRCDtRPtarg = 16000   // tRCD, tRP target for AN, B bins data rates faster than 3600
ELSE
   // 16250=(2000000/3200)*EVEN(TRUNC((BinB__tRCDtRPtarg*ScaledCorrFact/(2000000/3200)+1000)/1000))
   BinB__tRCDtRPtarg = 16250 BinB__tRCDtRPtarg = 16250   // tRCD, tRP target for AN, B bins for data rates 3600 and slower

// CL Algorithm using variables defined above
// Up to four valid CL's can be returned for a specific freq: CL(AN), CL(B), CL(BN), CL(C), depending on tAAmin, tRCDmin, tRPmin
// The B and BN bins return the same CL
// Only even CL's (not odd CL's) are valid per the DDR5 SDRAM specification
// nRCD, nRP are only even at standard native frequencies for the AN, BN bins (can be even or odd at intermediate frequencies)
// nRCD, nRP may be even or odd at standard native frequencies for the B, C bins (can be even or odd at intermediate frequencies)
IF (TRUNC(2000000/2000)=tCKstd)                          // CL22 is the only valid CL for 1980-2100 data rates
   CL(AN)=22                                             // Valid even CL for AN bins
```

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 418

## 10.23   3DS DDR5-6400 Speed Bins and Operations (cont'd)

```
        CL(B )=22                                           // Valid even CL for AN, B, bins
        CL(BN)=22                                           // Valid even CL for AN, B, BN bins
        CL(C )=22                                           // Valid even CL for AN, B, BN, C bins
ELSE IF (TRUNC(2000000/3200)>=tCKstd>=TRUNC(2000000/8400))  // Valid CL for 2933-8400 data rates
    IF    ((EVEN(RA(BinAN_tAAtarg))*tCKstd>=tAAcorr)AND(EVEN(RA(BinAN_tRCDtRPtarg))*tCKstd>=tRCDtRPcorr)) // nRCD, nRP even only
        CL(AN)=EVEN(RA(BinAN_tAAtarg))                      // Valid even CL for AN bins
        CL(B )=EVEN(RA(BinB _tAAtarg))                      // Valid even CL for B, bins
        CL(BN)=EVEN(RA(BinBN_tAAtarg))                      // Valid even CL for AN, B, BN bins
        CL(C )=EVEN(RA(BinC _tAAtarg))                      // Valid even CL for AN, B, BN, C bins
    ELSE IF ((EVEN(RA(BinB _tAAtarg))*tCKstd>=tAAcorr)AND(   (RA(BinB _tRCDtRPtarg))*tCKstd>=tRCDtRPcorr)) // nRCD, nRP even, odd
        CL(AN)=RESERVED                                     // Valid even CL for AN bins
        CL(B )=EVEN(RA(BinB _tAAtarg))                      // Valid even CL for AN, B, bins
        CL(BN)=EVEN(RA(BinBN_tAAtarg))                      // Valid even CL for AN, B, BN bins
        CL(C )=EVEN(RA(BinC _tAAtarg))                      // Valid even CL for AN, B, BN, C bins
    ELSE IF ((EVEN(RA(BinBN_tAAtarg))*tCKstd>=tAAcorr)AND(EVEN(RA(BinBN_tRCDtRPtarg))*tCKstd>=tRCDtRPcorr)) // nRCD, nRP even only
        CL(AN)=RESERVED                                     // Valid even CL for AN bins
        CL(B )=RESERVED                                     // Valid even CL for AN, B bins
        CL(BN)=EVEN(RA(BinBN_tAAtarg))                      // Valid even CL for AN, B, BN bins
        CL(C )=EVEN(RA(BinC _tAAtarg))                      // Valid even CL for AN, B, BN, C bins
    ELSE IF ((EVEN(RA(BinC _tAAtarg))*tCKstd>=tAAcorr)AND(   (RA(BinC _tRCDtRPtarg))*tCKstd>=tRCDtRPcorr)) // nRCD, nRP even, odd
        CL(AN)=RESERVED                                     // Valid even CL for AN bins
        CL(B )=RESERVED                                     // Valid even CL for AN, B bins
        CL(BN)=RESERVED                                     // Valid even CL for AN, B, BN bins
        CL(C )=EVEN(RA(BinC _tAAtarg))                      // Valid even CL for AN, B, BN, C bins
    ELSE                                                    // No valid CL found (tAAmin, tRCDmin, tRPmin are too slow)
        CL(AN)=RESERVED                                     // Valid even CL for AN bins
        CL(B )=RESERVED                                     // Valid even CL for AN, B bins
        CL(BN)=RESERVED                                     // Valid even CL for AN, B, BN bins
        CL(C )=RESERVED                                     // Valid even CL for AN, B, BN, C bins
ELSE                                                        // No valid data rate found
    CL(AN)=RESERVED                                         // Valid even CL for AN bins
    CL(B )=RESERVED                                         // Valid even CL for AN, B bins
    CL(BN)=RESERVED                                         // Valid even CL for AN, B, BN bins
    CL(C )=RESERVED                                         // Valid even CL for AN, B, BN, C bins
```

## 10.24  3DS DDR5-6800 Speed Bins and Operations

### Table 296 — 3DS DDR5-6800 Speed Bins and Operations

| Speed Bin | | | DDR5-6800AN | | DDR5-6800B | | DDR5-6800BN | | DDR5-6800C | | Unit | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CL-nRCD-nRP | | | 48-48-48 | | 48-48-48 | | 48-48-48 | | 48-48-48 | | | |
| Parameter | | Symbol | min | max | min | max | min | max | min | Max | | |
| Read command to first data | | tAA | 16.470 | | 18.571 | | 18.823 | | 20.000 | | ns | 12 |
| Activate to Read or Write command delay time | | tRCD | 14.117 | | 16.000 | | 16.470 | | 17.500 | | ns | 7 |
| Row Precharge Time | | tRP | 14.117 | | 16.000 | | 16.470 | | 17.500 | | ns | 7 |
| Activate to Precharge command period | | tRAS | 32.000 | 5 x tREFI | 32.000 | 5 x tREFI | 32.000 | 5 x tREFI | 32.000 | 5 x tREFI | ns | 7 |
| Activate to Activate or Refresh command period | | tRC (tRAS +tRP) | 46.117 | | 48.000 | | 48.000 | | 49.500 | | ns | 7,8 |
| CAS Write Latency | | CWL | CL-2 | | | | | | | | nCK | |
| Speed Bin | tAAmin (ns) | tRCDmin tRPmin (ns) | Ideal CL-x | Supported Frequency Table | | | | | | | | |
| | | | CL=xx | tCK(AVG) | | | | | | | | ns | |
| | | | CL=xx | tCK(AVG) | | | | | | | | ns | |
| | | | CL=xx | tCK(AVG) | | | | | | | | ns | |
| Supported CL | | | | | | | | | | | nCK | |

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

## 10.25  3DS DDR5-7200 Speed Bins and Operations

### Table 297 — 3DS DDR5-7200 Speed Bins and Operations

| Speed Bin | | | DDR5-7200AN | | DDR5-7200B | | DDR5-7200BN | | DDR5-7200C | | Unit | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CL-nRCD-nRP | | | 58-52-52 | | 56-58-58 | | 60-60-60 | | 72-65-65 | | | |
| Parameter | | Symbol | min | max | min | max | min | max | min | Max | | |
| Read command to first data | | tAA | 16.111 | | 18.571 | | 18.888 | | 20.000 | | ns | 12 |
| Activate to Read or Write command delay time | | tRCD | 14.444 | | 16.000 | | 16.111 | | 17.500 | | ns | 7 |
| Row Precharge Time | | tRP | 14.444 | | 16.000 | | 16.111 | | 17.500 | | ns | 7 |
| Activate to Precharge command period | | tRAS | 32.000 | 5 x tREFI | 32.000 | 5 x tREFI | 32.000 | 5 x tREFI | 32.000 | 5 x tREFI | ns | 7 |
| Activate to Activate or Refresh command period | | tRC (tRAS +tRP) | 46.444 | | 48.000 | | 48.111 | | 49.500 | | ns | 7,8 |
| CAS Write Latency | | CWL | CL-2 | | | | | | | | nCK | |
| Speed Bin | tAAmin (tAA) | tRCDmin (tRPmin (tRP)) | Read CL-12 | Supported Frequency Table | | | | | | | | |
| | | CL=xx | tCK(AVG) | | | | | | | | ns | |
| | | CL=xx | tCK(AVG) | | | | | | | | ns | |
| | | CL=xx | tCK(AVG) | | | | | | | | ns | |
| Supported CL | | | | | | | | | | | nCK | |

## 10.26  3DS DDR5-7600 Speed Bins and Operations

### Table 298 — 3DS DDR5-7600 Speed Bins and Operations

| Speed Bin | | | DDR5-7600AN | | DDR5-7600B | | DDR5-7600BN | | DDR5-7600C | | Unit | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CL-nRCD-nRP | | | 62-54-54 | | 62-61-61 | | 62-62-62 | | 76-67-67 | | | |
| Parameter | | Symbol | min | max | min | max | min | max | min | Max | | |
| Read command to first data | | tAA | 16.315 | | 18.571 | | 18.947 | | 20.000 | | ns | 12 |
| Activate to Read or Write command delay time | | tRCD | 14.210 | | 16.000 | | 16.315 | | 17.500 | | ns | 7 |
| Row Precharge Time | | tRP | 14.210 | | 16.000 | | 16.315 | | 17.500 | | ns | 7 |
| Activate to Precharge command period | | tRAS | 32.000 | 5 x tREFI | 32.000 | 5 x tREFI | 32.000 | 5 x tREFI | 32.000 | 5 x tREFI | ns | 7 |
| Activate to Activate or Refresh command period | | tRC (tRAS +tRP) | 46.210 | | 48.000 | | 48.315 | | 49.500 | | ns | 7,8 |
| CAS Write Latency | | CWL | CL-2 | | | | | | | | nCK | |
| Speed Bin | tAAmin (tAA) | tRCDmin (tRPmin (tRP)) | Read CL-12 | Supported Frequency Table | | | | | | | | |
| | | CL=xx | tCK(AVG) | | | | | | | | ns | |
| | | CL=xx | tCK(AVG) | | | | | | | | ns | |
| | | CL=xx | tCK(AVG) | | | | | | | | ns | |
| Supported CL | | | | | | | | | | | nCK | |

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 420

## 10.27  3DS DDR5-8000 Speed Bins and Operations

### Table 299 — 3DS DDR5-8000 Speed Bins and Operations

| Speed Bin | | | DDR5-8000AN | | DDR5-8000B | | DDR5-8000BN | | DDR5-8000C | | Unit | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CL-nRCD-nRP | | | 64-66-66 | | 70-66-66 | | 74-66-66 | | 80-70-70 | | | |
| Parameter | | Symbol | min | max | min | max | min | max | min | Max | | |
| Read command to first data | | tAA | 16.000 | | 18.500 | | 18.500 | | 20.000 | | ns | 12 |
| Activate to Read or Write command delay time | | tRCD | 14.000 | | 16.000 | | 16.000 | | 17.500 | | ns | 7 |
| Row Precharge Time | | tRP | 14.000 | | 16.000 | | 16.000 | | 17.500 | | ns | 7 |
| Activate to Precharge command period | | tRAS | 32.000 | 5 x tREFI | 32.000 | 5 x tREFI | 32.000 | 5 x tREFI | 32.000 | 5 x tREFI | ns | 7 |
| Activate to Activate or Refresh command period | | tRC (tRAS +tRP) | 46.000 | | 48.000 | | 48.000 | | 49.500 | | ns | 7,8 |
| CAS Write Latency | | CWL | CL-2 | | | | | | | | nCK | |
| Speed Bin | tAA min (tRAS) | tRCD min (tREFI) | Read CL:12 | Supported Frequency Table | | | | | | | | |
| | | | CL=xx | tCK(AVG) | | | | | | | ns | |
| | | | CL=xx | tCK(AVG) | | | | | | | ns | |
| | | | CL=xx | tCK(AVG) | | | | | | | ns | |
| Supported CL | | | | | | | | | | | nCK | |

## 10.28  3DS DDR5-8400 Speed Bins and Operations

### Table 300 — 3DS DDR5-8400 Speed Bins and Operations

| Speed Bin | | | DDR5-8400AN | | DDR5-8400B | | DDR5-8400BN | | DDR5-8400C | | Unit | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CL-nRCD-nRP | | | 66-60-60 | | 70-66-66 | | 76-68-68 | | 80-74-74 | | | |
| Parameter | | Symbol | min | max | min | max | min | max | min | Max | | |
| Read command to first data | | tAA | 18.190 | | 18.500 | | 18.571 | | 20.000 | | ns | 12 |
| Activate to Read or Write command delay time | | tRCD | 14.285 | | 16.000 | | 16.190 | | 17.500 | | ns | 7 |
| Row Precharge Time | | tRP | 14.285 | | 16.000 | | 16.190 | | 17.500 | | ns | 7 |
| Activate to Precharge command period | | tRAS | 32.000 | 5 x tREFI | 32.000 | 5 x tREFI | 32.000 | 5 x tREFI | 32.000 | 5 x tREFI | ns | 7 |
| Activate to Activate or Refresh command period | | tRC (tRAS +tRP) | 46.285 | | 48.000 | | 48.190 | | 49.500 | | ns | 7,8 |
| CAS Write Latency | | CWL | CL-2 | | | | | | | | nCK | |
| Speed Bin | tAA min (tRAS) | tRCD min (tREFI) | Read CL:12 | Supported Frequency Table | | | | | | | | |
| | | | CL=xx | tCK(AVG) | | | | | | | ns | |
| | | | CL=xx | tCK(AVG) | | | | | | | ns | |
| | | | CL=xx | tCK(AVG) | | | | | | | ns | |
| Supported CL | | | | | | | | | | | nCK | |

**LIGHT GREY** - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

# 11    IDD, IDDQ, and IPP Specification Parameters and Test Conditions

## 11.1    IDD, IPP, and IDDQ Measurement Conditions

In this chapter, IDD, IPP, and IDDQ measurement conditions such as test load and patterns are defined. **Figure 245** shows the setup and test load for IDD, IPP and IDDQ measurements.

- IDD currents (such as IDD0, IDDQ0, IPP0, IDD0F, IDDQ0F, IPP0F, IDD2N, IDDQ2N, IPP2N, IDD2NT, IDDQ2NT, IPP2NT, IDD2P, IDDQ2P, IPP2P, IDD3N, IDDQ3N, IPP3N, IDD3P, IDDQ3P, IPP3P, IDD4R, IDDQ4R, IPP4R, IDD4RC, IDD4W, IDDQ4W, IPP4W, IDD4WC, IDD5F, IDDQ5F, IPP5F, IDD5B, IDDQ5B, IPP5B, IDD5C, IDDQ5C, IPP5C, IDD6N, IDDQ6N, IPP6N, IDD6E, IDDQ6E, IPP6E, IDD7, IDDQ7, IPP7, IDD8, IDDQ8, IPP8 and IDD9, IDDQ9, IPP9) are measured as time-averaged currents with all VDD balls of the DDR5 SDRAM under test tied together. Any IDDQ or IPP current is not included in IDD currents.
- IDDQ currents are measured as time-averaged currents with all VDDQ balls of the DDR5 SDRAM under test tied together. Any IDD or IPP current is not included in IDDQ currents.
- IPP currents are measured as time-averaged currents with all VPP balls of the DDR5 SDRAM under test tied together. Any IDD or IDDQ current is not included in IPP currents.

Attention: IDDQ values cannot be directly used to calculate IO power of the DDR5 SDRAM. They can be used to support correlation of simulated IO power to actual IO power as outlined in **Figure 246**.

For IDD, IPP and IDDQ measurements, the following definitions apply:

- "0" and "LOW" is defined as VIN <= VILAC(max).
- "1" and "HIGH" is defined as VIN >= VIHAC(min).
- "MID-LEVEL" is defined as inputs are VREF = 0.75 * VDDQ.
- Basic IDD, IPP and IDDQ Measurement Conditions are described in **Table 301**.
- Detailed IDD, IPP and IDDQ Measurement-Loop Patterns are described in Chapter 11.2 through Chapter 11.11.
- IDD Measurements are done after properly initializing and training the DDR5 SDRAM. This includes but is not limited to setting TDQS_t disabled in MR5;
CRC disabled in MR50;
DM disabled in MR5;
1N mode enabled and set CS assertion duration (MR2:OP[4]) as $1_B$ in MR2, unless otherwise specified in the IDD, IDDQ and IPP patterns' conditions definitions;
- Attention: The IDD, IPP and IDDQ Measurement-Loop Patterns need to be executed at least one time before actual IDD, IDDQ or IPP measurement is started, with the exception of IDD9 which can be measured any time after the DRAM has entered MBIST mode.
- $T_{CASE}$ defined as 0 - 95 °C, unless stated in the specific condition definition table below.
- For all IDD, IDDQ and IPP measurement loop timing parameters, refer to the timing parameters defined in the spec to calculate the nCK required.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 11.1    IDD, IPP, and IDDQ Measurement Conditions (cont'd)



NOTE(S):
1. DIMM level Output test load condition may be different from above

**Figure 245 — Measurement Setup and Test Load for IDD, IPP, and IDDQ Measurements**



**Figure 246 — Correlation from Simulated Channel IO Power to Actual Channel IO Power Supported by IDDQ Measurement.**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 11.1    IDD, IPP, and IDDQ Measurement Conditions (cont'd)

**Table 301 — Basic IDD, IDDQ, and IPP Measurement Conditions**

| Symbol | Description |
|---|---|
| IDD0 | **Operating One Bank Active-Precharge Current**<br>**External clock:** On; **tCK, nRC, nRAS, nRP, nRRD:** refer to Chapter 13.3 Timing Parameters by Speed Grade; **BL:** 16[1]; **CS_n:** High between ACT and PRE; **CA Inputs:** partially toggling according to **Table 302**; **Data IO:** VDDQ; **DM_n:** stable at 1; **Bank Activity:** Cycling with one bank active at a time: 0,0,1,1,2,2,... (see **Table 302**); **Output Buffer and RTT:** Enabled in Mode Registers[2]; **Pattern Details:** see **Table 302** |
| IDDQ0 | **Operating One Bank Active-Precharge IDDQ Current**<br>**Same condition with IDD0**, however measuring IDDQ current instead of IDD current |
| IPP0 | **Operating One Bank Active-Precharge IPP Current**<br>**Same condition with IDD0**, however measuring IPP current instead of IDD current |
| IDD0F | **Operating Four Bank Active-Precharge Current**<br>**External clock:** On; **tCK, nRC, nRAS, nRP, nRRD:** refer to Chapter 13.3 Timing Parameters by Speed Grade; **BL:** 16[1]; **CS_n:** High between ACT and PRE; **CA Inputs:** partially toggling according to **Table 303**; **Data IO:** VDDQ; **DM_n:** stable at 1; **Bank Activity:** Cycling with four bank active at a time: (see **Table 303**); **Output Buffer and RTT:** Enabled in Mode Registers[2]; **Pattern Details:** see **Table 303** |
| IDDQ0F | **Operating Four Bank Active-Precharge IDDQ Current**<br>**Same condition with IDD0F**, however measuring IDDQ current instead of IDD current |
| IPP0F | **Operating Four Bank Active-Precharge IPP Current**<br>**Same condition with IDD0F**, however measuring IPP current instead of IDD current |
| IDD2N | **Precharge Standby Current**<br>**External clock:** On; **tCK:** refer to Chapter 13.3 Timing Parameters by Speed Grade; **CS_n:** stable at 1; **CA Inputs:** partially toggling according to Table 304; **Data IO:** VDDQ; **DM_n:** stable at 1; **Bank Activity:** all banks closed; **Output Buffer and RTT:** Enabled in Mode Registers[2]; **Pattern Details:** see **Table 304** |
| IDDQ2N | **Precharge Standby IDDQ Current**<br>**Same condition with IDD2N**, however measuring IDDQ current instead of IDD current |
| IPP2N | **Precharge Standby IPP Current**<br>**Same condition with IDD2N**, however measuring IPP current instead of IDD current |
| IDD2NT | **Precharge Standby Non-Target Command Current**<br>**External clock:** On; **tCK:** refer to Chapter 13.3 Timing Parameters by Speed Grade; **BL:** 16[1]; **CS_n:** High between WRITE commands; **CS_n, CA Inputs:** partially toggling according to **Table 305**; **Data IO:** VDDQ; **DM_n:** stable at 1; **Bank Activity:** all banks closed; **Output Buffer and RTT:** Enabled in Mode Registers[2]; **Pattern Details:** see **Table 305** |
| IDDQ2NT (Optional) | **Precharge Standby Non-Target Command IDDQ Current**<br>Same condition with IDD2NT, however measuring IDDQ current instead of IDD current |
| IPP2NT (Optional) | **Precharge Standby Non-Target Command IPP Current**<br>Same condition with IDD2NT, however measuring IPP current instead of IDD current |
| IDD2P | **Precharge Power-Down**<br>**Device in Precharge Power-Down, External clock:** On; **tCK:** refer to Chapter 13.3 Timing Parameters by Speed Grade; **CS_n:** stable at 1 after Power Down Entry command; **CA Inputs:** stable at 1; CA11=H during the PDE command; **Data IO:** VDDQ; **DM_n:** stable at 1; **Bank Activity:** all banks closed; **Output Buffer and RTT:** Enabled in Mode Registers[2]; |
| IDDQ2P | **Precharge Power-Down**<br>**Same condition with IDD2P**, however measuring IDDQ current instead of IDD current |
| IPP2P | **Precharge Power-Down**<br>**Same condition with IDD2P**, however measuring IPP current instead of IDD current |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## Table 301 — Basic IDD, IDDQ, and IPP Measurement Conditions (cont'd)

| Symbol | Description |
|---|---|
| IDD3N | **Active Standby Current**<br>**External clock:** On; **tCK**: refer to Chapter 13.3 Timing Parameters by Speed Grade; **CS_n:** stable at 1; **CA Inputs:** partially toggling according to **Table 304**; **Data IO:** VDDQ; **DM_n:** stable at 1; **Bank Activity:** all banks open; **Output Buffer and RTT:** Enabled in Mode Registers[2]; **Pattern Details:** see **Table 304** |
| IDDQ3N | **Active Standby IDDQ Current**<br>**Same condition with IDD3N,** however measuring IDDQ current instead of IDD current |
| IPP3N | **Active Standby IPP Current**<br>**Same condition with IDD3N,** however measuring IPP current instead of IDD current |
| IDD3P | **Active Power-Down**<br>**Device in Active Power-Down, External clock:** On; **tCK**: refer to Chapter 13.3 Timing Parameters by Speed Grade; **CS_n:** stable at 1 after Power Down Entry command; **CA Inputs:** stable at 1; CA11=H during the PDE command; **Data IO:** VDDQ; **DM_n:** stable at 1; **Bank Activity:** all banks open; **Output Buffer and RTT:** Enabled in Mode Registers[2]; |
| IDDQ3P | **Active Power-Down IDDQ Current**<br>**Same condition with IDD3P,** however measuring IDDQ current instead of IDD current |
| IPP3P | **Active Power-Down IPP Current**<br>**Same condition with IDD3P,** however measuring IPP current instead of IDD current |
| IDD4R | **Operating Burst Read Current**<br>**External clock:** On; **tCK, nCCD_S, CL:** refer to Chapter 13.3 Timing Parameters by Speed Grade; **BL:** 16[1]; **CS_n:** High between RD; **CA Inputs:** partially toggling according to **Table 306**; **Data IO:** seamless read data burst with different data between one burst and the next one according to **Table 306**; **DM_n:** stable at 1; **Bank Activity:** all banks open, RD commands cycling through banks: 0,0,1,1,2,2,... (see **Table 306**); **Output Buffer and RTT:** Enabled in Mode Registers[2]; **Pattern Details:** see **Table 306** |
| IDD4RC | **Operating Burst Read Current with Read CRC**<br>**Read CRC enabled[4]. Other conditions:** see IDD4R |
| IDDQ4R | **Operating Burst Read IDDQ Current**<br>Same definition like for IDD4R, however measuring IDDQ current instead of IDD current |
| IPP4R | **Operating Burst Read IPP Current**<br>**Same condition with IDD4R,** however measuring IPP current instead of IDD current |
| IDD4W | **Operating Burst Write Current**<br>**External clock:** On; **tCK, nCCD_S_WR, CL:** refer to Chapter 13.3 Timing Parameters by Speed Grade; **BL:** 16[1]; **CS_n:** High between WR; **CA Inputs:** partially toggling according to **Table 307**; **Data IO:** seamless write data burst with different data between one burst and the next one according to **Table 307**; **DM_n:** stable at 1; **Bank Activity:** all banks open, WR commands cycling through banks: 0,0,1,1,2,2,... (see **Table 307**); **Output Buffer and RTT:** Enabled in Mode Registers[2]; **Pattern Details:** see **Table 307** |
| IDD4WC | **Operating Burst Write Current with Write CRC**<br>**Write CRC enabled[3], Other conditions:** see IDD4W |
| IDDQ4W | **Operating Burst Write IDDQ Current**<br>**Same condition with IDD4W,** however measuring IDDQ current instead of IDD current |
| IPP4W | **Operating Burst Write IPP Current**<br>**Same condition with IDD4W,** however measuring IPP current instead of IDD current |
| IDD5B | **Burst Refresh Current (Normal Refresh Mode)**<br>**External clock:** On; **tCK, nRFC**1: refer to Chapter 13.3 Timing Parameters by Speed Grade; **BL:** 16[1]; **CS_n:** High between REF; **CA Inputs:** partially toggling according to **Table 308**; **Data IO:** VDDQ; **DM_n:** stable at 1; **Bank Activity:** REF command every nRFC1 (see **Table 308**); **Output Buffer and RTT:** Enabled in Mode Registers[2]; **Pattern Details:** see **Table 308** |
| IDDQ5B | **Burst Refresh IDDQ Current (Normal Refresh Mode)**<br>**Same condition with IDD5B,** however measuring IDDQ current instead of IDD current |
| IPP5B | **Burst Refresh IPP Current (Normal Refresh Mode)**<br>**Same condition with IDD5B,** however measuring IPP current instead of IDD current |
| IDD5F | **Burst Refresh Current (Fine Granularity Refresh Mode)**<br>**tRFC=tRFC2, Other conditions:** see IDD5B |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Table 301 — Basic IDD, IDDQ, and IPP Measurement Conditions (cont'd)**

| Symbol | Description |
|---|---|
| IDDQ5F | **Burst Refresh IDDQPP Current (Fine Granularity Refresh Mode)**<br>**Same condition with IDD5F**, however measuring IDDQ current instead of IDD current |
| IPP5F | **Burst Refresh IPP Current (Fine Granularity Refresh Mode)**<br>**Same condition with IDD5F**, however measuring IPP current instead of IDD current |
| IDD5C | **Burst Refresh Current (Same Bank Refresh Mode)**<br>**External clock:** On; **tCK, nRFCsb**: refer to Chapter 13.3 Timing Parameters by Speed Grade; **BL:** $16^1$; **CS_n**: High between REF; **CA Inputs:** partially toggling according to **Table 309**; **Data IO:** VDDQ; **DM_n:** stable at 1; **Bank Activity:** REF command every nRFCsb (see **Table 309**); **Output Buffer and RTT:** Enabled in Mode Registers[2]; **Pattern Details:** see **Table 309** |
| IDDQ5C | **Burst Refresh IDDQPP Current (Same Bank Refresh Mode)**<br>**Same condition with IDD5C**, however measuring IDDQ current instead of IDD current |
| IPP5C | **Burst Refresh IPP Current (Same Bank Refresh Mode)**<br>**Same condition with IDD5C**, however measuring IPP current instead of IDD current |
| IDD6N | **Self Refresh Current: Normal Temperature Range**<br>$T_{CASE}$: 0 - 85°C; **External clock:** Off; **CK_t and CK_c**: HIGH; **tCK, nCPDED**: refer to Chapter 13.3 Timing Parameters by Speed Grade; **BL:** $16^1$; **CS_n#:** low; **CA, Data IO:** High; **DM_n:** stable at 1; **Bank Activity:** Self-Refresh operation; **Output Buffer and RTT:** All ODT disabled in MR32-MR35; |
| IDDQ6N | **Self Refresh IDDQ Current: Normal Temperature Range**<br>**Same condition with IDD6N**, however measuring IDDQ current instead of IDD current |
| IPP6N | **Self Refresh IPP Current: Normal Temperature Range**<br>**Same condition with IDD6N**, however measuring IPP current instead of IDD current |
| IDD6E | **SelfRefresh Current: Extended Temperature Range**<br>$T_{CASE}$: 85 - 95 °C; **Extended**[4]; **External clock:** Off; **CK_t and CK_c**: HIGH; **tCK, nCPDED**: refer to Chapter 13.3 Timing Parameters by Speed Grade; **BL:** $16^1$; **CS_n:** low; **CA, Data IO:** High; **DM_n:**stable at 1; **Bank Activity:** Self-Refresh operation; **Output Buffer and RTT:** Enabled in Mode Registers[2] |
| IDDQ6E | **Self Refresh IDDQ Current: Extended Temperature Range**<br>**Same condition with IDD6E**, however measuring IDDQ current instead of IDD current |
| IPP6E | **Self Refresh IPP Current: Extended Temperature Range**<br>**Same condition with IDD6E**, however measuring IPP current instead of IDD current |
| IDD7 | **Operating Bank Interleave Read Current**<br>**External clock:** On; **tCK, nRC, nRAS, nRCD, nRRD_S, nFAW, tCCD_S CL**: refer to Chapter 13.3 Timing Parameters by Speed Grade; **BL:** $16^1$; **CS_n**: High between ACT and RDA; **CA Inputs:** partially toggling according to **Table 311**; **Data IO:** read data bursts with different data between one burst and the next one according to **Table 311**; **DM_n:** stable at 1; **Bank Activity:** two times interleaved cycling through banks (0, 1, ...7) with different addressing, see **Table 311**; **Output Buffer and RTT:** Enabled in Mode Registers[2]; **Pattern Details:** see **Table 311** |
| IDDQ7 | **Operating Bank Interleave Read IDDQ Current**<br>**Same condition with IDD7**, however measuring IDDQ current instead of IDD current |
| IPP7 | **Operating Bank Interleave Read IPP Current**<br>**Same condition with IDD7**, however measuring IPP current instead of IDD current |
| IDD8 | **Maximum Power Saving Deep Power Down Current**<br>**External clock:** Off; **CK_t and CK_c**: HIGH; **tCK, nCPDED**: refer to Chapter 13.3 Timing Parameters by Speed Grade; **BL:** $16^1$; **CS_n#:** low; **CA:**High, **DM_n:** stable at 1; **Bank Activity:** All banks closed and device in MPSM deep power down mode5; **Output Buffer and RTT:** Enabled in Mode Registers[2]; **Patterns Details**: same as IDD6N but MPSM is enabled in mode register. |
| IDDQ8 | **Maximum Power Saving Deep Power Down IDDQ Current**<br>**Same condition with IDD8**, however measuring IDDQ current instead of IDD current |
| IPP8 | **Maximum Power Saving Deep Power Down IPP Current**<br>**Same condition with IDD8**, however measuring IPP current instead of IDD current |
| IDD9 (Optional) | **MBIST Current**<br>**Device in MBIST mode, External clock:** On; **CS_n**: Stable at 1 after MBIST entry; **CA Inputs:** stable at 1; **Data IO:** VDDQ; **Bank Activity:** MBIST operation; **Output Buffer and RTT:** Enabled in Mode Registers[2]; |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 426

**Table 301 — Basic IDD, IDDQ, and IPP Measurement Conditions (cont'd)**

| Symbol | Description |
|---|---|
| IDDQ9 (Optional) | **MBIST IDDQ Current**<br>**Same condition with IDD9,** however measuring IDDQ current instead of IDD current |
| IPP9 (Optional) | **MBIST IPP Current**<br>**Same condition with IDD9,** however measuring IPP current instead of IDD current |

NOTE 1    Burst Length: BL16 fixed by MR0 OP[1:0]=00.

NOTE 2    Output Buffer Enable
- set MR5 OP[0] = 0] : Qoff = Output buffer enabled
- set MR5 OP[2:1] = 00]: Pull-Up Output Driver Impedance Control = RZQ/7
- set MR5 OP[7:6] = 00]: Pull-Down Output Driver Impedance Control = RZQ/7

RTT_Nom enable
- set MR35 OP[5:0] = 110110: RTT_NOM_WR = RTT_NOM_RD = RZQ/6 RTT_WR enable
- set MR34 OP[5:3] = 010 RTT_WR = RZQ/2
  CA/CS/CK ODT, DQS_RTT_PART, and RTT_PARK disable
- set MR32 OP[5:0] = 000000
- set/MR33 OP[5:0] = 000000
- set MR34 OP[2:0] = 000

NOTE 3    WRITE CRC enabled
- set MR50 OP[2:1] = 11

NOTE 4    Read CRC enabled
- set MR50:OP[0]=1

NOTE 5    MPSM Deep Power Down Mode
- set MR2:OP[3]=1 if PDA Enumerate ID not equal to 15
- set MR2:OP[5]=1 if PDA Enumerate ID equal to 15

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 11.2    IDD0, IDDQ0, IPP0 Pattern

Executes Active and PreCharge commands with tightest timing possible while exercising all Bank and Bank Group addresses. Note 2 applies to the entire table.

### Table 302 — IDD0, IDDQ0, IPP0

| Sub-Loop | Sequence | Command | CS_n | C/A [13:0] | Row Address [17:0] | BA [1:0] | BG [2:0] | CID [2:0] | Special Instructions |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | ACT | L | - | 0x00000 | 0x0 | 0x00 | 0x0 | |
| | | | H | | | | | | |
| | 1 | DES | H | Toggling[1] | | | | | Repeat sequence to satisfy tRAS(min), truncate if required |
| | 2 | PREpb | L | - | | 0x0 | 0x00 | 0x0 | |
| | 3 | DES | H | Toggling[1] | | | | | Repeat sequence to satisfy tRP(min), truncate if required |
| | 4 | ACT | L | - | 0x03FFF | 0x0 | 0x00 | 0x0 | |
| | | | H | | | | | | |
| | 5 | DES | H | Toggling[1] | | | | | Repeat sequence to satisfy tRAS(min), truncate if required |
| | 6 | PREpb | L | - | | 0x0 | 0x00 | 0x0 | |
| | 7 | DES | H | Toggling[1] | | | | | Repeat sequence to satisfy tRP(min), truncate if required |
| 1 | 8-15 | Repeat sub-loop 0, use BG[2:0]=0x1 instead | | | | | | | |
| 2 | 16-23 | Repeat sub-loop 0, use BG[2:0]=0x2 instead | | | | | | | |
| 3 | 24-31 | Repeat sub-loop 0, use BG[2:0]=0x3 instead | | | | | | | |
| 4 | 32-39 | Repeat sub-loop 0, use BG[2:0]=0x4 instead | | | | | | | skip for x16 |
| 5 | 40-47 | Repeat sub-loop 0, use BG[2:0]=0x5 instead | | | | | | | skip for x16 |
| 6 | 48-55 | Repeat sub-loop 0, use BG[2:0]=0x6 instead | | | | | | | skip for x16 |
| 7 | 56-63 | Repeat sub-loop 0, use BG[2:0]=0x7 instead | | | | | | | skip for x16 |
| 8-15 | 64-127 | Repeat sub loops 0-7, use BA[1:0]=0x1 instead | | | | | | | |
| 16-23 | 128-191 | Repeat sub loops 0-7, use BA[1:0]=0x2 instead | | | | | | | |
| 24-31 | 192-255 | Repeat sub loops 0-7, use BA[1:0]=0x3 instead | | | | | | | |
| ... | ... | Repeat sub loops 0-31 for each 3DS logical rank, if applicable | | | | | | | CID[2:0]=0x1-0x7 |

NOTE 1   Utilize DESELECTs between commands while toggling all C/A bits per the 4-cycle sequence defined in the IDD2N, IDD3N pattern.
NOTE 2   For 3DS, all banks of all "non-target" logical ranks are Idd2N condition.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 428

## 11.3   IDD0F, IDDQ0F, IPP0F Pattern

Executes a rolling four bank group Active and PreCharge commands per tRC time while exercising all Bank, Bank, Group and CID addresses. Note 2 applies to the entire table.

**Table 303 — IDD0F, IDDQ0F, IPP0F**

| Sub-Loop | Sequence | Command | CS | C/A [13:0] | Row Address [17:0] | BA [1:0] | BG [2:0] | CID [2:0] | Special Instructions |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | ACT | L | | 0x00000 | 0x0 | 0x00 | 0x0 | |
| | | | H | | | | | | |
| | 1 | DES | H | Toggling[1] | | | | | Repeat to satisfy tRRD(min) (6 DES to meet 8nCK) |
| | 2 | ACT | L | | 0x00000 | 0x0 | 0x01 | 0x0 | |
| | | | H | | | | | | |
| | 3 | DES | H | Toggling[1] | | | | | Repeat to satisfy tRRD(min) (6 DES to meet 8nCK) |
| | 4 | ACT | L | | 0x00000 | 0x0 | 0x02 | 0x0 | |
| | | | H | | | | | | |
| | 5 | DES | H | Toggling[1] | | | | | Repeat to satisfy tRRD(min) (6 DES to meet 8nCK) |
| | 6 | ACT | L | | 0x00000 | 0x0 | 0x03 | 0x0 | |
| | | | H | | | | | | |
| | 7 | DES | H | Toggling[1] | | | | | Repeat to satisfy tRAS(min) from Sequence 0 |
| | 8 | PREpb | L | | | 0x0 | 0x00 | 0x0 | |
| | 9 | DES | H | Toggling[1] | | | | | Repeat for tRRD(min) (7 DES to meet 8nCK) This allows for next PRE meet tRAS(min) |
| | 10 | PREpb | L | | | 0x0 | 0x01 | 0x0 | |
| | 11 | DES | H | Toggling[1] | | | | | Repeat for tRRD(min) (7 DES to meet 8nCK) This allows for next PRE to meet tRAS(min) |
| | 12 | PREpb | L | | | 0x0 | 0x02 | 0x0 | |
| | 13 | DES | H | Toggling[1] | | | | | Repeat for tRRD(min) (7 DES to meet 8nCK) This allows for next PRE to meet tRAS(min) |
| | 14 | PREpb | L | | | 0x0 | 0x03 | 0x0 | |
| | 15 | DES | H | Toggling[1] | | | | | Repeat for tRRD(min) (7 DES to meet 8nCK) This allows for next PRE to meet tRAS(min) |
| | 16 | DES | H | Toggling[1] | | | | | Repeat for tRC(min) from Sequence 0 first ACTIVATE. This will be zero DESELECTS for speed 4000MT/s and slower. |
| 1 | 17-33 | Repeat sub-loop 0, use Row Address = 0x03FFF for the ACT instead | | | | | | | |
| 2-3 | 34-67 | Repeat sub-loop 0-1, use BG[2:0]=0x4,0x5,0x6,0x7 instead of 0x0,0x1,0x2,0x3 | | | | | | | skip for x16 |
| 4-7 | 68-101 | Repeat sub-loops 0-3, use BA[1:0]=0x1 instead | | | | | | | |
| 8-11 | 102-135 | Repeat sub-loops 0-3, use BA[1:0]=0x2 instead | | | | | | | |
| 12-15 | 136-169 | Repeat sub-loops 0-3, use BA[1:0]=0x3 instead | | | | | | | |
| ... | ... | Repeat sub loops 0-15 for each 3DS logical rank, if applicable | | | | | | | CID[2:0]=0x1-0x7 |

NOTE 1   Utilize DESELECTs between commands while toggling C/A bits per the 4-cycle sequence defined in the IDD2N, IDD3N pattern.
NOTE 2   For 3DS, all banks of all "non-target" logical ranks are Idd2N condition.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 11.4    IDD2N, IDD3N Pattern

Executes DESELECT commands while exercising all command/address pins in a predefined pattern. All notes apply to entire table.

### Table 304 — IDD2N, IDDQ2N, IPP2N, IDD3N, IDDQ3N, IPP3N

| Sequence | Command | CS | C/A [13:0] |
|----------|---------|-----|-----------|
| 0 | DES | H | 0x0000 |
| 1 | DES | H | 0x3FFF |
| 2 | DES | H | 0x3FFF |
| 3 | DES | H | 0x3FFF |

NOTE 1    Data is pulled to VDDQ
NOTE 2    DQS_t and DQS_c are pulled to VDDQ
NOTE 3    Command / Address ODT is disabled
NOTE 4    Repeat sequence 0 through 3.
NOTE 5    All banks of all logical ranks mimic the same test condition.

## 11.5    IDD2NT, IDDQ2NT, IPP2NT Pattern

Executes Non-Target WRITE commands simulating Rank to Rank timing while exercising all C/A bits. Notes 3-6 apply to entire table.

### Table 305 — IDD2NT, IDDQ2NT, IPP2NT

| Sequence | Command | CS_n | C/A [13:0] | Special Instructions |
|----------|---------|------|-----------|---------------------|
| 0 | WRITE[1] | L | 0x002D | All valid C/A inputs to VSS |
|   |          | L | 0x0000 |  |
| 1 | DES | H | Toggling[2] | Repeat sequence to meet 1*tCCD_S_WR (min), truncate if required |
| 2 | WRITE[1] | L | 0x3FED | All valid C/A inputs to VDDQ |
|   |          | L | 0x3FFF |  |
| 3 | DES | H | Toggling[2] | Repeat sequence to meet 1*tCCD_S_WR (min), truncate if required |

NOTE 1    WRITE with CS_n=L on both cycles indicated a non-target WRITE.
NOTE 2    Utilize DESELECTs between commands while toggling C/A bits per the 4-cycle sequence defined in the IDD2N, IDD3N pattern.
NOTE 3    Time between Non-Target WRITEs reflect 1 * tCCD_S_WR (min) for one ranks.
NOTE 4    DQ signals are VDDQ.
NOTE 5    DQS_t, DQS_c are VDDQ.
NOTE 6    Repeat 0 through 3.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 430

## 11.6    IDD4R, IDDQ4R, IPP4R Pattern

Executes READ commands with tightest timing possible while exercising all Bank, Bank Group and CID addresses. Notes 2-9 apply to entire table

### Table 306 — IDD4R, IDDQ4R, IPP4R

| Sub-Loop | Sequence | Command | CS_n | C/A [13:0] | Column Address [10:0] | BA [1:0] | BG [2:0] | CID [3:0] | Data Burst (BL=16) | Special Instructions |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | READ | L | - | 0x000 | 0x00 | 0x0 | 0x0 | Pattern A | All "Valid" inputs = VDDQ |
|  |  |  | H |  |  |  |  |  |  |  |
|  | 1 | DES | H | Toggling[1] | - |  |  |  |  | Repeat sequence to satisfy tCCD_S(min), truncate if required |
| 1 | 2 | READ | L | - | 0x3F0 | 0x00 | 0x1 | 0x0 | Pattern B | All "Valid" inputs = VDDQ |
|  |  |  | H |  |  |  |  |  |  |  |
|  | 3 | DES | H | Toggling[1] | - |  |  |  |  | Repeat sequence to satisfy tCCD_S(min), truncate if required |
| 2 | 4-5 | Repeat sub-loop 0, use BG[2:0]=0x2 instead |  |  |  |  |  |  |  |  |
| 3 | 6-7 | Repeat sub-loop 1, use BG[2:0]=0x3 instead |  |  |  |  |  |  |  |  |
| 4 | 8-9 | Repeat sub-loop 0, use BG[2:0]=0x4 instead |  |  |  |  |  |  |  | skip for x16 |
| 5 | 10-11 | Repeat sub-loop 1, use BG[2:0]=0x5 instead |  |  |  |  |  |  |  | skip for x16 |
| 6 | 12-13 | Repeat sub-loop 0, use BG[2:0]=0x6 instead |  |  |  |  |  |  |  | skip for x16 |
| 7 | 14-15 | Repeat sub-loop 1, use BG[2:0]=0x7 instead |  |  |  |  |  |  |  | skip for x16 |
| 8 | 16 | READ | L | - | 0x3F0 | 0x00 | 0x0 | 0x0 | Pattern B | All "Valid" inputs = VDDQ |
|  |  |  | H |  |  |  |  |  |  |  |
|  | 17 | DES | H | Toggling[1] |  |  |  |  |  | Repeat sequence to satisfy tCCD_S(min), truncate if required |
| 9 | 18 | READ | L | - | 0x000 | 0x00 | 0x1 | 0x0 | Pattern A | All "Valid" inputs = VDDQ |
|  |  |  | H |  |  |  |  |  |  |  |
|  | 19 | DES | H | Toggling[1] |  |  |  |  |  | Repeat sequence to satisfy tCCD_S(min), truncate if required |
| 10 | 20-21 | Repeat sub-loop 8, use BG[2:0]=0x2 instead |  |  |  |  |  |  |  |  |
| 11 | 22-23 | Repeat sub-loop 9, use BG[2:0]=0x3 instead |  |  |  |  |  |  |  |  |
| 12 | 24-25 | Repeat sub-loop 8, use BG[2:0]=0x4 instead |  |  |  |  |  |  |  | skip for x16 |
| 13 | 26-27 | Repeat sub-loop 9, use BG[2:0]=0x5 instead |  |  |  |  |  |  |  | skip for x16 |
| 14 | 28-29 | Repeat sub-loop 8, use BG[2:0]=0x6 instead |  |  |  |  |  |  |  | skip for x16 |
| 15 | 30-31 | Repeat sub-loop 9, use BG[2:0]=0x7 instead |  |  |  |  |  |  |  | skip for x16 |
| 16-31 | 32-33 | Repeat sub-loops 0-15, use BA[1:0]=0x1 instead |  |  |  |  |  |  |  |  |
| 32-47 | 34-35 | Repeat sub-loops 0-15, use BA[1:0]=0x2 instead |  |  |  |  |  |  |  |  |
| 48-63 | 36-37 | Repeat sub-loops 0-15, use BA[1:0]=0x3 instead |  |  |  |  |  |  |  |  |
| ... | ... | Repeat sub-loops 0-63 for each 3DS logical rank, if applicable |  |  |  |  |  |  |  | CID[2:0]=0x1-0x7 |

NOTE 1   Utilize DESELECTs between commands while toggling all C/A bits per the 4-cycle sequence defined in the IDD2N, IDD3N pattern.
NOTE 2   READs performed with Auto Precharge = H, Burst Chop = H.
NOTE 3   Row address is set to 0x0000
NOTE 4   Data reflects burst length of 16.
NOTE 5   Data Pattern A for x4: 0x0, 0xF, 0x0, 0x0, 0xF, 0x0, 0x0, 0xF, 0x0, 0x0, 0xF, 0x0, 0xF, 0x0, 0xF.
NOTE 6   Data Pattern B for x4: 0xF, 0x0, 0xF, 0xF, 0x0, 0xF, 0x0, 0xF, 0x0, 0xF, 0x0, 0xF, 0x0, 0xF, 0x0.
NOTE 7   Data Pattern for x8 each beat will reflect two like nibbles (Data Pattern A = 0x00, 0xFF, 0xFF...).
NOTE 8   Data Pattern for x16 each beat will reflect two like bytes (Data Pattern A = 0x0000, 0xFFFF, 0xFFFF...).
NOTE 9   Where C/A column is not populated, refer to command truth table, column address, BA, BG, and CID for the C/A state

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 11.7    IDD4W, IDDQ4W, IPP4W Pattern

Executes WRITE commands with tightest timing possible while exercising all Bank, Bank Group and ~~CDI~~ CID addresses. Notes 2-6 apply to entire table.

**Table 307 — IDD4W, IDDQ4W, IPP4W**

| Sub-Loop | Sequence | Command | CS_n | C/A [13:0] | Column Address [10:0] | BA [1:0] | BG [2:0] | CID [3:0] | Data Burst (BL=16) | Special Instructions |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | WRITE | L / H | - | 0x000 | 0x00 | 0x0 | 0x0 | Pattern A | All "Valid" inputs = VDDQ |
| | 1 | DES | H | Toggling[1] | - | | | | | Repeat sequence to satisfy tCCD_S_WR (min), truncate if required |
| 1 | 2 | WRITE | L / H | - | 0x3F0 | 0x00 | 0x1 | 0x0 | Pattern B | All "Valid" inputs = VDDQ |
| | 3 | DES | H | Toggling[1] | - | | | | | Repeat sequence to satisfy tCCD_S_WR (min), truncate if required |
| 2 | 4-5 | | | Repeat sub-loop 0, use BG[2:0]=0x2 instead | | | | | | |
| 3 | 6-7 | | | Repeat sub-loop 1, use BG[2:0]=0x3 instead | | | | | | |
| 4 | 8-9 | | | Repeat sub-loop 0, use BG[2:0]=0x4 instead | | | | | | skip for x16 |
| 5 | 10-11 | | | Repeat sub-loop 1, use BG[2:0]=0x5 instead | | | | | | skip for x16 |
| 6 | 12-13 | | | Repeat sub-loop 0, use BG[2:0]=0x6 instead | | | | | | skip for x16 |
| 7 | 14-15 | | | Repeat sub-loop 1, use BG[2:0]=0x7 instead | | | | | | skip for x16 |
| 8 | 16 | WRITE | L / H | - | 0x3F0 | 0x00 | 0x0 | 0x0 | Pattern B | All "Valid" inputs = VDDQ |
| | 17 | DES | H | Toggling[1] | - | | | | | Repeat sequence to satisfy tCCD_S_WR (min), truncate if required |
| 9 | 18 | WRITE | L / H | - | 0x000 | 0x00 | 0x1 | 0x0 | Pattern A | All "Valid" inputs = VDDQ |
| | 19 | DES | H | Toggling[1] | - | | | | | Repeat sequence to satisfy tCCD_S_WR (min), truncate if required |
| 10 | 20-21 | | | Repeat sub-loop 8, use BG[2:0]=0x2 instead | | | | | | |
| 11 | 22-23 | | | Repeat sub-loop 9, use BG[2:0]=0x3 instead | | | | | | |
| 12 | 24-25 | | | Repeat sub-loop 8, use BG[2:0]=0x4 instead | | | | | | skip for x16 |
| 13 | 26-27 | | | Repeat sub-loop 9, use BG[2:0]=0x5 instead | | | | | | skip for x16 |
| 14 | 28-29 | | | Repeat sub-loop 8, use BG[2:0]=0x6 instead | | | | | | skip for x16 |
| 15 | 30-31 | | | Repeat sub-loop 9, use BG[2:0]=0x7 instead | | | | | | skip for x16 |
| 16-31 | 32-33 | | | Repeat sub-loops 0-15, use BA[1:0]=0x1 instead | | | | | | |
| 32-47 | 34-35 | | | Repeat sub-loops 0-15, use BA[1:0]=0x2 instead | | | | | | |
| 48-63 | 36-37 | | | Repeat sub-loops 0-15, use BA[1:0]=0x3 instead | | | | | | |
| ... | ... | | | Repeat sub-loops 0-63 for each 3DS logical rank, if applicable | | | | | | CID[2:0]=0x1-0x7 |

NOTE 1   Utilize DESELECTs between commands per the 4-cycle sequence defined in the IDD2N, IDD3N pattern.
NOTE 2   WRITEs performed with Auto Precharge = H, Burst Chop = H.
NOTE 3   Row address is set to 0x0000.
NOTE 4   Data reflects burst length of 16.
NOTE 5   Refer to IDD4R measurement loop table for data pattern definition.
NOTE 6   Where C/A column is not populated, refer to command truth table, column address, BA, BG, and CID for the C/A state.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 432

## 11.8   IDD5B, IDDQ5B, IPP5B, IDD5F, IDDQ5F, IPP5F Pattern

Executes Refresh (all Banks) command at minimum tRFC. Notes 3-6 apply to entire table.

**Table 308 — IDD5B, IDD5B, IDDQ5B, IPP5B, IDD5F, IDDQ5F, IPP5F**

| Sequence | Command | CS | C/A [13:0] | CA[9:8] | CID [2:0] | Special Instructions |
|----------|---------|----|-----------|---------|-----------|----------------------|
| 0 | REFab | L | - | H | 0x0 | All "valid" inputs = VDDQ |
| 1 | DES | H | Toggling[1] | - | - | Repeat sequence to satisfy tRFC(min)2, truncate if required |
| 2 | REFab | L | - | H | 0x0 | All "valid" inputs = VDDQ |
| 3 | DES | H | Toggling[1] | - | - | Repeat sequence to satisfy tRFC(min)2, truncate if required |
| ... | Repeat sequence 0-3 for each 3DS logical rank, if applicable | | | | | CID[2:0]=0x1-0x7 |

NOTE 1   Utilize DESELECTs between commands per the 4-cycle sequence defined in the IDD2N, IDD3N pattern.
NOTE 2   For IDD5B, use tRFC1(min). For IDD5F, use tRFC2(min).
NOTE 3   DQ signals are VDDQ.
NOTE 4   All banks of all "non-target" logical ranks are Idd2N condition.
NOTE 5   Where C/A[13:0] column is not populated, refer to command truth table, CA[9:8], and CID columns for the C/A state.
NOTE 6   Must set CA8=H on REFab commands to indicate 1X refresh rate on devices that support RIR.

## 11.9   IDD5C, IDDQ5C, and IPP5C Patterns

Executes Refresh (Same Bank) command at minimum tRFCsb. Notes 2-5 apply to entire table.

**Table 309 — IDD5C, IDDQ5C, IPP5C**

| Sequence | Command | CS | C/A [13:0] | CA[9:8] | BA [1:0] | CID [2:0] | Special Instructions |
|----------|---------|----|-----------|---------|----------|-----------|----------------------|
| 0 | REFsb | L | - | H | 0x0 | 0x0 | |
| 1 | DES | H | Toggling[1] | - | | | Repeat sequence to satisfy tRFCsb(min), truncate if required |
| 2 | REFsb | L | - | H | 0x1 | 0x0 | |
| 3 | DES | H | Toggling[1] | - | | | Repeat sequence to satisfy tRFCsb(min), truncate if required |
| 4 | REFsb | L | - | H | 0x2 | 0x0 | |
| 5 | DES | H | Toggling[1] | - | | | Repeat sequence to satisfy tRFCsb(min), truncate if required |
| 6 | REFsb | L | - | H | 0x3 | 0x0 | |
| 7 | DES | H | Toggling[1] | - | | | Repeat sequence to satisfy tRFCsb(min), truncate if required |
| ... | Repeat sequence 0-7 for each 3DS logical rank, if applicable | | | | | | CID[2:0]=0x1-0x7 |

NOTE 1   Utilize DESELECTs between commands per the 4-cycle sequence defined in the IDD2N, IDD3N pattern.
NOTE 2   DQ signals are VDDQ.
NOTE 3   All banks of all "non-target" logical ranks are Idd2N condition.
NOTE 4   Where C/A[13:0] column is not populated, refer to command truth table, CA[9:8], and CID columns for the C/A state.
NOTE 5   All banks of all "non-target" logical ranks are Idd2N condition.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 11.10  IDD6N, IDDQ6N, IPP6N, IDD6E, IDDQ6E, IPP6E, IDD6R, IDDQ6R, IPP6R Pattern

All notes apply to entire table.

**Table 310 — IDD6N, IDDQ6N, IPP6N, IDD6E, IDDQ6E, IPP6E**

| Sequence | Command | Clock | CS | C/A [13:0] | Special Instructions |
|----------|---------|-------|----|-----------|----------------------|
| 0 | SRE | Valid | L | 0x3BF7 | Clocks must be valid tCKLCS(min) time |
| 1 | DES | Valid | H | 0x3FFF | Repeat sequence to satisfy tCPDED(min), truncate if required |
| 2 | All C/A=H | Valid | L | 0x3FFF | |
| 3 | All C/A = H | CK_t = CK_c = H | L | 0x3FFF | Repeat sequence indefinitely |
| NOTE 1   Data is pulled to VDDQ | | | | | |
| NOTE 2   DQS_t and DQS_c are pulled to VDDQ | | | | | |
| NOTE 3   For 3DS, all banks of all logical ranks mimic the same test condition. | | | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 434

## 11.11  IDD7, IDDQ7, and IPP7 Patterns

Executes ACTVATE, READ/A commands with tightest timing possible while exercising all Bank, Bank Group and CID addresses. Notes 2-6 apply to entire table.

### Table 311 — IDD7, IDD7Q, IPP7

| Sub-Loop | Sequence | Command | CS | C/A [13:0] | Row Address [17:0] | Column Address [10:0] | BA [1:0] | BG [2:0] | CID [2:0] | Data Burst (BL=16) | Special Instructions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | ACT | L | - | 0x00000 | - | 0x0 | 0x0 | 0x0 | - | |
| | | | H | | | | | | | | |
| | 1 | DES | H | Toggling[1] | | | | | | | Repeat sequence to satisfy tRRD_S(min), tFAW(min), and tRCD(min). Truncate if required. |
| 1 | 2 | ACT | L | - | 0x03FFF | - | 0x0 | 0x1 | 0x0 | - | |
| | | | H | | | | | | | | |
| | 3 | DES | H | Toggling[1] | | | | | | | Repeat sequence to satisfy tRRD_S(min), tFAW(min), and tRCD(min). Truncate if required. |
| 2 | 4-5 | Repeat sub-loop 0, use BG[2:0]=0x2 instead | | | | | | | | | |
| 3 | 6-7 | Repeat sub-loop 1, use BG[2:0]=0x3 instead | | | | | | | | | |
| 4 | 8-9 | Repeat sub-loop 0, use BG[2:0]=0x4 instead | | | | | | | | | skip for x16 |
| 5 | 10-11 | Repeat sub-loop 1, use BG[2:0]=0x5 instead | | | | | | | | | skip for x16 |
| 6 | 12-13 | Repeat sub-loop 0, use BG[2:0]=0x6 instead | | | | | | | | | skip for x16 |
| 7 | 14-15 | Repeat sub-loop 1, use BG[2:0]=0x7 instead | | | | | | | | | skip for x16 |
| 8 | 16 | RDA | L | - | 0x3F0 | 0x0 | 0x0 | 0x0 | Pattern A | | |
| | | | H | | | | | | | | |
| | 17 | ACT | L | - | 0x00000 | - | 0x1 | 0x0 | 0x0 | - | |
| | | | H | | | | | | | | |
| | 18 | DES | H | Toggling[1] | | | | | | | Repeat sequence to satisfy tCCD_S(min), tFAW(min), and tRCD(min). Truncate if required. |
| 9 | 19 | RDA | L | - | - | 0x000 | 0x0 | 0x1 | 0x0 | Pattern B | |
| | | | H | | | | | | | | |
| | 20 | ACT | L | - | 0x03FFF | - | 0x1 | 0x1 | 0x0 | - | |
| | | | H | | | | | | | | |
| | 21 | DES | H | Toggling[1] | | | | | | | Repeat sequence to satisfy tCCD_S(min), tFAW(min), and tRCD(min). Truncate if required. |
| 10 | 22-24 | Repeat sub-loop 8, use BG[2:0]=0x2 instead | | | | | | | | | |
| 11 | 25-27 | Repeat sub-loop 9, use BG[2:0]=0x3 instead | | | | | | | | | |
| 12 | 28-30 | Repeat sub-loop 8, use BG[2:0]=0x4 instead | | | | | | | | | skip for x16 |
| 13 | 31-33 | Repeat sub-loop 9, use BG[2:0]=0x5 instead | | | | | | | | | skip for x16 |
| 14 | 34-36 | Repeat sub-loop 8, use BG[2:0]=0x6 instead | | | | | | | | | skip for x16 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Table 311 — IDD7, IDD7Q, IPP7 (cont'd)**

| Sub-Loop | Sequence | Command | CS | C/A [13:0] | Row Address [17:0] | Column Address [10:0] | BA [1:0] | BG [2:0] | CID [2:0] | Data Burst (BL=16) | Special Instructions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 37-39 | Repeat sub-loop 9, use BG[2:0]=0x7 instead | | | | | | | | | skip for x16 |
| 16-23 | 40-64 | Repeat sub-loops 8-15, use BA[1:0]=0x1 for the RDA and BA[1:0]=0x2 for the ACT | | | | | | | | | |
| 24-31 | 65-89 | Repeat sub-loops 8-15, use BA[1:0]=0x2 for the RDA and BA[1:0]=0x3 for the ACT | | | | | | | | | |
| 32-39 | 90-114 | Repeat sub-loops 8-15, use BA[1:0]=0x3 for the RDA and BA[1:0]=0x0 for the ACT | | | | | | | | | |
| ... | ... | Repeat sub-loops 0-18 for each 3DS logical rank, if applicable | | | | | | | | | CID[2:0]=0x1-0x7 |

NOTE 1   Utilize DESELECTs between commands per the 4-cycle sequence defined in the IDD2N, IDD3N pattern.
NOTE 2   READs performed with Auto Precharge = L, Burst Chop = H.
NOTE 3   x8 or x16 may have different Bank or Bank Group Address.
NOTE 4   Data reflects burst length of 16.
NOTE 5   Refer to IDD4R measurement loop table for data pattern definition
NOTE 6   For 3DS, all banks of all "non-target" logical ranks are Idd2N condition

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

# 12    Input/Output Capacitance

**Table 312 — Silicon Pad I/O Capacitance DDR5-3200 to DDR5-6400**

| Symbol | Parameter | DDR5-3200/ 3600/4000 | | DDR5-4400/ 4800 | | DDR5-5200/5600 | | DDR5-6000/6400 | | Unit | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | min | max | min | max | min | max | min | max | | |
| $C_{IO}$ | Input/output capacitance (DQ, DM_n, DQS_t, DQS_c, TDQS_t, TDQS_c) | 0.40 | 0.9 | 0.40 | 0.9 | 0.40 | 0.85 | 0.40 | 0.8 | pF | 1,2 |
| $C_{DIO}$ | Input/output capacitance delta (DQ, DM_c) | -0.1 | 0.1 | -0.1 | 0.1 | -0.1 | 0.1 | -0.1 | 0.1 | pF | 1,2,8 |
| $C_{DDQS}$ | Input/output capacitance delta (DQS_t and DQS_c) | | 0.04 | | 0.04 | | 0.04 | | 0.04 | pF | 1,2,4 |
| $C_{CK}$ | Input capacitance (CK_t and CK_c) | 0.2 | 0.7 | 0.2 | 0.6 | 0.2 | 0.55 | 0.2 | 0.5 | pF | 1,2 |
| $C_{DCK}$ | Input capacitance delta (CK_t and CK_c) | | 0.05 | | 0.05 | | 0.05 | | 0.05 | pF | 1,2,3 |
| $C_I$ | Input capacitance (CS_n & CA[13:0] pins only) | 0.2 | 0.7 | 0.2 | 0.6 | 0.2 | ($C_I$ Option1) 0.55 ($C_I$ Option2) 0.5 | 0.2 | 0.5 | pF | 1,2,5,12 |
| $C_{DI\_CS\_n}$ | Input capacitance delta (CS_n pin only) | -0.1 | 0.1 | -0.1 | 0.1 | -0.1 | 0.1 | -0.1 | 0.1 | pF | 1,2,6 |
| $C_{DI\_CA}$ | Input capacitance delta (CA[13:0] pins only) | -0.1 | 0.1 | -0.1 | 0.1 | -0.1 | 0.1 | -0.1 | 0.1 | pF | 1,2,7 |
| $C_{ALERT}$ | Input/output capacitance of ALERT | 0.4 | 1.5 | 0.4 | 1.5 | 0.4 | 1.5 | 0.4 | 1.5 | pF | 1,2 |
| $C_{Loopback}$ | Input/output capacitance of Loopback (LBDQ, LBDQS) | 0.3 | 1.0 | 0.3 | 1.0 | 0.3 | 1.0 | 0.3 | 1.0 | pF | 1,2 |
| CTEN | Input capacitance of TEN | 0.2 | 2.3 | 0.2 | 2.3 | 0.2 | 2.3 | 0.2 | 2.3 | pF | 1,2,9 |
| $C_{ZQ}$ | Input capacitance of ZQ | - | 5 | - | 5 | - | 5 | - | 5 | pF | 1,2,11 |
| $C_{STRAP}$ | Input capacitance of MIR, CAI, CA_ODT pins | - | 10 | - | 10 | - | 10 | - | 10 | pF | 1,2,10 |

NOTE 1    This parameter is not subject to production test. This parameter is measured by using vendor specific measurement methodology.
NOTE 2    This parameter applies to monolithic devices only; stacked/dual-die devices are not covered here
NOTE 3    Absolute value CIO(CK_t)-CIO(CK_c)
NOTE 4    Absolute value of CIO(DQS_t)-CIO(DQS_c)
NOTE 5    CI applies to CS_n and CA[13:0]
NOTE 6    CDI_CS_n = CI(CS_n)-0.5*(CI(CK_t)+CI(CK_c))
NOTE 7    CDI_CA = CI(CA[13:0])-0.5*(CI(CK_t)+CI(CK_c))
NOTE 8    CDIO = CIO(DQ,DM)-Avg(CIO(DQ,DM))
NOTE 9    TEN pin may be DRAM internally pulled low through a weak pull-down resistor to VSS. In this case CTEN might not be valid and system shall verify TEN signal with Vendor specific information.
NOTE 10    MIR, CAI, and CA_ODT are strap pins used to configure module or point to point use cases depending on power, signal integrity, and termination requirements. No active AC signaling requirements defined for these pins.
NOTE 11    Maximum external load capacitance on ZQ pin: 25pF. The ZQ functionality / accuracy with the max capacitive load is characterized.
NOTE 12    CI Options are incorporated VcIVW in **Table 203** in **Clause 8.2**.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 12    Input/Output Capacitance (cont'd)

**Table 313 — Silicon Pad I/O Capacitance DDR5-6800 to DDR5-8400**

| Symbol | Parameter | DDR5-6800/ 7200/7600 | | DDR5-8000/ 8400 | | Unit | NOTE |
|---|---|---|---|---|---|---|---|
| | | min | max | min | max | | |
| $C_{IO}$ | Input/output capacitance (DQ, DM_n, DQS_t, DQS_c, TDQS_t, TDQS_c) | TBD | TBD | TBD | TBD | pF | 1,2 |
| $C_{DIO}$ | Input/output capacitance delta (DQ, DM_c) | TBD | TBD | TBD | TBD | pF | 1,2,8 |
| $C_{DDQS}$ | Input/output capacitance delta (DQS_t and DQS_c) | TBD | TBD | TBD | TBD | pF | 1,2,4 |
| $C_{CK}$ | Input capacitance (CK_t and CK_c) | TBD | TBD | TBD | TBD | pF | 1,2 |
| $C_{DCK}$ | Input capacitance delta (CK_t and CK_c) | TBD | TBD | TBD | TBD | pF | 1,2,3 |
| $C_I$ | Input capacitance (CS_n & CA[13:0] pins only) | TBD | TBD | TBD | TBD | pF | 1,2,5 |
| $C_{DI\_CS\_n}$ | Input capacitance delta (CS_n only) | TBD | TBD | TBD | TBD | pF | 1,2,6 |
| $C_{DI\_CA}$ | Input capacitance delta (CA[13:0] pins only) | TBD | TBD | TBD | TBD | pF | 1,2,7 |
| $C_{ALERT}$ | Input/output capacitance of ALERT | TBD | TBD | TBD | TBD | pF | 1,2 |
| $C_{Loopback}$ | Input/output capacitance of Loopback (LBDQ, LBDQS) | TBD | TBD | TBD | TBD | pF | 1,2 |
| $C_{TEN}$ | Input capacitance of TEN | TBD | TBD | TBD | TBD | pF | 1,2,9 |
| $C_{ZQ}$ | Input capacitance of ZQ | - | 5 | - | 5 | pF | 1,2,11 |
| $C_{STRAP}$ | Input capacitance of MIR, CAI, CA_ODT pins | - | 10 | - | 10 | pF | 1,2,10 |

NOTE 1    This parameter is not subject to production test. This parameter is measured by using vendor specific measurement methodology.
NOTE 2    This parameter applies to monolithic devices only; stacked/dual-die devices are not covered here
NOTE 3    Absolute value CIO(CK_t)-CIO(CK_c)
NOTE 4    Absolute value of CIO(DQS_t)-CIO(DQS_c)
NOTE 5    CI applies to CS_n and CA[13:0]
NOTE 6    CDI_CS_n = CI(CS_n)-0.5*(CI(CK_t)+CI(CK_c))
NOTE 7    CDI_CA = CI(CA[13:0])-0.5*(CI(CK_t)+CI(CK_c))
NOTE 8    CDIO = CIO(DQ,DM)-Avg(CIO(DQ,DM))
NOTE 9    TEN pin may be DRAM internally pulled low through a weak pull-down resistor to VSS. In this case CTEN might not be valid and system shall verify TEN signal with Vendor specific information.
NOTE 10    MIR, CAI, and CA_ODT are strap pins used to configure module or point to point use cases depending on power, signal integrity, and termination requirements. No active AC signaling requirements defined for these pins.
NOTE 11    Maximum external load capacitance on ZQ pin: 25pF. The ZQ functionality / accuracy with the max capacitive load is characterized.

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

JEDEC Standard No. 79-5B_v1.20
Page 438

# 12    Input/Output Capacitance (cont'd)

**Table 314 — DRAM Package Electrical Specifications (X4/X8)**

| Parameter | Symbol | DDR5-3200 to DDR5-4800 | | DDR5-5200 to DDR5-6400 | | Unit | Note |
|---|---|---|---|---|---|---|---|
| | | min | max | min | max | | |
| Input/output Zpkg | $Z_{pkg\_DQ}$ | 45 | 75 | 50 | 75 | Ω | 1,2,4,5,10 |
| Input/output Pkg Delay | $T_{pkg\_delay\_DQ}$ | 10 | 35 | 10 | 32 | ps | 1,3,4,5,10 |
| DQS_t, DQS_c Zpkg | $Z_{pkg\_DQS}$ | 45 | 75 | 50 | 75 | Ω | 1,2,5,10,12 |
| DQS_t, DQS_c Pkg Delay | $T_{pkg\_delay\_DQS}$ | 10 | 35 | 10 | 32 | ps | 1,3,5,10,12 |
| Delta Zpkg DQS_t, DQS_c | $DZ_{pkg\_DQS}$ | - | 5 | - | 5 | Ω | 1,2,5,7,10 |
| Delta Delay DQS_t, DQS_c | $DT_{pkg\_delay\_DQS}$ | - | 2 | - | 2 | ps | 1,3,5,7,10 |
| Input- CTRL pins Zpkg | $Z_{pkg\_CTRL}$ | 45 | 75 | 45 | 75 | Ω | 1,2,5,9,10 |
| Input- CTRL pins Pkg Delay | $T_{pkg\_delay\_CTRL}$ | 10 | 35 | 10 | 28 | ps | 1,3,5,9,10 |
| Input- CMD ADD pins Zpkg | $Z_{pkg\_CA}$ | 45 | 75 | 45 | 75 | Ω | 1,2,5,8,10 |
| Input- CMD ADD pins Pkg Delay | $T_{pkg\_delay\_CA}$ | 10 | 35 | 10 | (Option 1) 35 (Option 2) 32 (Option 3) 29 | ps | 1,3,5,8,10 |
| CK_t & CK_c Zpkg | $Z_{pkg\_CK}$ | 45 | 75 | 45 | 75 | Ω | 1,2,5,10 |
| CK_t & CK_c Pkg Delay | $T_{pkg\_delay\_CK}$ | 10 | 30 | 10 | 25 | ps | 1,3,5,10 |
| Delta Zpkg CK_t & CK_c | $DZ_{pkg\_delay\_CK}$ | - | 5 | - | 5 | Ω | 1,2,5,6,10 |
| Delta Delay CK_t & CK_c | $DT_{pkg\_delay\_CK}$ | - | 2 | - | 2 | ps | 1,3,5,6,10 |
| ALERT Zpkg | $Z_{pkg\_ALERT}$ | 45 | 75 | 45 | 75 | Ω | 1,2,5,10 |
| ALERT Delay | $T_{pkg\_delay\_ALERT}$ | 10 | 60 | 10 | 60 | ps | 1,3,5,10 |
| Loopback Zpkg | $Z_{pkg\_Loopback}$ | 45 | 75 | 45 | 75 | Ω | 1,2,5,10,11 |
| Loopback Delay | $T_{pkg\_delay\_Loopback}$ | 10 | 60 | 10 | 60 | ps | 1,3,5,10,11 |

NOTE 1    This parameter is not subject to production test.
NOTE 2    This parameter is measured by using vendor specific measurement methodology to calculate the average $Z_{pkg\_xx}$ over the interval $T_{pkg\_delay\_xx}$
NOTE 3    This parameter is measured by using vendor specific measurement methodology.
NOTE 4    $Z_{pkg\_DQ}$ & $T_{pkg\_delay\_DQ}$ applies to DQ, DM
NOTE 5    This parameter applies to monolithic devices only; stacked/dual-die devices are not covered here
NOTE 6    Absolute value of $Z_{pkg\_CK\_t} - Z_{pkg\_CK\_c}$ for impedance(Z) or absolute value of $T_{pkg\_delay\_CK\_t} - T_{pkg\_delay\_CK\_c}$ for delay ($T_{pkg\_delay}$).
NOTE 7    Absolute value of $Z_{pkg}(DQS\_t) - Z_{pkg}(DQS\_c)$ for impedance(Z) or absolute value of $T_{pkg\_delay\_DQS\_t} - T_{pkg\_delay\_DQS\_c}$ for delay ($T_{pkg\_delay}$)
NOTE 8    $Z_{pkg\_CA}$ & $T_{pkg\_delay\_CA}$ applies to CA[13:0]
NOTE 9    $Z_{pkg\_CTRL}$ & $T_{pkg\_delay\_CTRL}$ applies to CS_n
NOTE 10    Package implementations shall meet spec if the designed $Z_{pkg}$ and $T_{pkg\_delay}$ fall within the ranges shown.
NOTE 11    $Z_{pkg\_Loopback}$ & $T_{pkg\_delay\_Loopback}$ applies to LBDQ and LBDQS.
NOTE 12    $Z_{pkg\_DQS}$ & $T_{pkg\_delay\_DQS}$ applies to DQS_t & DQS_c, TDQS_t & TDQS_c.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 12    Input/Output Capacitance (cont'd)

**Table 315 — DRAM Package Electrical Specifications (X16)**

| Parameter | Symbol | DDR5-3200 to DDR5-4800 | | DDR5-5200 to DDR5-6400 | | Unit | NOTE |
|---|---|---|---|---|---|---|---|
| | | min | max | min | max | | |
| Input/output Zpkg | $Z_{pkg\_DQ}$ | 45 | 75 | TBD | TBD | Ω | 1,2,4,5,10 |
| Input/output Pkg Delay | $T_{pkg\_delay\_DQ}$ | 10 | 40 | TBD | TBD | ps | 1,3,4,5,10 |
| DQS_t, DQS_c Zpkg | $Z_{pkg\_DQS}$ | 45 | 75 | TBD | TBD | Ω | 1,2,5,10,12 |
| DQS_t, DQS_c Pkg Delay | $T_{pkg\_delay\_DQS}$ | 10 | 40 | TBD | TBD | ps | 1,3,5,10,12 |
| Delta Zpkg DQS_t, DQS_c | $DZ_{pkg\_DQS}$ | - | 5 | TBD | TBD | Ω | 1,2,5,7,10 |
| Delta Delay DQS_t, DQS_c | $DT_{pkg\_delay\_DQS}$ | - | 2 | TBD | TBD | ps | 1,3,5,7,10 |
| Input- CTRL pins Zpkg | $Z_{pkg\_CTRL}$ | 45 | 75 | TBD | TBD | Ω | 1,2,5,9,10 |
| Input- CTRL pins Pkg Delay | $T_{pkg\_delay\_CTRL}$ | 10 | 40 | TBD | TBD | ps | 1,3,5,9,10 |
| Input- CMD ADD pins Zpkg | $Z_{pkg\_CA}$ | 45 | 75 | TBD | TBD | Ω | 1,2,5,8,10 |
| Input- CMD ADD pins Pkg Delay | $T_{pkg\_delay\_CA}$ | 10 | 45 | TBD | TBD | ps | 1,3,5,8,10 |
| CK_t & CK_c Zpkg | $Z_{pkg\_CK}$ | 45 | 75 | TBD | TBD | Ω | 1,2,5,10 |
| CK_t & CK_c Pkg Delay | $T_{pkg\_delay\_CK}$ | 10 | 45 | TBD | TBD | ps | 1,3,5,10 |
| Delta Zpkg CK_t & CK_c | $DZ_{pkg\_delay\_CK}$ | - | 5 | TBD | TBD | Ω | 1,2,5,6,10 |
| Delta Delay CK_t & CK_c | $DT_{pkg\_delay\_CK}$ | - | 2 | TBD | TBD | ps | 1,3,5,6,10 |
| ALERT Zpkg | $Z_{pkg\_ALERT}$ | 45 | 75 | TBD | TBD | Ω | 1,2,5,10 |
| ALERT Delay | $T_{pkg\_delay\_ALERT}$ | 10 | 60 | TBD | TBD | ps | 1,3,5,10 |
| Loopback Zpkg | $Z_{pkg\_Loopback}$ | 45 | 75 | TBD | TBD | Ω | 1,2,5,10,11 |
| Loopback Delay | $T_{pkg\_delay\_Loopback}$ | 10 | 60 | TBD | TBD | ps | 1,3,5,10,11 |

NOTE 1    This parameter is not subject to production test.
NOTE 2    This parameter is measured by using vendor specific measurement methodology.
NOTE 3    This parameter is measured by using vendor specific measurement methodology.
NOTE 4    $Z_{pkg\_DQ}$ & $T_{pkg\_delay\_DQ}$ applies to DQ, DM.
NOTE 5    This parameter applies to monolithic devices only; stacked/dual-die devices are not covered here
NOTE 6    Absolute value of $Z_{pkg\_CK\_t}$ - $Z_{pkg\_CK\_c}$ for impedance(Z) or absolute value of $T_{pkg\_delay\_CK\_t}$ - $T_{pkg\_delay\_CK\_c}$ for delay ($T_{pkg\_delay}$).
NOTE 7    Absolute value of $Z_{pkg}$(DQS_t)-$Z_{pkg}$(DQS_c) for impedance(Z) or absolute value of $T_{pkg\_delay\_DQS\_t}$ - $T_{pkg\_delay\_DQS\_c}$ for delay ($T_{pkg\_delay}$)
NOTE 8    $Z_{pkg\_CA}$ & $T_{pkg\_delay\_CA}$ applies to CA[13:0]
NOTE 9    $Z_{pkg\_CA}$ & $T_{pkg\_delay\_CTRL}$ applies to CS_n
NOTE 10    Package implementations shall meet spec if the designed $Z_{pkg}$ and $T_{pkg\_delay}$ fall within the ranges shown.
NOTE 11    $Z_{pkg\_Loopback}$ & $T_{pkg\_delay\_Loopback}$ applies to LBDQ and LBDQS.
NOTE 12    $Z_{pkg\_DQS}$ & $T_{pkg\_delay\_DQS}$ applies to DQS_t & DQS_c, TDQS_t & TDQS_c.

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

JEDEC Standard No. 79-5B_v1.20
Page 440

## 12.1  Electrostatic Discharge Sensitivity Characteristics

**Table 316 — Electrostatic Discharge Sensitivity Characteristics**

| PARAMETER [1] | SYMBOL | MIN | MAX | UNIT | NOTES |
|---|---|---|---|---|---|
| Human body model (HBM) | ESDHBM | 1000 | - | V | 2 |
| Charged-device model (CDM) | ESD$_{CDM}$ | 250 | - | V | 3 |
| NOTE 1    State-of-the-art basic ESD control measures have to be in place when handling devices | | | | | |
| NOTE 2    Refer to ESDA / JEDEC Joint Standard JS-001 for measurement procedures. | | | | | |
| NOTE 3    Refer to ESDA / JEDEC Joint Standard JS-002 f for measurement procedures | | | | | |



Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

# 13    Electrical Characteristics and AC Timing

## 13.1    Reference Load for AC Timing and Output Slew Rate - No Ballot

Figure 247 represents the effective reference load of 50 ohms used in defining the relevant AC timing parameters of the device as well as output slew rate measurements.

Ron nominal of DQ, DQS_t and DQS_c drivers uses 34 ohms to specify the relevant AC timing parameter values of the device.

The maximum DC High level of Output signal = 1.0 * VDDQ,

The minimum DC Low level of Output signal = { 34 /( 34 + 50 ) } *VDDQ = 0.4* VDDQ

The nominal reference level of an Output signal can be approximated by the following:

The center of maximum DC High and minimum DC Low = { ( 1 + 0.4 ) / 2 } * VDDQ = 0.7 * VDDQ

The actual reference level of Output signal might vary with driver Ron and reference load tolerances. Thus, the actual reference level or midpoint of an output signal is at the widest part of the output signal's eye. Prior to measuring AC parameters, the reference level of the verification tool should be set to an appropriate level.

It is not intended as a precise representation of any particular system environment or a depiction of the actual load presented by a production tester. System designers should use IBIS or other simulation tools to correlate the timing reference load to a system environment. Manufacturers correlate to their production test conditions, generally one or more coaxial transmission lines terminated at the tester electronics.



Figure 247 — Reference Load for AC Timing and Output Slew Rate

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

## 13.2    Rounding Definitions and Algorithms

Software algorithms for calculation of timing parameters are subject to rounding errors from many sources. For example, a system may use a memory clock with a nominal frequency of 2200 MHz (4400 MT/s) for the DDR5-4400 speed bin, which mathematically yields a nominal clock period tCK(AVG) of 0.454545... ns.  In most cases, it is impossible to express all digits after the decimal point exactly, and rounding must be used. The DDR5 SDRAM specification establishes a minimum granularity for timing parameters of 1 ps.

Rules for rounding must be defined to allow optimization of device performance without violating device parameters. All timing parameters specified in the time domain (ns, ps, etc.) which must then be converted to the clock domain (nCK units) shall be defined to align with these rules. The key point is, minimum and maximum timing parameter values shall generally use the same rounding rules used to define tCK(AVG)min and tCK(AVG)max. The resulting rounding algorithms rely on results that are within correction factors of device testing and specification to avoid losing performance due to rounding errors.
These rules are:

- **DEFINING TIMING PARAMETER VALUES:** Minimum and maximum timing parameter values, including tCK(AVG)min and tCK(AVG)max, are rounded down and to be defined to 1 ps of accuracy in the DDR5 SDRAM specification based on the non-rounded nominal tCK(AVG) for a given speed bin. If the nominal timing parameter values require more than 1 ps of accuracy, they can be rounded down (faster) to the next 1 ps according to the rounding algorithms, and the DDR5 SDRAM is responsible for absorbing the resulting small parameter extensions. In other words, the DDR5 SDRAM specification only lists the nominal parameter values rounded down to the next 1ps. For example, this extends the DDR5-4400 tCK(AVG)min definition to be exactly 0.454 ns which is slightly smaller (faster) than the nominal memory clock period of 0.454545... ns by less than 1 ps.

- **CALCULATING THE REAL MINIMUM TIMING PARAMETER VALUES:** For minimum timing parameters, other than tCK(AVG)min, to avoid losing performance due to additional erroneous nCKs and to calculate the true real minimum values, their nominal values listed in the DDR5 SDRAM specification must be reduced (faster) by the maximum %error (correction factor) used to define tCK(AVG)min. The DDR5 SDRAM is responsible for absorbing the resulting small parameter extensions. For example, tWRmin has a nominal value of 30.000ns, however, applying the 0.30% correction factor allows a more aggressive timing (for example, 29.910ns) to be supported, which allows the intended smaller (faster) nCK value to be maintained when rounding tCK(AVG)min down to the next 1 ps. Note, parameter values defined to be 0 ps do not need to be reduced by a correction factor, and therefore don't require these rounding algorithms.

- **CALCULATING THE REAL MAXIMUM TIMING PARAMETER VALUES:** For maximum timing parameters, including tCK(AVG)max, to avoid losing performance due to excluding erroneous nCKs and to calculate the true real maximum values, their nominal values listed in the DDR5 SDRAM specification must be increased (slower) by the maximum %error caused by rounding tCK(AVG) down to the next 1 ps. The DDR5 SDRAM is responsible for absorbing the resulting small parameter extensions. For example, tREFImax has a nominal value of 3.9 us. And the DDR5-8400 speed bin mathematically yields a nominal clock period tCK(AVG) of 0.238095... ns, resulting in a theoretical maximum %error of 0.42% (0.239ns/0.238ns-100%). So the true real tREFImax value is 3.916386... us (3.9us*0.239ns/0.238ns) for the DDR5-8400 speed bin.

- **ROUNDING ALGORITHM FOR MINIMUM TIMING PARAMETER VALUES:** Round down only integer number math is commonly used in the industry to calculate nCK values. This rounding algorithm for minimum timing parameters uses scaling by 1000 to allow use of integer math. Nominal minimum timing parameters like tWRmin, tRCDmin, etc. which are programmed in systems in numbers of clocks (nCK) but expressed in units of time(ps), are rounded down to the next 1ps, multiplied by the scaled inverse correction factor (1000-3=997) prior to division by the application memory clock period rounded down to the next 1ps, and adding 1 scaled by 1000 to that result effectively adds 1nCK. Division by 1000 undoes the scaling effects, resulting in a number of clocks as the final answer which has been effectively rounded up to the next 1 nCK by adding 1nCK in the previous step and then rounding down to the next 1 nCK. The caveat is, effectively adding 1 prior to rounding down is mostly equivalent to rounding up except when the result is equal to an integer  in which case the result won't be rounded down as intended, and therefore performance would be lost. To address this, the maximum 0.28% correction factor needed for 3600 MHz (0.277ns/0.2777777...ns-100%) operation has been increased slightly to 0.30% in this rounding algorithms. This accounts for all integer boundary conditions, except for the specific case when the nominal minimum timing parameter value is defined to be 0 ps. No rounding is required for parameter values equal to 0 ps. This rounding algorithm is not optimized for parameter values that are less than or equal to 0ps, and may result in unintended lost performance if used for parameter values that are less than or equal to 0ps.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 13.2    Rounding Definitions and Algorithms (cont'd)

$$nCK = truncate\left[\frac{truncate\left[\frac{truncate[\text{parameter\_nominal\_in\_ps}] \times 997}{truncate[\text{tCK(AVG)\_real\_in\_ps}]}\right] + 1000}{1000}\right]$$

- **ROUNDING ALGORITHM FOR MAXIMUM TIMING PARAMETER VALUES:** Round down only integer number math is commonly used in the industry to calculate nCK values. This rounding algorithm is used for maximum timing parameters. Nominal maximum timing parameters like tREFImax, etc. which programmed in systems in numbers of clocks (nCK) but expressed in units of time (ps), are rounded down to the next 1 ps prior to division by the application memory clock period rounded down to the next 1 ps, resulting in a number of clocks as the final answer which is rounded down to the next 1 nCK. No rounding is required for parameter values equal to 0 ps, but this rounding algorithm can still be used for parameter values equal to 0ps and no performance will be lost. This rounding algorithm is not optimized for parameter values that are less than 0 ps (negative parameter values), and may result in violating the parameter specification if used for parameter values that are less than 0 ps.

$$nCK = truncate\left[\frac{truncate[\text{parameter\_nominal\_in\_ps}]}{truncate[tCKAVG]}\right]$$

- **CL ALGORITHM FOR STANDARD SPEED BINS:** The math rounding algorithms shall be used for all timing parameters when converting from the time domain (ns, ps, etc.) to the clock domain (nCK units), except for when converting tAA to CL. If these rounding algorithms are used to convert tAA to CL, they'll return invalid CL's for some cases when down clocking (and the DIMM SPD CL Mask doesn't protect against all of these cases). The proper setting of CL shall be determined by the memory controller, either by using the speed bin tables, or by using the CL algorithm, or by some other means. Refer to the Speed Bins and Operations section for more information. Note, the CL algorithm replaces the need to use the DIMM SPD CL Mask.

- **CL ALGORITHM FOR CUSTOM SPEED BINS:** If the DDR5 SDRAM supports non-standard tCK, tAA, tRCD, and tRP speed bin timings, the CL algorithm will still only return valid CL's as defined in the speed bin tables, which may not be the intended CL's for non-standard speed bins. In these cases, the rounding algorithms may need to be used to convert tAA to CL, instead of the CL algorithm. The CL returned by the rounding algorithms shall be incremented up to the next supported CL according to the DIMM SPD CL Mask. Consult the memory vendor for more information.

## 13.2.1  Example 1, Using Integer Math to Convert $t_{WR(min)}$ from ns to nCK

// This algorithm reduces the nominal minimum timing parameter value by a 0.30% correction factor,
// rounds tCK(AVG) down, calculates nCK, adds 1 nCK, and rounds nCK down to the next integer value

int TwrMin, Correction, ClockPeriod, TempTwr, TempNck, TwrInNck;

```
TwrMin       = 30000;                       // tWRmin in ps
Correction   = 3                            // 0.30% per the rounding algorithm
ClockPeriod  = ApplicationTck;              // Clock period in ps is application specific
TempTwr      = TwrMin * (1000 - Correction);  // Apply correction factor, scaled by 1000
TempNck      = TempTwr / ClockPeriod ;      // Initial nCK calculation, scaled by 1000
TempNck      = TempNck + 1000;              // Add 1, scaled by 1000, to effectively round up
TwrInNck     = (int)(TempNck / 1000);       // Round down to next integer
```

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 444

## 13.2.1   Example 1, Using Integer Math to Convert tWR(min) from ns to nCK (cont'd)

**Table 317 — Example 1, Using Round Down only Integer Number Math**

| DDR5 Device Operating at Standard Application Frequencies Timing Parameter: *t*WR(min) = 30.000 ns = 30000 ps | | | | | |
|---|---|---|---|---|---|
| Application Speed Grade | Device *t*WR | Application tCK | Device tWR / Application tCK | Device tWR * (1000 - Correction) / Application tCK + 1000 | Truncate Corrected nCK / 1000 |
| MT/s | ps | ps | nCK (real) | scaled nCK (corrected) | nCK (integer) |
| 3200 | 30000 | 625 | 48.00 | 48856 | 48 |
| 3600 | 30000 | 555 | 54.05 | 54891 | 54 |
| 4000 | 30000 | 500 | 60.00 | 60820 | 60 |
| 4400 | 30000 | 454 | 66.08 | 66881 | 66 |
| 4800 | 30000 | 416 | 72.12 | 72899 | 72 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 13.3    Timing Parameters by Speed Grade

The analog timing parameters in this clause have been defined based on nominal tCA(avg)min according to the rounding rules which can be found in the Rounding Definitions and Algorithms section.

### 13.3.1  Timing Parameters for DDR5-3200 to DDR5-4000

#### Table 318 — Timing Parameters for DDR5-3200 to DDR5-4000

| Speed | | DDR5-3200 | | DDR5-3600 | | DDR5-4000 | | Units | NOTE |
|---|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | MIN | MAX | MIN | MAX | MIN | MAX | | |
| **Clock Timing** | | | | | | | | | |
| Average Clock Period | tCK(avg) | 0.625 | - | 0.555 | - | 0.500 | - | ns | 1 |
| **Command and Address Timing** | | | | | | | | | |
| Read to Read command delay for same bank in same bank group | tCCD_L | Max(8nCK, 5 ns) | | | | | | nCK,ns | 8 |
| Write to Write command delay for same bank in same bank group | tCCD_L_WR | Max(32nCK, 20 ns) | | | | | | nCK,ns | 8 |
| Write to Write command delay for same bank group, second write not RMW | tCCD_L_WR2 | Max(16nCK, 10 ns) | | | | | | nCK,ns | 8 |
| Read to Write command delay for same bank group | tCCD_L_RTW | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | | | | | nCK,ns | 3,5,6, 8 |
| Write to Read command delay for same bank in same bank group | tCCD_L_WTR | CWL + WBL/2 + Max(16nCK,10 ns) | | | | | | nCK,ns | 4,6,8 |
| Read to Read command delay for different bank in same bank group | tCCD_M | tCCD_L | | | | | | nCK,ns | 8 |
| Write to Write command delay for different bank in same bank group | tCCD_M_WR | tCCD_L_WR | | | | | | nCK,ns | 8 |
| Write to Read command delay for different bank in same bank group | tCCD_M_WTR | tCCD_L_WTR | | | | | | nCK,ns | 4,6,8 |
| Read to Read command delay for different bank group | tCCD_S | 8 | | | | | | nCK | 8 |
| Write to Write command delay for different bank group | tCCD_S_WR | 8 | | | | | | nCK | 8 |
| Read to Write command delay for different bank group | tCCD_S_RTW | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | | | | | nCK,ns | 3,5,6, 8 |
| Write to Read command delay for different bank group | tCCD_S_WTR | CWL + WBL/2 + Max(4nCK,2.5 ns) | | | | | | nCK,ns | 4,6,8 |
| Write to Read with Auto Precharge command delay for same bank | tCCD_WTRA | CWL + WBL/2 + tWR - tRTP | | | | | | nCK,ns | 2,4,6, 8 |
| Activate to Activate command delay to same bank group for 1 KB page size | tRRD_L(1K) | Max(8nCK, 5 ns) | | | | | | nCK,ns | 8 |
| Activate to Activate command delay to same bank group for 2 KB page size | tRRD_L(2K) | Max(8nCK, 5 ns) | | | | | | nCK,ns | 8 |
| Activate to Activate command delay to different bank group for 1 KB page size | tRRD_S(1K) | 8 | | | | | | nCK | 8 |
| Activate to Activate command delay to different bank group for 2 KB page size | tRRD_S(2K) | 8 | | | | | | nCK | 8 |
| Four activate window for 1 KB page size | tFAW (1K) | Max(32nCK, 20.000 ns) | - | Max(32nCK, 17.777 ns) | - | Max(32nCK, 16.000 ns) | - | nCK, ns | |
| Four activate window for 2 KB page size | tFAW (2K) | Max(40nCK, 25.000 ns) | - | Max(40nCK, 22.222 ns) | - | Max(40nCK, 20.000 ns) | - | nCK, ns | |
| Read to Precharge command delay | tRTP | Max(12 nCK, 7.5 ns) | | | | | | nCK,ns | 8 |
| Precharge to Precharge command delay | tPPD | 2 | | | | | | nCK | 7,8 |
| Write recovery time | tWR | 30 | | | | | | ns | 8 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 446

## 13.3.2  Timing Parameters for DDR-4400 to DDR5-5200

The analog timing parameters in this clause have been defined based on nominal tCK(avg)min according to the rounding rules which can be found in the Rounding Definitions and Algorithms section.

### Table 319 — Timing Parameters for DDR5-4400 to DDR5-5200

| Speed | | DDR5-4400 | | DDR5-4800 | | DDR5-5200 | | Units | NOTE |
|---|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | MIN | MAX | MIN | MAX | MIN | MAX | | |
| **Clock Timing** | | | | | | | | | |
| Average Clock Period | tCK(avg) | 0.454 | - | 0.416 | - | 0.384 | - | ns | 1 |
| **Command and Address Timing** | | | | | | | | | |
| Read to Read command delay for same bank in same bank group | tCCD_L | Max(8 nCK, 5 ns) | | | | | | nCK,ns | 8 |
| Write to Write command delay for same bank in same bank group | tCCD_L_WR | Max(32nCK, 20 ns) | | | | | | nCK,ns | 8 |
| Write to Write command delay for same bank group, second write not RMW | tCCD_L_WR2 | Max(16nCK, 10ns) | | | | | | nCK,ns | 8 |
| Read to Write command delay for same bank group | tCCD_L_RTW | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | | | | | nCK,ns | 3,5,6,8 |
| Write to Read command delay for same bank in same bank group | tCCD_L_WTR | CWL + WBL/2 + Max(16nCK,10 ns) | | | | | | nCK,ns | 4,6,8 |
| Read to Read command delay for different bank in same bank group | tCCD_M | tCCD_L | | | | | | nCK,ns | 8 |
| Write to Write command delay for different bank in same bank group | tCCD_M_WR | tCCD_L_WR | | | | | | nCK,ns | 8 |
| Write to Read command delay for different bank in same bank group | tCCD_M_WTR | tCCD_L_WTR | | | | | | nCK,ns | 4,6,8 |
| Read to Read command delay for different bank group | tCCD_S | 8 | | | | | | nCK | 8 |
| Write to Write command delay for different bank group | tCCD_S_WR | 8 | | | | | | nCK | 8 |
| Read to Write command delay for different bank group | tCCD_S_RTW | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | | | | | nCK,ns | 3,5,6,8 |
| Write to Read command delay for different bank group | tCCD_S_WTR | CWL + WBL/2 + Max(4nCK,2.5 ns) | | | | | | nCK,ns | 4,6,8 |
| Write to Read with Auto Precharge command delay for same bank | tCCD_WTRA | CWL + WBL/2 + tWR - tRTP | | | | | | nCK,ns | 2,4,6,8 |
| Activate to Activate command delay to same bank group for 1 KB page size | tRRD_L(1K) | Max(8nCK, 5 ns) | | | | | | nCK,ns | 8 |
| Activate to Activate command delay to same bank group for 2 KB page size | tRRD_L(2K) | Max(8nCK, 5 ns) | | | | | | nCK,ns | 8 |
| Activate to Activate command delay to different bank group for 1 KB page size | tRRD_S(1K) | 8 | | | | | | nCK | 8 |
| Activate to Activate command delay to different bank group for 2 KB page size | tRRD_S(2K) | 8 | | | | | | nCK | 8 |
| Four activate window for 1 KB page size | tFAW (1K) | Max(32nCK, 14.545 ns) | - | Max(32nCK, 13.333 ns) | - | Max(32nCK, 12.307 ns) | - | nCK, ns | |
| Four activate window for 2 KB page size | tFAW (2K) | Max(40nCK, 18.181 ns) | - | Max(40nCK, 16.666 ns) | - | Max(40nCK, 15.384 ns) | - | nCK, ns | |
| Read to Precharge command delay | tRTP | Max(12nCK, 7.5 ns) | | | | | | nCK,ns | 8 |
| Precharge to Precharge command delay | tPPD | 2 | | | | | | nCK | 7,8 |
| Write recovery time | tWR | 30 | | | | | | ns | 8 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 13.3.3  Timing Parameters for DDR-5600 to DDR5-6400

Analog timing parameters in this clause have been defined on nominal tCK(avg)min according to the rounding rules which can be found in the Rounding Definitions and Algorithms section.

### Table 320 — Timing Parameters for DDR5-5600 to DDR5-6400

| Speed | | DDR5-5600 | | DDR5-6000 | | DDR5-6400 | | Units | NOTE |
|---|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | MIN | MAX | MIN | MAX | MIN | MAX | | |
| **Clock Timing** | | | | | | | | | |
| Average Clock Period | tCK(avg) | 0.357 | - | 0.333 | - | 0.312 | - | ns | 1 |
| **Command and Address Timing** | | | | | | | | | |
| Read to Read command delay for same bank in same bank group | tCCD_L | Max(8nCK, 5 ns) | | | | | | nCK,ns | 8 |
| Write to Write command delay for same bank in same bank group | tCCD_L_WR | Max(32nCK, 20 ns) | | | | | | nCK,ns | 8 |
| Write to Write command delay for same bank group, second write not RMW | tCCD_L_WR2 | Max(16nCK, 10 ns) | | | | | | nCK,ns | 8 |
| Read to Write command delay for same bank group | tCCD_L_RTW | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | | | | | nCK,ns | 3,5,6, 8 |
| Write to Read command delay for same bank in same bank group | tCCD_L_WTR | CWL + WBL/2 + Max(16nCK,10ns) | | | | | | nCK,ns | 4,6,8 |
| Read to Read command delay for different bank in same bank group | tCCD_M | tCCD_L | | | | | | nCK,ns | 8 |
| Write to Write command delay for different bank in same bank group | tCCD_M_WR | tCCD_L_WR | | | | | | nCK,ns | 8 |
| Write to Read command delay for different bank in same bank group | tCCD_M_WTR | tCCD_L_WTR | | | | | | nCK,ns | 4,6,8 |
| Read to Read command delay for different bank group | tCCD_S | 8 | | | | | | nCK | 8 |
| Write to Write command delay for different bank group | tCCD_S_WR | 8 | | | | | | nCK | 8 |
| Read to Write command delay for different bank group | tCCD_S_RTW | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | | | | | nCK,ns | 3,5,6, 8 |
| Write to Read command delay for different bank group | tCCD_S_WTR | CWL + WBL/2 + Max(4nCK,2.5 ns) | | | | | | nCK,ns | 4,6,8 |
| Write to Read with Auto Precharge command delay for same bank | tCCD_WTRA | CWL + WBL/2 + tWR - tRTP | | | | | | nCK,ns | 2,4,6, 8 |
| Activate to Activate command delay to same bank group for 1 KB page size | tRRD_L(1K) | Max(8nCK, 5 ns) | | | | | | nCK,ns | 8 |
| Activate to Activate command delay to same bank group for 2 KB page size | tRRD_L(2K) | Max(8nCK, 5 ns) | | | | | | nCK,ns | 8 |
| Activate to Activate command delay to different bank group for 1 KB page size | tRRD_S(1K) | 8 | | | | | | nCK | 8 |
| Activate to Activate command delay to different bank group for 2 KB page size | tRRD_S(2K) | 8 | | | | | | nCK | 8 |
| Four activate window for 1 KB page size | tFAW (1K) | Max(32nCK, 11.428ns) | - | Max(32nCK, 10.666 ns) | - | Max(32nCK, 10.000 ns) | - | nCK, ns | |
| Four activate window for 2 KB page size | tFAW (2K) | Max(40nCK, 14.285ns) | - | Max(40nCK, 13.333 ns) | - | Max(40nCK, 12.500 ns) | - | nCK, ns | |
| Read to Precharge command delay | tRTP | Max(12nCK, 7.5 ns) | | | | | | nCK,ns | 8 |
| Precharge to Precharge command delay | tPPD | 2 | | | | | | nCK | 7,8 |
| Write recovery time | tWR | 30 | | | | | | ns | 8 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 448

## 13.3.4  Timing Parameters for DDR-6800 to DDR5-7600

The analog timing parameters in this clause have been defined based on nominal tCK(avg)min according to the rounding rules which can be found in the Rounding Definitions and Algorithms section.

### Table 321 — Timing Parameters for DDR5-6800 to DDR5-7600

| Speed | | DDR5-6800 | | DDR5-7200 | | DDR5-7600 | | Units | NOTE |
|---|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | MIN | MAX | MIN | MAX | MIN | MAX | | |
| Average Clock Period | tCK(avg) | 0.294 | - | 0.277 | - | 0.263 | - | ns | 1 |
| **Command and Address Timing** | | | | | | | | | |
| Read to Read command delay for same bank in  same bank group | tCCD_L | max(8nCK,5 ns) | | | | max(8nCK,5 ns) | | nCK,ns | 8 |
| Write to Write command delay for same bank in same bank group | tCCD_L_WR | max(32nCK,20 ns) | | | | max(32nCK,20 ns) | | nCK,ns | 8 |
| Write to Write command delay for same bank group, second write not RMW | tCCD_L_WR2 | Max(16nCK,10 ns) | | | | Max(16nCK,10 ns) | | nCK,ns | 8 |
| Read to Read command delay for same bank group | tCCD_L_RTW | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | | | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | nCK,ns | 3,5,6,8 |
| Write to Read command delay for same bank in same bank group | tCCD_L_WTR | CWL + WBL/2 + Max(16nCK,10 ns) | | | | CWL + WBL/2 + Max(16nCK,10 ns) | | nCK,ns | 4,6,8 |
| Read to Read command delay for different bank in same bank group | tCCD_M | max(8nCK, 4.705 ns) | - | max(8nCK, 4.444 ns) | - | max(8nCK, 4.210 ns) | - | nCK,ns | |
| Write to Write command delay for different bank in same bank group | tCCD_M_WR | max(32nCK, 18.823 ns) | - | max(32nCK, 17.777 ns) | - | max(32nCK, 16.842 ns) | - | nCK,ns | |
| Write to Write command delay for different bank in same bank group | tCCD_M_WTR | CWL+WBL/2 +Max(16nCK, 9.411 ns) | - | CWL+WBL/2 +Max(16nCK, 8.888 ns) | - | CWL+WBL/2 +Max(16nCK, 8.421 ns) | - | nCK,ns | 4,6 |
| Read to Read command delay for different bank group | tCCD_S | 8 | | | | | | nCK | 8 |
| Write to Write command delay for different bank group | tCCD_S_WR | 8 | | | | | | nCK | 8 |
| Read to Read command delay for different bank group | tCCD_S_RTW | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | | | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | nCK,ns | 3,5,6,8 |
| Write to Read command delay for different bank group | tCCD_S_WTR | CWL+WBL/2 +Max(4nCK, 2.352 ns) | | CWL+WBL/2 +Max(4nCK, 2.222 ns) | | CWL+WBL/2 +Max(4nCK, 2.105 ns) | | nCK,ns | 4,6 |
| Write to Read with Auto Precharge command delay for same bank | tCCD_WTRA | CWL + WBL/2 + tWR - tRTP | | | | CWL + WBL/2 + tWR - tRTP | | nCK,ns | 2,4,6,8 |
| Activate to Activate command delay to same bank group for 1 KB page size | tRRD_L(1K) | max(8nCK, 4.705 ns) | | max(8nCK, 4.444 ns) | | max(8nCK, 4.210 ns) | | nCK,ns | |
| Activate to Activate command delay to same bank group for 2 KB page size | tRRD_L(2K) | max(8nCK, 4.705 ns) | | max(8nCK, 4.444 ns) | | max(8nCK, 4.210 ns) | | nCK,ns | |
| Activate to Activate command delay to different bank group for 1 KB page size | tRRD_S(1K) | 8 | | | | 8 | | nCK | 8 |
| Activate to Activate command delay to different bank group for 2 KB page size | tRRD_S(2K) | 8 | | | | 8 | | nCK | 8 |
| Four activate window for 1 KB page size | tFAW(1K) | Max(32nCK, 9.411 ns) | | Max(32nCK, 8.888 ns) | | Max(32nCK, 8.421 ns) | | nCK,ns | |
| Four activate window for 2 KB page size | tFAW(2K) | Max(40nCK, 11.764 ns) | | Max(40nCK, 11.111 ns) | | Max(40nCK, 10.526 ns) | | nCK,ns | |
| Read to Precharge command delay | tRTP | Max(12nCK,7.5 ns) | | | | Max(12nCK,7.5 ns) | | nCK,ns | 8 |
| Precharge to Precharge command delay | tPPD | 2 | | | | 2 | | nCK | 7,8 |
| Write recovery time | tWR | 30 | | | | 30 | | ns | 8 |

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

## 13.3.5 Timing Parameters for DDR-8000 to DDR5-8400

### Table 322 — Timing Parameters for DDR5-8000 to DDR5-8400

| Speed | | | DDR5-8000 | | DDR5-8400 | | Units | Note |
|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | MIN | MAX | MIN | MAX | | Units | Note |
| **Average Clock Period** | **tCK(avg)** | 0.250 | - | 0.238 | - | ns | 1 |
| Command and Address Timing | | | | | | | | |
| Read to Read command delay for same bank in same bank group | tCCD_L | Max(8nCK, 5 ns) | | | | | nCK,ns | 8 |
| Write to Write command delay for same bank in same bank group | tCCD_L_WR | Max(32nCK, 20 ns) | | | | | nCK,ns | 8 |
| Write to Write command delay for same bank group, second write not RMW | tC-CD_L_WR2 | Max(16nCK, 10 ns) | | | | | nCK,ns | 8 |
| Read to Write command delay for same bank group | tC-CD_L_RTW | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | | | | nCK,ns | 3,5,6,8 |
| Write to Read command delay for same bank in same bank group | tCCD_L_WTR | CWL + WBL/2 + Max(16nCK,10 ns) | | | | | nCK,ns | 4,6,8 |
| Read to Read command delay for different bank in same bank group | tCCD_M | max(8nCK, 4.000 ns) | - | max(8nCK, 3.809 ns) | - | nCK,ns | |
| Write to Write command delay for different bank in same bank group | tCCD_M_WR | max(32nCK, 16.000 ns) | - | max(32nCK, 15.238 ns) | - | nCK,ns | |
| Write to Read command delay for different bank in same bank group | tC-CD_M_WTR | CWL+WBL/2+Max(16nCK, 8.000 ns) | - | CWL+WBL/2+Max(16nCK, 7.619 ns) | - | nCK,ns | 4,6,8 |
| Read to Read command delay for different bank group | tCCD_S | 8 | | | | | nCK | 8 |
| Write to Write command delay for different bank group | tCCD_S_WR | 8 | | | | | nCK | 8 |
| Read to Write command delay for different bank group | tC-CD_S_RTW | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | | | | nCK,ns | 3,5,6,8 |
| Write to Read command delay for different bank group | tCCD_S_WTR | CWL + WBL/2 + Max(4nCK, 2.000 ns) | - | CWL + WBL/2 + Max(4nCK, 1.904 ns) | - | nCK,ns | 4,6,8 |
| Write to Read with Auto Precharge command delay for same bank | tCCD_WTRA | CWL + WBL/2 + tWR - tRTP | | | | | nCK,ns | 2,4,6,8 |
| Activate to Activate command delay to same bank group for 1 KB page size | tRRD_L(1K) | Max(8nCK, 4.000 ns) | - | Max(8nCK, 3.809 ns) | - | nCK,ns | |
| Activate to Activate command delay to same bank group for 2 KB page size | tRRD_L(2K) | Max(8nCK, 4.000 ns) | - | Max(8nCK, 3.809 ns) | - | nCK,ns | |
| Activate to Activate command delay to different bank group for 1 KB page size | tRRD_S(1K) | 8 | | | | | nCK | 8 |
| Activate to Activate command delay to different bank group for 2 KB page size | tRRD_S(2K) | 8 | | | | | nCK | 8 |
| Four activate window for 1 KB page size | tFAW (1K) | Max(32nCK, 8.000 ns) | - | Max(32nCK, 7.619 ns) | - | nCK, ns | |
| Four activate window for 2 KB page size | tFAW (2K) | Max(40nCK, 10.000 ns) | - | Max(40nCK, 9.523 ns) | - | nCK, ns | |
| Read to Precharge command delay | tRTP | Max(12nCK, 7.5 ns) | | | | | nCK,ns | 8 |
| Precharge to Precharge command delay | tPPD | 2 | | | | | nCK | 7,8 |

**LIGHT GREY** - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

JEDEC Standard No. 79-5B_v1.20
Page 450

**Table 322 — Timing Parameters for DDR5-8000 to DDR5-8400 (cont'd)**

| Speed | | | DDR5-8000 | | DDR5-8400 | | Units | Note |
|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | MIN | MAX | MIN | MAX | | Units | Note |
| **Average Clock Period** | tCK(avg) | 0.250 | - | 0.238 | - | ns | 1 |
| Write recovery time | tWR | 30 | | | | ns | 8 |

NOTE 1   tCK(avg)min listed for reference only, refer to the Speed Bins and Operations section which lists all valid tCK(avg) values.

NOTE 2   tCCD_WTRA(min) shall always be greater than or equal to CWL + WBL/2 + tWR(min) - tRTP(min), and when using the appropriate rounding algorithms, nCCD_WTRA(min) shall always be greater than or equal to CWL + WBL/2 + nWR(min) - nRTP(min).

NOTE 3   RBL: Read burst length associated with Read command
          RBL = 32 (36 w/ RCRC on) for fixed BL32 and BL32 in BL32 OTF mode
          RBL = 16 (18 w/ RCRC on) for fixed BL16 and BL16 in BL32 OTF mode
          RBL = 16 (18 w/ RCRC on) for BL16 in BC8 OTF mode and BC8 in BC8 OTF mode

NOTE 4   WBL: Write burst length associated with Write command
          WBL = 32 (36 w/ WCRC on) for fixed BL32 and BL32 in BL32 OTF mode
          WBL = 16 (18 w/ WCRC on) for fixed BL16 and BL16 in BL32 OTF mode
          WBL = 16 (18 w/ WCRC on) for BL16 in BC8 OTF mode and BC8 in BC8 OTF mode

NOTE 5   The following is considered for tRTW equation
          1tCK needs to be added due to tDQS2CK
          Read DQS offset timing can pull in the tRTW timing
          1tCK needs to be added when 1.5tCK postamble

NOTE 6   CWL=CL-2

NOTE 7   tPPD applies to any combination of precharge commands (PREab, PREsb, PREpb). tPPD also applies to any combination of precharge commands to a different die in a 3DS DDR5 SDRAM.

NOTE 8   This parameter only specifies minimum values (there is no maximum value). The maximum value cells have been merged in the table to improve legibility.

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

JEDEC Standard No. 79-5B_v1.20
Page 451

## 13.3.6  Timing Parameters for 3DS-DDR5-3200 to 3DS-DDR5-4000 x4 2H and 4H

Analog timing parameters defined in this clause are to be rounded to 1 ps of accuracy. Parameter min values which scale with tCKmin are to be defined using the tCKmin in the associated data rate

### Table 323 — Timing Parameters for x4 2H and 4H 3DS-DDR5-3200 to 3DS-DDR5-4000

| Speed | | DDR5-3200 | | DDR5-3600 | | DDR5-4000 | | Units | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | MIN | MAX | MIN | MAX | MIN | MAX | | |
| **Clock Timing** | | | | | | | | | |
| Average Clock Period | tCK(avg) | 0.625 | - | 0.555 | - | 0.500 | - | ns | 1 |
| **Command and Address Timing for 3DS** | | | | | | | | | |
| Read to Read command delay for same bank group in same logical rank | tCCD_L_slr | Max(8nCK, 5 ns) | - | Max(8nCK, 5 ns) | - | Max(8nCK, 5 ns) | - | nCK, ns | |
| Write to Write command delay for same bank group in same logical rank | tCCD_L_WR_slr | Max(32nCK,20 ns) | - | Max(32nCK,20 ns) | - | Max(32nCK,20 ns) | - | nCK, ns | |
| Write to Write command delay for same bank group in same logical rank, second write not RMW | tCCD_L_WR2_slr | Max(16nCK,10 ns) | - | Max(16nCK,10 ns) | - | Max(16nCK,10 ns) | - | nCK, ns | |
| Read to Write command delay for same bank group in same logical rank | tCCD_L_RTW_slr | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | | | | | nCK, ns | 3,5,6 |
| Write to Read command delay for same bank group in same logical rank | tCCD_L_WTR_slr | CWL + WBL/2 + Max(16nCK,10 ns) | | | | | | nCK, ns | 4,6 |
| Read to Read command delay for different bank group in same logical rank | tCCD_S_slr | 8 | - | 8 | - | 8 | - | nCK | |
| Write to Write command delay for different bank group in same logical rank | tCCD_S_WR_slr | 8 | - | 8 | - | 8 | - | nCK | |
| Read to Write command delay for different bank group in same logical rank | tCCD_S_RTW_slr | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | | | | | nCK, ns | 3,5,6 |
| Write to Read command delay for different bank group in same logical rank | tCCD_S_WTR_slr | CWL + WBL/2 + Max(4nCK,2.5 ns) | | | | | | nCK, ns | 4,6 |
| Write to Read with Auto Precharge command for same bank in same logic rank | tCCD_WTRA_slr | CWL + WBL/2 + tWR_slr - tRTP_slr | | | | | | nCK, ns | 2,4,6 |
| Activate to Activate command delay to same bank group in the same logical rank | tRRD_L_slr(1K) | Max(8nCK, 5 ns) | - | Max(8nCK, 5 ns) | - | Max(8nCK, 5 ns) | - | nCK, ns | |
| Activate to Activate command delay to different bank group in the same logical rank | tRRD_S_slr(1K) | 8 | - | 8 | - | 8 | - | nCK | |
| Four activate window to the same logical rank | tFAW_slr(1K) | max(32nCK,20.000 ns) | - | max(32nCK,17.777 ns) | - | max(32nCK,16.000 ns) | - | nCK, ns | 9 |
| Read command to Precharge command delay in same logical rank | tRTP_slr | Max(12nCK,7.5 ns) | - | Max(12nCK,7.5 ns) | - | Max(12nCK,7.5 ns) | - | nCK, ns | |
| Precharge to Precharge delay in same logical rank | tPPD_slr | 2 | - | 2 | - | 2 | - | nCK | 7 |
| Write recovery time in same logical rank | tWR_slr | 30 | - | 30 | - | 30 | - | ns | |
| Read to Read command delay in different logical ranks | tCCD_dlr | Max(8nCK, 5.000 ns) | - | Max(8nCK, 4.444 ns) | - | Max(8nCK, 4.000 ns) | - | nCK, ns | |
| Write to Write command delay in different logical ranks | tCCD_WR_dlr | Max(8nCK, 5.000 ns) | - | Max(8nCK, 4.444 ns) | - | Max(8nCK, 4.000 ns) | - | nCK, ns | 12 |
| Read to Read command delay in different logical ranks | tCCD_RTW_dlr | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | | | | | nCK, ns | 3,5,6 |
| Write to Read command delay in different logical ranks | tCCD_WTR_dlr | CWL + WBL/2 + Max(4nCK, 2.5 ns) | | | | | | nCK, ns | 4,6 |
| Activate to Activate command delay to different logical ranks | tRRD_dlr | Max(4nCK, 2.500 ns) | - | Max(4nCK, 2.222 ns) | - | Max(4nCK, 2.000 ns) | - | nCK, ns | |
| Four activate window to different logical ranks | tFAW_dlr | Max(16nCK,10.000 ns) | - | Max(16nCK,8.888 ns) | - | Max(16nCK,8.000 ns) | - | nCK, ns | |
| Precharge to Precharge delay in different logical ranks | tPPD_dlr | 2 | - | 2 | - | 2 | - | nCK | 7 |
| Minimum Write to Write command delay in different physical ranks | tCCD_WR_dpr | 8 | - | 8 | - | 8 | - | nCK | 12,13 |
| Activate window by DIMM channel | tDCAW | 128 | - | 128 | - | 128 | - | nCK | 10,11, 13,14 |
| DIMM Channel Activate Command Count in tDCAW | nDCAC | - | 32 | - | 32 | - | 32 | ACT | 10,11, 13,14 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 452

## 13.3.7  Timing Parameters for 3DS-DDR5-4400 to 3DS-DDR5-5200 x4 2H and 4H

Analog timing parameters defined in this clause are to be rounded to 1 ps of accuracy. Parameter min values which scale with tCKmin are to be defined using the tCKmin in the associated data rate

### Table 324 — Timing Parameters for x4 2H and 4H 3DS-DDR5-4400 to 3DS-DDR5-5200

| Speed | | DDR5-4400 | | DDR5-4800 | | DDR5-5200 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | MIN | MAX | MIN | MAX | MIN | MAX | Units | Notes |
| **Clock Timing** | | | | | | | | | |
| Average Clock Period | tCK(avg) | 0.454 | - | 0.416 | - | 0.384 | - | ns | 1 |
| **Command and Address Timing for 3DS** | | | | | | | | | |
| Read to Read command delay for bank group in same logical rank | tCCD_L_slr | Max(8nCK, 5 ns) | - | Max(8nCK, 5 ns) | - | Max(8nCK, 5 ns) | - | nCK, ns | |
| Write to Write command delay for same bank group in same logical rank | tCCD_L_WR_slr | Max(32nCK ,20 ns) | - | Max(32nCK ,20 ns) | - | Max(32nCK ,20 ns) | - | nCK, ns | |
| Write to Write command delay for same bank group in same logical rank, second write not RMW | tCCD_L_WR2_slr | Max(16nCK ,10 ns) | - | Max(16nCK ,10 ns) | - | Max(16nCK ,10 ns) | - | nCK, ns | |
| Read to Write command delay for same bank group in same logical rank | tCCD_L_RTW_slr | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | | | | | nCK,n s | 3,5,6 |
| Write to Read command delay for same bank group in same logical rank | tCCD_L_WTR_slr | CWL + WBL/2 + Max(16nCK,10 ns) | | | | | | nCK, ns | 4,6 |
| Read to Read command delay for different bank group in same logical rank | tCCD_S_slr | 8 | | 8 | | 8 | | nCK | |
| Write to Write command delay for different bank group in same logical rank | tCCD_S_WR_slr | 8 | | 8 | | 8 | | nCK | |
| Read to Write command delay for different bank group in same logical rank | tCCD_S_RTW_slr | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | | | | | nCK,n s | 3,5,6 |
| Write to Read command delay for different bank group in same logical rank | tCCD_S_WTR_slr | CWL + WBL/2 + Max(4nCK,2.5 ns) | | | | | | nCK, ns | 4,6 |
| Write to Read with Auto Precharge command for same bank in same logic rank | tCCD_WTRA_slr | CWL + WBL/2 + tWR_slr - tRTP_slr | | | | | | nCK,n s | 2,4,6 |
| Activate to Activate command delay to same bank group in the same logical rank | tRRD_L_slr(1K) | Max(8nCK, 5 ns) | - | Max(8nCK, 5 ns) | - | Max(8nCK, 5 ns) | - | nCK, ns | |
| Activate to Activate command delay to different bank group in the same logical rank | tRRD_S_slr(1K) | 8 | - | 8 | - | 8 | - | nCK | |
| Four activate window to the same logical rank | tFAW_slr(1K) | max(32nCK ,14.545 ns) | - | max(32nCK ,13.333 ns) | - | max(32nCK ,12.307 ns) | - | nCK, ns | 9 |
| Read command to Precharge command delay in same logical rank | tRTP_slr | Max(12nCK ,7.5 ns) | - | Max(12nCK ,7.5 ns) | - | Max(12nCK ,7.5 ns) | - | nCK, ns | |
| Precharge to Precharge delay in same logical rank | tPPD_slr | 2 | - | 2 | - | 2 | - | nCK | 7 |
| Write recovery time in same logical rank | tWR_slr | 30 | - | 30 | - | 30 | - | ns | |
| Read to Read command delay in different logical ranks | tCCD_dlr | Max(8nCK, 3.636 ns) | - | Max(8nCK, 3.333 ns) | - | Max(8nCK, 3.333 ns) | - | nCK, ns | |
| Write to Write command delay in different logical ranks | tCCD_WR_dlr | Max(8nCK, 3.636 ns) | - | Max(8nCK, 3.333 ns) | - | Max(8nCK, 3.333 ns) | - | nCK, ns | 12 |
| Read to Write command delay in different logical ranks | tCCD_RTW_dlr | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | | | | | nCK,n s | 3,5,6 |
| Write to Read command delay in different logical ranks | tCCD_WTR_dlr | CWL + WBL/2 + Max(4nCK,2.5 ns) | | | | | | nCK, ns | 4,6 |
| Activate to Activate command delay to different logical ranks | tRRD_dlr | Max(4nCK, 1.818 ns) | - | Max(4nCK, 1.666 ns) | - | Max(4nCK, 1.666 ns) | - | nCK, ns | |
| Four activate window to different logical ranks | tFAW_dlr | Max(16nCK ,7.272 ns) | - | Max(16nCK ,6.666 ns) | - | Max(16nCK ,6.666 ns) | - | nCK, ns | |
| Precharge to Precharge delay in different logical rank | tPPD_dlr | 2 | - | 2 | - | 2 | - | nCK | 7 |
| Minimum Write to Write command delay in different physical ranks | tCCD_WR_dpr | 8 | - | 8 | - | 8 | - | nCK | 12,13 |
| Activate window by DIMM channel | tDCAW | 128 | - | 128 | - | 128 | - | nCK | 10,11, 13,14 |
| DIMM Channel Activate Command Count in tDCAW | nDCAC | - | 32 | - | 32 | - | 32 | ACT | 10,11, 13,14 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 13.3.8  Timing Parameters for 3DS-DDR5-5600 to 3DS-DDR5-6400 x4 2H and 4H

Analog timing parameters defined in this clause are to be rounded to 1 ps of accuracy. Parameter min values which scale with tCKmin are to be defined using the tCKmin in the associated data rate

### Table 325 — Timing Parameters for x4 2H and 4H 3DS-DDR5-5600 to 3DS-DDR5-6400

| Speed | | DDR5-5600 | | DDR5-6000 | | DDR5-6400 | | Units | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Parameter | Symbol | MIN | MAX | MIN | MAX | MIN | MAX | | |
| Clock Timing | | | | | | | | | |
| Average Clock Period | tCK(avg) | 0.357 | - | 0.333 | - | 0.312 | - | ns | 1 |
| Command and Address Timing for 3DS | | | | | | | | | |
| Read to Read command delay for same bank group in same logical rank | tCCD_L_slr | Max(8nCK, 5 ns) | - | Max(8nCK, 5 ns) | - | Max(8nCK, 5 ns) | - | nCK, ns | |
| Write to Write command delay for same bank group in same logical rank | tCCD_L_WR_slr | Max(32nCK, 20 ns) | - | Max(32nCK, 20 ns) | - | Max(32nCK, 20 ns) | - | nCK, ns | |
| Write to Write command delay for same bank group in same logical rank, second write not RMW | tCCD_L_WR2_slr | Max(16nCK, 10 ns) | - | Max(16nCK, 10 ns) | - | Max(16nCK, 10 ns) | - | nCK, ns | |
| Read to Write command delay for same bank group in same logical rank | tCCD_L_RTW_slr | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | | | | | nCK,ns | 3,5,6 |
| Write to Read command delay for same bank group in same logical rank | tCCD_L_WTR_slr | CWL + WBL/2 + Max(16nCK,10 ns) | | | | | | nCK, ns | 4,6 |
| Read to Read command delay for different bank group in same logical rank | tCCD_S_slr | 8 | - | 8 | - | 8 | - | nCK | |
| Write to Write command delay for different bank group in same logical rank | tCCD_S_WR_slr | 8 | - | 8 | - | 8 | - | nCK | |
| Read to Write command delay for different bank group in same logical rank | tCCD_S_RTW_slr | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | | | | | nCK,ns | 3,5,6 |
| Write to Read command delay for different bank group in same logical rank | tCCD_S_WTR_slr | CWL + WBL/2 + Max(4nCK,2.5 ns) | | | | | | nCK,ns | 4,6 |
| Write to Read with Auto Precharge command for same bank in same logic rank | tCCD_WTRA_slr | CWL + WBL/2 + tWR_slr - tRTP_slr | | | | | | nCK,ns | 2,4,6 |
| Activate to Activate command delay to same bank group in the same logical rank | tRRD_L_slr(1K) | Max(8nCK, 5 ns) | - | Max(8nCK, 5 ns) | - | Max(8nCK, 5 ns) | - | nCK,ns | |
| Activate to Activate command delay to different bank group in the same logical rank | tRRD_S_slr(1K) | 8 | - | 8 | - | 8 | - | nCK | |
| Four activate window to the same logical rank | tFAW_slr(1K) | max(32nCK, 11.428 s) | - | max(32nCK, 10.666 ns) | - | max(32nCK, 10.000 ns) | - | nCK, ns | 9 |
| Read command to Precharge command delay in same logical rank | tRTP_slr | Max(12nCK, 7.5 ns) | - | Max(12nCK, 7.5 ns) | - | Max(12nCK, 7.5 ns) | - | nCK,ns | |
| Precharge to Precharge delay in same logical rank | tPPD_slr | 2 | - | 2 | - | 2 | - | nCK | 7 |
| Write recovery time in same logical rank | tWR_slr | 30 | | 30 | | 30 | | ns | |
| Read to Read command delay in different logical ranks | tCCD_dlr | Max(8nCK, 3.214 ns) | - | Max(8nCK, 3.214 ns) | - | Max(8nCK, 3.125 ns) | - | nCK, ns | |
| Write to Write command delay in different logical ranks | tCCD_WR_dlr | Max(8nCK, 3.214 ns) | - | Max(8nCK, 3.214 ns) | - | Max(8nCK, 3.125 ns) | - | nCK, ns | 12 |
| Read to Write command delay in different logical ranks | tCCD_RTW_dlr | CL - CWL + RBL/2 + 2tCK - (Read DQS offset) + (tRPST - 0.5tCK) + tWPRE | | | | | | nCK,ns | 3,5,6 |
| Write to Read command delay in different logical ranks | tCCD_WTR_dlr | CWL + WBL/2 + Max(4nCK,2.5ns) | | | | | | nCK,ns | 4,6 |
| Activate to Activate command delay to different logical ranks | tRRD_dlr | Max(4nCK, 1.666 ns) | - | Max(4nCK, 1.666 ns) | - | Max(4nCK, 1.666 ns) | - | nCK, ns | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 454

**Table 325 — Timing Parameters for x4 2H and 4H 3DS-DDR5-5600 to 3DS-DDR5-6400 (cont'd)**

| Speed Parameter | Symbol | DDR5-5600 MIN | DDR5-5600 MAX | DDR5-6000 MIN | DDR5-6000 MAX | DDR5-6400 MIN | DDR5-6400 MAX | Units | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Four activate window to different logical ranks | tFAW_dlr | Max(16nCK, 6.666 ns) | - | Max(16nCK, 6.666 ns) | - | Max(16nCK, 6.666 ns) | - | nCK, ns | |
| Precharge to Precharge delay in different logical rank | tPPD_dlr | 2 | - | 2 | - | 2 | - | nCK | 7 |
| Minimum Write to Write command delay in different physical ranks | tCCD_WR_dpr | 8 | - | 8 | - | 8 | - | nCK | 12,13 |
| Activate window by DIMM channel | tDCAW | 128 | - | 128 | - | 128 | - | nCK | 10,11,13,14 |
| DIMM Channel Activate Command Count in tDCAW | nDCAC | - | 32 | - | 32 | - | 32 | ACT | 10,11,13,14 |

NOTE 1  tCK(avg)min listed for reference only, refer to the Speed Bins and Operations section which lists all valid tCK(avg) values.
NOTE 2  tCCD_WTRA_slr(min) shall always be greater than or equal to CWL + WBL/2 + tWR_slr(min) - tRTP_slr(min), and when using the appropriate rounding algorithms, nCCD_WTRA_slr(min) shall always be greater than or equal to CWL + WBL/2 + nWR_slr(min) - nRTP_slr(min).
NOTE 3  RBL: Read burst length associated with Read command
    RBL = 32 for fixed BL32 and BL32 in BL32 OTF mode
    RBL = 16 for fixed BL16 and BL16 in BL32 OTF mode
    RBL = 16 for BL16 in BC8 OTF mode and BC8 OTF mode
NOTE 4  WBL: Write burst length associated with Write command
    WBL = 32 for fixed BL32 and BL32 in BL32 OTF mode
    WBL = 16 for fixed BL16 and BL16 in BL32 OTF mode
    WBL = 16 for BL16 in BC8 OTF mode and BC8 OTF mode
NOTE 5  The following is considered for tRTW equation
    1tCK needs to be added due to tDQS2CK
    Read DQS offset timing can pull in the tRTW timing
    1tCK needs to be added when 1.5tCK postamble
NOTE 6  CWL=CL-2
NOTE 7  tPPD applies to any combination of precharge commands (PREab, PREsb, PREpb). tPPD also applies to any combination of precharge commands to a different die in a 3DS DDR5 SDRAM.
NOTE 8  These timings contained in this table are for x4 2H and 4H 3Ds device
NOTE 9  For x4 devices only. x8 device timings are TBD.
NOTE 10  Activate commands to different channels on the same DIMM may be issued on the same cycle, not requiring any stagger.
NOTE 11  Activate commands to the same channel on a DIMM are subject to tDCAW. No more than nDCAC activate commands may be issued to the same channel on a DIMM within tDCAW.
NOTE 12  tCCD -WR_dlr and tCCD -WR_dpr also apply to the WRITE PATTERN command.
NOTE 13  Parameter applies to dual-physical-rank (36 and 40 placement) 3DS-based DIMMs built with JEDEC PMICXXXX, but may not apply to DIMMs built with higher current capacity PMICs.
NOTE 14  Activate commands to a DIMM channel include all Activate commands to the same logical rank (SLR), all Activate commands to different logical ranks (DLR), and all Activate commands to different physical ranks (DPR)

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

# 14    DDR5 Module Rank and Channel Timings

## 14.1    Module Rank and Channel Limitations for DDR5 DIMMs

To achieve efficient module power supply design for JEDEC-standard DDR5 DIMMs, minimum timings as well as limitations in the number of DRAMs are provided for Refresh, and Write operations occurring on a single module. As well, since these modules are organized as two independent 36-bit or 40-bit channels (32 bits for non-ECC DIMMs), additional restrictions apply in order to limit localized power delivery noise on the module. To provide best performance, the different channels may initiate commands on the same cycle provided the rank to rank timings are met, the maximum number of DRAMs in a given activity is not exceeded, and the applicable component timings shown elsewhere in this specification are met. The timing and operational relationships for DDR5 DIMMs are shown in **Table 326**.

**Table 326 — DDR5 Module Rank and Channel Timings for DDR5 DIMMs**

| DIMM Configuration | Maximum Number of DRAM Die in Simultaneous or Overlapping Activity | | | |
| --- | --- | --- | --- | --- |
| | Refresh (All-Bank Refresh) | | Write, Write-Pattern | |
| | Die per Physical Rank | Die per DIMM | Die per Channel | Die per DIMM |
| SR x16 | No restriction | | | |
| DR x16 | No restriction | | 2 | 4 |
| SR x8 | No restriction | | | |
| DR x8 | No restriction | | 5 | 10 |
| SR x4 | No restriction | | | |
| DR x4 | No restriction | | 10 | 20 |
| DR x4 (2H 3DS) | No restriction | 40 | 10 | 20 |
| DR x4 (4H 3DS) | 30 | 40 | 10 | 20 |
| DR x4 (8H 3DS) | 30 | 40 | 10 | 20 |
| Notes | 1, 2, 3, 4, 7, 8, 9 | | 1, 5, 6, 7, 9 | |

NOTE 1    Any combination of commands with up to the maximum of die per channel and per DIMM, per condition is allowed.
NOTE 2    Refresh commands to different channels do not require stagger.
NOTE 3    tRFC_dlr must be met for refresh commands to different logical ranks within a package rank on the same channel.
NOTE 4    Any DRAM is considered to be in Refresh mode until tRFC time has been met.
NOTE 5    tCCD parameters must be met for Write and Write-Pattern commands to different logical ranks or physical ranks within the same channel; no overlapping write data bus activity is allowed on two physical or logical ranks within the same channel.
NOTE 6    Write and Write-Pattern commands to different channels do not require stagger.
NOTE 7    Each rank consists of one group of DRAMs making up a 36 or 40 bit channel (32 bits for non-ECC DIMMs).
NOTE 8    These restrictions only apply to explicit all-banks refresh commands (REFab) and not to self-refresh entry or exit
NOTE 9    Restrictions apply to DIMMs built with JEDEC PMICXXXX, but may not apply to DIMMs built with higher current capacity PMICs

LIGHT GREY - All Light Grey text is defined as something that should be considered TBD. The content may be accurate or the same as previous technologies but has not yet been reviewed or determined to be the working assumption.

JEDEC Standard No. 79-5B_v1.20
Page 456

# 15    DDR5 System RAS Improvement

## 15.1    Design Guidelines for DDR5 Bounded Fault RAS Improvement

### 15.1.1  DDR5 Reliability Design Guidelines Overview

These DDR5 reliability design guidelines aim to bound bits impacted by certain DRAM failures. This limits the number of failure patterns seen by the memory controller such that correction of many failures can be reliably performed in DIMMs with one ECC device.

Many internal DRAM failures may impact only a portion of the data from a fetch. The likelihood of a specific component failing may also vary between process generations and DRAM vendors. These guidelines can be used by DDR5 DRAM's to bound failures from the components most likely to fail. These design guidelines can only address failures that impact a portion of the data from a 128-bit fetch. Failures that impact all the data in a 128-bit fetch from a device (e.g., device failure, bank failure) cannot be bounded as described here.

### 15.1.2  Reliability Design Guidelines

In an x8 device bounded failures are defined by the following qualities:
- A bounded fault will not impact more than 32 bits of data in a 128-bit fetch
- The data bits impacted by a bounded failure will be confined to at most 2 DQs (i.e., the failures will be DQ aligned)
- The DQs transmitting data impacted by the failure will both be in either the first nibble or the second nibble of a burst. That is, the impacted DQs will both be in the set of the first 4 DQs (DQ0, DQ1, DQ2, DQ3) or both in the set of the last four DQs (DQ4, DQ5, DQ6, DQ7)

**Figure 248** shows examples of fault boundaries for x8 devices. Device on the left has a bounded fault in lanes DQ0 and DQ1 in the first nibble. Device on the right has a bounded fault in lanes DQ4 and DQ6 in the second nibble.



**Figure 248 — Examples of x8 Fault Boundaries**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 15.1.2  Reliability Design Guidelines (cont'd)

An x4 device has similarly defined qualities for the failure boundaries, with the noted exception of the number of bits impacted by a bounded failure. In a DRAM device in a 9x4 configuration bounded failures should not impact more than 16 bits. However, in a 10x4 device the bounded failure may impact up to 32 bits.

In x4 devices, bounded failures are defined by the following qualities:

- A bounded failure in a DRAM device in a 9x4 configuration shall not impact more than 16 bits of data in a 128-bit prefetch.
- A bounded failure in a DRAM device in a 10x4 configuration shall not impact more than 32 bits of data in a 128-bit prefetch.
- For a device in a 9x4 configuration, the data bits impacted by a bounded failure will be confined to one DQ.
- For a device in a 10x4 configuration, the data bits impacted by a bounded failure will be confined to at most two DQs.



**Figure 249 — Example of x4 Fault Boundary**

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 458

## 15.2    Single Error Correction (SEC) Code Properties

To maintain the bounded fault design guidelines, miscorrections by the on-die ECC must be restricted when a bounded fault causes a multi-bit error. In devices with bounded fault it is suggested that the DRAM vendor uses an on-die ECC code that maintains the fault boundaries. That is, if an error is contained in one boundary, then the on-die ECC should not spread the error into a second boundary by miscorrection. Note that if faults are not bounded in the device, then the on-die ECC does not need to have these properties.

To restrict miscorrection in devices following bounded fault design guidelines, the data may be divided into blocks aligned with the bounded fault and miscorrection should be restricted in the case an error is contained in a single data block. The 128 data bits used to compute a set of 8 check bits may be divided into data blocks up to 32 bits in size. These data blocks are to be determined by the memory vendor to best align with internal DRAM faults. For example, a common component fault may impact 32 bits per 128 data bits, then the vendor may choose to divide the 128 data bits into four 32-bit blocks each of which correspond to the bits impacted by one of the components failing.



**Figure 250 — Example of Fault Boundaries versus On-die ECC Data Blocks**

If a multi-bit error occurs on a read and is limited to one data block, then the on-die ECC SEC code should do one of the following:

- Miscorrect a bit in the data block containing the error
- Miscorrect a bit in the on-die ECC check bits
- Detect the error (a SEC code may detect some multi-bit errors, but detection of these errors is not guaranteed)

The selection of block size and data blocks is determined by the vendor to best suit the device architecture and possible modes of fault.

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 15.3    Writeback of Data During x4 RMW and ECS Operation

The DRAM device may optionally support the suppressing of writeback for x4 devices and ECS writebacks. DRAM may implement the feature in MR9 or MR15. DDR5 SPD Byte 14 Bits[2:1] indicates if feature is supported and will also indicate whether to use MR9 or MR15 for enabling the modes.

If MR9 OP1=1 or MR15 OP7=1, then x4 DRAM's on writes will perform an internal 'read-modify-write' operation for BL16. BL32 mode does not requires an internal 'read modify write' operation. The DRAM will correct any single bit errors that result from the internal read of 128 bit data before merging the incoming 64 bit data and then re-compute 8 ECC Check bits. Note that ECC check bits are computed after merging of the incoming data with the corrected data from the array. DRAM will then write the incoming 64b data to the array along with recomputed 8 ECC Check bits. DRAM will suppress the writeback of 64 bit data that was fetched from the array irrespective of whether the 64 bit data needed any correction or not. Suppression of writeback (where applicable due to BC8 or DM usage) is not supported on x8/x16 devices; MR9:OP[1] or MR15:OP[7] must be set to "$0_B$". Suppression of writeback may or may not occur when BC8 mode is used on x4 devices.

If MR9 OP0=1 or MR15 OP6=1, then DRAM will suppress writeback of data and ECC Check bits during ECS operation for x4, x8, and x16 DDR5. DRAM will continue to count errors to provide transparency.

### Table 327 — MR9 or MR15 Register Information

| Function | Register Type | Operand | Data | Notes |
|----------|---------------|---------|------|-------|
| x4 Writes | R/W | MR9:OP[1] or MR15:OP[7] | 0B: Do not suppress writeback of Data during RMW (Default) 1B: Suppress writeback of Data during RMW (Optional) | 1 |
| ECS Writeback | R/W | MR9:OP[0] or MR15:OP[6] | 0B: Do not suppress writeback of Data and ECC Check Bits (Default) 1B: Suppress writeback of Data and ECC Check Bits (Optional) | 1 |
| NOTE 1    DDR5 SPD Byte 14 Bits[2:1] indicates if feature is supported and will also indicate whether to use MR9 or MR15 for enabling the modes. | | | | |

## DDR5 SPD Byte 14 Definition (Referenced from JESD400-5)

### Byte 14 (0x00E): SDRAM Fault Handling and Temperature Sense

This byte defines support for SDRAM fault handling features and for wide on-die temperature sensing range (see MR4). This value comes from the DDR5 SDRAM standard, JESD79-5.

### Table 328 — SDRAM Fault Handling Features and Temperature Sense

| SDRAM Fault Handling Features and Temperature Sense | | | |
|---|---|---|---|
| Bit 7 | Bit 6 | Bit 5 | Bit 4 |
| Reserved; must be coded as 0000 | | | |
| Bit 3 | Bit 2 | Bit 1 | Bit 0 |
| Wide Temperature Sense | x4 RMW/ECS Writeback Suppression | x4 RMW/ECS Writeback Suppression MR Selector | Bounded Fault |
| 0: Wide temperature sense and reporting not supported 1: Wide temperature sense and reporting supported | 0: Writeback suppression not supported 1: Writeback suppression supported | 0: Writeback suppression control in MR9 1: Writeback suppression control in MR15 | 0: Bounded Fault not supported 1: Bounded Fault supported |
| ACRONYMS: ECS = Error Check and Scrub RMW = Read-Modify-Write MR = Mode Register | | | |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 460

# 16    APPENDIX - Clock, DQS, and DQ Validation Methodology - No Ballot

\* THIS AREA IS SUBJECT TO CHANGE BASED ON SUPPLIER FEEDBACK \*

## 16.1    Overview

This section describes the methodologies for validating specifications described in this document. Note that some of the methodologies in this standard may reference qualitative means (for example, "slowly", "a lot"). In such cases this standard attempts to give some guidance as to what quantitative term should be assigned to those qualitative statements. However, it must be noted that the numbers assigned are not absolute.

## 16.2    Validation Equipment

Most of the voltage and timing measurements are performed using real time scopes and/or Bit Error Rate (BER) testers.

### 16.2.1    Oscilloscope

### 16.2.2    Bit Error Rate Tester (BERT)

## 16.3    DDR5 DRAM Input Clock Jitter Validation

### 16.3.1    Validation of DRAM Input Clock Jitter Specifications

# 17    ANNEX A - (Informative) Differences between JESD79-5A and JESD79-5

This annex briefly describes most of the changes made to this standard, JESD79-5A, compared to its predecessor, JESD79-5 (July 2020). Some editorial changes are not included.

**Changes Made in JESD79-5A**

| Section | Description of Change |
|---------|----------------------|
| 2.2 | Updated Section |
| 2.6 | Updated Table 3 |
| 2.7 | Updated Table 6 |
| 3.1 | Updated Section |
| 3.3 | Updated Table 9 |
| 3.3.1 | Updated Section |
| 3.4.1 | Updated Section |
| 3.5 | Updated Section |
| 3.5.1 | Updated Table 24 |
| 3.5.6 | Updated Section |
| 3.5.8 | Updated Section |
| 3.5.9 | Updated Section |
| 3.5.11 | Updated Section |
| 3.5.14 | Updated Section |
| 3.5.15 | Updated Section Updated Table 28 |
| 3.5.16 | Updated Section |
| 3.5.17 | Updated Section |
| 3.5.21 | Updated Section |
| 3.5.23 | Updated Section |
| 3.5.24 | Updated Section |
| 3.5.25 | Updated Section |
| 3.5.44 | Updated Section |
| 3.5.51 | Updated Section |
| 3.5.59 | Updated Section |
| 3.5.60 | Updated Section |
| 3.5.61 | Updated Section |
| 3.5.65 | Added Section |
| 3.5.66 | Added Section |
| 3.5.67 | Added Section |
| 3.5.68 | Added Section |
| 3.5.69 | Added Section |
| 3.5.70 | Added Section |
| 3.5.80 | Updated Section |
| 3.5.81 | Updated Section |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## Changes Made in JESD79-5A (cont'd)

| 3.5.82 | Updated Section |
|---|---|
| 3.5.83 | Updated Section |
| 3.5.84 | Updated Section |
| 3.5.85 | Updated Section |
| 4.1 | Updated Table 30 |
| 4.1.1 | Added Section |
| 4.4.3 | Updated Section<br>Updated Figure 15<br>Updated Table 38 |
| 4.6.1 | Added Section |
| 4.7.2.1 | Updated Table 40<br>Updated Table 41 |
| 4.7.3 | Updated Figure 34<br>Updated Figure 38 |
| 4.8.4 | Updated Figure 47<br>Updated Figure 51 |
| 4.8.8.1 | Updated Section<br>Updated Table 56 |
| 4.9 | Updated Section<br>Updated Table 58 |
| 4.9.2 | Added Section |
| 4.10.1 | Updated Table 62 |
| 4.13.5 | Updated Table 72<br>Updated Table 73<br>Updated Table 74<br>Updated Table 75 |
| 4.13.6 | Updated Figure 68 |
| 4.17.1 | Updated Section |
| 4.17.3 | Updated Table 96 |
| 4.19.1 | Updated Section |
| 4.20.3 | Updated Figure 85 |
| 4.21.1 | Updated Section |
| 4.21.2 | Updated Section |
| 4.21.3 | Updated Section |
| 4.21.4 | Updated Section |
| 4.21.5 | Updated Section |
| 4.23.2 | Updated Section |
| 4.24.1 | Updated Table 120 |
| 4.24.2 | Updated Table 121 |
| 4.25.1 | Updated Table 122 |
| 4.25.2 | Updated Table 123 |
| 4.26 | Updated Table 125 |
| 4.29 | Updated Section<br>Updated Figure 123<br>Added Table 131 |
| 4.29.1.1 | Updated Section<br>Updated Figure 124 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**Changes Made in JESD79-5A (cont'd)**

| 4.29.2 | Updated Section |
|---|---|
| 4.29.2.1 | Updated Section<br>Updated Figure 125 |
| 4.29.2.2 | Added Section |
| 4.29.2.3 | Added Section |
| 4.3 | Added Section |
| 4.31.1 | Updated Section |
| 4.31.3 | Updated Table 137<br>Updated Figure 133 |
| 4.32 | Updated Section<br>Updated Table 139<br>Added Figure 137<br>Added Figure 138 |
| 4.33 | Updated Figure 140<br>Updated Figure 141 |
| 4.34.1 | Updated Figure 144 |
| 4.37.1 | Updated Section |
| 4.37.2 | Updated Section |
| 4.37.3 | Updated Section |
| 4.39.1 | Updated Section |
| 4.39.3.3 | Added Section |
| 4.39.3.4 | Updated Section<br>Updated Table 159 |
| 4.39.3.6 | Added Section |
| 4.39.3.6 | Added Section |
| 4.39.4 | Updated Section |
| 4.4 | Updated Section |
| 4.40.1 | Updated Section |
| 4.41.1 | Updated Figure 165 |
| 4.42 | Updated Section |
| 4.42.1 | Added Section |
| 4.43 | Updated Section |
| 5.4.1 | Updated Table 173 |
| 6.3 | Updated Table 177 |
| 8.2 | Updated Table 189 |
| 8.3.2 | Updated Section |
| 8.4 | Updated Figure 203<br>Updated Table 193 |
| 8.5.1 | Updated Table 191 |
| 8.6.1 | Updated Section<br>Updated Table 204 |
| 8.7.2 | Updated Table 209<br>Updated Table 210 |
| 8.8 | Updated Figure 210<br>Updated Table 212 |
| 8.8.1 | Section removed |
| 8.8.2 | Section removed |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## Changes Made in JESD79-5A (cont'd)

| 8.9.1 | Updated Figure 211 |
|---|---|
| 8.9.2 | Updated Table 213<br>Updated Table 214<br>Updated Figure 212 |
| 8.9.3 | Added Section |
| 8.9.4 | Added Section |
| 8.10.1 | Updated Table 222<br>Updated Table 223<br>Updated Table 224 |
| 9.6 | Updated Table 240<br>Updated Table 241 |
| 9.8 | Updated Table 246<br>Updated Table 247 |
| 9.10.2 | Updated Table 253 |
| 9.11.1 | Updated Table 255 |
| 10.1 | Updated Table 258 |
| 10.2 | Updated Table 259 |
| 10.3 | Updated Table 260 |
| 10.4 | Updated Table 261 |
| 10.5 | Updated Table 262 |
| 10.6 | Updated Table 263 |
| 10.7 | Updated Table 264 |
| 10.8 | Updated Table 265 |
| 10.9 | Updated Table 266 |
| 10.1 | Updated Section |
| 10.11 | Updated Table 267 |
| 10.12 | Updated Table 268 |
| 10.13 | Updated Table 269 |
| 10.14 | Updated Table 270 |
| 10.15 | Updated Table 271 |
| 10.16 | Updated Table 272 |
| 10.17 | Updated Table 273 |
| 10.18 | Updated Table 274 |
| 10.19 | Updated Table 275 |
| 10.2 | Updated Table 276 |
| 10.21 | Updated Table 277 |
| 10.22 | Updated Table 278 |
| 10.23 | Updated Table 279 |
| 10.24 | Updated Table 280 |
| 10.25 | Updated Section |
| 10.26 | Updated Table 281 |
| 10.27 | Updated Table 282 |
| 10.28 | Updated Table 283 |
| 10.29 | Updated Table 284 |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## Changes Made in JESD79-5A (cont'd)

| 10.3 | Updated Table 285 |
|------|-------------------|
| 11.1 | Updated Section<br>Updated Table 286 |
| 11.2 | Updated Table 287 |
| 11.3 | Updated Table 288 |
| 11.4 | Updated Section<br>Updated Table 289 |
| 11.5 | Updated Section |
|      | Updated Table 290 |
| 11.6 | Updated Table 291 |
| 11.7 | Updated Table 292 |
| 11.8 | Section removed; following sections renumbered |
| 11.8 | Updated Section Updated Table 293 |
| 11.9 | Updated Section Updated Table 294 |
| 11.1 | Updated Section Updated Table 295 |
| 11.11 | Updated Section Updated Table 296 |
| 12 | Updated Table 297<br>Updated Table 298<br>Updated Table 299<br>Updated Table 300 |
| 13.2 | Updated Section |
| 13.2.1 | Updated Table 302 |
| 13.2.2 | Updated Table 303 |
| 13.3 | Updated Section |
| 13.3.1 | Updated Table 304 |
| 13.3.2 | Updated Table 305 |
| 13.3.3 | Updated Table 306 |
| 13.3.6 | Updated Table 309 |
| 13.3.7 | Updated Table 310 |
| 13.3.8 | Updated Table 311 |
| 15 | Added Chapter |

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

## 18    ANNEX B - (Informative) Differences between JESD79-5B and JESD79-5A

This annex briefly describes most of the changes made to this standard, JESD79-5B, compared to its predecessor, JESD79-5A (October 2021). Some editorial changes are not included.

### 18.1    General Editorial Changes

- Corrected typographical errors
- Added space between number and unit of measure
- Figure titles at bottom of figure
- NOTES placed inside tables
- Replaced instances of specification with standard
- Replaced ampersand (&) with "and" except inside tables
- Oxford comma
- Change "must" to "shall"
- Updated cross references for tables and figures
- Added missing figure and table titles for consistency with JESD79-5A (Table title numbers 1, 2, 3, 25, 58, 114, 115, 116, 117, 118, 167, 168, 169, 170, 248, 249, 326, and 327

### 18.2    Changes from JC-42.3 Meetings

- DDR5_Package_Electrical_Spec_Values_5200_5600
- DDR5_ZQ_Calibration_Commands_Ballot" with grayed notes added below the calculation examples
- Added DDR5 Power Up Sequence Clarification
- DDR5 DFE Figure Clarification Ballot
- DDR5 PPR Address note for 24Gb
- DDR5 Sref Operation tREFI Postpone
- DDR5 Sref tREFI Postpone
- DDR5 Self Refresh Frequency Change
- DDR5 CA NOP State during CSTM
- DDR5 IDD2 Clarification
- DDR5 WB suppression Clarification
- DDR5 Power Down Timing Note Update
- DDR5 CT Mode Timing Alignment
- DDR5_Mono_AC_Timing_Parameters_6800-7600
- DDR5 VrefCA CS DQ min Correction
- DDR5 tRx_DQS2DQ Clarification
- DDR5 6400 Speed Bin Table Correction
- DDR5 DCA Training Assist Mode 2 Clarification
- DDR5 DQS Slew Rate 3200 6400
- RB22-050_DDR5 tADC 6800-7600
- DDR5 RFM Enhancements
- DDR5 tWPST 3200-6400
- DDR5 Input Clock Slew Rate 5200 6400
- DDR5 AC DC Output Levels SESR DIFSR 6000 6400
- DDR5 Rx Stressed Eye Tests 6000 6400
- Rx Clock_Voltage_Sensitivity_6000_6400
- Rx_DQS_Voltage_Sensitivity_6000_6400
- Rx_DQ_Voltage_Sensitivity_6000_6400
- DDR5 Silicon Pad IO Capacitance 6000 6400

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

**ANNEX B - (Informative) Differences between JESD79-5B and JESD79-5A (cont'd)**

- DDR5 PDA Diagrams
- DDR5 MRR MRW MPC timing
- Loopback Output Timing Parameters
- DDR5 Rx DQS Jitter Sensitivity 6000 6400
- DDR5 RFM Enhancements Ballot DRFM
- DDR5 MRR MRW MPC timing R1", where 3DS MRR to be confined to all banks idle state
- DDR5 JEDEC Draft Spec Rev1.81 Voting Comments
- DDR5 Draft 181 feedback

## 18.3   Changes from Task Group Meetings

- DDR5 PDX during tRFC
- DDR5 DataRate Clarifications
- Typo correction in DDR5-3DS-3200AN's tRC
- DDR5 CA CS Rx Mask Clarification
- DDR5 Rounding Algorithm for Max Parameters
- DDR5 tWR Rounding Algo Propagation
- MR4 Editorial Update for Wide Temperature Changes
- DDR5 tPGM Clarification
- DDR5 IDD Editorials
- Intel_Clock_Jitter.pdf
- DDR5 Rounding Algorithm for Negative Values
- DDR5 DQS2DQ Volt 5200-6400
- DDR5 tWPST 3200-6400
- DDR5 Read Preamble Training Clarification
- DDR5 DCA Training Assist Mode 2 Clarification
- DDR5 ODT Timing Cleanup
- DDR5 Package Output Driver Test Mode Clarification
- DDR5 Write CRC Auto Disable Clarification
- DDR5 Package Electrical Spec Values 5200 6400
- DDR5 Mono Speed Bin Tables 6800-7200
- Typographical errors corrected
  - page 213, "Determin" to "Determine", "ragne" to "range", MR4:OP5[]=1" to MR4:OP[5]=1",
  - page 364, in Figure 192's timing indicator tf+5 to tf+5", Figure 193, add "RTT_PARK" in yellow RTT area
  - page 365, in Figure 194, add "RTT_PARK" in yellow RTT area
  - page 367, in Figure 198, add "DQS_RTT_PARK" for R0 DQS RTT
  - page 367, in Figure 199, add "DQS_RTT_PARK" for R0 DQS RTT
  - page 44, section 3.4.1, "MRR NT ODT MRRMRR" to "MRR NT ODT"
  - page 49, in Figure 9, add "DQS_RTT_PARK" for R0 DQS RTT"
  - page 344, Section 4.42 title, remove "a" in front of "Refresh"
  - page 404, in Figure 225, change line color from red to black
  - page 425, in Figure 243, updating RB22054 for SRQdiff for 6000 and 6400
  - page 225, in Figure 76, remove term "spacing" for note 1
  - page 226, in Figure 78, remove term "spacing" for note 1
  - page 418, modified context for tLBQ_Set, tLBQ_Hld definition to properly describe behavior by removing "t", i.e. "tLBDQS / tLBDQ" to "LBDQS / LBDQ", "tBDQS / tLBDQ" to "LBDQS / LBDQ", respectively
  - page 398, in Table 193, reflectin approved ballot RB22056, adding (*120) for 6000 and 6400
  - page 97/98, fixing typo for "issuing any MRR" to "Issuing any MRR", and MRW to MR42:OP[7 0 to MRW to MR42:OP[7]=0"
  - page 40, changing ALERT_N to ALERT_n
  - page 298, in Figure 138, changing ALERT_N to ALERT_n

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT

JEDEC Standard No. 79-5B_v1.20
Page 468

## ANNEX B - (Informative) Differences between JESD79-5B and JESD79-5A (cont'd)

- page 328, in Figure 159, changing Alert_n to ALERT_n
- page 170, 1st sentence to reflect behavior correctly, "The following read timing diagrams cover write timings for fixed BL32" to "The following read timing diagrams cover read timings for fixed BL32"
- page 172, in Figure 42, subsequent READ operation's DQ burst to be shifted right 0.5UI for edge-aligned behavior
- page 173, in Figure 43, subsequent READ operation's DQ burst to be shifted right 0.5UI for edge-aligned behavior
- Typographical and formatting errors corrected
  - page 116, removed MR61 with note pointing nowhere
  - page 355, Section 5.1 title modified to add "DQS, DM, and TDQS"
  - page 498, Table 294 updated in accordance to numbering
  - page 39, section 3.3.1's sequence 1 should point to Table 7, where it was used to be Table 2
  - page 40, Figure 3's note 3 of (Tz) to be changed to (Tk)
  - page 447, removed Speed Bin for 6400 duplicated Supported CL rows
  - page 492, Table 295, removed unnecessary 6000/6400 columns
  - page 39, note 3 in figure 3, "no execute" not execute"
  - page 179, "WR_partial" to "WR_Partial (WR_P)" in section 4.8.1
  - page 492, table's label from "DDR5-5200/6400 to DDR5-5200 to DDR5-6400"
  - WR_Partial has numerous combinations of Upper/Lowercases
- page 456, DDR5-8400 speed bin was not properly updated, so reflected based on "DDR5 Mono Speed Bin Tables 6800-7200
- Feedback on DDR5 Rx Eye Mask and CA Td and Cck Ci
- CSGeardown_rev06_Opt2.pdf
- DDR5 Draft 183 feedback
- DDR5 MR59 Editorial Update

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT



**Standard Improvement Form**                    **JEDEC Standard JESD79-5B_v1.20**

The purpose of this form is to provide the Technical Committees of JEDEC with input from the industry regarding usage of the subject standard.  Individuals or companies are invited to submit comments to JEDEC.  All comments will be collected and dispersed to the appropriate committee(s).

If you can provide input, please complete this form and return to:

JEDEC                                    Fax: 703.907.7583
Attn: Publications Department
3103 North 10th Street
Suite 240 South
Arlington, VA  22201-2107

1.  I recommend changes to the following:

☐ Requirement, clause number  _____

☐ Test method number  _____  Clause number  _____

The referenced clause number has proven to be:

☐ Unclear   ☐ Too Rigid   ☐ In Error

☐ Other  _____

2.  Recommendations for correction:

_____
_____
_____
_____
_____

3.  Other suggestions for document improvement:

_____
_____
_____
_____
_____

Submitted by

Name:  _____    Phone:  _____

Company:  _____    E-mail:  _____

Address:  _____

City/State/Zip:  _____    Date:  _____

Rev. 8/13

Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT



Downloaded by Marwan Fawal (mfawal@netlist.com) on Oct 10, 2022, 12:18 pm PDT