UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>  Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>  Defendants. | Civil Case No. 2:22cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>  Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>  Defendants. | Civil Case No. 2:22cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING SAMSUNG'S UNOPPOSED MOTION FOR LEAVE TO ADD INVALIDITY CONTENTIONS REGARDING THE '608 PATENT**

Before the Court is Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Semiconductor, Inc.'s ("Samsung") Unopposed Motion for Leave to Add Invalidity Contentions Regarding the '608 Patent. Having considered the motion, and for good cause shown, the motion is hereby GRANTED.

IT IS SO ORDERED.