# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| SAMSUNG ELECTRONICS CO, LTD, *et al.* | § § § § | (Lead Case) |
| *Defendants*. | § § § | |

| | | |
|---|---|---|
| NETLIST, INC., | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00294-JRG |
| MICRON TECHNOLOGY, INC., *et al.* | § § § | |
| *Defendants*. | § § § | |

## ORDER

Before the Court is Plaintiff Netlist, Inc.'s ("Netlist") Unopposed Motion for Extension of Time to File Netlist's Reply Claim Construction Brief (the "Motion"). (Dkt. No. 149.) In the Motion, Netlist requests that the deadline to file its Reply Claim Construction Brief be extended from September 14, 2023 to September 15, 2023. Subsequently, Netlist filed its Reply Claim Construction Brief on the original deadline, September 14, 2023. (Dkt. No. 150.)

Having considered the Motion, the Court is of the opinion that the same should be and hereby is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 18th day of September, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE