**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC.,  §<br>  §<br>*Plaintiff*,  §<br>  §<br>v.  §   CIVIL ACTION NO. 2:22-CV-00293-JRG<br>  §                   (Lead Case)<br>SAMSUNG ELECTRONICS CO, LTD, *et al.*  §<br>  §<br>*Defendants*.  §| | |

| | | |
|---|---|---|
| NETLIST, INC.,  §<br>  §<br>*Plaintiff*,  §<br>  §<br>  §<br>v.  §   CIVIL ACTION NO. 2:22-CV-00294-JRG<br>  §<br>MICRON TECHNOLOGY, INC., *et al.*  §<br>  §<br>*Defendants*.  §<br>  §| | |

**ORDER**

Before the Court is Defendants Samsung Electronics Co., LTD, Samsung Electronics America, Inc., and Samsung Semiconductor Inc.'s (collectively, "Samsung") Unopposed Motion for Leave to Add Invalidity Contentions Regarding the '608 Patent (the "Motion"). (Dkt. No. 151.) The Court recently granted Defendant Netlist, Inc. ("Netlist") leave to amend its complaint to assert the U.S. Patent No. 10,268,608 (the "'608 Patent"). (Dkt. No. 135.) In the Motion, Samsung requests that the Court grant Samsung leave to supplement its invalidity contentions to add the '608 Patent. (Dkt. No. 151 at 1.) Samsung argues that there is good cause to amend its contentions under P.R. 3-6(b) because it promptly supplemented its contentions fourteen (14) days after the

Court granted Netlist leave to amend its complaint, and Netlist does not oppose the Motion indicating that there is no prejudice. (*Id.* at 1-3.)

Having considered the Motion, and noting that it is unopposed, the Court is of the opinion that the same should be and hereby is **GRANTED.**

**So ORDERED and SIGNED this 18th day of September, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE