# EXHIBIT 1

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1**

All Documents and Things related to proposed, contemplated, or executed licenses, settlements, or other agreements relating to Netlist, Inc. ("Netlist") or related entities, including Documents relating to negotiations, discussions, or other communications concerning any such licenses, settlements, or agreements. This includes but is not limited to Documents and Things related to the Strategic Product Supply and License Agreement between SK hynix and Netlist executed on April 5, 2021 and the Product Purchase and Supply Agreement between SK hynix and Netlist executed on April 5, 2021.

**REQUEST FOR PRODUCTION NO. 2**

All Documents and Things related to the Asserted Patents or any Related Patents, including but not limited to Documents, Technical Documents, and Communications shared between SK hynix and Netlist.

**REQUEST FOR PRODUCTION NO. 3**

All Documents and Things showing any effort by Netlist to require marking, enforce marking, or determine whether You have marked any products with any of the patent numbers or other marks for the Asserted Patents or Related Patents.

**REQUEST FOR PRODUCTION NO. 4**

All Documents and Things sufficient to identify the model number, date of marking, and manner of marking for any product developed or sold by You and marked with the patent numbers for one or more of the Asserted Patents or Related Patents in any manner compliant with 35 U.S. Code § 287(a).

**REQUEST FOR PRODUCTION NO. 5**

All Documents and Things from litigation between Netlist and SK hynix, including but not limited to all pleadings, contentions, written discovery, expert reports, deposition transcripts, hearing transcripts, and documents produced by the parties.