**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>　　　　Defendants. | Civil Case No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>　　　　Defendants. | Civil Case No. 2:22-cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF COUNSEL**

　　Notice is hereby given that James Huguenin-Love of Fish & Richardson P.C. enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc., (collectively, "Defendants") and consents to electronic service of all papers in this action.

　　James Huguenin-Love may receive all communication from the Court and from other parties at Fish & Richardson P.C., 60 South 6th Street, Suite 3200, Minneapolis, MN 55402; Telephone: (612) 335-5070; Facsimile (612) 288-9696; Email: huguenin-love@fr.com.

1

Dated:  September 25, 2023

**FISH & RICHARDSON P.C.**

By: */s/ James Huguenin-Love*
James Huguenin-Love
MN Bar No. 0398706
huguenin-love@fr.com
FISH & RICHARDSON P.C.
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile:  (612) 288-9696

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd.; Samsung Electronics*
*America, Inc.; and Samsung Semiconductor, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on September 25, 2023. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ James Huguenin-Love*
James Huguenin-Love