UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>  Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.<br>and SAMSUNG SEMICONDUCTOR, INC.,<br><br>  Defendants. | Civil Case No. 2:22cv-00293-JRG<br>(LEAD CASE) |

**NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that James "Travis" Underwood of Gillam & Smith, LLP enters his appearance in this matter on behalf of Defendants Samsung Electronics Co., LTD, Samsung Electronics America Inc. and Samsung Semiconductor, Inc.

James "Travis" Underwood may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 102 North College Avenue, Suite 800, Tyler, Texas 75702, Telephone: (903) 934-8450, Facsimile: (903) 934-9257, Email: travis@gillamsmithlaw.com.

Dated: September 25, 2023

Respectfully submitted,

 /s/ J. Travis Underwood
———————————————
J. Travis Underwood
Texas Bar No. 24102587
**GILLAM & SMITH, LLP**
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
travis@gillamsmithlaw.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on September 25, 2023, with a copy of this document via the Court's CM/ECF system.

                                      */s/ J. Travis Underwood*
                                      J. Travis Underwood