IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC. § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD., § <br> et al § | CASE NO. 2:22-cv-00293-JRG <br> (Lead Case) |
| NETLIST, INC. § <br> § <br> v. § <br> § <br> MICRON TECHNOLOGY, INC., § <br> et al § | CASE NO. 2:22-cv-00294-JRG <br> (Member Case) |

MINUTES FOR MARKMAN HEARING
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
September 26, 2023

**OPEN:  01:30 PM**                                                     **ADJOURN:  04:17 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| TECHNICAL ADVISOR: | Michael Paul |
| LAW CLERK: | Dylan Freeman |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 01:30 PM | Court opened. |
| 01:31 PM | Court called for announcements from counsel. |
| 01:33 PM | Court began hearing claim construction arguments on a claim-by-claim basis. <br> • Presented argument on behalf of Plaintiff: Mr. Sheasby. <br> • Presented argument on behalf of Defendants: Mr. McKeon, Mr. Dryer, Dr. Albert, Mr. Rueckheim and Mr. Livedalen. |

- 2 -

| TIME | MINUTE ENTRY |
|---|---|
| 03:30 PM | Off the record. |
| 03:30 PM | On the record. |
| 03:30 PM | Continuation of arguments. |
| 04:16 PM | Arguments concluded. |
| 04:16 PM | Court to take claim construction under submission. |
| 04:17 PM | Court adjourned. |