

**2:22-cv-00293-JRG (lead case) and 2:22-cv-00294-JRG (member case)**
**Netlist Inc v Samsung Electronics Co Ltd et al**
**September 26, 2023 at 1:30 PM**

## Markman Hearing

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Michael Rueckheim | Micron |
| Jason Sheasby | Netlist |
| Jennifer Truelove | " |
| Chad Everingham | Micron |
| Travis Underwood | Samsung |
| Mike McKeon | " |
| Frank Albert | " |
| Brian Livedalen | " |
| Chris Dryer | " |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Becky Carrizosa | Micron |
| Jason Sohi | Netlist |
| Tobin Hobbs | Netlist |
| Sunghun Lee | Samsung |
| Young Chun | Samsung |