# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-cv-293-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; | ) (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC.; SAMSUNG SEMICONDUCTOR | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-cv-294-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON | ) |
| SEMICONDUCTOR PRODUCTS, INC.; | ) |
| MICRON TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court, having considered the briefing on Netlist's Motion (1) to Dismiss Micron Defendants' Counterclaims or in the Alternative Sever and Stay and (2) Strike Micron Defendants' Affirmative Defenses of Patent Misuse, the opposition, and exhibits attached thereto, is of the opinion that said motion should be GRANTED.

**IT IS SO ORDERED.**