# Exhibit A

JAMES Y. KIM (Washington Bar No. 47448)
*jyk@agoralaws.com*
*ip@agoralaws.com*
AGORA Law Group, PLLC
3400 188th ST SW, Suite 695
Lynnwood, WA 98037
Tel: 425-420-0405
Fax: 425-420-2323

*Attorneys for third party*
SK HYNIX, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC.,<br><br>             Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD. *et al.*,<br><br>             Defendants. | **NON-PARTY SK HYNIX, INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT SAMSUNG'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**<br><br>**(Civil Case No. 2:22cv00293-JRG)** |

information or documents maintained in its possession, custody, or control in locations where such information or documents are most likely to be found.

3.      SK Hynix objects to the Requests to the extent that they seek information where the burden or expense of discovery outweighs its likely benefit, given the needs of the case, the amount in controversy, the parties' resources, the importance of issues at stake in the litigation, and the importance of the proposed discovery in resolving the issues.

4.      SK Hynix objects to the Requests to the extent that they seek information that is either already in the possession of the parties to this case or available through public sources or records.

5.      SK Hynix objects to the Requests to the extent they seek confidential information, the disclosure of which is restricted or prohibited by agreements including but not limited to the Strategic Product Supply and License Agreement between SK Hynix and Netlist executed on April 5, 2021 and the Product Purchase and Supply Agreement between SK Hynix and Netlist executed on April 5, 2021.

6.      SK Hynix objects to the Requests to the extent they seek disclosure of material protected by any privilege recognized under the Federal Rules of Civil Procedure, Federal Rules of Evidence, and all applicable common law, including the attorney-client privilege and the attorney work product privilege.  No such documents will be produced.


**SPECIFIC OBJECTIONS AND RESPONSES TO SUBPOENA TO PRODUCE DOCUMENTS**

**REQUEST FOR PRODUCTION NO. 1:**

All Documents and Things related to proposed, contemplated, or executed licenses, settlements, or other agreements relating to Netlist, Inc. ("Netlist") or related entities, including Documents relating to negotiations, discussions, or other communications concerning any such licenses, settlements, or agreements.  This includes but is not limited to Documents and Things related to the Strategic Product Supply and License Agreement

NON-PARTY SK HYNIX'S RESPONSES AND OBJECTIONS TO DEFENDANT'S SUBPOENA

1  shared between SK hynix and Netlist.

2

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

4      SK Hynix incorporates its General Objections into its Response to this Request as

5  if fully set forth herein. SK Hynix further objects to this Request as overbroad,

6  disproportionate, and unduly burdensome to the extent that it seeks documents unrelated

7  to the subject matter of this case as well as to the extent that it seeks documents that are

8  equally available from a party to this case or publicly available. SK Hynix further objects

9  to this request to the extent it seeks confidential or proprietary information. SK Hynix

10 further objects to this request to the extent it seeks documents over which SK Hynix does

11 not have legal control.

12     Subject to and without waiving the foregoing general and specific objections, SK

13 Hynix states that it does not have any responsive, non-privileged documents in its

14 possession, custody, or control.

15

16 **REQUEST FOR PRODUCTION NO. 3:**

17     All Documents and Things showing any effort by Netlist to require marking,

18 enforce marking, or determine whether You have marked any products with any of the

19 patent numbers or other marks for the Asserted Patents or Related Patents.

20

21 **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

22     SK Hynix incorporates its General Objections into its Response to this Request as

23 if fully set forth herein. SK Hynix further objects to this Request as overbroad,

24 disproportionate, and unduly burdensome to the extent that it seeks documents unrelated

25 to the subject matter of this case as well as to the extent that it seeks documents that are

26 equally available from a party to this case or publicly available. SK Hynix further objects

27 to this request to the extent it seeks confidential or proprietary information. SK Hynix

28 further objects to this request to the extent it seeks documents over which SK Hynix does

1    not have legal control.

2        Subject to and without waiving the foregoing general and specific objections, SK

3    Hynix states that it does not have any responsive, non-privileged documents in its

4    possession, custody, or control.

5

6    **REQUEST FOR PRODUCTION NO. 4:**

7        All Documents and Things sufficient to identify the model number, date of

8    marking, and manner of marking for any product developed or sold by You and marked

9    with the patent numbers for one or more of the Asserted Patents or Related Patents in any

10   manner compliant with 35 U.S. Code § 287(a).

11

12   **RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

13       SK Hynix incorporates its General Objections into its Response to this Request as

14   if fully set forth herein.  SK Hynix further objects to this Request as overbroad,

15   disproportionate, and unduly burdensome to the extent that it seeks documents unrelated

16   to the subject matter of this case as well as to the extent that it seeks documents that are

17   equally available from a party to this case or publicly available.  SK Hynix further objects

18   to this request to the extent it seeks confidential or proprietary information.  SK Hynix

19   further objects to this request to the extent it seeks documents over which SK Hynix does

20   not have legal control.

21       Subject to and without waiving the foregoing general and specific objections, SK

22   Hynix states that it does not have any responsive, non-privileged documents in its

23   possession, custody, or control.

24

25   **REQUEST FOR PRODUCTION NO. 5:**

26       All Documents and Things from litigation between Netlist and SK hynix, including

27   but not limited to all pleadings, contentions, written discovery, expert reports, deposition

28   transcripts, hearing transcripts, and documents produced by the parties.

NON-PARTY SK HYNIX'S RESPONSES AND OBJECTIONS TO DEFENDANT'S SUBPOENA

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

SK Hynix incorporates its General Objections into its Response to this Request as if fully set forth herein.  SK Hynix further objects to this Request as overbroad, disproportionate, and unduly burdensome to the extent that it seeks documents unrelated to the subject matter of this case as well as to the extent that it seeks documents that are equally available from a party to this case or publicly available.  SK Hynix further objects to this request to the extent it seeks confidential or proprietary information.  SK Hynix further objects to this request to the extent it seeks documents over which SK Hynix does not have legal control.

Subject to and without waiving the foregoing general and specific objections, SK Hynix states that it does not have any responsive, non-privileged documents in its possession, custody, or control.

Dated: August 29, 2023.                          AGORA LAW GROUP, PLLC


By: /s/ *James Y. Kim*
JAMES Y. KIM
Attorneys for Non-Party
SK HYNIX, INC.

NON-PARTY SK HYNIX'S RESPONSES AND OBJECTIONS TO DEFENDANT'S SUBPOENA