# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>　　　　Defendants. | Civil Case No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., et al.<br><br>　　　　Defendants. | Civil Case No. 2:22-cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Matthew R. McCullough is entering his appearance in the above-captioned action as counsel for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc. and Micron Technology Texas LLC, and respectfully requests service of pleadings and other papers filed in this action, and any orders and notices from this Court.

Dated: October 4, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Matthew R. McCullough*
　　　　　　　　　　　　　　　　　　　　Matthew R. McCullough
　　　　　　　　　　　　　　　　　　　　State Bar No. 301330
　　　　　　　　　　　　　　　　　　　　MRMcCullough@winston.com

1

WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

**ATTORNEYS FOR DEFENDANTS MICRON TECHNOLOGY, INC. MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2023, the foregoing document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Matthew R. McCullough*
Matthew R. McCullough
