# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO, LTD, *et al.* <br><br> *Defendants*. | Case No. 2:22-CV-00293-JRG <br><br> JURY TRIAL DEMANDED <br><br> Lead Case |
| NETLIST, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MICRON TECHNOLOGY, INC.., *et al.* <br><br> *Defendants*. | Case No. 2:22-CV-00294-JRG <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Please take notice that Jennifer H. Doan of the law firm HALTOM & DOAN enters her appearance as counsel of record for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Micron") and requests that any correspondence, motions, notices, and pleadings in this action directed to Micron also be served upon Jennifer H. Doan at the following address:

> Jennifer H. Doan
> HALTOM & DOAN
> 6500 Summerhill Road, Suite 100
> Texarkana, TX 75503
> Telephone: (903) 255-1000
> Facsimile: (903) 255-0800
> Email: jdoan@haltomdoan.com

Please add the name of Mrs. Doan to all service lists in this matter, including the e-filing service list.

Respectfully submitted,

/s/ *Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com

**ATTORNEY FOR DEFENDANTS
MICRON TECHNOLOGY, INC.,
MICRON SEMICONDUCTOR
PRODUCTS, INC., AND MICRON
TECHNOLOGY TEXAS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 12th day of October, 2023.

*/s/ Jennifer H. Doan*
Jennifer H. Doan

**NOTICE OF APPEARANCE - Page 2**