UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>　　　　Defendants. | Civil Case No. 2:22cv00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>　　　　Defendants. | Civil Case No. 2:22cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## **NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Jonathan B. Bright of Fish & Richardson P.C. enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc. and Samsung Semiconductor, Inc., (collectively, "Defendants") and consents to electronic service of all papers in this action.

Jonathan B. Bright may receive all communication from the Court and from other parties at Fish & Richardson P.C., 1180 Peachtree Street N.E., 21st Floor, Atlanta, GA 30309, Telephone: (404) 892-5005, Email: jbright@fr.com.

Date: October 16, 2023   Respectfully submitted,

*/s/ Jonathan B. Bright*

Jonathan B. Bright
GA Bar No. 256953
FISH & RICHARDSON P.C.
1180 Peachtree Street, N.E., 21st Fl.
Atlanta, GA 30309
Telephone: (404) 892-5005

*Attorney for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on October 16, 2023.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Jonathan B. Bright*
Jonathan B. Bright
