UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>      Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>      Defendants. | Civil Case No. 2:22cv00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>      Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>      Defendants. | Civil Case No. 2:22cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**SAMSUNG'S MOTION FOR A SHORTENED**
**RESPONSE TIME TO MOTION TO STAY (Dkt. 187)**

Pursuant to Local Rule 7(e), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. move for an order to shorten the period for Plaintiff Netlist, Inc. to respond to Samsung's Motion To Stay Pending Resolution of the C.D. Cal. Case Reversed and Remanded by the Ninth Circuit Regarding Samsung's License (Dkt. 187).

Given the imminent close of fact discovery, scheduled for November 13, 2023, the Court should shorten the time for Netlist to respond to Samsung's Motion To Stay. Netlist has had nearly a week to consider its position on Samsung's motion. In particular, Samsung notified

1

Netlist of its intent to file a Motion to Stay on October 18, 2023, one day after the Ninth Circuit issued its decision that reversed and remanded the order of the Central District of California that erroneously and summarily found that Netlist's license to Samsung had been terminated. Fact discovery is scheduled to close on November 13, 2023, and the parties anticipate expending significant resources completing fact discovery prior to that date, including conducting depositions in multiple continents (indeed, Netlist has served 25 deposition notices to date).

Accordingly, Samsung respectfully seeks an order for Netlist to respond to Samsung's motion by Monday, October 30, 2023, and for Samsung to file a reply by Thursday, November 2, 2023, so that the motion may be fully briefed and heard, should the Court so direct, before the November 13, 2023 close of fact discovery.

Date: October 23, 2023

Respectfully submitted,

/s/ Michael J. McKeon

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
D.C. Bar No. 452421
degnan@fr.com
Brian Livedalen
DC Bar No. 1002699
livedalen@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
Christopher Dryer
D.C. Bar No. 1022460
dryer@fr.com
Matthew P. Mosteller
CA Bar No. 324808

mosteller@fr.com  
FISH & RICHARDSON P.C.  
1000 Maine Avenue, SW  
Washington, DC 20024  
Telephone: (202) 783-5070  
Facsimile:  (202) 783-2331  

Francis J. Albert  
CA Bar No. 247741  
albert@fr.com  
FISH & RICHARDSON P.C.  
12860 El Camino Real, Ste. 400  
San Diego, CA  92130  
Telephone: (858) 678-5070  
Facsimile:  (858) 678-5099  

Katherine H. Reardon  
NY Bar No. 5196910  
kreardon@fr.com  
Jonathan B. Bright  
GA Bar No. 256953  
FISH & RICHARDSON P.C.  
1180 Peachtree St., NE, 21st Floor  
Atlanta, GA 30309  
Telephone: (404) 892-5005  
Facsimile:  (404) 892-5002  

Kathryn Quisenberry  
TX Bar No. 24105639  
quisenberry@fr.com  
FISH & RICHARDSON P.C.  
909 Fannin Street Suite 2100  
Houston, TX 77010  
Telephone: (713) 654-5300  

Thomas H. Reger II  
reger@fr.com  
Texas Bar No. 24032992  
FISH & RICHARDSON P.C.  
1717 Main Street, Suite 5000  
Dallas, Texas 75201  
Telephone: (214) 747-5070  
Facsimile:  (214) 747-2091  

James Huguenin-Love  
MN Bar No. 0398706

huguenin-love@fr.com
FISH & RICHARDSON P.C.
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile:  (612) 288-9696

Karolina Jesien
NY Bar No. 4626180
jesien@fr.com
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:   (903) 934-9257

J. Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

Brian R. Nester
DC Bar No. 460225
bnester@cov.com
COVINGTON & BURLING LLP
One CityCenter 850 Tenth Street, N
Washington, DC 20001-4956
Telephone: (202)-662-6000

Alice J. Ahn
CA Bar No. 271399/DC Bar No. 1004350
aahn@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400

San Francisco, CA 94105
Telephone: (415) 591-7091
Facsimile: (415) 955-6571

*Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on October 23, 2023.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

/s/ Michael J. McKeon

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules CV-7(h) and (i), counsel for the parties met and conferred telephonically on October 23, 2023.  Sam Baxter attended for Plaintiff; Ruffin Cordell attended for Defendants.  Netlist indicated that it opposes the motion.

/s/ Michael J. McKeon