UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>        Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>        Defendants. | Civil Case No. 2:22cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>        Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>        Defendants. | Civil Case No. 2:22cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANTS SAMSUNG'S MOTION
FOR A SHORTENED RESPONSE TIME TO MOTION TO STAY**

Before the Court is Defendants' Motion for a Shortened Response Time to Motion to

Stay (Dkt. 187).

Having considered the motion, and for good cause shown, the motion is hereby

GRANTED.

IT IS SO ORDERED.