IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:22-CV-00293-JRG | |
| § | (Lead Case) | |
| SAMSUNG ELECTRONICS CO, LTD, *et al.* § | | |
| § | | |
| *Defendants*. § | | |

| | | |
|---|---|---|
| NETLIST, INC., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:22-CV-00294-JRG | |
| § | | |
| MICRON TECHNOLOGY, INC., *et al.* § | | |
| § | | |
| *Defendants*. § | | |

**ORDER**

Before the Court is Defendants Samsung Electronics Co., LTD, Samsung Electronics America, Inc., and Samsung Semiconductor Inc.'s (collectively, "Samsung") Motion for a Shortened Response Time to its Motion to Stay (the "Motion"). (Dkt. No. 188.) In the Motion, Samsung seeks to shorten the deadlines to file a response, reply, and sur-reply to its Motion to Stay (Dkt. No. 187). (*Id.*) Specifically, Samsung seeks an order for Plaintiff Netlist, Inc. ("Netlist") to respond to Samsung's motion by Monday, October 30, 2023, and for Samsung to file a reply by Thursday, November 2, 2023. (*Id.* at 2.) Netlist opposes this Motion, offering instead to file its response by Thursday, November 2, 2023. (Dkt. No. 189).

Having considered the Motion and Netlist's opposition, the Court is of the opinion that the Motion should be **GRANTED-AS-MODIFIED**. Accordingly, the Court **ORDERS** that Netlist shall respond to Samsung's Motion to Stay (Dkt. No. 187) by Thursday, November 2, 2023.

**So Ordered this**
**Oct 27, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE