UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>  Defendants. | Civil Case No. 2:22cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>  Defendants. | Civil Case No. 2:22cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANTS' MOTION TO STAY
PENDING RESOLUTION OF THE C.D. CAL. CASE REVERSED
AND REMANDED BY THE NINTH CIRCUIT REGARDING SAMSUNG'S LICENSE**

Before the Court is Defendants' Motion to Stay Pending Resolution of the C.D. Cal. Case Reversed and Remanded by the Ninth Circuit Regarding Samsung's License.

Having considered the motion, and for good cause shown, the motion is hereby GRANTED.

IT IS SO ORDERED.