# EXHIBIT A

**(Redacted In Entirety)**