IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**NETLIST, INC.'S UNOPPOSED MOTION UNDER STANDING
ORDER TO EXCEED PAGE LIMIT FOR ATTACHMENTS TO
<u>DISCOVERY DISPUTE BRIEF</u>**

Plaintiff Netlist, Inc. ("Netlist") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively "Samsung") are presently in dispute regarding the deposition of Netlist's former in-house counsel.

This Court's March 11, 2020 Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes provides that "[a]ttachments to a discovery related motion . . . shall not exceed 5 pages." Netlist respectfully asks the Court to extend the page

limit for attachments to Netlist's Motion for a Protective Order Preventing Samsung Defendants from Seeking Third-Party Discovery from Netlist's Former In-House Counsel by twenty pages, so that attachments shall not exceed thirty pages.

Netlist believes that this page extension is necessary and warranted to allow for an adequate presentation of the issues by showing pertinent previous discovery responses, disclosures, and correspondences.

Counsel for Netlist conferred with counsel for Samsung regarding the substance of this motion. Samsung stated that it does not oppose the relief sought herein.

An order reflecting the relief requested is attached.

Dated: November 6, 2023                                Respectfully submitted,

/s/ Jason Sheasby
Jason G. Sheasby

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, Ph.D. (*pro hac vice*)
hzhong@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

                        **IRELL & MANELLA LLP**
                        1800 Avenue of the Stars, Suite 900
                        Los Angeles, CA 90067
                        Tel. (310) 277-1010
                        Fax (310) 203-7199

                        *Attorneys for Plaintiff Netlist, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 6, 2023, a copy of the foregoing was served to all counsel of record via this Court's CM/ECF system.

                        */s/ Yanan Zhao*
                        Yanan Zhao

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties met and conferred on November 2, 2023. Defendants do not oppose this motion.

                        */s/ Yanan Zhao*
                        Yanan Zhao