UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>               Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>              Defendants. | Civil Action No. 2:22cv-00293-JRG<br>(Lead Case) |
| NETLIST, INC.<br><br>               Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY INC., et al.<br><br>              Defendants. | Civil Action No. 2:22cv-00294-JRG |

**JOINT NOTICE OF MOOTNESS REGARDING
CONSTRUCTION OF CLAIMS NO LONGER ASSERTED**

Defendants Samsung Electronics Co., Ltd. et al. ("Samsung") and Micron Technology Texas, LLC et al. ("Micron") and Plaintiff Netlist, Inc. ("Netlist") respectfully submit this notice of mootness regarding the construction of certain claims of U.S. Patent No. 7,619,912 ("the '912 patent") which are no longer asserted in these actions.

After this Court's Order on Samsung's motion for summary judgment of intervening rights, Netlist withdrew its infringement allegations against Defendants' DDR2 and DDR3 products. Specifically, Netlist has withdrawn its assertion of claims 1, 3, 4, 6, 8, 10, 11, 15, 18, 19, 20, 22, 24, 27, 28, 29, 31, 32, 34, 36, 37, 38, 39, 40, 41, 43, 45, 46, 47, 50, 52, 53, 54, 55, 56,

1

57, 58, 59, 60, 62, 63, 64, 65, 69, 70, 71, 72, 73, 74, 75, 77, and 80–91 of the '912 patent ("the Amended Claims") in these actions. Netlist maintains its infringement allegations against Defendants' DDR4 products.

Thus, the parties respectfully notify the Court that there is no longer a live dispute regarding the construction of the "wherein" clauses recited in the Amended Claims (i.e., the terms numbered 5, 6, 7, 8, 9, and 10 in the joint claim construction chart, *see* Dkt. No. 160-1 at 2-6, reproduced below).

- "wherein the logic element generates gated column access strobe (CAS) signals or chip-select signals of the output [control] signals in response at least in part to (i) the [at least one] row address signal, (ii) the bank address signals, and (iii) the [at least one] chip-select signal of the [set/plurality] of input [control] signals and (iv) the PLL clock signal" (Claims 1, 15, 28, 39);

- "wherein the logic element responds to at least (i) a row address bit of the at least one row/column address signal, (ii) the bank signals, and (iii) the at least one chip-select signal of the set of input control signals and (iv) the PLL clock by generating a first number of chip-select signals of the set of output control signals, the first number of chip-select signals generated by the logic element equal to the first number of ranks, and the at least one chip-select signal of the set of input control signals comprises a second number of chip-select signals equal to the second number of ranks" (Claim 77);

- "wherein the generation of the first number of chip-select signals of the output control signals by the logic element is based on the logic element responsive at least in part to (i) the at least one row address signal, (ii) the bank address signals, and (iii) the at least one chip-select signal of the set of input control signals received by the logic element and (iv) the clock signals received from the phase-lock loop device" (Claim 80);

- "wherein the logic element responds to at least the at least one row address signal, the bank address signals, and the at least one chip-select signal of the set of input [control] signals and the PLL clock signal by generating a number of rank-selecting signals of the set of output [control] signals that is greater than double or equal to double the number of chip-select signals of the set of input [control] signals" (Claim 82, 86);

- "wherein the logic element responds to at least (i) the row address signal, (ii) the bank address signals, (iii) and the one chip-select signal of the set of input control signals and (iv) the PLL clock signal by generating a number of rank-selecting signals of the set of output signals that is greater than double or equal to double the number of chip-select signals of the set of input control signals" (Claim 88);

- "wherein the logic element responds to at least (i) the at least one row signal, (ii) the bank address signals, (iii) and the second number of chip-select signals of the plurality of input signals and (iv) the PLL clock signal by generating the first number of chip-select signals of the plurality of output signals that is greater than double or equal to double the second number of chip-select signals of the plurality of input signals" (Claim 90).

Date: November 6, 2023

Respectfully submitted,

/s/ Francis J. Albert

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
D.C. Bar No. 452421
degnan@fr.com
Brian Livedalen
DC Bar No. 1002699
livedalen@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
Christopher Dryer
D.C. Bar No. 1022460
dryer@fr.com
Matthew P. Mosteller
CA Bar No. 324808
mosteller@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

3

Katherine H. Reardon
NY Bar No. 5196910
kreardon@fr.com
Jonathan B. Bright
GA Bar No. 256953
FISH & RICHARDSON P.C.
1180 Peachtree St., NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile:  (404) 892-5002

Kathryn Quisenberry
TX Bar No. 24105639
quisenberry@fr.com
FISH & RICHARDSON P.C.
909 Fannin Street Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300

Thomas H. Reger II
reger@fr.com
Texas Bar No. 24032992
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

James Huguenin-Love
MN Bar No. 0398706
huguenin-love@fr.com
FISH & RICHARDSON P.C.
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile:  (612) 288-9696

Karolina Jesien
NY Bar No. 4626180
jesien@fr.com
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone:     (903) 934-8450
Facsimile:     (903) 934-9257

J. Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

Brian R. Nester
DC Bar No. 460225
bnester@cov.com
COVINGTON & BURLING LLP
One CityCenter 850 Tenth Street, N
Washington, DC 20001-4956
Telephone: (202)-662-6000

Alice J. Ahn
CA Bar No. 271399/DC Bar No. 1004350
aahn@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone:  (415) 591-7091
Facsimile:  (415) 955-6571

Grant Schmidt
TX Bar No. 24084579
gschmidt@hilgersgraben.com
Jon Hyland
Texas State Bar No. 24046131
jhyland@hilgersgraben.com
HILGERS GRABEN PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone:  (469) 751-2819

*Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

*/s/ Michael R. Ruckenheim*

Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Ste 520
Redwood City, CA 9405
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

David Enzminger
Pro Hac Vice Pending
DEnzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Matthew Hopkins
Pro Hac Vice Pending
mhopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 282-5862
Facsimile: (202) 282-5100

6

William Logan
State Bar No. 24106214
WLogan@Winston.com
Juan Yaquian
JYaquian@Winston.com
State Bar No. 24110559
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

*Attorneys for Micron Technology, Inc.,*
*Micron Semiconductor Products,*
*Inc., and Micron Technology Texas,*
*LLC*

*/s/ Jason G. Sheasby*

Jennifer Leigh Truelove
jtruelove@mckoolsmith.com
Samuel Franklin Baxter
sbaxter@mckoolsmith.com
Kevin Burgess
kburgess@mckoolsmith.com
MCKOOL, SMITH, P.C.
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile:  (903) 923-9099

Hong Annita Zhong
hzhong@irell.com
Jason G. Sheasby
jsheasby@irell.com
Thomas C. Werner
Michael Tezyan
Yanan Zhao
Benjamin E. Manzin-Monnin
IRELL & MANELLA LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 203-7183

7

Facsimile:  (310) 203-7199

Philip Warrick
pwarrick@irell.com
New York Bar No. 4471413
IRELL & MANELLA LLP
750 17th Street NW, Suite 850
Washington, DC 20006
Telephone: (310) 777-6512
Facsimile:  (310) 317-7252

Jonathan Michael Lindsay
jlindsay@irell.com
IRELL & MANELLA LLP
840 Newport Centre Drive, Ste. 400
Newport Beach, CA 92660
Telephone: (949) 760-0991

Soo A. Hong
prho@lhlaw.com
Peter Rho
sooh@lhlaw.com
LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300
Los Angeles, CA 90020
Telephone: (213) 623-2221
Facsimile:  (213) 623-2211

*Attorneys for Plaintiff Netlist, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on November 6, 2023.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).


*/s/ Francis J. Albert*