IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| § | |
| SAMSUNG ELECTRONICS CO., LTD., § | |
| SAMSUNG ELECTRONICS AMERICA, § | |
| INC., SAMSUNG SEMICONDUCTOR, § | |
| INC., § | |
| § | |
| *Defendants*. § | |

# ORDER

Before the Court is Plaintiff Netlist, Inc.'s ("Netlist") Unopposed Motion to Exceed Page Limit for Attachments to Discovery Dispute Brief (the "Motion"). (Dkt. No. 198.) In the Motion, Netlist requests to extend the page limit for attachments to Netlist's Motion for a Protective Order Preventing Samsung Defendants from Seeking Third-Party Discovery from Netlist's Former In-House Counsel ("Motion for Protective Order") (Dkt. No. 199) by twenty pages, such that the attachments shall not exceed thirty pages. (*Id.*) The Motion is unopposed.

Having considered the Motion, and noting that it is unopposed, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Netlist may file up to thirty pages of attachments to its Motion for Protective Order (Dkt. No. 199).

**So ORDERED and SIGNED this 9th day of November, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE