# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>    Defendants. | Civil Case No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>    Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., et al.<br><br>    Defendants. | Civil Case No. 2:22-cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Aldo A. Badini is entering his appearance in the above-captioned action as counsel for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc. and Micron Technology Texas LLC, and respectfully requests service of pleadings and other papers filed in this action, and any orders and notices from this Court.

Dated: November 13, 2023

Respectfully submitted,

/s/ *Aldo A. Badini*
Aldo A. Badini
State Bar No. (NY) 1934892
State Bar No. (CA) 257086

1

State Bar No. (DC) 416812
ABadini@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile:  (212)  294-4700

**ATTORNEYS FOR DEFENDANTS MICRON TECHNOLOGY, INC. MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2023, the foregoing document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Aldo A. Badini*
Aldo A. Badini
