UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DKT. 202**

Plaintiff Netlist, Inc. ("Netlist") respectfully moves to extend of the deadline for Netlist to respond to the motion filed by Defendants Samsung Technology Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively "Samsung") seeking to compel the deposition of Dr. Hyun Lee (Dkt. 202). Netlist requests that the deadline be extended by five (5) days, up to and including November 27, 2023. Netlist requests this extension in light of the discovery cutoff and expert reports deadlines this week and the upcoming holidays. Netlist's counsel has conferred with counsel for Samsung and this motion is unopposed. A proposed order is attached.

| | |
|---|---|
| Dated: November 21, 2023 | Respectfully submitted, |
| | /s/ Jason G. Sheasby |

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
MCKOOL SMITH, P.C.
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, Ph.D. (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record by email on November 21, 2023.

>  */s/ Yanan Zhao*
>  Yanan Zhao

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that the relief requested in this motion is unopposed.

*/s/ Yanan Zhao*
Yanan Zhao