# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) <br><br> ▆▆▆▆▆▆▆▆▆▆ |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF NETLIST, INC.'S SUR-REPLY RE SAMSUNG'S MOTION TO STAY**

**I, Jason Sheasby, declare as follows:**

1. I am an attorney at the law firm of Irell & Manella LLP, counsel for Plaintiff Netlist, Inc. ("Netlist") in the above captioned action. I am a member of good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Sur-Reply re Samsung's Motion to Stay. I have personal knowledge of the facts stated herein, and will testify competently thereto should it please the Court.

2. Attached as **Exhibit 1** is a true and correct copy of the April 5, 2023 order on pretrial motions and motion *in limine* from *Netlist Inc. v. Samsung Elecs. Co., Ltd.*, No. 2:21-cv-463 (E.D. Tex.).

3. Attached as **Exhibit 2** is a true and correct excerpted copy of the transcript of the March 28, 2023 Pretrial Conference from *Netlist Inc. v. Samsung Elecs. Co., Ltd.*, No. 2:21-cv-463 (E.D. Tex.).

4. Attached as **Exhibit 3** is a true and correct excerpted copy of the transcript of the oral argument from *Netlist Inc. v. Samsung Elecs. Co., Ltd.*, No.22-55209 (9th Cir. June 8, 2023).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 15, 2023, in Los Angeles, California.

By: /s/ Jason Sheasby
Jason Sheasby