IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., § § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO, LTD, *et al.* § § § *Defendants*. § § | | CIVIL ACTION NO.  2:22-CV-00293-JRG (Lead Case) |
| NETLIST, INC., § § § *Plaintiff*, § § v. § § MICRON TECHNOLOGY, INC., *et al.* § § § *Defendants*. § § § | | CIVIL ACTION NO.  2:22-CV-00294-JRG |

**ORDER**

Before the Court is Plaintiff Netlist, Inc.'s ("Netlist") Unopposed Motion to File Exhibits in Excess of the Page Limit (the "Motion"). (Dkt. No. 198.) In the Motion, Netlist seeks leave to exceed the page limit for exhibits for its (1) Motion to Compel Deposition of Jun Soo Choi (Dkt. No. 224) and (2) Motion to Compel Rule 30(b)(6) Deposition Testimony of Seungmo Jung (Dkt. No. 226). (*Id.* at 1-2.) Specifically, Netlist requests that it be permitted to file (1) forty-five (45) pages of exhibits in total attached to Netlist's Motion to Compel Deposition of Jun Soo Choi and (2) thirty-five (35) pages of exhibits in total attached to Netlist's Motion to Compel Seungmo Jung. (*Id.* at 2.) The Motion is unopposed.

Having considered the Motion, and noting that it is unopposed, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the page limit for exhibits to Netlist's Motion to Compel Deposition of Jun Soo Choi (Dkt. No. 224) is **extended** to no more than forty-five (45) pages, and that the page limit for exhibits to Netlist's (2) Motion to Compel Rule 30(b)(6) Deposition Testimony of Seungmo Jung (Dkt. No. 226) is **extended** to no more than thirty-five (35) pages.

**So ORDERED and SIGNED this 27th day of November, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE