IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| SAMSUNG ELECTRONICS CO, LTD, *et al.* | § § § § | (Lead Case) |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| NETLIST, INC., | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00294-JRG |
| MICRON TECHNOLOGY, INC., *et al.* | § § § | |
| *Defendants*. | § § § | |

# ORDER

Before the Court is Plaintiff Netlist, Inc.'s ("Netlist") Unopposed Motion to Extend Deadline to Respond to Dkt. 202 (the "Motion"). (Dkt. No. 230.) In the Motion, Netlist requests that the deadline to respond to Defendants Samsung Technology Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.'s (collectively "Samsung") Motion to Compel the Deposition of Dr. Hyun Lee (Dkt. No. 202) be extended by five (5) days, up to and including November 27, 2023. (*Id.*) Samsung does not oppose this Motion.

Having considered the Motion, and noting that it is unopposed, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, the deadline for Netlist to respond to

Samsung's Motion to Compel the Deposition of Dr. Hyun Lee (Dkt. No. 202) is **extended** up to and including November 27, 2023.

**So ORDERED and SIGNED this 27th day of November, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE