# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**NETLIST, INC.'S UNOPPOSED MOTION TO WITHDRAW MOTION TO COMPEL PRODUCTION OF VALUATION DOCUMENTS (DKT. 219)**

Plaintiff Netlist, Inc. ("Netlist") hereby respectfully moves to withdraw its Motion to Compel Production of Valuation Documents against Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. ("Samsung") (Dkt. 219). Samsung has stated that it produced all non-privileged documents responsive to Netlist's request based on a reasonable search. In light of Samsung's representation, Netlist's motion is mooted.

| | |
|---|---|
| Dated: December 1, 2023 | Respectfully submitted,<br><br>*/s/ Jason G. Sheasby*<br><br>Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>Jennifer L. Truelove<br>Texas State Bar No. 24012906<br>jtruelove@mckoolsmith.com<br><br>**MCKOOL SMITH, P.C.**<br>104 East Houston Street Suite 300<br>Marshall, TX 75670<br>Telephone: (903) 923-9000<br>Facsimile: (903) 923-9099<br><br>Jason G. Sheasby (*pro hac vice*)<br>jsheasby@irell.com<br>Annita Zhong, PhD (*pro hac vice*)<br>hzhong@irell.com<br>Thomas C. Werner (*pro hac vice*)<br>twerner@irell.com<br>Yanan Zhao (*pro hac vice*)<br>yzhao@irell.com<br>Michael W. Tezyan (*pro hac vice*)<br>mtezyan@irell.com<br><br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Tel. (310) 277-1010<br>Fax (310) 203-7199<br><br>Philip Warrick<br>New York Bar No. 4471413<br>pwarrick@irell.com<br><br>**IRELL & MANELLA LLP**<br>750 17th Street NW, Suite 850<br>Washington, DC 20006<br>Tel. (310) 777-6512<br><br>***Attorneys for Plaintiff Netlist, Inc.*** |

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, on December 1, 2023, a copy of the foregoing was served to all counsel of record of Micron defendants via the Court's CM/ ECF system.

*/s/Yanan Zhao*
Yanan Zhao
