# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., § § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO, LTD, *et al.* § § § *Defendants*. § § § | CIVIL ACTION NO. 2:22-CV-00293-JRG (Lead Case) |
| NETLIST, INC., § § § *Plaintiff*, § § v. § § MICRON TECHNOLOGY, INC., *et al.* § § § *Defendants*. § § § | CIVIL ACTION NO. 2:22-CV-00294-JRG |

## ORDER

Before the Court is Plaintiff Netlist, Inc. ("Netlist") and Defendants Samsung Technology Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.'s (collectively "Samsung") Joint Motion to Extend Deadlines (the "Motion"). (Dkt. No. 235.) In the Motion, the parties request a two-day extension to oppose discovery motions that were filed on November 20, 2023. The current deadline to oppose such is December 5, 2023, and the proposed extended deadline is December 7, 2023. The affected discovery motions are listed below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Netlist's Opp. to Samsung's Motion to Compel the Deposition of Dr. Jamie Zheng [Dkt. 218] | December 5, 2023 | December 7, 2023 |
| Samsung's Opp. to Netlist's Motion to Compel Production of Valuation Documents [Dkt. 219] | December 5, 2023 | December 7, 2023 |
| Samsung's Opp. to Netlist's Motion to Compel Deposition of Joo sun Choi [Dkt. 224] | December 5, 2023 | December 7, 2023 |
| Samsung's Opp. to Netlist's Motion to Preclude Samsung from Introducing Witness Testimony in Support of its License Defense [Dkt. 225] | December 5, 2023 | December 7, 2023 |
| Samsung's Opp. to Netlist's Motion to Compel 30(b)(6) Deposition Testimony and Responses from Seungmo Jung [Dkt. 226] | December 5, 2023 | December 7, 2023 |

Having considered the Motion, and noting that it is unopposed, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for the parties to oppose the November 20, 2023 discovery motions is **extended** up to and including **December 7, 2023**.

**So ORDERED and SIGNED this 1st day of December, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE