# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD. ET AL.<br><br>　　　　Defendants. | Case No. 2:22-cv-293-JRG (Lead Case)<br><br>JURY TRIAL DEMANDED |
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC,<br><br>　　　　Defendants. | Case No. 2:22-cv-294-JRG<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff Netlist, Inc. ("Netlist") and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively "Micron") file this joint motion and request that the Court extend the existing briefing deadlines for the following:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff Netlist, Inc.'s Motion to Compel Production of Micron Defendants' Documents Relevant to Damages [Dkt. 220] | December 5, 2023 | December 7, 2023 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff Netlist, Inc.'s Motion to Compel Micron Defendants' Responses to Plaintiff's Interrogatory Nos. 10, 13, 21, and 22 [Dkt. 221] | December 5, 2023 | December 7, 2023 |
| Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC's Motion to Compel Plaintiff to Produce Expert Reports from Related Cases [Dkt. 222] | December 5, 2023 | December 7, 2023 |
| Plaintiff Netlist, Inc.'s Motion to Compel Micron Defendants' Responses to Plaintiff's Interrogatory Nos. 5, 6, 12, 17, 19, 24, and 25 [Dkt. 223] | December 5, 2023 | December 7, 2023 |

The parties' current deadline to oppose discovery motions filed on November 20, 2023, is December 5, 2023. The parties have agreed on a two-day extension to accommodate the schedule of the parties' counsel including expert discovery and to provide additional time for responses.

WHEREFORE, the parties respectfully request that the Court enter an order extending the deadlines as set forth in the table above.

Dated: December 4, 2023            Respectfully submitted,

By: */s/ Michael R. Rueckheim*
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

David P Enzminger (*pro hac vice*)

2

denzminger@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
Ryuk Park (*pro hac vice*)
RPark@winston.com
Matthew R. McCullough
State Bar No. 301330
MRMcCullough@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

William M. Logan
State Bar No. 24106214
wlogan@winston.com
Juan C. Yaquian *(pro hac vice)*
State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Wesley Hill
State Bar No. 24032294
wh@wsfirm.com
Andrea Fair
State Bar No. 24078488
andrea@wsfirm.com
Charles Everingham IV
State Bar No. 00787447
ce@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400

Facsimile: (903) 757-2323

**ATTORNEYS FOR DEFENDANTS MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC**

/s/ *Jason G. Sheasby*
Jason G. Sheasby (pro hac vice)
jsheasby@irell.com
Annita Zhong, PhD (pro hac vice)
hzhong@irell.com
Thomas C. Werner (pro hac vice)
twerner@irell.com
Yanan Zhao (pro hac vice)
yzhao@irell.com
Michael W. Tezyan (pro hac vice)
mtezyan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
MCKOOL SMITH, P.C.
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

*Attorneys for Plaintiff Netlist, Inc.*

**CERTIFICATE OF SERVICE**

I certify that, on December 4, 2023, a copy of the foregoing was served on all counsel of record via the Court's ECF system.

*/s/ Mike Rueckheim*
Mike Rueckheim

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules CV-7(h) and (i), counsel for the parties met and conferred on the issues and all the parties join the motion.

*/s/ Mike Rueckheim*
Mike Rueckheim