# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAMSUNG ELECTRONICS CO, LTD; ) <br> SAMSUNG ELECTRONICS AMERICA, ) <br> INC.; SAMSUNG SEMICONDUCTOR ) <br> INC., ) <br> ) <br> Defendants. ) | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICRON TECHNOLOGY, INC.; MICRON ) <br> SEMICONDUCTOR PRODUCTS, INC.; ) <br> MICRON TECHNOLOGY TEXAS LLC, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF YANAN ZHAO IN SUPPORT OF NETLIST, INC.'S MOTION TO COMPEL MICRON DEFENDANTS' RESPONSES TO PLAINTIFF'S INTERROGATORY NOS. 5, 6, 12, 17, 19, 24, AND 25**

**I, Yanan Zhao, declare as follows:**

1. I am an attorney at the law firm of Irell & Manella LLP, counsel for Plaintiff Netlist, Inc. ("Netlist") in the above captioned action. I am a member of good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Motion to Compel Micron Defendants' Responses to Plaintiff's Interrogatory Nos. 5, 6, 12, 17, 19, 24, and 25.

2. Attached as **Exhibit 1** is a true and correct excerpted copy of Micron's Fourth Supplemental Responses and Objections to Netlist's First Set of Amended Interrogatories (Nos. 1-20), which was served on November 14, 2023.

3. Attached as **Exhibit 2** is a true and correct excerpted copy of Micron's First Supplemental Responses and Objections to Netlist's Second Set of Amended Interrogatories (Nos. 21-31), which was served on November 17, 2023.

4. Attached as **Exhibit 3** is a true and correct excerpted copy of Netlist's Responses and Objections to Micron's Second Set of Interrogatories (Nos. 16-32), which was served on November 13, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 20, 2023, in Los Angeles, California.


By */s/ Yanan Zhao*
Yanan Zhao