## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC.,<br><br>　　　　Defendants. | Case No. 2:22-cv-293-JRG<br><br>JURY TRIAL DEMANDED<br>(Lead Case) |
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC,<br><br>　　　　Defendants. | Case No. 2:22-cv-294-JRG<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF YANAN ZHAO IN SUPPORT OF NETLIST, INC.'S MOTION TO COMPEL DEPOSITION OF JOO SUN CHOI**

**I, Yanan Zhao, declare as follows:**

1. I am an attorney at the law firm of Irell & Manella LLP, counsel for Plaintiff Netlist, Inc. ("Netlist") in the above captioned action. I am a member of good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist's Motion to Compel Deposition of Joo Sun Choi. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct copy of Docket No. 84-05 in the case Netlist, Inc. v. Samsung Electronics Co., Ltd., No. 8:20-cv-00993-MCS-ADS in the Central District of California ("C.D. Cal Action").

3. Attached as **Exhibit 2** is a true and correct excerpted copy of the rough transcript of the deposition of Joseph Calandra, taken in this action on November 8, 2023.

4. Attached as **Exhibit 3** is a true and correct excerpted copy of email communications between Dong Joon Shin and Neal Knuth, produced beginning at Bates SEC006043.

5. Attached as **Exhibit 4** is a true and correct excerpted copy of Docket No. 84-17 in the C.D. Cal. proceeding.

6. Attached as **Exhibit 5** is a true and correct excerpted copy of Docket No. 83-04 in the C.D. Cal. proceeding.

7. Attached as **Exhibit 6** is a true and correct excerpted copy of email communications between Samsung employees, produced beginning at Bates SEC000315.

8. Attached as **Exhibit 7** is a true and correct excerpted copy of email communications between Samsung employees, produced beginning at Bates SEC058105.

9. Attached as **Exhibit 8** is a true and correct excerpted copy of email communications between Samsung employees, produced beginning at Bates SEC001112.

10. Attached as **Exhibit 9** is a true and correct excerpted copy of the transcript of the deposition of Lane (Kihoon) Kim, taken in the C.D. Cal. Action on August 12, 2021.

11. Attached as **Exhibit 10** is a true and correct excerpted copy of the transcript of the deposition of Steven Christopher Metz, taken in the C.D. Cal. Action on August 6, 2021.

12. Attached as **Exhibit 11** is a true and correct excerpted copy of the transcript of the deposition of Neal Knuth, taken in the C.D. Cal. Action on August 14, 2021

13. Attached as **Exhibit 12** is a true and correct excerpted copy of the transcript of the deposition of Jung Bae Lee, taken in the case Netlist, Inc. v. Samsung Electronics Co., Ltd., et al., No. 2:21-cv-463-JRG in E.D. Texas ("*Samsung I*") on February 2, 2023.

14. Attached as **Exhibit 13** is a true and correct excerpted copy of Samsung Electronics, Co., Ltd.'s 2023 Half-year Business Report for the quarter ended June 30, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 20, 2023, in Los Angeles, California.

By /s/ *Yanan Zhao*
Yanan Zhao
