# EXHIBIT 13

# SAMSUNG

## SAMSUNG ELECTRONICS Co., Ltd.
## 2023 Half-year Business Report
### For the quarter ended June 30, 2023

Certain statements in the document, other than purely historical information, including estimates, projections, statements relating to our business plans, objectives and expected operating results, and the assumptions upon which those statements are based, are "forward-looking statements." Forward-looking statements are based on current expectations and assumptions that are subject to risks and uncertainties which may cause actual results to differ materially from the forward-looking statements. A detailed discussion of risks and uncertainties that could cause actual results and events to differ materially from such forward-looking statements is included in our financial reports available on our website.

See, also, 『Note on Forward-Looking Statements』 in preamble of 『II. Business Overview』.

## 3. Notes to consolidated financial statements

### 1. General Information

#### 1.1 Company Overview

Samsung Electronics Co., Ltd. ("SEC") was incorporated under the laws of the Republic of Korea in 1969 and listed its shares on the Korea Stock Exchange in 1975. SEC and its subsidiaries (collectively referred to as the "Company") operate four business divisions: DX, DS, SDC and Harman. DX (Device eXperience) division comprises businesses for digital TVs, refrigerators, mobile phones and communication systems. DS (Device Solutions) division comprises businesses for memory, foundry, and system LSI. SDC includes display panels products. Harman division includes connected car systems, audio and visual products, enterprise automation solutions and connected services. SEC is domiciled in the Republic of Korea and is located in Suwon, the Republic of Korea.

These consolidated financial statements have been prepared in accordance with Korean International Financial Reporting Standards ("*Korean IFRS*") 1110, *Consolidated Financial Statements*. SEC, as the controlling company, consolidates its 233 subsidiaries, including Samsung Display and Samsung Electronics America. The Company also applies the equity method of accounting for its 38 associates and joint ventures, including Samsung Electro-Mechanics Co., Ltd.

#### 1.2 Consolidated Subsidiaries

The consolidated subsidiaries as of June 30, 2023 are as follows:

| Area | Subsidiaries | Industry | Percentage of ownership (%)[*] |
|---|---|---|---|
| America | Samsung Electronics America, Inc. (SEA) | Sale of electronic devices | 100.0 |
| | Samsung International, Inc. (SII) | Manufacture of electronic devices | 100.0 |
| | Samsung Mexicana S.A. de C.V (SAMEX) | Manufacture of electronic devices | 100.0 |
| | Samsung Electronics Home Appliances America, LLC (SEHA) | Manufacture of home appliances | 100.0 |
| | Samsung Research America, Inc. (SRA) | R&D | 100.0 |
| | Samsung Next LLC (SNX) | Management of overseas subsidiaries | 100.0 |
| | Samsung Next Fund LLC (SNXF) | Technology business, venture capital investments | 100.0 |
| | NeuroLogica Corp. | Manufacture and sale of medical equipment | 100.0 |
| | Samsung HVAC America, LLC | Sale of air conditioning products | 100.0 |
| | Joyent, Inc. | Cloud services | 100.0 |
| | SmartThings, Inc. | Sale of smart home electronics | 100.0 |
| | TeleWorld Solutions, Inc. (TWS) | Installation of network devices | 100.0 |
| | Samsung Semiconductor, Inc. (SSI) | Sale of semiconductor and display panels | 100.0 |
| | Samsung Federal, Inc. (SFI) | R&D | 100.0 |
| | Samsung Austin Semiconductor LLC. (SAS) | Manufacture of semiconductors | 100.0 |
| | Samsung Oak Holdings, Inc. (SHI) | Management of overseas subsidiaries | 100.0 |
| | SEMES America, Inc. | Semiconductor equipment | 100.0 |
| | Emerald Intermediate, Inc. | Management of overseas subsidiaries | 100.0 |
| | Emerald Merger Sub, Inc. | Management of overseas subsidiaries | 100.0 |
| | Samsung Electronics Canada, Inc. (SECA) | Sale of electronic devices | 100.0 |
| | AdGear Technologies Inc. | Digital advertising platforms | 100.0 |

[*] Ownership represents the Company's ownership of the voting rights in each entity, including subsidiaries' ownerships.