# Exhibit B

███████████████████████████

| | |
|---|---|
| **From:** | Daniel Tishman <tishman@fr.com> |
| **Sent:** | Friday, November 10, 2023 7:05 PM |
| **To:** | Zhao, Yanan |
| **Cc:** | FISH SERVICE Samsung/Netlist 22cv00293; ~Smith, Melissa; tom@gillamsmithlaw.com; bnester@cov.com; aahn@cov.com; jromanow@cov.com; #Netlist-Samsung293; jtruelove@mckoolsmith.com; ~Baxter, Samuel |
| **Subject:** | RE: Netlist v. Samsung, No. 22-cv-293/294 (E.D. Tex.) | Seungmo Jung Deposition Topics |

Counsel:

Please see the modified designations for Mr. Seungmo Jung, with respect to the structure and operation of the remaining accused products (i.e., Samsung's DDR4 LRDIMMs and DDR4 RDIMMs) and subject to Samsung's objections: 5 (excluding SPDs), 6, 8, 9, 11 (excluding SPDs), 15-16, 21 (excluding SPDs), 24-26 (excluding SPDs), 30-32, 37-39, 68 (as to factual information about the structure and operation of the remaining accused products).

Best regards,
Dan

**Daniel Tishman** :: Fish & Richardson P.C. :: +1 (202) 626-7725

```
*********************************************************************************************
************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
*********************************************************************************************
************************
```