# Exhibit F

| | |
|---|---|
| **From:** | Sheasby, Jason |
| **Sent:** | Friday, November 17, 2023 8:57 AM |
| **To:** | Daniel Tishman; Henderson, Drew; Samsung-Netlist-FISH; aahn@cov.com; bnester@cov.com; ~Smith, Melissa; travis@gillamsmithlaw.com; tom@gillamsmithlaw.com; FISH SERVICE Samsung/Netlist |
| **Cc:** | #Netlist-Samsung-E.D.Tex; jtruelove@mckoolsmith.com |
| **Subject:** | Re: Netlist v. Samsung, No. 21-cv-463 (E.D. Tex.) | Service Dkt. 582 |

All:

Mr. Jung was not prepared to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Samsung's products.  We ask Samsung to make an additional witness available who understands their operation.  If not, we will need to file a motion.

In addition, the question of whether Mr. Jung prepared the corrections to his deposition is not privileged and there was an improper instruction not to answer.  We will need his deposition again to ask this question.

Thanks
JS

---

**From:** Daniel Tishman <tishman@fr.com>
**Date:** Thursday, November 16, 2023 at 1:12 PM
**To:** "Henderson, Drew" <dhenderson@irell.com>, Samsung-Netlist-FISH <Samsung-Netlist-FISH@fr.com>, "aahn@cov.com" <aahn@cov.com>, "bnester@cov.com" <bnester@cov.com>, Melissa ~Smith <melissa@gillamsmithlaw.com>, "travis@gillamsmithlaw.com" <travis@gillamsmithlaw.com>, "tom@gillamsmithlaw.com" <tom@gillamsmithlaw.com>, FISH SERVICE Samsung/Netlist <FISHSERVICESamsung/Netlist@fr.com>
**Cc:** "#Netlist-Samsung-E.D.Tex" <Netlist-Samsung-E.D.Tex@irell.com>, "jtruelove@mckoolsmith.com" <jtruelove@mckoolsmith.com>
**Subject:** RE: Netlist v. Samsung, No. 21-cv-463 (E.D. Tex.) | Service Dkt. 582


Hi Drew and Irell Team –

This brief appears to contain only Samsung confidential information about the JDLA.  To that end, we plan to send it to Samsung tonight unless we hear otherwise from you.  If you'd like more time to review and confirm, please let us know by 9pm ET.

Best regards,
Dan

---

**Daniel Tishman :: Fish & Richardson P.C. :: +1 (202) 626-7725**

**From:** Daniel Tishman
**Sent:** Tuesday, November 14, 2023 10:56 AM
**To:** Henderson, Drew <dhenderson@irell.com>; Samsung-Netlist-FISH <Samsung-Netlist-FISH@fr.com>; aahn@cov.com; bnester@cov.com; melissa@gillamsmithlaw.com; travis@gillamsmithlaw.com; tom@gillamsmithlaw.com; FISH SERVICE

Samsung/Netlist <FISHSERVICESamsung/Netlist@fr.com>
**Cc:** #Netlist-Samsung-E.D.Tex <Netlist-Samsung-E.D.Tex@irell.com>; jtruelove@mckoolsmith.com
**Subject:** RE: Netlist v. Samsung, No. 21-cv-463 (E.D. Tex.) | Service Dkt. 582

Drew – can you please confirm that we may share this brief with Samsung?

Best regards,
Dan

**Daniel Tishman :: ** Fish & Richardson P.C. **::** +1 (202) 626-7725

**From:** Henderson, Drew <dhenderson@irell.com>
**Sent:** Monday, November 13, 2023 10:01 PM
**To:** Samsung-Netlist-FISH <Samsung-Netlist-FISH@fr.com>; aahn@cov.com; bnester@cov.com; melissa@gillamsmithlaw.com; travis@gillamsmithlaw.com; tom@gillamsmithlaw.com; FISH SERVICE Samsung/Netlist <FISHSERVICESamsung/Netlist@fr.com>
**Cc:** #Netlist-Samsung-E.D.Tex <Netlist-Samsung-E.D.Tex@irell.com>; jtruelove@mckoolsmith.com
**Subject:** Netlist v. Samsung, No. 21-cv-463 (E.D. Tex.) | Service Dkt. 582

[This email originated outside of F&R.]

Counsel,

Please see attached Dkt. 582 for service.

Best,

**Drew Henderson**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
www.irell.com

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.


****************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
****************************************************************************************************