# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-cv-293-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; | ) (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC.; SAMSUNG SEMICONDUCTOR | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 2:22-cv-294-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; | ) |
| MICRON SEMICONDUCTOR | ) |
| PRODUCTS, INC.; MICRON | ) |
| TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Plaintiff Netlist, Inc. ("Netlist") filed an unopposed motion to exceed the page limit for attachments to discovery related motions or responses thereto, as set forth in the March 11, 2020 Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes, for its (1) Motion to Compel Deposition of Jun Soo Choi and (2) Motion to Compel 30(b)(6) Deposition Testimony and Responses to Questions for Which Samsung's Counsel Improperly Instructed Seungmo Jung Not to Answer. Finding good cause exists, the Motion is GRANTED.

- 2 -

IT IS THEREFORE ORDERED that Netlist shall have up (1) 45 pages of exhibits in total attached to Netlist's Motion to Compel Deposition of Joo Sun Choi; and (2) 35 pages of exhibits in total attached to Netlist's Motion to Compel Seungmo Jung.