IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| SAMSUNG ELECTRONICS CO, LTD, *et al.* | § § § | (Lead Case) |
| *Defendants*. | § § § | |

| | | |
|---|---|---|
| NETLIST, INC., | § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00294-JRG |
| MICRON TECHNOLOGY, INC., *et al.* | § § § | |
| *Defendants*. | § § § | |

## ORDER

Before the Court is Plaintiff Netlist, Inc.'s ("Netlist") Motion to Withdraw Motion to Compel Production of Valuation Documents (the "Motion to Withdraw"). (Dkt. No. 245.) In the Motion to Withdraw, Netlist moves to withdraw its Motion to Compel Production of Valuation Documents (Dkt. No. 219) (the "Motion to Compel"). (*Id.*) The Motion to Withdraw is unopposed. (*Id.*)

Having considered the Motion to Withdraw, and noting that it is unopposed, the Court finds that the same should be and hereby is **GRANTED**. Accordingly, Netlist's Motion to Compel (Dkt. No. 219) is **WITHDRAWN**.

**So Ordered this**
**Dec 5, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE