**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>SAMSUNG ELECTRONICS CO, LTD, *et al.* §<br>§<br>§<br>*Defendants*. § | CIVIL ACTION NO.  2:22-CV-00293-JRG<br>(Lead Case) |

| | |
|---|---|
| NETLIST, INC., §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>MICRON TECHNOLOGY, INC., *et al.* §<br>§<br>*Defendants*. § | CIVIL ACTION NO.  2:22-CV-00294-JRG |

## ORDER

Before the Court is Plaintiff Netlist, Inc. ("Netlist") and Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC's (collectively, "Micron") Joint Motion to Extend Deadlines (the "Motion"). (Dkt. No. 234.) In the Motion, the parties request a two-day extension to oppose discovery motions that were filed on November 20, 2023. The current deadline is December 5, 2023, and the proposed extended deadline is December 7, 2023.  The affected discovery motions are listed below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff Netlist, Inc.'s Motion to Compel Production of Micron Defendants' Documents Relevant to Damages [Dkt. 220] | December 5, 2023 | December 7, 2023 |
| Plaintiff Netlist, Inc.'s Motion to Compel Micron Defendants' Responses to Plaintiff's Interrogatory Nos. 10, 13, 21, and 22 [Dkt. 221] | December 5, 2023 | December 7, 2023 |
| Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC's Motion to Compel Plaintiff to Produce Expert Reports from Related Cases [Dkt. 222] | December 5, 2023 | December 7, 2023 |
| Plaintiff Netlist, Inc.'s Motion to Compel Micron Defendants' Responses to Plaintiff's Interrogatory Nos. 5, 6, 12, 17, 19, 24, and 25 [Dkt. 223] | December 5, 2023 | December 7, 2023 |

Having considered the Motion, and noting that it is unopposed, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for the parties to oppose the November 20, 2023 discovery motions is **extended** up to and including **December 7, 2023**.

**So Ordered this**

**Dec 5, 2023**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE