# Exhibit 1

| | |
|---|---|
| **From:** | Park, Ryuk <RPark@winston.com> |
| **Sent:** | Friday, November 17, 2023 12:03 PM |
| **To:** | McCullough, Matt; Zhao, Yanan; Winston-Micron-Netlist; ce@wsfirm.com; wh@wsfirm.com; andrea@wsfirm.com; mthornberry@haltomdoan.com |
| **Cc:** | #Netlist-Micron294; Jennifer Truelove (jtruelove@McKoolSmith.com) |
| **Subject:** | RE: Netlist v. Micron, 22-cv-203/22-cv-294 | deposition |

Yanan,

Please be ready to discuss the following topics/issues:

**203 Case**
- Exhibits and objections
- Netlist's failure to supplement its responses to Interrogatory Nos. 21, 23, and 33

**294 Case**
- Production of expert reports from 203 case, Samsung 463 case, and SK hynix case relating to overlapping products
- Deficiencies in Netlist's responses to Interrogatory Nos. 3, 5, 7, 15, 16, 17, 18, 19, 20, 22, 23, 24, 27, 28, 30, 31, 32

Regards,

Ryuk

**Ryuk Park**
**Of Counsel**
Winston & Strawn LLP
T: +1 650-858-6500
D: +1 650-858-6440
M: +1 607-242-9789
F: +1 650-858-6550
winston.com

