# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-293-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; ) | (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, ) | |
| INC.; SAMSUNG SEMICONDUCTOR ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:22-cv-294-JRG |
| ) | |
| MICRON TECHNOLOGY, INC.; MICRON ) | JURY TRIAL DEMANDED |
| SEMICONDUCTOR PRODUCTS, INC.; ) | |
| MICRON TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Before this Court is Defendant Micron's Motion to Compel Plaintiff to Produce Expert Reports from Related Cases. After considering the same, the Court is of the opinion that said motion should DENIED.