UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>Defendants. | Civil Case No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>Defendants. | Civil Case No. 2:22-cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**SAMSUNG'S UNOPPOSED MOTION UNDER STANDING ORDER TO EXCEED PAGE LIMIT FOR ATTACHMENTS TO DISCOVERY DISPUTE BRIEFS**

Samsung respectfully requests leave to exceed the page limit for attachments to Samsung's responses to: (1) Netlist's motion to compel the deposition testimony of Mr. Joo Sun Choi (Dkt. 224); (2) Netlist's motion to preclude the introduction of testimony to support Samsung's license defense (Dkt. 225); and (3) Netlist's motion to compel additional deposition testimony of Mr. Seungmo Jung (Dkt. 226).[1]

---

[1] This Court's March 11, 2020 Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes provides that "[a]ttachments to a discovery related motion . . . shall not exceed 5 pages."

1

Specifically, Samsung seeks leave to file: (1) 30 pages of exhibits in total attached to Samsung's Response to Netlist's Motion To Compel Deposition of Joo Sun Choi; (2) 65 pages of exhibits in total attached to Samsung's Response to Netlist's Motion To Preclude Introduction of Testimony To Support Samsung's License Defense; and (3) 49 pages of exhibits in total attached to Samsung's Response to Netlist's Motion To Compel Seungmo Jung.

Samsung believes that this page extension is necessary and warranted to allow Samsung to support its arguments fairly and adequately.

With respect to Samsung's Response to Netlist's Motion To Compel the Deposition of Joo Sun Choi, Samsung seeks to introduce briefs and orders from the Central District of California *Netlist v. Samsung* case, deposition transcripts, public articles, and correspondence to demonstrate that Mr. Choi's deposition is unnecessary.

With respect to Samsung's Response to Netlist's Motion To Preclude Introduction of Testimony To Support Samsung's License Defense, Samsung seeks to provide written discovery requests/responses, deposition transcripts, and correspondences to demonstrate that Samsung has disclosed its license defense throughout this litigation and followed proper procedures in conferring with Netlist and eventually moving for a protective order.

With respect to Samsung's Response to Netlist's Motion To Compel Seungmo Jung, Samsung seeks to introduce deposition transcripts and an errata, written discovery, and filings from *Samsung Electronics Co., Ltd. v. Netlist, Inc.*, No. 1-21-cv-01453 (D. Del.) to demonstrate that an additional deposition of Mr. Jung is unnecessary and unwarranted.

Counsel for Samsung conferred with counsel for Netlist regarding this motion. Netlist stated that it does not oppose the relief sought herein.

A proposed order reflecting the relief requested is attached.

Date: December 7, 2023

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

J. Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Brian R. Nester
DC Bar No. 460225
bnester@cov.com
COVINGTON & BURLING LLP
One CityCenter 850 Tenth Street, N
Washington, DC 20001-4956
Telephone: (202)-662-6000

Alice J. Ahn
CA Bar No. 271399/DC Bar No. 1004350
aahn@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-7091
Facsimile: (415) 955-6571

Respectfully submitted,

*/s/ Michael J. McKeon*
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
D.C. Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Thomas H. Reger II
reger@fr.com
Texas Bar No. 24032992
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

*Attorneys for Defendants Samsung Electronics Co., Ltd.;*
*Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

Case 2:22-cv-00293-JRG   Document 264   Filed 12/07/23   Page 4 of 4 PageID #: 15565

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on December 7, 2023. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

/s/ Michael J. McKeon

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules CV-7(h) and (i), counsel for the parties met and conferred telephonically on November 2, 2023. Counsel for Netlist indicated that they do not oppose this motion.

/s/ Michael J. McKeon