# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO, LTD. et al. <br><br> Defendants. | § <br> § <br> § <br> § CIVIL ACTION NO. 2:22-CV-00293-JRG <br> § (Lead Case) <br> § <br> § <br> § |
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., et al. <br><br> Defendants. | § <br> § <br> § <br> § CIVIL ACTION NO. 2:22-CV-00294-JRG <br> § <br> § <br> § <br> § |

## AFFIDAVIT OF DAVID FOLSOM TENDERED PURSUANT TO FED. R. CIV. P. 53

David Folsom, being first duly sworn according to law, states the following:

I am an attorney at law, duly licensed to practice law in the State of Texas. My bar admissions are as follows:

*State BAr of TEXAS 1975 (#07216800)*

I have thoroughly familiarized myself with the Parties and issues involved in the above-captioned case. As a result of my knowledge of the case, I can attest and affirm that there are no non-disclosed grounds for disqualification under 28 U.S.C. § 455 that would prevent me from serving as the Special Master in this case.

*/s/ David Folsom*

DAVID FOLSOM

Sworn before me and subscribed in my presence this __06__ day of December 2023.

_____     NOTARY PUBLIC

STATE OF NEW MEXICO
NOTARY PUBLIC
BELINDO YAZZIE
COMMISSION NUMBER 1124177
EXPIRATION DATE 02-23-2027