# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., § <br> § <br> *Plaintiff*, § <br> § <br> v. §    CIVIL ACTION NO. 2:22-CV-00293-JRG <br> §    (Lead Case) <br> SAMSUNG ELECTRONICS CO, LTD, *et al.* § <br> § <br> *Defendants*. § | |

| | |
|---|---|
| NETLIST, INC., § <br> § <br> *Plaintiff*, § <br> § <br> v. §    CIVIL ACTION NO. 2:22-CV-00294-JRG <br> § <br> MICRON TECHNOLOGY, INC., *et al.* § <br> § <br> *Defendants*. § | |

## ORDER

Before the Court is Defendants Samsung Technology Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.'s (collectively "Samsung") Unopposed Motion Under Standing Order to Exceed Page Limit for Attachments to Discovery Dispute Briefs (the "Motion"). (Dkt. No. 264.) In the Motion, Samsung seeks leave to file (1) 30 pages of exhibits in total attached to Samsung's Response to Netlist's Motion To Compel Deposition of Joo Sun Choi; (2) 65 pages of exhibits in total attached to Samsung's Response to Netlist's Motion To Preclude Introduction of Testimony To Support Samsung's License Defense; and (3) 49 pages of exhibits in total attached to Samsung's Response to Netlist's Motion To Compel Seungmo Jung. (*Id.*)

Having considered the Motion, and noting that it is unopposed, the Court finds that the Motion should be and hereby is **GRANTED**.

**So Ordered this**

**Dec 8, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE