# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAMSUNG ELECTRONICS CO, LTD; ) <br> SAMSUNG ELECTRONICS AMERICA, ) <br> INC.; SAMSUNG SEMICONDUCTOR ) <br> INC., ) <br> ) <br> Defendants. ) | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICRON TECHNOLOGY, INC.; MICRON ) <br> SEMICONDUCTOR PRODUCTS, INC.; ) <br> MICRON TECHNOLOGY TEXAS LLC, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO EXTEND DEADLINE

Plaintiff Netlist, Inc. ("Netlist"), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively "Samsung"), and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively "Micron") jointly respectfully request that the Court extend the deadline for the parties to serve rebuttal expert reports as follows:

| Current Deadline | Amended Deadline | Event |
|---|---|---|
| December 18, 2023 | December 21, 2023 | Serve Disclosures for Rebuttal Expert Witnesses |

The short extension is requested to accommodate the schedule of the parties' expert witnesses and it would allow the experts additional time to better prepare their rebuttal reports. No other amendment is requested at this time. A proposed order is attached.

Dated: December 12, 2023

Respectfully submitted,

*/s/ Yanan Zhao*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
H. Annita Zhong (*pro hac vice*)
hzhong@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

Philip Warrick
New York Bar No. 4471413
pwarrick@irell.com

**IRELL & MANELLA LLP**
750 17th Street NW, Suite 850
Washington, DC 20006
Tel. (310) 777-6512
Fax (310) 317-7252

*Attorneys for Plaintiff Netlist, Inc.*


/s/ Daniel A. Tishman
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
DC Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070

- 3 -

          Facsimile: (858) 678-5099

By: */s/ Michael R. Rueckheim*
    Thomas M. Melsheimer
    State Bar No. 13922550
    TMelsheimer@winston.com
    Natalie Arbaugh
    State Bar No. 24033378
    NArbaugh@winston.com
    WINSTON & STRAWN LLP
    2121 N. Pearl Street, Suite 900
    Dallas, TX 75201
    Telephone: (214) 453-6500
    Facsimile: (214) 453-6400

    David P Enzminger (*pro hac vice*)
    denzminger@winston.com
    WINSTON & STRAWN LLP
    333 South Grand Avenue, 38th Floor
    Los Angeles, CA 90071-1543
    Telephone: (213) 615-1700
    Facsimile: (213) 615-1750

    Michael R. Rueckheim
    State Bar No. 24081129
    MRueckheim@winston.com
    Ryuk Park (*pro hac vice*)
    RPark@winston.com
    Matthew R. McCullough
    State Bar No. 301330
    MRMcCullough@winston.com
    WINSTON & STRAWN LLP
    255 Shoreline Drive, Suite 520
    Redwood City, CA 94065
    Telephone: (650) 858-6500
    Facsimile: (650) 858-6559

    William M. Logan
    State Bar No. 24106214
    wlogan@winston.com
    Juan C. Yaquian *(pro hac vice)*
    State Bar No. 24110559
    JYaquian@winston.com
    WINSTON & STRAWN LLP
    800 Capital Street, Suite 2400
    Houston, TX 77002-2925
    Telephone: (713) 651-2600
    Facsimile: (713) 651-2700

        Wesley Hill
        State Bar No. 24032294
        wh@wsfirm.com
        Andrea Fair
        State Bar No. 24078488
        andrea@wsfirm.com
        Charles Everingham IV
        State Bar No. 00787447
        ce@wsfirm.com
        WARD, SMITH & HILL, PLLC
        1507 Bill Owens Parkway
        Longview, TX 75604
        Telephone: (903) 757-6400
        Facsimile: (903) 757-2323

        **ATTORNEYS FOR DEFENDANTS MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC**

### CERTIFICATE OF SERVICE

I hereby certify that, on December 12, 2023, a copy of the foregoing was served to all counsel of record via the Court's ECF/CM system.

        */s/ Yanan Zhao*
        Yanan Zhao

### CERTIFICATE OF CONFERENCE

I hereby certify that the parties met and conferred on the subject matter of this Motion to Amend and all parties join this Motion.

        */s/ Yanan Zhao*
        Yanan Zhao