# Exhibit 3



# Company Overview

## Company Profile

Having maximized the synergistic effects generated by the merger of the OLED and LCD divisions in 2012, Samsung Display supplies premium display products for smartphones, laptops, monitors, and TVs based on its unrivaled technologies. We are making displays that previously existed only in imagination into reality, such as mass-producing flexible OLEDs and foldable displays for the first time in the world. We have now set ourselves a new challenge, the QD-Display, which will be a game-changer in the large display market.

Samsung Display provides total solutions, meeting customer needs, by developing superior image quality that captures nature as it is, and the technology required to make displays even lighter and thinner. We offer our customers with new values through development of outstanding super-gap technology, including various design innovations; optimal displays for the 5G era with a high 120Hz refresh rate and low power consumption; and low blue light technology which is designed to protect customers' health.

Based on its cutting-edge technologies and products, coupled with customer trust, Samsung Display will continue to lead the world's display market as a global leader in the industry.

## Company Information

### Company Overview

**Name:** Samsung Display Co., Ltd.
**Establishment:** April 1, 2012
**CEO:** Joo-Sun Choi
**Headquarters:** Samsung Display Giheung Worksite, 1 Samsung-ro, Giheung-gu, Yongin City, Gyeonggi Province, Korea
**Employees:** 65,749 (as of Dec. 31, 2021)
**Sales:** KRW 31.6 trillion (Based on the company's performance in 2021)



### Global Network

As of the end of 2021, Samsung Display operates 10 sales offices, 7 production sites, and 3 research centers worldwide.

**Production Sites** — Noida (SDN)
**Sales Offices** — Munich
**Sales Offices** — San Jose, San Diego
**Research Centers** — San Jose (SDAL)
**Sales Offices** — Beijing, Shanghai, Shenzhen, Chongqing
**Production Sites** — Shenzhen (SDT), Dongguan (SDD)
**Production Sites** — Asan 1, Asan 2, Cheonan
**Research Centers** — Giheung
**Sales Offices** — Tokyo
**Research Centers** — Yokohama (SDJL)
**Sales Offices** — Taipe, Singapore
**Production Sites** — Bac Ninh (SDV)

| Sales Offices | Production Sites | Research Centers | Suppliers (First tier, raw materials/equipment) | R&D Expenditure |
|---|---|---|---|---|
| 10 locations | 7 locations | 3 locations | 463 companies | 2.6 KRW trillion |

\* As of the end of 2021