# Exhibit 7

.cls-1 {fill: #03509f; fill-rule: evenodd;}

HOME  >  Company Profile  >  CEO's Greeting



# Greetings from the CEO

"We will always be a world-class global company that adds value in meeting customer needs, while contributing to the advancement of humanity."



## We will improve the world with infinitely expandable display technology as we continually add value to enrich the lives of our customers.

Hello, I am Joo Sun Choi, President and CEO of Samsung Display.

Today, a well-designed "display" is not just a piece of technology, but a "new-age window" dynamically connecting people to other people and to the world at large. As the IoT (Internet of Things), based on 5G mobile communications, becomes a cornerstone of the Fourth Industrial Revolution, the world around us is changing at a very rapid speed.

Just as when black-and-white TVs evolved to color, CRTs to flat displays, and feature phones to smartphones, changes in technology will completely transform the way we live, improving our cultures and our societies. And, when the time comes, Samsung Display's cutting-edge technologies of the future will be with you in virtually all products and spaces so that you can more vividly experience the world that comes to you through the internet.

Displays with larger screens and clearer, livelier imagery—brought to you in newly designed, non-standardized forms—will unveil a whole new world of things to see. Samsung Display will continue to grow as a top-notch global company intent on improving the world, one who adds new value to life with transformative visual technologies.

Thank you.

---

Sitemap  |  Cyber audit team  |  Unsolicited Idea Submission Policy

B2B+ Payment information  |  Security Reporting Center  |

**Personal information protection policy**  |  Patents / Trademark  |  Update History

 

Tel : +82-31-5181-1114