# Exhibit 9

# 1:21cv1453, Samsung Electronics Co., Ltd. Et Al V. Netlist, Inc.

US District Court Docket

United States District Court, Delaware

(Wilmington)

| 223 | 12/01/2023 | ORAL ORDER: Samsung's Motion to Stay (D.I. 202 (Samsung Motion); D.I. 205 (Google/Alphabet Joinder)) is GRANTED. Having considered the totality of the circumstances--including in particular (i) the history and current procedural posture of this case and the related cases in other districts, (ii) that the ongoing proceedings in the Central District of California pertaining to the Netlist/Samsung JDLA have the potential to simplify all or some of the issues in this case, (iii) that a stay would not unduly prejudice Netlist under the particular circumstances here (where Netlist and Samsung at least at one point had a cross-licensing agreement that appears to have covered the patent-in-suit), and (iv) that the Court is unpersuaded that Samsung advanced an inconsistent position before the Ninth Circuit Court of Appeals--the Court concludes that the most appropriate course of action is to stay this case. The case is STAYED. The parties shall notify the Court within 7 days of any action by the Central District of California (or any other court) pertaining to the parties rights under the JDLA that may merit lifting the stay. Ordered by Judge Jennifer L. Hall on 12/1/2023. (ceg) (Entered: 12/01/2023) |
|---|---|---|