UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>           Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.<br>and SAMSUNG SEMICONDUCTOR, INC.,<br><br>           Defendants. | Civil Case No. 2:22cv-00293-JRG<br>(LEAD CASE) |

## **NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that Anton Metlitsky of O'Melveny & Myers enters his appearance

in this matter on behalf of Defendants Samsung Electronics Co., LTD, Samsung Electronics

America Inc. and Samsung Semiconductor, Inc.

Anton Metlitsky may receive all communications from the Court and from other parties at

O'Melveny & Myers, Times Square Tower, 7 Times Square, New York, New York 10036,

Telephone: (212) 326-2000, Facsimile: 212-326-2061, Email: ametlitsky@omm.com.

Dated: December 15, 2023                 Respectfully submitted,


                                          */s/ Anton Metlitsky*
                                         _____
                                         Anton Metlitsky
                                         O'Melveny & Myers
                                         Times Square Tower
                                         7 Times Square
                                         New York, NY 10036
                                         Telephone: (212) 326-2000
                                         Facsimile: 212-326-2061
                                         ametlitsky@omm.com.

1

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on December 15, 2023, with a copy of this document via the Court's CM/ECF system.

*/s/ Anton Metlitsky*
_____
Anton Metlitsky