IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO, LTD, *et al.* <br><br> *Defendants*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:22-CV-00293-JRG <br> (Lead Case) |
| NETLIST, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., *et al.* <br><br> *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:22-CV-00294-JRG |

**ORDER**

Before the Court is Samsung's Unopposed Motion for a Shortened Response Time to Motion for Extension of Time (the "Motion for Shortened Response Time"). (Dkt. No. 286.) Samsung is seeking to extend the current deadline for its response to Netlist's Motion for Summary Judgment on Samsung's License Defense (Dkt. 237). (*See* Dkt. No. 284) ("Motion for Extension"). Netlist opposes Samsung's Motion for Extension. The current deadline for Samsung to respond to Netlist's Motion for Summary Judgment is January 3, 2024. Samsung seeks to shorten the deadline for Netlist to respond to its Motion for Extension for briefing on the Motion for Extension to conclude prior to the deadline for Samsung to respond to Netlist's Motion for Summary Judgment. Accordingly, in the Motion for a Shortened Response Time, Samsung seeks to shorten Netlist's

deadline to respond to Friday, December 22, 2023, and it seeks to shorten its deadline for itself to file a reply to Thursday, December 28, 2023. (Dkt. No. 286.) The Motion for a Shortened Response Time is Unopposed. (*Id.*)

Having considered the Motion for a Shortened Response Time, and noting that it is unopposed, the Court finds that the same should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Netlist's deadline to respond to Samsung's Motion for Extension is **shortened** to **December 22, 2023**, and Samsung's deadline to file a reply in support of its Motion for Extension is **shortened** to **December 28, 2023**.

**So Ordered this**
Dec 19, 2023

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE