UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>   Plaintiff,<br><br> vs.<br><br>SAMSUNG ELECTRONICS CO, LTD;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.; SAMSUNG SEMICONDUCTOR<br>INC.,<br><br>   Defendants. | Case No. 2:22-cv-293-JRG<br><br>JURY TRIAL DEMANDED<br>(Lead Case) |
| NETLIST, INC.,<br><br>   Plaintiff,<br><br> vs.<br><br>MICRON TECHNOLOGY, INC.; MICRON<br>SEMICONDUCTOR PRODUCTS, INC.;<br>MICRON TECHNOLOGY TEXAS LLC,<br><br>   Defendants. | Case No. 2:22-cv-294-JRG<br><br>JURY TRIAL DEMANDED |

**JOINT NOTICE TO FILE UNREDACTED ORDER**

Plaintiff Netlist, Inc. ("Netlist") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively "Samsung") jointly notify the Court that the parities do not propose any redactions to the Court's Memorandum Opinion and Order, dated December 14, 2023.

An unredacted copy of that order is attached as Exhibit A.

| | |
|---|---|
| Dated: December 20, 2023 | Respectfully submitted,<br><br>/s/ *Jason G. Sheasby*<br><br>Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>Jennifer L. Truelove<br>Texas State Bar No. 24012906<br>jtruelove@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>104 East Houston Street Suite 300<br>Marshall, TX 75670<br>Telephone: (903) 923-9000<br>Facsimile: (903) 923-9099<br><br>Jason G. Sheasby (*pro hac vice*)<br>jsheasby@irell.com<br>H. Annita Zhong (*pro hac vice*)<br>hzhong@irell.com<br>Andrew J. Strabone (*pro hac vice*)<br>astrabone@irell.com<br>Thomas C. Werner (*pro hac vice*)<br>twerner@irell.com<br>Yanan Zhao (*pro hac vice*)<br>yzhao@irell.com<br>Michael W. Tezyan (*pro hac vice*)<br>mtezyan@irell.com<br><br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Tel. (310) 277-1010<br>Fax (310) 203-7199<br><br>Philip Warrick<br>New York Bar No. 4471413<br>pwarrick@irell.com<br><br>**IRELL & MANELLA LLP**<br>750 17th Street NW, Suite 850<br>Washington, DC 20006<br>Tel. (310) 777-6512<br>Fax (310) 317-7252<br><br>***Attorneys for Plaintiff Netlist, Inc.*** |

- 3 -

                                                                                                                                        */s/  Michael J. McKeon*
                Melissa R. Smith
                State Bar No. 24001351
                GILLAM & SMITH, LLP
                303 South Washington Avenue
                Marshall, Texas 75670
                Telephone:  (903) 934-8450
                Facsimile:  (903) 934-9257
                Email:  melissa@gillamsmithlaw.com

                Ruffin B. Cordell
                TX Bar No. 04820550
                cordell@fr.com
                Michael J. McKeon
                D.C. Bar No. 459780
                mckeon@fr.com
                Lauren A. Degnan
                DC Bar No. 452421
                degnan@fr.com
                Daniel A. Tishman
                DC Bar No. 1013923
                tishman@fr.com
                FISH & RICHARDSON P.C.
                1000 Maine Avenue, S.W., Suite 1000
                Washington, DC 20024
                Telephone: (202) 783-5070
                Facsimile: (202) 783-2331

                Francis J. Albert
                CA Bar No. 247741
                albert@fr.com
                John W. Thornburgh
                CA Bar No. 154627
                thornburgh@fr.com
                FISH & RICHARDSON P.C.
                12860 El Camino Real, Ste. 400
                San Diego, CA 92130
                Telephone: (858) 678-5070
                Facsimile: (858) 678-5099

                **ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD, SAMSUNG ELECTRONICS, AMERICA, INC., AND SAMSUNG SEMICONDUCTOR, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that, on December 20, 2023, a copy of the foregoing was served to all counsel of record via the Court's ECF/CM system.

/s/ *Yanan Zhao*
Yanan Zhao

## CERTIFICATE OF CONFERENCE

I hereby certify that both Netlist and Samsung agreed to file the above referenced notice jointly.

/s/ *Yanan Zhao*
Yanan Zhao