# Exhibit 6

TO ORDER COPIES OF ANY DOCUMENTS LISTED
BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**This docket is current through 12/14/2023**

Today's Date: 12/14/2023
Source: Patent Trial and Appeal Board

| | |
|---|---|
| **Court:** | Patent Trial and Appeal Board |
| **Case Title:** | In Re: Samsung Electronics Co., Ltd. Et Al. |
| **Case:** | IPR2022-00615 |
| **Date Filed:** | 02/17/2022 |
| **Review Type:** | Inter Parties Review |
| **Case Status:** | Decision |

**CASE INFORMATION**

| | |
|---|---|
| **Case Number:** | IPR2022-00615 |
| **Institution Decision Date:** | 10/19/2022 |
| **Patent Grant Date:** | 11/17/2009 |

**PATENT INFORMATION**

## U.S. Pat. No. 7619912

| | |
|---|---|
| **Patent Number:** | U.S. Pat. No. 7619912 |
| **Application Number:** | 11862931 |

**PARTICIPANT INFORMATION**

## Netlist, Inc.

| | |
|---|---|
| **Type:** | Appellant/Po/Respondent |
| **Attorney:** | Hong Annitaet Al Zhong |

## Samsung Electronics Co., Ltd. Et Al.

| | |
|---|---|
| **Type:** | Requester/Petitioner/Respondent |
| **Attorney:** | Eliotet Al Williams |

**DOCKET PROCEEDINGS (297)**

| Entry #: | Date: | Description: | | |
|---|---|---|---|---|
| 3020 | 12/12/2023 | Exhibit - Ex. 3020; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 84 | 12/12/2023 | Other: Other - Petitioner's Request For Oral Argument; | View | Add to request |

| | | | |
|---|---|---|---|
| 83 | 12/11/2023 | Proceeding Type: Aia Trial; Filing Party: Petitioner Other: Other - Petitioner's Objection To Patent Owner's Exhibit 2117; Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 2117 | 12/04/2023 | Exhibit - Ex2117 Deposition Transcript Of Harold Stone; Proceeding Type: Aia Trial; Filing Party: Patent Owner | Docket Status  View  Add to request |
| 82 | 12/04/2023 | Notice: Exhibit List - Patent Owner's Third Updated Exhibit List; Proceeding Type: Aia Trial; Filing Party: Patent Owner | Docket Status  View  Add to request |
| 81 | 12/04/2023 | Notice: Updated Mandatory Notice - Patent Owner's Third Updated Mandatory Notice; Proceeding Type: Aia Trial; Filing Party: Patent Owner | Docket Status  View  Add to request |
| 80 | 11/30/2023 | Other: Other - Patent Owner Sur-Reply; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 1117 | 11/27/2023 | Exhibit - Claim Construction Order; Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 79 | 11/27/2023 | Notice: Updated Mandatory Notice - Petitioner's Updated Mandatory Notices; Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 78 | 11/27/2023 | Notice: Exhibit List - Petitioner's Updated Exhibit List; Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 1116 | 11/02/2023 | Exhibit - Ex1116 - 2023-10-18 - (339) Final Written Decision; Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 1115 | 11/02/2023 | Exhibit - Ex1115 - Micron Mt1/sdt132agp Sdram Aimm 1mb X 32 Datasheet; Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 1114 | 11/02/2023 | Exhibit - Ex1114 - Micron Mt57v256h36p Ddr Sram 256k X36 Datasheet; Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 1113 | 11/02/2023 | Exhibit - Ex1113 - Micron Mt44h8m32 Gddr3 Dram 256mb X32 Datasheet; Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 1112 | 11/02/2023 | Exhibit - Ex1112 - Micron Mt46v2m32 Ddr Sdram 64mb X32 Datasheet; Proceeding | View  Add to request |

| 1111 | 11/02/2023 | Exhibit - Ex1111 - 2003-04-16 - Micron Sdram Data Sheets; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1110 | 11/02/2023 | Exhibit - Ex1110 - Micron Mt47h128m4 Ddr2 Sdram 512mb Datasheet; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1109 | 11/02/2023 | Exhibit - Ex1109 - Micron Mt47h256m4 Ddr2 Sdram 1gb Datasheet; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1108 | 11/02/2023 | Exhibit - Ex1108 - 2004-01-11 - Jedec 21-C (4.5.9r9) For Ddr Sgram So-Dimm; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1107 | 11/02/2023 | Exhibit - Ex1107 - 2005-05-15 - Jedec Standard For Spd For Ddr2 Memory Modules; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1106 | 11/02/2023 | Exhibit - Ex1106 - 2003-11-24 - Jedec Standard For Spd For Ddr Memory Modules; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1105 | 11/02/2023 | Exhibit - Ex1105 - 912 Figure 5 (Annotated); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1104 | 11/02/2023 | Exhibit - Ex1104 - 2004-01-00 - Jesd79d Ddr Standard; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1103 | 11/02/2023 | Exhibit - Ex1103 - Netlist's Technology Tutorial; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1102 | 11/02/2023 | Exhibit - Ex1102 - Examples Of Rank Multiplication From The Petition; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1099 | 11/02/2023 | Exhibit - Ex1099 - 2023-06-13 - Final Written Decision In Pqa V Vlsi; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 77 | 11/02/2023 | Pet Reply To Po Resp - Petitioner's Reply To Patent Owner's Response; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 76 | 10/18/2023 | Other: Other - Patent Owner's Reply To Opposition To Motion To Submit Supplemental Information; Proceeding Type: | View | Add to request |

| | | Aia Trial; Filing Party: Patent Own | |
|---|---|---|---|
| 1101 | 10/11/2023 | Exhibit - Ex1101 - Deposition Of Michael Brogioli; Proceeding Type: Aia Trial; Filing Party: Petitioner | View \| Add to request |
| 1100 | 10/11/2023 | Exhibit - Ex1100 - 2023-08-02 - 215 Institution Decision; Proceeding Type: Aia Trial; Filing Party: Petitioner | View \| Add to request |
| 1098 | 10/11/2023 | Exhibit - Ex1098 - 2023-06-07 - Micron 912 Institution Decision; Proceeding Type: Aia Trial; Filing Party: Petitioner | View \| Add to request |
| 75 | 10/11/2023 | Opposition - Petitioner's Opposition To Netlist's Motion To Submit Supplemental Information; Proceeding Type: Aia Trial; Filing Party: Petitioner | View \| Add to request |
| 2072 | 10/04/2023 | Exhibit - Ex2072 Email Re De-Designation Request; Proceeding Type: Aia Trial; Filing Party: Patent Own | View \| Add to request |
| 2071 | 10/04/2023 | Exhibit - Ex2071 Email Re Deposition Dates; Proceeding Type: Aia Trial; Filing Party: Patent Own | View \| Add to request |
| 2070 | 10/04/2023 | Exhibit - Ex2070 10,949,339; Proceeding Type: Aia Trial; Filing Party: Patent Own | View \| Add to request |
| 2069 | 10/04/2023 | Exhibit - Ex2069 10,860,506; Proceeding Type: Aia Trial; Filing Party: Patent Own | View \| Add to request |
| 2068 | 10/04/2023 | Exhibit - Ex2068 Email Re 30b6 Topic Designations; Proceeding Type: Aia Trial; Filing Party: Patent Own | View \| Add to request |
| 2067 | 10/04/2023 | Exhibit - Ex2067 2023-05-15 Netlist's First 30(B)(6) Notice To Micron; Proceeding Type: Aia Trial; Filing Party: Patent Own | View \| Add to request |
| 2066 | 10/04/2023 | Exhibit - Ex2066 Declaration Of Boe Holbrook; Proceeding Type: Aia Trial; Filing Party: Patent Own | View \| Add to request |
| 2065 | 10/04/2023 | Exhibit - Ex2065 2022-06-10_# 004 Corrected Complaint; Proceeding Type: Aia Trial; Filing Party: Patent Own | View \| Add to request |
| 74 | 10/04/2023 | Notice: Updated Mandatory Notice - Patent Owner's Second Updated Mandatory Notice; Proceeding Type: Aia Trial; Filing Party: Patent Own | View \| Add to request |
| 73 | 10/04/2023 | Notice: Exhibit List - Patent Owner's Second Updated Exhibit List; Proceeding Type: | View \| Add to request |

| | | | | |
|---|---|---|---|---|
| | | Aia Trial; Filing Party: Patent Own | | |
| 72 | 10/04/2023 | Motion: Other - Patent Owner's Motion To Submit Supplemental Information; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 3019 | 09/27/2023 | Exhibit - Exhibit 3019; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 3018 | 09/27/2023 | Exhibit - Exhibit 3018; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 3017 | 09/27/2023 | Exhibit - Exhibit 3017; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 71 | 09/27/2023 | Order: Other - Order: Order Conduct Of The Proceedings 37 C.F.R. § 42.5; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 3016 | 09/18/2023 | Exhibit - Ex. 3016; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 3015 | 09/18/2023 | Exhibit - Ex. 3015; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 70 | 08/31/2023 | Notice: Notice Of Deposition - Patent Owner's Updated Exhibit List; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 69 | 08/28/2023 | Notice: Notice Of Deposition - Petitioner's Notice Of Deposition Of Dr. Brogioli; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 68 | 08/17/2023 | Other: Other - Petitioner's Objections To Po's Evidence Submitted With Po Response; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 2116 | 08/10/2023 | Exhibit - Ex2116 Mt36htf51272fd; Proceeding Type: Aia Trial; Filing Party: Patent Own | Docket Status<br>View \| Add to request |
| 2115 | 08/10/2023 | Exhibit - Ex2115 Ganesh, Fully-Buffered Dimm Memory Architectures; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2114 | 08/10/2023 | Exhibit - Ex2114 Vogt, Fully Buffered Dimm (Fb-Dimm) Server Memory; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2113 | 08/10/2023 | Exhibit - Ex2113 Utah Lecture Notes; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |

In Re: Samsung Electronics Co., Ltd. Et Al., IPR2022-00615(2022)

| 2112 | 08/10/2023 | Exhibit - Ex2112 Crucial - What is A Memory Rank; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2111 | 08/10/2023 | Exhibit - Ex2111 Notice Of Allowance From 215 Fh; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2110 | 08/10/2023 | Exhibit - Ex2110 8gb_ddr4_sdram; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2108 | 08/10/2023 | Exhibit - Ex2108 Faqs - Ranks Are 64 Or 72 Bits; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2107 | 08/10/2023 | Exhibit - Ex2107 Faqs - Bank Versus Rank; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2104 | 08/10/2023 | Exhibit - Ex2104 Deposition Transcript Of Dr. Vivek Subramanian In Ipr2022-00639; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2103 | 08/10/2023 | Exhibit - Ex2103 2023-01-04 Deposition Of Andrew Wolfe (Signed With Errata); Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2102 | 08/10/2023 | Exhibit - Ex2102 Andrewwolfephd_2102; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2101 | 08/10/2023 | Exhibit - Ex2101 Andrewwolfephd_2101 (038 Provisional); Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2100 | 08/10/2023 | Exhibit - Ex2100 Andrewwolfephd_2100 (Samsung Rimm Datasheet); Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2064 | 08/10/2023 | Exhibit - Ex2064 Decision Granting Institution Of Inter Partes Review (Ipr2023-00454); Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2063 | 08/10/2023 | Exhibit - Ex2063 Decision Granting Institution Of Inter Partes Review And Granting Motion For Joinder (Ipr2023-00203); Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2062 | 08/10/2023 | Exhibit - Ex2062 Declaration Of Michael Brogioli Iso Patent | View | Add to request |

| 2061 | 08/10/2023 | Owner's Response; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| | | Exhibit - Ex2061 Decision Granting Institution Of Ipr (Paper 13, Ipr2022-00063); Proceeding Type: Aia Trial; Filing Party: Patent Own | | |
| 2060 | 08/10/2023 | Exhibit - Ex2060 Jesd205 (March 2007); Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2059 | 08/10/2023 | Exhibit - Ex2059 2023-06-26 Deposition Transcript Of Harold Stone; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2058 | 08/10/2023 | Exhibit - Ex2058 Faqs - Bank Versus Rank (Wayback Machine); Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2057 | 08/10/2023 | Exhibit - Ex2057 Micron, Ddr2 Rdimm; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2056 | 08/10/2023 | Exhibit - Ex2056 Wolfe Depo Transcript (With Errata) 2023.06.27-28; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2055 | 08/10/2023 | Exhibit - Ex2055 Petition For Ipr (Paper 1, Ipr2022-00063); Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2054 | 08/10/2023 | Exhibit - Ex2054 Samsung - K4r271669d; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2053 | 08/10/2023 | Exhibit - Ex2053 Rambus Xdr Architecture; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2052 | 08/10/2023 | Exhibit - Ex2052 Crisp, Direct Rambus Technology, The New Main Memory; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2051 | 08/10/2023 | Exhibit - Ex2051 Smart, Sg5127fbd225652-Sa; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2050 | 08/10/2023 | Exhibit - Ex2050 Jedec No. 21c - Pc133 Sdram Registered Dimm; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2049 | 08/10/2023 | Exhibit - Ex2049 Jedec No. 21c - Ddr Sdram Sodimm; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |

| 67 | 08/10/2023 | Po Response To Pet - Patent Owner Response; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 66 | 07/31/2023 | Notice: Other - Notice Of Joint Stipulation To Modify Due Date 2; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 65 | 07/31/2023 | Notice: Other - Notice Of Joint Stipulation To Modify Due Dates 1 And 2; Proceeding Type: Aia Trial; Filing Party: Patent Own | Docket Status View | Add to request |
| 64 | 07/13/2023 | Notice: Other - Order Determining On Remand From Director Review That Google is Not A Real Party-In-Interest Or Privy Of Petitioner 35 U.S.C. § 315(B) Public Version (Originally Entered June 30, 2023); Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 63 | 06/30/2023 | Order: On Motion - Order Adjusting One-Year Pendency Due To Joinder 35 U.S.C. § 316(A)(11); 37 C.F.R. § 42.100(C) Modifying Due Dates In Scheduling Order 37 C.F.R. Sec 42.5; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 3014 | 06/26/2023 | Exhibit - Exhibit 3014; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |

| 60 | 06/26/2023 | Order: Other - Order: Other; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 3013 | 06/13/2023 | Exhibit - Exhibit 3013; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 3012 | 06/13/2023 | Exhibit - Exhibit 3012; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 59 | 06/13/2023 | Order: Other - Order; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 58 | 06/07/2023 | Notice: Other - Institution Decision And Grant Of Joinder, Ipr2023-00203; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 57 | 05/05/2023 | Notice: Other - Patent Owner's Reply Brief (Public Version); Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 1097 | 05/03/2023 | Exhibit - Ex1097 - Idt Webpage For Db; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1096 | 05/03/2023 | Exhibit - Ex1096 - Idt Webpage For Rcd; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1095 | 05/03/2023 | Exhibit - Ex1095 - Renesas Acquires Idt; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 56 | 05/03/2023 | Other: Other - Petitioner's Sur-Reply To Netlist's Argument That The Petition is Time Barred; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 2048 | 04/26/2023 | Exhibit - Ex 2048 Declaration Of H. Annita Zhong Iso Of Netlist's Exhibit 2047; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2047 | 04/26/2023 | Exhibit - Ex 2047 Accused Products; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 1094 | 04/19/2023 | Exhibit - 2023-03-31 Samsung's Supplemental Brief In Support Of Transfer; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 53 | 04/19/2023 | Other: Other - Petitioner's Opposition To Netlist's Argument That The Petition is Time Barred Under 35 U.S.C. § 315(B); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 2046 | 04/13/2023 | Exhibit - Ex 2046 (Corrected) 2022-11-17 Netlist_s Pics - Samsung _ Netlist V. Micron, Samsung, No. 22-Cv-293_294 (E.D. Tex.); Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 51 | 04/13/2023 | Other: Other - Patent Owner's Opening Brief (Public Version); Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |

| 49 | 04/13/2023 | Order: Other - Order Granting Petitioner's Motion To Seal And To Enter Modified Protective Order; Proceeding Type: Aia Trial; Filing Party: Board | View  Add to request |
| 2046 | 04/05/2023 | Exhibit - Ex2046 2022-11-17 Netlist_s Pics - Samsung _ Netlist V. Micron, Samsung, No. 22-Cv-293_294 (E.D. Tex.); Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2045 | 04/05/2023 | Exhibit - Ex2045 Cover Pleading From 2021-06-18 Netlist's Amended Google Pics; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2044 | 04/05/2023 | Exhibit - Ex2044 2022-12-06 Samsung 4th Amd Initial And Addtional Disclosures; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 3011 | 03/22/2023 | Exhibit - Exhibit 3011; Proceeding Type: Aia Trial; Filing Party: Board | View  Add to request |
| 47 | 03/22/2023 | Order: Other - Order: Conduct Of The Proceeding 37 C.F.R. Sec. 42.5; Proceeding Type: Aia Trial; Filing Party: Board | View  Add to request |
| 1091 | 03/10/2023 | Exhibit - Ex1091 - 2022-11-23 Park Exhibit 7 (Jedec Committee Letter Ballot); Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 1090 | 03/10/2023 | Exhibit - Ex1090 - 2022-11-23 Deposition Of Sung Joo Park_redacted; Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 1089 | 03/10/2023 | Exhibit - Ex1089 - 2022-12-14.3 Jung Exhibit 3 (Samsung M386aag40mmb Datasheet); Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 1088 | 03/10/2023 | Exhibit - Ex1088 - 2022-12-14.2 Jung Exhibit 2 (Jesd82-32a); Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 1087 | 03/10/2023 | Exhibit - Ex1087 - 2022-12-14 Deposition Of Seung-Mo Jung_redacted; Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 1086 | 03/10/2023 | Exhibit - Ex1086 - 2022-09-28.2 Jung Exhibit 2 (Jesd79-4c); Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 1085 | 03/10/2023 | Exhibit - Ex1085 - 2022-09-28.1 Jung Exhibit 1 (Jesd82-32a); Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 1084 | 03/10/2023 | Exhibit - Ex1084 - 2022-09-28 Deposition Of Seung-Mo | View  Add to request |

| | | | |
|---|---|---|---|
| | | Jung_redacted; Proceeding Type: Aia Trial; Filing Party: Petitioner | |
| 1071 | 03/10/2023 | Exhibit - Ex1071 - (912) Declaration Of Jason Sonoda; Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 1070 | 03/10/2023 | Exhibit - Ex1070 - Redline For Proposed Modified Protective Order; Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 1069 | 03/10/2023 | Exhibit - Ex1069 - Proposed Modified Protective Order; Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 46 | 03/10/2023 | Other: Other - Petitioner's Summary Of Responses To Additional Discovery; Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 45 | 03/10/2023 | Other: Other - Petitioner's Objections To Evidence Filed March 10, 2023; Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 44 | 03/10/2023 | Notice: Exhibit List - Petitioner's Upated Exhibit List; Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 43 | 03/10/2023 | Motion: Other - Petitioner's Motion To Seal; Proceeding Type: Aia Trial; Filing Party: Petitioner | View  Add to request |
| 3010 | 02/13/2023 | Exhibit - Exhibit 3010; Proceeding Type: Aia Trial; Filing Party: Board | View  Add to request |
| 42 | 02/13/2023 | Order: Other - Conduct Of The Proceeding 37 C.F.R. § 42.5; Proceeding Type: Aia Trial; Filing Party: Board | View  Add to request |
| 41 | 02/10/2023 | Order: Other - Order: Panel Change Order; Proceeding Type: Aia Trial; Filing Party: Board | View  Add to request |
| 40 | 02/03/2023 | Order: Other - Decision On Director Review; Proceeding Type: Aia Trial; Filing Party: Board | Docket Status  View  Add to request |
| 39 | 01/05/2023 | Order: Other - Order Dismissing Request For Pop Review; Proceeding Type: Aia Trial; Filing Party: Board | View  Add to request |
| 38 | 01/05/2023 | Order: Other - Order Granting Sua Sponte Director Review; Proceeding Type: Aia Trial; Filing Party: Board | Docket Status  View  Add to request |
| 2043 | 12/27/2022 | Exhibit - Ex2043 Emails Between Netlist's Counsel And Samsung's Ipr Counsel (Dec. 13-26, 2022); Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 37 | 12/27/2022 | Reply To Opposition - Reply Iso Of Patent Owner's Motion For Additional Discovery; Proceeding | View  Add to request |

Type: Aia Trial; Filing Party: Patent
Own

| 1068 | 12/20/2022 | Exhibit - Ex1068 - 2022-11-15 - Email To Netlist About Google Discovery Requests; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1067 | 12/20/2022 | Exhibit - Ex1067 - 2022-06-22 - Protective Order In Texas (2-21-Cv-00463); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1066 | 12/20/2022 | Exhibit - Ex1066 - 2022-06-08 - Discovery Order In Texas (2-21-Cv-00463); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1065 | 12/20/2022 | Exhibit - Ex1065 - 2022-05-03 - Netlist's Complaint In Texas (2-21-Cv-00463); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 36 | 12/20/2022 | Opposition - Petitioner's Opposition To Patent Owner's Motion For Additional Discovery; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 35 | 12/20/2022 | Notice: Notice Of Deposition - Patent Owner's Amended Notice Of Deposition Of Dr. Andrew Wolfe; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2042 | 12/13/2022 | Exhibit - Ex 2042 2022-12-13 Reardon To Tezyan; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 34 | 12/13/2022 | Motion: Other - Patent Owner's Motion For Additional Discovery; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 33 | 12/09/2022 | Notice: Mandatory Notice Update - Patent Owner's Updated Mandatory Notice; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 32 | 12/09/2022 | Order: On Motion - Order Conduct Of The Proceedings 37 C.F.R. Sec 42.5 Authorization Of Motion For Additional Discovery 37 C.F.R. Sec 42.51 B 2; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 3009 | 12/01/2022 | Exhibit - Exhibit 3009 Amicus Notification; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 3008 | 12/01/2022 | Exhibit - Exhibit 3008 Amicus Notification; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 3007 | 12/01/2022 | Exhibit - Exhibit 3007 Amicus Notification; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |

In Re: Samsung Electronics Co., Ltd. Et Al., IPR2022-00815 (2022)

| | | | | |
|---|---|---|---|---|
| 3006 | 12/01/2022 | Exhibit - Exhibit 3006 Amicus Notification; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 3005 | 12/01/2022 | Exhibit - Exhibit 3005 Amicus Notification; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 3004 | 12/01/2022 | Exhibit - Exhibit 3004 Amicus Notification; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 30 | 12/01/2022 | Notice: Other - Notice: Notification Of Receipt Of Pop Amicus Forms; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 29 | 11/28/2022 | Notice: Notice Of Deposition - Patent Owner's Notice Of Deposition Of Dr. Andrew Wolfe; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 28 | 11/22/2022 | Notice: Mandatory Notice Update - Petitioner's Updated Mandatory Notices; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 27 | 11/17/2022 | Notice: Other - Notice Of Joint Stipulation To Modify Due Dates 1, 2 And 3; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 3003 | 11/03/2022 | Exhibit - Ex. 3003; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 26 | 11/03/2022 | Notice: Notice Of Receipt Of Pop Request - Notice: Notice Of Receipt Of Pop Request; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 25 | 11/02/2022 | Rehearing Request: Institution - Patent Owner's Request For Rehearing; Proceeding Type: Aia Trial; Filing Party: Patent Own | [Docket Status](#) View | Add to request |
| 24 | 11/02/2022 | Other: Other - Petitioner's Objections To Patent Owner's Evidence Submitted With Patent Owner's Preliminary Response And Preliminary Sur-Reply; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 23 | 11/02/2022 | Notice: Mandatory Notice Update - Patent Owner's Updated Mandatory Notice; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 22 | 10/20/2022 | Order: Other - Order: Scheduling Order; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 20 | 10/19/2022 | Institution Decision: Grant - Institution Decision; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 1064 | 10/14/2022 | Exhibit - Ex1064 - Netlist's Agreement To Stay Google Case; | View | Add to request |

| 19 | 10/14/2022 | Proceeding Type: Aia Trial; Filing Party: Petitioner Notice: Mandatory Notice - Petitioner's Updated Mandatory Notices; Proceeding Type: Aia Trial; Filing Party: Petitioner | View Add to request |
| 18 | 10/14/2022 | Notice: Exhibit List - Petitioner's Updated Exhibit List; Proceeding Type: Aia Trial; Filing Party: Petitioner | View Add to request |
| 1063 | 09/23/2022 | Exhibit - Ex1063 - Sotera Stipulation For 912 Patent; Proceeding Type: Aia Trial; Filing Party: Petitioner | Docket Status View Add to request |
| 1062 | 09/23/2022 | Exhibit - Ex1062 - 2022-09-20 Samsung's Motion To Transfer 912 Patent To California; Proceeding Type: Aia Trial; Filing Party: Petitioner | View Add to request |
| 17 | 09/23/2022 | Notice - Petitioner's Updated Mandatory Notices; Proceeding Type: Aia Trial; Filing Party: Petitioner | View Add to request |
| 16 | 09/23/2022 | Exhibit List - Petitioner's Updated Exhibit List; Proceeding Type: Aia Trial; Filing Party: Petitioner | View Add to request |
| 2041 | 09/09/2022 | Exhibit - Ex2041 2022-08-31_# 019 Waiver Of Service Returned Executed By Samsung Elecs; Proceeding Type: Aia Trial; Filing Party: Patent Own | View Add to request |
| 2040 | 09/09/2022 | Exhibit - Ex2040 2022-08-31_# 018 Samsung Semiconductor's Appl. For Ext. Of Time To Answer; Proceeding Type: Aia Trial; Filing Party: Patent Own | View Add to request |
| 2039 | 09/09/2022 | Exhibit - Ex2039 2022-08-31_# 017 Samsung Elecs.' Appl. For Ext. Of Time To Answer; Proceeding Type: Aia Trial; Filing Party: Patent Own | View Add to request |
| 2038 | 09/09/2022 | Exhibit - Ex2038 215 Patent; Proceeding Type: Aia Trial; Filing Party: Patent Own | View Add to request |
| 2037 | 09/09/2022 | Exhibit - Ex2037 Emails With Samsung###s Litigation Counsel; Proceeding Type: Aia Trial; Filing Party: Patent Own | Docket Status View Add to request |
| 2036 | 09/09/2022 | Exhibit - Ex2036 Emails With Ss Ipr Counsel; Proceeding Type: Aia Trial; Filing Party: Patent Own | View Add to request |
| 15 | 09/09/2022 | Reply - Patent Owner's Preliminary Sur-Reply; Proceeding Type: Aia Trial; Filing Party: Patent Own | Docket Status View Add to request |
| 1061 | 08/26/2022 | Exhibit - Ex1061 - Us7356639 (Perego-639); Proceeding Type: Aia Trial; Filing Party: Petitioner | View Add to request |

In Re: Samsung Electronics Co., Ltd. Et Al., IPR2022-00615 (2022)

| | | | |
|---|---|---|---|
| 1060 | 08/26/2022 | Exhibit - Ex1060 - 2021-08-18 Stipulation Dismissing Inphi; Proceeding Type: Aia Trial; Filing Party: Petitioner | View   Add to request |
| 1059 | 08/26/2022 | Exhibit - Ex1059 - 2021-08-09 Netlist's Infringement Contentions Against Inphi Products From 2009; Proceeding Type: Aia Trial; Filing Party: Petitioner | View   Add to request |
| 1058 | 08/26/2022 | Exhibit - Ex1058 - 2022-08-15 Amended Complaint Against Samsung (912); Proceeding Type: Aia Trial; Filing Party: Petitioner | View   Add to request |
| 1057 | 08/26/2022 | Exhibit - Ex1057 - 2022-08-01-3 Complaint Against Micron (912) (Without Exhibits); Proceeding Type: Aia Trial; Filing Party: Petitioner | View   Add to request |
| 1056 | 08/26/2022 | Exhibit - Ex1056 - 2022-08-01-2 Complaint Against Samsung (912) (Without Exhibits); Proceeding Type: Aia Trial; Filing Party: Petitioner | View   Add to request |

| 1055 | 08/26/2022 | Exhibit - Ex1055 - 2022-08-01 Opinion Declining Jurisdiction Over 912 Patent; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1054 | 08/26/2022 | Exhibit - Ex1054 - 2022-07-13 Order Staying Google's Case In Light Of Delaware Case; Proceeding Type: Aia Trial; Filing Party: Petitioner | **Docket Status** View | Add to request |
| 1053 | 08/26/2022 | Exhibit - Ex1053 - 2022-05-05 Order Granting Intervening Rights; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 14 | 08/26/2022 | Reply - Petitioner's Authorized Reply To Patent Owner's Preliminary Response; Proceeding Type: Aia Trial; Filing Party: Petitioner | **Docket Status** View | Add to request |
| 13 | 08/26/2022 | Other (Not For Motions) - Petitioner's Updated Mandatory Notices; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 12 | 08/26/2022 | Exhibit List - Petitioner's Updated Exhibit List; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 11 | 08/22/2022 | Notice - Patent Owner's Updated Mandatory Notice; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 3002 | 08/19/2022 | Exhibit - Ex. 3002 Attorney Correspondence; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 10 | 08/19/2022 | Order: Other - Order: Authorizing Reply And Sur-Reply; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 9 | 08/09/2022 | Order: On Motion - Decision Granting Patent Owners Motions For Admission Pro Hac Vice Of Jason G. Sheasby 37 C.F.R. Sec 42.10; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 2035 | 08/04/2022 | Exhibit - Ex 2035 Declaration Of Jason G. Sheasby Iso Unopposed Motion For Phv Admission; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 8 | 08/04/2022 | Motion - Patent Owner's Unopposed Motion For Phv Admission Of Jason G. Sheasby; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2034 | 07/21/2022 | Exhibit - Ex2034 Smt 10-K; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2033 | 07/21/2022 | Exhibit - Ex2033 Inphi-Samsung Imb; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |

| 2032 | 07/21/2022 | Exhibit - Ex2032 Board Decision To Institute -063 Ipr; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2031 | 07/21/2022 | Exhibit - Ex2031 Libroxilinx; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2030 | 07/21/2022 | Exhibit - Ex2030 2021_half_year_report (3); Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2029 | 07/21/2022 | Exhibit - Ex2029 2012.02.13 Tpr1 Inphi Comments; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2028 | 07/21/2022 | Exhibit - Ex2028 2020-10-20 Sgh. Inc 10-K; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2027 | 07/21/2022 | Exhibit - Ex2027 Why Samsung Needs To Move Beyond Android -- And Google _ Computerworld; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2026 | 07/21/2022 | Exhibit - Ex2026 2010-06-25 Jnt Clmconstr & Prehrg Stmt; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2025 | 07/21/2022 | Exhibit - Ex2025 Perego Redline; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2024 | 07/21/2022 | Exhibit - Ex2024 2022-04-13_# 031 Samsung's Reply Iso # 29 MTN To File Sur-Reply; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2023 | 07/21/2022 | Exhibit - Ex2023 2021-10-14_# 0186 Court Order Re Msjs; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2022 | 07/21/2022 | Exhibit - Ex2022 Nyse_iphi_2015; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2021 | 07/21/2022 | Exhibit - Ex2021 Inphi To Partner With Samsung Semiconductor To Showcase; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2020 | 07/21/2022 | Exhibit - Ex2020 2010 Inphi Form 10-K; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2019 | 07/21/2022 | Exhibit - Ex2019 Ddr4_product_guide_may.18 (5); Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2018 | 07/21/2022 | Exhibit - Ex2018 Ddr3_product_guide_oct.16[2]-0; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |

In Re: Samsung Electronics Co., Ltd. Et Al., IPR2022-00615 (2022)

| 2017 | 07/21/2022 | Exhibit - Ex2017 2009-12-23_#015_netlist's First Amended Complaint; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2016 | 07/21/2022 | Exhibit - Ex2016 2010.05.07 Tpr1 Inphi Corrected Inter Partes Request; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2015 | 07/21/2022 | Exhibit - Ex2015 2021-08-20_#0170-03 Redacted Ex. 1; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2014 | 07/21/2022 | Exhibit - Ex2014 Samsung Global Newsroom; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2013 | 07/21/2022 | Exhibit - Ex2013 Samsung And Google Introduce The World's First Chromebook - Samsung Series 5 Samsung Creates Another; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2012 | 07/21/2022 | Exhibit - Ex2012 Samsung Galaxy Watches To Incorporate Wear Os; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2011 | 07/21/2022 | Exhibit - Ex2011 A Decade In The Making_ How Samsung Foldables Are Defining The Future Of Smartphone Innovation ### Samsung Newsroom Malaysia; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2010 | 07/21/2022 | Exhibit - Ex2010 Sundar Pichai And Rick Osterloh Think The Pixel 6 is Google###s Breakout Phone - The Verge; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2009 | 07/21/2022 | Exhibit - Ex2009 Android Statistics (2022) - Business Of Apps; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2008 | 07/21/2022 | Exhibit - Ex2008 [Update Video] Samsung & Google Launch Ad Campaign Highlighting Their Partnership; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2007 | 07/21/2022 | Exhibit - Ex2007 2022-07-21 Ipr2022-00615 (912) Brogioli (Popr); Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2006 | 07/21/2022 | Exhibit - Ex2006 2022-02-14_#022-00 Samsung Reply Iso # 18 MTN To File Sac; Proceeding Type: Aia Trial; Filing Party: Patent Own | View  Add to request |
| 2005 | 07/21/2022 | Exhibit - Ex2005 2022-03-02_#027-00 Samsung's Opp To # 24 | View  Add to request |

| 2004 | 07/21/2022 | Mtd; Proceeding Type: Aia Trial; Filing Party: Patent Own | View · Add to request |
| 2003 | 07/21/2022 | Exhibit - Ex2004 2022-06-03_# 292-00 Redacted Google's MTN To Stay; Proceeding Type: Aia Trial; Filing Party: Patent Own | View · Add to request |
| 2002 | 07/21/2022 | Exhibit - Ex2003 2021-08-27_# 0181-00 Redacted Google Reply Iso # 153 Mts Re Claim 16; Proceeding Type: Aia Trial; Filing Party: Patent Own | View · Add to request |
| 2001 | 07/21/2022 | Exhibit - Ex2002 2009-09-22 Inphi Complaint And Summons; Proceeding Type: Aia Trial; Filing Party: Patent Own | View · Add to request |
| 7 | 07/21/2022 | Exhibit - Ex2001 2009-12-04 Google Complaint And Summons; Proceeding Type: Aia Trial; Filing Party: Patent Own | View · Add to request |
| 3001 | 07/06/2022 | Preliminary Response - Patent Owner Preliminary Response; Proceeding Type: Aia Trial; Filing Party: Patent Own | View · Add to request |
| 6 | 07/06/2022 | Exhibit - Ex. 3001; Proceeding Type: Aia Trial; Filing Party: Board | View · Add to request |
| 5 | 04/21/2022 | Order: Other - Order Conduct Of The Proceedings; Proceeding Type: Aia Trial; Filing Party: Board | View · Add to request |
| 4 | 03/08/2022 | Notice: Notice Filing Date Accorded - Notice Of Filing Date Accorded To Petition And Time For Filing Patent Owner Preliminary Response; Proceeding Type: Aia Trial; Filing Party: Board | View · Add to request |
| 3 | 03/08/2022 | Mandatory Notice - Patent Owner's Mandatory Notice; Proceeding Type: Aia Trial; Filing Party: Patent Own | View · Add to request |
| 1052 | 02/17/2022 | Power Of Attorney - Patent Owner's Power Of Attorney; Proceeding Type: Aia Trial; Filing Party: Patent Own | View · Add to request |
| 1051 | 02/17/2022 | Exhibit - 2022-02-16 Netlist's Motion To Dismiss; Proceeding Type: Aia Trial; Filing Party: Petitioner | View · Add to request |
| 1050 | 02/17/2022 | Exhibit - 2022-01-18 Samsung's First Amended Complaint; Proceeding Type: Aia Trial; Filing Party: Petitioner | View · Add to request |
| 1049 | 02/17/2022 | Exhibit - 2021-12-30 Stipulation Extending Deadlines In D Del; Proceeding Type: Aia Trial; Filing Party: Petitioner | Docket Status View · Add to request |
| | | Exhibit - 2021-10-15 Complaint (Without Exhibits); Proceeding Type: Aia Trial; Filing Party: Petitioner | View · Add to request |

| 1048 | 02/17/2022 | Exhibit - Order Scheduling Hearings For 2022-03-03; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1047 | 02/17/2022 | Exhibit - 2021-11-09 Order Continuing Google's Hearing To 2022-01-12 Due To Judge Armstrong's Unavailability; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1046 | 02/17/2022 | Exhibit - 2021-09-03 Order Resetting Hearing For 2021-11-10 And Staying Discovery; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1045 | 02/17/2022 | Exhibit - 2021-07-30 Google's Motion To Strike Netlist's Earlier Conception Date For 912 Patent; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1044 | 02/17/2022 | Exhibit - Usp 6209074; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1043 | 02/17/2022 | Exhibit - Stone Book; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1042 | 02/17/2022 | Exhibit - Jp2002184176a_original_document_20220102230408_en_certified; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1041 | 02/17/2022 | Exhibit - Usp 5513135; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1040 | 02/17/2022 | Exhibit - Jesd21-C (2002) Declaration; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1039 | 02/17/2022 | Exhibit - Jesd79-2 (2003) Declaration; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1038 | 02/17/2022 | Exhibit - 2019-06-27 - 907 Final Decision; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1037 | 02/17/2022 | Exhibit - Us20060277355 To Ellsberry; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1036 | 02/17/2022 | Exhibit - Us20060117152a1 To Amidi; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1035 | 02/17/2022 | Exhibit - Perego Patent; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1034 | 02/17/2022 | Exhibit - Jacob Paper; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1033 | 02/17/2022 | Exhibit - Jacob - Memory System Cache; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |

| 1032 | 02/17/2022 | Exhibit - Jesd21-C; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1031 | 02/17/2022 | Exhibit - Jesd79 (2000) Declaration; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1030 | 02/17/2022 | Exhibit - Jesd79; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1029 | 02/17/2022 | Exhibit - 2003-09-00 Jesd79-2; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1028 | 02/17/2022 | Exhibit - P036 Ipr2017-00668_07_18_2018 Final Written Decision Invalidating All Claims; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1027 | 02/17/2022 | Exhibit - P038 Ipr2017-00667_07_18_2018 Final Written Decision Invalidating All Claims; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1026 | 02/17/2022 | Exhibit - Usp 7532537; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1025 | 02/17/2022 | Exhibit - Ipr2017-00549-30; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1024 | 02/17/2022 | Exhibit - Usp 8756364; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1023 | 02/17/2022 | Exhibit - 536 Ptab-Ipr2015-01021-38; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1022 | 02/17/2022 | Exhibit - 536 Ptab-Ipr2014-00883-36; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1021 | 02/17/2022 | Exhibit - Usp 8081536; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1020 | 02/17/2022 | Exhibit - Ptab-Ipr2014-01011-34; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1019 | 02/17/2022 | Exhibit - Ipr2014-00882; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1018 | 02/17/2022 | Exhibit - Usp 7881150; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1017 | 02/17/2022 | Exhibit - 274 Reexamination Certificate 95001337; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1016 | 02/17/2022 | Exhibit - 274 Ptab Reexam Decision; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |

In Re: Samsung Electronics Co., Ltd. Et Al., IPR2022-00815 (2022)

| 1015 | 02/17/2022 | Exhibit - Usp 7636274; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1014 | 02/17/2022 | Exhibit - 386 Reexam Certificate 95000546; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1013 | 02/17/2022 | Exhibit - 386 Ptab Reexam Decision; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1012 | 02/17/2022 | Exhibit - 912 Reexamination Certificate 95001339; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |

| 1011 | 02/17/2022 | Exhibit - 912 Ptab Reexam Decision; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1010 | 02/17/2022 | Exhibit - Prosecution History - 95000578 - Part 1 (Pages 1-790); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1010 | 02/17/2022 | Exhibit - Prosecution History - 95000578 - Part 10 (Pages 6239-7062); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1010 | 02/17/2022 | Exhibit - Prosecution History - 95000578 - Part 11 (Pages 7063-7898); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1010 | 02/17/2022 | Exhibit - Prosecution History - 95000578 - Part 12 (Pages 7899-7973); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1010 | 02/17/2022 | Exhibit - Prosecution History - 95000578 - Part 2 (Pages 791-1566); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1010 | 02/17/2022 | Exhibit - Prosecution History - 95000578 - Part 3 (Pages 1567-2184); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1010 | 02/17/2022 | Exhibit - Prosecution History - 95000578 - Part 4 (Pages 2185-2833); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1010 | 02/17/2022 | Exhibit - Prosecution History - 95000578 - Part 5 (Pages 2834-3599); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1010 | 02/17/2022 | Exhibit - Prosecution History - 95000578 - Part 6 (Pages 3600-4163); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1010 | 02/17/2022 | Exhibit - Prosecution History - 95000578 - Part 7 (Pages 4164-4721); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1010 | 02/17/2022 | Exhibit - Prosecution History - 95000578 - Part 8 (Pages 4722-5375); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1010 | 02/17/2022 | Exhibit - Prosecution History - 95000578 - Part 9 (Pages 5376-6238); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1009 | 02/17/2022 | Exhibit - Usp 7286436; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1008 | 02/17/2022 | Exhibit - Usp 7289386; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |

In Re: Samsung Electronics Co., Ltd. Et Al., IPR2022-00615 (2022)

| 1007 | 02/17/2022 | Exhibit - Provisional App 60575595; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1006 | 02/17/2022 | Exhibit - Provisional App 60550668; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1005 | 02/17/2022 | Exhibit - Provisional App 60588244; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1004 | 02/17/2022 | Exhibit - Wolfe Resume; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1003 | 02/17/2022 | Exhibit - Wolfe Declaration; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1002 | 02/17/2022 | Exhibit - Usp 7,619,912 Fh; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1001 | 02/17/2022 | Exhibit - Usp 7,619,912; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 2 | 02/17/2022 | Power Of Attorney - Petitioners' Power Of Attorney; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1 | 02/17/2022 | Petition - Petition For Inter Partes Review Of Usp 7,619,912; Proceeding Type: Aia Trial; Filing Party: Petitioner | Docket Status / View | Add to request |

TO ORDER COPIES OF ANY DOCUMENTS LISTED
ABOVE, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**End of Document**                    © 2023 Thomson Reuters. No claim to original U.S. Government Works.