# Exhibit 7

[redacted]

TO ORDER COPIES OF ANY DOCUMENTS LISTED
BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**This docket is current through 12/14/2023**

Today's Date: 12/14/2023
Source: Patent Trial and Appeal Board

| | |
|---|---|
| **Court:** | Patent Trial and Appeal Board |
| **Case Title:** | In Re: Samsung Electronics Co., Ltd. Et Al. |
| **Case:** | IPR2023-00454 |
| **Date Filed:** | 01/10/2023 |
| **Review Type:** | Inter Parties Review |
| **Case Status:** | Decision |

### CASE INFORMATION

| | |
|---|---|
| **Case Number:** | IPR2023-00454 |
| **Institution Decision Date:** | 08/02/2023 |
| **Patent Grant Date:** | 08/17/2021 |

### PATENT INFORMATION

#### U.S. Pat. No. 11093417

| | |
|---|---|
| **Patent Number:** | U.S. Pat. No. 11093417 |
| **Application Number:** | 16695020 |

### PARTICIPANT INFORMATION

#### Netlist, Inc.

| | |
|---|---|
| **Type:** | Appellant/Po/Respondent |
| **Attorney:** | Honget Al Zhong |

#### Samsung Electronics Co., Ltd. Et Al.

| | |
|---|---|
| **Type:** | Requester/Petitioner/Respondent |
| **Attorney:** | Eliotet Al Williams |

### DOCKET PROCEEDINGS (147)

| Entry #: | Date: | Description: | | |
|---|---|---|---|---|
| 23 | 12/11/2023 | Notice: Other - Ntc Of Stip To Modify Dd1-2; Proceeding Type: Aia Trial; Filing Party: Patent Owner | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 2024 | 12/09/2023 | Exhibit - Ex2024; Proceeding Type: Aia Trial; Filing Party: Patent Owner | View | Add to request |
| 22 | 12/09/2023 | Po Response To Pet - Patent Owner Response; Proceeding Type: Aia Trial; Filing Party: Patent Owner | View | Add to request |
| 2035 | 12/08/2023 | Exhibit - Ex 2035 Direct Rambus Clock Generator Cdcr83a; Proceeding Type: Aia Trial; Filing Party: Patent Owner | View | Add to request |
| 2034 | 12/08/2023 | Exhibit - Ex 2034 Us7610447b2 Perego; Proceeding Type: Aia Trial; Filing Party: Patent Owner | View | Add to request |
| 2033 | 12/08/2023 | Exhibit - Ex 2033 Depo Of Andrew Wolfe 11.04.23; Proceeding Type: Aia Trial; Filing Party: Patent Owner | View | Add to request |
| 2032 | 12/08/2023 | Exhibit - Ex 2032 Keeth, Dram Circuit Design; Proceeding Type: Aia Trial; Filing Party: Patent Owner | View | Add to request |
| 2031 | 12/08/2023 | Exhibit - Ex 2031 Jedec Standard 21-C, Specific Spds For Ddr2 Sdram; Proceeding Type: Aia Trial; Filing Party: Patent Owner | View | Add to request |
| 2030 | 12/08/2023 | Exhibit - Ex 2030 228 Claim Construction Order; Proceeding Type: Aia Trial; Filing Party: Patent Owner | View | Add to request |
| 2029 | 12/08/2023 | Exhibit - Ex 2029 Przybylski, New Dram Technologies; Proceeding Type: Aia Trial; Filing Party: Patent Owner | View | Add to request |
| 2028 | 12/08/2023 | Exhibit - Ex 2028 Samsung Xdr Datasheet 409-23707-K4y54164uf; Proceeding Type: Aia Trial; Filing Party: Patent Owner | View | Add to request |
| 2027 | 12/08/2023 | Exhibit - Ex 2027 Direct Rambus Rimm Specification; Proceeding Type: Aia Trial; Filing Party: Patent Owner | View | Add to request |
| 2026 | 12/08/2023 | Exhibit - Ex 2026 Direct Rambus Technology Disclosure Drtechov; Proceeding Type: Aia Trial; Filing Party: Patent Owner | View | Add to request |
| 2025 | 12/08/2023 | Exhibit - Ex 2025 Direct Rambus Datasheet ; Proceeding Type: Aia Trial; Filing Party: Patent Owner | View | Add to request |
| 21 | 12/04/2023 | Notice: Other - Ntc Of Stip To Modify Dd1-2; Proceeding Type: Aia Trial; Filing Party: Patent Owner | View | Add to request |
| 20 | 11/10/2023 | Notice: Other - Ntc Of Stip To Modify Dd1-2; Proceeding Type: | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 19 | 11/07/2023 | Aia Trial; Filing Party: Patent Own | | |
| | | Order: Other - Order: Modification To Scheduling Order; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 18 | 10/31/2023 | Order: Other - Panel Change Order; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 17 | 10/05/2023 | Notice: Other - Ntc Of Stip To Modify Dd1-3; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 16 | 10/05/2023 | Notice: Notice Of Deposition - Po's Amended Notice Of Depo Of Dr. Andrew Wolfe; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 15 | 10/03/2023 | Notice: Notice Of Deposition - Po's Ntc Of Depo Of Dr. Andrew Wolfe; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 14 | 10/03/2023 | Notice: Updated Mandatory Notice - Po's Updated Mandatory Notice; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 13 | 08/16/2023 | Other: Other - Petitioner's Objections To Po's Evidence Submitted With Popr And Preliminary Sur-Reply; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 12 | 08/02/2023 | Order: Other - Order: Scheduling Order; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 11 | 08/02/2023 | Institution Decision: Grant - Institution Decision: Grant; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 2023 | 06/26/2023 | Exhibit - Ex2023 Ipr2023-00203 Decision Granting Institution Of Ipr And Granting MTN For Joinder; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 10 | 06/26/2023 | Other: Other - Patent Owner Pre-Institution Sur-Reply; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 1094 | 06/16/2023 | Exhibit - Uspto Proposed Rulemaking (88 Fed Reg 24503); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1093 | 06/16/2023 | Exhibit - Sotera Stipulation; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 9 | 06/16/2023 | Other: Other - Petitioner's Pre-Institution Reply To Popr; | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 8 | 06/16/2023 | Proceeding Type: Aia Trial; Filing Party: Petitioner Notice: Updated Mandatory Notice - Petitioner's Updated Mandatory Notices; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 7 | 06/16/2023 | Notice: Exhibit List - Petitioner's Updated Exhibit List; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 3001 | 06/08/2023 | Exhibit - Exhibit 3001; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 2022 | 05/09/2023 | Exhibit - Ex2022 Defendants Invalidity Contentions 2023.04.13 ; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2021 | 05/09/2023 | Exhibit - Ex2021 Amended Docket Control Order # 066 2023.02.01; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2020 | 05/09/2023 | Exhibit - Ex2020 Jesd79-2b Jan 2005; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2019 | 05/09/2023 | Exhibit - Ex2019 Usdc National Judicial Caseload Profile; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2018 | 05/09/2023 | Exhibit - Ex2018 Perego Redline ; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2017 | 05/09/2023 | Exhibit - Ex2017 Perego-639; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2016 | 05/09/2023 | Exhibit - Ex2016 Micron Mt36htf51272fd Fbdimm; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2015 | 05/09/2023 | Exhibit - Ex2015 Fully-Buffered Dimm Memory Architectures; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2014 | 05/09/2023 | Exhibit - Ex2014 Download From Wayback Machine; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2013 | 05/09/2023 | Exhibit - Ex2013 Utah Lecture Notes; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2012 | 05/09/2023 | Exhibit - Ex2012 Crucial - What is A Rank; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2011 | 05/09/2023 | Exhibit - Ex2011 Hypercloud Hcdimm Scaling The High Density Memory Cliff; | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | Proceeding Type: Aia Trial; Filing Party: Patent Own | | |
| 2010 | 05/09/2023 | Exhibit - Ex2010 Idt Ddr4-Lrdimm; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2009 | 05/09/2023 | Exhibit - Ex2009 Rambus Xdr Architecture; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2007 | 05/09/2023 | Exhibit - Ex2007 Faqs - Bank Versus Rank (2014 Wayback Machine); Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2006 | 05/09/2023 | Exhibit - Ex2006 Park Sj Ex 7; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2005 | 05/09/2023 | Exhibit - Ex2005 Park, Sung Joo (2022-11-23) Redacted; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2004 | 05/09/2023 | Exhibit - Ex2004 Samsung - K4r271669d; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2003 | 05/09/2023 | Exhibit - Ex2003 Wolfe Transcript 01.24.23; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2002 | 05/09/2023 | Exhibit - Ex2002 Samsung Rimm Datasheet; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2001 | 05/09/2023 | Exhibit - Ex2001 Rambus Ieee Micro Paper; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 6 | 05/09/2023 | Popr: Filed - Patent Owner Prelminary Response; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 5 | 02/16/2023 | Notice: Power Of Attorney - Notice : Power Of Attorney; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 4 | 02/16/2023 | Notice: Mandatory Notice - Notice : Mandatory Notice; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| | 02/16/2023 | Notice: Mandatory Notice - Notice : Mandatory Notice; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| | 02/16/2023 | Notice: Power Of Attorney - Notice : Power Of Attorney; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 3 | 02/09/2023 | Notice: Notice Filing Date Accorded - Notice: Notice Filing Date Accorded; Proceeding | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 1092 | 01/10/2023 | Type: Aia Trial; Filing Party: Board<br>Exhibit - Ex1092 - Time To Trial Statistics Cited By Director Vidal; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1091 | 01/10/2023 | Exhibit - Ex1091 - Memo By Director Vidal (June 21, 2022); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1089 | 01/10/2023 | Exhibit - Ex1089 - 2022-09-07 Micron's Answer; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1088 | 01/10/2023 | Exhibit - Ex1088 - 2022-08-15 Netlist's Complaint Against Micron; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1086 | 01/10/2023 | Exhibit - Ex1086 - 2022-08-31 Waiver Of Service By Samsung (Answer Due 2022-11-29); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1085 | 01/10/2023 | Exhibit - Ex1085 - 2022-08-15 Netlist's Complaint Against Samsung; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1082 | 01/10/2023 | Exhibit - Ex1082 - Us20030039151a1 To Matsui; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1081 | 01/10/2023 | Exhibit - Ex1081 - Us5513135 To Dell; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1080 | 01/10/2023 | Exhibit - Ex1080 - Us8250295 To Amidi; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1079 | 01/10/2023 | Exhibit - Ex1079 - Us20060117152a1 To Amidi; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1078 | 01/10/2023 | Exhibit - Ex1078 - Us7024518 To Halbert; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1077 | 01/10/2023 | Exhibit - Ex1077 - Us20020112119a1 To Halbert; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1076 | 01/10/2023 | Exhibit - Ex1076 - 339 Institution Decision; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1075 | 01/10/2023 | Exhibit - Ex1075 - U.S. Patent No. 9,606,907 (All Claims Invalid); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1074 | 01/10/2023 | Exhibit - Ex1074 - Ipr2018-00362 Final Written Decision (907 | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 1073 | 01/10/2023 | Patent); Proceeding Type: Aia Trial; Filing Party: Petitioner Exhibit - Ex1073 - Us20060277355 To Ellsberry; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1072 | 01/10/2023 | Exhibit - Ex1072 - Us7155627 To Matsui; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1071 | 01/10/2023 | Exhibit - Ex1071 - Us7363422 To Perego; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1070 | 01/10/2023 | Exhibit - Ex1070 - Bruce Jacob, Memory Systems Book (2008); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1069 | 01/10/2023 | Exhibit - Ex1069 - Bruce Jacob, Sdram Paper (December 10, 2002); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1068 | 01/10/2023 | Exhibit - Ex1068 - Harold Stone, Microcomputer Interfacing (1982); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1066 | 01/10/2023 | Exhibit - Ex1066 - Jedec Jesd21-C Design Specification For Ddr2 Rdimm; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1065 | 01/10/2023 | Exhibit - Ex1065 - Declaration Of Julie Carlson (Jesd79-2); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1064 | 01/10/2023 | Exhibit - Ex1064 - Jedec Jesd79-2 Ddr2 Standard (September 2003); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1062 | 01/10/2023 | Exhibit - Ex1062 - Jedec Jesd21-C Design Specification For Ddr Sdram Rdimm (January 2; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1060 | 01/10/2023 | Exhibit - Ex1060 - Jedec Jesd79 Standard For Ddr Sdram (June 2000); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1059 | 01/10/2023 | Exhibit - Ex1059 - File History Of U.S. Application No. 17-403,832; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1058 | 01/10/2023 | Exhibit - Ex1058 - U.S. Patent No. 9,858,215; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1057 | 01/10/2023 | Exhibit - Ex1057 - File History Of U.S. Patent No. 9,858,215; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 1056 | 01/10/2023 | Exhibit - Ex1056 - 314 Institution Decisions; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1055 | 01/10/2023 | Exhibit - Ex1055 - U.S. Patent No. 10,489,314; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1054 | 01/10/2023 | Exhibit - Ex1054 - File History Of U.S. Patent No. 10,489,314; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1053 | 01/10/2023 | Exhibit - Ex1053 - U.S. Patent No. 9,037,774; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1052 | 01/10/2023 | Exhibit - Ex1052 - File History Of U.S. Patent No. 9,037,774; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1051 | 01/10/2023 | Exhibit - Ex1051 - U.S. Patent No. 8,516,188; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1050 | 01/10/2023 | Exhibit - Ex1050 - File History Of U.S. Patent No. 8,516,188; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1049 | 01/10/2023 | Exhibit - Ex1049 - 536 Ipr Certificate; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1048 | 01/10/2023 | Exhibit - Ex1048 - Ipr2015-01021 Final Written Decision (536 Patent); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1047 | 01/10/2023 | Exhibit - Ex1047 - Ipr2014-00883 Final Written Decision (536 Patent); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1046 | 01/10/2023 | Exhibit - Ex1046 - U.S. Patent No. 8,081,536; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1045 | 01/10/2023 | Exhibit - Ex1045 - U.S. Patent No. 7,916,574; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1044 | 01/10/2023 | Exhibit - Ex1044 - File History Of U.S. Patent No. 7,916,574; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1043 | 01/10/2023 | Exhibit - Ex1043 - 150 Ipr Certificate; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1042 | 01/10/2023 | Exhibit - Ex1042 - Ipr2015-01020 Final Written Decision (150 Patent); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1041 | 01/10/2023 | Exhibit - Ex1041 - Ipr2014-01011 Final Written Decision (150 Patent); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1040 | 01/10/2023 | Exhibit - Ex1040 - Ipr2014-00882 Final Written Decision (150 Patent); | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | Proceeding Type: Aia Trial; Filing Party: Petitioner | | |
| 1039 | 01/10/2023 | Exhibit - Ex1039 - U.S. Patent No. 7,881,150; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1038 | 01/10/2023 | Exhibit - Ex1038 - 274 Reexamination Certificate 95001337; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1037 | 01/10/2023 | Exhibit - Ex1037 - 274 Reexam Decision; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1036 | 01/10/2023 | Exhibit - Ex1036 - U.S. Patent No. 7,636,274; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1035 | 01/10/2023 | Exhibit - Ex1035 - Ipr Certificate For 537 Patent; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1034 | 01/10/2023 | Exhibit - Ex1034 - Ipr2017-00668 Final Written Decision (537 Patent); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1033 | 01/10/2023 | Exhibit - Ex1033 - Ipr2017-00667 Final Written Decision (537 Patent); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1032 | 01/10/2023 | Exhibit - Ex1032 - U.S. Patent No. 7,532,537; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1031 | 01/10/2023 | Exhibit - Ex1031 - 364 Ipr Certificate; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1030 | 01/10/2023 | Exhibit - Ex1030 - Ipr2017-00549 Final Written Decision (364 Patent); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1029 | 01/10/2023 | Exhibit - Ex1029 - U.S. Patent No. 8,756,364; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1028 | 01/10/2023 | Exhibit - Ex1028 - 627 Reexam Certificate 95001758; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1027 | 01/10/2023 | Exhibit - Ex1027 - 627 Reexam Decision; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1026 | 01/10/2023 | Exhibit - Ex1026 - U.S. Patent No. 7,864,627; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1025 | 01/10/2023 | Exhibit - Ex1025 - 912 Sua Sponte Director Review; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1024 | 01/10/2023 | Exhibit - Ex1024 - 912 Request For Rehearing; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1023 | 01/10/2023 | Exhibit - Ex1023 - 912 Institution Decision; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 1022 | 01/10/2023 | Exhibit - Ex1022 - 912 Pre-Institution Sur-Reply; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1021 | 01/10/2023 | Exhibit - Ex1021 - 912 Pre-Institution Reply; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1020 | 01/10/2023 | Exhibit - Ex1020 - 912 Expert Declaration (Netlist); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1019 | 01/10/2023 | Exhibit - Ex1019 - 912 Preliminary Response; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1018 | 01/10/2023 | Exhibit - Ex1018 - Petition For Inter Partes Review Of U.S. Patent No. 7,619,912; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1017 | 01/10/2023 | Exhibit - Ex1017 - 912 Reexamination Certificate 95001339; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1016 | 01/10/2023 | Exhibit - Ex1016 - 912 Ptab Reexam Decision; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1015 | 01/10/2023 | Exhibit - Ex1015 - U.S. Patent No. 7,619,912; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1014 | 01/10/2023 | Exhibit - Ex1014 - 386 Reexam Certificate 95000546; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1013 | 01/10/2023 | Exhibit - Ex1013 - 386 Ptab Reexam Decision; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1012 | 01/10/2023 | Exhibit - Ex1012 - U.S. Patent No. 7,289,386; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1011 | 01/10/2023 | Exhibit - Ex1011 - U.S. Patent No. 7,286,436; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1010 | 01/10/2023 | Exhibit - Ex1010 - File History Of U.S. Patent No. 7,286,436; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1009 | 01/10/2023 | Exhibit - Ex1009 - U.S. Provisional Application No. 60/590,038; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1008 | 01/10/2023 | Exhibit - Ex1008 - U.S. Provisional Application No. 60/575,595; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1007 | 01/10/2023 | Exhibit - Ex1007 - U.S. Provisional Application No. 60/550,668; | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 1006 | 01/10/2023 | Proceeding Type: Aia Trial; Filing Party: Petitioner Exhibit - Ex1006 - U.S. Provisional Application No. 60/588,244; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1005 | 01/10/2023 | Exhibit - Ex1005 - U.S. Provisional Application No. 60/645,087; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1004 | 01/10/2023 | Exhibit - Ex1004 - Curriculum Vitae Of Dr. Andrew Wolfe; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1003 | 01/10/2023 | Exhibit - Ex1003 - Wolfe Declaration (417 Patent); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1002 | 01/10/2023 | Exhibit - Ex1002 - File History Of US 11,093,417; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1001 | 01/10/2023 | Exhibit - Ex1001 - U.S. Patent No. 11,093,417; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 2 | 01/10/2023 | Notice: Power Of Attorney - Notice : Power Of Attorney; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1 | 01/10/2023 | Petition: As Filed - Petition : As Filed; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |

TO ORDER COPIES OF ANY DOCUMENTS LISTED ABOVE, CALL WESTLAW COURTEXPRESS 1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

End of Document    © 2023 Thomson Reuters. No claim to original U.S. Government Works.