# Exhibit 9

TO ORDER COPIES OF ANY DOCUMENTS LISTED
BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**This docket is current through 12/14/2023**

Today's Date: 12/14/2023
Source: Patent Trial and Appeal Board

| | |
|---|---|
| **Court:** | Patent Trial and Appeal Board |
| **Case Title:** | Samsung Electronics Co., Ltd. Et Al. v. Lee, Hyun |
| **Case:** | IPR2023-00847 |
| **Date Filed:** | 04/27/2023 |
| **Review Type:** | Inter Parties Review |
| **Case Status:** | Decision |

**CASE INFORMATION**

| | |
|---|---|
| **Case Number:** | IPR2023-00847 |
| **Institution Decision Date:** | 12/12/2023 |
| **Patent Grant Date:** | 04/23/2019 |

**PATENT INFORMATION**

### U.S. Pat. No. 10268608

| | |
|---|---|
| **Patent Number:** | U.S. Pat. No. 10268608 |
| **Application Number:** | 15820076 |

**PARTICIPANT INFORMATION**

### Netlist, Inc.

| | |
|---|---|
| **Type:** | Appellant/Po/Respondent |
| **Attorney:** | Honget Al Zhong |

### Samsung Electronics Co., Ltd. Et Al.

| | |
|---|---|
| **Type:** | Requester/Petitioner/Respondent |
| **Attorney:** | Eliotet Al Williams |

### Hyun Lee

| | |
|---|---|
| **Type:** | Inventor |

WESTLAW   © 2023 Thomson Reuters. No claim to original U.S. Government Works.   1

**DOCKET PROCEEDINGS (86)**

| Entry #: | Date: | Description: | | |
|---|---|---|---|---|
| 14 | 12/12/2023 | Order: Other - Order: Scheduling Order; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 13 | 12/12/2023 | Institution Decision: Grant - Institution Decision: Granting Institution Of Inter Partes Review 35 U.S.C. Sec. 314 ; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 1068 | 10/20/2023 | Exhibit - Ex. 1068 - 2023-10-17 - 506 Final Written Decision; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 12 | 10/20/2023 | Notice: Updated Mandatory Notice - Petitioner's Updated Mandatory Notices; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 11 | 10/20/2023 | Notice: Exhibit List - Petitioner's Updated Exhibit List; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 10 | 10/05/2023 | Other: Other - Patent Owner's Pre-Institution Sur-Reply; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 1067 | 09/26/2023 | Exhibit - Ex. 1067 - 2023-08-16 - 035 Rehearing Invalidating Additional Claims; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1066 | 09/26/2023 | Exhibit - Ex. 1066 - 2023-06-20 - 035 Final Written Decision; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1065 | 09/26/2023 | Exhibit - Ex. 1065 - Sotera Stipulation; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 9 | 09/26/2023 | Other: Other - Petitioner's Authorized Reply To Patent Owner's Preliminary Response; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 8 | 09/26/2023 | Notice: Updated Mandatory Notice - Petitioner's Updated Mandatory Notices; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 7 | 09/26/2023 | Notice: Exhibit List - Petitioner's Updated Exhibit List; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 3001 | 09/25/2023 | Exhibit - Exhibit 3001; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 2011 | 09/14/2023 | Exhibit - Ex2011 Ipr2022-00237 Declaration Of Donald Alpert; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2010 | 09/14/2023 | Exhibit - Ex2010 Decision Denying Petitioners Request On Rehearing Of Decision Denying Institution Of Inter Partes Review; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2009 | 09/14/2023 | Exhibit - Ex2009 Petitioner's Request For Rehearing Of Decision Denying Institution; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2008 | 09/14/2023 | Exhibit - Ex2008 Us8713379 (Takefman); Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2007 | 09/14/2023 | Exhibit - Ex2007 Ipr2022-00711 Petition; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2006 | 09/14/2023 | Exhibit - Ex2006 Ipr2022-00237 Decision Denying Institution; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2005 | 09/14/2023 | Exhibit - Ex2005 Ipr2022-00711 Record Of Oral Hearing; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2004 | 09/14/2023 | Exhibit - Ex2004 Us20100312925a1 (Osanai); Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2003 | 09/14/2023 | Exhibit - Ex2003 Ipr2022-00237 Petition; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2002 | 09/14/2023 | Exhibit - Ex2002 Power Of Attorney & Filing Receipt; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 2001 | 09/14/2023 | Exhibit - Ex2001 Nl049-19us_statutory_disclaimer_sb0043; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 6 | 09/14/2023 | Popr: Filed - Patent Owner Preliminary Response; Proceeding Type: Aia Trial; Filing Party: Patent Own | View | Add to request |
| 5 | 06/14/2023 | Notice: Notice Filing Date Accorded - Notice Filing Date Accorded; Proceeding Type: Aia Trial; Filing Party: Board | View | Add to request |
| 1064 | 04/27/2023 | Exhibit - Federal Court Management Statistics (June 30, 2022); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 1063 | 04/27/2023 | Exhibit - Memo By Director Vidal (June 21, 2022); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1058 | 04/27/2023 | Exhibit - 2019-08-00 - Jesd82-32a Ddr4db02 Standard.; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1057 | 04/27/2023 | Exhibit - 2023-01-20 - Netlist's Proposed Second Amended Complaint In Edtx-II; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1056 | 04/27/2023 | Exhibit - 2023-01-20 - Netlist's Motion To Add 608 Patent In Edtx-II; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1055 | 04/27/2023 | Exhibit - 2022-08-15 - Netlist's First Amended Complaint Against Samsung In Edtx-II; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1054 | 04/27/2023 | Exhibit - 2022-08-01 - Complaint Against Samsung In Edtx-II; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1053 | 04/27/2023 | Exhibit - 2022-06-10 - Complaint Against Micron (Txed); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1052 | 04/27/2023 | Exhibit - 16391151 File History; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1051 | 04/27/2023 | Exhibit - 2022-12-29 - Samsung's Objections To Claim Construction In Edtx-I; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1050 | 04/27/2023 | Exhibit - 2022-12-14 - Claim Construction Order In Edtx-I.; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1049 | 04/27/2023 | Exhibit - 2022-09-30 - Joint Claim Construction Chart; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1048 | 04/27/2023 | Exhibit - 2022-08-19 - Joint Claim Construction Statement; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1047 | 04/27/2023 | Exhibit - Ipr2022-00711 - Institution Decision (506 Patent); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1046 | 04/27/2023 | Exhibit - Us10860506; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 1045 | 04/27/2023 | Exhibit - 2022-05-03 - Netlist's Amended Complaint In Edtx-I; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1044 | 04/27/2023 | Exhibit - 2021-12-20 - Netlist's Complaint In Edtx-I; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1041 | 04/27/2023 | Exhibit - Ipr2022-00237 - Institution Decision (608 Patent); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1040 | 04/27/2023 | Exhibit - Ipr2022-00236 - Institution Decision (035 Patent); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1038 | 04/27/2023 | Exhibit - 2022-05-11 - Order Staying Micron Case; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1037 | 04/27/2023 | Exhibit - 2022-04-14 - Joint Claim Construction Statement In Micron Case; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1036 | 04/27/2023 | Exhibit - 2022-02-14 - Order Transferring Micron Case To Austin; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1035 | 04/27/2023 | Exhibit - 2021-04-28 - Netlist Complaint Against Micron (Txwd); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1034 | 04/27/2023 | Exhibit - Us9536579 To Iijima; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1033 | 04/27/2023 | Exhibit - Us5036221 (Brucculeri); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1032 | 04/27/2023 | Exhibit - File History Of U.S. Patent No. 9,824,035; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1031 | 04/27/2023 | Exhibit - U.S. Pat No. 9,824,035; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1030 | 04/27/2023 | Exhibit - Us7036053 To Zumkehr; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1029 | 04/27/2023 | Exhibit - Us20070008791a1 To Butt; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1028 | 04/27/2023 | Exhibit - Us6906555 (Ma); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1027 | 04/27/2023 | Exhibit - Us7808849 To Swain; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 1026 | 04/27/2023 | Exhibit - Us8565033 To Manohararajah; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1025 | 04/27/2023 | Exhibit - US App No. 61676883 - Provisional; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1024 | 04/27/2023 | Exhibit - Us9263103 To Giovannini; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1023 | 04/27/2023 | Exhibit - Microsoft Computer Dictionary; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1022 | 04/27/2023 | Exhibit - Stone Book; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1021 | 04/27/2023 | Exhibit - Jacob - Memory System Cache; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1020 | 04/27/2023 | Exhibit - Jesd 79-3c Ddr3; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1019 | 04/27/2023 | Exhibit - Jesd79-3c (2008) Declaration.; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1018 | 04/27/2023 | Exhibit - Jedec 21-C; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1017 | 04/27/2023 | Exhibit - Jesd21-C (2002) Declaration; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1016 | 04/27/2023 | Exhibit - Us20110062999a1 (Nimaiyar); Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1015 | 04/27/2023 | Exhibit - 2019-06-27 - 907 Final Decision; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1014 | 04/27/2023 | Exhibit - 2017-07-21 - 632 Institution Denied; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1013 | 04/27/2023 | Exhibit - 2017-04-30 - 632 Netlist Popr; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1012 | 04/27/2023 | Exhibit - 2017-01-20 - 632 Petition; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1011 | 04/27/2023 | Exhibit - Us9563587 (Parent) - File History; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1010 | 04/27/2023 | Exhibit - Us9128632 (Parent) - File History - Part 1 (Pages 1-654) ; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1010 | 04/27/2023 | Exhibit - Us9128632 (Parent) - File History - Part 2 (Pages 655-1126) ; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 1009 | 04/27/2023 | Exhibit - Us8566516 To Schakel; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1008 | 04/27/2023 | Exhibit - Us6184701 To Kim; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1007 | 04/27/2023 | Exhibit - Us20060277355 To Ellsberry; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1006 | 04/27/2023 | Exhibit - Us8020022 To Tokuhiro; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1005 | 04/27/2023 | Exhibit - Us20100312956a1 - Hiraishi; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1004 | 04/27/2023 | Exhibit - Cv Of R. Wedig; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1003 | 04/27/2023 | Exhibit - Declaration Of R. Wedig; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1002 | 04/27/2023 | Exhibit - File History Of U.S. Patent No. 10,268,608; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1001 | 04/27/2023 | Exhibit - U.S. Pat No. 10,268,608; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 2 | 04/27/2023 | Notice: Power Of Attorney - Petitioner's Power Of Attorney; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |
| 1 | 04/27/2023 | Petition: As Filed - Petition For Ipr Of US 10,268,608; Proceeding Type: Aia Trial; Filing Party: Petitioner | View | Add to request |

TO ORDER COPIES OF ANY DOCUMENTS LISTED ABOVE, CALL WESTLAW COURTEXPRESS 1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**End of Document** © 2023 Thomson Reuters. No claim to original U.S. Government Works.