IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., § § § *Plaintiff*, § § v. § SAMSUNG ELECTRONICS CO, LTD, *et al.* § § *Defendants*. § | § § § § § § § § § § § | CIVIL ACTION NO. 2:22-CV-00293-JRG (Lead Case) |
| NETLIST, INC., § § *Plaintiff*, § § v. § MICRON TECHNOLOGY, INC., *et al.* § § *Defendants*. § | § § § § § § § § § § § | CIVIL ACTION NO. 2:22-CV-00294-JRG |

## ORDER

The Court previously appointed Mr. Michael Dean Paul as the technical advisor to the Court in the above-captioned case with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. (Dkt. No. 137). The Court has received Mr. Paul's invoice for services through November 9, 2023, in the amount of $15,142.50 and hereby **ORDERS** payment to be promptly made as follows:

Plaintiff: $7,571.25

Defendants: $7,571.25

TOTAL: $15,142.50

**So ORDERED and SIGNED this 21st day of December, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE