# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**NETLIST, INC.'S MOTION REQUESTING MOTION TO COMPEL MICRON TO DE-DESIGNATE TRANSCRIPT OF SCOTT CYR (DKT. 274) AND MOTION TO EXPEDITE (DKT. 279) TO BE HEARD BY THE SPECIAL MASTER, HON. DAVID FOLSOM**

Plaintiff Netlist Inc. ("Netlist") respectfully files this motion requesting that Special Master Hon. David Folsom hear:

(1) Netlist's Motion to Compel Micron Defendants to De-Designate Portions of Deposition Testimony of Scott Cyr filed on December 13, 2023. Dkt. 274 ("Motion to De-designate"); and

(2) Netlist's Motion to Expedite Briefing on Netlist's Motion to Compel Micron Defendants to De-Designate Portions of Deposition Testimony of Scott Cyr filed on December 14, 2023. Dkt. 279 ("Motion to Expedite").

During the conference call on December 21, 2023, Judge Folsom has indicated that he will hear the motions assigned to him on January 5th, and indicated that if Netlist believes Dkt. 274 should be part of that resolution it should move the Court. Judge Folsom has requested the motions he will consider by December 29th.

Under the Protective Order entered in this Action, Netlist's Motion to De-designate and the related Motion to Expedite are discovery-related motions subject to the Federal and Local Rules governing motions to compel. Dkt. 60 ¶ 19. On December 8, 2023, this Court appointed Judge Folsom as a Special Master in this proceeding to conduct a hearing on the parties' pending discovery disputes.[1] Dkt. 269. Neither party objected to the appointment. *Id.*

Micron opposes the assignment to Judge Folsom. The only explicable basis for this is delay.

Netlist's Motion to Dedesignate and the related Motion to Expedite represent a pending discovery dispute between the parties. As detailed in the Motion to De-designate, Netlist has made repeated efforts to get Micron to comply with the Protective Order by properly identifying what, if any, information in Mr. Cyr's transcript was confidential. *See* Dkt. 274 at 6-7. After repeatedly failing to respond, during a lead-to-lead meet and confer, counsel for Micron could not provide any explanation as to why the requested testimony was confidential, instead announcing that it was keeping the designation to prevent the testimony from being presented to the PTAB. *See id.* at 1. Also, time is of the essence in light of the current schedule in the IPR proceedings. *See* Dkt. 279 (Motion to Expedite) at 2.

On November 21, 2023, the Special Master indicated that this issue is not currently within his remit. Accordingly, Netlist requests that Netlist's Motion to De-designate and the related Motion to Expedite be referred to the Special Master for a speedy and efficient resolution.

Dated: December 21, 2023                      Respectfully submitted,

---

[1] Dkt. Nos. 128, 139, 142, 158, 176, 193, 199, 202, 218, 220, 221, 222, 223, 224, 225, and 226.

*/s/ Jason G. Sheasby*
Jason G. Sheasby

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com

**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, Ph.D. (*pro hac vice*)
hzhong@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

Philip Warrick
New York Bar No. 4471413
pwarrick@irell.com

**IRELL & MANELLA LLP**
750 17th Street NW, Suite 850
Washington, DC 20006
Tel. (310) 777-6512
Fax (310) 317-7252

***Attorneys for Plaintiff Netlist, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 21, 2023, a copy of the foregoing was served on all counsel of record.

/s/ *Yanan Zhao*
Yanan Zhao

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on December 21, 2023, the lead and local counsel for both Netlist and Micron joined the conference call with Special Master, Hon. David Folsom. Micron stated that it opposes referring Netlist's motions to de-designate and motion to expedite to the Special Master.

/s/ *Jason Sheasby*
Jason Sheasby