# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-293-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD.; ) | (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, ) | |
| INC.; SAMSUNG SEMICONDUCTOR ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:22-cv-294-JRG |
| ) | |
| MICRON TECHNOLOGY, INC.; ) | JURY TRIAL DEMANDED |
| MICRON SEMICONDUCTOR ) | |
| PRODUCTS, INC.; MICRON ) | |
| TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiff Netlist, Inc.'s Motion Requesting Motion to Compel Micron to De-Designate Transcript of Scott Cyr (Dkt. 274) and Motion to Expedite (Dkt. 279) to Be Heard by the Special Master, Hon. David Folsom.  Having considered the same, the motion is hereby **GRANTED.**

**IT IS SO ORDERED.**