UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>        Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>        Defendants. | Civil Case No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>        Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>        Defendants. | Civil Case No. 2:22-cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## MICRON'S RESPONSE TO NETLIST'S REQUEST FOR MOTIONS DKT. NOS. 274 AND 279 TO BE HEARD BY THE SPECIAL MASTER, HON. DAVID FOLSOM

Defendants ("Micron") hereby respond to Netlist's request for Dkt. Nos. 274 and 279 to be heard by the special master, Hon. David Folsom.  As Micron previously told Judge Folsom and Netlist's counsel: this is a protective order dispute and not a pending discovery dispute as listed in the Court's appointment of certain specified discovery motions to the special master. Dkt. No. 269 (assigning Dkt. Nos. to Judge Folsom).  Micron, however, defers to the Court and Judge Folsom regarding the scope of the referral.  If it helps in making that determination: Micron anticipates filing its responsive brief next week.  The responsive brief will identify how Netlist is improperly using this case to obtain testimony from lay witnesses for use in PTAB claim construction arguments.  This is an improper use of discovery in this case and a violation of the protective order, which states "information … produced pursuant to any discovery request in this Action … shall be used by the Parties only in the litigation of this Action and shall not be used for any other purpose." Dkt. No. 60 at ¶ 5.  Netlist has done this several times throughout this litigation and in another litigation between the parties.  The PTAB has its own discovery procedures that Netlist could have used if warranted in those proceedings.

Date: December 22, 2023

By: */s/ Michael R. Rueckheim*
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
Barry K. Shelton
State Bar No. 24055029
BShelton@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

David P Enzminger (*pro hac vice*)
denzminger@winston.com

1

WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
Ryuk Park (*pro hac vice*)
RPark@winston.com
Matthew R. McCullough
MRMcCullough@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Matthew Hopkins
*Pro Hac Vice*
State Bar No. 1500598
MHopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, DC 20036-3506
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

Juan C. Yaquian
*Pro Hac Vice*
State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Attorneys for Defendants
Micron Technology, Inc.,
Micron Semiconductor Products, Inc., and
Micron Technology Texas, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 22, 2023, the foregoing document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, including counsel of record for Plaintiff Netlist Inc.

*/s/ Michael Rueckheim*
Michael R. Rueckheim
