UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>            Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>        Defendants. | Civil Case No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>            Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>        Defendants. | Civil Case No. 2:22-cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## <u>ORDER</u>

The Court, having considered the briefing on Plaintiff's Request for Motions Dkt. Nos. 274 and 279 to be Heard by the Special Master, Hon. David. Folsom (Dkt. No. 295), Defendants' Response, and any documents attached thereto, is of the opinion that said motion should be **DENIED.**

**IT IS SO ORDERED.**