## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:22-cv-293-JRG |
| | ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., | ) (Lead Case) |
| Defendants. | ) |
| NETLIST, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:22-cv-294-JRG |
| | ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DKT. 271**

Plaintiff Netlist, Inc. ("Netlist") respectfully moves to extend the deadline for Netlist to respond to the motion filed by Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively "Micron") seeking to strike Netlist's November 19, 2023 Supplemental Interrogatory Responses. Netlist requests that the deadline be extended by three (3) days, up to and including December 29, 2023. Netlist requests this extension in light of the holidays. Netlist's counsel has conferred with counsel for Micron and this motion is unopposed. A proposed order is attached.

Dated: December 26, 2023                                  Respectfully submitted,

                                                          */s/ Jason G. Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, Ph.D. (*pro hac vice*)
hzhong@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Netlist, Inc.***

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record by email.

*/s/ Jason G. Sheasby*
Jason G. Sheasby

## **CERTIFICATE OF CONFERENCE**

I hereby certify that the parties met and conferred on December 22, 2023. Micron's counsel stated that it did not oppose Netlist's request to extend the deadline to December 29, 2023.

*/s/ Jason G. Sheasby*
Jason G. Sheasby
