# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-293-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD.; ) | (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, ) | |
| INC.; SAMSUNG SEMICONDUCTOR ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-294-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON ) | |
| SEMICONDUCTOR PRODUCTS, INC.; ) | |
| MICRON TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO SAMSUNG'S MOTION TO STRIKE (DKT. 283)

Plaintiff Netlist, Inc. ("Netlist") respectfully moves for a short extension of deadline for Netlist to respond to the motion filed by Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor Inc. (collectively "Samsung") seeking to strike Netlist's December 12, 2023 Motion for Summary Judgment on Samsung's License Defense. The current deadline is January 2, 2024. In light of the upcoming holidays, Netlist requests that the deadline be extended

by three (3) days, up to and including January 5, 2024. Netlist's counsel has conferred with counsel for Samsung and this motion is unopposed. A proposed order is attached.

Dated: December 26, 2023

Respectfully submitted,

*/s/ Jason G. Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
H. Annita Zhong (*pro hac vice*)
hzhong@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
Michael Harbour (*pro hac vice*)
mharbour@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

Philip Warrick
New York Bar No. 4471413
pwarrick@irell.com

**IRELL & MANELLA LLP**
750 17th Street NW, Suite 850

Washington, DC 20006  
Tel. (310) 777-6512  
Fax (310) 317-7252

***Attorneys for Plaintiff Netlist, Inc.***

### **CERTIFICATE OF SERVICE**

I hereby certify that, on December 26, 2023, a copy of the foregoing was served to all counsel of record via the Court's ECF/CM system.

*/s/ Jason G. Sheasby*  
Jason G. Sheasby

### **CERTIFICATE OF CONFERENCE**

I hereby certify that the parties met and conferred on December 20, 2023. Samsung's counsel stated that it did not oppose Netlist's request to extend the deadline to January 5, 2024.

*/s/ Jason G. Sheasby*  
Jason G. Sheasby