## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:22-cv-293-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; | ) | (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC.; SAMSUNG SEMICONDUCTOR | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:22-cv-294-JRG |
| | ) | |
| MICRON TECHNOLOGY, INC.; MICRON | ) | JURY TRIAL DEMANDED |
| SEMICONDUCTOR PRODUCTS, INC.; | ) | |
| MICRON TECHNOLOGY TEXAS LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT NOTICE TO APPOINT MR. WILLIAM NILSSON AS A CONSULTANT

Plaintiff Netlist, Inc. ("Netlist"), Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., Micron Technology Texas LLC (collectively "Micron"); and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively "Samsung") jointly notify the Court that the parities jointly agree to and do appoint Mr. William Nilsson as a consultant pursuant to Section 6(d) of the Protective Order. Dkt. 60. The parties agree this appointment takes immediate effect upon the signature of authorized counsel below.

Dated: December 26, 2023                Respectfully submitted,

                                        /s/ Jason G. Sheasby

                                        Samuel F. Baxter
                                        Texas State Bar No. 01938000
                                        sbaxter@mckoolsmith.com
                                        Jennifer L. Truelove
                                        Texas State Bar No. 24012906
                                        jtruelove@mckoolsmith.com
                                        **MCKOOL SMITH, P.C.**
                                        104 East Houston Street Suite 300
                                        Marshall, TX 75670
                                        Telephone: (903) 923-9000
                                        Facsimile: (903) 923-9099

                                        Jason G. Sheasby (*pro hac vice*)
                                        jsheasby@irell.com
                                        H. Annita Zhong (*pro hac vice*)
                                        hzhong@irell.com
                                        Andrew J. Strabone (*pro hac vice*)
                                        astrabone@irell.com
                                        Thomas C. Werner (*pro hac vice*)
                                        twerner@irell.com
                                        Yanan Zhao (*pro hac vice*)
                                        yzhao@irell.com
                                        Michael W. Tezyan (*pro hac vice*)
                                        mtezyan@irell.com

                                        **IRELL & MANELLA LLP**
                                        1800 Avenue of the Stars, Suite 900
                                        Los Angeles, CA 90067
                                        Tel. (310) 277-1010
                                        Fax (310) 203-7199

                                        Philip Warrick
                                        New York Bar No. 4471413
                                        pwarrick@irell.com

                                        **IRELL & MANELLA LLP**
                                        750 17th Street NW, Suite 850
                                        Washington, DC 20006
                                        Tel. (310) 777-6512
                                        Fax (310) 317-7252

                                        *Attorneys for Plaintiff Netlist, Inc.*

/s/ Ruffin B. Cordell

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
DC Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO.,
LTD, SAMSUNG ELECTRONICS,**

AMERICA, INC., AND SAMSUNG
SEMICONDUCTOR, INC.


*/s/  Michael R. Rueckheim*

Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Ste 520
Redwood City, CA 9405
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

David Enzminger
*Pro Hac Vice Pending*
DEnzminger@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Matthew Hopkins
*Pro Hac Vice Pending*
mhopkins@winston.com
**WINSTON & STRAWN LLP**
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 282-5862
Facsimile: (202) 282-5100

Juan Yaquian
State Bar No. 24110559
*Pro Hac Vice*

JYaquian@winston.com
**WINSTON & STRAWN LLP**
800 Capital Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

*Attorneys for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., Micron Technology Texas LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 26, 2023, a copy of the foregoing was served to all counsel of record via the Court's ECF/CM system.

/s/ Yanan Zhao
Yanan Zhao