IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO, LTD, *et al.* <br><br> *Defendants*. | CIVIL ACTION NO. 2:22-CV-00293-JRG <br> (Lead Case) |
| NETLIST, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., *et al.* <br><br> *Defendants*. | CIVIL ACTION NO. 2:22-CV-00294-JRG |

## ORDER

Before the Court is Plaintiff Netlist, Inc.'s ("Netlist") Unopposed Motion to Extend Deadline to Respond to Dkt. 271 (the "Motion"). (Dkt. No. 299.) In the Motion, Netlist requests that the deadline to respond to Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC's (collectively "Micron") Motion to Strike Plaintiff's November 19, 2023 Supplemental Response to Interrogatory No. 4 (the "Motion to Strike") (Dkt. No. 271) be extended by three (3) days, up to and including December 29, 2023. (*Id.*) Micron does not oppose this Motion.

Having considered the Motion, and noting that it is unopposed, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, the deadline for Netlist to Respond to Micron's Motion to Strike (Dkt. No. 271) is **extended** up to and including December 29, 2023.

**So Ordered this**

**Dec 28, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE