# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| | § | (Lead Case) |
| SAMSUNG ELECTRONICS CO, LTD, *et al.* | § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00294-JRG |
| MICRON TECHNOLOGY, INC., *et al.* | § | |
| *Defendants*. | § | |

## **ORDER**

Before the Court is Plaintiff Netlist, Inc.'s ("Netlist") Unopposed Motion to Extend Deadline to Respond to Samsung's Motion to Strike (the "Motion"). (Dkt. No. 300.) In the Motion, Netlist requests that the deadline to respond to Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor Inc.'s (collectively "Samsung") Motion to Strike Netlist's Motion for Summary Judgment on Samsung's License Defense (the "Motion to Strike") (Dkt. No. 283) be extended by three (3) days, up to and including January 5, 2024. (*Id.*) Samsung does not oppose this Motion.

Having considered the Motion, and noting that it is unopposed, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, the deadline for Netlist to Respond to Samsung's Motion to Strike (Dkt. No. 283) is **extended** up to and including January 5, 2024.

**So Ordered this**
**Dec 28, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE