# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAMSUNG ELECTRONICS CO., LTD.; ) <br> SAMSUNG ELECTRONICS AMERICA, ) <br> INC.; SAMSUNG SEMICONDUCTOR ) <br> INC., ) <br> ) <br> Defendants. ) | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICRON TECHNOLOGY, INC.; MICRON ) <br> SEMICONDUCTOR PRODUCTS, INC.; ) <br> MICRON TECHNOLOGY TEXAS LLC, ) <br> ) <br> Defendants. ) | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

## ORDER

Before the Court is the parties' Joint Motion to Extend Briefing Schedule in Connection with Samsung's Renewed Motion to Stay (Dkt. 285). After consideration, and noting its unopposed nature, the Motion is **GRANTED**. The parties' briefing schedule is amended as follows:

| Event | Original Deadline | Amended Deadline |
|---|---|---|
| Netlist's response | January 2, 2024 | January 9, 2024 |
| Samsung's reply | January 16, 2024 | January 19, 2024 |