# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

## ORDER

Before the Court is Netlist's Unopposed Motion to Extend Briefing Schedule in Connection with Micron's Motion to Stay (Dkt. 288). After consideration, and noting its unopposed nature, the Motion is **GRANTED**. The parties' briefing schedule is amended as follows:

| Event | Original Deadline | Amended Deadline |
|---|---|---|
| Netlist's response | January 3, 2024 | January 9, 2024 |
| Micron's reply | January 17, 2024 | January 22, 2024 |