# Exhibit 11
## Filed Under Seal

Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Marc E. Masters - State Bar No. 208375
  mmasters@birdmarella.com
David I. Hurwitz - State Bar No. 174632
  dhurwitz@birdmarella.com
Kate S. Shin - State Bar No. 279867
  kshin@birdmarella.com
Christopher J. Lee - State Bar No. 322140
  clee@birdmarella.com
Jong-min Choi - State Bar No. 329474
  jmchoi@birdmarella.com
Joyce J. Choi - State Bar No. 256165
  jchoi@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Samsung
Electronics Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00993-MCS-ADS<br><br>**DEFENDANT SAMSUNG ELECTRONICS CO., LTD.'S STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**<br><br>[Filed Concurrently with (1) Defendant's Opposition; (2) Defendant's Separate Statement of Additional Material Facts; (3) Defendant's Evidentiary Objections to Declarations; (4) [Proposed] Order (5) Declaration of Hyeoksang Yoo and (6) Lee Declaration].<br><br>Assigned to Hon. Mark C. Scarsi<br>Courtroom 7C |

| PLAINTIFF'S ALLEGEDLY UNDISPUTED FACT AND SUPPORTING EVIDENCE | DEFENDANT'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| | of nonfulfillment continued, and Netlist was subject to the cap on how much it could order from Samsung. *See* Choi Decl. ¶ 3, Exh. 2 (Paik Ki Hong deposition testimony) at 48:19-50:6, 54:24-55:10; ¶ 14, Exh. 13 at NL004680 ("2016/early 2017 … limited allocation support" "Need monthly allocation increased to $5M per month"). <br><br> Moreover, this statement is not supported by admissible evidence. *See* Samsung's evidentiary objections to paragraph 3 of the declaration of P.K. Hong. |
| 72. In 2016, Netlist purchased approximately $9 million worth of NAND and DRAM from Samsung. <br><br> C.K. Hong Decl. ¶ 8 | Undisputed |
| 73. In the first half of 2017, Samsung's supply of NAND and DRAM to Netlist was approximately $16 million. <br><br> C.K. Hong Decl. ¶ 8 | Undisputed |
| 74. On March 16, 2017, Samsung | Undisputed as to content of document. |