# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO, LTD, *et al.* § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:22-CV-00293-JRG <br> (Lead Case) |
| NETLIST, INC., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> MICRON TECHNOLOGY, INC., *et al.* § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:22-CV-00294-JRG |

# ORDER

Before the Court is Plaintiff Netlist, Inc. ("Netlist") Unopposed Motion to Extend Briefing Schedule in Connection with Micron's Motion to Stay (the "Motion"). (Dkt. No. 313.) In the Motion, Netlist requests an extension of the parties' briefing deadlines in light of the holidays and upcoming hearings. (*Id.*) The requested extensions are as follows:

| Event | Original Deadline | Proposed Amended Deadline |
|---|---|---|
| Netlist's response | January 3, 2024 | January 9, 2024 |
| Micron's reply | January 17, 2024 | January 22, 2024 |

Having considered the Motion, and noting that it is unopposed, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the briefing deadlines are **extended** as indicated above.

**So ORDERED and SIGNED this 5th day of January, 2024.**

```
_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE
```