**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:22-CV-00293-JRG |
| | § | (Lead Case) |
| SAMSUNG ELECTRONICS CO, LTD, *et al.* | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:22-CV-00294-JRG |
| | § | |
| MICRON TECHNOLOGY, INC., *et al.* | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**<u>ORDER</u>**

Before the Court is Plaintiff Netlist, Inc. ("Netlist") and Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor Inc.'s (collectively "Samsung") Joint Motion to Extend Briefing Schedule in Connection with Samsung's Renewed Motion to Stay (the "Motion"). (Dkt. No. 312.) In the Motion, the parties request an extension of the parties' briefing deadlines in light of the holidays and upcoming hearings. (*Id.*) The requested extensions are as follows:

| Event | Original Deadline | Proposed Amended Deadline |
|---|---|---|
| Netlist's response | January 2, 2024 | January 9, 2024 |
| Samsung's reply | January 16, 2024 | January 19, 2024 |

Having considered the Motion, and noting its joint nature, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the briefing deadlines are **extended** as indicated above.

**So ORDERED and SIGNED this 5th day of January, 2024.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE