# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-293-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; ) | (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, ) | |
| INC.; SAMSUNG SEMICONDUCTOR ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:22-cv-294-JRG |
| ) | |
| MICRON TECHNOLOGY, INC.; MICRON ) | JURY TRIAL DEMANDED |
| SEMICONDUCTOR PRODUCTS, INC.; ) | |
| MICRON TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## UNOPPOSED JOINT MOTION TO AMEND THE EXPERT DISCOVERY DEADLINE

Plaintiff Netlist, Inc. ("Netlist") and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC respectfully requests that the Court amend the Third Amended Docket Control Order (Dkt. No. 205) to extend the deadline to complete expert discovery from January 9 to February 16. Netlist and Micron's requested extension would not require any amendment to the remaining schedule. Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor Inc. do not oppose the requested extension. A proposed order is attached.

| Current Deadline | Amended Deadline | Event |
|---|---|---|
| January 9, 2024 | February 16, 2024 | Deadline to Complete Expert Discovery |

Because this extension does not impact any other dates in the schedule, the parties understand that a showing of good cause is not required. However, good cause for the extension exists to accommodate the scheduling conflicts of Netlist's and Micron's counsel and experts in view of at least the significant overlap with the proceedings in *Netlist, Inc. v. Micron Technology, Inc., et al.*, No. 2:22-cv-203-JRG (E.D. Tex.), the IPR proceedings between the parties, as well as another matter on which Netlist's lead counsel is also servicing as lead counsel (*G+ Communciations, LLC v. Samsung Electronics Co. LTD.*, Civ. Action No. 2:22-CV-00078-JRG), which is set to go to trial in this Court on January 22, 2024. Currently, the parties have agreed that Samsung will depose Dr. Groehn on January 8, Samsung and Micron will depose Mr. Gillingham on January 11, and Samsung will depose Mr. Kennedy and Dr. Mangione-Smith on January 12. The parties will work diligently to find mutually-agreeable dates prior to February 16, 2024 for the remaining witnesses.

Dated: January 7, 2024

Respectfully submitted,

*/s/ Jason G. Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Yanan Zhao (*pro hac vice*)
yzhao@irell.com

Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*


By: /s/    *Daniel A. Tishman*

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
DC Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com

        FISH & RICHARDSON P.C.
        12860 El Camino Real, Ste. 400
        San Diego, CA 92130
        Telephone: (858) 678-5070
        Facsimile: (858) 678-5099

        **ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD, SAMSUNG ELECTRONICS, AMERICA, INC., AND SAMSUNG SEMICONDUCTOR, INC.**

By: /s/ *Michael R. Rueckheim*

        Thomas M. Melsheimer
        State Bar No. 13922550
        TMelsheimer@winston.com

        Natalie Arbaugh
        State Bar No. 24033378
        NArbaugh@winston.com
        WINSTON & STRAWN LLP
        2121 N. Pearl Street, Suite 900
        Dallas, TX 75201
        Telephone: (214) 453-6500
        Facsimile: (214) 453-6400

        David P Enzminger (pro hac vice)
        denzminger@winston.com
        WINSTON & STRAWN LLP
        333 South Grand Avenue, 38th Floor
        Los Angeles, CA 90071-1543
        Telephone: (213) 615-1700
        Facsimile: (213) 615-1750

        Michael R. Rueckheim
        State Bar No. 24081129
        MRueckheim@winston.com
        WINSTON & STRAWN LLP
        255 Shoreline Drive, Suite 520
        Redwood City, CA 94065
        Telephone: (650) 858-6500
        Facsimile: (650) 858-6559

        William M. Logan
        State Bar No. 24106214
        wlogan@winston.com

        Juan C. Yaquian
        *Pro Hac Vice*
        State Bar No. 24110559
        JYaquian@winston.com
        WINSTON & STRAWN LLP
        800 Capital Street, Suite 2400
        Houston, TX 77002-2925
        Telephone: (713) 651-2600
        Facsimile: (713) 651-2700

        Wesley Hill
        State Bar No. 24032294
        wh@wsfirm.com
        Andrea Fair
        State Bar No. 24078488
        andrea@wsfirm.com
        Charles Everingham IV
        State Bar No. 00787447
        ce@wsfirm.com
        WARD, SMITH & HILL, PLLC
        1507 Bill Owens Parkway
        Longview, TX 75604
        Telephone: (903) 757-6400
        Facsimile: (903) 757-2323

        **ATTORNEYS FOR DEFENDANTS MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on January 7, 2024, a copy of the foregoing was served to all counsel of record.

        */s/ Yanan Zhao*
        Yanan Zhao

## **CERTIFICATE OF CONFERENCE**

I hereby certify that the parties met and conferred on the subject matter of this

Motion to Amend the Docket Control Order, and all the parties agree to join the motion.

<u>/s/ Yanan Zhao</u><br>
Yanan Zhao