IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF PHILIP WARRICK IN SUPPORT OF
PLAINTIFF NETLIST, INC.'S OPPOSITION TO MICRON DEFENDANTS'
MOTION TO STRIKE PLAINTIFF'S NOVEMBER 19, 2023
SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4 (DKT. 271)**

- 1 -

I, Philip Warrick, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of New York and have been admitted to practice before this Court. I provide this declaration in support of Netlist's Opposition to Micron's Motion to Strike Plaintiff's November 19, 2023 Supplemental Response to Interrogatory No. 4 (Dkt. 271). I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Micron never provided any analysis of objective evidence (also known as secondary considerations) of non-obviousness in its interrogatory responses, despite being asked to "Set Forth Your Complete Basis for your affirmative defenses" in Netlist Interrogatory No. 14, which would include invalidity contentions as to obviousness and thus objective evidence of non-obviousness as well. *See* Micron's November 14, 2023 Fourth Suppl. Responses and Objections to Netlist's First Set of Amended Interrogatories (Nos. 1-20).

3. As reflected in an email sent by Ms. Yanan Zhao to Micron Counsel on November 16, 2023, Netlist designated Mr. Scott Milton under Fed. R. Civ. P. 30(b)(6) to testify regarding, among other things, Micron Topic #15:

> All facts concerning any secondary considerations of non-obviousness on which You may rely to support the non-obviousness of any Asserted Patent, including, but not limited to, any facts showing that any of the claimed inventions of any Asserted Patent (i) were or have been copied; (ii) satisfied a long felt but unsolved need; (iii) succeeded despite the failure of others to achieve its claims; (iv) were commercially successful; (v) obtained unexpected results; (vi) possessed unexpected properties; (vii) have been licensed to other parties; (viii) were surrounded by skepticism at the time of the alleged invention; or (ix) or were not invented independently by other persons, either before the Named Inventors or at about the same time.

Mr. Milton provided detailed information in notes he prepared on this issue. Milton 11-20-2023 Depo. Tr. Ex. 1.

4. Micron did not seek an extension of the November 20, 2023 deadline for its

opening expert reports, and Micron's opening expert reports did not analyze objective evidence of non-obviousness. *See generally* 2023-11-20 Dr. Harold Stone Opening Rpt ¶¶ 169-172 (noting that " ███████████████████████████████████████████████████████████ ███████████ " at that time).

5.  Micron expert Dr. Harold Stone did address Netlist's contentions regarding objective evidence of non-obviousness in eight pages of his December 21 rebuttal report. Attached as Exhibit 1 is an excerpt of the rebuttal report of Dr. Stone. *See* Ex. 1 (2023-12-21 Stone Rebuttal Rpt.) ¶¶ 439-449; *see also id.* ¶ 439 (noting: "███████████████████████ ███████████████████████████████████████████████████████████████████ ███████████████.").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 29, 2023, in Oranjestad, Aruba.

By */s/ Philip Warrick*
Philip Warrick