# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAMSUNG ELECTRONICS CO, LTD; ) <br> SAMSUNG ELECTRONICS AMERICA, ) <br> INC.; SAMSUNG SEMICONDUCTOR ) <br> INC., ) <br> ) <br> Defendants. ) | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICRON TECHNOLOGY, INC.; ) <br> MICRON SEMICONDUCTOR ) <br> PRODUCTS, INC.; MICRON ) <br> TECHNOLOGY TEXAS LLC, ) <br> ) <br> Defendants. ) | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF NETLIST, INC.'S NOTICE OF NARROWING OF ASSERTED PATENTS FOR PURPOSES OF TRIAL**

Plaintiff Netlist, Inc. ("Netlist") hereby notifies the Court that it will not be proceeding with U.S. Patent No. 9,858,215 (the "'215 patent") at trial. Netlist's technical expert, Dr. William Henry Mangione-Smith, presented a validity analysis of the '215 patent in his rebuttal reports to rebut Defendants' claim that Netlist lacked a good faith basis for defending the validity of the '215 patent.

The following patents, along with their corresponding asserted claims, remain actively asserted against Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc.,

and Samsung Semiconductor, Inc.:

- U.S. Patent No. 7,619,912;

- U.S. Patent No. 11,093,417; and

- U.S. Patent No. 10,268,608.

The following patents, along with their corresponding asserted claims, remain actively asserted against Defendants Micron Technology, Inc.; Micron Semiconductor Products, Inc.; Micron Technology Texas LLC:

- U.S. Patent No. 7,619,912; and

- U.S. Patent No. 11,093,417.

Dated: January 9, 2024

Respectfully submitted,

*/s/ Jason G. Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, Ph.D. (*pro hac vice*)
hzhong@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**

1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

**_Attorneys for Plaintiff Netlist, Inc._**

## CERTIFICATE OF SERVICE

I hereby certify that, on January 9, 2024, a copy of the foregoing was served to all counsel of record.

_/s/ Yanan Zhao_
Yanan Zhao
