IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF NETLIST, INC.'S UNOPPOSED MOTION TO WITHDRAW ITS MOTION TO COMPEL MICRON DEFENDANTS TO DE-DESIGNATE PORTIONS OF DEPOSITION TESTIMONY OF SCOTT CYR (DKT. 274)**

Plaintiff Netlist, Inc. hereby respectfully moves the Court to withdraw its Motion to Compel Micron Defendants to De-Designate Portions of Deposition Testimony of Scott Cyr (Dkt. 274).

Dated: January 10, 2024                     Respectfully submitted,

                              */s/ Jason G. Sheasby*

|  |
|---|
| Samuel F. Baxter  <br>Texas State Bar No. 01938000  <br>sbaxter@mckoolsmith.com  <br>Jennifer L. Truelove  <br>Texas State Bar No. 24012906  <br>jtruelove@mckoolsmith.com  <br>**MCKOOL SMITH, P.C.**  <br>104 East Houston Street Suite 300  <br>Marshall, TX 75670  <br>Telephone: (903) 923-9000  <br>Facsimile: (903) 923-9099  <br>  <br>Jason G. Sheasby (*pro hac vice*)  <br>jsheasby@irell.com  <br>Annita Zhong, Ph.D. (*pro hac vice*)  <br>hzhong@irell.com  <br>Andrew J. Strabone (*pro hac vice*)  <br>astrabone@irell.com  <br>Thomas C. Werner (*pro hac vice*)  <br>twerner@irell.com  <br>Yanan Zhao (*pro hac vice*)  <br>yzhao@irell.com  <br>Michael W. Tezyan (*pro hac vice*)  <br>mtezyan@irell.com  <br>  <br>**IRELL & MANELLA LLP**  <br>1800 Avenue of the Stars, Suite 900  <br>Los Angeles, CA 90067  <br>Tel. (310) 277-1010  <br>Fax (310) 203-7199  <br>  <br>***Attorneys for Plaintiff Netlist, Inc.*** |

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Netlist, Inc. conferred with counsel for Defendants Micron Technology, Inc.; Micron Semiconductor Products, Inc.; and Micron Technology Texas LLC and counsel does not oppose the relief requested herein.

                                                */s/ Yanan Zhao*
                                                Yanan Zhao

### CERTIFICATE OF SERVICE

      I hereby certify that, on January 10, 2024, a copy of the foregoing was served to all counsel of record via the Court's ECF system.

*/s/ Yanan Zhao*
Yanan Zhao
