UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>   Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>   Defendants. | Civil Case No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>   Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>   Defendants. | Civil Case No. 2:22-cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**SAMSUNG'S NOTICE OF SUPPLEMENTAL AUTHORITY**
**RELATING TO ITS MOTION FOR A PROTECTIVE ORDER (Dkt. 193)**

Samsung submits this notice to make the Special Master aware of Netlist's Motion for Partial Summary Judgment on Contract Interpretation ("the Motion") filed on January 8, 2024 in C.D. Cal. A public version of that motion is attached as Exhibit 1. As previously set forth, discovery is closed in the C.D. Cal. proceeding and the court has made clear that no additional evidence would be permitted as part of the proceedings now underway in that court. These proceedings include summary judgment motions filed by both parties on January 8, 2024, with a hearing set on those motions for February 5, 2024. Despite the C.D. Cal. Court's directive, Netlist has used discovery material from this EDTX case in its summary judgment motion it filed on January 8, 2024. *See, e.g.*, Ex. 1 at 11 ("But its corporate representative in East Texas testified to the opposite …"); *id.* at 8 (citing EDTX testimony from Mr. Indong Kim). Use of EDTX discovery outside of the EDTX proceeding is a violation of the governing Protective Order, and Samsung intends to address that separately.

The Motion reveals Netlist's motives in improperly seeking discovery regarding issues related to JDLA breach/termination that are at issue in only C.D. Cal., not here in EDTX.

Date: January 11, 2024                           Respectfully submitted,

                                                */s/ Ruffin B. Cordell*
Melissa R. Smith                                 Ruffin B. Cordell
melissa@gillamsmith.com                          TX Bar No. 04820550
GILLAM & SMITH, LLP                              cordell@fr.com
303 South Washington Ave.                        Michael J. McKeon
Marshall, Texas 75670                            D.C. Bar No. 459780
Telephone: (903) 934-8450                        mckeon@fr.com
Facsimile: (903) 934-9257                        Lauren A. Degnan
                                                 D.C. Bar No. 452421
J. Travis Underwood                              degnan@fr.com
Texas Bar No. 24102587                           Daniel A. Tishman
travis@gillamsmithlaw.com                        DC Bar No. 1013923
GILLAM & SMITH, LLP                              tishman@fr.com

1

102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

Brian R. Nester
DC Bar No. 460225
bnester@cov.com
COVINGTON & BURLING LLP
One CityCenter 850 Tenth Street, N
Washington, DC 20001-4956
Telephone: (202)-662-6000

Alice J. Ahn
CA Bar No. 271399/DC Bar No. 1004350
aahn@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone:  (415) 591-7091
Facsimile:   (415) 955-6571

FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Thomas H. Reger II
reger@fr.com
Texas Bar No. 24032992
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

*Attorneys for Defendants Samsung Electronics Co., Ltd.;*
*Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on January 11, 2024.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A) and by electronic mail.

*/s/ Melissa R. Smith*