# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| | § | (Lead Case) |
| SAMSUNG ELECTRONICS CO, LTD, *et al.* | § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00294-JRG |
| MICRON TECHNOLOGY, INC., *et al.* | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC's (collectively, "Micron") Unopposed Motion to Withdraw as Attorney Vivek K. Krishnan (Dkt. No. 328.), wherein Micron moves for an order withdrawing Vivek K. Krishnan as counsel of record for Micron. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Vivek K. Krishnan is permitted to withdraw as counsel of record for Micron in the above-captioned case. The Clerk of Court is directed to terminate ECF notifications to the aforementioned attorney.

**So ORDERED and SIGNED this 12th day of January, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE