# Exhibit P

| | |
|---|---|
| **Message** | |
| From: | Tae-jin Jeong [tj76.jeong@samsung.com] |
| Sent: | 2/2/2018 2:01:35 PM |
| To: | Sung-han Kim [arniee.kim@samsung.com] |
| CC: | Hyeok-sang Yoo [hsang.yoo@samsung.com]; Kyong-yong Lee [ky1217.lee@samsung.com]; Ye-jin Moon [yejin.moon@samsung.com] |
| Subject: | RE: RE: FW: Regarding the Netlist agreement |
| Attachments: | Joint Development and License Agreement_Signed.pdf |

Group Leader,
The agreement with Netlist is about joint development and the key content is about sharing IP and its deliverables.
Please see below for a summary report of the key points.

1. Parties of the Agreement
   - Netlist and our HQ (Signed by EVP Jung-bae Lee, who was the Leader of the Product Planning Team at the time.) Agreement valid for 5 years starting on November 15, 2015

2. Agreement highlights
   - NRE fees totaling $8M to be supported within 7 years for joint development of NVDIMM-P, and content regarding ownership of IPs arising from the development process. (Patents obtained through joint development is under joint ownership)
   - Netlist to provide NVDIMM-P controller and our company to provide NAND/DRAM for development.
   - 30-day written notice required to terminate the agreement

Thank you.


TJ Jeong


US. NW2 Sales
Samsung Electronics

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SEC003566
Ex. 67

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

----- Original Message -----
**Sender:** Hyeok-sang Yoo <hsang.yoo@samsung.com> Principal Professional/ Sales Group 1(Memory)/ Samsung Electronics
**Date:** 2018-02-02 13:29 (GMT+9)
**Title:** RE: FW: Regarding the Netlist agreement

This information has been confirmed a few minutes ago with the handling person in Planning.
- Planning has already spoken with the Chief in regard to this about the agreement details, etc., and it seems like the head of the corporate business talked about this matter.
- Planning is going to report it to the business director on Monday and get his/her opinion, and then speak with the Chief again.

 * The content below is about the volume per agreement and TJ is preparing a summary of the agreement for a separate report.

(Joint Development & Licence Agreement)

Section 6.    SUPPLY OF COMPONENTS

6.1    Supply by Netlist. Netlist will provide Samsung any NVDIMM-P controller on Samsung's request at a price lower than the price Netlist provides to any other buyer.

6.2    Supply by Samsung. Samsung will supply NAND and DRAM products to Netlist on Netlist's request at a competitive price (*i.e.*, among customers purchasing similar volumes of

----- Original Message -----
**Sender:** Sung-han Kim <arniee.kim@samsung.com> VP/Group Leader/Sales Group 1(Memory)/ Samsung Electronics
**Date:** 2018-02-02 13:21 (GMT+9)
**Title:** FW: Regarding the Netlist agreement

Please refer to the information below.


VP Sung-han Kim (Head of Group 1)
Arnold S. Kim / VP, Sales Group 1

Office : 82-31-208-3764 / 82-10-2046-8943

This email is confidential and privileged. If you are not the intended recipient, you must not view, disseminate, use or copy this email. Kindly notify the sender immediately, and delete this email from your system. Thank you.

----- **Original Message** -----
**Sender:** Yong Hwangbo  <yong.hwangbo@samsung.com> VP/Group Leader/Business Strategy Group(Memory)/
      Samsung Electronics
**Date:** 2018-02-02 11:40 (GMT+9)
**Title:** Regarding the Netlist agreement
**To:** Joo Sun Choi <joosun.choi@samsung.com> Hyun-ki Ji <hyunki.ji@samsung.com>, Sung-han Kim
      <arniee.kim@samsung.com, Ho-jung Kim <hojung4623.kim@samsung.com>


Chief.

This is the part of the agreement related to N company's sales,
and there is an obligation to supply NAND/DRAM at a competitive price if N company makes a request.

You may have already received a report on it and have knowledge of this, but
The quantity for N company has been decreased a lot to the level of '17.1Q $8.2M → 4Q $2.5M,
and the supply price is somewhat higher than other similarly sized company (Smart Modular).
I will report this matter to the business director on Monday next week and will circle back.

Thank you.
Yong Hwangbo


## Section 6. SUPPLY OF COMPONENTS

6.1     Supply by Netlist. Netlist will provide Samsung any NVDIMM-P controller on Samsung's request at a price lower than the price Netlist provides to any other buyer.

6.2     Supply by Samsung. Samsung will supply NAND and DRAM products to Netlist on Netlist's request at a competitive price (*i.e.*, among customers purchasing similar volumes of similar products).

Confidential                                                                                                                SEC003568

Ex. 67

## Section 13. TERM AND TERMINATION

13.1 Term. This Agreement, including the license, shall become effective on the Effective Date and shall remain in effect until the expiration of the Term unless earlier terminated as provided herein.

13.2 Termination. Notwithstanding the Term of this Agreement as set forth in Section 13.1 herein above, the other Party shall have a right to terminate this Agreement upon written notice to a Party if:

1) such Party is in material breach of this Agreement and it is not cured within thirty (30) days period from the other Party's written demand, or as a consequence of the breach the purpose of this Agreement cannot be achieved; or
2) such Party becomes insolvent or files or has a petition filed against it under bankruptcy or insolvency law, makes an assignment for the benefit of creditors or takes any similar action under applicable bankruptcy or insolvency law.

13.3 Effect of Termination. Upon the earlier termination of this Agreement by reason of material breach or insolvency pursuant to Section 13.2 1) and 2) by a Party, all licenses and other rights granted to such defaulting Party pursuant to this Agreement will cease forthwith as of the effective date of such termination; provided, however, that the license granted to the non-defaulting Party will continue in full force and effect. Upon any expiration or termination of this Agreement, each Party shall return all Confidential Information of the other Party in such first Party's possession or under such first Party's control and certify in writing its compliance with such obligation.

**Hyeoksang(Harrison) Yoo**
**America Sales (Consumer & EDP)**
**82-31-208-3733 (O)**
**82-10-8861-9054 (M)**
**hsang.yoo@samsung.com**

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California           )
                              )     S. S.
Los Angeles County            )

      I, Soomi Ko, the undersigned, declare under penalty of perjury that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated <u>Document with Bates No. SEC003566 - SEC003569</u> from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare under penalty of perjury that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare under penalty of perjury that the foregoing is true and correct.

**Description of Translated Documents**

<u>Document with Bates No. SEC003566 - SEC003569</u>

Executed on August 13, 2021

*[signature]*

Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages