# Exhibit U

[redacted]

```
 1        UNITED STATES COURT OF APPEALS, NINTH CIRCUIT
 2
 3   NETLIST INC.,
     a Delaware corporation,
 4
            Plaintiff-Appellee,
 5
     vs.                                     Case No.:  22-55209
 6
     SAMSUNG ELECTRONICS CO., LTD.,
 7   a Korean corporation,
 8          Defendant-Appellant.
 9
10
11
12
13          TRANSCRIPT OF AUDIO-RECORDED ORAL ARGUMENT
14     Before:  M. SMITH and DESAI, Circuit Judges, and AMON,
15                       District Judge
16                       June 8, 2023
17                         1:36 p.m.
18
19
20
21
22   Transcribed By:
     TERRI NESTORE
23   CSR No. 5614, RPR, CRR
24
25   Job No. 6169798

                                                   Page 1
```

```
 1   position, and then Netlist had to go run it down for five
 2   years.
 3              So the breach is determined at the time -- or the
 4   materiality is determined at the time of breach.
 5              But I understand what Your Honor is saying and I
 6   don't think we need to focus too much on that today
 7   because materiality is shown enough by Section 6.2, and I
 8   really do want to get to something that Counsel said about
 9   materiality.
10              JUSTICE SMITH:  And as you consider that, will
11   you respond to what I asked Mr. Yoder:  If we, arguendo,
12   say 6.2 is ambiguous, do we not have to send this back to
13   the district court for a trial?
14              MR. ASHLEY:  No, you do not.
15              And if you look at the Quadrant case, this rule
16   in New York about importing terms, limiting factors, when
17   you have a contract between two sophisticated parties is
18   exalted to such importance -- and I'm going to quote you
19   from Quadrant, quote, Even when there is ambiguity, if
20   parties to a contract omit terms, particularly terms that
21   are readily found in other similar contracts, the
22   inescapable conclusion is that the parties intended the
23   omission.  That's what they told the Delaware Supreme
24   Court on a certified question.
25              So I think even if you think there might be some
```