# Exhibit X

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

FILED
CLERK, U.S. DISTRICT COURT

12/3/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., <br><br> Defendant. | Case No. 8:20-cv-00993-MCS-ADS <br><br> **VERDICT** |

# VERDICT

We answer the questions submitted to us as follows:

**QUESTION NO. 1:**

Did Netlist prove that it suffered damages as a result of Samsung's failure to fulfill Netlist's orders for NAND and DRAM products in breach of Section 6.2 of the JDLA?

_____ Yes   \_\_X\_\_ No

*If your answer to Question No. 1 is "Yes," then proceed to Question No. 2. If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.*

**QUESTION NO. 2:**

What amount of damages did Netlist suffer as a result of Samsung's breach of Section 6.2 of the JDLA?

$_____

*Proceed to Question No. 3.*

**QUESTION NO. 3:**

Did Samsung prove that Netlist failed to use reasonable efforts to reduce or avoid any of the damages included in your answer to Question No. 2?

_____ Yes   _____ No

*If your answer to Question No. 3 is "Yes," then proceed to Question No. 4. If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.*

**QUESTION NO. 4:**

State the amount by which the damages you specified in your answer to Question No. 2 should be reduced.

$_____

*Sign and date this verdict form.*

Dated: 12/3/21                Signed: __REDACTED__
                                          Presiding Juror