# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:22-CV-00293-JRG | |
| § | (Lead Case) | |
| SAMSUNG ELECTRONICS CO, LTD, *et al.* § | | |
| § | | |
| *Defendants*. § | | |

| | | |
|---|---|---|
| NETLIST, INC., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:22-CV-00294-JRG | |
| § | | |
| MICRON TECHNOLOGY, INC., *et al.* § | | |
| § | | |
| *Defendants*. § | | |

## ORDER

Before the Court is Plaintiff Netlist, Inc.'s ("Netlist") Motion to Withdraw its Motion to Compel Micron Defendants to De-Designate Portions of Deposition Testimony of Scott Cyr (the "Motion to Withdraw"). (Dkt. No. 329.) In the Motion to Withdraw, Netlist moves to withdraw its Motion to Compel Micron Defendants to De-Designate Portions of Deposition Testimony of Scott Cyr (Dkt. No. 274) (the "Motion to Compel"). (*Id.*) The Motion to Withdraw is unopposed. (*Id.*)

Having considered the Motion to Withdraw, and noting that it is unopposed, the Court finds that the same should be and hereby is **GRANTED**. Accordingly, Netlist's Motion to Compel (Dkt. No. 274) is **WITHDRAWN**.

**So ORDERED and SIGNED this 12th day of January, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE