UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>    Defendants. | Civil Case No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>    Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>    Defendants. | Civil Case No. 2:22-cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING SAMSUNG'S UNOPPOSED MOTION
UNDER STANDING ORDER TO EXCEED PAGE LIMIT FOR
<u>ATTACHMENTS TO DISCOVERY DISPUTE BRIEFS</u>**

Before the Court is Samsung's Unopposed Motion Under Standing Order To Exceed Page Limit for Attachments to Discovery Dispute Briefs.

Having considered the motion, and for good cause shown, the motion is hereby **GRANTED**.

**IT IS SO ORDERED**.