# Exhibit 23

Select your country or region to find out what content fits your location   Remember for next time?   US / English   Continue

Products   Foundry   Solutions   News & Events   Sustainability   Support   About Us   Global



Module / RDIMM    Overview    Part Finder

# RDIMM parts

Search by part

Filters    84 Results    Reset

**Module / RDIMM**     Overview     Part Finder

| Part Number | DDR | Dimm Type | Density | Rank x Organization | Speed |
|---|---|---|---|---|---|
| ◯ M393A4G40CB3-CWE | DDR4 | RDIMM | 32 GB | 1R x 4 | 3200 Mb |
| ◯ M393A4G43CB4-CWE | DDR4 | RDIMM | 32 GB | 2R x 8 | 3200 Mb |

**Module / RDIMM**   Overview   Part Finder

| Part Number | Type | Form | Capacity | Organization | Speed |
|---|---|---|---|---|---|
| M393A2K40EB3-CWE | DDR4 | RDIMM | 16 GB | 1R x 4 | 3200 Mb |
| M393A2K43EB3-CWE | DDR4 | RDIMM | 16 GB | 2R x 8 | 3200 Mb |
| M393A4G40BB3-CWE | DDR4 | RDIMM | 32 GB | 1R x 4 | 3200 Mb |
| M393A4G43BB4-CWE | DDR4 | RDIMM | 32 GB | 2R x 8 | 3200 Mb |
| M393A4K40EB3-CWE | DDR4 | RDIMM | 32 GB | 2R x 4 | 3200 Mb |
| M393A8G40BB4-CWE | DDR4 | RDIMM | 64 GB | 2R x 4 | 3200 Mb |
| M393AAG40M32-CAE | DDR4 | RDIMM | 128 GB | 4R x 4 | 3200 Mb |
| M393ABG40M52-CAE | DDR4 | RDIMM | 256 GB | 8R x 4 | 3200 Mb |
| M393A1K43DB2-CWE | DDR4 | RDIMM | 8 GB | 1R x 8 | 3200 Mb |

**Module / RDIMM**     Overview     Part Finder

Compare     Export

\* Up to three products are comparable at the same time. Click Export button to compare more than three products.
\* All product specifications reflect internal test results and are subject to variations by the user's system configuration
\* All product images shown are for illustration purposes only and may not be an exact representation of the product
\* Samsung reserves the right to change product images and specifications at any time without notice
\* For further details on product specifications, please contact the sales representative of your region.
   https://semiconductor.samsung.com/support/contact-info/global-network/

# FAQs

## What is RDIMM ECC?

Module / RDIMM     Overview     Part Finder

# Can I use RDIMM instead of UDIMM?

Home    DRAM    Module    **RDIMM**

| Products | Foundry | Solutions | News & Events | Support | About Us |
|---|---|---|---|---|---|
| DRAM | About Samsung Foundry | Overview | News | Overview | Overview |
| SSD | Process Technology | AI | Events | Quality Management | Our Story |
| eStorage | Advanced Package | Server | Tech Blog | Customer Service | Business Area |
| MCP | SAFE™ | Automotive | | Regulatory Information | Executive |
| Automotive Memory | Foundry Events | 5G | **Sustainability** | Product Security Update | Locations |
| Consumer Storage | Manufacturing | Mobile | Highlights | Product Finder | History |
| Processor | Application Specific Service | PC & Gaming | Environment | Technical Resources | Careers |
| Image Sensor | | Display | Labor & Human Rights | Open MPDK | Investor Relations |
| Display IC | Tech Archives | PIM | Corporate Citizenship | Fabrication Process | Ethics |
| Security Solution | US Fab | EUV | Sustainable Supply Chain | Dictionary | Semiconductor Newsroom |
| Power IC | | Pixel Technology | | Consumer Storage Support | |
| LED | | Ultra-High Resolution | | Tools & Software | |
| | | Package | | Documents | |
| | | | | FAQs | |
| | | | | Warranty | |
| | | | | Global Network | |
| | | | | Contact Us | |
| | | | | B2B Workplace | |

Module / RDIMM     Overview     Part Finder

Global / English     Privacy     Legal     Cookies     Accessibility     Sitemap     Copyright© 2023 Samsung. All rights reserved.