# Exhibit 24

Select your country or region to find out what content fits your location          Remember for next time?    US / English          Continue

**Module** / LRDIMM          Overview          Part Finder



Products     Foundry     Solutions     News & Events                    Sustainability     Support     About Us          Global

Module / LRDIMM       Overview       Part Finder

# LRDIMM parts

Search by part

**Filters**    24 Results    Reset

| DDR | Dimm Type | Density | Rank x Organization | Speed | Voltage | Number of Pins | Component Composition |
|---|---|---|---|---|---|---|---|
| All | ○ All | ○ All | ○ All | ○ All | ○ All | ○ All | ○ All |
| DDR4 | ○ RDIMM | ○ 256 GB | ○ 8R x 4 | ○ 3200 Mbps | ○ 1.2 V | ○ 288 | ○ (DDP8G x 4) x 36 |
| | LRDIMM | ○ 128 GB | ○ 4R x 4 | ○ 2933 Mbps | | | ○ (DDP4G x 4) x 36 |
| | | ○ 64 GB | ○ 2R x 4 | ○ 2666 Mbps | | | ○ (DDP2G x 4) x 36 |
| | | ○ 32 GB | | ○ 2400 Mbps | | | ○ (4H 3DS 16G x 4) x 36 |
| | | | | ○ 2133 Mbps | | | ○ (4H 3DS 8G x 4) x 36 |
| | | | | | | | ○ (2G x 4) x 36 |

| ○ Part Number ▾ | DDR ▾ | Dimm Type ▾ | Density ▾ | Rank x Organization ▾ | Speed ▾ | Voltage ▾ | Number of Pins ▾ |
|---|---|---|---|---|---|---|---|
| ○ M386AAG40AM3-CWE | DDR4 | LRDIMM | 128 GB | 4R x 4 | 3200 Mbps | 1.2 V | 288 |
| ○ M386ABG40M51-CAE | DDR4 | LRDIMM | 256 GB | 8R x 4 | 3200 Mbps | 1.2 V | 288 |

**Module /** LRDIMM        Overview        Part Finder

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ○ M386A8K40DM2-CVF | DDR4 | LRDIMM | 64 GB | 4R x 4 | 2933 Mbps | 1.2 V | 288 |
| ○ M386A8K40DM2-CWE | DDR4 | LRDIMM | 64 GB | 4R x 4 | 3200 Mbps | 1.2 V | 288 |
| ○ M386AAG40MMB-CVF | DDR4 | LRDIMM | 128 GB | 4R x 4 | 2933 Mbps | 1.2 V | 288 |
| ○ M386ABG40M5B-CYF | DDR4 | LRDIMM | 256 GB | 8R x 4 | 2933 Mbps | 1.2 V | 288 |
| ○ M386AAG40MM2-CVF | DDR4 | LRDIMM | 128 GB | 4R x 4 | 2933 Mbps | 1.2 V | 288 |
| ○ M386ABG40M50-CYF | DDR4 | LRDIMM | 256 GB | 8R x 4 | 2933 Mbps | 1.2 V | 288 |
| ○ M386A4G40EM2-CPB | DDR4 | LRDIMM | 32 GB | 4R x 4 | 2133 Mbps | 1.2 V | 288 |
| ○ M386A4G40EM2-CRC | DDR4 | LRDIMM | 32 GB | 4R x 4 | 2400 Mbps | 1.2 V | 288 |
| ○ M386A8K40BMB-CPB | DDR4 | LRDIMM | 64 GB | 4R x 4 | 2133 Mbps | 1.2 V | 288 |
| ○ M386A8K40BMB-CRC | DDR4 | LRDIMM | 64 GB | 4R x 4 | 2400 Mbps | 1.2 V | 288 |

( **Compare** )        Export

\* Up to three products are comparable at the same time. Click Export button to compare more than three products.
\* All product specifications reflect internal test results and are subject to variations by the user's system configuration
\* All product images shown are for illustration purposes only and may not be an exact representation of the product
\* Samsung reserves the right to change product images and specifications at any time without notice

**Module** / LRDIMM        Overview        Part Finder

# FAQs

## What is LRDIMM memory?

## Which memory module product is better, RDIMMs or LRDIMMs?

## Can I use LRDIMM instead of RDIMM?

Home    DRAM    Module    **LRDIMM**

**Products**

DRAM
SSD
eStorage
MCP
Automotive Memory
Consumer Storage
Processor
Image Sensor
Display IC
Security Solution
Power IC
LED

**Foundry**

About Samsung Foundry
Process Technology
Advanced Package
SAFE™
Foundry Events
Manufacturing
Application Specific Service
Tech Archives
US Fab

**Solutions**

Overview
AI
Server
Automotive
5G
Mobile
PC & Gaming
Display
PIM
EUV
Pixel Technology
Ultra-High Resolution
Package

**News & Events**

News
Events
Tech Blog

**Sustainability**

Highlights
Environment
Labor & Human Rights
Corporate Citizenship
Sustainable Supply Chain

**Support**

Overview
Quality Management
Customer Service
Regulatory Information
Product Security Update
Product Finder
Technical Resources
Open MPDK
Fabrication Process
Dictionary
Consumer Storage Support
Tools & Software
Documents
FAQs
Warranty
Global Network

**About Us**

Overview
Our Story
Business Area
Executive
Locations
History
Careers
Investor Relations
Ethics
Semiconductor Newsroom

Module / LRDIMM          Overview          Part Finder

Global / English          Privacy     Legal     Cookies     Accessibility     Sitemap          Copyright© 2023 Samsung. All rights reserved.

Stay in the loop?

Semiconductor Newsroom