# Exhibit 25

Rev. 1.31, Mar. 2017

**M393A2K43BB1**

# 288pin Registered DIMM based on 8Gb B-die

78FBGA with Lead-Free & Halogen-Free (RoHS compliant)

datasheet

SAMSUNG ELECTRONICS RESERVES THE RIGHT TO CHANGE PRODUCTS, INFORMATION AND SPECIFICATIONS WITHOUT NOTICE.

Products and specifications discussed herein are for reference purposes only. All information discussed herein is provided on an "AS IS" basis, without warranties of any kind.

This document and all information discussed herein remain the sole and exclusive property of Samsung Electronics. No license of any patent, copyright, mask work, trademark or any other intellectual property right is granted by one party to the other party under this document, by implication, estoppel or otherwise.

Samsung products are not intended for use in life support, critical care, medical, safety equipment, or similar applications where product failure could result in loss of life or personal or physical harm, or any military or defense application, or any governmental procurement to which special terms or provisions may apply.

For updates or additional information about Samsung products, contact your nearest Samsung office.

All brand names, trademarks and registered trademarks belong to their respective owners.

(c) 2017 Samsung Electronics Co., Ltd.   All rights reserved.



**SAMSUNG**

SAM-NET-293_00015875

**Registered DIMM**    *datasheet*    **DDR4 SDRAM**

# Revision History

| Revision No. | History | Draft Date | Remark | Editor |
|---|---|---|---|---|
| 1.0 | - First SPEC Release | Apr. 2015 | - | J.Y.Lee |
| 1.1 | – Change of IDD value on page 24 | 3th Feb. 2016 | - | J.Y.Lee |
|  | – Change of 8.1 Timing & Capacitance values (tACT) on page 9 |  |  |  |
|  | – Change of Physical Dimensions (Module Thickness) on page 37 |  |  |  |
| 1.2 | - Addition of DDR4-2666 | 7th Apr. 2016 | - | J.Y.Lee |
| 1.21 | - Correction of typo | 5th Jul. 2016 | - | J.Y.Lee |
| 1.3 | – Addition of IDD value (M393A2K43BB1-CTD) on page 24 | 13th Sep. 2016 | - | J.Y.Lee |
| 1.31 | - Correction of typo | 22th Mar. 2017 | - | J.Y.Lee |

**SAMSUNG**

SAM-NET-293_00015876

# Table Of Contents

## 288pin Registered DIMM  based on 8Gb B-die

1. DDR4 Registered DIMM Ordering Information ................................................................................................4

2. Key Features.................................................................................................................................................4

3. Address Configuration ...................................................................................................................................4

4. Registered DIMM Pin Configurations (Front side/Back side)..............................................................................5

5. Pin Description .............................................................................................................................................6

6. ON DIMM Thermal Sensor .............................................................................................................................6

7. Input/Output Functional Description................................................................................................................7

8. Registering Clock Driver Specification.............................................................................................................9
   8.1 Timing & Capacitance Values ....................................................................................................................9
   8.2 Clock Driver Characteristics ......................................................................................................................9

9. Function Block Diagram: ..............................................................................................................................10
   9.1 16GB, 2Gx72 Module (Populated as 2 rank of x8 DDR4 SDRAMs) ..............................................................10

10. Absolute Maximum Ratings .........................................................................................................................12
    10.1 Absolute Maximum DC Ratings ..............................................................................................................12

11. AC & DC Operating Conditions....................................................................................................................12
    11.1 Recommended DC Operating Conditions .................................................................................................12

12. AC & DC Input Measurement Levels .............................................................................................................13
    12.1 AC & DC Logic Input Levels for Single-Ended Signals ...............................................................................13
    12.2 AC and DC Input Measurement Levels : VREF Tolerances..........................................................................13
    12.3 AC and DC Logic Input Levels for Differential Signals ...............................................................................14
       12.3.1. Differential Signals Definition ..........................................................................................................14
       12.3.2. Differential Swing Requirements for Clock (CK_t - CK_c) .....................................................................14
       12.3.3. Single-ended Requirements for Differential Signals ............................................................................15
    12.4 Slew Rate Definitions ............................................................................................................................16
       12.4.1. Slew Rate Definitions for Differential Input Signals ( CK ) ...................................................................16
    12.5 Differential Input Cross Point Voltage ......................................................................................................17
    12.6 Single-ended AC & DC Output Levels.......................................................................................................18
    12.7 Differential AC & DC Output Levels..........................................................................................................18
    12.8 Single-ended Output Slew Rate ..............................................................................................................18
    12.9 Differential Output Slew Rate .................................................................................................................19
    12.10 Single-ended AC & DC Output Levels of Connectivity Test Mode ..............................................................20
    12.11 Test Load for Connectivity Test Mode Timing .........................................................................................20

13. DIMM IDD Specification Definition ...............................................................................................................21

14. IDD SPEC Table ........................................................................................................................................24

15. Input/Output Capacitance ..........................................................................................................................26

16. Electrical Characterisitics and AC Timing .....................................................................................................27
    16.1 Speed Bins and CL, tRCD, tRP, tRC and tRAS for Corresponding Bin .........................................................27
    16.2 Speed Bin Table Note ...........................................................................................................................32

17. Timing Parameters by Speed Grade .............................................................................................................33

18. Physical Dimensions...................................................................................................................................39
    18.1 1Gx8 based 2Gx72 Module (2 Ranks) - M393A2K43BB1 .........................................................................39
       18.1.1. 2Gx72 DIMM, populated as two physical rank of x8 DDR4 SDRAMs .....................................................39



SAM-NET-293_00015877

# 1. DDR4 Registered DIMM Ordering Information

| Part Number[2] | Density | Organization | Component Composition[1] | Number of Rank | Height |
|---|---|---|---|---|---|
| M393A2K43BB1-CPB/RC/TD | 16GB | 2Gx72 | 1Gx8(K4A8G085WB-BC##)*18 | 2 | 31.25mm |

NOTE :
1. "##" - PB/RC/TD
2. PB(2133Mbps 15-15-15)/RC(2400Mbps 17-17-17)/TD(2666Mbps 19-19-19)
  - DDR4-2666(19-19-19) is backward compatible to DDR4-2400(17-17-17)

# 2. Key Features

| Speed | DDR4-1600 | DDR4-1866 | DDR4-2133 | DDR4-2400 | DDR4-2666 | Unit |
|---|---|---|---|---|---|---|
| | 11-11-11 | 13-13-13 | 15-15-15 | 17-17-17 | 19-19-19 | |
| tCK(min) | 1.25 | 1.071 | 0.937 | 0.833 | 0.75 | ns |
| CAS Latency | 11 | 13 | 15 | 17 | 19 | nCK |
| tRCD(min) | 13.75 | 13.92 | 14.06 | 14.16 | 14.25 | ns |
| tRP(min) | 13.75 | 13.92 | 14.06 | 14.16 | 14.25 | ns |
| tRAS(min) | 35 | 34 | 33 | 32 | 32 | ns |
| tRC(min) | 48.75 | 47.92 | 47.06 | 46.16 | 46.25 | ns |

- JEDEC standard 1.2V ± 0.06V Power Supply
- $V_{DDQ}$ = 1.2V ± 0.06V
- 800 MHz $f_{CK}$ for 1600Mb/sec/pin,933 MHz $f_{CK}$ for 1866Mb/sec/pin, 1067MHz $f_{CK}$ for 2133Mb/sec/pin,1200MHz $f_{CK}$ for 2400Mb/sec/pin,1333MHz $f_{CK}$ for 2666Mb/sec/pin
- 16 Banks (4 Bank Groups)
- Programmable CAS Latency: 10,11,12,13,14,15,16,17,18,19,20
- Programmable Additive Latency (Posted CAS) : 0, CL - 2, or CL - 1 clock
- Programmable CAS Write Latency (CWL) = 9,11 (DDR4-1600) , 10,12 (DDR4-1866) , 11,14 (DDR4-2133), 12,16 (DDR4-2400) and 14,18 (DDR4-2666)
- Burst Length: 8 , 4 with tCCD = 4 which does not allow seamless read or write [either On the fly using A12 or MRS]
- Bi-directional Differential Data Strobe
- On Die Termination using ODT pin
- Average Refresh Period 7.8us at lower then $T_{CASE}$ 85°C, 3.9us at 85°C < $T_{CASE}$ ≤ 95°C
- Asynchronous Reset

# 3. Address Configuration

| Organization | Row Address | Column Address | Bank Group Address | Bank Address | Auto Precharge |
|---|---|---|---|---|---|
| 1Gx8(8Gb) based Module | A0-A15 | A0-A9 | BG0-BG1 | BA0-BA1 | A10/AP |

**SAMSUNG**

SAM-NET-293_00015878

Rev. 1.31

Registered DIMM

datasheet

**DDR4 SDRAM**

## 4. Registered DIMM Pin Configurations (Front side/Back side)

| Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12V³,NC | 145 | 12V³,NC | 40 | TDQS12_t, DQS12_t | 184 | VSS | 78 | EVENT_n | 222 | PARITY | 117 | DQ52 | 261 | VSS |
| 2 | VSS | 146 | VREFCA | 41 | TDQS12_c, DQS12_c | 185 | DQS3_c | 79 | A0 | 223 | VDD | 118 | VSS | 262 | DQ53 |
| 3 | DQ4 | 147 | VSS | 42 | VSS | 186 | DQS3_t | 80 | VDD | 224 | BA1 | 119 | DQ48 | 263 | VSS |
| 4 | VSS | 148 | DQ5 | 43 | DQ30 | 187 | VSS | 81 | BA0 | 225 | A10/AP | 120 | VSS | 264 | DQ49 |
| 5 | DQ0 | 149 | VSS | 44 | VSS | 188 | DQ31 | 82 | RAS_n/A16 | 226 | VDD | 121 | TDQS15_t, DQS15_t | 265 | VSS |
| 6 | VSS | 150 | DQ1 | 45 | DQ26 | 189 | VSS | 83 | VDD | 227 | RFU | 122 | TDQS15_c, DQS15_c | 266 | DQS6_c |
| 7 | TDQS9_t, DQS9_t | 151 | VSS | 46 | VSS | 190 | DQ27 | 84 | S0_n | 228 | WE_n/A14 | 123 | VSS | 267 | DQS6_t |
| 8 | TDQS9_c, DQS9_c | 152 | DQS0_c | 47 | CB4 | 191 | VSS | 85 | VDD | 229 | VDD | 124 | DQ54 | 268 | VSS |
| 9 | VSS | 153 | DQS0_t | 48 | VSS | 192 | CB5 | 86 | CAS_n/A15 | 230 | NC | 125 | VSS | 269 | DQ55 |
| 10 | DQ6 | 154 | VSS | 49 | CB0 | 193 | VSS | 87 | ODT0 | 231 | VDD | 126 | DQ50 | 270 | VSS |
| 11 | VSS | 155 | DQ7 | 50 | VSS | 194 | CB1 | 88 | VDD | 232 | A13 | 127 | VSS | 271 | DQ51 |
| 12 | DQ2 | 156 | VSS | 51 | TDQS17_t, DQS17_t | 195 | VSS | 89 | S1_n | 233 | VDD | 128 | DQ60 | 272 | VSS |
| 13 | VSS | 157 | DQ3 | 52 | TDQS17_c, DQS17_c | 196 | DQS8_c | 90 | VDD | 234 | A17 | 129 | VSS | 273 | DQ61 |
| 14 | DQ12 | 158 | VSS | 53 | VSS | 197 | DQS8_t | 91 | ODT1 | 235 | NC,C2 | 130 | DQ56 | 274 | VSS |
| 15 | VSS | 159 | DQ13 | 54 | CB6 | 198 | VSS | 92 | VDD | 236 | VDD | 131 | VSS | 275 | DQ57 |
| 16 | DQ8 | 160 | VSS | 55 | VSS | 199 | CB7 | 93 | C0,CS2_n,NC | 237 | NC,CS3_c,C1 | 132 | TDQS16_t, DQS16_t | 276 | VSS |
| 17 | VSS | 161 | DQ9 | 56 | CB2 | 200 | VSS | 94 | VSS | 238 | SA2 | 133 | TDQS16_c, DQS16_c | 277 | DQS7_c |
| 18 | TDQS10_t, DQS10_t | 162 | VSS | 57 | VSS | 201 | CB3 | 95 | DQ36 | 239 | VSS | 134 | VSS | 278 | DQS7_t |
| 19 | TDQS10_c, DQS10_c | 163 | DQS1_c | 58 | RESET_n | 202 | VSS | 96 | VSS | 240 | DQ37 | 135 | DQ62 | 279 | VSS |
| 20 | VSS | 164 | DQS1_t | 59 | VDD | 203 | CKE1 | 97 | DQ32 | 241 | VSS | 136 | VSS | 280 | DQ63 |
| 21 | DQ14 | 165 | VSS | 60 | CKE0 | 204 | VDD | 98 | VSS | 242 | DQ33 | 137 | DQ58 | 281 | VSS |
| 22 | VSS | 166 | DQ15 | 61 | VDD | 205 | RFU | 99 | TDQS13_t, DQS13_t | 243 | VSS | 138 | VSS | 282 | DQ59 |
| 23 | DQ10 | 167 | VSS | 62 | ACT_n | 206 | VDD | 100 | TDQS13_c, DQS13_c | 244 | DQS4_c | 139 | SA0 | 283 | VSS |
| 24 | VSS | 168 | DQ11 | 63 | BG0 | 207 | BG1 | 101 | VSS | 245 | DQS4_t | 140 | SA1 | 284 | VDDSPD |
| 25 | DQ20 | 169 | VSS | 64 | VDD | 208 | ALERT_n | 102 | DQ38 | 246 | VSS | 141 | SCL | 285 | SDA |
| 26 | VSS | 170 | DQ21 | 65 | A12/BC_n | 209 | VDD | 103 | VSS | 247 | DQ39 | 142 | VPP | 286 | VPP |
| 27 | DQ16 | 171 | VSS | 66 | A9 | 210 | A11 | 104 | DQ34 | 248 | VSS | 143 | VPP | 287 | VPP |
| 28 | VSS | 172 | DQ17 | 67 | VDD | 211 | A7 | 105 | VSS | 249 | DQ35 | 144 | RFU | 288 | VPP⁴ |
| 29 | TDQS11_t, DQS11_t | 173 | VSS | 68 | A8 | 212 | VDD | 106 | DQ44 | 250 | VSS | | | | |
| 30 | TDQS11_c, DQS11_c | 174 | DQS2_c | 69 | A6 | 213 | A5 | 107 | VSS | 251 | DQ45 | | | | |
| 31 | VSS | 175 | DQS2_t | 70 | VDD | 214 | A4 | 108 | DQ40 | 252 | VSS | | | | |
| 32 | DQ22 | 176 | VSS | 71 | A3 | 215 | VDD | 109 | VSS | 253 | DQ41 | | | | |
| 33 | VSS | 177 | DQ23 | 72 | A1 | 216 | A2 | 110 | TDQS14_t, DQS14_t | 254 | VSS | | | | |
| 34 | DQ18 | 178 | VSS | 73 | VDD | 217 | VDD | 111 | TDQS14_c, DQS14_c | 255 | DQS5_c | | | | |
| 35 | VSS | 179 | DQ19 | 74 | CK0_t | 218 | CK1_t | 112 | VSS | 256 | DQS5_t | | | | |
| 36 | DQ28 | 180 | VSS | 75 | CK0_c | 219 | CK1_c | 113 | DQ46 | 257 | VSS | | | | |
| 37 | VSS | 181 | DQ29 | 76 | VDD | 220 | VDD | 114 | VSS | 258 | DQ47 | | | | |
| 38 | DQ24 | 182 | VSS | 77 | VTT | 221 | VTT | 115 | DQ42 | 259 | VSS | | | | |
| 39 | VSS | 183 | DQ25 | | KEY | | | 116 | VSS | 260 | DQ43 | | | | |

**NOTE:**
1. VPP is 2.5V DC
2. Pin 230 is defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pin 230 is defined as SAVE_n for NVDIMMs.
3. Pins 1 and 145 are defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pins 1 and 145 are defined as 12V for Hybrid /NVDIMM
4. The 5th VPP is required on all modules. DIMMs.

- 5 -

**SAMSUNG**

# 5. Pin Description

| Pin Name | Description | Pin Name | Description |
|---|---|---|---|
| A0–A17[1] | Register address input | SCL | I2C serial bus clock for SPD/TS and register |
| BA0, BA1 | Register bank select input | SDA | I2C serial bus data line for SPD/TS and register |
| BG0, BG1 | Register bank group select input | SA0–SA2 | I2C slave address select for SPD/TS and register |
| RAS_n[2] | Register row address strobe input | PAR | Register parity input |
| CAS_n[3] | Register column address strobe input | VDD | SDRAM core power supply |
| WE_n[4] | Register write enable input | VPP | SDRAM activating power supply |
| CS0_n, CS1_n, CS2_n, CS3_n | DIMM Rank Select Lines input | VREFCA | SDRAM command/address reference supply |
| CKE0, CKE1 | Register clock enable lines input | VSS | Power supply return (ground) |
| ODT0, ODT1 | Register on-die termination control lines input | VDDSPD | Serial SPD/TS positive power supply |
| ACT_n | Register input for activate input | ALERT_n | Register ALERT_n output |
| DQ0–DQ63 | DIMM memory data bus | RESET_n | Set Register and SDRAMs to a Known State |
| CB0–CB7 | DIMM ECC check bits | EVENT_n | SPD signals a thermal event has occurred |
| DQS0_t– DQS17_t | Data Buffer data strobes (positive line of differential pair) | VTT | SDRAM I/O termination supply |
| DQS0_c– DQS17_c | Data Buffer data strobes (negative line of differential pair) | RFU | Reserved for future use |
| CK0_t, CK1_t | Register clock input (positive line of differential pair) | | |
| CK0_c, CK1_c | Register clocks input (negative line of differential pair) | | |

**NOTE :**
1. Address A17 is only valid for 16 Gb x4 based SDRAMs.
2. RAS_n is a multiplexed function with A16.
3. CAS_n is a multiplexed function with A15.
4. WE_n is a multiplexed function with A14.

# 6. ON DIMM Thermal Sensor



**NOTE :** 1. All Samsung RDIMM support Thermal sensor on DIMM

**[ Table 1 ] Temperature Sensor Characteristics**

| Grade | Range | Temperature Sensor Accuracy | | | Units | NOTE |
|---|---|---|---|---|---|---|
| | | Min. | Typ. | Max. | | |
| B | 75 < Ta < 95 | - | +/- 0.5 | +/- 1.0 | °C | - |
| | 40 < Ta < 125 | - | +/- 1.0 | +/- 2.0 | | - |
| | -20 < Ta < 125 | - | +/- 2.0 | +/- 3.0 | | - |
| Resolution | | | 0.25 | | °C /LSB | - |

**SAMSUNG**

SAM-NET-293_00015880

Rev. 1.45 Apr. 2017

M393A1G40EB1
M393A1G40EB2
M393A1G43EB1
M393A2G40EB1
M393A2G40EB2

# 288pin Registered DIMM based on 4Gb E-die

78FBGA with Lead-Free & Halogen-Free (RoHS compliant)

# datasheet

SAMSUNG ELECTRONICS RESERVES THE RIGHT TO CHANGE PRODUCTS, INFORMATION AND SPECIFICATIONS WITHOUT NOTICE.

Products and specifications discussed herein are for reference purposes only. All information discussed herein is provided on an "AS IS" basis, without warranties of any kind.

This document and all information discussed herein remain the sole and exclusive property of Samsung Electronics. No license of any patent, copyright, mask work, trademark or any other intellectual property right is granted by one party to the other party under this document, by implication, estoppel or otherwise.

Samsung products are not intended for use in life support, critical care, medical, safety equipment, or similar applications where product failure could result in loss of life or personal or physical harm, or any military or defense application, or any governmental procurement to which special terms or provisions may apply.

For updates or additional information about Samsung products, contact your nearest Samsung office.

All brand names, trademarks and registered trademarks belong to their respective owners.

© 2017 Samsung Electronics Co., Ltd.   All rights reserved.

배지영051039801252191142 20170424181937



**SAMSUNG**

0469149302557 7

SAM-NET-293_00015914

**Registered DIMM**                    datasheet                    **DDR4 SDRAM**

# Revision History

| Revision No. | History | Draft Date | Remark | Editor |
|---|---|---|---|---|
| 1.0 | - First SPEC Release | 19th Oct.2015 | - | J.Y.Lee |
| 1.1 | - Change of IDD value on page 27~28 | 2nd Feb.2016 | - | J.Y.Lee |
| | - Change of 8.1 Timing & Capacitance values (tACT) on page 9 | | | |
| | - Change of Physical Dimensions (Module Thickness) on page 41~43 | | | |
| 1.2 | - Addition of DDR4-2666 | 7th Apr.2016 | - | J.Y.Lee |
| 1.21 | - Correction of Physical Dimensions on page 44~45 | 18th May.2016 | - | J.Y.Lee |
| 1.3 | - Correction of Typo | 10th Sep.2016 | - | J.Y.Lee |
| 1.4 | - Addition of IDD value on page 28~31 ( M393A5143EB0-CRC, M393A5143EB1-CTD, M393A1G40EB2-CTD, M393A1G43EB1-CTD, M393A2G40EB2-CTD) | 20th Sep.2016 | - | J.Y.Lee |
| 1.41 | - Correction of Typo | 2nd Nov.2016 | - | J.Y.Lee |
| 1.42 | - Correction of Typo | 16th Mar.2017 | - | J.Y.Lee |
| 1.43 | - Change Physical dimension for M393A2G40EB1 and M393A2G40EB2. | 24th Apr, 2017 | Final | J.Y.Bae |

**SAMSUNG**

0466914930255577

배지영051039801252119142 20170424181937

SAM-NET-293_00015915

Case 2:22-cv-00293-JRG    Document 386-7    Filed 01/24/24    Page 11 of 56 PageID #: 43
32109

Registered DIMM

datasheet

**DDR4 SDRAM**

Rev. 1.43

# Table Of Contents

## 288pin Registered DIMM  based on 4Gb E-die

1. DDR4 Registered DIMM Ordering Information ................................................................................4

2. Key Features..................................................................................................................................4

3. Address Configuration ..................................................................................................................4

4. Registered DIMM Pin Configurations (Front side/Back side)........................................................5

5. Pin Description ..............................................................................................................................6

6. ON DIMM Thermal Sensor ...........................................................................................................6

7. Input/Output Functional Description .............................................................................................7

8. Registering Clock Driver Specification .........................................................................................9
   8.1 Timing & Capacitance values ...................................................................................................9
   8.2 Clock driver Characteristics .....................................................................................................9

9. Function Block Diagram: ............................................................................................................10
   9.1 8GB, 1Gx72 Module (Populated as 1 rank of x4 DDR4 SDRAMs) ........................................10
   9.2 8GB, 1Gx72 Module (Populated as 2 ranks of x8 DDR4 SDRAMs) ......................................11
   9.3 16GB, 2Gx72 Module (Populated as 2 ranks of x4 DDR4 SDRAMs) ....................................13

10. Absolute Maximum Ratings ......................................................................................................15
    10.1 Absolute Maximum DC Ratings ...........................................................................................15

11. AC & DC Operating Conditions.................................................................................................15
    11.1 Recommended DC Operating Conditions .............................................................................15

12. AC & DC Input Measurement Levels ........................................................................................16
    12.1 AC & DC Logic Input Levels for Single-Ended Signals ........................................................16
    12.2 AC and DC Input Measurement Levels : VREF Tolerances..................................................16
    12.3 AC and DC Logic Input Levels for Differential Signals .........................................................17
       12.3.1. Differential Signals Definition .......................................................................................17
       12.3.2. Differential Swing Requirements for Clock (CK_t - CK_c) ............................................17
       12.3.3. Single-ended Requirements for Differential Signals .....................................................18
    12.4 Slew Rate Definitions ...........................................................................................................19
       12.4.1. Slew Rate Definitions for Differential Input Signals ( CK ) ...........................................19
    12.5 Differential Input Cross Point Voltage...................................................................................20
    12.6 Single-ended AC & DC Output Levels...................................................................................21
    12.7 Differential AC & DC Output Levels......................................................................................21
    12.8 Single-ended Output Slew Rate ...........................................................................................21
    12.9 Differential Output Slew Rate ...............................................................................................22
    12.10 Single-ended AC & DC Output Levels of Connectivity Test Mode ......................................23
    12.11 Test Load for Connectivity Test Mode Timing .....................................................................23

13. DIMM IDD Specification Definition ...........................................................................................24

14. IDD SPEC Table .......................................................................................................................27

15. Input/Output Capacitance .........................................................................................................31

16. Electrical Characterisitics and AC Timing .................................................................................32
    16.1 Speed Bins and CL, tRCD, tRP, tRC and tRAS for Corresponding Bin ...............................32
    16.2 Speed Bin Table Note ..........................................................................................................37

17. Timing Parameters by Speed Grade .........................................................................................38

18. Physical Dimensions.................................................................................................................44
    18.1 1Gx4 based 1Gx72 Module (1 Rank) - M393A1G40EB1/M393A1G40EB2..........................44
       18.1.1. x72 DIMM, populated as one physical rank of x4 DDR4 SDRAMs ...............................44
    18.2 512Mx8 based 1Gx72 Module (2 Ranks) - M393A1G43EB1................................................45
       18.2.1. x72 DIMM, populated as two physical ranks of x8 DDR4 SDRAMs ..............................45
    18.3 1Gbx4 based 2Gx72 Module (2 Ranks) - M393A2G40EB1 .................................................46
       18.3.1. x72 DIMM, populated as two physical ranks of x4 DDR4 SDRAMs ..............................46
    18.4 1Gbx4 based 2Gx72 Module (2 Ranks) - M393A2G40EB2 .................................................47
       18.4.1. x72 DIMM, populated as two physical ranks of x4 DDR4 SDRAMs ..............................47

배지영051039801252119142 20170424181937



**SAMSUNG**
0469149025577
SAM-NET-293_00015916

**Registered DIMM**                                        **DDR4 SDRAM**

# 1. DDR4 Registered DIMM Ordering Information

| Part Number[2] | Density | Organization | Component Composition[1] | Number of Rank | Height |
|---|---|---|---|---|---|
| M393A1G40EB1-CPB/RC M393A1G40EB2-CTD | 8GB | 1Gx72 | 1Gx4(K4A4G045WE-BC##)*18 | 1 | 31.25mm |
| M393A1G43EB1-CPB/RC/TD | 8GB | 1Gx72 | 512Mx8(K4A4G085WE-BC##)*18 | 2 | 31.25mm |
| M393A2G40EB1-CPB/RC M393A2G40EB2-CTD | 16GB | 2Gx72 | 1Gx4(K4A4G045WE-BC##)*36 | 2 | 31.25mm |

NOTE:
1. "##" - PB/RC/TD
2. PB(2133Mbps 15-15-15)/RC(2400Mbps 17-17-17)/TD(2666Mbps 19-19-19)
   - DDR4-2666(19-19-19) is backward compatible to DDR4-2400(17-17-17)

# 2. Key Features

| Speed | DDR4-1600 | DDR4-1866 | DDR4-2133 | DDR4-2400 | DDR4-2666 | Unit |
|---|---|---|---|---|---|---|
| | 11-11-11 | 13-13-13 | 15-15-15 | 17-17-17 | 19-19-19 | |
| tCK(min) | 1.25 | 1.071 | 0.937 | 0.833 | 0.75 | ns |
| CAS Latency | 11 | 13 | 15 | 17 | 19 | nCK |
| tRCD(min) | 13.75 | 13.92 | 14.06 | 14.16 | 14.25 | ns |
| tRP(min) | 13.75 | 13.92 | 14.06 | 14.16 | 14.25 | ns |
| tRAS(min) | 35 | 34 | 33 | 32 | 32 | ns |
| tRC(min) | 48.75 | 47.92 | 47.06 | 46.16 | 46.25 | ns |

- JEDEC standard 1.2V ± 0.06V Power Supply
- $V_{DDQ}$ = 1.2V ± 0.06V
- 800 MHz $f_{CK}$ for 1600Mb/sec/pin,933 MHz $f_{CK}$ for 1866Mb/sec/pin, 1067MHz $f_{CK}$ for 2133Mb/sec/pin,1200MHz $f_{CK}$ for 2400Mb/sec/pin,1333MHz $f_{CK}$ for 2666Mb/sec/pin
- 16 Banks (4 Bank Groups)
- Programmable CAS Latency: 10,11,12,13,14,15,16,17,18,19,20
- Programmable Additive Latency (Posted $\overline{CAS}$): 0, CL - 2, or CL - 1 clock
- Programmable $\overline{CAS}$ Write Latency (CWL) = 9,11 (DDR4-1600) , 10,12 (DDR4-1866), 11,14 (DDR4-2133),12,16 (DDR4-2400) and 14,18 (DDR4-2666)
- Burst Length: 8, 4 with tCCD = 4 which does not allow seamless read or write [either On the fly using A12 or MRS]
- Bi-directional Differential Data Strobe
- On Die Termination using ODT pin
- Average Refresh Period 7.8us at lower then $T_{CASE}$ 85°C, 3.9us at 85°C < $T_{CASE}$ ≤ 95°C
- Asynchronous Reset

# 3. Address Configuration

| Organization | Row Address | Column Address | Bank Group Address | Bank Address | Auto Precharge |
|---|---|---|---|---|---|
| 1Gx4(4Gb) based Module | A0-A15 | A0-A9 | BG0-BG1 | BA0-BA1 | A10/AP |
| 512Mx8(4Gb) based Module | A0-A14 | A0-A9 | BG0-BG1 | BA0-BA1 | A10/AP |



배지영051039801252119142 20170424181937
SAM-NET-293_00015917

**Registered DIMM**  datasheet  **DDR4 SDRAM**

## 4. Registered DIMM Pin Configurations (Front side/Back side)

| Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12V[3],NC | 145 | 12V[3],NC | 40 | TDQS12_t, DQS12_t | 184 | VSS | 78 | EVENT_n | 222 | PARITY | 117 | DQ52 | 261 | VSS |
| 2 | VSS | 146 | VREFCA | 41 | TDQS12_c, DQS12_c | 185 | DQS3_c | 79 | A0 | 223 | VDD | 118 | VSS | 282 | DQ53 |
| 3 | DQ4 | 147 | VSS | 42 | VSS | 186 | DQS3_t | 80 | VDD | 224 | BA1 | 119 | DQ48 | 263 | VSS |
| 4 | VSS | 148 | DQ5 | 43 | DQ30 | 187 | VSS | 81 | BA0 | 225 | A10/AP | 120 | VSS | 264 | DQ49 |
| 5 | DQ0 | 149 | VSS | 44 | VSS | 188 | DQ31 | 82 | RAS_n/A16 | 226 | VDD | 121 | TDQS15_t, DQS15_t | 265 | VSS |
| 6 | VSS | 150 | DQ1 | 45 | DQ26 | 189 | VSS | 83 | VDD | 227 | RFU | 122 | TDQS15_c, DQS15_c | 266 | DQS6_c |
| 7 | TDQS9_t, DQS9_t | 151 | VSS | 46 | VSS | 190 | DQ27 | 84 | S0_n | 228 | WE_n/A14 | 123 | VSS | 267 | DQS6_t |
| 8 | TDQS9_c, DQS9_c | 152 | DQS0_c | 47 | CB4 | 191 | VSS | 85 | VDD | 229 | VDD | 124 | DQ54 | 268 | VSS |
| 9 | VSS | 153 | DQS0_t | 48 | VSS | 192 | CB5 | 86 | CAS_n/A15 | 230 | NC. | 125 | VSS | 269 | DQ55 |
| 10 | DQ6 | 154 | VSS | 49 | CB0 | 193 | VSS | 87 | ODT0 | 231 | VDD | 126 | DQ50 | 270 | VSS |
| 11 | VSS | 155 | DQ7 | 50 | VSS | 194 | CB1 | 88 | VDD | 232 | A13 | 127 | VSS | 271 | DQ51 |
| 12 | DQ2 | 156 | VSS | 51 | TDQS17_t, DQS17_t | 195 | CB6 | 89 | S1_n | 233 | VDD | 128 | DQ60 | 272 | VSS |
| 13 | VSS | 157 | DQ3 | 52 | TDQS17_c, DQS17_c | 196 | DQS8_c | 90 | VDD | 234 | A17 | 129 | VSS | 273 | DQ61 |
| 14 | DQ12 | 158 | VSS | 53 | VSS | 197 | DQS8_t | 91 | ODT1 | 235 | NC,C2 | 130 | DQ56 | 274 | VSS |
| 15 | VSS | 159 | DQ13 | 54 | CB6 | 198 | VSS | 92 | VDD | 236 | VDD | 131 | VSS | 275 | DQ57 |
| 16 | DQ8 | 160 | VSS | 55 | VSS | 199 | CB7 | 93 | C0,CS2_n,NC | 237 | NC,CS3_c,C1 | 132 | TDQS16_t, DQS16_t | 276 | VSS |
| 17 | VSS | 161 | DQ9 | 56 | CB2 | 200 | VSS | 94 | VSS | 238 | SA2 | 133 | TDQS16_c, DQS16_c | 277 | DQS7_c |
| 18 | TDQS10_t, DQS10_t | 162 | VSS | 57 | VSS | 201 | CB3 | 95 | DQ36 | 239 | VSS | 134 | VSS | 278 | DQS7_t |
| 19 | TDQS10_c, DQS10_c | 163 | DQS1_c | 58 | RESET_n | 202 | VSS | 96 | VSS | 240 | DQ37 | 135 | DQ62 | 279 | VSS |
| 20 | VSS | 164 | DQS1_t | 59 | VDD | 203 | CKE1 | 97 | DQ32 | 241 | VSS | 136 | VSS | 280 | DQ63 |
| 21 | DQ14 | 165 | VSS | 60 | CKE0 | 204 | VDD | 98 | VSS | 242 | DQ33 | 137 | DQ58 | 281 | VSS |
| 22 | VSS | 166 | DQ15 | 61 | VDD | 205 | RFU | 99 | TDQS13_t, DQS13_t | 243 | VSS | 138 | VSS | 282 | DQ59 |
| 23 | DQ10 | 167 | VSS | 62 | ACT_n | 206 | VDD | 100 | TDQS13_c, DQS13_c | 244 | DQS4_c | 139 | SA0 | 283 | VSS |
| 24 | VSS | 168 | DQ11 | 63 | BG0 | 207 | BG1 | 101 | VSS | 245 | DQS4_t | 140 | SA1 | 284 | VDDSPD |
| 25 | DQ20 | 169 | VSS | 64 | VDD | 208 | ALERT_n | 102 | DQ38 | 246 | VSS | 141 | SCL | 285 | SDA |
| 26 | VSS | 170 | DQ21 | 65 | A12/BC_n | 209 | VDD | 103 | VSS | 247 | DQ39 | 142 | VPP | 286 | VPP |
| 27 | DQ16 | 171 | VSS | 66 | A9 | 210 | A11 | 104 | DQ34 | 248 | VSS | 143 | VPP | 287 | VPP |
| 28 | VSS | 172 | DQ17 | 67 | VDD | 211 | A7 | 105 | VSS | 249 | DQ35 | 144 | RFU | 288 | VPP[4] |
| 29 | TDQS11_t, DQS11_t | 173 | VSS | 68 | A8 | 212 | VDD | 106 | DQ44 | 250 | VSS | | | | |
| 30 | TDQS11_c, DQS11_c | 174 | DQS2_c | 69 | A6 | 213 | A5 | 107 | VSS | 251 | DQ45 | | | | |
| 31 | VSS | 175 | DQS2_t | 70 | VDD | 214 | A4 | 108 | DQ40 | 252 | VSS | | | | |
| 32 | DQ22 | 176 | VSS | 71 | A3 | 215 | VDD | 109 | VSS | 253 | DQ41 | | | | |
| 33 | VSS | 177 | DQ23 | 72 | A1 | 216 | A2 | 110 | TDQS14_t, DQS14_t | 254 | VSS | | | | |
| 34 | DQ18 | 178 | VSS | 73 | VDD | 217 | VDD | 111 | TDQS14_c, DQS14_c | 255 | DQS5_c | | | | |
| 35 | VSS | 179 | DQ19 | 74 | CK0_t | 218 | CK1_t | 112 | VSS | 256 | DQS5_t | | | | |
| 36 | DQ28 | 180 | VSS | 75 | CK0_c | 219 | CK1_c | 113 | DQ46 | 257 | VSS | | | | |
| 37 | VSS | 181 | DQ29 | 76 | VDD | 220 | VDD | 114 | VSS | 258 | DQ47 | | | | |
| 38 | DQ24 | 182 | VSS | 77 | VTT | 221 | VTT | 115 | DQ42 | 259 | VSS | | | | |
| 39 | VSS | 183 | DQ25 | | KEY | | | 116 | VSS | 260 | DQ43 | | | | |

**NOTE:**
1. VPP is 2.5V DC
2. Pin 230 is defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pin 230 is defined as SAVE_n for NVDIMMs.
3. Pins 1 and 145 are defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pins 1 and 145 are defined as 12V for Hybrid /NVDIMM
4. The 5th VPP is required on all modules. DIMMs.



**SAMSUNG**
0466914930255577
SAM-NET-293_00015918

**DDR4 SDRAM**

# 5. Pin Description

| Pin Name | Description | Pin Name | Description |
|---|---|---|---|
| A0–A17[1] | Register address input | SCL | I2C serial bus clock for SPD/TS and register |
| BA0, BA1 | Register bank select input | SDA | I2C serial bus data line for SPD/TS and register |
| BG0, BG1 | Register bank group select input | SA0–SA2 | I2C slave address select for SPD/TS and register |
| RAS_n[2] | Register row address strobe input | PAR | Register parity input |
| CAS_n[3] | Register column address strobe input | VDD | SDRAM core power supply |
| WE_n[4] | Register write enable input | VPP | SDRAM activating power supply |
| CS0_n, CS1_n, CS2_n, CS3_n | DIMM Rank Select Lines input | VREFCA | SDRAM command/address reference supply |
| CKE0, CKE1 | Register clock enable lines input | VSS | Power supply return (ground) |
| ODT0, ODT1 | Register on-die termination control lines input | VDDSPD | Serial SPD/TS positive power supply |
| ACT_n | Register input for activate input | ALERT_n | Register ALERT_n output |
| DQ0–DQ63 | DIMM memory data bus | RESET_n | Set Register and SDRAMs to a Known State |
| CB0–CB7 | DIMM ECC check bits | EVENT_n | SPD signals a thermal event has occurred |
| DQS0_t– DQS17_t | Data Buffer data strobes (positive line of differential pair) | VTT | SDRAM I/O termination supply |
| DQS0_c– DQS17_c | Data Buffer data strobes (negative line of differential pair) | RFU | Reserved for future use |
| CK0_t, CK1_t | Register clock input (positive line of differential pair) | | |
| CK0_c, CK1_c | Register clocks input (negative line of differential pair) | | |

**NOTE**
1. Address A17 is only valid for 16 Gb x4 based SDRAMs.
2. RAS_n is a multiplexed function with A16.
3. CAS_n is a multiplexed function with A15.
4. WE_n is a multiplexed function with A14.

# 6. ON DIMM Thermal Sensor



**NOTE** : 1. All Samsung RDIMM support Thermal sensor on DIMM

**[ Table 1 ] Temperature Sensor Characteristics**

| Grade | Range | Temperature Sensor Accuracy | | | Units | NOTE |
|---|---|---|---|---|---|---|
| | | Min. | Typ. | Max. | | |
| B | 75 < Ta < 95 | - | +/- 0.5 | +/- 1.0 | °C | - |
| | 40 < Ta < 125 | - | +/- 1.0 | +/- 2.0 | | - |
| | -20 < Ta < 125 | - | +/- 2.0 | +/- 3.0 | | - |
| Resolution | | 0.25 | | | °C /LSB | - |

**SAMSUNG**

SAM-NET-293_00015919

Rev. 1.91, May. 2017

M393A1K43BB0
M393A1K43BB1
M393A2K40BB0
M393A2K40BB1
M393A2K40BB2
M393A4K40BB0
M393A4K40BB1
M393A4K40BB2

# 288pin Registered DIMM based on 8Gb B-die

78FBGA with Lead-Free & Halogen-Free
(RoHS compliant)

datasheet

SAMSUNG ELECTRONICS RESERVES THE RIGHT TO CHANGE PRODUCTS, INFORMATION AND
SPECIFICATIONS WITHOUT NOTICE.

Products and specifications discussed herein are for reference purposes only. All information discussed
herein is provided on an "AS IS" basis, without warranties of any kind.

This document and all information discussed herein remain the sole and exclusive property of Samsung
Electronics. No license of any patent, copyright, mask work, trademark or any other intellectual property
right is granted by one party to the other party under this document, by implication, estoppel or other-
wise.

Samsung products are not intended for use in life support, critical care, medical, safety equipment, or
similar applications where product failure could result in loss of life or personal or physical harm, or any
military or defense application, or any governmental procurement to which special terms or provisions
may apply.

For updates or additional information about Samsung products, contact your nearest Samsung office.

All brand names, trademarks and registered trademarks belong to their respective owners.

© 2017 Samsung Electronics Co., Ltd.   All rights reserved.



SAMSUNG

SAM-NET-293_00015961

**Registered DIMM**                                          **DDR4 SDRAM**

# Revision History

| Revision No. | History | Draft Date | Remark | Editor |
|---|---|---|---|---|
| 1.0 | - First SPEC Release | Nov. 2014 | - | J.Y.Lee |
| 1.1 | - Change of Part Number (Speed bin "RC") | Jan. 2015 | - | J.Y.Lee |
| 1.2 | - Addition of VDDSPD tolerance on page 8 | Mar. 2015 | - | J.Y.Lee |
| 1.3 | - Addition of IDD value (M393A2K40BB0-CPB, M393A2K40BB1-CRC, M393A4K40BB1-CRC) on page 25 | Apr. 2015 | - | J.Y.Lee |
| 1.4 | - Change of IDD | 16th Dec. 2015 | - | J.Y.Lee |
| 1.5 | - Addition of Module line up (8GB) | 3rd Feb. 2016 | - | J.Y.Lee |
|  | - Change of Physical Dimensions (Module Thickness) |  |  |  |
| 1.6 | - Addition of DDR4-2666 | 7th Apr. 2016 | - | J.Y.Lee |
| 1.7 | - Addition of IDD value on page 26~27 (M393A1K43BB1-CTD, M393A2K40BB2-CTD, M393A4K40BB2-CTD) | 20th Sep. 2016 | - | J.Y.Lee |
| 1.8 | - Change of Physical Dimensions (32GB) on page 45~47 | 4th Oct. 2016 | - | J.Y.Lee |
| 1.81 | - Correction of Typo | 17th Mar. 2017 | - | J.Y.Lee |
| 1.9 | - Change Physical dimension. | 12th May, 2017 | Final | J.Y.Bae |
|  | 1. Add hole for M393A4K40BB1 and M393A4K40BB2. |  |  |  |
|  | 2. Remove RCD and SPD of back side dimension for M393A4K40BB0. |  |  |  |
| 1.91 | - Add revision history for 1.5version. | 19th May, 2017 | Final | J.Y.Bae |
|  | "Change of Physical Dimensions (Module Thickness)" |  |  |  |

**SAMSUNG**

SAM-NET-293_00015962

Case 2:22-cv-00293-JRG     Document 386-7     Filed 01/24/24     Page 18 of 56 PageID #: 91
32116

Registered DIMM

datasheet

Rev. 1.91

**DDR4 SDRAM**

## Table Of Contents

### 288pin Registered DIMM based on 8Gb B-die

1. DDR4 Registered DIMM Ordering Information ................................................................................................4

2. Key Features.................................................................................................................................................4

3. Address Configuration .................................................................................................................................4

4. Registered DIMM Pin Configurations (Front side/Back side).......................................................................5

5. Pin Description .............................................................................................................................................6

6. ON DIMM Thermal Sensor ..........................................................................................................................6

7. Input/Output Functional Description.............................................................................................................7

8. Registering Clock Driver Specification ........................................................................................................9
　8.1 Timing & Capacitance Values ..................................................................................................................9
　8.2 Clock Driver Characteristics ....................................................................................................................9

9. Function Block Diagram: ..............................................................................................................................10
　9.1 8GB, 1Gx72 Module (Populated as 1 rank of x8 DDR4 SDRAMs) ...........................................................10
　9.2 16GB, 2Gx72 Module (Populated as 1 rank of x4 DDR4 SDRAMs) .........................................................11
　9.3 32GB, 4Gx72 Module (Populated as 2 ranks of x4 DDR4 SDRAMs) .......................................................12

10. Absolute Maximum Ratings .......................................................................................................................14
　10.1 Absolute Maximum DC Ratings .............................................................................................................14

11. AC & DC Operating Conditions..................................................................................................................14
　11.1 Recommended DC Operating Conditions ..............................................................................................14

12. AC & DC Input Measurement Levels .........................................................................................................15
　12.1 AC & DC Logic Input Levels for Single-Ended Signals ..........................................................................15
　12.2 AC and DC Input Measurement Levels : VREF Tolerances....................................................................15
　12.3 AC and DC Input Logic Levels for Differential Signals ...........................................................................16
　　12.3.1. Differential Signals Definition ..........................................................................................................16
　　12.3.2. Differential Swing Requirements for Clock (CK_t - CK_c) ...............................................................16
　　12.3.3. Single-ended Requirements for Differential Signals .........................................................................17
　12.4 Slew Rate Definitions .............................................................................................................................18
　　12.4.1. Slew Rate Definitions for Differential Input Signals ( CK ) ...............................................................18
　12.5 Differential Input Cross Point Voltage....................................................................................................19
　12.6 Single-ended AC & DC Output Levels....................................................................................................20
　12.7 Differential AC & DC Output Levels........................................................................................................20
　12.8 Single-ended Output Slew Rate .............................................................................................................20
　12.9 Differential Output Slew Rate .................................................................................................................21
　12.10 Single-ended AC & DC Output Levels of Connectivity Test Mode .......................................................22
　12.11 Test Load for Connectivity Test Mode Timing ......................................................................................22

13. DIMM IDD Specification Definition .............................................................................................................23

14. IDD SPEC Table ........................................................................................................................................26

15. Input/Output Capacitance ..........................................................................................................................30

16. Electrical Characterisitics and AC Timing ..................................................................................................31
　16.1 Speed Bins and CL, tRCD, tRP, tRC and tRAS for Corresponding Bin ................................................31
　16.2 Speed Bin Table Note ............................................................................................................................36

17. Timing Parameters by Speed Grade ..........................................................................................................37

18. Physical Dimensions ..................................................................................................................................43
　18.1 1Gx8 based 1Gx72 Module (1 Rank) - M393A1K43BB0 .......................................................................43
　　18.1.1. x72 DIMM, populated as one physical rank of x8 DDR4 SDRAMs...................................................43
　18.2 1Gx8 based 1Gx72 Module (1 Rank) - M393A1K43BB1 .......................................................................44
　　18.2.1. x72 DIMM, populated as one physical rank of x8 DDR4 SDRAMs...................................................44
　18.3 2Gx4 based 2Gx72 Module (1 Rank) - M393A2K40BB0/M393A2K40BB1/M393A2K40BB2 ................45
　　18.3.1. 2Gx72 DIMM, populated as one physical rank of x4 DDR4 SDRAMs..............................................45
　18.4 2Gx4 based 4Gx72 Module (2 Ranks) - M393A4K40BB0 .....................................................................46
　　18.4.1. 4Gx72 DIMM, populated as two physical ranks of x4 DDR4 SDRAMs............................................46
　18.5 2Gx4 based 4Gx72 Module (2 Ranks) - M393A4K40BB1 .....................................................................47
　　18.5.1. 4Gx72 DIMM, populated as two physical ranks of x4 DDR4 SDRAMs............................................47
　18.6 2Gx4 based 4Gx72 Module (2 Ranks) - M393A4K40BB2 .....................................................................48
　　18.6.1. 4Gx72 DIMM, populated as two physical ranks of x4 DDR4 SDRAMs............................................48

**SAMSUNG**



SAM-NET-293_00015963

# 1. DDR4 Registered DIMM Ordering Information

| Part Number[2] | Density | Organization | Component Composition[1] | Number of Rank | Height |
|---|---|---|---|---|---|
| M393A1K43BB0-CPB/RC<br>M393A1K43BB1-CTD | 8GB | 1Gx72 | 1Gx8(K4A8G085WB-BC##)*9 | 1 | 31.25mm |
| M393A2K40BB0-CPB<br>M393A2K40BB1-CRC<br>M393A2K40BB2-CTD | 16GB | 2Gx72 | 2Gx4(K4A8G045WB-BC##)*18 | 1 | 31.25mm |
| M393A4K40BB0-CPB<br>M393A4K40BB1-CRC<br>M393A4K40BB2-CTD | 32GB | 4Gx72 | 2Gx4(K4A8G045WB-BC##)*36 | 2 | 31.25mm |

NOTE :
1. "##" : PB/RC/TD
2. PB(2133Mbps 15-15-15)/RC(2400Mbps 17-17-17)/TD(2666Mbps 19-19-19)
   - DDR4-2666(19-19-19) is backward compatible to DDR4-2400(17-17-17)

# 2. Key Features

| Speed | DDR4-1600 | DDR4-1866 | DDR4-2133 | DDR4-2400 | DDR4-2666 | Unit |
|---|---|---|---|---|---|---|
|  | 11-11-11 | 13-13-13 | 15-15-15 | 17-17-17 | 19-19-19 |  |
| tCK(min) | 1.25 | 1.071 | 0.937 | 0.833 | 0.75 | ns |
| CAS Latency | 11 | 13 | 15 | 17 | 19 | nCK |
| tRCD(min) | 13.75 | 13.92 | 14.06 | 14.16 | 14.25 | ns |
| tRP(min) | 13.75 | 13.92 | 14.06 | 14.16 | 14.25 | ns |
| tRAS(min) | 35 | 34 | 33 | 32 | 32 | ns |
| tRC(min) | 48.75 | 47.92 | 47.06 | 46.16 | 46.25 | ns |

- JEDEC standard 1.2V ± 0.06V Power Supply
- $V_{DDQ}$ = 1.2V ± 0.06V
- 800 MHz $f_{CK}$ for 1600Mb/sec/pin,933 MHz $f_{CK}$ for 1866Mb/sec/pin, 1067MHz $f_{CK}$ for 2133Mb/sec/pin,1200MHz $f_{CK}$ for 2400Mb/sec/pin, 1333MHz $f_{CK}$ for 2666Mb/sec/pin
- 16 Banks (4 Bank Groups)
- Programmable CAS Latency: 10,11,12,13,14,15,16,17,18,19,20
- Programmable Additive Latency (Posted CAS): 0, CL - 2, or CL - 1 clock
- Programmable CAS Write Latency (CWL) = 9,11 (DDR4-1600), 10,12 (DDR4-1866), 11,14 (DDR4-2133), 12,16 (DDR4-2400) and 14,18 (DDR4-2666)
- Burst Length: 8, 4 with tCCD = 4 which does not allow seamless read or write [either On the fly using A12 or MRS]
- Bi-directional Differential Data Strobe
- On Die Termination using ODT pin
- Average Refresh Period 7.8us at lower then $T_{CASE}$ 85°C, 3.9us at 85°C < $T_{CASE}$ ≤ 95°C
- Asynchronous Reset

# 3. Address Configuration

| Organization | Row Address | Column Address | Bank Group Address | Bank Address | Auto Precharge |
|---|---|---|---|---|---|
| 2Gx4(8Gb) based Module | A0-A16 | A0-A9 | BG0-BG1 | BA0-BA1 | A10/AP |



SAM-NET-293_00015964

**Registered DIMM**    datasheet    **DDR4 SDRAM**

## 4. Registered DIMM Pin Configurations (Front side/Back side)

| Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12V³,NC | 145 | 12V³,NC | 40 | TDQS12_t, DQS12_t | 184 | VSS | 78 | EVENT_n | 222 | PARITY | 117 | DQ52 | 261 | VSS |
| 2 | VSS | 146 | VREFCA | 41 | TDQS12_c, DQS12_c | 185 | DQS3_c | 79 | A0 | 223 | VDD | 118 | VSS | 262 | DQS53 |
| 3 | DQ4 | 147 | VSS | 42 | VSS | 186 | DQS3_t | 80 | VDD | 224 | BA1 | 119 | DQ48 | 263 | VSS |
| 4 | VSS | 148 | DQ5 | 43 | DQ30 | 187 | VSS | 81 | BA0 | 225 | A10/AP | 120 | VSS | 264 | DQ49 |
| 5 | DQ0 | 149 | VSS | 44 | VSS | 188 | DQ31 | 82 | RAS_n/A16 | 226 | VDD | 121 | TDQS15_t, DQS15_t | 265 | VSS |
| 6 | VSS | 150 | DQ1 | 45 | DQ26 | 189 | VSS | 83 | VDD | 227 | RFU | 122 | TDQS15_c, DQS15_c | 266 | DQS6_c |
| 7 | TDQS9_t, DQS9_t | 151 | VSS | 46 | VSS | 190 | DQ27 | 84 | S0_n | 228 | WE_n/A14 | 123 | VSS | 267 | DQS6_t |
| 8 | TDQS9_c, DQS9_c | 152 | DQS0_c | 47 | CB4 | 191 | VSS | 85 | VDD | 229 | VDD | 124 | DQ54 | 268 | VSS |
| 9 | VSS | 153 | DQS0_t | 48 | VSS | 192 | CB5 | 86 | CAS_n/A15 | 230 | NC | 125 | VSS | 269 | DQ55 |
| 10 | DQ6 | 154 | VSS | 49 | CB0 | 193 | VSS | 87 | ODT0 | 231 | VDD | 126 | DQ50 | 270 | VSS |
| 11 | VSS | 155 | DQ7 | 50 | VSS | 194 | CB1 | 88 | VDD | 232 | A13 | 127 | VSS | 271 | DQ51 |
| 12 | DQ2 | 156 | VSS | 51 | TDQS17_t, DQS17_t | 195 | VSS | 89 | S1_n | 233 | VDD | 128 | DQ60 | 272 | VSS |
| 13 | VSS | 157 | DQ3 | 52 | TDQS17_c, DQS17_c | 196 | DQS8_c | 90 | VDD | 234 | A17 | 129 | VSS | 273 | DQ61 |
| 14 | DQ12 | 158 | VSS | 53 | VSS | 197 | DQS8_t | 91 | ODT1 | 235 | NC,C2 | 130 | DQ56 | 274 | VSS |
| 15 | VSS | 159 | DQ13 | 54 | CB6 | 198 | VSS | 92 | VDD | 236 | VDD | 131 | VSS | 275 | DQ57 |
| 16 | DQ8 | 160 | VSS | 55 | VSS | 199 | CB7 | 93 | C0,CS2_n,NC | 237 | NC,CS3_c,C1 | 132 | TDQS16_t, DQS16_t | 276 | VSS |
| 17 | VSS | 161 | DQ9 | 56 | CB2 | 200 | VSS | 94 | VSS | 238 | SA2 | 133 | TDQS16_c, DQS16_c | 277 | DQS7_c |
| 18 | TDQS10_t, DQS10_t | 162 | VSS | 57 | VSS | 201 | CB3 | 95 | DQ36 | 239 | VSS | 134 | VSS | 278 | DQS7_t |
| 19 | TDQS10_c, DQS10_c | 163 | DQS1_c | 58 | RESET_n | 202 | VSS | 96 | VSS | 240 | DQ37 | 135 | DQ62 | 279 | VSS |
| 20 | VSS | 164 | DQS1_t | 59 | VDD | 203 | CKE1 | 97 | DQ32 | 241 | VSS | 136 | VSS | 280 | DQ63 |
| 21 | DQ14 | 165 | VSS | 60 | CKE0 | 204 | VDD | 98 | VSS | 242 | DQ33 | 137 | DQ58 | 281 | VSS |
| 22 | VSS | 166 | DQ15 | 61 | VDD | 205 | RFU | 99 | TDQS13_t, DQS13_t | 243 | VSS | 138 | VSS | 282 | DQ59 |
| 23 | DQ10 | 167 | VSS | 62 | ACT_n | 206 | VDD | 100 | TDQS13_c, DQS13_c | 244 | DQS4_c | 139 | SA0 | 283 | VSS |
| 24 | VSS | 168 | DQ11 | 63 | BG0 | 207 | BG1 | 101 | VSS | 245 | DQS4_t | 140 | SA1 | 284 | VDDSPD |
| 25 | DQ20 | 169 | VSS | 64 | VDD | 208 | ALERT_n | 102 | DQ38 | 246 | VSS | 141 | SCL | 285 | SDA |
| 26 | VSS | 170 | DQ21 | 65 | A12/BC_n | 209 | VDD | 103 | VSS | 247 | DQ39 | 142 | VPP | 286 | VPP |
| 27 | DQ16 | 171 | VSS | 66 | A9 | 210 | A11 | 104 | DQ34 | 248 | VSS | 143 | VPP | 287 | VPP |
| 28 | VSS | 172 | DQ17 | 67 | VDD | 211 | A7 | 105 | VSS | 249 | DQ35 | 144 | RFU | 288 | VPP⁴ |
| 29 | TDQS11_t, DQS11_t | 173 | VSS | 68 | A8 | 212 | VDD | 106 | DQ44 | 250 | VSS | | | | |
| 30 | TDQS11_c, DQS11_c | 174 | DQS2_c | 69 | A6 | 213 | A5 | 107 | VSS | 251 | DQ45 | | | | |
| 31 | VSS | 175 | DQS2_t | 70 | VDD | 214 | A4 | 108 | DQ40 | 252 | VSS | | | | |
| 32 | DQ22 | 176 | VSS | 71 | A3 | 215 | VDD | 109 | VSS | 253 | DQ41 | | | | |
| 33 | VSS | 177 | DQ23 | 72 | A1 | 216 | A2 | 110 | TDQS14_t, DQS14_t | 254 | VSS | | | | |
| 34 | DQ18 | 178 | VSS | 73 | VDD | 217 | VDD | 111 | TDQS14_c, DQS14_c | 255 | DQS5_c | | | | |
| 35 | VSS | 179 | DQ19 | 74 | CK0_t | 218 | CK1_t | 112 | VSS | 256 | DQS5_t | | | | |
| 36 | DQ28 | 180 | VSS | 75 | CK0_c | 219 | CK1_c | 113 | DQ46 | 257 | VSS | | | | |
| 37 | VSS | 181 | DQ29 | 76 | VDD | 220 | VDD | 114 | VSS | 258 | DQ47 | | | | |
| 38 | DQ24 | 182 | VSS | 77 | VTT | 221 | VTT | 115 | DQ42 | 259 | VSS | | | | |
| 39 | VSS | 183 | DQ25 | KEY | | | | 116 | VSS | 260 | DQ43 | | | | |

NOTE:
1. VPP is 2.5V DC
2. Pin 230 is defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pin 230 is defined as SAVE_n for NVDIMMs.
3. Pins 1 and 145 are defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pins 1 and 145 are defined as 12V for Hybrid /NVDIMM
4. The 5th VPP is required on all modules. DIMMs.

**SAMSUNG**

SAM-NET-293_00015965

# 5. Pin Description

| Pin Name | Description | Pin Name | Description |
|----------|-------------|----------|-------------|
| A0–A17[1] | Register address input | SCL | I2C serial bus clock for SPD/TS and register |
| BA0, BA1 | Register bank select input | SDA | I2C serial bus data line for SPD/TS and register |
| BG0, BG1 | Register bank group select input | SA0–SA2 | I2C slave address select for SPD/TS and register |
| RAS_n[2] | Register row address strobe input | PAR | Register parity input |
| CAS_n[3] | Register column address strobe input | VDD | SDRAM core power supply |
| WE_n[4] | Register write enable input | VPP | SDRAM activating power supply |
| CS0_n, CS1_n, CS2_n, CS3_n | DIMM Rank Select Lines input | VREFCA | SDRAM command/address reference supply |
| CKE0, CKE1 | Register clock enable lines input | VSS | Power supply return (ground) |
| ODT0, ODT1 | Register on-die termination control lines input | VDDSPD | Serial SPD/TS positive power supply |
| ACT_n | Register input for activate input | ALERT_n | Register ALERT_n output |
| DQ0–DQ63 | DIMM memory data bus | RESET_n | Set Register and SDRAMs to a Known State |
| CB0–CB7 | DIMM ECC check bits | EVENT_n | SPD signals a thermal event has occurred |
| DQS0_t–DQS17_t | Data Buffer data strobes (positive line of differential pair) | VTT | SDRAM I/O termination supply |
| DQS0_c–DQS17_c | Data Buffer data strobes (negative line of differential pair) | RFU | Reserved for future use |
| CK0_t, CK1_t | Register clock input (positive line of differential pair) | | |
| CK0_c, CK1_c | Register clocks input (negative line of differential pair) | | |

NOTE :
1. Address A17 is only valid for 16 Gb x4 based SDRAMs.
2. RAS_n is a multiplexed function with A16.
3. CAS_n is a multiplexed function with A15.
4. WE_n is a multiplexed function with A14.

# 6. ON DIMM Thermal Sensor



NOTE : 1. All Samsung RDIMM support Thermal sensor on DIMM

[ Table 1 ] Temperature Sensor Characteristics

| Grade | Range | Temperature Sensor Accuracy | | | Units | NOTE |
|-------|-------|------|------|------|-------|------|
| | | Min. | Typ. | Max. | | |
| B | 75 < Ta < 95 | - | +/- 0.5 | +/- 1.0 | °C | - |
| | 40 < Ta < 125 | - | +/- 1.0 | +/- 2.0 | | - |
| | -20 < Ta < 125 | - | +/- 2.0 | +/- 3.0 | | - |
| Resolution | | 0.25 | | | °C /LSB | - |

**SAMSUNG**

SAM-NET-293_00015966

Rev. 1.33, Jun. 2017

**M393AAK40B41**
**M393AAK40B42**

# 288pin Registered DIMM based on 8Gb B-die

78FBGA with Lead-Free & Halogen-Free
(RoHS compliant)

## datasheet

SAMSUNG ELECTRONICS RESERVES THE RIGHT TO CHANGE PRODUCTS, INFORMATION AND SPECIFICATIONS WITHOUT NOTICE.

Products and specifications discussed herein are for reference purposes only. All information discussed herein is provided on an "AS IS" basis, without warranties of any kind.

This document and all information discussed herein remain the sole and exclusive property of Samsung Electronics. No license of any patent, copyright, mask work, trademark or any other intellectual property right is granted by one party to the other party under this document, by implication, estoppel or otherwise.

Samsung products are not intended for use in life support, critical care, medical, safety equipment, or similar applications where product failure could result in loss of life or personal or physical harm, or any military or defense application, or any governmental procurement to which special terms or provisions may apply.

For updates or additional information about Samsung products, contact your nearest Samsung office.

All brand names, trademarks and registered trademarks belong to their respective owners.

© 2017 Samsung Electronics Co., Ltd.   All rights reserved.

**SAMSUNG**



SAM-NET-293_00016009

# Revision History

| Revision No. | History | Draft Date | Remark | Editor |
|---|---|---|---|---|
| 1.0 | - First SPEC Release | 25th Jan. 2016 | – | J.Y.Lee |
| 1.1 | – Change of Electrical Characterisitics and AC timing page 28~31 | 7th Mar. 2016 | - | J.Y.Lee |
| 1.2 | - Addition of M393AAK40B42-CWD | 13th Jun. 2016 | - | J.Y.Lee |
| 1.21 | - Correction of typo | 5th Jul. 2016 | - | J.Y.Lee |
| 1.3 | - Addition of IDD value (DDR4-2666) | 26th Oct. 2016 | - | J.Y.Lee |
| 1.4 | - Update referring to JEDEC DDR4 datasheet rev.79-4B | 3rd Jan. 2017 | - | J.Y.Lee |
| | – Correction of typo | | | |
| 1.5 | – Addition of Electrical Characteristics & AC Timings for DDR4-1600-3DS to DDR4-2666-3DS on page 29~30 | 17th Jan. 2017 | - | J.Y.Lee |
| 1.51 | - Change of Physical Dimensions on page 42 | 24th Feb. 2017 | - | J.Y.Lee |
| 1.52 | - Correction of typo | 14th Apr. 2017 | - | J.Y.Lee |
| 1.53 | - Update Physical dimension. | 8th Jun. 2017 | Final | J.Y.Bae |
| | 1. Add hole for M393AAK40B41 and M393AAK40B42. | | | |
| | - Correct package height for M393AAK40B42 : 4.1 -> 1.4 [mm] | | | |

**SAMSUNG**

SAM-NET-293_00016010

## Table Of Contents

### 288pin Registered DIMM based on 8Gb B-die

1. DDR4 Registered DIMM Ordering Information .................................................................................................4

2. Key Features ...................................................................................................................................................4

3. Address Configuration ....................................................................................................................................4

4. Registered DIMM Pin Configurations (Front side/Back side) ........................................................................5

5. Pin Description .................................................................................................................................................6

6. ON DIMM Thermal Sensor .............................................................................................................................6

7. Input/Output Functional Description ...............................................................................................................7

8. Registering Clock Driver Specification ...........................................................................................................9
   8.1 Timing & Capacitance values ..................................................................................................................9
   8.2 Clock driver Characteristics ....................................................................................................................9

9. Function Block Diagram: ...............................................................................................................................10
   9.1 128GB, 16Gx72 Module ........................................................................................................................10

10. Absolute Maximum Ratings .........................................................................................................................13
    10.1 Absolute Maximum DC Ratings ..........................................................................................................13

11. AC & DC Operating Conditions ...................................................................................................................13
    11.1 Recommended DC Operating Conditions ...........................................................................................13

12. AC & DC Input Measurement Levels ...........................................................................................................14
    12.1 AC & DC Logic input levels for single-ended signals .........................................................................14
    12.2 AC and DC Input Measurement Levels: VREF Tolerances ................................................................14
    12.3 AC and DC Logic Input Levels for Differential Signals ......................................................................15
       12.3.1. Differential Signals Definition ....................................................................................................15
       12.3.2. Differential swing requirements for clock (CK_t - CK_c) ...........................................................15
       12.3.3. Single-ended Requirements for Differential Signals ..................................................................16
    12.4 Slew Rate Definitions ..........................................................................................................................17
       12.4.1. Slew Rate Definitions for Differential Input Signals ( CK ) ........................................................17
    12.5 Differential Input Cross Point Voltage .................................................................................................18
    12.6 Single-ended AC & DC Output Levels .................................................................................................19
    12.7 Differential AC & DC Output Levels ....................................................................................................19
    12.8 Single-ended Output Slew Rate ..........................................................................................................20
    12.9 Differential Output Slew Rate ..............................................................................................................21
    12.10 Single-ended AC & DC Output Levels of Connectivity Test Mode ....................................................22
    12.11 Test Load for Connectivity Test Mode Timing ...................................................................................22

13. DIMM IDD specification definition ................................................................................................................23

14. IDD Table ....................................................................................................................................................26

15. Input/Output Capacitance ...........................................................................................................................28

16. Electrical Characteristics & AC Timings for DDR4-1600-3DS to DDR4-2666-3DS ...................................29
    16.1 Refresh parameters .............................................................................................................................29
    16.2 Speed Bins and CL, tRCD, tRP, tRC and tRAS for corresponding bin ..............................................31
    16.3 Speed Bin Table Note ..........................................................................................................................35

17. Timing Parameters by Speed Grade ...........................................................................................................36

18. Physical Dimensions ...................................................................................................................................42
    18.1 8Gbx4(4H TSV) based 16Gx72 Module (M393AAK40B41) ...............................................................42
       18.1.1. x72 DIMM, populated as 2 physical ranks / 4 logical ranks of x4 DDR4 SDRAMs ...................42
    18.2 8Gbx4(2H TSV) based 8Gx72 Module (M393AAK40B42) ..................................................................43
       18.2.1. x72 DIMM, populated as 2 physical ranks / 2 logical ranks of x4 DDR4 SDRAMs ...................43

**SAMSUNG**

SAM-NET-293_00016011


# 1. DDR4 Registered DIMM Ordering Information

| Part Number | Density | Organization | Component Composition | Number of Rank | Height |
|---|---|---|---|---|---|
| M393AAK40B41-CRB/TC<br>M393AAK40B42-CWD | 128GB | 16Gx72 | 4H TSV 8Gx4(K4ABG045WB-4C##)*36 | 8<br>(2 physical ranks / 4 logical ranks) | 31.25mm |

**NOTE :**
1. "##" - RB/TC/WD
2. RB(2133Mbps 17-15-15)/TC(2400Mbps 19-17-17) /WD(2666Mbps 22-19-19)
   - DDR4-2666(22-19-19) is backward compatible to DDR4-2400(19-17-17) and DDR4-2133(17-15-15)

# 2. Key Features

| Speed | DDR4-1600 | DDR4-1866 | DDR4-2133 | DDR4-2400 | DDR4-2666 | Unit |
|---|---|---|---|---|---|---|
| | 13-12-11 | 15-14-13 | 17-15-15 | 19-17-17 | 22-19-19 | |
| tCK(min) | 1.25 | 1.071 | 0.937 | 0.833 | 0.750 | ns |
| CAS Latency | 13 | 15 | 17 | 19 | 22 | nCK |
| tRCD(min) | 15 | 15 | 14.06 | 14.16 | 14.25 | ns |
| tRP(min) | 13.75 | 13.92 | 14.06 | 14.16 | 14.25 | ns |
| tRAS(min) | 35 | 34 | 33 | 32 | 32 | ns |
| tRC(min) | 48.75 | 47.92 | 47.06 | 46.16 | 46.25 | ns |

- JEDEC standard 1.2V ± 0.06V Power Supply
- $V_{DDQ}$ = 1.2V ± 0.06V
- 800 MHz $f_{CK}$ for 1600Mb/sec/pin,933 MHz $f_{CK}$ for 1866Mb/sec/pin, 1067MHz $f_{CK}$ for 2133Mb/sec/pin, 1200MHz $f_{CK}$ for 2400Mb/sec/pin,1333MHz $f_{CK}$ for 2666Mb/sec/pin
- 16 Banks (4 Bank Groups)
- Programmable CAS Latency: 10,11,12,13,14,15,16,17,18,19,20,21,22
- Programmable Additive Latency (Posted CAS): CL - 2 or CL - 1 clock
- Programmable CAS Write Latency (CWL) = 9,11 (DDR4-1600), 10,11,12 (DDR4-1866), 11,14 (DDR4-2133), 12,16 (DDR4-2400) and 14,18 (DDR4-2666)
- Burst Length: 8, 4 with tCCD = 4 which does not allow seamless read or write [either On the fly using A12 or MRS]
- Bi-directional Differential Data Strobe
- On Die Termination using ODT pin
- Average Refresh Period 7.8us at lower then $T_{CASE}$ 85°C, 3.9us at 85°C < $T_{CASE}$ ≤ 95°C
- Asynchronous Reset

# 3. Address Configuration

| Organization | Row Address | Column Address | Bank Address | Auto Precharge |
|---|---|---|---|---|
| 8Gx4(32Gb 4H TSV) based Module | A0-A16 | A0-A9 | BA0-BA1 | A10/AP |

**SAMSUNG**

SAM-NET-293_00016012

# 4. Registered DIMM Pin Configurations (Front side/Back side)

| Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12V³,NC | 145 | 12V³,NC | 40 | TDQS12_t, DQS12_t | 184 | VSS | 78 | EVENT_n | 222 | PARITY | 117 | DQ52 | 261 | VSS |
| 2 | VSS | 146 | VREFCA | 41 | TDQS12_c, DQS12_c | 185 | DQS3_c | 79 | A0 | 223 | VDD | 118 | VSS | 262 | DQS53 |
| 3 | DQ4 | 147 | VSS | 42 | VSS | 186 | DQS3_t | 80 | VDD | 224 | BA1 | 119 | DQ48 | 263 | VSS |
| 4 | VSS | 148 | DQ5 | 43 | DQ30 | 187 | VSS | 81 | BA0 | 225 | A10/AP | 120 | VSS | 264 | DQ49 |
| 5 | DQ0 | 149 | VSS | 44 | VSS | 188 | DQ31 | 82 | RAS_n/A16 | 226 | VDD | 121 | TDQS15_t, DQS15_t | 265 | VSS |
| 6 | VSS | 150 | DQ1 | 45 | DQ26 | 189 | VSS | 83 | VDD | 227 | RFU | 122 | TDQS15_c, DQS15_c | 266 | DQS6_c |
| 7 | TDQS9_t, DQS9_t | 151 | VSS | 46 | VSS | 190 | DQ27 | 84 | S0_n | 228 | WE_n/A14 | 123 | VSS | 267 | DQS6_t |
| 8 | TDQS9_c, DQS9_c | 152 | DQS0_c | 47 | CB4 | 191 | VSS | 85 | VDD | 229 | VDD | 124 | DQ54 | 268 | VSS |
| 9 | VSS | 153 | DQS0_t | 48 | VSS | 192 | CB5 | 86 | CAS_n/A15 | 230 | NC | 125 | VSS | 269 | DQ55 |
| 10 | DQ6 | 154 | VSS | 49 | CB0 | 193 | VSS | 87 | ODT0 | 231 | VDD | 126 | DQ50 | 270 | VSS |
| 11 | VSS | 155 | DQ7 | 50 | VSS | 194 | CB1 | 88 | VDD | 232 | A13 | 127 | VSS | 271 | DQ51 |
| 12 | DQ2 | 156 | VSS | 51 | TDQS17_t, DQS17_t | 195 | VSS | 89 | S1_n | 233 | VDD | 128 | DQ60 | 272 | VSS |
| 13 | VSS | 157 | DQ3 | 52 | TDQS17_c, DQS17_c | 196 | DQS8_c | 90 | VDD | 234 | A17 | 129 | VSS | 273 | DQ61 |
| 14 | DQ12 | 158 | VSS | 53 | VSS | 197 | DQS8_t | 91 | ODT1 | 235 | NC,C2 | 130 | DQ56 | 274 | VSS |
| 15 | VSS | 159 | DQ13 | 54 | CB6 | 198 | VSS | 92 | VDD | 236 | VDD | 131 | VSS | 275 | DQ57 |
| 16 | DQ8 | 160 | VSS | 55 | VSS | 199 | CB7 | 93 | C0,CS2_n,NC | 237 | NC,CS3_c,C1 | 132 | TDQS16_t, DQS16_t | 276 | VSS |
| 17 | VSS | 161 | DQ9 | 56 | CB2 | 200 | VSS | 94 | VSS | 238 | SA2 | 133 | TDQS16_c, DQS16_c | 277 | DQS7_c |
| 18 | TDQS10_t, DQS10_t | 162 | VSS | 57 | VSS | 201 | CB3 | 95 | DQ36 | 239 | VSS | 134 | VSS | 278 | DQS7_t |
| 19 | TDQS10_c, DQS10_c | 163 | DQS1_c | 58 | RESET_n | 202 | VSS | 96 | VSS | 240 | DQ37 | 135 | DQ62 | 279 | VSS |
| 20 | VSS | 164 | DQS1_t | 59 | VDD | 203 | CKE1 | 97 | DQ32 | 241 | VSS | 136 | VSS | 280 | DQ63 |
| 21 | DQ14 | 165 | VSS | 60 | CKE0 | 204 | VDD | 98 | VSS | 242 | DQ33 | 137 | DQ58 | 281 | VSS |
| 22 | VSS | 166 | DQ15 | 61 | VDD | 205 | RFU | 99 | TDQS13_t, DQS13_t | 243 | VSS | 138 | VSS | 282 | DQ59 |
| 23 | DQ10 | 167 | VSS | 62 | ACT_n | 206 | VDD | 100 | TDQS13_c, DQS13_c | 244 | DQS4_c | 139 | SA0 | 283 | VSS |
| 24 | VSS | 168 | DQ11 | 63 | BG0 | 207 | BG1 | 101 | VSS | 245 | DQS4_t | 140 | SA1 | 284 | VDDSPD |
| 25 | DQ20 | 169 | VSS | 64 | VDD | 208 | ALERT_n | 102 | DQ38 | 246 | VSS | 141 | SCL | 285 | SDA |
| 26 | VSS | 170 | DQ21 | 65 | A12/BC_n | 209 | VDD | 103 | VSS | 247 | DQ39 | 142 | VPP | 286 | VPP |
| 27 | DQ16 | 171 | VSS | 66 | A9 | 210 | A11 | 104 | DQ34 | 248 | VSS | 143 | VPP | 287 | VPP |
| 28 | VSS | 172 | DQ17 | 67 | VDD | 211 | A7 | 105 | VSS | 249 | DQ35 | 144 | RFU | 288 | VPP⁴ |
| 29 | TDQS11_t, DQS11_t | 173 | VSS | 68 | A8 | 212 | VDD | 106 | DQ44 | 250 | VSS | | | | |
| 30 | TDQS11_c, DQS11_c | 174 | DQS2_c | 69 | A6 | 213 | A5 | 107 | VSS | 251 | DQ45 | | | | |
| 31 | VSS | 175 | DQS2_t | 70 | VDD | 214 | A4 | 108 | DQ40 | 252 | VSS | | | | |
| 32 | DQ22 | 176 | VSS | 71 | A3 | 215 | VDD | 109 | VSS | 253 | DQ41 | | | | |
| 33 | VSS | 177 | DQ23 | 72 | A1 | 216 | A2 | 110 | TDQS14_t, DQS14_t | 254 | VSS | | | | |
| 34 | DQ18 | 178 | VSS | 73 | VDD | 217 | VDD | 111 | TDQS14_c, DQS14_c | 255 | DQS5_c | | | | |
| 35 | VSS | 179 | DQ19 | 74 | CK0_t | 218 | CK1_t | 112 | VSS | 256 | DQS5_t | | | | |
| 36 | DQ28 | 180 | VSS | 75 | CK0_c | 219 | CK1_c | 113 | DQ46 | 257 | VSS | | | | |
| 37 | VSS | 181 | DQ29 | 76 | VDD | 220 | VDD | 114 | VSS | 258 | DQ47 | | | | |
| 38 | DQ24 | 182 | VSS | 77 | VTT | 221 | VTT | 115 | DQ42 | 259 | VSS | | | | |
| 39 | VSS | 183 | DQ25 | KEY | | | | 116 | VSS | 260 | DQ43 | | | | |

NOTE:
1. VPP is 2.5V DC
2. Pin 230 is defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pin 230 is defined as SAVE_n for NVDIMMs.
3. Pins 1 and 145 are defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pins 1 and 145 are defined as 12V for Hybrid /NVDIMM
4. The 5th VPP is required on all modules. DIMMs.

SAMSUNG

SAM-NET-293_00016013

# 5. Pin Description

| Pin Name | Description | Pin Name | Description |
|----------|-------------|----------|-------------|
| A0–A17[1] | Register address input | SCL | I2C serial bus clock for SPD/TS and register |
| BA0, BA1 | Register bank select input | SDA | I2C serial bus data line for SPD/TS and register |
| BG0, BG1 | Register bank group select input | SA0–SA2 | I2C slave address select for SPD/TS and register |
| RAS_n[2] | Register row address strobe input | PAR | Register parity input |
| CAS_n[3] | Register column address strobe input | VDD | SDRAM core power supply |
| WE_n[4] | Register write enable input | VPP | SDRAM activating power supply |
| CS0_n, CS1_n, CS2_n, CS3_n | DIMM Rank Select Lines input | VREFCA | SDRAM command/address reference supply |
| CKE0, CKE1 | Register clock enable lines input | VSS | Power supply return (ground) |
| ODT0, ODT1 | Register on-die termination control lines input | VDDSPD | Serial SPD/TS positive power supply |
| ACT_n | Register input for activate input | ALERT_n | Register ALERT_n output |
| DQ0–DQ63 | DIMM memory data bus | RESET_n | Set Register and SDRAMs to a Known State |
| CB0–CB7 | DIMM ECC check bits | EVENT_n | SPD signals a thermal event has occurred |
| DQS0_t–DQS17_t | Data Buffer data strobes (positive line of differential pair) | VTT | SDRAM I/O termination supply |
| DQS0_c–DQS17_c | Data Buffer data strobes (negative line of differential pair) | RFU | Reserved for future use |
| CK0_t, CK1_t | Register clock input (positive line of differential pair) | | |
| CK0_c, CK1_c | Register clocks input (negative line of differential pair) | | |

NOTE :
1. Address A17 is only valid for 16 Gb x4 based SDRAMs.
2. RAS_n is a multiplexed function with A16.
3. CAS_n is a multiplexed function with A15.
4. WE_n is a multiplexed function with A14.

# 6. ON DIMM Thermal Sensor



NOTE : 1. All Samsung RDIMM support Thermal sensor on DIMM

**[ Table 1 ] Temperature Sensor Characteristics**

| Grade | Range | Temperature Sensor Accuracy | | | Units | NOTE |
|-------|-------|------|------|------|-------|------|
| | | Min. | Typ. | Max. | | |
| B | 75 < Ta < 95 | - | +/- 0.5 | +/- 1.0 | °C | - |
| | 40 < Ta < 125 | - | +/- 1.0 | +/- 2.0 | | - |
| | -20 < Ta < 125 | - | +/- 2.0 | +/- 3.0 | | - |
| Resolution | | 0.25 | | | °C /LSB | - |

**SAMSUNG**

SAM-NET-293_00016014

Rev. 1.8, Aug. 2016

M393A5143DB0
M393A1G40DB0
M393A1G40DB1
M393A1G43DB0
M393A1G43DB1
M393A2G40DB0
M393A2G40DB1

# 288pin Registered DIMM based on 4Gb D-die

78FBGA with Lead-Free & Halogen-Free (RoHS compliant)

## datasheet

SAMSUNG ELECTRONICS RESERVES THE RIGHT TO CHANGE PRODUCTS, INFORMATION AND SPECIFICATIONS WITHOUT NOTICE.

Products and specifications discussed herein are for reference purposes only. All information discussed herein is provided on an "AS IS" basis, without warranties of any kind.

This document and all information discussed herein remain the sole and exclusive property of Samsung Electronics. No license of any patent, copyright, mask work, trademark or any other intellectual property right is granted by one party to the other party under this document, by implication, estoppel or otherwise.

Samsung products are not intended for use in life support, critical care, medical, safety equipment, or similar applications where product failure could result in loss of life or personal or physical harm, or any military or defense application, or any governmental procurement to which special terms or provisions may apply.

For updates or additional information about Samsung products, contact your nearest Samsung office.

All brand names, trademarks and registered trademarks belong to their respective owners.

(c) 2016 Samsung Electronics Co., Ltd.   All rights reserved.



**SAMSUNG**

SAM-NET-293_00016258

# Revision History

| Revision No. | History | Draft Date | Remark | Editor |
|---|---|---|---|---|
| 1.0 | - First SPEC. Release | Mar. 2014 | -- | S.H.Kim |
| 1.1 | - Addition of IDD & IPP value of x8 Product | May. 2014 | - | S.H.Kim |
| | - Correction of IPP value of x4 Product | | | |
| 1.2 | - Change of [Table6] Allowed time before ringback(tDVAC) for CK_t - CK_c on page 17 | Oct. 2014 | - | J.Y.Lee |
| | - Addition of Slew Rate Definition for Single-ended Input Signals ( CMD /ADD ) on page 19 | | | |
| | - Change of [Table 21] Silicon pad I/O Capacitance on page 30 | | | |
| | - Change of Speed Bins and CL, tRCD, tRP, tRC and tRAS for corresponding bin on page 31~34 | | | |
| | - Change of [Table 26] Timing Parameters by Speed Grade on page 35~40 | | | |
| | - Change of Registering Clock Driver Specification on page 9 | | | |
| 1.3 | - Change of Part Number (Speed bin "RC") | Jan. 2015 | - | J.Y.Lee |
| 1.4 | - Addition of VDDSPD tolerance | Mar. 2015 | - | J.Y.Lee |
| 1.6 | - Change of IDD value on page 27~28 | 6th Jan. 2016 | - | J.Y.Lee |
| | - Change of 8.1 Timing & Capacitance values ($t_{ACT}$) on page 9 | | | |
| | - Change of Physical Dimensions (Module Thickness) on page 41~43 | | | |
| 1.7 | - Addition of Module line up (M393A5143DB0) | 23th May. 2016 | - | J.Y.Lee |
| 1.71 | - Correction of typo | 16th Jun. 2016 | - | J.Y.Lee |
| 1.8 | - Change of Physical Dimensions (PCB hole) on page 43~46 | 25th Aug. 2016 | - | J.Y.Lee |

**SAMSUNG**

SAM-NET-293_00016259

## Table Of Contents

### 288pin Registered DIMM  based on 4Gb D-die

1. DDR4 Registered DIMM Ordering Information ................................................................................. 4

2. Key Features ................................................................................................................................... 4

3. Address Configuration .................................................................................................................... 4

4. Registered DIMM Pin Configurations (Front side/Back side) .......................................................... 5

5. Pin Description ............................................................................................................................... 6

6. ON DIMM Thermal Sensor ............................................................................................................ 6

7. Input/Output Functional Description .............................................................................................. 7

8. Registering Clock Driver Specification .......................................................................................... 9
   8.1 Timing & Capacitance values ................................................................................................... 9
   8.2 Clock driver Characteristics ..................................................................................................... 9

9. Function Block Diagram: ............................................................................................................. 10
   9.1 4GB, 512Mx72 Module (Populated as 1 rank of x8 DDR4 SDRAMs) ..................................... 10
   9.2 8GB, 1Gx72 Module (Populated as 1 rank of x4 DDR4 SDRAMs) ......................................... 11
   9.3 8GB, 1Gx72 Module (Populated as 2 ranks of x8 DDR4 SDRAMs) ....................................... 12
   9.4 16GB, 2Gx72 Module (Populated as 2 ranks of x4 DDR4 SDRAMs) ..................................... 14

10. Absolute Maximum Ratings ....................................................................................................... 16
    10.1 Absolute Maximum DC Ratings ........................................................................................... 16

11. AC & DC Operating Conditions .................................................................................................. 16
    11.1 Recommended DC Operating Conditions ............................................................................. 16

12. AC & DC Input Measurement Levels ......................................................................................... 17
    12.1 AC & DC Logic Input Levels for Single-Ended Signals ........................................................ 17
    12.2 AC and DC Input Measurement Levels : VREF Tolerances .................................................. 17
    12.3 AC and DC Logic Input Levels for Differential Signals ........................................................ 18
       12.3.1. Differential Signals Definition ....................................................................................... 18
       12.3.2. Differential Swing Requirements for Clock (CK_t - CK_c) ............................................. 18
       12.3.3. Single-ended Requirements for Differential Signals ...................................................... 19
    12.4 Slew Rate Definitions .......................................................................................................... 20
       12.4.1. Slew Rate Definitions for Differential Input Signals (CK) .............................................. 20
    12.5 Differential Input Cross Point Voltage .................................................................................. 21
    12.6 Single-ended AC & DC Output Levels .................................................................................. 22
    12.7 Differential AC & DC Output Levels ..................................................................................... 22
    12.8 Single-ended Output Slew Rate ........................................................................................... 22
    12.9 Differential Output Slew Rate .............................................................................................. 23
    12.10 Single-ended AC & DC Output Levels of Connectivity Test Mode ....................................... 24
    12.11 Test Load for Connectivity Test Mode Timing ..................................................................... 24

13. DIMM IDD Specification Definition ............................................................................................. 25

14. IDD SPEC Table ........................................................................................................................ 28

15. Input/Output Capacitance .......................................................................................................... 32

16. Electrical Characterisitics and AC Timing .................................................................................. 33
    16.1 Speed Bins and CL, tRCD, tRP, tRC and tRAS for Corresponding Bin .................................. 33
    16.2 Speed Bin Table Note .......................................................................................................... 36

17. Timing Parameters by Speed Grade ........................................................................................... 37

18. Physical Dimensions .................................................................................................................. 43
    18.1 512Mx8 based 512Mx72 Module (1 Rank) - M393A5143DB0 .............................................. 43
       18.1.1. x72 DIMM, populated as one physical rank of x8 DDR4 SDRAMs ................................. 43
    18.2 1Gx4 based 1Gx72 Module (1 Rank) - M393A1G40DB0/M393A1G40DB1 ........................... 44
       18.2.1. x72 DIMM, populated as one physical rank of x4 DDR4 SDRAMs ................................. 44
    18.3 512Mx8 based 1Gx72 Module (2 Ranks) - M393A1G43DB0/M393A1G43DB1 ..................... 45
       18.3.1. x72 DIMM, populated as two physical ranks of x8 DDR4 SDRAMs ............................... 45
    18.4 1Gbx4 based 2Gx72 Module (2 Ranks) - M393A2G40DB0/M393A2G40DB1 ....................... 46
       18.4.1. x72 DIMM, populated as two physical ranks of x4 DDR4 SDRAMs ............................... 46

## SAMSUNG

SAM-NET-293_00016260


**Registered DIMM**

*datasheet*

**DDR4 SDRAM**

# 1. DDR4 Registered DIMM Ordering Information

| Part Number[2] | Density | Organization | Component Composition[1] | Number of Rank | Height |
|---|---|---|---|---|---|
| M393A5143DB0-CPB/RC | 4GB | 512Mx72 | 512Mx8(K4A4G045WD-BC##)*9 | 1 | 31.25mm |
| M393A1G40DB0-CPB M393A1G40DB1-CRC | 8GB | 1Gx72 | 1Gx4(K4A4G045WD-BC##)*18 | 1 | 31.25mm |
| M393A1G43DB0-CPB M393A1G43DB1-CRC | 8GB | 1Gx72 | 512Mx8(K4A4G085WD-BC##)*18 | 2 | 31.25mm |
| M393A2G40DB0-CPB M393A2G40DB1-CRC | 16GB | 2Gx72 | 1Gx4(K4A4G045WD-BC##)*36 | 2 | 31.25mm |

NOTE :
1. "##" - PB/RC
2. PB(2133Mbps 15-15-15)/RC(2400Mbps 17-17-17)
   - DDR4-2400(17-17-17) is backward compatible to DDR4-2133(15-15-15)

# 2. Key Features

| Speed | DDR4-1600 | DDR4-1866 | DDR4-2133 | DDR4-2400 | Unit |
|---|---|---|---|---|---|
| | 11-11-11 | 13-13-13 | 15-15-15 | 17-17-17 | |
| tCK(min) | 1.25 | 1.071 | 0.938 | 0.833 | ns |
| CAS Latency | 11 | 13 | 15 | 17 | nCK |
| tRCD(min) | 13.75 | 13.92 | 14.06 | 14.16 | ns |
| tRP(min) | 13.75 | 13.92 | 14.06 | 14.16 | ns |
| tRAS(min) | 35 | 34 | 33 | 32 | ns |
| tRC(min) | 48.75 | 47.92 | 47.06 | 46.16 | ns |

- JEDEC standard 1.2V ± 0.06V Power Supply
- $V_{DDQ}$ = 1.2V ± 0.06V
- 800 MHz $f_{CK}$ for 1600Mb/sec/pin,933 MHz $f_{CK}$ for 1866Mb/sec/pin, 1067MHz $f_{CK}$ for 2133Mb/sec/pin,1200MHz $f_{CK}$ for 2400Mb/sec/pin
- 16 Banks (4 Bank Groups)
- Programmable $\overline{CAS}$ Latency: 10,11,12,13,14,15,16,17,18
- Programmable Additive Latency(Posted $\overline{CAS}$) : 0, CL - 2, or CL - 1 clock
- Programmable $\overline{CAS}$ Write Latency(CWL) = 9,11 (DDR4-1600) , 10,12 (DDR4-1866) , 11,14 (DDR4-2133) and 12,16 (DDR4-2400)
- Burst Length: 8, 4 with tCCD = 4 which does not allow seamless read or write [either On the fly using A12 or MRS]
- Bi-directional Differential Data Strobe
- On Die Termination using ODT pin
- Average Refresh Period 7.8us at lower then $T_{CASE}$ 85°C, 3.9us at 85°C < $T_{CASE}$ ≤ 95°C
- Asynchronous Reset

# 3. Address Configuration

| Organization | Row Address | Column Address | Bank Group Address | Bank Address | Auto Precharge |
|---|---|---|---|---|---|
| 1Gx4(4Gb) based Module | A0-A15 | A0-A9 | BG0-BG1 | BA0-BA1 | A10/AP |
| 512Mx8(4Gb) based Module | A0-A14 | A0-A9 | BG0-BG1 | BA0-BA1 | A10/AP |

**SAMSUNG**

SAM-NET-293_00016261

**Registered DIMM**     *datasheet*     **DDR4 SDRAM**

# 4. Registered DIMM Pin Configurations (Front side/Back side)

| Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12V[3],NC | 145 | 12V[3],NC | 40 | TDQS12_t, DQS12_t | 184 | VSS | 78 | EVENT_n | 222 | PARITY | 117 | DQ52 | 261 | VSS |
| 2 | VSS | 146 | VREFCA | 41 | TDQS12_c, DQS12_c | 185 | DQS3_c | 79 | A0 | 223 | VDD | 118 | VSS | 262 | DQS53 |
| 3 | DQ4 | 147 | VSS | 42 | VSS | 186 | DQS3_t | 80 | VDD | 224 | BA1 | 119 | DQ48 | 263 | VSS |
| 4 | VSS | 148 | DQ5 | 43 | DQ30 | 187 | VSS | 81 | BA0 | 225 | A10/AP | 120 | VSS | 264 | DQ49 |
| 5 | DQ0 | 149 | VSS | 44 | VSS | 188 | DQ31 | 82 | RAS_n/A16 | 226 | VDD | 121 | TDQS15_t, DQS15_t | 265 | VSS |
| 6 | VSS | 150 | DQ1 | 45 | DQ26 | 189 | VSS | 83 | VDD | 227 | RFU | 122 | TDQS15_c, DQS15_c | 266 | DQS6_c |
| 7 | TDQS9_t, DQS9_t | 151 | VSS | 46 | VSS | 190 | DQ27 | 84 | S0_n | 228 | WE_n/A14 | 123 | VSS | 267 | DQS6_t |
| 8 | TDQS9_c, DQS9_c | 152 | DQS0_c | 47 | CB4 | 191 | VSS | 85 | VDD | 229 | VDD | 124 | DQ54 | 268 | VSS |
| 9 | VSS | 153 | DQS0_t | 48 | VSS | 192 | CB5 | 86 | CAS_n/A15 | 230 | NC. | 125 | VSS | 269 | DQ55 |
| 10 | DQ6 | 154 | VSS | 49 | CB0 | 193 | VSS | 87 | ODT0 | 231 | VDD | 126 | DQ50 | 270 | VSS |
| 11 | VSS | 155 | DQ7 | 50 | VSS | 194 | CB1 | 88 | VDD | 232 | A13 | 127 | VSS | 271 | DQ51 |
| 12 | DQ2 | 156 | VSS | 51 | TDQS17_t, DQS17_t | 195 | VSS | 89 | S1_n | 233 | VDD | 128 | DQ60 | 272 | VSS |
| 13 | VSS | 157 | DQ3 | 52 | TDQS17_c, DQS17_c | 196 | DQS8_c | 90 | VDD | 234 | A17 | 129 | VSS | 273 | DQ61 |
| 14 | DQ12 | 158 | VSS | 53 | VSS | 197 | DQS8_t | 91 | ODT1 | 235 | NC,C2 | 130 | DQ56 | 274 | VSS |
| 15 | VSS | 159 | DQ13 | 54 | CB6 | 198 | VSS | 92 | VDD | 236 | VDD | 131 | VSS | 275 | DQ57 |
| 16 | DQ8 | 160 | VSS | 55 | VSS | 199 | CB7 | 93 | C0,CS2_n,NC | 237 | NC,CS3_c,C1 | 132 | TDQS16_t, DQS16_t | 276 | VSS |
| 17 | VSS | 161 | DQ9 | 56 | CB2 | 200 | VSS | 94 | VSS | 238 | SA2 | 133 | TDQS16_c, DQS16_c | 277 | DQS7_c |
| 18 | TDQS10_t, DQS10_t | 162 | VSS | 57 | VSS | 201 | CB3 | 95 | DQ36 | 239 | VSS | 134 | VSS | 278 | DQS7_t |
| 19 | TDQS10_c, DQS10_c | 163 | DQS1_c | 58 | RESET_n | 202 | VSS | 96 | VSS | 240 | DQ37 | 135 | DQ62 | 279 | VSS |
| 20 | VSS | 164 | DQS1_t | 59 | VDD | 203 | CKE1 | 97 | DQ32 | 241 | VSS | 136 | VSS | 280 | DQ63 |
| 21 | DQ14 | 165 | VSS | 60 | CKE0 | 204 | VDD | 98 | VSS | 242 | DQ33 | 137 | DQ58 | 281 | VSS |
| 22 | VSS | 166 | DQ15 | 61 | VDD | 205 | RFU | 99 | TDQS13_t, DQS13_t | 243 | VSS | 138 | VSS | 282 | DQ59 |
| 23 | DQ10 | 167 | VSS | 62 | ACT_n | 206 | VDD | 100 | TDQS13_c, DQS13_c | 244 | DQS4_c | 139 | SA0 | 283 | VSS |
| 24 | VSS | 168 | DQ11 | 63 | BG0 | 207 | BG1 | 101 | VSS | 245 | DQS4_t | 140 | SA1 | 284 | VDDSPD |
| 25 | DQ20 | 169 | VSS | 64 | VDD | 208 | ALERT_n | 102 | DQ38 | 246 | VSS | 141 | SCL | 285 | SDA |
| 26 | VSS | 170 | DQ21 | 65 | A12/BC_n | 209 | VDD | 103 | VSS | 247 | DQ39 | 142 | VPP | 286 | VPP |
| 27 | DQ16 | 171 | VSS | 66 | A9 | 210 | A11 | 104 | DQ34 | 248 | VSS | 143 | VPP | 287 | VPP |
| 28 | VSS | 172 | DQ17 | 67 | VDD | 211 | A7 | 105 | VSS | 249 | DQ35 | 144 | RFU | 288 | VPP[4] |
| 29 | TDQS11_t, DQS11_t | 173 | VSS | 68 | A8 | 212 | VDD | 106 | DQ44 | 250 | VSS | | | | |
| 30 | TDQS11_c, DQS11_c | 174 | DQS2_c | 69 | A6 | 213 | A5 | 107 | VSS | 251 | DQ45 | | | | |
| 31 | VSS | 175 | DQS2_t | 70 | VDD | 214 | A4 | 108 | DQ40 | 252 | VSS | | | | |
| 32 | DQ22 | 176 | VSS | 71 | A3 | 215 | VDD | 109 | VSS | 253 | DQ41 | | | | |
| 33 | VSS | 177 | DQ23 | 72 | A1 | 216 | A2 | 110 | TDQS14_t, DQS14_t | 254 | VSS | | | | |
| 34 | DQ18 | 178 | VSS | 73 | VDD | 217 | VDD | 111 | TDQS14_c, DQS14_c | 255 | DQS5_c | | | | |
| 35 | VSS | 179 | DQ19 | 74 | CK0_t | 218 | CK1_t | 112 | VSS | 256 | DQS5_t | | | | |
| 36 | DQ28 | 180 | VSS | 75 | CK0_c | 219 | CK1_c | 113 | DQ46 | 257 | VSS | | | | |
| 37 | VSS | 181 | DQ29 | 76 | VDD | 220 | VDD | 114 | VSS | 258 | DQ47 | | | | |
| 38 | DQ24 | 182 | VSS | 77 | VTT | 221 | VTT | 115 | DQ42 | 259 | VSS | | | | |
| 39 | VSS | 183 | DQ25 | KEY | | | | 116 | VSS | 260 | DQ43 | | | | |

NOTE:
1. VPP is 2.5V DC
2. Pin 230 is defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pin 230 is defined as SAVE_n for NVDIMMs.
3. Pins 1 and 145 are defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pins 1 and 145 are defined as 12V for Hybrid /NVDIMM
4. The 5th VPP is required on all modules. DIMMs.

SAMSUNG

# 5. Pin Description

| Pin Name | Description | Pin Name | Description |
|----------|-------------|----------|-------------|
| A0–A17[1] | Register address input | SCL | I2C serial bus clock for SPD/TS and register |
| BA0, BA1 | Register bank select input | SDA | I2C serial bus data line for SPD/TS and register |
| BG0, BG1 | Register bank group select input | SA0–SA2 | I2C slave address select for SPD/TS and register |
| RAS_n[2] | Register row address strobe input | PAR | Register parity input |
| CAS_n[3] | Register column address strobe input | VDD | SDRAM core power supply |
| WE_n[4] | Register write enable input | VPP | SDRAM activating power supply |
| CS0_n, CS1_n, CS2_n, CS3_n | DIMM Rank Select Lines input | VREFCA | SDRAM command/address reference supply |
| CKE0, CKE1 | Register clock enable lines input | VSS | Power supply return (ground) |
| ODT0, ODT1 | Register on-die termination control lines input | VDDSPD | Serial SPD/TS positive power supply |
| ACT_n | Register input for activate input | ALERT_n | Register ALERT_n output |
| DQ0–DQ63 | DIMM memory data bus | RESET_n | Set Register and SDRAMs to a Known State |
| CB0–CB7 | DIMM ECC check bits | EVENT_n | SPD signals a thermal event has occurred |
| DQS0_t– DQS17_t | Data Buffer data strobes (positive line of differential pair) | VTT | SDRAM I/O termination supply |
| DQS0_c– DQS17_c | Data Buffer data strobes (negative line of differential pair) | RFU | Reserved for future use |
| CK0_t, CK1_t | Register clock input (positive line of differential pair) | | |
| CK0_c, CK1_c | Register clocks input (negative line of differential pair) | | |

NOTE :
1. Address A17 is only valid for 16 Gb x4 based SDRAMs.
2. RAS_n is a multiplexed function with A16,
3. CAS_n is a multiplexed function with A15.
4. WE_n is a multiplexed function with A14.

# 6. ON DIMM Thermal Sensor



NOTE : 1. All Samsung RDIMM support Thermal sensor on DIMM

**[ Table 1 ] Temperature Sensor Characteristics**

| Grade | Range | Temperature Sensor Accuracy | | | Units | NOTE |
|-------|-------|------|------|------|-------|------|
| | | Min. | Typ. | Max. | | |
| B | 75 < Ta < 95 | - | +/- 0.5 | +/- 1.0 | °C | - |
| | 40 < Ta < 125 | - | +/- 1.0 | +/- 2.0 | | - |
| | -20 < Ta < 125 | - | +/- 2.0 | +/- 3.0 | | - |
| Resolution | | 0.25 | | | °C /LSB | - |

**SAMSUNG**

SAM-NET-293_00016263

Rev. 1.5  Aug. 2016

M392A2G40DM0

# 288pin VLP Registered DIMM based on 4Gb D-die

78FBGA with Lead-Free & Halogen-Free
(RoHS compliant)

# datasheet

SAMSUNG ELECTRONICS RESERVES THE RIGHT TO CHANGE PRODUCTS, INFORMATION AND SPECIFICATIONS WITHOUT NOTICE.

Products and specifications discussed herein are for reference purposes only. All information discussed herein is provided on an "AS IS" basis, without warranties of any kind.

This document and all information discussed herein remain the sole and exclusive property of Samsung Electronics. No license of any patent, copyright, mask work, trademark or any other intellectual property right is granted by one party to the other party under this document, by implication, estoppel or otherwise.

Samsung products are not intended for use in life support, critical care, medical, safety equipment, or similar applications where product failure could result in loss of life or personal or physical harm, or any military or defense application, or any governmental procurement to which special terms or provisions may apply.

For updates or additional information about Samsung products, contact your nearest Samsung office.

All brand names, trademarks and registered trademarks belong to their respective owners.

(c) 2016 Samsung Electronics Co., Ltd.   All rights reserved.



**SAMSUNG**

SAM-NET-293_00016304

# Revision History

| Revision No. | History | Draft Date | Remark | Editor |
|---|---|---|---|---|
| 1.0 | - First SPEC. Release | May. 2014 | – | S.H.Kim |
| 1.1 | – Change of [Table 2] Absolute Maximum DC Ratings on page 11 | Sep. 2014 | – | J.Y.Lee |
| | - Change of [Table 6] Allowed time before ringback (tDVAC) for CK_t - CK_c on page 13 | | | |
| | - Addition of Slew Rate Definition on page 15 | | | |
| | - Change of [Table 21] Silicon pad I/O Capacitance on page 25 | | | |
| | - Change of Speed Bins and CL, tRCD, tRP, tRC and tRAS for corresponding bin on page 26~28 | | | |
| | - Change of [Table 25] Timing Parameters by Speed Grade on page 29~33 | | | |
| | - Change of Registering Clock Driver Specification on page 9 | | | |
| 1.2 | – Addition of ASS'Y VIEW on page 35 | Nov. 2014 | – | J.Y.Lee |
| 1.3 | - Change of IDD7(IDD Max.) value on page 23 | Apr. 2015 | - | J.Y.Lee |
| 1.4 | - Change of IDD value on page 23 | 6th Jan. 2016 | - | J.Y.Lee |
| | - Change of 8.1 Timing & Capacitance values (tACT) on page 9 | | | |
| | - Change of Physical Dimensions (Module Thickness) on page 34 | | | |
| 1.41 | - Correction of typo | 27th Apr. 2016 | - | J.Y.Lee |
| 1.5 | - Change of Physical Dimensions (PCB hole) on page 34 | 25th Aug. 2016 | - | J.Y.Lee |

**SAMSUNG**

SAM-NET-293_00016305

# Table Of Contents

## 288pin VLP Registered DIMM  based on 4Gb D-die

1. DDR4 VLP Registered DIMM Ordering Information ........................................................................ 4

2. Key Features................................................................................................................................. 4

3. Address Configuration ................................................................................................................. 4

4. Registered DIMM Pin Configurations (Front side/Back side)....................................................... 5

5. Pin Description ............................................................................................................................. 6

6. ON DIMM Thermal Sensor .......................................................................................................... 6

7. Input/Output Functional Description............................................................................................ 7

8. Registering Clock Driver Specification......................................................................................... 9
   8.1 Timing & Capacitance values ................................................................................................. 9
   8.2 Clock driver Characteristics.................................................................................................... 9

9. Function Block Diagram: ........................................................................................................... 10
   9.1 16GB, 2Gx72 Module (Populated as 2 ranks of x4 DDR4 SDRAMs) .................................. 10

10. Absolute Maximum Ratings ..................................................................................................... 11
    10.1 Absolute Maximum DC Ratings.......................................................................................... 11

11. AC & DC Operating Conditions................................................................................................ 11
    11.1 Recommended DC Operating Conditions........................................................................... 11

12. AC & DC Input Measurement Levels ....................................................................................... 12
    12.1 AC & DC Logic input levels for single-ended signals ........................................................ 12
    12.2 AC and DC Input Measurement Levels : VREF Tolerances............................................... 12
    12.3 AC and DC Logic Input Levels for Differential Signals ...................................................... 13
        12.3.1. Differential Signals Definition .................................................................................... 13
        12.3.2. Differential swing requirements for clock (CK_t - CK_c)............................................ 13
        12.3.3. Single-ended Requirements for Differential Signals .................................................. 14
    12.4 Slew Rate Definitions ........................................................................................................ 15
        12.4.1. Slew Rate Definitions for Differential Input Signals ( CK ) ........................................ 15
    12.5 Differential Input Cross Point Voltage ............................................................................... 16
    12.6 Single-ended AC & DC Output Levels................................................................................ 16
    12.7 Differential AC & DC Output Levels.................................................................................... 17
    12.8 Single-ended Output Slew Rate ......................................................................................... 17
    12.9 Differential Output Slew Rate ............................................................................................ 18
    12.10 Single-ended AC & DC Output Levels of Connectivity Test Mode ................................... 19
    12.11 Test Load for Connectivity Test Mode Timing .................................................................. 19

13. DIMM IDD specification definition ........................................................................................... 20

14. IDD SPEC Table ...................................................................................................................... 23

15. Input/Output Capacitance ....................................................................................................... 25

16. Electrical Characterisitics and AC timing ................................................................................ 26
    16.1 Speed Bins and CL, tRCD, tRP, tRC and tRAS for corresponding bin ............................. 26
    16.2 Speed Bin Table Note ....................................................................................................... 28

17. Timing Parameters by Speed Grade ....................................................................................... 29

18. Physical Dimensions................................................................................................................ 34
    18.1 2Gx4(DDP) based 2Gx72 Module (2 Ranks) - M392A2G40DM0 ...................................... 34
        18.1.1. x72 DIMM, populated as two physical ranks of x4 DDR4 SDRAMs ......................... 34
        18.1.2. Heat Spreader Design Guide .................................................................................... 35



**SAMSUNG**

SAM-NET-293_00016306

# 1. DDR4 VLP Registered DIMM Ordering Information

| Part Number[2] | Density | Organization | Component Composition[1] | Number of Rank | Height |
|---|---|---|---|---|---|
| M392A2G40DM0-CPB | 16GB | 2Gx72 | 2Gx4(K4A8G045WD-MC##)*18 | 2 | 18.75mm |

NOTE :
1. "##" - PB
2. PB(2133Mbps 15-15-15)

# 2. Key Features

| Speed | DDR4-1600 | DDR4-1866 | DDR4-2133 | Unit |
|---|---|---|---|---|
| | 11-11-11 | 13-13-13 | 15-15-15 | |
| tCK(min) | 1.25 | 1.071 | 0.938 | ns |
| CAS Latency | 11 | 13 | 15 | nCK |
| tRCD(min) | 13.75 | 13.92 | 14.06 | ns |
| tRP(min) | 13.75 | 13.92 | 14.06 | ns |
| tRAS(min) | 35 | 34 | 33 | ns |
| tRC(min) | 48.75 | 47.92 | 47.06 | ns |

- JEDEC standard 1.2V ± 0.06V Power Supply
- $V_{DDQ}$ = 1.2V ± 0.06V
- 800 MHz $f_{CK}$ for 1600Mb/sec/pin,933 MHz $f_{CK}$ for 1866Mb/sec/pin, 1067MHz $f_{CK}$ for 2133Mb/sec/pin
- 16 Banks (4 Bank Groups)
- Programmable $\overline{CAS}$ Latency: 10,11,12,13,14,15,16
- Programmable Additive Latency(Posted $\overline{CAS}$) : 0, CL - 2, or CL - 1 clock
- Programmable $\overline{CAS}$ Write Latency(CWL) = 9,11 (DDR4-1600) , 10,12 (DDR4-1866) and 11,14 (DDR4-2133)
- Burst Length: 8 , 4 with tCCD = 4 which does not allow seamless read or write [either On the fly using A12 or MRS]
- Bi-directional Differential Data Strobe
- On Die Termination using ODT pin
- Average Refresh Period 7.8us at lower then $T_{CASE}$ 85°C, 3.9us at 85°C < $T_{CASE}$ ≤ 95°C
- Asynchronous Reset

# 3. Address Configuration

| Organization | Row Address | Column Address | Bank Group Address | Bank Address | Auto Precharge |
|---|---|---|---|---|---|
| 2Gx4(8Gb DDP) based Module | A0-A15 | A0-A9 | BG0-BG1 | BA0-BA1 | A10/AP |

**SAMSUNG**

SAM-NET-293_00016307

datasheet

# 4. Registered DIMM Pin Configurations (Front side/Back side)

| Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12V[3],NC | 145 | 12V[3],NC | 40 | TDQS12_t, DQS12_t | 184 | VSS | 78 | EVENT_n | 222 | PARITY | 117 | DQ52 | 261 | VSS |
| 2 | VSS | 146 | VREFCA | 41 | TDQS12_c, DQS12_c | 185 | DQS3_c | 79 | A0 | 223 | VDD | 118 | VSS | 262 | DQS53 |
| 3 | DQ4 | 147 | VSS | 42 | VSS | 186 | DQS3_t | 80 | VDD | 224 | BA1 | 119 | DQ48 | 263 | VSS |
| 4 | VSS | 148 | DQ5 | 43 | DQ30 | 187 | VSS | 81 | BA0 | 225 | A10/AP | 120 | VSS | 264 | DQ49 |
| 5 | DQ0 | 149 | VSS | 44 | VSS | 188 | DQ31 | 82 | RAS_n/A16 | 226 | VDD | 121 | TDQS15_t, DQS15_t | 265 | VSS |
| 6 | VSS | 150 | DQ1 | 45 | DQ26 | 189 | VSS | 83 | VDD | 227 | RFU | 122 | TDQS15_c, DQS15_c | 266 | DQS6_c |
| 7 | TDQS9_t, DQS9_t | 151 | VSS | 46 | VSS | 190 | DQ27 | 84 | S0_n | 228 | WE_n/A14 | 123 | VSS | 267 | DQS6_t |
| 8 | TDQS9_c, DQS9_c | 152 | DQS0_c | 47 | CB4 | 191 | VSS | 85 | VDD | 229 | VDD | 124 | DQ54 | 268 | VSS |
| 9 | VSS | 153 | DQS0_t | 48 | VSS | 192 | CB5 | 86 | CAS_n/A15 | 230 | NC | 125 | VSS | 269 | DQ55 |
| 10 | DQ6 | 154 | VSS | 49 | CB0 | 193 | VSS | 87 | ODT0 | 231 | VDD | 126 | DQ50 | 270 | VSS |
| 11 | VSS | 155 | DQ7 | 50 | VSS | 194 | CB1 | 88 | VDD | 232 | A13 | 127 | VSS | 271 | DQ51 |
| 12 | DQ2 | 156 | VSS | 51 | TDQS17_t, DQS17_t | 195 | VSS | 89 | S1_n | 233 | VDD | 128 | DQ60 | 272 | VSS |
| 13 | VSS | 157 | DQ3 | 52 | TDQS17_c, DQS17_c | 196 | DQS8_c | 90 | VDD | 234 | A17 | 129 | VSS | 273 | DQ61 |
| 14 | DQ12 | 158 | VSS | 53 | VSS | 197 | DQS8_t | 91 | ODT1 | 235 | NC,C2 | 130 | DQ56 | 274 | VSS |
| 15 | VSS | 159 | DQ13 | 54 | CB6 | 198 | VSS | 92 | VDD | 236 | VDD | 131 | VSS | 275 | DQ57 |
| 16 | DQ8 | 160 | VSS | 55 | VSS | 199 | CB7 | 93 | C0,CS2_n,NC | 237 | NC,CS3_c,C1 | 132 | TDQS16_t, DQS16_t | 276 | VSS |
| 17 | VSS | 161 | DQ9 | 56 | CB2 | 200 | VSS | 94 | VSS | 238 | SA2 | 133 | TDQS16_c, DQS16_c | 277 | DQS7_c |
| 18 | TDQS10_t, DQS10_t | 162 | VSS | 57 | VSS | 201 | CB3 | 95 | DQ36 | 239 | VSS | 134 | VSS | 278 | DQS7_t |
| 19 | TDQS10_c, DQS10_c | 163 | DQS1_c | 58 | RESET_n | 202 | VSS | 96 | VSS | 240 | DQ37 | 135 | DQ62 | 279 | VSS |
| 20 | VSS | 164 | DQS1_t | 59 | VDD | 203 | CKE1 | 97 | DQ32 | 241 | VSS | 136 | VSS | 280 | DQ63 |
| 21 | DQ14 | 165 | VSS | 60 | CKE0 | 204 | VDD | 98 | VSS | 242 | DQ33 | 137 | DQ58 | 281 | VSS |
| 22 | VSS | 166 | DQ15 | 61 | VDD | 205 | RFU | 99 | TDQS13_t, DQS13_t | 243 | VSS | 138 | VSS | 282 | DQ59 |
| 23 | DQ10 | 167 | VSS | 62 | ACT_n | 206 | VDD | 100 | TDQS13_c, DQS13_c | 244 | DQS4_c | 139 | SA0 | 283 | VSS |
| 24 | VSS | 168 | DQ11 | 63 | BG0 | 207 | BG1 | 101 | VSS | 245 | DQS4_t | 140 | SA1 | 284 | VDDSPD |
| 25 | DQ20 | 169 | VSS | 64 | VDD | 208 | ALERT_n | 102 | DQ38 | 246 | VSS | 141 | SCL | 285 | SDA |
| 26 | VSS | 170 | DQ21 | 65 | A12/BC_n | 209 | VDD | 103 | VSS | 247 | DQ39 | 142 | VPP | 286 | VPP |
| 27 | DQ16 | 171 | VSS | 66 | A9 | 210 | A11 | 104 | DQ34 | 248 | VSS | 143 | VPP | 287 | VPP |
| 28 | VSS | 172 | DQ17 | 67 | VDD | 211 | A7 | 105 | VSS | 249 | DQ35 | 144 | RFU | 288 | VPP[4] |
| 29 | TDQS11_t, DQS11_t | 173 | VSS | 68 | A8 | 212 | VDD | 106 | DQ44 | 250 | VSS | | | | |
| 30 | TDQS11_c, DQS11_c | 174 | DQS2_c | 69 | A6 | 213 | A5 | 107 | VSS | 251 | DQ45 | | | | |
| 31 | VSS | 175 | DQS2_t | 70 | VDD | 214 | A4 | 108 | DQ40 | 252 | VSS | | | | |
| 32 | DQ22 | 176 | VSS | 71 | VSS | 215 | VDD | 109 | VSS | 253 | DQ41 | | | | |
| 33 | VSS | 177 | DQ23 | 72 | A1 | 216 | A2 | 110 | TDQS14_t, DQS14_t | 254 | VSS | | | | |
| 34 | DQ18 | 178 | VSS | 73 | VDD | 217 | VDD | 111 | TDQS14_c, DQS14_c | 255 | DQS5_c | | | | |
| 35 | VSS | 179 | DQ19 | 74 | CK0_t | 218 | CK1_t | 112 | VSS | 256 | DQS5_t | | | | |
| 36 | DQ28 | 180 | VSS | 75 | CK0_c | 219 | CK1_c | 113 | DQ46 | 257 | VSS | | | | |
| 37 | VSS | 181 | DQ29 | 76 | VDD | 220 | VDD | 114 | VSS | 258 | DQ47 | | | | |
| 38 | DQ24 | 182 | VSS | 77 | VTT | 221 | VTT | 115 | DQ42 | 259 | VSS | | | | |
| 39 | VSS | 183 | DQ25 | | KEY | | | 116 | VSS | 260 | DQ43 | | | | |

NOTE:
1. VPP is 2.5V DC
2. Pin 230 is defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pin 230 is defined as SAVE_n for NVDIMMs.
3. Pins 1 and 145 are defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pins 1 and 145 are defined as 12V for Hybrid /NVDIMM
4. The 5th VPP is required on all modules. DIMMs.

SAMSUNG

# 5. Pin Description

| Pin Name | Description | Pin Name | Description |
|---|---|---|---|
| A0–A17[1] | Register address input | SCL | I2C serial bus clock for SPD/TS and register |
| BA0, BA1 | Register bank select input | SDA | I2C serial bus data line for SPD/TS and register |
| BG0, BG1 | Register bank group select input | SA0–SA2 | I2C slave address select for SPD/TS and register |
| RAS_n[2] | Register row address strobe input | PAR | Register parity input |
| CAS_n[3] | Register column address strobe input | VDD | SDRAM core power supply |
| WE_n[4] | Register write enable input | VPP | SDRAM activating power supply |
| CS0_n, CS1_n, CS2_n, CS3_n | DIMM Rank Select Lines input | VREFCA | SDRAM command/address reference supply |
| CKE0, CKE1 | Register clock enable lines input | VSS | Power supply return (ground) |
| ODT0, ODT1 | Register on-die termination control lines input | VDDSPD | Serial SPD/TS positive power supply |
| ACT_n | Register input for activate input | ALERT_n | Register ALERT_n output |
| DQ0–DQ63 | DIMM memory data bus | RESET_n | Set Register and SDRAMs to a Known State |
| CB0–CB7 | DIMM ECC check bits | EVENT_n | SPD signals a thermal event has occurred |
| DQS0_t– DQS17_t | Data Buffer data strobes (positive line of differential pair) | VTT | SDRAM I/O termination supply |
| DQS0_c– DQS17_c | Data Buffer data strobes (negative line of differential pair) | RFU | Reserved for future use |
| CK0_t, CK1_t | Register clock input (positive line of differential pair) | | |
| CK0_c, CK1_c | Register clocks input (negative line of differential pair) | | |

NOTE :
1. Address A17 is only valid for 16 Gb x4 based SDRAMs.
2. RAS_n is a multiplexed function with A16.
3. CAS_n is a multiplexed function with A15.
4. WE_n is a multiplexed function with A14.

# 6. ON DIMM Thermal Sensor



NOTE : 1. All Samsung RDIMM support Thermal sensor on DIMM

[ Table 1 ] Temperature Sensor Characteristics

| Grade | Range | Temperature Sensor Accuracy | | | Units | NOTE |
|---|---|---|---|---|---|---|
| | | Min. | Typ. | Max. | | |
| B | 75 < Ta < 95 | - | +/- 0.5 | +/- 1.0 | °C | - |
| | 40 < Ta < 125 | - | +/- 1.0 | +/- 2.0 | | - |
| | -20 < Ta < 125 | - | +/- 2.0 | +/- 3.0 | | - |
| Resolution | | 0.25 | | | °C /LSB | - |

**SAMSUNG**

SAM-NET-293_00016309

Rev. 1.1, May. 2017

M393A8K40B2B

# 288pin Registered DIMM based on 8Gb B-die

## 78FBGA with Lead-Free & Halogen-Free (RoHS compliant)

## datasheet

SAMSUNG ELECTRONICS RESERVES THE RIGHT TO CHANGE PRODUCTS, INFORMATION AND SPECIFICATIONS WITHOUT NOTICE.

Products and specifications discussed herein are for reference purposes only. All information discussed herein is provided on an "AS IS" basis, without warranties of any kind.

This document and all information discussed herein remain the sole and exclusive property of Samsung Electronics. No license of any patent, copyright, mask work, trademark or any other intellectual property right is granted by one party to the other party under this document, by implication, estoppel or otherwise.

Samsung products are not intended for use in life support, critical care, medical, safety equipment, or similar applications where product failure could result in loss of life or personal or physical harm, or any military or defense application, or any governmental procurement to which special terms or provisions may apply.

For updates or additional information about Samsung products, contact your nearest Samsung office.

All brand names, trademarks and registered trademarks belong to their respective owners.

© 2017 Samsung Electronics Co., Ltd.   All rights reserved.



**SAMSUNG**

SAM-NET-293_00016890

# Revision History

| Revision No. | History | Draft Date | Remark | Editor |
|---|---|---|---|---|
| 1.0 | - First SPEC Release | 10th Mar. 2016 | - | J.Y.Lee |
| 1.1 | – Update Physical dimension. | 18th May, 2017 | Final | J.Y.Bae |
|  | 1. Add hole. |  |  |  |
|  | 2. Change module edge to curved line. |  |  |  |
|  | 3. Change H/S Notch shape. |  |  |  |

**SAMSUNG**

SAM-NET-293_00016891

## Table Of Contents

### 288pin Registered DIMM  based on 8Gb B-die

1. DDR4 Registered DIMM Ordering Information ........................................................................................4

2. Key Features ........................................................................................................................................4

3. Address Configuration ..........................................................................................................................4

4. Registered DIMM Pin Configurations (Front side/Back side) ...............................................................5

5. Pin Description ......................................................................................................................................6

6. ON DIMM Thermal Sensor ....................................................................................................................6

7. Input/Output Functional Description .....................................................................................................7

8. Registering Clock Driver Specification ..................................................................................................9
   8.1 Timing & Capacitance values .........................................................................................................9
   8.2 Clock driver Characteristics ...........................................................................................................9

9. Function Block Diagram: ......................................................................................................................10
   9.1 64GB, 8Gx72 Module ....................................................................................................................10

10. Absolute Maximum Ratings ...............................................................................................................13
    10.1 Absolute Maximum DC Ratings ..................................................................................................13

11. AC & DC Operating Conditions ..........................................................................................................13
    11.1 Recommended DC Operating Conditions ...................................................................................13

12. AC & DC Input Measurement Levels ..................................................................................................14
    12.1 AC & DC Logic input levels for single-ended signals ..................................................................14
    12.2 AC and DC Input Measurement Levels : VREF Tolerances ........................................................14
    12.3 AC and DC Logic Input Levels for Differential Signals ...............................................................15
        12.3.1. Differential Signals Definition ...........................................................................................15
        12.3.2. Differential swing requirements for clock (CK_t - CK_c) ..................................................15
        12.3.3. Single-ended Requirements for Differential Signals .........................................................16
    12.4 Differential Input Cross Point Voltage .........................................................................................17
    12.5 Single-ended AC & DC Output Levels .........................................................................................18
    12.6 Differential AC & DC Output Levels .............................................................................................18
    12.7 Single-ended Output Slew Rate ..................................................................................................19
    12.8 Differential Output Slew Rate .....................................................................................................20
    12.9 Single-ended AC & DC Output Levels of Connectivity Test Mode ..............................................21
    12.10 Test Load for Connectivity Test Mode Timing ...........................................................................21

13. DIMM IDD specification definition ......................................................................................................22

14. IDD Table ...........................................................................................................................................25

15. Input/Output Capacitance ..................................................................................................................27

16. Electrical Characterisitics and AC timing ...........................................................................................28
    16.1 Speed Bins and CL, tRCD, tRP, tRC and tRAS for corresponding bin .........................................28
    16.2 Speed Bin Table Note .................................................................................................................31

17. Timing Parameters by Speed Grade ..................................................................................................32

18. Physical Dimensions ..........................................................................................................................38
    18.1 8Gbx4(2H TSV) based 8Gx72 Module (2 physical ranks / 2 logical ranks) ................................38
        18.1.1. x72 DIMM, populated as 2 physical ranks / 2 logical ranks of x4 DDR4 SDRAMs ...........38



SAM-NET-293_00016892

# 1. DDR4 Registered DIMM Ordering Information

| Part Number | Density | Organization | Component Composition | Number of Rank | Height |
|---|---|---|---|---|---|
| M393A8K40B2B-CRB/TC | 64GB | 8Gx72 | 2H TSV 8Gx4(K4AAG045WB-2C##)*36 | 4<br>(2 physical ranks / 2 logical ranks) | 31.25mm |

NOTE :
1. "##" - RB/TC
2. RB(2133Mbps 17-15-15)/TC(2400Mbps 19-17-17)
   - DDR4-2400(19-17-17) is backward compatible to DDR4-2133(17-15-15)

# 2. Key Features

| Speed | DDR4-1600 | DDR4-1866 | DDR4-2133 | DDR4-2400 | Unit |
|---|---|---|---|---|---|
|  | 13-12-11 | 15-14-13 | 17-15-15 | 19-17-17 |  |
| tCK(min) | 1.25 | 1.071 | 0.937 | 0.833 | ns |
| CAS Latency | 13 | 15 | 17 | 19 | nCK |
| tRCD(min) | 15 | 15 | 14.06 | 14.16 | ns |
| tRP(min) | 13.75 | 13.92 | 14.06 | 14.16 | ns |
| tRAS(min) | 35 | 34 | 33 | 32 | ns |
| tRC(min) | 48.75 | 47.92 | 47.06 | 46.16 | ns |

- JEDEC standard 1.2V ± 0.06V Power Supply
- $V_{DDQ}$ = 1.2V ± 0.06V
- 800 MHz $f_{CK}$ for 1600Mb/sec/pin,933 MHz $f_{CK}$ for 1866Mb/sec/pin, 1067MHz $f_{CK}$ for 2133Mb/sec/pin, 1200MHz $f_{CK}$ for 2400Mb/sec/pin
- 16 Banks (4 Bank Groups)
- Programmable CAS Latency: 10,11,12,13,14,15,16,17,18,19
- Programmable Additive Latency(Posted CAS) : CL - 2, CL - 3 or CL - 5 clock
- Programmable CAS Write Latency(CWL) = 9,11 (DDR4-1600) , 10,11,12 (DDR4-1866) , 11,14 (DDR4-2133) and 12,16 (DDR4-2400)
- Burst Length: 8, 4 with tCCD = 4 which does not allow seamless read or write [either On the fly using A12 or MRS]
- Bi-directional Differential Data Strobe
- On Die Termination using ODT pin
- Average Refresh Period 7.8us at lower then $T_{CASE}$ 85°C, 3.9us at 85°C < $T_{CASE}$ ≤ 95°C
- Asynchronous Reset

# 3. Address Configuration

| Organization | Row Address | Column Address | Bank Address | Auto Precharge |
|---|---|---|---|---|
| 8Gx4 (16Gb 2H TSV) based Module | A0-A16 | A0-A9 | BA0-BA1 | A10/AP |

**SAMSUNG**

SAM-NET-293_00016893

# 4. Registered DIMM Pin Configurations (Front side/Back side)

| Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12V[3],NC | 145 | 12V[3],NC | 40 | TDQS12_t, DQS12_t | 184 | VSS | 78 | EVENT_n | 222 | PARITY | 117 | DQ52 | 261 | VSS |
| 2 | VSS | 146 | VREFCA | 41 | TDQS12_c, DQS12_c | 185 | DQS3_c | 79 | A0 | 223 | VDD | 118 | VSS | 262 | DQ53 |
| 3 | DQ4 | 147 | VSS | 42 | VSS | 186 | DQS3_t | 80 | VDD | 224 | BA1 | 119 | DQ48 | 263 | VSS |
| 4 | VSS | 148 | DQ5 | 43 | DQ30 | 187 | VSS | 81 | BA0 | 225 | A10/AP | 120 | VSS | 264 | DQ49 |
| 5 | DQ0 | 149 | VSS | 44 | VSS | 188 | DQ31 | 82 | RAS_n/A16 | 226 | VDD | 121 | TDQS15_t, DQS15_t | 265 | VSS |
| 6 | VSS | 150 | DQ1 | 45 | DQ26 | 189 | VSS | 83 | VDD | 227 | RFU | 122 | TDQS15_c, DQS15_c | 266 | DQS6_c |
| 7 | TDQS9_t, DQS9_t | 151 | VSS | 46 | VSS | 190 | DQ27 | 84 | S0_n | 228 | WE_n/A14 | 123 | VSS | 267 | DQS6_t |
| 8 | TDQS9_c, DQS9_c | 152 | DQS0_c | 47 | CB4 | 191 | VSS | 85 | VDD | 229 | VDD | 124 | DQ54 | 268 | VSS |
| 9 | VSS | 153 | DQS0_t | 48 | VSS | 192 | CB5 | 86 | CAS_n/A15 | 230 | NC. | 125 | VSS | 269 | DQ55 |
| 10 | DQ6 | 154 | VSS | 49 | CB0 | 193 | VSS | 87 | ODT0 | 231 | VDD | 126 | DQ50 | 270 | VSS |
| 11 | VSS | 155 | DQ7 | 50 | VSS | 194 | CB1 | 88 | VDD | 232 | A13 | 127 | VSS | 271 | DQ51 |
| 12 | DQ2 | 156 | VSS | 51 | TDQS17_t, DQS17_t | 195 | VSS | 89 | S1_n | 233 | VDD | 128 | DQ60 | 272 | VSS |
| 13 | VSS | 157 | DQ3 | 52 | TDQS17_c, DQS17_c | 196 | DQS8_c | 90 | VDD | 234 | A17 | 129 | VSS | 273 | DQ61 |
| 14 | DQ12 | 158 | VSS | 53 | VSS | 197 | DQS8_t | 91 | ODT1 | 235 | NC,C2 | 130 | DQ56 | 274 | VSS |
| 15 | VSS | 159 | DQ13 | 54 | CB6 | 198 | VSS | 92 | VSS | 236 | VDD | 131 | VSS | 275 | DQ57 |
| 16 | DQ8 | 160 | VSS | 55 | VSS | 199 | CB7 | 93 | C0,CS2_n,NC | 237 | NC,CS3_c,C1 | 132 | TDQS16_t, DQS16_t | 276 | VSS |
| 17 | VSS | 161 | DQ9 | 56 | CB2 | 200 | VSS | 94 | VSS | 238 | SA2 | 133 | TDQS16_c, DQS16_c | 277 | DQS7_c |
| 18 | TDQS10_t, DQS10_t | 162 | VSS | 57 | VSS | 201 | CB3 | 95 | DQ36 | 239 | VSS | 134 | VSS | 278 | DQS7_t |
| 19 | TDQS10_c, DQS10_c | 163 | DQS1_c | 58 | RESET_n | 202 | VSS | 96 | VSS | 240 | DQ37 | 135 | DQ62 | 279 | VSS |
| 20 | VSS | 164 | DQS1_t | 59 | VDD | 203 | CKE1 | 97 | DQ32 | 241 | VSS | 136 | VSS | 280 | DQ63 |
| 21 | DQ14 | 165 | VSS | 60 | CKE0 | 204 | VDD | 98 | VSS | 242 | DQ33 | 137 | DQ58 | 281 | VSS |
| 22 | VSS | 166 | DQ15 | 61 | VDD | 205 | RFU | 99 | TDQS13_t, DQS13_t | 243 | VSS | 138 | VSS | 282 | DQ59 |
| 23 | DQ10 | 167 | VSS | 62 | ACT_n | 206 | VDD | 100 | TDQS13_c, DQS13_c | 244 | DQS4_c | 139 | SA0 | 283 | VSS |
| 24 | VSS | 168 | DQ11 | 63 | BG0 | 207 | BG1 | 101 | VSS | 245 | DQS4_t | 140 | SA1 | 284 | VDDSPD |
| 25 | DQ20 | 169 | VSS | 64 | VDD | 208 | ALERT_n | 102 | DQ38 | 246 | VSS | 141 | SCL | 285 | SDA |
| 26 | VSS | 170 | DQ21 | 65 | A12/BC_n | 209 | VDD | 103 | VDD | 247 | DQ39 | 142 | VPP | 286 | VPP |
| 27 | DQ16 | 171 | VSS | 66 | A9 | 210 | A11 | 104 | DQ34 | 248 | VSS | 143 | VPP | 287 | VPP |
| 28 | VSS | 172 | DQ17 | 67 | VDD | 211 | A7 | 105 | VSS | 249 | DQ35 | 144 | RFU | 288 | VPP[4] |
| 29 | TDQS11_t, DQS11_t | 173 | VSS | 68 | A8 | 212 | VDD | 106 | DQ44 | 250 | VSS | | | | |
| 30 | TDQS11_c, DQS11_c | 174 | DQS2_c | 69 | A6 | 213 | A5 | 107 | VSS | 251 | DQ45 | | | | |
| 31 | VSS | 175 | DQS2_t | 70 | VDD | 214 | A4 | 108 | DQ40 | 252 | VSS | | | | |
| 32 | DQ22 | 176 | VSS | 71 | A3 | 215 | VDD | 109 | VSS | 253 | DQ41 | | | | |
| 33 | VSS | 177 | DQ23 | 72 | A1 | 216 | A2 | 110 | TDQS14_t, DQS14_t | 254 | VSS | | | | |
| 34 | DQ18 | 178 | VSS | 73 | VDD | 217 | VDD | 111 | TDQS14_c, DQS14_c | 255 | DQS5_c | | | | |
| 35 | VSS | 179 | DQ19 | 74 | CK0_t | 218 | CK1_t | 112 | VSS | 256 | DQS5_t | | | | |
| 36 | DQ28 | 180 | VSS | 75 | CK0_c | 219 | CK1_c | 113 | DQ46 | 257 | VSS | | | | |
| 37 | VSS | 181 | DQ29 | 76 | VDD | 220 | VDD | 114 | VSS | 258 | DQ47 | | | | |
| 38 | DQ24 | 182 | VSS | 77 | VTT | 221 | VTT | 115 | DQ42 | 259 | VSS | | | | |
| 39 | VSS | 183 | DQ25 | KEY | | | | 116 | VSS | 260 | DQ43 | | | | |

**NOTE:**
1. VPP is 2.5V DC
2. Pin 230 is defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pin 230 is defined as SAVE_n for NVDIMMs.
3. Pins 1 and 145 are defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pins 1 and 145 are defined as 12V for Hybrid /NVDIMM
4. The 5th VPP is required on all modules. DIMMs.

SAMSUNG

SAM-NET-293_00016894

# 5. Pin Description

| Pin Name | Description | Pin Name | Description |
|---|---|---|---|
| A0–A17[1] | Register address input | SCL | I2C serial bus clock for SPD/TS and register |
| BA0, BA1 | Register bank select input | SDA | I2C serial bus data line for SPD/TS and register |
| BG0, BG1 | Register bank group select input | SA0–SA2 | I2C slave address select for SPD/TS and register |
| RAS_n[2] | Register row address strobe input | PAR | Register parity input |
| CAS_n[3] | Register column address strobe input | VDD | SDRAM core power supply |
| WE_n[4] | Register write enable input | VPP | SDRAM activating power supply |
| CS0_n, CS1_n, CS2_n, CS3_n | DIMM Rank Select Lines input | VREFCA | SDRAM command/address reference supply |
| CKE0, CKE1 | Register clock enable lines input | VSS | Power supply return (ground) |
| ODT0, ODT1 | Register on-die termination control lines input | VDDSPD | Serial SPD/TS positive power supply |
| ACT_n | Register input for activate input | ALERT_n | Register ALERT_n output |
| DQ0–DQ63 | DIMM memory data bus | RESET_n | Set Register and SDRAMs to a Known State |
| CB0–CB7 | DIMM ECC check bits | EVENT_n | SPD signals a thermal event has occurred |
| DQS0_t– DQS17_t | Data Buffer data strobes (positive line of differential pair) | VTT | SDRAM I/O termination supply |
| DQS0_c– DQS17_c | Data Buffer data strobes (negative line of differential pair) | RFU | Reserved for future use |
| CK0_t, CK1_t | Register clock input (positive line of differential pair) | | |
| CK0_c, CK1_c | Register clocks input (negative line of differential pair) | | |

NOTE :
1. Address A17 is only valid for 16 Gb x4 based SDRAMs.
2. RAS_n is a multiplexed function with A16.
3. CAS_n is a multiplexed function with A15.
4. WE_n is a multiplexed function with A14.

# 6. ON DIMM Thermal Sensor



NOTE : 1. All Samsung RDIMM support Thermal sensor on DIMM

**[ Table 1 ] Temperature Sensor Characteristics**

| Grade | Range | Temperature Sensor Accuracy | | | Units | NOTE |
|---|---|---|---|---|---|---|
| | | Min. | Typ. | Max. | | |
| B | 75 < Ta < 95 | - | +/- 0.5 | +/- 1.0 | °C | - |
| | 40 < Ta < 125 | - | +/- 1.0 | +/- 2.0 | | - |
| | -20 < Ta < 125 | - | +/- 2.0 | +/- 3.0 | | - |
| Resolution | | | 0.25 | | °C /LSB | - |

- 6 -

**SAMSUNG**

SAM-NET-293_00016895

Rev. 1.43, May. 2017

**M393A8K40B21**
**M393A8K40B22**

# 288pin Registered DIMM based on 8Gb B-die

78FBGA with Lead-Free & Halogen-Free
(RoHS compliant)

datasheet

SAMSUNG ELECTRONICS RESERVES THE RIGHT TO CHANGE PRODUCTS, INFORMATION AND
SPECIFICATIONS WITHOUT NOTICE.

Products and specifications discussed herein are for reference purposes only. All information discussed
herein is provided on an "AS IS" basis, without warranties of any kind.

This document and all information discussed herein remain the sole and exclusive property of Samsung
Electronics. No license of any patent, copyright, mask work, trademark or any other intellectual property
right is granted by one party to the other party under this document, by implication, estoppel or other-
wise.

Samsung products are not intended for use in life support, critical care, medical, safety equipment, or
similar applications where product failure could result in loss of life or personal or physical harm, or any
military or defense application, or any governmental procurement to which special terms or provisions
may apply.

For updates or additional information about Samsung products, contact your nearest Samsung office.

All brand names, trademarks and registered trademarks belong to their respective owners.

© 2017 Samsung Electronics Co., Ltd.   All rights reserved.



**SAMSUNG**

SAM-NET-293_00016928

# Revision History

| Revision No. | History | Draft Date | Remark | Editor |
|---|---|---|---|---|
| 1.0 | - First SPEC Release | 24th Dec. 2015 | - | J.Y.Lee |
| 1.1 | - Change of Electrical Characteristics and AC timing page 28~31 | 7th Mar. 2016 | - | J.Y.Lee |
| 1.2 | - Addition of M393A8K40B22-CWD | 14th Jun. 2016 | - | J.Y.Lee |
| 1.21 | - Correction of typo | 17th Jun. 2016 | - | J.Y.Lee |
| 1.3 | - Addition of Electrical Characteristics & AC Timings for DDR4-1600-3DS to DDR4-2666-3DS on page 29~30 | 17th Jan. 2017 | - | J.Y.Lee |
| 1.4 | - Addition of IDD Value DDR4-2666 on page 26 | 6th Feb. 2017 | - | J.Y.Lee |
| 1.41 | - Change of Physical Dimensions on page 42 | 24th Feb. 2017 | - | J.Y.Lee |
| 1.42 | - Correction of typo | 14th Apr. 2017 | - | J.Y.Lee |
| 1.43 | - Update Physical dimension.<br>1. Add hole for M393A8K40B21 and M393A8K40B22.<br>2. Correct typo for package height from Max 4.1 to Max 1.4[mm]. | 19th May, 2017 | Final | J.Y.Bae |

**SAMSUNG**

SAM-NET-293_00016929

# Table Of Contents

## 288pin Registered DIMM based on 8Gb B-die

1. DDR4 Registered DIMM Ordering Information ........................................................................4

2. Key Features ......................................................................................................................4

3. Address Configuration .........................................................................................................4

4. Registered DIMM Pin Configurations (Front side/Back side) ...................................................5

5. Pin Description ...................................................................................................................6

6. ON DIMM Thermal Sensor ...................................................................................................6

7. Input/Output Functional Description .....................................................................................7

8. Registering Clock Driver Specification ..................................................................................9
  8.1 Timing & Capacitance values ..........................................................................................9
  8.2 Clock driver Characteristics .............................................................................................9

9. Function Block Diagram: ....................................................................................................10
  9.1 64GB, 8Gx72 Module .....................................................................................................10

10. Absolute Maximum Ratings ..............................................................................................13
  10.1 Absolute Maximum DC Ratings .....................................................................................13

11. AC & DC Operating Conditions .........................................................................................13
  11.1 Recommended DC Operating Conditions .........................................................................13

12. AC & DC Input Measurement Levels ..................................................................................14
  12.1 AC & DC Logic input levels for single-ended signals .........................................................14
  12.2 AC and DC Input Measurement Levels: VREF Tolerances ..................................................14
  12.3 AC and DC Logic Input Levels for Differential Signals .......................................................15
    12.3.1. Differential Signals Definition ..................................................................................15
    12.3.2. Differential swing requirements for clock (CK_t - CK_c) ..............................................15
    12.3.3. Single-ended Requirements for Differential Signals .....................................................16
  12.4 Slew Rate Definitions ...................................................................................................17
    12.4.1. Slew Rate Definitions for Differential Input Signals ( CK ) ...........................................17
  12.5 Differential Input Cross Point Voltage ............................................................................18
  12.6 Single-ended AC & DC Output Levels .............................................................................19
  12.7 Differential AC & DC Output Levels ...............................................................................19
  12.8 Single-ended Output Slew Rate ....................................................................................20
  12.9 Differential Output Slew Rate .......................................................................................21
  12.10 Single-ended AC & DC Output Levels of Connectivity Test Mode ......................................22
  12.11 Test Load for Connectivity Test Mode Timing ................................................................22

13. DIMM IDD specification definition ......................................................................................23

14. IDD Table ......................................................................................................................26

15. Input/Output Capacitance ...............................................................................................28

16. Electrical Characteristics & AC Timings for DDR4-1600-3DS to DDR4-2666-3DS .....................29
  16.1 Refresh parameters ....................................................................................................29
  16.2 Speed Bins and CL, tRCD, tRP, tRC and tRAS for corresponding bin ...................................31
  16.3 Speed Bin Table Note ..................................................................................................35

17. Timing Parameters by Speed Grade ...................................................................................36

18. Physical Dimensions .......................................................................................................42
  18.1 8Gbx4(2H TSV) based 8Gx72 Module (M393A8K40B21) ...................................................42
    18.1.1. x72 DIMM, populated as 2 physical ranks / 2 logical ranks of x4 DDR4 SDRAMs ...........42
  18.2 8Gbx4(2H TSV) based 8Gx72 Module (M393A8K40B22) ...................................................43
    18.2.1. x72 DIMM, populated as 2 physical ranks / 2 logical ranks of x4 DDR4 SDRAMs ...........43
    18.2.2. Heat Spreader Design Guide (for -CRB, - CTC) .........................................................44



SAM-NET-293_00016930

# 1. DDR4 Registered DIMM Ordering Information

| Part Number | Density | Organization | Component Composition | Number of Rank | Height |
|---|---|---|---|---|---|
| M393A8K40B21-CRB/TC M393A8K40B22-CWD | 64GB | 8Gx72 | 2H TSV 8Gx4(K4AAG045WB-2C##)*36 | 4 (2 physical ranks / 2 logical ranks) | 31.25mm |

**NOTE:**
1. "##"- RB/TC/WD
2. RB(2133Mbps 17-15-15)/TC(2400Mbps 19-17-17)/WD(2666Mbps 22-19-19)
   - DDR4-2666(22-19-19) is backward compatible to DDR4-2400(19-17-17) and DDR4-2133(17-15-15)

# 2. Key Features

| Speed | DDR4-1600 | DDR4-1866 | DDR4-2133 | DDR4-2400 | DDR4-2666 | Unit |
|---|---|---|---|---|---|---|
| | 13-12-11 | 15-14-13 | 17-15-15 | 19-17-17 | 22-19-19 | |
| tCK(min) | 1.25 | 1.071 | 0.937 | 0.833 | 0.750 | ns |
| CAS Latency | 13 | 15 | 17 | 19 | 22 | nCK |
| tRCD(min) | 15 | 15 | 14.06 | 14.16 | 14.25 | ns |
| tRP(min) | 13.75 | 13.92 | 14.06 | 14.16 | 14.25 | ns |
| tRAS(min) | 35 | 34 | 33 | 32 | 32 | ns |
| tRC(min) | 48.75 | 47.92 | 47.06 | 46.16 | 46.25 | ns |

- JEDEC standard 1.2V ± 0.06V Power Supply
- $V_{DDQ}$ = 1.2V ± 0.06V
- 800 MHz $f_{CK}$ for 1600Mb/sec/pin,933 MHz $f_{CK}$ for 1866Mb/sec/pin, 1067MHz $f_{CK}$ for 2133Mb/sec/pin, 1200MHz $f_{CK}$ for 2400Mb/sec/pin,1333MHz $f_{CK}$ for 2666Mb/sec/pin
- 16 Banks (4 Bank Groups)
- Programmable $\overline{CAS}$ Latency: 10,11,12,13,14,15,16,17,18,19,20,21,22
- Programmable Additive Latency (Posted $\overline{CAS}$): CL - 2 or CL - 1 clock
- Programmable $\overline{CAS}$ Write Latency (CWL) = 9,11 (DDR4-1600), 10,11,12 (DDR4-1866), 11,14 (DDR4-2133), 12,16 (DDR4-2400) and 14,18 (DDR4-2666)
- Burst Length: 8, 4 with tCCD = 4 which does not allow seamless read or write [either On the fly using A12 or MRS]
- Bi-directional Differential Data Strobe
- On Die Termination using ODT pin
- Average Refresh Period 7.8us at lower then $T_{CASE}$ 85°C, 3.9us at 85°C < $T_{CASE}$ ≤ 95°C
- Asynchronous Reset

# 3. Address Configuration

| Organization | Row Address | Column Address | Bank Address | Auto Precharge |
|---|---|---|---|---|
| 8Gx4 (16Gb 2H TSV) based Module | A0-A16 | A0-A9 | BA0-BA1 | A10/AP |

**SAMSUNG**

SAM-NET-293_00016931

Rev. 1.43

Registered DIMM

datasheet

**DDR4 SDRAM**

## 4. Registered DIMM Pin Configurations (Front side/Back side)

| Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12V³,NC | 145 | 12V³,NC | 40 | TDQS12_t, DQS12_t | 184 | VSS | 78 | EVENT_n | 222 | PARITY | 117 | DQ52 | 261 | VSS |
| 2 | VSS | 146 | VREFCA | 41 | TDQS12_c, DQS12_c | 185 | DQS3_c | 79 | A0 | 223 | VDD | 118 | VSS | 262 | DQ53 |
| 3 | DQ4 | 147 | VSS | 42 | VSS | 186 | DQS3_t | 80 | VDD | 224 | BA1 | 119 | DQ48 | 263 | VSS |
| 4 | VSS | 148 | DQ5 | 43 | DQ30 | 187 | VSS | 81 | BA0 | 225 | A10/AP | 120 | VSS | 264 | DQ49 |
| 5 | DQ0 | 149 | VSS | 44 | VSS | 188 | DQ31 | 82 | RAS_n/A16 | 226 | VDD | 121 | TDQS15_t, DQS15_t | 265 | VSS |
| 6 | VSS | 150 | DQ1 | 45 | DQ26 | 189 | VSS | 83 | VDD | 227 | RFU | 122 | TDQS15_c, DQS15_c | 266 | DQS6_c |
| 7 | TDQS9_t, DQS9_t | 151 | VSS | 46 | VSS | 190 | DQ27 | 84 | S0_n | 228 | WE_n/A14 | 123 | VSS | 267 | DQS6_t |
| 8 | TDQS9_c, DQS9_c | 152 | DQS0_c | 47 | CB4 | 191 | VSS | 85 | VDD | 229 | VDD | 124 | DQ54 | 268 | VSS |
| 9 | VSS | 153 | DQS0_t | 48 | VSS | 192 | CB5 | 86 | CAS_n/A15 | 230 | NC | 125 | VSS | 269 | DQ55 |
| 10 | DQ6 | 154 | VSS | 49 | CB0 | 193 | VSS | 87 | ODT0 | 231 | VDD | 126 | DQ50 | 270 | VSS |
| 11 | VSS | 155 | DQ7 | 50 | VSS | 194 | CB1 | 88 | VDD | 232 | A13 | 127 | VSS | 271 | DQ51 |
| 12 | DQ2 | 156 | VSS | 51 | TDQS17_t, DQS17_t | 195 | VSS | 89 | S1_n | 233 | VDD | 128 | DQ60 | 272 | VSS |
| 13 | VSS | 157 | DQ3 | 52 | TDQS17_c, DQS17_c | 196 | DQS8_c | 90 | VDD | 234 | A17 | 129 | VSS | 273 | DQ61 |
| 14 | DQ12 | 158 | VSS | 53 | VSS | 197 | DQS8_t | 91 | ODT1 | 235 | NC,C2 | 130 | DQ56 | 274 | VSS |
| 15 | VSS | 159 | DQ13 | 54 | CB6 | 198 | VSS | 92 | VDD | 236 | VDD | 131 | VSS | 275 | DQ57 |
| 16 | DQ8 | 160 | VSS | 55 | VSS | 199 | CB7 | 93 | C0,CS2_n,NC | 237 | NC,CS3_c,C1 | 132 | TDQS16_t, DQS16_t | 276 | VSS |
| 17 | VSS | 161 | DQ9 | 56 | CB2 | 200 | VSS | 94 | VSS | 238 | SA2 | 133 | TDQS16_c, DQS16_c | 277 | DQS7_c |
| 18 | TDQS10_t, DQS10_t | 162 | VSS | 57 | VSS | 201 | CB3 | 95 | DQ36 | 239 | VSS | 134 | VSS | 278 | DQS7_t |
| 19 | TDQS10_c, DQS10_c | 163 | DQS1_c | 58 | RESET_n | 202 | VSS | 96 | VSS | 240 | DQ37 | 135 | DQ62 | 279 | VSS |
| 20 | VSS | 164 | DQS1_t | 59 | VDD | 203 | CKE1 | 97 | DQ32 | 241 | VSS | 136 | VSS | 280 | DQ63 |
| 21 | DQ14 | 165 | VSS | 60 | CKE0 | 204 | VDD | 98 | VSS | 242 | DQ33 | 137 | DQ58 | 281 | VSS |
| 22 | VSS | 166 | DQ15 | 61 | VDD | 205 | RFU | 99 | TDQS13_t, DQS13_t | 243 | VSS | 138 | VSS | 282 | DQ59 |
| 23 | DQ10 | 167 | VSS | 62 | ACT_n | 206 | VDD | 100 | TDQS13_c, DQS13_c | 244 | DQS4_c | 139 | SA0 | 283 | VSS |
| 24 | VSS | 168 | DQ11 | 63 | BG0 | 207 | BG1 | 101 | VSS | 245 | DQS4_t | 140 | SA1 | 284 | VDDSPD |
| 25 | DQ20 | 169 | VSS | 64 | VDD | 208 | ALERT_n | 102 | DQ38 | 246 | VSS | 141 | SCL | 285 | SDA |
| 26 | VSS | 170 | DQ21 | 65 | A12/BC_n | 209 | VDD | 103 | VSS | 247 | DQ39 | 142 | VPP | 286 | VPP |
| 27 | DQ16 | 171 | VSS | 66 | A9 | 210 | A11 | 104 | DQ34 | 248 | VSS | 143 | VPP | 287 | VPP |
| 28 | VSS | 172 | DQ17 | 67 | VDD | 211 | A7 | 105 | VSS | 249 | DQ35 | 144 | RFU | 288 | VPP⁴ |
| 29 | TDQS11_t, DQS11_t | 173 | VSS | 68 | A8 | 212 | VDD | 106 | DQ44 | 250 | VSS | | | | |
| 30 | TDQS11_c, DQS11_c | 174 | DQS2_c | 69 | A6 | 213 | A5 | 107 | VSS | 251 | DQ45 | | | | |
| 31 | VSS | 175 | DQS2_t | 70 | VDD | 214 | A4 | 108 | DQ40 | 252 | VSS | | | | |
| 32 | DQ22 | 176 | VSS | 71 | A3 | 215 | VDD | 109 | VSS | 253 | DQ41 | | | | |
| 33 | VSS | 177 | DQ23 | 72 | A1 | 216 | A2 | 110 | TDQS14_t, DQS14_t | 254 | VSS | | | | |
| 34 | DQ18 | 178 | VSS | 73 | VDD | 217 | VDD | 111 | TDQS14_c, DQS14_c | 255 | DQS5_c | | | | |
| 35 | VSS | 179 | DQ19 | 74 | CK0_t | 218 | CK1_t | 112 | VSS | 256 | DQS5_t | | | | |
| 36 | DQ28 | 180 | VSS | 75 | CK0_c | 219 | CK1_c | 113 | DQ46 | 257 | VSS | | | | |
| 37 | VSS | 181 | DQ29 | 76 | VDD | 220 | VDD | 114 | VSS | 258 | DQ47 | | | | |
| 38 | DQ24 | 182 | VSS | 77 | VTT | 221 | VTT | 115 | DQ42 | 259 | VSS | | | | |
| 39 | VSS | 183 | DQ25 | | KEY | | | | 116 | VSS | 260 | DQ43 | | | | |

**NOTE:**
1. VPP is 2.5V DC
2. Pin 230 is defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pin 230 is defined as SAVE_n for NVDIMMs.
3. Pins 1 and 145 are defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pins 1 and 145 are defined as 12V for Hybrid /NVDIMM
4. The 5th VPP is required on all modules. DIMMs.

**SAMSUNG**

SAM-NET-293_00016932

**Registered DIMM**                          **DDR4 SDRAM**

*Rev. 1.43*

# 5. Pin Description

| Pin Name | Description | Pin Name | Description |
|---|---|---|---|
| A0–A17[1] | Register address input | SCL | I2C serial bus clock for SPD/TS and register |
| BA0, BA1 | Register bank select input | SDA | I2C serial bus data line for SPD/TS and register |
| BG0, BG1 | Register bank group select input | SA0–SA2 | I2C slave address select for SPD/TS and register |
| RAS_n[2] | Register row address strobe input | PAR | Register parity input |
| CAS_n[3] | Register column address strobe input | VDD | SDRAM core power supply |
| WE_n[4] | Register write enable input | VPP | SDRAM activating power supply |
| CS0_n, CS1_n, CS2_n, CS3_n | DIMM Rank Select Lines input | VREFCA | SDRAM command/address reference supply |
| CKE0, CKE1 | Register clock enable lines input | VSS | Power supply return (ground) |
| ODT0, ODT1 | Register on-die termination control lines input | VDDSPD | Serial SPD/TS positive power supply |
| ACT_n | Register input for activate input | ALERT_n | Register ALERT_n output |
| DQ0–DQ63 | DIMM memory data bus | RESET_n | Set Register and SDRAMs to a Known State |
| CB0–CB7 | DIMM ECC check bits | EVENT_n | SPD signals a thermal event has occurred |
| DQS0_t– DQS17_t | Data Buffer data strobes (positive line of differential pair) | VTT | SDRAM I/O termination supply |
| DQS0_c– DQS17_c | Data Buffer data strobes (negative line of differential pair) | RFU | Reserved for future use |
| CK0_t, CK1_t | Register clock input (positive line of differential pair) | | |
| CK0_c, CK1_c | Register clocks input (negative line of differential pair) | | |

**NOTE :**
1. Address A17 is only valid for 16 Gb x4 based SDRAMs.
2. RAS_n is a multiplexed function with A16.
3. CAS_n is a multiplexed function with A15.
4. WE_n is a multiplexed function with A14.

# 6. ON DIMM Thermal Sensor



**NOTE** : 1. All Samsung RDIMM support Thermal sensor on DIMM

**[ Table 1 ] Temperature Sensor Characteristics**

| Grade | Range | Temperature Sensor Accuracy | | | Units | NOTE |
|---|---|---|---|---|---|---|
| | | Min. | Typ. | Max. | | |
| B | 75 < Ta < 95 | - | +/- 0.5 | +/- 1.0 | °C | - |
| | 40 < Ta < 125 | - | +/- 1.0 | +/- 2.0 | | - |
| | -20 < Ta < 125 | - | +/- 2.0 | +/- 3.0 | | - |
| Resolution | | | 0.25 | | °C /LSB | - |

**SAMSUNG**

SAM-NET-293_00016933