# Exhibit 26

Rev. 0.0, Sep. 2018

M386AAG40MMB

**Target**

# 288pin Load Reduced DIMM based on 16Gb M-die

78FBGA with Lead-Free & Halogen-Free
(RoHS compliant)

datasheet

SAMSUNG ELECTRONICS RESERVES THE RIGHT TO CHANGE PRODUCTS, INFORMATION AND SPECIFICATIONS WITHOUT NOTICE.

Products and specifications discussed herein are for reference purposes only. All information discussed herein is provided on an "AS IS" basis, without warranties of any kind.

This document and all information discussed herein remain the sole and exclusive property of Samsung Electronics. No license of any patent, copyright, mask work, trademark or any other intellectual property right is granted by one party to the other party under this document, by implication, estoppel or otherwise.

Samsung products are not intended for use in life support, critical care, medical, safety equipment, or similar applications where product failure could result in loss of life or personal or physical harm, or any military or defense application, or any governmental procurement to which special terms or provisions may apply.

For updates or additional information about Samsung products, contact your nearest Samsung office.

All brand names, trademarks and registered trademarks belong to their respective owners.

© 2018 Samsung Electronics Co., Ltd.   All rights reserved.



SAM-NET-293_00000001

**Load Reduced DIMM**     *datasheet*     **DDR4 SDRAM**

Target Rev. 0.0

# Revision History

| Revision No. | History | Draft Date | Remark | Editor |
|---|---|---|---|---|
| 0.0 | - First SPEC Release | 21st Sep, 2018 | Target | T.Y.Lee |
| | | | | J.Y.Bae |

**SAMSUNG**

SAM-NET-293_00000002

## Table Of Contents

### 288pin Load Reduced DIMM based on 16Gb M-die

1. DDR4 Load Reduced DIMM ORDERING INFORMATION .................................................................................................4
2. KEY FEATURES ......................................................................................................................................................................4
3. ADDRESS CONFIGURATION ...............................................................................................................................................4
4. Load Reduced DIMM PIN COFIGURATIONS (FRONT SIDE / BACK SIDE) ......................................................................5
5. PIN DESCRIPTION ..................................................................................................................................................................6
6. ON DIMM THERMAL SENSOR ..............................................................................................................................................7
7. INPUT/OUTPUT FUNCTIONAL DESCRIPTION ....................................................................................................................8
8. REGISTERING CLOCK DRIVER SPECIFICATION ...............................................................................................................10
   8.1 Timing & Capacitance Values .........................................................................................................................................10
   8.2 Clock Driver Characteristics ...........................................................................................................................................10
9. FUNCTION BLOCK DIAGRAM ..............................................................................................................................................11
   9.1 128GB, 16Gx72 Module (Populated as 4 ranks of x4 DDR4 SDRAMs)........................................................................11
10. ABSOLUTE MAXIMUM RATINGS ........................................................................................................................................14
11. AC & DC OPERATING CONDITIONS ..................................................................................................................................14
12. AC & DC INPUT MEASUREMENT LEVELS.........................................................................................................................15
   12.1 AC & DC Logic Input Levels for Single-Ended Signals.................................................................................................15
   12.2 AC and DC Input Measurement Levels: VREF Tolerances...........................................................................................15
   12.3 AC and DC Logic Input Levels for Differential Signals .................................................................................................16
      12.3.1. Differential Signals Definition ................................................................................................................................16
      12.3.2. Differential Swing Requirements for Clock (CK_t - CK_c).....................................................................................16
      12.3.3. Single-ended Requirements for Differential Signals ..............................................................................................17
      12.3.4. Address, Command and Control Overshoot and Undershoot specifications.........................................................18
      12.3.5. Clock Overshoot and Undershoot Specifications ..................................................................................................19
      12.3.6. Data, Strobe and Mask Overshoot and Undershoot Specifications......................................................................20
   12.4 Slew Rate Definitions.....................................................................................................................................................21
      12.4.1. Slew Rate Definitions for Differential Input Signals (CK)......................................................................................21
      12.4.2. Slew Rate Definition for Single-ended Input Signals (CMD/ADD).........................................................................22
   12.5 Differential Input Cross Point Voltage............................................................................................................................23
   12.6 CMOS rail to rail Input Levels .......................................................................................................................................24
      12.6.1. CMOS rail to rail Input Levels for RESET_n........................................................................................................24
   12.7 AC and DC Logic Input Levels for DQS Signals............................................................................................................25
      12.7.1. Differential signal definition ...................................................................................................................................25
      12.7.2. Differential swing requirements for DQS (DQS_t - DQS_c)...................................................................................25
      12.7.3. Peak voltage calculation method ...........................................................................................................................26
      12.7.4. Differential Input Cross Point Voltage....................................................................................................................27
      12.7.5. Differential Input Slew Rate Definition ...................................................................................................................28
13. AC AND DC OUTPUT MEASUREMENT LEVELS ...............................................................................................................29
   13.1 Output Driver DC Electrical Characteristics ..................................................................................................................29
      13.1.1. Voltage and Temperature Sensitivity.....................................................................................................................31
      13.1.2. Alert_n output Drive Characteristic........................................................................................................................31
      13.1.3. Output Driver Characteristic of Connectivity Test (CT) Mode...............................................................................32
   13.2 Single-ended AC & DC Output Levels............................................................................................................................33
   13.3 Differential AC & DC Output Levels...............................................................................................................................33
   13.4 Single-ended Output Slew Rate .....................................................................................................................................34
   13.5 Differential Output Slew Rate .........................................................................................................................................35
   13.6 Single-ended AC & DC Output Levels of Connectivity Test Mode ................................................................................36
   13.7 Test Load for Connectivity Test Mode Timing ...............................................................................................................37
14. SPEED BIN ...........................................................................................................................................................................38
   14.1 Speed Bin Table Note.....................................................................................................................................................44
15. IDD AND IDDQ SPECIFICATION PARAMETERS AND TEST CONDITIONS ....................................................................45
   15.1 IDD, IPP and IDDQ Measurement Conditions...............................................................................................................45
16. IDD SPEC TABLE .................................................................................................................................................................60
17. INPUT/OUTPUT CAPACITANCE.........................................................................................................................................62
18. ELECTRICAL CHARACTERISTICS & AC TIMING .............................................................................................................63
   18.1 Reference Load for AC Timing and Output Slew Rate ...................................................................................................63
   18.2 tREFI................................................................................................................................................................................63
   18.3 Clock Specification .........................................................................................................................................................64
      18.3.1. Definition for tCK(abs)...........................................................................................................................................64
      18.3.2. Definition for tCK(avg)...........................................................................................................................................64



SAM-NET-293_00000003

18.3.3.  Definition for tCH(avg) and tCL(avg)..................................................................................................64
18.3.4. Definition for tERR(nper)...............................................................................................................64

19. TIMING PARAMETERS BY SPEED GRADE .......................................................................................65
19.1 Rounding Algorithms ...........................................................................................................................71
19.2 The DQ input receiver compliance mask for voltage and timing ........................................................72
19.3 Command, Control, and Address Setup, Hold, and Derating ..............................................................76
19.4 DDR4 Function Matrix .........................................................................................................................78

20. PHYSICAL DIMENSIONS ....................................................................................................................80
20.1 8Gbx4(DDP) based 16Gx72 Module (4 Ranks) - M386AAG40MMB .................................................80
20.1.1. x72 DIMM, populated as Quad physical ranks of x4 DDR4 SDRAMs............................................80

21. PRODUCT REGULATORY COMPLIANCE ..........................................................................................81
21.1 Product Regulatory Compliance And Certifications ............................................................................81

**SAMSUNG**

SAM-NET-293_00000004

# 1. DDR4 Load Reduced DIMM ORDERING INFORMATION

[Table 1] Ordering Information Table

| Part Number [2] | Density | Organization | Component Composition [1] | Number of Rank | Height |
|---|---|---|---|---|---|
| M386AAG40MMB-CVF | 128GB | 16Gx72 | DDP 8Gx4(K4ABG045WM-MC##)*36 | 4 | 31.25mm |

NOTE :
1) "##" - VF
2) VF(2933Mbps 21-21-21).
 - Backward compatible to lower frequency.

# 2. KEY FEATURES

[Table 2] Speed Bins

| Speed | DDR4-1600 11-11-11 | DDR4-1866 13-13-13 | DDR4-2133 15-15-15 | DDR4-2400 17-17-17 | DDR4-2666 19-19-19 | DDR4-2933 21-21-21 | Unit |
|---|---|---|---|---|---|---|---|
| tCK(min) | 1.25 | 1.071 | 0.937 | 0.833 | 0.75 | 0.682 | ns |
| CAS Latency | 11 | 13 | 15 | 17 | 19 | 21 | nCK |
| tRCD(min) | 13.75 | 13.92 | 14.06 | 14.16 | 14.25 | 14.32 | ns |
| tRP(min) | 13.75 | 13.92 | 14.06 | 14.16 | 14.25 | 14.32 | ns |
| tRAS(min) | 35 | 34 | 33 | 32 | 32 | 32 | ns |
| tRC(min) | 48.75 | 47.92 | 47.06 | 46.16 | 46.25 | 46.32 | ns |

- JEDEC standard 1.2V ± 0.06V Power Supply
- $V_{DDQ}$ = 1.2V ± 0.06V
- 800 MHz $f_{CK}$ for 1600Mb/sec/pin,933 MHz $f_{CK}$ for 1866Mb/sec/pin, 1067MHz $f_{CK}$ for 2133Mb/sec/pin,1200MHz $f_{CK}$ for 2400Mb/sec/pin, 1333MHz $f_{CK}$ for 2666Mb/sec/pin and 1467MHz fCK for 2933Mb/sec/pin.
- 16 Banks (4 Bank Groups)
- Programmable CAS Latency: 10,11,12,13,14,15,16,17,18,19,20,21, 22
- Programmable Additive Latency (Posted CAS): 0, CL - 2, or CL - 1 clock
- Programmable CAS Write Latency (CWL) = 9,11 (DDR4-1600), 10,12 (DDR4-1866), 11,14 (DDR4-2133), 12,16 (DDR4-2400), 14,18 (DDR4-2666) and 16, 20 (DDR4-2933).
- Burst Length: 8, 4 with tCCD = 4 which does not allow seamless read or write [either On the fly using A12 or MRS]
- Bi-directional Differential Data Strobe
- On Die Termination using ODT pin
- Average Refresh Period 7.8us at lower then $T_{CASE}$ 85°C, 3.9us at 85°C < $T_{CASE}$ ≤ 95°C
- Asynchronous Reset

# 3. ADDRESS CONFIGURATION

| Organization | Row Address | Column Address | Bank Group Address | Bank Address | Auto Precharge |
|---|---|---|---|---|---|
| 8Gx4(32Gb DDP) based Module | A0-A16 | A0-A9 | BG0-BG1 | BA0-BA1 | A10/AP |

**SAMSUNG**

SAM-NET-293_00000005

Target Rev : 0.0

**Load Reduced DIMM**  datasheet  **DDR4 SDRAM**

# 4. Load Reduced DIMM PIN COFIGURATIONS (FRONT SIDE / BACK SIDE)

| Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12V[3],NC | 145 | 12V[3],NC | 40 | TDQS12_t | 184 | VSS | 78 | EVENT_n | 222 | PARITY | 117 | DQ52 | 261 | VSS |
| 2 | VSS | 146 | VREFCA | 41 | TDQS12_c,DQS12_c | 185 | DQS3_c | 79 | A0 | 223 | VDD | 118 | VSS | 262 | DQ53 |
| 3 | DQ4 | 147 | VSS | 42 | VSS | 186 | DQS3_t | 80 | VDD | 224 | BA1 | 119 | DQ48 | 263 | VSS |
| 4 | VSS | 148 | DQ5 | 43 | DQ30 | 187 | VSS | 81 | BA0 | 225 | A10/AP | 120 | VSS | 264 | DQ49 |
| 5 | DQ0 | 149 | VSS | 44 | VSS | 188 | DQ31 | 82 | RAS_n/A16 | 226 | VDD | 121 | TDQS15_t,DQS15_t | 265 | VSS |
| 6 | VSS | 150 | DQ1 | 45 | DQ26 | 189 | VSS | 83 | VDD | 227 | RFU | 122 | TDQS15_c,DQS15_c | 266 | DQS6_c |
| 7 | TDQS9_t,DQS9_t | 151 | VSS | 46 | VSS | 190 | DQ27 | 84 | S0_n | 228 | WE_n/A14 | 123 | VSS | 267 | DQS6_t |
| 8 | TDQS9_c,DQS9_c | 152 | DQS0_c | 47 | CB4 | 191 | VSS | 85 | VDD | 229 | VDD | 124 | DQ54 | 268 | VSS |
| 9 | VSS | 153 | DQS0_t | 48 | VSS | 192 | CB5 | 86 | CAS_n/A15 | 230 | NC | 125 | VSS | 269 | DQ55 |
| 10 | DQ6 | 154 | VSS | 49 | CB0 | 193 | VSS | 87 | ODT0 | 231 | VDD | 126 | DQ50 | 270 | VSS |
| 11 | VSS | 155 | DQ7 | 50 | VSS | 194 | CB1 | 88 | VDD | 232 | A13 | 127 | VSS | 271 | DQ51 |
| 12 | DQ2 | 156 | VSS | 51 | TDQS17_t,DQS17_t | 195 | VSS | 89 | S1_n | 233 | VDD | 128 | DQ60 | 272 | VSS |
| 13 | VSS | 157 | DQ3 | 52 | TDQS17_c,DQS17_c | 196 | DQS8_c | 90 | VDD | 234 | A17 | 129 | VSS | 273 | DQ61 |
| 14 | DQ12 | 158 | VSS | 53 | VSS | 197 | DQS8_t | 91 | ODT1 | 235 | NC,C2 | 130 | DQ56 | 274 | VSS |
| 15 | VSS | 159 | DQ13 | 54 | CB6 | 198 | VSS | 92 | VDD | 236 | VDD | 131 | VSS | 275 | DQ57 |
| 16 | DQ8 | 160 | VSS | 55 | VSS | 199 | CB7 | 93 | C0,CS2_n,NC | 237 | NC,CS3_n,C1 | 132 | TDQS16_t,DQS16_t | 276 | VSS |
| 17 | VSS | 161 | DQ9 | 56 | CB2 | 200 | VSS | 94 | VSS | 238 | SA2 | 133 | TDQS16_c,DQS16_c | 277 | DQS7_c |
| 18 | TDQS10_t,DQS10_t | 162 | VSS | 57 | VSS | 201 | CB3 | 95 | DQ36 | 239 | VSS | 134 | VSS | 278 | DQS7_t |
| 19 | TDQS10_c,DQS10_c | 163 | DQS1_c | 58 | RESET_n | 202 | VSS | 96 | VSS | 240 | DQ37 | 135 | DQ62 | 279 | VSS |
| 20 | VSS | 164 | DQS1_t | 59 | VDD | 203 | CKE1 | 97 | DQ32 | 241 | VSS | 136 | VSS | 280 | DQ63 |
| 21 | DQ14 | 165 | VSS | 60 | CKE0 | 204 | VDD | 98 | VSS | 242 | DQ33 | 137 | DQ58 | 281 | VSS |
| 22 | VSS | 166 | DQ15 | 61 | VDD | 205 | RFU | 99 | TDQS13_t,DQS13_t | 243 | VSS | 138 | VSS | 282 | DQ59 |
| 23 | DQ10 | 167 | VSS | 62 | ACT_n | 206 | VDD | 100 | TDQS13_c,DQS13_c | 244 | DQS4_c | 139 | SA0 | 283 | VSS |
| 24 | VSS | 168 | DQ11 | 63 | BG0 | 207 | BG1 | 101 | VSS | 245 | DQS4_t | 140 | SA1 | 284 | VDDSPD |
| 25 | DQ20 | 169 | VSS | 64 | ALERT_n | 208 | ALERT_n | 102 | DQ38 | 246 | VSS | 141 | SCL | 285 | SDA |
| 26 | VSS | 170 | DQ21 | 65 | A12/BC_n | 209 | VDD | 103 | VSS | 247 | DQ39 | 142 | VPP | 286 | VPP |
| 27 | DQ16 | 171 | VSS | 66 | A9 | 210 | A11 | 104 | DQ34 | 248 | VSS | 143 | VPP | 287 | VPP |
| 28 | VSS | 172 | DQ17 | 67 | VDD | 211 | A7 | 105 | VSS | 249 | DQ35 | 144 | RFU | 288 | VPP[4] |
| 29 | TDQS11_t,DQS11_t | 173 | VSS | 68 | A8 | 212 | VDD | 106 | DQ44 | 250 | VSS | | | | |
| 30 | TDQS11_c,DQS11_c | 174 | DQS2_c | 69 | A6 | 213 | A5 | 107 | VSS | 251 | DQ45 | | | | |
| 31 | VSS | 175 | DQS2_t | 70 | VDD | 214 | A4 | 108 | DQ40 | 252 | VSS | | | | |
| 32 | DQ22 | 176 | VSS | 71 | A3 | 215 | VDD | 109 | VSS | 253 | DQ41 | | | | |
| 33 | VSS | 177 | DQ23 | 72 | A1 | 216 | A2 | 110 | TDQS14_t,DQS14_t | 254 | VSS | | | | |
| 34 | DQ18 | 178 | VSS | 73 | VDD | 217 | VDD | 111 | TDQS14_c,DQS14_c | 255 | DQS5_c | | | | |
| 35 | VSS | 179 | DQ19 | 74 | CK0_t | 218 | CK1_t | 112 | VSS | 256 | DQS5_t | | | | |
| 36 | DQ28 | 180 | VSS | 75 | CK0_c | 219 | CK1_c | 113 | DQ46 | 257 | VSS | | | | |
| 37 | VSS | 181 | DQ29 | 76 | VDD | 220 | VDD | 114 | VSS | 258 | DQ47 | | | | |
| 38 | DQ24 | 182 | VSS | 77 | VTT | 221 | VTT | 115 | DQ42 | 259 | VSS | | | | |
| 39 | VSS | 183 | DQ25 | KEY | | | | 116 | VSS | 260 | DQ43 | | | | |

NOTE:
1) VPP is 2.5V DC
2) Pin 230 is defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pin 230 is defined as SAVE_n for NVDIMMs.
3) Pins 1 and 145 are defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pins 1 and 145 are defined as 12V for Hybrid /NVDIMM
4) The 5th VPP is required on all modules. DIMMs.

**SAMSUNG**

Rev. 0.0, Jul. 2018

**M386ABG40M50**

**Target**

# 288pin Load Reduced DIMM based on 16Gb M-die

78FBGA with Lead-Free & Halogen-Free (RoHS compliant)

## datasheet

SAMSUNG ELECTRONICS RESERVES THE RIGHT TO CHANGE PRODUCTS, INFORMATION AND SPECIFICATIONS WITHOUT NOTICE.

Products and specifications discussed herein are for reference purposes only. All information discussed herein is provided on an "AS IS" basis, without warranties of any kind.

This document and all information discussed herein remain the sole and exclusive property of Samsung Electronics. No license of any patent, copyright, mask work, trademark or any other intellectual property right is granted by one party to the other party under this document, by implication, estoppel or otherwise.

Samsung products are not intended for use in life support, critical care, medical, safety equipment, or similar applications where product failure could result in loss of life or personal or physical harm, or any military or defense application, or any governmental procurement to which special terms or provisions may apply.

For updates or additional information about Samsung products, contact your nearest Samsung office.

All brand names, trademarks and registered trademarks belong to their respective owners.

© 2018 Samsung Electronics Co., Ltd.   All rights reserved.



**SAMSUNG**

SAM-NET-293_00000163

**Load Reduced DIMM**

datasheet

**DDR4 SDRAM**

## Revision History

| Revision No. | | History | Draft Date | Remark | Editor |
|---|---|---|---|---|---|
| 0.0 | | - First SPEC Release | 7th Jul, 2018 | Target | T.Y.Lee |
| | | | | | J.Y.Bae |

**SAMSUNG**

SAM-NET-293_00000164

## Table Of Contents
### 288pin Load Reduced DIMM based on 16Gb M-die

1. DDR4 Load Reduced DIMM ORDERING INFORMATION ...................................................................................................5
2. KEY FEATURES ...................................................................................................................................................................5
3. ADDRESS CONFIGURATION ...............................................................................................................................................5
4. Load Reduced DIMM PIN COFIGURATIONS (FRONT SIDE / BACK SIDE) ..........................................................................6
5. PIN DESCRIPTION ...............................................................................................................................................................7
6. ON DIMM THERMAL SENSOR ............................................................................................................................................8
7. INPUT/OUTPUT FUNCTIONAL DESCRIPTION ....................................................................................................................9
8. REGISTERING CLOCK DRIVER SPECIFICATION ..............................................................................................................11
   8.1 Timing & Capacitance Values ........................................................................................................................................11
   8.2 Clock Driver Characteristics ..........................................................................................................................................11
9. FUNCTION BLOCK DIAGRAM: .........................................................................................................................................12
   9.1 256GB, 32Gx72 Module (Populated as 8 ranks of x4 DDR4 SDRAMs).........................................................................12
10. ABSOLUTE MAXIMUM RATINGS .....................................................................................................................................15
11. AC & DC OPERATING CONDITIONS ................................................................................................................................15
12. AC & DC INPUT MEASUREMENT LEVELS .......................................................................................................................16
   12.1 AC & DC Logic Input Levels for Single-Ended Signals...............................................................................................16
   12.2 AC and DC Input Measurement Levels: VREF Tolerances..........................................................................................16
   12.3 AC and DC Logic Input Levels for Differential Signals ...............................................................................................17
      12.3.1. Differential Signals Definition ...........................................................................................................................17
      12.3.2. Differential Swing Requirements for Clock (CK_t - CK_c)...................................................................................17
      12.3.3. Single-ended Requirements for Differential Signals ..........................................................................................18
      12.3.4. Address, Command and Control Overshoot and Undershoot specifications.......................................................19
      12.3.5. Clock Overshoot and Undershoot Specifications...............................................................................................20
      12.3.6. Data, Strobe and Mask Overshoot and Undershoot Specifications....................................................................21
   12.4 Slew Rate Definitions..................................................................................................................................................22
      12.4.1. Slew Rate Definitions for Differential Input Signals (CK) ..................................................................................22
      12.4.2. Slew Rate Definition for Single-ended Input Signals (CMD/ADD) ......................................................................23
   12.5 Differential Input Cross Point Voltage ........................................................................................................................24
   12.6 CMOS rail to rail Input Levels ....................................................................................................................................25
      12.6.1. CMOS rail to rail Input Levels for RESET_n ......................................................................................................25
   12.7 AC and DC Logic Input Levels for DQS Signals .........................................................................................................26
      12.7.1. Differential signal definition ............................................................................................................................26
      12.7.2. Differential swing requirements for DQS (DQS_t - DQS_c)................................................................................26
      12.7.3. Peak voltage calculation method .....................................................................................................................27
      12.7.4. Differential Input Cross Point Voltage ..............................................................................................................28
      12.7.5. Differential Input Slew Rate Definition .............................................................................................................29
13. AC AND DC OUTPUT MEASUREMENT LEVELS ..............................................................................................................30
   13.1 Output Driver DC Electrical Characteristics ...............................................................................................................30
      13.1.1. Alert_n output Drive Characteristic ..................................................................................................................32
      13.1.2. Output Driver Characteristic of Connectivity Test (CT) Mode ...........................................................................33
   13.2 Single-ended AC & DC Output Levels ........................................................................................................................34
   13.3 Differential AC & DC Output Levels ...........................................................................................................................34
   13.4 Single-ended Output Slew Rate .................................................................................................................................35
   13.5 Differential Output Slew Rate ....................................................................................................................................36
   13.6 Single-ended AC & DC Output Levels of Connectivity Test Mode ..............................................................................37
   13.7 Test Load for Connectivity Test Mode Timing ............................................................................................................38
14. IDD AND IDDQ SPECIFICATION PARAMETERS AND TEST CONDITIONS .......................................................................39
   14.1 IDD, IPP and IDDQ Measurement Conditions ............................................................................................................39
15. DIMM IDD SPECIFICATION DEFINITION ..........................................................................................................................41
16. IDD SPEC TABLE .............................................................................................................................................................53
17. INPUT/OUTPUT CAPACITANCE ......................................................................................................................................55
18. ELECTRICAL CHARACTERISTICS & AC TIMINGS FOR DDR4-1600-3DS TO DDR4-2933-3DS .........................................56
   18.1 Refresh parameters ...................................................................................................................................................56
   18.2 Speed Bins and CL, tRCD, tRP, tRC and tRAS for corresponding bin .........................................................................58
   18.3 Speed Bin Table Note.................................................................................................................................................63
19. ELECTRICAL CHARACTERISTICS & AC TIMING .............................................................................................................64
   19.1 Reference Load for AC Timing and Output Slew Rate ................................................................................................64
   19.2 tREFI ..........................................................................................................................................................................64
   19.3 Clock Specification ....................................................................................................................................................65
      19.3.1. Definition for tCK(abs)......................................................................................................................................65

- 3 -



    19.3.2. Definition for tCK(avg)............................................................................................................65
    19.3.3.  Definition for tCH(avg) and tCL(avg)......................................................................................65
    19.3.4. Definition for tERR(nper)........................................................................................................65
20. TIMING PARAMETERS BY SPEED GRADE ....................................................................................66
   20.1 Rounding Algorithms  ....................................................................................................................72
   20.2 The DQ input receiver compliance mask for voltage and timing ................................................73
   20.3 Command, Control, and Address Setup, Hold, and Derating ......................................................77
   20.4 DDR4 Function Matrix ..................................................................................................................79
21. PHYSICAL DIMENSIONS ................................................................................................................81
   21.1 16Gbx4(3DS 4H) based 32Gx72 Module (8 Ranks) - M386ABG40M50.....................................81
    21.1.1. x72 DIMM, populated as Quad physical ranks of x4 DDR4 SDRAMs.....................................81

**SAMSUNG**

SAM-NET-293_00000166

datasheet

**Load Reduced DIMM**                                                                 Target Rev. 0.0

                                                                                      **DDR4 SDRAM**

# 1. DDR4 Load Reduced DIMM ORDERING INFORMATION

[Table 1]  Ordering Information Table

| Part Number [2] | Density | Organization | Component Composition [1] | Number of Rank | Height |
|---|---|---|---|---|---|
| M386ABG40M50-CYF | 256GB | 32Gx72 | 3DS 4H 16Gx4 (K4ACG045WM-5C##)*36 | 8 (2 physical ranks / 4 logical ranks) | 31.25mm |

NOTE :
1) "##" - RB/TC/WD/YF
2) YF(2933Mbps 24-21-21)
   - Backward compatible to lower frequency.

# 2. KEY FEATURES

[Table 2]  Speed Bins

| Speed | DDR4-2133 | DDR4-2400 | DDR4-2666 | DDR4-2933 | Unit |
|---|---|---|---|---|---|
|  | 17-15-15 | 19-17-17 | 22-19-19 | 24-21-21 |  |
| tCK(min) | 0.937 | 0.833 | 0.75 | 0.682 | ns |
| CAS Latency | 17 | 19 | 22 | 24 | nCK |
| tRCD(min) | 14.06 | 14.16 | 14.25 | 14.32 | ns |
| tRP(min) | 14.06 | 14.16 | 14.25 | 14.32 | ns |
| tRAS(min) | 33 | 32 | 32 | 32 | ns |
| tRC(min) | 47.06 | 46.16 | 46.25 | 46.32 | ns |

- JEDEC standard 1.2V ± 0.06V Power Supply
- $V_{DDQ}$ = 1.2V ± 0.06V
- 800 MHz $f_{CK}$ for 1600Mb/sec/pin,933 MHz $f_{CK}$ for 1866Mb/sec/pin, 1067MHz $f_{CK}$ for 2133Mb/sec/pin,1200MHz $f_{CK}$ for 2400Mb/sec/pin, 1333MHz $f_{CK}$ for 2666Mb/sec/pin and 1467MHz fCK for 2933Mb/sec/pin.
- 16 Banks (4 Bank Groups)
- Programmable CAS Latency: 11,12,13,14,15,16,17,18,19,20,21, 22,23,24,25
- Programmable Additive Latency (Posted CAS): 0, CL - 2, or CL - 1 clock
- Programmable CAS Write Latency (CWL) = 9,11 (DDR4-1600), 10,12 (DDR4-1866), 11,14 (DDR4-2133), 12,16 (DDR4-2400), 14,18 (DDR4-2666) and 16, 20 (DDR4-2933).
- Burst Length: 8, 4 with tCCD = 4 which does not allow seamless read or write [either On the fly using A12 or MRS]
- Bi-directional Differential Data Strobe
- On Die Termination using ODT pin
- Average Refresh Period 7.8us at lower then $T_{CASE}$ 85°C, 3.9us at 85°C < $T_{CASE}$ ≤ 95°C
- Asynchronous Reset

# 3. ADDRESS CONFIGURATION

| Organization | Row Address | Column Address | Bank Group Address | Bank Address | Auto Precharge |
|---|---|---|---|---|---|
| 16Gx4(64Gb 3DS 4H) based Module | A0-A17 | A0-A9 | BG0-BG1 | BA0-BA1 | A10/AP |

**SAMSUNG**

SAM-NET-293_00000167

datasheet

# 4. Load Reduced DIMM PIN COFIGURATIONS (FRONT SIDE / BACK SIDE)

| Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12V³,NC | 145 | 12V³,NC | 40 | TDQS12_t/DQS12_t | 184 | VSS | 78 | EVENT_n | 222 | PARITY | 117 | DQ52 | 261 | VSS |
| 2 | VSS | 146 | VREFCA | 41 | TDQS12_c,/DQS12_c | 185 | DQS3_c | 79 | A0 | 223 | VDD | 118 | VSS | 262 | DQ53 |
| 3 | DQ4 | 147 | VSS | 42 | VSS | 186 | DQS3_t | 80 | VDD | 224 | BA1 | 119 | DQ48 | 263 | VSS |
| 4 | VSS | 148 | DQ5 | 43 | DQ30 | 187 | VSS | 81 | BA0 | 225 | A10/AP | 120 | VSS | 264 | DQ49 |
| 5 | DQ0 | 149 | VSS | 44 | VSS | 188 | DQ31 | 82 | RAS_n/A16 | 226 | VDD | 121 | TDQS15_t,/DQS15_t | 265 | VSS |
| 6 | VSS | 150 | DQ1 | 45 | DQ26 | 189 | VSS | 83 | VDD | 227 | RFU | 122 | TDQS15_c,/DQS15_c | 266 | DQS6_c |
| 7 | TDQS9_t,/DQS9_t | 151 | VSS | 46 | VSS | 190 | DQ27 | 84 | S0_n | 228 | WE_n/A14 | 123 | VSS | 267 | DQS6_t |
| 8 | TDQS9_c,/DQS9_c | 152 | DQS0_c | 47 | CB4 | 191 | VSS | 85 | VDD | 229 | VDD | 124 | DQ54 | 268 | VSS |
| 9 | VSS | 153 | DQS0_t | 48 | VSS | 192 | CB5 | 86 | CAS_n/A15 | 230 | NC | 125 | VSS | 269 | DQ55 |
| 10 | DQ6 | 154 | VSS | 49 | CB0 | 193 | VSS | 87 | ODT0 | 231 | VDD | 126 | DQ50 | 270 | VSS |
| 11 | VSS | 155 | DQ7 | 50 | VSS | 194 | CB1 | 88 | VDD | 232 | A13 | 127 | VSS | 271 | DQ51 |
| 12 | DQ2 | 156 | VSS | 51 | TDQS17_t/DQS17_t | 195 | VSS | 89 | S1_n | 233 | VDD | 128 | DQ60 | 272 | VSS |
| 13 | VSS | 157 | DQ3 | 52 | TDQS17_c,/DQS17_c | 196 | DQS8_c | 90 | VDD | 234 | A17 | 129 | VSS | 273 | DQ61 |
| 14 | DQ12 | 158 | VSS | 53 | VSS | 197 | DQS8_t | 91 | ODT1 | 235 | NC,C2 | 130 | DQ56 | 274 | VSS |
| 15 | VSS | 159 | DQ13 | 54 | CB6 | 198 | VSS | 92 | VDD | 236 | VDD | 131 | VSS | 275 | DQ57 |
| 16 | DQ8 | 160 | VSS | 55 | VSS | 199 | CB7 | 93 | C0,CS2_n,NC | 237 | NC,CS3_c,C1 | 132 | TDQS16_t,/DQS16_t | 276 | VSS |
| 17 | VSS | 161 | DQ9 | 56 | CB2 | 200 | VSS | 94 | VSS | 238 | SA2 | 133 | TDQS16_c,/DQS16_c | 277 | DQS7_c |
| 18 | TDQS10_t,/DQS10_t | 162 | VSS | 57 | VSS | 201 | CB3 | 95 | DQ36 | 239 | VSS | 134 | VSS | 278 | DQS7_t |
| 19 | TDQS10_c,/DQS10_c | 163 | DQS1_c | 58 | RESET_n | 202 | VSS | 96 | VSS | 240 | DQ37 | 135 | DQ62 | 279 | VSS |
| 20 | VSS | 164 | DQS1_t | 59 | VDD | 203 | CKE1 | 97 | DQ32 | 241 | VSS | 136 | VSS | 280 | DQ63 |
| 21 | DQ14 | 165 | VSS | 60 | CKE0 | 204 | VDD | 98 | DQ33 | 242 | VSS | 137 | DQ58 | 281 | VSS |
| 22 | VSS | 166 | DQ15 | 61 | VDD | 205 | RFU | 99 | TDQS13_t,/DQS13_t | 243 | VSS | 138 | VSS | 282 | DQ59 |
| 23 | DQ10 | 167 | VSS | 62 | ACT_n | 206 | VDD | 100 | TDQS13_c,/DQS13_c | 244 | DQS4_c | 139 | SA0 | 283 | VSS |
| 24 | VSS | 168 | DQ11 | 63 | BG0 | 207 | BG1 | 101 | VSS | 245 | DQS4_t | 140 | SA1 | 284 | VDDSPD |
| 25 | DQ20 | 169 | VSS | 64 | VDD | 208 | ALERT_n | 102 | DQ38 | 246 | VSS | 141 | SCL | 285 | SDA |
| 26 | VSS | 170 | DQ21 | 65 | A12/BC_n | 209 | VDD | 103 | VSS | 247 | DQ39 | 142 | VPP | 286 | VPP |
| 27 | DQ16 | 171 | VSS | 66 | A9 | 210 | A11 | 104 | DQ34 | 248 | VSS | 143 | VPP | 287 | VPP |
| 28 | VSS | 172 | DQ17 | 67 | VDD | 211 | A7 | 105 | VSS | 249 | DQ35 | 144 | RFU | 288 | VPP⁴ |
| 29 | TDQS11_t,/DQS11_t | 173 | VSS | 68 | A8 | 212 | VDD | 106 | DQ44 | 250 | VSS | | | | |
| 30 | TDQS11_c,/DQS11_c | 174 | DQS2_c | 69 | A6 | 213 | A5 | 107 | VSS | 251 | DQ45 | | | | |
| 31 | VSS | 175 | DQS2_t | 70 | VDD | 214 | A4 | 108 | DQ40 | 252 | VSS | | | | |
| 32 | DQ22 | 176 | VSS | 71 | A3 | 215 | VDD | 109 | VSS | 253 | DQ41 | | | | |
| 33 | VSS | 177 | DQ23 | 72 | A1 | 216 | A2 | 110 | TDQS14_t,/DQS14_t | 254 | VSS | | | | |
| 34 | DQ18 | 178 | VSS | 73 | VDD | 217 | VDD | 111 | TDQS14_c,/DQS14_c | 255 | DQS5_c | | | | |
| 35 | VSS | 179 | DQ19 | 74 | CK0_t | 218 | CK1_t | 112 | VSS | 256 | DQS5_t | | | | |
| 36 | DQ28 | 180 | VSS | 75 | CK0_c | 219 | CK1_c | 113 | DQ46 | 257 | VSS | | | | |
| 37 | VSS | 181 | DQ29 | 76 | VDD | 220 | VDD | 114 | VSS | 258 | DQ47 | | | | |
| 38 | DQ24 | 182 | VSS | 77 | VTT | 221 | VTT | 115 | DQ42 | 259 | VSS | | | | |
| 39 | VSS | 183 | DQ25 | KEY | | | | 116 | VSS | 260 | DQ43 | | | | |

NOTE:
1) VPP is 2.5V DC
2) Pin 230 is defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pin 230 is defined as SAVE_n for NVDIMMs.
3) Pins 1 and 145 are defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pins 1 and 145 are defined as 12V for Hybrid /NVDIMM
4) The 5th VPP is required on all modules. DIMMs.

SAMSUNG

SAM-NET-293_00000168

Rev. 0.0, Sep. 2018

**M386ABG40M5B**

**Target**

# 288pin Load Reduced DIMM based on 16Gb M-die

78FBGA with Lead-Free & Halogen-Free
(RoHS compliant)

# datasheet

SAMSUNG ELECTRONICS RESERVES THE RIGHT TO CHANGE PRODUCTS, INFORMATION AND SPECIFICATIONS WITHOUT NOTICE.

Products and specifications discussed herein are for reference purposes only. All information discussed herein is provided on an "AS IS" basis, without warranties of any kind.

This document and all information discussed herein remain the sole and exclusive property of Samsung Electronics. No license of any patent, copyright, mask work, trademark or any other intellectual property right is granted by one party to the other party under this document, by implication, estoppel or otherwise.

Samsung products are not intended for use in life support, critical care, medical, safety equipment, or similar applications where product failure could result in loss of life or personal or physical harm, or any military or defense application, or any governmental procurement to which special terms or provisions may apply.

For updates or additional information about Samsung products, contact your nearest Samsung office.

All brand names, trademarks and registered trademarks belong to their respective owners.

© 2018 Samsung Electronics Co., Ltd.   All rights reserved.



**SAMSUNG**

SAM-NET-293_00000244

**Load Reduced DIMM**

datasheet

**DDR4 SDRAM**

# Revision History

| Revision No. | History | Draft Date | Remark | Editor |
|---|---|---|---|---|
| 0.0 | - First SPEC Release | 21st Sep, 2018 | Target | T.Y.Lee |
| | | | | J.Y.Bae |

**SAMSUNG**

SAM-NET-293_00000245

## Table Of Contents
### 288pin Load Reduced DIMM based on 16Gb M-die

1. DDR4 Load Reduced DIMM ORDERING INFORMATION ...................................................................................5

2. KEY FEATURES ...........................................................................................................................................5

3. ADDRESS CONFIGURATION .........................................................................................................................5

4. Load Reduced DIMM PIN COFIGURATIONS (FRONT SIDE / BACK SIDE) ..........................................................6

5. PIN DESCRIPTION .......................................................................................................................................7

6. ON DIMM THERMAL SENSOR .......................................................................................................................8

7. INPUT/OUTPUT FUNCTIONAL DESCRIPTION ..................................................................................................9

8. REGISTERING CLOCK DRIVER SPECIFICATION ...........................................................................................11
   8.1 Timing & Capacitance Values .................................................................................................................11
   8.2 Clock Driver Characteristics ..................................................................................................................11

9. FUNCTION BLOCK DIAGRAM: ...................................................................................................................12
   9.1 256GB, 32Gx72 Module (Populated as 8 ranks of x4 DDR4 SDRAMs)...........................................................12

10. ABSOLUTE MAXIMUM RATINGS .................................................................................................................15

11. AC & DC OPERATING CONDITIONS ...........................................................................................................15

12. AC & DC INPUT MEASUREMENT LEVELS ....................................................................................................16
   12.1 AC & DC Logic Input Levels for Single-Ended Signals.............................................................................16
   12.2 AC and DC Input Measurement Levels: VREF Tolerances.........................................................................16
   12.3 AC and DC Logic Input Levels for Differential Signals.............................................................................17
      12.3.1. Differential Signals Definition ...................................................................................................17
      12.3.2. Differential Swing Requirements for Clock (CK_t - CK_c)..............................................................17
      12.3.3. Single-ended Requirements for Differential Signals......................................................................18
      12.3.4. Address, Command and Control Overshoot and Undershoot specifications .......................................19
      12.3.5. Clock Overshoot and Undershoot Specifications..........................................................................20
      12.3.6. Data, Strobe and Mask Overshoot and Undershoot Specifications ..................................................21
   12.4 Slew Rate Definitions...........................................................................................................................22
      12.4.1. Slew Rate Definitions for Differential Input Signals (CK) ...............................................................22
      12.4.2. Slew Rate Definition for Single-ended Input Signals (CMD/ADD) ....................................................23
   12.5 Differential Input Cross Point Voltage ...................................................................................................24
   12.6 CMOS rail to rail Input Levels ..............................................................................................................25
      12.6.1. CMOS rail to rail Input Levels for RESET_n ...............................................................................25
   12.7 AC and DC Logic Input Levels for DQS Signals.......................................................................................26
      12.7.1. Differential signal definition ...................................................................................................26
      12.7.2. Differential swing requirements for DQS (DQS_t - DQS_c)..............................................................26
      12.7.3. Peak voltage calculation method ..............................................................................................27
      12.7.4. Differential Input Cross Point Voltage ......................................................................................28
      12.7.5. Differential Input Slew Rate Definition ......................................................................................29

13. AC AND DC OUTPUT MEASUREMENT LEVELS ............................................................................................30
   13.1 Output Driver DC Electrical Characteristics............................................................................................30
      13.1.1. Output Driver Temperature and Voltage Sensitivity......................................................................32
      13.1.2. Alert_n output Drive Characteristic...........................................................................................32
      13.1.3. Output Driver Characteristic of Connectivity Test (CT) Mode .........................................................33
   13.2 Single-ended AC & DC Output Levels.....................................................................................................34
   13.3 Differential AC & DC Output Levels ......................................................................................................34
   13.4 Single-ended Output Slew Rate ............................................................................................................35
   13.5 Differential Output Slew Rate ...............................................................................................................36
   13.6 Single-ended AC & DC Output Levels of Connectivity Test Mode ...............................................................37
   13.7 Test Load for Connectivity Test Mode Timing .........................................................................................38

14. IDD AND IDDQ SPECIFICATION PARAMETERS AND TEST CONDITIONS ........................................................39
   14.1 IDD, IPP and IDDQ Measurement Conditions...........................................................................................39

15. DIMM IDD SPECIFICATION DEFINITION.......................................................................................................41

16. IDD SPEC TABLE ......................................................................................................................................53

17. INPUT/OUTPUT CAPACITANCE .................................................................................................................55

18. ELECTRICAL CHARACTERISTICS & AC TIMINGS FOR DDR4-1600-3DS TO DDR4-2933-3DS .............................56
   18.1 Refresh parameters ............................................................................................................................56
   18.2 Speed Bins and CL, tRCD, tRP, tRC and tRAS for corresponding bin...........................................................58
   18.3 Speed Bin Table Note..........................................................................................................................63

19. ELECTRICAL CHARACTERISTICS & AC TIMINGS ........................................................................................64
   19.1 Reference Load for AC Timing and Output Slew Rate ...............................................................................64
   19.2 tREFI...............................................................................................................................................64
   19.3 Clock Specification .............................................................................................................................65

**SAMSUNG**

SAM-NET-293_00000246

19.3.1. Definition for tCK(abs)..................................................................................................................................65
19.3.2. Definition for tCK(avg)..................................................................................................................................65
19.3.3. Definition for tCH(avg) and tCL(avg)............................................................................................................65
19.3.4. Definition for tERR(nper)...............................................................................................................................65
20. TIMING PARAMETERS BY SPEED GRADE ........................................................................................................66
20.1 Rounding Algorithms .........................................................................................................................................72
20.2 The DQ input receiver compliance mask for voltage and timing .......................................................................73
20.3 Command, Control, and Address Setup, Hold, and Derating .............................................................................77
20.4 DDR4 Function Matrix ........................................................................................................................................79
21. PHYSICAL DIMENSIONS .....................................................................................................................................81
21.1 16Gbx4(3DS 4H) based 32Gx72 Module (8 Ranks) - M386ABG40M5B ...........................................................81
21.1.1. x72 DIMM, populated as Quad physical ranks of x4 DDR4 SDRAMs...........................................................81
22. PRODUCT REGULATORY COMPLIANCE ...........................................................................................................82
22.1 Product Regulatory Compliance And Certifications............................................................................................82

**SAMSUNG**

SAM-NET-293_00000247

# 1. DDR4 Load Reduced DIMM ORDERING INFORMATION

[Table 1]  Ordering Information Table

| Part Number [2] | Density | Organization | Component Composition [1] | Number of Rank | Height |
|---|---|---|---|---|---|
| M386ABG40M5B-CYF | 256GB | 32Gx72 | 3DS 4H 16Gx4 (K4ACG045WM-5C##)*36 | 8 (2 physical ranks / 4 logical ranks) | 31.25mm |

NOTE :
1) "##" - RB/TC/WD/YF
2) YF(2933Mbps 24-21-21)
   - Backward compatible to lower frequency.

# 2. KEY FEATURES

[Table 2]  Speed Bins

| Speed | DDR4-2133 | DDR4-2400 | DDR4-2666 | DDR4-2933 | Unit |
|---|---|---|---|---|---|
|  | 17-15-15 | 19-17-17 | 22-19-19 | 24-21-21 |  |
| tCK(min) | 0.937 | 0.833 | 0.75 | 0.682 | ns |
| CAS Latency | 17 | 19 | 22 | 24 | nCK |
| tRCD(min) | 14.06 | 14.16 | 14.25 | 14.32 | ns |
| tRP(min) | 14.06 | 14.16 | 14.25 | 14.32 | ns |
| tRAS(min) | 33 | 32 | 32 | 32 | ns |
| tRC(min) | 47.06 | 46.16 | 46.25 | 46.32 | ns |

- JEDEC standard 1.2V ± 0.06V Power Supply
- $V_{DDQ}$ = 1.2V ± 0.06V
- 800 MHz $f_{CK}$ for 1600Mb/sec/pin,933 MHz $f_{CK}$ for 1866Mb/sec/pin, 1067MHz $f_{CK}$ for 2133Mb/sec/pin,1200MHz $f_{CK}$ for 2400Mb/sec/pin, 1333MHz $f_{CK}$ for 2666Mb/sec/pin and 1467MHz fCK for 2933Mb/sec/pin.
- 16 Banks (4 Bank Groups)
- Programmable CAS Latency: 11,12,13,14,15,16,17,18,19,20,21, 22,23,24,25
- Programmable Additive Latency (Posted CAS): 0, CL - 2, or CL - 1 clock
- Programmable CAS Write Latency (CWL) = 9,11 (DDR4-1600), 10,12 (DDR4-1866), 11,14 (DDR4-2133), 12,16 (DDR4-2400), 14,18 (DDR4-2666) and 16, 20 (DDR4-2933).
- Burst Length: 8, 4 with tCCD = 4 which does not allow seamless read or write [either On the fly using A12 or MRS]
- Bi-directional Differential Data Strobe
- On Die Termination using ODT pin
- Average Refresh Period 7.8us at lower then $T_{CASE}$ 85°C, 3.9us at 85°C < $T_{CASE}$ ≤ 95°C
- Asynchronous Reset

# 3. ADDRESS CONFIGURATION

| Organization | Row Address | Column Address | Bank Group Address | Bank Address | Auto Precharge |
|---|---|---|---|---|---|
| 16Gx4(64Gb 3DS 4H) based Module | A0-A17 | A0-A9 | BG0-BG1 | BA0-BA1 | A10/AP |

**SAMSUNG**

SAM-NET-293_00000248

Target Rev. 0.0

**Load Reduced DIMM**

datasheet

# DDR4 SDRAM

## 4. Load Reduced DIMM PIN COFIGURATIONS (FRONT SIDE / BACK SIDE)

| Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12V³,NC | 145 | 12V³,NC | 40 | TDQS12_t / DQS12_t | 184 | VSS | 78 | EVENT_n | 222 | PARITY | 117 | DQ52 | 261 | VSS |
| 2 | VSS | 146 | VREFCA | 41 | TDQS12_c, DQS12_c | 185 | DQS3_c | 79 | A0 | 223 | VDD | 118 | VSS | 262 | DQ53 |
| 3 | DQ4 | 147 | VSS | 42 | VSS | 186 | DQS3_t | 80 | VDD | 224 | BA1 | 119 | DQ48 | 263 | VSS |
| 4 | VSS | 148 | DQ5 | 43 | DQ30 | 187 | VSS | 81 | BA0 | 225 | A10/AP | 120 | VSS | 264 | DQ49 |
| 5 | DQ0 | 149 | VSS | 44 | VSS | 188 | DQ31 | 82 | RAS_n/A16 | 226 | VDD | 121 | TDQS15_t, DQS15_t | 265 | VSS |
| 6 | VSS | 150 | DQ1 | 45 | DQ26 | 189 | VSS | 83 | VDD | 227 | RFU | 122 | TDQS15_c, DQS15_c | 266 | DQS6_c |
| 7 | TDQS9_t, DQS9_t | 151 | VSS | 46 | VSS | 190 | DQ27 | 84 | S0_n | 228 | WE_n/A14 | 123 | VSS | 267 | DQS6_t |
| 8 | TDQS9_c, DQS9_c | 152 | DQS0_c | 47 | CB4 | 191 | VSS | 85 | VDD | 229 | VDD | 124 | DQ54 | 268 | VSS |
| 9 | VSS | 153 | DQS0_t | 48 | VSS | 192 | CB5 | 86 | CAS_n/A15 | 230 | NC | 125 | VSS | 269 | DQ55 |
| 10 | DQ6 | 154 | VSS | 49 | CB0 | 193 | VSS | 87 | ODT0 | 231 | VDD | 126 | DQ50 | 270 | VSS |
| 11 | VSS | 155 | DQ7 | 50 | VSS | 194 | CB1 | 88 | VDD | 232 | A13 | 127 | VSS | 271 | DQ51 |
| 12 | DQ2 | 156 | VSS | 51 | TDQS17_t, DQS17_t | 195 | VSS | 89 | S1_n | 233 | VDD | 128 | DQ60 | 272 | VSS |
| 13 | VSS | 157 | DQ3 | 52 | TDQS17_c, DQS17_c | 196 | DQS8_c | 90 | VDD | 234 | A17 | 129 | VSS | 273 | DQ61 |
| 14 | DQ12 | 158 | VSS | 53 | VSS | 197 | DQS8_t | 91 | ODT1 | 235 | NC,C2 | 130 | DQ56 | 274 | VSS |
| 15 | VSS | 159 | DQ13 | 54 | CB6 | 198 | VSS | 92 | VDD | 236 | VDD | 131 | VSS | 275 | DQ57 |
| 16 | DQ8 | 160 | VSS | 55 | VSS | 199 | CB7 | 93 | C0,CS2_n,NC | 237 | NC,CS3_c,C1 | 132 | TDQS16_t, DQS16_t | 276 | VSS |
| 17 | VSS | 161 | DQ9 | 56 | CB2 | 200 | VSS | 94 | VSS | 238 | SA2 | 133 | TDQS16_c, DQS16_c | 277 | DQS7_c |
| 18 | TDQS10_t, DQS10_t | 162 | VSS | 57 | VSS | 201 | CB3 | 95 | DQ36 | 239 | VSS | 134 | VSS | 278 | DQS7_t |
| 19 | TDQS10_c, DQS10_c | 163 | DQS1_c | 58 | RESET_n | 202 | VSS | 96 | VSS | 240 | DQ37 | 135 | DQ62 | 279 | VSS |
| 20 | VSS | 164 | DQS1_t | 59 | VDD | 203 | CKE1 | 97 | DQ32 | 241 | VSS | 136 | VSS | 280 | DQ63 |
| 21 | DQ14 | 165 | VSS | 60 | CKE0 | 204 | VDD | 98 | VSS | 242 | DQ33 | 137 | DQ58 | 281 | VSS |
| 22 | VSS | 166 | DQ15 | 61 | VDD | 205 | RFU | 99 | TDQS13_t, DQS13_t | 243 | VSS | 138 | VSS | 282 | DQ59 |
| 23 | DQ10 | 167 | VSS | 62 | ACT_n | 206 | VDD | 100 | TDQS13_c, DQS13_c | 244 | DQS4_c | 139 | SA0 | 283 | VSS |
| 24 | VSS | 168 | DQ11 | 63 | BG0 | 207 | BG1 | 101 | VSS | 245 | DQS4_t | 140 | SA1 | 284 | VDDSPD |
| 25 | DQ20 | 169 | VSS | 64 | VDD | 208 | ALERT_n | 102 | DQ38 | 246 | VSS | 141 | SCL | 285 | SDA |
| 26 | VSS | 170 | DQ21 | 65 | A12/BC_n | 209 | VDD | 103 | VSS | 247 | DQ39 | 142 | VPP | 286 | VPP |
| 27 | DQ16 | 171 | VSS | 66 | A9 | 210 | A11 | 104 | DQ34 | 248 | VSS | 143 | VPP | 287 | VPP |
| 28 | VSS | 172 | DQ17 | 67 | VDD | 211 | A7 | 105 | VSS | 249 | DQ35 | 144 | RFU | 288 | VPP⁴ |
| 29 | TDQS11_t, DQS11_t | 173 | VSS | 68 | A8 | 212 | VDD | 106 | DQ44 | 250 | VSS | | | | |
| 30 | TDQS11_c, DQS11_c | 174 | DQS2_c | 69 | A6 | 213 | A5 | 107 | VSS | 251 | DQ45 | | | | |
| 31 | VSS | 175 | DQS2_t | 70 | VDD | 214 | A4 | 108 | DQ40 | 252 | VSS | | | | |
| 32 | DQ22 | 176 | VSS | 71 | A3 | 215 | VDD | 109 | VSS | 253 | DQ41 | | | | |
| 33 | VSS | 177 | DQ23 | 72 | A1 | 216 | A2 | 110 | TDQS14_t, DQS14_t | 254 | VSS | | | | |
| 34 | DQ18 | 178 | VSS | 73 | VDD | 217 | VDD | 111 | TDQS14_c, DQS14_c | 255 | DQS5_c | | | | |
| 35 | VSS | 179 | DQ19 | 74 | CK0_t | 218 | CK1_t | 112 | VSS | 256 | DQS5_t | | | | |
| 36 | DQ28 | 180 | VSS | 75 | CK0_c | 219 | CK1_c | 113 | DQ46 | 257 | VSS | | | | |
| 37 | VSS | 181 | DQ29 | 76 | VDD | 220 | VDD | 114 | VSS | 258 | DQ47 | | | | |
| 38 | DQ24 | 182 | VSS | 77 | VTT | 221 | VTT | 115 | DQ42 | 259 | VSS | | | | |
| 39 | VSS | 183 | DQ25 | KEY | | | | 116 | VSS | 260 | DQ43 | | | | |

NOTE:
1) VPP is 2.5V DC
2) Pin 230 is defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pin 230 is defined as SAVE_n for NVDIMMs.
3) Pins 1 and 145 are defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pins 1 and 145 are defined as 12V for Hybrid /NVDIMM
4) The 5th VPP is required on all modules. DIMMs.

**SAMSUNG**

SAM-NET-293_00000249

Rev. 0.0, Jun. 2018

**M386AAG40MM2**

**Target**

# 288pin Load Reduced DIMM based on 16Gb M-die

78FBGA with Lead-Free & Halogen-Free
(RoHS compliant)

datasheet

SAMSUNG ELECTRONICS RESERVES THE RIGHT TO CHANGE PRODUCTS, INFORMATION AND SPECIFICATIONS WITHOUT NOTICE.

Products and specifications discussed herein are for reference purposes only. All information discussed herein is provided on an "AS IS" basis, without warranties of any kind.

This document and all information discussed herein remain the sole and exclusive property of Samsung Electronics. No license of any patent, copyright, mask work, trademark or any other intellectual property right is granted by one party to the other party under this document, by implication, estoppel or otherwise.

Samsung products are not intended for use in life support, critical care, medical, safety equipment, or similar applications where product failure could result in loss of life or personal or physical harm, or any military or defense application, or any governmental procurement to which special terms or provisions may apply.

For updates or additional information about Samsung products, contact your nearest Samsung office.

All brand names, trademarks and registered trademarks belong to their respective owners.

© 2018 Samsung Electronics Co., Ltd.   All rights reserved.



SAM-NET-293_00000326

## Revision History

| Revision No. | History | Draft Date | Remark | Editor |
|---|---|---|---|---|
| 0.0 | - First SPEC Release | 5th Jun, 2018 | Target | T.Y.Lee |
| | | | | J.Y.Bae |

**SAMSUNG**

SAM-NET-293_00000327

## Table Of Contents

### 288pin Load Reduced DIMM based on 16Gb M-die

1. DDR4 Load Reduced DIMM ORDERING INFORMATION .................................................................................................4
2. KEY FEATURES ........................................................................................................................................................4
3. ADDRESS CONFIGURATION ......................................................................................................................................4
4. Load Reduced DIMM PIN COFIGURATIONS (FRONT SIDE / BACK SIDE) ........................................................................5
5. PIN DESCRIPTION ....................................................................................................................................................6
6. ON DIMM THERMAL SENSOR ....................................................................................................................................7
7. INPUT/OUTPUT FUNCTIONAL DESCRIPTION ...............................................................................................................8
8. REGISTERING CLOCK DRIVER SPECIFICATION ............................................................................................................10
   8.1 Timing & Capacitance Values.............................................................................................................................10
   8.2 Clock Driver Characteristics ..............................................................................................................................10
9. FUNCTION BLOCK DIAGRAM: ...................................................................................................................................11
   9.1 128GB, 16Gx72 Module (Populated as 4 ranks of x4 DDR4 SDRAMs)....................................................................11
10. ABSOLUTE MAXIMUM RATINGS ...............................................................................................................................14
11. AC & DC OPERATING CONDITIONS ...........................................................................................................................14
12. AC & DC INPUT MEASUREMENT LEVELS ...................................................................................................................15
   12.1 AC & DC Logic Input Levels for Single-Ended Signals..........................................................................................15
   12.2 AC and DC Input Measurement Levels: VREF Tolerances.....................................................................................15
   12.3 AC and DC Logic Input Levels for Differential Signals ..........................................................................................16
      12.3.1. Differential Signals Definition .....................................................................................................................16
      12.3.2. Differential Swing Requirements for Clock (CK_t - CK_c)...............................................................................16
      12.3.3. Single-ended Requirements for Differential Signals ......................................................................................17
      12.3.4. Address, Command and Control Overshoot and Undershoot specifications ....................................................18
      12.3.5. Clock Overshoot and Undershoot Specifications...........................................................................................19
      12.3.6. Data, Strobe and Mask Overshoot and Undershoot Specifications .................................................................20
   12.4 Slew Rate Definitions......................................................................................................................................21
      12.4.1. Slew Rate Definitions for Differential Input Signals (CK) ...............................................................................21
      12.4.2. Slew Rate Definition for Single-ended Input Signals (CMD/ADD) ...................................................................22
   12.5 Differential Input Cross Point Voltage ...............................................................................................................23
   12.6 CMOS rail to rail Input Levels...........................................................................................................................24
      12.6.1. CMOS rail to rail Input Levels for RESET_n...................................................................................................24
   12.7 AC and DC Logic Input Levels for DQS Signals...................................................................................................25
      12.7.1. Differential signal definition .......................................................................................................................25
      12.7.2. Differential swing requirements for DQS (DQS_t - DQS_c)..............................................................................25
      12.7.3. Peak voltage calculation method.................................................................................................................26
      12.7.4. Differential Input Cross Point Voltage ..........................................................................................................27
      12.7.5. Differential Input Slew Rate Definition .........................................................................................................28
13. AC AND DC OUTPUT MEASUREMENT LEVELS ...........................................................................................................29
   13.1 Output Driver DC Electrical Characteristics .......................................................................................................29
      13.1.1. Alert_n output Drive Characteristic .............................................................................................................31
      13.1.2. Output Driver Characteristic of Connectivity Test (CT) Mode .........................................................................32
   13.2 Single-ended AC & DC Output Levels.................................................................................................................33
   13.3 Differential AC & DC Output Levels ...................................................................................................................33
   13.4 Single-ended Output Slew Rate ........................................................................................................................34
   13.5 Differential Output Slew Rate ..........................................................................................................................35
   13.6 Single-ended AC & DC Output Levels of Connectivity Test Mode .........................................................................36
   13.7 Test Load for Connectivity Test Mode Timing .....................................................................................................37
14. SPEED BIN .............................................................................................................................................................38
   14.1 Speed Bin Table Note.......................................................................................................................................44
15. IDD AND IDDQ SPECIFICATION PARAMETERS AND TEST CONDITIONS ........................................................................45
   15.1 IDD, IPP and IDDQ Measurement Conditions......................................................................................................45
16. IDD SPEC TABLE .....................................................................................................................................................60
17. INPUT/OUTPUT CAPACITANCE ...............................................................................................................................62
18. ELECTRICAL CHARACTERISTICS & AC TIMING ..........................................................................................................63
   18.1 Reference Load for AC Timing and Output Slew Rate ..........................................................................................63
   18.2 tREFI ............................................................................................................................................................63
   18.3 Clock Specification .........................................................................................................................................64
      18.3.1. Definition for tCK(abs)...............................................................................................................................64
      18.3.2. Definition for tCK(avg)...............................................................................................................................64
      18.3.3.  Definition for tCH(avg) and tCL(avg)...........................................................................................................64
      18.3.4. Definition for tERR(nper)............................................................................................................................64
19. TIMING PARAMETERS BY SPEED GRADE ..................................................................................................................65
   19.1 Rounding Algorithms .......................................................................................................................................71
   19.2 The DQ input receiver compliance mask for voltage and timing ..........................................................................72
   19.3 Command, Control, and Address Setup, Hold, and Derating ...............................................................................76
   19.4 DDR4 Function Matrix .....................................................................................................................................78
20. PHYSICAL DIMENSIONS ..........................................................................................................................................80
   20.1 8Gbx4(DDP) based 16Gx72 Module (4 Ranks) - M386AAG40MM2..........................................................................80
      20.1.1. x72 DIMM, populated as Quad physical ranks of x4 DDR4 SDRAMs..............................................................80



SAM-NET-293_00000328

**Load Reduced DIMM**                              datasheet                              **DDR4 SDRAM**

# 1. DDR4 Load Reduced DIMM ORDERING INFORMATION

[Table 1] Ordering Information Table

| Part Number [2] | Density | Organization | Component Composition [1] | Number of Rank | Height |
|---|---|---|---|---|---|
| M386AAG40MM2-CVF | 128GB | 16Gx72 | DDP 8Gx4(K4ABG045WM-MC##)*36 | 4 | 31.25mm |

NOTE :
1) "##" - VF
2) VF(2933Mbps 21-21-21).
 - Backward compatible to lower frequency.

# 2. KEY FEATURES

[Table 2]  Speed Bins

| Speed | DDR4-1600 | DDR4-1866 | DDR4-2133 | DDR4-2400 | DDR4-2666 | DDR4-2933 | Unit |
| | 11-11-11 | 13-13-13 | 15-15-15 | 17-17-17 | 19-19-19 | 21-21-21 | |
|---|---|---|---|---|---|---|---|
| tCK(min) | 1.25 | 1.071 | 0.937 | 0.833 | 0.75 | 0.682 | ns |
| CAS Latency | 11 | 13 | 15 | 17 | 19 | 21 | nCK |
| tRCD(min) | 13.75 | 13.92 | 14.06 | 14.16 | 14.25 | 14.32 | ns |
| tRP(min) | 13.75 | 13.92 | 14.06 | 14.16 | 14.25 | 14.32 | ns |
| tRAS(min) | 35 | 34 | 33 | 32 | 32 | 32 | ns |
| tRC(min) | 48.75 | 47.92 | 47.06 | 46.16 | 46.25 | 46.32 | ns |

- JEDEC standard 1.2V ± 0.06V Power Supply
- $V_{DDQ}$ = 1.2V ± 0.06V
- 800 MHz $f_{CK}$ for 1600Mb/sec/pin,933 MHz $f_{CK}$ for 1866Mb/sec/pin, 1067MHz $f_{CK}$ for 2133Mb/sec/pin,1200MHz $f_{CK}$ for 2400Mb/sec/pin, 1333MHz $f_{CK}$ for 2666Mb/sec/pin and 1467MHz fCK for 2933Mb/sec/pin.
- 16 Banks (4 Bank Groups)
- Programmable CAS Latency: 10,11,12,13,14,15,16,17,18,19,20,21, 22
- Programmable Additive Latency (Posted CAS): 0, CL - 2, or CL - 1 clock
- Programmable CAS Write Latency (CWL) = 9,11 (DDR4-1600), 10,12 (DDR4-1866), 11,14 (DDR4-2133), 12,16 (DDR4-2400), 14,18 (DDR4-2666) and 16, 20 (DDR4-2933).
- Burst Length: 8, 4 with tCCD = 4 which does not allow seamless read or write [either On the fly using A12 or MRS]
- Bi-directional Differential Data Strobe
- On Die Termination using ODT pin
- Average Refresh Period 7.8us at lower then $T_{CASE}$ 85°C, 3.9us at 85°C < $T_{CASE}$ ≤ 95°C
- Asynchronous Reset

# 3. ADDRESS CONFIGURATION

| Organization | Row Address | Column Address | Bank Group Address | Bank Address | Auto Precharge |
|---|---|---|---|---|---|
| 8Gx4(32Gb DDP) based Module | A0-A16 | A0-A9 | BG0-BG1 | BA0-BA1 | A10/AP |

**SAMSUNG**

SAM-NET-293_00000329

Target Rev.0.0

**Load Reduced DIMM**

datasheet

**DDR4 SDRAM**

# 4. Load Reduced DIMM PIN COFIGURATIONS (FRONT SIDE / BACK SIDE)

| Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12V[3],NC | 145 | 12V[3],NC | 40 | TDQS12_t, DQS12_t | 184 | VSS | 78 | EVENT_n | 222 | PARITY | 117 | DQ52 | 261 | VSS |
| 2 | VSS | 146 | VREFCA | 41 | TDQS12_c, DQS12_c | 185 | DQS3_c | 79 | A0 | 223 | VDD | 118 | VSS | 262 | DQ53 |
| 3 | DQ4 | 147 | VSS | 42 | VSS | 186 | DQS3_t | 80 | VDD | 224 | BA1 | 119 | DQ48 | 263 | VSS |
| 4 | VSS | 148 | DQ5 | 43 | DQ30 | 187 | VSS | 81 | BA0 | 225 | A10/AP | 120 | VSS | 264 | DQ49 |
| 5 | DQ0 | 149 | VSS | 44 | VSS | 188 | DQ31 | 82 | RAS_n/A16 | 226 | VDD | 121 | TDQS15_t, DQS15_t | 265 | VSS |
| 6 | VSS | 150 | DQ1 | 45 | DQ26 | 189 | VSS | 83 | VDD | 227 | RFU | 122 | TDQS15_c, DQS15_c | 266 | DQS6_c |
| 7 | TDQS9_t, DQS9_t | 151 | VSS | 46 | VSS | 190 | DQ27 | 84 | S0_n | 228 | WE_n/A14 | 123 | VSS | 267 | DQS6_t |
| 8 | TDQS9_c, DQS9_c | 152 | DQS0_c | 47 | CB4 | 191 | VSS | 85 | VDD | 229 | VDD | 124 | DQ54 | 268 | VSS |
| 9 | VSS | 153 | DQS0_t | 48 | VSS | 192 | CB5 | 86 | CAS_n/A15 | 230 | NC | 125 | VSS | 269 | DQ55 |
| 10 | DQ6 | 154 | VSS | 49 | CB0 | 193 | VSS | 87 | ODT0 | 231 | VDD | 126 | DQ50 | 270 | VSS |
| 11 | VSS | 155 | DQ7 | 50 | VSS | 194 | CB1 | 88 | VDD | 232 | A13 | 127 | VSS | 271 | DQ51 |
| 12 | DQ2 | 156 | VSS | 51 | TDQS17_t, DQS17_t | 195 | VSS | 89 | S1_n | 233 | VDD | 128 | DQ60 | 272 | VSS |
| 13 | VSS | 157 | DQ3 | 52 | TDQS17_c, DQS17_c | 196 | DQS8_c | 90 | VDD | 234 | A17 | 129 | VSS | 273 | DQ61 |
| 14 | DQ12 | 158 | VSS | 53 | VSS | 197 | DQS8_t | 91 | ODT1 | 235 | NC,C2 | 130 | DQ56 | 274 | VSS |
| 15 | VSS | 159 | DQ13 | 54 | CB6 | 198 | VSS | 92 | VDD | 236 | VDD | 131 | VSS | 275 | DQ57 |
| 16 | DQ8 | 160 | VSS | 55 | VSS | 199 | CB7 | 93 | C0,CS2_n,NC | 237 | NC,CS3_c,C1 | 132 | TDQS16_t, DQS16_t | 276 | VSS |
| 17 | VSS | 161 | DQ9 | 56 | CB2 | 200 | VSS | 94 | VSS | 238 | SA2 | 133 | TDQS16_c, DQS16_c | 277 | DQS7_c |
| 18 | TDQS10_t, DQS10_t | 162 | VSS | 57 | VSS | 201 | CB3 | 95 | DQ36 | 239 | VSS | 134 | VSS | 278 | DQS7_t |
| 19 | TDQS10_c, DQS10_c | 163 | DQS1_c | 58 | RESET_n | 202 | VSS | 96 | VSS | 240 | DQ37 | 135 | DQ62 | 279 | VSS |
| 20 | VSS | 164 | DQS1_t | 59 | VDD | 203 | CKE1 | 97 | DQ32 | 241 | VSS | 136 | VSS | 280 | DQ63 |
| 21 | DQ14 | 165 | VSS | 60 | CKE0 | 204 | VDD | 98 | DQ33 | 242 | VSS | 137 | DQ58 | 281 | VSS |
| 22 | VSS | 166 | DQ15 | 61 | VDD | 205 | RFU | 99 | TDQS13_t, DQS13_t | 243 | VSS | 138 | VSS | 282 | DQ59 |
| 23 | DQ10 | 167 | VSS | 62 | ACT_n | 206 | VDD | 100 | TDQS13_c, DQS13_c | 244 | DQS4_c | 139 | SA0 | 283 | VSS |
| 24 | VSS | 168 | DQ11 | 63 | BG0 | 207 | BG1 | 101 | VSS | 245 | DQS4_t | 140 | SA1 | 284 | VDDSPD |
| 25 | DQ20 | 169 | VSS | 64 | VDD | 208 | ALERT_n | 102 | DQ38 | 246 | VSS | 141 | SCL | 285 | SDA |
| 26 | VSS | 170 | DQ21 | 65 | A12/BC_n | 209 | VDD | 103 | VSS | 247 | DQ39 | 142 | VPP | 286 | VPP |
| 27 | DQ16 | 171 | VSS | 66 | A9 | 210 | A11 | 104 | DQ34 | 248 | VSS | 143 | VPP | 287 | VPP |
| 28 | VSS | 172 | DQ17 | 67 | VDD | 211 | A7 | 105 | VSS | 249 | DQ35 | 144 | RFU | 288 | VPP[4] |
| 29 | TDQS11_t, DQS11_t | 173 | VSS | 68 | A8 | 212 | VDD | 106 | DQ44 | 250 | VSS | | | | |
| 30 | TDQS11_c, DQS11_c | 174 | DQS2_c | 69 | A6 | 213 | A5 | 107 | VSS | 251 | DQ45 | | | | |
| 31 | VSS | 175 | DQS2_t | 70 | VDD | 214 | A4 | 108 | DQ40 | 252 | VSS | | | | |
| 32 | DQ22 | 176 | VSS | 71 | A3 | 215 | VDD | 109 | VSS | 253 | DQ41 | | | | |
| 33 | VSS | 177 | DQ23 | 72 | A1 | 216 | A2 | 110 | TDQS14_t, DQS14_t | 254 | VSS | | | | |
| 34 | DQ18 | 178 | VSS | 73 | VDD | 217 | VDD | 111 | TDQS14_c, DQS14_c | 255 | DQS5_c | | | | |
| 35 | VSS | 179 | DQ19 | 74 | CK0_t | 218 | CK1_t | 112 | VSS | 256 | DQS5_t | | | | |
| 36 | DQ28 | 180 | VSS | 75 | CK0_c | 219 | CK1_c | 113 | DQ46 | 257 | VSS | | | | |
| 37 | VSS | 181 | DQ29 | 76 | VDD | 220 | VDD | 114 | DQ47 | 258 | DQ47 | | | | |
| 38 | DQ24 | 182 | VSS | 77 | VTT | 221 | VTT | 115 | DQ42 | 259 | VSS | | | | |
| 39 | VSS | 183 | DQ25 | KEY | | | | 116 | VSS | 260 | DQ43 | | | | |

**NOTE:**
1) VPP is 2.5V DC
2) Pin 230 is defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pin 230 is defined as SAVE_n for NVDIMMs.
3) Pins 1 and 145 are defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pins 1 and 145 are defined as 12V for Hybrid /NVDIMM
4) The 5th VPP is required on all modules. DIMMs.

**SAMSUNG**

SAM-NET-293_00000330

# 5. PIN DESCRIPTION

| Pin Name | Description |
|---|---|
| A0–A17[1] | Register address input |
| BA0, BA1 | Register bank select input |
| BG0, BG1 | Register bank group select input |
| RAS_n[2] | Register row address strobe input |
| CAS_n[3] | Register column address strobe input |
| WE_n[4] | Register write enable input |
| CS0_n, CS1_n, CS2_n, CS3_n | DIMM Rank Select Lines input |
| CKE0, CKE1 | Register clock enable lines input |
| ODT0, ODT1 | Register on-die termination control lines input |
| ACT_n | Register input for activate input |
| DQ0–DQ63 | DIMM memory data bus |
| CB0–CB7 | DIMM ECC check bits |
| DQS0_t– DQS17_t | Data Buffer data strobes (positive line of differential pair) |
| DQS0_c– DQS17_c | Data Buffer data strobes (negative line of differential pair) |
| CK0_t, CK1_t | Register clock input (positive line of differential pair) |
| CK0_c, CK1_c | Register clocks input (negative line of differential pair) |

| Pin Name | Description |
|---|---|
| SCL | I2C serial bus clock for SPD/TS and register |
| SDA | I2C serial bus data line for SPD/TS and register |
| SA0–SA2 | I2C slave address select for SPD/TS and register |
| PAR | Register parity input |
| VDD | SDRAM core power supply |
| VPP | SDRAM activating power supply |
| VREFCA | SDRAM command/address reference supply |
| VSS | Power supply return (ground) |
| VDDSPD | Serial SPD/TS positive power supply |
| ALERT_n | Register ALERT_n output |
| RESET_n | Set Register and SDRAMs to a Known State |
| EVENT_n | SPD signals a thermal event has occurred |
| VTT | SDRAM I/O termination supply |
| RFU | Reserved for future use |

NOTE :
1) Address A17 is only valid for 16 Gb x4 based SDRAMs.
2) RAS_n is a multiplexed function with A16.
3) CAS_n is a multiplexed function with A15.
4) WE_n is a multiplexed function with A14.

**SAMSUNG**

Rev. 1.3, Feb. 2018

**M386A8K40BMB**

# 288pin Load Reduced DIMM based on 8Gb B-die

78FBGA with Lead-Free & Halogen-Free (RoHS compliant)

datasheet

SAMSUNG ELECTRONICS RESERVES THE RIGHT TO CHANGE PRODUCTS, INFORMATION AND SPECIFICATIONS WITHOUT NOTICE.

Products and specifications discussed herein are for reference purposes only. All information discussed herein is provided on an "AS IS" basis, without warranties of any kind.

This document and all information discussed herein remain the sole and exclusive property of Samsung Electronics. No license of any patent, copyright, mask work, trademark or any other intellectual property right is granted by one party to the other party under this document, by implication, estoppel or otherwise.

Samsung products are not intended for use in life support, critical care, medical, safety equipment, or similar applications where product failure could result in loss of life or personal or physical harm, or any military or defense application, or any governmental procurement to which special terms or provisions may apply.

For updates or additional information about Samsung products, contact your nearest Samsung office.

All brand names, trademarks and registered trademarks belong to their respective owners.

© 2018 Samsung Electronics Co., Ltd.   All rights reserved.

**SAMSUNG**

SAM-NET-293_00000407

**Load Reduced DIMM**    datasheet    **DDR4 SDRAM**

# Revision History

| Revision No. | History | Draft Date | Remark | Editor |
|---|---|---|---|---|
| 1.0 | - First SPEC Release | Jul. 2015 | - | J.Y.Lee |
| 1.1 | - Change of IDD value on page 25 | 3rd Feb. 2016 | - | J.Y.Lee |
| | - Change of 8.1 Timing & Capacitance values (tACT) on page 9 | | | |
| | - Change of Physical Dimensions (Module Thickness) on page 38 | | | |
| 1.2 | - Update Physical dimension. | 8th Jun, 2017 | Final | J.Y.Bae |
| | 1. Add PCB hole. | | | |
| | 2. Update Module height information. | | | |
| | - Update Absolute Maximum Ratings. | | | |
| | - Update Input/Output Capacitance. | | | |
| 1.3 | - Update INPUT/OUTPUT FUNCTIONAL DESCRIPTION. | 9th Feb, 2018 | Final | Hyeon. Kang |
| | - Update AC & DC INPUT MEASUREMENT LEVELS. | | | J.Y.Bae |
| | - Add AC AND DC OUTPUT MEASUREMENT LEVELS. | | | |
| | - Update TIMING PARAMETERS BY SPEED GRADE. | | | |

**SAMSUNG**

SAM-NET-293_00000408

## Table Of Contents

### 288pin Load Reduced DIMM based on 8Gb B-die

1. DDR4 Load Reduced DIMM ORDERING INFORMATION ....................................................................................4
2. KEY FEATURES ................................................................................................................................................4
3. ADDRESS CONFIGURATION ............................................................................................................................4
4. Load Reduced DIMM PIN CONFIGURATIONS (Front side/Back side) ...............................................................5
5. PIN DESCRIPTION ............................................................................................................................................6
6. ON DIMM THERMAL SENSOR ........................................................................................................................6
7. INPUT/OUTPUT FUNCTIONAL DESCRIPTION ................................................................................................7
8. REGISTERING CLOCK DRIVER SPECIFICATION ...........................................................................................9
   8.1 Timing & Capacitance Values ........................................................................................................................9
   8.2 Clock Driver Characteristics .........................................................................................................................9
9. FUNCTION BLOCK DIAGRAM: .......................................................................................................................10
   9.1 64GB, 8Gx72 Module (Populated as 4 ranks of x4 DDR4 SDRAMs)............................................................10
10. ABSOLUTE MAXIMUM RATINGS ................................................................................................................13
    10.1 Absolute Maximum DC Ratings .................................................................................................................13
11. AC & DC OPERATING CONDITIONS ...........................................................................................................13
12. AC & DC INPUT MEASUREMENT LEVELS...................................................................................................14
    12.1 AC & DC Logic Input Levels for Single-Ended Signals..............................................................................14
    12.2 AC and DC Input Measurement Levels: VREF Tolerances.........................................................................14
    12.3 AC and DC Logic Input Levels for Differential Signals ...............................................................................15
        12.3.1. Differential Signals Definition ...........................................................................................................15
        12.3.2. Differential Swing Requirements for Clock (CK_t - CK_c) .................................................................16
        12.3.3. Single-ended Requirements for Differential Signals ..........................................................................17
        12.3.4. Address, Command and Control Overshoot and Undershoot specifications .......................................18
        12.3.5. Clock Overshoot and Undershoot Specifications...............................................................................19
        12.3.6. Data, Strobe and Mask Overshoot and Undershoot Specifications....................................................20
    12.4 Slew Rate Definitions.................................................................................................................................21
        12.4.1. Slew Rate Definitions for Differential Input Signals (CK) ...................................................................21
        12.4.2. Slew Rate Definition for Single-ended Input Signals (CMD/ADD) ......................................................22
    12.5 Differential Input Cross Point Voltage ........................................................................................................23
    12.6 CMOS rail to rail Input Levels ....................................................................................................................24
        12.6.1. CMOS rail to rail Input Levels for RESET_n....................................................................................24
    12.7 AC and DC Logic Input Levels for DQS Signals..........................................................................................25
        12.7.1. Differential signal definition ..............................................................................................................25
        12.7.2. Differential swing requirements for DQS (DQS_t - DQS_c)................................................................25
        12.7.3. Peak voltage calculation method ......................................................................................................26
        12.7.4. Differential Input Cross Point Voltage ...............................................................................................27
        12.7.5. Differential Input Slew Rate Definition ..............................................................................................28
13. AC AND DC OUTPUT MEASUREMENT LEVELS .........................................................................................29
    13.1 Output Driver DC Electrical Characteristics................................................................................................29
        13.1.1. Alert_n output Drive Characteristic ...................................................................................................31
        13.1.2. Output Driver Characteristic of Connectivity Test (CT) Mode ............................................................32
    13.2 Single-ended AC & DC Output Levels.........................................................................................................33
    13.3 Differential AC & DC Output Levels.............................................................................................................33
    13.4 Single-ended Output Slew Rate .................................................................................................................34
    13.5 Differential Output Slew Rate .....................................................................................................................35
    13.6 Single-ended AC & DC Output Levels of Connectivity Test Mode ...............................................................36
    13.7 Test Load for Connectivity Test Mode Timing .............................................................................................37
14. SPEED BIN .................................................................................................................................................38
    14.1 Speed Bin Table Note.................................................................................................................................42
15. IDD AND IDDQ SPECIFICATION PARAMETERS AND TEST CONDITIONS ..................................................43
    15.1 IDD, IPP and IDDQ Measurement Conditions.............................................................................................43
16. IDD SPEC TABLE ........................................................................................................................................58
17. INPUT/OUTPUT CAPACITANCE .................................................................................................................60
18. ELECTRICAL CHARACTERISTICS & AC TIMING ........................................................................................62
    18.1 Reference Load for AC Timing and Output Slew Rate .................................................................................62
    18.2 tREFI .........................................................................................................................................................62
    18.3 Clock Specification ....................................................................................................................................63
        18.3.1. Definition for tCK(abs).....................................................................................................................63
        18.3.2. Definition for tCK(avg).....................................................................................................................63
        18.3.3. Definition for tCH(avg) and tCL(avg)................................................................................................63
        18.3.4. Definition for tERR(nper)..................................................................................................................63
19. TIMING PARAMETERS BY SPEED GRADE .................................................................................................64
    19.1 Rounding Algorithms ..................................................................................................................................70
    19.2 The DQ input receiver compliance mask for voltage and timing ..................................................................71
    19.3 Command, Control, and Address Setup, Hold, and Derating .......................................................................75
    19.4 DDR4 Function Matrix ................................................................................................................................77
20. PHYSICAL DIMENSIONS .............................................................................................................................79
    20.1 4Gbx4(DDP) based 8Gx72 Module (4 Ranks) - M386A8K40BMB..............................................................79
        20.1.1. x72 DIMM, populated as Quad physical ranks of x4 DDR4 SDRAMs ................................................79



**Load Reduced DIMM**          datasheet          **DDR4 SDRAM**

# 1. DDR4 Load Reduced DIMM ORDERING INFORMATION

[Table 1] Ordering Information Table

| Part Number [2] | Density | Organization | Component Composition [1] | Number of Rank | Height |
|---|---|---|---|---|---|
| M386A8K40BMB-CPB/RC | 64GB | 8Gx72 | DDP 4Gx4(K4AAG045WB-MC##)*36 | 4 | 31.25mm |

NOTE :
1) "##" - PB/RC
2) PB(2133Mbps 15-15-15)/RC(2400Mbps 17-17-17)
  - DDR4-2400(17-17-17) is backward compatible to DDR4-2133(15-15-15)

# 2. KEY FEATURES

[Table 2] Speed Bins

| Speed | DDR4-1600 | DDR4-1866 | DDR4-2133 | DDR4-2400 | Unit |
|---|---|---|---|---|---|
| | 11-11-11 | 13-13-13 | 15-15-15 | 17-17-17 | |
| tCK(min) | 1.25 | 1.071 | 0.938 | 0.833 | ns |
| CAS Latency | 11 | 13 | 15 | 17 | nCK |
| tRCD(min) | 13.75 | 13.92 | 14.06 | 14.16 | ns |
| tRP(min) | 13.75 | 13.92 | 14.06 | 14.16 | ns |
| tRAS(min) | 35 | 34 | 33 | 32 | ns |
| tRC(min) | 48.75 | 47.92 | 47.06 | 46.16 | ns |

- JEDEC standard 1.2V ± 0.06V Power Supply
- $V_{DDQ}$ = 1.2V ± 0.06V
- 800 MHz $f_{CK}$ for 1600Mb/sec/pin,933 MHz $f_{CK}$ for 1866Mb/sec/pin, 1067MHz $f_{CK}$ for 2133Mb/sec/pin,1200MHz $f_{CK}$ for 2400Mb/sec/pin
- 16 Banks (4 Bank Groups)
- Programmable CAS Latency: 10,11,12,13,14,15,16,17,18
- Programmable Additive Latency (Posted CAS) : 0, CL - 2, or CL - 1 clock
- Programmable CAS Write Latency (CWL) =  9,11 (DDR4-1600), 10,12 (DDR4-1866), 11,14 (DDR4-2133) and 12,16 (DDR4-2400)
- Burst Length: 8, 4 with tCCD = 4 which does not allow seamless read or write [either On the fly using A12 or MRS]
- Bi-directional Differential Data Strobe
- On Die Termination using ODT pin
- Average Refresh Period 7.8us at lower then $T_{CASE}$ 85°C, 3.9us at 85°C < $T_{CASE}$ ≤ 95°C
- Asynchronous Reset

# 3. ADDRESS CONFIGURATION

| Organization | Row Address | Column Address | Bank Group Address | Bank Address | Auto Precharge |
|---|---|---|---|---|---|
| 4Gx4(16Gb DDP) based Module | A0-A16 | A0-A9 | BG0-BG1 | BA0-BA1 | A10/AP |

**SAMSUNG**

SAM-NET-293_00000410

datasheet    **DDR4 SDRAM**

## 4. Load Reduced DIMM PIN CONFIGURATIONS (Front side/Back side)

| Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12V[3],NC | 145 | 12V[3],NC | 40 | TDQS12_t, DQS12_t | 184 | VSS | 78 | EVENT_n | 222 | PARITY | 117 | DQ52 | 261 | VSS |
| 2 | VSS | 146 | VREFCA | 41 | TDQS12_c, DQS12_c | 185 | DQS3_c | 79 | A0 | 223 | VDD | 118 | VSS | 262 | DQ53 |
| 3 | DQ4 | 147 | VSS | 42 | VSS | 186 | DQS3_t | 80 | VDD | 224 | BA1 | 119 | DQ48 | 263 | VSS |
| 4 | VSS | 148 | DQ5 | 43 | DQ30 | 187 | VSS | 81 | BA0 | 225 | A10/AP | 120 | VSS | 264 | DQ49 |
| 5 | DQ0 | 149 | VSS | 44 | VSS | 188 | DQ31 | 82 | RAS_n/A16 | 226 | VDD | 121 | TDQS15_t, DQS15_t | 265 | VSS |
| 6 | VSS | 150 | DQ1 | 45 | DQ26 | 189 | VSS | 83 | VDD | 227 | RFU | 122 | TDQS15_c, DQS15_c | 266 | DQS6_c |
| 7 | TDQS9_t, DQS9_t | 151 | VSS | 46 | VSS | 190 | DQ27 | 84 | S0_n | 228 | WE_n/A14 | 123 | VSS | 267 | DQS6_t |
| 8 | TDQS9_c, DQS9_c | 152 | DQS0_c | 47 | CB4 | 191 | VSS | 85 | VDD | 229 | VDD | 124 | DQ54 | 268 | VSS |
| 9 | VSS | 153 | DQS0_t | 48 | VSS | 192 | CB5 | 86 | CAS_n/A15 | 230 | NC | 125 | VSS | 269 | DQ55 |
| 10 | DQ6 | 154 | VSS | 49 | CB0 | 193 | VSS | 87 | ODT0 | 231 | VDD | 126 | DQ50 | 270 | VSS |
| 11 | VSS | 155 | DQ7 | 50 | VSS | 194 | CB1 | 88 | VDD | 232 | A13 | 127 | VSS | 271 | DQ51 |
| 12 | DQ2 | 156 | VSS | 51 | TDQS17_t, DQS17_t | 195 | VSS | 89 | S1_n | 233 | VDD | 128 | DQ60 | 272 | VSS |
| 13 | VSS | 157 | DQ3 | 52 | TDQS17_c, DQS17_c | 196 | DQS8_c | 90 | VDD | 234 | A17 | 129 | VSS | 273 | DQ61 |
| 14 | DQ12 | 158 | VSS | 53 | VSS | 197 | DQS8_t | 91 | ODT1 | 235 | NC,C2 | 130 | DQ56 | 274 | VSS |
| 15 | VSS | 159 | DQ13 | 54 | CB6 | 198 | VSS | 92 | VDD | 236 | VDD | 131 | VSS | 275 | DQ57 |
| 16 | DQ8 | 160 | VSS | 55 | VSS | 199 | CB7 | 93 | C0,CS2_n,NC | 237 | NC,CS3_c,C1 | 132 | TDQS16_t, DQS16_t | 276 | VSS |
| 17 | VSS | 161 | DQ9 | 56 | CB2 | 200 | VSS | 94 | VSS | 238 | SA2 | 133 | TDQS16_c, DQS16_c | 277 | DQS7_c |
| 18 | TDQS10_t, DQS10_t | 162 | VSS | 57 | VSS | 201 | CB3 | 95 | DQ36 | 239 | VSS | 134 | VSS | 278 | DQS7_t |
| 19 | TDQS10_c, DQS10_c | 163 | DQS1_c | 58 | RESET_n | 202 | VSS | 96 | VSS | 240 | DQ37 | 135 | DQ62 | 279 | VSS |
| 20 | VSS | 164 | DQS1_t | 59 | VDD | 203 | CKE1 | 97 | DQ32 | 241 | VSS | 136 | VSS | 280 | DQ63 |
| 21 | DQ14 | 165 | VSS | 60 | CKE0 | 204 | VDD | 98 | VSS | 242 | DQ33 | 137 | DQ58 | 281 | VSS |
| 22 | VSS | 166 | DQ15 | 61 | VDD | 205 | RFU | 99 | TDQS13_t, DQS13_t | 243 | VSS | 138 | VSS | 282 | DQ59 |
| 23 | DQ10 | 167 | VSS | 62 | ACT_n | 206 | VDD | 100 | TDQS13_c, DQS13_c | 244 | DQS4_c | 139 | SA0 | 283 | VSS |
| 24 | VSS | 168 | DQ11 | 63 | BG0 | 207 | BG1 | 101 | VSS | 245 | DQS4_t | 140 | SA1 | 284 | VDDSPD |
| 25 | DQ20 | 169 | VSS | 64 | VDD | 208 | ALERT_n | 102 | DQ38 | 246 | VSS | 141 | SCL | 285 | SDA |
| 26 | VSS | 170 | DQ21 | 65 | A12/BC_n | 209 | VDD | 103 | VSS | 247 | DQ39 | 142 | VPP | 286 | VPP |
| 27 | DQ16 | 171 | VSS | 66 | A9 | 210 | A11 | 104 | DQ34 | 248 | VSS | 143 | VPP | 287 | VPP |
| 28 | VSS | 172 | DQ17 | 67 | VDD | 211 | A7 | 105 | VSS | 249 | DQ35 | 144 | RFU | 288 | VPP[4] |
| 29 | TDQS11_t, DQS11_t | 173 | VSS | 68 | A8 | 212 | VDD | 106 | DQ44 | 250 | VSS | | | | |
| 30 | TDQS11_c, DQS11_c | 174 | DQS2_c | 69 | A6 | 213 | A5 | 107 | VSS | 251 | DQ45 | | | | |
| 31 | VSS | 175 | DQS2_t | 70 | VDD | 214 | A4 | 108 | DQ40 | 252 | VSS | | | | |
| 32 | DQ22 | 176 | VSS | 71 | A3 | 215 | VDD | 109 | VSS | 253 | DQ41 | | | | |
| 33 | VSS | 177 | DQ23 | 72 | A1 | 216 | A2 | 110 | TDQS14_t, DQS14_t | 254 | VSS | | | | |
| 34 | DQ18 | 178 | VSS | 73 | VDD | 217 | VDD | 111 | TDQS14_c, DQS14_c | 255 | DQS5_c | | | | |
| 35 | VSS | 179 | DQ19 | 74 | CK0_t | 218 | CK1_t | 112 | VSS | 256 | DQS5_t | | | | |
| 36 | DQ28 | 180 | VSS | 75 | CK0_c | 219 | CK1_c | 113 | DQ46 | 257 | VSS | | | | |
| 37 | VSS | 181 | DQ29 | 76 | VDD | 220 | VDD | 114 | VSS | 258 | DQ47 | | | | |
| 38 | DQ24 | 182 | VSS | 77 | VTT | 221 | VTT | 115 | DQ42 | 259 | VSS | | | | |
| 39 | VSS | 183 | DQ25 | | KEY | | | 116 | VSS | 260 | DQ43 | | | | |

NOTE :
1) VPP is 2.5V DC.
2) Pin 230 is defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pin 230 is defined as SAVE_n for NVDIMMs.
3) Pins 1 and 145 are defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pins 1 and 145 are defined as 12V for Hybrid /NVDIMMM.
4) The 5th VPP is required on all modules. DIMMs.

**SAMSUNG**

SAM-NET-293_00000411

**Load Reduced DIMM**                    datasheet                    **DDR4 SDRAM**

# 5. PIN DESCRIPTION

| Pin Name | Description |
|---|---|
| A0-A17[1] | Register address input |
| BA0, BA1 | Register bank select input |
| BG0, BG1 | Register bank group select input |
| RAS_n[2] | Register row address strobe input |
| CAS_n[3] | Register column address strobe input |
| WE_n[4] | Register write enable input |
| CS0_n, CS1_n, CS2_n, CS3_n | DIMM Rank Select Lines input |
| CKE0, CKE1 | Register clock enable lines input |
| ODT0, ODT1 | Register on-die termination control lines input |
| ACT_n | Register input for activate input |
| DQ0–DQ63 | DIMM memory data bus |
| CB0-CB7 | DIMM ECC check bits |
| DQS0_t-DQS17_t | Data Buffer data strobes (positive line of differential pair) |
| DQS0_c-DQS17_c | Data Buffer data strobes (negative line of differential pair) |
| CK0_t, CK1_t | Register clock input (positive line of differential pair) |
| CK0_c, CK1_c | Register clocks input (negative line of differential pair) |

| Pin Name | Description |
|---|---|
| SCL | I2C serial bus clock for SPD/TS and register |
| SDA | I2C serial bus data line for SPD/TS and register |
| SA0-SA2 | I2C slave address select for SPD/TS and register |
| PAR | Register parity input |
| VDD | SDRAM core power supply |
| VPP | SDRAM activating power supply |
| VREFCA | SDRAM command/address reference supply |
| VSS | Power supply return (ground) |
| VDDSPD | Serial SPD/TS positive power supply |
| ALERT_n | Register ALERT_n output |
| RESET_n | Set Register and SDRAMs to a Known State |
| EVENT_n | SPD signals a thermal event has occurred |
| VTT | SDRAM I/O termination supply |
| RFU | Reserved for future use |

NOTE :
1) Address A17 is only valid for 16 Gb x4 based SDRAMs.
2) RAS_n is a multiplexed function with A16.
3) CAS_n is a multiplexed function with A15.
4) WE_n is a multiplexed function with A14.

# 6. ON DIMM THERMAL SENSOR



NOTE :
1) All Samsung RDIMM support Thermal sensor on DIMM.

**[Table 3] Temperature Sensor Characteristics**

| Grade | Range | Temperature Sensor Accuracy | | | Units | NOTE |
|---|---|---|---|---|---|---|
| | | Min. | Typ. | Max. | | |
| B | 75 < Ta < 95 | - | +/- 0.5 | +/- 1.0 | °C | - |
| | 40 < Ta < 125 | - | +/- 1.0 | +/- 2.0 | | - |
| | -20 < Ta < 125 | - | +/- 2.0 | +/- 3.0 | | - |
| Resolution | | 0.25 | | | °C /LSB | - |

**SAMSUNG**

Rev. 1.2, Feb. 2018

M386A8K40CM2

# 288pin Load Reduced DIMM based on 8Gb C-die

78FBGA with Lead-Free & Halogen-Free (RoHS compliant)

datasheet

SAMSUNG ELECTRONICS RESERVES THE RIGHT TO CHANGE PRODUCTS, INFORMATION AND SPECIFICATIONS WITHOUT NOTICE.

Products and specifications discussed herein are for reference purposes only. All information discussed herein is provided on an "AS IS" basis, without warranties of any kind.

This document and all information discussed herein remain the sole and exclusive property of Samsung Electronics. No license of any patent, copyright, mask work, trademark or any other intellectual property right is granted by one party to the other party under this document, by implication, estoppel or otherwise.

Samsung products are not intended for use in life support, critical care, medical, safety equipment, or similar applications where product failure could result in loss of life or personal or physical harm, or any military or defense application, or any governmental procurement to which special terms or provisions may apply.

For updates or additional information about Samsung products, contact your nearest Samsung office.

All brand names, trademarks and registered trademarks belong to their respective owners.

© 2018 Samsung Electronics Co., Ltd.   All rights reserved.



**SAMSUNG**

SAM-NET-293_00000486

# Revision History

| Revision No. | History | Draft Date | Remark | Editor |
|---|---|---|---|---|
| 1.0 | - First SPEC Release | 7th Apr. 2017 | - | J.Y.Lee |
| 1.1 | - Update Physical Dimension. | 13th Jun. 2017 | Final | J.Y.Bae |
| | 1. Add PCB hole. | | | |
| | 2. Change Module height information. | | | |
| 1.2 | - Add 2933Mbps. | 6th Feb, 2018 | Final | J.H.Han |
| | - Correct typo. | | | J.Y.Bae |

**SAMSUNG**

SAM-NET-293_00000487

## Table Of Contents

### 288pin Load Reduced DIMM based on 8Gb C-die

1. DDR4 Load Reduced DIMM ORDERING INFORMATION ...........................................................................................4
2. KEY FEATURES ...........................................................................................................................................................4
3. ADDRESS CONFIGURATION .......................................................................................................................................4
4. Load Reduced DIMM PIN COFIGURATIONS (FRONT SIDE / BACK SIDE) ................................................................5
5. PIN DESCRIPTION .......................................................................................................................................................6
6. ON DIMM THERMAL SENSOR .....................................................................................................................................7
7. INPUT/OUTPUT FUNCTIONAL DESCRIPTION .............................................................................................................8
8. REGISTERING CLOCK DRIVER SPECIFICATION .......................................................................................................10
    8.1 Timing & Capacitance Values ...............................................................................................................................10
    8.2 Clock Driver Characteristics .................................................................................................................................10
9. FUNCTION BLOCK DIAGRAM: ....................................................................................................................................11
    9.1 64GB, 8Gx72 Module (Populated as 4 ranks of x4 DDR4 SDRAMs)....................................................................11
10. ABSOLUTE MAXIMUM RATINGS ...............................................................................................................................14
    10.1 Absolute Maximum DC Ratings ...........................................................................................................................14
11. AC & DC OPERATING CONDITIONS ..........................................................................................................................14
12. AC & DC INPUT MEASUREMENT LEVELS .................................................................................................................15
    12.1 AC & DC Logic Input Levels for Single-Ended Signals........................................................................................15
    12.2 AC and DC Input Measurement Levels: VREF Tolerances..................................................................................15
    12.3 AC and DC Logic Input Levels for Differential Signals ........................................................................................16
        12.3.1. Differential Signals Definition ......................................................................................................................16
        12.3.2. Differential Swing Requirements for Clock (CK_t - CK_c)............................................................................17
        12.3.3. Single-ended Requirements for Differential Signals ....................................................................................18
        12.3.4. Address, Command and Control Overshoot and Undershoot specifications ...............................................19
        12.3.5. Clock Overshoot and Undershoot Specifications.........................................................................................20
        12.3.6. Data, Strobe and Mask Overshoot and Undershoot Specifications.............................................................21
    12.4 Slew Rate Definitions...........................................................................................................................................22
        12.4.1. Slew Rate Definitions for Differential Input Signals (CK) ............................................................................22
        12.4.2. Slew Rate Definition for Single-ended Input Signals (CMD/ADD).................................................................23
    12.5 Differential Input Cross Point Voltage .................................................................................................................24
    12.6 CMOS rail to rail Input Levels .............................................................................................................................25
        12.6.1. CMOS rail to rail Input Levels for RESET_n ................................................................................................25
    12.7 AC and DC Logic Input Levels for DQS Signals..................................................................................................26
        12.7.1. Differential signal definition .........................................................................................................................26
        12.7.2. Differential swing requirements for DQS (DQS_t - DQS_c)..........................................................................26
        12.7.3. Peak voltage calculation method .................................................................................................................27
        12.7.4. Differential Input Cross Point Voltage ..........................................................................................................28
        12.7.5. Differential Input Slew Rate Definition .........................................................................................................29
13. AC and DC output Measurement levels ......................................................................................................................30
    13.1 Output Driver DC Electrical Characteristics.........................................................................................................30
        13.1.1. Alert_n output Drive Characteristic ..............................................................................................................32
        13.1.2. Output Driver Characteristic of Connectivity Test (CT) Mode......................................................................33
    13.2 Single-ended AC & DC Output Levels .................................................................................................................34
    13.3 Differential AC & DC Output Levels .....................................................................................................................34
    13.4 Single-ended Output Slew Rate ..........................................................................................................................35
    13.5 Differential Output Slew Rate ..............................................................................................................................36
    13.6 Single-ended AC & DC Output Levels of Connectivity Test Mode ......................................................................37
    13.7 Test Load for Connectivity Test Mode Timing .....................................................................................................38
14. IDD SPEC TABLE .......................................................................................................................................................39
15. INPUT/OUTPUT CAPACITANCE ................................................................................................................................41
16. SPEED BIN .................................................................................................................................................................42
    16.1 Speed Bin Table Note...........................................................................................................................................48
17. IDD and IDDQ Specification Parameters and Test conditions ....................................................................................49
    17.1 IDD, IPP and IDDQ Measurement Conditions......................................................................................................49
18. DIMM IDD SPECIFICATION DEFINITION....................................................................................................................52
19. TIMING PARAMETERS BY SPEED GRADE ................................................................................................................64
    19.1 Rounding Algorithms  ..........................................................................................................................................70
    19.2 The DQ input receiver compliance mask for voltage and timing ..........................................................................71
    19.3 Command, Control, and Address Setup, Hold, and Derating ...............................................................................74
    19.4 DDR4 Function Matrix ..........................................................................................................................................76
20. PHYSICAL DIMENSIONS ............................................................................................................................................78
    20.1 4Gbx4(DDP) based 8Gx72 Module (4 Ranks) - M386A8K40CM2.......................................................................78
        20.1.1. x72 DIMM, populated as Quad physical ranks of x4 DDR4 SDRAMs..........................................................78

**SAMSUNG**



**Load Reduced DIMM**    datasheet    **DDR4 SDRAM**

# 1. DDR4 Load Reduced DIMM ORDERING INFORMATION

**[Table 1] Ordering Information Table**

| Part Number [2] | Density | Organization | Component Composition [1] | Number of Rank | Height |
|---|---|---|---|---|---|
| M386A8K40CM2-CRC/TD/VF | 64GB | 8Gx72 | DDP 4Gx4(K4AAG045WC-MC##)*36 | 4 | 31.25mm |

**NOTE :**
1) "##" - RC/TD/VF
2) RC(2400Mbps 17-17-17)/TD(2666Mbps 19-19-19)/VF(2933Mbps 21-21-21).
 - Backward compatible to lower frequency.

# 2. KEY FEATURES

**[Table 2] Speed Bins**

| Speed | DDR4-1600 | DDR4-1866 | DDR4-2133 | DDR4-2400 | DDR4-2666 | DDR4-2933 | Unit |
|---|---|---|---|---|---|---|---|
| | 11-11-11 | 13-13-13 | 15-15-15 | 17-17-17 | 19-19-19 | 21-21-21 | |
| tCK(min) | 1.25 | 1.071 | 0.937 | 0.833 | 0.75 | 0.682 | ns |
| CAS Latency | 11 | 13 | 15 | 17 | 19 | 21 | nCK |
| tRCD(min) | 13.75 | 13.92 | 14.06 | 14.16 | 14.25 | 14.32 | ns |
| tRP(min) | 13.75 | 13.92 | 14.06 | 14.16 | 14.25 | 14.32 | ns |
| tRAS(min) | 35 | 34 | 33 | 32 | 32 | 32 | ns |
| tRC(min) | 48.75 | 47.92 | 47.06 | 46.16 | 46.25 | 46.32 | ns |

- JEDEC standard 1.2V ± 0.06V Power Supply
- $V_{DDQ}$ = 1.2V ± 0.06V
- 800 MHz $f_{CK}$ for 1600Mb/sec/pin,933 MHz $f_{CK}$ for 1866Mb/sec/pin, 1067MHz $f_{CK}$ for 2133Mb/sec/pin,1200MHz $f_{CK}$ for 2400Mb/sec/pin, 1333MHz $f_{CK}$ for 2666Mb/sec/pin and 1467MHz fCK for 2933Mb/sec/pin.
- 16 Banks (4 Bank Groups)
- Programmable $\overline{CAS}$ Latency: 10,11,12,13,14,15,16,17,18,19,20,21
- Programmable Additive Latency (Posted $\overline{CAS}$): 0, CL - 2, or CL - 1 clock
- Programmable $\overline{CAS}$ Write Latency (CWL) = 9,11 (DDR4-1600), 10,12 (DDR4-1866), 11,14 (DDR4-2133), 12,16 (DDR4-2400), 14,18 (DDR4-2666) and 16, 20 (DDR4-2933).
- Burst Length: 8, 4 with tCCD = 4 which does not allow seamless read or write [either On the fly using A12 or MRS]
- Bi-directional Differential Data Strobe
- On Die Termination using ODT pin
- Average Refresh Period 7.8us at lower then $T_{CASE}$ 85℃, 3.9us at 85℃ < $T_{CASE}$ ≤ 95℃
- Asynchronous Reset

# 3. ADDRESS CONFIGURATION

| Organization | Row Address | Column Address | Bank Group Address | Bank Address | Auto Precharge |
|---|---|---|---|---|---|
| 4Gx4(16Gb DDP) based Module | A0-A16 | A0-A9 | BG0-BG1 | BA0-BA1 | A10/AP |

**SAMSUNG**

SAM-NET-293_00000489

**Load Reduced DIMM**   datasheet   **DDR4 SDRAM**

# 4. Load Reduced DIMM PIN COFIGURATIONS (FRONT SIDE / BACK SIDE)

| Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back | Pin | Front | Pin | Back |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12V[3],NC | 145 | 12V[3],NC | 40 | TDQS12_t / DQS12_t | 184 | VSS | 78 | EVENT_n | 222 | PARITY | 117 | DQ52 | 261 | VSS |
| 2 | VSS | 146 | VREFCA | 41 | TDQS12_c / DQS12_c | 185 | DQS3_c | 79 | A0 | 223 | VDD | 118 | VSS | 262 | DQ53 |
| 3 | DQ4 | 147 | VSS | 42 | VSS | 186 | DQS3_t | 80 | VDD | 224 | BA1 | 119 | DQ48 | 263 | VSS |
| 4 | VSS | 148 | DQ5 | 43 | DQ30 | 187 | VSS | 81 | BA0 | 225 | A10/AP | 120 | VSS | 264 | DQ49 |
| 5 | DQ0 | 149 | VSS | 44 | VSS | 188 | DQ31 | 82 | RAS_n/A16 | 226 | VDD | 121 | DQS15_t / DQS15_t | 265 | VSS |
| 6 | VSS | 150 | DQ1 | 45 | DQ26 | 189 | VSS | 83 | VDD | 227 | RFU | 122 | DQS15_c / DQS15_c | 266 | DQS6_c |
| 7 | TDQS9_t / DQS9_t | 151 | VSS | 46 | VSS | 190 | DQ27 | 84 | S0_n | 228 | WE_n/A14 | 123 | VSS | 267 | DQS6_t |
| 8 | TDQS9_c / DQS9_c | 152 | DQS0_c | 47 | CB4 | 191 | VSS | 85 | VDD | 229 | VDD | 124 | DQ54 | 268 | VSS |
| 9 | VSS | 153 | DQS0_t | 48 | VSS | 192 | CB5 | 86 | CAS_n/A15 | 230 | NC | 125 | VSS | 269 | DQ55 |
| 10 | DQ6 | 154 | VSS | 49 | CB0 | 193 | VSS | 87 | ODT0 | 231 | VDD | 126 | DQ50 | 270 | VSS |
| 11 | VSS | 155 | DQ7 | 50 | VSS | 194 | CB1 | 88 | VDD | 232 | A13 | 127 | VSS | 271 | DQ51 |
| 12 | DQ2 | 156 | VSS | 51 | TDQS17_t / DQS17_t | 195 | VSS | 89 | S1_n | 233 | VDD | 128 | DQ60 | 272 | VSS |
| 13 | VSS | 157 | DQ3 | 52 | TDQS17_c / DQS17_c | 196 | DQS8_c | 90 | VDD | 234 | A17 | 129 | VSS | 273 | DQ61 |
| 14 | DQ12 | 158 | VSS | 53 | VSS | 197 | DQS8_t | 91 | ODT1 | 235 | NC,C2 | 130 | DQ56 | 274 | VSS |
| 15 | VSS | 159 | DQ13 | 54 | CB6 | 198 | VSS | 92 | VDD | 236 | VDD | 131 | VSS | 275 | DQ57 |
| 16 | DQ8 | 160 | VSS | 55 | VSS | 199 | CB7 | 93 | C0,CS2_n,NC | 237 | NC,CS3_c,C1 | 132 | DQS16_t / DQS16_t | 276 | VSS |
| 17 | VSS | 161 | DQ9 | 56 | CB2 | 200 | VSS | 94 | VSS | 238 | SA2 | 133 | DQS16_c / DQS16_c | 277 | DQS7_c |
| 18 | TDQS10_t / DQS10_t | 162 | VSS | 57 | VSS | 201 | CB3 | 95 | DQ36 | 239 | VSS | 134 | VSS | 278 | DQS7_t |
| 19 | TDQS10_c / DQS10_c | 163 | DQS1_c | 58 | RESET_n | 202 | VSS | 96 | VSS | 240 | DQ37 | 135 | DQ62 | 279 | VSS |
| 20 | VSS | 164 | DQS1_t | 59 | VDD | 203 | CKE1 | 97 | DQ32 | 241 | VSS | 136 | VSS | 280 | DQ63 |
| 21 | DQ14 | 165 | VSS | 60 | CKE0 | 204 | VDD | 98 | VSS | 242 | DQ33 | 137 | DQ58 | 281 | VSS |
| 22 | VSS | 166 | DQ15 | 61 | VDD | 205 | RFU | 99 | TDQS13_t / DQS13_t | 243 | VSS | 138 | VSS | 282 | DQ59 |
| 23 | DQ10 | 167 | VSS | 62 | ACT_n | 206 | VDD | 100 | TDQS13_c / DQS13_c | 244 | DQS4_c | 139 | SA0 | 283 | VSS |
| 24 | VSS | 168 | DQ11 | 63 | BG0 | 207 | BG1 | 101 | VSS | 245 | DQS4_t | 140 | SA1 | 284 | VDDSPD |
| 25 | DQ20 | 169 | VSS | 64 | VDD | 208 | ALERT_n | 102 | DQ38 | 246 | VSS | 141 | SCL | 285 | SDA |
| 26 | VSS | 170 | DQ21 | 65 | A12/BC_n | 209 | VDD | 103 | VSS | 247 | DQ39 | 142 | VPP | 286 | VPP |
| 27 | DQ16 | 171 | VSS | 66 | A9 | 210 | A11 | 104 | DQ34 | 248 | VSS | 143 | VPP | 287 | VPP |
| 28 | VSS | 172 | DQ17 | 67 | VDD | 211 | A7 | 105 | VSS | 249 | DQ35 | 144 | RFU | 288 | VPP[4] |
| 29 | TDQS11_t / DQS11_t | 173 | VSS | 68 | A8 | 212 | VDD | 106 | DQ44 | 250 | VSS | | | | |
| 30 | TDQS11_c / DQS11_c | 174 | DQS2_c | 69 | A6 | 213 | A5 | 107 | VSS | 251 | DQ45 | | | | |
| 31 | VSS | 175 | DQS2_t | 70 | VDD | 214 | A4 | 108 | DQ40 | 252 | VSS | | | | |
| 32 | DQ22 | 176 | VSS | 71 | A3 | 215 | VDD | 109 | VSS | 253 | DQ41 | | | | |
| 33 | VSS | 177 | DQ23 | 72 | A1 | 216 | A2 | 110 | TDQS14_t / DQS14_t | 254 | VSS | | | | |
| 34 | DQ18 | 178 | VSS | 73 | VDD | 217 | VDD | 111 | TDQS14_c / DQS14_c | 255 | DQS5_c | | | | |
| 35 | VSS | 179 | DQ19 | 74 | CK0_t | 218 | CK1_t | 112 | VSS | 256 | DQS5_t | | | | |
| 36 | DQ28 | 180 | VSS | 75 | CK0_c | 219 | CK1_c | 113 | DQ46 | 257 | VSS | | | | |
| 37 | VSS | 181 | DQ29 | 76 | VDD | 220 | VDD | 114 | DQ47 | 258 | DQ47 | | | | |
| 38 | DQ24 | 182 | VSS | 77 | VTT | 221 | VTT | 115 | DQ42 | 259 | VSS | | | | |
| 39 | VSS | 183 | DQ25 | | KEY | | | 116 | VSS | 260 | DQ43 | | | | |

NOTE:
1) VPP is 2.5V DC
2) Pin 230 is defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pin 230 is defined as SAVE_n for NVDIMMs.
3) Pins 1 and 145 are defined as NC for UDIMMs, RDIMMs and LRDIMMs. Pins 1 and 145 are defined as 12V for Hybrid /NVDIMM
4) The 5th VPP is required on all modules. DIMMs.

**SAMSUNG**

# 5. PIN DESCRIPTION

| Pin Name | Description |
|---|---|
| A0–A17[1] | Register address input |
| BA0, BA1 | Register bank select input |
| BG0, BG1 | Register bank group select input |
| RAS_n[2] | Register row address strobe input |
| CAS_n[3] | Register column address strobe input |
| WE_n[4] | Register write enable input |
| CS0_n, CS1_n, CS2_n, CS3_n | DIMM Rank Select Lines input |
| CKE0, CKE1 | Register clock enable lines input |
| ODT0, ODT1 | Register on-die termination control lines input |
| ACT_n | Register input for activate input |
| DQ0–DQ63 | DIMM memory data bus |
| CB0–CB7 | DIMM ECC check bits |
| DQS0_t– DQS17_t | Data Buffer data strobes (positive line of differential pair) |
| DQS0_c– DQS17_c | Data Buffer data strobes (negative line of differential pair) |
| CK0_t, CK1_t | Register clock input (positive line of differential pair) |
| CK0_c, CK1_c | Register clocks input (negative line of differential pair) |

| Pin Name | Description |
|---|---|
| SCL | I2C serial bus clock for SPD/TS and register |
| SDA | I2C serial bus data line for SPD/TS and register |
| SA0–SA2 | I2C slave address select for SPD/TS and register |
| PAR | Register parity input |
| VDD | SDRAM core power supply |
| VPP | SDRAM activating power supply |
| VREFCA | SDRAM command/address reference supply |
| VSS | Power supply return (ground) |
| VDDSPD | Serial SPD/TS positive power supply |
| ALERT_n | Register ALERT_n output |
| RESET_n | Set Register and SDRAMs to a Known State |
| EVENT_n | SPD signals a thermal event has occurred |
| VTT | SDRAM I/O termination supply |
| RFU | Reserved for future use |

**NOTE :**
1) Address A17 is only valid for 16 Gb x4 based SDRAMs.
2) RAS_n is a multiplexed function with A16.
3) CAS_n is a multiplexed function with A15.
4) WE_n is a multiplexed function with A14.

**SAMSUNG**

SAM-NET-293_00000491