# Exhibit 8

[redacted]

Page 1
RDIMM/LRDIMM | SK hynix
https://product.skhynix.com/products/dram/module/ddr4dm.go



PRODUCTS    APPLICATIONS    SUPPORT

PRODUCTS ▶ DRAM ▶ MODULE ▶ RDIMM/LRDIMM

# RDIMM/LRDIMM

Search by Specs ›



256GB DDR4 RDIMM/LRDIMM

## Ultra-high capacities at industry's lowest power budget

## High Density Module

SK hynix develops high-density (128/256GB) RDIMM and LRDIMM modules specialized to process Big Data. Our 256GB RDIMM and LRDIMM based on the 1ynm 16Gb DDR4 support stable data transfers with speeds of 3,200Mbps at 10W, the industry's lowest power budget.

## Targeting In-memory Computing

Beyond RDIMM/LRDIMM modules with basic capacities for general applications, SK hynix's High Density Modules deliver faster processing and larger memory needed for in-memory database, cache, and real-time big data analysis.
Our offerings include the 128GB RDIMM/LRDIMM based on 1xnm 16Gb DDR4 technology, now followed by the 256GB RDIMM/LRDIMM that doubles the density with next-generation 1ynm 16Gb DDR4.



## 3DS 4Hi Technology

Instead of conventional wire bonding, 3DS TSV (Through Silicon Via) technology is used to vertically interconnect the DRAM die, reducing module package height while boosting data transfer speeds.



## Industry's Lowest Power Consumption

Our 256GB DDR4 RDIMM consumes around 8.5W of power and LRDIMM around 10.5W, both the most competitive levels in the High Density Module market.



Tested with 3,200Mbps and 2-DIMM-per-channel system during general operation



| Part No. | DIMM Type | Density | Organization | Speed | Package Type | Product Status |
|---|---|---|---|---|---|---|
| HMCT04MEERA131N | RDIMM | 128GB | x4 | 4800Mbps | 3DS | CS |
| HMCT04MEERA135N | RDIMM | 128GB | x4 | 4800Mbps | 3DS | CS |
| HMCT04MEERA129N | RDIMM | 128GB | x4 | 4800Mbps | 3DS | CS |
| HMCT04MEERA133N | RDIMM | 128GB | x4 | 4800Mbps | 3DS | CS |
| HMCG94MEBQA109N | RDIMM | 64GB | x4 | 4800Mbps | SDP | CS |
| HMCG94MEBRA109N | RDIMM | 64GB | x4 | 4800Mbps | SDP | CS |
| HMCG94MEBRA123N | RDIMM | 64GB | x4 | 4800Mbps | SDP | CS |
| HMCG94MEBQA112N | RDIMM | 64GB | x4 | 4800Mbps | SDP | CS |
| HMCG94MEBRA121N | RDIMM | 64GB | x4 | 4800Mbps | SDP | CS |
| HMCG94MEBQA123N | RDIMM | 64GB | x4 | 4800Mbps | SDP | CS |

28 Results    Export All to Excel

Select 2 more products to Compare    Clear all

## View Applications




## Further Materials    01 / 01



**VIDEO**
SK hynix Solutions are designed for your datacente...



**VIDEO**
Data Processing and Storage for 5G Networks, SK hy...



**CATALOG**
SK hynix 16Gb DDR4: Memory Solutions Optimized for...

**PRODUCTS**
DRAM
CXL™
SSD
NAND Storage
MCP
CMOS Image Sensor

**APPLICATIONS**
Server
Networking
Mobile
PC
Consumer
Automotive

**SUPPORT**
Support Process
Tomorrow Initiative
Downloads
FAQs
Contact

About SK hynix
ESG Strategy
Memory ForEST
Newsroom





COPYRIGHT ©2021
SK hynix INC.
ALL RIGHTS RESERVED.