UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF NETLIST, INC.'S MOTION FOR SUMMARY JUDGMENT DISMISSING SAMSUNG'S AFFIRMATIVE DEFENSE OF LACHES, ESTOPPEL, AND/OR WAIVER**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Motion for Summary Judgment Dismissing Samsung's Affirmative Defense of Laches, Estoppel, And/Or Waiver. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct excerpt copy JEDEC Manual of Organization and Procedure, JM21V, dated November 2023.

3. Attached as **Exhibit 2** is a true and correct copy of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (NETLIST_SAMSUNG_EDTX00037348), dated June 8, 2022.

4. Attached as **Exhibit 3** is a true and correct copy Exhibit A to Netlist's June, 2022 Correspondence to Samsung (NETLIST_SAMSUNG_EDTX00037353), dated June 7, 2022.

5. Attached as **Exhibit 4** is a true and correct excerpt of Pretrial Conference Volumes 1 and 2 transcripts in *Netlist v. Samsung Elecs., Co., Ltd.*, 2:21-CV-463 (E.D. Tex.), dated March 28 and 29, 2023.

6. Attached as **Exhibit 5** is a true and correct excerpt of the Opening Expert Report of David Kennedy dated November 21, 2023.

7. Attached as **Exhibit 6** is a true and correct excerpt of the Rebuttal Expert Report of Lauren R. Kindler, dated December 21, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 16, 2024, in Marshall, Texas.

By */s/ Jason G. Sheasby*
Jason G. Sheasby

- 3 -