# Exhibit 1
Filed Under Seal

Paper No. 8

# UNITED STATES PATENT AND TRADEMARK OFFICE

# BEFORE THE PATENT TRIAL AND APPEAL BOARD

SAMSUNG ELECTRONICS CO., LTD.,

Petitioner,

v.

NETLIST, INC.,

Patent Owner

Case IPR2023-00847
Patent 10,268,608

# PETITIONER'S UPDATED MANDATORY NOTICES

Pursuant to 37 C.F.R. § 42.8(a)(3), Petitioner hereby provides the following updates to its mandatory notices in Paper No. 1:

**Related Matters (37 C.F.R. § 42.8(b)(2))**

The following judicial or administrative matters would affect, or be affected by, a decision in this proceeding concerning U.S. Patent No. 10,268,608.

The following proceedings are currently pending:

- *Netlist, Inc. v. Micron Technology, Inc. et al.*, No. 1:22-cv-00136 (W.D. Tex. filed Apr. 28, 2021)

- *Netlist, Inc. v. Samsung Electronics Co., Ltd. et al.*, No. 2:21-cv-00463 (E.D. Tex. filed Dec. 20, 2021)

- *Netlist, Inc. v. Micron Technology, Inc. et al.*, No. 2:22-cv-00203 (E.D. Tex. filed June 10, 2022)

- *Netlist, Inc. v. Samsung Electronics Co., Ltd. et al.*, No. 2:22-cv-00293 (E.D. Tex. motion to amend complaint filed Jan. 20, 2023)
    - o [**NEW**] Petitioner stipulated as follows: "Samsung stipulates that, if the Patent Trial and Appeal Board institutes an IPR proceeding for U.S. Patent No. 10,268,608 on the grounds presented in Samsung's petition in IPR2023-00847, Samsung will not pursue an invalidity defense in the Eastern District of

1

Texas action (C.A. No. 22-293-JRG) that the patent claims subject to the instituted IPR are invalid based on grounds that were raised or reasonably could have been raised in the IPR." *See* Exhibit 1065.

- *Samsung Electronics Co., Ltd. v Netlist, Inc.*, IPR2022-00711
- *Micron Technology, Inc. et al. v. Netlist, Inc.*, IPR2023-00205
- *Micron Technology, Inc. et al. v. Netlist, Inc.*, IPR2022-00236
- U.S. Patent Application No. 17/114,478
- [**NEW**] U.S. Patent Application No. 18/452,554

The following proceedings are no longer pending:

- *Micron Technology, Inc. et al. v. Netlist, Inc.*, IPR2022-00237
- *SK hynix Inc. et al. v. Netlist, Inc.*, IPR2017-00730


Dated:  September 26, 2023

/Eliot D. Williams/
Eliot D. Williams, Reg. #50,822
**BAKER BOTTS L.L.P.**
700 K Street, N.W.
Washington, D.C. 20001
T: (202) 639-1334
F: (202) 639-1167

Theodore W. Chandler
Reg. No. 50,319
**BAKER BOTTS L.L.P.**

2

1801 Century Park East
Suite 2400
Los Angeles, CA 90067
T: (213) 202-5702
F: (213) 202-5732

Ferenc Pazmandi
Reg. No. 66,216
**BAKER BOTTS L.L.P.**
101 California Street
Suite 3200
San Francisco, CA 94111
T: (415) 291-6255
F: (415) 291-6355

Michael E. Knierim
Reg. No. 78,268
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
45th Floor
New York, NY 10112
T: (212) 408-2584
F: (212) 259-2584

Brianna L. Potter
Reg. No. 76,748
**BAKER BOTTS L.L.P.**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
T: (650) 739-7556
F: (650) 739-7656

*Counsel for Petitioner
Samsung Electronics Co., Ltd.*

3

## **CERTIFICATE OF SERVICE**

Pursuant to 37 C.F.R. § 42.6(e), I certify that on this 26th day of September, 2023, **Petitioner's Updated Mandatory Notices** was served by email on the following counsel for Patent Owner:

| | |
|---|---|
| Hong Annita Zhong (Reg. No. 66,530)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>Phone: (310) 277-1010<br>Fax: (310) 203-7199<br>Email: hzhong@irell.com<br>         NetlistIPR@irell.com | Jonathan M. Lindsay (Reg. No. 45,810)<br>IRELL & MANELLA LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California 92660<br>Phone: (949) 760-0991<br>Fax: (949) 760-5200<br>Email: jlindsay@irell.com |
| | Jason Sheasby (not admitted)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>Phone: (310) 277-1010<br>Fax: (310) 203-7199<br>Email: jsheasby@irell.com |

Dated:  September 26, 2023

/Eliot D. Williams/
Eliot D. Williams, Reg. #50,822
**BAKER BOTTS L.L.P.**
700 K Street, N.W.
Washington, D.C. 20001
T: (202) 639-1334
F: (202) 639-1167

*Counsel for Petitioner Samsung Electronics Co., Ltd.*

| | |
|---|---|
| **From:** | James Huguenin-Love <huguenin-love@fr.com> |
| **Sent:** | Tuesday, September 26, 2023 10:06 AM |
| **To:** | Netlist-Samsung293@irell.com; jtruelove@mckoolsmith.com; Sam Baxter |
| **Cc:** | FISH SERVICE Samsung/Netlist 22cv00293; EXT Smith, Melissa (T-Mobile) |
| **Subject:** | Netlist/Samsung: Stipulation re: IPR2023-00847 (U.S. Patent No. 10,268,608) for Netlist v. Samsung, No. 22-293-JRG (E.D. Tex.) |

[EXTERNAL EMAIL]

Counsel,

Samsung stipulates that, if the Patent Trial and Appeal Board institutes an IPR proceeding for U.S. Patent No. 10,268,608 on the grounds presented in Samsung's petition in IPR2023-00847, Samsung will not pursue an invalidity defense in the Eastern District of Texas action (C.A. No. 22-293-JRG) that the patent claims subject to the instituted IPR are invalid based on grounds that were raised or reasonably could have been raised in the IPR.

Best regards,
James

```
****************************************************************************************
**************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
****************************************************************************************
**************************
```