# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT OR UNCLEAN HANDS DEFENSE**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Motion for Summary Judgment of No Inequitable Conduct or Unclean Hands Defense. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct excerpted copy of Samsung's Supplemental Objections and Responses to Plaintiff Netlist Inc.'s Amended First Set of Interrogatories (Nos. 1-20) dated November 20, 2023.

3. Attached as **Exhibit 2** is a true and correct excerpted copy of the deposition transcript of Dr. Hyun Lee dated November 29, 2022 in *Netlist v. Samsung Elec. Co., Ltd.*, No. 21-cv-463-JRG (E.D. Tex.).

4. Attached as **Exhibit 3** is a true and correct copy of the bench trial transcript dated May 30, 2023 in *Netlist v. Samsung Elec. Co., Ltd.*, No. 21-cv-463-JRG (E.D. Tex.).

5. Attached as **Exhibit 4** is a true and correct copy of this court's bench trial order. *Netlist v. Samsung Elec. Co., Ltd.*, No. 21-cv-463-JRG, Dkt. 550 (E.D. Tex.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 16, 2024, in Marshall, Texas.

By */s/ Jason G. Sheasby*
Jason G. Sheasby