# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SAMSUNG ELECTRONICS CO, LTD; )<br>SAMSUNG ELECTRONICS AMERICA, )<br>INC.; SAMSUNG SEMICONDUCTOR )<br>INC., )<br>)<br>Defendants. ) | Case No. 2:22-cv-293-JRG<br><br>JURY TRIAL DEMANDED<br>(Lead Case) |
| NETLIST, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICRON TECHNOLOGY, INC.; )<br>MICRON SEMICONDUCTOR )<br>PRODUCTS, INC.; MICRON )<br>TECHNOLOGY TEXAS LLC, )<br>)<br>Defendants. ) | Case No. 2:22-cv-294-JRG<br><br>JURY TRIAL DEMANDED |

## ORDER

The Court, having considered Plaintiff's Motion for Summary Judgment on Samsung's Defense of Prosecution History Estoppel, the response, and supporting documents, is of the opinion that said motion should be **GRANTED**.