# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 2:22-cv-293-JRG<br>)<br>) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.; SAMSUNG SEMICONDUCTOR<br>INC., | ) (Lead Case)<br>)<br>)<br>) ▆▆▆▆▆▆▆▆▆▆▆<br>) |
| Defendants. | ) |
| NETLIST, INC., | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 2:22-cv-294-JRG<br>)<br>) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.;<br>MICRON SEMICONDUCTOR<br>PRODUCTS, INC.; MICRON<br>TECHNOLOGY TEXAS LLC, | )<br>)<br>)<br>) |
| Defendants. | ) |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST, INC.'S MOTION FOR SUMMARY JUDGMENT ON SAMSUNG'S PROSECUTION LACHES DEFENSE**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Motion For Summary Judgment on Samsung's Prosecution Laches Defense. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct copy of Samsung's Supplemental Initial Disclosures dated November 20, 2023

3. Attached as **Exhibit 2** are true and correct excerpts of Samsung's November 20, 2023 Supplemental Objections and Responses to Netlist, Inc.'s Amended First Set of Interrogatories (Nos. 1-20).

4. Attached as **Exhibit 3** is a true and correct excerpt of Attachment A to the Opening Expert Report of Joseph McAlexander dated November 20, 2023.

5. Attached as **Exhibit 4** is a true and correct copy of Patent No. 11,093,417.

6. Attached as **Exhibit 5** is an excerpt of the File History for Patent No. 11,093,417.

7. Attached as **Exhibit 6** is a true and correct copy of Patent No. 10,268,608.

8. Attached as **Exhibit 7** is an excerpt of the File History for Patent No. 10,268,608.

9. Attached as **Exhibit 8** are true and correct excerpts from Attachment B to the Opening Expert Report of Joseph McAlexander dated November 20, 2023.

10. Attached as **Exhibit 9** are true and correct excerpts from Attachment C to the Opening Expert Report of Joseph McAlexander dated November 20, 2023.

11. Attached as **Exhibit 10** are true and correct excerpts of the deposition transcript of Junseon Yoon, dated November 8, 2023.

- 3 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 16, 2024, in Marshall, Texas.

By /s/ *Jason G. Sheasby*
Jason G. Sheasby
