# EXHIBIT 5
# FILED UNDER SEAL

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/695,020 | 08/17/2021 | 11093417 | 129980-5023-US01 | 7514 |

29141    7590    07/28/2021
USCH Law, PC
3790 El Camino Real #1147
Palo Alto, CA 94304

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 41 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Netlist, Inc., Irvine, CA;
Jefferey C. Solomon, Irvine, CA;
Jayesh R. Bhakta, Cerritos, CA;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

Electronically filed February 18, 2020

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Application of: | Jefferey C. Solomon | Confirmation No.: | 7514 |
| Serial No.: | 16/695,020 | Art Unit: | 2139 |
| Filed: | November 25, 2019 | Examiner: | TBD |
| For: | MEMORY MODULE WITH DATA BUFFERING | Attorney Docket No: | 129980-5023-US01 |

**RESPONSE TO THE NOTICE TO FILE MISSING PARTS
OF NONPROVISIONAL APPLICATION**

Mail Stop: MISSING PARTS
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In response to the Notice to File Missing Parts mailed December 16, 2019, enclosed please find:

- a Fee Transmittal Form setting forth the calculation for the statutory basic filing, search and examination fees, together with the surcharge for late submission of the statutory basic filing, search and examination fees due in this matter;
- a copy of the corrected ADS form submitted electronically on January 21, 2020, via EFS, in which the correction of a typographical error in the priority claim is properly marked up relative to the current information of record, and which is properly signed by the undersigned patent practitioner; and
- a copy of the Notice to File Missing Parts.

Applicant respectfully requests that an updated filing receipt be mailed to Applicant.

1

129980-5023-US01

February 16, 2020 was a Sunday and Monday February 17, 2020 was a Federal holiday, this response is filed on time on February 18, 2020 pursuant to 37 CFR § 1.7.

The Commissioner is hereby authorized to charge any required fee(s) to Morgan, Lewis & Bockius LLP Deposit Account No. 50-0310 (order no. 129980-5023-US01).

Respectfully submitted,

Date: February 18, 2020

/Jamie J. Zheng/     51,167
Jamie J. Zheng     (Reg. No.)
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
(650) 843-4000

2

129980-5023-US01