# EXHIBIT 9

# FILED UNDER SEAL

```
 1         UNITED STATES COURT OF APPEALS, NINTH CIRCUIT
 2
 3   NETLIST INC.,
     a Delaware corporation,
 4
           Plaintiff-Appellee,
 5
     vs.                                      Case No.:  22-55209
 6
     SAMSUNG ELECTRONICS CO., LTD.,
 7   a Korean corporation,
 8         Defendant-Appellant.
 9
10
11
12
13         TRANSCRIPT OF AUDIO-RECORDED ORAL ARGUMENT
14     Before:  M. SMITH and DESAI, Circuit Judges, and AMON,
15                         District Judge
16                         June 8, 2023
17                          1:36 p.m.
18
19
20
21
22   Transcribed By:
     TERRI NESTORE
23   CSR No. 5614, RPR, CRR
24
25   Job No. 6169798


                                                          Page 1
```

```
 1   Your Honor.  But even if the court doesn't agree that that
 2   should be the outcome, there needs to be a remand and a
 3   trial on these issues for sure.
 4           And that's true as to materiality on 6.2 as well,
 5   and where I was going with that, when you go through the
 6   briefing on the issue of materiality, Netlist's argument
 7   was really, it was material because the supply obligation
 8   was a primary consideration for getting these licenses.
 9           Well, number one, if you look at the JDLA and you
10   look at the recitals, the recitals are very clear -- and
11   parties put recitals in agreements to make sure language
12   isn't tortured down the road by lawyers and courts, right?
13           Here's what our purpose is, interpret this
14   agreement consistent with our purpose.
15           And when you look at the recitals, what does it
16   say about the licenses?
17           Whereas in connection with their collaboration
18   hereunder, the parties wish to grant to each other a
19   cross-license under each party's patents.
20           The licenses are being given in connection with
21   the collaboration.  That's the joint development project.
22           And Netlist got a whole bunch of consideration in
23   addition to this supply obligation.
24           If there were an unlimited supply obligation, it
25   would be called out in some fashion.
```

Page 15

1              C E R T I F I C A T E

2

3

4        I, TERRI NESTORE, Certified Shorthand Reporter/

5   Transcriptionist, do hereby certify that I was authorized

6   to transcribe the foregoing recorded proceeding, and that

7   the transcript is a true and accurate transcription of my

8   shorthand notes, to the best of my ability, taken while

9   listening to the provided recording.

10

11        I further certify that I am not of counsel or

12   attorney for either or any of the parties to said

13   proceedings, nor in any way interested in the events of

14   this cause, and that I am not related to any of the

15   parties thereto.

16

17

18   Dated this 22nd day of October, 2023.

19

20

21            *[signature: Terri Nestore]*

             TERRI NESTORE, CSR 5614, RPR, CRR

22

23

24

25

Page 41