# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-cv-293-JRG (Lead Case) |
| | ) |
| SAMSUNG ELECTRONICS CO., LTD, ET AL., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |
| | |
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-cv-294-JRG (Member Case) |
| | ) |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

# ORDER

The Court, having considered the briefing on Defendants' Motion to Strike Dr. Mangione-Smith's Expert Report and exhibits attached thereto, hereby **GRANTS** Defendants' Motion.

**IT IS SO ORDERED.**

1