# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:22-cv-293-JRG (Lead Case) |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD, ET AL., | ) ) ) | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:22-cv-294-JRG (Member Case) |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) ) ) | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF MICHAEL R. RUECKHEIM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF LACK OF WRITTEN DESCRIPTION FOR U.S. PATENT NO. 11,093,417**

I am an attorney at the law firm of Winston & Strawn LLP, counsel of record for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Micron") in the above captioned matter. I am a member in good standing of the State Bar of Texas. I provide this declaration in support of Micron's Motion for Summary Judgment of Lack of Written Description for U.S. Patent No. 11,093,417.

1. A true and correct copy of Exhibit C to Opening Expert Report of Dr. Mangione-Smith is attached as **Exhibit A**.

2. A true and correct copy of transcript of *Netlist Inc.*, v. *Samsung Electronics Co., Ltd., et al., Markman* Hearing on September 26, 2023 is attached as **Exhibit B**.

3. A true and correct copy of a redline comparison of the text of the '417 patent and its parent U.S. Patent No. 10,89,314 is attached as **Exhibit C**.

4. A true and correct copy of Exhibit B to Rebuttal Expert Report of Dr. Mangione-Smith is attached as **Exhibit D**.

5. A true and correct copy of the File History of U.S. Patent No. 11,093,417 is attached as **Exhibit E**.

*   *   *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on January 16, 2024.

By: */s/ Michael R. Rueckheim*  
Michael R. Rueckheim