# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| | § | (Lead Case) |
| SAMSUNG ELECTRONICS CO, LTD, *et al.* | § | |
| | § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00294-JRG |
| | § | |
| MICRON TECHNOLOGY, INC., *et al.* | § | |
| | § | |
| *Defendants*. | § | |

## **ORDER**

Before the Court is Defendants Samsung Technology Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.'s (collectively "Samsung") Motion for Leave to File Corrected Versions of Certain Papers and to Strike Uncorrected Versions (the "Motion"). (Dkt. No. 382.) In the Motion, Samsung requests leave to file corrected versions of its Motion to Bifurcate (Dkt. No. 372) and Exhibit 3 thereto (Dkt. No. 372-3) in light of an "unintentional error during preparation" improperly citing certain non-public testimony. (*Id.*) Samsung represents that the corrected Motion to Bifurcate removes the improper citation and conforms other citations, and the corrected Exhibit 3 includes no non-public testimony. (*Id.*) Samsung represents that beyond these, there are no substantive changes. The Motion is unopposed.

Having considered the Motion, and noting that it is unopposed, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the uncorrected versions (Dkt. Nos. 372 and 372-3) should be struck from the docket.

**So Ordered this**

**Jan 25, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE