# EXHIBIT 14

█████████████████████████

Menu

(/)

*Global Standards for the Microelectronics Industry*

**JEDEC Committee:**

# JC-40 Digital Logic

The products within JC-40's scope include digital integrated circuits without regard to their fabrication technology. The committee develops the definition of test parameters and their methods of measurement, and registration formats to promote standardization of type designations.

To accomplish these functions, the committee cooperates with other JEDEC committees and organizations on matters of terms and definitions, mechanical standardization, international standardization, and government liaison. The committee also maintains liaisons with user organizations to promote wide acceptance of the committee's output.

## Search by Keyword or Document Number

Search    [Search]    or Browse by Keyword » (/standards-documents/facet/keywords)

### Recent Documents

| | | |
|---|---|---|
| TS511X, TS521X Serial Bus Thermal Sensor Device Standard (/standards-documents/docs/jesd302-1a) | JESD302-1A | Aug 2023 |
| SPD5118 HUB and SERIAL PRESENCE DETECT DEVICE STANDARD (/standards-documents/docs/jesd300-5b01) | JESD300-5B.01 | May 2023 |
| DDR5 Clock Driver Definition (DDR5CKD01) (/standards-documents/docs/jesd82-531a) | JESD82-531A | May 2023 |
| PMIC50x0 Power Management IC Standard (/standards-documents/docs/jesd301-1a02-rev-185) | JESD301-1A.02 Rev. 1.8.5 | Apr 2023 |

| | | |
|---|---|---|
| Definition of the SSTUB32869 Registered Buffer with Parity for DDR2 RDIMM Applications (/standards-documents/docs/jesd-82-27) | JESD82-27.01 | Mar 2023 |
| Fully Buffered DIMM Design for Test, Design for Validation (DFx) (/standards-documents/docs/jesd-82-28a) | JESD82-28A.01 | Mar 2023 |
| DEFINITION OF THE SSTVN16859 2.5-2.6 V 13-BIT TO 26-BIT SSTL_2 REGISTERED BUFFER FOR PC1600, PC2100, PC2700 AND PC3200 DDR DIMM APPLICATIONS (/standards-documents/docs/jesd-82-13a) | JESD82-13A.01 | Mar 2023 |
| DDR5 Registering Clock Driver Definition (DDR5RCD03) (/standards-documents/docs/jesd82-513) | JESD82-513 | Feb 2023 |
| DDR5 Registering Clock Driver Definition (DDR5RCD02) (/standards-documents/docs/jesd82-512) | JESD82-512 | Feb 2023 |
| DEFINITION OF THE SSTU32S869 AND SSTU32D869 REGISTERED BUFFER WITH PARITY FOR DDR2 RDIMM APPLICATIONS (/standards-documents/docs/jesd-82-12a) | JESD82-12A.01 | Feb 2023 |

## News

- Aug 2023
  JEDEC Board Presents 2023 Distinguished Executive Leadership Award to AMD CEO Dr. Lisa T. Su (/news/pressreleases/jedec-board-presents-2023-distinguished-executive-leadership-award-amd-ceo-dr)
- Apr 2022
  JEDEC to Host In-Person Memory Forum and DDR5 Workshop (/news/pressreleases/jedec-host-person-memory-forum-and-ddr5-workshop)
- Feb 2018
  JEDEC Events: Memory Tutorials, Mobile/IOT & Automotive Forums (/news/pressreleases/jedec-events-memory-tutorials-mobileiot-automotive-forums)

## Subcommittees

JC-40.1:       Digital Logic Families and Applications

| | |
|---|---|
| JC-40.4: | Registered & Fully Buffered Memory Support Logic |
| JC-40.5: | Logic Validation and Verification |
| JC-40.7: | Memory Support Logic for CXL |

## Join JC-40

Interested in JC-40's Digital Logic mission? Find out more about the benefits of JEDEC membership today.

**Membership Information**

- New JEDEC Members (/join-jedec)
- Existing JEDEC Members (/join-jedec/adding-committee)

## Committee Meetings

| | |
|---|---|
| Lisbon (/events-meetings/view_event/2462) | 4 - 7 Mar 2024 |
| Denver (/events-meetings/view_event/2438) | 3 - 6 Jun 2024 |
| Montreal (/events-meetings/view_event/2062) | 26 - 29 Aug 2024 |
| Waikoloa (/events-meetings/view_event/2254) | 2 - 5 Dec 2024 |

Terms & Conditions (/termsofuse)     Privacy Policy (/privacy)     Contact Us (/contact)     Refund Policy (/refund)

Website Help (/about/website-help)     Login (/user/login)

Copyright © 2024 JEDEC. All Rights Reserved.

Menu

(/)

*Global Standards for the Microelectronics Industry*

**JEDEC Committee:**

# JC-42 Solid State Memories

The products within JC-42's scope include all memory integrated circuits and programmable logic devices, whether static or dynamic, without regard to their fabrication technology or application. Examples include large static and dynamic RAMs, ROMs, EEPROMs, and PLDs. Activities include the development of technical information and standards pertaining to pinouts, operational characteristics including reading and writing algorithms, test parameters, characterization, and registration formats. The committee maintains liaisons with other JEDEC committees and outside organizations to promote wide acceptance of the committee's actions.

## Search by Keyword or Document Number

[Search]  Search    or Browse by Keyword » (/standards-documents/facet/keywords)

### Recent Documents

| | | |
|---|---|---|
| STANDARD MANUFACTURERS IDENTIFICATION CODE (/standards-documents/docs/jep-106ab) | JEP106BI | Jan 2024 |
| JC-42.6 MANUFACTURER IDENTIFICATION (ID) CODE FOR LOW POWER MEMORIES (/standards-documents/docs/jep166b) | JEP166E | Jul 2023 |
| LOW POWER DOUBLE DATA RATE (LPDDR) 5/5X (/standards-documents/docs/jesd209-5c) | JESD209-5C | Jul 2023 |
| Graphics Double Data Rate (GDDR6) SGRAM Standard (/standards-documents/docs/jesd250d) | JESD250D | May 2023 |

| | | |
|---|---|---|
| NAND Flash Interface Interoperability (/standards-documents/docs/jesd230c) | JESD230F.01 | May 2023 |
| Graphics Double Data (GDDR4) SGRAM Standard (/standards-documents/docs/sdram-3110508) | SDRAM3.11.5.8 R16.01 | Mar 2023 |
| GRAPHICS DOUBLE DATA RATE (GDDR5X) SGRAM STANDARD (/standards-documents/docs/jesd232a) | JESD232A.01 | Mar 2023 |
| GRAPHICS DOUBLE DATA RATE (GDDR5) SGRAM STANDARD (/standards-documents/docs/jesd212c) | JESD212C.01 | Jan 2023 |
| HIGH BANDWIDTH MEMORY (HBM3) DRAM (/standards-documents/docs/jesd238a) | JESD238A | Jan 2023 |
| Secure Serial Flash Bus Transactions (/standards-documents/docs/jesd254) | JESD254 | Dec 2022 |

## News

- Aug 2023
  JEDEC Board Presents 2023 Distinguished Executive Leadership Award to AMD CEO Dr. Lisa T. Su (/news/pressreleases/jedec-board-presents-2023-distinguished-executive-leadership-award-amd-ceo-dr)
- Mar 2023
  JEDEC Creates New Automotive Steering Subcommittee (/news/pressreleases/jedec-creates-new-automotive-steering-subcommittee)
- Apr 2022
  JEDEC to Host In-Person Memory Forum and DDR5 Workshop (/news/pressreleases/jedec-host-person-memory-forum-and-ddr5-workshop)

More news (/committee-news/25)

## Subcommittees

| | |
|---|---|
| JC-42.1: | Graphics RAMs (GDDRx) |
| JC-42.2: | High Bandwidth Memory (HBM) |
| JC-42.3: | Dynamic RAMs (DDRx) |
| JC-42.4: | Non-Volatile Memory Devices |

| | |
|---|---|
| JC-42.5: | Alternative Memory |
| JC-42.6: | Low Power Memories |
| JC-42.9: | Automotive Steering |

## Join JC-42

Interested in JC-42's mission? Find out more about the benefits of JEDEC membership today.

**Membership Information**

- New JEDEC Members (/join-jedec)
- Existing JEDEC Members (/join-jedec/adding-committee)

## Committee Meetings

| | |
|---|---|
| Lisbon (/events-meetings/view_event/2462) | 4 - 7 Mar 2024 |
| Denver (/events-meetings/view_event/2438) | 3 - 6 Jun 2024 |
| Montreal (/events-meetings/view_event/2062) | 26 - 29 Aug 2024 |
| Waikoloa (/events-meetings/view_event/2254) | 2 - 5 Dec 2024 |

Terms & Conditions (/termsofuse)    Privacy Policy (/privacy)    Contact Us (/contact)    Refund Policy (/refund)

Website Help (/about/website-help)    Login (/user/login)

Copyright © 2024 JEDEC. All Rights Reserved.

Menu

(/)

*Global Standards for the Microelectronics Industry*

**JEDEC Committee:**

# JC-42.3 Dynamic RAMs (DDRx)

## Search by Keyword or Document Number

[Search]  or Browse by Keyword » (/standards-documents/facet/keywords)

| Recent Documents | | |
|---|---|---|
| STANDARD MANUFACTURERS IDENTIFICATION CODE (/standards-documents/docs/jep-106ab) | JEP106BI | Jan 2024 |
| Graphics Double Data (GDDR4) SGRAM Standard (/standards-documents/docs/sdram-3110508) | SDRAM3.11.5.8 R16.01 | Mar 2023 |
| GRAPHICS DOUBLE DATA RATE (GDDR5X) SGRAM STANDARD (/standards-documents/docs/jesd232a) | JESD232A.01 | Mar 2023 |
| 184 Pin Unbuffered DDR SDRAM DIMM (/standards-documents/docs/module-40510) | MODULE4.5.10 | May 2021 |
| Annex A: Differences between JESD21C Release 29 and its predecessor JESD21C, Release 28. (/standards-documents/docs/annex-jesd21c) | AnnexA - JESD21C | Jan 2020 |
| Dual Inline Memory Modules (DIMMs) Table of Contents (/standards-documents/docs/module-420toc) | MODULE4.20.TOC | Dec 2014 |
| GDDR5 MEASUREMENT PROCEDURES (/standards-documents/docs/jep171) | JEP171 | Aug 2014 |

| | | |
|---|---|---|
| Addendum No. 3 to JESD79-3, 3D STACKED SDRAM (/standards-documents/docs/jesd79-3-3-0) | JESD79-3-3 | Dec 2013 |
| Addendum No. 1 to JESD79-3 - 1.35 V DDR3L-800, DDR3L-1066, DDR3L-1333, DDR3L-1600, and DDR3L-1866 (/standards-documents/docs/jesd79-3-1a01) | JESD79-3-1A.01 | May 2013 |
| DDR3 SDRAM STANDARD (/standards-documents/docs/jesd-79-3d) | JESD79-3F | Jul 2012 |

Terms & Conditions (/termsofuse)    Privacy Policy (/privacy)    Contact Us (/contact)    Refund Policy (/refund)

Website Help (/about/website-help)    Login (/user/login)

Copyright © 2024 JEDEC. All Rights Reserved.

Menu

(/)

*Global Standards for the Microelectronics Industry*

**JEDEC Committee:**

# JC-45 DRAM Modules

The scope of JC-45 is to develop standards for DRAM modules, cards, and socket interfaces. These standards are to address architectural, electrical, test, and SPD issues relating to memory design and manufacturing for commercial applications.

Memory module is defined as a single or multiple PCBs that predominantly include multiple memory, logic, and passive devices in a planar or 3D layout for use with sockets.

## Search by Keyword or Document Number

Search    or Browse by Keyword » (/standards-documents/facet/keywords)

### Recent Documents

| | | |
|---|---|---|
| DDR5 Unbuffered Dual Inline Memory Module (UDIMM) Common Standard (/standards-documents/docs/jesd308a) | JESD308A | Jan 2024 |
| JEDEC® Memory Module Label – for Compute Express Link® (CXL®) (/standards-documents/docs/jesd405-1a) | JESD405-1A | Jan 2024 |
| DDR5 Clocked Unbuffered Dual Inline Memory Module (CUDIMM) Common Specification (/standards-documents/docs/jesd323) | JESD323 | Jan 2024 |
| DDR5 Clocked Small Outline Dual Inline Memory Module (CSODIMM) Common Specification (/standards-documents/docs/jesd324) | JESD324 | Jan 2024 |

| | | |
|---|---|---|
| JEDEC Module Sideband Bus (SidebandBus) (/standards-documents/docs/jesd403-1c) | JESD403-1C | Dec 2023 |
| Compression Attached Memory Module (CAMM2) Common Standard (/standards-documents/docs/jesd318-ver-102) | JESD318 Ver. 1.02 | Nov 2023 |
| DDR5 SERIAL PRESENCE DETECT (SPD) CONTENTS (/standards-documents/docs/jesd400-5b) | JESD400-5B | Oct 2023 |
| DDR5 DIMM Labels (/standards-documents/docs/jesd401-5b) | JESD401-5B | Aug 2023 |
| Annex K, Raw Card K, in 260-Pin, 1.2 V (VDD), PC4-1600/PC4-1866/PC4-2133/PC4-2400/PC4-2666/PC4-3200 DDR4 SDRAM SODIMM Design Specification (/standards-documents/docs/module42025k01) | MODULE4.20.25.K.01 | Aug 2023 |
| DDR4 NVDIMM-N Design Standard (/standards-documents/docs/jesd248) | JESD248A.01 | Apr 2023 |

## News

- Dec 2023
  JEDEC Publishes New CAMM2 Memory Module Standard (/news/pressreleases/jedec-publishes-new-camm2-memory-module-standard)
- Aug 2023
  JEDEC Publishes New Standard to Support CXL Memory Module Implementation (/news/pressreleases/jedec-publishes-new-standard-support-cxl-memory-module-implementation)
- Aug 2023
  JEDEC Board Presents 2023 Distinguished Executive Leadership Award to AMD CEO Dr. Lisa T. Su (/news/pressreleases/jedec-board-presents-2023-distinguished-executive-leadership-award-amd-ceo-dr)

More news (/committee-news/26)

## Subcommittees

| | |
|---|---|
| JC-45.1: | Registered DRAM Modules |
| JC-45.3: | Unbuffered DRAM Modules |

| | |
|---|---|
| JC-45.4: | Fully Buffered DRAM Modules |
| JC-45.5: | Module Interconnect |
| JC-45.7: | Memory Modules for CXL |

## Join JC-45

Interested in JC-45's DRAM Modules mission? Find out more about the benefits of JEDEC membership today.

**Membership Information**

- New JEDEC Members (/join-jedec)
- Existing JEDEC Members (/join-jedec/adding-committee)

## Committee Meetings

| | |
|---|---|
| Lisbon (/events-meetings/view_event/2462) | 4 - 7 Mar 2024 |
| Denver (/events-meetings/view_event/2438) | 3 - 6 Jun 2024 |
| Montreal (/events-meetings/view_event/2062) | 26 - 29 Aug 2024 |
| Waikoloa (/events-meetings/view_event/2254) | 2 - 5 Dec 2024 |

Terms & Conditions (/termsofuse)   Privacy Policy (/privacy)   Contact Us (/contact)   Refund Policy (/refund)

Website Help (/about/website-help)   Login (/user/login)

Copyright © 2024 JEDEC. All Rights Reserved.