# EXHIBIT 27

████████████████████████████

Menu

(/)

Global Standards for the Microelectronics Industry

# DDR3 SDRAM STANDARD

## JESD79-3F

Published: Jul 2012

This document defines the DDR3 SDRAM standard, including features, functionalities, AC and DC characteristics, packages, and ball/signal assignments. The purpose of this Standard is to define the minimum set of requirements for JEDEC compliant 512 Mb through 8 Gb for x4, x8, and x16 DDR3 SDRAM devices. This document was created based on the DDR2 standard (JESD79-2) and some aspects of the DDR standard (JESD79). Each aspect of the changes for DDR3 SDRAM operation were considered and approved by committee ballots). The accumulation of these ballots were then incorporated to prepare this standard (JESD79-3), replacing whole sections and incorporating the changes into Functional Description and Operation. Item 1627.14

Committee(s): JC-42.3

Available for purchase: **$247.00**

Add to Cart (https://jedec.dpdcart.com/cart/add?product_id=161437&method_id=172924)  

Paying JEDEC Members may login (/user/login) for free access.

## Document Information

Standards & Documents Assistance:

Published JEDEC documents on this website are **self-service** and searchable directly from the homepage (https://www.jedec.org/) by keyword or document number.

Click here (https://www.jedec.org/about/website-help) for website or account help.

For other inquiries related to standards & documents email Angie Steigleman (/contact?category=JEDEC Standards and Documents).