# EXHIBIT 9

```
1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
2                         MARSHALL DIVISION

3   NETLIST, INC.,                  (  CAUSE NO. 2:22-CV-203-JRG
                                    )
4            Plaintiff,             (
                                    )
5   vs.                             (
                                    )
6   MICRON TECHNOLOGY, INC.,        (
    et al.,                         )  MARSHALL, TEXAS
7                                   (  OCTOBER 23, 2023
             Defendants.            )  9:00 A.M.
8   _____

9


10

                _____
11
                              MOTION HEARING
12
                  BEFORE THE HONORABLE ROY S. PAYNE
13                  UNITED STATES MAGISTRATE JUDGE


14  _____

15


16


17


18


19


20


21


22             SHAWN McROBERTS, RMR, CRR
                100 E. HOUSTON STREET
23              MARSHALL, TEXAS  75670
                  (903) 923-8546
24         shawn_mcroberts@txed.uscourts.gov

25
```

```
1    Defendant to be precluded from what?
2                MS. ZHAO:  Relying on his testimony offered after
3    fact discovery.
4                THE COURT:  You mean being called as a witness at
5    trial?
6                MS. ZHAO:  Yes, Your Honor.  And also -- so he
7    provide some notes as evidence.  Those are facts that did not
8    disclose during the discovery period, so Micron should not be
9    allowed to rely on the notes either.
10               THE COURT:  The notes you're saying were not
11   disclosed during discovery?
12               MS. ZHAO:  Yes, Your Honor.  And those notes
13   actually talk about a third-party document set, and those are
14   in Halbert's opinion what are the dates those documents were
15   published, and those search terms that could be run to
16   identify those documents from JEDEC.
17               THE COURT:  Well, the standard rule is that
18   documents that are not disclosed during discovery can't be
19   used thereafter unless there's some motion for leave, so I'll
20   hear from Micron on that.
21        But -- Mr. Rueckheim, do you have plans to use
22   Mr. Halbert as a witness at trial?
23               MR. RUECKHEIM:  We do, Your Honor.
24               THE COURT:  And has he been deposed?
25               MR. RUECKHEIM:  He was deposed, yes.  Netlist
```