# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 2:22-cv-293-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD; | ) (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC.; SAMSUNG SEMICONDUCTOR | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-cv-294-JRG |
| | ) |
| MICRON TECHNOLOGY, INC.; | ) JURY TRIAL DEMANDED |
| MICRON SEMICONDUCTOR | ) |
| PRODUCTS, INC.; MICRON | ) |
| TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF STEPHEN M. PAYNE IN SUPPORT OF PLAINTIFF NETLIST, INC.'S MOTION FOR SUMMARY JUDGMENT ON SAMSUNG'S AFFIRMATIVE DEFENSE OF CLAIM PRECLUSION**

**I, Stephen M. Payne, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Motion for Summary Judgment on Samsung's Affirmative Defense of Claim Preclusion. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct copy of Netlist, Inc.'s Notice of Narrowing Claims for Purposes of Trial, docket number 431 in *Netlist, Inc. v. Samsung et al.*, No. 2:21-cv-463-JRG, filed April 4, 2023.

3. Attached as **Exhibit 2** is a true and correct copy of the Final Judgment, docket number 551 in *Netlist, Inc. v. Samsung et al.*, No. 2:21-cv-463-JRG, filed August 11, 2023.

4. Attached as **Exhibit 3** is a true and correct copy of the publicly filed Jury Verdict, docket number 479 in *Netlist, Inc. v. Samsung et al.*, No. 2:21-cv-463-JRG, filed April 21, 2023.

5. Attached as **Exhibit 4** is a true and correct excerpted copy of Samsung's Supplemental Objections and Responses to Plaintiff Netlist, Inc.'s Amended First Set of Interrogatories (Nos. 1-20), dated November 20, 2023.

6. Attached as **Exhibit 5** is a true and correct excerpted copy of Attachment C to the Opening Expert Report of Joseph C. McAlexander III Relating to U.S. Patent No. 10,268,608, dated November 20, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 16, 2024, in Newport Beach, California.

- 3 -

By */s/ Stephen M. Payne*
Stephen M. Payne