# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 2:21-CV-463-JRG |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., ) | |
| SAMSUNG ELECTRONICS AMERICA, ) | JURY TRIAL DEMANDED |
| INC., SAMSUNG SEMICONDUCTOR, ) | |
| INC., ) | |
| Defendants. ) | |
| ) | |

**NETLIST'S NOTICE OF NARROWING CLAIMS FOR PURPOSES OF TRIAL**

Pursuant to the Court's Order, Netlist hereby provides this notice of narrowing the number of patents and claims to be presented at trial:

| Patent | Claims |
|---|---|
| U.S. Patent No. 10,949,339 | 1, 8, 9 |
| U.S. Patent No. 11,016,918 | 1, 5, 13, 16, 18, 19 |
| U.S. Patent No. 11,232,054 | 16, 17 |
| U.S. Patent No. 8,787,060 | 1, 5, 7 |
| U.S. Patent No. 9,318,160 | 5 |

| | |
|---|---|
| Dated: April 4, 2023 | Respectfully submitted,<br><br>*/s/ Jason G. Sheasby*<br><br>Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>Jennifer L. Truelove<br>Texas State Bar No. 24012906<br>jtruelove@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>104 East Houston Street Suite 300<br>Marshall, TX 75670<br>Telephone: (903) 923-9000<br>Facsimile: (903) 923-9099<br><br>Jason Sheasby (*pro hac vice*)<br>jsheasby@irell.com<br>Annita Zhong, PhD (*pro hac vice*)<br>hzhong@irell.com<br>Thomas C. Werner (*pro hac vice*)<br>twerner@irell.com<br>Andrew Strabone (*pro hac vice*)<br>astrabone@irell.com<br>Yanan Zhao (*pro hac vice*)<br>yzhao@irell.com<br>Michael W. Tezyan (*pro hac vice*)<br>mtezyan@irell.com<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Tel. (310) 277-1010<br>Fax (310) 203-7199<br><br>Rebecca Carson (*pro hac vice*)<br>rcarson@irell.com<br>**IRELL & MANELLA LLP**<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660<br><br>***Attorneys for Plaintiff Netlist, Inc.*** |

## CERTIFICATE OF SERVICE

I hereby certify that, on April 4, 2023, a copy of the foregoing was served to all counsel of record.

>                            */s/ Yanan Zhao*
>                            Yanan Zhao