UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>　　　　Defendants. | Civil Case No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>　　　　Defendants. | Civil Case No. 2:22-cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**SAMSUNG'S UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED VERSIONS OF CERTAIN PAPERS AND TO STRIKE UNCORRECTED VERSIONS**

Plaintiff Samsung respectfully requests leave to file corrected versions of its Motion To Bifurcate (Dkt. 372) and Exhibit 3 thereto (Dkt. 372-3). Due to an unintentional error during preparation, the uncorrected Motion cites non-public trial testimony, specifically 1174:18-1177:7, from *Netlist, Inc. v. Samsung Electronics Co.*, No. 2:21-CV-463 (E.D. Tex.) ("*EDTX1*"), and provides incorrect page numbers for cites to public *EDTX1* trial testimony, specifically 686:20-689:11 and 720:8-734:25. The uncorrected exhibit reproduces the non-public testimony and incorrect page numbers. Samsung seeks leave to file a Corrected Motion To Bifurcate, which removes the improper citation and conforms other citations; and Corrected Exhibit 3, which includes no non-public testimony. There are no other substantive changes. Samsung provides the attached redline version of the corrected

Motion to highlight its corrections (Exhibit A).  Samsung asks that the uncorrected versions be stricken from the docket as having been filed in error.  Netlist does not oppose such relief.

Dated:  January 22, 2024                                        Respectfully submitted,

                                                                By:     /s/ Daniel A. Tishman

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone:      (903) 934-8450
Facsimile:       (903) 934-9257

J. Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

Brian R. Nester
DC Bar No. 460225
bnester@cov.com
COVINGTON & BURLING LLP
One CityCenter 850 Tenth Street, N
Washington, DC 20001-4956
Telephone: (202)-662-6000

Alice J. Ahn
CA Bar No. 271399/DC Bar No. 1004350
aahn@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone:  (415) 591-7091
Facsimile:   (415) 955-6571

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
D.C. Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Thomas H. Reger II
reger@fr.com
Texas Bar No. 24032992
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

*Attorneys for Defendants Samsung Electronics Co., Ltd.;*
*Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on January 22, 2024. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A) and via electronic mail.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Daniel A. Tishman_

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules CV-7(h) and (i), counsel for the parties met and conferred in person on January 22, 2024. The parties discussed their positions on this motion. Counsel for Plaintiff indicated that they do not oppose this motion.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Daniel A. Tishman_

2