IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST Inc. | § § § | |
| v. | § § | CASE NO. 2:22-cv-00293-JRG |
| MICRON Technology Texas, LLC | § § § | |

## REPORT OF MEDIATION

The above-captioned case was mediated (in person) by David Folsom on Tuesday, January 9, 2024, between Netlist Inc and Micron Technology Texas, LLC. The session has been suspended. The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this Monday, January 29, 2024 .

/s/ David Folsom
David Folsom
TXBN: 07210800
Cell- 903 277-7303
6002-B Summerfield Drive
Texarkana, Texas  75503

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this Monday, January 29, 2024.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

/s/ David Folsom
David Folsom