# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-293-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; ) | (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, ) | |
| INC.; SAMSUNG SEMICONDUCTOR ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-294-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON ) | |
| SEMICONDUCTOR PRODUCTS, INC.; ) | |
| MICRON TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE REGARDING REDACTIONS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION AND HEARING TRANSCRIPT**

Plaintiff Netlist, Inc. ("Netlist") submits this notice regarding redactions to the Special Master's Report and Recommendation (Dkt. 377) ("R&R") and the transcript of the January 5, 2024 hearing before the Special Master. Pursuant to the order of the Special Master, Dkt. 455, the parties met and conferred on redactions to the R&R and January 5, 2024 hearing transcript. The parties agree that no redactions to the R&R are required. The R&R is attached as Exhibit A. The parties agreed-on redacted version of the January 5, 2024 hearing transcript is attached as Exhibit B. Netlist notes that the version of the transcript attached as Exhibit B

reflects a material error, and that Netlist's Motion to Correct Material Error in Hearing Transcript remains pending.  *See* Dkts. 380, 384.

Dated: February 1, 2024                                      Respectfully submitted,

                                                             */s/ Jason Sheasby*

                                                             Samuel F. Baxter
                                                             Texas State Bar No. 01938000
                                                             sbaxter@mckoolsmith.com
                                                             Jennifer L. Truelove
                                                             Texas State Bar No. 24012906
                                                             jtruelove@mckoolsmith.com
                                                             **MCKOOL SMITH, P.C.**
                                                             104 East Houston Street Suite 300
                                                             Marshall, TX 75670
                                                             Telephone: (903) 923-9000
                                                             Facsimile: (903) 923-9099

                                                             Jason G. Sheasby (*pro hac vice*)
                                                             jsheasby@irell.com
                                                             H. Annita Zhong (*pro hac vice*)
                                                             hzhong@irell.com
                                                             Andrew J. Strabone (*pro hac vice*)
                                                             astrabone@irell.com
                                                             Thomas C. Werner (*pro hac vice*)
                                                             twerner@irell.com
                                                             Yanan Zhao (*pro hac vice*)
                                                             yzhao@irell.com
                                                             Michael W. Tezyan (*pro hac vice*)
                                                             mtezyan@irell.com

                                                             **IRELL & MANELLA LLP**
                                                             1800 Avenue of the Stars, Suite 900
                                                             Los Angeles, CA 90067
                                                             Tel. (310) 277-1010
                                                             Fax (310) 203-7199

                                                             Philip Warrick
                                                             New York Bar No. 4471413
                                                             pwarrick@irell.com

                                                             **IRELL & MANELLA LLP**
                                                             750 17th Street NW, Suite 850
                                                             Washington, DC 20006
                                                             Tel. (310) 777-6512

Fax (310) 317-7252

***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on Feburary 1, 2024, a copy of the foregoing was served to all counsel of record via the Court's ECF/CM system.

*/s/ Jason Sheasby*
Jason Sheasby