# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAMSUNG ELECTRONICS CO, LTD; ) <br> SAMSUNG ELECTRONICS AMERICA, ) <br> INC.; SAMSUNG SEMICONDUCTOR ) <br> INC., ) <br> ) <br> Defendants. ) | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) <br><br> ▬▬▬▬▬▬▬▬▬▬▬ |
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICRON TECHNOLOGY, INC.; ) <br> MICRON SEMICONDUCTOR ) <br> PRODUCTS, INC.; MICRON ) <br> TECHNOLOGY TEXAS LLC, ) <br> ) <br> Defendants. ) | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF
NETLIST INC.'S OPPOSITION TO MICRON'S DAUBERT MOTION
AND MOTION TO STRIKE EXPERT TESTIMONY OF PETER
GILLINGHAM (DKT. 368)**

- 1 -

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Opposition to Micron's Daubert Motion and Motion to Strike Expert Testimony of Peter Gillingham (Dkt. 368). I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct copy of the Expert Report of John B. Halbert, dated November 20, 2023.

3. Attached as **Exhibit 2** is a true and correct copy of the Rebuttal Expert Report of Peter Gillingham, dated December 21, 2023.

4. Attached as **Exhibit 3** is a true and correct excerpted copy of the Deposition Transcript of Peter Gillingham, dated January 11, 2024.

5. Attached as **Exhibit 4** is a true and correct copy of email correspondence from Micron's counsel (Mr. Matt McCullough) and Netlist's counsel (Yanan Zhao) between October 31, 2023 and November 2, 2023.

6. Attached as **Exhibit 5** is a true and correct excerpted copy of the Deposition Transcript of John Bentley Halbert III, dated September 30, 2023.

7. Attached as **Exhibit 6** is a true and correct excerpted copy of the Rebuttal Expert Report of Matthew R. Lynde, Ph.D., dated December 21, 2023.

8. Attached as **Exhibit 7** is a true and correct excerpted copy of the Expert Report of Dr. Harold Stone Regarding Issues Related To and Non-Infringement of U.S. Patent Nos. 7,619,912 and 11,093,417, dated December 21, 2023.

9. Attached as **Exhibit 8** is a true and correct letter for document production sent

by Netlist's counsel to Micron's counsel on June 23, 2023.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on January 30, 2024, in Marshall, Texas.

By /s/ *Jason G. Sheasby*
Jason G. Sheasby
