# EXHIBIT 5

Document Sought to Be Filed Under Seal

```
 1                  UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF TEXAS
 3                       MARSHALL DIVISION
 4                       _____
 5
           NETLIST, INC.,                  )
 6                                         )
                       Plaintiff,          )
 7                                         )
                 vs.                       )Case No.
 8                                         )2:22-cv-203-JRG
           MICRON TECHNOLOGY, INC.,        )
 9         MICRON SEMICONDUCTOR            )
           PRODUCTS, INC., and MICRON      )
10         TECHNOLOGY TEXAS, LLC,          )
                                           )
11                     Defendants.         )
                                           )
12
13
14
15               REMOTE VIDEOTAPED DEPOSITION
16                           OF
17                 JOHN BENTLEY HALBERT, III
18               Saturday, September 30, 2023
19                 Castiglione Falletto, Italy
20
21
22
23
24
25     Reported by:  B. Suzanne Hull, CSR No. 13495


                                                       Page 1
```

## Page 2

APPEARANCES

For Plaintiff:  Irell & Manella, LLP
By MS. HONG (ANNITA) ZHONG
Attorney at Law
1800 Avenue of the Stars
Suite 900
Los Angeles, California 90067
(310) 203-7183
hzhong@irell.com

For Defendants:  Winston & Strawn LLP
By MR. VIVEK V. KRISHNAN
Attorney at Law
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-9508
vkrishnan@winston.com

The Videographer:  David West

## Page 3

I N D E X

| EXAMINATION BY | PAGE |
|---|---|
| MS. ZHONG | 10 |

E X H I B I T S

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 2 | Micron prior art - public availability dates, two pages | 14 |
| Exhibit 1 | Slide deck, Introduction to JEDEC, March 2023, Bates Stamp Numbers MICNL203_00082326 through MICNL203_00082386, sixty-one slides | 16 |
| Exhibit 3 | Expert report of John B. Halbert, dated December 22, 2022, twenty-eight pages | 27 |
| Exhibit 4 | Deposition of John Bentley Halbert, III, dated July 22, 2022, seventy pages | 30 |

## Page 4

EXHIBITS (Continued)

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 31 | MIPI M-PHY future mobile PHY proposal, September 2009, Bates Stamp Numbers SAM-NET00061251 through SAM-NET00061288, JC42.6 Item Number 1776.10, thirty-eight pages | 46 |
| Exhibit 32 | Wide-IO TG report, December 2009, FM-Mobile Wide IO TG, Bates Stamp Numbers SAM-NET00065075, SAM-NET00065087, Item Number 1777.00, thirteen pages | 46 |
| Exhibit 33 | Advanced memory package proposal, Item Number 1782.01, 1st showing, March 2010, Bates Stamp Numbers SAM-NET00067316 through SAM-NET00067322, seven pages | 46 |

///
///
///
///

## Page 5

EXHIBITS (Continued)

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 34 | FMD - Wide I/O TG read clock proposal, March 2010, Sponsored by Apple/Hynix, Bates Stamp Numbers SAM-NET00068554 through SAM-NET00068559, six pages | 46 |
| Exhibit 35 | Wide I/O ball map baseline proposal, first showing, Sponsors: Elpida, Intel, Nokia, Samsung, June 7, 2010, Item Number 1777.29, Bates Stamp Numbers SAM-NET00072684 through SAM-NET00072687, four pages | 47 |
| Exhibit 36 | Future Mobile Memory (FMM), Wide I/O refresh scheme, second showing, Item Number 1777.18, September 10, 2010, Bates Stamp Numbers SAM-NET00076461 through SAM-NET00076463, three pages | 47 |

///
///

```
 1  BY MS. ZHONG:                        16:36:45
 2     Q.  Is it contrary to JEDEC policy for a JEDEC   16:36:49
 3  committee member to distribute a pending committee  16:36:53
 4  ballot to a non JEDEC entity?         16:36:57
 5     A.  I repeat, as a whole document, they were    16:36:59
 6  never distributed.                    16:37:03
 7     Q.  Can you please refresh your exhibits --     16:37:04
 8  Exhibit Share folder and see whether there is an   16:38:28
 9  Exhibit Number 4 there.               16:38:32
10        (Plaintiff's Exhibit Number 4   16:38:32
11        was marked for identification.) 16:38:39
12        THE WITNESS:  (Witness complies.) 16:38:39
13        Oh, I have got number four.    16:38:44
14  BY MS. ZHONG:                         16:38:44
15     Q.  Okay.  Please download it.    16:38:48
16        MS. ZHONG:  And, for the record, 16:38:53
17  Exhibit Number 4 is deposition of     16:38:55
18  John Bentley Halbert III, dated July 22nd, 2022, in 16:38:59
19  IPR proceedings, IPR 2022-00062 and IPR 2022-00064, 16:39:07
20  between -- between Samsung and Netlist. 16:39:20
21  BY MS. ZHONG:                         16:39:25
22     Q.  Do you have that document?    16:39:25
23     A.  I do.                         16:39:26
24     Q.  Okay.  Do you recognize that as being 16:39:27
25  a deposition transcript of yours in those IPR 16:39:30
                                             Page 30
```

```
 1  proceedings?                          16:39:33
 2     A.  Yes, I do.                    16:39:34
 3     Q.  Okay.  Why don't we go to page twenty-three 16:39:35
 4  of the deposition transcript.         16:39:39
 5     A.  (Witness complies.)           16:39:43
 6     Q.  Let me know when you are there. 16:39:45
 7     A.  I am there.                   16:39:48
 8     Q.  Okay.  Take a look at lines fourteen to 16:39:49
 9  eighteen; so page twenty-three, lines fourteen to  16:39:54
10  eighteen.                             16:40:01
11     A.  Uh-huh.                       16:40:03
12     Q.  So the question was:          16:40:04
13        "Is it contrary to JEDEC policy to -- 16:40:06
14     for a JEDEC committee member to distribute 16:40:12
15     a pending committee ballot to a non JEDEC 16:40:14
16     entity?"                          16:40:18
17     And your answer is:               16:40:18
18        "Yes."                         16:40:20
19     Did I read it correctly?          16:40:22
20     A.  Yes, you did.                 16:40:24
21     Q.  Okay.  And is this the correct answer? 16:40:26
22     A.  Yes.                          16:40:34
23     Q.  Okay.  So it is contrary to JEDEC policy for 16:40:35
24  a JEDEC committee member to distribute a pending 16:40:39
25  committee ballot to a non JEDEC entity; correct? 16:40:42
                                             Page 31
```

```
 1     A.  Correct.                      16:40:48
 2        It is against policy to distribute a whole 16:40:50
 3  document.                             16:40:58
 4     Q.  And in your experience, are you aware of 16:40:59
 5  any JEDEC committee members who distribute JEDEC 16:41:07
 6  proposals, JEDEC ballot, or JEDEC meeting minutes 16:41:11
 7  outside of the committees?            16:41:16
 8     A.  You are talking about whole documents? 16:41:18
 9     Q.  Let's start with the whole documents. 16:41:22
10     A.  No.                           16:41:25
11        I am not aware of anybody.     16:41:25
12     Q.  Okay.  Are you aware of someone who excerpt 16:41:27
13  certain portions of the documents and distribute 16:41:37
14  outside the JEDEC committee?          16:41:39
15     A.  I am aware of one time.       16:41:41
16     Q.  Okay.  Can you describe the circumstance of 16:41:44
17  that single time outside -- out of your seventeen 16:41:49
18  years of experience at JEDEC?         16:41:53
19     A.  Unfortunately, I cannot --    16:41:54
20     Q.  Okay.                         16:41:54
21     A.  Because I am -- the -- who it was 16:41:57
22  distributed to is -- I'm not permitted to talk about. 16:42:03
23     Q.  Okay.  Can you describe it on a high level 16:42:08
24  without disclosing who it is to?  Is it to -- 16:42:12
25  I assume it is Intel to some -- to someone outside of 16:42:19
                                             Page 32
```

```
 1  Intel?                                16:42:26
 2     A.  Yes.                          16:42:27
 3     Q.  To its business partner or customer? 16:42:27
 4     A.  It was not a customer.  And beyond that, 16:42:30
 5  I am not going to play twenty questions. 16:42:37
 6     Q.  Okay.  And what was distributed?  A ballot, 16:42:40
 7  a minute, or a proposal?              16:42:53
 8     A.  A proposed -- this was a technical -- what 16:42:57
 9  do you call it?  Technical proposals and directions 16:43:03
10  for a given technology that was being discussed and 16:43:08
11  balloted within JEDEC.                16:43:15
12     Q.  Okay.  And that was the single experience 16:43:18
13  that you could remember out of the seventeen, 16:43:21
14  eighteen years of being a JEDEC representative for 16:43:24
15  Intel; is that correct?               16:43:27
16     A.  That was a --                 16:43:30
17        MR. KRISHNAN:  Objection to form. 16:43:32
18        THE WITNESS:  -- one -- one case that I had 16:43:34
19  personal experience.                  16:43:38
20  BY MS. ZHONG:                         16:43:38
21     Q.  Okay.  Are you aware of any other 16:43:38
22  circumstances?                        16:43:40
23     A.  No.                           16:43:42
24        But it doesn't mean that they didn't have 16:43:44
25  them.                                 16:43:49
                                             Page 33
```

```
 1      THE WITNESS: I was going to say I have    19:59:48
 2  limited time available, so....                19:59:50
 3      MR. KRISHNAN: Yeah.                       19:59:53
 4      You can sign off now. You can sign off now, 19:59:54
 5  if you want to.                               19:59:56
 6      THE WITNESS: Okay.                        19:59:56
 7      MR. KRISHNAN: And then -- yeah.           19:59:57
 8  Well, we need to go off the record first.     19:59:57
 9      THE VIDEOGRAPHER: Okay. Thank you.        20:00:02
10      This will conclude today's deposition of  20:00:02
11  John Halbert.                                 20:00:07
12      The total number of media units used in the 20:00:07
13  deposition today was three and will be retained by 20:00:10
14  Veritext Legal Solutions.                     20:00:13
15      We are going off the record.              20:00:14
16      The time is 8:00 p.m. Central European Time. 20:00:16
17      Thank you.                                20:00:20
18      THE REPORTER: Mr. Krishnan, would you like
19  a copy?
20      MR. KRISHNAN: I would like a copy and
21  expedited for Monday.
22      THE REPORTER: Would you like a rough?
23      MR. KRISHNAN: Yes.
24  (8:00 p.m.)
25           --ooOoo--
```

Page 150

```
 1  STATE OF CALIFORNIA  )
                         ) ss.
 2  COUNTY OF KERN       )
 3
 4      I, JOHN BENTLEY HALBERT, III, do hereby
 5  certify:
 6      That I have read the foregoing
 7  deposition;
 8      That I have made such changes in form and/or
 9  substance to the within deposition, as might be
10  necessary to render the same true and correct;
11      That having made such changes thereon, I
12  hereby subscribe my name to the deposition.
13      I declare, under penalty of perjury, that
14  the foregoing is true and correct.
15      Executed this _____ day of _____,
16  2023, at _____, California.
17
18
19            _____
20
21
22
23
24
25
```

Page 151

```
 1  STATE OF CALIFORNIA  )
                         ) ss.
 2  COUNTY OF KERN       )
 3
 4
 5      I, B. Suzanne Hull, a Certified Shorthand
 6  Reporter in the State of California, holding
 7  Certificate Number 13495, do hereby certify that
 8  JOHN BENTLEY HALBERT, III, the witness named in the
 9  foregoing deposition, was by me duly sworn; that said
10  deposition, was taken Saturday, September 30, 2023,
11  at the time and place set forth on the first page
12  hereof.
13      That upon the taking of the deposition, the
14  words of the witness were written down by me in
15  stenotypy and thereafter transcribed by computer
16  under my supervision; that the foregoing is a true
17  and correct transcript of the testimony given by the
18  witness.
19      Pursuant to Federal Rule 30(e), transcript
20  review was requested.
21      I further certify that I am neither counsel
22  for nor in any way related to any party to said
23  action, nor in any way interested in the result or
24  outcome thereof.
25  ///
```

Page 152

```
 1      Dated this 30th day of September, 2023, at
 2  Bakersfield, California.
 3
                    [signature]
 4              B. Suzanne Hull, CSR No. 13495
```

Page 153