# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br>  Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br>  Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST, INC.'S OPPOSITION TO MICRON'S MOTION FOR SUMMARY JUDGMENT OF LACK OF WRITTEN DESCRIPTION FOR U.S. PATENT NO. 11,093,417 (DKT. 370)**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Opposition to Micron's Motion for Summary Judgment of Lack of Written Description for U.S. Patent No. 11,093,417 (Dkt. 370). I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct copy of Exhibit B to the Rebuttal Expert Report of Dr. William Henry Mangione-Smith, dated December 21, 2023.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts of the Expert Report of Dr. Harold Stone Regarding Issues Related to and Non-Infringement of Plaintiff's U.S. Patent Nos. 7,619,912 and 11,093,417, dated December 21, 2023.

4. Attached as **Exhibit 3** is a true and correct copy of the Expert Report of Dr. Harold Stone, Ph.D. Regarding Invalidity and other Issues Related to Plaintiff's U.S. Patent Nos. 7,619,912; 9,858,215; and 11,093,417, dated November 20, 2023.

5. Attached as **Exhibit 4** is a true and correct copy of the Notice of Allowance and Fee(s) Due regarding Application No. 16/695,020, mailed March 30, 2021.

6. Attached as **Exhibit 5** is a true and correct copy of U.S. Patent No. 11,093,417 to Solomon et al., issued August 17, 2021.

7. Attached as **Exhibit 6** is a true and correct copy of U.S. Patent No. 10,489,314 to Solomon et al., issued November 26, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

- 3 -

Executed on January 30, 2024, in the United States of America.

                                                                         By */s/ Jason G. Sheasby*
                                                                           Jason G. Sheasby