# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST, INC.'S OPPOSITION TO MICRON'S *DAUBERT* MOTION TO STRIKE EXPERT TESTIMONY OF DAVID KENNEDY**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Opposition to Micron's Daubert Motion to Strike Expert Testimony of David Kennedy.

2. Attached as **Exhibit 1** is a true and correct excerpted copy of the December 21, 2023 Rebuttal Expert Report of Matthew Lynde.

3. Attached as **Exhibit 2** is a true and correct excerpted copy of the November 20, 2023 Opening Expert Report of Matthew Lynde.

4. Attached as **Exhibit 3** is a true and correct copy of Exhibit B to the Opening Report of Dr. William Mangione-Smith.

5. Attached as **Exhibit 4** is a true and correct copy of Exhibit C to the Opening Report of Dr. William Mangione-Smith.

6. Attached as **Exhibit 5** is a true and correct copy of Exhibit I to the Opening Report of Dr. William Mangione-Smith.

7. Attached as **Exhibit 6** is a true and correct copy of Exhibit A to the Opening Report of Dr. William Mangione-Smith in Case No. 2:22-cv-00203-JRG-RSP (*Micron I*).

8. Attached as **Exhibit 7** is a true and correct copy of Exhibit F to the Opening Report of Dr. William Mangione-Smith in Case No. 2:22-cv-00203-JRG-RSP (*Micron I*).

9. Attached as **Exhibit 8** is a true and correct copy of NL-MIC-203_00042009 produced by Netlist in *Micron I*.

10. Attached as **Exhibit 9** is a true and correct copy of NL-MIC-203_00042083 produced by Netlist in *Micron I*.

11. Attached as **Exhibit 10** is a true and correct copy of the Declaration of Scott Milton, dated November 27, 2023.

12. Attached as **Exhibit 11** is a true and correct excerpted copy of the Deposition Transcript of Noel Whitley, dated February 3, 2017 (NL-MIC-203_0046468).

13. Attached as **Exhibit 12** is a true and correct copy of the Declaration of Noel Whitley, dated November 27, 2023.

14. Attached as **Exhibit 13** is a true and correct copy of Exhibit B to the Opening Report of Mr. David Kennedy in Case No. 2:22-cv-00203-JRG-RSP (*Micron I*).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 30, 2024.

By /s/ *Jason G. Sheasby*
Jason G. Sheasby