# Exhibit 10

sought to be filed under seal

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br>MICRON SEMICONDUCTOR PRODUCTS,<br>INC., MICRON TECHNOLOGY TEXAS LLC,<br><br>Defendants. | Case No. 2:22-cv-203-JRG |

## DECLARATION OF SCOTT MILTON

I, Scott Milton, declare as follows:

1. I am Vice President of Engineering at Netlist, Inc. ("Netlist"). I have personal knowledge of the facts stated herein, and, if called as a witness, could and would testify to such facts competently under oath.

2. In my capacity as Netlist's Vice President of Engineering, I am generally familiar with the creation and maintenance of records relating to Netlist's business.

3. Netlist produced in this case documents with bates numbers NL-MIC-203_00042009 and NL-MIC-203_00042010. NL-MIC-203_00042009 is an email dated April 15, 2015 with the subject line "Micron Final Presentations from Last Mtg (call) on 2/25 is attached." It attaches NL-MIC-203_00042010, which is a presentation titled "Netlist, Inc." and dated "February 2015." Netlist employees with knowledge created and prepared these documents at or near the time they are dated, the documents were made in the course of Netlist's regularly conducted business activities, and it is Netlist's regular practice to create such business presentations.

4. Netlist produced in this case documents with bates numbers NL-MIC-203_00042083 and NL-MIC-203 00042085. NL-MIC-203_00042083 is an email dated April 21, 2015 with the subject line "Micron Meeting -- 4/21." It attaches NL-MIC-203_00042085, which is a presentation titled "Micron/Netlist Partnership Opportunity" and dated "April 2015." Netlist employees with knowledge created and prepared these documents at or near the time they are dated, the documents were made in the course of Netlist's regularly conducted business activities, and it is Netlist's regular practice to create such business presentations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 27, 2023, in Irvine, California.

By: *Scott H. Milton*
Scott Milton