# Exhibit 12

sought to be filed under seal

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NETLIST, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 2:22-cv-203-JRG** |
| **MICRON TECHNOLOGY, INC.,** **MICRON SEMICONDUCTOR PRODUCTS,** **INC., MICRON TECHNOLOGY TEXAS LLC,** | |
| **Defendants.** | |

## <u>DECLARATION OF NOEL WHITLEY</u>

I, Noel Whitley, declare as follows:

1.      I served as Netlist's Vice President of Intellectual Property and Licensing from 2013 to 2019.  I have personal knowledge of the facts stated herein, and, if called as a witness, could and would testify to such facts competently under oath.

2.      On April 21, 2015, three Micron employees (Dean Klein, Bryan Martin, and Darren Young) visited Netlist's offices in Irvine, California to meet with Netlist.  I attended that meeting on behalf of Netlist, as did Christopher Lopes and Rex Sherry.  At that meeting, Netlist presented to Micron's employees a presentation titled "Micron/Netlist Partnership Opportunity" (hereafter, the "April 2015 Presentation").

3.      I drafted the April 2015 Presentation.  I did so with assistance from other Netlist employees at or near the time of the presentation. It was a regular practice for employees of Netlist to communicate with other companies for purposes such as business collaboration opportunities and regarding Netlist's patent portfolio, and to create such presentations to use in meetings with other companies. I understand Netlist preserved a copy of the presentation in the regular course of its business. A true and correct copy of that presentation is attached to this declaration with Bates No. NL-MIC-203_0042085 through -147.

4.      At the meeting with Micron on April 21, 2015, Netlist presented every slide in the April 2015 Presentation to Micron's employees.

5.      The document with the Bates No. NL-MIC-203_00042083 through -084 is an April 21, 2015 email from Rex Sherry to Chuck Hong, Christopher Lopes, Gail Sasaki, Jay Bhakta, and myself.  I received this email at the time it was sent.  The email reflects an accurate summary of Netlist's meeting with Micron.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 27, 2023.

By: /s/ *Noel Whitley*_____
Noel Whitley



NETLIST

# Micron / Netlist Partnership Opportunity

## April 2015

**Netlist, Inc. Confidential**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042085

# Table of Contents

1.  Executive Summary
2.  Business and Legal Update
3.  Intellectual Property
4.  Technical Team and Core Technologies
5.  HVDIMM Technology
6.  Partnership Opportunity for Micron

The Memory Storage Company™

Netlist, Inc. Confidential

2

NL-MIC-203_00042086

# Executive Summary

- **Strategic activity in storage is continuing**
  - Micron/Seagate alliance

- **Major memory players forward integrate into storage for greater margin**



**Storage is a Key Market for Memory Companies**

- **Memory channel storage area: heating up, on way to $10B market**
  - SanDisk – ULLtraDIMM shipping
  - Intel
  - HP
  - Microsoft
  - SNIA, ACPI, UEFI

- **Litigation among memory suppliers targeted at big dollars**
  - Rambus/Samsung  -- $900 MM
  - SanDisk/Hynix      -- $1.1B
  - Toshiba/Hynix      -- $ 280M

The Memory Storage Company™

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042087

# Future Growth in Memory



Netlist, Inc. Confidential

4

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042088

# Enterprise Solutions Drives …

## SanDisk



## Micron



## … Higher Margins and Profits

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042089

# Storage Evolution: the Gap is Widening



CONFIDENTIAL - ATTORNEYS' EYES ONLY                    NL-MIC-203_00042090

# Memory Channel SSD Forecast



## >$10B Annual Opportunity

Sources: RBC Capital

The Memory Storage Company™

Netlist, Inc. Confidential    7

# Storage Landscape – Memory Suppliers

| Company | Acquisitions | Alliance/ Partnership | Solutions | | | LRDIMM | NVDIMM | PCIe | Memory Channel |
|---------|-------------|----------------------|-----------|-----------|----------|--------|--------|------|----------------|
| | | | DRAM/ Flash | Software/ Firmware | Chipsets | | | | |
| SanDisk | Pliant; Fusion-io | Diablo | X | X | X | X | | X | X |
| Micron | Virtensys | Agigatech | XX | X | X | X | X | | |
| SK Hynix | Link-a-media Softeq Development Violin Memory | | XX | X | X | X | X | | |
| Toshiba | OCZ Technology | | X | X | X | | | | |
| Samsung | Grandis | | XX | | | X | | | |
| Kingston | Powerchip | Phison | X | | X | | | | |

Netlist, Inc. Confidential

8

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042092

# Table of Contents

1. Executive Summary
2. Business and Legal Update
3. Intellectual Property
4. Technical Team and Core Technologies
5. HVDIMM Technology
6. Partnership Opportunity for Micron

The Memory Storage Company™

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042093

# Business Update

—

- Partnership with major mobile phone OEM on HyperVault mobile

- Strong new product traction on NVDIMM-N product from major hyperscale companies

- Strengthening Asia and sales teams

- Recently withdrew from JEDEC for NVDIMM

- Strong interest in Netlist IP / product roadmap

- Proceeding along on patent case against SanDisk, Smart Modular and Diablo

- Working on judge ruling on matter of law making preliminary injunction permanent

The Memory Storage Company™                                    Netlist, Inc. Confidential     10

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    NL-MIC-203_00042094

# Netlist Business Model



|  | **HyperVault** | **IP Licensing** | **Base Products** |
|---|---|---|---|
| **Development of next gen. technologies** | • Incorporate into new products | • Make available to product partners<br>• Pursue enforcement against those that are not partners | • Incorporate core technologies into existing products |
| **Commercialization Strategies** | • Work with partners joint development / marketing | • Leverage partnership deals to enforce against non-partners | • Marketed solely by Netlist |
| **Economics** | • 50/50 share with partners | • Upfront payment & running royalties | • 100% to Netlist |

CONFIDENTIAL - ATTORNEYS' EYES ONLY NL-MIC-203_00042095

# Netlist Business Model

## Income Statement

| Dollars ($ in millions) | Margin |
|---|---|
| **Products** | |
| Core Products | 35-40% |
| Licensing | 90%+ |
| HyperVault | >60% |
| **$50-100** | **>60%** |
| Annual Op-ex | 30% |
| **Operating Margin** | **>30%** |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042096

# ULLtraDIMM Patent Case

- **Overview**
  - *Patents represent long term value of IP -- Jury verdict has no legal bearing on the patent case*

- **Proceed with Patent Case**
  - Judge granted SanDisk's motion to stay case (Thurs, Apr 9)
  - Drop 4 patents under review to lift the stay
  - Proceed aggressively with remaining 3 patents

- **Strength of Case (3 Patents)**
  - <u>Validity</u>:  very strong having survived 2 waves of IPRs
  - <u>Infringement</u>:  confirmed solid reads on all 3 patents (8 claims total)
  - <u>Complexity</u>:  claims are straight-forward and easily explained to a jury

- **Put DDR4 ULLtraDIMM Product at Risk**

- **Alternative Fee Arrangements**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              NL-MIC-203_00042097

# ULLtraDIMM Trade Secret Case

- **Post-Trial Motions:  Reverse jury's finding on breach of contract**
    - <u>Strong on the law</u>:  judge can, and should, reverse the Jury's mistake
    - <u>New Trial</u>: we will also argue that a new trial is the appropriate remedy since the mistakes on the contract issue infected the trade secret case as well

- **Post-Trial Motion Process**
    - Motion to dissolve PI is pending while parties brief unfair competition; oral hearing on both issues tentatively set for Friday, Apr 24
    - Reset: we the judge to reset the motion process so that all of these related issues can be briefed and heard together

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    NL-MIC-203_00042098

# Table of Contents

1. Executive Summary
2. Business and Legal Update
3. Intellectual Property
4. Technical Team and Core Technologies
5. HVDIMM Technology
6. Partnership Opportunity for Micron

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042099

## Netlist Has One of the Most Valuable Memory IP Portfolios Outside of the Big 4 and the Major NPEs

- **>10 years invested in Building IP Portfolio**

- **$60 MM invested in building seminal IP related to LRDIMMs and Hybrid Memory**

- **Withdrawing from NVDIMM standardization efforts at JEDEC**

- **Patent portfolio has fundamental patents that are battle tested and have become increasingly valuable**
  - Seminal distributed buffer architecture patent survived 2 IPR petitions
  - Another seminal patent on Load Reduction and Rank Multiplication survived a multi-year Reexam
  - Two seminal hybrid memory patents each survived 2 IPR petitions
  - 3rd party validation rankings validate value of portfolio

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    NL-MIC-203_00042100

# Netlist IP Litigation

- **History of aggressively protecting Netlist IP**

- **Google and Inphi cases are stayed pending reexaminations**

- **Seminal '537 patent already emerged, others to follow**

| Netlist Patent | Asserted Against | Suit Filed (Year) |
|---|---|---|
| 7,298,386 | Google | 2009 |
| 7,619,912 | Google, Inphi | 2009 |
| **7,532,537** | **Inphi** | **2009** |
| 7,636,274 | Inphi | 2009 |
| 7,881,150 | SanDisk, Diablo | 2013 |
| 8,081,536 | SanDisk, Diablo | 2013 |
| 8,001,434 | SanDisk, Diablo | 2013 |
| 8,359,501 | SanDisk, Diablo | 2013 |
| **8,516,185** | **SanDisk, Diablo** | **2013** |
| **8,301,833** | **SanDisk, Diablo** | **2013** |
| **8,516,187** | **SanDisk, Diablo** | **2013** |
| **Bold Patents** = Survived re-exam at USPTO | | |

- **Netlist's Position vis-à-vis LRDIMM**
  - Validity:  2 Untouchable patents that survived reexamination in PTO
  - Infringement:  Clearly documented vs. standard (SEPs)

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        NL-MIC-203_00042101

# Ocean Tomo Patent Rating



*Memory Module*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                    NL-MIC-203_00042102

# Netlist: Fundamental IP in DIMMs

> **Netlist's seminal patent covering the distributed buffer architecture is unavoidable and THE fundamental patent in LRDIMM and Hybrid memory**

- DDR4 distributed buffer architecture adopted by JEDEC is a copy of Netlist's HCDIMM topology

**Distributed Buffer Concept : Aligned to DDR4 LRDIMM Imperatives**




- Netlist's distributed buffer architecture is a seminal patent (8,516,185)
  - Survived 2 IPRs from SanDisk and reads on DDR3 and DDR4 LRDIMM and memory channel storage products

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042103

# Portfolio Comparison:  Netlist v. Diablo

## LRDIMM / Memory Channel

|  | Patents | Earliest Priority | Patents Asserted | Survived Reexam/IPR | Seminal or High Value |
|---|---|---|---|---|---|
| Netlist | 43 | 2004 | 8 | 2 | 7 |
| Diablo | 3* | 2008 | 0 | 0 | 0 |

*Netlist is licensed to these Diablo patents

## Hybrid Memory

|  | Patents | Earliest Priority | Patents Asserted | Survived Reexam/IPR | Seminal or High Value |
|---|---|---|---|---|---|
| Netlist | 8 | 2007 | 3 | 2 | 6 |
| Diablo | 2 | 2011 | 0 | 0 | 0 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    NL-MIC-203_00042104

# Hybrid Memory Portfolio Comparison



**Hybrid Memory Issued Patents**

CONFIDENTIAL - ATTORNEYS' EYES ONLY    NL-MIC-203_00042105

# Patent Portfolio Highlights

## Largest Collection of Battle Tested LRDIMM, NVMe, Hybrid Memory and Memory Channel Storage Patents

| Classification | LRDIMM | Alpha Score* | Hybrid | Alpha Score* |
|---|---|---|---|---|
| SEMINAL | 7,532,537 (Load Reduction, Rank Multiplication) | 90 | 8,301,833 (Clock Throttling) | 86 |
| | 8,516,185 (Distributed Buffer Architecture) | 92 | 8,516,187 (Data Segmentation) | 82 |
| HIGH VALUE | 8,417,870 | 90 | 8,671,243 | 83 |
| | 8,756,364 | 87 | 8,874,831 | 73 |
| | 8,516,188 | 84 | 8,904,099 | NR |
| | 7,619,912 | 84 | 8,880,791 | NR |
| | 7,636,274 | 81 | | |
| PROMISING | 7,916,574 | 80 | 8,677,060 | NR |
| | 7,864,627 | 77 | 8,904,098 | NR |
| | 7,881,150 | 76 | | |
| | 8,081,536 | 70 | | |

*Patents rated by OPus on a 100-Point Scale (Alpha Score):

| | |
|---|---|
| 90+ | Rare |
| 75+ | Compelling |

CONFIDENTIAL - ATTORNEYS' EYES ONLY          NL-MIC-203_00042106

# Seminal LRDIMM Patent: 7,532,537

| U.S. Pat. No. | 7,532,537 |
|---|---|
| Filing Date | Jan 19, 2006 |
| Earliest Priority | Mar 5, 2004 |
| Issue Date | May 12, 2009 |
| Alpha Score | **RARE (90.12)** |

- Survived multi-year Reexam from Inphi (on appeal at CAFC)
- Covers DDR3 & DDR4 LRDIMM
- Asserted against Inphi

## Claims Generally Require a DIMM with:

- **DDR DRAM**
- **Buffers**
- Load Reduction
- Rank Multiplication (using chip select signals)



Netlist, Inc. Confidential

23

# Seminal LRDIMM Patent: 8,516,185

| U.S. Pat. No. | 8,516,185 |
|---|---|
| Filing Date | April 15, 2010 |
| Earliest Priority | July 16, 2009 |
| Issue Date | Aug 20, 2013 |
| Alpha Score | **RARE (91.68)** |

- Survived Two IPR Requests from SanDisk and Smart Modular
- Covers DDR3 & DDR4 LRDIMM
- Asserted against ULLtraDIMM

## Claims Generally Require a DIMM with:

- Buffered Groups of Memory Devices (e.g., DRAM, Flash)
- Control Circuit
- Load Reduction



'185 FIG. 3C

Netlist, Inc. Confidential

24

NL-MIC-203_00042108

# Documented Coverage of LRDIMM DDR3 & DDR4





Netlist, Inc. Confidential

25

# LR in Memory Package: 8,756,364

| U.S. Pat. No. | 8,756,364 |
|---|---|
| Filing Date | November 1, 2011 |
| Earliest Priority | March 5, 2004 |
| Issue Date | June 17, 2014 |
| Alpha Score | Compelling (87.16) |

**Multi-Rank Memory Module with Load Reduction:**
- Memory Devices in Ranks
- Logic to enable data communication with load reduction
- Enabling based on latency values



'364 FIG. 6D



'364 FIG. 1A

- Covers load reduction implemented on the module or within the memory package

Netlist, Inc. Confidential

26

NL-MIC-203_00042110

# LR in Memory Package:  8,516,188

| U.S. Pat. No. | 8,516,188 |
|---|---|
| Filing Date | November 1, 2011 |
| Earliest Priority | March 5, 2004 |
| Issue Date | August 20, 2013 |
| Alpha Score | **Compelling (84.46)** |

### A Load Reduction Circuit:
- Selective coupling of two sets of DQ and DQS lines to data bus
- Data signal merging in response to multiple commands
- Supports Frequency multiplication



'188 FIG. 7



'188 FIG. 5C

> - Covers load reduction implemented on the module or within the memory package

Netlist, Inc. Confidential

27

# LR in Memory Package: 13/971,231

| U.S. Pat. No. | 13/971,231 |
|---|---|
| Filing Date | August 20, 2013 |
| Earliest Priority | March 5, 2004 |
| Issue Date | To be issued May 2015 |
| Alpha Score | N/A |

**Load Reduction:**
- Selective coupling of two memory devices to the memory bus according to memory commands
- Allows data interleaving



'231 FIG. 5A



'231 FIG. 5C

- Covers load reduction implemented on the module or within the memory package

Netlist, Inc. Confidential

28

# TSV: 8,787,060

| U.S. Pat. No. | 8,787,060 |
|---|---|
| Filing Date | November 3, 2011 |
| Earliest Priority | November 2, 2010 |
| Issue Date | July 22, 2014 |
| Alpha Score | Promising (69.87) |

**Claims Load Reduction TSV Packages and memory module having:**

- Buffered DRAM Stacks with Load Reduction
- Enhanced Register
- Control Die with Driver Optimization
- Grouping the DRAM dies for noise reduction



'060 FIG. 8

Netlist, Inc. Confidential

29

# Seminal Hybrid Patent: 8,516,187

| U.S. Pat. No. | 8,516,187 |
|---|---|
| Filing Date | June 28, 2012 |
| Earliest Priority | June 1, 2007 |
| Issue Date | Aug 20, 2013 |
| Alpha Score | **Compelling (81.85)** |

- Survived Two IPR Requests from SanDisk and Smart Modular
- Asserted against ULLtraDIMM

## Claims Generally Require a DIMM with:

- DRAM and FLASH
- First Mode: DRAM communicates full data words to/from Host
- Second Mode: DRAM transfers data to FLASH via a buffer in segments smaller than a full data word

**First Mode – Normal Operation**



**Second Mode – Back-up Operation**





Netlist, Inc. Confidential    30

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Seminal Hybrid Patent:  8,301,833

| U.S. Pat. No. | 8,301,833 |
|---|---|
| Filing Date | Sep 29, 2008 |
| Earliest Priority | June 1, 2007 |
| Issue Date | Oct 30, 2012 |
| Alpha Score | **Compelling (86.03)** |

- Survived Two IPR Requests from SanDisk and Smart Modular
- Asserted against ULLtraDIMM

## Claims Generally Require a DIMM with:

- DRAM and FLASH
- First Mode:  DRAM operates at a first frequency during normal operation
- Second Mode:  DRAM operates at a second, lower frequency during data transfers to/from FLASH







CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042115

# Example Hybrid Claim Analysis: 8,301,833

1. A method for controlling a memory system operatively coupled to a host system, the memory system including a volatile memory subsystem and a non-volatile memory subsystem, the method comprising:

operating the volatile memory subsystem at a first clock frequency when the memory system is in a **first mode** of operation in which data is communicated between the volatile memory subsystem and the host system;

operating the non-volatile memory subsystem at a second clock frequency when the memory system is in a **second mode** of operation in which data is communicated between the volatile memory subsystem and the non-volatile memory subsystem; and

operating the volatile memory subsystem at a third clock frequency when the memory system is in the second mode of operation, the **third clock frequency being less than the first clock frequency**.







CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      NL-MIC-203_00042116

# NVMe: 8,301,833



## Claims Generally Require a DIMM with:
- Volatile and Non-Volatile memory
- First Mode: Volatile operates at a first frequency during normal operation
- Second Mode: Volatile operates at a second, lower frequency while data is transferred to/from Non-Volatile memory

## DDR4 Standard enables operating Volatile memory at a second, lower frequency:

*"**2.1.4 Dual Frequency Support**
The DDR4DB01 supports operation at a second, i.e. **lower than nominal, frequency** as a means to save RCD/DB and **DRAM** power when the memory bandwidth demand allows."*
Source: DDR4 Data Buffer, July 2013, p.8

*"**2.8 Dual Frequency Support**
The DDR4 register supports operation at a second, i.e. **lower than nominal, frequency** as a means to save buffer and **DRAM** power when the memory bandwidth demand allows."*
Source: DDR4 Register, July 2013, p.35

CONFIDENTIAL - ATTORNEYS' EYES ONLY    NL-MIC-203_00042117

# NVMe: Hybrid Memory Patent Family



Architecture mapping of Netlist Hybrid Memory to NVMe architecture as illustrated by block diagram of EMC's first use of NVMe standard.

*Source: NVM Express: Optimized Interface for PCI Express, Intel IDF13, pp-50-51*

## Earliest Patent Priority in Industry (2007)

The Memory Storage Company™

Netlist, Inc. Confidential    34

# Patent Portfolio Summary

| Category | Technology | US Issued | US Pending | Foreign Granted | Foreign Pending |
|---|---|---|---|---|---|
| LRDIMM | Rank multiplication & load reduction | 14 | 1 | | |
| | Distributed buffer architecture | 2 | 1 | 2 | 6 |
| Hybrid Memory | Architectures | 6 | 6 | | 3 |
| | Key Features | 2 | 7 | | |
| Performance | DDR performance | | 2 | | |
| | Interoperability | | 1 | | |
| | Handshaking | 1 | 1 | | |
| | Load isolation in 3DS | 1 | 1 | | |
| | Mode refresh | 2 | | | |
| | Module self-test | 3 | 1 | | |
| | Load isolation noise reduction | 2 | 1 | | |
| High Density | High density modules | 4 | | | |
| | Stacked substrates | 5 | 1 | | |
| | High density with Flex | 4 | 1 | | |
| | High density 3R | | 1 | | |
| Thermal | Heat spreader in high density modules | 3 | | | |
| | Heat dissipation in high density modules | 2 | | | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042119

# LRDIMM Portfolio

| Alpha Score | Title | US Pat No. | In Suit? | Reexam or IPR | Ref. Count | Fwd. Cites | Highlights |
|---|---|---|---|---|---|---|---|
| 91.68 | System and method utilizing distributed byte-wise buffers on a memory module | 8,516,185 | Y | Y | 296 | 4 | - *Survived two IPR petitions from SanDisk and Smart Modular with NO claims reviewed*<br>- Covers fundamental distributed buffer architecture used at DDR3 & DDR4<br>- Asserted against ULLtraDIMM |
| 90.4 | System and method of increasing addressable memory space on a memory board | 8,417,870 | | | 296 | 2 | - Parent patent of '185 |
| 90.12 | Memory module with a circuit providing load isolation and memory domain translation | 7,532,537 | Y | Y | 66 | 86 | - *Survived multi-year Reexamination with all 60 claims confirmed by PTAB; on appeal at CAFC*<br>- Fundamental DDR3 and DDR4 LRDIMM |
| 87.16 | Multirank DDR memory module with load reduction | 8,756,364 | | | 491 | 1 | - Fundamental DDR3 and DDR4 LRDIMM<br>- All reexamination art considered |
| 84.46 | Circuit for memory module | 8,516,188 | | | 417 | 2 | - Fundamental DDR3 and DDR4 LRDIMM<br>- All reexamination art considered |
| 84.34 | Memory module decoder | 7,619,912 | Y | Y | 236 | 75 | - *Faring well in multi-year Reexamination with 90+ claims allowed by examiner*<br>- Currently on appeal at PTAB |
| 81.14 | Memory module with a circuit providing load isolation and memory domain translation | 7,636,274 | Y | Y | 236 | 23 | In Reexamination pursuing claims covering DDR3 and DDR4 LRDIMM |
| 80.89 | High-density memory module utilizing low-density memory components | 7,286,436 | | | 28 | 77 | - Earliest patent in LR/RM family |
| 80.04 | Circuit providing load isolation and memory domain translation for memory module | 7,916,574 | | | 291 | 7 | - Fundamental DDR3 and DDR4 LRDIMM<br>- All reexamination art considered |
| 77.28 | Memory module decoder | 7,289,386 | Y | Y | 41 | 88 | - Asserted against Google<br>- Broad claims in multi-year Reexamination |
| 76.9 | Memory module decoder | 7,864,627 | | Y | 284 | 16 | - Broad claims in multi-year Reexamination |
| 75.73 | Circuit providing load isolation and memory domain translation for memory module | 7,881,150 | Y | | 284 | 16 | - Asserted against ULLtraDIMM<br>- Currently under IPR review |
| 70.19 | Circuit for memory module | 8,081,536 | Y | | 318 | 3 | - Asserted against ULLtraDIMM<br>- Currently under IPR review |
| 65.93 | Circuit for providing chip-select signals to a plurality of ranks of a DDR memory module | 8,081,535 | | | 321 | 2 | - Fundamental DDR3 and DDR4 LRDIMM<br>- All reexamination art considered |
| 64.94 | Circuit for providing chip-select signals to a plurality of ranks of a DDR memory module | 8,081,537 | | | 315 | 2 | - Fundamental DDR3 and DDR4 LRDIMM<br>- All reexamination art considered |
| 63.48 | Circuit providing load isolation and memory domain translation for memory module | 8,072,837 | | | 312 | 2 | - Fundamental DDR3 and DDR4 LRDIMM<br>- All reexamination art considered |

CONFIDENTIAL - ATTORNEYS' EYES ONLY    NL-MIC-203_00042120

# Hybrid Memory Portfolio

| Alpha Score | Title | US Pat No. | In Suit? | Reexa mor IPR | Ref. Count | Fwd. Cites | Highlights |
|---|---|---|---|---|---|---|---|
| 86.03 | Non-volatile memory module | 8,301,833 | Y | Y | 14 | 10 | - *Survived two IPR petitions from SanDisk and Smart Modular with NO claims reviewed*<br>- Covers fundamental architectural elements of hybrid memory DIMMs<br>- Asserted against ULLtraDIMM |
| 83.3 | Isolation switching for backup memory | 8,671,243 | | | 40 | 5 | - Covers fundamental architectural elements of hybrid memory DIMMs |
| 81.85 | Data transfer scheme for non-volatile memory module | 8,516,187 | Y | Y | 23 | 7 | - *Survived two IPR petitions from SanDisk and Smart Modular with NO claims reviewed*<br>- Covers fundamental architectural elements of hybrid memory DIMMs<br>- Asserted against ULLtraDIMM |
| 73.09 | Flash-DRAM hybrid memory module | 8,874,831 | | | | 0 | - Covers fundamental architectural elements of hybrid memory DIMMs, particularly NVDIMM-P |
| * | Isolation switching for backup of registered memory | 8,677,060 | | | * | * | - Covers fundamental architectural elements of hybrid memory DIMMs |
| * | Isolation switching for backup memory | 8,904,099 | | | * | * | - Covers fundamental architectural elements of hybrid memory DIMMs |
| * | Isolation switching for backup of registered memory | 8,880,791 | | | * | * | - Covers fundamental architectural elements of hybrid memory DIMMs |
| * | Redundant backup using non-volatile memory | 8,904,098 | | | * | * | - Covers fundamental architectural elements of hybrid memory DIMMs |

*Patent not yet analyzed

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# DIMM Technologies Portfolio

| Alpha Score | Title | US Pat No. | In Suit? | Reexam or IPR | Ref. Count | Fwd. Cites | Highlights |
|---|---|---|---|---|---|---|---|
| 90.07 | Systems and methods for refreshing a memory module | 8264903 | | | 2 | 5 | |
| 88.98 | Arrangement of integrated circuits in a memory module | 6751113 | | | 42 | 163 | |
| 86.9 | High density memory module using stacked printed circuit boards | 7254036 | | | 26 | 70 | |
| 84.87 | Circuit providing load isolation and noise reduction | 8782350 | | | 308 | 1 | |
| 83.35 | Memory board with self-testing capability | 8001434 | Y | Y | 85 | 10 | - Asserted against ULLtraDIMM<br>- Under IPR review |
| 82.64 | Memory board with self-testing capability | 8359501 | Y | Y | 89 | 3 | - Asserted against ULLtraDIMM<br>- Under IPR review |
| 82.53 | Heat dissipation for electronic modules | 8705239 | | | 183 | 2 | |
| 79.54 | Memory module having thermal conduits | 8488325 | | | 138 | 2 | |
| 73.05 | Module having at least two surfaces and at least one thermally conductive layer therebetween | 8345427 | | | 138 | 1 | |
| 71.76 | High density module having at least two substrates and at least one thermally conductive layer therebetween | 7630202 | | | 131 | 12 | |
| 70.54 | Electronic module with flexible portion | 8864500 | | | 148 | 0 | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Table of Contents

1. Executive Summary
2. Business and Legal Update
3. Intellectual Property
4. Technical Team and Core Technologies
5. HVDIMM Technology
6. Partnership Opportunity for Micron

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              NL-MIC-203_00042123

# Engineering Capabilities



CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042124

# Netlist Key Technologies and Products



CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042125

# Table of Contents

1.  Executive Summary
2.  Business and Legal Update
3.  Intellectual Property
4.  Technical Team and Core Technologies
5.  HVDIMM Technology
6.  Partnership Opportunity for Micron

The Memory Storage Company™

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042126

# What is HVDIMM

- On-module coprocessor performs dynamic error-correction, data recovery and data reconstruction – RAID 3 storage
- Data transfer to/from System via the memory channel
- All asynchronous communication via I2C bus – ex. Performance monitor



CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        NL-MIC-203_00042127

# HyperVault Technology

- **TBM (Temporary Buffer Memory)**
  - Minimizes HV-Flash write (all intermediate writes to HV-TBM)
  - Serves as Data Cache to HV-DRAM (Main Memory)
  - Serves as Flow Rate Control Buffer



CONFIDENTIAL - ATTORNEYS' EYES ONLY          NL-MIC-203_00042128

# HyperVault Technology

- **Persistent Main Memory**
  - NV operation on HV-TBM, and HV-DRAM
- **RDMA (Remote DMA) operation via MMIO between HV-TBM and HV-Flash**
  - Data transfer between HV-TBM and HV-Flash in background operation



CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042129

# Netlist Interceptor System Software
## <u>No</u> BIOS Modification Required

- HVDIMM Driver send memory Read/Write access requests to Memory Controller (MC). All Memory (DRAM and Flash) access to/from HVDIMM is fully controlled by MC (by executing the memory access request from HVDIMM Driver).
- HVDIMM Controller monitors and address and control signal from MC to dynamically support different operations.
- HVDIMM Driver modifies the E820 system address space based on the HVDIMM SPD to be able to control the data transfer between the system address space and the HVDIMM address space.



HVDIMM Main Memory supports full LRDIMM specification including timing, read/write address interleaving, rank/channel interleaving, and CAS read/write latency.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    NL-MIC-203_00042130

# HyperVault Software Hierarchy



CONFIDENTIAL - ATTORNEYS' EYES ONLY    NL-MIC-203_00042131

# Netlist HV-DIMM Technical Capabilities

| | | |
|---|---|---|
| **Storage system I/F** | Supplier to a number of storage manufactures | |
| **Memory Sub system Design** | Proven history with HCDIMM (No BIOS changes) and NVDIMM | |
| **Patent development** | Multiple Memory subsystem patent | |
| **ASIC development** | Work with ASIC design house | |
| **IO – Phy development** | | |
| **Component testing in system** | Extensive experience in FAE analysis on passive and active components, AMB, Registers, DRAM, and DIMM behavior in the system environment | |
| **System bring up** | Proven history with HC-DIMM (non JEDEC DIMM with JEDEC interface) and NV-DIMM | |
| **Software/Firmware** | SW engineers with driver and firmware experiences | |
| **Co-processor IP** | Some experiences with FPGA embed processor | |
| **Product manufacture** | SZ factory | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042132

# HV-MCP Mobile

- **Mobile Memory Subsystem**
  - High-end memory system with low density DRAM
  - Cost and power reduction technology
  - Direct DRAM-Flash (Device-Storage) interface
  - Eliminates AP-Flash (Device-Storage) interface



CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042133

# HVDIMM POC Detail Block Diagram



CONFIDENTIAL - ATTORNEYS' EYES ONLY

# HVDIMM POC PCB Placement (Top Side)



CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042135

# HVDIMM POC PCB Placement (Bottom Side)



Netlist, Inc. Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042136

# HVDIMM POC Project Schedule

| HVDIMM PCB design Schedule | 106 days | 2/2/2015 | 6/29/2015 |
|---|---|---|---|
| Schematic design and entry in Orcad CSI by Cadence | 89 days | 2/2/2015 8:00 | 6/4/2015 17:00 |
| Part list and Netlist creation | 5 days | 2/2/2015 8:00 | 2/6/2015 17:00 |
| Part placement on PCB (Allegro PCB designer by Cadence | 22 days | 3/16/2015 8:00 | 4/14/2015 17:00 |
| Pre route simulation and constraint creation | 5 days | 4/15/2015 8:00 | 4/21/2015 17:00 |
| Routing of all signals on PC | 10 days | 4/22/2015 8:00 | 5/5/2015 17:00 |
| Post route simulation | 5 days | 5/6/2015 8:00 | 5/12/2015 17:00 |
| PCB design review for fab. | 1 day | 5/13/2015 8:00 | 5/13/2015 17:00 |
| Gerber file generation | 1 day | 5/13/2015 8:00 | 5/13/2015 17:00 |
| PCB fab (in China) | 15 days | 5/14/2015 8:00 | 6/3/2015 17:00 |
| PCB receive (in China) | 1 day | 6/4/2015 8:00 | 6/4/2015 17:00 |
| Module assembly | 17 days | 6/5/2015 8:00 | 6/29/2015 17:00 |
| 2 Module without FPG | 2 days | 6/5/2015 8:00 | 6/8/2015 17:00 |
| 5 with FPG | 2 days | 6/5/2015 8:00 | 6/8/2015 17:00 |
| Ship to Irvine | 5 days | 6/9/2015 8:00 | 6/15/2015 17:00 |
| First power up HVDIMM as RDIMM (DRAM only) | 5 days | 6/16/2015 8:00 | 6/22/2015 17:00 |
| Load FPGA code and test other HVDIMM functions | 5 days | 6/23/2015 8:00 | 6/29/2015 17:00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042137

# NVDIMM Roadmap



CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042138

# HV Server – Engineering Budget

| | YR | | | | | | | 2014 | | | | | 2015 | | | | | | | | 2016 | | | | | | | | 2017 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Label | 2014 | | | | | | 2015 | | | | | | | | 2016 | | | | | | | | 2017 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **QTR** | Q2 | | Q3 | | Q4 | | Q1 | | Q2 | | Q3 | | Q4 | | Q1 | | Q2 | | Q3 | | Q4 | | Q1 | | Q2 | |
| **Type** | S | H | S | H | S | H | S | H | S | H | S | H | S | H | S | H | S | H | S | H | S | H | S | H | S | H |
| **Staff** | 2 | 2 | 2 | 3 | 3 | 5 | 3 | 5 | 4 | 5 | 4 | 5 | 3 | 4 | 2 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| **Server ($K)** | 164 | | 266 | | 410 | | 400 | | 450 | | 450 | | 350 | | 150 | | 100 | | 50 | | 50 | | 50 | | 50 | |
| **Total ($M) per Year** | 1.0 | | | | | | 1.65 | | | | | | | | .350 | | | | | | | | .100 | | | |

Not included: ASIC and Tool Cost: $5.0M

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042139

# Table of Contents

1. Executive Summary
2. Business and Legal Update
3. Intellectual Property
4. Technical Team and Core Technologies
5. HVDIMM Technology
6. Partnership Opportunity for Micron

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042140

# NVDIMM Partnership Model
## Joint Development





CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Proposed Strategic Partnership
## Joint Development (excluding mobile and LRDIMM)

| | Netlist | Micron | |
|---|---|---|---|
| **Technology investment in HV and NV** | ✓ | | |
| **NRE for HV development** | | | |
| **+ exclusivity** | | ✓ | Period TBD |
| **Development Costs:** | | | |
| • Chipset | ✓✓ | | |
| • Module | ✓ | ✓ | |
| • Software/Firmware | ✓ | ✓ | |
| **Equity Investment:** | | | |
| • Convertible debt | | ✓ | |
| **Sales:** | | | |
| • Chipsets | ✓✓ | | |
| • Modules | ✓ | ✓ | |
| | | | |
| **Royalty payable on** | | | |
| • sales of HV Modules | ✓ | ✓ | |
| • sales of NV Modules | ✓ | ✓ | |

Netlist, Inc. Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042142

# Proposed Strategic Partnership
Technology and IP Collaboration

|  | Netlist | Micron |  |
|---|---|---|---|
| Technology Collaboration |  |  |  |
| • HyperVault | ✓ |  |  |
| • NVDIMM | ✓ |  |  |
| Intellectual Property |  |  |  |
| • All Netlist Patents |  |  |  |
| • LRDIMM | ✓ |  |  |
| • Hybrid Memory | ✓ |  |  |
| Payments |  |  |  |
| • Option A |  | ✓ | $$ Upfront/ongoing: 10-year term |
| • Option B |  | ✓ | $ Upfront/ongoing: 5-year term |
| Investment |  |  |  |
| • Convertible Debt |  | ✓ |  |
| Cross Covenant Not to Sue | ✓ | ✓ |  |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Proposed Strategic Partnership
## Technology and IP Collaboration

|  | Netlist | Partner |  |
|---|---|---|---|
| Technology Collaboration |  |  |  |
| - HyperVault | ✓ |  |  |
| - NVDIMM | ✓ |  |  |
| Intellectual Property |  |  |  |
| - All Netlist Patents |  |  |  |
|  - *LRDIMM* | ✓ |  |  |
|   - *Hybrid memory* | ✓ |  |  |
| Payments |  |  |  |
| - *Option A* |  | ✓ | $$ Upfront/ongoing -- 10 year term |
| - *Option B* |  | ✓ | $ Upfront/ongoing -- 5 year term |
| Investment |  |  |  |
| - *Convertible Debt* |  | ✓ |  |
| Cross Covenant Not to Sue | ✓ | ✓ |  |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042144

# Appendix



CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042145

# Management Organization



CONFIDENTIAL - ATTORNEYS' EYES ONLY

NL-MIC-203_00042146

# Example Hybrid Claim Analysis: 8,301,833







CONFIDENTIAL - ATTORNEYS' EYES ONLY