# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., )<br><br>Plaintiff, )<br><br>vs. )<br><br>SAMSUNG ELECTRONICS CO., LTD, ET )<br>AL., )<br><br>Defendants. ) | Case No. 2:22-cv-293-JRG (Lead Case)<br><br>JURY TRIAL DEMANDED<br><br>██████████ |
| NETLIST, INC., )<br><br>Plaintiff, )<br><br>vs. )<br><br>MICRON TECHNOLOGY, INC.; MICRON )<br>SEMICONDUCTOR PRODUCTS, INC.; )<br>MICRON TECHNOLOGY TEXAS LLC, )<br><br>Defendants. ) | Case No. 2:22-cv-294-JRG<br><br>JURY TRIAL DEMANDED<br><br>██████████ |

## ORDER

The Court, having considered the briefing on Micron's Motion for Summary Judgment on Pre-Suit Damages and exhibits attached thereto, hereby **GRANTS** Defendants' Motion.

**IT IS SO ORDERED.**