# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD, ET AL., <br><br> Defendants. | Case No. 2:22-cv-293-JRG (Lead Case) <br><br> JURY TRIAL DEMANDED |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

The Court, having considered the briefing on Defendants' Motion for Summary Judgment on Micron's Affirmative Defenses (Dkt. 366), hereby orders:

(1) Netlist's Motion on (i) Prosecution History Estoppel (Affirmative Defense No. 4); (ii) Waiver and Estoppel (Affirmative Defense No. 5); (iii) Statute of Limitations (Affirmative Defense No. 7); (iv) Inequitable Conduct or Unclean Hands (Affirmative Defense No. 16); and (v) 28 U.S.C. § 1498 (Affirmative Defense No. 17) is **MOOT**; and

(2) Netlist's Motion on (i) License and Covenant Not to Sue (Affirmative Defense No. 6); (ii) Exhaustion (Affirmative Defense No. 13); and (iii) Prosecution Laches (Affirmative Defense No. 16) is **DENIED**.

IT IS SO ORDERED.