# Exhibit C



# reliable  1 of 2  *adjective*

re·li·able  ri-ˈlī-ə-bəl ◀))

*Synonyms of reliable* ›

**1**  : suitable or fit to be relied on : **DEPENDABLE**

**2**  : giving the same result on successive trials

- **reliableness** *noun*
- **reliably**  ri-ˈlī-ə-blē ◀))  *adverb*

# reliable  2 of 2  *noun*

: one that is reliable