# Exhibit D



# bias  1 of 4  noun

bi·as  ˈbī-əs 🔊

Synonyms of *bias* >

1 **a** : an inclination of temperament or outlook

   *especially* : a personal and sometimes unreasoned judgment : **PREJUDICE**

   **b** : an instance of such prejudice

   **c** : **BENT**, **TENDENCY**

   **d** (1) : deviation of the expected value of a statistical estimate from the quantity it estimates

   (2) : systematic error introduced into sampling or testing by selecting or encouraging one outcome or answer over others

2 : a line diagonal to the grain of a fabric

   *especially* : a line at a 45 degree angle to the selvage often utilized in the cutting of garments for smoother fit

3 **a** : a peculiarity in the shape of a bowl that causes it to swerve when rolled on the green in lawn bowling

   **b** : the tendency of a bowl to swerve

   *also* : the impulse causing this tendency



## bias  2 of 4  verb

**biased** *or* **biassed; biasing** *or* **biassing**

*transitive verb*

1 : to give a settled and often prejudiced outlook to

> his background *biases* him against foreigners

2 : to apply a slight negative or positive voltage to (something, such as a transistor)

## bias  3 of 4  adjective

: DIAGONAL, SLANTING → used chiefly of fabrics and their cut

**biasness** *noun*

## bias  4 of 4  adverb

1 : DIAGONALLY

> cut cloth *bias*

2  **obsolete** : AWRY

### Phrases

**on the bias**

1 : diagonally to the grain of a fabric

> cut the cloth *on the bias*
>
> sleeves cut *on the bias*