# Exhibit H

███████████████████

```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE EASTERN DISTRICT OF TEXAS
                              MARSHALL DIVISION

NETLIST, INC.,                    ( CAUSE NO. 2:21-CV-463-JRG
                                  )
         Plaintiff,               (
                                  )
vs.                               (
                                  )
SAMSUNG ELECTRONICS CO., LTD.,    (
et al.,                           ) MARSHALL, TEXAS
                                  ( APRIL 18, 2023
         Defendants.              ) 8:30 A.M.
_____


                                VOLUME 3


_____

                          TRIAL ON THE MERITS

                BEFORE THE HONORABLE RODNEY GILSTRAP
                UNITED STATES CHIEF DISTRICT JUDGE
                             and a jury
_____








                      SHAWN McROBERTS, RMR, CRR
                        100 E. HOUSTON STREET
                       MARSHALL, TEXAS  75670
                          (903) 923-8546
                   shawn_mcroberts@txed.uscourts.gov
```

1  $8 million. Right?
2  A. Yes.
3  Q. And there's also the SK hynix agreement. You're familiar
4  with that one. Right?
5  A. Yes.
6  Q. JDLA was done in 2015. Is that right?
7  A. Yes.
8  Q. And SK hynix, that agreement was done in 2021. Right?
9  A. Yes.
10 Q. And the SK hynix agreement licensed all of Netlist's
11 patents to SK hynix. Right?
12 A. Yes. That was part of the agreement.
13 Q. And in 2021, that was about 120 patents. Right?
14 A. Yes.
15 Q. Okay. And Samsung and SK hynix are competitors. I think
16 you testified about that. Right?
17 A. Yes.
18 Q. They both sell DDR4 products. Right?
19 A. Yes.
20 Q. Both Samsung and hynix sell DDR5 products. Right?
21 A. Yes.
22 Q. SK hynix and Samsung sell HBM products. Right?
23 A. Correct.
24 Q. Those are all the products that are at issue in this
25 case. Right?

861

THE COURT: All right. Let me see Mr. Cordell, Mr. McKeon, and Ms. Smith, together with Mr. Sheasby, Mr. Burgess, and Ms. Truelove in chambers.

Otherwise, we stand in recess until tomorrow morning.

(The proceedings were concluded at 5:30 p.m.)