# Exhibit 8

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                         MARSHALL DIVISION

 3   NETLIST, INC.,                (  CAUSE NO. 2:21-CV-463-JRG
                                   )
 4           Plaintiff,            (
                                   )
 5   vs.                           (
                                   )
 6   SAMSUNG ELECTRONICS CO., LTD., (
     et al.,                       )  MARSHALL, TEXAS
 7                                 (  APRIL 18, 2023
             Defendants.           )  8:30 A.M.
 8   _____

 9

10

11                           VOLUME 3

12

13   _____

14                     TRIAL ON THE MERITS

15           BEFORE THE HONORABLE RODNEY GILSTRAP
                UNITED STATES CHIEF DISTRICT JUDGE
16                         and a jury
     _____

17

18

19

20

21

22              SHAWN McROBERTS, RMR, CRR
                   100 E. HOUSTON STREET
23              MARSHALL, TEXAS  75670
                     (903) 923-8546
24          shawn_mcroberts@txed.uscourts.gov

25
```

```
 1                    A P P E A R A N C E S

 2       FOR THE PLAINTIFF:    IRELL & MANELLA, LLP -
                               LOS ANGELES
 3                             1800 AVENUE OF THE STARS
                               SUITE 900
 4                             LOS ANGELES, CA 90067-4276
                               (310) 203-7096
 5                             BY:  MR. JASON SHEASBY
                                    MS. LISA GLASSER
 6                                  MR. BEN MANZIN-MONNIN

 7                             McKOOL SMITH, P.C. - MARSHALL
                               104 E. HOUSTON ST., SUITE 300
 8                             MARSHALL, TEXAS  75670
                               (903) 923-9000
 9                             BY:  MR. SAM BAXTER
                                    MS. JENNIFER TRUELOVE
10                                  MR. KEVIN BURGESS

11       FOR THE DEFENDANTS:   FISH & RICHARDSON, PC -
                               WASHINGTON DC
12                             1000 MAINE AVE. SW, SUITE 1000
                               WASHINGTON, D.C.  20024
13                             (202) 783-5070
                               BY:  MR. RUFFIN CORDELL
14                                  MR. MICHAEL McKEON

15                             GILLAM & SMITH, LLP
                               303 SOUTH WASHINGTON AVENUE
16                             MARSHALL, TEXAS  75670
                               (903) 934-8450
17                             BY:  MS. MELISSA SMITH

18       OFFICIAL REPORTER:    SHAWN M. McROBERTS, RMR, CRR
                               100 E. HOUSTON STREET
19                             MARSHALL, TEXAS  75670
                               (903) 923-8546

20

21

22

23

24

25
```

# INDEX

**EXAMINATION**

| Witness Name | Page |
|---|---|
| MICHAEL BROGIOLI, PH.D. | |
|     Cross By MR. CORDELL | 589 |
|     Redirect By MR. BURGESS | 613 |
|     Recross By MR. CORDELL | 625 |
| INDONG KIM | |
|     BY DEPOSITION | 634 |
| JIHWAN KIM | |
|     BY DEPOSITION | 638 |
| HYUN-JOONG KIM | |
|     BY DEPOSITION | 643 |
| BRUCE LO | |
|     BY DEPOSITION | 647 |
| GARRETT DAVEY | |
|     BY DEPOSITION | 651 |
| HUN-JOO LEE | |
|     BY DEPOSITION | 655 |
| SUNG JOO PARK | |
|     BY DEPOSITION | 662 |
| ANSON TSUI | |
|     BY DEPOSITION | 664 |
| DAVID KENNEDY | |
|     Direct By MS. GLASSER | 668 |
|     Cross By MR. CORDELL | 705 |
|     Redirect By MS. GLASSER | 765 |
| JOSEPH CALANDRA | |
|     Direct By MS. SMITH | 786 |
|     Cross By MS. GLASSER | 815 |
| HYUN KEN LEE | |
|     BY DEPOSITION | 843 |
| MARIO JESUS MARTINEZ | |
|     BY DEPOSITION | 851 |
| HYUN JOONG "JOHNNY" KIM | |
|     BY DEPOSITION | 854 |

1          THE COURT:  Be seated, please.

2       Are the parties prepared to read into the record those

3    items from the list of pre-admitted exhibits used during yet

4    yesterday's portion of the trial?

5          MS. TRUELOVE:  We are, Your Honor.

6          THE COURT:  Please proceed.

7          MS. TRUELOVE:  The exhibits that Plaintiff Netlist

8    used yesterday during trial are the following JTX exhibits:

9    007, 008, 009, 0011, 0012, 0013, 0014, 0015, 0016, 0026, 0028,

10   0031, 0037, 0038, 0046, 0060, 0061, 0063, 0065, 0066, 0067,

11   0068, and 0020.

12      We also used PX 932 and PX 636.

13         THE COURT:  All right.  Is there any objection from

14   Defendants as to that rendition from Plaintiff?

15         MS. SMITH:  No objection from Samsung, Your Honor.

16         THE COURT:  Does Samsung have additional items from

17   the list of pre-admitted exhibits to read into the record?

18         MS. SMITH:  We do, Your Honor.  Yesterday Samsung

19   used DTX 28, JTX 30, JTX 54, JTX 56, and JTX 62.

20         THE COURT:  All right.  Any objection from Netlist?

21         MS. TRUELOVE:  No objection, Your Honor.

22         THE COURT:  All right.  Thank you, counsel.

23      Doctor Brogioli, are you with us?  If you'll return to

24   the witness stand, please, sir.  I remind you, you remain

25   under oath.

1   less, more than likely somebody's just going to go somewhere

2   else.

3       So this is important for Samsung to retain its market

4   position in this product is to use the technology and not try

5   to sell a slower product.

6   Q.   So let's turn to the second category of products, those

7   DDR4 patents with respect to the '339 Patent.  Can you walk us

8   through what are the key considerations there?

9   A.   Sure.  Again, the hypothetical negotiation, both parties

10  have access to this financial information, and they would know

11  that Samsung has sold $312.1 million worth of DDR4 infringing

12  products just during the damages period.

13      And they would also know, as we heard from Doctor

14  Mangione, that without Netlist technology, the product sold

15  wouldn't be usable in this two DIMMs per channel configuration

16  and that the next best alternative would be to try to sell a

17  bigger DPC LRDIMM at a lower price.

18  Q.   Did you calculate out how much of a price difference

19  there would be if Samsung had to present its customers with

20  this alternative of the only allowing one per channel rather

21  than presenting them as they do now with the accused product?

22  A.   I did.  So I looked at the two DIMM per channel products

23  prices and compared that to without Netlist technology, a one

24  DIMM per channel but with a larger capacity, a bigger chip,

25  and that was more expensive.

1          THE COURT:  All right.  Let me see Mr. Cordell,

2    Mr. McKeon, and Ms. Smith, together with Mr. Sheasby,

3    Mr. Burgess, and Ms. Truelove in chambers.

4          Otherwise, we stand in recess until tomorrow morning.

5               (The proceedings were concluded at 5:30 p.m.)