# Exhibit 9

[redacted]

```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
                       MARSHALL DIVISION

NETLIST, INC.,                    (   CAUSE NO. 2:21-CV-463-JRG
                                  )
         Plaintiff,               (
                                  )
vs.                               (
                                  )
SAMSUNG ELECTRONICS CO., LTD.,    (
et al.,                           )   MARSHALL, TEXAS
                                  (   APRIL 19, 2023
         Defendants.              )   8:30 A.M.
_____



                            VOLUME 4



_____
                      TRIAL ON THE MERITS

             BEFORE THE HONORABLE RODNEY GILSTRAP
             UNITED STATES CHIEF DISTRICT JUDGE
                           and a jury
_____







                  SHAWN McROBERTS, RMR, CRR
                      100 E. HOUSTON STREET
                     MARSHALL, TEXAS  75670
                        (903) 923-8546
                shawn_mcroberts@txed.uscourts.gov
```

```
 1                    A P P E A R A N C E S

 2      FOR THE PLAINTIFF:    IRELL & MANELLA, LLP -
                              LOS ANGELES
 3                            1800 AVENUE OF THE STARS
                              SUITE 900
 4                            LOS ANGELES, CA 90067-4276
                              (310) 203-7096
 5                            BY:  MR. JASON SHEASBY
                                   MS. LISA GLASSER
 6                                 MR. BEN MANZIN-MONNIN

 7                            McKOOL SMITH, P.C. - MARSHALL
                              104 E. HOUSTON ST., SUITE 300
 8                            MARSHALL, TEXAS  75670
                              (903) 923-9000
 9                            BY:  MR. SAM BAXTER
                                   MS. JENNIFER TRUELOVE
10                                 MR. KEVIN BURGESS

11      FOR THE DEFENDANTS:   FISH & RICHARDSON, PC -
                              WASHINGTON DC
12                            1000 MAINE AVE. SW, SUITE 1000
                              WASHINGTON, D.C.  20024
13                            (202) 783-5070
                              BY:  MR. RUFFIN CORDELL
14                                 MR. MICHAEL McKEON

15                            FISH & RICHARDSON, P.C. -
                              DALLAS
16                            1717 MAIN STREET, SUITE 5000
                              DALLAS, TEXAS  75201
17                            (214) 747-5070
                              BY:  MR. MATTHEW COLVIN
18
                              GILLAM & SMITH, LLP
19                            303 SOUTH WASHINGTON AVENUE
                              MARSHALL, TEXAS  75670
20                            (903) 934-8450
                              BY:  MS. MELISSA SMITH
21
        OFFICIAL REPORTER:    SHAWN M. McROBERTS, RMR, CRR
22                            100 E. HOUSTON STREET
                              MARSHALL, TEXAS  75670
23                            (903) 923-8546

24

25
```

## INDEX

**EXAMINATION**

| Witness Name | Page |
|---|---|
| JOSEPH COLBY McALEXANDER | |
|   Direct By DR. ALBERT | 864 |
|   Cross By MR. SHEASBY | 937 |
|   Redirect By DR. ALBERT | 1028 |
| GABRIEL ROBINS, PH.D. | |
|   Direct By MR. COLVIN | 1040 |
|   Cross By MR. SHEASBY | 1075 |
|   Redirect By MR. COLVIN | 1117 |
| CHUN KI HONG | |
|   BY DEPOSITION | 1124 |
| HYUN KI JI | |
|   Direct By MR. CORDELL | 1134 |
|   Cross By MR. SHEASBY | 1145 |
|   Redirect By MR. CORDELL | 1153 |

```
 1              THE COURT:  Be seated, please.
 2       Are the parties prepared to read into the record those
 3   items from the list of pre-admitted exhibits used during
 4   yesterday's portion of the trial?
 5              MS. TRUELOVE:  Yes, Your Honor.
 6              THE COURT:  Please proceed.
 7              MS. TRUELOVE:  Thank you, Your Honor.
 8       Plaintiff Netlist used the following four exhibits during
 9   yesterday's presentation:  JTX 0022, JTX 0023, JTX 0027, and
10   JTX 0041.
11              THE COURT:  Any objection from Defendants?
12              MS. SMITH:  No, Your Honor.
13              THE COURT:  Do Defendants have a similar rendition
14   to read into the record?
15              MS. SMITH:  We do, Your Honor.
16              THE COURT:  Please proceed.
17              MS. SMITH:  Your Honor, Samsung used DTX 30, JTX 23,
18   JTX 48, and JTX 65.
19              THE COURT:  All right.  Any objection from Plaintiff
20   Netlist?
21              MS. TRUELOVE:  No objection, Your Honor.
22              THE COURT:  All right.  Thank you, counsel.
23       All right.  Samsung, are you prepared to go forward with
24   Mr. McAlexander as your next witness?
25              MR. CORDELL:  Yes, we are, Your Honor.
```

```
1    they do not do direct.  They do not create intellectual
2    property.  They do not create inventions, innovative products
3    like we do, and they are SMART Modular, Viking Components,
4    perhaps Virtium is a competitor.
5    Q.   Anyone else?
6    A.   I think that's all I'm aware of.
7    Q.   Okay.  And so you wouldn't consider Samsung a competitor.
8    Is that right?
9    A.   Samsung becomes a competitor when they take our high-end
10   technology and water it down into a commodity product.  And
11   when they do that, it makes it difficult for us to sell our
12   proprietary solutions.
13   Q.   And when you say they 'water it down into commodity',
14   what commodity products are you talking about?
15   A.   I think we just covered that.  Amongst the handful of
16   memory modules that we discuss, they all contain on them
17   voltage regulators, which is our invention, and DDR5 memory
18   cannot be made, you know, commercially viable.  They cannot be
19   made at all without that.
20        Now, when -- we will apply that -- we applied that on
21   NVDIMM initially.  We applied it on -- today as we build a
22   DDR5 VLP RDIMM, a very high-end product that no one else
23   offers.  When they take that technology, the voltage
24   on-DIMM -- voltage regulator on-DIMM technology, that was
25   designed in order to make those high-end products perform
```

Case 2:22-cv-00293-JRG Document 492 Filed 04/26/2024 Page 7 of 8 PageID #: 53882
Case 2:22-cv-00293-JRG Document 480 Filed 02/06/2024 Page 263 of 810 PageID #: 57655
1097

```
 1   and work properly.  When they take that design and apply it
 2   to low-end products, like the PC products, commodity, popcorn
 3   products, then they water down the value of the technology
 4   that we created.
 5        So in that sense, yeah, they're using our technology and
 6   kind of neutering it.  Then that devalues our technology.  So
 7   I will consider that competition.
 8   Q.   Who did you first approach with Samsung?
 9   A.   Did we first approach Samsung?  Well, in regards to the
10   patents licensing -- in regards to the patent license, Samsung
11   approached us first --
12   Q.   Okay.
13   A.    -- seeking a license.
14   Q.   When was that?
15   A.   I believe that was in April 2015 when Jung Bae Lee
16   visited Netlist in Irvine to seek a license.
17   Q.   For the product development side, you said you reached
18   out in 2014.  Who at Netlist reached out?
19   A.   It was myself.  We visited Samsung and met with the
20   president of the memory business unit, as well as Jung Bae
21   Lee, Hyun-Ki Ji, and a whole bunch of other executives.
22   So -- and we had a group of five or six executives that flew
23   out to Korea for the initial meetings regarding our HybriDIMM
24   product and a joint development with Samsung.
25   Q.   Now, sir, the fee that's -- there's an $8 million payment
```

1  has 31 minutes of designated trial time.
2       I will see you in the morning.  I'll be available in
3  chambers.  Continue your meet and confer efforts overnight.
4       With that, we stand in recess until tomorrow.
5            (The proceedings were concluded at 6:15 p.m.)