# Exhibit 10

███████████████████

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
                         MARSHALL DIVISION

NETLIST, INC.,                   (  CAUSE NO. 2:21-CV-463-JRG
                                 )
        Plaintiff,               (
                                 )
vs.                              (
                                 )
SAMSUNG ELECTRONICS CO., LTD.,   (
et al.,                          )  MARSHALL, TEXAS
                                 (  APRIL 21, 2023
        Defendants.              )  8:00 A.M.
_____


                            VOLUME 6



_____

                       TRIAL ON THE MERITS

              BEFORE THE HONORABLE RODNEY GILSTRAP
              UNITED STATES CHIEF DISTRICT JUDGE
                           and a jury
_____
```

SHAWN McROBERTS, RMR, CRR
100 E. HOUSTON STREET
MARSHALL, TEXAS 75670
(903) 923-8546
shawn_mcroberts@txed.uscourts.gov

Shawn M. McRoberts, RMR, CRR
Federal Official Court Reporter

```
                         A P P E A R A N C E S

     FOR THE PLAINTIFF:     IRELL & MANELLA, LLP -
                            LOS ANGELES
                            1800 AVENUE OF THE STARS
                            SUITE 900
                            LOS ANGELES, CA 90067-4276
                            (310) 203-7096
                            BY:  MR. JASON SHEASBY
                                 MS. LISA GLASSER
                                 MR. BEN MANZIN-MONNIN
                                 MR. MICHAEL TEZYAN

                            IRELL & MANELLA -
                            NEWPORT BEACH
                            840 NEWPORT CENTER DRIVE
                            SUITE 400
                            NEWPORT BEACH, CA 92660
                            (949) 760-0991
                            BY:  MR. STEPHEN PAYNE

                            McKOOL SMITH, P.C. - MARSHALL
                            104 E. HOUSTON ST., SUITE 300
                            MARSHALL, TEXAS  75670
                            (903) 923-9000
                            BY:  MR. SAM BAXTER
                                 MS. JENNIFER TRUELOVE
                                 MR. KEVIN BURGESS

     FOR THE DEFENDANTS:    FISH & RICHARDSON, PC -
                            WASHINGTON DC
                            1000 MAINE AVE. SW, SUITE 1000
                            WASHINGTON, D.C.  20024
                            (202) 783-5070
                            BY:  MR. RUFFIN CORDELL
                                 MR. MICHAEL McKEON
                                 MS. LAUREN DEGNAN

                            FISH & RICHARDSON, P.C. -
                            DALLAS
                            1717 MAIN STREET, SUITE 5000
                            DALLAS, TEXAS  75201
                            (214) 747-5070
                            BY:  MR. MATTHEW COLVIN
                                 MR. THOMAS REGER
```

```
                              GILLAM & SMITH, LLP
                              303 SOUTH WASHINGTON AVENUE
                              MARSHALL, TEXAS  75670
                              (903) 934-8450
                              BY:  MS. MELISSA SMITH

   OFFICIAL REPORTER:         SHAWN M. McROBERTS, RMR, CRR
                              100 E. HOUSTON STREET
                              MARSHALL, TEXAS  75670
                              (903) 923-8546
```

| | |
|---|---|
| 1 | THE COURT: Be seated, please. |
| 2 | Counsel, before the Court proceeds to conduct the formal |
| 3 | charge conference, I will ask if the parties have items from |
| 4 | the list of pre-admitted exhibits that were used during |
| 5 | yesterday's portion of the trial that need to be read into the |
| 6 | record. |
| 7 | MS. TRUELOVE: Plaintiff does, Your Honor. |
| 8 | THE COURT: All right. Please proceed. |
| 9 | MS. TRUELOVE: Thank you, Your Honor. |
| 10 | Your Honor, Plaintiff Netlist used two exhibits during |
| 11 | examinations yesterday, PX 1787 and PX 44. |
| 12 | THE COURT: All right. Is there objection to that |
| 13 | rendition from the Plaintiff by the Defendants? |
| 14 | MR. REGER: Good morning, Your Honor. |
| 15 | THE COURT: Good morning. |
| 16 | MR. REGER: Your Honor, we do have an objection to |
| 17 | PX 44. Mr. Sheasby went flying through a number of different |
| 18 | exhibits, didn't lay any foundation to many of them. More |
| 19 | importantly, we never saw this exhibit being used. We asked |
| 20 | the Plaintiff about where in the transcript they could point |
| 21 | to using this exhibit. They gave us a cite to the transcript, |
| 22 | and in that cite there is a reference to a Netlist |
| 23 | presentation. PX 44 is a Samsung presentation. |
| 24 | So we still don't know of any cite in the transcript that |
| 25 | supports entering this exhibit, Your Honor. |

```
1    power management exists in the specification, read column 23,
2    lines 1 through 27, of the '918 Patent, and you will find it.
3         The idea that there is not -- that all of the flash needs
4    to be on the memory module itself contradicts column 27 at 41
5    through 58.  Scott Milton admitted it.  The non-volatile
6    storage, the flash, can be off module in some of our
7    embodiments.  That's what we patented here.
8         Doctor Mangione-Smith testified to the same thing, and
9    Mr. McAlexander testified to the same thing.  If someone says,
10   I don't know, I think all the flash has to be on-module, you
11   tell them to read 27:41 through 58 of the '918 Patent.
12             THE COURT:  Five minutes remaining.
13             MR. SHEASBY:  143.
14        The last issue I will discuss is damages.  Why was
15   Samsung's behavior this way?  Why did Samsung never request a
16   license to our patents?  They didn't want to pay a reasonable
17   royalty, but they needed to use the technology.  They were
18   desperate for it.  And you know why.  Because they dominate
19   the market and they need to keep dominating the market.
20        The DDR5 patents have a 30-percent power benefit.  And
21   the suggestion that speed doesn't matter, which was made by
22   Mr. Calandra, their corporate representative, if someone said
23   speed is not that big of a deal, you take them to JTX 41.
24   Take them to JTX 41.  Speed is how they market these products,
25   and it's essential.
```

1     For the '339 Patent, Doctor Mangione-Smith said that they
2  would be able to sell half as few modules of LRDIMMs if they
3  didn't have our technology, a dramatic hit to their market
4  share.
5     As to HBM stacks, people say stacking is not important?
6  Go to JTX 27.  Take them there, and you will read that higher
7  stacks are essential and crucial to the success of this
8  company.  Why did they take our HBM technology?  They were
9  behind SK hynix and they were desperate to catch up.
10    You will hear in the jury instructions that there is a
11 question about whether there is any non-infringing
12 alternatives that can be used.  If I was a company that was
13 facing a verdict of $400 million, I would bring someone who
14 would explain that there are non-infringing alternatives in
15 our technology is not that important.  I just wouldn't rely on
16 my lawyer to say that.
17    Well, they did bring two experts, and neither of those
18 experts were able to identify a single non-infringing
19 alternative to our technology.
20    Why are Samsung's silent patents important?  Samsung
21 doesn't have patents that are alternatives to our technology.
22 And if they did, they would present them.  And that is why our
23 technology is so valuable.
24    Samsung's 12,000 patents tells you the incredible value
25 of this technology, $19 billion a year and yet no alternative.

1  because I would like to shake each one of your hands, I'd like
2  to look each one of you in the eye and tell you personally how
3  much the Court appreciates your service as jurors.
4      What you have done is very real and important public
5  service, and it warrants that kind of personal thanks and
6  personal attention.  And I know it's Friday and I know it's
7  afternoon and you've been very patient and very diligent
8  throughout your time as jurors and I will not hold you, but if
9  you would give me just a minute or two to come in and thank
10 you personally before you leave, I would certainly consider it
11 an honor.
12     With that, ladies and gentlemen, that completes the trial
13 of the case, the Court has accepted the jury's unanimous
14 verdict, I have released you as jurors, and the jury is
15 excused.
16          (Whereupon, the jury left the courtroom.)
17          THE COURT:  Counsel, that completes the trial of
18 this case.  You are excused.
19          (The proceedings were concluded at 2:45 p.m.)