UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAMSUNG ELECTRONICS CO, LTD; ) <br> SAMSUNG ELECTRONICS AMERICA, ) <br> INC.; SAMSUNG SEMICONDUCTOR ) <br> INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action <br> No. 2:22-cv-293-JRG <br> (LEAD CASE) <br><br> **JURY TRIAL DEMANDED** |
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICRON TECHNOLOGY, INC.; MICRON ) <br> SEMICONDUCTOR PRODUCTS, INC.; ) <br> MICRON TECHNOLOGY TEXAS LLC, ) <br> ) <br> Defendants. ) <br> ) | Civil Action <br> No. 2:22-cv-294-JRG <br><br> **JURY TRIAL DEMANDED** |

## ORDER

The Court, having considered the briefing on Micron's *Daubert* Motion and Motion to Strike Expert Testimony of Mr. David Kennedy and exhibits attached thereto, hereby **GRANTS** Defendants' Motion. Mr. David Kennedy is precluded, pursuant to Federal Rules of Civil Procedure 702, 401, and 403, from offering opinions in accordance with the below.

1

## Expert Report of Mr. David Kennedy (Ex. 1)

| Rationale for Exclusion | Citation |
|---|---|
| Argument A (The Court Should Strike Mr. Kennedy's Opinions Regarding the Samsung Litigation Jury Verdict) | *Ex. 1 Paragraphs*: 364-372, 688-696 and all footnotes corresponding to those paragraphs. |
| Argument B (The Court Should Strike Mr. Kennedy's Opinion That the Rambus Agreement Is Relevant to the Hypothetical Negotiation) | *Ex. 1 Paragraphs*: 500-504, 697 and all footnotes corresponding to those paragraphs. |
| Argument C (The Court Should Strike Mr. Kennedy's Opinions Regarding DDR4 LRDIMMs Damages Because He Does Not Reliably Apportion Damages) | *Ex. 1 Paragraphs*: 193–195, 202–204, 211 and all footnotes corresponding to those paragraphs.<br><br>*Ex. 1 Section Headings:* 8 ("Measuring the Economic Benefit of the Patents in Suit").<br><br>Any opinion regarding DDR4 LRDIMM damages. |
| Argument D (The Court Should Strike Mr. Kennedy's Opinions Regarding Willfulness and Netlist's February 2015 Slide Deck and April 2015 Slide Deck) | *Ex. 1 Paragraphs*: 49-52, 54-63, 593-594 and all footnotes corresponding to those paragraphs. |

## Rebuttal Expert Report of Mr. David Kennedy (Ex. 5)

| Rationale for Exclusion | Citation |
|---|---|
| Argument E(1) (Mr. Kennedy is not qualified to opine on complex economic issues such as market definition and effect on competition.) | *Ex. 5 Paragraphs*: 16, 19, 31-40, 42-57, 75, 103-08, 121-23, 125-29, 134, 136-40, 177, 179-80, 184, 193, and all footnotes corresponding to those paragraphs.<br><br>*Ex. 5 Section Headings:* 4 ("Dr. Lynde's definition of the relevant market is flawed"), 6 ("The MFL Provision…is Pro-competitive"), 8 ("Dr. Lynde has not identified any harm to competition or damages"). |
| Argument E(2) Certain of Mr. Kennedy's opinions are untethered to the facts and claims of this case. | *Ex. 5 Paragraphs*: 40-44, 53-54, 106, 179, 193, and all footnotes corresponding to those paragraphs. |

**IT IS SO ORDERED.**