# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-cv-293-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD; | ) (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC.; SAMSUNG SEMICONDUCTOR | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-cv-294-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; | ) |
| MICRON SEMICONDUCTOR | ) |
| PRODUCTS, INC.; MICRON | ) |
| TECHNOLOGY TEXAS LLC, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST, INC.'S OPPOSITION TO SAMSUNG'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT ALL ACCUSED PRODUCTS ARE COVERED BY NETLIST'S LICENSE TO SAMSUNG IN THE PARTIES' 2015 JDLA**

-1-

**I, Jason G. Sheasby, declare as follows**:

1.      I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Opposition to Samsung's Motion for Partial Summary Judgment That All Accused Products Are Covered by Netlist's License to Samsung in the Parties' 2015 JDLA. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2.      Attached as **Exhibit 1** is a true and correct copy of a draft Technology Partnership and IP Cooperation Agreement dated June 23, 2015, produced at Bates NL005091.

3.      Attached as **Exhibit 2** is a true and correct copy of a Technology Partnership Agreement Term Sheet dated August 25, 2015, produced at Bates NL045817.

4.      Attached as **Exhibit 3** is a true and correct excerpted copy of the December 8, 2022 Deposition Transcript of Indong Kim in Case No. 2:21-cv-00463 (*Samsung I*).

5.      Attached as **Exhibit 4** is a true and correct excerpted copy of the August 13, 2021 Deposition Transcript of Ho-Jung Kim taken Case No. 8:20-cv-00993 (C.D. Cal.).

6.      Attached as **Exhibit 5** is a true and correct copy of email correspondence dated May 27, 2020 from Netlist to Samsung, produced at Bates NL000006.

7.      Attached as **Exhibit 6** is a true and correct copy of email correspondence dated June 12, 2020 from Netlist to Samsung.

8.      Attached as **Exhibit 7** is a true and correct copy of a ■■■■■■■■■■■■■■■■, produced at Bates NL108731.

9.      Attached as **Exhibit 8** is a true and correct copy of a draft Joint Development and License Agreement dated October 13, 2015, produced at Bates NL045880.

- 2 -

- 3 -

10. Attached as **Exhibit 9** is a true and correct copy of a draft Joint Development and License Agreement dated October 13, 2015, produced at Bates NL049029.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Marshall, Texas on January 30, 2024.

By /s/ *Jason G. Sheasby*
Jason G. Sheasby