# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | No.   2:22-cv-293-JRG |
| vs. | ) | (LEAD CASE) |
| | ) | |
| SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., | ) ) ) ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | No. 2:22-cv-294-JRG |
| vs. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## [PROPOSED] ORDER

The Court, having considered the briefing on Netlist's Motion to Strike Opinions of Dr. Matthew Lynde and exhibits attached thereto, hereby **DENIES** Plaintiff's Motion.

**IT IS SO ORDERED.**

1