# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD. ET AL. <br><br> Defendants. | Case No. 2:22-cv-293-JRG (Lead Case) <br><br> JURY TRIAL DEMANDED |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF MICHAEL R. RUECKHEIM IN SUPPORT OF DEFENDANT MICRON'S RESPONSE TO PLAINTIFF NETLIST'S MOTION FOR SUMMARY JUDGMENT THAT THE ASSERTED PATENTS ARE NOT STANDARD ESSENTIAL**

I, Michael R. Rueckheim, declare as follows:

1. I am an attorney at the law firm of Winston & Strawn LLP, counsel of record for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Micron") in the above captioned matter. I am a member in good standing of the State Bar of Texas. I provide this declaration in support of Micron's Response to Netlist's Motion for Summary Judgment That the Asserted Patents Are Not Standard Essential.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from Dr. William Henry Mangione-Smith's expert report in this case, dated November 20, 2023.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from ▓▓▓▓▓▓ ▓▓▓▓▓▓ and produced bearing Bates numbers NL-MS-293_00053363—NL-MS-293_00053561.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from ▓▓▓▓▓▓ ▓▓▓▓▓▓ and produced bearing Bates numbers NL-MS-293_00053562—NL-MS-293_00053761

5. Attached as Exhibit 4 is a true and correct copy of excerpts from the deposition transcript of ▓▓▓▓▓▓ dated August 29, 2023.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of ▓▓▓▓▓▓, dated August 17, 2023.

7. Attached as Exhibit 6 is a true and correct copy of excerpts from Dr. Harold Stone's expert report in this case, dated December 21, 2023.

8. Attached as Exhibit 7 is a true and correct copy of excerpts from Netlist's infringement contentions in this case, dated November 17, 2022.

9. Attached as Exhibit 8 is a true and correct copy of excerpts from the claim construction hearing transcript, dated September 26, 2023.

I declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

Executed on January 30, 2024.

/<u>Michael R. Rueckheim</u> /<br>
Michael R. Rueckheim