# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | No. 2:22-cv-293-JRG |
| vs. | ) | (LEAD CASE) |
| | ) | |
| SAMSUNG ELECTRONICS CO, LTD; | ) | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC.; SAMSUNG SEMICONDUCTOR INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | No. 2:22-cv-294-JRG |
| vs. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MICRON TECHNOLOGY, INC.; MICRON | ) | |
| SEMICONDUCTOR PRODUCTS, INC.; | ) | |
| MICRON TECHNOLOGY TEXAS LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

The Court, having considered Plaintiff Netlist Inc.'s Motion for Summary Judgment on Micron's Antitrust Counterclaim and Affirmative Defense of Patent Misuse, is of the opinion that said Motion should be DENIED on the ground that material issues of fact as to such counterclaim and defense remain to be tried.

**IT IS SO ORDERED.**