# EXHIBIT 21
## FILED UNDER SEAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., | |
| Plaintiff, | |
| | Civil Action No. 2:22-cv-00293-JRG |
| v. | (LEAD CASE) |
| SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., | **JURY TRIAL DEMANDED** |
| Defendants. | |
| NETLIST, INC., | |
| Plaintiff, | |
| | Civil Action No. 2:22-cv-00294-JRG |
| v. | **JURY TRIAL DEMANDED** |
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC, | |
| Defendants. | |

**DEFENDANT MICRON'S OBJECTIONS AND RESPONSES TO**
**NOTICES OF DEPOSITION PURSUANT TO RULE 30(b)(6)**

Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Micron" or "Defendants") hereby submit the following objections and responses to Plaintiff Netlist, Inc.'s, ("Netlist" or "Plaintiff"), First and Second Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6). Micron will make any designated witness(es) available for deposition at a time and location mutually agreed upon by the parties.

**OBJECTIONS TO DEFINITIONS**

1.     Micron objects to these Topics and the Instructions to the extent that they attempt to impose an obligation on Micron different from or greater than that required by the Federal Rules of

1

the accused functionality in accused Micron products that Micron made, used, offered to sell, or sold within the United States or imported into the United States in the relevant time period.

**TOPIC NO. 110.**    The disclosures of the alleged Prior Art references relied on in Your Invalidity Contentions.

**RESPONSE NO. 110:** Micron objects that this Topic seeks expert discovery, for example, regarding the disclosure of prior art references; Micron will not provide expert testimony at this time and will only provide expert testimony according to the Court's schedule. Micron further objects that the Topic is so broad as to render it impossible to prepare a corporate witness to testify on behalf of the entire scope of the requested information.

**TOPIC NO. 111.**    Micron's implementation and development of any method, structure, or functions described in the alleged Prior Art references relied on in Your Invalidity Contentions.

**RESPONSE NO. 111:** Micron objects that this Topic seeks expert discovery, for example, regarding the disclosure of prior art references; Micron will not provide expert testimony at this time and will only provide expert testimony according to the Court's schedule. Micron further objects that the Topic is so broad as to render it impossible to prepare a corporate witness to testify on behalf of the entire scope of the requested information.

**TOPIC NO. 112.**    Facts and circumstances relating to the public availability of each and every alleged Prior Art reference identified in Your Invalidity Contentions.

**RESPONSE NO. 112:** Micron objects that this Topic seeks expert discovery, for example, regarding the disclosure of prior art references; Micron will not provide expert testimony at this time and will only provide expert testimony according to the Court's schedule. Micron further objects that the Topic is so broad as to render it impossible to prepare a corporate witness to testify on behalf of the entire scope of the requested information.

**TOPIC NO. 113.**    Facts known to Micron regarding the references You contend are Prior Art systems in Your Invalidity Contentions, including the operation, function, date of sale, dated of offer for sale, or date of public use.

**RESPONSE NO. 113:** Micron objects that this Topic seeks expert discovery, for example, regarding the disclosure of prior art references; Micron will not provide expert testimony at this time and will only provide expert testimony according to the Court's schedule. Micron further objects that the Topic is so broad as to render it impossible to prepare a corporate witness to testify on behalf of the entire scope of the requested information.

**TOPIC NO. 114.**    All fact and circumstances relating to the public accessibility or lack of public accessibility of any JEDEC materials or documents Micron contends are prior art references or otherwise reflect the knowledge of a person having ordinary skill in the art.

**RESPONSE NO. 114:** Micron objects that this Topic seeks expert discovery, for example, regarding the disclosure of prior art references; Micron will not provide expert testimony at this time and will only provide expert testimony according to the Court's schedule. Micron further objects that the Topic is so broad as to render it impossible to prepare a corporate witness to testify on behalf of the entire scope of the requested information.  Micron objects that this Topic is duplicative of one or more topics in the -203 case, for which the parties have already agreed to the cross-use of deposition testimony.

**TOPIC NO. 115.**    Communications with Samsung or SK Hynix regarding Netlist.

**RESPONSE NO. 115:** Micron objects that this Topic is overbroad and not proportional to the needs of the case in seeking information regarding all communications with Samsung or SK Hynix regarding Netlist. Micron further objects to the extent this Topic seeks privileged information or communications, such as information relating to any analysis of infringement; Micron will not provide a witness to testify regarding any privileged information.

Dated: November 9, 2023

Respectfully submitted,

*/s/ Michael R. Rueckheim*
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

David P Enzminger (*pro hac vice*)
denzminger@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
Ryuk Park (*pro hac vice*)
RPark@winston.com
Matthew R. McCullough
MRMcCullough@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Matthew Hopkins (*pro hac vice*)
State Bar No. 1500598
mhopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

William M. Logan

State Bar No. 24106214
wlogan@winston.com
Juan C. Yaquian (*pro hac vice*)
State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Vivek V. Krishnan (*pro hac vice*)
vkrishnan@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive, Suite 4200
Chicago, IL 60601
Telephone: 312-558-9508
Facsimile: 312-558-5700

Wesley Hill
State Bar No. 24032294
wh@wsfirm.com
Andrea Fair
State Bar No. 24078488
andrea@wsfirm.com
Charles Everingham IV
State Bar No. 00787447
ce@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323


**ATTORNEYS FOR DEFENDANTS
MICRON TECHNOLOGY, INC.,
MICRON SEMICONDUCTOR PRODUCTS,
INC., MICRON TECHNOLOGY TEXAS, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served via email on all counsel of record on November 9, 2023.

/s/ Michael R. Rueckheim
Michael R. Rueckheim