# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD, ET AL., <br><br> Defendants. | Case No. 2:22-cv-293-JRG (Lead Case) <br><br> JURY TRIAL DEMANDED |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG (Member Case) <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF MICHAEL R. RUECKHEIM IN SUPPORT OF MICRON DEFENDANTS' OPPOSITION TO PLAINTIFF NETLIST INC.'S MOTION TO STRIKE CERTAIN OPINIONS OF MICRON DEFENDANTS' EXPERT DR. HAROLD STONE**

1.     I am an attorney at the law firm of Winston & Strawn LLP, counsel of record for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Micron") in the above captioned matter. I am a member in good standing of the State Bar of Texas. I provide this declaration in support of Micron Defendants' Opposition to Plaintiff Netlist Inc.'s motion to strike certain opinions of Micron Defendants' expert Dr. Harold Stone.

2.     A true and correct copy of excerpts from Netlist's Responses to Micron's Interrogatories dated November 13, 2023 is attached as Exhibit A.

3.     A true and correct copy of excerpts from the Opening Expert Report of Dr. William Henry Mangione-Smith is attached as Exhibit B.

4.     A true and correct copy of an agreement between counsel from both Micron and Netlist to cross-reference produced documents is attached as Exhibit C.

5.     A true and correct copy of excerpts from the deposition of Peter Gillingham is attached as Exhibit D.

6.     A true and correct copy of the Inter Partes Re-examination certificate for U.S. Patent No. 7,619,912 is attached as Exhibit E.

7.     A true and correct copy of excerpts from the Rebuttal Expert Report of Peter Gillingham is attached as Exhibit F.

8.     A true and correct copy of Appendix A-1 of the Opening Expert Report of Dr. Harold Stone is attached as Exhibit G.

9.     A true and correct copy of Appendix A-2 of the Opening Expert Report of Dr. Harold Stone is attached as Exhibit H.

10. A true and correct copy of Appendix C-1 of the Opening Expert Report of Dr. Harold Stone is attached as Exhibit I.

11. A true and correct copy of Appendix C-2 of the Opening Expert Report of Dr. Harold Stone is attached as Exhibit J.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on January 30, 2024, in Redwood City, California.

By: /s/ *Michael R. Rueckheim*
Michael R. Rueckheim