# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:22-cv-293-JRG (Lead Case) |
| | ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD, ET AL., | ) FILED UNDER SEAL |
| Defendants. | ) |

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:22-cv-294-JRG |
| | ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) FILED UNDER SEAL |
| Defendants. | ) |

## [PROPOSED] ORDER

The Court, having considered the briefing on Plaintiff's Motion to Strike Certain Opinions of Micron Defendants' Expert Dr. Harold Stone, and having considered the exhibits attached thereto, hereby **DENIES** Plaintiff's Motion.

**IT IS SO ORDERED.**