# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD, ET AL., <br><br> Defendants. | Case No. 2:22-cv-293-JRG (Lead Case) <br><br> JURY TRIAL DEMANDED |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG (Member Case) <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF MICHAEL R. RUECKHEIM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NOS. 7,619,912 AND 11,093,417**

1. I am an attorney at the law firm of Winston & Strawn LLP, counsel of record for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Micron") in the above captioned matter. I am a member in good standing of the State Bar of Texas. I provide this declaration in support of Micron's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 7,619,912 and 11,093,417.

2. A true and correct copy of Exhibits A, B, and C from Dr. William Henry Mangione-Smith's Opening Expert Report, served on November 20, 2023, is attached as Exhibit A.

3. A true and correct copy of excerpts from JESD82-31A, dated August 2019, is attached as Exhibit B.

4. A true and correct copy of excerpts JESD82-32A, dated August 2019 is attached as Exhibit C.

5. A true and correct copy of DDR4 SDRAM LRDIMM (MTA36ASF4G72LZ) is attached as Exhibit D.

6. A true and correct copy of DDR4 SDRAM RDIMM (MTA36ASF2G72PZ) is attached as Exhibit E.

7. A true and correct copy of DDR4 3DS SDRAM RDIMM (MTA144ASQ16G72PSZ) is attached as Exhibit F.

8. A true and correct copy of DDR4 SDRAM LRDIMM (MTA72ASS8G72LZ) is attached as Exhibit G.

9. A true and correct copy of Dr. Harold Stone's Expert Report Regarding Issues Related to and Non-Infringement of Plaintiff's U.S. Patent No.s 7,619,912 and 11,093,417, served on December 21, 2023, is attached as Exhibit H.

2

10. A true and correct copy of excerpts from the Deposition Transcript of Frank Ross, dated August 23, 2023, is attached as Exhibit I.

11. A true and correct copy of excerpts from the Deposition Transcript of Robert Jin, dated August 29, 2023, is attached as Exhibit J.

\* \* \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on January 16, 2024.

By: */s/ Michael R. Rueckheim*
Michael R. Rueckheim

2