IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:22-CV-00293-JRG | |
| § | (Lead Case) | |
| SAMSUNG ELECTRONICS CO, LTD, *et al.* § | | |
| § | | |
| *Defendants*. § | | |

| | | |
|---|---|---|
| NETLIST, INC., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:22-CV-00294-JRG | |
| § | | |
| MICRON TECHNOLOGY, INC., *et al.* § | | |
| § | | |
| *Defendants*. § | | |

## ORDER

The Court issues this Order *sua sponte*. Hon. David Folsom filed a Report and Recommendation of Special Master on January 18, 2024 (Dkt. No. 377.) The deadline to file objections to the report and recommendations was February 8, 2024. *See* Fed. R. Civ. P. 53. Netlist filed objections. (Dkt. No. 535.) Samsung and Micron did not file objections. Pursuant to Federal Rule Civil Procedure 53(f)(1), the Court intends to c o n s i d e r adoption of the Special Master's Report and Recommendation and any objections thereto, and hereby sets a hearing on such on **Monday, February 26, 2024** at **9:00 a.m.** Central Time in-person in Marshall, Texas. Attendance by lead and local counsel for Plaintiff Netlist, Inc., for Defendants Samsung Electronics Co., LTD., Samsung Electronics America Inc., and Samsung Semiconductor Inc., and for Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC is mandatory.

**So ORDERED and SIGNED this 13th day of February, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE