UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>    Defendants. | Civil Case No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>    Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>    Defendants. | Civil Case No. 2:22-cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**SAMSUNG'S NOTICE OF**
**ORDER IN RELATED C.D. CAL. CASE**

Samsung respectfully provides notice of recent developments in the related C.D. Cal. Case. On February 6, 2024, Judge Scarsi issued an order in the C.D. Cal. Case following a hearing held on February 5, 2024. That order is attached as Exhibit 1. In the order, Judge Scarsi: (1) set a trial date for March 26, 2024, in order to resolve the parties' disputes in the C.D. Cal. Case ahead of the trial in this case, which is scheduled to begin on April 15, 2024, Ex. 1 at 10; (2) denied Netlist's motion to stay the C.D. Cal. Case, finding the "proposed course of action in the Texas Case [to defer issues related to alleged termination of the JDLA to the C.D. Cal.] judicious," *id.* at 4; and (3) denied Netlist's motion to supplement the summary judgment record

1

with, *inter alia*, testimony from the E.D. Tex. litigation and statements from the Ninth Circuit Appeal, finding that such exhibits "postdate the judgment . . . and, thus, cannot have been disclosed or produced in the discovery phase of this case," such that the C.D. Cal. court "doubts Netlist can use the documents in this proceeding, Fed. R. Civ. P. 37(c)(1), or show good cause to reopen discovery so it can use additional records from other cases and the appeal, Fed. R. Civ. P. 16(b)(4)," *id.* at 5-6.

Dated:  February 13, 2024                              Respectfully submitted,

By:   */s/ Michael J. McKeon*

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone:    (903) 934-8450
Facsimile:    (903) 934-9257

J. Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

Brian R. Nester
DC Bar No. 460225
bnester@cov.com
COVINGTON & BURLING LLP
One CityCenter 850 Tenth Street, N
Washington, DC 20001-4956
Telephone: (202)-662-6000

Alice J. Ahn
CA Bar No. 271399/DC Bar No. 1004350
aahn@cov.com
COVINGTON & BURLING LLP

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
D.C. Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Thomas H. Reger II
reger@fr.com

| | |
|---|---|
| 415 Mission Street, Suite 5400 | Texas Bar No. 24032992 |
| San Francisco, CA 94105 | FISH & RICHARDSON P.C. |
| Telephone:  (415) 591-7091 | 1717 Main Street, Suite 5000 |
| Facsimile:   (415) 955-6571 | Dallas, Texas 75201 |
| | Telephone: (214) 747-5070 |
| | Facsimile:  (214) 747-2091 |

*Attorneys for Defendants Samsung Electronics Co., Ltd.;*
*Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on February 13, 2024.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

/s/ Michael J. McKeon