# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:22-cv-293-JRG ) ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., | ) (Lead Case) ) ) ) ) ) |
| Defendants. | ) |
| NETLIST, INC., | ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:22-cv-294-JRG ) ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) ) ) ) ) |
| Defendants. | ) |

**NETLIST, INC.'S MOTION TO EXPEDITE BRIEFING ON NETLIST'S MOTION FOR RELIEF FROM PROTECTIVE ORDER (DKT. 553)**

Pursuant to Local Rule CV-7(e), Plaintiff Netlist Inc. ("Netlist") respectfully files this motion to expedite briefing on Netlist's Motion for Relief from the Protective Order filed on February 14, 2023. Dkt. 553 (the "Motion"). Netlist requests that Samsung's response be due on Tuesday, February 20, 2023.

Netlist's Motion asked Samsung to agree to a narrow modification of the Protective Order so that Netlist can present certain portions of testimony given by Samsung's corporate representative in this action to Judge Scarsi in connection with co-pending litigation between the parties in the Central District of California (the "CDCA Case") of the JDLA. Dkt. 553 at 1. Specifically, Netlist intends to request that the testimony of Samsung's corporate representative be admitted in an upcoming jury trial in CDCA, but it cannot show the testimony to Judge Scarsi because Samsung designated it as confidential under the Protective Order. Dtk. 553 at 1-4. Thus, Netlist seeks a narrow modification of the Protective Order that would simply allow Judge Scarsi to evaluate the testimony and consider whether it should be admitted.

An expedited briefing schedule is necessary in light of the current schedule of the CDCA Case. At the summary judgment hearing on February 5, 2024, trial was scheduled in CDCA for March 26, 2024, with the first round of pre-trial briefing due on February 26, 2024. *Netlist Inc. v. Samsung Elecs. Co., Ltd.,* 8:20-cv-00993-MCS-ADS (C.D. Cal., Feb. 6, 2024), Dkt. 390. Judge Scarsi heard argument about the admission of the Samsung testimony at issue here at the upcoming CDCA trial, and requested that Netlist address the protective order in this Court first, which Netlist has worked to do. Dkt. 553 at 3-4. Netlist promptly sent Samsung a draft of its proposed motion for relief from the protective order on February 9, 2024. Dkt. 553 at 4. Because of the lunar new year holiday in Korea and the schedules of lead counsel, the parties were not able to have a lead-to-lead meet and confer until February 14, 2024 during which Samsung refused to agree to a narrow modification of the Protective Order. Netlist reached out to Samsung and asked whether Samsung would oppose this

present motion to expedite, but received no response. Because time is of the essence, Netlist requests that Samsung's response to Netlist's Motion for Relief from the Protective Order (Dkt. 553, filed on February 14, 2023) be due on Tuesday, February 20, 2023.

Dated: February 15, 2024

Respectfully submitted,

/s/ Jason Sheasby

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Andrew Strabone (*pro hac vice*)
astrabone@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

Rebecca Carson (*pro hac vice*)
rcarson@irell.com
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

**Attorneys for Plaintiff Netlist, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 15, 2024 a copy of the foregoing was served to all counsel of record.

/s/ Jason Sheasby
Jason Sheasby

**CERTIFICATE OF CONFERENCE**

I hereby certify that Netlist asked Samsung whether it would agree to an expedited briefing schedule, but received no response.

/s/ Jason Sheasby
Jason Sheasby