# Exhibit 21

```
                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF TEXAS
                          MARSHALL DIVISION

NETLIST, INC.,                   (   CAUSE NO. 2:21-CV-463-JRG
                                 )
         Plaintiff,              (
                                 )
vs.                              (
                                 )
SAMSUNG ELECTRONICS CO., LTD.,   (
et al.,                          )   MARSHALL, TEXAS
                                 (   MARCH 28, 2023
         Defendants.             )   9:00 A.M.
_____


                             VOLUME 1

_____

                       PRETRIAL CONFERENCE

               BEFORE THE HONORABLE RODNEY GILSTRAP
                UNITED STATES CHIEF DISTRICT JUDGE

_____
```

SHAWN McROBERTS, RMR, CRR
100 E. HOUSTON STREET
MARSHALL, TEXAS  75670
(903) 923-8546
shawn_mcroberts@txed.uscourts.gov

Shawn M. McRoberts, RMR, CRR
Federal Official Court Reporter

```
 1                   A P P E A R A N C E S

 2        FOR THE PLAINTIFF:    IRELL & MANELLA, LLP -
                                LOS ANGELES
 3                              1800 AVENUE OF THE STARS
                                SUITE 900
 4                              LOS ANGELES, CA 90067-4276
                                (310) 203-7096
 5                              BY:  MR. JASON SHEASBY
                                     MS. YANAN ZHAO
 6
                                McKOOL SMITH, P.C. - MARSHALL
 7                              104 E. HOUSTON ST., SUITE 300
                                MARSHALL, TEXAS  75670
 8                              (903) 923-9000
                                BY: MR. SAMUEL BAXTER
 9                                  MS. JENNIFER TRUELOVE

10        FOR THE DEFENDANTS:   FISH & RICHARDSON PC -
                                WASHINGTON DC
11                              1000 MAINE AVE., SW
                                SUITE 1000
12                              WASHINGTON, DC 20024
                                (202) 783-5070
13                              BY:  MR. RUFFIN CORDELL
                                     MS. LAUREN DEGNAN
14                                   MR. BRIAN LIVEDALEN
                                     MR. MATTHEW MOSTELLER
15                                   MR. MICHAEL McKEON

16                              FISH & RICHARDSON, PC -
                                SAN DIEGO
17                              12860 EL CAMINO REAL
                                SUITE 400
18                              SAN DIEGO, CA 92130
                                (858) 678-5070
19                              BY:  DR. FRANCIS ALBERT

20                              FISH & RICHARDSON, PC -
                                DALLAS
21                              1717 MAIN STREET, SUITE 5000
                                DALLAS, TEXAS  75201
22                              (214) 747-5070
                                BY:  MR. MATTHEW COLVIN
23                                   MR. THOMAS REGER

24

25
```

```
                        FISH & RICHARDSON, PC -
                        NEW YORK
                        7 TIMES SQUARE, 20TH FLOOR
                        NEW YORK, NEW YORK  10036
                        (404) 724-2764
                        BY:  MS. KATHERINE REARDON

                        GILLAM & SMITH, LLP
                        303 SOUTH WASHINGTON AVENUE
                        MARSHALL, TEXAS  75670
                        (903) 934-8450
                        BY:  MS. MELISSA SMITH

                        GILLAM & SMITH, LLP
                        102 N. COLLEGE, SUITE 800
                        TYLER, TEXAS  75702
                        (903) 934-8450
                         BY:  MR. TRAVIS UNDERWOOD
                              MR. TOM GORHAM

    OFFICIAL REPORTER:  SHAWN M. McROBERTS, RMR, CRR
                        100 E. HOUSTON STREET
                        MARSHALL, TEXAS  75670
                        (903) 923-8546
```

| | |
|---|---|
| 1 | THE COURT: Be seated, please. |
| 2 | This is the time set for pretrial matters before the |
| 3 | Court in the case of Netlist, Inc., versus Samsung Electronics |
| 4 | Company, Ltd., et al. This is Civil Case No. 2:21-CV-463. |
| 5 | The Court will ask for announcements at this time. What |
| 6 | says the Plaintiff? |
| 7 | MS. TRUELOVE: Good morning, Your Honor. Jennifer |
| 8 | Truelove here for Plaintiff. With me today at counsel table, |
| 9 | we have Mr. Jason Sheasby, Ms. Yanan Zhao, and Mr. Michael |
| 10 | Rosen. |
| 11 | We are ready to proceed. |
| 12 | THE COURT: Thank you. |
| 13 | What's the announcement for the Samsung Defendants? |
| 14 | MS. SMITH: Good morning, Your Honor. Melissa Smith |
| 15 | on behalf of Samsung. |
| 16 | I have many people in the courtroom that have joined me |
| 17 | today, but what I'd like to do is introduce Your Honor to |
| 18 | those that will be arguing today on behalf of Samsung in the |
| 19 | order of argument: Mr. Ruffin Cordell, Mr. Mike McKeon, Ms. |
| 20 | Lauren Degnan, Dr. Frank Albert, Mr. Brian Livedalen, Mr. Matt |
| 21 | Colvin, Mr. Matthew Mosteller, Mr. Tom Reger, and in the back |
| 22 | Ms. Katherine Reardon. |
| 23 | Your Honor, we also have a client representative in the |
| 24 | courtroom today, Mr. Michael Nguyen, and we're ready to |
| 25 | proceed, Your Honor. |

1  that SK hynix does.  And even in its briefing, it says that's
2  something that SK hynix HBM1 products do.  They made no
3  showing, even slide 37 from -- that they just showed you from
4  Mr. Brogioli, there's nothing in his expert report -- oh,
5  excuse me, sir, Your Honor.
6       There's nothing in his -- in this slide or in his expert
7  report that ties this multi-drop thing to the specific models
8  that we identified in our *Arctic Cat* letter.  It doesn't say
9  that.  Again, the -- the briefing talks about HBM1, SK hynix
10 is not practicing the patents.  We identified HBM2E, HBM3.
11 There's no indication of what limitations are not being
12 practiced by those products as is their burden to prove.
13      So I just wanted to make that point that this idea --
14 again, they're trying to shift the burden to us to prove that
15 the products practice.  That's not our burden.  We've
16 identified, given them a list.  They've got to tell us why --
17 what limitations are missing.  None of that has been talked
18 about today in the briefing or in the expert reports.
19      And with that, that's really the one point I wanted to
20 make for Your Honor.
21          THE COURT:  All right.  With regard to Documents 198
22 and 199, particularly with regard to Samsung's motion for
23 summary judgment of no damages prior to the filing of the
24 complaints, Document 198, the Court's persuaded that Samsung
25 met its burden under *Arctic Cat*, which is relatively low, and

1  shifted the burden to Netlist, and that burden having been
2  shifted, I'm persuaded that the result of the motion is as
3  follows:
4       With regard to the '506 Patent, I'm going to grant
5  Samsung's motion.  I don't find any notice, actual or
6  constructive, prior to filing the original complaint on
7  December the 12th, 2021.  Hence, I'm going to find as a matter
8  of summary judgment there are no damages prior to that date.
9       On the '339, it's the same ruling by the Court--no
10 damages prior to December the 12th, 2021.  And it's the same
11 on the '918.
12      On the '054, Samsung asks for a finding via summary
13 judgment of no damages prior to filing the first amended
14 complaint on May the 3rd, 2022, but I am persuaded there's an
15 issue as to potential pre-suit damages prior to the filing of
16 the first amended complaint but not subsequent to the original
17 complaint.
18      So I'm going to grant summary judgment that there's no
19 pre-suit damages or there's no damages prior to the filing of
20 the original complaint on December the 12th, 2021, as to the
21 '054 Patent.
22      On the '060, there's no notice prior to filing the first
23 amended complaint on May the 3rd, 2022.  So it's the Court's
24 ruling via summary judgment there are no damages prior to May
25 the 3rd, 2022, on the '060.

```
1    previously set on the 17th.  Go back 10 days and you get to
2    the 7th.  We're now on the 14th.  Go back 10 days, and you get
3    to the 4th.  So the first step in that process should be on
4    the 4th and not the 7th.  The second one should follow, what
5    is it, three days later?
6              MR. CORDELL:  Yes, sir.
7              THE COURT:  That would put it on the 7th.  So 4th
8    and the 7th instead of 7th and the 10th.
9       All right?
10             MR. CORDELL:  Thank you.
11             MR. SHEASBY:  Thank you, Your Honor.
12             THE COURT:  All right, Counsel.  We stand in recess
13   until tomorrow morning.
14             MR. SHEASBY:  Thank you, Your Honor.
15             (The proceedings were concluded at 5:15 p.m.)
```