# Exhibit 23

Case 2:21-cv-00463-JRG Document 457 Filed 04/28/23 Page 1 of 176 PageID #: 59235
Case 2:22-cv-00293-JRG Document 494 Filed 04/02/16/24 Page 2 of 8 PageID #: 57986

1

```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF TEXAS
                        MARSHALL DIVISION

NETLIST, INC.,                    (  CAUSE NO. 2:21-CV-463-JRG
                                  )
         Plaintiff,               (
                                  )
vs.                               (
                                  )
SAMSUNG ELECTRONICS CO., LTD.,    (
et al.,                           )  MARSHALL, TEXAS
                                  (  APRIL 20, 2023
         Defendants.              )  8:30 A.M.
```
___

                              VOLUME 5

___

                        TRIAL ON THE MERITS

              BEFORE THE HONORABLE RODNEY GILSTRAP
              UNITED STATES CHIEF DISTRICT JUDGE
                            and a jury
___

                    SHAWN McROBERTS, RMR, CRR
                       100 E. HOUSTON STREET
                      MARSHALL, TEXAS  75670
                         (903) 923-8546
                   shawn_mcroberts@txed.uscourts.gov

```
 1                        A P P E A R A N C E S

 2       FOR THE PLAINTIFF:     IRELL & MANELLA, LLP -
                                LOS ANGELES
 3                              1800 AVENUE OF THE STARS
                                SUITE 900
 4                              LOS ANGELES, CA 90067-4276
                                (310) 203-7096
 5                              BY:  MR. JASON SHEASBY
                                     MS. LISA GLASSER
 6                                   MR. BEN MANZIN-MONNIN
                                     MR. MICHAEL TEZYAN
 7
                                IRELL & MANELLA -
 8                              NEWPORT BEACH
                                840 NEWPORT CENTER DRIVE
 9                              SUITE 400
                                NEWPORT BEACH, CA 92660
10                              (949) 760-0991
                                BY:  MR. STEPHEN PAYNE
11
                                McKOOL SMITH, P.C. - MARSHALL
12                              104 E. HOUSTON ST., SUITE 300
                                MARSHALL, TEXAS  75670
13                              (903) 923-9000
                                BY:  MR. SAM BAXTER
14                                   MS. JENNIFER TRUELOVE
                                     MR. KEVIN BURGESS
15
         FOR THE DEFENDANTS:    FISH & RICHARDSON, PC -
16                              WASHINGTON DC
                                1000 MAINE AVE. SW, SUITE 1000
17                              WASHINGTON, D.C.  20024
                                (202) 783-5070
18                              BY:  MR. RUFFIN CORDELL
                                     MR. MICHAEL McKEON
19                                   MS. LAUREN DEGNAN

20                              FISH & RICHARDSON, P.C. -
                                DALLAS
21                              1717 MAIN STREET, SUITE 5000
                                DALLAS, TEXAS  75201
22                              (214) 747-5070
                                BY:  MR. MATTHEW COLVIN
23                                   MR. THOMAS REGER

24

25
```

3

```
                              GILLAM & SMITH, LLP
                              303 SOUTH WASHINGTON AVENUE
                              MARSHALL, TEXAS  75670
                              (903) 934-8450
                              BY:  MS. MELISSA SMITH

    OFFICIAL REPORTER:        SHAWN M. McROBERTS, RMR, CRR
                              100 E. HOUSTON STREET
                              MARSHALL, TEXAS  75670
                              (903) 923-8546
```

# INDEX

**EXAMINATION**

| **Witness Name** | **Page** |

PAUL MEYER
   Direct By MR. REGER ............................................. 1159
   Cross By MR. SHEASBY ............................................ 1177
   Redirect By MR. REGER .......................................... 1216

```
1            THE COURT:  Be seated, please.
2       Are the parties prepared to read into the record those
3  items from the list of pre-admitted exhibits used during
4  yesterday's portion of the trial?
5            MS. SMITH:  We are, Your Honor.
6            THE COURT:  Please proceed.
7            MS. SMITH:  Thank you.
8       Yesterday, Your Honor, Samsung used DTX 4, JTX 17, JTX
9  18, JTX 52, JTX 53, and PX 1662.
10           THE COURT:  All right.  Any objection from
11 Plaintiff?
12           MS. TRUELOVE:  No objection, Your Honor.
13           THE COURT:  Does Plaintiff have a similar rendition
14 to read into the record?
15           MS. TRUELOVE:  We do not, Your Honor.  We did not
16 use any new or additional exhibits yesterday.
17           THE COURT:  All right.  Thank you, Counsel.
18      Is there anything the Court needs to hear from either
19 party on before I bring in the jury?
20           MR. SHEASBY:  Nothing from Plaintiff, Your Honor.
21           MR. CORDELL:  Nothing from Defendants, Your Honor.
22 Thank you.
23           THE COURT:  Let's bring in the jury, please.
24           (Whereupon, the jury entered the courtroom.)
25           THE COURT:  Good morning, members of the jury.
```

```
1        As to the issue of the starting date for damages for the
2   '054 Patent, the Court grants JMOL that the damages period for
3   the '054 Patent will not be prior to January the 25th, 2022.
4        With regard to the issue of foundry products, Plaintiff's
5   counsel is correct that where claims and defenses are
6   typically abandoned or jettisoned in advance of the trial, the
7   Court's practice is not to rule on those substantively, but in
8   this case the foundry products issue was litigated throughout
9   the pretrial process.  At the conclusion of the pretrial
10  process, it was made clear to the Court that the parties
11  intended it to be a part of the trial on the merits before the
12  jury.  It's that reason that the Court invited both sides to
13  submit suggested instructions for it to consider in its
14  preliminary jury instructions regarding the JDLA, its
15  termination date, and the issue of foundry products as being
16  excluded from the license provisions of the JDLA.
17       With regard to the foundry products issue under the JDLA,
18  notwithstanding what happened after the jury was impaneled and
19  the evidence began, this was a live issue that had not been
20  abandoned or narrowed through the impaneling of the jury and
21  the beginning of the trial.  Therefore, I am going to rule on
22  the foundry products issue and I'm going to grant JMOL that
23  there is no infringement prior to the July 15th, 2021, date
24  with the termination of the JDLA with regard to foundry
25  products or anything else prior to that time.  July 15th,
```

1  2020, being the termination date of the JDLA.
2      And those are the Court's rulings on motions argued under
3  Rule 50(a).
4      It's a quarter of 2:00, counsel. At this juncture, I
5  would typically invite you into my office where we would have
6  an informal charge conference and review the current status of
7  the proposed final jury instructions and verdict form. I
8  don't have room for everybody that's in here to be in my
9  office so, quite honestly, let's take a 15-minute recess and
10 then I will come back in the courtroom, you can stay where you
11 are, and we'll just conduct the informal charge conference in
12 the courtroom off the record. The Courtroom Deputy and the
13 court reporter won't be present, and we'll informally discuss
14 what you most recently submitted where you have disputes and
15 where the Court has questions.
16     So we stand in recess for 15 minutes.
17         (The proceedings were concluded at 1:45 p.m.)
18
19
20
21
22
23
24
25