# Exhibit 35

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
                          MARSHALL DIVISION

NETLIST, INC.,                    (  CAUSE NO. 2:21-CV-463-JRG
                                  )
         Plaintiff,               (
                                  )
vs.                               (
                                  )
SAMSUNG ELECTRONICS CO., LTD.,    (
et al.,                           )  MARSHALL, TEXAS
                                  (  APRIL 20, 2023
         Defendants.              )  8:30 A.M.
_____




                            VOLUME 5



_____

                      TRIAL ON THE MERITS

             BEFORE THE HONORABLE RODNEY GILSTRAP
              UNITED STATES CHIEF DISTRICT JUDGE
                          and a jury
_____









                  SHAWN McROBERTS, RMR, CRR
                     100 E. HOUSTON STREET
                    MARSHALL, TEXAS  75670
                        (903) 923-8546
                shawn_mcroberts@txed.uscourts.gov
```

```
                    A P P E A R A N C E S

FOR THE PLAINTIFF:    IRELL & MANELLA, LLP -
                      LOS ANGELES
                      1800 AVENUE OF THE STARS
                      SUITE 900
                      LOS ANGELES, CA 90067-4276
                      (310) 203-7096
                      BY:  MR. JASON SHEASBY
                           MS. LISA GLASSER
                           MR. BEN MANZIN-MONNIN
                           MR. MICHAEL TEZYAN

                      IRELL & MANELLA -
                      NEWPORT BEACH
                      840 NEWPORT CENTER DRIVE
                      SUITE 400
                      NEWPORT BEACH, CA 92660
                      (949) 760-0991
                      BY:  MR. STEPHEN PAYNE

                      McKOOL SMITH, P.C. - MARSHALL
                      104 E. HOUSTON ST., SUITE 300
                      MARSHALL, TEXAS  75670
                      (903) 923-9000
                      BY:  MR. SAM BAXTER
                           MS. JENNIFER TRUELOVE
                           MR. KEVIN BURGESS

FOR THE DEFENDANTS:   FISH & RICHARDSON, PC -
                      WASHINGTON DC
                      1000 MAINE AVE. SW, SUITE 1000
                      WASHINGTON, D.C.  20024
                      (202) 783-5070
                      BY:  MR. RUFFIN CORDELL
                           MR. MICHAEL McKEON
                           MS. LAUREN DEGNAN

                      FISH & RICHARDSON, P.C. -
                      DALLAS
                      1717 MAIN STREET, SUITE 5000
                      DALLAS, TEXAS  75201
                      (214) 747-5070
                      BY:  MR. MATTHEW COLVIN
                           MR. THOMAS REGER
```

3

```
                              GILLAM & SMITH, LLP
                              303 SOUTH WASHINGTON AVENUE
                              MARSHALL, TEXAS  75670
                              (903) 934-8450
                              BY:  MS. MELISSA SMITH

     OFFICIAL REPORTER:      SHAWN M. McROBERTS, RMR, CRR
                              100 E. HOUSTON STREET
                              MARSHALL, TEXAS  75670
                              (903) 923-8546
```

# **INDEX**

**EXAMINATION**

**Witness Name** | **Page**

PAUL MEYER
   Direct By MR. REGER ............................................... 1159
   Cross By MR. SHEASBY ............................................. 1177
   Redirect By MR. REGER ........................................... 1216

```
 1              THE COURT:  Be seated, please.
 2       Are the parties prepared to read into the record those
 3   items from the list of pre-admitted exhibits used during
 4   yesterday's portion of the trial?
 5              MS. SMITH:  We are, Your Honor.
 6              THE COURT:  Please proceed.
 7              MS. SMITH:  Thank you.
 8       Yesterday, Your Honor, Samsung used DTX 4, JTX 17, JTX
 9   18, JTX 52, JTX 53, and PX 1662.
10              THE COURT:  All right.  Any objection from
11   Plaintiff?
12              MS. TRUELOVE:  No objection, Your Honor.
13              THE COURT:  Does Plaintiff have a similar rendition
14   to read into the record?
15              MS. TRUELOVE:  We do not, Your Honor.  We did not
16   use any new or additional exhibits yesterday.
17              THE COURT:  All right.  Thank you, Counsel.
18       Is there anything the Court needs to hear from either
19   party on before I bring in the jury?
20              MR. SHEASBY:  Nothing from Plaintiff, Your Honor.
21              MR. CORDELL:  Nothing from Defendants, Your Honor.
22   Thank you.
23              THE COURT:  Let's bring in the jury, please.
24              (Whereupon, the jury entered the courtroom.)
25              THE COURT:  Good morning, members of the jury.
```

1     As to the issue of the starting date for damages for the
2     '054 Patent, the Court grants JMOL that the damages period for
3     the '054 Patent will not be prior to January the 25th, 2022.
4     With regard to the issue of foundry products, Plaintiff's
5     counsel is correct that where claims and defenses are
6     typically abandoned or jettisoned in advance of the trial, the
7     Court's practice is not to rule on those substantively, but in
8     this case the foundry products issue was litigated throughout
9     the pretrial process. At the conclusion of the pretrial
10    process, it was made clear to the Court that the parties
11    intended it to be a part of the trial on the merits before the
12    jury. It's that reason that the Court invited both sides to
13    submit suggested instructions for it to consider in its
14    preliminary jury instructions regarding the JDLA, its
15    termination date, and the issue of foundry products as being
16    excluded from the license provisions of the JDLA.
17    With regard to the foundry products issue under the JDLA,
18    notwithstanding what happened after the jury was impaneled and
19    the evidence began, this was a live issue that had not been
20    abandoned or narrowed through the impaneling of the jury and
21    the beginning of the trial. Therefore, I am going to rule on
22    the foundry products issue and I'm going to grant JMOL that
23    there is no infringement prior to the July 15th, 2021, date
24    with the termination of the JDLA with regard to foundry
25    products or anything else prior to that time. July 15th,

```
 1   2020, being the termination date of the JDLA.
 2         And those are the Court's rulings on motions argued under
 3   Rule 50(a).
 4         It's a quarter of 2:00, counsel.  At this juncture, I
 5   would typically invite you into my office where we would have
 6   an informal charge conference and review the current status of
 7   the proposed final jury instructions and verdict form.  I
 8   don't have room for everybody that's in here to be in my
 9   office so, quite honestly, let's take a 15-minute recess and
10   then I will come back in the courtroom, you can stay where you
11   are, and we'll just conduct the informal charge conference in
12   the courtroom off the record.  The Courtroom Deputy and the
13   court reporter won't be present, and we'll informally discuss
14   what you most recently submitted where you have disputes and
15   where the Court has questions.
16         So we stand in recess for 15 minutes.
17              (The proceedings were concluded at 1:45 p.m.)
18
19
20
21
22
23
24
25
```