**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF
PLAINTIFF NETLIST, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR
SUMMARY JUDGMENT ON MICRON'S AFFIRMATIVE DEFENSES
(DKT. 366)**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Reply In Support Of Its Motion for Summary Judgment on Micron's Affirmative Defenses. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 11** is a true and correct copy of the email between Matt McCullough and Yanan Zhao et al., dated October 25, 2023.

3. Attached as **Exhibit 12** is a true and correct copy of Micron's Corrected Sixth Supplemental Responses and Objections to Netlist's First Set of Amended Interrogatories (Nos. 1-20), dated January 22, 2024.

4. Attached as **Exhibit 13** is a true and correct copy of Micron's Corrected Second Supplemental Responses and Objections to Netlist's Second Set of Amended Interrogatories (Nos. 21-31), dated January 22, 2024.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 7, 2024, in Marshall, Texas.

By */s/ Jason G. Sheasby*
Jason G. Sheasby