# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST, INC.'S REPLY IN SUPPORT OF MOTION TO STRIKE OPINIONS OF DR. MATTHEW LYNDE**

-1-

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Reply in Support of Motion to Strike Opinions of Dr. Matthew Lynde. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 15** is a true and correct excerpted copy of the Transcript of the September 20, 2023 Deposition of Robert Beal, taken in Case No. 2:22-cv-203 (*Micron I*).

3. Attached as **Exhibit 16** is a true and correct excerpted copy of Micron's Eighth Supplemental Responses and Objections to Plaintiff Netlist, Inc.'s First Set of Interrogatories, served in the *Micron I* action.

4. Attached as **Exhibit 17** is a true and correct excerpted copy of the Transcript of the September 15, 2023 Deposition of Dave Westergard, taken in the *Micron I* action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 7, 2024.

By /s/ *Jason G. Sheasby*
Jason G. Sheasby