# EXHIBIT 4

Director_PTABDecision_Review@uspto.gov  Paper 17
571.272.7822  Date: January 31, 2024

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE OFFICE OF THE UNDER SECRETARY OF COMMERCE
FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE
UNITED STATES PATENT AND TRADEMARK OFFICE

_____

SAMSUNG ELECTRONICS CO., LTD.,
Petitioner,

v.

NETLIST, INC.,
Patent Owner.

_____

IPR2023-00847
Patent 10,268,608 B2

_____

Before KATHERINE K. VIDAL, *Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office.*

ORDER

IPR2023-00847
Patent 10,268,608 B2

The Office received a request for Director Review of the Board's Decision Granting Institution for the above-captioned case. *See* Paper 15; Ex. 3100. The request was referred to me.

Upon consideration of the request, it is:

ORDERED that the request for Director Review is denied.

IPR2023-00847
Patent 10,268,608 B2

For PETITIONER:

Eliot Williams
Theodore Chandler
Ferenc Pazmandi
Michael Knierim
Brianna Potter
BAKER BOTTS L.L.P.
eliot.williams@bakerbotts.com
ted.chandler@bakerbotts.com
ferenc.pazmandi@bakerbotts.com
michael.knierim@bakerbotts.com
brianna.potter@bakerbotts.com

For PATENT OWNER:

Hong Annita Zhong
Jonathan M. Lindsay
IRELL & MANELLA LLP
hzhong@irell.com
jlindsay@irell.com