UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>          Defendants. | Civil No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.,<br><br>          Defendants. | Civil No. 2:22-cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**SAMSUNG'S OPPOSITION TO NETLIST, INC.'S MOTION TO EXPEDITE BRIEFING ON NETLIST'S MOTION FOR RELIEF FROM PROTECTIVE ORDER (DKT. 559)**

Netlist's motion to expedite is procedurally-flawed and its purported need for expedited treatment is simply the result of its own delay.

As an initial matter, Netlist failed to meet and confer with Samsung as required by L.R. CV-7(h).  Instead, Netlist simply emailed Samsung's counsel on February 15, 2024, during the deposition of Samsung's damages expert and during the middle of the night in Korea, and demanded a response within three hours.  Netlist did not wait for a response, and admittedly filed its motion without satisfying the meet and confer requirement.  *See* Dkt. 559 at 3 ("I hereby certify that Netlist asked Samsung whether it would agree to an expedited briefing schedule, but received no response.").  Thus, Netlist deprived Samsung of the opportunity to attempt to resolve this issue without Court intervention.[1]

In addition, any urgency in timing is of Netlist's own making, having waited more than three months since the November 8, 2023 deposition of Mr. Calandra to seek leave to use his testimony in the C.D. Cal. Case.  In fact, when Netlist previously attempted to use Mr. Calandra's testimony in the C.D. Cal. Case, as part of the November 27, 2023 C.D. Cal. Joint Status Report, Samsung explained that such use was improper under the protective order.  *See, e.g.*, Dkt. 259-2 at 7-8.  Samsung even filed a motion to enforce the protective order on January 17, 2024, explaining why Netlist failed to follow the procedures outlined in the protective order for dealing with disputes about confidentiality.  *See* Dkt. 375.  If Netlist so urgently needed to resolve the confidentiality issue, it could have moved for relief many months ago.

---

[1] Netlist's failure to confer demonstrates a disregard for this Court's rules, consistent with its disregard of the prefiling conference requirement in the C.D. Cal. Case, where Judge Scarsi recently denied one of Netlist's motions on that basis, among others.  *See* Dkt. 538-1 ("The Court denies the motion on several independent grounds.  First, Netlist failed to comply with Local Rule 7-3, which requires a prefiling conference of counsel to precede any motion.  . . .  A prefiling conference could have focused the issues in dispute.").

Finally, Netlist seeks to rush Samsung to respond in two business days to Netlist's seven-page motion that Netlist delayed filing for months. Samsung anticipates that it can diligently prepare and file its opposition to Netlist's motion in 11 days (i.e., by February 26, 2024), rather than the normal 14 days, which would leave plenty of time before the C.D. Cal. trial begins on March 26, 2024.

Dated: February 19, 2024

Respectfully submitted,

By: /s/ Daniel A. Tishman

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone:    (903) 934-8450
Facsimile:     (903) 934-9257

J. Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Brian R. Nester
DC Bar No. 460225
bnester@cov.com
COVINGTON & BURLING LLP
One CityCenter 850 Tenth Street, N
Washington, DC 20001-4956
Telephone: (202)-662-6000

Alice J. Ahn
CA Bar No. 271399/DC Bar No. 1004350
aahn@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
D.C. Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Thomas H. Reger II
reger@fr.com
Texas Bar No. 24032992
FISH & RICHARDSON P.C.

|  |  |
|---|---|
| Telephone:  (415) 591-7091<br>Facsimile:  (415) 955-6571 | 1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>Telephone: (214) 747-5070<br>Facsimile:  (214) 747-2091 |

*Attorneys for Defendants Samsung Electronics Co., Ltd.;*
*Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on February 19, 2024.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                          /s/ Daniel A. Tishman