## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>       Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>       Defendants. | Civil Case No. 2:22-cv-00293-JRG (Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.<br><br>       Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., et al.<br><br>       Defendants. | Civil Case No. 2:22-cv-00294-JRG (Member Case)<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' NOTICE OF POTENTIAL TRIAL DATE CONFLICTS

In anticipation of the upcoming trial setting of April 22, 2024 in the above-referenced matter, Defendants, Micron Technology, Micron Semiconductor Products, Inc. and Micron Technology Texas LLC ("Micron") hereby file this notice to inform the Court of a scheduling conflict with the new date.

Specifically, lead counsel for Micron, Thomas M. Melsheimer and trial team member Rex Mann is scheduled to be in trial in *TMT Systems, Inc. and Timur P. Sarac v. Medtronic, Inc.* (Case No. 6:20-CV-00973-ADA) in the United States District Court for the Western District of Texas,

Waco Division, April 22-26, 2024.  Jury Selection is scheduled to begin at 9:00 a.m. on April 18, 2024.  The trial has been set for trial on these dates since April 19, 2023.

Micron will update the Court concerning the status of these conflicts as the trial date approaches.

Dated: February 20, 2024                    Respectfully submitted,

/s/ Michael R. Rueckheim
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

David P Enzminger (pro hac vice)
denzminger@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
Ryuk Park (pro hac vice)
RPark@winston.com
Matthew R. McCullough
MRMcCullough@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Matthew Hopkins (pro hac vice)
State Bar No. 1500598
mhopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

William M. Logan
State Bar No. 24106214
wlogan@winston.com
Juan C. Yaquian (*pro hac vice*)
State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Wesley Hill
State Bar No. 24032294
wh@wsfirm.com
Andrea Fair
State Bar No. 24078488
andrea@wsfirm.com
Charles Everingham IV
State Bar No. 00787447
ce@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR DEFENDANTS
MICRON TECHNOLOGY, INC.,
MICRON SEMICONDUCTOR PRODUCTS,
INC., MICRON TECHNOLOGY TEXAS, LLC**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on February 20, 2024, a copy of the foregoing was served on all counsel of record via the Court's ECF system and email.

<u>*/s/ Michael R. Rueckheim*</u>
Michael R. Rueckheim