# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD. ET AL.,<br><br>    Defendants. | Case No. 2:22-cv-293-JRG (Lead Case)<br><br>JURY TRIAL DEMANDED |
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC,<br><br>    Defendants. | Case No. 2:22-cv-294-JRG<br><br>JURY TRIAL DEMANDED |

**MICRON DEFENDANTS' UNOPPOSED MOTION TO EXCUSE COUNSEL FOR MICRON FROM FEBRUARY 26, 2024 HEARING (DKT. 537)**

Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Texas LLC (collectively "Micron") hereby move to excuse counsel for Micron from the February 26, 2024 hearing set by the Court (*see* Dkt. 537). This motion is unopposed.

On January 18, 2024, Hon. David Folsom filed a Report and Recommendation of Special Master (Dkt. 377) ("R&R"). Micron did not file any objections to the R&R. Although Netlist filed objections to the R&R (Dkt. 535) ("Netlist's Objections"), Netlist confirmed to Micron that Netlist's Objections only "concern the Special Master's rulings on motions between Netlist and Samsung (ECF. 139, 193, 202, 224, 225)." Netlist's Objections were filed under seal, and Micron never received a copy of Netlist's Objections. Accordingly, because all disputes to be heard at the February 26, 2024 hearing only involve motions between Samsung and Netlist, Micron's attendance is not necessary to the pending motions and Micron seeks to be excused.

For the foregoing reasons, Micron respectfully requests that the Court enter an order excusing counsel for Micron from attending the February 26, 2024 hearing.

Dated: February 21, 2024

Respectfully submitted,

*/s/ Wesley Hill*
Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
Barry K. Shelton
State Bar No. 24055029
BShelton@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

David P. Enzminger
denzminger@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Wesley Hill (State Bar No. 24032294)
wh@wsfirm.com
Andrea Fair (State Bar No. 24078488)
andrea@wsfirm.com
Charles Everingham IV (State Bar No. 00787447)
ce@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR DEFENDANTS MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record by email on this 21st day of February, 2024.

*/s/ Wesley Hill*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

*/s/ Wesley Hill*
