IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD. ET AL.,<br><br>Defendants. | Case No. 2:22-cv-293-JRG (Lead Case)<br><br>JURY TRIAL DEMANDED |
| NETLIST, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC,<br><br>Defendants. | Case No. 2:22-cv-294-JRG<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING MICRON DEFENDANTS' UNOPPOSED MOTION TO EXCUSE COUNSEL FOR MICRON FROM FEBRUARY 26, 2024 HEARING (DKT. 537)**

Before the Court is Micron's Unopposed Motion to Excuse Counsel for Micron from the motions hearing set for February 26, 2024. Having considered the matter and that it is unopposed, the Court GRANTS the motion and excuses counsel for Micron from attending the February 26 hearing.