# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAMSUNG ELECTRONICS CO., LTD; ) <br> SAMSUNG ELECTRONICS AMERICA, ) <br> INC.; SAMSUNG SEMICONDUCTOR ) <br> INC., ) <br> ) <br> Defendants. ) | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) <br><br> ███████████████ |
| NETLIST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICRON TECHNOLOGY, INC.; ) <br> MICRON SEMICONDUCTOR ) <br> PRODUCTS, INC.; MICRON ) <br> TECHNOLOGY TEXAS LLC, ) <br> ) <br> Defendants. ) | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST, INC.'S SUR-REPLY TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY OF DR. ANDREAS GROEHN (DKT. 348)**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Sur-Reply to Samsung's Motion to Strike Expert Testimony of Dr. Andreas Groehn.  I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 5** is a true and correct excerpted copy of the Initial Expert Report of Joseph McAlexander, dated November 20, 2023.

3. Attached as **Exhibit 6** is a true and correct excerpted copy of the February 9, 2023 deposition transcript of Joseph McAlexander, taken in Civil Case No. 21-CV-463-JRG.

4. Attached as **Exhibit 7** is a true and correct excerpted copy of the Rebuttal Expert Report of Lauren R. Kindler, dated December 21, 2023.

5. Attached as **Exhibit 8** is a true and correct excerpted copy of the transcript of the January 8, 2024 deposition of Dr. Andreas Groehn, taken in Civil Case No. 22-CV-293-JRG.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2024.

By */s/ Jason G. Sheasby*
Jason G. Sheasby