# Exhibit E

████████████████

Case 2:22-cv-00293-JRG   Document 631-1   Filed 02/21/24   Page 1 of 2 PageID #: 61446



# inflammatory adjective

in·flam·ma·to·ry  in-ˈfla-mə-ˌtȯr-ē

Synonyms of *inflammatory*

1 : tending to excite anger, disorder, or tumult : **SEDITIOUS**

2 : tending to inflame or excite the senses

3 : accompanied by or tending to cause inflammation

- **inflammatorily** (in-ˌfla-mə-ˈtȯr-ə-lē) adverb