# EXHIBIT 32

```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
                       MARSHALL DIVISION

NETLIST, INC.,                    ( CAUSE NO. 2:21-CV-463-JRG
                                  )
        Plaintiff,                (
                                  )
vs.                               (
                                  )
SAMSUNG ELECTRONICS CO., LTD.,    (
et al.,                           ) MARSHALL, TEXAS
                                  ( APRIL 21, 2023
        Defendants.               ) 8:00 A.M.
```
___

VOLUME 6

___

TRIAL ON THE MERITS

BEFORE THE HONORABLE RODNEY GILSTRAP
UNITED STATES CHIEF DISTRICT JUDGE
and a jury
___

SHAWN McROBERTS, RMR, CRR
100 E. HOUSTON STREET
MARSHALL, TEXAS  75670
(903) 923-8546
shawn_mcroberts@txed.uscourts.gov

1  not suggesting which party should win this case on any issue.
2  If you find that Samsung has not infringed any valid asserted
3  claim, then Netlist is not entitled to any damages.  However,
4  if you find that Samsung has infringed any valid asserted
5  claim, you must then consider what amount of damages, if any,
6  to award to Netlist.
7       The damages period for any infringement of the '339 and
8  the '918 Patents in this case begins December the 20th, 2021,
9  and runs through March of 2023.  The damages period for any
10 infringement of the '054 Patent begins on January the 25th,
11 2022, and runs through March of 2023.  The damages period for
12 any infringement of the '060 and the '160 Patents in this case
13 begins on May the 3rd, 2022, and runs through March of 2023.
14 If you award damages, the amount you award must reflect the
15 damages for acts of infringement during these periods of time
16 only.
17      Netlist has the burden to establish the amount of its
18 damages by a preponderance of the evidence.  In other words,
19 you should award only those damages that Netlist establishes
20 that it more likely than not suffered as a result of Samsung's
21 infringement, if any.  While Netlist is not required to prove
22 the amount of its damages with mathematical precision, it must
23 prove them with reasonable certainty.  Netlist is not entitled
24 to damages that are remote or that are only speculative.
25      The damages that you award, if any, must be adequate to

```
1      I HEREBY CERTIFY THAT THE FOREGOING IS A
2      CORRECT TRANSCRIPT FROM THE RECORD OF
3      PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
4      I FURTHER CERTIFY THAT THE TRANSCRIPT FEES
5      FORMAT COMPLY WITH THOSE PRESCRIBED BY THE
6      COURT AND THE JUDICIAL CONFERENCE OF THE
7      UNITED STATES.
8
9                     S/Shawn McRoberts           04/21/2023
10                    _____DATE_____.
                      SHAWN McROBERTS, RMR, CRR
11                    FEDERAL OFFICIAL COURT REPORTER
12
13     .
```