**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF STEPHEN M. PAYNE IN SUPPORT OF
PLAINTIFF NETLIST, INC.'S SUR-REPLY ON SAMSUNG'S *DAUBERT*
MOTION TO STRIKE EXPERT TESTIMONY OF DAVID KENNEDY
(DKT. 346)**

- 1 -

**I, Stephen M. Payne, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Sur-Reply on Samsung's *Daubert* Motion to strike expert testimony of David Kennedy (Dkt. 346). I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 10** is a true and correct excerpted copy of the Rebuttal Expert Report of Lauren Kindler, dated December 21, 2023.

3. Attached as **Exhibit 11** is a true and correct excerpted copy of the deposition transcript of Joseph Calandra, dated November 8, 2023, taken in Civil Action 22-CV-293.

4. Attached as **Exhibit 12** is a true and correct excerpted copy of the deposition transcript of Joseph McAlexander, dated February 9, 2023, taken in Civil Action 21-CV-463.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 15, 2024.

By /s/ *Stephen M. Payne*<br>Stephen M. Payne