# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD. ET AL. <br><br> Defendants. | Case No. 2:22-cv-293-JRG (Lead Case) <br><br> JURY TRIAL DEMANDED |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF MICHAEL R. RUECKHEIM IN SUPPORT OF MICRON DEFENDANTS' SUR-REPLY TO PLAINTIFF NETLIST'S MOTION FOR <u>SUMMARY JUDGMENT ON STANDARD ESSENTIALITY</u>**

I, Michael R. Rueckheim, declare as follows:

1. I am an attorney at the law firm of Winston & Strawn LLP, counsel of record for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Micron") in the above captioned matter. I am a member in good standing of the State Bar of Texas. I provide this declaration in support of Micron's Sur-reply to Netlist's Motion for Summary Judgment on Standard Essentiality.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from Dr. William Henry Mangione-Smith's expert report in this case, dated November 20, 2023.

I declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

Executed on February 15, 2024.

/s/ *Michael R. Rueckheim*
Michael R. Rueckheim