**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD, ET AL., <br><br> Defendants. | Case No. 2:22-cv-293-JRG (Lead Case) <br><br> JURY TRIAL DEMANDED <br><br> ▬▬▬▬▬▬▬▬▬ |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG (Member Case) <br><br> JURY TRIAL DEMANDED <br><br> ▬▬▬▬▬▬▬▬▬ |

**DECLARATION OF MICHAEL R. RUECKHEIM IN SUPPORT OF MICRON DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF LACK OF WRITTEN DESCRIPTION FOR U.S. PATENT NO. 11,093,417 (DKT. NO. 370)**

I am an attorney at the law firm of Winston & Strawn LLP, counsel of record for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Micron") in the above captioned matter. I am a member in good standing of the State Bar of Texas. I provide this declaration in support of Micron's Reply in Support of Its Motion for Summary Judgment of Lack of Written Description for U.S. Patent No. 11,093,417.

1. A true and correct copy of an excerpt from the deposition transcript of Peter Gillingham, taken on January 11, 2024 in *Netlist, Inc. v. Samsung Electronics., Ltd.* et al., 2:22-cv-293-JRG (Lead), 2:22-cv-294 (member case) (E.D. Tex.), is attached as **Exhibit F**.

\* \* \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on February 7, 2024, in Redwood City, California.

By: */s/ Michael R. Rueckheim*
      Michael R. Rueckheim