# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 2:22-cv-293-JRG (Lead Case)<br>) |
| SAMSUNG ELECTRONICS CO., LTD, ET AL., | ) JURY TRIAL DEMANDED<br>)<br>) |
| Defendants. | )<br>)<br>) |
| NETLIST, INC., | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 2:22-cv-294-JRG (Member Case)<br>) |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) JURY TRIAL DEMANDED<br>)<br>)<br>) |
| Defendants. | )<br>) |

**DECLARATION OF MICHAEL R. RUECKHEIM IN SUPPORT OF MICRON DEFENDANTS' SUR-REPLY TO PLAINTIFF NETLIST INC.'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE CERTAIN OPINIONS OF MICRON DEFENDANTS' EXPERT DR. HAROLD STONE**

1. I am an attorney at the law firm of Winston & Strawn LLP, counsel of record for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Micron") in the above captioned matter. I am a member in good standing of the State Bar of Texas. I provide this declaration in support of Micron Defendants' Sur-Reply to Plaintiff Netlist Inc.'s Reply in Support of Its Motion to Strike Certain Opinions of Micron Defendants' Expert Dr. Harold Stone.

2. A true and correct copy of excerpts from the Expert Report of Mr. David Kennedy dated November 20, 2023 is attached as Exhibit K.

3. A true and correct copy of Appendix C-3 of the Opening Expert Report of Dr. Harold Stone is attached as Exhibit L.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on February 15, 2024.

By: /s/ Michael R. Rueckheim
     Michael R. Rueckheim