████████████████

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:22-cv-293-JRG (Lead Case) |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD, ET AL., | ) ) | ████████████████ |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:22-cv-294-JRG (Member Case) |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) ) ) | ███████████████ |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF MICHAEL R. RUECKHEIM IN SUPPORT OF MICRON'S SUR-REPLY IN SUPPORT OF ITS PARTIAL OPPOSITION TO PLAINTIFF NETLIST'S MOTION FOR SUMMARY JUDGMENT ON MICRON'S <u>AFFIRMATIVE DEFENSES (DKT. 366)</u>**

I am an attorney at the law firm of Winston & Strawn LLP, counsel of record for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Micron") in the above captioned matter.  I am a member in good standing of the State Bar of Texas.  I provide this declaration in support of Micron's Surreply in Support of its Partial Opposition to Plaintiff Netlist's Motion for Summary Judgment on Micron's Affirmative Defenses (Dkt. 366).

1.      Attached hereto as **Exhibit A** is a true and correct copy of an email between counsel for Micron and counsel for Netlist, dated November 17, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on February 15, 2024.


By: */s/ Michael R. Rueckheim*
      Michael R. Rueckheim

1