# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-293-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; ) | (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, ) | |
| INC.; SAMSUNG SEMICONDUCTOR ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:22-cv-294-JRG |
| ) | |
| MICRON TECHNOLOGY, INC.; MICRON ) | JURY TRIAL DEMANDED |
| SEMICONDUCTOR PRODUCTS, INC.; ) | |
| MICRON TECHNOLOGY TEXAS LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NETLIST, INC.'S UNOPPOSED MOTION TO WITHDRAW OBJECTIONS TO SPECIAL MASTER'S REPORTS AND RECOMMENDATIONS ON SAMSUNG'S MOTION TO COMPEL THE DEPOSITION OF DR. HYUN LEE (DKT. 202) AND NETLIST'S MOTION TO CORRECT MATERIAL ERROR IN HEARING TRANSCRIPT (DKT. 380)**

Plaintiff Netlist, Inc. ("Netlist") hereby respectfully moves to withdraw its objections to the Special Master's reports and recommendations on Samsung's Motion to Compel the Deposition of Dr. Hyun Lee (Dkt. 202, "Samsung's Motion to Compel Dr. Lee's Deposition") and Netlist's Motion to Correct Material Error in Hearing Transcript (Dkt. 380, "Netlist's Motion to Correct").

On February 8, 2024, Netlist filed its objections to the first report and recommendation of the Special Master (Dkt. 377), objecting to, *inter alia*, the Special Master's recommendation granting Samsung's Motion to Compel Dr. Lee's Deposition.  Dkt. 535 at 7-10.  On February 23, 2024, Netlist filed its objections to the second report and recommendation of the Special Master (Dkt. 636) objecting to the Special Master's recommendation denying Netlist's Motion to Correct.  Dkt. 659.  Netlist hereby withdraws these objections.  Samsung does not oppose.

Therefore, Netlist respectfully requests that the Court grant its motion to withdraw its objections to the Special Master's reports and recommendations on Samsung's Motion to Compel Dr. Lee's Deposition and Netlist's Motion to Correct.

| | |
|---|---|
| Dated: February 25, 2024 | Respectfully submitted,<br><br>*/s/ Jason Sheasby*<br><br>Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>Jennifer L. Truelove<br>Texas State Bar No. 24012906<br>jtruelove@mckoolsmith.com<br><br>**MCKOOL SMITH, P.C.**<br>104 East Houston Street Suite 300<br>Marshall, TX 75670<br>Telephone: (903) 923-9000<br>Facsimile: (903) 923-9099<br><br>Jason G. Sheasby (*pro hac vice*)<br>jsheasby@irell.com<br>Annita Zhong, PhD (*pro hac vice*)<br>hzhong@irell.com<br>Thomas C. Werner (*pro hac vice*)<br>twerner@irell.com<br>Yanan Zhao (*pro hac vice*)<br>yzhao@irell.com<br>Michael W. Tezyan (*pro hac vice*)<br>mtezyan@irell.com<br><br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Tel. (310) 277-1010<br>Fax (310) 203-7199<br><br>Philip Warrick<br>New York Bar No. 4471413<br>pwarrick@irell.com<br><br>**IRELL & MANELLA LLP**<br>750 17th Street NW, Suite 850<br>Washington, DC 20006<br>Tel. (310) 777-6512<br><br>*Attorneys for Plaintiff Netlist, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 25, 2024, a copy of the foregoing was served to all counsel of record for the relevant defendants via Email as agreed by the parties.

*/s/ Jason Sheasby*
Jason Sheasby

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on February 25, 2024, counsel for Netlist and Samsung met and conferred regarding the instant motion. Samsung does not oppose.

*/s/ Jason Sheasby*
Jason Sheasby