# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:21-CV-463-JRG ) |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG SEMICONDUCTOR, INC, | ) JURY TRIAL DEMANDED ) ) **FILED UNDER SEAL** ) |
| Defendants. | ) ) ) |

## ORDER

The Court, having considered the briefing on Netlist, Inc.'s Unopposed Motion To Withdraw Objections to Special Master's Reports and Recommendations on Samsung's Motion to Compel the Deposition of Dr. Hyun Lee (Dkt. 202) and Netlist's Motion to Correct Material Error in Hearing Transcript (Dkt. 380), and supporting documents attached thereto, is of the opinion that said motion should be **GRANTED**.