IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF REQUEST FOR DAILY TRANSCRIPTS AND REAL TIME REPORTING**

Pursuant to the Court's Amended Docket Control Order (Dkt. No. 335), Plaintiff Netlist, Inc. ("Netlist") respectfully requests daily transcripts and real time reporting of court proceedings during the trial of this case. A copy of this notice was sent via email to the Court Reporter, Mr. Shawn McRoberts at shawn.mcroberts@txed.uscourt.gov.

Dated: February 26, 2024.

Respectfully submitted,

*/s/ Jennifer L. Truelove*

Jennifer L. Truelove
Texas State Bar No.24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903)923-9000
Facsimile: (903)923-9099

**CERTIFICATE OF SERVICE**

I herby certify that, on February 26, 2024 a copy of the foregoing was served to all counsel of record.

*/s/ Jennifer Truelove*
Jennifer Truelove