UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.<br>and SAMSUNG SEMICONDUCTOR, INC.,<br><br>Defendants. | Civil Case No. 2:22cv-00293-JRG<br>(LEAD CASE) |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that James "Travis" Underwood of Gillam & Smith, LLP enters his appearance on behalf of Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. in this matter as additional counsel.

James "Travis" Underwood may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 102 N. College, Suite 800, Tyler, Texas 75702; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; e-mail travis@gillamsmithlaw.com.

Dated: February 26, 2024

Respectfully submitted,

*/s/ James Travis Underwood*
James Travis Underwood
Texas Bar No. 24102587
GILLAM & SMITH, LLP
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: travis@gillamsmithlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 26th day of February 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                      */s/ James Travis Underwood*
                                                      James Travis Underwood