UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>Defendants. | Civil Case No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY TEXAS, LLC, et al.<br><br>Defendants. | Civil Case No. 2:22-cv-00294-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF REQUEST
FOR DAILY TRIAL TRANSCRIPTS AND REAL TIME REPORTING**

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor Inc. hereby request daily transcripts and real-time reporting of the court proceedings during the trial of this action. Further, a copy of this request was also sent via electronic mail to the Court Reporter, Mr. Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov.

Date: February 26, 2024	Respectfully submitted,

*/s/ Melissa R. Smith*

| | |
|---|---|
| Melissa R. Smith | Ruffin B. Cordell |
| melissa@gillamsmith.com | TX Bar No. 04820550 |
| GILLAM & SMITH, LLP | cordell@fr.com |
| 303 South Washington Ave. | Michael J. McKeon |
| Marshall, Texas 75670 | D.C. Bar No. 459780 |
| Telephone: (903) 934-8450 | mckeon@fr.com |
| Facsimile: (903) 934-9257 | Lauren A. Degnan |
| | D.C. Bar No. 452421 |
| J. Travis Underwood | degnan@fr.com |
| Texas Bar No. 24102587 | Daniel A. Tishman |
| travis@gillamsmithlaw.com | DC Bar No. 1013923 |
| GILLAM & SMITH, LLP | tishman@fr.com |
| 102 North College Avenue, Suite 800 | FISH & RICHARDSON P.C. |
| Tyler, Texas 75702 | 1000 Maine Avenue, SW |
| Telephone: (903) 934-8450 | Washington, DC 20024 |
| Facsimile: (903) 934-9257 | Telephone: (202) 783-5070 |
| | Facsimile: (202) 783-2331 |
| Brian R. Nester | |
| DC Bar No. 460225 | Francis J. Albert |
| bnester@cov.com | CA Bar No. 247741 |
| COVINGTON & BURLING LLP | albert@fr.com |
| One CityCenter 850 Tenth Street, N | FISH & RICHARDSON P.C. |
| Washington, DC 20001-4956 | 12860 El Camino Real, Ste. 400 |
| Telephone: (202)-662-6000 | San Diego, CA 92130 |
| | Telephone: (858) 678-5070 |
| Alice J. Ahn | Facsimile: (858) 678-5099 |
| CA Bar No. 271399/DC Bar No. 1004350 | |
| aahn@cov.com | Thomas H. Reger II |
| COVINGTON & BURLING LLP | reger@fr.com |
| 415 Mission Street, Suite 5400 | Texas Bar No. 24032992 |
| San Francisco, CA 94105 | FISH & RICHARDSON P.C. |
| Telephone: (415) 591-7091 | 1717 Main Street, Suite 5000 |
| Facsimile: (415) 955-6571 | Dallas, Texas 75201 |
| | Telephone: (214) 747-5070 |
| | Facsimile: (214) 747-2091 |

*Attorneys for Defendants Samsung Electronics Co., Ltd.;
Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on February 26, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith