# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC. | § § § | |
| v. | § § | CASE NO. 2:22-cv-00293-JRG (Lead Case) |
| SAMSUNG ELECTRONICS CO., LTD., et al | § § § | |
| | | |
| NETLIST, INC. | § § § | |
| v. | § § | CASE NO. 2:22-cv-00294-JRG (Member Case) |
| MICRON TECHNOLOGY, INC., et al | § § § § | |

**MINUTES FOR IN-PERSON STATUS CONFERENCE**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**February 26, 2024**

**OPEN:  09:07 AM**                                                                                                      **ADJOURN:  09:24 AM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Dylan Freeman<br>Brendan McLaughlin<br>Amy Wann |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 09:07 AM | Court opened. |
| 09:08 AM | Matters set before the Court:  Dkt. Nos. 377 and 636 of Special Master David Folsom. Court recognized the Micron Defendants in the member case were previously excused from attending today. |
| 09:09 AM | Court called for announcements from counsel. |
| 09:10 AM | Court heard argument from Mr. Sheasby on behalf of Plaintiff. |

- 2 -

| TIME | MINUTE ENTRY |
|---|---|
| 09:16 AM | Responsive argument provided by Mr. Cordell on behalf of Samsung Defendants. |
| 09:20 AM | Rebuttal argument provided by Mr. Sheasby on behalf of Plaintiff. |
| 09:22 AM | A ruling by the Court will be forthcoming. |
| 09:24 AM | Court adjourned. |