

**2:22-cv-00293-JRG (lead case) and 2:22-cv-00294-JRG (member case)**
**Netlist Inc v Samsung Electronics Co Ltd et al**
**February 26, 2024 at 9:00 AM**
**In-Person Status Conference**

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jason Sheasby | Netlist |
| Jennifer Truelove | " |
| Sam Baxter | " |
| Judge Leonard Davis | Samsung |
| Ruffin Cordell | Samsung |
| Lauren Degnan | " |
| Daniel Tishman | " |
| Travis Underwood | " |
| Sam Baxter | Netlist |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| [signature] | |