# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., </br></br> Plaintiff, </br></br> vs. </br></br> SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., </br></br> Defendants. | Case No. 2:22-cv-293-JRG </br></br> JURY TRIAL DEMANDED </br> (Lead Case) |
| NETLIST, INC., </br></br> Plaintiff, </br></br> vs. </br></br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, </br></br> Defendants. | Case No. 2:22-cv-294-JRG </br></br> JURY TRIAL DEMANDED |

**NETLIST, INC.'S NOTICE OF WITHDRAWAL OF DKTS. 347, 349, 352, 357, AND 365**

Plaintiff Netlist, Inc. ("Netlist") hereby respectfully files this notice of withdrawal of the following motions set to be heard at the March 6, 2024 pre-trial conference:

- Dkt. 347: Motion for Summary Judgment of No Inequitable Conduct or Unclean Hands;

- Dkt. 349: Motion for Summary Judgment on Defense of Prosecution History Estoppel;

- Dkt. 352: Motion for Summary Judgment on Prosecution Laches Defense;

- Dkt. 357: Motion for Summary Judgment on Defense of Equitable Estoppel;

- Dkt. 365: Motion for Summary Judgment on Affirmative Defense of Claim Preclusion.

Netlist will continue to work with defendants to narrow the outstanding motions to be heard at the March 6, 2024 pre-trial conference.

Dated: February 26, 2024

Respectfully submitted,

*/s/ Jason Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com

**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on February 26, 2024, a copy of the foregoing was served to all counsel of record for the relevant defendants via Email as agreed by the parties.

*/s/ Jason Sheasby*
Jason Sheasby