# Exhibit 8

2/18/24, 3:00 PM                                                                 Memory Module - Netlist, Inc.

  

PRODUCTS

# MEMORY MODULE

## DDR3 DIMMs

Netlist offers a wide lineup of leading-edge commercial and industrial grade DDR3 DIMMs. All memory and storage products are 100% system tested from -40°C to +95°C for Industrial Temp Grade and from 0°C to +85°C for Commercial Temp Grade.



**LEARN MORE**



# DDR4 DIMMs

Netlist offers a wide lineup of leading-edge commercial and industrial grade DDR4 DIMMs. All memory and storage products are 100% system tested from -40°C to +95°C for Industrial Temp Grade and from 0°C to +85°C for Commercial Temp Grade.



LEARN MORE





LEARN MORE

# DDR5 DIMMs

Netlist offers a wide lineup of leading-edge commercial and industrial grade DDR5 DIMMs. All memory and storage products are 100% system tested from -40°C to +95°C for Industrial Temp Grade and from 0°C to +85°C for Commercial Temp Grade.

**PRODUCTS**

Enterprise SSD

Embedded Flash

Memory Module

SK Hynix

AI Server

**SALES SUPPORT**

US & International

Sales Inquiry



## COMPANY

About Netlist

Leadership

Contact

Sitemap

## INVESTORS

News

Events and Presentations

SEC Filings

Financial Document Lib

Management

Gov Docs

Responsibility

Stock Chart

Analyst Coverage

Email Alerts



NLST 1,67 +0,10 +6,37%

© 2024 Netlist. All Rights Reserved.