# Exhibit 12

█████████████████

Case 2:22-cv-00293-JRG   Document 674-5   Filed 02/27/24   Page 1 of 4 PageID #: 62380

12/3/2021

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NETLIST INC.,

        Plaintiff,

    v.

SAMSUNG ELECTRONICS CO., LTD.,

        Defendant.

Case No. 8:20-cv-00993-MCS-ADS

**VERDICT**

# VERDICT

We answer the questions submitted to us as follows:

**QUESTION NO. 1:**

Did Netlist prove that it suffered damages as a result of Samsung's failure to fulfill Netlist's orders for NAND and DRAM products in breach of Section 6.2 of the JDLA?

_____ Yes       \_\_X\_\_ No

*If your answer to Question No. 1 is "Yes," then proceed to Question No. 2. If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.*

**QUESTION NO. 2:**

What amount of damages did Netlist suffer as a result of Samsung's breach of Section 6.2 of the JDLA?

$_____

*Proceed to Question No. 3.*

**QUESTION NO. 3:**

Did Samsung prove that Netlist failed to use reasonable efforts to reduce or avoid any of the damages included in your answer to Question No. 2?

_____ Yes       _____ No

*If your answer to Question No. 3 is "Yes," then proceed to Question No. 4. If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.*

**QUESTION NO. 4:**

State the amount by which the damages you specified in your answer to Question No. 2 should be reduced.

$_____

*Sign and date this verdict form.*

Dated: 12/3/21                    Signed: _REDACTED_____
                                           Presiding Juror

2