# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br>    Plaintiff, <br><br>vs. <br><br>SAMSUNG ELECTRONICS CO., LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br>    Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br>(Lead Case) |
| NETLIST, INC., <br><br>    Plaintiff, <br><br>vs. <br><br>MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br>    Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF PLAINTIFF NETLIST INC.'S MOTION FOR LEAVE TO SUPPLEMENT EXPERT REPORTS (MICRON CASE NO. 2:22-CV-294)**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Motion for Leave to Supplement Expert Reports. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct copy of the Supplemental Expert Report of Dr. William Henry Mangione-Smith.

3. Attached as **Exhibit 2** is a true and correct copy of the Second Supplemental Expert Report of Dr. William Henry Mangione-Smith.

4. Attached as **Exhibit 3** is a true and correct copy of the Supplemental Expert Report of Mr. David Kennedy.

5. Attached as **Exhibit 4** is a true and correct copy of email correspondence from Micron Counsel dated November 15, 2023.

6. Attached as **Exhibit 5** is a true and correct copy of Netlist, Inc.'s First Notice of Deposition, dated October 19, 2023.

7. Attached as **Exhibit 6** is a true and correct copy of email correspondence from Micron Counsel dated November 3, 2023.

8. Attached as **Exhibit 7** is a true and correct copy of email correspondence from Netlist Counsel dated November 13, 2023.

9. Attached as **Exhibit 8** is a true and correct copy of email correspondence from Netlist Counsel dated December 7, 2023.

10. Attached as **Exhibit 9** is a true and correct copy of email correspondence from Netlist

- 3 -

Counsel dated January 12, 2024.

11. Attached as **Exhibit 10** is a true and correct excerpted copy of the February 15, 2024 Deposition Transcript of David Kennedy.

12. Attached as **Exhibit 11** is a true and correct excerpted copy of the February 16, 2024 Deposition Transcript of Dr. William Mangione-Smith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 20, 2024.

By /s/ *Jason G. Sheasby*<br>Jason G. Sheasby