# EXHIBIT 6

| | |
|---|---|
| **From:** | McCullough, Matt <MRMcCullough@winston.com> |
| **Sent:** | Friday, November 3, 2023 11:55 AM |
| **To:** | Tezyan, Michael; Rueckheim, Mike; Sheasby, Jason |
| **Cc:** | Zhao, Yanan; Park, Ryuk; #Netlist-Micron294; ~Baxter, Samuel; Jennifer Truelove (jtruelove@McKoolSmith.com); Winston-Micron-Netlist; ce@wsfirm.com; wh@wsfirm.com; andrea@wsfirm.com |
| **Subject:** | RE: Netlist v. Micron, 22-cv-203/22-cv-294 \| depositions |

Counsel,

Micron can offer the below witness dates:

Samir Mittal – 11/15
Scott Cyr – 11/16
Aparna Limaye – 11/17, 10am-2pm MT
Tyler Morton – 11/20
Frank Ross – 11/20

We are working to get you the remaining witness dates. Please confirm the above dates as soon as possible.

Thank you,
Matt

**Matthew R. McCullough**
**Of Counsel**
Winston & Strawn LLP
D: +1 650-858-6453
M: +1 989-430-1417
winston.com



1