# EXHIBIT 7

| | |
|---|---|
| **From:** | Sheasby, Jason |
| **Sent:** | Monday, November 13, 2023 8:43 AM |
| **To:** | McCullough, Matt; Zhao, Yanan; Tezyan, Michael; Rueckheim, Mike |
| **Cc:** | Park, Ryuk; #Netlist-Micron294; ~Baxter, Samuel; Jennifer Truelove (jtruelove@McKoolSmith.com); Winston-Micron-Netlist; ce@wsfirm.com; wh@wsfirm.com; andrea@wsfirm.com |
| **Subject:** | Re: Netlist v. Micron, 22-cv-203/22-cv-294 \| depositions |

All:

I inadvertently double booked for the Scott Cyr deposition.  Would it be possible to switch him until Monday the 20th.

**From:** "McCullough, Matt" <MRMcCullough@winston.com>
**Date:** Monday, November 6, 2023 at 1:21 PM
**To:** "Zhao, Yanan" <yzhao@irell.com>, "Tezyan, Michael" <mtezyan@irell.com>, "Rueckheim, Mike" <MRueckheim@winston.com>, Jason Sheasby <JSheasby@irell.com>
**Cc:** "Park, Ryuk" <RPark@winston.com>, #Netlist-Micron294 <netlist-micron294@irell.com>, "~Baxter, Samuel" <sbaxter@mckoolsmith.com>, "Jennifer Truelove (jtruelove@McKoolSmith.com)" <jtruelove@mckoolsmith.com>, Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>, "ce@wsfirm.com" <ce@wsfirm.com>, "wh@wsfirm.com" <wh@wsfirm.com>, "andrea@wsfirm.com" <andrea@wsfirm.com>
**Subject:** RE: Netlist v. Micron, 22-cv-203/22-cv-294 \| depositions

Yanan,

We confirm the dates for Scott Cyr, Tyler Morton, and Frank Ross are for the -294 case.

Best,
Matt

**Matthew R. McCullough**
**Of Counsel**
Winston & Strawn LLP
D: +1 650-858-6453
M: +1 989-430-1417
winston.com



**From:** Zhao, Yanan <yzhao@irell.com>
**Sent:** Monday, November 6, 2023 6:53 AM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Tezyan, Michael <mtezyan@irell.com>; Rueckheim, Mike <MRueckheim@winston.com>; Sheasby, Jason <JSheasby@irell.com>
**Cc:** Park, Ryuk <RPark@winston.com>; #Netlist-Micron294 <netlist-micron294@irell.com>; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; Jennifer Truelove (jtruelove@McKoolSmith.com) <jtruelove@mckoolsmith.com>; Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; ce@wsfirm.com; wh@wsfirm.com;