# EXHIBIT 9

| | |
|---|---|
| **From:** | Zhao, Yanan |
| **Sent:** | Friday, January 12, 2024 8:59 AM |
| **To:** | Rueckheim, Mike; McCullough, Matt; Tezyan, Michael; Sheasby, Jason |
| **Cc:** | Park, Ryuk; #Netlist-Micron294; ~Baxter, Samuel; Jennifer Truelove (jtruelove@McKoolSmith.com); Winston-Micron-Netlist; ce@wsfirm.com; wh@wsfirm.com; andrea@wsfirm.com |
| **Subject:** | RE: Netlist v. Micron, 22-cv-203/22-cv-294 \| depositions |

Mike, the deposition is confirmed. Thanks.

Best,
Yanan

**From:** Rueckheim, Mike <MRueckheim@winston.com>
**Sent:** Monday, December 18, 2023 3:05 PM
**To:** Zhao, Yanan <yzhao@irell.com>; McCullough, Matt <MRMcCullough@winston.com>; Tezyan, Michael <mtezyan@irell.com>; Sheasby, Jason <JSheasby@irell.com>
**Cc:** Park, Ryuk <RPark@winston.com>; #Netlist-Micron294 <netlist-micron294@irell.com>; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; Jennifer Truelove (jtruelove@McKoolSmith.com) <jtruelove@mckoolsmith.com>; Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; ce@wsfirm.com; wh@wsfirm.com; andrea@wsfirm.com
**Subject:** RE: Netlist v. Micron, 22-cv-203/22-cv-294 \| depositions

January 17th appears to work

**Michael R. Rueckheim**
**Partner**
Winston & Strawn LLP
D: +1 650-858-6433
M: +1 713-444-4447
winston.com



**From:** Zhao, Yanan <yzhao@irell.com>
**Sent:** Monday, December 18, 2023 2:28 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Tezyan, Michael <mtezyan@irell.com>; Rueckheim, Mike <MRueckheim@winston.com>; Sheasby, Jason <JSheasby@irell.com>
**Cc:** Park, Ryuk <RPark@winston.com>; #Netlist-Micron294 <netlist-micron294@irell.com>; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; Jennifer Truelove (jtruelove@McKoolSmith.com) <jtruelove@mckoolsmith.com>; Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; ce@wsfirm.com; wh@wsfirm.com; andrea@wsfirm.com
**Subject:** RE: Netlist v. Micron, 22-cv-203/22-cv-294 \| depositions

Matt, Mike, following on this email – can you please provide the alternative availability of Mr. Beal?

Best,
Yanan

---

**From:** Zhao, Yanan
**Sent:** Wednesday, December 13, 2023 4:45 PM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Tezyan, Michael <mtezyan@irell.com>; Rueckheim, Mike <MRueckheim@winston.com>; Sheasby, Jason <JSheasby@irell.com>
**Cc:** Park, Ryuk <RPark@winston.com>; #Netlist-Micron294 <netlist-micron294@irell.com>; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; Jennifer Truelove (jtruelove@McKoolSmith.com) <jtruelove@mckoolsmith.com>; Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; ce@wsfirm.com; wh@wsfirm.com; andrea@wsfirm.com
**Subject:** RE: Netlist v. Micron, 22-cv-203/22-cv-294 | depositions

Matt, we have a conflict on December 20 for the deposition of Mr. Beal. Please let us know his availability in later December or early January. Thanks.

**Yanan Zhao**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
DID: 310-277-1010 | yzhao@irell.com

---

**From:** Zhao, Yanan <yzhao@irell.com>
**Sent:** Sunday, November 12, 2023 11:46 AM
**To:** McCullough, Matt <MRMcCullough@winston.com>; Tezyan, Michael <mtezyan@irell.com>; Rueckheim, Mike <MRueckheim@winston.com>; Sheasby, Jason <JSheasby@irell.com>
**Cc:** Park, Ryuk <RPark@winston.com>; #Netlist-Micron294 <netlist-micron294@irell.com>; ~Baxter, Samuel <sbaxter@mckoolsmith.com>; Jennifer Truelove (jtruelove@McKoolSmith.com) <jtruelove@mckoolsmith.com>; Winston-Micron-Netlist <Winston-Micron-Netlist@winston.com>; ce@wsfirm.com; wh@wsfirm.com; andrea@wsfirm.com
**Subject:** RE: Netlist v. Micron, 22-cv-203/22-cv-294 | depositions

Matt, we can accept the dates of Mr. Beal (Dec. 20) and Mr. Smith (Nov. 17). Since Micron is offering Mr. Holbrook for deposition in connection with both matters (22-cv-203; 22-cv-293), please provide his availability for a full day deposition.

Best,
Yanan

**Yanan Zhao**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
DID: 310-277-1010 | yzhao@irell.com

---

**From:** McCullough, Matt <MRMcCullough@winston.com>
**Sent:** Friday, November 10, 2023 12:55 PM
**To:** Zhao, Yanan <yzhao@irell.com>; Tezyan, Michael <mtezyan@irell.com>; Rueckheim, Mike <MRueckheim@winston.com>; Sheasby, Jason <JSheasby@irell.com>

2