# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-cv-293-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD; | ) (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., | ) |
| Defendants. | ) |
| NETLIST, INC., | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-cv-294-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) |
| Defendants. | ) |

## ORDER

The Court, having considered the briefing on Netlist, Inc.'s Motion for Leave to Supplement Expert Reports, and supporting documents attached thereto, is of the opinion that said motion should be **GRANTED.**

**IT IS SO ORDERED.**