# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SAMSUNG ELECTRONICS CO., LTD; )<br>SAMSUNG ELECTRONICS AMERICA, )<br>INC.; SAMSUNG SEMICONDUCTOR )<br>INC., )<br>)<br>Defendants. ) | Case No. 2:22-cv-293-JRG<br><br>JURY TRIAL DEMANDED<br>(Lead Case) |
| NETLIST, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICRON TECHNOLOGY, INC.; )<br>MICRON SEMICONDUCTOR )<br>PRODUCTS, INC.; MICRON )<br>TECHNOLOGY TEXAS LLC, )<br>)<br>Defendants. ) | Case No. 2:22-cv-294-JRG<br><br>JURY TRIAL DEMANDED |

## ORDER

The Court, having considered the briefing on Plaintiff Netlist, Inc.'s Additional Motions *in Limine* (Samsung Case No. 2:22-cv-293), and supporting documents attached thereto, is of the opinion that said motion should be **GRANTED**.