IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO, LTD, *et al.* <br><br> *Defendants*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:22-CV-00293-JRG <br> (Lead Case) |
| NETLIST, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., *et al.* <br><br> *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:22-CV-00294-JRG |

## **ORDER**

The Court issues this order *sua sponte*. The Court previously consolidated the above-captioned cases. (Dkt. No. 39.) In the past few months, the parties have filed nearly sixty motions. (*See* Dkt. Nos. 128, 139, 142, 154, 158, 176, 187, 193, 199, 202, 218, 219, 220, 221, 222, 223, 224, 225, 226, 271, 273, 274, 279, 284, 285, 288, 295, 337, 338, 340, 341, 342, 343, 344, 345, 346, 347, 348, 349, 350, 351, 352, 353, 354, 355, 356, 357, 358, 359, 360, 362, 363, 364, 365, 366, 367, 368, 369, 370, 374, 375, 380, 383, 462.) It is apparent that many of these motions affect one case, but not the other. (*See e.g.*, Dkt. Nos. 273, 337, 340, 344.) It is overwhelmingly apparent that consolidation of the above-captioned cases is not producing the efficiency gains that consolidation is designed to produce. In fact, the opposite appears to be the case. It is now clear

that it would be beneficial if these cases were deconsolidated to follow their own separate schedules.

Accordingly, it is **ORDERED** that the District Clerk **DECONSOLIDATE** the Micron case, Case No. 2:22-cv-294, from the Samsung case, Case No. 2:22-cv-293 It is further **ORDERED** that the Micron case, Case No. 2:22-cv-294, is **specially set** for trial on **April 22, 2024**, and the pretrial conference for the same is **set** for **9:00 a.m. CST** on **March 6, 2024**. It is further **ORDERED** that the pretrial conference and trial dates for the Samsung case, Case No. 2:22-cv-293, are cancelled to be reset at a later date.

The parties are **ORDERED** to file a joint notice no later than five (5) days from the issuance of this Order indicating what specific motions are currently pending in regard to the Micron case and what motions are currently pending in regard to the Samsung case. The parties shall file such notices separately in each deconsolidated case.

**So ORDERED and SIGNED this 28th day of February, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE