UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 2:22-cv-293-JRG |
| SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., | ) ) JURY TRIAL DEMANDED ) ) ) |
| Defendants. | ) ) |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiff Netlist, Inc. ("Netlist") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively "Samsung") jointly respectfully request that the Court amend the Fifth Amended Docket Control Order (Dkt. 335) to extend the following deadlines currently set for next Monday (March 4, 2024), in view of the Court's order deconsolidating this case and re-setting the Pretrial Conference and Trial for a later date to be determined by the Court.

This amendment is sought as to the Netlist-Samsung case only (No. 2:22-cv-293), and does not seek to change any deadlines in the Netlist-Micron (No. 22-cv-294) case set for Pretrial Conference on March 6, 2024 and trial on April 22, 2024.

| **Current Deadline** | **Amended Deadline** | **Event** |
|---|---|---|
| March 4, 2024 | March 8, 2024 | *File Responses to Motions in Limine |
| March 4, 2024 | March 15, 2024 | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |

Good cause exists in support of the parties' motion to amend.

The above-captioned case was originally consolidated with *Netlist v. Micron*, No. 22-cv-294 (E.D. Tex.) ("*Micron II*"). Pursuant to this Court's Fifth Amended DCO, the parties in both of the consolidated cases are directed to file responses to Motions *in Limine*, Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations by March 4, 2024. A pretrial conference for the consolidated matters was set for March 6, 2024.

On February 28, 2024, this Court entered an order de-consolidating the matters and canceled the pretrial conference set for this Case (22-cv-293), to be re-set for a later date. Dkt. 678 at 2.[1] The Court further set the pretrial conference for the *Micron II* matter to March 6, 2024. The Court also cancelled the April 22, 2024 trial date for this matter (Netlist-Samsung), to be re-set for a later date.

In light of the Court's de-consolidation and scheduling order, there is good cause for a short extension of the foregoing Pretrial Deadlines in the Netlist-Samsung matter. The extension will enable the Court and Parties to focus resources on the *Micron II* case set for Pretrial Conference next week and the C.D. Cal. trial between Netlist and Samsung set for March 26, 2024, and will enable the Netlist-Samsung Parties to engage in further discussions to narrow the outstanding pretrial issues in the Samsung matter, including in view of any rulings the Court may issue at the *Micron II* Pretrial Conference.

No other amendment is requested at this time. A proposed order is attached.

---

[1] "Accordingly, it is **ORDERED** that the District Clerk **DECONSOLIDATE** the Micron case, Case No. 2:22-cv-294, from the Samsung case, Case No. 2:22-cv-293 It is further **ORDERED** that the Micron case, Case No. 2:22-cv-294, is **specially set** for trial on **April 22, 2024**, and the pretrial conference for the same is **set** for **9:00 a.m. CST** on **March 6, 2024**. It is further **ORDERED** that the pretrial conference and trial dates for the Samsung case, Case No. 2:22-cv-293, are cancelled to be reset at a later date."

| | |
|---|---|
| Dated: February 29, 2024 | Respectfully submitted,<br><br>*/s/ Jason G. Sheasby*<br><br>Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>Jennifer L. Truelove<br>Texas State Bar No. 24012906<br>jtruelove@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>104 East Houston Street Suite 300<br>Marshall, TX 75670<br>Telephone: (903) 923-9000<br>Facsimile: (903) 923-9099<br><br>Jason G. Sheasby (*pro hac vice*)<br>jsheasby@irell.com<br>H. Annita Zhong (*pro hac vice*)<br>hzhong@irell.com<br>Andrew J. Strabone (*pro hac vice*)<br>astrabone@irell.com<br>Thomas C. Werner (*pro hac vice*)<br>twerner@irell.com<br>Yanan Zhao (*pro hac vice*)<br>yzhao@irell.com<br>Michael W. Tezyan (*pro hac vice*)<br>mtezyan@irell.com<br><br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Tel. (310) 277-1010<br>Fax (310) 203-7199<br><br>Philip Warrick<br>New York Bar No. 4471413<br>pwarrick@irell.com<br>**IRELL & MANELLA LLP**<br>750 17th Street NW, Suite 850<br>Washington, DC 20006<br>Tel. (310) 777-6512<br>Fax (310) 317-7252<br><br>***Attorneys for Plaintiff Netlist, Inc.*** |

|  | */s/*   *Daniel A. Tishman* |
|---|---|

                              Melissa R. Smith
                              State Bar No. 24001351
                              GILLAM & SMITH, LLP
                              303 South Washington Avenue
                              Marshall, Texas 75670
                              Telephone:  (903) 934-8450
                              Facsimile:  (903) 934-9257
                              Email:  melissa@gillamsmithlaw.com

                              Ruffin B. Cordell
                              TX Bar No. 04820550
                              cordell@fr.com
                              Michael J. McKeon
                              D.C. Bar No. 459780
                              mckeon@fr.com
                              Lauren A. Degnan
                              DC Bar No. 452421
                              degnan@fr.com
                              Daniel A. Tishman
                              DC Bar No. 1013923
                              tishman@fr.com
                              FISH & RICHARDSON P.C.
                              1000 Maine Avenue, S.W., Suite 1000
                              Washington, DC 20024
                              Telephone: (202) 783-5070
                              Facsimile: (202) 783-2331

                              ***Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on February 29, 2024, a copy of the foregoing was served to all counsel of record via the Court's ECF/CM system.

                              */s/ Yanan Zhao*
                              Yanan Zhao

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties met and conferred on the subject matter of this Motion

to Amend and all parties join this Motion.

                                                  */s/ Yanan Zhao*
                                                  Yanan Zhao