IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| NETLIST, INC., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 2:22-cv-293-JRG |
| SAMSUNG ELECTRONICS CO, LTD; | ) | |
| SAMSUNG ELECTRONICS AMERICA, | ) | JURY TRIAL DEMANDED |
| INC.; SAMSUNG SEMICONDUCTOR | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT NOTICE OF PENDING MOTIONS**

Pursuant to the Court's Order, Dkt. 678, the Plaintiff Netlist, Inc. ("Netlist") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor Inc. respectfully submit the following list of pending motions in the above-captioned case.

| | Dkt. | Motion Description |
|---|---|---|
| 1. | 273 | Netlist's Motion for Summary Judgment on Samsung's License Defense |
| 2. | 285 | Samsung's Renewed Motion To Stay Pending IPR or in the Alternative To Set a New Trial Date |
| 3. | 337 | Samsung's Motion for Partial Summary Judgment that All Accused Products are Covered by Netlist's License to Samsung in The Parties' 2015 JDLA |
| 4. | 338 | Samsung's Motion for Summary Judgment of No Pre-Suit Damages |
| 5. | 341 | Samsung's Motion for Summary Judgment of No Willfulness |
| 6. | 342 | Netlist's Motion for Summary Judgment Dismissing Samsung's Affirmative Defense of Laches, Estoppel, and/or Waiver |
| 7. | 343 | Netlist's Motion Partial for Summary Judgment on Samsung's Invalidity Defenses |
| 8. | 346 | Samsung's *Daubert* Motion and Motion To Strike Expert Testimony of David Kennedy |
| 9. | 350 | Samsung's *Daubert* Motion and Motion To Strike Expert Testimony of Dr. William Henry Mangione-Smith |
| 10. | 353 | Samsung's Motion for Partial Summary Judgment Noninfringement Concerning the '912 Patent |
| 11. | 355 | Netlist's Motion To Strike Portions of the Rebuttal Expert Report of Lauren Kindler |

|     | Dkt. | Motion Description |
| --- | --- | --- |
| 12. | 356 | Netlist's Motion for Summary Judgment that the Asserted Patents Are Not Standard Essential (Samsung Case No. 2:22-CV-293) |
| 13. | 358 | Netlist's Motion To Strike Certain Opinions of Defendants' Expert John B. Halbert[1] |
| 14. | 359 | Netlist's Motion To Strike Certain Opinions of Samsung Defendants' Expert Mr. Joseph McAlexander |
| 15. | 374 | Samsung's Motion To Preclude Evidence Regarding the Alleged Essentiality of the Asserted Patents |
| 16. | 383 | Samsung's Corrected Motion To Bifurcate Liability Issues from License Defense, Damages, and Willfulness Issues |
| 17. | 611 | Netlist's Additional Motions *in Limine* (Samsung Case No. 2:22-CV-293) |
| 18. | 612 | Samsung's Omnibus Motion in *Limine* |
| 19. | 668 | Joint Motion for Leave Regarding Netlist and Samsung's Supplemental Expert Reports and Netlist's Supplemental Motion To Strike (Samsung Case No. 2:22-CV-293) |
| 20. | 669 | Netlist's Motion To Strike Supplemental Rebuttal Expert Report of Lauren Kindler |
| 21. | 680 | Joint Motion to Amend Docket Control Order |

Netlist previously filed a Notice of Withdrawal of Dkts. 347, 349, 352, 357, and 365. Dkt. 670. Netlist further withdraws Dkt. 363 (Netlist's Motion to Strike Certain Opinions of Dr. Perryman). Samsung hereby withdraws the following motions: Dkt. 348 (Motion To Strike Expert Testimony of Dr. Andreas Groehn);[2] Dkt. 351 (Motion To Strike Expert Testimony of Mr. Peter Gillingham); Dkt. 375 (Motion To Enforce the Protective Order).

---

[1] Although Netlist's Motion To Strike Certain Opinions of Defendants' Expert John B. Halbert involves both Samsung and Micron, Samsung respectfully submits that the motion should be decided separately in this case and in *Netlist, Inc. v. Micron Technology, Inc. et al.* case (2:22-cv-294-JRG), because there are issues specific to Samsung on which Samsung should have an opportunity to be heard independently.

[2] Samsung: Although Samsung withdraws this motion, Samsung does not withdraw its argument that Dr. Groehn's hedonic regression is improper because it fails to identify the incremental value of the asserted patents. This argument is set forth in Samsung's motion to strike Mr. Kennedy's report, which Samsung has not withdrawn. Dkt. 346.

Netlist: Samsung cannot preserve the substantive arguments of its withdrawn motion. By dropping its motion to strike the opinions of Dr. Groehn, Samsung has waived any challenge as to the hedonic regression conducted by Dr. Groehn. To the extent the Court finds that Samsung can still raise such arguments, including in its motion to strike Mr. Kennedy's opinions, Netlist respectfully asks the court to hear the parties' arguments on Samsung's Motion to Strike Expert Testimony of Dr. Andreas Groehn, Dkt. 348, as a live motion.

Dated: March 4, 2024                                    Respectfully submitted,

                                                        */s/ Jason G. Sheasby*

                                                        Samuel F. Baxter
                                                        Texas State Bar No. 01938000
                                                        sbaxter@mckoolsmith.com
                                                        Jennifer L. Truelove
                                                        Texas State Bar No. 24012906
                                                        jtruelove@mckoolsmith.com
                                                        **MCKOOL SMITH, P.C.**
                                                        104 East Houston Street Suite 300
                                                        Marshall, TX 75670
                                                        Telephone: (903) 923-9000
                                                        Facsimile: (903) 923-9099

                                                        Yanan Zhao (*pro hac vice*)
                                                        yzhao@irell.com
                                                        Michael W. Tezyan (*pro hac vice*)
                                                        mtezyan@irell.com

                                                        **IRELL & MANELLA LLP**
                                                        1800 Avenue of the Stars, Suite 900
                                                        Los Angeles, CA 90067
                                                        Tel. (310) 277-1010
                                                        Fax (310) 203-7199

                                                        *Attorneys for Plaintiff Netlist, Inc.*


                                                        By: */s/ Daniel A. Tishman*

                                                        Melissa R. Smith
                                                        State Bar No. 24001351
                                                        GILLAM & SMITH, LLP
                                                        303 South Washington Avenue
                                                        Marshall, Texas 75670
                                                        Telephone: (903) 934-8450
                                                        Facsimile: (903) 934-9257
                                                        Email: melissa@gillamsmithlaw.com

                                                        Ruffin B. Cordell
                                                        TX Bar No. 04820550
                                                        cordell@fr.com
                                                        Michael J. McKeon
                                                        D.C. Bar No. 459780

3

mckeon@fr.com
Lauren A. Degnan
DC Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
John W. Thornburgh
CA Bar No. 154627
thornburgh@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD, SAMSUNG ELECTRONICS, AMERICA, INC., AND SAMSUNG SEMICONDUCTOR, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that, on March 4, 2024, a copy of the foregoing was served to all counsel of record.

*/s/ Yanan Zhao*
Yanan Zhao