# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO, LTD, *et al.* <br> *Defendants*. | Case No. 2:22-CV-00293-JRG <br><br> JURY TRIAL DEMANDED <br><br> Lead Case |
| NETLIST, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MICRON TECHNOLOGY, INC.., *et al.* <br> *Defendants*. | Case No. 2:22-CV-00294-JRG <br><br> JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Micron") respectfully move the Court to allow Jennifer H. Doan, Darby V. Doan, Joshua R. Thane and Mariah L. Hornok (collectively, the "HALTOM & DOAN Attorneys") to withdraw as counsel of record for Micron in this cause of action. All other listed counsel of record for Micron will remain as counsel. The withdrawal of the HALTOM & DOAN Attorneys will not cause any delay or prejudice in this case. Plaintiffs are not opposed to the HALTOM & DOAN Attorneys' withdrawal.

A proposed Order withdrawing the HALTOM & DOAN Attorneys as counsel of record for Micron is attached, which removes them from the electronic service list and all other service lists in this action.

UNOPPOSED MOTION TO WITHDRAW COUNSEL – Page 1

Respectfully submitted,

*/s/ Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
Darby V. Doan
Texas Bar No. 00793622
Joshua R. Thane
Texas Bar No. 24060713
Mariah Hornok
Texas Bar No. 24113074
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com
Email: mhornok@haltomdoan.com

Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

David P. Enzminger (*pro hac vice*)
denzminger@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
Ryuk Park (*pro hac vice*)
RPark@winston.com
Matthew R. McCullough
MRMcCullough@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Matthew Hopkins (*pro hac vice*)
State Bar No. 1500598
mhopkins@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

William M. Logan
State Bar No. 24106214
wlogan@winston.com
Juan C. Yaquian (*pro hac vice*)
State Bar No. 24110559
JYaquian@winston.com
WINSTON & STRAWN LLP
800 Capital Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

        Wesley Hill
        State Bar No. 24032294
        wh@wsfirm.com
        Andrea Fair
        State Bar No. 24078488
        andrea@wsfirm.com
        Charles Everingham IV
        State Bar No. 00787447
        ce@wsfirm.com
        WARD, SMITH & HILL, PLLC
        1507 Bill Owens Parkway
        Longview, TX 75604
        Telephone: (903) 757-6400
        Facsimile: (903) 757-2323

**ATTORNEYS FOR MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., AND MICRON TECHNOLOGY TEXAS LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule cv-5(a)(3) on this 6th day of March, 2024.

        */s/ Jennifer H. Doan*
        Jennifer H. Doan

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h). On March 6, 2024, counsel for Micron discussed the relief requested with counsel for Netlist and counsel for Netlist is unopposed to the relief request herein.

        */s/ Jennifer H. Doan*
        Jennifer H. Doan