# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | |
|     *Plaintiff*, | Case No. 2:22-CV-00293-JRG |
| v. | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD, *et al.* | Lead Case |
|     *Defendants*. | |
| | |
| NETLIST, INC., | |
|     *Plaintiff*, | Case No. 2:22-CV-00294-JRG |
| v. | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.., *et al.* | |
|     *Defendants*. | |

## **ORDER**

The Court has considered the Unopposed Motion to Withdraw Counsel and finds that the Motion should be GRANTED. It is therefore

ORDERED that Jennifer H. Doan, Darby V. Doan, Joshua R. Thane and Mariah L. Hornok, attorneys at HALTOM & DOAN, are withdrawn as counsel of record for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC, and the Clerk is directed to remove Jennifer H. Doan, Darby V. Doan, Joshua R. Thane and Mariah L. Hornok from the electronic service list.

**ORDER** – Solo Page