IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| SAMSUNG ELECTRONICS CO, LTD, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR INC., | § § § § § § | |
| *Defendants*. | § | |

## ORDER

The Court issues this Order *sua sponte*. Before the Court are Netlist, Inc's Notice of Withdrawal (Dkt. No. 670) and the parties' Joint Notice of Pending Motions between Netlist and Samsung (Dkt. No. 682) (collectively, the "Notices"). In the Notices, the parties represent that Dkt. Nos. 347, 348, 349, 351, 352, 357, 363, 365, and 375 (the "Motions") are withdrawn. (*See* Dkt. Nos. 670 and 682.) Accordingly, the Court **ACCEPTS AND ACKNOWLEDGES** that the Motions (Dkt. Nos. 347, 348, 349, 351, 352, 357, 363, 365, and 375) are **WITHDRAWN**.

**So ORDERED and SIGNED this 8th day of March, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE