# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| § | |
| SAMSUNG ELECTRONICS CO, LTD, § | |
| SAMSUNG ELECTRONICS AMERICA, § | |
| INC., SAMSUNG SEMICONDUCTOR § | |
| INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC's ("Micron") Motion to Withdraw Counsel (the "Motion"). (Dkt. No. 683.) In the Motion, Micron moves to allow Jennifer H. Doan, Darby V. Doan, Joshua R. Thane, and Mariah L. Hornok (collectively, the "Haltom & Doan Attorneys") to withdraw as counsel of record for Micron in the above-captioned case. (*Id.*) The above-captioned case was previously consolidated with Case No. 2:22-cv-294, which named Micron as defendant. On February 28, 2024, the Court deconsolidated Case No. 2:22-cv-294 from the above-captioned case. (Dkt. No. 678.) Micron and all counsel of record for Micron, including the Haltom & Doan Attorneys, are no longer in the above-captioned case.

Accordingly, Micron's Motion to Withdraw Counsel in the above-captioned case should be and hereby is **DENIED AS MOOT**.

So ORDERED and SIGNED this 8th day of March, 2024.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE