**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-293-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; ) | |
| SAMSUNG ELECTRONICS AMERICA, ) | |
| INC.; SAMSUNG SEMICONDUCTOR ) | ▬▬▬▬▬▬▬ |
| INC., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF
PLAINTIFF NETLIST, INC.'S SUR-REPLY IN OPPOSITION TO
SAMSUNG'S OMNIBUS MOTION *IN LIMINE* (DKT. 612)**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Sur-Reply in Opposition to Samsung's Omnibus Motion *in Limine* (Dkt. 612). I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 18** is a true and correct excerpted copy of Volume 2 of the Pretrial Conference transcript in *Netlist, Inc. v. Micron Technology, Inc. et al.*, Case No. 2:22-cv-294 (E.D. Tex.) ("*Micron II*").

3. Attached as **Exhibit 19** is a true and correct copy of the Court's Order on various Pretrial Motions filed as Document No. 548 in *G+ Communications, LLC v. Samsung Electronics Co., Ltd., et al.*, Case No. 2:22-cv-78 (E.D. Tex.).

4. Attached as **Exhibit 20** is a true and correct excerpted copy of Volume 3 of the Jury Trial transcript in *Netlist, Inc. v. Samsung Electronics Co., Ltd. et al.*, Case No. 2:21-cv-463 ("*Samsung I*").

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 25, 2024, in the United States

By */s/ Jason G. Sheasby*
Jason G. Sheasby