UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | Civil No. 2:22-cv-00293-JRG<br><br>**JURY TRIAL DEMANDED** |

**SAMSUNG'S NOTICE OF DETERMINATION INVALIDATING PATENT-IN-SUIT**

Pursuant to this Court's Standing Order Requiring Notice of Relevant Determinations from Related Proceedings, Samsung respectfully files this notice of recent events. The Patent Trial and Appeal Board ("PTAB") determined that the ***sole asserted claim in U.S. Patent No. 7,619,912 was unpatentable***.[1] The status of *inter partes* review challenges for the asserted patents are as follows:

| Asserted Patent | Status |
|---|---|
| U.S. Patent No. 7,619,912 | Claim 16 determined to be unpatentable in IPR2022-00615 on April 17, 2024. The '912 patent claim 16 is the sole asserted claim from the '912 patent in the above-captioned Eastern District of Texas litigation. |
| U.S. Patent No. 11,093,417 | The PTAB instituted an IPR proceeding challenging all claims in this patent as IPR2023-00454 on August 2, 2023. The PTAB's final written decision is due by August 2, 2024. |
| U.S. Patent No. 9,858,215 | The PTAB instituted an IPR proceeding challenging all claims in this patent as IPR2023-00455 on August 2, 2023. The PTAB's final written decision is due by August 2, 2024. |
| U.S. Patent No. 10,268,608 | The PTAB instituted an IPR proceeding challenging all claims in this patent as IPR2023-00847 on December 12, 2023. The PTAB's final written decision is due by December 12, 2024. |

---

[1] *Samsung Electronics Co., Ltd., Micron Technology, Inc., et al. v. Netlist, Inc.*, IPR2022-00615, Paper 96 (PTAB April 17, 2024) (determining claim 16 of the '912 patent unpatentable) (Ex. A).

1

| | |
|---|---|
| Date: April 19, 2024 | Respectfully submitted, |
| | */s/ Francis J. Albert* |
| Melissa Richards Smith<br>melissa@gillamsmith.com<br>GILLAM & SMITH, LLP<br>303 South Washington Ave.<br>Marshall, Texas 75670<br>Telephone:    (903) 934-8450<br>Facsimile:     (903) 934-9257 | Ruffin B. Cordell<br>TX Bar No. 04820550<br>cordell@fr.com<br>Michael J. McKeon<br>D.C. Bar No. 459780<br>mckeon@fr.com<br>Lauren A. Degnan<br>D.C. Bar No. 452421 |
| J. Travis Underwood<br>Texas Bar No. 24102587<br>travis@gillamsmithlaw.com<br>GILLAM & SMITH, LLP<br>102 North College Avenue, Suite 800<br>Tyler, Texas 75702<br>Telephone: (903) 934-8450<br>Facsimile:  (903) 934-9257 | degnan@fr.com<br>Daniel A. Tishman<br>DC Bar No. 1013923<br>tishman@fr.com<br>FISH & RICHARDSON P.C.<br>1000 Maine Avenue, SW<br>Washington, DC 20024<br>Telephone: (202) 783-5070<br>Facsimile:  (202) 783-2331 |
| Brian R. Nester<br>DC Bar No. 460225<br>bnester@cov.com<br>COVINGTON & BURLING LLP<br>One CityCenter 850 Tenth Street, N<br>Washington, DC 20001-4956<br>Telephone: (202)-662-6000 | Francis J. Albert<br>CA Bar No. 247741<br>albert@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Ste. 400<br>San Diego, CA  92130<br>Telephone: (858) 678-5070<br>Facsimile:  (858) 678-5099 |
| Alice J. Ahn<br>CA Bar No. 271399/DC Bar No. 1004350<br>aahn@cov.com<br>COVINGTON & BURLING LLP<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>Telephone:  (415) 591-7091<br>Facsimile:   (415) 955-6571 | Thomas H. Reger II<br>reger@fr.com<br>Texas Bar No. 24032992<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>Telephone: (214) 747-5070<br>Facsimile:  (214) 747-2091 |

*Attorneys for Defendants Samsung Electronics Co., Ltd.;*
*Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on April 19, 2024.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).


                                                            /s/ Francis J. Albert