UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>    Defendants. | Civil Case No. 2:22cv-00293-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Samsung's Renewed Motion to Stay Pending IPR or in the Alternative, to Sever and Stay the '912 Patent.

Having considered the motion, and for good cause shown, the motion is hereby GRANTED.

IT IS SO ORDERED.