# Exhibit 16

1    QUINN EMANUEL URQUHART &
     SULLIVAN, LLP
2    David Perlson (CA Bar No. 209502)
     davidperlson@quinnemanuel.com
3    50 California Street, 22nd Floor
     San Francisco, CA 94111
4    Telephone: (415) 875-6600
     Facsimile: (415) 875-6700
5
6    Jared Newton (admitted *pro hac vice*)
     jarednewton@quinnemanuel.com
7    Deepa Acharya (CA Bar No. 267654)
     deepaacharya@quinnemanuel.com
8    1300 I Street NW, Suite 900
     Washington, D.C. 20005
9    Telephone: (202) 538-8000
     Facsimile: (202) 538-8100
10
     *Attorneys for Defendant Google LLC*

     IRELL & MANELLA LLP
     Jason G. Sheasby (CA SBN 205455)
     jsheasby@irell.com
     Andrew J. Strabone (CA SBN 301659)
     astrabone@irell.com
     1800 Avenue of the Stars, Suite 900
     Los Angeles, California 90067
     Telephone: (310) 277-1010
     Facsimile: (310) 203-7199

     *Attorneys for Plaintiff Netlist, Inc.*

11

12                UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

16   NETLIST, INC.,                    Case No. 3:09-CV-05718-RS

17        Plaintiff,
                                       **JOINT MOTION, STIPULATION, AND
18        v.                           [PROPOSED] ORDER AS MODIFIED
                                       RE: STAY OF ACTION**
19   GOOGLE LLC,

20        Defendant.

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rule 7-12, Plaintiff Netlist Inc. ("Plaintiff") and Defendant Google LLC ("Defendant"), through their respective attorneys, hereby stipulate and move the Court as follows:

WHEREAS, on June 3, 2022, Google filed a motion to stay this action until resolution of *Samsung Electronics Co., Ltd. et al. v. Netlist, Inc.*, No. 1:21-cv-01453-RGA, pending in the District of Delaware before Judge Richard G. Andrews (the "Delaware Action") (Dkt. 292);

WHEREAS, on July 13, 2022, the Court granted-in-part Google's motion to stay and ordered that "the action shall be stayed for a period of 90 days" and "[t]he stay will expire at that time unless a motion to extend the same is filed prior to its expiration" (Dkt. 325 at 17);

WHEREAS, on August 1, 2022, Judge Andrews entered an order dismissing, *inter alia*, Samsung's declaratory judgment claims against U.S. Patent No. 7,619,912 (the "'912 Patent") from the Delaware Action;

WHEREAS, on August 1, 2022, Netlist filed a complaint for infringement of the '912 Patent against Samsung in the Eastern District of Texas, *Netlist, Inc. v. Samsung Elecs. Co., Ltd. et al.*, No. 2:22-cv-00293-JRG (the "Texas Action").

NOW THEREFORE, the parties jointly stipulate and move the Court to continue the stay of this action until resolution of the Texas Action, including any appeal thereof.

IT IS SO STIPULATED.

1

2

_____

3  DATED: October 4, 2022          Respectfully submitted,

4                                          IRELL & MANELLA LLP

5

                                  By    /s/ Jason G. Sheasby
6                                         Jason G. Sheasby
                                          *Attorney for Plaintiff*
7                                         Netlist, Inc.

8  DATED: October 4, 2022          Respectfully submitted,

9                                          QUINN EMANUEL URQUHART
                                          & SULLIVAN
10

11                                 By    /s/ David Perlson
                                          David Perlson
12                                        *Attorney for Defendant*
                                          Google LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:09-CV-05718-RS

JOINT MOTION, STIPULATION, AND [PROPOSED] ORDER RE: STAY OF ACTION

1

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

2

3

I, David Perlson, attest that concurrence in the filing of this document has been obtained from the other signatories.  I declare under penalty of perjury that the foregoing is true and correct.

4

5

6

By   */s/ David Perlson*
David Perlson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    [PROPOSED] ORDER AS MODIFIED BY THE COURT

2           Pursuant to the parties' stipulation, and good cause appearing therefore, it is hereby ordered

3    that this action shall remain stayed pending resolution of *Netlist, Inc. v. Samsung Elecs. Co., Ltd.,*

4    *et al.*, No. 2:22-cv-00293-JRG (the "Samsung action"), including any appeal thereof.  The Clerk

5    shall administratively close this action.  Within 30 days of the conclusion of the Samsung action

6    (including any appeal thereof), the parties shall file a joint statement providing notice of the same

7    and indicating whether this action should be reopened.  If the parties fail to file a joint statement as

8    ordered, the action will be deemed dismissed without prejudice.  The Case Management

9    Conference scheduled for November 3, 2022 is vacated.

10          **IT IS SO ORDERED**.

11

12   Dated: October 17   , 2022          _____

13                                          Honorable Richard Seeborg
                                            United States Chief District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28