IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.<br>and SAMSUNG SEMICONDUCTOR, INC.,<br><br>  Defendants. | Civil Case No. 2:22-cv-293-JRG<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' NOTICE OF DESIGNATION OF LEAD COUNSEL**

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Semiconductor, Inc. respectfully submit to the Court this Notice of Designation of Lead Counsel. Defendants hereby designate Ruffin B. Cordell of Fish & Richardson P.C. as lead counsel in the above-referenced matter. All pleadings, discovery, correspondence, and other material should be served upon lead counsel at Fish & Richardson P.C. 1000 Maine Avenue, SW, Suite 1000 Washington, DC 20024.

Dated: June 24, 2024

Respectfully submitted,

/s/ *Melissa R. Smith*
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
D.C. Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Thomas H. Reger II
reger@fr.com
Texas Bar No. 24032992
**FISH & RICHARDSON P.C**.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

Alice Juwon Ahn
**Covington & Burling LLP**
415 Mission St
Suite 5400
San Francisco, CA 94105
415-591-7091
Email: aahn@cov.com

Amy Riley Lucas
**O'Mlelveny & Myers LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067-6035
310-553-6700
Fax: 310-246-6779

2

Email: alucas@omm.com

Anton Metlitsky
**O'Melveny & Myers LLP**
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022
212-326-2000
Fax: 212-326-2061
Email: ametlitsky@omm.com

Brian Livedalen
**Fish & Richardson PC**
1000 Maine Ave., SW
Suite 1000
Washington, DC 20024
202/783-5070
Fax: 202/783-2331
Email: livedalen@fr.com

Brian R. Nester
**Covington & Burling LLP**
One City Center
850 Tenth Street, NW
Washington, DC 20005
202-662-6000
Email: bnester@cov.com

Christopher William Dryer
**Fish & Richardson PC**
1000 Maine Ave., SW
Suite 1000
Washington, DC 20024
202-783-5070
Fax: 202-783-2331
Email: dryer@fr.com

Daniel Aaron Tishman
**Fish & Richardson PC**
1000 Maine Ave., SW
Suite 1000
Washington, DC 20024
202-783-5070
Fax: 202-783-2331
Email: tishman@fr.com

Francis J Albert
**Fish & Richardson PC**
12860 El Camino Real
Suite 400
San Diego, CA 92130
858-678-5070
Fax: 858-678-5099
Email: albert@fr.com

        Grant K Schmidt
        **Hilger Graben PLLC**
        7859 Walnut Hill Lane
        Ste 335
        Dallas, TX 75230
        469-751-2819
        Email: gschmidt@hilgersgraben.com

*Counsel for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, on this 24th day of June, 2024.

        */s/ Melissa R. Smith*
        Melissa R. Smith