UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>　　　　　Defendants. | Civil No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## ORDER

In consideration of Defendant Samsung's Motion to Exceed Page Limits for Declaration and Exhibits Supporting Motion for Limited Relief from Protective Order (the "Motion"), the Court is of the opinion that said Motion should be GRANTED, and it is hereby:

ORDERED, ADJUDGED, AND DECREED that Defendant Samsung's Motion is GRANTED.

IT IS SO ORDERED.