███████████████████████████████████

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>   Defendants. | Civil No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

**SAMSUNG'S OPPOSED MOTION FOR CONTINUANCE**

Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc. ("Samsung") move for a continuance of the July 23, 2024 pretrial conference and August 19, 2024 trial dates set by the Court on June 12, 2024. Dkt. 711. The newly set dates present a direct conflict with the preexisting trial schedules of Samsung's trial counsel, including Samsung's lead trial counsel Ruffin Cordell.[1]

Counsel for Samsung, Ruffin Cordell and Michael McKeon, ███████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

---

[1] ███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████ ███████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

1

███████████████████████████████████████

Mr. Cordell and Mr. McKeon ███████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████

As this Court is aware, Mr. Cordell and Mr. McKeon have been trial counsel for Samsung since the start of the EDTX cases, and are both integral to Samsung's representation. During the *Netlist I* matter (*Netlist Inc. v. Samsung Elecs. Co., Ltd.*, No. 2:21-CV-00463), Mr. Cordell gave opening and closing statements, and both Mr. Cordell and Mr. McKeon conducted significant direct and cross-examinations. ████████████████████

███████████████████████████████████████████████

██████████████████████████

In the interest of providing a suitable alternative to the Court, Samsung respectfully submits that its counsel and witnesses are available for a pre-trial conference on July 30 or 31, 2024, and its counsel and witnesses are available to begin trial on September 30, 2024 or October 7, 2024.

Dated: June 17, 2024

Respectfully submitted,

By: /s/ *Ruffin B. Cordell*

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

J. Travis Underwood

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
D.C. Bar No. 452421
degnan@fr.com

| | |
|---|---|
| Texas Bar No. 24102587<br>travis@gillamsmithlaw.com<br>GILLAM & SMITH, LLP<br>102 North College Avenue, Suite 800<br>Tyler, Texas 75702<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257 | Daniel A. Tishman<br>DC Bar No. 1013923<br>tishman@fr.com<br>FISH & RICHARDSON P.C.<br>1000 Maine Avenue, SW<br>Washington, DC 20024<br>Telephone: (202) 783-5070<br>Facsimile: (202) 783-2331 |
| Brian R. Nester<br>DC Bar No. 460225<br>bnester@cov.com<br>COVINGTON & BURLING LLP<br>One CityCenter 850 Tenth Street, N<br>Washington, DC 20001-4956<br>Telephone: (202)-662-6000 | Francis J. Albert<br>CA Bar No. 247741<br>albert@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Ste. 400<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099 |
| Alice J. Ahn<br>CA Bar No. 271399/DC Bar No. 1004350<br>aahn@cov.com<br>COVINGTON & BURLING LLP<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>Telephone: (415) 591-7091<br>Facsimile: (415) 955-6571 | Thomas H. Reger II<br>reger@fr.com<br>Texas Bar No. 24032992<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>Telephone: (214) 747-5070<br>Facsimile: (214) 747-2091 |
| | *Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on June 17, 2024.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A) and via electronic mail.

                                                 */s/ Ruffin B. Cordell*

**CERTIFICATE OF CONFERENCE**

I hereby certify that local counsel for the parties met and conferred regarding this motion on June 14, 2024.  Plaintiff opposes this motion.

                                                 */s/ Ruffin B. Cordell*