**EXHIBIT 4**

08:06:22

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

MARK C. SCARSI, U.S. DISTRICT JUDGE

```
NETLIST, INC.,                  )
                                )
         Plaintiff,             )
                                )
             vs.                )
                                )   8:20-CV-993-MCS
SAMSUNG ELECTRONICS CO.,        )
LTD.,                           )
                                )
         Defendant.             )
_____)
                                )
                                )
```

REPORTER'S TRANSCRIPT OF JURY TRIAL

VOLUME IV

Los Angeles, California

Friday, May 17, 2024

_____

AMY DIAZ, RPR, CRR, FCRR
Federal Official Reporter
350 West 1st Street, #4455
Los Angeles, CA 90012

*Please order court transcripts here:  www.amydiazfedreporter.com*

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

```
1    APPEARANCES OF COUNSEL:
2
     For the Plaintiff:
3

4              IRELL & MANELLA LLP
               By:  Jason Sheasby, Attorney at Law
5                   Michael Harbour, Attorney at Law
               1800 Avenue of the Stars, Suite 900
6              Los Angeles, California 90067

7              IRELL & MANELLA LLP
               By:  Lisa Glasser, Attorney at Law
8                   Matthew Ashley, Attorney at Law
               840 Newport Center Drive, Suite 400
9              Newport Beach, California 92660

10   For the Defendant:

11             O'MELVENY & MYERS, LLP
               By:  Darin Synder, Attorney at Law
12             Two Embarcadero Center, 28th Floor
               San Francisco, California 94111
13
               O'MELVENY & MYERS, LLP
14             By:  Amy Lucas, Attorney at Law
               1999 Avenue of the Stars, 7th Floor
15             Los Angeles, California 90067

16             O'MELVENY & MYERS, LLP
               By:  Anton Metlitsky, Attorney at Law
17                  Marc Pensabene, Attorney at Law
               Times Square Tower
18             7 Times Square
               New York, New York 10036
19
               O'MELVENY & MYERS, LLP
20             By:  Marc Feinstein, Attorney at Law
               400 South Hope Street, 18th Floor
21             Los Angeles, California 90071

22

23

24

25
```

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

```
09:29:30   1   e-mails conceded it was not limited to the NVDIMM-P project.
09:29:35   2            This is Exhibit 35, in which Indong Kim, who was
09:29:39   3   charged with performing the JDLA, he testified that even
09:29:45   4   though there was no collaborative relationship on NVDIMM-P,
09:29:50   5   it is true that there was an obligation to supply product.
09:29:55   6   And he admitted those products he was referring to have
09:29:58   7   nothing to do with NVDIMM-P.
09:30:02   8            The idea that we gave away 20-plus years of
09:30:08   9   innovation in exchange for a commitment to supply some chips
09:30:13  10   if some product that didn't exist JDP, NVDIMM-P, and might
09:30:17  11   never exist, has no connection to reality.
09:30:24  12            In fact, it is meaningless, because the contract it
09:30:27  13   signed gave Samsung the right to stop the development
09:30:31  14   whenever it wanted.
09:30:35  15            The second issue, Samsung is in material breach.
09:30:41  16   The root of the parties' agreement.
09:30:46  17            We know what the root of the party's agreement is,
09:30:49  18   it's in Exhibit 101, and you can look at it.  Supply of NAND
09:30:52  19   and DRAM.  It doesn't say just for the JDP.  And what they
09:30:57  20   say is that it enables Netlist to expand its business.  That
09:31:02  21   is the root of the agreement.
09:31:05  22            The root of the agreement has been destroyed.  Zero
09:31:09  23   allocation.  Zero allocation.  And you see month after month
09:31:16  24   after month until we terminated, until we terminated, they
09:31:23  25   continued to choke off our business.
```

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER