**EXHIBIT 5**

**From:** Raymond Jiang <rjiang@netlist.com>
**Sent:** Monday, December 5, 2016 4:49 PM
**To:** Paik Ki Hong; Devon Park
**Subject:** RE: Weekly Market Update - 12/5/2016

1. DRAM - Neal believes pricing won't stop. Q1 is tight and may throughout 2017
    a. Two large OEMs tried to lock in significant quantity of Q1 pricing that is higher than today
    b. He thinks 16GB RDIMM will be at $105-$110 and $200 for 32GB in Q1
    c. No indication price will go down anytime soon, at least not Q1 as he predicts
    d. DDR3 - only 5-10% output (of DRAM productions), again sold out in Q1 and very hard to get parts

2. SSDs - Suggested that we take what we can in Dec for SSDs to take advantage of pricing. Cannot hold parts to ship in Q1 (or we will have to use Q1 price)
    a. He will get us as many as allocation he can but remaindered us to have credit available
       PM863a Q1 Pricing -
         - 240GB $115
         - 480GB $204
         - 960GB $384
         - 1.92TB $743
         - 3.84TB $1,485
       SM863a Q1 Pricing -
         - 240GB $128
         - 480GB $232
         - 960GB $439
         - 1.92TB $853
       *Pricing is in the cost file as comment

3. 8GB and 16GB eMMC - PO on hold until we provide a name. He needs it to make a case to get support.
    a. Told him Plexus as the CM and we don't have much info as deal was done from the top
    b. He doesn't care who the end customer is, but need to provide one or few Chinese customers and so he can put a story in

-----Original Appointment-----
**From:** Raymond Jiang
**Sent:** Tuesday, September 20, 2016 11:55 AM
**To:** Paik Ki Hong; Devon Park; Neal Knuth

1

U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 8:20-CV-993-MCS (ADS)
Netlist Inc.
vs. Samsung Electronics Co., Ltd.
PLAINTIFF'S EXHIBIT IX0013
DATE _____ IDEN
DATE _____ EVID.
BY _____
Deputy Clerk

IX0013.1

**Subject:** Weekly Market Update
**When:** Monday, December 05, 2016 4:00 PM-4:30 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Call 303-928-2617 Bridge # 1750463

Please dial in 303-928-2617 Bridge # 1750463

Agenda:

- Market update
- Backlog Review
- Forecast Review
-

IX0013.2