# EXHIBIT 10

| | |
|---|---|
| **From:** | Lucas, Amy R. <alucas@omm.com> |
| **Sent:** | Saturday, June 8, 2024 12:56 PM |
| **To:** | Pensabene, Marc J.; Harbour, Michael |
| **Cc:** | Ashley, Matt; Manzin-Monnin, Benjamin; Clarkston, Matt; Chestney, Isabella; Glasser, Lisa; #Netlist-Samsung-CDCal; #CDCal-Staff [Int]; #Samsung Netlist Trial Team; Feinstein, Marc; Cohen, Lori; Treggs, Brian; Hamilton, Emilie W.; Snyder, Darin; Sheasby, Jason |
| **Subject:** | RE: Netlist v. Samsung - follow up to trial |

Counsel,

It has come to our attention that, in addition to Ex. IX0013 that Netlist attempted to introduce into evidence at trial recently despite failing to produce it during discovery, Netlist withheld numerous additional highly relevant and responsive documents from discovery in the C.D. Cal. action. We intend to raise this egregious discovery misconduct with the Court at the evidentiary hearing.

Please confirm that Samsung may use in the C.D. Cal. litigation the following documents that Netlist recently produced in EDTX II from the Hynix litigation, so they can be presented to Judge Scarsi pursuant to the protective order in this case.

Also, please be advised that we expect Netlist and its prior and current counsel, as well as all vendors and agents, to preserve all information about Netlist's collection and production of documents in this case, as well as across the related litigations, including specifically all information regarding any search terms and other criteria used in any collection, review, and production of documents. Samsung will view any failure to do so as a serious spoliation issue to be raised with the Court.

Samsung reserves all rights and remedies. Your recent email about alleged deficiencies in Samsung's custodial document collection is a clear attempt to distract from the serious concerns raised about Netlist's discovery responses and we will respond to that separately.

| Beg Bates | End Bates |
|---|---|
| NL-S-293_00008210 | NL-S-293_00008211 |
| NL-S-293_00001439 | NL-S-293_00001439 |
| NL-S-293_00008771 | NL-S-293_00008779 |
| NL-S-293_00001444 | NL-S-293_00001448 |
| NL-S-293_00001440 | NL-S-293_00001443 |
| NL-S-293_00001260 | NL-S-293_00001339 |
| NL-S-293_00001463 | NL-S-293_00001464 |
| NL-S-293_00001465 | NL-S-293_00001467 |
| NL-S-293_00001468 | NL-S-293_00001471 |

| Beg Bates | End Bates |
|---|---|
| NL-S-293_00008757 | NL-S-293_00008757 |
| NL-S-293_00001472 | NL-S-293_00001472 |
| NL-S-293_00008010 | NL-S-293_00008024 |
| NL-S-293_00008025 | NL-S-293_00008047 |
| NL-S-293_00008059 | NL-S-293_00008063 |
| NL-S-293_00008064 | NL-S-293_00008067 |
| NL-S-293_00008132 | NL-S-293_00008132 |
| NL-S-293_00008142 | NL-S-293_00008146 |
| NL-S-293_00008205 | NL-S-293_00008209 |
| NL-S-293_00008219 | NL-S-293_00008220 |
| NL-S-293_00008758 | NL-S-293_00008761 |
| NL-S-293_00002343 | NL-S-293_00002346 |
| NL-S-293_00008762 | NL-S-293_00008768 |
| NL-S-293_00008780 | NL-S-293_00008787 |
| NL-S-293_00002113 | NL-S-293_00002208 |
| NL-S-293_00002209 | NL-S-293_00002304 |
| NL-S-293_00002324 | NL-S-293_00002328 |
| NL-S-293_00002348 | NL-S-293_00002350 |
| NL-S-293_00002351 | NL-S-293_00002353 |
| NL-S-293_00002354 | NL-S-293_00002356 |
| NL-S-293_00002357 | NL-S-293_00002360 |
| NL-S-293_00002366 | NL-S-293_00002366 |
| NL-S-293_00002367 | NL-S-293_00002368 |
| NL-S-293_00002369 | NL-S-293_00002370 |
| NL-S-293_00002371 | NL-S-293_00002372 |

| Beg Bates | End Bates |
|---|---|
| NL-S-293_00002388 | NL-S-293_00002389 |
| NL-S-293_00008671 | NL-S-293_00008675 |
| NL-S-293_00009814 | NL-S-293_00009918 |
| NL-S-293_00004783 | NL-S-293_00004932 |
| NL-S-293_00005243 | NL-S-293_00005333 |
| NL-S-293_00005467 | NL-S-293_00005565 |
| NL-S-293_00005585 | NL-S-293_00005585 |
| NL-S-293_00005702 | NL-S-293_00005760 |
| NL-S-293_00005761 | NL-S-293_00005788 |
| NL-S-293_00006134 | NL-S-293_00006158 |
| NL-S-293_00010375 | NL-S-293_00010461 |
| NL-S-293_00011385 | NL-S-293_00011389 |
| NL-S-293_00009333 | NL-S-293_00009334 |
| NL-S-293_00009335 | NL-S-293_00009336 |
| NL-S-293_00009337 | NL-S-293_00009342 |
| NL-S-293_00009343 | NL-S-293_00009348 |
| NL-S-293_00009359 | NL-S-293_00009366 |

**Amy R. Lucas**
alucas@omm.com
O: +1-310-246-6784

# O'Melveny

1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Website | LinkedIn

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*