**EXHIBIT 14**

| | |
|---|---|
| **From:** | Pensabene, Marc J. |
| **Sent:** | Friday, June 21, 2024 5:39 PM |
| **To:** | Sheasby, Jason; Lucas, Amy R.; Harbour, Michael |
| **Cc:** | Ashley, Matt; Manzin-Monnin, Benjamin; Clarkston, Matt; Chestney, Isabella; Glasser, Lisa; #Netlist-Samsung-CDCal; #CDCal-Staff [Int]; #Samsung Netlist Trial Team; Feinstein, Marc; Cohen, Lori; Treggs, Brian; Hamilton, Emilie W.; Snyder, Darin; Melissa R. Smith; Frank Albert; rbc@fr.com; mckeon@fr.com; Daniel Tishman; LAD@fr.com; Katherine Reardon |
| **Subject:** | RE: Netlist v. Samsung - follow up to trial |

Jason:

On June 8, we asked you to consent to submitting these withheld documents to Judge Scarsi, and you completely ignored the request. We reiterated the request on June 11 and multiple times since then. All were ignored. We are proposing exactly what we said in our original June 8 email—submitting the withheld documents to Judge Scarsi for in camera review.

Contrary to your suggestion, the arguments in our CDCA motions are irrelevant to whether Netlist is willing to submit its conduct for court scrutiny. It appears your new excuse for not meeting is nothing more than an attempt to further delay investigation into Netlist's discovery misconduct. Nonetheless, Samsung is willing to give it one last chance and can be available for a lead and local meet and confer on Monday, June 24 before 10am ET. We will also be seeking an expansion of the page limits for motion attachments to allow, for example, submission of the subject documents in EDTX and, due to the already extensive delay, we will be seeking expedited briefing. Please be prepared to discuss these issues as well. Given your failure to even respond to our original request for weeks, your ongoing refusal to meet and confer, and the pressing need for these documents in connection with Samsung's CDCA motion, if Netlist refuses this last attempt, we will consider it an "unreasonable failure to meet and confer" under EDTX L.R. CV-7(h) and proceed accordingly.

Lastly, please note that the reference to Park Ex. 15 (NL-S-293_00009333 through NL-S-293_00009334) should have been Park Ex. 21 (NL-S-293_00009347 through NL-S-293_00009348).

Best
Marc