# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., <br><br> Defendants. | Case No. 2:22-CV-293-JRG <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF NETLIST, INC.'S MOTION TO EXCEED PAGE LIMITS FOR EXHIBITS SUPPORTING CONTINGENT MOTION FOR RELIEF FROM PROTECTIVE ORDER

Plaintiff Netlist, Inc. ("Netlist") hereby moves for leave to file 165 pages of supporting exhibits to support its Motion for Contingent Relief from Protective Order (the "Motion"), in excess of the page limits imposed by paragraph 10 of the Discovery Order. Netlist informed opposing counsel of its intent to file this motion and Samsung refused to take a position on whether it opposed, though it previously agreed to a reciprocal expansion of the exhibit page limit for Netlist's response to its Motion for Relief. *See* Dkt. 717.

Netlist moves for leave to ensure that the Court has full access to the documents Netlist seeks to present to the Central District of California ("CDCA") court pursuant to its concurrently filed Contingent Motion for Relief from the Protective Order. Netlist is mindful of the Court's limited time and resources. Netlist thus submits this motion only so that the Court may have sufficient explanation of the facts and issues, not to put irrelevant or duplicative information before the Court. In order to minimize the burden on the Court, Netlist proposes to attach only a representative sample of

documents, including the most relevant documents, referenced in the Motion, rather than all of the subject documents, which are listed in Exhibit 9 to the Motion at pages 16-17. If, however, the Court would prefer to review all documents addressed by the Motion, Netlist can provide copies of those as well.

Dated: July 2, 2024

Respectfully submitted,

*/s/ Jason Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Netlist, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 2, 2024, a copy of the foregoing was served to all counsel of record.

/s/ *Isabella Chestney*
Isabella Chestney

**CERTIFICATE OF CONFERENCE**

I hereby certify that, pursuant to L.R. 7(h), our team informed counsel of record for Samsung on the subject of this motion on July 2, 2024. Samsung refused to take a position on whether it opposed providing Netlist with an expansion for this motion, but previously agreed to a reciprocal expansion of the exhibit page limit for Netlist's response to Samsung's mirror-motion. *See* Dkt. 717.

/s/ *Jason Sheasby*
Jason Sheasby

11339128.1 06