**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC., <br><br>         Plaintiff, <br><br>    v. <br><br> SAMSUNG ELECTRONICS CO., LTD, et al., <br><br>         Defendants. | Civil Case No. 2:22-cv-00293-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| NETLIST, INC., <br><br>         Plaintiff, <br><br>    v. <br><br> MICRON TECHNOLOGY, INC. et al., <br><br>         Defendants. | Civil Case No. 2:22-cv-00294-JRG <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively "Micron") file this Notice of Appearance of Counsel and herby notify the Court that Jared Bobrow, a member of bar for the Eastern District of Texas, and of the law firm Orrick, Herrington & Sutcliffe, 1000 Marsh Road, Menlo Park, CA 94025-1015, telephone (650) 614-7400, facsimile (650) 614-7401, email address: jbobrow@orrick.com is appearing as counsel for Micron.  All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced above.

Dated: July 12, 2024

Respectfully submitted,

_/s/ Jared Bobrow_

Jared Bobrow
State Bar No. 133712
jbobrow@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA  94025-1015
Tel: (650) 614-7400
Fax: (650) 614-7401

Thomas M. Melsheimer
State Bar No. 13922550
TMelsheimer@winston.com
Natalie Arbaugh
State Bar No. 24033378
NArbaugh@winston.com
Rex Mann
State Bar No. 24075509
RMann@winston.com
Trace L. Rice (pro hac vice)
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Tel: (214) 453 6500
Fax: (214) 453 6400

David P. Enzminger (pro hac vice)
denzminger@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: (213) 615-1700
Fax: (213) 615-1750

Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
Ryuk Park (pro hac vice)
RPark@winston.com
Matthew R. McCullough
MRMcCullough@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065

2

Tel: (650) 858 6500
Fax: (650) 858 6559

Aldo A. Badini
abadini@winston.com
**WINSTON & STRAWN LLP**
200 Park Ave., Floor Ave., Flr. 43
New York, NY 10166-4193
Tel: (212) 294-4601
Fax: (212) 294-4700

Brian J. Nisbet
Maureen L. Rurka
bnisbet@winston.com
mrurka@winston.com
**WINSTON & STRAWN LLP**
5 West Wacker Drive, Ste. 4200
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 5585700

Matthew Hopkins (pro hac vice)
State Bar No. 1500598
mhopkins@winston.com
**WINSTON & STRAWN LLP**
1901 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 282 5000
Fax: (202) 282 5100

William M. Logan
State Bar No. 24106214
wlogan@winston.com
Juan C. Yaquian (pro hac vice)
State Bar No. 24110559
JYaquian@winston.com
**WINSTON & STRAWN LLP**
800 Capital Street, Suite 2400
Houston, TX 77002
Tel: (713) 651 2600
Fax: (713) 651 2700

Wesley Hill
State Bar No. 24032294
wh@wsfirm.com
Andrea Fair

3

State Bar No. 24078488
andrea@wsfirm.com
Charles Everingham IV
State Bar No. 00787447
ce@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Tel: (903) 757-6400
Fax: (903) 757-2323

***Attorneys for Defendants Micron Technology,
Inc., Micron Semiconductor Products, Inc.,
and Micron Technology Texas LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2024, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Jared Bobrow*
Jared Bobrow