# EXHIBIT 2

Document Sought to Be Filed Under Seal

08:37:49

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

MARK C. SCARSI, U.S. DISTRICT JUDGE

NETLIST, INC.,                )
                              )
         Plaintiff,           )
                              )
     vs.                      )
                              )   8:20-CV-993-MCS
SAMSUNG ELECTRONICS CO.,      )
LTD.,                         )
                              )
         Defendant.           )
_____)
                              )
                              )

REPORTER'S TRANSCRIPT OF JURY TRIAL

VOLUME III

Los Angeles, California

Thursday, May 16, 2024

_____

AMY DIAZ, RPR, CRR, FCRR
Federal Official Reporter
350 West 1st Street, #4455
Los Angeles, CA 90012

*Please order court transcripts here:  www.amydiazfedreporter.com*

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

| | | |
|---|---|---|
| 1 | 08:43:23 | standpoint, I think it matters whether it was responsive to a |
| 2 | 08:43:26 | discovery request and not produced or not. |
| 3 | 08:43:28 | MR. SHEASBY: The answer is I don't think it was |
| 4 | 08:43:29 | responsive. |
| 5 | 08:43:30 | THE COURT: Okay. Thank you. |
| 6 | 08:43:31 | Okay. Let me hear from Samsung on that. |
| 7 | 08:43:34 | MR. FEINSTEIN: Good morning, Your Honor. |
| 8 | 08:43:37 | THE COURT: Good morning. |
| 9 | 08:43:37 | MR. FEINSTEIN: So we do think it was responsive to |
| 10 | 08:43:41 | this -- to the request, and in particular to their agreement |
| 11 | 08:43:45 | to produce. |
| 12 | 08:43:46 | So what they agreed to produce were purchase orders |
| 13 | 08:43:49 | and related communications sent by Netlist to Samsung. So |
| 14 | 08:43:54 | related communications sent by Netlist to Samsung. |
| 15 | 08:43:58 | Now, the document that we are talking about is an |
| 16 | 08:44:01 | e-mail chain. It's not just a single e-mail. It's an e-mail |
| 17 | 08:44:06 | chain. That is the document. |
| 18 | 08:44:07 | And if you -- if you look, the document -- the first |
| 19 | 08:44:16 | e-mail in the chain is a communication sent by Netlist to |
| 20 | 08:44:21 | Raymond Jiang to Samsung's Neal Knuth. So that is a |
| 21 | 08:44:25 | communication by Netlist to Samsung. |
| 22 | 08:44:27 | And that e-mail, if you look at the body of it, it's |
| 23 | 08:44:32 | a -- has an agenda. And one of items on the agenda is |
| 24 | 08:44:37 | backlog review. Right? A backlog is a -- is purchase orders |
| 25 | 08:44:43 | that have not yet been fulfilled. Okay? But the word -- so |

```
 1 09:01:13   held for that type of sanction.  And it is based on an
 2 09:01:16   incorrect allegation.
 3 09:01:18          The search term was not only "Samsung."  What
 4 09:01:21   happened was there was a massive pull of documents.  For
 5 09:01:25   whatever reason, this single document did not get into that
 6 09:01:28   massive pull.  There were hundreds of thousands of documents
 7 09:01:31   that were pulled from our databases.  We don't know how this
 8 09:01:35   document didn't get pulled.  We don't know why it didn't get
 9 09:01:38   pulled.  We have only had 24 hours to sort of investigate
10 09:01:41   this.
11 09:01:43          This is -- there is no evidence that there was a
12 09:01:46   systematic problem with this pull.  Randomized documents that
13 09:01:51   have Neal Knuth in the second page, if you saw the first page
14 09:01:55   and you didn't see the second page, you wouldn't necessarily
15 09:01:58   know what this was talking about.  We did not exclude -- we
16 09:02:00   did not search just based on "Samsung."
17 09:02:02          I was not did the production, but we did speak to
18 09:02:06   the firm that did it previously, we have every reason to
19 09:02:09   believe there was good faith.
20 09:02:10          We think post-trial, if the Court wants to have a
21 09:02:13   hearing to determine the quality of our search, the Court
22 09:02:16   should do so.  But to give that level of instruction without
23 09:02:19   an evidentiary hearing, I think is beyond.  Because if it
24 09:02:23   turns out that that is incorrect, that we did do a good faith
25 09:02:27   search, we may have to redo the trial.
```

```
16:05:32   1          Thank you.
16:05:33   2          (Thereupon, the Court was in recess.)
           3             *****     *****     *****
           4
           5   I certify that the foregoing is a correct transcript from the
           6   record of proceedings in the above-titled matter.
           7
           8
           9
          10   --------------------------
          11
          12   Amy C. Diaz, RPR, CRR              May 16, 2024
          13   S/  Amy Diaz
          14
          15     CONTINUED DIRECT EXAMINATION                          610
          16     BY MS. GLASSER
          17     Exhibit 144                                           610
          18     Exhibit 153                                           612
          19     Exhibit 257                                           614
          20     CROSS-EXAMINATION                                     620
          21     BY MS. LUCAS
          22     Exhibit 1352 and 1352-A                               632
          23     Exhibit 1350 and 1350-A                               633
          24     Exhibit 519                                           641
          25     Exhibit 1069                                          648
```