# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-cv-293-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; | ) (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC.; SAMSUNG SEMICONDUCTOR | ) **FILED UNDER SEAL** |
| INC., | ) |
| Defendants. | ) |

## ORDER

The Court, having considered Defendant Samsung's Motion for Relief from Protective Order, Plaintiff's Opposition, and supporting documents attached thereto, is of the opinion that said motion should be **DENIED**.

**IT IS SO ORDERED.**