UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Civil No. 2:22-cv-00293-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendant Samsung's Motion to Expedite Briefing on Defendants Samsung's Renewed Motion to Stay. Having considered the motion, and for good cause shown, the motion is hereby GRANTED.

IT IS SO ORDERED.