# Exhibit 13

[Fish & Richa...](#)

News, cases, companies, firm

Try our [Advanced Search](#) for more refined results

News, cases, companies, firm

Toggle Dropdown

- [Search Law360](#)
- [Search News Only](#)
- [Search Cases Only](#)
- [Search PTAB Only](#)
- [Search TTAB Only](#)
- [Advanced Search](#)

[Fish & Richardson](#)

- [My Account](#)
- [Emails & Alerts](#)
- [Newsletter Signup](#)

[Close](#)

- Law360
- [Law360 UK](#)
- [Law360 Pulse](#)
- [Law360 Employment Authority](#)
- [Law360 Tax Authority](#)
- [Law360 Insurance Authority](#)
- [Law360 Real Estate Authority](#)
- [Law360 Healthcare Authority](#)
- [Law360 Bankruptcy Authority](#)

- Products
- [Lexis®](#)
- [Law360 In-Depth](#)
- [Law360 Podcasts](#)

- Rankings
- [Regional Powerhouses](#)
- [Law360's MVPs](#)
- [Women in Law Report](#)
- [Law360 400](#)
- [Diversity Snapshot](#)
- [Practice Groups of the Year](#)
- [Rising Stars](#)
- [Titans of the Plaintiffs Bar](#)

- Sections

- Adv. Search & Platform Tools
- **About all sections**
- **Browse all sections**
- Banking
- Bankruptcy
- Class Action
- Competition
- Employment
- Energy
- Expert Analysis
- Insurance
- Intellectual Property
- Product Liability
- Securities

- Beta Tools
- Track docs
- Track attorneys
- Track judges

- Site Menu
- Join the Law360 team
- Search legal jobs
- Learn more about Law360
- Read testimonials
- Contact Law360
- Sign up for our newsletters
- Law360 Company
- About Law360 Authority
- Resource Library
- Site Map
- Help

Intellectual Property Securities Bankruptcy Competition Employment White Collar Legal Industry Access To Justice Law360 UK Pulse || See all sections || [ NEWSLETTERS ]

# Fed. Circ. Affirmance Rate In PTAB Cases Hit 83% In 2023

By *Ryan Davis* · *Listen to article*

*Law360* (April 22, 2024, 8:23 PM EDT) -- The Federal Circuit affirmed Patent Trial and Appeal Board decisions on every issue 83.3% of the time in 2023, a new high that is notably above the historical average of 74.2%, according to the latest data compiled by Finnegan Henderson Farabow Garrett & Dunner LLP patent attorneys.

Attorneys who track the data on a blog for the firm found Friday that the appeals court's affirmance rate in the 150 America Invents Act review decisions it heard from the PTAB reached a peak last year that edged out the

83% rate in 2015, when the Federal Circuit began hearing appeals from the board.

By comparison, from 2017 through 2022, the appeals court affirmed the board on every issue between 70 and 75% of the time each year, the firm's data shows.

"In 2023, we saw a sharp increase in the number of appeals where every issue was affirmed," Daniel Klodowski, a Finnegan lawyer involved in putting the numbers together, said during a podcast discussing the data on Friday.

Since the PTAB began hearing cases in 2012, the Federal Circuit has decided 1,247 appeals of its decisions on inter partes reviews, post-grant reviews and covered business method patent reviews, and affirmed the board on every issue 74.2% of the time, according to the Finnegan data.



Source: Finnegan • Created with Datawrapper

In addition, the appeals court has affirmed the board on some issues and vacated or reversed on other issues in 10% of cases overall, while the PTAB's findings on every issue were reversed or vacated in 12.5% of the time.

The Federal Circuit has also dismissed 3.3% of appeals on grounds unrelated to a settlement, such as the court's lack of jurisdiction to hear appeals of PTAB decision instituting review, the firm said.

In 2023, the Federal Circuit affirmed the PTAB on some issues and vacated or reversed on others in 6% of cases, reversed or vacated on every issue 8.7% of the time, and dismissed 2% of appeals from the board, Finnegan found.

The historical data is "largely skewed toward affirmances, but there are a noteworthy number of appeals that have resulted in reversal or the decision being vacated and remanded back to the board," Klodowski said on the podcast.

Despite the high affirmance rate in 2023, the percentage of cases that the Federal Circuit upheld with a one-line order was relatively low at 40%, with the other 60% of cases receiving a full decision from the court, according to Finnegan. In 2019, by comparison, the share of one-line affirmances was close to 50%.

That means that "even if you have a high likelihood of having the PTAB's decision affirmed on appeal, you are now more likely to receive a written opinion explaining the Federal Circuit's reasoning than you would have been several years ago," Klodowski said during the podcast.

In an email to Law360, he said that the 83.3% affirmance rate and low share of one-line orders in 2023 "indicates that the Federal Circuit has been reducing its use of summary affirmances despite having more cases in which it could have employed it."

Taking into account every PTAB decision in AIA review cases that have been appealed to the Federal Circuit, the board has been affirmed without an opinion 42.7% of the time, while the appeals have provided written opinions in 57.3% of cases, according to the Finnegan data.

The number of PTAB appeals the Federal Circuit decides each year has fluctuated. It issued only 47 opinions in cases from the board in 2015, the first year PTAB cases reached the appeals court. The number grew each year before peaking at 190 in 2019, and has varied since. There were 119 decisions in 2022, but 150 last year, the data shows.

--Editing by Emily Kokoll.

For a reprint of this article, please contact reprints@law360.com.

## 0 Comments

[Sign In To Comment]

## Useful Tools & Links

- Add to Briefcase
- Save to PDF & Print
- Rights/Reprints
- Editorial Contacts

## Related Sections

- Appellate
- Intellectual Property

## Law Firms

- Finnegan

The 2023 Law360 Pulse Leaderboard

Check out the Law360 Pulse Leaderboard to see which first-in-class firms made the list this year.



Top 10 trending in Appellate

- 1 Thomas' Long Quest To Undo A 'Grave Constitutional Error'
- 2 Justices To Weigh RICO Injury Scope In CBD Case
- 3 R. Kelly Can't Unwind Chicago Child Porn Conviction
- 4 10th Circ. Says Colo. Tax Ballot Law Doesn't Compel Speech
- 5 5th Circ. Reverses Coverage For Fatal Race Accident Suit
- 6 2nd Circ. Revives NY's Low-Income Broadband Pricing Law
- 7 DC Circ. Says Bomb Victims Can't Go After World Bank Or IMF
- 8 11th Circ. Finds No Anti-Black Juror Bias In Murder Trial
- 9 Ex-NY Court Atty Slapped With Fine After Misconduct Verdict
- 10 Supreme Court Will Review Veteran's PTSD Benefits

Hello! I'm Law360's automated support bot.

How can I help you today?

For example, you can type:

- I forgot my password
- I took a free trial but didn't get a verification email
- How do I sign up for a newsletter?

Ask a question!

Ask a question!

© 2024, Portfolio Media, Inc. | About | Contact Us | Advertise with Law360 | Careers at Law360 | Terms | Privacy Policy | Cookie Settings | Ad Choices | Help | Site Map | Resource Library | Law360 Company | Testimonials

×

Already have access? Click here to login

# Get instant access to the one-stop news source for business lawyers

[Register Now!](#)

## Sign up now for free access to this content

Email (NOTE: Free email domains not supported)

First Name

Last Name

Job Title

Password (at least 8 characters required)

Confirm Password

Select at least one primary interest:

| | | |
|---|---|---|
| ☐ Access To Justice | ☐ Aerospace & Defense | ☐ Appellate |
| ☐ Banking | ☐ Bankruptcy | ☐ Benefits |
| ☐ California | ☐ Cannabis | ☐ Capital Markets |
| ☐ Class Action | ☐ Colorado | ☐ Commercial Contracts |
| ☐ Competition | ☐ Compliance | ☐ Connecticut |
| ☐ Consumer Protection | ☐ Corporate | ☐ Cybersecurity & Privacy |
| ☐ Delaware | ☐ Employment | ☐ Energy |
| ☐ Environmental | ☐ Fintech | ☐ Florida |
| ☐ Food & Beverage | ☐ Georgia | ☐ Government Contracts |
| ☐ Health | ☐ Illinois | ☐ Immigration |
| ☐ Insurance | ☐ Intellectual Property | ☐ International Arbitration |
| ☐ International Trade | ☐ Legal Ethics | ☐ Life Sciences |
| ☐ Massachusetts | ☐ Media & Entertainment | ☐ Mergers & Acquisitions |
| ☐ Michigan | ☐ Native American | ☐ New Jersey |
| ☐ New York | ☐ North Carolina | ☐ Ohio |
| ☐ Pennsylvania | ☐ Personal Injury & Medical Malpractice | ☐ Private Equity |
| | | ☐ Product Liability |
| ☐ Public Policy | ☐ Securities | ☐ Sports & Betting |
| ☐ Technology | ☐ Telecommunications | ☐ Texas |
| ☐ Transportation | ☐ Trials | ☐ Washington |

☐ White Collar

Law360 may contact you in your professional capacity with information about our other products, services and events that we believe may be of interest.

You'll be able to update your communication preferences via the unsubscribe link provided within our communications.

We take your privacy seriously. Please see our Privacy Policy.

[Register](#)

✕

## Sign up for our Appellate newsletter

You must correct or enter the following before you can sign up:

Please provide a professional email: _____

Select more newsletters to receive for free

Law360 takes your privacy seriously. Please see our Privacy Policy.

No Thanks    Sign up now

## Thank You!