# Exhibit 16

8244306

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

*June 08, 2022*

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:**

**APPLICATION NUMBER:** *16/391,151*
**FILING DATE:** *April 22, 2019*
**PATENT NUMBER:** *10860506*
**ISSUE DATE:** *December 08, 2020*

Certified by

Performing the Functions and Duties of the
Under Secretary of Commerce
for Intellectual Property
and Director of the United States
Patent and Trademark Office

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/391,151 | 04/22/2019 | Hyun Lee | 129980-5049-US01 | 3694 |

79141          7590          01/10/2020
Morgan, Lewis & Bockius LLP (PA)(J. Zheng)
1400 Page Mill Road
Palo Alto, CA 94304

| EXAMINER |
|---|
| SUN, MICHAEL |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2183 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 01/10/2020 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

padocketingdepartment@morganlewis.com
vskliba@morganlewis.com

PTOL-90A (Rev. 04/07)

NETLIST_SAMSUNG_EDTX00003907

| *Office Action Summary* | Application No. 16/391,151 | Applicant(s) Lee et al. |
| --- | --- | --- |
| | Examiner MICHAEL SUN | Art Unit 2183 | AIA (FITF) Status No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on <u>22 April 2019</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL.**        2b) ☑ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) <u>1</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☑ Claim(s) <u>1</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☑ The drawing(s) filed on <u>22 April 2019</u> is/are: a)☑ accepted or b)☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a)☐ All    b)☐ Some**    c)☐ None of the:
   1.☐ Certified copies of the priority documents have been received.
   2.☐ Certified copies of the priority documents have been received in Application No. _____.
   3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date <u>8/20/2019</u>

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____.

4) ☐ Other: _____.

U.S. Patent and Trademark Office

PTOL-326 (Rev. 11-13)                        Office Action Summary                        Part of Paper No./Mail Date 20200105

NETLIST_SAMSUNG_EDTX00003908

Application/Control Number:16/391,151                                              Page2
Art Unit:2183

### *Notice of Pre-AIA or AIA Status*

The present application is being examined under the pre-AIA first to invent provisions.

### DETAILED ACTION

### Status of the Application

This Office Action is in response to Applicant's Continuation filed on 4/22/2019.

Claim 1 is pending for this examination.

### Information Disclosure Statement

The information disclosure statement (IDS) submitted on 8/20/2019 is in compliance

with the provisions of 37 CFR 1.97. Accordingly, the information disclosure statement is being

considered by the examiner.

### Obvious-Type Double Patenting

The nonstatutory double patenting rejection is based on a judicially created doctrine

grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or

improper timewise extension of the "right to exclude" granted by a patent and to prevent possible

harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where

the conflicting claims are not identical, but at least one examined application claim is not

patentably distinct from the reference claim(s) because the examined application claim is either

anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*,

140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d

2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van*

Application/Control Number:16/391,151                                                                    Page3
Art Unit:2183

*Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619

(CCPA 1970); *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

    A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may

be used to overcome an actual or provisional rejection based on nonstatutory double patenting

provided the reference application or patent either is shown to be commonly owned with the

examined application, or claims an invention made as a result of activities undertaken within the

scope of a joint research agreement. See MPEP § 717.02 for applications subject to examination

under the first inventor to file provisions of the AIA as explained in MPEP § 2159. See MPEP

§§ 706.02(l)(1) - 706.02(l)(3) for applications not subject to examination under the first inventor

to file provisions of the AIA. A terminal disclaimer must be signed in compliance with 37 CFR

1.321(b).

    The USPTO Internet website contains terminal disclaimer forms which may be used.

Please visit www.uspto.gov/patent/patents-forms. The filing date of the application in which the

form is filed determines what form (e.g., PTO/SB/25, PTO/SB/26, PTO/AIA/25, or

PTO/AIA/26) should be used. A web-based eTerminal Disclaimer may be filled out completely

online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-

processed and approved immediately upon submission. For more information about eTerminal

Disclaimers, refer to www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.


    Claim 1 is rejected on the ground of nonstatutory double patenting as being unpatentable

over claims 1-12 of copending Application No. 15/820,076, now U.S. Patent No. 10,268,608.

Although the claims at issue are not identical, they are not patentably distinct from each other

because claim 1 of instant Application, respectively contains every element of claims 1-12 of

NETLIST_SAMSUNG_EDTX00003910

Application/Control Number:16/391,151                                           Page4
Art Unit:2183

copending Application No. 15/820,076, now U.S. Patent No. 10,268,608, as listed below, and as

such anticipate the claims of the copending application:

| Claims | **Instant Application** | Claims | **copending Application No. 15/820,076, now U.S. Patent No. 10,268,608** |
|---|---|---|---|
| Independent claim 1 | A memory module operable to communicate with a memory controller via a memory bus, the memory bus including signal lines, the signal lines including a set of control/address signal lines and a plurality of sets of data signal lines, the memory module comprising:<br><br>a module board having edge connections for coupling to respective signal lines in the memory bus;<br><br>a module control device mounted on the module board and configured to receive system command signals for memory operations via the set of control/address signal lines and to output module command signals and module control signals in response to the system command signals, the module control device being further configured to receive a system clock signal and output a module clock signal; and<br><br>memory devices mounted on the module board and configured to receive the module command signals and | Independent claim 1 | A memory module operable to communicate with a memory controller via a memory bus, the memory bus including signal lines, the signal lines including a set of control/address signal lines and a plurality of sets of data/strobe signal lines, the memory module comprising:<br><br>a module board having edge connections for coupling to respective signal lines in the memory bus;<br><br>a module control device mounted on the module board and configured to receive system command signals for memory operations via the set of control/address signal lines and to output module command signals and module control signals in response to the system command signals, the module control device being further configured to receive a system clock signal and output a module clock signal; and<br><br>memory devices mounted on the module board and configured to receive the module command signals and the module clock signal and to |

Application/Control Number:16/391,151                                          Page5
Art Unit:2183

| | |
|---|---|
| the module clock signal, and to perform the memory operations in response to the module command signals, the memory devices including a plurality of sets of memory devices corresponding to respective sets of the plurality of sets of data signal lines; and<br><br>a plurality of buffer circuits corresponding to respective sets of the plurality of sets of data signal lines, wherein each respective buffer circuit of the plurality of buffer circuits is mounted on the module board and coupled between a respective set of data signal lines and a respective set of memory devices, and wherein the each respective buffer circuit is configured to receive the module control signals and the module clock signal, and to buffer a respective set of data signals in response to the module control signals and the module clock signal, the each respective buffer circuit including a delay circuit configured to delay the respective set of data signals by an amount determined based on at least one of the module control signals. | perform the memory operations in response to the module command signals, the memory devices including a plurality of sets of memory devices corresponding to respective sets of the plurality of sets of data/strobe signal lines; and<br><br>a plurality of buffer circuits corresponding to respective sets of the plurality of sets of data/strobe signal lines, wherein each respective buffer circuit of the plurality of buffer circuits is mounted on the module board, coupled between a respective set of data/strobe signal lines and a respective set of memory devices, and configured to receive the module control signals and the module clock signal the each respective buffer circuit including a data path corresponding to each data signal line in the respective set of data/strobe signal lines, and a command processing circuit configured to decode the module control signals and to control the data path in accordance with the module control signals and the module clock signal wherein the data path corresponding to the each data signal line includes at least one tristate buffer controlled by the command processing circuit and a delay circuit configured to delay a signal through the data path by an amount determined by the command |

NETLIST_SAMSUNG_EDTX00003912

Application/Control Number:16/391,151                                              Page6
Art Unit:2183

| | | | processing circuit in response to at least one of the module control signals. |
|---|---|---|---|
| Analysis | Examiner points out that the instant claim language is similar to the claim language of copending Application No. 15/820,076, now U.S. Patent No. 10,268,608, and as such would be rendered obvious over the already allowed claims of copending Application No. 15/820,076, now U.S. Patent No. 10,268,608. | | |

Claim 1 is rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-22 of copending Application No. 15/426,064, now U.S. Patent No. 9,824,035. Although the claims at issue are not identical, they are not patentably distinct from each other because claim 1 of instant Application, respectively contains every element of claims 1-22 of copending Application No. 15/426,064, now U.S. Patent No. 9,824,035, as listed below, and as such anticipate the claims of the copending application:

| Claims | Instant Application | Claims | copending Application No. 15/426,064, now U.S. Patent No. 9,824,035 |
|---|---|---|---|
| Independent claim 1 | A memory module operable to communicate with a memory controller via a memory bus, the memory bus including signal lines, the signal lines including a set of control/address signal lines and a plurality of sets of data signal lines, the memory module comprising:<br><br>a module board having edge connections for coupling to respective signal lines in the memory bus; | Independent claim 1 | A memory module operable to communicate with a memory controller via a memory bus, the memory bus including signal lines, the signal lines including a set of control/address signal lines and a plurality of sets of data/strobe signal lines, the memory module comprising:<br><br>a module board having edge connections for coupling to respective signal lines in the memory bus; |

NETLIST_SAMSUNG_EDTX00003913

| | | |
|---|---|---|
| | a module control device mounted on the module board and configured to receive system command signals for memory operations via the set of control/address signal lines and to output module command signals and module control signals in response to the system command signals, the module control device being further configured to receive a system clock signal and output a module clock signal; and<br><br>memory devices mounted on the module board and configured to receive the module command signals and the module clock signal, and to perform the memory operations in response to the module command signals, the memory devices including a plurality of sets of memory devices corresponding to respective sets of the plurality of sets of data signal lines; and<br><br>a plurality of buffer circuits corresponding to respective sets of the plurality of sets of data signal lines, wherein each respective buffer circuit of the plurality of buffer circuits is mounted on the module board and coupled between a respective set of data signal lines and a respective set of memory devices, and wherein the each respective buffer circuit is configured to receive | | a module control device mounted on the module board and configured to receive memory command signals for a first memory operation from the memory controller via the set of control/address signal lines and to output module command signals and module control signals in response to the memory command signals; and<br><br>memory devices mounted on the module board and configured to perform the first memory' operation in response to the module command signals, the memory devices including a plurality of sets of memory' devices corresponding to respective sets of the plurality of sets of data/strobe signal lines; and<br><br>a plurality of buffer circuits mounted on the module board in positions corresponding to respective sets of the plurality of sets of data/strobe signal lines, wherein each respective buffer circuit of the plurality of buffer circuits is coupled between a respective set of data/strobe signal lines and a respective set of memory devices, the each respective buffer circuit including data paths for transmitting respective data and strobe signals associated with the first memory operation and logic configured to respond to the |

Application/Control Number:16/391,151                                                    Page8
Art Unit:2183

| | the module control signals and the module clock signal, and to buffer a respective set of data signals in response to the module control signals and the module clock signal, the each respective buffer circuit including a delay circuit configured to delay the respective set of data signals by an amount determined based on at least one of the module control signals. | | module control signals by enabling the data paths, wherein the logic is further configured to obtain timing information based on one or more signals received by the each respective buffer circuit during a second memory operation prior to the first memory operation and to control timing of the respective data and strobe signals on the data paths in accordance with the timing information. |
|---|---|---|---|
| Analysis | Examiner points out that the instant claim language is similar to the claim language of copending Application No. 15/426,064, now U.S. Patent No. 9,824,035, and as such would be rendered obvious over the already allowed claims of copending Application No. 15/426,064, now U.S. Patent No. 9,824,035. | | |

Claim 1 is rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-20 of copending Application No. 14/846,993, now U.S. Patent No. 9,563,587. Although the claims at issue are not identical, they are not patentably distinct from each other because claim 1 of instant Application, respectively contains every element of claims 1-20 of copending Application No. 14/846,993, now U.S. Patent No. 9,563,587, as listed below, and as such anticipate the claims of the copending application:

| Claims | **Instant Application** | Claims | **copending Application No. 14/846,993, now U.S. Patent No. 9,563,587** |
|---|---|---|---|
| Independent claim 1 | A memory module operable to communicate with a memory controller via a memory bus, the memory bus including signal lines, the signal lines including a set of | Independent claim 1 | A memory module operable to communicate with a memory controller via a memory bus, the memory bus including signal lines, the signal lines including a set of |

NETLIST_SAMSUNG_EDTX00003915

| | | | |
|---|---|---|---|
| | control/address signal lines and a plurality of sets of data signal lines, the memory module comprising: | | control/address signal lines and a plurality of sets of data/strobe signal lines, the memory module comprising: |

control/address signal lines and a plurality of sets of data signal lines, the memory module comprising:

a module board having edge connections for coupling to respective signal lines in the memory bus;

a module control device mounted on the module board and configured to receive system command signals for memory operations via the set of control/address signal lines and to output module command signals and module control signals in response to the system command signals, the module control device being further configured to receive a system clock signal and output a module clock signal; and

memory devices mounted on the module board and configured to receive the module command signals and the module clock signal, and to perform the memory operations in response to the module command signals, the memory devices including a plurality of sets of memory devices corresponding to respective sets of the plurality of sets of data signal lines; and

a plurality of buffer circuits corresponding to respective sets of the plurality of sets of

control/address signal lines and a plurality of sets of data/strobe signal lines, the memory module comprising:

a module board including edge connections for connecting to respective ones of the signal lines in the memory bus;

memory devices mounted on the module board, including a plurality of sets of memory devices, each respective set of memory devices corresponding to a respective set of the data/strobe signal lines;

buffer circuits mounted on the module board in positions corresponding to respective sets of the plurality of sets of data/strobe signal lines, each respective buffer circuit being coupled between a respective set of the data/strobe signal lines and a corresponding set of memory devices; and

a module control device mounted on the module board and configured to receive memory command signals from the memory controller via the set of control/address signal lines and to control the memory devices and the buffer circuits in response to the memory command signals;

wherein the each respective buffer circuit is configured to respond to one or more first

Application/Control Number:16/391,151                                        Page10
Art Unit:2183

| | data signal lines, wherein each respective buffer circuit of the plurality of buffer circuits is mounted on the module board and coupled between a respective set of data signal lines and a respective set of memory devices, and wherein the each respective buffer circuit is configured to receive the module control signals and the module clock signal, and to buffer a respective set of data signals in response to the module control signals and the module clock signal, the each respective buffer circuit including a delay circuit configured to delay the respective set of data signals by an amount determined based on at least one of the module control signals. | | control signals from the module control device by receiving write data/strobe signals from the respective set of data/strobe signal lines and transmitting the write data/strobe signals to the corresponding set of memory devices during a memory write operation; <br><br> wherein the each respective buffer circuit is further configured to respond to one or more second control signals from the module control device by receiving read data/strobe signals from the corresponding set of memory devices and transmitting the read data/strobe signals to the memory controller via the respective set of data/strobe signal lines during a memory read operation subsequent to the memory write operation; and <br><br> wherein the each respective buffer circuit is further configured to time the transmission of the read data/strobe signals during the read operation based on timing information derived from receiving the one or more first control signals and the write data/strobe signals during the write operation. |
| Analysis | Examiner points out that the instant claim language is similar to the claim language of copending Application No. 14/846,993, now U.S. Patent No. 9,563,587, and as such would be rendered obvious over the already allowed claims of copending Application No. 14/846,993, now U.S. Patent No. 9,563,587. | | |

Application/Control Number:16/391,151                                                      Page11
Art Unit:2183

Claim 1 is rejected on the ground of nonstatutory double patenting as being unpatentable

over claims 1-20 of copending Application No. 13/952,599, now U.S. Patent No. 9,128,632.

Although the claims at issue are not identical, they are not patentably distinct from each other

because claim 1 of instant Application, respectively contains every element of claims 1-20 of

copending Application No. 13/952,599, now U.S. Patent No. 9,128,632, as listed below, and as

such anticipate the claims of the copending application:

| Claims | Instant Application | Claims | copending Application No. 13/952,599, now U.S. Patent No. 9,128,632 |
|---|---|---|---|
| Independent claim 1 | A memory module operable to communicate with a memory controller via a memory bus, the memory bus including signal lines, the signal lines including a set of control/address signal lines and a plurality of sets of data signal lines, the memory module comprising:<br><br>a module board having edge connections for coupling to respective signal lines in the memory bus;<br><br>a module control device mounted on the module board and configured to receive system command signals for memory operations via the set of control/address signal lines and to output module command signals and module control signals in response to | Independent claim 1 | A memory module to operate in a memory system with a memory controller, the memory system operating according to a system clock, the memory system including a memory bus coupling the memory module to the memory controller, the memory bus including a set of control/address signal lines and a plurality of sets of data/strobe signal lines, the memory module comprising:<br><br>a module control device to receive memory command signals from the memory controller and to output module command signals and module control signals in response to each of the memory command signals;<br><br>memory devices organized in groups, each group including at |

NETLIST_SAMSUNG_EDTX00003918

the system command signals, the module control device being further configured to receive a system clock signal and output a module clock signal; and

memory devices mounted on the module board and configured to receive the module command signals and the module clock signal, and to perform the memory operations in response to the module command signals, the memory devices including a plurality of sets of memory devices corresponding to respective sets of the plurality of sets of data signal lines; and

a plurality of buffer circuits corresponding to respective sets of the plurality of sets of data signal lines, wherein each respective buffer circuit of the plurality of buffer circuits is mounted on the module board and coupled between a respective set of data signal lines and a respective set of memory devices, and wherein the each respective buffer circuit is configured to receive the module control signals and the module clock signal, and to buffer a respective set of data signals in response to the module control signals and the module clock signal, the each respective buffer circuit including a delay circuit configured to delay the

least one memory device, the memory devices receiving the module command signals from the module control device and performing one or more memory operations in accordance with the module command signals; and

a plurality of buffer circuits to receive the module control signals, each respective buffer circuit corresponding to a respective group of memory devices and coupled between the respective group of memory devices and a respective set of the plurality of sets of data/strobe signal lines, the respective buffer circuit including data paths for communicating data between the memory controller and the respective group of memory devices, the data paths being controlled by at least one of the module control signals; and

wherein the plurality of buffer circuits are distributed across a surface of the memory module in positions corresponding to respective sets of the plurality of sets of data/strobe signal lines such that each module control signal arrives at the plurality of buffer circuits at different points in time, and

wherein the each respective buffer circuit is configured to determine a respective time interval based on signals

Application/Control Number:16/391,151                                    Page13
Art Unit:2183

| | | |
|---|---|---|
| | respective set of data signals by an amount determined based on at least one of the module control signals. | | received by the each respective buffer circuit during a memory write operation and is further configured to time transmission of a respective set of read data signals received from the respective group of memory devices in accordance with the time interval and a read latency parameter of the memory system during a memory read operation. |
| Analysis | Examiner points out that the instant claim language is similar to the claim language of copending Application No. 13/952,599, now U.S. Patent No. 9,128,632, and as such would be rendered obvious over the already allowed claims of copending Application No. 13/952,599, now U.S. Patent No. 9,128,632. | |

## Claim Rejections - 35 U.S.C. § 102

The following is a quotation of the appropriate paragraphs of pre-AIA 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

Claim 1 is rejected under pre-AIA 35 U.S.C. 102(b) as being anticipated by

Manohararajah et al. (US 8,565,033), herein referred to as Manohararajah '033.

Referring to **claim 1,** Manohararajah '033 teaches a memory module operable to

communicate with a memory controller via a memory bus (see Fig. 2, wherein memory module

22 communicates with programmable integrated circuit 10 across buses 34 and 36 through

memory interface circuitry 24 that includes a memory controller 28), the memory bus including

signal lines, the signal lines including a set of control/address signal lines and a plurality of sets

of data signal lines (see Fig. 2, wherein bus 34 is used for data / data strobe signals and bus 36 is

NETLIST_SAMSUNG_EDTX00003920

used for clock / address / commands), the memory module comprising: a module board having

edge connections for coupling to respective signal lines in the memory bus (see Fig. 3, wherein

the memory modules 22 includes a plurality of memory groups 52 each with respective buss 34

and 36 to connect to programmable integrated circuit 10); a module control device mounted on

the module board and configured to receive system command signals for memory operations via

the set of control/address signal lines and to output module command signals and module control

signals in response to the system command signals, the module control device being further

configured to receive a system clock signal and output a module clock signal (see Fig. 3, wherein

memory interface circuitry 24 is used to connect to memory modules 22 and would include

circuitry for issuing data / data strobe signals on buses 34 and clock / address / command signals

across buses 36); and memory devices mounted on the module board and configured to receive

the module command signals and the module clock signal, and to perform the memory

operations in response to the module command signals, the memory devices including a plurality

of sets of memory devices corresponding to respective sets of the plurality of sets of data signal

lines (see Figs. 3-5, wherein memory module 22 includes multiple memory groups 52 that

connect to memory interface circuit 26 through buses for data / data strobe signals 34 and clock /

address / command signals 36, use to perform memory operations utilizing the memory groups

52); and a plurality of buffer circuits corresponding to respective sets of the plurality of sets of

data signal lines, wherein each respective buffer circuit of the plurality of buffer circuits is

mounted on the module board and coupled between a respective set of data signal lines and a

respective set of memory devices, and wherein the each respective buffer circuit is configured to

receive the module control signals and the module clock signal, and to buffer a respective set of

data signals in response to the module control signals and the module clock signal, the each

Application/Control Number:16/391,151                                                      Page15
Art Unit:2183

respective buffer circuit including a delay circuit configured to delay the respective set of data

signals by an amount determined based on at least one of the module control signals (see Figs. 4-

5, I/O circuit 54, read-sync buffers 60, read-valid buffers 62; see Col. 1, lines 57-67, Col. 2, lines

1-5, wherein during read and write operations, buffering can be done to synchronize / tune /

calibrate reads and writes, also see Col. 2, lines 37-47; see Col. 2, lines 52-64, wherein delays

can be introduced using programmable delay chains to provide additional latency to calibrate

operations to a desired tuning accuracy; also see Figs. 14-15, wherein read operations and write

operations are calibrated by increasing / reducing latency).


### Contact Information

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to MICHAEL SUN whose telephone number is (571)270-1724.

The examiner can normally be reached on Monday-Friday 8am-4pm EST.

Examiner interviews are available via telephone, in-person, and video conferencing using

a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is

encouraged to use the USPTO Automated Interview Request (AIR) at

http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Aimee Li can be reached on 571-272-4169.   The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

NETLIST_SAMSUNG_EDTX00003922

Application/Control Number:16/391,151                                      Page16
Art Unit:2183

applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/MICHAEL SUN/
Primary Examiner, Art Unit 2183

NETLIST_SAMSUNG_EDTX00003923

| | | Application/Control No. 16/391,151 | | Applicant(s)/Patent Under Reexamination Lee et al. | |
|---|---|---|---|---|---|
| ***Notice of References Cited*** | | Examiner MICHAEL SUN | | Art Unit 2183 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-8565033-B1 | 10-2013 | Manohararajah; Valavan | G11C29/028 | 365/129 |
| * | B | US-20140029370-A1 | 01-2014 | KOSHIZUKA; Atsuo | G11C7/1051 | 365/233.13 |
| * | C | US-20060077731-A1 | 04-2006 | Ware; Frederick A. | G11C5/04 | 365/194 |
| * | D | US-20070217559-A1 | 09-2007 | Stott; Bret G. | H04L7/0037 | 375/355 |
| * | E | US-20100271092-A1 | 10-2010 | Zerbe; Jared L. | G06F13/4243 | 327/161 |
| * | F | US-8214616-B2 | 07-2012 | Ware; Frederick A. | G06F1/06 | 711/167 |
| * | G | US-8949519-B2 | 02-2015 | Rajan; Suresh Natarajan | G11C5/02 | 365/189.2 |
| * | H | US-20020039323-A1 | 04-2002 | Tokutome, Hiroto | G11C7/1066 | 365/233.12 |
| * | I | US-20080037412-A1 | 02-2008 | Geile; Michael J. | G06F17/14 | 370/208 |
| * | J | US-7884619-B1 | 02-2011 | Chong; Yan | G01R31/3016 | 324/601 |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20200105

NETLIST_SAMSUNG_EDTX00003924

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 16/391,151 | Lee et al. |
| | Examiner | Art Unit |
| | MICHAEL SUN | 2183 |

| ✓ | **Rejected** | - | **Cancelled** | N | **Non-Elected** | A | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | I | **Interference** | O | **Objected** |

| CLAIMS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Claims renumbered in the same order as presented by applicant | | | | | ☐ CPA | ☐ T.D. | | ☐ R.1.47 | |
| **CLAIM** | | **DATE** | | | | | | | |
| Final | Original | 01/06/2020 | | | | | | | |
| | 1 | ✓ | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

NETLIST_SAMSUNG_EDTX00003925