UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>Defendants. | Civil Case No. 2:22cv-00293-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendants Samsung's Renewed Motion To Stay Pending Appeal of the PTAB's IPR Final Written Decisions Invalidating the Asserted Claims of the '912 and '417 Patents.

Having considered the motion, the motion is hereby GRANTED.

IT IS SO ORDERED.