UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>　　　　Defendants. | Civil Case No. 2:22cv-00293-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Samsung's Motion for Clarification of Memorandum Opinion and Order (Dkt. 727) Regarding Samsung's License Defense.

Having considered the motion, the motion is hereby GRANTED.

IT IS SO ORDERED.