UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>    Defendants. | Civil No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

**SAMSUNG'S MOTION FOR LEAVE TO FILE ITS
MOTION TO COMPEL THE PUBLIC PORTIONS OF THE TRIAL
TRANSCRIPT OF *NETLIST V. MICRON*, 2:22-CV-294-JRG-RSP OUT OF TIME**

Samsung moves for leave to file a motion to compel the public portions of the transcript from the recent trial in *Netlist, Inc. v. Micron Technology Texas et al.*, 2:22-cv-00294-JRG-RSP ("Micron Trial") out of time.

The Micron Trial concluded on May 23, 2024, more than six months after the close of fact and expert discovery in this case and the deadline for filing motions to compel. *See* Dkt. 205. The public version of the trial transcript remains unavailable, however, except to the parties, and the parties have yet to file a request for redaction. Thus, the public version of the Micron Trial transcript will not be available on the public docket by September 9, 2024, when trial in this case begins.

Therefore, Samsung contacted counsel for Netlist and Micron, on July 22, 2024, to request production of the public portions of the transcript. Ex. 1. Micron indicated it did not oppose that same day. Netlist, however, did not agree.

1

Good cause exists to file a motion to compel after the deadline for filing motions to compel, because the Micron Trial transcript did not exist as of the deadline for filing motions to compel (November 20, 2023, *see* Dkt. 205).

Samsung thus respectfully asks the Court to grant this motion and permit Samsung to file its accompanying motion to compel on August 12, 2024.

Dated:  August 12, 2024

Respectfully submitted,

By:   */s/ Daniel A. Tishman*

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone:     (903) 934-8450
Facsimile:     (903) 934-9257

J. Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

Brian R. Nester
DC Bar No. 460225
bnester@cov.com
COVINGTON & BURLING LLP
One CityCenter 850 Tenth Street, N
Washington, DC 20001-4956
Telephone: (202)-662-6000

Alice J. Ahn
CA Bar No. 271399/DC Bar No. 1004350
aahn@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
D.C. Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Thomas H. Reger II
reger@fr.com
Texas Bar No. 24032992

San Francisco, CA 94105  
Telephone:  (415) 591-7091  
Facsimile:  (415) 955-6571  

FISH & RICHARDSON P.C.  
1717 Main Street, Suite 5000  
Dallas, Texas 75201  
Telephone: (214) 747-5070  
Facsimile:  (214) 747-2091  

*Attorneys for Defendants Samsung Electronics Co., Ltd.;  
Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on August 12, 2024.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                                         */s/ Daniel A. Tishman*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules CV-7(h) and (i), counsel for the parties met and conferred on August 12, 2024.  The parties' discussion conclusively ended in an impasse.  Plaintiff indicated that it opposes this motion.

                                                         */s/ Daniel A. Tishman*