# Exhibit 1

| | |
|---|---|
| **From:** | Sheasby, Jason <JSheasby@irell.com> |
| **Sent:** | Monday, July 22, 2024 9:09 AM |
| **To:** | Rueckheim, Mike; Katherine Reardon; Zhao, Yanan |
| **Cc:** | FISH SERVICE Samsung/Netlist 22cv00293; melissa@gillamsmithlaw.com; tom@gillamsmithlaw.com; bnester@cov.com; aahn@cov.com; jromanow@cov.com; ametlitsky@omm.com; alucas@omm.com; bfregil@omm.com; ~Yoder, Michael; Pensabene, Marc J.; Alma Truax-Padilla; #Netlist-Samsung293; Sam Baxter; jtruelove@mckoolsmith.com |
| **Subject:** | Re: Netlist/Samsung EDTX 293 -Micron Trial Transcript Request |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

[This email originated outside of F&R.]

We will not agree.

Thanks

From: "Rueckheim, Mike" <MRueckheim@winston.com>
Date: Monday, July 22, 2024 at 8:57 AM
To: Katherine Reardon <reardon@fr.com>, Jason Sheasby <JSheasby@irell.com>, "Zhao, Yanan" <yzhao@irell.com>
Cc: FISH SERVICE Samsung/Netlist 22cv00293 <FISHSERVICESamsung/Netlist22cv00293@fr.com>, Melissa ~Smith <melissa@gillamsmithlaw.com>, "tom@gillamsmithlaw.com" <tom@gillamsmithlaw.com>, "bnester@cov.com" <bnester@cov.com>, "aahn@cov.com" <aahn@cov.com>, "jromanow@cov.com" <jromanow@cov.com>, "ametlitsky@omm.com" <ametlitsky@omm.com>, "alucas@omm.com" <alucas@omm.com>, "bfregil@omm.com" <bfregil@omm.com>, "~Yoder, Michael" <myoder@omm.com>, "Pensabene, Marc J." <mpensabene@omm.com>, Alma Truax-Padilla <Truax-Padilla@fr.com>, #Netlist-Samsung293 <Netlist-Samsung293@irell.com>, "~Baxter, Samuel" <sbaxter@mckoolsmith.com>, "jtruelove@mckoolsmith.com" <jtruelove@mckoolsmith.com>
Subject: RE: Netlist/Samsung EDTX 293 -Micron Trial Transcript Request

No objection from Micron.
-Mike

Michael R. Rueckheim

Partner

Winston & Strawn LLP

D: +1 650-858-6433

M: +1 713-444-4447

winston.com<http://www.winston.com>

[Winston & Strawn LLP]

1

From: Katherine Reardon <reardon@fr.com>
Sent: Monday, July 22, 2024 8:49 AM
To: jsheasby@irell.com; Zhao, Yanan <yzhao@irell.com>
Cc: FISH SERVICE Samsung/Netlist 22cv00293 <FISHSERVICESamsung/Netlist22cv00293@fr.com>; melissa@gillamsmithlaw.com; tom@gillamsmithlaw.com; bnester@cov.com; aahn@cov.com; jromanow@cov.com; ametlitsky@omm.com; alucas@omm.com; bfregil@omm.com; ~Yoder, Michael <myoder@omm.com>; Pensabene, Marc J. <mpensabene@omm.com>; Alma Truax-Padilla <Truax-Padilla@fr.com>; #Netlist-Samsung293 <Netlist-Samsung293@irell.com>; Sam Baxter <sbaxter@mckoolsmith.com>; jtruelove@mckoolsmith.com; Rueckheim, Mike <MRueckheim@winston.com>
Subject: Netlist/Samsung EDTX 293 -Micron Trial Transcript Request

Jason, Yanan, Samsung requests that Netlist produce the transcripts for the public sessions of its recent trial against Micron,Netlist, Inc. v. Micron Technology Texas, LLC, EDTX-2-22-cv-294. During those open proceedings, Netlist witnesses, including Mssrs. Milton and Kennedy as

Jason, Yanan,

Samsung requests that Netlist produce the transcripts for the public sessions of its recent trial against Micron, Netlist, Inc. v. Micron Technology Texas, LLC, EDTX-2-22-cv-294. During those open proceedings, Netlist witnesses, including Mssrs. Milton and Kennedy as well as Dr. Mangione Smith, provided testimony regarding the same patents Netlist is asserting in this case. Those witnesses are listed on Netlist's witness list in this case and thus, those transcripts are relevant here.

Please confirm Netlist will produce those transcripts in this case this week, or otherwise provide a time to meet and confer.

Regards,
Kate

Katherine H. Reardon :: Principal :: Fish & Richardson P.C.
212 641 2235 direct :: 315 868 9770 mobile :: reardon@fr.com<mailto:reardon@fr.com>
fr.com<https://url.us.m.mimecastprotect.com/s/zb7FC0R9M1TmrYkJFW9XOR/> ::
Bio<https://url.us.m.mimecastprotect.com/s/iZ56CgJkyruGY4qPuERR8Z/> ::
LinkedIn<https://url.us.m.mimecastprotect.com/s/g79bCjRnBxTRyZYlUn8QT9/>

******************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
******************************************************************************************

_____

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.


PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

3