UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>Defendants. | Civil Case No. 2:22cv-00293-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANTS' MOTION FOR
LEAVE TO FILE ITS MOTION TO COMPEL OUT OF TIME**

Before the Court is Defendants' Motion for Leave to File Its Motion To Compel the Public Portions of the Trial Transcript of *Netlist, Inc. v. Micron Technology Texas et al.*, 2:22-cv-00294-JRG-RSP.

Having considered the motion, the motion is hereby GRANTED.

IT IS SO ORDERED.