UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>                Defendants. | Civil No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

### SAMSUNG'S OPPOSED MOTION TO COMPEL THE PUBLIC PORTIONS OF THE TRIAL TRANSCRIPT OF *NETLIST V. MICRON*, 2:22-CV-294-JRG-RSP

Netlist should be compelled to produce the public portions of the transcript from the recent trial in *Netlist, Inc. v. Micron Technology Texas et al.*, 2:22-cv-00294-JRG-RSP ("Micron Trial").[1]  The Micron Trial involved the same set of witnesses that Netlist intends to call at the trial in this case, the same patents, and the same categories of accused products.  There is no question that the testimony of Netlist's witnesses in the Micron Trial bears directly on the issues in this case.  Netlist, however, refuses to produce the public portions of the Micron Trial transcript to Samsung without any justification, and despite Micron's consent to the production.

The Micron Trial ended on June May 23, 2024, over two months ago.  The public version of the trial transcript remains unavailable, however, except to the parties, and the parties

---

[1] Samsung has filed a motion to stay this case pending appeal of the IPRs that have reached final written decision invalidating asserted claims.  Dkt 735.  This motion is filed without prejudice to the stay motion and merely as a precautionary measure in the event Samsung's motion is denied and trial does in fact proceed.

have yet to file a request for redaction.  Thus, the public version of the Micron Trial transcript will not be available on the public docket by September 9, 2024, when trial in this case begins.

The public versions of the Micron Trial Transcript are highly relevant to this case. During the public portions of the proceedings, Netlist fact witness Mr. Milton, technical expert witness Dr. Mangione Smith, and damages expert Mr. Kennedy, all provided testimony on two of the three patents asserted in this case—U.S. Patent Nos. 11,093,417 and 7,619,912.  The sworn, public testimony of these witnesses regarding the scope of the asserted patents, the alleged infringement, validity, the technical benefits provided by the patents, and Netlist's damages analysis for these patents are highly relevant to this case.  These trial transcripts include sworn testimony of Netlist's witnesses in this case that should be available to Samsung to use as part of its cross-examination.  In particular, Mr. Kennedy and Dr. Mangione Smith are Netlist's only two "will call" witnesses on its witness list, and Mr. Milton is listed as a "may call" witness. Dkt. 694-1.

Netlist has no legitimate reason to deny Samsung access to the public portions of the Micron Trial Transcript, and it provided none during the meet and confer process.  *See* Ex. 1. Netlist's continued refusal—despite Micron's express consent—is unreasonable.  There is no alternative way for Samsung to obtain the transcript except through the parties.  Samsung thus respectfully requests that the Court compel Netlist to produce the public portions of the Micron Trial Transcript to Samsung.

Dated:  August 12, 2024

Respectfully submitted,

By:    */s/ Daniel A. Tishman*

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone:     (903) 934-8450
Facsimile:     (903) 934-9257

J. Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

Brian R. Nester
DC Bar No. 460225
bnester@cov.com
COVINGTON & BURLING LLP
One CityCenter 850 Tenth Street, N
Washington, DC 20001-4956
Telephone: (202)-662-6000

Alice J. Ahn
CA Bar No. 271399/DC Bar No. 1004350
aahn@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone:  (415) 591-7091
Facsimile:  (415) 955-6571

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
D.C. Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Thomas H. Reger II
reger@fr.com
Texas Bar No. 24032992
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

*Attorneys for Defendants Samsung Electronics Co., Ltd.;*
*Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on August 12, 2024.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

　　　　　　　　　　　　　　　 */s/ Daniel A. Tishman*

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to Local Rules CV-7(h) and (i), counsel for the parties met and conferred telephonically on August 12, 2024.  Jennifer Trulove and Jason Sheasby attended for Plaintiff. Melissa Smith, Ruffin Cordell, and Daniel Tishman attended for Defendants.  The parties discussed their positions on this motion.  The discussions conclusively ended in an impasse, leaving an open issue for the court to resolve.  Counsel for Plaintiff indicated that they oppose this motion.

　　　　　　　　　　　　　　　 */s/ Daniel A. Tishman*