# Exhibit 1

## *2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al*

US District Court Docket

United States District Court, Texas Eastern

(Marshall)

**This case was retrieved on 08/12/2024**

## Header

| | |
|---|---|
| **Case Number:** 2:22cv294 | **Class Code:** Closed |
| **Date Filed:** 08/01/2022 | **Closed:** 07/11/2024 |
| **Assigned To:** District Judge Rodney Gilstrap | **Statute:** 35:271 |
| **Nature of Suit:** Patent (830) | **Jury Demand:** Plaintiff |
| **Cause:** Patent Infringement | **Demand Amount:** $0 |
| **Lead Docket:** None | **NOS Description:** Patent |
| **Other Docket:** None | |
| **Jurisdiction:** Federal Question | |

## Participants

### Litigants

David Folsom
Jackson Walker LLP | 6002-B Summerfield Drive |
Texarkana, TX 75503 | dfolsom@jw.com |
**Mediator**

Michael D. Paul
**Technical Advisor**

Netlist, Inc.
**Plaintiff**

### Attorneys

Andrew Henderson
PRO HAC VICE;ATTORNEY TO BE NOTICED
Irell & Manella LLP
1800 Avenue Of Stars Suite 900
Los Angeles, CA 90067
USA
310-277-1010 Email:Dhenderson@irell.Com

Andrew J. Strabone
PRO HAC VICE;ATTORNEY TO BE NOTICED
Irell & Manella LLP - Los Angeles
1800 Avenue Of The Stars Suite 900
Los Angeles, CA 90067-4276
USA
310-277-1010 Fax: 310-203-7199
Email:Astrabone@irell.Com

Anthony Q Rowles
PRO HAC VICE;ATTORNEY TO BE NOTICED
Irell & Manella LLP - Los Angeles
1800 Avenue Of The Stars Suite 900
Los Angeles, CA 90067-4276
USA
310-203-7635 Fax: 310-203-7199 Email:Trowles@irell.Com

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| Litigants | Attorneys |
|-----------|-----------|
| | |

Dovid Z. Kahn
PRO HAC VICE;ATTORNEY TO BE NOTICED
Irell & Manella LLP
1800 Avenue Of The Stars, Suite 900 Suite 900
Los Angeles, CA  90067
USA
310-277-1010 Email:Dkahn@irell.Com

Hong Annita Zhong
ATTORNEY TO BE NOTICED
Irell & Manella LLP  - Los Angeles
1800 Avenue Of The Stars Suite 900
Los Angeles, CA  90067-4276
USA
310-203-7183 Fax: 310.203.7199 Email:Hzhong@irell.Com

Jason G Sheasby
ATTORNEY TO BE NOTICED
Irell & Manella LLP  - Los Angeles
1800 Avenue Of The Stars Suite 900
Los Angeles, CA  90067-4276
USA
310.203-7096 Fax: 310-203-7199 Email:Jsheasby@irell.Com

Jennifer Leigh Truelove
ATTORNEY TO BE NOTICED
McKool Smith, P.C. - Marshall
104 East Houston St Suite 300
Marshall, TX  75670
USA
903-923-9000 Fax: 903-923-9099
Email:Jtruelove@mckoolsmith.Com

Kevin Lee Burgess
ATTORNEY TO BE NOTICED
McKool Smith P.C.
104 E. Houston Street Suite 300
Marshall, TX  75670
USA
903-923-9000 Fax: 903-923-9099
Email:Kburgess@mckoolsmith.Com

Michael William Tezyan
ATTORNEY TO BE NOTICED
Irell & Manella, LLP
California 1800 Avenue Of The Stars Ste 900
Los Angeles, CA  90067
USA
310-203-7536 Email:Mtezyan@irell.Com

Philip J Warrick
ATTORNEY TO BE NOTICED
Irell & Manella - DC
750 17th Street Nw Ste 850
Washington, DC  20006
USA
202-831-6238 Fax: 310-317-7252 Email:Pwarrick@irell.Com

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

## Litigants                                        ## Attorneys

Rebecca L. Carson
PRO HAC VICE;ATTORNEY TO BE NOTICED
Irell & Manella - Newport Beach
840 Newport Center Drive Suite 400
Newport Beach, CA  92660
USA
949.760.0991 Fax: 949.760.5200 Email:Rcarson@irell.Com

Stephen M Payne
PRO HAC VICE;ATTORNEY TO BE NOTICED
Irell & Manella - Newport Beach
840 Newport Center Drive Suite 400
Newport Beach, CA  92660
USA
949-760-0991 Fax: 949-760-5200 Email:Spayne@irell.Com

Thomas C Werner
ATTORNEY TO BE NOTICED
Irell & Manella LLP  - Los Angeles
1800 Avenue Of The Stars Suite 900
Los Angeles, CA  90067-4276
USA
310-203-7956 Fax: 310-282-5798 Email:Twerner@irell.Com

Vivek V. Krishnan
PRO HAC VICE;ATTORNEY TO BE NOTICED
Winston & Strawn LLP - Chicago
35 West Wacker Drive Suite 4200
Chicago, IL  60601
USA
312-558-9508 Fax: 312-558-5700
Email:Vkrishnan@winston.Com

Yanan Zhao
ATTORNEY TO BE NOTICED
Irell & Manella LLP
1800 Avenue Of The Stars Suite 900 Los Anegles
Los Angeles, CA  90067
USA
310-277-7065 Email:Yzhao@irell.Com

Samuel Franklin Baxter
ATTORNEY TO BE NOTICED
McKool Smith, P.C. - Marshall
104 East Houston St Suite 300
Marshall, TX  75670
USA
903/923-9000 Fax: 903-923-9099
Email:Sbaxter@mckoolsmith.Com

Micron Technology Texas, LLC                        Natalie Lynn Arbaugh
**Defendant**                                       LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Winston & Strawn LLP
2501 N. Harwood St 17th Floor
Dallas, TX  75201
USA
(214) 453-6500 Fax: (214) 453-6400
Email:Narbaugh@winston.Com

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| Litigants | Attorneys |
|-----------|-----------|
|           |           |

Aldo A Badini
ATTORNEY TO BE NOTICED
Winston & Strawn LLP - New York
200 Park Ave Floor 43
New York, NY  10166-4193
USA
212.294.4601 Fax: 212.294.4700
Email:Abadini@winston.Com

Andrea Leigh Fair
ATTORNEY TO BE NOTICED
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX  75604
USA
903-757-6400 Fax: 903-757-2323
Email:Andrea@wsfirm.Com

Brian Joseph Nisbet
PRO HAC VICE;ATTORNEY TO BE NOTICED
Winston & Strawn LLP - Chicago
35 West Wacker Drive Suite 4200
Chicago, IL  60601
USA
312.558.5600 Fax: 312.558.5700
Email:Bnisbet@winston.Com

Charles Everingham , IV
ATTORNEY TO BE NOTICED
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX  75604
USA
903-757-6400 Fax: 903-757-2323 Email:Ce@wsfirm.Com

David P Enzminger
PRO HAC VICE;ATTORNEY TO BE NOTICED
Winston & Strawn LLP- L.A.
333 South Grand Avenue 38th Floor
Los Angeles, CA  90071-1543
USA
213-615-1780 Fax: 213-615-1750
Email:Denzminger@winston.Com

Jack Wesley Hill
ATTORNEY TO BE NOTICED
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX  75604
USA
903-757-6400 Fax: 903-757-2323 Email:Wh@wsfirm.Com

Jared B Bobrow
ATTORNEY TO BE NOTICED
Orrick Herrington & Sutcliffe - Menlo Park
1000 Marsh Road
Menlo Park, CA  94025

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| **Litigants** | **Attorneys** |
|---|---|

USA
650-614-7400 Fax: 650-614-7401
Email:Jbobrow@orrick.Com

Jennifer Haltom Doan

[Terminated: 03/08/2024]
Haltom & Doan
6500 Summerhill Road Crown Executive Center Suite 100
Texarkana, TX  75503
USA
903/255-1000 Fax: 903/255-0800
Email:Jdoan@haltomdoan.Com

Joshua Reed Thane

[Terminated: 03/08/2024]
Haltom & Doan
6500 Summerhill Road Crown Executive Center Suite 100
Texarkana, TX  75503
USA
903-255-1000 Fax: 903-255-0800
Email:Jthane@haltomdoan.Com

Juan C Yaquian
PRO HAC VICE;ATTORNEY TO BE NOTICED
Winston & Strawn LLP
800 Capitol St. Suite 2400
Houston, TX  77001
USA
713-651-2645 Fax: 713-651-2700
Email:Jyaquian@winston.Com

Mariah Leigh Hornok

[Terminated: 03/08/2024]
Haltom & Doan
6500 Summerhill Road Crown Executive Center Suite 100
Texarkana, TX  75503
USA
903-255-1000 Fax: 903-255-0800
Email:Mhornok@haltomdoan.Com

Matthew Hopkins
PRO HAC VICE;ATTORNEY TO BE NOTICED
Winston & Strawn LLP - DC
1901 L Street, N.W.Washington
Washington, DC  20036-3506
USA
202-282-5000 Fax: 202-282-5100
Email:Mhopkins@winston.Com

Matthew R McCullough
ATTORNEY TO BE NOTICED
Winston & Strawn LLP - Redwood City
255 Shoreline Drive Ste 520
Redwood City, CA  94065
USA

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| Litigants | Attorneys |
|---|---|
| | 650.858.6453 Fax: 650.858.6550 Email:Mrmccullough@winston.Com |

Maureen L. Rurka
PRO HAC VICE;ATTORNEY TO BE NOTICED
Winston & Strawn/Chicago
35 West Wacker Drive
Chicago, IL  60601
USA
312-558-7936 Email:Mrurka@winston.Com

Michael Robert Rueckheim
ATTORNEY TO BE NOTICED
Winston & Strawn LLP - Redwood City
255 Shoreline Drive Ste 520
Redwood City, CA  94065
USA
650-858-6443 Fax: 6508586550
Email:Mrueckheim@winston.Com

Rex Andrew Mann
ATTORNEY TO BE NOTICED
Winston & Strawn/Chicago
2121 N. Pearl Street Suite 900
Dallas, TX  75201
USA
214-453-6412 Fax: 214-453-6400
Email:Rmann@winston.Com

Ryuk Park
ATTORNEY TO BE NOTICED
Winston & Strawn LLP
255 Shoreline Drive, Suite 520
Redwood City, CA  94065-1432
USA
650-858-6440 Fax: 650-858-6550
Email:Rpark@winston.Com

Thomas M Melsheimer
ATTORNEY TO BE NOTICED
Winston & Strawn LLP - Dallas
2121 N Pearl Street Suite 900
Dallas, TX  75201
USA
214/453-6500 Fax: 214/453-6400
Email:Tmelsheimer@winston.Com

Tracea Lachelle Rice
PRO HAC VICE;ATTORNEY TO BE NOTICED
Winston & Strawn/Chicago
2121 North Pearl Street Ste 900
Dallas, TX  75201
USA
214-453-6404 Email:Trice@winston.Com

Vivek V. Krishnan
PRO HAC VICE
[Terminated: 01/12/2024]

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| Litigants | Attorneys |
|---|---|

Winston & Strawn LLP - Chicago
35 West Wacker Drive Suite 4200
Chicago, IL  60601
USA
312-558-9508 Fax: 312-558-5700
Email:Vkrishnan@winston.Com

William Mitchell Logan
ATTORNEY TO BE NOTICED
Winston & Strawn LLP - Houston
800 Capitol St. 24th Floor
Houston, TX  77002
USA
713-651-2766 Email:Wlogan@winston.Com

**Micron Semiconductor Products Inc**
**Defendant**

Natalie Lynn Arbaugh
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Winston & Strawn LLP
2501 N. Harwood St 17th Floor
Dallas, TX  75201
USA
(214) 453-6500 Fax: (214) 453-6400
Email:Narbaugh@winston.Com

Aldo A Badini
ATTORNEY TO BE NOTICED
Winston & Strawn LLP - New York
200 Park Ave Floor 43
New York, NY  10166-4193
USA
212.294.4601 Fax: 212.294.4700
Email:Abadini@winston.Com

Andrea Leigh Fair
ATTORNEY TO BE NOTICED
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX  75604
USA
903-757-6400 Fax: 903-757-2323
Email:Andrea@wsfirm.Com

Brian Joseph Nisbet
PRO HAC VICE;ATTORNEY TO BE NOTICED
Winston & Strawn LLP - Chicago
35 West Wacker Drive Suite 4200
Chicago, IL  60601
USA
312.558.5600 Fax: 312.558.5700
Email:Bnisbet@winston.Com

Charles Everingham , IV
ATTORNEY TO BE NOTICED
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX  75604
USA
903-757-6400 Fax: 903-757-2323 Email:Ce@wsfirm.Com

David P Enzminger

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| Litigants | Attorneys |
|-----------|-----------|
| | PRO HAC VICE;ATTORNEY TO BE NOTICED |

PRO HAC VICE;ATTORNEY TO BE NOTICED
Winston & Strawn LLP- L.A.
333 South Grand Avenue 38th Floor
Los Angeles, CA  90071-1543
USA
213-615-1780 Fax: 213-615-1750
Email:Denzminger@winston.Com

Jack Wesley Hill
ATTORNEY TO BE NOTICED
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX  75604
USA
903-757-6400 Fax: 903-757-2323 Email:Wh@wsfirm.Com

Jared B Bobrow
ATTORNEY TO BE NOTICED
Orrick Herrington & Sutcliffe - Menlo Park
1000 Marsh Road
Menlo Park, CA  94025
USA
650-614-7400 Fax: 650-614-7401
Email:Jbobrow@orrick.Com

Jennifer Haltom Doan

[Terminated: 03/08/2024]
Haltom & Doan
6500 Summerhill Road Crown Executive Center Suite 100
Texarkana, TX  75503
USA
903/255-1000 Fax: 903/255-0800
Email:Jdoan@haltomdoan.Com

Joshua Reed Thane

[Terminated: 03/08/2024]
Haltom & Doan
6500 Summerhill Road Crown Executive Center Suite 100
Texarkana, TX  75503
USA
903-255-1000 Fax: 903-255-0800
Email:Jthane@haltomdoan.Com

Juan C Yaquian
PRO HAC VICE;ATTORNEY TO BE NOTICED
Winston & Strawn LLP
800 Capitol St. Suite 2400
Houston, TX  77001
USA
713-651-2645 Fax: 713-651-2700
Email:Jyaquian@winston.Com

Mariah Leigh Hornok

[Terminated: 03/08/2024]
Haltom & Doan

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| Litigants | Attorneys |
|-----------|-----------|
|           | 6500 Summerhill Road Crown Executive Center Suite 100 |

6500 Summerhill Road Crown Executive Center Suite 100
Texarkana, TX  75503
USA
903-255-1000 Fax: 903-255-0800
Email:Mhornok@haltomdoan.Com

Matthew Hopkins
PRO HAC VICE;ATTORNEY TO BE NOTICED
Winston & Strawn LLP - DC
1901 L Street, N.W.Washington
Washington, DC  20036-3506
USA
202-282-5000 Fax: 202-282-5100
Email:Mhopkins@winston.Com

Matthew R McCullough
ATTORNEY TO BE NOTICED
Winston & Strawn LLP - Redwood City
255 Shoreline Drive Ste 520
Redwood City, CA  94065
USA
650.858.6453 Fax: 650.858.6550
Email:Mrmccullough@winston.Com

Maureen L. Rurka
PRO HAC VICE;ATTORNEY TO BE NOTICED
Winston & Strawn/Chicago
35 West Wacker Drive
Chicago, IL  60601
USA
312-558-7936 Email:Mrurka@winston.Com

Michael Robert Rueckheim
ATTORNEY TO BE NOTICED
Winston & Strawn LLP - Redwood City
255 Shoreline Drive Ste 520
Redwood City, CA  94065
USA
650-858-6443 Fax: 6508586550
Email:Mrueckheim@winston.Com

Rex Andrew Mann
ATTORNEY TO BE NOTICED
Winston & Strawn/Chicago
2121 N. Pearl Street Suite 900
Dallas, TX  75201
USA
214-453-6412 Fax: 214-453-6400
Email:Rmann@winston.Com

Ryuk Park
ATTORNEY TO BE NOTICED
Winston & Strawn LLP
255 Shoreline Drive, Suite 520
Redwood City, CA  94065-1432
USA
650-858-6440 Fax: 650-858-6550
Email:Rpark@winston.Com

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| **Litigants** | **Attorneys** |
| --- | --- |
| | Thomas M Melsheimer<br>ATTORNEY TO BE NOTICED<br>Winston & Strawn LLP - Dallas<br>2121 N Pearl Street Suite 900<br>Dallas, TX  75201<br>USA<br>214/453-6500 Fax: 214/453-6400<br>Email:Tmelsheimer@winston.Com |
| | Tracea Lachelle Rice<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Winston & Strawn/Chicago<br>2121 North Pearl Street Ste 900<br>Dallas, TX  75201<br>USA<br>214-453-6404 Email:Trice@winston.Com |
| | Vivek V. Krishnan<br>PRO HAC VICE<br>[Terminated: 01/12/2024]<br>Winston & Strawn LLP - Chicago<br>35 West Wacker Drive Suite 4200<br>Chicago, IL  60601<br>USA<br>312-558-9508 Fax: 312-558-5700<br>Email:Vkrishnan@winston.Com |
| | William Mitchell Logan<br>ATTORNEY TO BE NOTICED<br>Winston & Strawn LLP - Houston<br>800 Capitol St. 24th Floor<br>Houston, TX  77002<br>USA<br>713-651-2766 Email:Wlogan@winston.Com |
| Micron Technology Inc<br>**Defendant** | Natalie Lynn Arbaugh<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Winston & Strawn LLP<br>2501 N. Harwood St 17th Floor<br>Dallas, TX  75201<br>USA<br>(214) 453-6500 Fax: (214) 453-6400<br>Email:Narbaugh@winston.Com |
| | Aldo A Badini<br>ATTORNEY TO BE NOTICED<br>Winston & Strawn LLP - New York<br>200 Park Ave Floor 43<br>New York, NY  10166-4193<br>USA<br>212.294.4601 Fax: 212.294.4700<br>Email:Abadini@winston.Com |
| | Andrea Leigh Fair<br>ATTORNEY TO BE NOTICED<br>Ward, Smith & Hill, PLLC<br>1507 Bill Owens Parkway<br>Longview, TX  75604<br>USA |

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| Litigants | Attorneys |
|---|---|

903-757-6400 Fax: 903-757-2323
Email:Andrea@wsfirm.Com

Brian Joseph Nisbet
PRO HAC VICE;ATTORNEY TO BE NOTICED
Winston & Strawn LLP - Chicago
35 West Wacker Drive Suite 4200
Chicago, IL  60601
USA
312.558.5600 Fax: 312.558.5700
Email:Bnisbet@winston.Com

Charles Everingham , IV
ATTORNEY TO BE NOTICED
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX  75604
USA
903-757-6400 Fax: 903-757-2323 Email:Ce@wsfirm.Com

David P Enzminger
PRO HAC VICE;ATTORNEY TO BE NOTICED
Winston & Strawn LLP- L.A.
333 South Grand Avenue 38th Floor
Los Angeles, CA  90071-1543
USA
213-615-1780 Fax: 213-615-1750
Email:Denzminger@winston.Com

Jack Wesley Hill
ATTORNEY TO BE NOTICED
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX  75604
USA
903-757-6400 Fax: 903-757-2323 Email:Wh@wsfirm.Com

Jared B Bobrow
ATTORNEY TO BE NOTICED
Orrick Herrington & Sutcliffe - Menlo Park
1000 Marsh Road
Menlo Park, CA  94025
USA
650-614-7400 Fax: 650-614-7401
Email:Jbobrow@orrick.Com

Jennifer Haltom Doan

[Terminated: 03/08/2024]
Haltom & Doan
6500 Summerhill Road Crown Executive Center Suite 100
Texarkana, TX  75503
USA
903/255-1000 Fax: 903/255-0800
Email:Jdoan@haltomdoan.Com

Joshua Reed Thane

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

## Litigants

## Attorneys

[Terminated: 03/08/2024]
Haltom & Doan
6500 Summerhill Road Crown Executive Center Suite 100
Texarkana, TX  75503
USA
903-255-1000 Fax: 903-255-0800
Email:Jthane@haltomdoan.Com

Juan C Yaquian
PRO HAC VICE;ATTORNEY TO BE NOTICED
Winston & Strawn LLP
800 Capitol St. Suite 2400
Houston, TX  77001
USA
713-651-2645 Fax: 713-651-2700
Email:Jyaquian@winston.Com

Mariah Leigh Hornok

[Terminated: 03/08/2024]
Haltom & Doan
6500 Summerhill Road Crown Executive Center Suite 100
Texarkana, TX  75503
USA
903-255-1000 Fax: 903-255-0800
Email:Mhornok@haltomdoan.Com

Matthew Hopkins
PRO HAC VICE;ATTORNEY TO BE NOTICED
Winston & Strawn LLP - DC
1901 L Street, N.W.Washington
Washington, DC  20036-3506
USA
202-282-5000 Fax: 202-282-5100
Email:Mhopkins@winston.Com

Matthew R McCullough
ATTORNEY TO BE NOTICED
Winston & Strawn LLP - Redwood City
255 Shoreline Drive Ste 520
Redwood City, CA  94065
USA
650.858.6453 Fax: 650.858.6550
Email:Mrmccullough@winston.Com

Maureen L. Rurka
PRO HAC VICE;ATTORNEY TO BE NOTICED
Winston & Strawn/Chicago
35 West Wacker Drive
Chicago, IL  60601
USA
312-558-7936 Email:Mrurka@winston.Com

Michael Robert Rueckheim
ATTORNEY TO BE NOTICED
Winston & Strawn LLP - Redwood City
255 Shoreline Drive Ste 520
Redwood City, CA  94065

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| Litigants | Attorneys |
|---|---|

USA
650-858-6443 Fax: 6508586550
Email:Mrueckheim@winston.Com

Rex Andrew Mann
ATTORNEY TO BE NOTICED
Winston & Strawn/Chicago
2121 N. Pearl Street Suite 900
Dallas, TX  75201
USA
214-453-6412 Fax: 214-453-6400
Email:Rmann@winston.Com

Ryuk Park
ATTORNEY TO BE NOTICED
Winston & Strawn LLP
255 Shoreline Drive, Suite 520
Redwood City, CA  94065-1432
USA
650-858-6440 Fax: 650-858-6550
Email:Rpark@winston.Com

Thomas M Melsheimer
ATTORNEY TO BE NOTICED
Winston & Strawn LLP - Dallas
2121 N Pearl Street Suite 900
Dallas, TX  75201
USA
214/453-6500 Fax: 214/453-6400
Email:Tmelsheimer@winston.Com

Tracea Lachelle Rice
PRO HAC VICE;ATTORNEY TO BE NOTICED
Winston & Strawn/Chicago
2121 North Pearl Street Ste 900
Dallas, TX  75201
USA
214-453-6404 Email:Trice@winston.Com

Vivek V. Krishnan
PRO HAC VICE
[Terminated: 01/12/2024]
Winston & Strawn LLP - Chicago
35 West Wacker Drive Suite 4200
Chicago, IL  60601
USA
312-558-9508 Fax: 312-558-5700
Email:Vkrishnan@winston.Com

William Mitchell Logan
ATTORNEY TO BE NOTICED
Winston & Strawn LLP - Houston
800 Capitol St. 24th Floor
Houston, TX  77002
USA
713-651-2766 Email:Wlogan@winston.Com

## Proceedings

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 1 | 08/01/2022 | COMPLAINT against All Defendants ( Filing fee $ 402 receipt number ATXEDC-9047735.), filed by Netlist, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Civil Cover Sheet)(Baxter, Samuel) (Entered: 08/01/2022) | |
| | 08/02/2022 | Case Assigned to District Judge Rodney Gilstrap. (nkl, ) (Entered: 08/02/2022) | |
| | 08/02/2022 | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event Notice Regarding Consent to Proceed Before Magistrate Judge. (nkl, ) (Entered: 08/02/2022) | |
| 2 | 08/02/2022 | NOTICE of Attorney Appearance by Jennifer Leigh Truelove on behalf of Netlist, Inc. (Truelove, Jennifer) (Entered: 08/02/2022) | |
| 3 | 08/02/2022 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Baxter, Samuel) (Entered: 08/02/2022) | |
| 4 | 08/02/2022 | CORPORATE DISCLOSURE STATEMENT filed by Netlist, Inc. (Baxter, Samuel) (Entered: 08/02/2022) | |
| 5 | 08/02/2022 | SUMMONS Issued as to MICRON TECHNOLOGY TEXAS, LLC through its agent for service The Corporation Service Company,, Micron Semiconductor Products Inc. by and through its agent for service The Corporation Service Company, Micron Technology Inc., by and through its agent for service The Corporation Service Company (Attachments: # 1 Summons(es) Micron Technology Texas LL, # 2 Summons(es) Micron Technology, Inc.)(nkl, ) (Entered: 08/02/2022) | |
| 6 | 08/03/2022 | NOTICE of Attorney Appearance - Pro Hac Vice by Jason G Sheasby on behalf of Netlist, Inc.. Filing fee $ 100, receipt number ATXEDC-9051055. (Sheasby, Jason) (Entered: 08/03/2022) | |
| 7 | 08/05/2022 | NOTICE of Attorney Appearance - Pro Hac Vice by Hong Annita Zhong on behalf of Netlist, Inc.. Filing fee $ 100, receipt number ATXEDC-9056600. (Zhong, Hong) (Entered: 08/05/2022) | |
| 8 | 08/08/2022 | SUMMONS Returned Executed by Netlist, Inc.. Micron Semiconductor Products Inc served on 8/3/2022, answer due 8/24/2022. (Baxter, Samuel) (Entered: 08/08/2022) | |
| 9 | 08/08/2022 | SUMMONS Returned Executed by Netlist, Inc.. Micron Technology Inc served on 8/3/2022, answer due 8/24/2022. (Baxter, Samuel) (Entered: 08/08/2022) | |
| 10 | 08/08/2022 | SUMMONS Returned Executed by Netlist, Inc.. MICRON TECHNOLOGY TEXAS, LLC served on 8/3/2022, answer due 8/24/2022. (Baxter, Samuel) (Entered: 08/08/2022) | |
| 11 | 08/15/2022 | AMENDED COMPLAINT against All Defendants, filed by Netlist, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Sheasby, Jason) (Entered: 08/15/2022) | |
| 12 | 08/18/2022 | SUMMONS Returned Executed by Netlist, Inc.. Micron Semiconductor Products Inc served on 8/17/2022, answer due 9/7/2022. (Baxter, Samuel) (Entered: 08/18/2022) | |
| 13 | 08/18/2022 | SUMMONS Returned Executed by Netlist, Inc.. Micron Technology Inc served on 8/17/2022, answer due 9/7/2022. (Baxter, Samuel) (Entered: 08/18/2022) | |
| 14 | 08/18/2022 | SUMMONS Returned Executed by Netlist, Inc.. MICRON TECHNOLOGY TEXAS, LLC served on 8/17/2022, answer due | |

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | 9/7/2022. (Baxter, Samuel) (Entered: 08/18/2022) | |
| 15 | 09/07/2022 | ANSWER to 11 Amended Complaint,  by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc.(Arbaugh, Natalie) (Entered: 09/07/2022) | |
| 16 | 09/07/2022 | CORPORATE DISCLOSURE STATEMENT filed by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc (Arbaugh, Natalie) (Entered: 09/07/2022) | |
| 17 | 09/08/2022 | NOTICE of Attorney Appearance - Pro Hac Vice by Thomas C Werner on behalf of Netlist, Inc.. Filing fee $ 100, receipt number ATXEDC-9116203. (Werner, Thomas) (Entered: 09/08/2022) | |
| 18 | 09/08/2022 | NOTICE of Attorney Appearance - Pro Hac Vice by Yanan Zhao on behalf of Netlist, Inc.. Filing fee $ 100, receipt number ATXEDC-9116308. (Zhao, Yanan) (Entered: 09/08/2022) | |
| 19 | 09/08/2022 | NOTICE of Attorney Appearance - Pro Hac Vice by Michael William Tezyan on behalf of Netlist, Inc.. Filing fee $ 100, receipt number ATXEDC-9117824. (Tezyan, Michael) (Entered: 09/08/2022) | |
| 20 | 09/08/2022 | NOTICE of Readiness for Scheduling Conference by Netlist, Inc. (Baxter, Samuel) (Entered: 09/08/2022) | |
| 21 | 09/12/2022 | ****WITHDRAWN PER #29***Opposed MOTION to Stay  by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Rueckheim, Michael) Modified on 10/13/2022 (ch, ). (Entered: 09/12/2022) | |
| 22 | 09/23/2022 | NOTICE of Attorney Appearance by Jack Wesley Hill on behalf of MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc (Hill, Jack Wesley) (Entered: 09/23/2022) | |
| 23 | 09/23/2022 | NOTICE of Attorney Appearance by Andrea Leigh Fair on behalf of MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc (Fair, Andrea) (Entered: 09/23/2022) | |
| 24 | 09/23/2022 | NOTICE of Attorney Appearance by Charles Everingham, IV on behalf of MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc (Everingham, Charles) (Entered: 09/23/2022) | |
| 25 | 09/26/2022 | Unopposed MOTION for Extension of Time to File Response/Reply  by Netlist, Inc.. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 09/26/2022) | |
| 26 | 09/28/2022 | ORDER granting 25 Unopposed MOTION for Extension of Time to File Response/Reply . Signed by District Judge Rodney Gilstrap on 9/28/2022. (nkl, ) (Entered: 09/28/2022) | |
| 27 | 09/30/2022 | RESPONSE to Motion re 21 Opposed MOTION to Stay    filed by Netlist, Inc.. (Attachments: # 1 Declaration of Jason Sheasby in support of Netlist, Inc.'s Opposition, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Text of Proposed Order)(Sheasby, Jason) (Entered: 09/30/2022) | |
| 28 | 10/12/2022 | Unopposed MOTION to Withdraw 21 Opposed MOTION to Stay by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Text of Proposed Order)(Hill, Jack Wesley) (Entered: 10/12/2022) | |
| 29 | 10/13/2022 | ORDER granting 28 Motion to Withdraw 21 Opposed MOTION to Stay. Signed by District Judge Rodney Gilstrap on 10/13/2022. (ch, ) (Entered: 10/13/2022) | |
| 30 | 10/21/2022 | CONSOLIDATION ORDER - The above-captioned cases are | |

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | hereby ORDERED to be CONSOLIDATED for all pretrial issues with the LEAD CASE, Case No. 2:22-cv-00293. All parties are instructed to file any future filings in the LEAD CASE. Signed by District Judge Rodney Gilstrap on 10/21/2022. (ch, ) (Entered: 10/24/2022) | |
| 31 | 08/11/2023 | Sealed Document. Defendants' Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint and Counterclaims (Rueckheim, Michael) (Entered: 08/11/2023) | |
| 32 | 08/18/2023 | REDACTION to 31 Sealed Document Defendants' Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint and Counterclaims by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Rueckheim, Michael) (Entered: 08/18/2023) | |
| 33 | 08/28/2023 | ORDER APPOINTING TECHNICAL ADVISOR. Michael D. Paul added as TECHNICAL ADVISOR. Signed by District Judge Rodney Gilstrap on 08/28/2023. (klc, ) (Entered: 08/28/2023) | |
| 34 | 08/29/2023 | NOTICE of Attorney Appearance by Kevin Lee Burgess on behalf of Netlist, Inc. (Burgess, Kevin) (Entered: 08/29/2023) | |
| 35 | 01/18/2024 | Sealed Document. (Folsom, David) (Entered: 01/18/2024) | |
| 36 | 02/28/2024 | ORDER DECONSOLIDATING CASES - Accordingly, it is ORDERED that the District Clerk DECONSOLIDATE the Micron case, Case No. 2:22-cv-294, from the Samsung case, Case No. 2:22-cv-293 It is further ORDERED that the Micron case, Case No. 2:22-cv-294, is specially set for trial on April 22, 2024, and the pretrial conference for the same is set for 9:00 a.m. CST on March 6, 2024. It is further ORDERED that the pretrial conference and trial dates for the Samsung case, Case No. 2:22-cv-293, are cancelled to be reset at a later date. Signed by District Judge Rodney Gilstrap on 2/28/2024. Associated Cases: 2:22-cv-00293-JRG, 2:22-cv-00294-JRG(ch, ) (Entered: 02/28/2024) | |
| 37 | 02/28/2024 | ORDER - The Court ORDERS sua sponte that the parties respective responses to theMotions, if any, must be filed no later than Friday, March 1, 2024. Signed by District Judge Rodney Gilstrap on 2/27/2024. (nkl, ) (Entered: 02/28/2024) | |
| | 02/28/2024 | Jury Selection set for 4/22/2024 at 09:00AM before District Judge Rodney Gilstrap. Pretrial Conference set for 3/6/2024 at 09:00 AM before District Judge Rodney Gilstrap. (klc, ) (Entered: 02/28/2024) | |
| 38 | 02/29/2024 | OPPOSED SEALED MOTION Micron Defendants' Motion for Leave to Supplement Dispositive Motions and Motions to Strike Based on Deposition Testimony Obtained After Briefing Closed by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Affidavit/Declaration of Michael Rueckheim, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit A, # 8 Exhibit B, # 9 Proposed Order)(Rueckheim, Michael) (Entered: 02/29/2024) | |
| 39 | 03/01/2024 | ORDER - The Court ORDERS sua sponte that Netlists response to the Motion, if any,must be filed no later than 4:00 p.m. CST on Monday, March 4, 2024.. Signed by District Judge Rodney Gilstrap on 3/1/2024. (nkl, ) (Entered: 03/01/2024) | |
| 40 | 03/01/2024 | SEALED MOTION Defendants' Motion for Leave to Supplement Dr. Matthew Lynde's Expert Report by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Affidavit/Declaration of Michael R. Rueckheim, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Proposed Order)(Rueckheim, Michael) (Entered: 03/01/2024) | |

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 41 | 03/01/2024 | Sealed Document. Micron Defendants' Response in Opposition to Plaintiff's Motion for Leave to Supplement Expert Reports (Dkt. 608) (Attachments: # 1 Declaration of Michael R. Rueckheim, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Proposed Order)(Rueckheim, Michael) (Entered: 03/01/2024) | |
| 42 | 03/01/2024 | Sealed Document Netlist Inc.'s Opposition to Micron's Motion to Compel Production of Expert Deposition Transcript from Lead Case (Attachments: # 1 Declaration of Jason Sheasby, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Proposed Order)(Sheasby, Jason) (Entered: 03/01/2024) | |
| 43 | 03/01/2024 | RESPONSE to Plaintiff Netlist's Motion for Consolidation (Dkt. 607) filed by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Affidavit/Declaration of Michael R. Rueckheim, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Proposed Order)(Rueckheim, Michael) (Entered: 03/01/2024) | |
| 44 | 03/02/2024 | ORDER - The Court ORDERS sua sponte that Netlist's response to the Motion (Dkt. No. 40), if any, must be filed no later than 5:00 p.m. CST on Monday, March 4, 2024.. Signed by District Judge Rodney Gilstrap on 3/2/2024. (nkl, ) (Entered: 03/02/2024) (Entered: 03/02/2024) | |
| 45 | 03/02/2024 | ORDER re 40 SEALED MOTION Defendants' Motion for Leave to Supplement Dr. Matthew Lynde's Expert Report. ORDERS sua sponte that Netlists response to the Motion, if any, must be filed no later than 5:00 p.m. CST on Monday, March 4, 2024. Signed by District Judge Rodney Gilstrap on 3/2/2024. (ch, ) (Entered: 03/04/2024) | |
| 46 | 03/04/2024 | NOTICE of Attorney Appearance - Pro Hac Vice by Stephen M Payne on behalf of Netlist, Inc.. Filing fee $ 100, receipt number ATXEDC-10010976. (Payne, Stephen) (Entered: 03/04/2024) | |
| 47 | 03/04/2024 | RESPONSE to Motion re 38 OPPOSED SEALED MOTION Micron Defendants' Motion for Leave to Supplement Dispositive Motions and Motions to Strike Based on Deposition Testimony Obtained After Briefing Closed   filed by Netlist, Inc.. (Attachments: # 1 Declaration of Jason G. Sheasby, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Proposed Order)(Sheasby, Jason) (Entered: 03/04/2024) | |
| 48 | 03/04/2024 | ORDER REGARDING EXHIBITS. Signed by District Judge Rodney Gilstrap on 3/4/2024. (ch, ) (Entered: 03/04/2024) | |
| 49 | 03/04/2024 | NOTICE of Attorney Appearance - Pro Hac Vice by Anthony Q Rowles on behalf of Netlist, Inc.. Filing fee $ 100, receipt number ATXEDC-10011435. (Rowles, Anthony) (Entered: 03/04/2024) | |
| 51 | 03/04/2024 | Sealed Netlist Inc.s Reply in Support of Netlists Motion for Leave to Supplement Expert Reports [Dkt. 608] (Attachments: # 1 Declaration of Jason Sheasby, # 2 Exhibit 12, # 3 Exhibit 13, # 4 Exhibit 14, # 5 Exhibit 15, # 6 Exhibit 16, # 7 Exhibit 17)(Sheasby, Jason) (Entered: 03/04/2024) | |
| 52 | 03/04/2024 | SEALED RESPONSE to 40 SEALED MOTION Defendants' Motion for Leave to Supplement Dr. Matthew Lynde's Expert Report, filed by Netlist, Inc. (Attachments: # 1 Declaration of Jason G. Sheasby, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Proposed Order) (Sheasby, Jason) (Entered: 03/04/2024) | |
| 53 | 03/04/2024 | Sealed Document. Micron Defendants' Response to Plaintiff Netlist's Motions in Limine (Dkt. 610) (Attachments: # 1 Declaration of Michael R. Rueckheim, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | 13 Exhibit 12, # 14 Proposed Order)(Rueckheim, Michael) (Entered: 03/04/2024) | |
| 55 | 03/04/2024 | Sealed Document. PLAINTIFF NETLIST INC.S OPPOSITION TO MICRONS OMNIBUS MOTION IN LIMINE (Dkt. 613) (Attachments: # 1 Declaration of Jason Sheasby, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Errata 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Proposed Order)(Sheasby, Jason) (Entered: 03/05/2024) | |
| 54 | 03/05/2024 | JOINT NOTICE of Pending Motions Between Netlist and Micron by Netlist, Inc. (Sheasby, Jason) (Entered: 03/05/2024) | |
| 56 | 03/05/2024 | Sealed Document - Joint Pretrial Order (Attachments: # 1 Exhibit A - Netlist's Trial Witness List, # 2 Exhibit B - Micron's Objections to Netlist's Witness List, # 3 Exhibit C - Netlist's Deposition Designations, Micron's Objections and Counters, # 4 Exhibit D - Micron's Trial Witness List, # 5 Exhibit E - Netlist's Objections to Micron's Witness List, # 6 Exhibit F - Micron's Deposition Designations, Netlist's Objections and Counters, # 7 Exhibit G - Joint Exhibit List, # 8 Exhibit H - Netlist's Party Exhibit List, # 9 Exhibit I - Micron's Party Exhibit List, # 10 Exhibit J - Joint Proposed Jury Instructions, # 11 Exhibit K - Joint Proposed Verdict Form)(Sheasby, Jason) (Entered: 03/05/2024) | |
| | 03/05/2024 | Clerk's LR CV-10(d) Notice of Deficiency as to 56 Sealed Document,,, - LR CV-5(a)(7) or CR-49(a) requires this document to include a statement after the certificate of service that certifies that a motion to seal has been filed or authorization to seal has been obtained. Recommended cure: Within one day, Filer must refile with the word Corrected in the title of the document. The filer should use the same ECF event and when offered the docket text enhancement dropdown, select CORRECTED so it will also appear in the docket text. (nkl, ) (Entered: 03/05/2024) | |
| 57 | 03/05/2024 | Sealed Document - Corrected Joint Pretrial Order (Attachments: # 1 Exhibit A - Netlist's Trial Witness List, # 2 Exhibit B - Micron's Objections to Netlist's Witness List, # 3 Exhibit C - Netlist's Deposition Designations, Micron's Objections and Counters, # 4 Exhibit D - Micron's Trial Witness List, # 5 Exhibit E - Netlist's Objections to Micron's Witness List, # 6 Exhibit F - Micron's Deposition Designations, Netlist's Objections and Counters, # 7 Exhibit G - Joint Exhibit List, # 8 Exhibit H - Netlist's Party Exhibit List, # 9 Exhibit I - Micron's Party Exhibit List, # 10 Exhibit J - Joint Proposed Jury Instructions, # 11 Exhibit K - Joint Proposed Verdict Form)(Sheasby, Jason) (Entered: 03/05/2024) | |
| 58 | 03/05/2024 | NOTICE of Attorney Appearance - Pro Hac Vice by Tracea Lachelle Rice on behalf of MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. Filing fee $ 100, receipt number ATXEDC-10014633. (Rice, Tracea) (Entered: 03/05/2024) | |
| 59 | 03/05/2024 | ORDER denying 38 Sealed Motion. Signed by District Judge Rodney Gilstrap on 3/5/2024. (Entered: 03/05/2024) | |
| 60 | 03/06/2024 | UNOPPOSED MOTION to Withdraw as Attorney Haltom & Doan Attorneys by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Proposed Order)(Doan, Jennifer) (Entered: 03/06/2024) | |
| 65 | 03/06/2024 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Final Pretrial Conference Day 1 held on 3/6/2024 from 09:03 AM to 04:30 PM. (No exhibits)(Court Reporter Shawn | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | McRoberts) (Attachments: # 1 Attorney Attendance Sheet) (aeb) (Entered: 03/08/2024) | |
| 61 | 03/07/2024 | PAPER TRANSCRIPT REQUEST by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc for proceedings held on 03/06/2024 to 03/07/2024 before Judge Rodney Gilstrap. (Rueckheim, Michael) Modified on 3/7/2024 (klc, ). Forwarded to Shawn McRoberts on 3/7/2024 (Entered: 03/07/2024) | |
| 62 | 03/07/2024 | PAPER TRANSCRIPT REQUEST by Netlist, Inc. for proceedings held on Final Pretrial Conference 3/6 - 3/7/2024 before Judge Rodney Gilstrap. (Truelove, Jennifer) Modified on 3/7/2024 (klc, ). Forwarded to Shawn McRoberts on 3/7/2024 (Entered: 03/07/2024) | |
| 63 | 03/07/2024 | PAPER TRANSCRIPT REQUEST by Netlist, Inc. for proceedings held on 3/6/2024-3/7/2024 Pre-Trial Conference Hearing before Judge Rodney Gilstrap. (Zhao, Yanan) Modified on 3/7/2024 (klc, ). Forwarded to Shawn McRoberts on 3/7/2024 (Entered: 03/07/2024) | |
| 66 | 03/07/2024 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Final Pretrial Conference Day 2 held on 3/7/2024 from 09:03 AM to 02:32 PM. (No exhibits)(Court Reporter Shawn McRoberts) (Attachments: # 1 Attorney Attendance Sheet) (aeb) (Entered: 03/08/2024) | |
| 64 | 03/08/2024 | ORDER granting 60 Motion to Withdraw as Attorney. Attorney Joshua Reed Thane; Jennifer Haltom Doan and Mariah Leigh Hornok terminated. Signed by District Judge Rodney Gilstrap on 3/8/2024. (nkl, ) (Entered: 03/08/2024) | |
| 67 | 03/11/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Pretrial Conference (Volume 1) Proceedings held on 03/06/2024 before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shawn McRoberts,Telephone number: (903) 923-8546. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 4/1/2024. Release of Transcript Restriction set for 6/10/2024. (smm) (Entered: 03/11/2024) | |
| 68 | 03/11/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Pretrial Conference (Volume 2) Proceedings held on 03/07/2024 before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shawn McRoberts,Telephone number: (903) 923-8546. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 4/1/2024. Release of Transcript Restriction set for 6/10/2024. (smm) (Entered: 03/11/2024) | |
| 69 | 03/11/2024 | JOINT NOTICE of Redactions of the Court's Sealed Memorandum Opinion and Order (Dkt. 50) by Netlist, Inc. (Attachments: # 1 | |

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Exhibit A)(Sheasby, Jason) (Entered: 03/11/2024) | |
| 70 | 03/11/2024 | REDACTION to 40 SEALED MOTION Defendants' Motion for Leave to Supplement Dr. Matthew Lynde's Expert Report  by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Affidavit/Declaration of Michael R. Rueckheim, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Proposed Order)(Rueckheim, Michael) (Entered: 03/11/2024) | |
| 71 | 03/11/2024 | REDACTION to 41 Sealed Document, Micron Defendants' Response in Opposition to Plaintiff's Motion for Leave to Supplement Expert Reports (Dkt. 608) by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Affidavit/Declaration of Michael R. Rueckheim, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Proposed Order)(Rueckheim, Michael) (Entered: 03/11/2024) | |
| 72 | 03/12/2024 | ORDER re Renewed Motion to Stay Pending IPR. Signed by District Judge Rodney Gilstrap on 3/11/2024. (nkl, ) (Entered: 03/12/2024) | |
| | 03/12/2024 | NOTICE of Hearing: Jury Selection originally scheduled for 4/22/2024 has been RESET for 4/29/2024 at 09:00 AM followed by Trial Day 1 in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (aeb) (Entered: 03/12/2024) | |
| 73 | 03/14/2024 | ORDER ON PRETRIAL MOTIONS, MOTIONS IN LIMINE, AND EXHIBITS. Signed by District Judge Rodney Gilstrap on 3/14/2024. (nkl, ) (Entered: 03/14/2024) | |
| 74 | 03/14/2024 | ORDER to Pay Special Master. Signed by District Judge Rodney Gilstrap on 3/14/2024. (nkl, ) (Entered: 03/14/2024) | |
| 75 | 03/14/2024 | REDACTION to 55 Sealed Document,,  by Netlist, Inc.. (Attachments: # 1 Declaration of Jason Sheasby, # 2 Exhibit 2, # 3 Exhibit 10, # 4 Exhibit 12, # 5 Exhibit 13, # 6 Exhibit 14, # 7 Exhibit 15, # 8 Exhibit 16, # 9 Proposed Order)(Sheasby, Jason) (Entered: 03/14/2024) | |
| 76 | 03/25/2024 | Sealed Defendants Notice of Submission of Updated Party Exhibit List (Attachments: # 1 Exhibit A)(Rueckheim, Michael) (Entered: 03/25/2024) | |
| 77 | 03/25/2024 | Sealed Plaintiff Netlist, Inc.'s Notice of Submission of Updated Party Exhibit List (Attachments: # 1 Exhibit A)(Sheasby, Jason) (Entered: 03/25/2024) | |
| 78 | 03/29/2024 | NOTICE of Disclosure of Prior Art by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc (Rueckheim, Michael) (Entered: 03/29/2024) | |
| 79 | 03/29/2024 | OPPOSED SEALED MOTION for Leave to File Motion to Strike Portions of Second Supplemental Expert Report of Matthew Lynde by Netlist, Inc.. (Attachments: # 1 Proposed Order)(Sheasby, Jason) (Entered: 03/29/2024) | |
| 80 | 03/29/2024 | OPPOSED SEALED MOTION to Strike Portions of Second Supplemental Expert Report of Matthew Lynde by Netlist, Inc.. (Attachments: # 1 Declaration of Rebecca Carson, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Proposed Order)(Sheasby, Jason) (Entered: 03/29/2024) | |
| 81 | 04/04/2024 | NOTICE of Submission of Updated List of Trial Witnesses by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc re 76 Sealed Document (Attachments: # 1 Exhibit A - Micron's List of Trial Witnesses)(Rueckheim, Michael) (Entered: 04/04/2024) | |
| 82 | 04/05/2024 | SEALED RESPONSE to Motion re 79 OPPOSED SEALED | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|   |      | MOTION for Leave to File Motion to Strike Portions of Second Supplemental Expert Report of Matthew Lynde filed by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Declaration - Rueckheim, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Proposed Order)(Rueckheim, Michael) (Entered: 04/05/2024) | |
| 83 | 04/05/2024 | UNOPPOSED SEALED MOTION Requesting Admission of PX-032 (MICNL203-00163346) by Netlist, Inc.. (Attachments: # 1 Declaration of Jason Sheasby, # 2 PX-032, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Proposed Order)(Sheasby, Jason) (Entered: 04/05/2024) | |
|   | 04/08/2024 | NOTICE of Hearing: Jury Selection originally set for Monday, April 29, 2024 has been RESET for FRIDAY 4/26/2024 at 09:00 AM followed by Trial Day 1 in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (aeb) (Entered: 04/08/2024) | |
|   | 04/08/2024 | Set/Reset Hearings: Jury Selection and Trial Day 1 previously set for 4/26/2024 has been RESET to its original date of 4/29/2024 at 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (aeb) (Entered: 04/08/2024) | |
| 84 | 04/11/2024 | REDACTION to 83 UNOPPOSED SEALED MOTION Requesting Admission of PX-032 (MICNL203-00163346)  by Netlist, Inc.. (Attachments: # 1 Declaration of Jason Sheasby, # 2 Exhibit 7, # 3 Proposed Order)(Sheasby, Jason) (Entered: 04/11/2024) | |
| 85 | 04/12/2024 | OPPOSED SEALED MOTION to Strike Micron's Updated Trial Witness List (Dkt. 81-1) by Netlist, Inc.. (Attachments: # 1 Declaration of Jason Sheasby, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Proposed Order)(Sheasby, Jason) (Entered: 04/12/2024) | |
| 86 | 04/12/2024 | OPPOSED MOTION to Expedite Briefing on Netlist's Motion to Strike Micron's Updated Witness List (Dkt. 85) by Netlist, Inc.. (Attachments: # 1 Proposed Order)(Sheasby, Jason) (Entered: 04/12/2024) | |
| 87 | 04/12/2024 | SEALED REPLY to Response to Motion re 79 OPPOSED SEALED MOTION for Leave to File Motion to Strike Portions of Second Supplemental Expert Report of Matthew Lynde, 80 OPPOSED SEALED MOTION to Strike Portions of Second Supplemental Expert Report of Matthew Lynde filed by Netlist, Inc.. (Attachments: # 1 Declaration of Rebecca Carson, # 2 Exhibit F)(Sheasby, Jason) (Entered: 04/12/2024) | |
| 88 | 04/12/2024 | RESPONSE to Motion re 86 OPPOSED MOTION to Expedite Briefing on Netlist's Motion to Strike Micron's Updated Witness List (Dkt. 85)   filed by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Proposed Order)(Hill, Jack Wesley) (Entered: 04/12/2024) | |
| 89 | 04/12/2024 | REDACTION to 82 Sealed Response to Motion,  for Leave to File Motion to Strike Portions of Second Supplemental Expert Report of Matthew Lynde by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Affidavit/Declaration of Michael Rueckheim, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Proposed Order)(Rueckheim, Michael) (Entered: 04/12/2024) | |
| 90 | 04/15/2024 | RESPONSE to Motion re 85 OPPOSED SEALED MOTION to Strike Micron's Updated Trial Witness List (Dkt. 81-1)   filed by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Exhibit A - Netlist Trial Witness List, # 2 Proposed Order)(Hill, Jack Wesley) | |

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | (Entered: 04/15/2024) | |
| 91 | 04/17/2024 | ORDER granting 86 Motion to Expedite Briefing on Netlist's Motion to Strike Micron's Updated Witness List (Dkt. 85). Signed by District Judge Rodney Gilstrap on 4/17/2024. (NKL) (Entered: 04/17/2024) | |
| 92 | 04/17/2024 | NOTICE of Determination Invalidating Patent-In-Suit by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc (Attachments: # 1 Affidavit/Declaration of Michael Rueckheim, # 2 Exhibit A)(Rueckheim, Michael) (Entered: 04/17/2024) | |
| 93 | 04/17/2024 | OPPOSED SEALED MOTION Micron's Motion to Stay or, Alternatively, Sever and Stay the Asserted '912 Patent, In View of Final Written Decision of Invalidity by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Affidavit/Declaration of Michael Rueckheim, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Proposed Order)(Rueckheim, Michael) (Entered: 04/17/2024) | |
| 94 | 04/18/2024 | UNOPPOSED MOTION re 93 OPPOSED SEALED MOTION Micron's Motion to Stay or, Alternatively, Sever and Stay the Asserted '912 Patent, In View of Final Written Decision of Invalidity - UNOPPOSED MOTION to Shorten Response Time by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Proposed Order)(Hill, Jack Wesley) (Entered: 04/18/2024) | |
| 95 | 04/18/2024 | ORDER granting 83 Sealed Motion Requesting Admission of PX-032 (MICNL203-00163346). Signed by District Judge Rodney Gilstrap on 4/18/2024. (NKL) (Entered: 04/18/2024) | |
| 96 | 04/18/2024 | ORDER granting 85 Sealed Motion to Strike Micron's Updated Trial Witness List (Dkt. 81-1). Signed by District Judge Rodney Gilstrap on 4/18/2024. (NKL) (Entered: 04/18/2024) | |
| 97 | 04/18/2024 | MEMORANDUM OPINION AND ORDER re 80 OPPOSED SEALED MOTION to Strike Portions of Second Supplemental Expert Report of Matthew Lynde filed by Netlist, Inc., 79 OPPOSED SEALED MOTION for Leave to File Motion to Strike Portions of Second Supplemental Expert Report of Matthew Lynde filed by Netlist, Inc... Signed by District Judge Rodney Gilstrap on 4/18/2024. (NKL) (Entered: 04/18/2024) | |
| 98 | 04/18/2024 | ORDER granting 94 Motion to Shorten Response Time. Signed by District Judge Rodney Gilstrap on 4/18/2024. (NKL) (Entered: 04/18/2024) | |
| 99 | 04/19/2024 | REDACTION to 85 OPPOSED SEALED MOTION to Strike Micron's Updated Trial Witness List (Dkt. 81-1)  by Netlist, Inc.. (Attachments: # 1 Declaration of Jason G. Sheasby, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Proposed Order)(Sheasby, Jason) (Entered: 04/19/2024) | |
| 100 | 04/19/2024 | NOTICE OF NARROWING CLAIMS FOR PURPOSES OF TRIAL by Netlist, Inc. (Sheasby, Jason) (Entered: 04/19/2024) | |
| 101 | 04/19/2024 | OPPOSED SEALED MOTION for Continuance by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Rueckheim, Michael) (Entered: 04/19/2024) | |
| 102 | 04/22/2024 | ORDER re 101 OPPOSED SEALED MOTION for Continuance. Court ORDERS sua sponte that Netlists response to the Motion, if any, must be filed no later than 5:00 p.m. CST on Tuesday, April 23, 2024. Signed by District Judge Rodney Gilstrap on 4/22/2024. (CH) (Entered: 04/22/2024) | |
| 103 | 04/22/2024 | SEALED RESPONSE to 93 OPPOSED SEALED MOTION Micron's Motion to Stay or, Alternatively, Sever and Stay the | |

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Asserted '912 Patent, In View of Final Written Decision of Invalidity, filed by Netlist, Inc. (Attachments: # 1 Declaration of Jason G. Sheasby, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Proposed Order)(Sheasby, Jason) (Entered: 04/22/2024) | |
| 104 | 04/22/2024 | SEALED RESPONSE to Motion re 101 OPPOSED SEALED MOTION for Continuance filed by Netlist, Inc.. (Attachments: # 1 Proposed Order)(Sheasby, Jason) (Entered: 04/22/2024) | |
| 105 | 04/22/2024 | Sealed Plaintiff Netlist, Inc.'s Notice of Submission of Updated Party and Joint Exhibit Lists. (Attachments: # 1 Exhibit A Netlist's Updated Trial Exhibit List, # 2 Exhibit B Updated Joint Exhibit List)(Sheasby, Jason) (Entered: 04/22/2024) | |
| 106 | 04/22/2024 | NOTICE Defendants' Notice of Final Election of Invalidity Theories, Prior Art References/Combinations, and Equitable Defenses by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc (Rueckheim, Michael) (Entered: 04/22/2024) | |
| 107 | 04/22/2024 | Sealed Document. NOTICE OF ADDITIONAL FACTS REGARDING DEFENDANTS OPPOSED MOTION FOR CONTINUANCE (ECF No. 101) (Attachments: # 1 Exhibit B - Rueckheim Declaration)(Hill, Jack Wesley) (Entered: 04/22/2024) | |
| 108 | 04/23/2024 | Sealed Document - Plaintiff's Response to Micron Defendants' Notice of Additional Facts Regarding Defendants' Opposed Motion for Continuance (Dkt. 107) (Sheasby, Jason) (Entered: 04/23/2024) | |
| | 04/23/2024 | NOTICE of Telephonic Conference set for 4/23/2024 at 01:00 PM before District Judge Rodney Gilstrap. ***The Court's telephone conference number is (571) 353-2301. The Guest ID is 682899130. (1) Participants should use a landline phone connection, unless use of a cellular connection is the only viable means available. (2) Participants shall mute themselves upon joining the conference and stay muted unless speaking. (3) When speaking, do not use the speaker option but speak directly into the phone device. (4) Participants shall identify themselves each and every time they speak. (aeb) (Entered: 04/23/2024) | |
| 109 | 04/23/2024 | NOTICE of Attorney Appearance - Pro Hac Vice by Maureen L. Rurka on behalf of MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. Filing fee $ 100, receipt number ATXEDC-10100764. (Rurka, Maureen) (Entered: 04/23/2024) | |
| | 04/23/2024 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Telephonic Conference held on 4/23/2024. Court opened and counsel were identified. Discussion held re: Dkt. No. 101 and responsive filings thereto. Court intends to continue case from its April 29, 2024 trial setting to be reset for the week of May 20, 2024. (Court Reporter Shawn McRoberts) (aeb) (Entered: 04/23/2024) | |
| 110 | 04/24/2024 | NOTICE of Attorney Appearance - Pro Hac Vice by Brian Joseph Nisbet on behalf of MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. Filing fee $ 100, receipt number ATXEDC-10102857. (Nisbet, Brian) (Entered: 04/24/2024) | |
| 111 | 04/24/2024 | REDACTION to 93 OPPOSED SEALED MOTION Micron's Motion to Stay or, Alternatively, Sever and Stay the Asserted '912 Patent, In View of Final Written Decision of Invalidity  by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Affidavit/Declaration of Michael R. Rueckheim In Support of Motion, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 | |

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Exhibit 5, # 7 Proposed Order)(Rueckheim, Michael) (Entered: 04/24/2024) | |
| 112 | 04/24/2024 | ORDER re 93 Sealed Motion to Stay or, Alternatively, Sever and Stay the Asserted 912 Patent, in View of Final Written Decision of Invalidity; 101 Sealed Motion for Continuance. Signed by District Judge Rodney Gilstrap on 4/24/2024. (NKL) (Entered: 04/24/2024) | |
| 113 | 04/24/2024 | PAPER TRANSCRIPT REQUEST by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc for proceedings held on 04/23/2024 before Judge Rodney Gilstrap. (Forward to Shawn McRoberts) (Rueckheim, Michael) Modified on 4/25/2024 (NKL). (Entered: 04/24/2024) | |
| 114 | 04/25/2024 | PAPER TRANSCRIPT REQUEST by Netlist, Inc. for proceedings held on 4/23/2024 before Judge Rodney Gilstrap. (Forward to Shawn McRoberts) (Zhao, Yanan) Modified on 4/25/2024 (NKL). (Entered: 04/25/2024) | |
| | 04/25/2024 | Jury Selection set for 5/20/2024 at 09:00AM before District Judge Rodney Gilstrap. (KLC) (Entered: 04/25/2024) | |
| 115 | 04/25/2024 | Sealed Telephonic Status Conference (04-23-2024) Transcript. (SMM) (Entered: 04/25/2024) | |
| 116 | 04/26/2024 | ORDER - ORDERS the parties to mediate in this case promptly and at a mutually agreeable place and date, but no later than May 13, 2024. The mediation shall be conducted by the Hon. David Folsom, 6002 Summerfield Drive,Texarkana, Texas 75503, david@folsomadr.com.. Signed by District Judge Rodney Gilstrap on 4/29/2024. (CH) (Entered: 04/26/2024) | |
| 117 | 05/01/2024 | ORDER TO PURCHASE JURY MEALS. Signed by District Judge Rodney Gilstrap on 4/30/2024. (NKL) (Entered: 05/01/2024) | |
| 118 | 05/02/2024 | JOINT MOTION to Temporarily Change Lead Counsel Designation for purposes of mediation by Netlist, Inc.. (Attachments: # 1 Proposed Order)(Truelove, Jennifer) (Entered: 05/02/2024) | |
| 119 | 05/03/2024 | ORDER granting 118 JOINT MOTION to Temporarily Change Lead Counsel Designation for purposes of mediation. Signed by District Judge Rodney Gilstrap on 5/3/2024. (CH) (Entered: 05/03/2024) | |
| 120 | 05/14/2024 | ORDER sua sponte requiring updated Notice of Final Election of Invalidity Theories, Prior Art References/Combinations, and Equitable Defenses. Signed by District Judge Rodney Gilstrap on 05/14/2024. (Entered: 05/14/2024) | |
| 121 | 05/15/2024 | NOTICE of Attorney Appearance - Pro Hac Vice by Andrew Henderson on behalf of Netlist, Inc.. Filing fee $ 100, receipt number ATXEDC-10138895. (Henderson, Andrew) (Entered: 05/15/2024) | |
| 122 | 05/15/2024 | NOTICE of Attorney Appearance - Pro Hac Vice by Dovid Z. Kahn on behalf of Netlist, Inc.. Filing fee $ 100, receipt number ATXEDC-10139028. (Kahn, Dovid) (Entered: 05/15/2024) | |
| 123 | 05/16/2024 | NOTICE Defendants' Updated Notice of Final Election of Invalidity Theories, Prior Art References/Combinations, and Equitable Defenses by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc re 120 Order (Rueckheim, Michael) (Entered: 05/16/2024) | |
| 124 | 05/18/2024 | UNOPPOSED SEALED MOTION Requesting Admission of PX-33 by Netlist, Inc.. (Attachments: # 1 Declaration of Jason Sheasby, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 JX-14, # 8 PX-27, # 9 PX-33, # 10 Proposed Order)(Sheasby, Jason) (Entered: 05/18/2024) | |
| 125 | 05/19/2024 | ORDER granting 124 Sealed Motion. Signed by District Judge | |

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Rodney Gilstrap on 05/19/2024. (KLC) (Entered: 05/19/2024) | |
| 126 | 05/20/2024 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Jury Selection and Jury Trial Day 1 held on 5/20/2024 from 09:21 AM to 06:21 PM. (Exhibits admitted)(Court Reporter Shawn McRoberts) (Attachments: # 1 Attendance Sheet) (aeb) (Entered: 05/21/2024) | |
| 127 | 05/21/2024 | SEALED DOCUMENT. NETLIST, INC.'S MEMORANDUM REGARDING EXPECTED SCOTT SMITH TESTIMONY (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Sheasby, Jason) (Entered: 05/21/2024) | |
| 128 | 05/21/2024 | OPPOSED MOTION Request for Judicial Notice  by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Affidavit/Declaration of Michael Rueckheim, # 2 Exhibit 1, # 3 Proposed Order)(Rueckheim, Michael) (Entered: 05/21/2024) | |
| 129 | 05/22/2024 | Sealed Document. Micron Defendants' Response to Memorandum Regarding DKT 127 (Attachments: # 1 Declaration of Ryuk Park, # 2 Exhibit A)(Rueckheim, Michael) (Entered: 05/22/2024) | |
| 130 | 05/22/2024 | SEALED RESPONSE to Motion re 128 OPPOSED MOTION Request for Judicial Notice  filed by Netlist, Inc. (Attachments: # 1 Declaration of Jason Sheasby, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Proposed Order)(Sheasby, Jason) (Entered: 05/22/2024) | |
| 131 | 05/22/2024 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Jury Trial Day 2 held on 5/21/2024 from 08:27 AM to 06:34 PM. (Exhibits admitted)(Court Reporter Shawn McRoberts) (Attachments: # 1 Attorney Attendance Sheet) (aeb) Modified on 5/22/2024 (aeb). (Entered: 05/22/2024) | |
| 134 | 05/22/2024 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Jury Trial Day 3 held on 5/22/2024 from 08:28 AM to 06:35 PM. (Exhibits admitted)(Court Reporter Shawn McRoberts) (Attachments: # 1 Attendance Sheet) (aeb) (Entered: 05/23/2024) | |
| 132 | 05/23/2024 | Sealed Document - Plaintiff's Notice of Memorandum Regarding PX-023 (Attachments: # 1 PX-23)(Sheasby, Jason) (Entered: 05/23/2024) | |
| 133 | 05/23/2024 | NOTICE Micron Defendants' Response to Memorandum Regarding PX-23 (Dkt. 132) by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc re 132 Sealed Document (Rueckheim, Michael) (Entered: 05/23/2024) | |
| | 05/23/2024 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Informal Charge Conference held on 5/23/2024 from 11:42 AM to 12:13 PM. (No exhibits)(Court Reporter Not Recorded) (aeb) (Entered: 05/23/2024) | |
| 135 | 05/23/2024 | JURY VERDICT. (aeb) (Entered: 05/23/2024) | |
| 136 | 05/23/2024 | SEALED Jury Verdict. (aeb) (Entered: 05/24/2024) | |
| 137 | 05/23/2024 | SEALED Jury Notes. (aeb) (Entered: 05/24/2024) | |
| 138 | 05/23/2024 | SEALED Plaintiff's Final Exhibit List for Jury Trial. (aeb) (Entered: 05/24/2024) | |
| 139 | 05/23/2024 | SEALED Defendants' Final Exhibit List for Jury Trial. (aeb) (Entered: 05/24/2024) | |
| 140 | 05/23/2024 | SEALED Joint Final Exhibit List for Jury Trial. (aeb) (Entered: 05/24/2024) | |
| 141 | 05/23/2024 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Jury Trial completed on 5/23/2024 from 08:28 AM to 05:19 PM. (Exhibits admitted)(Court Reporter Shawn McRoberts) | |

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | (Attachments: # 1 Attendance Sheet) (aeb) (Entered: 05/24/2024) | |
| 142 | 05/30/2024 | OPPOSED MOTION Requesting Entry of Final Judgment  by Netlist, Inc.. (Attachments: # 1 Proposed Order)(Sheasby, Jason) (Entered: 05/30/2024) | |
| 143 | 06/03/2024 | REDACTION to 127 Sealed Document NETLIST, INC.'S MEMORANDUM REGARDING EXPECTED SCOTT SMITH TESTIMONY by Netlist, Inc.. (Attachments: # 1 Exhibit 3)(Sheasby, Jason) (Entered: 06/03/2024) | |
| 144 | 06/03/2024 | REDACTION to 130 Sealed Response to Motion,  128 Micron's Request for Judicial Notice, filed by Netlist, Inc.. (Attachments: # 1 Declaration of Jason Sheasby, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 6, # 5 Proposed Order)(Sheasby, Jason) (Entered: 06/03/2024) | |
| 145 | 06/03/2024 | REDACTION to 124 UNOPPOSED SEALED MOTION Requesting Admission of PX-33  by Netlist, Inc.. (Attachments: # 1 Declaration of Jason Sheasby, # 2 Proposed Order)(Sheasby, Jason) (Entered: 06/03/2024) | |
| 146 | 06/03/2024 | REDACTION to 132 Sealed Document  by Netlist, Inc.. (Sheasby, Jason) (Entered: 06/03/2024) | |
| 147 | 06/13/2024 | SEALED RESPONSE to Motion re 142 OPPOSED MOTION Requesting Entry of Final Judgment  filed by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Proposed Order)(Rueckheim, Michael) (Entered: 06/13/2024) | |
| 148 | 06/19/2024 | SEALED REPLY to Response to Motion re 142 OPPOSED MOTION Requesting Entry of Final Judgment filed by Netlist, Inc. (Sheasby, Jason) (Entered: 06/19/2024) | |
| 149 | 06/26/2024 | SEALED SUR-REPLY to Reply to Response to Motion re 142 OPPOSED MOTION Requesting Entry of Final Judgment  filed by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Rueckheim, Michael) (Entered: 06/26/2024) | |
| 150 | 07/10/2024 | NOTICE of Attorney Appearance by Jared B Bobrow on behalf of MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc (Bobrow, Jared) (Entered: 07/10/2024) | |
| 151 | 07/11/2024 | FINAL JUDGMENT (Motion(s) 128 , 142 , 40 terminated). Signed by District Judge Rodney Gilstrap on 7/10/2024. (NKL) (Entered: 07/11/2024) | |
| 152 | 07/25/2024 | JOINT MOTION for Extension of Time to File Netlist's Bill of Costs by Netlist, Inc.. (Attachments: # 1 Proposed Order)(Sheasby, Jason) (Entered: 07/25/2024) | |
| 153 | 07/29/2024 | ORDER granting 152 Motion for Extension of Time to File Netlist's Bill of Costs. Signed by District Judge Rodney Gilstrap on 7/29/2024. (NKL) (Entered: 07/29/2024) | |
| 154 | 07/29/2024 | NOTICE Regarding Agreed Bill of Costs by Netlist, Inc. (Attachments: # 1 Exhibit A)(Sheasby, Jason) (Entered: 07/29/2024) | |
| 155 | 08/01/2024 | NOTICE of Determinations Invalidating Patents-in-Suit by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Rueckheim, Michael) (Entered: 08/01/2024) | |
| 156 | 08/07/2024 | SEALED MOTION Micron Defendants' Renewed Motion for Judgment as a Matter of Law on Damages by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Proposed Order)(Rueckheim, Michael) (Entered: 08/07/2024) | |
| 157 | 08/07/2024 | SEALED MOTION Defendants' Renewed Motion for Judgment as | |

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | a Matter of Law of No Willfulness of the Asserted Patents by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Proposed Order)(Rueckheim, Michael) (Entered: 08/07/2024) | |
| 158 | 08/07/2024 | SEALED MOTION Defendants' Rule 59 Motion for A New Trial by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Affidavit/Declaration of Michael Rueckheim, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Proposed Order)(Arbaugh, Natalie) (Entered: 08/07/2024) | |
| 159 | 08/07/2024 | SEALED MOTION Defendants' Rule 50(B) Motion for Judgment as a Matter of Law for Non-Infringement by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9 Part 1, # 10 Exhibit 9 Part 2, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Proposed Order)(Rueckheim, Michael) (Entered: 08/07/2024) | |
| 160 | 08/08/2024 | JOINT MOTION For Extension Of Deadlines For Briefing Post-Trial Motions by Netlist, Inc.. (Attachments: # 1 Proposed Order)(Sheasby, Jason) (Entered: 08/08/2024) | |
| 161 | 08/08/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Trial (Volume 1) Proceedings held on 05/20/2024 before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shawn McRoberts,Telephone number: (903) 923-8546. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 8/29/2024. Release of Transcript Restriction set for 11/6/2024. (SMM) (Entered: 08/08/2024) | |
| 162 | 08/08/2024 | Sealed Trial (Volume 2) Transcript. (SMM) (Main Document 162 replaced on 8/9/2024) (CH). (Entered: 08/08/2024) | |
| 163 | 08/08/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Trial (Volume 2) Proceedings held on 05/21/2024 before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shawn McRoberts,Telephone number: (903) 923-8546. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 8/29/2024. Release of Transcript Restriction set for 11/6/2024. (SMM) (Entered: 08/08/2024) | |
| 164 | 08/08/2024 | Sealed Trial (Volume 3) Transcript. (SMM) (Entered: 08/08/2024) | |

2:22cv294, Netlist, Inc. V. Micron Technology Texas, Llc Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 165 | 08/08/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Trial (Volume 3) Proceedings held on 05/22/2024 before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shawn McRoberts,Telephone number: (903) 923-8546. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 8/29/2024. Release of Transcript Restriction set for 11/6/2024. (SMM) (Entered: 08/08/2024) | |
| 166 | 08/08/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Trial (Volume 4) Proceedings held on 05/23/2024 before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shawn McRoberts,Telephone number: (903) 923-8546. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 8/29/2024. Release of Transcript Restriction set for 11/6/2024. (SMM) (Entered: 08/08/2024) | |
| 167 | 08/09/2024 | ORDER granting 160 Motion For Extension Of Deadlines For Briefing Post-Trial Motions. Signed by District Judge Rodney Gilstrap on 8/9/2024. (NKL) (Entered: 08/09/2024) | |
| 168 | 08/09/2024 | JOINT MOTION to Enter Stipulated Order on Execution of Judgment Against Defendants  by MICRON TECHNOLOGY TEXAS, LLC, Micron Semiconductor Products Inc, Micron Technology Inc. (Attachments: # 1 Exhibit A - Declaration, # 2 Exhibit B - Certification, # 3 Exhibit C - Certification, # 4 Proposed Order)(Hill, Jack Wesley) (Entered: 08/09/2024) | |

# Patents

| Number | Title | Issued | Class | Subclass |
|--------|-------|--------|-------|----------|
| 7,286,436 | High-density memory module utilizing low-density memory components | 10/23/2007 | 365 | 230.02 |
| 7,289,386 | Memory module decoder | 10/30/2007 | 365 | 230.06 |
| 7,619,912 | Memory module decoder | 11/17/2009 | 365 | 51 |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***