UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>  Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>  Defendants. | Civil Case No. 2:22cv-00293-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendants' Motion to Compel the Public Portions of the Trial Transcript of *Netlist, Inc. v. Micron Technology Texas, LLC, et al.,* 2:22-cv-0294-JRG-RSP.

Having considered the motion, the motion is hereby GRANTED.

IT IS SO ORDERED.