# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | § |
| *Plaintiff*, | § § § |
| v. | § CIVIL ACTION NO. 2:22-CV-00293-JRG |
| SAMSUNG ELECTRONICS CO, LTD, *et al.* | § § § § |
| *Defendants*. | § § |

## ORDER

The Court issues this Order *sua sponte*. Before the Court are four opposed pretrial motions filed on August 12, 2024 (Dkt. Nos. 739, 740, 741, and 742). The responses to these motions are currently due on the day of the pretrial conference in this case. The Court finds that expedited briefing is warranted. Accordingly, the Court **ORDERS** *sua sponte* that the responses to these motions (Dkt. Nos. 739, 740, 741, and 742), if any, must be filed no later than **5:00 p.m. CST** on **Tuesday, August 20, 2024**.

**So ORDERED and SIGNED this 14th day of August, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE