## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR INC.,<br><br>　　　　Defendants. | Civil Action No. 2:22-CV-00293-JRG<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' UNOPPOSED REQUEST FOR
## TELEPHONIC STATUS CONFERENCE

　　Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor Inc. (collectively, "Samsung") respectfully request a brief telephonic status conference, at the Court's earliest convience, to address the trial date in this matter and recent unexpected events that may impact the trial date. Counsel for Samsung met and conferred with counsel for Plaintiff Netlist, Inc. ("Netlist"), and counsel for Netlist indicated that Netlist does not oppose this request for a telephonic status conference.

Dated:  August 19, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Melissa R. Smith*

Melissa Richards Smith　　　　　　　　　　　Ruffin B. Cordell
melissa@gillamsmith.com　　　　　　　　　　TX Bar No. 04820550
GILLAM & SMITH, LLP　　　　　　　　　　　cordell@fr.com
303 South Washington Ave.　　　　　　　　　Michael J. McKeon
Marshall, Texas 75670　　　　　　　　　　　D.C. Bar No. 459780
Telephone:  (903) 934-8450　　　　　　　　　mckeon@fr.com
Facsimile:   (903) 934-9257　　　　　　　　　Lauren A. Degnan
　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 452421
J. Travis Underwood　　　　　　　　　　　　degnan@fr.com
Texas Bar No. 24102587　　　　　　　　　　Daniel A. Tishman

travis@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Brian R. Nester
DC Bar No. 460225
bnester@cov.com
COVINGTON & BURLING LLP
One CityCenter 850 Tenth Street, N
Washington, DC 20001-4956
Telephone: (202)-662-6000

Alice J. Ahn
CA Bar No. 271399/DC Bar No. 1004350
aahn@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-7091
Facsimile: (415) 955-6571

DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Thomas H. Reger II
reger@fr.com
Texas Bar No. 24032992
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

*Attorneys for Defendants Samsung Electronics Co., Ltd.;
Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Samsung met and conferred with counsel for Netlist to discuss the substantive issues addressed in this request. Counsel for Netlist indicated that Netlist is unopposed to the relief sought herein.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on August 19, 2024, with a copy of this document via the Court's CM/ECF system.

*/s/ Melissa R. Smith*
Melissa R. Smith