# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR INC. <br><br> Defendants. | Civil Action No. 2:22-CV-00293-JRG <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendants Samsung Electronics Co., Ltd.'s, Samsung Electronics America, Inc.'s, and Samsung Semiconductor Inc.'s Unopposed Request for Telephonic Status Conference. After consideration of the same, the Court is of the opinion that the Request should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court will hold a telephonic status conference to address the issues raised in the Request on the _____ day of _____, 2024, at _____ A.M./P.M.