IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| SAMSUNG ELECTRONICS CO, LTD, *et al.* | § § § § | |
| *Defendants*. | § § | |

## ORDER

The Court issues this Order *sua sponte*. Before the Court is Netlist's Motion for Leave to Serve Amended Exhibit List and Supplemental Deposition Designations. (Dkt. Nos. 746.) The response to this motion is currently due after the pretrial conference in this case. The Court finds that expedited briefing is warranted. Accordingly, the Court **ORDERS** *sua sponte* that the response to this motion, if any, must be filed no later than **5:00 p.m. CST** on **Monday, August 26, 2024**.

**So ORDERED and SIGNED this 20th day of August, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE