UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-cv-293-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD; | ) (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC.; SAMSUNG SEMICONDUCTOR | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF NETLIST, INC.'S OPPOSITION TO SAMSUNG'S MOTION FOR CLARIFICATION**

-1-

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Opposition to Samsung's Motion for Clarification. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a true and correct copy of Netlist, Inc.'s Motion to Stay Proceedings, filed as D.I. 344 in *Netlist, Inc. v. Samsung Electronics Co.*, Case No. 8:20-cv-00993-MCS (C.D. Cal.).

3. Attached as **Exhibit 2** is a true and correct copy of Samsung's Opposition to Netlist's Motion to Stay, filed as D.I. 351 in *Netlist, Inc. v. Samsung Electronics Co.*, Case No. 8:20-cv-00993-MCS (C.D. Cal.).

4. Attached as **Exhibit 3** is a true and correct excerpted copy of the Transcript of the Motion Hearing held February 5, 2024 in *Netlist, Inc. v. Samsung Electronics Co.*, Case No. 8:20-cv-00993-MCS (C.D. Cal.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2024.

                                                   By */s/ Jason G. Sheasby*
                                                   Jason G. Sheasby