# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-cv-293-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; | ) (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC.; SAMSUNG SEMICONDUCTOR | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Court, having considered Plaintiff Netlist Inc.'s Opposed Motion For Leave To File Supplemental Brief In Support Of Its Opposition To Samsung's Motion For Summary Judgment Of No Willfulness, the response, and supporting documents attached thereto, is of the opinion that said motion should be **GRANTED**.