UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>　　　　Defendants. | Civil Case No. 2:22cv-00293-JRG<br><br>**JURY TRIAL DEMANDED** |

# ORDER

Before the Court is Samsung's Opposed Motion to Withdraw its Motion to Compel the Public Portions of the Trial Transcript of Netlist v. Micron, 2:22-CV-294-JRG-RSP (Dkt. 741, 742)

Having considered the motion, the motion is hereby GRANTED.

IT IS SO ORDERED.