# Exhibit B

| | |
|---|---|
| **From:** | Sheasby, Jason <JSheasby@irell.com> |
| **Sent:** | Tuesday, August 20, 2024 6:29 PM |
| **To:** | Daniel Tishman; Tezyan, Michael; Katherine Reardon; FISH SERVICE Samsung/Netlist 22cv00293; melissa@gillamsmithlaw.com |
| **Cc:** | #Netlist-Samsung293; jtruelove@mckoolsmith.com |
| **Subject:** | Re: Netlist v. Samsung-293 \| Updated Exhibit Lists |
| **Attachments:** | Supplement to Opp to Willfulness MSJ.DOCX |

All:

Attached is a draft of the supplement we intend to file. We will file within the hour.

Thanks
JS

From: Jason Sheasby <JSheasby@irell.com>
Date: Tuesday, August 20, 2024 at 11:55 AM
To: Daniel Tishman <tishman@fr.com>, "Tezyan, Michael" <mtezyan@irell.com>, Katherine Reardon <reardon@fr.com>, FISH SERVICE Samsung/Netlist 22cv00293 <FISHSERVICESamsung/Netlist22cv00293@fr.com>, Melissa ~Smith <melissa@gillamsmithlaw.com>
Cc: #Netlist-Samsung293 <Netlist-Samsung293@irell.com>, "jtruelove@mckoolsmith.com" <jtruelove@mckoolsmith.com>
Subject: Re: Netlist v. Samsung-293 | Updated Exhibit Lists

All:

We are going to file a supplemental brief on our willfulness MSJ opp. based on the verdict in CDCA. Please let us know if you oppose.

JS


From: Daniel Tishman <tishman@fr.com>
Date: Friday, August 16, 2024 at 11:00 AM
To: Jason Sheasby <JSheasby@irell.com>, "Tezyan, Michael" <mtezyan@irell.com>, Katherine Reardon <reardon@fr.com>, FISH SERVICE Samsung/Netlist 22cv00293 <FISHSERVICESamsung/Netlist22cv00293@fr.com>, Melissa ~Smith <melissa@gillamsmithlaw.com>
Cc: #Netlist-Samsung293 <Netlist-Samsung293@irell.com>, "jtruelove@mckoolsmith.com" <jtruelove@mckoolsmith.com>
Subject: RE: Netlist v. Samsung-293 | Updated Exhibit Lists


Please include our objection to it on your list, thanks. We also object to Netlist's exhibit list as far exceeding the 30 exhibits permitted under the rules due to multiple exhibits being combined together.

Daniel Tishman
Principal ■ Fish & Richardson P.C.

1

T: +1 (202) 626-7725 | tishman@fr.com

From: Sheasby, Jason <JSheasby@irell.com>
Sent: Friday, August 16, 2024 1:51 PM
To: Daniel Tishman <tishman@fr.com>; Tezyan, Michael <mtezyan@irell.com>; Katherine Reardon <reardon@fr.com>; FISH SERVICE Samsung/Netlist 22cv00293 <FISHSERVICESamsung/Netlist22cv00293@fr.com>; melissa@gillamsmithlaw.com
Cc: #Netlist-Samsung293 <Netlist-Samsung293@irell.com>; jtruelove@mckoolsmith.com
Subject: Re: Netlist v. Samsung-293 | Updated Exhibit Lists

We will not revert JTX18. The solution is it is no longer a joint exhibit.

JS

From: Daniel Tishman <tishman@fr.com<mailto:tishman@fr.com>>
Date: Friday, August 16, 2024 at 10:49 AM
To: "Tezyan, Michael" <mtezyan@irell.com<mailto:mtezyan@irell.com>>, Katherine Reardon <reardon@fr.com<mailto:reardon@fr.com>>, FISH SERVICE Samsung/Netlist 22cv00293 <FISHSERVICESamsung/Netlist22cv00293@fr.com<mailto:FISHSERVICESamsung/Netlist22cv00293@fr.com>>, Melissa ~Smith <melissa@gillamsmithlaw.com<mailto:melissa@gillamsmithlaw.com>>
Cc: #Netlist-Samsung293 <Netlist-Samsung293@irell.com<mailto:Netlist-Samsung293@irell.com>>, "jtruelove@mckoolsmith.com<mailto:jtruelove@mckoolsmith.com>" <jtruelove@mckoolsmith.com<mailto:jtruelove@mckoolsmith.com>>
Subject: RE: Netlist v. Samsung-293 | Updated Exhibit Lists


Michael –

We object to modifying JTX18.

Please revert it to how it was before.

Note, the JDLA is subject to our pending MIL3 and motion to bifurcate, so JTX18 is likewise covered by those motions.

Best regards,
Dan

Daniel Tishman
Principal ■ Fish & Richardson P.C.
T: +1 (202) 626-7725 | tishman@fr.com<mailto:tishman@fr.com>

From: Tezyan, Michael <mtezyan@irell.com<mailto:mtezyan@irell.com>>
Sent: Thursday, August 08, 2024 3:01 PM
To: Daniel Tishman <tishman@fr.com<mailto:tishman@fr.com>>; Katherine Reardon <reardon@fr.com<mailto:reardon@fr.com>>; FISH SERVICE Samsung/Netlist 22cv00293 <FISHSERVICESamsung/Netlist22cv00293@fr.com<mailto:FISHSERVICESamsung/Netlist22cv00293@fr.com>>; melissa@gillamsmithlaw.com<mailto:melissa@gillamsmithlaw.com>
Cc: #Netlist-Samsung293 <Netlist-Samsung293@irell.com<mailto:Netlist-Samsung293@irell.com>>; jtruelove@mckoolsmith.com<mailto:jtruelove@mckoolsmith.com>
Subject: Netlist v. Samsung-293 | Updated Exhibit Lists

2

[This email originated outside of F&R.]

Counsel,

Please see the attached for Netlist's updated exhibit list. In addition, we are correcting JX18 for completeness. Please see the revised joint exhibit list, attached.

Netlist's updated exhibits and corrected JX18 are available at the FTP link below in a sub-folder bearing today's date. Note that we have also included redacted versions of PX-27, PX-29A, PX-29B, and PX-29C.

Browser Address: https://filetrans.irell.com/<https://filetrans.irell.com>><https://filetrans.irell.com>

SFTP Client Address: filetrans.irell.com

Username: 293_PX-JX_Ex

Password (case sensitive): 1h8C8Zxc (One - hotel - Eight - CHARLIE - Eight - ZULU - x-ray - charlie)

Best,
Michael

Michael Tezyan
Associate
Irell & Manella llp
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Direct: (310) 203-7536 | Email: mtezyan@irell.com<mailto:mtezyan@irell.com<mailto:mtezyan@irell.com%3cmailto:mtezyan@irell.com>>

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.


*********************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
*********************************************************************************************


*********************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the

sender by reply email and destroy all copies of the original message.

******************************************************************************************************

4