UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>    Defendants. | Civil Case No. 2:22cv-00293-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff Netlist's Motion for Leave to File Supplemental Brief in Support of Netlist's Opposition to Samsung's Motion for Summary Judgment of No Willfulness, (Dkts. 753, 754).

Having considered the motion, the motion is hereby DENIED.

IT IS SO ORDERED.