IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO, LTD, *et al.* | § | |
| | § | |
| *Defendants*. | § | |

### ORDER

The Court issues this Order *sua sponte*. The Court **REASSIGNS** this case to the Honorable Robert W. Schroeder, III for all purposes effective August 27, 2024.

**So Ordered this**

**Aug 26, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE