# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | Case No. 2:22-cv-293-JRG |
| Plaintiff, ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| SAMSUNG ELECTRONICS CO, LTD., ) | |
| SAMSUNG ELECTRONICS AMERICA, ) | |
| INC., SAMSUNG SEMICONDUCTOR ) | |
| INC., ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

NOW COMES Kurt Truelove, of the Truelove Law Firm, PLLC, 100 West Houston, Marshall, Texas 75670, and enters an appearance as counsel of record for Plaintiff Netlist, Inc.

Mr. Truelove requests to receive notices from the Court on all issues related to this case.

DATED: August 27, 2024

                                                    Respectfully submitted,

                                                  */s/ Kurt Truelove*
                                                  Justin Kurt Truelove
                                                  TX State Bar No. 24013653

                                                  **TRUELOVE LAW FIRM, PLLC**
                                                  100 West Houston
                                                  Marshall, Texas 75670
                                                  903-938-8321
                                                  903-215-8510 Fax
                                                  kurt@truelovelawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service

                                                        */s/ Kurt Truelove*