IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00293-RWS |
| | § | |
| SAMSUNG ELECTRONICS CO, LTD, *et al.* | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Jury selection and trial in the above-captioned matter are hereby **RESET** for **Monday, October 28, 2024**, at **9 a.m.** in **Marshall, Texas**. A motions hearing is **SET** for **Monday, September 23, 2024**, at **10 a.m.** in **Texarkana, Texas**, and a pretrial conference will be set in due course.

The parties filed their initial proposed pre-trial order, including proposed final jury instructions and separate verdict forms, several months ago. Docket No. 694. In view of the reassignment, the Court's orders that have issued in the interim, and subsequent motion practice, it is

**ORDERED** that the parties **SHALL** meet and confer and **FILE** a list of all pending motions no later than **Friday, August 30, 2024**. The parties should indicate whether they believe any of the pending motions are moot and indicate the priority of the remaining motions (*i.e.*, order of importance).[1] It is further

---

[1] Given the volume of motions pending—including dispositive motions, motions to strike, motions to bifurcate, etc.—the parties should also discuss whether any can be resolved by agreement. Shortly before the motions hearing, the Court will order a meet and confer and request an update on the pending motions, including the parties' input as to which motions should be argued at the motions hearing.

**ORDERED** that the parties **SHALL** meet and confer and **FILE** a revised joint proposed pretrial order no later than **Friday, September 6, 2024**.

**So ORDERED and SIGNED this 28th day of August, 2024.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE