UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Civil No. 2:22-cv-00293-RWS-RSP <br><br> **JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT REGARDING PENDING MOTIONS**

Pursuant to the Court's Order, Dkt. 770, Netlist and Samsung respectfully submit the following list of pending motions in the above-captioned case:

| Dkt. | Motion |
|---|---|
| 338 | Samsung's Motion for Summary Judgment re No Pre-suit Damages |
| 341 | Samsung's Motion for Summary Judgment re No Willfulness |
| 342 | Netlist's Motion for Summary Judgment re Laches, Estoppel, Waiver |
| 343 | Netlist's Motion for Summary Judgment re Invalidity |
| 346 | Samsung's *Daubert* Motion re Kennedy |
| 350 | Samsung's *Daubert* Motion re Mangione-Smith |
| 353 | Samsung's Motion for Summary Judgment re Non-Infringement of '912 |
| 355 | Netlist's Motion To Strike re Kindler |
| 356 | Netlist's Motion for Summary Judgment re Not Standard Essential |
| 358 | Netlist's Motion To Strike re Halbert |
| 359 | Netlist's *Daubert* Motion re McAlexander |
| 374 | Samsung's Motion To Preclude re Essentiality |
| 383 | Samsung's Motion To Bifurcate |
| 611 | Netlist's Motions *in Limine* |
| 612 | Samsung's Motions *in Limine* |
| 669 | Netlist's Motion To Strike re Kindler Supplement |
| 735 | Samsung's Motion To Stay Pending IPR |
| 740 | Netlist's Motion To Supplement re Kennedy |
| 741 | Samsung's Motion for Leave To File Motion To Compel Micron Trial Transcripts |
| 742 | Samsung's Motion To Compel Micron Trial Transcripts |
| 746 | Netlist's Motion To Amend Exhibit List |
| 756 | Samsung's Motion To Withdraw Motion To Compel Micron Trial Transcripts |
| ~~767~~ | ~~Netlist's Req. for Emergency Teleconference~~ (MOOT) |

**Netlist's Position on Priority and Additional Mootness**

Netlist submits that the motions should be argued in the following order of priority:

### I.       Motions re: Essentiality

- **Dkt. 356**: Netlist's Motion for Summary Judgment that the Asserted Patents Are Not Standard Essential.
- **Dkt. 374**: Samsung's Motion To Preclude Evidence Regarding the Alleged Essentiality of the Asserted Patents.

### II.       Motions re: Infringement/Validity

- **Dkt. 353**: Samsung's Motion for Partial Summary Judgment Noninfringement Concerning the '912 Patent.
- **Dkt. 343**: Netlist's Motion Partial for Summary Judgment on Samsung's Invalidity Defenses.

### III.       Motions re: Liability Expert Reports

- **Dkt. 350**: Samsung's Daubert Motion and Motion To Strike Expert Testimony of Dr. William Henry Mangione-Smith.
- **Dkt. 359**: Netlist's Motion To Strike Certain Opinions of Samsung Defendants' Expert Mr. Joseph McAlexander.

### IV.       Motions re: Damages/Willfulness

- **Dkt. 338**: Samsung's Motion for Summary Judgment of No Pre-Suit Damages.
- **Dkt. 341**: Samsung's Motion for Summary Judgment of No Willfulness.

### V.       Motions re: Damages-Related Expert Reports

- **Dkt. 346**: Samsung's Daubert Motion and Motion To Strike Expert Testimony of David Kennedy.
- **Dkt. 740**: Netlist's Motion for Leave to Supp. Expert Report of Mr. David Kennedy.
- **Dkt. 355**: Netlist's Motion To Strike Portions of the Rebuttal Expert Report of Lauren Kindler.
- **Dkt. 669**: Netlist's Motion To Strike Supp. Rebuttal Expert Report of Lauren Kindler.
- **Dkt. 358**: Netlist's Motion To Strike Certain Opinions of Defendants' Expert John B. Halbert.

### VI.       Other Pending Motions

- **Dkt. 342**: Netlist's Motion for Summary Judgment Dismissing Samsung's Affirmative Defense of Laches, Estoppel, and/or Waiver.

- **Dkt. 383**: Samsung's Corrected Motion To Bifurcate Liability Issues from License Defense, Damages, and Willfulness Issues.
- **Dkt. 735**: Samsung's Renewed Motion to Stay Pending Appeal of the PTABs IPR Final Written Decisions Invalidating the Asserted Claims of the 912 and 417 Patents.
- **Dkt. 746**: Netlist's Motion For Leave To Serve Amended Exhibit List And Supplemental Deposition Designations.
- **Dkt. 756**: Samsung's Opposed Motion to Withdraw Its Motion to Compel the Public Portions Of The Trial Transcript of Netlist v. Micron, 2:22-cv-294-JRG-RSP (Dkt. 741, 742).

### VII.     Motions in Limine

- **Dkt. 612**: Samsung's Omnibus Motion in Limine.
- **Dkt. 611**: Netlist's Additional Motions (Samsung Case No. 2:22-CV-293).

**Samsung's Position on Priority and Additional Mootness**

Samsung submits that the motions should be argued in the following order of priority:

Motion To Bifurcate, Motion To Stay Pending *Inter Partes* Review

| Dkt. | Motion | Priority |
|---|---|---|
| 735 | Samsung's Motion To Stay Pending IPR | 1 |
| 383 | Samsung's Motion To Bifurcate | 2 |

Motions re Essentiality

| Dkt. | Motion | Priority |
|---|---|---|
| 356 | Netlist's Motion for Summary Judgment re Not Standard Essential | 3 |
| 374 | Samsung's Motion To Preclude re Essentiality | |

Summary Judgment Motions re Damages / Willfulness

| Dkt. | Motion | Priority |
|---|---|---|
| 338 | Samsung's Motion for Summary Judgment re No Pre-suit Damages | 4 |
| 341 | Samsung's Motion for Summary Judgment re No Willfulness | 5 |

Summary Judgment Motions re Infringement

| Dkt. | Motion | Priority |
|---|---|---|
| 353 | Samsung's Motion for Summary Judgment re Non-Infringement of '912 | 6 |

Summary Judgment Motion re Invalidity

| Dkt. | Motion | Priority |
|---|---|---|
| 343 | Netlist's Motion for Summary Judgment re Invalidity | 7 |

*Daubert* Motions / Motions To Strike re Damages Reports

| Dkt. | Motion | Priority |
|---|---|---|
| 346 | Samsung's *Daubert* Motion re Kennedy | 8 |
| 740 | Netlist's Motion To Supplement re Kennedy | |
| 355 | Netlist's Motion To Strike re Kindler | 9 |
| 669 | Netlist's Motion To Strike re Kindler Supplement | |

*Daubert* Motions / Motions To Strike re Technical Reports

| Dkt. | Motion | Priority |
|---|---|---|
| 350 | Samsung's *Daubert* Motion re Mangione-Smith | 10 |
| 359 | Netlist's *Daubert* Motion re McAlexander | 11 |
| 358 | Netlist's Motion To Strike re Halbert | 12 |

Miscellaneous Motions

| Dkt. | Motion | Priority |
|---|---|---|
| 342 | Netlist's Motion for Summary Judgment re Laches, Estoppel, Waiver | 13 |
| 746 | Netlist's Motion To Amend Exhibit List | 14 |

Motions *in Limine*

| Dkt. | Motion |
|---|---|
| 611 | Netlist's Motions *in Limine* |
| 612 | Samsung's Motions *in Limine* |

Moot Motions

In addition to Dkt. 767, Samsung submits that the following motions are moot:

| Dkt. | Motion |
|---|---|
| 741 | Samsung's Motion for Leave To File Motion To Compel Micron Trial Transcripts |
| 742 | Samsung's Motion To Compel Micron Trial Transcripts |
| 756 | Samsung's Motion To Withdraw Motion To Compel Micron Trial Transcripts |

These motions need not be addressed at the motions hearing. Samsung moved to compel the non-confidential portions of the transcripts from the Micron trial. Samsung has since obtained those transcripts, rendering its motion to compel moot. Netlist's opposition does not oppose the relief that Samsung requests, but submits instead that the confidential transcripts should be provided as well. Samsung does not possess the confidential transcripts, but does not oppose them being produced by Netlist, so long as Samsung has adequate time to review them before trial. Of course, Samsung cannot waive the confidentiality restrictions in the Micron case.

\*   \*   \*

Dated: August 30, 2024

Respectfully submitted,

*/s/ Jason Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
H. Annita Zhong (*pro hac vice*)
hzhong@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*


*/s/ Daniel A. Tishman*
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257

Email:  melissa@gillamsmithlaw.com

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
DC Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

***Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on August 30, 2024, a copy of the foregoing was served to all counsel of record via the Court's CM/ECF system.

*/s/ Jason Sheasby*
Jason Sheasby