# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO TEMPORARILY CHANGE LEAD COUNSEL DESIGNATIONS

On August 23, 2024, the Court entered a *sua sponte* Order requiring the parties to make additional effort to mediate this case. Dkt. 755. The mediation is currently set to be held via video conference on September 12, 2024, 5pm C.T., before Hon. David Folsom.

Pursuant to the Court's order, each party "shall personally attend such mediation with lead counsel, local counsel, and a representative who has full and unilateral authority to act on and compromise on all pending disputes." *Id.* at 1. The parties and mediator have selected a time and date that works for both parties' representatives, local counsel, and the mediator, but Plaintiff's lead counsel, Jason Sheasby, and Defendants' lead counsel, Ruffin Cordell, are unavailable.

Because of these conflicts for lead counsel, and other scheduling limitations for the other required participants and mediator, Plaintiff and Defendants respectfully seek the Court's permission to temporarily change their respective lead counsel designations to Mr. Andrew Strabone for Plaintiff and Mr. Michael McKeon for Defendants for purposes of the mediation. Like lead counsel, Both Mr. Strabone and Mr. McKeon are partners with their respective firms and have been materially involved

in this case. This substitution of lead counsel will in no way diminish the effectiveness of the mediation session for any party, as client representatives with full authority will be present.

Accordingly, the parties respectfully request that the Court excuse Mr. Sheasby and Mr. Cordell from the mediation and allow Mr. Strabone and Mr. McKeon to temporarily act as lead counsel for their respective clients at the mediation.

A proposed order is submitted herewith.

Dated: September 8, 2024

Respectfully submitted,

*/s/ Jennifer L. Truelove*
Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Netlist, Inc.***

/s/ *Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
DC Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

**Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that, on September 8, 2024, a copy of the foregoing was served to all counsel of record.

/s/ *David Z. Kahn*
David Z. Kahn

**CERTIFICATE OF CONFERENCE**

I hereby certify that the parties have conferred and jointly seek the relief requested herein.

/s/ *David Z. Kahn*
David Z. Kahn