# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED |

## ORDER

Before the Court is a Joint Motion to Temporarily Change Lead Counsel Designations for purposes of mediation in this matter. Upon consideration thereof, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Mr. Jason Sheasby and Mr. Ruffin Cordell are excused from the mediation presently scheduled for September 12, 2024, and Mr. Andrew Strabone and Mr. Michael McKeon to temporarily act as lead counsel for their respective clients at the mediation.