IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § § § § | |
| *Plaintiff*, | | |
| v. | § § § | CIVIL ACTION NO. 2:22-CV-00293-RWS |
| SAMSUNG ELECTRONICS CO, LTD, *et al.* | § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the parties' joint status report listing all pending motions. Docket No. 773. The parties represent that only Docket Nos. 338, 341, 342, 343, 346, 350, 353, 355, 356, 358, 359, 374, 383, 611, 612, 669, 735, 740, 741, 742, 746, and 756 are pending. *Id.* Given the parties' representations and agreement, the Court considers any motion filed before the date of report (August 30, 2024) and not listed as pending to be moot. *See id.* Accordingly, it is

**ORDERED** that all motions filed before the parties' joint status report and not listed as pending and non-moot in the report are **DENIED-AS-MOOT**.

**So ORDERED and SIGNED this 9th day of September, 2024.**



ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE