# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 2:22-cv-293-RWS ) |
| SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., | ) JURY TRIAL DEMANDED ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is a Joint Motion to Temporarily Change Lead Counsel Designations for purposes of mediation in this matter. Docket No. 779. Having considered the motion, and because it is agreed, the Court finds the joint motion should be **GRANTED**. Accordingly, it is

**ORDERED** that Jason Sheasby and Ruffin Cordell are excused from the mediation presently scheduled for September 12, 2024, and Andrew Strabone and Michael McKeon are to act as lead counsel for their respective clients at the mediation.

**So ORDERED and SIGNED this 9th day of September, 2024.**

*[Signature: Robert W. Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE