IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00293-RWS |
| | § | |
| SAMSUNG ELECTRONICS CO, LTD, *et al.* | § | |
| | § | |
| *Defendants*. | § | |

# **ORDER**

Before the Court are Samsung's Motion for Leave to File Motion to Compel Micron Trial Transcripts (Docket No. 741), Samsung's Motion to Compel Micron Trial Transcripts (Docket No. 742), and Samsung's Motion to Withdraw Motion to Compel Micron Trial Transcripts (Docket No. 756). Netlist opposes these motions. *See* Docket Nos. 752, 756.

Samsung initially asked the Court to compel production of transcripts from a related trial. Docket Nos. 741, 742. Netlist opposed Samsung's motion to compel, describing it as unnecessary because the public versions of those transcripts are available for purchase. Docket No. 752. Netlist also simultaneously argued that the Court should "order the production of the entire transcript, excluding the portions discussing Micron's license agreements, with the sealed portions subject to the highest level of confidentiality." *Id.* at 2.

Samsung has since purchased the public portions of the transcripts and moved to withdraw its motion for leave and its motion to compel. Docket No. 756. The certificate of conference represents that Netlist opposed withdrawal of the motion to compel, but Netlist did not file an opposition brief by the September 6, 2024 deadline.

Based on each party's representations, it is unclear why this dispute remains before the Court. Netlist's original opposition to the motion to compel argues that the Court should compel production of the sealed portions because they are relevant. But based on Netlist's failure to file a response to the motion to withdraw—or its own motion seeking relief—the Court concludes this issue has been resolved and sees no reason why it should not grant Samsung's motion to withdraw.

For these reasons, it is

**ORDERED** that Samsung's Motion to Withdraw Motion to Compel Micron Trial Transcripts (Docket No. 756) is **GRANTED**. It is further

**ORDERED** that Samsung's Motion for Leave to File Motion to Compel Micron Trial Transcripts (Docket No. 741) and Motion to Compel Micron Trial Transcripts (Docket No. 742) are **WITHDRAWN**.

**So ORDERED and SIGNED this 9th day of September, 2024.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE