# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>　　　　Defendants. | Civil Case No. 2:22cv-00293-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendants' Unopposed Motion To Appoint Ann Park as Interpreter.

Having considered the motion, the motion is hereby GRANTED.

IT IS SO ORDERED.