IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>      Defendants. | Civil Case No. 2:22-cv-00293-RWS<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendants' Unopposed Motion To Appoint Ann Park as Interpreter. Docket No. 785. Having considered the motion, and because it is unopposed, the motion is hereby **GRANTED**.

**So ORDERED and SIGNED this 12th day of September, 2024.**

*(signature)*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE