IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL, DIVISION

| | |
|---|---|
| Netlist, Inc. | § § § |
| v. | §  CASE NO. 2:22-cv-00293-RWS § § |
| Samsung Electronics Co., LTD, et al. | § § |

## REPORT OF MEDIATION

The above-captioned case was mediated by Zoom, Thursday, September 12, 2024. The mediation session was suspended but the undersigned will continue settlement discussions.

Signed this Friday, September 13, 2024.

/s/ David Folsom
David Folsom
David@FolsomADR.com
TELPHONE: 903 277 7303
6002-B Summerfield Drive
Texarkana, Texas  75503
FORM - Mediation Report-28051497 2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this Friday, September 13, 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ David Folsom
David Folsom