# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., <br><br> Defendants. | Case No. 2:22-cv-293-RWS <br><br> JURY TRIAL DEMANDED |

## JOINT NOTICE REGARDING REDACTIONS TO DKTS. 782 AND 784

Pursuant to the Court's direction, Plaintiff Netlist, Inc. Defendant Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. have met and conferred and do not propose any redactions to the Court's Sealed Orders, Dkts. 782 and 784. Complete, un-redacted versions of these Orders are attached as Exhibit A and Exhibit B.

Respectfully submitted,

Dated: September 16, 2024

*/s/ Jason Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
MCKOOL SMITH, P.C.
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)

<div style="margin-left: auto;">

hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Andrew Strabone (*pro hac vice*)
astrabone@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

Rebecca Carson (*pro hac vice*)
rcarson@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

*Attorneys for Plaintiff Netlist, Inc.*

</div>

Date: September 16, 2024

/s/ Daniel A. Tishman
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
D.C. Bar No. 452421
LAD@fr.com
Daniel A. Tishman
D.C. Bar No. 1013923
tishman@fr.com
Matthew Mosteller
CA Bar No. 324808
mosteller@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Katherine Reardon
NY Bar No. 5196910

kreardon@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St., NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile:  (404) 892-5002

Francis J. Albert
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Tony Nguyen
TX Bar No. 24083565
nguyen@fr.com
FISH & RICHARDSON P.C.
1221 McKinney Street, Ste. 2800
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile:  (713) 652-0109

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Matthew Colvin
Texas Bar No. 24087331
colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

Karolina Jesien
New York Bar No. KJ7292
FISH & RICHARDSON P.C.
Times Square Tower
20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile:  (212) 258-2291

>Melissa Richards Smith
>melissa@gillamsmith.com
>GILLAM & SMITH, LLP
>303 South Washington Ave.
>Marshall, Texas 75670
>Telephone: (903) 934-8450
>Facsimile: (903) 934-9257
>
>Alice J. Ahn
>CA 271399 / DC 1004350
>aahn@cov.com
>COVINGTON & BURLING LLP
>415 Mission Street, Ste. 5400
>San Francisco, CA 94105
>Telephone: (415) 591-7091
>Facsimile: (415) 591-6091
>
>Brian R. Nester
>D.C. Bar No. 460225
>bnester@cov.com
>COVINGTON & BURLING LLP
>One City Center
>850 Tenth Street, NW
>Washington, DC 20001-4956
>Telephone: (202)-662-6000
>
>*Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc., Samsung Semiconductor, Inc. and Samsung Austin Semiconductor, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically and is being served through the Court's CM/ECF system.

>*/s/ Jason Sheasby*
>Jason Sheasby