IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO, LTD., | § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., and SAMSUNG SEMICONDUCTOR | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The Court issues this Order *sua sponte*. The above-captioned case is set for its pretrial conference on **Tuesday, October 8, 2024 at 9:00 a.m. central time** in Marshall, Texas. Any disputes that are not resolved on Tuesday, October 8, 2024, will be heard on Wednesday, October 9, 2024. The pretrial process will be completed by the end of the day on Wednesday, October 9, 2024. Further, the above-captioned case is **specially set** for jury selection and trial on **Tuesday, November 12, 2024 at 9:00 a.m. central time** in Marshall, Texas. The trial will continue through Friday, November 15, 2024. If the trial does not conclude by Friday, November 15, 2024, the trial will then reconvene and continue on Thursday, November 21, 2024 and each business day thereafter until complete.

This is a special setting and the Court expects the parties to take all steps necessary to be ready to go forward with trial as scheduled. This case has been set and reset several times due to various impediments. The Court does not intend to alter this setting or to again continue this trial.

**So ORDERED and SIGNED this 19th day of September, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE