**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO, LTD., | § | CIVIL ACTION NO.  2:22-CV-00293-JRG |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., and SAMSUNG SEMICONDUCTOR | § | |
| INC., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

The Court issues this Order *sua sponte*. On September 6, 2024, Plaintiff Netlist, Inc. ("Plaintiff") filed Plaintiff Netlist's Proffer Regarding Standard Essentiality (the "Motion"). (Dkt. No. 776.) While labeled a "proffer," the Court considers this to be a motion requesting the Court to issue an order regarding how patent standard essentiality will be addressed at trial. Accordingly, it is **ORDERED** that Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor Inc. (collectively, "Defendants") shall file their response, if any, to the Motion by **September 27, 2024**. It is further **ORDERED** that neither a reply or sur-reply shall be filed unless the Court so orders. Finally, it is **ORDERED** that the Court shall hear argument on this Motion (Dkt. No. 776) during the October 8, 2024 pretrial conference.

**So ORDERED and SIGNED this 23rd day of September, 2024.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE