IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

# ORDER

The Court issues this order *sua sponte*. The Court's Standing Order[1] provides that "the parties may jointly prepare and present a Joint Exhibit List containing no more than seventy-five (75) exhibits" and that "each party may serve and present its own Party Exhibit List containing no more than thirty (30) additional exhibits." An exhibit means a single document, not a collection of documents. Parties are not permitted to compile multiple documents and present them to the Court as a single "exhibit." However, it is apparent that this is exactly what the parties have done.

It is **ORDERED** that the submissions from the parties as to exhibits to be pre-admitted in advance of trial pursuant to the Court's Standing Order are **VACATED** and **STRICKEN**.

The parties are further **ORDERED** to present new submissions in compliance with the Court's Standing Order within seven (7) days from the date of this Order.

---

[1] The Court's standing order styled Standing Order on the Number and Use of Pre-Admitted Exhibits in Cases Assigned to the Chief Judge Rodney Gilstrap is herein referred to as the "Standing Order." The Standing Order can be found on this website: https://txed.uscourts.gov/sites/default/files/judgeFiles/Amended%20Standing%20Order%20on%20Number%20and%20Use%20of%20Exhibits.pdf.

**So ORDERED and SIGNED this 27th day of September, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE