

**2:22-cv-00293-JRG**
Netlist Inc v Samsung Electronics Co Ltd et al
October 8, 2024 at 9:00 AM
Pretrial Conference

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jennifer Truelove | Netlist |
| Jason Sheasby | " " |
| Tony Rowles | " " |
| Michael Tezyan | " " |
| Melissa Smith | Samsung |
| Ruffin Cordell | " |
| Lauren Degnan | " |
| Frank Albert | " |
| Tom Reger | " |
| Chris Dryer | " |
| Dan Tishman | " |
| Meghan Thadani | " |
| Katherine Reardon | " |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Richard An | Samsung |
| Michael Kang | Samsung |