IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC., SAMSUNG SEMICONDUCTOR,<br>INC. | §<br>§<br>§<br>§  Case No.  2:22-cv-00293-JRG<br>§<br>§<br>§<br>§ |

MINUTES FOR PRETRIAL CONFERENCE – Day 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
October 9, 2024

**OPEN:  09:01 AM**                                                                                          **ADJOURN:  03:11 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Brendan McLaughlin<br>Amy Wann<br>Danielle Zapata |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 09:01 AM | Court opened. |
| 09:01 AM | Court proceeded with Day 2 of pretrial conference. |
| 09:01 AM | Court heard argument re:<br>• [SEALED] Samsung's *Daubert* Motion and Motion to Strike Expert Testimony of David Kennedy (Dkt. No. 346). |
| 09:02 AM | Mr. Reger presented argument for Defendants. |
| 09:31 AM | Responsive argument by Mr. Sheasby for Plaintiff. |
| 10:05 AM | Rebuttal argument by Mr. Reger for Defendants. |
| 10:11 AM | Additional responsive argument by Mr. Sheasby for Plaintiff. |
| 10:12 AM | Court made rulings as set forth in the record re: 346. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:14 AM | Court concurrent argument re:<br>- [SEALED] Netlist, Inc.'s Motion to Strike Portions of the Rebuttal Expert Report of Lauren Kindler (Dkt. No. 355); and<br>- [SEALED] Netlist, Inc.'s Motion to Strike Supplemental Rebuttal Expert Report of Lauren Kindler (Dkt. No. 669). |
| 10:15 AM | Mr. Sheasby presented argument for Plaintiff. |
| 10:34 AM | Responsive argument by Mr. Reger for Defendants. |
| 10:50 AM | Rebuttal argument by Mr. Sheasby for Plaintiff. |
| 10:51 AM | Court made rulings as set forth in the record re: Dkt. Nos. 355 and 669. |
| 10:54 AM | Conclusion of argument re: dispositive motions. |
| 10:54 AM | Plaintiff's disputed MILs: |
| 10:54 AM | Without hearing argument, Court made rulings as set forth in the record. |
| 10:57 AM | Defendants' disputed MILS: |
| 10:57 AM | Without hearing argument, Court made rulings as set forth in the record. |
| 11:09 AM | Conclusion of MIL disputes. |
| 11:09 AM | Court to recess and directed the parties to meet and confer re: remaining exhibit disputes. |
| 11:11 AM | Recess. |
| 01:30 PM | Court reconvened. |
| 01:32 PM | Court was provided an update re: meet and confer efforts re: agreement of resolved exhibit disputes. |
| 01:32 PM | Agreement by the parties recited into the record re: resolved exhibit disputes. |
| 01:49 PM | Court heard argument and made rulings as set forth in the record re: remaining unresolved exhibit disputes. |
| 02:34 PM | Court to CARRY ruling re: DTX 9 and DTX 25. Court directed the parties to meet and confer re: same. |
| 02:35 PM | Recess. |
| 03:02 PM | Court reconvened. |
| 03:02 PM | Court was provided an update re: meet and confer efforts re: DTX 9 and DTX 25. |
| 03:10 PM | Court made rulings as set forth in the record re: DTX 9 and DTX 25. |
| 03:10 PM | Conclusion of argument re: exhibit disputes. |
| 03:10 PM | Court directed the parties to update list of pre-admitted exhibits and provide to Courtroom Deputy, as well as file on the docket. |
| 03:11 PM | Completion of pretrial process. |
| 03:11 PM | Court adjourned. |