Case 2:22-cv-00293-JRG   Document 800-1   Filed 10/09/24   Page 1 of 1 PageID #: 71260



**2:22-cv-00293-JRG**
**Netlist Inc v Samsung Electronics Co Ltd et al**
**October 9, 2024 at 9:00 AM**
**Pretrial Conference -- Day 2**

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jennifer Truelove | Netlist |
| Jason Sheasby | " " |
| Tony Rowles | " " |
| Michael Tezyan | " " |
| Melissa Smith | Samsung |
| Ruffin Cordell | " |
| Lauren Degnan | " |
| Frank Albert | " |
| Tom Reger | " |
| Chris Dryer | " |
| Dan Tishman | " |
| Meghan Thadani | " |
| Katherine Reardon | " |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Richard An | Samsung |
| Michael Kang | Samsung |