UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>    Defendants. | Civil Case No. 2:22cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING SAMSUNG'S
UNOPPOSED MOTION FOR LEAVE TO FILE A MOTION
TO STRIKE NETLIST'S BELATED DISCLOSURES, INCLUDING:
(1) THE OCT. 30, 2024 AMENDED EXHIBITS OF MR. DAVID KENNEDY;
AND (2) NETLIST'S THIRD SUPPLEMENTAL DEPOSITION DESIGNATIONS**

Before the Court is Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Semiconductor, Inc.'s ("Samsung") Unopposed Motion for Leave To File a Motion To Strike Netlist's Belated Disclosures, Including: (1) the Oct. 30, 2024 Amended Exhibits of Mr. David Kennedy; and (2) Netlist's Third Supplemental Deposition Designations.

Having considered the motion, and for good cause shown, the motion is hereby GRANTED.

IT IS SO ORDERED.