# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-cv-293-JRG |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; | ) (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC.; SAMSUNG SEMICONDUCTOR | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF JASON SHEASBY IN SUPPORT OF
PLAINTIFF NETLIST, INC.'S MOTION TO ENFORCE THE COURT'S
PRETRIAL ORDER REGARDING FINAL WITNESS LISTS**

**I, Jason G. Sheasby, declare as follows**:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Plaintiff Netlist, Inc. ("Netlist") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice *pro hac vice* before this Court in this action. I provide this declaration in support of Netlist, Inc.'s Motion to Enforce the Court's Pretrial Order Regarding Final Witness Lists. I have personal knowledge of the facts stated herein, and could and would testify completely thereto if called as a witness in this matter.

2. Attached as **Exhibit 1** is a copy of an email from Netlist's counsel to Samsung's counsel dated October 23, 2024.

3. Attached as **Exhibit 2** is a copy of an email exchange between Netlist's counsel and Samsung's counsel between October 24, 2024 and October 31, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on November 1, 2024.

              By */s/ Jason G. Sheasby*
                 Jason G. Sheasby