# EXHIBIT 1

| | |
|---|---|
| **From:** | Tezyan, Michael |
| **Sent:** | Wednesday, October 23, 2024 10:01 AM |
| **To:** | Daniel Tishman; Katherine Reardon; FISH SERVICE Samsung/Netlist 22cv00293; ~Smith, Melissa |
| **Cc:** | #Netlist-Samsung293; jtruelove@mckoolsmith.com |
| **Subject:** | Netlist v. Samsung-293 \| Final Witness List |

Counsel,

Pursuant to the Court's instructions at the pre-trial conference, Netlist herby provides its final live witness list:

1. Mr. Scott Milton
2. Dr. William Mangione-Smith
3. Mr. David Kennedy

This list does not include witnesses Netlist may call by deposition, including as identified in Netlist's prior disclosures and deposition designations.  Netlist also reserves the right to call the foregoing or other live witnesses in its rebuttal case, depending on Samsung's presentation of evidence.

Best,
Michael

**Michael Tezyan**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Direct: (310) 203-7536 | Email: mtezyan@irell.com