UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | Civil No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

**SAMSUNG'S UNOPPOSED MOTION FOR EXPEDITED BRIEFING SCHEDULE ON ITS MOTION TO STRIKE NETLIST'S BELATED DISCLOSURES, INCLUDING: (1) THE OCT. 30, 2024 AMENDED EXHIBITS OF MR. DAVID KENNEDY; AND (2) NETLIST'S THIRD SUPPLEMENTAL DEPOSITION DESIGNATIONS AND ITS MOTION FOR LEAVE TO SERVE AND FILE DEPOSITION DESIGNATIONS FOR DR. ANDREAS GROEHN OUT OF TIME**

Pursuant to Local Rule CV-7(e), Samsung respectfully files this Motion To Expedite Briefing on its Motion To Strike Netlist's Belated Disclosures, Including: (1) the Oct. 30, 2024 Amended Exhibits of Mr. David Kennedy and (2) Netlist's Third Supplemental Deposition Designations; as well as its Motion For Leave To Serve and File Deposition Designations for Dr. Andreas Groehn Out of Time.  Samsung filed both motions concurrently with this motion to expedite, on November 1, 2024, and Samsung requests that Netlist's responses be due on November 5, 2024, at 12:00 pm CT, so that both motions can be fully briefed and resolved prior to trial, which is scheduled for jury selection on November 12, 2024.

1

Dated: November 1, 2024

Respectfully submitted,

By: */s/ Katherine H. Reardon*

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone:    (903) 934-8450
Facsimile:    (903) 934-9257

J. Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Brian R. Nester
DC Bar No. 460225
bnester@cov.com
COVINGTON & BURLING LLP
One CityCenter 850 Tenth Street, N
Washington, DC 20001-4956
Telephone: (202)-662-6000

Alice J. Ahn
CA Bar No. 271399/DC Bar No. 1004350
aahn@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone:  (415) 591-7091
Facsimile:  (415) 955-6571

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
D.C. Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Thomas H. Reger II
reger@fr.com
Texas Bar No. 24032992
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

*Attorneys for Defendants Samsung Electronics Co., Ltd.;
Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on November 1, 2024. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A) and via electronic mail.

　　　　　　　　　　　　　　　　　　　　　/s/ Katherine H. Reardon

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules CV-7(h) and (i), counsel for the parties met and conferred on October 31, 2024. Jennifer Truelove attended for Plaintiff. Melissa Smith attended for Defendants. The parties discussed their positions on this motion. Counsel for Plaintiff indicated that Plaintiff does not oppose this motion to expedite.

　　　　　　　　　　　　　　　　　　　　　/s/ Katherine H. Reardon