UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>　　　　Defendants. | Civil Case No. 2:22cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendants Samsung's Motion To Expedite Briefing on its Motion To Strike Netlist's Belated Disclosures, Including: (1) the Oct. 30, 2024 Amended Exhibits of Mr. David Kennedy; and (2) Netlist's Third Supplemental Deposition Designations; as well as its Motion For Leave To Serve and File Deposition Designations for Dr. Andreas Groehn Out of Time.

Having considered the motion, the motion is hereby GRANTED.

IT IS SO ORDERED.