**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:22-cv-293-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; | ) | (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC.; SAMSUNG SEMICONDUCTOR | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NETLIST, INC.'S UNOPPOSED MOTION FOR EXPEDITED BRIEFING SCHEDULE ON (1) ITS MOTION TO ENFORCE THE COURT'S PRETRIAL ORDER REGARDING WITNESS LISTS [DKT. 606] AND (2) MOTION REQUESTING THE ISSUANCE OF A TRIAL DEPOSITION SUBPOENA FOR DR. ANDREAS GROEHN [DKT. 808]**

Pursuant to Local Rule CV-7(e), Netlist respectfully files this Motion to Expedite Briefing on its (1) Motion to Enforce the Court's Pretrial Order Regarding Final Witness Lists, Dkt. 606, and (2) Motion Requesting the Issuance of a Trial Deposition Subpoena for Dr. Andreas Groehn, Dkt. 608. Netlist filed both motions this morning, on November 1, 2024, and Netlist requests that Samsung's responses be due on November 5, 2024, at 12:00 pm CT, so that both motions can be fully briefed and resolved prior to trial, which is scheduled to begin with jury selection on November 12, 2024. The parties have conferred on the briefing schedule for their respective motions filed this morning and this motion is unopposed.

.

.

Dated: November 1, 2024                          Respectfully submitted,

                                                 */s/ Jason Sheasby*

                                                 Samuel F. Baxter
                                                 Texas State Bar No. 01938000
                                                 sbaxter@mckoolsmith.com
                                                 Jennifer L. Truelove
                                                 Texas State Bar No. 24012906
                                                 jtruelove@mckoolsmith.com
                                                 **MCKOOL SMITH, P.C.**
                                                 104 East Houston Street Suite 300
                                                 Marshall, TX 75670
                                                 Telephone: (903) 923-9000
                                                 Facsimile: (903) 923-9099

                                                 Jason Sheasby (*pro hac vice*)
                                                 jsheasby@irell.com
                                                 Annita Zhong, PhD (*pro hac vice*)
                                                 hzhong@irell.com
                                                 Andrew Strabone (*pro hac vice*)
                                                 astrabone@irell.com
                                                 Yanan Zhao (*pro hac vice*)

yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

Rebecca Carson (*pro hac vice*)
rcarson@irell.com
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

**Attorneys for Plaintiff Netlist, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that, on November 1, 2024, a copy of the foregoing was served to all counsel of record via the Court's ECF System.

/s/ N. Isabella Chestney
N. Isabella Chestney

## CERTIFICATE OF CONFERENCE

I hereby certify that, on October 31, 2024, counsel for the parties met and conferred on the briefing schedule for the motions filed this morning. Netlist understands that Samsung does not oppose this motion.

/s/ Jason Sheasby
Jason Sheasby

- 2 -