# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-cv-293-JRG |
| | ) |
| SAMSUNG ELECTRONICS CO, LTD; | ) |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC.; SAMSUNG SEMICONDUCTOR | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court, having considered Plaintiff's Unopposed Motion for Expedited Briefing Schedule on (1) Its Motion To Enforce The Court's Pretrial Order Regarding Witness Lists [Dkt. 606] and (2) Motion Requesting the Issuance of a Trial Deposition Subpoena for Dr. Andreas Groehn [Dkt. 808], is of the opinion that said motion should be **GRANTED**.

**IT IS SO ORDERED.**