IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO, LTD., | § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., and SAMSUNG SEMICONDUCTOR | § | |
| INC., | § | |
| | § | |
| *Defendants*. | § | |

## **ORDER**

Before the Court is Plaintiff Netlist Inc.'s ("Plaintiff") Unopposed Motion Requesting Admission of PX-31 Pursuant to Standing Order (the "Motion"). (Dkt. No. 802.) In the Motion, Plaintiff requests "that the Court pre-admit PX-31." (*Id*. at 1.) The Court's Standing Order on the Number and Use of Pre-Admitted Exhibits provides that "if a party inadvertently omits a relevant document from its Party Exhibit List, it may move to admit the omitted document into evidence at trial until the close of evidence upon a showing of good cause. However, no party shall seek the admission of more than four (4) omitted documents at trial." According to Plaintiff, "PX-31 was inadvertently omitted from Netlist's Party Exhibit List during the exhibit process." (*Id*. at 2.) Plaintiff further states that there is good cause to admit PX-31 because it is highly relevant to infringement, Plaintiff moved promptly for admission, and there will be no prejudice to Defendants. (*Id*. at 3–6.) The Motion is unopposed. (*Id*. at 1, 7.)

Having considered the Motion, noting that it is unopposed, and for good cause shown, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, PX-31 (Dkt. No. 802-2) is **pre-admitted**.

## So Ordered this

**Nov 2, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE