IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | |
| SAMSUNG ELECTRONICS CO, LTD., § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| SAMSUNG ELECTRONICS AMERICA, § | |
| INC., and SAMSUNG SEMICONDUCTOR § | |
| INC., § | |
| § | |
| *Defendants*. § | |

# ORDER

Before the Court is Samsung's Unopposed Motion for Leave to File a Motion to Strike Netlist's Belated Disclosures, Including: (1) The Oct. 30, 2024 Amended Exhibits of Mr. David Kennedy; and (2) Netlist's Third Supplemental Deposition Designations (the "Motion") filed by Defendants Samsung Electronics Co, Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor Inc. (collectively, "Defendants"). (Dkt. No. 803.) In the Motion, Defendants request leave to file a motion to strike out-of-time because Plaintiff Netlist, Inc. recently "served the Amended Exhibits of Mr. David Kennedy on October 30, 2024, and its third supplemental deposition designations on October 15, 2024." (*Id*. at 1.) The Motion is unopposed. (*Id*.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Defendants shall have leave to file Samsung's Motion to Strike Netlist's Belated Disclosures, Including: (1) The Oct. 30, 2024 Amended Exhibits of Mr. David Kennedy; and (2) Netlist's Third Supplemental Deposition Designations. The Court further notes that Defendants have already filed this motion at Dkt. No. 804.

## So Ordered this

**Nov 2, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE