IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § § | |
| SAMSUNG ELECTRONICS CO, LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR INC., | § § § § § § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| *Defendants*. | § § | |

# ORDER

Before the Court are the following motions (the "Motions to Expedite"):

1. Samsung's Unopposed Motion for Expedited Briefing Schedule on Its Motion to Strike Netlist's Belated Disclosures, Including: (1) The Oct. 30, 2024 Amended Exhibits of Mr. David Kennedy; and (2) Netlist's Third Supplemental Deposition Designations and Its Motion for Leave to Serve and File Deposition Designations for Dr. Andreas Groehn Out of Time (Dkt. No. 807)

2. Netlist, Inc.'s Unopposed Motion for Expedited Briefing Schedule on (1) Its Motion to Enforce the Court's Pretrial Order Regarding Witness Lists [Dkt. 606] [sic] and (2) Motion Requesting the Issuance of a Trial Deposition Subpoena for Dr. Andreas Groehn [Dkt. 808] (Dkt. No. 809)

In the Motions to Expedite, Plaintiff Netlist, Inc. ("Plaintiff") and Defendants Samsung Electronics Co, Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor Inc. (collectively, "Defendants" and with Plaintiff, the "Parties") request that the Court shorten the response deadline to November 5, 2024 at 12:00pm CT for the following motions:

1. Samsung's Motion to Strike Netlist's Belated Disclosures, Including: (1) The Oct. 30, 2024 Amended Exhibits of Mr. David Kennedy; and (2) Netlist's Third Supplemental Deposition Designations (Dkt. No. 804)

2. Samsung's Motion for Leave to Serve and File Deposition Designations for Dr. Andreas Groehn Out of Time (Dkt. No. 805)

3. Netlist, Inc.'s Motion to Enforce the Court's Pretrial Order Regarding Final Witness Lists (Dkt. No. 806)

4. Netlist, Inc.'s Motion Requesting the Issuance of a Trial Deposition Subpoena for Dr. Andreas Groehn (Dkt. No. 808)

The Motions to Expedite are unopposed. (Dkt. Nos. 807 at 1, 3; 809 at 1, 2.)

Having considered the Motions to Expedite, and noting their unopposed nature, the Court finds that they should be and hereby are **GRANTED**. Accordingly, it is **ORDERED** that any responses to the motions filed at Dkt. Nos. 804, 805, 806, or 808 shall be filed by **November 5, 2024 at 12:00pm CT**. Additionally, because trial is set to begin less than one week after such responses are due, they shall be limited to no more than three (3) pages. Finally, the Parties are prohibited from filing replies to such responses absent leave from the Court.

**So Ordered this**

**Nov 2, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE