# Exhibit 1

| | |
|---|---|
| **From:** | Bryan Cannon |
| **Sent:** | Wednesday, October 23, 2024 10:00 AM |
| **To:** | #Netlist-Samsung293; jtruelove@mckoolsmith.com |
| **Cc:** | FISH SERVICE Samsung/Netlist 22cv00293; melissa@gillamsmithlaw.com |
| **Subject:** | Netlist v. Samsung-293 \| Witnesses |

Counsel:

Pursuant to the § N, ¶ (12) of the Pre-Trial Order (Dkt. 777) and the Court's order at the Pre-Trial Conference (PTC Vol. 1 Tr. 14:11-18), Samsung identifies the following witnesses that it anticipates it will call live (in alphabetical order by last name):

<u>Samsung Expert Witnesses</u>

- John Halbert
- Lauren Kindler
- Joseph McAlexander
- Ray Perryman

<u>Samsung Fact Witnesses</u>

- Joseph Calandra
- Hyun Ki Ji
- Sung Joo Park
- Junseon Yoon

The witnesses that Samsung ultimately calls live will depend on Netlist's trial evidence and presentation. Samsung reserves the right not to call one or more of the foregoing witnesses. Should any changes arise in the course of the trial (e.g., circumstances resulting in the narrowing of the above witness list, or necessitating additional witnesses listed in Samsung's witness list, Dkt. 694-4), Samsung will promptly inform Netlist.

In addition, Samsung reserves the right to present deposition designations in accordance with the procedures set forth in the Pre-Trial Order and the Court's order at the Pre-Trial Conference.

Best,
Bryan

**Bryan J Cannon**
Associate ■ Fish & Richardson P.C.

**T:** 202 220 6859 | cannon@fr.com | Bio