# Exhibit 3

| | |
|---|---|
| **From:** | Sheasby, Jason <JSheasby@irell.com> |
| **Sent:** | Monday, October 28, 2024 3:20 PM |
| **To:** | Bryan Cannon; Tezyan, Michael; #Netlist-Samsung293; jtruelove@mckoolsmith.com |
| **Cc:** | FISH SERVICE Samsung/Netlist 22cv00293; melissa@gillamsmithlaw.com |
| **Subject:** | Re: Netlist v. Samsung-293 | Witnesses |

I should add one modification. We also reserve the right to call any of the witnesses you are bringing to the trial live in our rebuttal case.

Thanks
JS

From: Jason Sheasby <JSheasby@irell.com>
Date: Monday, October 28, 2024 at 2:10 PM
To: Bryan Cannon <cannon@fr.com>, "Tezyan, Michael" <mtezyan@irell.com>, #Netlist-Samsung293 <Netlist-Samsung293@irell.com>, "jtruelove@mckoolsmith.com" <jtruelove@mckoolsmith.com>
Cc: FISH SERVICE Samsung/Netlist 22cv00293 <FISHSERVICESamsung/Netlist22cv00293@fr.com>, Melissa ~Smith <melissa@gillamsmithlaw.com>
Subject: Re: Netlist v. Samsung-293 | Witnesses

Bryan:

We will not call any live witnesses in rebuttal other than the three designated.

We will move for the sanction requested. It does no require a lead to lead meet and confer but it you would like to discuss live we will agree to this.

JS

From: Bryan Cannon <cannon@fr.com>
Date: Monday, October 28, 2024 at 2:02 PM
To: "Tezyan, Michael" <mtezyan@irell.com>, #Netlist-Samsung293 <Netlist-Samsung293@irell.com>, "jtruelove@mckoolsmith.com" <jtruelove@mckoolsmith.com>
Cc: FISH SERVICE Samsung/Netlist 22cv00293 <FISHSERVICESamsung/Netlist22cv00293@fr.com>, Melissa ~Smith <melissa@gillamsmithlaw.com>
Subject: RE: Netlist v. Samsung-293 | Witnesses

Michael,

There is no dispute about which to file a motion. Samsung is planning on calling all of the witnesses on its will call list—all will be present at the trial. Samsung reiterates that because Netlist will put its case on first, Samsung cannot know whether any witness may ultimately be rendered unnecessary.

By contrast, Netlist's own witness list submission (attached) purports to "reserve[] the right to call the foregoing or other live witnesses in its rebuttal case, depending on Samsung's presentation of evidence." Thus, Samsung is not on notice as to whether Netlist "will call" any other live witnesses. Therefore, it is Netlist who is violating the Court's order. All of Netlist's complaints in the motion attached to your email apply with equal (if not more) force as to Netlist's reserving

1

the right to call other live witnesses in its rebuttal case, depending on Samsung's presentation of evidence.

Both parties recognize that situations may arise at trial that will impact the rebuttal witnesses that the parties "will call." Should any Samsung witness ultimately be unnecessary, Samsung will seek leave of the Court to deviate in any way from the final will call list, just as Netlist will have to do in order to add "other live witnesses in its rebuttal case." The Court's directive to both parties was to be more cooperative and reduce unwarranted disputes. Netlist's motion creates a dispute where there is none and is inconsistent with the Court's guidance.

To the extent you still wish to discuss this matter by phone, please provide times on Wednesday and Thursday this week. Should Netlist decide to move for relief as to Samsung's witness list, Samsung will cross move to prevent Netlist from calling "other live witnesses in its rebuttal case." Please confirm that lead counsel will participate. In addition, please also be prepared to discuss Netlist's untimely third supplemental deposition designations, and provide your position on Samsung's motion to strike the same (as Netlist has not responded to our inquiries about whether Netlist will comply with the rules and seek leave to modify its deposition designations).

Best,
Bryan

Bryan J Cannon
Associate ■ Fish & Richardson P.C.
T: 202 220 6859 | cannon@fr.com<mailto:cannon@fr.com> |
Bio<https://url.us.m.mimecastprotect.com/s/I2GuCkRogyT5M1RAt2f9FGT582/>

From: Tezyan, Michael <mtezyan@irell.com>
Sent: Monday, October 28, 2024 11:49 AM
To: Bryan Cannon <cannon@fr.com>; #Netlist-Samsung293 <Netlist-Samsung293@irell.com>;
jtruelove@mckoolsmith.com
Cc: FISH SERVICE Samsung/Netlist 22cv00293 <FISHSERVICESamsung/Netlist22cv00293@fr.com>;
melissa@gillamsmithlaw.com
Subject: RE: Netlist v. Samsung-293 | Witnesses

Counsel,

Attached is a draft of the motion we intend to file informing the Court of Samsung's violation of the Court's order on final live witness lists. Please let us know your availability today to meet and confer on Netlist's motion.

Thanks,
Michael

Michael Tezyan
Associate
Irell & Manella llp
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Direct: (310) 203-7536 | Email: mtezyan@irell.com<mailto:mtezyan@irell.com>

From: Tezyan, Michael <mtezyan@irell.com<mailto:mtezyan@irell.com>>
Sent: Thursday, October 24, 2024 11:07 AM
To: Bryan Cannon <cannon@fr.com<mailto:cannon@fr.com>>; #Netlist-Samsung293 <Netlist-Samsung293@irell.com<mailto:Netlist-Samsung293@irell.com>>;
jtruelove@mckoolsmith.com<mailto:jtruelove@mckoolsmith.com>
Cc: FISH SERVICE Samsung/Netlist 22cv00293

<FISHSERVICESamsung/Netlist22cv00293@fr.com<mailto:FISHSERVICESamsung/Netlist22cv00293@fr.com>>; ~Smith, Melissa <melissa@gillamsmithlaw.com<mailto:melissa@gillamsmithlaw.com>>
Subject: RE: Netlist v. Samsung-293 | Witnesses

Bryan,

As Samsung is aware, the Court instructed the parties to provide a list of witnesses they are "going to actually call." PTC Vol. 1 Tr. 14:11-15. Your email below confirms that Samsung violated the Court's order. Now that you have Netlist's final witness list, please let us know which expert and fact witnesses Samsung is actually going to call live. Otherwise, we intend to file a motion requesting that the Court cut Samsung's allotted trial time by 30 minutes for each witness Samsung has on its "will call" list that Samsung ultimately does not call. Netlist is prejudiced by having to reserve time for cross-examination of witnesses Samsung ultimately will not call.

Best,
Michael

Michael Tezyan
Associate
Irell & Manella llp
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Direct: (310) 203-7536 | Email: mtezyan@irell.com<mailto:mtezyan@irell.com>

From: Bryan Cannon <cannon@fr.com<mailto:cannon@fr.com>>
Sent: Thursday, October 24, 2024 7:18 AM
To: Tezyan, Michael <mtezyan@irell.com<mailto:mtezyan@irell.com>>; #Netlist-Samsung293 <Netlist-Samsung293@irell.com<mailto:Netlist-Samsung293@irell.com>>; jtruelove@mckoolsmith.com<mailto:jtruelove@mckoolsmith.com>
Cc: FISH SERVICE Samsung/Netlist 22cv00293 <FISHSERVICESamsung/Netlist22cv00293@fr.com<mailto:FISHSERVICESamsung/Netlist22cv00293@fr.com>>; ~Smith, Melissa <melissa@gillamsmithlaw.com<mailto:melissa@gillamsmithlaw.com>>
Subject: RE: Netlist v. Samsung-293 | Witnesses


Michael,

Samsung has fully complied with the Court's order. Samsung's witness list reflects all witnesses it intends to call live to rebut the evidence Samsung anticipates that Netlist will present at trial and to support Samsung's affirmative defenses in the time that the Court has allotted. Samsung will not move any witness from the "may call" list to the "will call" list. However, because Netlist will put its case on first, depending on the evidence Netlist ultimately introduces, some of these witnesses may ultimately be rendered unnecessary. If so, we will ask the Court for permission to release them. For example, because Netlist did not list Mr. Groehn, we are evaluating whether to call Dr. Perryman, and we will promptly inform you. Note, however, that Samsung objects to Netlist's presentation of a regression analysis through Mr. Kennedy, and maintains that Dr. Groehn should attend trial and testify live if Netlist wishes to rely on his regression analysis. Please advise.

Best,
Bryan

Bryan J Cannon
Associate ■ Fish & Richardson P.C.
T: 202 220 6859 | cannon@fr.com<mailto:cannon@fr.com> |

3

Bio<https://url.us.m.mimecastprotect.com/s/I2GuCkRogyT5M1RAt2f9FGT582>

From: Tezyan, Michael <mtezyan@irell.com<mailto:mtezyan@irell.com>>
Sent: Wednesday, October 23, 2024 7:48 PM
To: Bryan Cannon <cannon@fr.com<mailto:cannon@fr.com>>; #Netlist-Samsung293 <Netlist-Samsung293@irell.com<mailto:Netlist-Samsung293@irell.com>>; jtruelove@mckoolsmith.com<mailto:jtruelove@mckoolsmith.com>
Cc: FISH SERVICE Samsung/Netlist 22cv00293 <FISHSERVICESamsung/Netlist22cv00293@fr.com<mailto:FISHSERVICESamsung/Netlist22cv00293@fr.com>>; melissa@gillamsmithlaw.com<mailto:melissa@gillamsmithlaw.com>
Subject: RE: Netlist v. Samsung-293 | Witnesses


[This email originated outside of F&R.]

Counsel,

Samsung's identification of witnesses is a clear violation of the Court's order at the pre-trial conference requiring the parties to provide "a final live witness list identifying the witnesses that each party are going to actually call." PTC Vol. 1 Tr. 14:11-15. If Samsung does not provide a list of witnesses it is actually going to call live by 5 pm CT tomorrow, Netlist will plans to inform the Court of Samsung's violation of its order.

Best,
Michael

Michael Tezyan
Associate
Irell & Manella llp
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Direct: (310) 203-7536 | Email: mtezyan@irell.com<mailto:mtezyan@irell.com>

From: Bryan Cannon <cannon@fr.com<mailto:cannon@fr.com>>
Sent: Wednesday, October 23, 2024 10:00 AM
To: #Netlist-Samsung293 <Netlist-Samsung293@irell.com<mailto:Netlist-Samsung293@irell.com>>; jtruelove@mckoolsmith.com<mailto:jtruelove@mckoolsmith.com>
Cc: FISH SERVICE Samsung/Netlist 22cv00293 <FISHSERVICESamsung/Netlist22cv00293@fr.com<mailto:FISHSERVICESamsung/Netlist22cv00293@fr.com>>; ~Smith, Melissa <melissa@gillamsmithlaw.com<mailto:melissa@gillamsmithlaw.com>>
Subject: Netlist v. Samsung-293 | Witnesses


Counsel:

Pursuant to the § N, ¶ (12) of the Pre-Trial Order (Dkt. 777) and the Court's order at the Pre-Trial Conference (PTC Vol. 1 Tr. 14:11-18), Samsung identifies the following witnesses that it anticipates it will call live (in alphabetical order by last name):

Samsung Expert Witnesses


· John Halbert

· Lauren Kindler

· Joseph McAlexander

· Ray Perryman

Samsung Fact Witnesses

* Joseph Calandra
* Hyun Ki Ji
* Sung Joo Park
* Junseon Yoon

The witnesses that Samsung ultimately calls live will depend on Netlist's trial evidence and presentation. Samsung reserves the right not to call one or more of the foregoing witnesses. Should any changes arise in the course of the trial (e.g., circumstances resulting in the narrowing of the above witness list, or necessitating additional witnesses listed in Samsung's witness list, Dkt. 694-4), Samsung will promptly inform Netlist.

In addition, Samsung reserves the right to present deposition designations in accordance with the procedures set forth in the Pre-Trial Order and the Court's order at the Pre-Trial Conference.

Best,
Bryan

Bryan J Cannon
Associate ■ Fish & Richardson P.C.
T: 202 220 6859 | cannon@fr.com<mailto:cannon@fr.com> |
Bio<https://url.us.m.mimecastprotect.com/s/I2GuCkRogyT5M1RAt2f9FGT582>

*********************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
*********************************************************************************************************

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

*********************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged

information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
*******************************************************************************************************

*******************************************************************************************************

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
*******************************************************************************************************