# Exhibit 4

```
                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF TEXAS
                            MARSHALL DIVISION

NETLIST, INC.,                    (   CAUSE NO. 2:22-CV-293-JRG
                                  )
         Plaintiff,               (
                                  )
vs.                               (
                                  )
SAMSUNG ELECTRONICS CO., LTD.,    (
et al.,                           )   MARSHALL, TEXAS
                                  (   OCTOBER 8, 2024
         Defendants.              )   9:00 A.M.
_____



                              VOLUME 1



_____

                         PRETRIAL CONFERENCE


              BEFORE THE HONORABLE RODNEY GILSTRAP
               UNITED STATES CHIEF DISTRICT JUDGE

_____








                  SHAWN McROBERTS, RMR, CRR
                     100 E. HOUSTON STREET
                    MARSHALL, TEXAS  75670
                        (903) 923-8546
                shawn_mcroberts@txed.uscourts.gov
```

1  counsel says, We're going show you that the moon is made out
2  of cream cheese, and there's an exhibit that supports that but
3  that exhibit is not mentioned and that exhibit is not used
4  during the trial, you're not going to argue they failed to
5  show you the exhibit that supports the finding that the moon
6  is made out of cream cheese.  You can argue, They told you
7  that they were going to show you that and they never did show
8  you that, but we're not going to call out individual exhibits
9  that are not used unless the exhibit itself is identified with
10 particularity, and then only in closing arguments.
11      Next, the parties are going to meet and confer regarding
12 witness lists, and a final live witness list identifying the
13 witnesses that each party are going to actually call are going
14 to be exchanged before jury selection by noon on October the
15 23rd.  There had been a proposal that it be five days before
16 jury selection.  That's not acceptable to the Court.  Noon on
17 October 23rd you're going to give your final live witness list
18 to each other.
19     You're not going to present or play any deposition
20 testimony during your opening statements or before that
21 witness has actually testified.  Once a witness has testified
22 by deposition or they've testified live in which their
23 deposition has been used for impeachment or other purposes,
24 then after that fact it's fair game, but you're not going to
25 preempt some witness by trying to introduce or allude to or