UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>　　　　Defendants. | Civil Case No. 2:22cv-00293-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Netlist's Motion To Enforce the Court's Pretrial Order Regarding Final Witness Lists.

Having considered the motion, the motion is hereby DENIED.

IT IS SO ORDERED.