# Exhibit 1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, <br><br> Defendants. | Case No. 2:22-cv-294-JRG <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF NETLIST, INC.'S TRIAL WITNESS LIST (No. 22-cv-293)**

Pursuant to the Court's Fifth Docket Control Order (Dkt. No. 335), Plaintiff Netlist, Inc. ("Netlist") respectfully submits the following list of witnesses that it expects to present at trial and those that they may call at trial if the need arises (either in person, through deposition designations, or through videotaped deposition).

Plaintiff submits this witness list without waiving any of its rights, including the right to supplement or amend the list. Plaintiff also may call as a witness any person identified on the witness list submitted by Defendant, and/or Defendants' corporate representative(s) at trial. Plaintiff also may call witnesses not included on this list in rebuttal. The inclusion of

witnesses on this list is subject to Plaintiff's motions to exclude, Plaintiff's motions in *limine*, and other pre-trial motions.

| WITNESS | Will Call Live | May Call Live | May Call by Deposition |
|---|---|---|---|
| Joseph Calandra | | X | X |
| Dongjun Choi | | | X |
| Sungho Choi | | | X |
| Garrett Davey | | | X |
| Peter Gillingham | | X | |
| Andreas Groehn | | X | |
| John Halbert | | | X |
| Jin-Man Han | | X | X |
| Kyuhan Han | | | X |
| You-Keun Han | | | X |
| Tobin Hobbs | | X | |
| Chuck Hong | | X | |
| Sungyub Jang | | | X |
| Byungyeop Jeon | | | X |
| Hyun Ki Ji | | | X |
| Robert Jin | | | X |
| Seung-Mo Jung | | | X |
| Vasilios Karabatsos | | | X |
| David Kennedy | X | | |
| Huan Joong (Johnny) Kim | | | X |
| Lauren R. Kindler | | X | X |

| WITNESS | Will Call Live | May Call Live | May Call by Deposition |
|---|---|---|---|
| Hojung Kim | | | X |
| Indong Kim | | X | X |
| Lane Kim | | | X |
| Neal Knuth | | | X |
| Hyun Lee | | X | |
| Jung Bae Lee | | | X |
| William Mangione-Smith | X | | |
| Mario Martinez | | X | |
| Steven Metz | | | X |
| Joseph C. McAlexander III | | X | X |
| Scott Milton | | X | |
| Sung Joo Park | | | X |
| M. Ray Perryman | | X | X |
| Gail Sasaki | | X | |
| Anton Tsui | | | X |
| Jung-Mo Yang | | | X |
| Hyeok-Sang Yoo | | | X |
| Junseon Yoon | | | X |

Dated: January 29, 2024                    IRELL & MANELLA LLP

By: */s/ Yanan Zhao*
    Yanan Zhao

*Attorneys for Plaintiff Netlist, Inc.*

- 3 -