# Exhibit 2

| | |
|---|---|
| **From:** | Zhao, Yanan <yzhao@irell.com> |
| **Sent:** | Saturday, April 15, 2023 4:30 PM |
| **To:** | Samsung-Netlist-FISH; FISH SERVICE Samsung/Netlist; melissa@gillamsmithlaw.com |
| **Cc:** | #Netlist-Samsung-E.D.Tex; jtruelove@mckoolsmith.com |
| **Subject:** | Netlist v. Samsung, No. 21-cv-463 \| Disclosures of Netlist's Witnesses and Witness Order |

[This email originated outside of F&R.]

Counsel,

Netlist's witnesses and witness order for Monday April 17 are listed below. Witnesses not completed on Monday may be continued to the next trial day.

1. Scott Milton (live) (continued)
2. Dr. Mangione-Smith (live)
3. Dr. Brogioli (live)
4. Jung Bae Lee (by deposition)
5. Indong Kim (by deposition)
6. Hun Joo Lee (by deposition)
7. Kyungsoo Park (by deposition)
8. Sung Joo Park (by deposition)
9. Bruce Lo (by deposition)
10. Garret Davey (by deposition)
11. Hyun Joong Kim (by deposition)
12. Jihwan Kim (by deposition)
13. Anson Tsui (by deposition)
14. Jungmo Yang (by deposition)
15. Mr. Kennedy (live)
16. Dr. Groehn (live may call, depending on time)

Please note that the timing and exact order of deposition plays may change based on the amount of trial time available.

Best,
Yanan

**Yanan Zhao**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
DID: 310-277-7065 | yzhao@irell.com

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and

may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.