# Exhibit 3

| | |
|---|---|
| **From:** | Payne, Stephen <spayne@irell.com> |
| **Sent:** | Tuesday, April 18, 2023 4:31 PM |
| **To:** | FISH SERVICE Samsung/Netlist; melissa@gillamsmithlaw.com |
| **Cc:** | #Netlist-Samsung-E.D.Tex; jtruelove@mckoolsmith.com |
| **Subject:** | Netlist v. Samsung, Case No. 2:21-cv-00463 |

[This email originated outside of F&R.]


Counsel,

Depending on the evidence presented in Samsung's case-in-chief, Netlist may call in its rebuttal case on Thursday Dr. Brogioli (live), Dr. Mangione-Smith (live), Mr. Milton (live), Mr. Kennedy (live), Dr. Groehn (live),  Mr. Gillingham (live), Mr. Halbert (by deposition, designations previously served on Mar. 16), Jihwan Kim (by deposition), Mr. Ki Ji (by deposition), Mr. Hong (by deposition). Netlist also may re-call any other witness called in Netlist's case-in-chief.

Regards,

**Stephen M. Payne**
IRELL & MANELLA LLP
840 Newport Center Dr., Suite 400
Newport Beach, CA 92660
DID: (310) 203-7638
www.irell.com


PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.