# Exhibit 4

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
                         MARSHALL DIVISION

NETLIST, INC.,                    ( CAUSE NO. 2:22-CV-294-JRG
                                  )
         Plaintiff,               (
                                  )
vs.                               (
                                  )
MICRON TECHNOLOGY, INC.,          (
et al.,                           ) MARSHALL, TEXAS
                                  ( MAY 21, 2024
         Defendants.              ) 8:30 A.M.
```

---

VOLUME 2

---

TRIAL ON THE MERITS


BEFORE THE HONORABLE RODNEY GILSTRAP
UNITED STATES CHIEF DISTRICT JUDGE

---

SHAWN McROBERTS, RMR, CRR
100 E. HOUSTON STREET
MARSHALL, TEXAS 75670
(903) 923-8546
shawn_mcroberts@txed.uscourts.gov

Shawn M. McRoberts, RMR, CRR
Federal Official Court Reporter

|  |  |
|---|---|
|  | 1    MR. SHEASBY:  Your Honor, he was only going to be |
|  | 2    called if there was objection to Mr. Kennedy presenting a |
|  | 3    regression.  Given there was no objection to the regression, |
| 06:29 | 4    he will not be called. |
|  | 5    THE COURT:  Okay.  What should I expect with regard |
|  | 6    to the Plaintiff's case tomorrow morning as far as who you |
|  | 7    intend to go forward with? |
|  | 8    MR. SHEASBY:  I believe it's Defendants' case, Your |
|  | 9    Honor. |
|  | 10   THE COURT:  Are you in a position to rest your case? |
|  | 11   MR. SHEASBY:  Yes, Your Honor.  We will be resting. |
|  | 12   THE COURT:  Okay.  So you'll rest your case first |
|  | 13   thing in the morning, and then we'll start with Defendants' |
|  | 14   case? |
|  | 15   MR. SHEASBY:  Yes, Your Honor. |
|  | 16   THE COURT:  Okay.  And Mr. Melsheimer, do you intend |
| 06:30 | 17   to start with Doctor Stone, as you indicated earlier? |
|  | 18   MR. MELSHEIMER:  We do, Your Honor. |
|  | 19   THE COURT:  Okay.  I'll look for more updated |
|  | 20   estimates overnight, but that gives me some idea what to |
|  | 21   expect starting in the morning. |
|  | 22   MR. MELSHEIMER:  Your Honor we will endeavor to be |
|  | 23   as expeditious as reasonably possible given the complexity of |
|  | 24   the various issues.  But message received. |
|  | 25   THE COURT:  I'll be honest, I nearly fell out of my |