# Exhibit 7



1 OF 1 RECORD(S)

# SmartLinx®Person Report

**Report Created:** 11-05-2024 3:24 PM EST | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2024 LexisNexis, All rights reserved.

**Report created for:** Fish & Richardson P.C.

## Person Summary

| Name | Address | County | Phone |
|---|---|---|---|
| Groehn, Andreas | 317 E Monroe Ave<br>Alexandria, VA 22301-1622<br>(Residential) | Alexandria City | 202-538-3913 |
| **LexID** | **SSN** | **DOB** | **Email** |
| 0539-1073-7416 | | (Male) | |

## At a Glance

| Real Property | 2 | Criminal/Arrest | 0 |
|---|---|---|---|
| Personal Property | 0 | Bankruptcy | 0 |
| Professional Licenses | 0 | Judgments/Liens | 0 |
| Business Connections | 1 | Foreclosure/Notice of Default | 0 |

## Name Variations, SSN Summary and DOBs

| Name Variations | SSN Summary | Reported DOBs |
|---|---|---|
| Groehn, Andreas | | |

## Physical Description

## Address Summary (1 current, 1 prior)

| No. | Address | Status | To-From | Phone |
|---|---|---|---|---|
| 1. | 317 E Monroe Ave<br>Alexandria, VA 22301-1622<br>Alexandria City County<br><br>(Residential) | Current | 06/2005 - 2023<br>(Current Residence) | |
| **Possible Household Members**<br>Groehn Kick, Andrea L<br>**Neighborhood Profile**<br>Average Age: 34<br>Median Household Income: $97,446<br>Median Home Value: $506,341<br>Average Years of Education: 14 | | | | |