UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>　　　　Defendants. | Civil Case No. 2:22cv-00293-JRG<br><br>**JURY TRIAL DEMANDED** |

## **ORDER**

　　Before the Court is Netlist's Motion Requesting the Issuance of a Trial Deposition Subpoena for Dr. Andreas Groehn.

　　Having considered the motion, the motion is hereby DENIED.

　　IT IS SO ORDERED.