# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | Civil No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## **SAMSUNG'S SUPPLEMENTAL DEPOSITION DESIGNATIONS**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., (collectively, "Samsung"), hereby provide their supplemental affirmative deposition designations. Samsung submits these deposition designations without waiving any of its rights, including the right to supplement or amend its deposition designations, including removing designations. Samsung may also present any deposition testimony designated by Netlist.

In addition, Samsung reserves the right to designate its affirmative designations and counter designations to Netlist's affirmative as counter designations to Netlist's counter designations as appropriate.

1

| ANDREAS GROEHN (2:22-cv-00293-JRG) – 1/8/2024 ||||| 
|---|---|---|---|---|
| **DEFENDANTS' INITIAL DEPOSITION DESIGNATIONS** | **PLAINTIFF'S OBJECTIONS** | **PLAINTIFF'S COUNTER DESIGNATIONS** | **DEFENDANTS' OBJECTIONS** | **DEFENDANTS' COUNTER-COUNTER DESIGNATIONS** |
| 8:24-9:2 | | | | |
| 18:25-19:8 | | | | |
| 20:13-15 | | | | |
| 20:18-18 | | | | |
| 23:15-19 | | | | |
| 24:23-25:1 | | | | |
| 25:5-8 | | | | |
| 37:9-12 | | | | |
| 37:20-23 | | | | |
| 38:9-12 | | | | |
| 40:16-20 | | | | |
| 62:4-6 | | | | |
| 72:9-12 | | | | |
| 72:13-18 | | | | |
| 75:20-22 | | | | |
| 75:24-76:3 | | | | |
| 76:12-13 | | | | |
| 83:4-6 | | | | |
| 83:8-12 | | | | |
| 93:14-17 | | | | |
| 105:10-13 | | | | |
| 121:17-122:5 | | | | |
| 141:19-142:4 | | | | |
| 143:22-25 | | | | |
| 153:16-20 | | | | |
| 153:24-154:4 | | | | |
| 170:18-23 | | | | |
| 176:2-5 | | | | |
| 176:22-25 | | | | |
| 177:10-16 | | | | |

October 31, 2024					By:	*/s/  Daniel A. Tishman*

| | |
|---|---|
| Melissa Richards Smith<br>melissa@gillamsmith.com<br>GILLAM & SMITH, LLP<br>303 South Washington Ave.<br>Marshall, Texas 75670<br>Telephone:	(903) 934-8450<br>Facsimile:	(903) 934-9257<br><br>J. Travis Underwood<br>Texas Bar No. 24102587<br>travis@gillamsmithlaw.com<br>GILLAM & SMITH, LLP<br>102 North College Avenue, Suite 800<br>Tyler, Texas 75702<br>Telephone: (903) 934-8450<br>Facsimile:  (903) 934-9257<br><br>Brian R. Nester<br>DC Bar No. 460225<br>bnester@cov.com<br>COVINGTON & BURLING LLP<br>One CityCenter 850 Tenth Street, N<br>Washington, DC 20001-4956<br>Telephone: (202)-662-6000<br><br>Alice J. Ahn<br>CA Bar No. 271399/DC Bar No. 1004350<br>aahn@cov.com<br>COVINGTON & BURLING LLP<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>Telephone:  (415) 591-7091<br>Facsimile:   (415) 955-6571 | Ruffin B. Cordell<br>TX Bar No. 04820550<br>cordell@fr.com<br>Michael J. McKeon<br>D.C. Bar No. 459780<br>mckeon@fr.com<br>Lauren A. Degnan<br>D.C. Bar No. 452421<br>degnan@fr.com<br>Daniel A. Tishman<br>DC Bar No. 1013923<br>tishman@fr.com<br>FISH & RICHARDSON P.C.<br>1000 Maine Avenue, SW<br>Washington, DC 20024<br>Telephone: (202) 783-5070<br>Facsimile:  (202) 783-2331<br><br>Francis J. Albert<br>CA Bar No. 247741<br>albert@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Ste. 400<br>San Diego, CA  92130<br>Telephone: (858) 678-5070<br>Facsimile:  (858) 678-5099<br><br>Thomas H. Reger II<br>reger@fr.com<br>Texas Bar No. 24032992<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>Telephone: (214) 747-5070<br>Facsimile:  (214) 747-2091 |

*Attorneys for Defendants Samsung Electronics Co., Ltd.;*
*Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

## **CERTIFICATE OF SERVICE**

     I certify that on October 31, 2024, a true and correct copy of the foregoing was served on counsel of record for Plaintiff via electronic mail.

                                                 */s/ Daniel A. Tishman*