# Exhibit 3

| | |
|---|---|
| **From:** | Tezyan, Michael <mtezyan@irell.com> |
| **Sent:** | Wednesday, October 23, 2024 10:01 AM |
| **To:** | Daniel Tishman; Katherine Reardon; FISH SERVICE Samsung/Netlist 22cv00293; melissa@gillamsmithlaw.com |
| **Cc:** | #Netlist-Samsung293; jtruelove@mckoolsmith.com |
| **Subject:** | Netlist v. Samsung-293 \| Final Witness List |

[This email originated outside of F&R.]

Counsel,

Pursuant to the Court's instructions at the pre-trial conference, Netlist herby provides its final live witness list:

1. Mr. Scott Milton
2. Dr. William Mangione-Smith
3. Mr. David Kennedy

This list does not include witnesses Netlist may call by deposition, including as identified in Netlist's prior disclosures and deposition designations. Netlist also reserves the right to call the foregoing or other live witnesses in its rebuttal case, depending on Samsung's presentation of evidence.

Best,
Michael

**Michael Tezyan**
*Associate*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Direct: (310) 203-7536 \| Email: mtezyan@irell.com

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.