UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>　　　　Defendants. | Civil Case No. 2:22cv-00293-JRG<br><br>**JURY TRIAL DEMANDED** |

# ORDER

Before the Court is Defendants Samsung's Motion for Leave To File and Serve Deposition Designations for Dr. Andreas Groehn Out of Time.

Having considered the motion, the motion is hereby GRANTED.

IT IS SO ORDERED.