# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:22-CV-293-JRG |
| vs. | ) |
| | ) |
| SAMSUNG ELECTRONICS CO., LTD., | ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., | ) |
| Defendants. | ) |

**NETLIST'S MOTION TO EXPEDITE BRIEFING SCHEDULE ON ITS MOTION TO STRIKE PRIOR ART EXHIBITS IN LIGHT OF SAMSUNG DROPPING ALL § 102 AND § 103 INVALIDITY DEFENSES (DKT. 821)**

Pursuant to Local Rule CV-7(e), Netlist respectfully files this Motion to Expedite Briefing on its Motion to Strike Prior Art Exhibits in Light of Samsung Dropping All § 102 and § 103 Invalidity Defenses (Dkt. 821). Netlist filed its Motion to Strike on November 6, 2024, at 4:00 PM CT. Netlist requests that Samsung's response be due on November 8, 2024, at 12:00PM CT, so that both motions can be fully briefed and resolved prior to trial, which is set to begin with jury selection on November 12, 2024. The parties have conferred on this briefing schedule and this motion is unopposed.

Dated: November 6, 2024

Respectfully submitted,

*/s/ Jason Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Andrew Strabone (*pro hac vice*)
astrabone@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

1

Rebecca Carson (*pro hac vice*)
rcarson@irell.com
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on November 6, 2024, a copy of the foregoing was served to all counsel of record.

*/s/ David Z. Kahn*
David Z. Kahn

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 6, 2024, counsel for the parties met and conferred about this motion. Samsung does not oppose the motion.

*/s/ David Z. Kahn*
David Z. Kahn

2