# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 2:22-CV-293-JRG |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., | ) ) ) JURY TRIAL DEMANDED ) ) |
| Defendants. | ) |

## ORDER

The Court, having considered Netlist's Motion to Expedite Briefing Schedule on Its Motion to Strike Prior Art Exhibits in Light of Samsung Dropping All § 102 and § 103 Invalidity Defenses (Dkt. 821), and noting that it is unopposed, is of the opinion that said motion should be **GRANTED**.

**IT IS SO ORDERED.**