# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| *Plaintiff*, | § | |
| v. | § | |
| SAMSUNG ELECTRONICS CO, LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR INC., | § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| *Defendants*. | § | |

## ORDER

The Court issues this Order *sua sponte*. It is **ORDERED** that the Parties, their witnesses, and counsel shall not raise, discuss, or argue before the venire panel or the jury without prior leave of the Court the CHIPS and Science Act or any other governmental programs from which a party may have received or will receive funding.

**So ORDERED and SIGNED this 8th day of November, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE