# Exhibit 1

Paper No. 17

# UNITED STATES PATENT AND TRADEMARK OFFICE

# BEFORE THE PATENT TRIAL AND APPEAL BOARD

SAMSUNG ELECTRONICS CO., LTD.,

Petitioner,

v.

NETLIST, INC.,

Patent Owner

Patent No. 7,619,912

Issued:  November 17, 2009

Filed:  September 27, 2007

Inventors:  Jayesh R. Bhakta; Jeffrey C. Solomon

Title: Memory Module Decoder

*Inter Partes* Review No. IPR2022-00615

**PETITIONER'S UPDATED MANDATORY NOTICES**

Pursuant to 37 C.F.R. § 42.8(a)(3), Petitioner hereby provides the following updates to its mandatory notices in Paper Nos. 1 and 13:

**Related Matters (37 C.F.R. § 42.8(b)(2))**

The following judicial or administrative matters would affect, or be affected by, a decision in this proceeding concerning U.S. Patent No. 7,619,912.

The following proceedings are currently pending:

- *Netlist, Inc. v. Google LLC*, No. 4:09-cv-05718 (N.D. Cal. filed Dec. 4, 2009)

- *Samsung Electronics Co., Ltd. et al. v Netlist, Inc.*, No. 1:21-cv-01453 (D. Del. filed Oct. 15, 2021)

- *Netlist, Inc. v. Samsung Electronics Co., Ltd. et al.*, No. 2:22-cv-00293 (E.D. Tex. filed Aug. 1, 2022)

    o [NEW] Petitioner stipulated as follows: "Samsung stipulates that, if the Patent Trial and Appeal Board institutes an IPR proceeding for U.S. Patent No. 7,619,912 on the grounds presented in Samsung's petition in IPR2022-00615, Samsung will not pursue an invalidity defense in the Eastern District of Texas action (C.A. No. 22-293-JRG) that the patent claim subject to the instituted IPR is invalid based on grounds that

1

were raised or reasonably could have been raised in the IPR."

*See* Exhibit 1063.

- *Netlist, Inc. v. Micron Technology, Inc. et al.*, No. 2:22-cv-00294 (E.D. Tex. filed August 1, 2022)

- U.S. Patent Application No. 17/403,832

The following proceedings are no longer pending:

- *Inter partes* Reexamination Nos. 95/000,578; 95/000,579; and 95/001,339 of U.S. Patent No. 7,619,912

- *Inter partes* Reexamination Nos. 95/000,546 and 95/000,577 of U.S. Patent No. 7,289,386

- *Inter partes* Reexamination Nos. 95/001,337 of U.S. Patent No. 7,636,274

- IPR2014-00882 of U.S. Patent No. 7,881,150

- IPR2014-00883 of U.S. Patent No. 8,081,536

- IPR2015-01021 of U.S. Patent No. 8,081,536

- IPR2017-00549 of U.S. Patent No. 8,756,364

- IPR2017-00667 of U.S. Patent No. 7,532,537

- IPR2017-00668 of U.S. Patent No. 7,532,537

Dated: September 23, 2022    Respectfully submitted,

/ Eliot D. Williams /
Eliot D. Williams
Reg. No. 50,822
**BAKER BOTTS L.L.P.**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
T: (650) 739-7511
F: (650) 739-7611

Theodore W. Chandler
Reg. No. 50,319
**BAKER BOTTS L.L.P.**
1801 Century Park East
Suite 2400 Los Angeles, CA 90067
T: (213) 202-5702
F: (213) 202-5732

Ferenc Pazmandi
Reg. No. 66,216
**BAKER BOTTS L.L.P.**
101 California Street, Suite 3200
San Francisco, CA 94111
T: (415) 291-6255
F: (415) 291-6355

Eric J. Faragi
Reg. No. 51,259
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
45th Floor
New York, NY 10112
T: (212) 408-2591
F: (212) 259-2591

Brianna L. Potter

3

Reg. No. 76,748
**BAKER BOTTS L.L.P.**
1001 Page Mill Road Building One, Suite 200
Palo Alto, CA 94304
T: (650) 739-7556
F: (650) 739-7656

*Counsel for Petitioner*
*Samsung Electronics Co., Ltd.*

# CERTIFICATE OF SERVICE

Pursuant to 37 C.F.R. § 42.6(e), I certify that on this 23rd day of September, 2022, **Petitioner's Updated Mandatory Notices** was served by email on the following counsel for Patent Owner:

| | |
|---|---|
| Hong Annita Zhong (Reg. No. 66,530)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>Phone: (310) 277-1010<br>Fax: (310) 203-7199<br>Email: hzhong@irell.com<br>       NetlistIPR@irell.com | Jason Sheasby (*pro hac vice*)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>Phone: (310) 277-1010<br>Fax: (310) 203-7199<br>Email: jsheasby@irell.com |

Dated:  September 23, 2022

Respectfully submitted,

/ Eliot D. Williams /
Eliot D. Williams
Reg. No. 50,822
**BAKER BOTTS L.L.P.**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
T: (650) 739-7511
F: (650) 739-7611

*Counsel for Petitioner Samsung Electronics Co., Ltd.*