# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NETLIST, INC.** § | |
| § | |
| v. § | |
| § | **CIVIL ACTION NO. 2:22-CV-00293-JRG** |
| **SAMSUNG ELECTRONICS CO., LTD.,** § | |
| **SAMSUNG ELECTRONICS AMERICA,** § | |
| **INC., SAMSUNG SEMICONDUCTOR,** § | |
| **INC.** § | |

## MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### November 12, 2024

**OPEN:** 09:20 AM                                            **ADJOURN:** 06:29 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Brendan McLaughlin |
| | Danielle Zapata |
| | Amy Wann |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 09:20 AM | Court opened. |
| 09:20 AM | Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:34 AM | Court called for announcements from the parties. |
| 09:35 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:44 AM | Prospective Jurors began introduction of themselves. |
| 10:10 AM | Court provided additional instructions to Jury Pool. |
| 10:14 AM | *Voir dire* on behalf of Plaintiff by Ms. Truelove. |
| 10:45 AM | *Voir dire* on behalf of Defendants by Ms. Smith. |
| 11:15 AM | Bench conference with counsel re: challenges for cause. |
| 11:17 AM | Bench conference concluded. |
| 11:17 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 11:19 AM | Remainder of Jury Pool recessed. |
| 11:20 AM | Counsel approached bench. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:21 AM | Strike conference began with specifically named juror(s). |
| 11:24 AM | Strike conference concluded. Attorneys excused to exercise strikes. |
| 11:24 AM | Recess. |
| 12:01 PM | Court reconvened. |
| 12:01 PM | Bench conference. |
| 12:06 PM | Bench conference concluded. |
| 12:06 PM | Instructions given by the Court. Jurors selected. |
| 12:09 PM | Jurors sworn. |
| 12:12 PM | Remainder of Jury Pool excused. |
| 12:13 PM | Additional instructions given by the Court. |
| 12:31 PM | Jury recessed for lunch. |
| 12:32 PM | Mr. Sheasby and Mr. Cordell provided update to the Court re: meet and confer efforts re: unresolved disputes re: objections to demonstratives. |
| 12:35 PM | Court directed the parties to continue with meet and confer efforts and report to Court's chambers by 1:00 PM. |
| 12:37 PM | Recess. |
| 01:38 PM | Court reconvened. |
| 01:38 PM | Court imposed limitations re: demonstrative slides during witness testimony. |
| 01:48 PM | Jury returned to courtroom. |
| 01:49 PM | Court gave preliminary instructions to Jury. |
| 02:24 PM | Notebooks provided to Jury. |
| 02:25 PM | Continuation of Court's preliminary instructions to Jury. |
| 02:32 PM | Plaintiff's opening statement by Mr. Sheasby. |
| 03:01 PM | Bench conference. |
| 03:06 PM | Bench conference concluded. |
| 03:06 PM | Court provided clarification to the Jury. |
| 03:07 PM | Defendants' opening statement by Mr. Cordell. |
| 03:37 PM | Opening statements concluded. |
| 03:37 PM | Bench conference. |
| 03:38 PM | Bench conference concluded. |
| 03:38 PM | Court provided an instruction to the Jury. |
| 03:39 PM | Rule invoked as to fact witnesses only. |
| 03:40 PM | Plaintiff's case-in-chief: |
| 03:40 PM | Witness sworn. |
| 03:42 PM | Direct examination of Mr. Scott Milton by Mr. Sheasby. |
| 04:00 PM | Jury recessed for break. |
| 04:00 PM | Court provided instruction to counsel re: demonstratives and pre-admitted exhibits. |
| 04:04 PM | Recess. |
| 04:13 PM | Court reconvened. |
| 04:13 PM | Jury returned to courtroom. |
| 04:14 PM | Continuation direct examination of Mr. Scott Milton by Mr. Sheasby. |
| 04:17 PM | Request made on behalf of Defendants and Court granted Mr. Cordell *voir dire* examination of the witness, Mr. Scott Milton. |
| 04:18 PM | Continuation direct examination of Mr. Scott Milton by Mr. Sheasby. |
| 04:24 PM | Bench conference. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:26 PM | Bench conference concluded. |
| 04:26 PM | Continuation direct examination of Mr. Scott Milton by Mr. Sheasby. |
| 04:50 PM | Bench conference. |
| 04:56 PM | Bench conference concluded. |
| 04:56 PM | Continuation direct examination of Mr. Scott Milton by Mr. Sheasby. |
| 05:04 PM | Bench conference. |
| 05:04 PM | Bench conference concluded. |
| 05:04 PM | Continuation direct examination of Mr. Scott Milton by Mr. Sheasby. |
| 05:14 PM | Bench conference. |
| 05:15 PM | Bench conference concluded. |
| 05:15 PM | Continuation direct examination of Mr. Scott Milton by Mr. Sheasby. |
| 05:21 PM | Bench conference. |
| 05:23 PM | Bench conference concluded. |
| 05:23 PM | Continuation direct examination of Mr. Scott Milton by Mr. Sheasby. |
| 05:25 PM | Cross examination of Mr. Scott Milton by Mr. Cordell. |
| 05:29 PM | Bench conference. |
| 05:31 PM | Bench conference concluded. |
| 05:31 PM | Continuation cross examination of Mr. Scott Milton by Mr. Cordell. |
| 05:43 PM | Bench conference. |
| 05:45 PM | Bench conference concluded. |
| 05:45 PM | Court provided instruction to the Jury. |
| 05:45 PM | Continuation cross examination of Mr. Scott Milton by Mr. Cordell. |
| 05:46 PM | Bench conference. |
| 05:48 PM | Bench conference concluded. |
| 05:48 PM | Continuation cross examination of Mr. Scott Milton by Mr. Cordell. |
| 06:03 PM | Bench conference. |
| 06:04 PM | Bench conference concluded. |
| 06:04 PM | Continuation cross examination of Mr. Scott Milton by Mr. Cordell. |
| 06:12 PM | Redirect examination of Mr. Scott Milton by Mr. Sheasby. |
| 06:17 PM | Bench conference. |
| 06:18 PM | Bench conference concluded. |
| 06:18 PM | Continuation redirect examination of Mr. Scott Milton by Mr. Sheasby. |
| 06:20 PM | Recross examination of Mr. Scott Milton by Mr. Cordell. |
| 06:21 PM | Additional redirect examination of Mr. Scott Milton by Mr. Sheasby. |
| 06:22 PM | Completion of testimony of Mr. Scott Milton. |
| 06:23 PM | Court provided instructions to the Jury. |
| 06:23 PM | Jury recessed for the day until 8:30 AM tomorrow morning. |
| 06:24 PM | Court to reconsider imposed limitations re: demonstrative slides during witness testimony. |
| 06:28 PM | Court will be available by 7:30 AM tomorrow to take up unresolved disputes. |
| 06:29 PM | Court adjourned. |