IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC. | § § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC. | § § § § | |

MINUTES FOR JURY TRIAL DAY NO. 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
November 13, 2024

**OPEN:** 08:38 AM  **ADJOURN:** 05:58 PM

ATTORNEYS FOR PLAINTIFF:    See attached

ATTORNEYS FOR DEFENDANTS:   See attached

LAW CLERKS:                 Brendan McLaughlin
                            Danielle Zapata
                            Amy Wann

COURT REPORTER:             Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:           Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:38 AM | Court opened. |
| 08:38 AM | Exhibits used prior day read into the record. |
| 08:40 AM | Court addressed issue raised during morning chambers meeting with counsel and made rulings as set forth in the record. |
| 08:45 AM | Jury entered the courtroom. |
| 08:46 AM | Continuation Plaintiff's case-in-chief: |
| 08:46 AM | Ms. Truelove introduced the video designation of Mr. Hyun-Ki Ji. |
| 08:50 AM | Video designation of Mr. Hyun-Ki Ji concluded. |
| 08:50 AM | Ms. Truelove introduced the video designation of Mr. Indong Kim. |
| 08:53 AM | Video designation of Mr. Indong Kim concluded. |
| 08:53 AM | Ms. Truelove introduced the video designation of Mr. Jung Bae Lee. |
| 08:55 AM | Video designation of Mr. Jung Bae Lee concluded. |
| 08:55 AM | Ms. Truelove introduced the video designation of Mr. Ho-Jung Kim. |
| 08:58 AM | Video designation of Mr. Ho-Jung Kim concluded. |
| 08:58 AM | Ms. Truelove introduced the video designation of Mr. Garret Davey. |

| TIME | MINUTE ENTRY |
|---|---|
| 08:59 AM | **Courtroom sealed**. |
| 09:14 AM | Video designation of Mr. Garret Davey concluded. |
| 09:14 AM | **Courtroom unsealed**. |
| 09:14 AM | Ms. Truelove introduced the video designation of Mr. You-Keun Han. |
| 09:23 AM | Video designation of Mr. You-Keun Han concluded. |
| 09:23 AM | Ms. Truelove introduced the video designation of Mr. Seung-Mo Jung. |
| 09:29 AM | Bench conference. |
| 09:30 AM | Bench conference concluded. |
| 09:30 AM | Continuation video designation of Mr. Seung-Mo Jung. |
| 09:38 AM | Video designation of Mr. Seung-Mo Jung concluded. |
| 09:38 AM | Witness sworn. |
| 09:39 AM | Direct examination of Dr. William Mangione-Smith by Mr. Rowles. |
| 09:48 AM | Bench conference. |
| 09:49 AM | Bench conference concluded. |
| 09:49 AM | Continuation direct examination of Dr. William Mangione-Smith by Mr. Rowles. |
| 10:00 AM | Bench conference. |
| 10:02 AM | Bench conference concluded. |
| 10:02 AM | Continuation direct examination of Dr. William Mangione-Smith by Mr. Rowles. |
| 10:20 AM | Jury recessed for break. |
| 10:20 AM | Recess. |
| 10:36 AM | Court reconvened. |
| 10:36 AM | Jury returned to courtroom. |
| 10:37 AM | Continuation direct examination of Dr. William Mangione-Smith by Mr. Rowles. |
| 11:00 AM | Bench conference. |
| 11:06 AM | Bench conference concluded. |
| 11:07 AM | Jury retired to jury room. |
| 11:07 AM | Court addressed issue re: demonstrative slides outside presence of the Jury. |
| 11:12 AM | Jury returned to courtroom. |
| 11:12 AM | Continuation direct examination of Dr. William Mangione-Smith by Mr. Rowles. |
| 11:33 AM | Bench conference. |
| 11:35 AM | Bench conference concluded. |
| 11:35 AM | Continuation direct examination of Dr. William Mangione-Smith by Mr. Rowles. |
| 11:58 AM | Jury recessed for lunch break. |
| 11:58 AM | Recess. |
| 01:01 PM | Court reconvened. |
| 01:01 PM | Jury returned to courtroom. |
| 01:02 PM | Continuation direct examination of Dr. William Mangione-Smith by Mr. Rowles. |
| 01:40 PM | **Courtroom sealed**. |
| 01:41 PM | Continuation direct examination of Dr. William Mangione-Smith by Mr. Rowles. |
| 01:46 PM | **Courtroom unsealed**. |
| 01:46 PM | Continuation direct examination of Dr. William Mangione-Smith by Mr. Rowles. |
| 02:20 PM | Bench conference. |
| 02:21 PM | Bench conference concluded. |
| 02:21 PM | Continuation direct examination of Dr. William Mangione-Smith by Mr. Rowles. |

| TIME | MINUTE ENTRY |
|---|---|
| 02:42 PM | **Courtroom sealed**. |
| 02:43 PM | Continuation direct examination of Dr. William Mangione-Smith by Mr. Rowles. |
| 02:46 PM | **Courtroom unsealed**. |
| 02:46 PM | Bench conference. |
| 02:48 PM | Bench conference concluded. |
| 02:48 PM | Jury recessed for break. |
| 02:49 PM | Recess. |
| 03:22 PM | Court reconvened. |
| 03:22 PM | Bench conference. |
| 03:26 PM | Bench conference concluded. |
| 03:26 PM | Jury returned to courtroom. |
| 03:27 PM | Cross examination of Dr. William Mangione-Smith by Mr. Cordell. |
| 03:45 PM | Bench conference. |
| 03:46 PM | Bench conference concluded. |
| 03:46 PM | Continuation cross examination of Dr. William Mangione-Smith by Mr. Cordell. |
| 03:58 PM | Bench conference. |
| 03:58 PM | Bench conference concluded. |
| 03:58 PM | Continuation cross examination of Dr. William Mangione-Smith by Mr. Cordell. |
| 04:13 PM | **Courtroom sealed**. |
| 04:14 PM | Continuation cross examination of Dr. William Mangione-Smith by Mr. Cordell. |
| 04:17 PM | **Courtroom unsealed**. |
| 04:18 PM | Continuation cross examination of Dr. William Mangione-Smith by Mr. Cordell. |
| 04:30 PM | Bench conference. |
| 04:31 PM | Bench conference concluded. |
| 04:31 PM | Continuation cross examination of Dr. William Mangione-Smith by Mr. Cordell. |
| 04:58 PM | Bench conference. |
| 05:02 PM | Bench conference concluded. |
| 05:02 PM | Continuation cross examination of Dr. William Mangione-Smith by Mr. Cordell. |
| 05:04 PM | Bench conference. |
| 05:06 PM | Bench conference concluded. |
| 05:07 PM | Continuation cross examination of Dr. William Mangione-Smith by Mr. Cordell. |
| 05:09 PM | Redirect examination of Dr. William Mangione-Smith by Mr. Rowles. |
| 05:27 PM | Bench conference. |
| 05:29 PM | Bench conference concluded. |
| 05:29 PM | Continuation redirect examination of Dr. William Mangione-Smith by Mr. Rowles. |
| 05:37 PM | Recross examination of Dr. William Mangione-Smith by Mr. Cordell. |
| 05:41 PM | Additional redirect examination of Dr. William Mangione-Smith by Mr. Rowles. |
| 05:42 PM | Completion of testimony of Dr. William Mangione-Smith. |
| 05:42 PM | Ms. Truelove introduced the video designation of Mr. Dongjun Choi. |
| 05:44 PM | Video designation of Mr. Dongjun Choi concluded. |
| 05:44 PM | Ms. Truelove introduced the video designation of Mr. Anson Tsui. |
| 05:46 PM | Video designation of Mr. Anson Tsui concluded. |
| 05:46 PM | Ms. Truelove introduced the video designation of Mr. Junseon Yoon. |
| 05:48 PM | **Courtroom sealed**. |

| TIME | MINUTE ENTRY |
|---|---|
| 05:49 PM | Continuation video designation of Mr. Junseon Yoon. |
| 05:54 PM | Video designation of Mr. Junseon Yoon concluded. |
| 05:54 PM | **Courtroom unsealed**. |
| 05:54 PM | Ms. Truelove introduced the video designation of Mr. Jung-Mo Yang. |
| 05:56 PM | Video designation of Mr. Jung-Mo Yang concluded. |
| 05:56 PM | Court provided instructions to the Jury. |
| 05:57 PM | Jury recessed for the day until 8:30 AM tomorrow morning. |
| 05:58 PM | Court encouraged the parties to continue with meet and confer efforts. Court will be available by 7:30 AM tomorrow morning to take up unresolved disputes. |
| 05:58 PM | Court adjourned. |