IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC. | § |
| | § |
| v. | § |
| | § CIVIL ACTION NO. 2:22-CV-00293-JRG |
| SAMSUNG ELECTRONICS CO., LTD., | § |
| SAMSUNG ELECTRONICS AMERICA, | § |
| INC., SAMSUNG SEMICONDUCTOR, | § |
| INC. | § |

MINUTES FOR JURY TRIAL DAY NO. 3
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
November 14, 2024

**OPEN:** 08:30 AM                                                                                      **ADJOURN:** 06:13 PM

ATTORNEYS FOR PLAINTIFF:         See attached

ATTORNEYS FOR DEFENDANTS:    See attached

LAW CLERKS:                                    Brendan McLaughlin
                                                           Danielle Zapata
                                                           Amy Wann

COURT REPORTER:                       Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:               Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:30 AM | Court opened. |
| 08:30 AM | Exhibits used prior day read into the record. |
| 08:33 AM | Jury entered the courtroom. |
| 08:33 AM | Continuation Plaintiff's case-in-chief: |
| 08:34 AM | Witness sworn. |
| 08:34 AM | Direct examination of Mr. David Kennedy by Mr. Strabone. |
| 08:44 AM | Bench conference. |
| 08:44 AM | Bench conference concluded. |
| 08:45 AM | Continuation direct examination of Mr. David Kennedy by Mr. Strabone. |
| 09:07 AM | Bench conference. |
| 09:08 AM | Bench conference concluded. |
| 09:08 AM | Continuation direct examination of Mr. David Kennedy by Mr. Strabone. |
| 09:15 AM | Bench conference. |
| 09:17 AM | Bench conference concluded. |
| 09:17 AM | Continuation direct examination of Mr. David Kennedy by Mr. Strabone. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:19 AM | Bench conference. |
| 09:20 AM | Bench conference concluded. |
| 09:20 AM | Continuation direct examination of Mr. David Kennedy by Mr. Strabone. |
| 09:25 AM | Bench conference. |
| 09:26 AM | Bench conference concluded. |
| 09:26 AM | Continuation direct examination of Mr. David Kennedy by Mr. Strabone. |
| 09:29 AM | Objection raised. |
| 09:29 AM | Jury retired to jury room. |
| 09:30 AM | Court heard argument outside presence of the Jury. |
| 09:34 AM | Court made rulings as set forth in the record. |
| 09:35 AM | Jury returned to courtroom. |
| 09:37 AM | Court instructed the Jury to disregard a certain portion of Mr. David Kennedy's testimony. |
| 09:39 AM | Continuation direct examination of Mr. David Kennedy by Mr. Strabone. |
| 09:49 AM | Bench conference. |
| 09:50 AM | Bench conference concluded. |
| 09:50 AM | Cross examination of Mr. David Kennedy by Mr. Reger. |
| 10:00 AM | Bench conference. |
| 10:02 AM | Bench conference concluded. |
| 10:02 AM | Continuation cross examination of Mr. David Kennedy by Mr. Reger. |
| 10:03 AM | Jury recessed for break. |
| 10:07 AM | Recess. |
| 10:16 AM | Court reconvened. |
| 10:17 AM | Jury returned to courtroom. |
| 10:17 AM | **Courtroom sealed**. |
| 10:18 AM | Continuation cross examination of Mr. David Kennedy by Mr. Reger. |
| 10:34 AM | **Courtroom unsealed**. |
| 10:34 AM | Continuation cross examination of Mr. David Kennedy by Mr. Reger. |
| 11:00 AM | Bench conference. |
| 11:03 AM | Bench conference concluded. |
| 11:03 AM | Redirect examination of Mr. David Kennedy by Mr. Strabone. |
| 11:06 AM | Completion of testimony of Mr. David Kennedy. |
| 11:06 AM | Plaintiff rested its case-in-chief. |
| 11:06 AM | Defendants' case-in-chief: |
| 11:07 AM | Witness sworn. |
| 11:07 AM | Direct examination of Mr. Joseph Calandra by Ms. Smith. |
| 11:39 AM | Bench conference. |
| 11:40 AM | Bench conference concluded. |
| 11:41 AM | Cross examination of Mr. Joseph Calandra by Ms. Glasser. |
| 11:44 AM | Bench conference. |
| 11:45 AM | Bench conference concluded. |
| 11:45 AM | Continuation cross examination of Mr. Joseph Calandra by Ms. Glasser. |
| 11:51 AM | Completion of testimony of Mr. Joseph Calandra. |
| 11:52 AM | Jury recessed for lunch break. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:52 AM | Court addressed an issue among the parties re: demonstrative slides and made rulings as set forth in the record. |
| 11:58 AM | Recess. |
| 01:10 PM | Court reconvened. |
| 01:10 PM | Court addressed dispute among the parties re: exhibits and provided guidance as set forth in the record. |
| 01:14 PM | Jury returned to courtroom. |
| 01:14 PM | Court instructed Jury re: witness testimony with the aid of an interpreter. |
| 01:15 PM | Witness sworn. Interpreter, Ms. Ann Park, previously sworn. |
| 01:16 PM | Bench conference. |
| 01:17 PM | Bench conference concluded. |
| 01:17 PM | Direct examination of Mr. Hyun Ki Ji by Mr. Cordell. |
| 01:40 PM | Bench conference. |
| 01:41 PM | Bench conference concluded. |
| 01:41 PM | Continuation direct examination of Mr. Hyun Ki Ji by Mr. Cordell. |
| 01:51 PM | Cross examination of Mr. Hyun Ki Ji by Mr. Sheasby. |
| 02:02 PM | Bench conference. |
| 02:08 PM | Bench conference concluded. |
| 02:08 PM | Continuation cross examination of Mr. Hyun Ki Ji by Mr. Sheasby. |
| 02:23 PM | Redirect examination of Mr. Hyun Ki Ji by Mr. Cordell. |
| 02:31 PM | Completion of testimony of Mr. Hyun Ki Ji. |
| 02:31 PM | Mr. Tishman introduced the video designation of Mr. Jeffrey Solomon. |
| 02:37 PM | Video designation of Mr. Jeffrey Solomon concluded. |
| 02:37 PM | Mr. Tishman introduced the video designation of Mr. Hyun Lee. |
| 02:40 PM | Video designation of Mr. Hyun Lee concluded. |
| 02:41 PM | Jury recessed for break. |
| 02:42 PM | Recess. |
| 03:10 PM | Court reconvened. |
| 03:11 PM | Jury returned to courtroom. |
| 03:12 PM | Witness sworn. |
| 03:12 PM | Direct examination of Mr. Joseph McAlexander by Dr. Albert. |
| 03:41 PM | **Courtroom sealed**. |
| 03:42 PM | Continuation direct examination of Mr. Joseph McAlexander by Dr. Albert. |
| 03:48 PM | **Courtroom unsealed**. |
| 03:49 PM | Continuation direct examination of Mr. Joseph McAlexander by Dr. Albert. |
| 03:52 PM | Bench conference. |
| 03:54 PM | Bench conference concluded. |
| 03:54 PM | Continuation direct examination of Mr. Joseph McAlexander by Dr. Albert. |
| 04:48 PM | Bench conference. |
| 04:49 PM | Bench conference concluded. |
| 04:49 PM | Court instructed the Jury to disregard a certain portion of the testimony of Mr. Joseph McAlexander. |
| 04:49 PM | Continuation direct examination of Mr. Joseph McAlexander by Dr. Albert. |
| 04:55 PM | Cross examination of Mr. Joseph McAlexander by Mr. Sheasby. |
| 05:16 PM | **Courtroom sealed**. |

| TIME | MINUTE ENTRY |
|---|---|
| 05:16 PM | Continuation cross examination of Mr. Joseph McAlexander by Mr. Sheasby. |
| 05:18 PM | **Courtroom unsealed**. |
| 05:19 PM | Continuation cross examination of Mr. Joseph McAlexander by Mr. Sheasby. |
| 05:47 PM | Bench conference. |
| 05:48 PM | Bench conference concluded. |
| 05:48 PM | Continuation cross examination of Mr. Joseph McAlexander by Mr. Sheasby. |
| 05:48 PM | Bench conference. |
| 05:49 PM | Bench conference concluded. |
| 05:49 PM | Continuation cross examination of Mr. Joseph McAlexander by Mr. Sheasby. |
| 05:53 PM | Redirect examination of Mr. Joseph McAlexander by Dr. Albert. |
| 06:11 PM | Completion of testimony of Mr. Joseph McAlexander. |
| 06:11 PM | Court provided instructions to the Jury. |
| 06:11 PM | Jury recessed for the day until 8:30 AM tomorrow morning. |
| 06:12 PM | Court to be available in the morning at 7:30 AM to take up unresolved disputes. |
| 06:13 PM | Court adjourned. |