IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC. § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| SAMSUNG ELECTRONICS CO., LTD., § | |
| SAMSUNG ELECTRONICS AMERICA, § | |
| INC., SAMSUNG SEMICONDUCTOR, § | |
| INC. § | |

MINUTES FOR JURY TRIAL DAY NO. 4
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
November 15, 2024

**OPEN:** 08:34 AM                                   **ADJOURN:** 12:23 PM

ATTORNEYS FOR PLAINTIFF:          See attached

ATTORNEYS FOR DEFENDANTS:      See attached

LAW CLERKS:                                   Brendan McLaughlin
                                                        Danielle Zapata
                                                        Amy Wann

COURT REPORTER:                         Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                  Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:34 AM | Court opened. |
| 08:35 AM | Exhibits used prior day read into the record. |
| 08:35 AM | Court addressed issue raised by counsel re: witness testimony. |
| 08:45 AM | Jury entered the courtroom. |
| 08:45 AM | Continuation Defendants' case-in-chief: |
| 08:45 AM | Mr. Tishman introduced the video designation of Mr. Tobin Hobbs. |
| 08:48 AM | Video designation of Mr. Tobin Hobbs concluded. |
| 08:48 AM | Mr. Tishman introduced the video designation of Mr. Mario Martinez. |
| 08:51 AM | Video designation of Mr. Mario Martinez concluded. |
| 08:51 AM | Witness sworn. |
| 08:52 AM | Direct examination of Mr. Junseon Yoon (with aid of interpreter, Ms. Ann Park) by Ms. Smith. |
| 09:05 AM | Bench conference. |
| 09:06 AM | Bench conference concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:07 AM | Court instructed the Jury to disregard a certain portion of the testimony of Mr. Junseon Yoon. |
| 09:07 AM | Continuation direct examination of Mr. Junseon Yoon (with aid of interpreter, Ms. Ann Park) by Ms. Smith. |
| 09:25 AM | Bench conference. |
| 09:28 AM | Bench conference concluded. |
| 09:28 AM | Continuation direct examination of Mr. Junseon Yoon (with aid of interpreter, Ms. Ann Park) by Ms. Smith. |
| 09:31 AM | Bench conference. |
| 09:31 AM | Bench conference concluded. |
| 09:31 AM | Continuation direct examination of Mr. Junseon Yoon (with aid of interpreter, Ms. Ann Park) by Ms. Smith. |
| 09:46 AM | Cross examination of Mr. Junseon Yoon (with aid of interpreter, Ms. Ann Park) by Mr. Sheasby. |
| 09:52 AM | Bench conference. |
| 09:56 AM | Bench conference concluded. |
| 09:56 AM | Continuation cross examination of Mr. Junseon Yoon (with aid of interpreter, Ms. Ann Park) by Mr. Sheasby. |
| 10:05 AM | Bench conference. |
| 10:08 AM | Bench conference concluded. |
| 10:08 AM | Continuation cross examination of Mr. Junseon Yoon (with aid of interpreter, Ms. Ann Park) by Mr. Sheasby. |
| 10:24 AM | Bench conference. |
| 10:25 AM | Bench conference concluded. |
| 10:26 AM | Continuation cross examination of Mr. Junseon Yoon (with aid of interpreter, Ms. Ann Park) by Mr. Sheasby. |
| 10:28 AM | Redirect examination of Mr. Junseon Yoon (with aid of interpreter, Ms. Ann Park) by Ms. Smith. |
| 10:41 AM | Completion of testimony of Mr. Junseon Yoon. |
| 10:42 AM | Jury recessed for break. |
| 10:43 AM | Recess. |
| 10:54 AM | Court reconvened. |
| 10:54 AM | Court directed counsel to meet and confer and jointly submit an updated proposed final jury instructions and jury verdict form by 12:00 noon on Tuesday, November 19 in Word format and electronically transmitted to Court staff. |
| 10:55 AM | Court addressed an issue among the parties re: witness testimony and made rulings as set forth in the record. |
| 10:59 AM | Jury returned to courtroom. |
| 11:00 AM | Bench conference. |
| 11:01 AM | Bench conference concluded. |
| 11:01 AM | Witness sworn. |
| 11:02 AM | Direct examination of Mr. John B. Halbert by Ms. Degnan. |
| 11:24 AM | Cross examination of Mr. John B. Halbert by Mr. Sheasby. |
| 11:28 AM | Redirect examination of Mr. John B. Halbert by Ms. Degnan. |
| 11:31 AM | Recross examination of Mr. John B. Halbert by Mr. Sheasby. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:32 AM | Completion of testimony of Mr. John B. Halbert. |
| 11:33 AM | Witness sworn. |
| 11:33 AM | Direct examination of Dr. Ray Perryman by Ms. Smith. |
| 11:38 AM | Bench conference. |
| 11:39 AM | Bench conference concluded. |
| 11:39 AM | Court instruction given to the Jury. |
| 11:40 AM | Continuation direct examination of Dr. Ray Perryman by Ms. Smith. |
| 12:08 PM | Cross examination of Dr. Ray Perryman by Mr. Sheasby. |
| 12:14 PM | Redirect examination of Dr. Ray Perryman by Ms. Smith. |
| 12:17 PM | Recross examination of Dr. Ray Perryman by Mr. Sheasby. |
| 12:18 PM | Completion of testimony of Dr. Ray Perryman. |
| 12:18 PM | Court provided instructions to the Jury. |
| 12:19 PM | Jury recessed for the day to return at 8:30 AM on Thursday, November 21. |
| 12:20 PM | Court instructions to counsel. |
| 12:23 PM | Court adjourned until Thursday, November 21. |