# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 2:22-cv-293-JRG |
| vs. | ) ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., | ) (Lead Case) ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

The Court, having considered the briefing on Netlist's Motion for Directed Verdict as to Validity, is of the opinion that said motion should be **GRANTED**.

**IT IS SO ORDERED.**