UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>  Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>  Defendants. | Civil Case No. 2:22cv-00293-JRG<br><br>**JURY TRIAL DEMANDED** |

## **ORDER**

Before the Court is Plaintiff's Motion for a Curative Instruction Based on Samsung's Claim that the JDLA Terminated Because the Joint Development Project "Failed" (Dkt. 836).

Having considered the motion, the motion is hereby DENIED.

IT IS SO ORDERED.