IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC. | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG SEMICONDUCTOR, | § | |
| INC. | § | |

MINUTES FOR JURY TRIAL DAY NO. 5
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
November 21, 2024

OPEN: 08:22 AM                                      ADJOURN: 12:25 PM

ATTORNEYS FOR PLAINTIFF:          See attached

ATTORNEYS FOR DEFENDANTS:          See attached

LAW CLERKS:                        Brendan McLaughlin
                                   Danielle Zapata
                                   Amy Wann

COURT REPORTER:                    Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                  Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:22 AM | Court opened. |
| 08:22 AM | Exhibits used prior day read into the record. |
| 08:23 AM | Court confirmed no bench trial will be conducted following the conclusion of the trial. |
| 08:25 AM | Proffer made by Ms. Degnan on behalf of Defendants. |
| 08:26 AM | Jury entered the courtroom. |
| 08:27 AM | Continuation Defendants' case-in-chief: |
| 08:27 AM | Mr. Tishman introduced the video designation of Mr. Chuck Hong. |
| 08:40 AM | Video designation of Mr. Chuck Hong concluded. |
| 08:41 AM | Witness sworn. |
| 08:42 AM | Direct examination of Ms. Lauren Kindler by Mr. Reger. |
| 08:57 AM | **Courtroom sealed**. |
| 08:58 AM | Continuation direct examination of Ms. Lauren Kindler by Mr. Reger. |
| 09:41 AM | **Courtroom unsealed**. |
| 09:41 AM | Continuation direct examination of Ms. Lauren Kindler by Mr. Reger. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:50 AM | Jury recessed for break. |
| 09:51 AM | Court made the following rulings as set forth in the record:<br>• Docket No. 836: DENIED<br>• Docket No. 838: DENIED<br>• Docket No. 837: CARRIED |
| 09:52 AM | Recess. |
| 10:09 AM | Court reconvened. |
| 10:09 AM | Jury returned to courtroom. |
| 10:10 AM | Cross examination of Ms. Lauren Kindler by Ms. Glasser. |
| 10:26 AM | Bench conference. |
| 10:28 AM | Bench conference concluded. |
| 10:28 AM | Continuation cross examination of Ms. Lauren Kindler by Ms. Glasser. |
| 10:33 AM | **Courtroom sealed**. |
| 10:34 AM | Continuation cross examination of Ms. Lauren Kindler by Ms. Glasser. |
| 10:39 AM | Redirect examination of Ms. Lauren Kindler by Mr. Reger. |
| 10:46 AM | **Courtroom unsealed**. |
| 10:46 AM | Continuation redirect examination of Ms. Lauren Kindler by Mr. Reger. |
| 10:54 AM | Bench conference. |
| 10:56 AM | Bench conference concluded. |
| 10:56 AM | Completion of testimony of Ms. Lauren Kindler. |
| 10:56 AM | Defendants rested their case-in-chief. |
| 10:56 AM | Plaintiff's rebuttal case: |
| 10:57 AM | Ms. Truelove introduced the video designation of Mr. Jung Bae Lee. |
| 10:58 AM | Video designation of Mr. Jung Bae Lee concluded. |
| 10:58 AM | Plaintiff rested its rebuttal case. |
| 10:58 AM | Both sides rested. |
| 10:58 AM | Court provided instructions to Jury. |
| 11:03 AM | Jury excused for the remainder of the day to return tomorrow at 8:30 AM. |
| 11:05 AM | Court took up Rule 50(a) motions. |
| 11:06 AM | Court provided instructions to the parties re: hearing of Rule 50(a) motions. |
| 11:10 AM | Court began to hear argument on Rule 50(a) motions. |
| 12:19 PM | Arguments concluded. |
| 12:19 PM | Court made rulings as set forth in the record. |
| 12:23 PM | Completion of Rule 50(a) motions hearing. |
| 12:23 PM | Court to hold informal charge conference in chambers (off the record) at 2:00 PM. |
| 12:24 PM | Court to conduct formal charge conference tomorrow at 8:00 AM. Thereafter, Court will charge the Jury and hear closing arguments. |
| 12:25 PM | Recess. |