# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | |
| SAMSUNG ELECTRONICS CO, LTD., § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| SAMSUNG ELECTRONICS AMERICA, § | |
| INC., and SAMSUNG SEMICONDUCTOR § | |
| INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

During trial on November 21, 2024, the Court ruled on the following motions (collectively, the "Motions"): (1) Netlist Inc.'s Motion for a Curative Instruction Based on Samsung's Claim that the JDLA Terminated Because the Joint Development Project "Failed" (Dkt. No. 836); (2) Netlist's Motion for Directed Verdict as to Validity (Dkt. No. 837); and (3) Netlist, Inc.'s Motion to Preclude Argument at Closing Regarding Undisclosed and Legally Improper Non-Infringement Theory (Dkt. No. 838). This Order memorializes the Court's rulings on the Motions as announced from the bench and read into the record. The Court found that the Motions should be **DENIED**.

**So ORDERED and SIGNED this 21st day of November, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE