Trial Exhibits of Plaintiff

## United States District Court
Eastern District of Texas

**NETLIST, INC.**

v.

**SAMSUNG ELECTRONICS, et al**

**Plaintiff's Trial Exhibit List**

Civil Action No. 2:22-cv-0293-JRG

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| **Honorable Rodney Gilstrap** | **Irell & Manella LLP; McKool Smith, P.C.** | **Fish & Richardson P.C.; Gillam & Smith, LLP** |

| Trial Date(s) | Court Reporter | Court Deputy |
|---|---|---|
| November 12, 2024 - November 22, 2024 | **Shawn McRoberts** | **Andrea Brunson** |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|
| PX-002 | 11/13/2024 | 11/14/2024 | 10/9/2024 | Inphi iDDR4RCD2-GS02 Validation Report, Revision 1 0, June 17, 2016 | NETLIST_RAMBUS_000594 - NETLIST_RAMBUS_000628 |
| PX-003 | 11/13/2024 | 11/14/2024 | 10/9/2024 | 12/00/2010 Intel Presentation re DDR4 LRDIMM Proposal (Item #158 01) | NETLIST_SAMSUNG_EDTX00063492 - NETLIST_SAMSUNG_EDTX00063501 |
| PX-005 | 11/14/2024 | 11/21/2024 | 10/9/2024 | Email from Hyeok-sang Yoo to Kyong-Yong Lee re Cap (includes translation) | SEC116009 - SEC116010 |
| PX-006 | 11/14/2024 | 11/15/2024 | 10/9/2024 | 2014 Memory Strategy Meeting | SAM-NET-293_00056688 - SAM-NET-293_00056710 |
| PX-009 | 11/13/2024 | 11/14/2024 | 10/9/2024 | Samsung Memory DDR4 SDRAM [Calandra Depo Ex 11] | - |
| PX-011 | 11/12/2024 | 11/13/2024 | 10/9/2024 | Email from Paik Ki Hong to Jibum Kim, et al re Contact Point for purchasing SS product (translation included) | NL119258 - NL119259 |
| PX-012 | 11/12/2024 | 11/13/2024 | 10/9/2024 | 6/17/2012 Email from Jin Harrison to C K Hong et al re Samsung HyperCloud Partnership Final pptx; Samsung Korea Meeting 05-3 l-12vl docx | NETLIST_SAMSUNG_EDTX00056569 - NETLIST_SAMSUNG_EDTX00056622 |
| PX-013 | 11/12/2024 | 11/13/2024 | 10/9/2024 | Samsung Korea Meeting 05/31/12 Notes - | NETLIST_SAMSUNG_EDTX00056625 - NETLIST_SAMSUNG_EDTX00056626 |
| PX-014 | 11/12/2024 | 11/13/2024 | 10/9/2024 | 12/21/2017 Sebastian Lee email chainto yong hwangbo@samsung and others re Analysis ofcharacteristicsrelating toHybriDIMM Memory Mode with attachment (translation included) | NL045519 - NL045524 |

| PLF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|
| PX-015 | 11/12/2024 | 11/13/2024 | 10/9/2024 | Product Purchase and Supply Agreement between Netlist and SK hynix, Inc. | NETLIST_SAMSUNG_EDTX00037768- NETLIST_SAMSUNG_EDTX00037779 |
| PX-016 | 11/21/2024 | 11/22/2024 | 10/9/2024 | Samsung-Netlist Partnership (February, 2017) | SAM-NET00431404 - SAM-NET00431422 |
| PX-017 | 11/12/2024 | 11/13/2024 | 10/9/2024 | Netlist Data Sheet HyperCloud Memory, NMD2G7F31G03CD10A4HA, DDR3 16GB 2Rx4 HCDIMM (Rev. 1.0) | NETLIST_SAMSUNG_EDTX00188299 - NETLIST_SAMSUNG_EDTX00188329 |
| PX-020 | 11/14/2024 | 11/21/2024 | 10/9/2024 | 5/24/2017 Email from Steven Metz to Neal Knuth, et al re A Call on Monday-Netti plus attachments | SAM-NET00600940 [SEC058105] - SAM-NET00600952 [SEC058117] |
| PX-023 | 11/15/2024 | 11/21/2024 | 10/9/2024 | Texas Instruments presentation deck, Alternative HDLR DIMM Concept, October 6, 2008 | NETLIST_SAMSUNG_EDTX00056236 - NETLIST_SAMSUNG_EDTX00056245 |
| PX-024 | 11/15/2024 | 11/21/2024 | 10/9/2024 | October 8, 2008, Meeting Notes | NETLIST_SAMSUNG_EDTX00063616 - NETLIST_SAMSUNG_EDTX00063620 |
| PX-026 | 11/12/2024 | 11/13/2024 | 10/9/2024 | Netlist Presentation, DxD/LRD ASIC & Isolation Switch Overview | NETLIST_SAMSUNG_EDTX00053956 - NETLIST_SAMSUNG_EDTX00053978 |
| PX-030 | 11/12/2024 | 11/13/2024 | 10/9/2024 | Netlist Presentation re Samsung/Netlist Partnership Opportunity, April 2015 | SAM-NET00430622 - SAM-NET00430674 |
| PX-031 | 11/14/2024 | 11/15/2024 | 11/2/2024 | Samsung Presentation re RCD Gen2.5 Evaluation Report (with translation) | SAM-NET00412472 - SAM-NET00412509 |