Parties' Joint Trial Exhibits

## United States District Court
Eastern District of Texas

**NETLIST, INC.**

v.

**SAMSUNG ELECTRONICS, et al**

**Parties' Joint Trial Exhibit List**

Civil Action No. 2:22-cv-0293-JRG

| Presiding Judge<br>**Honorable Rodney Gilstrap** | Plaintiff's Attorney<br>**Irell & Manella LLP; McKool Smith, P.C.** | Defendant's Attorney<br>**Fish & Richardson P.C.; Gillam & Smith, LLP** |
|---|---|---|
| Trial Date(s)<br>November 12, 2024 - November 22, 2024 | Court Reporter<br>**Shawn McRoberts** | Court Deputy<br>**Andrea Brunson** |

| JTX NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|
| 1 | 11/12/2024 | 11/13/2024 | 10/9/2024 | Patent No. 11,093,417 (certified copy) | NL-MS-293-0052926 - NL-MS-293-0052985 |
| 2 | 11/12/2024 | 11/13/2024 | 10/9/2024 | Patent No. 7,619,912 (certified copy) | NL-MS-293_00058229 - NL-MS-293_00058278 |
| 3 | 11/12/2024 | 11/13/2024 | 10/9/2024 | Patent No. 10,268,608 (certified copy) | NL-MS-293_00059009 - NL-MS-293_00059053 |
| 5 | 11/12/2024 | 11/13/2024 | 10/9/2024 | Minutes of the Meeting No. 29, JC-45 Module Committee | SAM-NET00078083 - SAM-NET00078118 |
| 6 | 11/12/2024 | 11/13/2024 | 10/9/2024 | Minutes of Meeting No. 163, JC-40 Digital Logic Committee, September 16, 2010 | SAM-NET00074543 - SAM-NET00074558 |
| 7 | 11/13/2024 | 11/14/2024 | 10/9/2024 | DDR4 Module Level Trends and Features (Kinsley) | SAM-NET-293_00021670 - SAM-NET-293_00021700 |
| 8 | 11/13/2024 | 11/14/2024 | 10/9/2024 | 288pin TSV Registered DIMM based on 16Gb C-die, Rev. 0.0 | SAM-NET-293_00009408 - SAM-NET-293_00009493 |
| 10 | 11/14/2024 | 11/15/2024 | 10/9/2024 | DDR4 SRAM Specification (Rev. 1.1, Oct 2014) | SAM-NET-293_00000961 - SAM-NET-293_00001149 |
| 11 | 11/13/2024 | 11/14/2024 | 10/9/2024 | Renesas DDR4RCD02 Register Command Address Buffer with Parity, 4RCD0232KC1ATG, 4RCD0232EMKC1ATG | RENESAS-000001 - RENESAS-000176 |
| 12 | 11/13/2024 | 11/14/2024 | 10/9/2024 | Montage DDR4 Registering Clock Driver M88DDR4RCD02 Data Sheet, Revision 1.2, June 21, 2021 | MON000185 - MON000399 |
| 13 | 11/15/2024 | 11/21/2024 | 10/9/2024 | Montage DDR4 Registering Clock Driver M88DR4RCD02P Data Sheet (Revision 1.2), June 21, 2021 | MON000610 - MON000869 |
| 14 | 11/13/2024 | 11/14/2024 | 10/9/2024 | Rambus iDDR4RCD2-GS02™ Datasheet, Part No. DL-0980-000, Version 1.2, 3/18/2019 | NETLIST_RAMBUS_000225 - NETLIST_RAMBUS_000388 |
| 15 | 11/13/2024 | 11/14/2024 | 10/9/2024 | DRAM Solution Team Presentation (includes Korean Text) (Translation included) | SAM-NET00412907 - SAM-NET00412931 |
| 16 | 11/13/2024 | 11/14/2024 | 10/9/2024 | DDR4 Buffer Presentation (Includes Korean text) (includes translation) [Han Depo Ex. 12 Jung, Seung-Mo Depo Ex. 8] | SAM-NET00362078 - SAM-NET00362129 |

| JTX NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|
| 17 | 11/14/2024 | 11/15/2024 | 10/9/2024 | SSI sales record of the accused products between 2016 and 2023 (stipulated U.S. sales) | SAM-NET-293_00020959 - SAM-NET-293_00020959 |
| 18 | 11/14/2024 | 11/15/2024 | 10/9/2024 | Email from kyuhan_han@samsung.com to jbkim@netlist.com re Proposal from Samsung to Netlist | NL108668-NL108669 - NL108668-NL108669 |
| 19 | 11/14/2024 | 11/15/2024 | 10/9/2024 | https://semiconductor.samsung.com/dram/ddr/ddr4/ | SAM-NET01397689 - SAM-NET01397698 |
| 21 | 11/14/2024 | 11/15/2024 | 10/9/2024 | Samsung DRAM Update, August 2013, DRAM Marketing Group Memory Sales & Marketing Team | SAM-NET00456761 - SAM-NET00456782 |
| 22 | 11/14/2024 | 11/15/2024 | 10/9/2024 | 10/14/2014 App Trend Server presentation | SAM-NET-293_00048884 - SAM-NET-293_00048886 |
| 23 | 11/13/2024 | 11/14/2024 | 10/9/2024 | DDR4 LRDIMM 2RX4 RC-A Schematic | SAM-NET-293_00082963 - SAM-NET-293_00082987 |
| 27 | 11/13/2024 | 11/14/2024 | 10/9/2024 | IDT "DDR4 Data Buffer 3200" "4DB0232KC2 Datasheet" | RENESAS-000311 - RENESAS-000495 |
| 28 | 11/13/2024 | 11/14/2024 | 10/9/2024 | M393AAG40M32 RDIMM Datasheet | SAM-NET-293_00001708 - SAM-NET-293_00001791 |
| 30 | 11/13/2024 | 11/14/2024 | 10/9/2024 | Samsung DDR4 SDRAM Specification | SAM-NET-293_00000961 - SAM-NET-293_00001149 |
| 31 | 11/13/2024 | 11/14/2024 | 10/9/2024 | M386AAG40BM3 LRDIMM Datasheet | SAM-NET-293_00003866 - SAM-NET-293_00003947 |
| 32 | 11/13/2024 | 11/14/2024 | 10/9/2024 | DDR4 Data Buffer M88DDR4DB02 Datasheet | MON000001 - MON000184 |
| 33 | 11/13/2024 | 11/14/2024 | 10/9/2024 | Datasheet for Samsung DDR4 LRDIMM Products | SAM-NET-293_00000083 - SAM-NET-293_00000121 |
| 36 | 11/13/2024 | 11/14/2024 | 10/9/2024 | 288pin Load Reduced DIMM based on 8Gb B-die datasheet | SAM-NET-293_00003522 - SAM-NET-293_00003563 |
| 46 | 11/12/2024 | 11/13/2024 | 10/9/2024 | License Assurance/Disclosure Form (11/22/2010) | NETLIST_SAMSUNG_EDTX00021928 - NETLIST_SAMSUNG_EDTX00021959 |
| 48 | 11/12/2024 | 11/13/2024 | 10/9/2024 | License Assurance/Disclosure Form (2/23/2012) | NETLIST_SAMSUNG_EDTX00021994 - NETLIST_SAMSUNG_EDTX00022003 |
| 49 | 11/12/2024 | 11/13/2024 | 10/9/2024 | License Assurance/Disclosure Form (4/7/2016) | NETLIST_SAMSUNG_EDTX00022004 - NETLIST_SAMSUNG_EDTX00022011 |
| 51 | 11/12/2024 | 11/13/2024 | 10/9/2024 | Joint Development and License Agreement between Netlist, Inc. and Samsung Electronics Co., Ltd., November 12, 2015 ("JDLA") | NETLIST_SAMSUNG_EDTX00034064 - NETLIST_SAMSUNG_EDTX00034082 |