IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC. | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:22-CV-00293-JRG |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG SEMICONDUCTOR, | § | |
| INC. | § | |

**MINUTES FOR JURY TRIAL DAY NO. 6**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
November 22, 2024

**OPEN:** 07:58 AM                                                                 **ADJOURN:** 03:09 PM

ATTORNEYS FOR PLAINTIFF:           See attached

ATTORNEYS FOR DEFENDANTS:       See attached

LAW CLERKS:                                      Brendan McLaughlin
                                                              Danielle Zapata
                                                              Amy Wann

COURT REPORTER:                            Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                     Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 07:58 AM | Court opened. |
| 07:58 AM | Exhibits used prior day read into the record. |
| 07:58 AM | Yesterday, Court heard Rule 50(a) motions, ruled thereon, and held informal charge conference in chambers (off the record). |
| 08:00 AM | Court provided instructions. |
| 08:01 AM | Formal charge conference started. |
| 08:01 AM | Mr. Rowles argued for the Plaintiff. Ms. Degnan for the Defendants. |
| 08:16 AM | Formal charge conference completed. |
| 08:16 AM | Recess. |
| 08:30 AM | Court reconvened. |
| 08:34 AM | Jury entered the courtroom. |
| 08:35 AM | Court proceeded to charge the Jury with final instructions. |
| 09:32 AM | Closing argument by Plaintiff's counsel, Mr. Sheasby. |
| 09:55 AM | Closing argument by Defendants' counsel, Mr. Cordell. |
| 10:34 AM | Final closing argument by Plaintiff's counsel, Mr. Sheasby. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:52 AM | Closing arguments concluded. |
| 10:52 AM | Bench conference. |
| 10:54 AM | Bench conference concluded. |
| 10:54 AM | Court gave final instructions to the Jury. |
| 10:59 AM | Jury retired to jury room to deliberate. |
| 11:00 AM | Court recessed. |
| 12:42 PM | Court reconvened. |
| 12:42 PM | Court informed counsel of a Jury note received by the Court. |
| 12:43 PM | Discussion with counsel. |
| 12:53 PM | Court instructed CSO to hand-deliver response to Jury. |
| 12:53 PM | Recess. |
| 02:56 PM | Court reconvened. |
| 02:57 PM | Court informed counsel of a Jury note received by the Court. |
| 02:57 PM | Jury entered the courtroom. |
| 02:59 PM | Court announced the verdict into the record. |
| 03:03 PM | Jurors polled representing a unanimous verdict. |
| 03:04 PM | Jurors released and excused by the Court. |
| 03:09 PM | Court adjourned. |