

Case 2:22-cv-00293-JRG Document 853-1 Filed 11/22/24 Page 1 of 1 PageID #: 73617

2:22-cv-00293-JRG
Netlist Inc v Samsung Electronics Co Ltd et al
November 22, 2024 at 8:00 AM
Trial -- Day 6

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jennifer Truelove | Netlist |
| Jason Sheasby | " |
| Lisa Glasser | " |
| Tony Rowles | " |
| Andrew Strabone | " |
| Melissa Smith | Samsung |
| Ruffin Cordell | |
| Lauren Degnan | |
| Tom Reger | |
| Daniel Tishman | Samsung |
| Dr. Frank Albert | Samsung |
| Katherine Reardon | Samsung |
| David Kahn | Netlist |
| Isabella Chestney | Netlist |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Joseph Calandra | Samsung |
| Scott Milton | Netlist |