# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NETLIST, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 22-cv-293-JRG |
| ) | |
| **SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC.,** ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE

Plaintiff Netlist, Inc. ("Netlist") respectfully requests that Yanan Zhao be permitted to withdrawn as counsel for Netlist, and be removed from the service list, for this above-captioned Action. Counsel for Netlist has consulted with the defendants which do not oppose this Motion. Other attorneys for Netlist remain as counsel for Plaintiff in this matter.

Dated: December 2, 2024

Respectfully submitted,

*/s/ Yanan Zhao*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com

**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (CA #205455)

        jsheasby@irell.com
Annita Zhong (CA #266924)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Yanan Zhao (*pro hac vice*)
yzhao@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199
***Attorneys for Plaintiff Netlist, Inc.***

### CERTIFICATE OF SERVICE

I hereby certify that, on December 2, 2024, a copy of the foregoing was served to all counsel of record.

        */s/ Michael Tezyan*
        Michael Tezyan

### CERTIFICATE OF CONFERENCE

I hereby certify that counsel of each side met and conferred and the motion is not opposed.

        */s/ Michael Tezyan*
        Michael Tezyan