## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO, LTD., | § | CIVIL ACTION NO.  2:22-CV-00293-JRG |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., and SAMSUNG SEMICONDUCTOR | § | |
| INC., | § | |
| | § | |
| *Defendants.* | § | |

## <u>ORDER</u>

Before the Court is the Unopposed Motion to Withdraw Appearance (the "Motion") filed by Plaintiff Netlist, Inc. ("Plaintiff"). (Dkt. No. 854.) In the Motion, Plaintiff "requests that Yanan Zhao be permitted to withdrawn as counsel for Netlist, and be removed from the service list." (*Id.* at 1.) Plaintiff further represents that "[o]ther attorneys for Netlist remain as counsel for Plaintiff in this matter." (*Id.*) The Motion is unopposed. (*Id.* at 1, 2.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Yanan Zhao be permitted to withdraw as counsel of record for Plaintiff in the above-captioned case. It is further **ORDERED** that the Clerk of Court shall terminate Yanan Zhao as counsel and all electronic notifications to same.

**So ORDERED and SIGNED this 3rd day of December, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE