UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>    Defendants. | Civil Case No. 2:22cv-00293-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Samsung's Combined Motion for (1) an Extension of Time To File a Response in Opposition to Netlist's Motion for Preliminary Injunction and Then a Subsequent Permanent Injunction Upon the Resolution of All Post-Trial Motions (Dkt. 858) and (2) a Continuance of the December 23, 2024 Hearing on That Motion.

Having considered the motion, it is hereby GRANTED.

IT IS SO ORDERED.