UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>  Defendants. | Civil No. 2:22-cv-00293-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

**SAMSUNG'S OPPOSED MOTION TO EXPEDITE BRIEFING ON
SAMSUNG'S COMBINED MOTION FOR (1) AN EXTENSION OF TIME TO FILE
A RESPONSE IN OPPOSITION TO NETLIST'S MOTION FOR PRELIMINARY
INJUNCTION AND THEN A SUBSEQUENT PERMANENT INJUNCTION
UPON THE RESOLUTION OF ALL POST-TRIAL MOTIONS (DKT. 858) AND
<u>(2) A CONTINUANCE OF THE DECEMBER 23, 2024 HEARING ON THAT MOTION</u>**

Samsung respectfully moves for expedited briefing on its concurrently filed Motion for (1) An Extension of Time To File a Response in Opposition to Netlist's Motion for Preliminary Injunction and Then a Subsequent Permanent Injunction Upon the Resolution of All Post-Trial Motions (Dkt. 858) and (2) A Continuance of the December 23, 2024 Hearing on That Motion ("Extension Motion").

Counsel for Samsung conferred with Netlist on an expedited schedule but could not reach agreement. Samsung respectfully asks this Court to enter an order expediting briefing on Samsung's Extension Motion to three calendar days from filing (today, December 6th) such that Netlist's opposition would be due on Monday, December 9, 2024, and Samsung's reply would be due Tuesday, December 10, 2024.

Netlist originally agreed to expedite its response on this schedule. Ex. 1. However, after this Court set a hearing on Netlist's motion for a preliminary injunction on December 23, 2024, Netlist withdrew its agreement in part. Specifically, Netlist agreed to file its response on Monday, December 9th, but did not agree that the parties can file a reply and sur-reply. Ex. 2. At this time, Samsung is not willing to agree to forgo a reply without evaluating how Netlist will respond to the Extension Motion. Accordingly, the Parties have reached an impasse on this one aspect of the motion.

For these reasons, Samsung respectfully asks this Court to grant this Motion To Expedite Briefing and enter an order that Netlist's response be filed no later than December 9, 2024 and Samsung's reply be filed no later than December 10, 2024.

Dated: December 6, 2024

Respectfully submitted,

By: */s/ Ruffin B. Cordell*

| | |
|---|---|
| Melissa Richards Smith<br>melissa@gillamsmith.com<br>GILLAM & SMITH, LLP<br>303 South Washington Ave.<br>Marshall, Texas 75670<br>Telephone:    (903) 934-8450<br>Facsimile:    (903) 934-9257<br><br>J. Travis Underwood<br>Texas Bar No. 24102587<br>travis@gillamsmithlaw.com<br>GILLAM & SMITH, LLP<br>102 North College Avenue, Suite 800<br>Tyler, Texas 75702<br>Telephone: (903) 934-8450<br>Facsimile:  (903) 934-9257<br><br>Brian R. Nester<br>DC Bar No. 460225<br>bnester@cov.com<br>COVINGTON & BURLING LLP<br>One CityCenter 850 Tenth Street, N<br>Washington, DC 20001-4956<br>Telephone: (202)-662-6000<br><br>Alice J. Ahn<br>CA Bar No. 271399/DC Bar No. 1004350<br>aahn@cov.com<br>COVINGTON & BURLING LLP<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>Telephone:  (415) 591-7091<br>Facsimile:   (415) 955-6571 | Ruffin B. Cordell<br>TX Bar No. 04820550<br>cordell@fr.com<br>Michael J. McKeon<br>D.C. Bar No. 459780<br>mckeon@fr.com<br>Lauren A. Degnan<br>D.C. Bar No. 452421<br>degnan@fr.com<br>Daniel A. Tishman<br>DC Bar No. 1013923<br>tishman@fr.com<br>FISH & RICHARDSON P.C.<br>1000 Maine Avenue, SW<br>Washington, DC 20024<br>Telephone: (202) 783-5070<br>Facsimile:  (202) 783-2331<br><br>Francis J. Albert<br>CA Bar No. 247741<br>albert@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Ste. 400<br>San Diego, CA  92130<br>Telephone: (858) 678-5070<br>Facsimile:  (858) 678-5099<br><br>Thomas H. Reger II<br>reger@fr.com<br>Texas Bar No. 24032992<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>Telephone: (214) 747-5070<br>Facsimile:  (214) 747-2091 |

*Attorneys for Defendants Samsung Electronics Co., Ltd.;*
*Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on December 6, 2024.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A) .

 */s/ Ruffin B. Cordell*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for the parties conferred and exchanged the proposal recited in the body of this Motion on December 6, 2024.  The discussion conclusively ended in an impasse, leaving an open issue for the Court to resolve.  Samsung therefore files this Motion as opposed.

*/s/ Ruffin B. Cordell*
