UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | Civil No. 2:22-cv-00293-JRG |
| Plaintiff, | (Lead Case) |
| v. | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |

**SAMSUNG'S REPLY IN SUPPORT OF ITS OPPOSED MOTION
TO EXPEDITE BRIEFING ON SAMSUNG'S COMBINED MOTION
FOR (1) AN EXTENSION OF TIME TO FILE A RESPONSE IN OPPOSITION
TO NETLIST'S MOTION FOR PRELIMINARY INJUNCTION
AND THEN A SUBSEQUENT PERMANENT INJUNCTION UPON THE
RESOLUTION OF ALL POST-TRIAL MOTIONS (DKT. 858) AND
(2) A CONTINUANCE OF THE DECEMBER 23, 2024 HEARING ON THAT MOTION**

Netlist's Response to Samsung's Motion To Expedite is illustrative of why Samsung should be entitled to file a reply in support of its Extension Motion, following Netlist's opposition.  Netlist mischaracterizes both of the opinions it cites.  In *Texas Optoelectronic Solutions, Inc. v. Renesas Electronics America*, *Inc*., the Federal Circuit's holding was specific and unsurprising: a patent holder that was awarded only a past royalty at trial is not precluded from also seeking a forward-looking injunction.  895 F.3d 1304, 1331 (Fed. Cir. 2018).  At the district court in *Optoeletric*, the damages awarded were for "past infringement," not a fully paid up, lump-sum royalty that would compensate Netlist for "both past infringement ***and future infringement throughout the life of the patent***," as the jury was instructed and found in this case.  Trial Tr. 1190:10-25 (emphasis added).

Similarly, the Delaware court in *Wirtgen American, Inc. v. Caterpillar, Inc*., found only that a patentee's demonstration of damages at trial followed by a request for injunctive relief is not so inconsistent as to preclude either.  2024 WL 4216057, at *23 (D. Del. Sept. 17, 2024).  That Delaware court opinion cited no evidence that the jury's lump sum award included compensation for future infringement, and expressly considered how to compensate the plaintiff for the "time without the money"—the time following the conclusion of the hypothetical negotiation—and ***declined to award an ongoing royalty*** in favor of an injunction.  *See id*.  At bottom, contrary to Netlist's assertions, these cases are wholly consistent with the fact that a fully paid up, lump-sum verdict eliminates the possibility of any injunctive relief now belatedly sought by Netlist.

Netlist's Response confirms that it will expedite its opposition to Samsung's Extension Motion and file it on Monday, December 9, 2024.  But a reply brief ***from Samsung*** will "fully air" the issues raised in Samsung's Extension Motion.  Dkt. 861 at 1.  Samsung commits to file

its reply brief in support of its Extension Motion one business day after Netlist files its opposition, so that the parties are fully heard on Samsung's Extension Motion well before the currently scheduled December 23rd hearing.

Dated:  December 9, 2024

Respectfully submitted,

By:  */s/ Ruffin B. Cordell*

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone:      (903) 934-8450
Facsimile:      (903) 934-9257

J. Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

Brian R. Nester
DC Bar No. 460225
bnester@cov.com
COVINGTON & BURLING LLP
One CityCenter 850 Tenth Street, N
Washington, DC 20001-4956
Telephone: (202)-662-6000

Alice J. Ahn
CA Bar No. 271399/DC Bar No. 1004350
aahn@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone:  (415) 591-7091
Facsimile:   (415) 955-6571

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Lauren A. Degnan
D.C. Bar No. 452421
degnan@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Francis J. Albert
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Thomas H. Reger II
reger@fr.com
Texas Bar No. 24032992
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070

Facsimile:  (214) 747-2091

*Attorneys for Defendants Samsung Electronics Co., Ltd.;*
*Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on December 9, 2024.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A) .

*/s/ Ruffin B. Cordell*