**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:22-cv-293-JRG<br><br>JURY TRIAL DEMANDED<br>(Lead Case) |

**NETLIST INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY HOLDING THE '608 PATENT NOT INVALID BEFORE THE PATENT TRIAL AND APPEAL BOARD**

Netlist submits this Notice of Supplemental Authority to inform the Court that the Patent Trial and Appeal Board (PTAB) has issued a final written decision finding no challenged claims of U.S. Patent No. 10,268,608 ('608 Patent) unpatentable. For completeness of the record, Netlist hereby attaches a copy of the Final Written Decision as **Exhibit 1** (December 10, 2024 Final Written Decision in IPR2023-00847). The PTAB previously declined to institute *inter partes* review of the '608 Patent in IPR2022-00237. Exhibit 2 (September 16, 2022 Decision denying Institution in IPR2022-00237).

Dated: December 10, 2024

Respectfully submitted,

*/s/ Jason Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**



)

104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Andrew Strabone (*pro hac vice*)
astrabone@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

Rebecca Carson (*pro hac vice*)
rcarson@irell.com
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

***Attorneys for Plaintiff Netlist, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 10, 2024 a copy of the foregoing was served to all counsel of record via the Court's ECF System.

*/s/ Jason Sheasby*
Jason Sheasby