# Ex. 5



# SAMSUNG ELECTRONICS Co., Ltd.
## 2022 Business Report
### For the year ended December 31, 2022

Certain statements in the document, other than purely historical information, including estimates, projections, statements relating to our business plans, objectives and expected operating results, and the assumptions upon which those statements are based, are "forward-looking statements." Forward-looking statements are based on current expectations and assumptions that are subject to risks and uncertainties which may cause actual results to differ materially from the forward-looking statements. A detailed discussion of risks and uncertainties that could cause actual results and events to differ materially from such forward-looking statements is included in our financial reports available on our website.

See, also, 『Note on Forward-Looking Statements』 in preamble of 『IV. Management Discussion and Analysis』.

## *Table of Contents*

*Certification* ..................................................................................................................................... *3*

*I. Corporate Overview* ........................................................................................................................ *4*

*II. Businesses Overview*.................................................................................................................... *21*

*III. Financial Affairs*........................................................................................................................ *51*

*IV. Management Discussion and Analysis*....................................................................................... *240*

*V. Auditor's Report* ........................................................................................................................ *255*

*VI. Corporate Governance* ............................................................................................................. *260*

*VII. Information on Shareholders* .................................................................................................. *291*

*VIII. Executives and Employees* ..................................................................................................... *300*

*IX. Affiliates and Subsidiaries* ....................................................................................................... *316*

*X. Transactions with affiliates and subsidiaries* ............................................................................. *337*

*XI. Other Information*.................................................................................................................... *341*

*XII. Appendix*................................................................................................................................. *356*

# Certification

## Letter of Certification

We, Jong-hee Han and Hark-kyu Park, as a CEO and the executive in charge of reporting, respectively, certify that we have thoroughly reviewed the annual business report of Samsung Electronics Co., Ltd. for the year ended December 31, 2022.

Based on our knowledge, this report does not contain any untrue statements of material facts or omit any material facts; and it does not contain any statements that are intentionally misleading for the users of the information in the report.

We confirm that Samsung Electronics operates the Internal Controls over Financial Reporting, as defined in Article 8 of the Act on External Audit of Stock Companies.

Date:   March 7, 2023

Jong-hee Han   _____

Vice Chairman and CEO
Samsung Electronics Co., Ltd.

Executive responsible for reporting:   Hark-kyu Park   _____

President and CFO
Samsung Electronics Co., Ltd.

**Samsung Electronics Co., Ltd. and its subsidiaries**

# CONSOLIDATED STATEMENTS OF PROFIT OR LOSS

*(In millions of Korean won, in thousands of US dollars (Note 2.29))*

|  | Notes | For the years ended December 31, | | | |
|---|---|---|---|---|---|
|  |  | 2022 | 2021 | 2022 | 2021 |
|  |  | KRW | KRW | USD | USD |
| **Revenue** | 29 | 302,231,360 | 279,604,799 | 234,079,475 | 216,555,107 |
| **Cost of sales** | 21 | 190,041,770 | 166,411,342 | 147,188,160 | 128,886,293 |
| **Gross profit** |  | 112,189,590 | 113,193,457 | 86,891,315 | 87,668,814 |
| Selling and administrative expenses | 21, 22 | 68,812,960 | 61,559,601 | 53,295,930 | 47,678,173 |
| **Operating profit** | 29 | 43,376,630 | 51,633,856 | 33,595,385 | 39,990,641 |
| Other non-operating income | 23 | 1,962,071 | 2,205,695 | 1,519,632 | 1,708,320 |
| Other non-operating expense | 23 | 1,790,176 | 2,055,971 | 1,386,499 | 1,592,358 |
| Share of net profit of associates and joint ventures | 9 | 1,090,643 | 729,614 | 844,708 | 565,089 |
| Financial income | 24 | 20,828,995 | 8,543,187 | 16,132,145 | 6,616,735 |
| Financial expense | 24 | 19,027,689 | 7,704,554 | 14,737,026 | 5,967,210 |
| **Profit before income tax** |  | 46,440,474 | 53,351,827 | 35,968,345 | 41,321,217 |
| Income tax expense | 25 | (9,213,603) | 13,444,377 | (7,135,975) | 10,412,727 |
| **Profit for the year** |  | 55,654,077 | 39,907,450 | 43,104,320 | 30,908,490 |
| **Profit attributable to** |  |  |  |  |  |
| Owners of the Company |  | 54,730,018 | 39,243,791 | 42,388,632 | 30,394,483 |
| Non-controlling interests |  | 924,059 | 663,659 | 715,688 | 514,007 |
| Earnings per share (in Korean won, in US dollars) | 26 |  |  |  |  |
| - Basic |  | 8,057 | 5,777 | 6.24 | 4.47 |
| - Diluted |  | 8,057 | 5,777 | 6.24 | 4.47 |

The above consolidated statements of profit or loss should be read in conjunction with the accompanying notes.