UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:22-cv-293-JRG |
| ) | |
| SAMSUNG ELECTRONICS CO, LTD; ) | |
| SAMSUNG ELECTRONICS AMERICA, ) | |
| INC.; SAMSUNG SEMICONDUCTOR ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

### [PROPOSED] ORDER

Before the Court is Plaintiff Netlist Inc.'s Motion For A Preliminary Injunction And Then A Subsequent Permanent Injunction Upon The Resolution Of All Post-Trial Motions. After considering the briefing on the Motion, including responses from Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc., (collectively, "Samsung"), and any arguments of counsel, the Court **GRANTS** the Motion as follows:

1. Samsung's subsidiaries, affiliates, privies, successors, assigns, officers, directors, agents, servants, employees, attorneys, and persons in active concert or participation with them who receive actual notice of this Permanent Injunction are hereby **ENJOINED** from infringing claims 1 and 5 of the '608 Patent by making, using, selling, or offering to sell, or importing into the United States DDR4 LRDIMMs with speeds above 2400 MT/s or any products not more than colorably different therefrom (the "Enjoined Products").

2. It is **FURTHER ORDERED** that, within 15 days from this date, Samsung shall provide a copy of this Permanent Injunction to its subsidiaries, affiliates, privies,

- 2 -

successors, assigns, officers, directors, agents, servants, employees, attorneys, and persons in active concert or participation with Samsung, including any and all manufacturers, distributors, retailers, service providers, licensees, and other persons who have been, or are reasonably expected to be, directly or indirectly involved in the making, using, selling, offering for sale or importing into the United States of any Enjoined Product or any device containing any Enjoined Product, including but not limited to any company to which Samsung has previously directly or indirectly sold or offered for sale one or more of the Enjoined Products.

     3.    It is **FURTHER ORDERED** that, within 15 days from this date, Samsung shall file with the Court and serve on all parties to this action a notice stating the names and addresses of each party that it has notified in compliance with this section.