## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., §<br>§<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>SAMSUNG ELECTRONICS CO, LTD., §<br>SAMSUNG ELECTRONICS AMERICA, §<br>INC., and SAMSUNG SEMICONDUCTOR §<br>INC., §<br>§<br>*Defendants.* § | CIVIL ACTION NO.  2:22-CV-00293-JRG |

## <u>ORDER</u>

Before the Court are the following motions:

1.  Samsung's Combined Motion for (1) An Extension of Time to File a Response in Opposition to Netlist's Motion for Preliminary Injunction and then a Subsequent Permanent Injunction Upon the Resolution of All Post-Trial Motions (Dkt. 858) and (2) A Continuance of the December 23, 2024 Hering on that Motion (Dkt. No. 859, "Motion to Extend")

2.  Samsung's Opposed Motion to Expedite Briefing on Samsung's Combined Motion for (1) An Extension of Time to File a Response in Opposition to Netlist's Motion for Preliminary Injunction and then a Subsequent Permanent Injunction Upon the Resolution of All Post-Trial Motions (Dkt. 858) and (2) A Continuance of the December 23, 2024 Hearing on that Motion (Dkt. No. 860, "Motion to Expedite")

Having considered the Motion to Extend (Dkt. No. 859), the Court finds that it should be

**DENIED**. However, it is **ORDERED** that the hearing currently set for December 23, 2024 shall

be **CANCELLED,** to be reset by the Court at a date hereafter. Additionally, having considered

the Motion to Expedite (Dkt. No. 860), the same is **DENIED AS MOOT**.

So ORDERED and SIGNED this 13th day of December, 2024.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE