# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:22-cv-293-JRG ) |
| SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., | ) JURY TRIAL DEMANDED ) ) ) ) |
| Defendants. | ) ) |

**NETLIST, INC.'S NOTICE REGARDING AGREED BILL OF COSTS**

Pursuant to Dkt. 855 (Final Judgment) filed December 2, 2024, Plaintiff Netlist, Inc. hereby files this Notice Regarding Agreed Bill of Costs.

The parties have met and conferred and have reached agreements on all amounts. There are no disputes for the Court to resolve. Defendants have had the opportunity to review the Agreed Bill of Costs, and do not dispute the figures listed therein, or that the calculations are agreed. Plaintiff's Agreed Bill of Costs are attached hereto as Exhibit A.

Dated: December 16, 2024                          Respectfully submitted,

                                                  */s/ Jason G. Sheasby*

                                                  Samuel F. Baxter
                                                  Texas State Bar No. 01938000
                                                  sbaxter@mckoolsmith.com
                                                  Jennifer L. Truelove
                                                  Texas State Bar No. 24012906
                                                  jtruelove@mckoolsmith.com
                                                  **MCKOOL SMITH, P.C.**
                                                  104 East Houston Street Suite 300
                                                  Marshall, TX 75670
                                                  Telephone: (903) 923-9000
                                                  Facsimile: (903) 923-9099

                                                  Jason Sheasby (*pro hac vice*)
                                                  jsheasby@irell.com
                                                  Annita Zhong, PhD (*pro hac vice*)
                                                  hzhong@irell.com
                                                  Thomas C. Werner (*pro hac vice*)
                                                  twerner@irell.com
                                                  Andrew Strabone (*pro hac vice*)
                                                  astrabone@irell.com
                                                  Yanan Zhao (*pro hac vice*)
                                                  yzhao@irell.com
                                                  Michael W. Tezyan (*pro hac vice*)
                                                  mtezyan@irell.com
                                                  **IRELL & MANELLA LLP**
                                                  1800 Avenue of the Stars, Suite 900
                                                  Los Angeles, CA 90067
                                                  Tel. (310) 277-1010
                                                  Fax (310) 203-7199

                                                  Rebecca Carson (*pro hac vice*)
                                                  rcarson@irell.com

**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on December 16, 2024, a copy of the foregoing was served to all counsel of record.

*/s/ Jason Sheasby*
Jason Sheasby