# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:22-cv-293-JRG ) |
| SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., | ) JURY TRIAL DEMANDED ) ) ) ) |
| Defendants. | ) ) |

**NETLIST, INC.'S NOTICE REGARDING CORRECTED AGREED BILL OF COSTS**

Pursuant to Dkt. 855 (Final Judgment) filed December 2, 2024, Plaintiff Netlist, Inc. hereby files this Notice Regarding Corrected Agreed Bill of Costs.

The parties have met and conferred and have reached agreements on all amounts. There are no disputes for the Court to resolve. Defendants have had the opportunity to review the Corrected Agreed Bill of Costs, and do not dispute the figures listed therein, or that the calculations are agreed. Plaintiff's Corrected Agreed Bill of Costs are attached hereto as Exhibit A.[1]

Dated: December 17, 2024

Respectfully submitted,

/s/ Jason G. Sheasby

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Andrew Strabone (*pro hac vice*)
astrabone@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010

---

[1] Samsung does not concede Netlist's status as a prevailing party for cost recovery purposes and will be filing post-trial motions to set aside the verdict. Samsung reserves the right to seek nullification or reduction of Netlist's claimed costs depending on the outcome of Samsung's motions and any other proceedings that may impact Samsung's liability.

Fax (310) 203-7199

Rebecca Carson (*pro hac vice*)
rcarson@irell.com
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF SERVICE

    I hereby certify that, on December 17, 2024, a copy of the foregoing was served to all counsel of record.

*/s/ Jason Sheasby*
Jason Sheasby