# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:22-cv-293-JRG |
| | ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., | ) |
| Defendants. | ) |

## NETLIST INC.'S NOTICE OF RULING BY JUDGE SCARSI IN THE CENTRAL DISTRICT OF CALIFORNIA

Attached as Exhibit A is Judge Scarsi's ORDER RE: POST-TRIAL MOTIONS (ECF NOS. 589, 593, 596–97, 618, 623, 625, 630). Judge Scarsi ordered a re-trial to commence before April 1, 2025 based on a finding that a juror failed to disclose involvement in certain civil lawsuits. Judge Scarsi denied all of Samsung's other post-trial motions, including its motion for Judgment as a Matter of Law.

Dated: December 26, 2024

Respectfully submitted,

*/s/ Jason Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

|  |
|---|
| Jason Sheasby (*pro hac vice*) |

Jason Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Andrew Strabone (*pro hac vice*)
astrabone@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

Rebecca Carson (*pro hac vice*)
rcarson@irell.com
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on December 26, 2024 a copy of the foregoing was served to all counsel of record.

> */s/ Jason Sheasby*
> Jason Sheasby