# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 2:22-cv-293-JRG |
| SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The Court, having considered the briefing on Netlist's Motion to Strike Portions of Samsung's Sur-Reply to Netlist's Motion for a Preliminary Injunction and then a Subsequent Permanent Injunction, is of the opinion that said motion should be **GRANTED**.

**IT IS SO ORDERED.**