IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>　　　　　Defendants. | Civil Case No. 2:22cv-00293-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING SAMSUNG'S UNOPPOSED MOTION
FOR A ONE-WEEK EXTENSION TO FILE REPLY BRIEFS**

　　Before the Court is Samsung's Unopposed Motion for a One-Week Extension To File Reply Briefs.

　　Having considered the motion, and for good cause shown, the motion is hereby GRANTED.

　　IT IS SO ORDERED.