# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-cv-293-JRG |
| | ) |
| SAMSUNG ELECTRONICS CO, LTD; | ) JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC.; SAMSUNG SEMICONDUCTOR | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

## NETLIST INC.'S NOTICE OF CLARIFICATION REGARDING SAMSUNG'S UNOPPOSED MOTION TO EXTEND REPLY DEADLINES [DKT. 896]

Netlist respectfully submits this Notice to clarify its position regarding Samsung's Unopposed Motion to Extend Reply Deadlines [Dkt. 896]. Samsung's motion for an extension requested a 1-week extension of both Samsung's and Netlist's post-trial reply briefing. Samsung stated that Netlist's position was that it did not oppose a mutual 1 week extension of reply briefing. In fact, Netlist does not want an extension on its own reply brief. Samsung's ongoing infringement continues to harm Netlist and Netlist believes it is important to resolve the post-trial briefing in the case as quickly as possible.

Dated: January 17, 2025

Respectfully submitted,

*/s/ Jason Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906

jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Thomas C. Werner (*pro hac vice*)
twerner@irell.com
Andrew Strabone (*pro hac vice*)
astrabone@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

**Attorneys for Plaintiff Netlist, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that, on January 17, 2025 a copy of the foregoing was served to all counsel of record.

*/s/ Jason Sheasby*
Jason Sheasby

- 2 -