UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., <br><br> Defendants. | Case No. 2:22-cv-293-JRG <br><br> JURY TRIAL DEMANDED |

### NETLIST INC.'S NOTICE OF JURY VERDICT IN FAVOR OF PLAINTIFF NETLIST, INC.

Plaintiff Netlist, Inc. submits this notice informing the Court of the unanimous jury verdict entered in *Netlist, Inc. v. Samsung Elec. Co., Ltd.*, No. 20-cv-993-MCS-ADS, Dkt. 769 (C.D. Cal. March 27, 2025) (the "CDCA Action"). A copy of the jury verdict is attached as Exhibit A. On March 27, 2025, following a four-day retrial, a jury in the Central District of California found that: (1) Defendant Samsung Electronics Co., Ltd. ("Samsung") "agreed to supply NAND and DRAM products to Netlist on Netlist's request at a competitive price, not limited to use in the joint development project." Ex. A at 1. Prior to trial, Samsung conceded that if the jury selected this interpretation, there was no dispute that it materially breached the Joint Development and License Agreement ("JDLA") between the parties. CDCA Action, Dkt. 693. There is no dispute that Netlist's termination of the JDLA was effective in light of the material breach. CDCA Action, Dkt. 186 (Summary Judgment Order) at 18 ("Netlist Complied with the Termination Term").

Dated: April 7, 2025                                              Respectfully submitted,

- 1 -

        */s/ Jason Sheasby*

        Samuel F. Baxter
        Texas State Bar No. 01938000
        sbaxter@mckoolsmith.com
        Jennifer L. Truelove
        Texas State Bar No. 24012906
        jtruelove@mckoolsmith.com
        **MCKOOL SMITH, P.C.**
        104 East Houston Street Suite 300
        Marshall, TX 75670
        Telephone: (903) 923-9000
        Facsimile: (903) 923-9099

        Jason Sheasby (*pro hac vice*)
        jsheasby@irell.com
        Annita Zhong, PhD (*pro hac vice*)
        hzhong@irell.com
        Thomas C. Werner (*pro hac vice*)
        twerner@irell.com
        Andrew Strabone (*pro hac vice*)
        astrabone@irell.com
        Michael W. Tezyan (*pro hac vice*)
        mtezyan@irell.com
        **IRELL & MANELLA LLP**
        1800 Avenue of the Stars, Suite 900
        Los Angeles, CA 90067
        Tel. (310) 277-1010
        Fax (310) 203-7199

        Rebecca Carson (*pro hac vice*)
        rcarson@irell.com
        **IRELL & MANELLA LLP**
        840 Newport Center Drive, Suite 400
        Newport Beach, CA 92660

        ***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on April 7, 2025 a copy of the foregoing was served to all counsel of record.

        */s/ N. Isabella Chestney*
        N. Isabella Chestney