# EXHIBIT A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., <br><br> Defendant. | Case No. 8:20-cv-00993-WLH-ADS <br><br> **VERDICT FORM** |

1 # VERDICT

2 We answer the questions submitted to us as follows:

3

4 **QUESTION NO. 1:**

5 At the time the parties entered the Joint Development and License Agreement
6 ("JDLA"), what did the parties intend Section 6.2 to mean?

7 __✓__ A. Samsung agreed to supply NAND and DRAM products to Netlist on
8 Netlist's request at a competitive price, not limited to use in the joint
9 development project.

10 _____ B. Samsung agreed to supply, pursuant to the JDLA, NAND and DRAM
11 products to Netlist only for the parties' NVDIMM-P joint development
12 project, on Netlist's request at a competitive price.

13

14 *If your answer to Question No. 1 is option A, do not answer Question No. 2, and have the*
15 *presiding juror sign and date this form.*

16

17 *If your answer to Question No. 1 is option B, answer Question No. 2.*

18

19 **QUESTION NO. 2:**

20 Did Netlist prove that Samsung materially breached its obligations under Section
21 6.2?

22 _____ Yes

23 _____ No

24 *Have the presiding juror sign and date this form.*

25

26 Dated: 03/24/25    Signed: **REDACTED**

27                              Presiding Juror

28

1