## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

NETLIST, INC,                              §
                                          §
    *Plaintiff*,                         §
                                          §
v.                                        §    CIVIL ACTION NO. 2:22-CV-00293-JRG
                                          §
SAMSUNG ELECTRONICS CO., LTD.,            §
SAMSUNG ELECTRONICS AMERICA,              §
INC. and SAMSUNG                          §
SEMICONDUCTOR, INC.,                      §
                                          §
    *Defendants*.                        §

## ORDER

Before the Court is the Unopposed Motion to Withdraw Counsel (the "Motion") filed by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. ("Samsung"). (Dkt. No. 928.) In the Motion, Samsung requests that Cameron Lindsay be withdrawn as its counsel of record. (*Id.* at 1.) The Motion is unopposed. (*Id.*)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that Cameron Lindsay be permitted to **withdraw** as counsel of record for Samsung in the above-captioned case. It is further **ORDERED** that the Clerk shall **terminate** Cameron Lindsay as counsel of record and all electronic notifications to the same.

**So ORDERED and SIGNED this 28th day of July, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE